UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF CROSBY TUGS, LLC, AS OWNER OF THE M/V CROSBY ENDEAVOR, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 21-258 c/w 2:21-cv-00822<br><br>SECTION: A (4)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAG. JUDGE: KAREN WELLS ROBY<br><br>ADMIRALTY - Rule 9(h)<br><br>Applies to: 2:21-cv-00822 |

## *EX PARTE* MOTION FOR APPROVAL OF SECURITY, RESTRAINING ORDER, NOTICE TO CLAIMANTS AND OTHER RELIEF

**COMES NOW**, through undersigned counsel, Limitation Petitioner, Crosby Tugs, LLC, as owner of the M/V CROSBY ENDEAVOR, her engines, tackle, gear, furniture, appurtenances, etc. (hereinafter "the Vessel"), who, in accordance with Supplemental Admiralty Rule F, respectfully requests that the Court issue an Order approving Limitation Petitioner's *Ad Interim* Stipulation, approving Limitation Petitioner's proposed security, directing issuance of notice to Claimants, and restraining the prosecution of claims. Limitation Petitioner previously requested a temporary dispensation of the requirement to post security in this action [R. Doc. 2], which the Court granted on April 27, 2021 [R. Doc. 5]. Limitation Petitioner has secured the necessary security and now files this *Ex Parte* Motion in accordance with the Court's Order and to initiate the typical concursus proceeding. Limitation Petitioner has submitted a proposed Order detailing the precise relief requested and states its grounds in support of this Motion in the Memorandum attached hereto.

Dated: May 26, 2021

Respectfully submitted,

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY (La. Bar No. 17831)
C. BARRETT RICE (La. Bar No. 30034)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:	(504) 582-8238
Facsimile:	(504) 589-8238
E-Mail:	jtillery@joneswalker.com
	brice@joneswalker.com
	skuebel@joneswalker.com

***Attorneys for Limitation Petitioner, Crosby Tugs, LLC***