UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF CROSBY TUGS, LLC, AS OWNER OF THE M/V CROSBY ENDEAVOR, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 21-258 c/w 2:21-cv-00822<br><br>SECTION: A (4)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAG. JUDGE: KAREN WELLS ROBY<br><br>ADMIRALTY - Rule 9(h)<br><br>Applies to: 2:21-cv-00822 |

## NOTICE TO CLAIMANTS OF
## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**NOTICE IS HEREBY GIVEN** that Crosby Tugs, LLC, as owner of the M/V CROSBY ENDEAVOR, her engines, tackle, gear, furniture, appurtenances, etc. (hereinafter "the Vessel"), has filed a Complaint, pursuant to 46 U.S.C. §§ 30501, *et seq*., for exoneration from or limitation of liability for all claims for any and all loss of life, injury, loss of property, destruction, or damage, arising out of or related to the Incident occurring on October 28, 2020, allegedly involving the M/V CROSBY ENDEAVOR, which happened near Port Fourchon in Louisiana, all as is more fully described in Crosby Tugs, LLC's Complaint For Exoneration From or Limitation of Liability ("Complaint").

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of Court for the Eastern District of Louisiana, Carol L. Michel, United States Courthouse, 500 Poydras Street, Room C151, New Orleans, LA 70130, and must serve a copy thereof on counsel for Limitation Petitioner, Jefferson R. Tillery, C. Barrett Rice, and Sara B.

Kuebel of the firm of Jones Walker LLP, 201 St. Charles Ave., 47th Floor, New Orleans, LA 70170 on or before the _____ day of _____, 2021, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, that claimant shall file and serve on counsel for the Limitation Petitioner an answer to the Complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.

Personal attendance is not required.

DONE this _____ day of _____, 2021, in New Orleans, Louisiana.

_____
CLERK OF COURT
For the Eastern District of Louisiana

**PETITIONER TO PUBLISH:**

Once a week for four successive weeks
prior to the date fixed for filing of claims
in the *New Orleans Advocate*