UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF CROSBY TUGS, LLC, AS OWNER OF THE M/V CROSBY ENDEAVOR, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 21-258 c/w 2:21-cv-00822<br><br>SECTION: A (4)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAG. JUDGE: KAREN WELLS ROBY<br><br>ADMIRALTY - Rule 9(h)<br><br>Applies to: 2:21-cv-00822 |

## ORDER DIRECTING ISSUANCE OF
## NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

Crosby Tugs, LLC, as owner of the M/V CROSBY ENDEAVOR (hereinafter "the Vessel") has filed a Complaint for Exoneration from or Limitation of Liability, pursuant to 46 U.S.C. §§ 30501, *et seq*. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any and all loss of life, injury, loss of property, destruction, or damage, arising out of the incident, which occurred on or around October 28, 2020, all as is more fully described in Limitation Petitioner's Complaint For Exoneration From or Limitation of Liability ("Complaint") filed herein;

**WHEREAS**, the Complaint having stated that the value of the Vessel immediately after the incident and at the end of said Voyage did not exceed THREE MILLION SEVEN HUNDRED AND FIFTY THOUSAND DOLLARS AND NO/100 ($3,750,000.00) U.S. DOLLARS, as set forth in the Complaint;

**WHEREAS**, Limitation Petitioner has filed and submitted a Letter of Undertaking, constituting approved security in the value of the Vessel and its pending freight, all as required by the rules of this Court, the Limitation Act, Supplemental Rule F, and the General Maritime Law;

**NOW, THEREFORE,** on the motion of counsel for Limitation Petitioner, Crosby Tugs, LLC:

**IT IS ORDERED** as follows:

1) That the Letter of Undertaking submitted by Crosby Tugs, LLC and its underwriters in the amount of THREE MILLION SEVEN HUNDRED AND FIFTY THOUSAND DOLLARS AND NO/100 ($3,750,000.00) U.S. DOLLARS, be accepted as security under Supplemental Admiralty Rule F(1) for the purpose of this Limitation proceeding and that it be hereby approved as to form, quantum and surety;

2) That the Court, upon demand and/or motion supported by appropriate evidence, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended.

3) That a notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on counsel for Crosby Tugs, LLC, a copy thereof on or before the 29th day of October, 2021, or be forever and permanently defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, that claimant shall file and serve on counsel for Crosby Tugs, LLC, an answer to the Complaint on or before the said date, unless the claim has included an answer to the Complaint, so designated, or be defaulted.

4) That the aforesaid notice shall be published by Crosby Tugs, LLC in the New Orleans Advocate once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed in accordance with the said Rule F.

5) The further prosecution of any and all actions, suits and proceedings already commenced, and the commencement or prosecution hereafter of any and all suits, actions, or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits or proceedings against Crosby Tugs, LLC, as aforesaid, or against the Vessel, or against any property of Crosby Tugs, LLC, except in this action, to recover damages for or in respect of any injury, loss or damages allegedly caused by or resulting from the aforesaid incidents that occurred on or about October 28, 2020 as is more

fully described in the Complaint, is hereby **RESTRAINED**, **STAYED**, and **ENJOINED** until the hearing and final determination of this action.

      6) That the service of this order as a restraining order may be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

Signed this  27th  day of  May , 2021.

                                            _____
                                            UNITED STATES DISTRICT JUDGE