**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO.  21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE JAY C. ZAINEY |
| ***Applies to No. 21-2075*** | CHIEF MAGISTRATE JUDGE KAREN WELLS ROBY |

## <u>FIRST AMENDED NOTICE OF REMOVAL</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Martin Energy Services, LLC ("Martin"), in cause of action number C-143495, Div. D, and styled, "*Garber Bros., LLC vs. Martin Energy Services, LLC,*" in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana (the "Garber Bros. Suit"), who, in accordance with this Court's Order and Reasons (Doc. 4 in No. 21-2075), respectfully files this First Amended Notice of Removal of said cause to the United States District Court for the Eastern District of Louisiana.  In support, and as grounds for removal, Martin respectfully shows the following:

1.

The Garber Bros. Suit was filed by Plaintiff, Garber Bros., LLC ("Garber"), in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana, on September 29, 2021.

2.

Martin's agent for service of process was served with a copy of the Garber Bros. Suit on October 13, 2021.  See Service of Process Transmittal and Sheriff's Return of Citation (attached in globo as Exhibit A).

3.

On November 10, 2021, Martin timely filed a Notice of Removal (Doc. 1 in No. 21-2075) in this Honorable Court.

4.

On November 12, 2021, this Court entered an Order and Reasons (Doc. 4 in No. 21-2075) stating that because this action is between two limited liability companies Martin had failed to adequately allege diversity of citizenship because Martin had not alleged the citizenship of each member of the respective limited liability companies.  The Court granted Martin twenty (20) days to file an Amended Notice of Removal to remedy that deficiency.

5.

On November 15, 2021, an Order Transferring Case (Doc. 5 in No. 21-2075) was entered finding that this removed case was related to Civil Action No. 21-258, All Coast, LLC v. Shore Offshore Services, LLC et al., and transferring this case to Section A, Magistrate Division 4 of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

6.

On November 17, 2021, this Court entered an Order consolidating Case No. 21-1975 with Case No. 21-258 (Doc. 103 in No. 21-258).

7.

In the Garber Bros. Suit, Plaintiff Garber alleges that it is a Louisiana Limited Liability Company, having its registered office located in Broussard, Lafayette Parish, State of Louisiana.  The sole member of Garber is Roy D. Garber who is domiciled in, and is a citizen of, the State of Louisiana.

8.

In the Garber Bros. Suit, Plaintiff Garber further alleges that Defendant Martin is an Alabama Limited Liability Company with its principal place of business in Kilgore, Texas.  The sole member of Martin is Martin Resource Management Corporation which is incorporated under the laws of the State of Texas and has its principal place of business in the State of Texas.

9.

In the Garber Bros. Suit, Plaintiff Garber seeks to recover for physical damage allegedly caused to its vessel, the M/V SEA CYPRESS, on October 28, 2020, when the D/B THOR broke free from its moorings at Martin's facility during the landfall of Hurricane Zeta, and allided with the M/V SEA CYPRESS.

10.

The above-described Garber Bros. Suit, of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and under 28 U.S.C. § 1333, is one which may be removed to this Court by Defendant Martin pursuant to 28 U.S.C. §§ 1441 and 1446, in that the sole member of Garber, Roy D. Garber, was at the time this action was commenced, and still is, a citizen of the State of Louisiana and that the sole member of Martin, Martin Resource Management Corporation, was, at the time this action was

commenced, and still is, a corporation organized and existing under the laws of the State of Texas, with its principal place of business within the State of Texas, and the matter in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

11.

Attached to this Notice of Removal are true and correct copies of all pleadings and process served upon Defendant Martin in the Garber Bros. Suit in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana. See Sheriff's Return of Citation (attached as part of Exhibit A); Citation (attached as Exhibit B); and Petition for Damages and Request for Notice of Trial Date (attached in globo as Exhibit C).

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
       MICHAEL W. McMAHON (23987)
       KIRK N. AURANDT (25336)
       P. O. Box 5350
       Covington, Louisiana  70434-5350
       Telephone:  985/871-0800
       Facsimile:   985/871-0899
       Attorneys for Defendant, Martin Energy
       Services, LLC