CT Corporation

**Service of Process Transmittal**
10/13/2021
CT Log Number 540407054

**TO:** Chris Booth, General Counsel
Martin Resource Management Corporation
4200 Stone Rd
Kilgore, TX 75662-6935

**RE:** **Process Served in Louisiana**

**FOR:** Martin Energy Services, LLC  (Domestic State: AL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GARBER BROS., LLC // To: Martin Energy Services, LLC |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # C143495 |
| **NATURE OF ACTION:** | Property Damage Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/13/2021 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/13/2021, Expected Purge Date: 10/18/2021 |
| | Image SOP |
| | Email Notification,  Chris Booth  chris.booth@martinmlp.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT A



D2461473

<table>
<tr><td>Mailing Address<br>P.O. Box 818<br>Thibodaux, LA 70302</td><td>**Annette M. Fontana**<br>**Clerk of Court**</td><td>Physical Address<br>303 West 3rd Street<br>Thibodaux, LA 70301</td></tr>
</table>

# CITATION

| | |
|---|---|
| **GARBER BROS., LLC** | **SEVENTEENTH JUDICIAL DISTRICT** |
| **VS** | **PARISH OF LAFOURCHE** |
| **MARTIN ENERGY SERVICES, LLC** | **STATE OF LOUISIANA** |
| **DOCKET NUMBER: C-143495** | **DIVISION D** |

TO: **MARTIN ENERGY SERVICES, LLC**
**THROUGH ITS REGISTERED AGENT:**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

residing in the **PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA**

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, October 1, 2021.

I made service on the named party through

CT Corporation

OCT 13 2021

by tendering a copy of this document to

Ashley Minuielle

F. CUMMINS

Parish of East Baton Rouge, Louisiana

**ANNETTE M. FONTANA**
**CLERK OF COURT**

**Deputy Clerk of Court**
**Lafourche Parish**

ALLEN & GOOCH(LAFAYETTE)
ATTORNEYS AT LAW
P.O. BOX 81129
LAFAYETTE, LA. 70598-1129

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____<br>Day of _____, 20____<br>Service:_____<br>Mileage:_____ | On _____ by<br>Leaving the same with _____<br>_____<br>On the ___ day of<br>_____, 20_____<br>Service:_____<br>Mileage:_____ |
| _____<br>Dty. Sheriff EAST BATON ROUGE Parish | _____<br>Dty. Sheriff EAST BATON ROUGE Parish |

**RETURN COPY**

**Certified True and**
**Correct Copy**
CertID: 2021111900139

_____
Lafourche Parish
Clerk of Court

Generated Date:
11/19/2021 2:22 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# EXHIBIT A