

D2461473

<table>
<tr><td>Mailing Address<br>P.O. Box 818<br>Thibodaux, LA 70302</td><td><strong>Annette M. Fontana</strong><br><strong>Clerk of Court</strong></td><td>Physical Address<br>303 West 3rd Street<br>Thibodaux, LA 70301</td></tr>
</table>

Mailing Address
P.O. Box 818
Thibodaux, LA 70302

**Annette M. Fontana**
**Clerk of Court**

Physical Address
303 West 3rd Street
Thibodaux, LA 70301

# CITATION

| | |
|---|---|
| **GARBER BROS., LLC** | **SEVENTEENTH JUDICIAL DISTRICT** |
| **VS** | **PARISH OF LAFOURCHE** |
| **MARTIN ENERGY SERVICES, LLC** | **STATE OF LOUISIANA** |
| **DOCKET NUMBER: C-143495** | **DIVISION D** |

TO:    **MARTIN ENERGY SERVICES, LLC**
      **THROUGH ITS REGISTERED AGENT:**
      **CT CORPORATION SYSTEM**
      **3867 PLAZA TOWER DRIVE**
      **BATON ROUGE, LA 70816**

      **residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA**

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

      WITNESS the Honorable Judges of said Court.

      Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, **October 1, 2021.**



ANNETTE M. FONTANA
CLERK OF COURT

**Deputy Clerk of Court**
**Lafourche Parish**

ALLEN & GOOCH(LAFAYETTE)
ATTORNEYS AT LAW
P.O. BOX 81129
LAFAYETTE, LA.   70598-1129

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____ | On _____ by |
| Day of _____, 20___ | Leaving the same with _____ |
| Service:_____ | _____ |
| Mileage:_____ | On the ___ day of |
| | _____, 20_____ |
| | Service:_____ |
| | Mileage:_____ |
| _____ | _____ |
| Dty. Sheriff EAST BATON ROUGE  Parish | Dty. Sheriff EAST BATON ROUGE  Parish |

**SERVICE COPY**

# EXHIBIT B