**Lafourche Parish Clerk of Court  C-143495**
**Filed Sep 29, 2021 3:00 PM          D**
**Holly T. Simoneaux**
**Deputy Clerk of Court**

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO.: _____                                          DIVISION: "__"

### GARBER BROS., LLC

### VERSUS

### MARTIN ENERGY SERVICES, LLC

FILED: _____  _____
                                                                DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes GARBER BROS., LLC, a Louisiana Limited Liability Company, having its registered office located in Broussard, Lafayette Parish, State of Louisiana, who with respect represents that:

1.

Made Defendant herein is:

> Martin Energy Services, LLC, an Alabama Limited Liability Company with its principal place of business in Kilgore, Texas, which may be served through its registered Agent is C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

MARTIN ENERGY SERVICES, LLC (hereinafter "MARTIN ENERGY") is justly indebted unto GARBER BROS., LLC (hereinafter "GARBER") for legal damages in excess of the jurisdictional limits of this Court, including interest, attorney's fees and court costs, all of which are due and legally owing to the Petitioner for the following reasons:

### FACTS

2.

On or about October 28, 2020, Hurricane Zeta made landfall in Cocodrie, Louisiana, approximately thirty miles west of Port Fourchon, LaFourche Parish, Louisiana.

3.

At that time of the approach of Hurricane Zeta, the D/B THOR was moored to bollards at the MARTIN ENERGY dock(s) in Port Fourchon with a crew on board waiting out the storm.

4.

At some point during Hurricane Zeta, the mooring lines that secured the D/B THOR to the bollards at the MARTIN ENERGY dock(s) snapped and/or the dock(s) failed and/or the

1



**Certified True and**
**Correct Copy**
CertID: 2021100100035

Lafourche Parish
Deputy Clerk of Court

Generated Date:
10/1/2021 10:40 AM

**EXHIBIT C**

bollards to which the mooring lines were secured failed. The D/B THOR was set adrift and the crew was unable to control the vessel.

5.

GARBER is the owner and operator of the M/V SEA CYPRESS, an offshore towing vessel bearing U.S. Coast Guard Official number 1251555.

6.

On October 28, 2020, the M/V SEA CYPRESS was standing by with the dredge "E.W. Ellefsen". The M/V SEA CYPRESS was moored starboard side to the dredge.

7.

The D/B THOR allided with the side of the M/V SEA CYPRESS causing significant damage including, but not limited to, damage to her port upper side shell in way of a fuel tank and other parts and appurtenances.

8.

Because of the physical damages caused by the allision, the M/V SEA CYPRESS proceeded to Weeks Marine on November 2, 2020 for damage control. The M/V SEA CYPRESS then proceed to Coral Marine in Amelia, Louisiana for fuel removal and "gas freeing". The M/V SEA CYPRESS was then hauled out to Electra Shipyard Services for surveying, bidding, and repairs. All of this resulted in GARBER incurring damages for the repair of the M/V SEA CYPRESS.

9.

Because of the physical damage caused by the allision and subsequent need for repairs, GARBER lost the use of the M/V SEA CYPRESS during the time the vessel was out of service which resulted in GARBER incurring monetary damages for loss of use.

10.

The cause of the D/B THOR being set adrift and subsequent damages to the M/V SEA CYPRESS are due in whole, or alternatively, in part, to the negligence and fault of MARTIN ENERGY and its employees, officers, agent, and or contractors for whom MARTIN ENERGY is responsible as follows:

1. Failing to properly construct its dock(s) and/or have its dock(s) constructed;

2



**Certified True and Correct Copy**
CertID: 2021100100035

_Joel J. Ragauze_
Lafourche Parish
Deputy Clerk of Court

Generated Date:
10/1/2021 10:40 AM

**EXHIBIT C**

2. Failing to properly maintain its dock(s) and its associated appurtenances, including, but not limited to, its bollards;

3. Failing to ensure that the D/B THOR was properly moored at its dock(s) and to its bollards; and

4. Other acts of fault and neglect which may be discovered as further investigation and discovery may reveal.

WHEREFORE, premises considered, plaintiff, GARBER BROS., LLC, prays that its Petition for Damages be deemed good and sufficient, and that after due proceedings are had, there be judgment in favor of GARBER BROS., LLC against MARTIN ENERGY SERVICES, LLC for all damages sustained by GARBER BROS., LLC together with an award of judicial interest from date of demand until paid, costs of court, and for such other general and equitable relief as may be appropriate under the circumstances.

Respectfully Submitted:

ALLEN & GOOCH,
A LAW CORPORATION

By: _____
JOHN H. HUGHES (#14516)
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70598-1129
Phone: (337) 291-1220
Fax: (337) 291-1295
Email: JohnHughes@allengooch.com
*Attorneys for GARBER BROS., LLC*

PLEASE SERVE:

MARTIN ENERGY SERVICES, LLC
Through its registered Agent
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

3

Certified True and
Correct Copy
CertID: 2021100100035

Lafourche Parish
Deputy Clerk of Court

Generated Date:
10/1/2021 10:40 AM

**EXHIBIT C**

Lafourche Parish Clerk of Court  C-143495
Filed Sep 29, 2021 3:00 PM        .D.
Holly T. Simoneaux
Deputy Clerk of Court

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO.: _____                                              DIVISION: "__"

GARBER BROS., LLC

VERSUS

MARTIN ENERGY SERVICES, LLC

FILED: _____     _____
                                          DEPUTY CLERK
************************************************************************

**REQUEST FOR NOTICE OF TRIAL DATE**

TO THE CLERK OF COURT FOR THE SEVENTEENTH JUDICIAL DISTRICT COURT,

PARISH OF LAFOURCHE, LOUISIANA;

PLEASE TAKE NOTICE that JOHN H. HUGHES, attorney for GARBER BROS., LLC,

does hereby request written notice of the date of Trial of the above matter as well as notice of

hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any

and all formal steps taken by the parties herein, the judge or any member of Court, as provided in

Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1912 and 1914.

ALLEN & GOOCH,
A LAW CORPORATION


By: _____
JOHN H. HUGHES (#14519)
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70598-1129
Phone: (337) 291-1220
Fax: (337) 291-1295
Email: JohnHughes@allengooch.com
*Attorneys for GARBER BROS., LLC*

1

Certified True and
Correct Copy
CertID: 2021100100036

Lafourche Parish
Deputy Clerk of Court

Generated Date:
10/1/2021 10:40 AM

**EXHIBIT C**