**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO.  21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE JAY C. ZAINEY |
| ***Applies to No. 21-2075*** | CHIEF MAGISTRATE JUDGE KAREN WELLS ROBY |

<u>**RESPONSE TO CLERK OF COURT'S DIRECTIVE**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Martin Energy Services, LLC ("Martin"), who, in response to the Clerk of Court's Directive (Doc. 3 in No. 21-2075), respectfully provides the following requested information:

(1)    <u>**A list of all parties still remaining in this action**</u>**:**

The only parties to this removed action are Plaintiff, Garber Bros., LLC, and Defendant, Martin Energy Services, LLC.  No other parties remain in state court.

(2)    <u>**Copies of all pleadings, including answers, filed by those parties in state court**</u>**:**

A copy of the Citation issued in the state court has been previously filed as Exhibit B (Doc. 109-2) to the First Amended Notice of Removal (Doc. 109), and a copy of the Petition for Damages and Request for Notice of Trial Date filed in the state court have been previously filed as Exhibit C (Doc. 109-3 <u>in globo</u>) to the First Amended Notice of Removal (Doc. 109).  No answers were filed in state court.

**(3)    Copies of the return on service of process on those parties filed in state court:**

A copy of the Sheriff's Return on Service of Process in state court has been previously filed in this matter as part of Exhibit A (Doc. 109-1) to the First Amended Notice of Removal (Doc. 109).

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:    /s/ Kirk N. Aurandt
MICHAEL W. McMAHON (23987)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  985/871-0800
Facsimile:    985/871-0899
Attorneys for Defendant, Martin Energy
Services, LLC

- 2 -