UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |
|---|---|

**CONSENT SCHEDULING ORDER** (setting telephone conference call with the Court)

By agreement of the parties to these above captioned and consolidated matters, it is HEREBY ORDERED AS FOLLOWS:

1. Initial Disclosures shall be made by all parties by or before **21 February 2022**.

2. Amendments to pleadings, third-party actions, cross claims, and counterclaims shall be filed no later than **4 April 2022**, in accordance with the Federal Rules of Civil Procedure and Local Rule 7.6, and this deadline may be extended by the Court only upon a showing of good cause consistent with the Federal Rules of Civil Procedure.

3. Claimants and all other interested parties will serve an omnibus set of Interrogatories (to include no more than 50 written interrogatories, including all discrete subparts), Requests for Production of Documents (to include no more than 50 requests) and/or Requests for Admissions on THOR Interests by **4 April 2022**.

4. Claimants and all other interested parties will serve an omnibus set of Interrogatories (to include no more than 50 written interrogatories, including all discrete subparts), Requests

      for Production of Documents (to include no more than 50 requests) and/or Requests for Admissions on CROSBY ENDEAVOR Interests by **4 April 2022**.

5. Claimants and all other interested parties will serve an omnibus set of Interrogatories (to include no more than 50 written interrogatories, including all discrete subparts), Requests for Production of Documents (to include no more than 50 requests) and/or Requests for Admissions on Martin Energy Services by **4 April 2022**.

6. THOR Interests, CROSBY ENDEAVOR Interests and Martin Energy Services will serve a joint set of Interrogatories (to include no more than 50 written interrogatories, including all discrete subparts), Requests for Production of Documents (to include no more than 50 requests) and/or Requests for Admissions on each Claimant and Third-Party Defendant by **4 April 2022**, and each set of joint discovery requests will be unique to the party upon which it served based on the claims and/or defenses asserted.

7. Responses to the omnibus and joint discovery requests propounded on or before 4 April 2022 shall be provided on **20 June 2022**.

8. Any party may serve upon any other party supplemental Interrogatories (to include no more than 25 written interrogatories, including all discrete subparts), Requests for Production of Documents and/or Requests for Admissions on or after **6 July 2022**, and responses shall be due within the delays allowed by the Federal Rules of Civil Procedure.

9. Fact depositions shall commence on or after **29 August 2022**.

10. The parties shall not be constrained in the number of depositions that may be taken in the above captioned and consolidated matter, but the parties may file for protective orders as allowed by the Federal Rules of Civil Procedures, the Federal Rules of Evidence, and the local rules of this Court.

11. Evidence inspections permitted by Rule 34 of the Federal Rules of Civil Procedures shall commence on or after **29 August 2022** or as may otherwise be agreed by the parties.

12. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant or Limitation Petitioner alleging physical damage to property, salvage, and/or loss of use, for purposes of quantifying and calculating monetary damages associated with or arising from alleged physical damage to or salvage of property, including but not limited to loss of use or hire, temporary and/or permanent repairs, and/or any other item of damage claimed or right alleged to be subrogated, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **1 February 2023**.

13. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant claiming personal injury for purposes of quantifying and calculating any and all expenses, losses and items of damages associated with or arising from any alleged personal injury, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **1 February 2023**.

14. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses (for purposes other than quantifying and calculating damages) for any party with the burden of proof on issues of negligence and unseaworthiness shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **29 March 2023**. Should any party question its burden of proof, a motion dispositive of the issue shall be filed and served as soon as possible, but no later than **13 September 2022** for a submission date no later than **28 September 2022**.

15. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests, in their capacity as such and for purposes other than those reports that may be produced in accordance with Paragraphs 12 and 14, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **31 May 2023**.

16. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Defendants and Third-Party Defendants shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **31 May 2023**.

17. The parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and a list of all exhibits that may or will be used, not later than **7 June 2023**.

18. Written rebuttal reports of experts, as defined and permitted by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **14 July 2023**.

19. Depositions for trial use shall be taken and all discovery shall be completed not later than **12 September 2023**.

20. All pre-trial motions, including dispositive motions and motions in limine regarding the admissibility of expert testimony, shall be filed and served no later than **26 September 2023** and then a briefing schedule will be set by the Court. All other motions in limine shall be filed no later than **18 October 2023** and responses thereto shall be filed no later than twenty-eight (28) days from the date of filing of the motion.

21. Motion filing deadlines may be extended by the Court only upon timely application and upon a showing of good cause. Other deadlines may be extended by mutual agreement of the affected parties so long as such extension does not prejudice the Court's motion filing deadlines.

A status conference with the Court BY TELEPHONE is set for **Thursday, July 28, 2022, at 10:15 a.m.** The Court will email the call in information to counsel at a later date.

1/24/22

_____
United States District Judge