## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |

## UNOPPOSED JOINT MOTION FOR
## ENTRY OF JOINT/CONSENT PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Crosby Tugs, L.L.C., (collectively "Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests"), who jointly move this Honorable Court to approve the attached Joint/Consent Protective Order. This Motion is unopposed.

On 4 January 2022, counsel for all parties to these above captioned and consolidated matters participated in a Federal Rules of Civil Procedure Rule 26 discovery conference by telephone for the purpose of discussing a discovery plan for these cases.

After the conference, the undersigned conferred with certain claimants to these consolidated cases and circulated on 9 February 2022 a proposed order to protect confidential documents and information produced or exhibited by and among the parties to these consolidated actions.

On 9 February 2022, the undersigned requested that any suggested edits or comments be sent before noon on 14 February 2022.[1] To date, no objections have been received and the only communication received from any interested party is notification that they consent to the proposed Joint/Consent Protective Order.

As no opposition has been received, Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests pray that this motion be granted and that the attached Joint/Consent Protective Order be approved by this Honorable Court and entered into the record.

Respectfully submitted:

*/s/ Meredith W. Blanque*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Taylor M. Bacques (#39108)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Taylor.Bacques@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

---

[1] Exhibit "A", E-mail from M. Blanque to all counsel of record dated 9 February 2022 circulating proposed Joint/Consent Protective Order.

**-AND-**

*/s/ Sara B. Kuebel*
Jefferson R. Tillery (#17831)
Sara B. Kuebel (#38305)
JONES WALKER, LLP
201 St. Charles Avenue – 48th Floor
New Orleans, LA 70170
Telephone: 504-582-8238
Facsimile: 504-589-8238
jtillery@joneswalker.com
skuebel@joneswalker.com
**ATTORNEYS FOR CROSBY TUGS, LLC**