**EXHIBIT "A"**

---
**Meredith Blanque**
---

| | |
|---|---|
| **From:** | Meredith Blanque |
| **Sent:** | Wednesday, February 9, 2022 12:07 PM |
| **To:** | Aaron B. Greenbaum; Gavin H. Guillot; Jacob Altmyer; Rhiannon Thomas; Salvador J. Pusateri; Taylor Bacques; alewis@arnolditkin.com; kbateam@arnolditkin.com; kfindley@arnolditkin.com; bpteam@arnolditkin.com; cbecerra@arnolditkin.com; cdeleon@arnolditkin.com; jarispe@arnolditkin.com; jerickson@arnolditkin.com; karnold@arnolditkin.com; kmcdonald@arnolditkin.com; alanmeche@allengooch.com; AngelaSchexneider@allengooch.com; dodirobicheaux@allengooch.com; johnhughes@allengooch.com; crissindacomeaux@allengooch.com; StephanieHendrix@allengooch.com; 'adrienne@seklaw.com'; 'jason@seklaw.com'; 'justin@seklaw.com'; 'lisa@seklaw.com'; 'rufus@seklaw.com'; aholmgren@flanaganpartners.com; ddurocher@flanaganpartners.com; hflanagan@flanaganpartners.com; cscott@flanaganpartners.com; erc@flanaganpartners.com; grivera@flanaganpartners.com; jducatel@flanaganpartners.com; jmiller@flanaganpartners.com; mpadilla@flanaganpartners.com; scaesar@flanaganpartners.com; ljd@flanaganpartners.com; sbrady@flanaganpartners.com; arthur.kraatz@phelps.com; scotts@phelps.com; cambrec@phelps.com; Beth.Hipps@phelps.com; Clara.clemson@phelps.com; ivan.rodriguez@phelps.com; Taylor.bologna@phelps.com; Kent.Morrison@phelps.com; jtillery@joneswalker.com; kpels@joneswalker.com; thale@joneswalker.com; skuebel@joneswalker.com; dward@joneswalker.com; cacosta@frilot.com; llabatut@frilot.com; ddenny@frilot.com; lbrotherton@frilot.com; tnguyen@frilot.com; kpontier@frilot.com; pmcshane@frilot.com; llabatut@frilot.com; phathorn@frilot.com; lbrotherton@frilot.com; tnguyen@frilot.com; david@moellerfirm.com; matthew@moellerfirm.com; Lourdes@moellerfirm.com; dreisman@liskow.com; dknowles@liskow.com; ngurba@liskow.com; rbraggs@liskow.com; lbullock@liskow.com; astmary@liskow.com; emitchell@liskow.com; sbrown@liskow.com; rwaid@liskow.com; agoldman@liskow.com; Edwin.Laizer@arlaw.com; jennifer.perkins@arlaw.com; johnny.domiano@arlaw.com; jamie.boudreaux@arlaw.com; matthew.guy@arlaw.com; john.ribarits@chaffe.com; heather.vonsternberg@chaffe.com; jesse.frank@chaffe.com; rita.bush@chaffe.com; connors@chaffe.com; wise@chaffe.com; cameron.warren@chaffe.com; rupp@chaffe.com; engelhardt@chaffe.com; mckendall@chaffe.com; pamela.sacui@chaffe.com; jbercaw@kingjurgens.com; DBaldassaro@kingjurgens.com; jpalmintier@dplawla.com; anaquin@dplawla.com; btreuting@dplawla.com; mlane@dphf-law.com; mcp@dplawla.com; bjullens@dplawla.com; epalmintier@dphf-law.com; jmitchell@dplawla.com; pacaldo@dplawla.com; ymeeks@dplawla.com; kaurandt@daiglefisse.com; mmcmahon@daiglefisse.com; dhartman@daiglefisse.com; dlebreton@daiglefisse.com; mkutner@spaglaw.com; meghan@spaglaw.com; mdavis@gallowaylawfirm.com; TDejean@gallowaylawfirm.com; pschepens@gallowaylawfirm.com; michael.harowski@wilsonelser.com; kelly.poteet@wilsonelser.com; michelle.smith@wilsonelser.com; morlando@meyerorlando.com; rmixon@meyerorlando.com; sbrennan@meyerorlando.com; pbrickman@degan.com; bhirschberg@degan.com; kshaheen@degan.com; sdegan@degan.com; svomvas@degan.com; randy@ungarlaw.net; thassinger@gjtbs.com; coconnor@gjtbs.com; wmaestri@deutschkerrigan.com; lplunkett@rapllclaw.com; Ryan Bourgeois; Kirk Aurandt |
| **Subject:** | Case 2:21-cv-00258-JCZ-KWR All Coast, LLC v. Shore Offshore Services, LLC et al - Proposed Protective Order |

**Attachments:**              Protective Order.docx

Good Afternoon,

As planned during the discovery conference, we have worked with HARVEY SEAS Interests to prepare the attached proposed protective order. The form of the order is taken from that provided by Magistrate Judge Roby on the Court's website, and we have made some nominal additions to reflect the nuances of this case.

Please review the attached and let us have any suggested edits by no later than noon on Monday, 14 February 2022. If no objections are received, we intend to file the attached as a consent order by close of business on Monday.

Thank You and Kind Regards,
Meredith

**Meredith Blanque**
*Of Counsel*
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC



**Direct:** (504) 620-2504
**Main:** (504) 620-2500
**Fax:** (504) 620-2510
1100 Poydras St., Ste. 2250
New Orleans, LA 70163
www.PJGGLAW.com

Confidentiality Notice: The information contained in this email and any attachments may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please notify the sender by return email and permanently delete the email and any attachments immediately. Please do not retain, copy, or use this email or any attachments for any purpose, nor disclose all or any part of its contents to any other person. Pusateri, Johnston, Guillot & Greenbaum, LLC operates as a limited liability company.