UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |

### JOINT MOTION FOR ENTRY OF JOINT/CONSENT PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come all parties to the above captioned and consolidated cases, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, C&G Boats Inc., Gulf Logistics, L.L.C., Garber Bros., LLC, Brian Cloyd, Lessle Williams, Lewis Andrews, Patrick Burnett, Wallace McCray, Premier Offshore Catering, Inc., Chubb Underwriting Agencies Ltd., Martin Energy Services, LLC, Martin Operating Partnership, L.P., U.S. Specialty Insurance Company, Terrynn Tyrell Lyons, GOL, L.L.C., REC Boats, LLC, REC Marine Logistics, LLC, Weeks Marine, Inc., Greater Lafourche Port Commission, Coastal Towing LLC, Talisman Casualty Insurance Company, LLC, Crosby Tugs LLC, Fieldwood LLC, Fieldwood Energy Offshore LLC, Dawn Services, LLC, All Coast, LLC, Gulf Coast Marine, LLC, Complete Logistical Services, LLC, C-Port, LLC, Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Global Towing Services, L.L.C., Offshore Towing Inc., RAF, Inc., Montrell Smith, Randy Rials, and Oceaneering International, Inc. (all parties collectively hereinafter referred to as the "Parties"), and jointly move this Honorable Court to approve and enter into the record the attached Joint/Consent Protective Order for the purpose of protecting documents and information that may be produced or exhibited by and among the parties to this

action relating to trade secrets or other confidential research, development, proprietary or commercial information deemed confidential.

The Parties, through undersigned counsel of record, having read and understood the attached Protective Order, agree to be bound by the terms thereof. Wherefore, the Parties respectfully pray that this motion be granted and that the attached Joint/Consent Protective Order be approved by this Honorable Court and entered into the record for these consolidated cases.

Respectfully submitted:

ADAMS & REESE, LLP

*/s/ Johnny L. Domiano, Jr.*
Edwin Christian Laizer
Johnny L. Domiano, Jr.
Matthew C. Guy
Charles A. Cerise, Jr.
Catherine Neal Creed
701 Poydras St., Suite 4500
New Orleans, LA 70139
504-581-3234
edwin.laizer@arlaw.com
johnny.domiano@arlaw.com
matthew.guy@arlaw.com
ceriseca@arlaw.com
cate.creed@arlaw.com
COUNSEL FOR HARVEY GULF
INTERNATIONAL MARINE, LLC AND
HARVEY SEAS, LLC

-and-

ALLEN & GOOCH

*/s/ Alan J. Meche*
Alan J. Meche
2000 Kaliste Saloom Rd., Suite 400
Lafayette, LA 70508
337-291-1000
alanmeche@allengooch.com
COUNSEL FOR C&G BOATS INC. AND
GULF LOGISTICS, L.L.C.

-and-

ALLEN & GOOCH

*/s/ John H. Hughes*
John H. Hughes
2000 Kaliste Saloom Rd.
Suite 400
Lafayette, LA 70508
337-291-1000
johnhughes@allengooch.com
COUNSEL FOR GARBER BROS., LLC

-and-

ARNOLD & ITKIN, LLP

*/s/ John G Grinnan*
J. Kyle Findley
Adam D. Lewis
John G Grinnan
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, TX 77007
713-222-3800
kfindley@arnolditkin.com
alewis@arnolditkin.com
jgrinnan@arnolditkin.com
COUNSEL FOR BRIAN CLOYD, LESSLE
WILLIAMS, LEWIS ANDREWS, PATRICK
BURNETT, WALLACE McCRAY

-3-

-and-

CHAFFE McCALL LLP

*/s/ John Martin Ribarits*
John Martin Ribarits
Heather Scilley von Sternberg
Alexander James DeGiulio
Jesse Gerard Frank
801 Travis Street
Suite 1910
Houston, TX 77002
713-343-2951
john.ribarits@chaffe.com
heather.vonsternberg@chaffe.com
alex.degiulio@chaffe.com
jesse.frank@chaffe.com
COUNSEL FOR PREMIER OFFSHORE CATERING, INC.

-and-

CHAFFE McCALL LLP

*/s/ Jon Wesley Wise*
Leah Nunn Engelhardt
Jon Wesley Wise
Energy Centre
1100 Poydras St., Suite 2300
New Orleans, LA 70163-2300
504-585-7081
engelhardt@chaffe.com
wise@chaffe.com
COUNSEL FOR CHUBB UNDERWRITING AGENCIES LTD.

-and-

DAIGLE FISSE & KESSENICH

*/s/ Michael William McMahon*
Michael William McMahon
Kirk Norris Aurandt
Ryan M. Bourgeois
227 Highway 21
Madisonville, LA 70447
985-871-0800
mmcmahon@daiglefisse.com
kaurandt@daiglefisse.com
rbourgeois@daiglefisse.com
COUNSEL FOR MARTIN ENERGY
SERVICES, LLC AND MARTIN OPERATING
PARTNERSHIP, L.P.

-and-

DEGAN, BLANCHARD & NASH

/s/ Philip C. Brickman
Sidney W. Degan, III
Philip C. Brickman
Texaco Center
400 Poydras Street, Suite 2600
New Orleans, LA 70130
504-529-3333
sdegan@degan.com
pbrickman@degan.com
COUNSEL FOR U.S. SPECIALITY
INSURANCE COMPANY

-and-

DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', LLP

*/s/ Michael C. Palmintier*
Michael C. Palmintier
Joshua Michael Palmintier
618 Main Street
Baton Rouge, LA 70801-1910
225-344-3735
mcp@dplawla.com
jpalmintier@dplawla.com
COUNSEL FOR TERRYNN TYRELL LYONS

-and-

FLANAGAN PARTNERS LLP

*/s/ Laurent J. Demosthenidy*
Harold J. Flanagan
Sean Patrick Brady
Laurent J. Demosthenidy
Dennis O. Durocher, Jr.
Anders F. Holmgren
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170
504-569-0235
hflanagan@flanaganpartners.com
sbrady@flanaganpartners.com
ljd@flanaganpartners.com
ddurocher@flanaganpartners.com
aholmgren@flanaganpartners.com
COUNSEL FOR GOL, L.L.C., REC BOATS, LLC, REC MARINE LOGISTICS, LLC, WEEKS MARINE, INC.

-and-

FRILOT L.L.C.

*/s/ Kathleen Pontier Rice*
Patrick J. McShane
Danica Benbow Denny
Kathleen Pontier Rice
Colton V. Acosta
Phoebe Alyse Hathorn
Energy Centre
1100 Poydras St., Suite 3700
New Orleans, LA 70163-3700
(504) 599-8000
pmcshane@frilot.com
cacosta@frilot.com
ddenny@frilot.com
phathorn@frilot.com
krice@frilot.com
COUNSEL FOR GREATER LAFOURCHE PORT COMMISSION

-and-

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

*/s/ Patrick Joseph Schepens*
Timothy William Hassinger
Margaret N. Davis
Patrick Joseph Schepens
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
985-674-6680
thassinger@gjtbs.com
mdavis@gallowaylawfirm.com
pschepens@gallowaylawfirm.com
COUNSEL FOR COASTAL TOWING LLC AND TALISMAN CASUALTY INSURANCE COMPANY, LLC

-and-

JONES WALKER

*/s/ Sara Barry Kuebel*
Jefferson Randolph Tillery
Sara Barry Kuebel
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
504-582-8000
jtillery@joneswalker.com
skuebel@joneswalker.com
COUNSEL FOR CROSBY TUGS LLC


-and-


KING, KREBS & JURGENS, PLLC

*/s/ James Denman Bercaw*
James Denman Bercaw
Place St. Charles
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170
504-582-3800
jbercaw@kingjurgens.com
COUNSEL FOR FIELDWOOD LLC AND
FIELDWOOD ENERGY OFFSHORE LLC


-and-


LISKOW & LEWIS

*/s/ David Latham Reisman*
David Latham Reisman
Raymond T. Waid
Lance Christian Bullock
701 Poydras Street, Suite 5000
New Orleans, LA 70139
504-556-4016
dreisman@liskow.com
lbullock@liskow.com
rwaid@liskow.com
COUNSEL FOR DAWN SERVICES, LLC


-and-


-8-

MOELLER FIRM, LLC

*/s/ Matthew Armin Moeller*
Matthew Armin Moeller
David Khoury Smith
650 Poydras Street, Suite 1207
New Orleans, LA 70130
504-702-6794
matthew@moellerfirm.com
david@moellerfirm.com
COUNSEL FOR ALL COAST, LLC AND
GULF COAST MARINE, LLC


-and-


PHELPS DUNBAR, LLP

*/s/ Arthur Raymond Kraatz*
Ivan Mauricio Rodriguez
Arthur Raymond Kraatz
910 Louisiana Street, Suite 4300
Houston, TX 77002
713-225-7251
ivan.rodriguez@phelps.com
arthur.kraatz@phelps.com
COUNSEL FOR COMPLETE LOGISTICAL
SERVICES, LLC


-and-


PHELPS DUNBAR, LLP

*/s/ Taylor Michael Bologna*
Thomas Kent Ledyard Morrison
Colin B. Cambre
Taylor Michael Bologna
365 Canal St., Suite 2000
New Orleans, LA 70130-6534
(504) 566-1311
Kent.Morrison@phelps.com
Taylor.Bologna@phelps.com
Colin.Cambre@phelps.com
COUNSEL FOR C-PORT, LLC

-9-

-and-


PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC

*/s/ Meredith W. Blanque*
Gavin H. Guillot
Salvador Joseph Pusateri
Aaron Benjamin Greenbaum
Meredith W. Blanque
Jacob A. Altmyer
Taylor Mark Bacques
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
504-620-2500
gavin.guillot@pjgglaw.com
jacob.altmyer@pjgglaw.com
taylor.bacques@pjgglaw.com
aaron.greenbaum@pjgglaw.com
salvador.pusateri@pjgglaw.com
meredith.blanque@pjgglaw.com
COUNSEL FOR MODERN AMERICAN RAILROAD SERVICES, LLC AND SHORE OFFSHORE SERVICES, LLC


-and-


STAINES, EPPLING AND KENNEY

*/s/ Rufus C. Harris, III*
Rufus C. Harris, III
James A. Crouch, Jr
Corey Patrick Parenton
3500 N. Causeway Blvd., Suite 820
Metairie, LA 70002
504-884-0623
rufus@seklaw.com
james@seklaw.com
corey@seklaw.com
COUNSEL FOR GLOBAL TOWING SERVICES, L.L.C., OFFSHORE TOWING INC., AND RAF, INC.


-and-

*/s/ Marc Evan Kutner*
UNGAR LAW FIRM
Randy Jay Ungar
3220 N. Arnoult Street #110
Metairie, LA 70002
(504) 450-3389
randy@ungarlaw.net

-and-

SPAGNOLETTI LAW FIRM
Marc Evan Kutner
401 Louisiana Street, 8th Floor
Houston, TX 77002
713-653-5600
Email: mkutner@spaglaw.com
COUNSEL FOR MONTRELL SMITH AND RANDY RIALS

-and-

*/s/ Michael A. Orlando*
WILSON ELSER MOSKOWITZ EDELMAN AND DICKER, LLP
Michael A Harowski
650 Poydras Street, Suite 2200
New Orleans, LA 70130
504-702-1710
michael.harowski@wilsonelser.com

-and-

MEYER ORLANDO, LLP
Michael A. Orlando
Robert Sean Brennan, Jr.
13201 Northwest Freeway, Suite 119
Houston, TX 77040
713-460-9800
morlando@meyerorlando.com
sbrennan@meyerorlando.com
COUNSEL FOR OCEANEERING INTERNATIONAL, INC.