UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
STATE OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | LEAD CASE:  2:21-cv-00258-JCZ-KWR |
| | * | |
| VERSUS | * | JUDGE JAY C. ZANEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE KAREN WELLS ROBY |
| MODERN AMERICAN RAILROAD | * | |
| SERVICES, LLC; and MARTIN | * | |
| ENERGY SERVICES, LLC | * | |

Consolidated with:

| | | |
|---|---|---|
| HARVEY GULF INTERNATIONAL | * | MEMBER CASE:  2:21-cv-00337-JCZ-KWR |
| MARINE, LLC and HARVEY SEAS, | * | |
| LLC | * | |
| | * | |
| VERSUS | * | JUDGE JAY C. ZANEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE KAREN WELLS ROBY |
| MODERN AMERICAN RAILROAD | * | |
| SERVICES, LLC; MARTIN ENERGY | * | |
| SERVICES, LLC; CROSBY TUGS, | * | |
| LLC; and DAWN SERVICES, LLC. | * | |

Consolidated with:

| | | |
|---|---|---|
| IN RE:  IN THE MATTER OF | * | MEMBER CASE:  2:21-cv-00464-JCZ-KWR |
| MODERN AMERICAN RAILROAD | * | |
| SERVICES, LLC, as owner, and SHORE | * | JUDGE JAY C. ZANEY |
| OFFSHORE SERVICES, LLC as | * | |
| Bareboat Charterer and Owner Pro Hac | * | MAGISTRATE KAREN WELLS ROBY |
| Vice of D/B Thor | * | |

Consolidated with:

| | | |
|---|---|---|
| IN RE:  CROSBY TUGS, LLC as owner | * | MEMBER CASE:  2:21-cv-00822-JCZ-KWR |
| and operator of the M/V Crosby | * | |
| Endeavor Petitioning for Exoneration | * | JUDGE JAY C. ZANEY |
| from or Limitation of Liability | * | |
| | * | MAGISTRATE KAREN WELLS ROBY |

*****************************************************************************

1

## CORPORATE DISCLOSURE STATEMENT OF
## GARBER BROS. LLC

Defendant, Garber Bros., LLC, who, pursuant to Federal Rule of Civil Procedure 7.1 and

Local Rule 5.6, submit this Corporate Disclosure Statement certifying the following:

1.

Garber Bros., LLC, has no parent company.

2.

There are no corporations owning 10% or more of the stock of Garber Bros., LLC.

Respectfully Submitted,

__/s/ John H. Hughes_____
JOHN H. HUGHES (#14519)
JohnHughes@AllenGooch.com
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA  70508
P.O. Box 81129
Lafayette, LA  70598-1129
Direct Dial 337-291-1290
Direct Fax 337-291-1295
*Attorney for Garber Bros., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022, the attached was electronically filed the

foregoing with the clerk using the CM/ECF system.  Notice will be sent to all counsel of record

by operation of the court's electronic filing system

__/s/ John H. Hughes__
JOHN H. HUGHES

2