**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258** <br> **c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,** <br> **21-1982** |
| **VERSUS** | |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION "A"** <br> **HON. JAY C. ZAINEY** |
| | **MAGISTRATE: (4)** <br> **HON. KAREN WELLS ROBY** |
| | **APPLIES TO ALL CASES** |

## CONSENT MOTION TO AMEND CONSENT SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Crosby Tugs, L.L.C., (collectively "Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests"), and move this Honorable Court to amend the Consent Scheduling Order (Rec. Doc. 184) as follows:

7.    Responses to the omnibus and joint discovery requests propounded on or before 4 April 2022 shall now be provided on **11 July 2022** (was 20 June 2022).

8.    Any party may now serve upon any other party supplemental Interrogatories (to include no more than 25 written interrogatories, including all discrete subparts), Requests for Production of Documents and/or Requests for Admissions on or after **27 July 2022** (was 6 July 2022), and responses shall be due within the delays allowed by the Federal Rules of Civil Procedure.

9.    Fact depositions shall now commence on or after **19 September 2022** (was 29 August 2022).

11.    Evidence inspections permitted by Rule 34 of the Federal Rules of Civil Procedures shall now commence on or after **19 September 2022** (was 29 August 2022) or as may otherwise be agreed by the parties.

14.    Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses (for purposes other than quantifying and calculating damages) for any party with the burden of proof on issues of negligence and unseaworthiness shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **29 March 2023**. Should any party question its burden of proof, a motion dispositive of the issue shall be filed and served as soon as possible, but now no later than **4 October 2022** (was 13 September 2022) for a submission date now no later than **19 October 2022** (was 28 September 2022).

The Consent Scheduling Order (Rec. Doc. 184) provides at Paragraph 21 that "[m]otion filing deadlines may be extended by the Court only upon timely application and upon a showing of good cause", while "[o]ther deadlines may be extended by mutual agreement of the affected parties so long as such extension does not prejudice the Court's motion filing deadlines."

Under the current Consent Scheduling Order, responses to the omnibus and joint discovery requests are due Monday, 20 June 2022. The Limitation Petitioners received numerous requests for extensions of time to respond to that discovery. In order to accommodate those requests, Limitation Petitioners proposed the foregoing extensions to the group at large, and consent to the proposal has been received from counsel for all parties.

The Limitation Petitioners respectfully submit that good cause exists for the proposed extensions to allow all parties to respond fully to the omnibus discovery propounded without affecting the forward momentum of the above captioned and consolidated cases or impairing any

parties' ability to comply with the deadlines set out in the Consent Scheduling Order Paragraphs 8, 9, 11, and 14. The proposed extensions are brief and the Limitation Petitioners do not anticipate that these extensions will adversely affect any other deadlines remaining within the Consent Scheduling Order (Rec. Doc. 184) or the trial of this matter, as a trial date has not yet been set.

WHEREFORE, the Limitation Petitioners pray that this consent motion be granted and that the Consent Scheduling Order (Rec. Doc. 184) be amended by this Honorable Court.

Respectfully submitted:

___*/s/ Meredith W. Blanque*___
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Taylor M. Bacques (#39108)
PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Taylor.Bacques@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

**-AND-**

_____*/s/ Sara B. Kuebel*_____
Jefferson R. Tillery (#17831)
Sara B. Kuebel (#38305)
JONES WALKER, LLP
201 St. Charles Avenue – 48th Floor
New Orleans, LA 70170
Telephone: 504-582-8238
Facsimile: 504-589-8238
jtillery@joneswalker.com
skuebel@joneswalker.com
**ATTORNEYS FOR CROSBY TUGS, LLC**