# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258**<br>**c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982** |
| **VERSUS** | |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION "A"**<br>**HON. JAY C. ZAINEY** |
| | **MAGISTRATE: (4)**<br>**HON. KAREN WELLS ROBY** |
| | **APPLIES TO ALL CASES** |

## ORDER TO AMEND CONSENT SCHEDULING ORDER

Considering the foregoing consent motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Consent Motion to Amend the Consent Scheduling Order filed by Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Crosby Tugs, L.L.C. is hereby, GRANTED;

IT IS FURTHER ORDERED that the Consent Scheduling Order (Rec. Doc. 184) is hereby amended as follows:

7. Responses to the omnibus and joint discovery requests propounded on or before 4 April 2022 shall now be provided on **11 July 2022** (was 20 June 2022).

8. Any party may now serve upon any other party supplemental Interrogatories (to include no more than 25 written interrogatories, including all discrete subparts), Requests for Production of Documents and/or Requests for Admissions on or after **27 July 2022** (was 6 July 2022), and responses shall be due within the delays allowed by the Federal Rules of Civil Procedure.

-2-

9. Fact depositions shall now commence on or after **19 September 2022** (was 29 August 2022).

11. Evidence inspections permitted by Rule 34 of the Federal Rules of Civil Procedures shall now commence on or after **19 September 2022** (was 29 August 2022) or as may otherwise be agreed by the parties.

14. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses (for purposes other than quantifying and calculating damages) for any party with the burden of proof on issues of negligence and unseaworthiness shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **29 March 2023**. Should any party question its burden of proof, a motion dispositive of the issue shall be filed and served as soon as possible, but now no later than **4 October 2022** (was 13 September 2022) for a submission date no later than 10/26/2022 (was 28 September 2022).

The submission date proposed by the parties (10/19/2022) is not a valid submission date.

6/21/22 _____
United States District Judge