UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | § § § § | CIVIL ACTION NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 |
| v. | § § | JUDGE ZAINEY |
| SHORE OFFSHORE SERVICES, LLC | § § § § | MAGISTRATE ROBY<br><br>Applies to 21-822 and 21-464 |

PREMIER OFFSHORE CATERING, INC.'S
MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Premier Offshore Catering, Inc. ("Premier"), who respectfully moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for an Order dismissing the claims of Patrick Burnett against Premier with prejudice. As shown in the attached supporting Memorandum in Support and Statement of Uncontested Facts, Patrick Burnett does not qualify as a Jones Act seaman. Therefore, Premier is entitled to summary judgment on Patrick Burnett's Jones Act negligence claim, claim for unseaworthiness, and claim for maintenance and cure under the General Maritime Law, including those for exemplary/punitive damages, with prejudice.

**WHEREFORE**, Premier respectfully prays that upon consideration of this Motion and the record herein, this Honorable Court grant Premier's Motion for Summary Judgment.

[remainder of page intentionally left blank]

4700513-1

Respectfully submitted:

**CHAFFE McCALL, L.L.P.**

   */s/ John M. Ribarits*
John M. Ribarits (17114), T.A.
Attorney-in-charge
801 Travis St., Ste. 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: john.ribarits@chaffe.com

**ATTORNEY FOR PREMIER OFFSHORE CATERING, INC.**

OF COUNSEL:

**CHAFFE McCALL, L.L.P.**
Heather S. von Sternberg
Admitted pro hac vice
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: heather.vonsternberg@chaffe.com

and

Jesse G. Frank (38220)
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504-585-7000
Email: jesse.frank@chaffe.com

**ATTORNEYS FOR
PREMIER OFFSHORE CATERING, INC.**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY and affirm that on the 6th day of July, 2022, I electronically filed the foregoing instrument with the Clerk of the United States District Court using CM/ECF system which would then electronically notify the CM/ECF participants in this case.

              /s/John M. Ribarits
              JOHN M. RIBARITS