UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEWIS ANDREWS and<br>PATRICK BURNETT,<br><br>V.<br><br>FIELDWOOD ENERGY OFFSHORE,<br>INC. d/b/a FIELDWOOD ENERGY<br>(TEXAS), INC., FIELDWOOD ENERGY<br>LLC, FIELDWOOD ENERGY<br>OFFSHORE, LLC, SHORE OFFSHORE<br>SERVICES LLC, and PREMIER<br>OFFSHORE CATERING, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 4:20-CV-04009 |

**UNSWORN DECLARATION OF BRENNAN J. DUTHU
<u>PURSUANT TO 28 U.S. CODE § 1746</u>**

1. My name is Brennan J. Duthu and I am over the age of 18 years. I have personal knowledge of each and every fact as stated in this Declaration. I am fully competent to make this Declaration and each and every assertion set forth in this Declaration is true and correct.

2. I have been employed by Premier Offshore Catering, Inc. ("Premier") for more than eight years, and my official title is Accounting Manager. I am authorized by Premier to make the following statements and execute this Declaration on its behalf.

3. Lewis Andrews and Patrick Burnett are both employees of Premier. Patrick Burnett was originally hired on June 7, 2016, and terminated on July 27, 2017. He was rehired on July 11, 2018, and has worked off and on until present. Lewis Andrews was hired by Premier on August 5, 2020.

4. The document attached hereto as Exhibit A-1 is a document I prepared as a summary of the contents of Premier business records I reviewed, and the information in the document accurately reflects Patrick Burnett's work assignments with Premier, including pay periods, job hours, locations and related periods of unemployment. I also have firsthand knowledge of Patrick Burnett's work assignments and information related thereto, and I can attest that the information contained in Exhibit A-1 is true and correct.

5. Patrick Burnett has worked approximately 9,658 hours for Premier during his off and on employment since 2016 to the present. He worked 8,966 hours on various vessels owned by various entities, and he worked 692 hours on fixed platforms. Patrick Burnett worked 746 hours on the M/V PACIFIC, which is owned or operated by Shore Offshore Services LLC ("Shore"). He also worked 1,444 hours on the D/B THOR, also owned or operated by Shore. He also worked 438 hours on the D/B PERFORMANCE, also owned or operated by Shore. Therefore, Patrick Burnett worked a total of 2,628 hours or 27.21% of his total employment time with Premier aboard three vessels owned by Shore. He worked the other 7,030 hours on various vessels owned by various entities.

6. Patrick Burnett was utilized for pop-up boat jobs mostly. These jobs are notoriously spotty for a number of reasons like weather and equipment availability. When Patrick Burnette was assigned to offshore rigs or platforms, it was typically in relief of someone else on the regular rotation. Moreover, a good portion of Premier's business is with various types of offshore vessels, which typically work from March to November. Patrick Burnett also works event catering as a side job in between periods of working for Premier. In short, Patrick Burnett was basically called upon by Premier as needed.

7. Patrick Burnett was a contractor and when he completed a job and was not assigned to work on another job, he enjoyed no ongoing work-related benefits, could file for unemployment benefits during prolonged periods without work, was free to work for any other company, and understood he might never be called back to a job by Premier if there was insufficient work, especially given the consistent ups and downs in the oil industry and economy.

8. The records I reviewed and used in gathering the information for Exhibit A-1, are all business records kept by Premier in the regular course of business, and it was the regular course of business of Premier or an employee or representative of Premier with knowledge of the act, event, occurrence, task or job recorded therein to make such records or to transmit information thereof to be included in such records. These business records were made at or near the time of the events referenced therein or reasonably soon thereafter.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED IN Gray, Louisiana, on this 22nd day of January, 2021.

_/s/ Brennan J. Duthu_
Brennan J. Duthu