**Patrick Burnett Work History**

| Job/Vessel/Rig | Platform/Vessel Owner | Vessel or Platform | Dates Worked | Total Hours |
|---|---|---|---|---|
| MV Joseph Bisso | Bisso Marine | Vessel | 6/14/16-6/17/16 | 57.00 |
| MV William Kallop | Offshore Specialty Fabricators | Vessel | 6/27/16-7/10/16 | 182.00 |
| MV Swing Thompson | Offshore Specialty Fabricators | Vessel | 7/14/16-7/31/16 | 213.00 |
| MV Swing Thompson | Offshore Specialty Fabricators | Vessel | 8/1/16-8/12/16 | 141.00 |
| MV Swing Thompson | Offshore Specialty Fabricators | Vessel | 8/26/16-8/31/16 | 79.00 |
| MV Swing Thompson | Offshore Specialty Fabricators | Vessel | 9/1/16-9/23/16 | 302.00 |
| MV Swing Thompson | Offshore Specialty Fabricators | Vessel | 10/8/2016 | 11.00 |
| MV Bisso 800 | Bisso Marine | Vessel | 10/14/16-10/20/16 | 88.00 |
| MV Bisso 800 | Bisso Marine | Vessel | 10/21/16-10/28/16 | 96.00 |
| MV Triton Explorer | Triton Diving Services | Vessel | 11/3/16-11/30/16 | 402.00 |
| Mag III | Freeport McMoRan | Vessel | 1/9/17-1/22/17 | 219.00 |
| Mag III | Freeport McMoRan | Vessel | 2/6/17-2/12/17 | 108.00 |
| Mag III | Freeport McMoRan | Vessel | 3/1/17-3/5/17 | 60.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 3/6/17-3/31/17 | 428.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 4/1/17-4/4/17 | 57.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 4/19/17-4/25/17 | 104.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 5/3/17-5/16/17 | 216.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 6/7/17-6/13/17 | 126.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 6/21/17-6/30/17 | 147.00 |
| MV Chandelier | Great Lakes Dredge & Dock | Vessel | 7/1/17-7/11/17 | 151.00 |
| MV Pacific | Shore Offshore | Vessel | 7/16/17-7/31/17 | 210.00 |
| MV Pacific | Shore Offshore | Vessel | 8/1/18-8/27/17 | 368.00 |
| MV Pacific | Shore Offshore | Vessel | 9/4/18-9/17/18 | 168.00 |
| SMI-107 A | Talos Energy | Platform | 9/18/18-9/29/18 | 206.00 |
| DB Breton | Morrison Energy | Vessel | 10/16/18-10/23/18 | 112.00 |
| New Orleans | Alliance Offshore | Vessel | 10/24/18-11/6/18 | 224.00 |
| QB Cobb 102 | Alliance Energy | Vessel | 11/9/18-11/10/18 | 30.00 |
| LB Lauren Frances | Offshore Liftboats | Vessel | 11/14/18-11/27/18 | 168.00 |
| MV Ella Claire | Gulf Resource Management, Inc. | Vessel | 12/9/18-12/19/18 | 165.00 |
| EB-910 | W&T Offshore | Platform | 12/23/18-12/29/18 | 126.00 |
| MP-261 A | Performance Energy Services | Platform | 1/17/19-1/26/19 | 141.00 |
| Sabine Pass 13 | Renaissance Energy | Platform | 1/29/19-2/11/19 | 219.00 |
| LB Janie | Offshore Liftboats | Vessel | 2/25/19-4/7/19 | 605.00 |
| MV Ella Claire | Kinetica Partners | Vessel | 4/18/19-5/9/19 | 296.00 |
| QB Chandelier | Weeks Marine | Vessel | 5/24/19-7/3/19 | 524.00 |
| MV GIS Tiger | GIS Marine | Vessel | 7/10/19-8/1/19 | 310.00 |
| DB Performance | Shore Offshore | Vessel | 8/14/19-9/17/19 | 438.00 |
| MV Luke Thomas | Gulf Resource Management, Inc. | Vessel | 10/8/19-10/20/19 | 215.00 |
| DB Thor | Shore Offshore | Vessel | 10/23/19-11/21/19 | 384.00 |
| GOL Sapphire | REC Marine | Vessel | 1/30/20-2/3/20 | 70.00 |
| GOL Sapphire | REC Marine | Vessel | 2/7/20-2/14/20 | 120.00 |
| MV Chris R | RC Logistics | Vessel | 3/13/20-3/25/20 | 224.00 |
| LB Speedy | C-Dive | Vessel | 5/15/20-5/22/20 | 88.00 |
| DB Thor | Shore Offshore | Vessel | 7/28/20-9/14/20 | 584.00 |
| DB Thor | Shore Offshore | Vessel | 9/22/20-10/31/20 | 476.00 |
| | | | | 9658.00 |

**EXHIBIT A-1**