UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | § § § § § | CIVIL ACTION NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 |
| v. | § § | JUDGE ZAINEY |
| SHORE OFFSHORE SERVICES, LLC | § § § § | MAGISTRATE ROBY  Applies to 21-822 and 21-464 |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE THAT** Premier Offshore Catering, Inc., hereby notices for submission its Motion for Summary Judgment, on the 3rd day of August, 2022, at 9:00 a.m. before the Honorable Jay C. Zainey, United States District Judge, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted:

**CHAFFE McCALL, L.L.P.**

  /s/ John M. Ribarits
John M. Ribarits (17114), T.A.
Attorney-in-charge
801 Travis St., Ste. 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: john.ribarits@chaffe.com

**ATTORNEY FOR PREMIER OFFSHORE CATERING, INC.**

OF COUNSEL:

**CHAFFE McCALL, L.L.P.**
Heather S. von Sternberg
Admitted pro hac vice
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: heather.vonsternberg@chaffe.com

and

Jesse G. Frank (38220)
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504-585-7000
Email: jesse.frank@chaffe.com

**ATTORNEYS FOR**
**PREMIER OFFSHORE CATERING, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY and affirm that on the 6th day of July, 2022, I electronically filed the foregoing instrument with the Clerk of the United States District Court using CM/ECF system which would then electronically notify the CM/ECF participants in this case.

                                                                                              /s/John M. Ribarits
                                                                            JOHN M. RIBARITS