UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | § § § § | CIVIL ACTION NO. 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 |
| v. | § § | JUDGE ZAINEY |
| SHORE OFFSHORE SERVICES, LLC | § § § § | MAGISTRATE ROBY<br><br>Applies to 21-822 and 21-464 |

**PREMIER OFFSHORE CATERING, INC.'S**
**STATEMENT OF UNCONTESTED FACTS**

**NOW INTO COURT**, through undersigned counsel, comes Premier Offshore Catering, Inc. ("Premier"), and pursuant to Rule 56 of the Federal Rules of Civil Procedure, submits the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment, which is filed herewith:

1. Patrick Burnett ("Burnett") originally filed suit in Harris County, Texas on November 16, 2020, against Premier, Shore Offshore Services, LLC, Fieldwood Energy, LLC, Fieldwood Offshore Energy, Inc., and Fieldwood Energy Offshore, LLC. On November 24, 2020, Fieldwood Energy, LLC and Fieldwood Energy Offshore, LLC removed this case to the Southern District of Texas with the consent of Shore Offshore Services, LLC. *See Burnett, et al. v. Shore Offshore Services, LLC, et al.*, Civil Action No. 4:20-CV-4009, in the United States District Court for the Southern District of Texas, Houston Division.

2. On March 4, 2021, Shore Offshore Services, LLC ("Shore") and Modern American Railroad Services, L.L.C. ("MARS") (collectively "Shore") filed a Verified Complaint for Exoneration and/or Limitation of Liability in federal court in the Eastern District of Louisiana, in a matter entitled "*In the Matter of Modern American Railroad Services, LLC,*

as Owner, and Shore Offshore Services, LLC, as Bareboat Charterer and Owner Pro Hac Vice of D/B THOR Petitioning for Exoneration from and/or Limitation of Liability", bearing Civil Action No. 2:21-cv-00464-JCZ-KWR ("the Shore Limitation Action").

3. On October 18, 2021, Premier filed a claim against Shore, seeking contribution and indemnity in relation to Burnett's claims against Premier (Rec. Doc. No. 31).

4. On October 26, 2021, Burnett filed his answer and claim to Shore's limitation, alleging that he is a Jones Act seaman and seeking maintenance and cure, among other damages, including exemplary damages for gross negligence (Rec. Doc. No. 45). Burnett further alleged that the D/B THOR was unseaworthy.

5. On December 23, 2021, Shore tendered Burnett's purported Jones Act claim directly to Premier under Federal Rule of Civil Procedure 14(c) (Rec. Doc. No. 148).

6. On January 12, 2022, Premier filed an answer to the claim of Burnett, specifically denying that he is a Jones Act seaman (Rec. Doc. No. 169).

7. On October 28, 2020, in anticipation of Hurricane Zeta, the D/B THOR was moved from the Outer Continental Shelf offshore the Louisiana coast and moored inland at a dock located in Port Fourchon, Louisiana. Burnett, along with others, was onboard working as a galley crew member. (Rec. Doc. No. 45).

8. The D/B THOR broke free from its moorings. (Rec. Doc. No. 1, para. 8, in the Shore Limitation Action).

9. Burnett was originally hired by Premier on June 7, 2016, and terminated on July 27, 2017. He was rehired on July 11, 2018. (*See* Exhibit A to Premier's Memorandum in Support).

10. Burnett has worked approximately 9,658 hours for Premier since 2016 to the present. (*Id.*).

11. Burnett worked 8,966 hours on various vessels owned by various entities, and he worked 692 hours on fixed platforms. (*Id.*).

12. Burnett worked 746 hours on the M/V PACIFIC, which is owned or operated by Shore. He also worked 1,444 hours on the D/B THOR, also owned or operated by Shore. He also worked 438 hours on the D/B PERFORMANCE, also owned or operated by Shore. (*Id.*).

13. Burnett worked a total of 2,628 hours or 27.21% of his total employment time with Premier aboard three vessels owned or operated by Shore. He worked the other 7,030 hours on various vessels owned by various entities. (*Id.*).

Respectfully submitted:

**CHAFFE McCALL, L.L.P.**

 */s/ John M. Ribarits*
John M. Ribarits (17114), T.A.
Attorney-in-charge
801 Travis St., Ste. 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: john.ribarits@chaffe.com

**ATTORNEY FOR PREMIER OFFSHORE CATERING, INC.**

OF COUNSEL:

**CHAFFE McCALL, L.L.P.**
Heather S. von Sternberg
Admitted pro hac vice
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: heather.vonsternberg@chaffe.com

3

and

Jesse G. Frank (38220)
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504-585-7000
Email: jesse.frank@chaffe.com

**ATTORNEYS FOR**
**PREMIER OFFSHORE CATERING, INC.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY and affirm that on the 6th day of July, 2022, I electronically filed the foregoing instrument with the Clerk of the United States District Court using CM/ECF system which would then electronically notify the CM/ECF participants in this case.

                                             /s/John M. Ribarits
                                             JOHN M. RIBARITS