UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075  Pleading applies to all cases.  JUDGE JAY C. ZAINEY  MAGISTRATE JUDGE KAREN WELLS ROBY |

**CLAIMANT'S RESPONSE TO MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS OF LESSLE WILLIAMS AND WALLACE MCCRAY**

The limitation claimants Lessle Williams and Wallace McCray respond to the motion filed by the limitation petitioners Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC and the claimant/third party defendant/ Rule 14(c) defendant Complete Logistical Services, LLC (hereinafter, "movers").[1]

As shown in the attached Exhibit 1, the claimants have consented to IMEs being performed upon them for the injuries they have claimed in this case. As shown in Exhibit 1, however, the parties are still discussing the scope, timing, and relative inquiry to those exams. The claimants are conferring with the movers and anticipate submitting a consent order once the details have been confirmed.

As shown on Exhibit 1, the parties have not yet agreed on scope and timing, but the claimants anticipate an agreement will be reached tomorrow (November 30, 2022). Such an agreement will moot this motion.

---

[1] Rec. Doc. 407, the movers' motion to compel IME.

The movers have consented to the claimants responding to their motion on the merits tomorrow (November 30, 2022) if the matter is not amicably resolved by then. See Exhibit 1. To the extent necessary, the claimants will supplement this response, although they do not anticipate this being required.

Respectfully submitted,

/s/   Kyle Findley

J. Kyle Findley (#34922)
kfindley@arnolditkin.com
Adam Lewis (#37492)
alewis@arnolditkin.com
John G. Grinnan (*pro hac vice*)
jgrinnan@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

**ATTORNEYS FOR CLAIMANTS LESSLE WILLIAMS AND WALLACE MCCRAY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 29th day of November, 2022.

/s/   J. Kyle Findley (#34922)
