UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |

### JOINT MOTION TO AMEND CONSENT SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Crosby Tugs, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Martin Energy Services, L.L.C., Martin Operating Partnership, L.P., Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, GOL, L.L.C., REC Boats, LLC, REC Marine Logistics, LLC, Weeks Marine, Inc., Greater Lafourche Port Commission, Garber Bros., LLC, and Premier Offshore Catering, Inc. (collectively the "Movants"), and upon respectfully suggesting that the parties' time and resources and those of the Court would be best served by a continuance of certain deadlines, move this Honorable Court to amend the Consent Scheduling Order (Rec. Doc. 184) and amendments thereto (Rec. Docs. 342 and 355) as follows:

12. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant or Limitation Petitioner alleging physical damage to property, salvage, and/or loss of use, for purposes of quantifying and calculating monetary damages associated with or arising from alleged physical damage to or salvage of property, including but not limited to loss of use or hire, temporary and/or permanent repairs,

and/or any other item of damage claimed or right alleged to be subrogated, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **24 July 2023** (was 17 April 2023).

13. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant claiming personal injury for purposes of quantifying and calculating any and all expenses, losses and items of damages associated with or arising from any alleged personal injury, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **24 July 2023** (was 17 April 2023).

14. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses (for purposes other than quantifying and calculating damages) for any party with the burden of proof on issues of negligence and unseaworthiness shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **18 September 2023** (was 12 June 2023).

15. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests, in their capacity as such and for purposes other than those reports that may be produced in accordance with Paragraphs 12 and 14, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **20 November 2023** (was 14 August 2023).

16. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Defendants and Third-Party Defendants shall be

obtained and delivered to all interested parties as soon as possible, but in no event later than **20 November 2023** (was 14 August 2023).

17. The parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and a list of all exhibits that may or will be used, not later than **28 November 2023** (was 21 August 2023).

18. Written rebuttal reports of experts, as defined and permitted by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **19 January 2024** (was 27 September 2023).

19. Depositions for trial use shall be taken and all discovery shall be completed not later than **4 March 2024** (was 26 November 2023).

20. All pre-trial motions, including dispositive motions and motions in limine regarding the admissibility of expert testimony, shall be filed and served no later than **18 March 2024** (was 10 December 2023) and then a briefing schedule will be set by the Court. All other motions in limine shall be filed no later than **11 April 2024 (was 5 January 2024)** and responses thereto shall be filed no later than twenty-eight (28) days from the date of filing of the motion.

Initial disclosures have been exchanged. Omnibus discovery was served and responded to, and direct discovery has begun to be served and responded to as well, with thousands of documents being exchanged over the past months. On 14 December 2022, counsel for all parties of record met to set aside dates each month to be reserved for depositions. Twenty-two firm dates were reserved in February, March, July, September, October and November 2023 by counsel for all parties of record, with the majority of the firm dates reserved in September 2023. An additional

sixty days were tentatively reserved on dates between March and November 2023 when most, but not all parties can be available. Given that the current Scheduling Order (Rec. Doc. 355) calls for the first exchange of expert reports to begin in April 2023, Movants respectfully submit that good cause exists for the proposed extensions to allow for the depositions of pertinent witnesses before any expert reports are required to be exchanged. The requested extension will not otherwise affect the forward momentum of these consolidated cases. In addition to the parties joining this motion, counsel for claimants Montrell Smith and Randy Rials has indicated that his clients have no objection to the granting of this motion.

WHEREFORE, for the reasons set forth above, Movants submit that good cause exists for the continuances requested, and respectfully request that the Consent Scheduling Order (Rec. Doc. 184) and amendments thereto (Rec. Docs. 342 and 355) as set forth above.

Respectfully submitted:

*/s/ Sara B. Kuebel*
JEFFERSON R. TILLERY (La. Bar No. 17831)
ALFRED J. RUFTY, III (La. Bar No. 19990)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8238
Facsimile: (504) 589-8238
E-Mail:  jtillery@joneswalker.com
         arufty@joneswalker.com
         skuebel@joneswalker.com
***Attorneys for Limitation Petitioner and Claimant, Crosby Tugs, LLC***

-and-

        FLANAGAN PARTNERS LLP

        <u>/s/ Laurent J. Demosthenidy</u>
        Harold J. Flanagan
        Sean Patrick Brady
        Laurent J. Demosthenidy
        Dennis O. Durocher, Jr.
        Anders F. Holmgren
        201 St. Charles Avenue, Suite 3300
        New Orleans, LA 70170
        504-569-0235
        hflanagan@flanaganpartners.com
        sbrady@flanaganpartners.com
        ljd@flanaganpartners.com
        ddurocher@flanaganpartners.com
        aholmgren@flanaganpartners.com
        COUNSEL FOR GOL, L.L.C., REC BOATS, LLC, REC MARINE LOGISTICS, LLC, WEEKS MARINE, INC.

        -and-

        <u>/s/ Charles A. Cerise, Jr.</u>
        Edwin Christian Laizer
        Johnny L. Domiano, Jr.
        Matthew C. Guy
        Charles A. Cerise, Jr.
        Catherine Neal Creed
        ADAMS & REESE, LLP
        701 Poydras St., Suite 4500
        New Orleans, LA 70139
        504-581-3234
        edwin.laizer@arlaw.com
        johnny.domiano@arlaw.com
        matthew.guy@arlaw.com
        ceriseca@arlaw.com
        cate.creed@arlaw.com
        **COUNSEL FOR HARVEY GULF INTERNATIONAL MARINE, LLC AND HARVEY SEAS, LLC**

        -and-

**DAIGLE FISSE & KESSENICH, PLC**

*/s/ Michael w. McMahon*
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
RYAN M. BOURGEOIS (#29098)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
Email: mmcmahon@daiglefisse.com
         kaurandt@daiglefisse.com
         rbourgeois@daiglefisse.com
***Counsel for Martin Energy Services, L.L.C.***
***and Martin Operating Partnership, L.P.***

-and-

*/s/    Meredith W. Blanque*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

-and-

**FRILOT L.L.C.**

 /s/ Kathleen P. Rice
**PATRICK J. McSHANE (#19055)**
**DANICA C. BENBOW (#27376)**
**KATHLEEN P. RICE (#31291)**
**PHOEBE A. HATHORN (#35811)**
**COLTON V. ACOSTA (#38121)**
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504)599-8000
Facsimile: (504) 599-8100
PMcShane@frilot.com
DDenny@frilot.com
KRice@frilot.com
PHathorn@frilot.com
CAcosta@frilot.com
**Counsel for Claimant, Greater Lafourche Port Commission**

-and-

   /s/ John H. Hughes
JOHN H. HUGHES (#14519)
JohnHughes@AllenGooch.com
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA  70508
P.O. Box 81129
Lafayette, LA  70598-1129
Direct Dial 337-291-1290
Direct Fax 337-291-1295
*Attorney for Garber Bros., LLC*

-and-

                **CHAFFE MCCALL, L.L.P.**

                */s/ John M. Ribarits*
                John M. Ribarits (17114), T.A.
                Attorney-in-charge
                801 Travis St., Ste. 1910
                Houston, Texas 77002
                Telephone: (713) 546-9800
                Facsimile: (713) 546-9806
                Email: john.ribarits@chaffe.com
                **ATTORNEYS FOR CLAIMANT,**
                **PREMIER OFFSHORE CATERING, INC.**