UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF MODERN** | * | **CIVIL ACTION NO. 2:21-CV-00258-** |
| **AMERICAN RAILROAD** | * | **JCZ-KWR (lead case) c/w 21-337, 21-464,** |
| **SERVICES, LLC, as Owner, and** | * | **21-822, 21-1968, 21-1969, 21-1981, 21-** |
| **SHORE OFFSHORE SERVICES,** | * | **1982, 21-2075, 21-2227** |
| **LLC, as Bareboat Charterer and** | * | **Pleading applies to all cases.** |
| **Owner** *Pro Hac Vice* **of D/B THOR** | * | |
| **PETITIONING FOR** | * | **JUDGE JAY C. ZAINEY** |
| **EXONERATION FROM AND/OR** | * | |
| **LIMITATION OF LIABILITY** | * | **MAGISTRATE JUDGE KAREN WELLS** |
| | * | **ROBY** |

**OPPOSITION TO MOTION TO COMPEL**

Limitation claimants Lewis Andrew, Brian Cloyd, Wallace McCray, and Lessle Williams ("claimants") file this short opposition to the motion to compel filed by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Complete Logistical Services, LLC, Oceaneering International, Inc, and Premier Offshore Catering, Inc. (the "movers.")[1]

**I.**

Beginning in the early parts of January through the early days of February, the undersigned counsel has been extremely busy and tied up between trial preparation and actual trial.[2] Following the conclusion of that trial, the undersigned is still not fully "caught up" on miscellaneous matters that have accrued in the interim. The movers' request to take the claimants' depositions is one such matter that was not yet addressed before the motion's filing.

The claimants acknowledge that the movers are entitled to take the depositions they seek. As shown on the attached Exhibit A, the claimants have now offered themselves up for

---

[1] Rec. Doc. 468, motion to compel.

[2] The undersigned was lead trial counsel in a very high profile wrongful death jury-trial case in the Western District of Louisiana, *Warner v. Talos ERT, LLC*, 2:18-cv-1435. The matter was tried to a jury from January 20, 2023 through February 2, 2023 and resulted in a significant 8-figure verdict for the undersigned's client.

depositions on March 30, April 3, April 25, and April 27.[3] In light thereof, the Court should deem this motion to be moot.

## II.

The claimants have voluntarily offered themselves up for deposition on multiple days. Therefore, the Court should deem the movers' motion to be moot.

Respectfully submitted,

/s/      Kyle Findley

J. Kyle Findley (#34922)
kfindley@arnolditkin.com
Adam Lewis (#37492)
alewis@arnolditkin.com
John G. Grinnan (*pro hac vice*)
jgrinnan@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

**ATTORNEYS FOR CLAIMANT PATRICK BURNETT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 21st day of February, 2023.

/s/      J. Kyle Findley (#34922)

---

[3] See Exhibit A, pp. 1-7.