## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | * * * * * * * * * * | **CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** <br><br> **Pleading applies to all cases.** <br><br> **JUDGE JAY C. ZAINEY** <br><br> **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## CLAIMANT'S RESPONSE TO MOTION TO COMPEL

Limitation claimant Brian Cloyd responds to the motion to compel filed by Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Oceaneering International, Inc. at Rec. Doc 489.

Mr. Cloyd respectfully submits that the motion should be deemed moot. As shown in the attached Exhibit 1, the claimant has offered to provide the authorizations sought in the motion and to also permit a supplemental deposition of Mr. Cloyd for up to one hour. The claimant respectfully submits that these are reasonable accommodations that resolve all matters raised in the motion.

        Respectfully submitted,

        /s/     Andy Dupre
        Andy Dupre (Bar No. 32437)
        **THE DUPRE LAW FIRM**
        705 Constantinople St.
        New Orleans, LA 70115
        Telephone: (985) 855-2553
        Facsimile: (504) 814-8156

        Attorneys for claimant Brian Cloyd

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 11th day of July, 2023.

/s/      Andy Dupre