**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258** |
| | **c/w 21-337, 21-464, 21-822, 21-1968, 21-** |
| **VERSUS** | **1969, 21-1982, 21-1981, 21-2075, 21-2227** |
| | |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION "A"** |
| | **HON. JAY C. ZAINEY** |
| | |
| | **MAGISTRATE: (4)** |
| | **HON. KAREN WELLS ROBY** |
| | |
| | **APPLIES TO ALL CASES** |

**MODERN AMERICAN RAILROAD SERVICES, L.L.C., SHORE OFFSHORE
SERVICES, LLC, AND OCEANEERING INTERNATIONAL, INC.'s
REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE FOR A
SECOND DEPOSITION OF BRIAN CLOYD AND TO COMPEL TESTIMONY AND
<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>**

Contrary to Claimant's Response to Motion to Compel (Rec. Doc. 492), not all matters

raised in the Joint Motion to Compel have been resolved. While Movants have reached an

agreement with counsel for Claimant Brian Cloyd regarding most of the matters set forth in the

Joint Motion to Compel,[1] a dispute remains concerning the discoverability of Cloyd's criminal

history. Accordingly, the Joint Motion to Compel is still ripe and, respectfully, Cloyd should be

compelled to fully testify regarding his criminal history over the last 10 years as further explained

below.

Medical records obtained by Movants, dated from 2016, show that Cloyd had been charged

with aggravated incest, a felony in Louisiana. These charges, and any related conviction, were in

the past 10 years and therefore within the scope of Fed. R. Evid. 609(b). Nevertheless, Cloyd

refused to testify about this matter and all other matters of his criminal history on the basis that

---

[1] Exhibit A, Email Correspondence between Cameron Hatzel and John Grinnan on July 13, 2023 at 9:31 am and 9:49 am.

they had been "expunged."[2] Expungement, however, is not a valid basis for denying THOR Interests and OII discovery on these charges, because they can still be admissible at trial. *See Baer v. Midland Enterprises d/b/a Orsouth Transp. Co.*, Civ. Act. No. 03-1331, 2004 WL 1238004, at *3-4 (E.D. La. June 3, 2004 (Berrigan, J.) (denying, in part plaintiff's motion *in limine* and allowing defendants to introduce evidence of plaintiff's records of his conviction and the subsequent dismissal and expungement but only for impeachment purposes); *see also U.S. v. Conrod,* Crim. Act. No. 4:05CR128-P-B, 2006 WL 2038627, at *2-3 (N.D. Miss. Jul. 19, 2006 (Pepper, Jr., J.) (denying defendant's motion to suppress evidence of a prior conviction that had been expunged from his criminal record).

Independent of whether this material may be admissible at trial for impeachment purposes, Cloyd should still be required to testify at his deposition on these matters because they go directly to his past psychiatric treatment and Cloyd has placed his psychiatric condition at issue in this case.[3] The criminal matters appear to be interwoven with his medical records; indeed, such is how some of the criminal matters were discovered. It is therefore necessary to explore these topics in a deposition with Cloyd to complete discovery and prepare expert reports.

To date, Cloyd's counsel has only offered to permit questioning of Cloyd on "non-expunged convictions for felonies in the past 10 years and crimes of moral turpitude."[4] Cloyd's continued refusal to at least answer questions regarding his expunged criminal records, for which they provide no supporting authority in their response to the Joint Motion to Compel, is without merit and contrary to law. Nevertheless, Cloyd contends that questioning, and thus the discoverability, of this topic has been foreclosed following this Court's *in-camera* review of

---

[2] Rec. Doc. 489-1 at pp. 7-8.
[3] Rec. Doc. 37 at pp. 13 – 14. Cloyd specifically pleaded claims for "past and future mental pain, suffering, and anguish."
[4] Ex. A, at Email from John Grinnan on July 13, 2023 at 9:49 am.

Cloyd's criminal history.[5] Movants dispute this contention and do not view this Court's prior Order (Rec. Doc. 398) as limiting questions as to Cloyd's criminal history at his deposition. Movants have no way to verify if the expunged records about which Cloyd testified were provided to the Court for that *in camera* review.[6]

Simply put, Cloyd's refusal to testify regarding only "non-expunged convictions" at his second deposition is contrary to law, so THOR Interests and OII request a ruling from the Court regarding whether Cloyd can be questioned about his arrests within the last 10 years, including the felony charges for aggravated incest, notwithstanding any claim by Cloyd that those charges have been expunged, dismissed, or previously foreclosed from discovery by this Honorable Court. As stated above, the parties have mutually resolved and agreed to the remaining issues addressed in the underlying Motion to Compel.

Respectfully submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillott@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com

---

[5] *Id.*

[6] Cloyd's counsel has refused to answer Movants' direct queries on this topic. Exhibit B, Email Correspondence between Cameron Hatzel and John Grinnan on July 14, 2023 at 9:31 am and 9:47 am.

Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
ATTORNEYS FOR PETITIONERS-IN-LIMITATION,
MODERN AMERICAN RAILROAD SERVICES, L.L.C.
and SHORE OFFSHORE SERVICES, LLC

and

*/s/ **Michael A. Orlando***
Michael A. Orlando – Lead Counsel
Texas Bar No. 15302700
Federal ID No. 1814
morlando@meyerorlando.com
MEYER ORLANDO LLC
Cameron A. Hatzel
Texas Bar No. 24074373
Federal ID No. 1128943
R. Sean Brennan, Jr.
Texas Bar No. 24069414
Federal ID No. 1101539
sbrennan@meyerorlando.com
13201 Northwest Fwy, Suite 119
Houston, Texas 77040
Telephone: (713) 460-9800
Facsimile: (713) 460-9801

Michael Harowski – Local Counsel
LA Bar No. 30543
Federal Bar No. 246
michael.harowski@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
LLP
650 Poydras Street, Suite 2200
New Orleans, LA 70130
Telephone: (504) 702-1714
Facsimile: (504) 702-1715
ATTORNEYS FOR OCEANEERING INTERNATIONAL,
INC.