## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALL COAST, LLC** | * | **CIVIL ACTIO** |
| | * | |
| **VERSUS** | * | **NO:   21-258** |
| | * | |
| **SHORE OFFSHORE SERVICES, LLC ET AL.** | * | **SECTION: "A" (4)** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION TO ENROLL AS COUNSEL</u>

**NOW INTO COURT**, through undersigned counsel, comes J. Kyle Findley, who moves to enroll William Gibbens as counsel on his behalf to respond to the Report and Recommendation filed in the above-captioned case on July 11, 2023 (Rec. Doc. 491).

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY &
 MCEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
Billy@semmlaw.com

Attorney for J. Kyle Findley