# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227 |
| VERSUS | |
| SHORE OFFSHORE SERVICES, LLC | SECTION "A" HON. JAY C. ZAINEY |
| | MAGISTRATE: (4) HON. KAREN WELLS ROBY |
| | APPLIES TO ALL CASES |

## ORDER TO AMEND CONSENT SCHEDULING ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Amend the Consent Scheduling Order filed on behalf of C&G Boats, Inc., Crosby Tugs, LLC, Garber Bros., LLC, Global Towing Service, L.L.C., GOL, LLC, Greater Lafourche Port Commission, Gulf Logistics, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Modern American Railroad Services, L.L.C., Oceaneering International, Inc., Offshore Towing Inc., Premier Offshore Catering, Inc., RAF, Inc., REC Boats, LLC, REC Marine Logistics, LLC, Shore Offshore Services, LLC, and Weeks Marine, Inc. is hereby GRANTED;

IT IS FURTHER ORDERED that the deadlines and orders set forth in Paragraphs 1 through 11 and Paragraph 21 of the Consent Scheduling Order (as amended) (Rec. Docs. 184, 342, 355 and 456) remain in place.

IT IS FUTHER ORDERED that the deadlines and orders set forth in Paragraphs 12 through 20 of the Consent Scheduling Order (as amended) (Rec. Docs. 184, 342, 355 and 456) are hereby amended as follows:

12. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant or Limitation Petitioner alleging physical damage to property, salvage, and/or loss of use, for purposes of quantifying and calculating monetary damages associated with or arising from alleged physical damage to or salvage of property, including but not limited to loss of use or hire, temporary and/or permanent repairs, and/or any other item of damage claimed or right alleged to be subrogated, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **24 October 2023** (was 24 July 2023).

13. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for any Claimant claiming personal injury for purposes of quantifying and calculating any and all expenses, losses and items of damages associated with or arising from any alleged personal injury, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **24 October 2023** (was 24 July 2023).

14. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses (for purposes other than quantifying and calculating damages) for any party with the burden of proof on issues of negligence and unseaworthiness shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **18 December 2023** (was 18 September 2023).

15. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Limitation Petitioners, THOR Interests and CROSBY ENDEAVOR Interests, in their capacity as such and for purposes other than those reports that may be produced in accordance with Paragraphs 12 and 14, shall be obtained and

delivered to all interested parties as soon as possible, but in no event later than **20 February 2024** (was 20 November 2023).

16. Written reports of experts, as defined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, who may be witnesses for Defendants and Third-Party Defendants shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **20 February 2024** (was 20 November 2023).

17. The parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and a list of all exhibits that may or will be used, not later than **28 February 2023** (was 28 November 2023).

18. Written rebuttal reports of experts, as defined and permitted by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, shall be obtained and delivered to all interested parties as soon as possible, but in no event later than **19 April 2024** (was 19 January 2024).

19. Depositions for trial use shall be taken and all discovery shall be completed not later than **4 June 2024** (was 4 March 2024).

20. All pre-trial motions, including dispositive motions and motions in limine regarding the admissibility of expert testimony, shall be filed and served no later than **18 June 2024** (was 18 March 2024) and then a briefing schedule will be set by the Court. All other motions in limine shall be filed no later than **11 July 2024** (was 11 April 2024) and responses thereto shall be filed no later than twenty-eight (28) days from the date of filing of the motion.

The motion to expedite (#495) is dismissed as moot because the underlying motion is unopposed and should not have been noticed for submission.

7/19/23

_____
UNITED STATE DISTRICT COURT JUDGE