UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | * * * * * * * * * * | **CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227** <br> **Pleading applies to all cases.** <br><br> **JUDGE JAY C. ZAINEY** <br><br> **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### JOINT MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS AND/OR MOTIONS FOR REVIEW OVER RECOMMENDATION AND REPORT

Now into court come: (1) claimant Patrick Burnett ("Mr. Burnett"), (2) counsel J. Kyle Findley ("Mr. Findley"), (3) Limitation-Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC ("THOR Interests"), and (4) claimant/third-party defendant/Rule 14(c) defendant Premier Offshore Catering, Inc. ("Premier"). These are all of the interested persons concerning the Court's report and recommendation at Rec. Doc. 491. THOR Interests and Premier were the movant on that motion that is adjudicated in that report and recommendation and Mr. Burnett and Mr. Findley are the persons adversely affected by that ruling.

The movers jointly move the Court to extend the deadline for the filing of objections and motions for review over that order from its current deadline of July 25, 2023 to August 24, 2023. This requested thirty-day extension will not delay the progress of this action.

A proposed order is attached. The parties jointly and respectfully ask that the Court endorse it.

Respectfully submitted,

/s/ William P. Gibbens
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY &
MCEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051 B
illy@semmlaw.com

Attorney for J. Kyle Findley


/s/      Robert P. Wynne
Robert P. Wynne
Louisiana State Bar No. 30123
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Tel: 281-813-8959
Email: bob@justwynnelaw.com

J. Kyle Findley (#34922)
kfindley@arnolditkin.com
John G. Grinnan (*pro hac vice*)
jgrinnan@arnolditkin.com
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

Attorney for claimant Patrick Burnett


/s/ Gavin H. Guillot
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250

2

        New Orleans, LA 70163
        Telephone: 504-620-2500
        Facsimile: 504-620-2510
        Gavin.Guillot@pjgglaw.com
        Salvador.Pusateri@pjgglaw.com
        Aaron.Greenbaum@pjgglaw.com
        Meredith.Blanque@pjgglaw.com
        Jacob. Altmyer@pjgglaw.com
        Jonathan.Parker@pjgglaw.com

        ATTORNEYS FOR PETITIONERS-IN-LIMITATION, MODERN AMERICAN RAILROAD SERVICES, L.L.C. and SHORE OFFSHORE SERVICES, LLC


        CHAFFE McCALL, L.L.P.

        /s/      John M. Ribarits
        John M. Ribarits (17114), T.A.
        Attorney-in-charge
        801 Travis St., Ste. 1910
        Houston, Texas 77002
        Telephone: 713-546-9800
        Facsimile: 713-546-9806
        Email: john.ribarits@chaffe.com

        ATTORNEYS FOR PREMIER OFFSHORE CATERING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 22nd day of July, 2023.

        /s/      William P. Gibbens