UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075<br><br>Pleading applies to: 21-822 and 21-464<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

Considering the joint motion to extend deadline to file objections and/or motions for review over recommendation and report, which was jointly filed by (1) claimant Patrick Burnett ("Mr. Burnett"), (2) counsel J. Kyle Findley ("Mr. Findley"), (3) Limitation-Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC, and (4) claimant/third-party defendant/Rule 14(c) defendant Premier Offshore Catering, Inc.,

It is hereby ordered that the motion is GRANTED.

The Court hereby orders that the deadline for any person to file objections and/or a motion for review over the report and recommendation at Rec. Doc. 491 is hereby extended to August 24, 2023.

Signed this  24th  day of July, 2023 in New Orleans, Louisiana.

_____
The Hon. Jay C. Zainey
U.S. DISTRICT JUDGE