UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |

**THOR INTERESTS' OPPOSITION TO CLAIMANT MONTRELL SMITH'S AND NON-PARTY BRITTNEY DUPLANTIS' MOTION TO QUASH THE SUBPOENAS DUCES TECUM TO HOSP SOUTX MARG, LLC AND VINDICARE MANAGEMENT, INC.**

**MAY IT PLEASE THE COURT:**

As in the Motion to Quash the subpoena *duces tecum* issued to Aimbridge Hospitality, LLC (*see* Rec. Doc. 512), personal injury claimant, Montrell Smith, and a non-party to these proceedings, Brittney Duplantis (Smith's partner),[1] herein seek relief to quash the subpoenas *duces tecum*[2] issued by Limitation-Petitioners, Modern American Railroad Services, L.L.C., and Shore Offshore Services, LLC (collectively "THOR Interests"), to HOSP SOUTX MARG, LLC ("HSM") and to Vindicare Management, Inc. ("Vindicare"), who are, respectively, the suspected owner and a suspected operator of the Margaritaville Beach Resort in South Padre Island, TX ("Margaritaville"), where Smith testified at his July 20, 2023 deposition that he and Ms. Duplantis recently vacationed.[3]

---

[1] Smith and Ms. Duplantis may sometimes be referred to collectively herein as "Movants."
[2] Rec. Doc. 521-1 (HSM Subpoena); Rec. Doc. 521-2 (Vindicare Subpoena).
[3] Rec. Doc. 516-1 (Excerpts of the *Transcript of the Testimony of Videotaped Deposition of Montrell Smith*), pp. 20 - 23 (transcript pp. 64:24 – 67:9); p. 33 (deposition p. 322:9-21).

-1-

The Motion to Quash the subpoenas served on HSM and Vindicare (Rec. Doc. 521) was transferred from the United States District Court for the Northern District of Texas (*see* Rec. Doc. 520 – Consolidation Order; *see also* EDLA Case No. 2:23-mc-03220 at Rec. Doc. 5); and the HSM and Vindicare subpoenas at issue (issued five days after Smith's deposition) are virtually identical to the Aimbridge Hospitality, LLC subpoena that is subject of Smith and Ms. Duplantis' other Motion to Quash (Rec. Doc. 512). The Motion to Quash the Aimbridge Hospitality, LLC subpoena (*see* Rec. Doc. 512) is set for oral argument before this Honorable Court on August 30, 2023, at 10:00 a.m. (Rec. Doc. 519); and today, the Court set the Motion to Quash the HSM and Vindicare subpoenas for the same date (Rec. Doc. 522). Given the identical nature of the arguments raised by Smith and Ms. Duplantis in connection with the Aimbridge Hospitality, LLC subpoena (Rec. Doc. 512), THOR Interests oppose this Motion (Rec. Doc. 521) by adopting the same arguments set forth in THOR Interests' Opposition to Smith and Ms. Duplantis' Motion to Quash the Aimbridge Hospitality, LLC subpoena (Rec. Doc. 516).

In further support of this Opposition, THOR Interests provide the attached proofs of service in connection with the HSM subpoena and the Vindicare subpoena,[4] also noting that HSM, Vindicare, and Aimbridge Hospitality, LLC, have jointly objected to THOR Interests' subpoenas on their own accord.[5] While these entities' objections are not before the Court on Smith and Ms. Duplantis' motions to quash, THOR Interests submit that this discovery dispute is one between THOR Interests and the subpoenaed entities, not one between THOR Interests and the Movants.

---

[4] Exhibit A, *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to HOSP SOUTX MARG, LLC and Executed Proof of Service*, at p. 2; Exhibit B, *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Vindicare Management, Inc. and Executed Proof of Service*, at p. 2.
[5] Exhibit C, *Non-parties' Joint Objections to Defendants' Subpoena*.

For these reasons and for the same reasons stated in THOR Interests' Opposition to Smith and Ms. Duplantis' Motion to Quash the Aimbridge Hospitality, LLC subpoena (Rec. Doc. 516), the Motion to Quash the HSM and Vindicare subpoenas (Rec. Doc. 521) should, likewise, be denied.

    Respectfully submitted:

*/s/ Jacob A. Altmyer*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**