UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1981, 21-1982, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. KAREN WELLS ROBY<br><br>APPLIES TO ALL CASES |

**JOINT MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS AND/OR
MOTIONS FOR REVIEW OVER RECOMMENDATION AND REPORT**

Now into court come: (1) claimant Patrick Burnett ("Mr. Burnett"), (2) counsel J. Kyle Findley ("Mr. Findley"), (3) Limitation-Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC ("THOR Interests"), and (4) claimant/third-party defendant/Rule 14(c) defendant Premier Offshore Catering, Inc. ("Premier"). These are all of the interested persons concerning the Court's report and recommendation at Rec. Doc. 491. THOR Interests and Premier were the movants on that motion that is adjudicated in that report and recommendation and Mr. Burnett and Mr. Findley are the persons adversely affected by that ruling.

The movers jointly move the Court to extend the deadline for the filing of objections and motions for review over that order from its current deadline of August 24, 2023 to September 25, 2023. This requested extension will not delay the progress of this action.

A proposed order is attached. The parties jointly and respectfully ask that the Court endorse it.

-2-

Respectfully submitted:

*/s/ William P. Gibbens*

William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY &
MCEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051 B
illy@semmlaw.com

Attorney for J. Kyle Findley


*/s/ Robert P. Wynne*

Robert P. Wynne
Louisiana State Bar No. 30123
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Tel: 281-813-8959
Email: bob@justwynnelaw.com

J. Kyle Findley (#34922)
kfindley@arnolditkin.com
John G. Grinnan (*pro hac vice*)
jgrinnan@arnolditkin.com
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

Attorneys for claimant Patrick Burnett

/s/ *Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

CHAFFE MCCALL, L.L.P.

/s/ *John M. Ribarits*
John M. Ribarits (17114), T.A.
Attorney-in-charge
801 Travis St., Ste. 1910
Houston, Texas 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: john.ribarits@chaffe.com
ATTORNEYS FOR PREMIER OFFSHORE CATERING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 23rd day of August, 2023.

/s/ *Gavin H. Guillot*