MINUTE ENTRY
ROBY, M.J.
Aug. 30, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO:   21-258 |
| SHORE OFFSHORE SERVICES, LLC, et al. | SECTION: "A" (4) |

### JUDGE KAREN WELLS ROBY, PRESIDING

LAW CLERK:                              Erin Wright
COURT REPORTER/RECORDER:                Cathy Pepper

Appearances:   **Mark Kutner** for Claimant and Non-Party.
               **Jacob Altmyer** for Limitation-Petitioners.

Motion of Claimant Montrell Smith and Non-Party Brittney Duplantis**:**

    Motion to Quash the Subpoena *Duces Tecum* to Aimbridge Hospitality, LLC (R. Doc. 512)
    Motion to Quash the Subpoena *Duces Tecum* to Hosp Soutx Marg, LLC and Vindicare
       Management, Inc. (R. Doc. 521)

The Court heard the above matter on August 30, 2023.  The Court shall issue an Order.

MJSTAR: 00:17