MINUTE ENTRY
ROBY, M.J.
Oct. 3, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:   21-258** |
| **SHORE OFFSHORE SERVICES, LLC, et al.** | **SECTION: "A" (4)** |

### JUDGE KAREN WELLS ROBY, PRESIDING

LAW CLERK:                           Erin Wright
COURT REPORTER/RECORDER:    Phone call into deposition; court reporter present

Appearances:    **David Reisman,** Dawn Services, LLC, third-party defendant
                **Gavin Guillot**, Modern American Railroad Services and Shore Offshore Services, LLC

Counsel contacted the Court seeking guidance on an ethical issue arising during the cross-examination of a deponent. The deponent formerly worked at a company where the cross-examining attorney previously served as general counsel. The deponent is a former client of the cross-examining attorney in a prior, unrelated matter.

During the deposition, the cross-examining attorney asked the deponent about the circumstances in which the deponent left a previous job at a different company. The deponent's attorney objected to this line of questioning, arguing that it was irrelevant, salacious, and based on the cross-examining attorney's personal knowledge.

After gathering additional information from counsel regarding the specific circumstances, the Court determined that it was personal in nature and not relevant to either a claim or defense in the matter. Counsel thereafter withdrew the question.

**MJSTAR: 00:08**