## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227 **Pleading applies to all cases.** JUDGE JAY C. ZAINEY MAGISTRATE JUDGE KAREN WELLS ROBY |

### REQUEST FOR ORAL ARGUMENT

Limitation claimant Patrick Burnett requests oral argument on his objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 491) and his motion for review of it before the district court.

Respectfully submitted,

/s/     Bob Wynne
Bob Wynne
Louisiana State Bar No. 30123
3701 Kirby, Suite 760
Houston, Texas 77098
Tel: 281-813-8959
Email: bob@justwynnelaw.com
**ATTORNEY FOR CLAIMANT PATRICK BURNETT**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 9th day of October, 2023.

/s/     Bob Wynne
Bob Wynne