UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A(4) |

## ORDER

**IT IS ORDERED** that the **Motion to Amend Scheduling Order (Rec. Doc. 543)** is denied without prejudice to be refiled with a new proposed order that contains within it <u>all</u> of the governing deadlines, including those that will remain in place from the prior scheduling orders that are located throughout the docket sheet for the eleven cases in the consolidation.

October 24, 2023

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE