UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A(4) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, through undersigned counsel, that J. Kyle Findley and Patrick Burnett appeal to the United States Court of Appeals for the Fifth Circuit from a final Order entered in the above-captioned action on October 24, 2023 (District Court Record Document 544), signed by United States District Judge Jay C. Zainey, together with all prior orders and rulings which produced the October 24, 2023 order (including the Report and Recommendation at District Court Record Document 491).

This Notice of Appeal is for all purposes permitted by law and is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

New Orleans, Louisiana, this 22nd day of November, 2023.

Respectfully submitted,

*/s/ Bob Wynne*
Bob Wynne, 30123
3701 Kirby, Suite 760
Houston, Texas 77098
(281) 813-8959
bob@justwynnelaw.com

*Attorney for Patrick Burnett*

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Ian L. Atkinson,
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
(504) 680-6065
billy@semmlaw.com
ian@semmlaw.com

*Attorney for J. Kyle Findley*