UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF MODERN                          CIVIL ACTION
AMERICAN RAILROAD SERVICES, LLC,
as Owner, and SHORE OFFSHORE                     NO:   21-258
SERVICES, LLC, as Bareboat Charterer and
Owner *Pro Hac Vice* of D/B THOR                 SECTION: "A" (4)
PETITIONING FOR EXONERATION FROM
AND/OR LIMITATION OF LIABILITY

## ORDER

On December 22, 2023, the Claimant filed an **Unopposed Motion to Vacate Order on Grounds of Settlement (R. Doc. 554)**.

The Claimant, Brian Cloyd, asks the Court to vacate its December 14, 2023, Order regarding Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Oceaneering International, Inc.'s request to take a second deposition of Mr. Cloyd (R. Doc. 552). Mr. Cloyd states that his claims have been settled and a Motion to Dismiss these claims with prejudice was filed on December 22, 2023 (R. Doc. 553), rendering the previous Motion for Leave for a Second Deposition of Brian Cloyd and to Compel Testimony and Authorization for Release of Medical Records moot (R. Doc. 489). The Court finds that the December 14, 2023 Order is moot by virtue of the settlement of the case and does not require further action of this Court.

Accordingly,

**IT IS ORDERED** that the Claimant's **Unopposed Motion to Vacate Order on Grounds of Settlement (R. Doc. 554)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of January 2024.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**