UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC, ET AL. | CIVIL ACTION NO.: 21-258 Lead Case c/w 21-337, 21-464, and 21-822<br><br>JUDGE ZAINEY<br><br>MAGISTRATE ROBY<br><br>Applies to All Cases |

### **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Coastal Towing, LLC and Talisman Casualty Insurance Company move to withdraw Patrick J. Schepens as counsel in the above-referenced matter as he is ending his employment with Galloway Johnson Tompkins Burr & Smith.  As these parties will continue to be represented by Timothy W. Hassinger, granting this Motion will not delay these proceedings or prejudice any party.  Accordingly, Patrick J. Schepens seeks to withdraw as counsel in the above-referenced matter.

Respectfully submitted,

s/ Patrick J. Schepens

---

TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana  70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
**COUNSEL FOR COASTAL TOWING, LLC AND TALISMAN CASUALTY INSURANCE COMPANY**