**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:    21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION: "A" (4)** |

<u>**ORDER**</u>

Before the Court is a **Motion to Set Settlement Conference (R. Doc. 575)** filed by Claimants C-Port, LLC, Garber Bros., LLC, C&G Boats, Inc., Gulf Logistics, LLC, RAF, Inc., Global Towing Services, LLC, Offshore Towing, Inc., GOL, LLC, REC Marine Logistics, LLC, REC Boats, LLC, Coastal Towing, LLC, Talisman Casualty Insurance Company, LLC, and U.S. Specialty Insurance Company (collectively, "Property Damage Claimants"). Therein, the Property Damage Claimants seek an Order from the Court setting a settlement conference between the Petitioners and Property Claimants. R. Doc. 575.

The Court finds that this matter will be addressed administratively.

Accordingly,

**IT IS ORDERED** that the Claimant's **Motion to Set Settlement Conference (R. Doc. 575)** is **DENIED.**

New Orleans, Louisiana, this 27<u>th</u> day of March 2024.

_____

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**