# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 11, 2024
Lyle W. Cayce
Clerk

No. 23-30839

─────────────

Premier Offshore Catering, Incorporated,

*Claimant—Appellee*,

Modern American Railroad Services, L.L.C.; Shore Offshore Services, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

Patrick Burnett,

*Claimant—Appellant*,

J. Kyle Findley, *Individually, and in the sole capacity to respond to R&R*,

*Respondent—Appellant.*

─────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 2:21-CV-258, 2:21-CV-337, 2:21-CV-464, 2:21-CV-822,
2:21-CV-1968, 2:21-CV-1969, 2:21-CV-1981,
2:21-CV-1982, 2:21-CV-2075, 2:21-CV-2227

─────────────

No. 23-30839

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 11, 2024, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jul 11, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**