UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** |
| **VERSUS** | **Pleading applies to ALL CASES** |
| **SHORE OFFSHORE SERVICES, LLC,** *et al.* | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE: EVA J. DOSSIER** |
| | **SECTION: A(3)** |

## C-PORT LLC'S WITNESS AND EXHIBIT LIST

NOW COMES, C-Port, LLC ("C-Port") through undersigned counsel, and pursuant to this Court's Order [R. Doc. 640], submits this preliminary list of witnesses that C-Port may call to testify and exhibits that C-Port may introduce at trial. Because discovery is not yet complete, C-Port reserves the right to supplement the following list of witnesses and exhibits as discovery progresses:

## WITNESS LIST

C-Port may call the following individuals to testify at the trial of this matter:

1. Lee Bouziga or another representative for C-Port, LLC

2. Timothy Duncan or other representatives of Lanier & Associates
   Consulting Engineers, Inc.
   4101 Magazine Street
   New Orleans, LA 70115
   Telephone: (504) 895-0368

3. Matt Dubois or another representative of Grand Island Shipyard, Inc.
   18838 3235
   Galliano, Louisiana 70354
   Telephone: (985) 475-5238

1

2

4. A representative of Sealevel Construction, Inc.
   1069 Hwy 3185
   Thibodaux, Louisiana 70301
   Telephone: (985) 448-0970

5. David Robichaux or another representative Low Land Construction Co., Inc.
   206 Industrial Ave C
   Houma, Louisiana 70363
   Telephone: (985) 446-1314

6. Christopher O'Brien, Claimant/Third Party Defendant Engineer Expert
   Lanier & Associates Consulting Engineers, Inc.
   4101 Magazine Street
   New Orleans, LA 70115
   Telephone: (504) 895-0368

7. Any and all crewmembers or persons onboard the D/B THOR on October 28, 2020.

8. Any and all crewmembers or persons onboard the M/V HARVEY SEAS on October 28, 2020, including, but not limited to, Bradley Aro (Captain), Chika Arulave (Mate), Jamie Perryman (Chief Engineer).

9. Any and all crewmembers or persons onboard the M/V MR. COLBY on October 28, 2020, including, but not limited to, Steven Hughes (Master), Richard Turner (Watch Officer), Kenneth Beck (Deckhand), David Rocker (Deckhand).

10. A representative of Modern American Railroad Services, LLC

11. A representative of Shore Offshore Services, LLC.

12. A representative of Harvey Gulf International Marine, LLC

13. A representative of C&G Boats, Inc.

14. A representative of Gulf Logistics, Inc.

15. A representative for Anadarko Petroleum Corporation.

16. Any and all individuals identified in depositions, responses to written discovery, or identified in documents produced through discovery by any party or non-party.

17. Any other witnesses discovered through investigation of this case including those identified in depositions, documents, and written responses to discovery. The identity of those witnesses will be revealed as discovery proceeds and C-Port is capable of identifying any additional witnesses who may be called to testify at trial.

18. Any witness needed to authenticate any document or evidence.

19. Any witness necessary for impeachment or rebuttal.

20. Any and all witnesses listed or called by any other party.

## EXHIBIT LIST

C-Port may introduce the following documents/materials as exhibits at the trial of this matter:

1. Videos of Allision of D/B THOR with HARVEY SEAS and MR COLBY including, but not limited to, the Cloyd Video (THOR 0006083).

2. C-Port Mooring Bollards & Detail, Larry J. Picciola, Inc. (CPORT 000121-000123)

3. Photos of Damaged Dolphins

4. Anadarko Master Service Contract; 12/15/2016 (CPORT 000126-000154)

5. Anadarko C-Port Lease Renewal; 08/01/2017

6. Anadarko C-Port Lease Renewal; 08/01/2018 (CPORT 000155-000156)

7. Invoices to Anadarko for use of tie-up dolphins in months/years noted including, but not limited to:

    a. 2019 Invoice Nos. 3176, 3269, 3397, 3500, 3616, 3885, 4014, 4377, 4500, 4652, 4800 (January 2019-December 2019)

    b. 2020 Invoice Nos. 4925, 5066, 5190, 5336, 5420, 5553, 5620, 5749, 5842, 5908 (January 2020-October 2020)

8. E&L Enterprises, Inc.; 06/20/2012

9. Cajun Iron Workers – Vessel Mooring (CPORT 000158-000159)

10. Lanier Daily Reports Binder

11. Lanier Daily Status Reports, Job No. 11593

12. Lanier Incident Investigation Letter w/attachments, Job 1159, 12/16/2020 (CPORT 000003-000026)

13. Lanier Invoices including Invoice Nos. 25545, 25686, 25919, 26073, 26210, 26485, and 26609.

14. Estimates for all companies that would perform reinstallation of the C-Port dolphins including, but not limited to:

    a. Grand Isle Shipyard, Inc. ("GIS") Estimates
    b. Sealevel Construction Estimate
    c. Low Land Construction Co. Estimate

15. Any and all responses to written discovery by parties and/or documents and video produced by the parties in discovery.

16. Any and all documents produced by non-parties in discovery, including responses to subpoenas or authorizations produced in relation to this matter.

17. Any document necessary for impeachment or rebuttal purposes.

18. Any document or material relied upon by any expert witness in this case.

19. Any and all CVs or Resumes for Claimants/Third Party Defendants and/or other Defense Experts.

20. Any exhibits listed by any other party to which C-Port does not object.

C-Port reserves any further rights they may have with regard to exhibits, witnesses, and expert witnesses and testimony under either the Federal Rules of Civil Procedure and/or the rulings of this Honorable Court.

SIGNATURE BLOCK ON NEXT PAGE

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Katharine R. Colletta*
       Thomas Kent Morrison (Bar #25802)
       Colin B. Cambre (Bar #31083)
       Katharine R. Colletta (Bar #27552)
       365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: 504-566-1311
       Telecopier: 504-568-9130
       E-mail:  morrisok@phelps.com
              cambrec@phelps.com
              katharine.colletta@phelps.com

**ATTORNEYS FOR C-PORT, LLC**