UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC, | § | C.A. NO. 21-258 Lead Case c/w 21-337 |
| | § | 21-464, 21-822, 21-1968, 21-1969, |
| Plaintiff, | § | 21-1981, 21-1982, 21-2075, and 21-2227 |
| | § | |
| v. | § | JUDGE JAY C. ZAINEY |
| | § | |
| SHORE OFFSHORE SERVICES, LLC, et al., | § | MAG. EVA J. DOSSIER |
| | § | |
| Defendants. | § | Applies to:  All Cases |

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Before this Court is Martin's Unopposed Motion to Exceed Page Limit for Martin's Reply in Support of its Motion for Partial Summary Judgment.

The Motion is **GRANTED**. It is therefore **ORDERED** that the page limit for Martin's Reply in Support of its Motion for Partial Summary Judgment (ECF 709) (the "Reply") is extended to 11 pages. It is further **ORDERED** that Martin's Reply filed May 9, 2025 (ECF 709) is hereby considered properly filed without deficiency on the Court's docket.

It is so ORDERED.

Date ____5/14/25____

_____
THE HONORABLE JUDGE JAY C. ZAINEY
U.S. DISTRICT COURT JUDGE