UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1981, 21-1982, 21-2075, 21-2227<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C., who respectfully requests that attorney Ethan M. Garner (La. Bar No. 40368) of Daigle, Fisse & Kessenich, PLC be enrolled as additional counsel of record for Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C., in these consolidated cases.

        Respectfully submitted:

        **DAIGLE FISSE & KESSENICH, PLC**
        */s/ Michael W. McMahon*
        MICHAEL W. MCMAHON (#23987)
        KIRK N. AURANDT (#25336)
        P. O. Box 5350
        Covington, Louisiana  70434-5350
        Telephone:  (985) 871-0800
        Facsimile:   (985) 871-0899
        Email: mmcmahon@daiglefisse.com
               kaurandt@daiglefisse.com
        ***Attorneys for Defendants, Martin Energy Services,***
        ***L.L.C. and Martin Operating Partnership, L.P.***