UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C.,

**IT IS ORDERED** that the motion be granted and that attorney Ethan M. Garner (La. Bar No. 40368) of the firm of Daigle, Fisse & Kessenich, PLC be enrolled as additional counsel of record for Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. in these consolidated cases.

New Orleans, Louisiana this 22nd day of May, 2025.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE