UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br><br>SECTION: A (4)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. EVA J. DOSSIER<br><br>Applies to All Cases |

## **MOTION TO AMEND SCHEDULING ORDER**

NOW INTO COURT, through undersigned counsel, come Defendants, Crosby Tugs, LLC, Martin Operating Partnership, L.P., Martin Energy Services, L.L.C., and Dawn Services, L.L.C. ("Movants"), who move and respectfully request that the Consent Scheduling Order (R. Doc. 637) be amended and reset as proposed in Exhibit A for the following reasons:

1. The current deadline for discovery in this matter is June 2, 2025. (R. Doc. 637).

2. The current scheduling order was issued prior to the setting of a trial date in this matter.

3. On February 5, 2025, this Court set a two week trial to begin on January 20, 2026, with a pre-trial conference to occur on December 18, 2025. (R. Doc. 678).

4. The current scheduling order requires all discovery and depositions for use at trial to be completed more than seven and a half months prior to the trial date.

5. Under the current scheduling order, rebuttal expert reports were not due until March 28, 2025, and depositions could not be scheduled until the receipt of those reports.

6. Since the setting of trial and the deadline for rebuttal expert reports, Defendants have been trying to update relevant medical records and schedule the depositions of experts including but not limited to the personal injury plaintiffs' treating physicians.

1

7. Moreover, Crosby Tugs has twice set the deposition of personal injury plaintiff, Patrick Burnett, and has twice had to reschedule (through no fault of Mr. Burnett or his counsel), with the result that this deposition has not yet occurred.

8. Still further, medical records for five personal injury plaintiffs (Lewis Andrews Patrick Burnett, Brian Cloyd, Wallace McCray, and Lessle Williams) have only been received through 2022 for some and 2023 for others despite testimony that they have received more recent treatment. Updated records were requested by Crosby counsel in January 2025 and subsequently and have been promised but not yet received.

9. Despite not having complete records, Crosby counsel have been attempting to schedule the depositions of the treating physicians, including, but not limited, to Dr. Henry Small (surgeon), Dr. Henry Johnson (mental health provider), Dr. Patrick Hayes (mental health provider), and several others. Although these efforts have been underway for more than two months, we have not yet been able to settle on mutually available dates.

10. Additionally, Dr. Small's office required a $6,000 fee for each deposition for four depositions regarding (Andrews, Burnett, Cloyd, and McCray). The cost includes $3,000 per hour for a minimum of two hours. As a result, plaintiffs' own experts and treating physicians are requiring a minimum of $15,000 for deposition even if Defendants only need one hour per deposition. A motion may be required to sort this out.

11. Dr. Hayes, who treated some of the plaintiffs for alleged mental health injuries, has indicated that he is not available for deposition until August 1, 2025.

12. Still further, depositions have yet been taken of any of the many liability experts in the case.

13. A draft of this motion in similar form was circulated among all counsel on May 30, 2025. Three parties have noted partial objections: Shore Offshore Services, LLC/Modern American Railroad Services, L.L.C.; Harvey Seas, LLC/Harvey Gulf International Marine, LLC; and U.S. Specialty Insurance Company.

Based on the foregoing, Movants respectfully MOVE for entry of an Order re-scheduling certain pre-trial deadlines consistent with the proposed dates appearing in Exhibit A. This would allow the parties a fair opportunity to complete appropriate discovery while maintaining the current trial setting of January 20, 2026.

#103979093v1

Respectfully submitted,

*/s/ Alfred J. Rufty, III*
_____
JEFFERSON R. TILLERY (#17831)
ALFRED J. RUFTY, III (#19990)
SARA B. KUEBEL (#38305)
VALERIE E. FONTENOT (#35129)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Tel: (504) 582-8238; Fax: (504) 589-8238
E-Mail:    jtillery@joneswalker.com
           arufty@joneswalker.com
           skuebel@joneswalker.com
           vfontenot@joneswalker.com
**Attorneys for Limitation Petitioner and Claimant, Crosby Tugs, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2025, a copy of the foregoing has been forwarded to all counsel of record by CM-ECF.

*/s/ Alfred J. Rufty, III*
_____
ALFRED J. RUFTY, III

#103979093v1