

**Michael C. Palmintier, P.L.C.**
**Joshua M. Palmintier, L.L.C.**

Benjamin B. Treuting

*Of Counsel*
**David W. Robinson**
(1927-2004)

June 2, 2025

Judge Jay Zainey
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 7013

      Re:    *All Coast, LLC versus Shore Offshore Services, LLC Et Al*
             2:21-cv-00258-JCZ-EJD, USDC, Eastern District of Louisiana
             Our Client(s):    Terrynn T. Lyons (21-cv-0822)
             Our File No.:     21-018

Dear Judge Zainey:

    I represent Terrynn Lyons in the above referenced matter. We ask that the court note our objection to the <u>Motion to Amend Scheduling Order</u> filed after hours today in the above captioned cause. We send this correspondence to notify the court of our objection because we were not provided enough time to respond to the notice of filing. Counsel for movants transmitted their intent to file this motion after 5:30pm on Friday, May 30th, with a requested response by no later than Noon the following business day.

    Undersigned counsel's objection to the motion was sent to counsel for Crosby Tugs earlier this afternoon, apparently not in time to be entered in the motion. Plaintiff sends this letter to confirm the earlier objection.

                              Very truly yours,

                              Michael C. Palmintier

MCP/bj

cc: All counsel of record via (ECF)