UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 |
| SHORE OFFSHORE SERVICES, LLC | SECTION: "A" (3) |

### ORDER

The Court has been advised that the parties have reached an agreement as to the Motion to Compel (Rec. Doc. 729).

Accordingly,

**IT IS ORDERED** that the Motion to Compel (Rec. Doc. 729) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 10th day of June, 2025.

                                                              _____
                                                              EVA J. DOSSIER
                                                              UNITED STATES MAGISTRATE JUDGE