UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | \* \* \* \* \* \* \* \* \* \* \* | **CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220 Pleading applies to all cases.** <br><br> **JUDGE JAY C. ZAINEY** <br><br> **MAGISTRATE JUDGE EVA J. DOSSIER** |

## SECOND MOTION TO WITHDRAW AS COUNSEL

COME NOW, the law firm and attorneys of Arnold & Itkin LLP, along with Ilijana Todorovic of the Dupre Law Firm (collectively "Movants"), and request that they be allowed to withdraw as attorneys of record for Claimant, Lessle Williams ("Mr. Williams"), in the above-numbered cause, respectfully showing the Court as follows:

1. Movants have previously notified Mr. Williams via certified mail of their intent to file a motion to withdraw as counsel in this matter. *See* Ex. 1, Certificate of Delivery. Further, Movants have previously moved to withdraw and file this second motion based on the continuing irreparable status of the attorney-client relationship as well as on the directive of this Court.

2. There is good cause to grant Movants' withdrawal. Based upon a series of interactions with Mr. Williams over the course of Movants' representation, it is clear that Movants cannot continue to represent Mr. Williams based upon professional considerations. Irreconcilable differences have resulted in an irretrievable breakdown of the attorney-client relationship. Furthermore, a reasonable amount of time has elapsed to allow for Mr. Williams to retain additional counsel since the filing of Movants' first motion to withdraw.

3. In accordance with Local Rule 83.2.11, Movants have notified Mr. Williams of the following deadlines and pending court appearances:

- Joint Pretrial Order shall be submitted to the Court by Tuesday, December 16, 2025;
- Final Pretrial Conference—Thursday, December 18, 2025, at 10:30 a.m. in the chambers of Judge Zainey, U.S. Courthouse, 500 Poydras Street, Room C455, New Orleans, LA 70130;
- Trial—January 20, 2026, at 10:00 a.m. in the courtroom of Judge Zainey, U.S. Courthouse, 500 Poydras Street, Room C455, New Orleans, LA 70130.

4. Mr. Williams has been advised to and has obtained new counsel to appear and represent him in this case should Movants be permitted to withdraw.

5. At the time of this filing, Mr. Williams' last known address and additional contact information, as provided to Movants, is:

> 24151 Bella Dolce Ln., Apt. 505
> Katy, TX 77494
>
> P.O. Box 6166
> Katy, TX 77491
>
> Phone: (409) 277-3415
>
> Email: bendwiad@icloud.com
> Email: lesslewilliams@outlook.com

6. Since Movants' first motion to withdraw, Movants met with Mr. Williams at their office and additionally provided Mr. Williams with a physical copy of his file.

WHEREFORE, Movants respectfully request this Court grant their second motion and permit the law firm and attorneys of Arnold & Itkin LLP, along with Ilijana Todorovic of the Dupre Law Firm to withdraw as counsel for Claimant, Lessle Williams.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

By: */s/ John G. Grinnan*
J. Kyle Findley
Bar Roll No. 34922
kfindley@arnolditkin.com
Adam Lewis
Bar Roll No. 37492
alewis@arnolditkin.com
John G. Grinnan, Jr. (*Pro Hac Vice*)
Texas SBN: 24087633
jgrinnan@arnolditkin.com
Kala Sellers, Of Counsel
LA Bar No. 36182
ksellers@arnolditkin.com
Andrew Gould (*Pro Hac Vice*)
Texas SBN: 24102713
agould@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 3850

Ilijana Todorovic (#39052)
itodorovic@duprelawfirm.com
The Dupre Law Firm, LLC
New Orleans, LA 70115
Telephone: 985-855-2553
Facsimile: 504-814-8156

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 12th day of August, 2025. I hereby certify that the client has been notified by certified mail of all deadlines and pending court appearances.

/s/ *John G. Grinnan*
John G. Grinnan