UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

All COAST, LLC, ET AL.                                    CIVIL ACTION

VERSUS                                                   NO. 21-258 and
                                                         consolidated cases

SHORE OFFSHORE SERVICES, LLC, ET AL.                     SECTION A (3)

## ORDER
## [Ref: All cases]

Given that Mr. Williams has complained to the Court repeatedly that there exists

an initial or original written settlement offer that his attorneys have refused to produce to

him,

Accordingly;

**IT IS ORDERED** that an attorney representative from the parties that settled with

Mr. Williams (see Rec. Doc. 569, Order of Dismissal) shall be present at the hearing in

open court set for **Tuesday, September 23, 2025, at 10:30 a.m.** in the event that any

questions arise that could best be answered by those settling parties.

September 10, 2025

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE