MINUTE ENTRY
ZAINEY, J.
SEPTEMBER 23, 2025
JS10: 1:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO: 21-258 (and consol. cases) |
| SHORE OFFSHORE SERVICES, LLC ET AL | SECTION: A(3) |

<u>CIVIL EVIDENTIARY HEARING</u>

COURT REPORTER: Sammantha Morgan
COURTROOM DEPUTY: Jennifer Limjuco
LAW CLERK: Pam Starns

APPEARANCES:
     J. Kyle Findley, Adam Lewis, John G. Grinnan, Kala Flittner Sellers, Kurt Arnold, Andy Dupre, and Ilijana Todorovic appeared in person as counsel for claimant, Lessle Williams
     Gavin Guillot appeared in person as counsel for Modern American Railroad Services, LLC and Shore Offshore Services, LLC
     Alfred Rufty, III and Valerie Fontenot appeared in person as counsel for Crosby Tugs LLC
     Lance Bullock appeared in person as counsel for Dawn Services, LLC
     Ethan Garner appeared in person as counsel for Martin Energy Services, LLC
     Arthur Kraatz appeared via Zoom as counsel for Complete Logistical Services, LLC
     Lessle Williams, claimant, and spouse, Samantha Tate appeared via Zoom

**EVIDENTIARY HEARING ON #768 MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Case called at 10:45 a.m.

Claimant, Lessle Williams, was sworn and questioned by the Court.
Notary Public Lori Bailey was sworn and questioned by the Court.
Exhibits 1, 2 (under seal), and 3 were entered into evidence by the Court.
The Court questioned the parties.

**The Court Ordered** that the [768] motion to withdraw as counsel is granted. The law firm and attorneys of Arnold & Itkin LLP, and Ilijana Todorovic of the Dupre Law Firm, are hereby withdrawn for the reasons stated on the record. Claimant indicated he can be served via email at bendwiad@icloud.com, and via U.S. Mail at 24151 Bella Dolce Lane, Apt. 505, Katy, TX 77494.

Court adjourned at 12:35 p.m.