**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258** |
| | **c/w 21-337, 21-464, 21-822, 21-1968, 21-** |
| **VERSUS** | **1969, 21-1982, 21-1981, 21-2075, 21-2227** |
| | |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION "A"** |
| | **HON. JAY C. ZAINEY** |
| | |
| | **MAGISTRATE: (4)** |
| | **HON. EVA J. DOSSIER** |
| | |
| | **APPLIES TO ALL CASES** |

**MOTION IN LIMINE TO**
**EXCLUDE REPORT AND TESTIMONY OF ALDON G. WAHL, JR.**

NOW INTO COURT, through undersigned counsel, come Limitation Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC (collectively the "THOR Interests"), and submit this Motion in Limine to strike the expert report of Aldon G. Wahl, Jr., the proffered accounting expert of Claimants, RAF, Inc., Global Towing Services, LLC, and Offshore Towing, Inc. (collectively the "ROLAND FALGOUT Interests"), and exclude Mr. Wahl from testifying regarding ROLAND FALGOUT Interests' loss of revenues, use, and profits claim at trial. For the reasons addressed more fully in the attached memorandum in support, Mr. Wahl is not qualified to render the opinions expressed in his report and his conclusions regarding ROLAND FALGOUT Interests' purported loss of profits are not sufficiently reliable to survive scrutiny under Rule 702 of the Federal Rules of Evidence.

WHEREFORE, THOR Interests pray that this Motion in Limine to strike Mr. Wahl's expert report and exclude Mr. Wahl from testifying regarding ROLAND FALGOUT Interests' loss of revenues, use, and profits claim at the trial of this matter be granted.

Respectfully submitted:

*/s/ Meredith W. Blanque*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN
RAILROAD SERVICES, L.L.C., AND
SHORE OFFSHORE SERVICES, LLC**