**MURPHY EXPLORATION & PRODUCTION COMPANY - USA**
**NOTICE OF HIRE – BLANKET BOAT TIME CHARTER**
**CW2261559**

EXHIBIT 2

DATE:  7-1-2020

TO: Offshore Towing, INC. (hereinafter "OWNER")

FROM: MURPHY EXPLORATION & PRODUCTION COMPANY - USA (hereinafter "CHARTERER")

VESSEL: Roland A. Falgout (Name and Official Number of Vessel)

In accordance with the terms and conditions of the Blanket Boat Time Charter between CHARTERER and OWNER, dated, January 9th, 2020   CHARTERER takes under Charter the subject Vessel.

| | |
|---|---|
| Type of Vessel: | 130' 4,200 BHP Tug |
| Rate of Charter Hire: | $6,000 Day w 2 riggers per shift |
| Port of Delivery: | Port Fourchon |
| Port of Redelivery: | Port Fourchon |
| Operating Area (Waters): | Gulf of Mexico |
| Meal and Bunk Charges: | N/A |
| Initial Charter Term: | 2 year term from time and date of delivery (years, months, weeks, days) |

Effective Time and Date of Delivery: 0600hrs.  on 1st of July 2020, or such other time as may be mutually agreed upon, unless this Notice of Hire be sooner canceled or terminated. Charterer has the option to release the vessel during the charter term given a 60 day notification of release.

Special notes: Vessel is to support shuttle tanker operations at FPSO WR249. Murphy to spool their 3" blue Amsteel synthetic rope on the winch for the operation.

.

Beginning Fuel:       90,653 GALLONS/ 1098 LUBE
Ending Fuel:

**CHARTERER: MURPHY EXPLORATION & PRODUCTION COMPANY - USA**

Signature: *Frank Garcia*
           0C39725DAE074EA...
Name:  Frank Garcia
Title:  General Manager – Offshore Operations
Date:  7/1/2020 | 3:09 PM CDT

**OWNER: OFFSHORE TOWING, INC.**

Signature: *Danny Talbot*
           5F5EDDD0B735461...
Name:  Danny Talbot
Title:  Compliance Manager
Date:  7/1/2020 | 3:16 PM CDT

CW2261559
Offshore Towing, Inc.                                                                                  Page 1 of 1

# First Amendment
## To Notice of Hire Number
## CW2261559
## dated July 1, 2020

This amendment (the "**First Amendment**"), dated to be effective as of November 1, 2021 (the "Effective Date"), is entered between **Murphy Exploration & Production Company - USA**, ("Company" or "Charterer") and **Offshore Towing, Inc.** ("Contractor" or "Owner"), and is an amendment and addition to the Notice of Hire CW2261559 between Company and Contractor dated as of July 1, 2020, as amended (the "**Work Order**" or "Notice of Hire").

For and in consideration of the mutual agreements of the parties herein contained and other good and sufficient consideration, the receipt of which is hereby acknowledged, Company and Contractor agree to further modify and amend the Work Order as follows:

1. As of the Effective Date, Company and Contractor agree to amend the rates described in Notice of Hire for a One (1) year term. The following rate shall apply of the Day Rate in the Work Order:

    Day Rate: $6,900

2. Except as expressly modified and/or supplemented by this First Amendment, the provisions of the Work Order, as amended, including, without limitation all its Exhibits and attachments, remain in full force and effect. All terms used in this First Amendment and not otherwise defined are used as defined in the Agreement and the Work Order.

3. This First Amendment, the Agreement and the Work Order as incorporated by reference herein, constitutes the entire agreement between the parties, and may be modified or amended only by an agreement in writing signed by both parties.

IN WITNESS WHEREOF, Company and Contractor have executed and delivered this First Amendment to be effective as of the date first set forth above.

**Company**                                                    **Contractor**

Signature: *Johnny Giandelone* (DocuSigned)                    Signature: *DANNY TALBOT* (DocuSigned)

Name: Johnny Giandelone                                        Name: DANNY TALBOT

Title: sr.mgr log. & mat.GOM/INTL.                             Title: Compliance manager