**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

EXHIBIT 3

## ADDITIONAL ASSURED/LOSS PAYEE SCHEDULE

| **VESSEL** | **ADDITIONAL ASSURED/LOSS PAYEE** |
|---|---|
| Mr. Jonah | Mr. Jonah, LLC (Owner) |
| Lady Ora | Lady Ora, LLC (Owner) |
| Roland Falgout | RAF, Inc. (Owner) |
| Wilkin A. Falgout | WAF Marine, LLC (Owner) |
| Minnie Falgout | Minnie Falgout, LLC (Owner) |
| Skye Falgout | Assured or Order |
| Finn Falgout | Finn Falgout Marine, LLC (Owner) |
| Jonah | Jonah Marine, LLC (Owner) |
| Freedom | Assured or Order |
| Zion M. Falgout | Zion Falgout, LLC (Owner) |

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.