**MURPHY EXPLORATION & PRODUCTION COMPANY - USA**
**NOTICE OF HIRE – BLANKET BOAT TIME CHARTER**
**CW2263650**

DATE: 11-22-2020

EXHIBIT
4

TO: Offshore Towing, INC. (hereinafter "OWNER")

FROM: MURPHY EXPLORATION & PRODUCTION COMPANY - USA (hereinafter "CHARTERER")

VESSEL: Zion Falgout (Name and Official Number of Vessel)

In accordance with the terms and conditions of the Blanket Boat Time Charter, CW2258494, between CHARTERER and OWNER, dated, January 9th, 2020   CHARTERER takes under Charter the subject Vessel.

| | |
|---|---|
| Type of Vessel: | 120' 9,000 HP Tug, 67T Bollard pull |
| Rate of Charter Hire: | $6,000 Day w 2 riggers per shift |
| Port of Delivery: | Port Fourchon |
| Port of Redelivery: | Port Fourchon |
| Operating Area (Waters): | Gulf of Mexico |
| Meal and Bunk Charges: | N/A |
| Initial Charter Term: | spot from time and date of delivery (years, months, weeks, days) |

Effective Time and Date of Delivery: 0600hrs. on 21st of November 2020, or such other time as may be mutually agreed upon, unless this Notice of Hire be sooner canceled or terminated.

Special notes: Vessel is replacing the Roland Falgout while they are at dry dock getting repairs done from storm damage. Day rate will be at same rate as term vessel.

Beginning Fuel:   78,095 GALLONS/ 1956 LUBE     F+L Replaced
Ending Fuel:

CHARTERER: MURPHY EXPLORATION & PRODUCTION COMPANY - USA
BY: *Frank Garcia* (DocuSigned)

PRINT NAME: Frank Garcia

TITLE: GM US Onshore Operations

OWNER:
BY: *DANNY TALBOT* (DocuSigned)

PRINT NAME: DANNY TALBOT

TITLE: Compliance manager

Stop 0600 7/30/21

1203331   1   BBTC – GOM (7/24/07)