PHONE: (985) 693-7755     **ALDON G. WAHL, JR., LLC**     FAX: (985) 693-7787

P.O. Box 965
LAROSE, LA 70373

**EXHIBIT 6**

December 27, 2023

# CURRICULUM VITAE

| | |
|---|---|
| **BACKGROUND** | Aldon G. Wahl, Jr. worked at Laporte CPAs & Business Advisors from January, 1984 through November 1991. He established Aldon G. Wahl, Jr., CPA Firm in November of 1991 serving clients in the marine repair and vessel owner/operation industry. |
| **EDUCATION** | B.S. in Accounting, University of New Orleans (1983)<br>Has been a CPA since 1984 |
| **PROFESSIONAL AFFILIATIONS** | Member of AICPA<br>Member of LCPA |
| **RANGE OF EXPERIENCE** | - Experience includes ownership for approximately 10 years in several companies owning and operating offshore vessels.<br>- Providing tax and accounting services to numerous clients owning and operating offshore vessels for over 30 years. |
| **EMPLOYMENT HISTORY** | Aldon G. Wahl, Jr., CPA Firm     1991 - present<br>Laporte CPAs & Business Advisors     1984 – 1991 |
| **FEE SCHEDULE** | Aldon G. Wahl, Jr., CPA…………………..$270 per hour |

Aldon G. Wahl, Jr., CPA

*[signature]*