PHONE: (985) 693-7755

**ALDON G. WAHL, JR., LLC**

FAX: (985) 693-7787

P.O. Box 965
LAROSE, LA 70373

EXHIBIT

7

July 6, 2022

Mr. Wiley Falgout
Offshore Towing, Inc.
RAF, Inc.
344 Buchannon St.
Larose, LA 70373

**Re:** Loss of Revenues & Profits-- M/V Roland A. Falgout

**Dear Mr. Falgout:**

You have requested that I calculate the amount of lost revenues resulting from the loss of use of the M/V Roland A. Falgout ( Vessel ) as a result of being struck by the M/V Thor on October 28, 2020 and the resulting effect on profits.

The Vessel was working for Murphy Exploration and Production Co. at a rate of $6,000 per day at the time of the collision. The Vessel was out of service for repairs and lost revenues for the period 10/28/2020 through 07/30/2021.

The Vessel was replaced by another vessel during this period of time and returned to the job at 0600 on 07/30/2021. The charter rate continued at $6,000 per day. The Vessel lost 271.75 days of revenue at a rate of $6,000 per day for a total of loss of revenues of $1,630,500 as per the attached schedule.

As discussed, the vessel's expenses, with the exception of payroll, remained the same during the period it was out of service for repairs. It still had the same insurance and other expenses. Fuel was paid for by Murphy so it was not a consideration.

Average salary cost (compared to the same quarter for the year before and the year after) for the first quarter or 2021and the second quarter of 2021 declined $57,338 and $68,425 respectively, for a total decline in salary expenses of $125,763. I would estimate an additional decline in payroll taxes and related cost of $12,576 for a total decline in payroll cost of $138,339.

The net effect of the loss in revenues of $1,630,500 and the savings in payroll expenses of $138,339 was a reduction in the company's profits of $1,492,161.

Please let me know if you have any questions or would like to discuss.

Sincerely,

Aldon G. Wahl, Jr., CPA