**OFFSHORE TOWING, INC**
P.O. BOX 1463
LAROSE, LA 70373



*Telephone:*
985-798-7831
1-800-256-9537
*Fax:* 985-798-7835

# Invoice 8846

SHORE OFFSHORE SERVICES, LLC
P.O. BOX 1159
Amelia, LA  70340

**Send wire transfers to:**

| | |
|---|---|
| Name of Bank | **Capital One Bank** |
| ABA (Routing No.) | **065000090** |
| Account No. | **9120003280** |
| Swift Code | **HIBKUS44** |

| Date | Purchase Order Number | Our Order | Terms |
|---|---|---|---|
| 11/19/2020 | PC316 | 8286 | Net 30 |

| Quantity | Item | Description | Price | Amount |
|---|---|---|---|---|
| | | TO CHARGE FOR THE SERVICE OF THE ZION FALGOUT WORKING AS DIRECTED WITH THE DB SHORE PACIFIC IN BRUNSWICK, GA. | | |
| | | . | | |
| | | ZION FALGOUT | | |
| 17 | DAYS | START  0001  11/01/2020<br>STOP   2400  11/17/2020 | 5750.00 | 97750.00 |
| | | Invoice subtotal | | 97750.00 |
| | | Invoice total | | 97750.00 |

EXHIBIT

8

GT000295