**EXHIBIT 9**

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

<u>**TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY AND SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)**</u>

<u>**REPORTING PROVISIONS:**</u>

It is hereby understood and agreed the Assured, by acceptance of this policy, agrees to keep an accurate record of the operating status of all scheduled vessels covered under the terms and conditions of this policy. Furthermore, the Assured agrees to report the operating status of all scheduled vessels for the prior three (3) months to this Company on a quarterly basis. The policy will be adjusted per the stated operating rates as follows:

<u>**Operating Rates:**</u> Additional premiums above Port Risk Charge; Operating premiums will be applied against the deposit.

"Operating" shall be defined as while the vessel is under way and working.

| | | |
|---|---|---|
| 1 | M/V Mr. Jonah | $ 89.00 per day |
| 2 | M/V Lady Ora | $ 84.00 per day |
| 3 | M/V Roland Falgout | $116.00 per day |
| 4 | M/V Wilkin A. Falgout | $ 90.00 per day |
| 5 | M/V Minnie Falgout | $ 59.00 per day |
| 6 | M/V Skye Falgout | $ 59.00 per day |
| 7 | M/V Finn Falgout | $142.00 per day |
| 8 | M/V Jonah | $ 59.00 per day |
| 9 | M/V Freedom | $ 59.00 per day |
| 10 | M/V Zion M. Falgout | $ 72.00 per day |

<u>**Stand-by Rates:**</u> Stand-by premiums will be applied against the deposit.

"Stand-by" shall be defined as while waiting in port with crew on board to commence operating.

| | | |
|---|---|---|
| 1 | M/V Mr. Jonah | $ 45.00 per day |
| 2 | M/V Lady Ora | $ 42.00 per day |
| 3 | M/V Roland Falgout | $ 57.00 per day |
| 4 | M/V Wilkin A. Falgout | $ 45.00 per day |
| 5 | M/V Minnie Falgout | $ 30.00 per day |
| 6 | M/V Skye Falgout | $ 30.00 per day |
| 7 | M/V Finn Falgout | $ 70.00 per day |
| 8 | M/V Jonah | $ 30.00 per day |
| 9 | M/V Freedom | $ 30.00 per day |
| 10 | M/V Zion M. Falgout | $ 36.00 per day |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.