**EXHIBIT 10**

**M/V Roland A. Falgout**
**Loss of Revenues-Collision**

| Dates out of Service | | # of Days Revenue Lost | Day Rate | Amount |
|---|---|---|---|---|
| 10/28/2020 | *** | 0 | $6,000 | $0 |
| 10/29/2020 | *** | 0 | $6,000 | $0 |
| 10/30/2020 | *** | 0 | $6,000 | $0 |
| 10/31/2020 (1200) | *** | 0.5 | $6,000 | $3,000 |
| Month of November 2020 | | 30 | $6,000 | $180,000 |
| Month of December 2020 | | 31 | $6,000 | $186,000 |
| Month of January 2021 | | 31 | $6,000 | $186,000 |
| Month of February 2021 | | 28 | $6,000 | $168,000 |
| Month of March 2021 | | 31 | $6,000 | $186,000 |
| Month of April 2021 | | 30 | $6,000 | $180,000 |
| Month of May 2021 | | 31 | $6,000 | $186,000 |
| Month of June 2021 | | 30 | $6,000 | $180,000 |
| July 1 thru July 30 2021 (0600) | | 29.25 | $6,000 | $175,500 |
| **Total Days/Revenues Lost** | | **271.75** | | **$1,630,500** |

\*\*\* Murphy Paid Full or Partial Charter while Vessel Out of Service

GT000473