UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |
|---|---|

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion in Limine to Exclude Report and Testimony of Aldon G. Wahl, Jr., filed on behalf of Limitation-Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC, in the above-numbered and captioned matter will come for submission on the 12th day of November, 2025, at 10:30 a.m. before the Honorable Jay C. Zainey, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C455, New Orleans, Louisiana 70130.

Respectfully submitted:

*/s/ Meredith W. Blanque*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com

Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**