Page 1 of 1



**Grand Isle Shipyard, LLC**
18838 Hwy 3235
PO Box 820
Galliano, LA 70354
Phone: 985-475-5238
E-mail billing inquiries to arbilling@gisy.com


RECEIVED
MAY 05 2021
ECO A/P

# INVOICE

EXHIBIT

B

C-PORT LLC

16201 EAST MAIN ST
CUT OFF, LA 70345

Invoice Number: 10416057
Invoice Date: 4/29/2021
Terms: NET45
Due Date: 6/13/2021
Job Number: 16116-0962
Primary Charge # (PO#): CPORT00006829CPOR
Secondary Charge #: 042121011603
Other Charge # Info: FOURCHON
Miscellaneous 1:
Miscellaneous 2: C PORT 3
Miscellaneous 3:
:
:

Wire Instructions: Routing No: 065403626
Account No: 0249749757
Remit To: Grand Isle Shipyard LLC
P.O. Box 95578
Grapevine, TX 76099-9703

Remittance advice and inquiries should be sent to:
arcollections@gisy.com
Invoices in excess of $5,000.00 that are paid by credit card will be charged a 3% credit card processing fee.

PO Number:
Location: FOURCHON, Louisiana UNITED STATES

| Item Code | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 15-1002-2-1 | E&I FOREMAN, ONSH, ST | 50.00 | Hour | $49.92000 | $2,496.00 |

| | |
|---|---|
| Subtotal | $2,496.00 |
| Trade Discount | $0.00 |
| Sales Tax | $0.00 |
| Invoice Total | $2,496.00 |

*cdg 5/18/2021*

CPORT 000168



# Grand Isle Shipyard, LLC

18838 Hwy 3235
PO Box 820
Galliano, LA 70354
Phone: 985-475-5238
E-mail billing inquiries to arbilling@gisy.com



RECEIVED
MAY 05 2021
ECOAR

# INVOICE

C-LOGISTICS, LLC
ATTN ACCTS PAYABLE
180 1ST STREET, LOT 35
GOLDEN MEADOW, LA 70357

Invoice Number: **10416084**
Invoice Date: 4/29/2021
Terms: NET45

Job Number: 10120-9846
Primary Charge # (PO#) 032921008959
Secondary Charge #
Other Charge # Info  **CPort 6572**
Miscellaneous 1
Miscellaneous 2
Miscellaneous 3

Wire Instructions: Routing No: 065403626
Account No: 0249749757
Remit To: Grand Isle Shipyard LLC
P.O. Box 95578
Grapevine, TX 76099-9703

Remittance advice and inquiries should be sent to: arcollections@gisy.com
Invoices in excess of $5,000.00 that are paid by credit card will be charged a 3% credit card processing fee.

PO Number:
Location: FOURCHON, Louisiana UNITED STATE

| Description | Amount |
|---|---|
| GIS to furnish labor and equipment to fabricate Mooring Bollards | $28,093.32 |

| | |
|---|---|
| Subtotal | $28,093.32 |
| Sales Tax | $0.00 |
| Trade Discount | $0.00 |
| Retention | $0.00 |
| **Invoice Total** | **$28,093.32** |

*Handwritten note:* Removal of mooring dolphins damaged by m/v Thor during Hurricane Zeta. Phelps/Dunbar working the claim. (Kent Morrison)

jslg 5/18/2021

5/12/21    5/10/21

CPORT 000179

Page 1 of 1



## Grand Isle Shipyard, LLC

18838 Hwy 3235
PO Box 820
Galliano, LA 70354
Phone: 985-475-5238
E-mail billing inquiries to arbilling@gisy.com

# INVOICE

RECEIVED APR 20 2021 ECO AP

C-PORT LLC

16201 EAST MAIN ST
CUT OFF, LA 70345

Invoice Number: **10413873**
Invoice Date: 4/16/2021
Terms: NET45
Due Date: 5/31/2021
Job Number: 16116-0963
Primary Charge # (PO#): **CPORT00006682CPOR**
Secondary Charge #: 040721010084
Other Charge # Info: FOURCHON
Miscellaneous 1:
Miscellaneous 2: C-PORT 1
Miscellaneous 3:
:
:

Wire Instructions: Routing No: 065403626
Account No: 0249749757
Remit To: Grand Isle Shipyard LLC
P.O. Box 95578
Grapevine, TX 76099-9703

Remittance advice and inquiries should be sent to:
arcollections@gisy.com
Invoices in excess of $5,000.00 that are paid by credit card will be charged a 3% credit card processing fee.

PO Number:
Location: FOURCHON, Louisiana UNITED STATES

| Item Code | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 15-1002-2-1 | E&I FOREMAN, ONSH, ST | 40.00 | Hour | $49.92000 | $1,996.80 |

Repairs to port facilities.

GL: 4501

| | |
|---|---|
| Subtotal | $1,996.80 |
| Trade Discount | $0.00 |
| Sales Tax | $0.00 |
| **Invoice Total** | **$1,996.80** |

rlg 5/18/2021    5/3/21    4/22/21

CPORT 000183

Page 1 of 1



# Grand Isle Shipyard, LLC

18838 Hwy 3235
PO Box 820
Galliano, LA 70354
Phone: 985-475-5238
E-mail billing inquiries to arbilling@gisy.com

# INVOICE

**C-PORT LLC**

16201 EAST MAIN ST
CUT OFF, LA 70345

GL: 4507

RECEIVED APR 1 5 2021 ECO A/P

Invoice Number: **10413826**
Invoice Date: 4/14/2021
Terms: NET45
Due Date: 5/29/2021
Job Number: 21120-0535
Primary Charge # (PO#): **CPORT00006320CPORT**
Secondary Charge #: 031221007290
Other Charge # Info:
Miscellaneous 1:
Miscellaneous 2:
Miscellaneous 3:

Wire Instructions: Routing No: 065403626
Account No: 0249749757
Remit To: Grand Isle Shipyard LLC
P.O. Box 95578
Grapevine, TX 76099-9703

Remittance advice and inquiries should be sent to:
arcollections@gisy.com
Invoices in excess of $5,000.00 that are paid by credit card will be charged a 3% credit card processing fee.

PO Number:
Location: FOURCHON, Louisiana UNITED STATES

aug 5/18/2021

| Item Code | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 10-1040-2-1 | CONST CARPENTER,ONSH,ST | 13.00 | Hour | $38.50000 | $500.50 |
| 15-3011-2-1 | E&I ELECTRICAL TEC 1, ONSH, ST | 11.00 | Hour | $36.00000 | $396.00 |
| TP +5 | THIRD PARTY COST +5% | 3.00 | Each | $48.29000 | $144.87 |
| TP +5 | THIRD PARTY COST +5% | 2.00 | Each | $4.19000 | $8.38 |
| TP +5 | THIRD PARTY COST +5% | 1.00 | Each | $9.44000 | $9.44 |
| TP +5 | THIRD PARTY COST +5% | 15.26 | Each | $1.04980 | $16.02 |

Nadco Plant Office
Roof Repairs.

| | |
|---|---|
| Subtotal | $1,075.21 |
| Trade Discount | $0.00 |
| Sales Tax | $0.00 |
| **Invoice Total** | **$1,075.21** |

5/2/24      4/22/21

CPORT 000192




**Bagala's Diving, Inc**
PO Box 506
Cut Off, LA 70345

# Invoice

DC
3.16

**Bill To**
C Port LLC
106 9th St Lot#1
Golden Meadow, LA 70357

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/10/21 | 2276 | | | |

aeg 4/5/2021

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Inspection | Diver performed inspection of water to locate & hookup to damaged pilings. See Daily Worksheet for details. | | | |
| Supplies | 1 Diver, 1 Tender, 1 Ton Truck | | | |
| Underwater Cutting Gear | Underwater Cutting Gear | 2 | 275.00 | 550.00 |
| Underwater Cutting Rods | Underwater Cutting Rods | 5 | 8.00 | 40.00 |
| Time | 4 Hour minimum on Diver/Tender Team | 4 | 285.00 | 1,140.00 |
| Port Fourchon, LA | Cut Off, LA to Port Fourchon, LA | | 168.75 | 168.75 |

Call 24 hours for Service and Estimates. Hope we can handle all of your underwater needs.

| | | |
|---|---|---|
| Subtotal | | $1,898.75 |
| Sales Tax | | $0.00 |
| Total | | $1,898.75 |

Jed S. [signature]
Req.# 03122100733l.

[signature] 3/25/21    [signature] 3/23/21

**Bagala's Diving, Inc**
PO Box 506
Cut Off, LA 70345

# Invoice

DC 316

**Bill To**
C Port LLC
106 9th St Lot#1
Golden Meadow, LA 70357

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/08/21 | 2274 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Inspection | Diver performed inspection of water to locate & hookup damaged pilings. See Daily Worksheet for details. | | | |
| Supplies | 1 Diver, 1 Tender, 1 Ton Truck | | | |
| Underwater Cutting Gear | Underwater Cutting Gear | 2 | 275.00 | 550.00 |
| Underwater Cutting Rods | Underwater Cutting Rods | 5 | 8.00 | 40.00 |
| Time | 6 Hour minimum on Diver/Tender Team | 6 | 285.00 | 1,710.00 |
| Port Fourchon, LA | Cut Off, LA to Port Fourchon, LA | | 168.75 | 168.75 |

Call 24 hours for Service and Estimates. Hope we can handle all of your underwater needs.

| | |
|---|---|
| Subtotal | $2,468.75 |
| Sales Tax | $0.00 |
| Total | $2,468.75 |

*Ted J. Rousaune* (signature)

Req. # 03122100 7331.

3/25/21   3/23/21

CPORT 000208

# Invoice

**Bagala's Diving, Inc**
PO Box 506
Cut Off, LA 70345

DC
3.16

**Bill To**
C Port LLC
106 9th St Lot#1
Golden Meadow, LA 70357

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/06/21 | 2273 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Inspection | Diver performed inspection of water to locate & hookup damaged pilings. See Daily Worksheet for details. | | | |
| Supplies | 1 Diver, 1 Tender, 1 Ton Truck | | | |
| Underwater Cutting Gear | Underwater Cutting Gear | 2 | 275.00 | 550.00 |
| Underwater Cutting Rods | Underwater Cutting Rods | 45 | 8.00 | 360.00 |
| Time | 6 Hour minimum on Diver/Tender Team | 6 | 285.00 | 1,710.00 |
| Port Fourchon, LA | Cut Off, LA to Port Fourchon, LA | | 168.75 | 168.75 |

Call 24 hours for Service and Estimates. Hope we can handle all of your underwater needs

| | |
|---|---|
| Subtotal | $2,788.75 |
| Sales Tax | $0.00 |
| Total | $2,788.75 |

*[Signature]*
Req. # 031221007331.

*[Signature]* 3/25/21
*[Initials]* 3/23/21

CPORT 000210

**Bagala's Diving, Inc**
PO Box 506
Cut Off, LA 70345

# Invoice

DC
3.16

**Bill To**
C Port LLC
106 9th St Lot#1
Golden Meadow, LA 70357

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/09/21 | 2275 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Inspection | Diver performed inspection of water to locate & hookup to damaged pilings. See Daily Worksheet for details. | | | |
| Supplies | 1 Diver, 1 Tender, 1 Ton Truck | | | |
| Underwater Cutting Gear | Underwater Cutting Gear | 2 | 275.00 | 550.00 |
| Underwater Cutting Rods | Underwater Cutting Rods | 5 | 8.00 | 40.00 |
| Time | 6 Hour minimum on Diver/Tender Team | 6 | 285.00 | 1,710.00 |
| Port Fourchon, LA | Cut Off, LA to Port Fourchon, LA | | 168.75 | 168.75 |

Call 24 hours for Service and Estimates. Hope we can handle all of your underwater needs.

| | |
|---|---|
| Subtotal | $2,468.75 |
| Sales Tax | $0.00 |
| Total | $2,468.75 |

Jedd P. [signature]

Reg. # 03122100733l.

3/25/4

[signature]
3/23/4

CPORT 000212

**Bagala's Diving, Inc**
PO Box 506
Cut Off, LA 70345

# Invoice

DC 3.16

**Bill To**
C Port LLC
106 9th St Lot#1
Golden Meadow, LA 70357

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 03/05/21 | 2272 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Inspection | Diver performed inspection of water to locate & hookup damaged pilings.. See Daily Worksheet for details. | | | |
| Supplies | 1 Diver, 1 Tender, 1 Ton Truck | | | |
| Underwater Cutting Gear | Underwater Cutting Gear | 2 | 275.00 | 550.00 |
| Underwater Cutting Rods | Underwater Cutting Rods | 5 | 8.00 | 40.00 |
| Time | 6 Hour minimum on Diver/Tender Team | 6 | 285.00 | 1,710.00 |
| Port Fourchon, LA | Cut Off, LA to Port Fourchon, LA | | 168.75 | 168.75 |

Call 24 hours for Service and Estimates. Hope we can handle all of your underwater needs.

| | |
|---|---|
| Subtotal | $2,468.75 |
| Sales Tax | $0.00 |
| Total | $2,468.75 |

Reg.# 031221007331

3/25/21

3/23/21

CPORT 000214