

**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
**Phone: (504) 895-0368  Fax: (504) 895-0566**



EXHIBIT

__C__

Phelps, Dunbar, LLP
365 Canal St., Ste. 2000
via email to:kent.morrison@phelps.com
New Orleans, LA  70130

December 24, 2020
Project No:       11593-0
Invoice No:       0025545

Project          11593-0          PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Perform a post incident damage survey of the C-Port Dolphins.
- Develop a condition survey report.

**Professional Services through November 30, 2020**
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Construction Manager I |  |  |  |  |
| Hocke, Royce | 3.00 | 119.00 | 357.00 |  |
| Department Head |  |  |  |  |
| Gilcrease, Brad | 1.00 | 207.00 | 207.00 |  |
| Loomis, Joseph | 1.00 | 207.00 | 207.00 |  |
| O'Brien, Christopher | 12.00 | 207.00 | 2,484.00 |  |
| Drafting Associate |  |  |  |  |
| Buse, Jeremy | 1.00 | 72.00 | 72.00 |  |
| Principal |  |  |  |  |
| Frischhertz, Bradford | 3.00 | 233.00 | 699.00 |  |
| Project Support |  |  |  |  |
| Bergeron, Celeste | 1.00 | 99.00 | 99.00 |  |
| Senior Structural Engineer |  |  |  |  |
| Drouet, Kevin | 1.00 | 200.00 | 200.00 |  |
| Administrative Assistant |  |  |  |  |
| Massa, Lisa | .75 | 62.00 | 46.50 |  |
| Survey Technician I |  |  |  |  |
| Buse, Jeremy | 6.75 | 72.00 | 486.00 |  |
| Totals | 30.50 |  | 4,857.50 |  |
| **Total Labor** |  |  |  | **4,857.50** |

**Unit Billing**

Small Boat with Motor
  11/19/2020                                   1.0 Day @ 270.00          270.00
Survey Mileage
  11/19/2020                                  200.0 Miles @ 0.85          170.00
          **Total Units**                        **1.0 times**            **440.00**          **440.00**

---

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.

| Project | 11593-0 | PHELPS-C-Port Fourchon-Damagae Assment | Invoice | 0025545 |
|---|---|---|---|---|
| | | **Total this Invoice** | | **$5,297.50** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA,
Routing No. 065400137, Account No. 6900709514

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.        Page 2



**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
Phone: (504) 895-0368  Fax: (504) 895-0566

|  |  |
|---|---|
| Phelps, Dunbar, LLP | January 27, 2021 |
| 365 Canal St., Ste. 2000 | Project No:   11593-0 |
| via email to:kent.morrison@phelps.com | Invoice No:   0025686 |
| New Orleans, LA  70130 |  |

Project        11593-0        PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Attend joint inspection.
- Update and submit the condition survey report.

**Professional Services through December 31, 2020**
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Comp. Specialist |  |  |  |  |
| Davis, Thomas | 7.00 | 152.00 | 1,064.00 |  |
| Department Head |  |  |  |  |
| O'Brien, Christopher | 10.00 | 207.00 | 2,070.00 |  |
| Principal |  |  |  |  |
| Frischhertz, Bradford | 1.00 | 233.00 | 233.00 |  |
| Totals | 18.00 |  | 3,367.00 |  |
| **Total Labor** |  |  |  | 3,367.00 |

**Reimbursable Expenses**

| Mileage |  |  |  |  |
|---|---|---|---|---|
| 12/8/2020 Davis, Thomas |  |  | 126.50 |  |
| 12/8/2020 O'Brien, Christopher |  |  | 120.75 |  |
| **Total Reimbursables** |  | 1.0 times | 247.25 | 247.25 |

**Unit Billing**
Small Boat with Motor

| 12/8/2020 |  | 1.0 Day @ 270.00 | 270.00 |  |
|---|---|---|---|---|
| **Total Units** |  | 1.0 times | 270.00 | 270.00 |
|  |  | **Total this Invoice** |  | **$3,884.25** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0025545 | 12/24/2020 | 5,297.50 |
| **Total** |  | **5,297.50** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA, Routing No. 065400137, Account No. 6900709514

---

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.



**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
**Phone: (504) 895-0368  Fax: (504) 895-0566**

Phelps, Dunbar, LLP
365 Canal St., Ste. 2000
via email to:kent.morrison@phelps.com
New Orleans, LA  70130

March 29, 2021
Project No:      11593-0
Invoice No:      0025919

Project        11593-0        PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Provided construction observation services during the demolition of the existing dolphins.

**Professional Services through February 28, 2021**
**Professional Personnel**

|  |  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|---|
| Construction Manager I |  |  |  |  |  |  |
| Duncan Jr., Timothy |  |  | 46.00 | 119.00 | 5,474.00 |  |
| Duncan Jr., Timothy |  | Ovt | 26.00 | 142.80 | 3,712.80 |  |
| Department Head |  |  |  |  |  |  |
| Gilcrease, Brad |  |  | 2.00 | 207.00 | 414.00 |  |
| O'Brien, Christopher |  |  | 2.00 | 207.00 | 414.00 |  |
| Principal |  |  |  |  |  |  |
| Frischhertz, Bradford |  |  | 1.00 | 233.00 | 233.00 |  |
| Totals |  |  | 77.00 |  | 10,247.80 |  |
| **Total Labor** |  |  |  |  |  | **10,247.80** |

**Reimbursable Expenses**

| Lodging |  |  |  |  |  |
|---|---|---|---|---|---|
| 2/23/2021 | Duncan Jr., Timothy |  |  | 368.70 |  |
| 2/26/2021 | Duncan Jr., Timothy |  |  | 505.12 |  |
| Mileage |  |  |  |  |  |
| 2/21/2021 | Duncan Jr., Timothy |  |  | 60.48 |  |
| 2/22/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/23/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/24/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/25/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/26/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/27/2021 | Duncan Jr., Timothy |  |  | 17.70 |  |
| 2/27/2021 | Duncan Jr., Timothy |  |  | 60.48 |  |
| **Total Reimbursables** |  | 1.0 times | **1,100.98** | **1,100.98** |

|  |  | **Total this Invoice** | **$11,348.78** |
|---|---|---|---|

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA, Routing No. 065400137, Account No. 6900709514

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.



**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
Phone: (504) 895-0368  Fax: (504) 895-0566

|  |  |
|---|---|
| Phelps, Dunbar, LLP | April 28, 2021 |
| 365 Canal St., Ste. 2000 | Project No:   11593-0 |
| via email to:kent.morrison@phelps.com | Invoice No:   0026073 |
| New Orleans, LA  70130 |  |

Project     11593-0     PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Provided construction observation services during the demolition of the existing dolphins.

**Professional Services through March 31, 2021**
**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Construction Manager I |  |  |  |  |  |
|   Duncan Jr., Timothy |  | 50.00 | 119.00 | 5,950.00 |  |
|   Duncan Jr., Timothy | Ovt | 24.00 | 142.80 | 3,427.20 |  |
| Department Head |  |  |  |  |  |
|   Gilcrease, Brad |  | 1.75 | 207.00 | 362.25 |  |
|   O'Brien, Christopher |  | 6.00 | 207.00 | 1,242.00 |  |
| Principal |  |  |  |  |  |
|   Frischhertz, Bradford |  | 2.00 | 233.00 | 466.00 |  |
|     Totals |  | 83.75 |  | 11,447.45 |  |
|     **Total Labor** |  |  |  |  | 11,447.45 |

**Reimbursable Expenses**

| Lodging |  |  |
|---|---|---|
| 3/3/2021 | Duncan Jr., Timothy | 122.90 |
| 3/5/2021 | Duncan Jr., Timothy | 245.80 |
| 3/8/2021 | Duncan Jr., Timothy | 122.90 |
| 3/8/2021 | Duncan Jr., Timothy | 140.94 |
| 3/9/2021 | Duncan Jr., Timothy | 140.94 |
| Mileage |  |  |
| 3/1/2021 | Duncan Jr., Timothy | 60.48 |
| 3/3/2021 | Duncan Jr., Timothy | 17.70 |
| 3/4/2021 | Duncan Jr., Timothy | 17.70 |
| 3/4/2021 | Duncan Jr., Timothy | 60.48 |
| 3/5/2021 | Duncan Jr., Timothy | 60.48 |
| 3/6/2021 | Duncan Jr., Timothy | 17.70 |
| 3/7/2021 | Duncan Jr., Timothy | 120.96 |
| 3/8/2021 | Duncan Jr., Timothy | 65.41 |
| 3/9/2021 | Duncan Jr., Timothy | 113.12 |

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.

| Project | 11593-0 | PHELPS-C-Port Fourchon-Damagae Assment | Invoice | 0026073 |
|---|---|---|---|---|
| Travel/Transportation | | | | |
| 3/2/2021 | Duncan Jr., Timothy | | 3.75 | |
| 3/8/2021 | Duncan Jr., Timothy | | 3.75 | |
| 3/8/2021 | Duncan Jr., Timothy | | 3.75 | |
| 3/10/2021 | Duncan Jr., Timothy | | 3.75 | |
| | **Total Reimbursables** | **1.0 times** | **1,322.51** | **1,322.51** |
| | | **Total this Invoice** | | **$12,769.96** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA,
Routing No. 065400137, Account No. 6900709514

---

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.                                                  Page 2



**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
**Phone: (504) 895-0368  Fax: (504) 895-0566**

Phelps, Dunbar, LLP
365 Canal St., Ste. 2000
via email to:kent.morrison@phelps.com
New Orleans, LA  70130

May 31, 2021
Project No:        11593-0
Invoice No:        0026210

Project          11593-0           PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Attend the joint inspection of demolished dolphin material.

### Professional Services through April 30, 2021
**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---:|---:|---:|---:|
| Construction Manager I |  |  |  |  |
|   Duncan Jr., Timothy | 9.00 | 119.00 | 1,071.00 |  |
| Department Head |  |  |  |  |
|   O'Brien, Christopher | 8.50 | 207.00 | 1,759.50 |  |
|   Totals | 17.50 |  | 2,830.50 |  |
| **Total Labor** |  |  |  | **2,830.50** |

**Reimbursable Expenses**

Mileage
| Date | Name | Description | | Amount | |
|---|---|---|---|---:|---:|
| 4/6/2012 | O'Brien, Christopher | Site Visit |  | 114.80 |  |
| 4/6/2021 | Duncan Jr., Timothy |  |  | 111.78 |  |
| | **Total Reimbursables** |  | 1.0 times | 226.58 | **226.58** |
| | | | **Total this Invoice** | | **$3,057.08** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0026073 | 4/28/2021 | 12,769.96 |
| **Total** |  | **12,769.96** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA, Routing No. 065400137, Account No. 6900709514

---

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.



**Lanier & Associates**
**Consulting Engineers, Inc.**
**4101 Magazine Street**
**New Orleans, LA 70115**
**Phone: (504) 895-0368  Fax: (504) 895-0566**

Phelps, Dunbar, LLP
365 Canal St., Ste. 2000
via email to:kent.morrison@phelps.com
New Orleans, LA  70130

July 29, 2021
Project No:     11593-0
Invoice No:     0026485

Project     11593-0     PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Perform site visit to assist with arranging the dolphin material for inspection.

**Professional Services through June 30, 2021**
**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Construction Manager II |  |  |  |  |  |
| Hymel, Thomas |  | 9.50 | 128.00 | 1,216.00 |  |
| Hymel, Thomas | Ovt | 3.00 | 153.60 | 460.80 |  |
| Totals |  | 12.50 |  | 1,676.80 |  |
| **Total Labor** |  |  |  |  | **1,676.80** |

**Reimbursable Expenses**
Mileage
| 6/28/2021 | Hymel, Thomas | luling to fourchon to luling |  | 87.36 |  |
|---|---|---|---|---|---|
|  | **Total Reimbursables** |  | **1.0 times** | **87.36** | **87.36** |
|  |  |  | **Total this Invoice** |  | **$1,764.16** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA, Routing No. 065400137, Account No. 6900709514

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.



**Lanier & Associates**
**Consulting Engineers, Inc.**
4101 Magazine Street
New Orleans, LA 70115
Phone: (504) 895-0368  Fax: (504) 895-0566

Phelps, Dunbar, LLP
365 Canal St., Ste. 2000
via email to:kent.morrison@phelps.com
New Orleans, LA  70130

August 31, 2021
Project No:    11593-0
Invoice No:    0026609

Project    11593-0    PHELPS-C-Port Fourchon-Damagae Assment

For engineering services provided in connection with the Port Fourchon damage assessment. This invoice includes the following:

- Participate in joint inspection of dolphin material.

**Professional Services through July 31, 2021**
**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Construction Manager II |  |  |  |  |  |
| Hymel, Thomas |  | 10.00 | 128.00 | 1,280.00 |  |
| Hymel, Thomas | Ovt | 2.00 | 153.60 | 307.20 |  |
| Department Head |  |  |  |  |  |
| O'Brien, Christopher |  | 1.00 | 207.00 | 207.00 |  |
| Totals |  | 13.00 |  | 1,794.20 |  |
| **Total Labor** |  |  |  |  | 1,794.20 |

**Reimbursable Expenses**

| Mileage |  |  |  |  |  |
|---|---|---|---|---|---|
| 7/9/2021 | Hymel, Thomas | luling to port fourchon to luling |  | 87.36 |  |
| **Total Reimbursables** |  |  | 1.0 times | 87.36 | 87.36 |
|  |  |  | **Total this Invoice** |  | **$1,881.56** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0026485 | 7/29/2021 | 1,764.16 |
| **Total** |  | **1,764.16** |

If you would like to remit payments by wire or ACH, please remit to: JP Morgan Chase, New Orleans, LA, Routing No. 065400137, Account No. 6900709514

INTEREST OF 1.5% IS ASSESSED ON ALL BALANCES OVER 30 DAYS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** <br><br> **VERSUS** <br><br> **SHORE OFFSHORE SERVICES, LLC,** *et al.* | **CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** <br><br> **Pleading applies to ALL CASES** <br><br> **JUDGE: JAY C. ZAINEY** <br><br> **MAGISTRATE: KAREN WELLS ROBY** <br><br> **SECTION: A(4)** |

**C-PORT, LLC'S FIRST SUPPLEMENTAL RESPONSES TO OMNIBUS REQUESTS FOR PRODUCTION OF DOCUMENTS**

To:   **Modern American Railroad Services, LLC and Shore Offshore Services, LLC ("THOR Interests")**, through their counsel of record: Meredith W. Blanque, PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC, 1100 Poydras Street, Suite 2250, New Orleans LA 70163.

**Crosby Tubs, LLC ("CROSBY ENDEAVOR Interests")**, through their counsel of record: Sara B. Kuebel, JONES WALKER, LLP, 201 St. Charles Avenue – 48th Floor, New Orleans, LA 70170.

**Martin Operating Partnership, L.P. and Martin Energy Services LLC ("Martin Interests")**, through their counsel of record: Michael W. McMahon, DAIGLE FISSE & KESSENICH, 227 Highway 21, Madisonville, LA 70447.

Defendant, C-Port, LLC ("C-Port"), pursuant to the Federal Rules of Civil Procedure and the Consent Scheduling Order (Rec. Doc. 184), serves the following First Supplemental Objections and Responses to the Omnibus Requests for Production of Documents propounded by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Crosby Tugs, LLC, Martin Operating Partnership, LP, and Martin Energy Services LLC. C-Port reserves the right to amend

1

2

and/or supplement these objections and responses in accordance with the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce and identify by bates number all documents, records, meeting minutes, damage and repair surveys, repair bids and/or estimates, schedules, budgets, invoices, receipts, emails and correspondence pertaining to the damages that you claim to have sustained as a result of the Incident, including but not limited to, the following damages, as stated in Paragraphs 14 and 15 and Paragraphs 15 and 16 of your Claims:

- a) Physical damage to and/or loss of the mooring dolphins owed by C-Port and/or the C-Port Facility;
- b) Business interruption;
- c) Repair costs;
- d) Survey expenses;
- e) Contractor expenses; and
- f) Employee expenses.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Please see the following:

(1) GIS Quote, dated 1-13-21, previously produced in response to Interrogatory 15.

(2) Lanier Daily Reports, previously produced in response to Request for Production No. 1.

(3) Anadarko Lease Agreement, previously produced in response to Request for Production No. 10.

(4) Lanier Invoice Nos. 25545, 25686, 25919, 26073, 26210, 26485, and 26609, attached.

Additional and/or updated information regarding repair costs, employee expenses, and business interruption has been requested and will be provided upon receipt.

2

PD.39931500.1

**REQUEST FOR PRODUCTION NO. 36:**

Please produce and identify by bates number all exhibits or tangible things you may or will introduce at the trial of this matter.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

C-Port will provide an Exhibit List in accordance with this Court's Orders, the Scheduling Order, and the Federal Rules of Civil Procedure. Subject to and without waiving the foregoing objections, please see documents produced in C-Port's responses and supplemental responses to written discovery, including but not limited to: (1) GIS Quote; (2) Damage Photos; (3) Video of Allision; (4) Lanier Daily Reports; and (5) Lanier Invoices.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Thomas Kent Morrison (Bar #25802)
Colin B. Cambre (Bar #31083)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: morrisok@phelps.com
Email: colin.cambre@phelps.com

ATTORNEYS FOR C-PORT, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 22nd day of September, 2022, served a copy of the foregoing C-PORT, LLC's FIRST SUPPLEMENTAL RESPONSES TO OMNIBUS REQUESTS

3

PD.39931500.1

FOR PRODUCTION on counsel of record for all parties to this proceeding, by e-mail, facsimile and/or mailing same by United States mail, properly addressed and first class postage prepaid.

                                                                   Thomas Kent Morrison