

**EXHIBIT D**

**Grand Isle Shipyard, Inc.**
18838 Highway 3235 | PO Box 820
Galliano, Louisiana 70354
P: (985) 475-5238 | F: (985) 475-6656

| | | | |
|---|---|---|---|
| To: | James Guidry<br>C-Port | GIS Representative:<br>GIS Division:<br>Cost Estimate No.:<br>Date: | Matt Dubois<br>Galliano Fabrication<br><br>Friday, December 4, 2020 |

Project: Installation of (All 12) Mooring Bollards

| Details of Services: | Estimated Cost |
|---|---|
| This estimate is based on: | |
| **Material and Trucking:** | $ 192,718.06 |
| (Delivery) - 7-10 Days | |
| | |
| **Daily Rate - (Tug/Barge, Crane, Equipment, Crew)    - $10,304.00** | |
| | |
| **Installation of 12 Bollards:** | |
| 1 - Day Barge Loadout | $ 10,304.00 |
| 1 - Day Mobilization to location | $ 6,560.00 |
| 36 - Days (Total 12) Bollard Installation | $ 370,944.00 |
| 1 - Day Barge unloadout | $ 6,560.00 |
| 1 - Day Demobilization to location | $ 10,304.00 |
| | |
| **Removal of 12 Bollards:** | |
| 4 - Days Bollard Removal (12 Total) | $ 41,216.00 |

*Clarifications:*
This is a cost estimate only. This was based on the drawings and information provided in the initial email. Any work out side of what was requested in this initial email and, or included in this estimate is subject to a change order.

Sincerely,
*Matt Dubois*
Project Manager

**Total Estimated Cost:** $ 638,606.06
Project Duration:

CPORT 000125



1069 HWY 3185  
Thibodaux, La 70301  
T: 985-448-0970  
E: estimating@sealevelinc.com  
www.sealevelinc.com

| | | | | | |
|---|---|---|---|---|---|
| **To:** | Edison Chouest Offshore Companies | | **Contact:** | | |
| **Address:** | 106 9th St. Lot #1 | | **Phone:** | | |
| | Golden Meadow, LA 70357 | | **Fax:** | | |
| **Project Name:** | 22095 - FLPC Flotation Canal Mooring Dolphin Repairs | | **Bid Number:** | 22016 | |
| **Project Location:** | | | **Bid Date:** | | |
| **Item #** | **Item Description** | **Estimated Quantity** | **Unit** | **Unit Price** | **Total Price** |
| 01 | Mobilization | 1.00 | LS | $96,000.00 | $96,000.00 |
| 07 | Steel Mooring Dolphin (Steel Pipe; 0.5" Wall Thickness) | 12.00 | EACH | $71,500.00 | $858,000.00 |

**Total Bid Price:** $954,000.00

**Notes:**
- The above prices exclude test lab fees, as-built drawings, on-site safety or qc personnel, silt fence, SWPPP, demolition, fire watch, pile logging, vibration monitoring, pile load tests, design, design fees, retapping piles, weld inspection, bonds, and permits.
- If Sealevel Construction, Inc. is the successful contractor for this work, this proposal (including all technical & commercial notes/clarifications) shall become part of the contract.
- Proposal is based on the installation of 12 EA mooring dolphins as per the drawings that were previously sent on 11/30/2022.
- Proposal does not include demolition of existing mooring dolphins.
- Proposal includes 16 mils of coal tar epoxy coating on all piles to an elevation of 15' below the mudline. On-site touch-up painting to be performed to 16 mils of CTE.
- Piles to be driven with vibratory hammer.
- Payment terms: Net 30 days.
- Proposal vaild for 30 days.

| | |
|---|---|
| **ACCEPTED:** | **CONFIRMED:** |
| The above prices, specifications and conditions are satisfactory and hereby accepted. | Sealevel Construction, Inc |
| **Buyer:** _____ | |
| **Signature:** _____ | **Authorized Signature:** *Jacques Ort* 12/8/2022 |
| **Date of Acceptance:** _____ | **Estimator:** |

12/7/2022 4:00:37 PM                                         Page 1 of 1

CPORT 000001

# BID PROPOSAL

| PROPOSAL SUBMITTED TO: | LOW LAND CONSTRUCTION CO., INC. | |
|---|---|---|
| **C-PORT, LLC**<br>Edison Chouest Offshore Companies<br>*106 9th Street Lot #1*<br>*Golden Meadow, La. 70357*<br>*PHONE: 985-601-4217 Ext. 52701  Cell: 985.677.1201*<br>*Attn: Mr. James Guidry, General Manager* | 206 INDUSTRIAL AVE C<br>HOUMA, LA. 70363<br>CONTRACTOR'S LICENSE NO. 6156<br>DRAGLINE - DOZER - GRADER - EXCAVATOR - TRUCKS - DIRT - LIMESTONE<br>DAVID J. ROBICHAUX, JR.<br>PRESIDENT | PH. 985-446-1314<br>FAX: 985-446-3456<br><br><br>DAVID C. ROBICHAUX<br>VICE PRESIDENT |

**PROJECT: MOORING DOLPHINS ALONG BAYOU LAFOURCHE**
*FURNISH & INSTALL 12 MOORING DOLPHINS*
*PORT FOURCHON, LA.  LAFOURCHE PARISH*

WE ARE PLEASED TO HAVE THE OPPORTUNITY TO SUBMIT A PROPOSAL FOR THIS PROJECT. OUR PROPOSAL INCLUDES FURNISHING MATERIAL, LABOR AND EQUIPMENT FOR THE FOLLOWING WORK ITEMS:

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Mobilization, Groceries & Housing | 1 | LS | $ 101,980.00 | $ 101,980.00 |
| 2 | Contruction Layout | 1 | LS | $ 9,360.00 | $ 9,360.00 |
| 3 | Steel Mooring Dolphin | 12 | EA | $ 81,555.00 | $ 978,660.00 |
| | **TOTAL BASE BID AMOUNT** | | | | **$1,090,000.00** |

NOTES:
1. THE VERTICAL AND HORIZONTAL ALIGNMENT TO BE PROVIDED BY OTHERS.
2. ALL PERMITTING BY OTHERS.
3. CONTRACTOR NOT RESPONSIBLE FOR ANY UNFORESEEN OBSTRUCTIONS.
3. EXCLUDES BUILDER'S RISK, OCP AND BOND.
4. WORK AREA TO FREE OF ANY SHIP/BOAT TRAFFIC. THE WORK AREA TO BE AT LEAST 60' FROM MOORING DOLPHIN LOCATION OUTWARD INTO BAYOU LAFOURCHE.
5. PROJECT TIME: 90 DAYS AFTER ALL MATERIAL IS DELIVERED.
6. PAYMENT: 30 DAYS OF WORK, PAYMENT DUE 5 DAYS AFTER RECIEPT OF INVOICE.
7. THE BUMPER TIRES ARE BECOMING RARE FOR 24" RIM FIT. IT MAY BE THAT THE VERTICAL PIPE PILE MAY NEED TO BE A 22" DIA. VS A 24" DIA.
BIDDING WITH 3 PER DOLPHIN OVERSIZED OFF-ROAD TIRES 28" RIM DIA. X 88" OUTSIDE DIA.

Any alterations or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance upon above work. Workmen's Compensation and Public Liability Insurance on above work to be taken out by _____.

Respectfully submitted

Per *[signature]*

Note - This proposal may be withdrawn by us if not accepted within **20** days.

Submittal Date **12-8-22**

### ACCEPTANCE OF PROPOSAL
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date _____

Signature _____

CPORT 000002