UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**EXHIBIT E**

| | |
|---|---|
| **ALL COAST, LLC** <br><br> **VERSUS** <br><br> **SHORE OFFSHORE SERVICES, LLC,** *et al*. | CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 <br><br> **Pleading applies to ALL CASES** <br><br> JUDGE: JAY C. ZAINEY <br><br> MAGISTRATE: KAREN WELLS ROBY <br><br> SECTION: A(4) |

## C-PORT, LLC'S THIRD SUPPLEMENTAL ANSWERS TO OMNIBUS INTERROGATORIES

To:  **Modern American Railroad Services, LLC and Shore Offshore Services, LLC ("THOR Interests")**, through their counsel of record: Meredith W. Blanque, PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC, 1100 Poydras Street, Suite 2250, New Orleans LA 70163.

**Crosby Tubs, LLC ("CROSBY ENDEAVOR Interests")**, through their counsel of record: Sara B. Kuebel, JONES WALKER, LLP, 201 St. Charles Avenue – 48th Floor, New Orleans, LA 70170.

**Martin Operating Partnership, L.P. and Martin Energy Services LLC ("Martin Interests")**, through their counsel of record: Michael W. McMahon, DAIGLE FISSE & KESSENICH, 227 Highway 21, Madisonville, LA 70447.

Defendant, C-Port, LLC ("C-Port"), pursuant to the Federal Rules of Civil Procedure and the Scheduling Order, as amended, serves the following Third Supplemental Objections and Answers to the Omnibus Interrogatories propounded by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Crosby Tugs, LLC, Martin Operating Partnership, LP, and Martin Energy Services LLC. C-Port reserves the right to amend and/or supplement these objections and answers in accordance with the Federal Rules of Civil Procedure.

PD.46384248.1

**INTERROGATORY NO. 34:**

For each and every mooring dolphin and other property identified in your Answer to Interrogatory No. 1, please explain whether you have depreciated the item according to any schedule, including any schedule on tax returns and internal bookkeeping documents, and identify the following:

- a) The purchase price of the property, the cost of any improvements made since it was purchased, and the amount of any depreciation taken;

- b) The depreciation schedule for said item of property;

- c) Any documents, including tax returns and internal booking documents, that show the depreciation schedule of the property;

- d) The property's fair market value on the date of the Incident; and

- e) The property's fair market value on the date of the filing of your Claims.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 34:**

C-Port recorded depreciation for "Bulkhead and Mooring Assets." C-Port cannot confirm whether the twelve mooring dolphins at-issue in this case were included within "Bulkhead and Mooring Assets," but can confirm they were not depreciated under a separate schedule. Assets included within "Bulkhead and Mooring Assets" were depreciated straight line over sixteen years.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

BY: _____
        Thomas Kent Morrison (Bar #25802)
        Colin B. Cambre (Bar #31083)
        Katharine R. Colletta (Bar #27552)

- 3 -

Canal Place | 365 Canal Street, Suite 2000<br>
New Orleans, Louisiana 70130<br>
Telephone: 504 566 1311<br>
Facsimile: 504 568 9130<br>
Email: morrisok@phelps.com<br>
Email: colin.cambre@phelps.com<br>
Email: Katharine.colletta@phelps.com

ATTORNEYS FOR C-PORT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of August, 2024, served a copy of the foregoing C-PORT, LLC's THIRD SUPPLEMENTAL ANSWERS TO OMNIBUS INTERROGATORIES on counsel of record for all parties to this proceeding, by e-mail, facsimile and/or mailing same by United States mail, properly addressed and first class postage prepaid.

Thomas Kent Morrison