


EXHIBIT F

| NEW ORLEANS | BEAUMONT | CORPUS CHRISTI |
|---|---|---|
| 4101 Magazine St. | 595 Orleans St. | 500 N. Shoreline Blvd. |
| New Orleans, LA 70115 | Suite 600 | Suite 350 |
| (504) 895-0368 | Beaumont, TX 77701 | Corpus Christi, TX 78401 |
| | (409) 212-1051 | (361) 402-6996 |

# DAILY STATUS REPORT

| **Date:** 21-02-24 | **Pages Included:** 8 |
|---|---|
| **Project:** C-Port Fourchon Demolition Effort | **Job No.:** 11593 |
| **Location:** C-Port Fourchon, Lafourche Parish, LA | **Contractor(s):** Grand Isle Shipyard (GIS); Edison Chouest Offshore (Chouest) |
| **Weather:** Partly Cloudy AM & Partly Cloudy PM, High 67° and Low 58° | **River Gauge:** Belle Pass at 0630: (-)0.21' |

**By: Timothy Duncan**

**Summary Work Observed:**
- Grand Isle Shipyard (GIS)
    - Arrived on-site at 0630
    - At 0630, with assistance from a Chouest flatboat, the crew was transported to the crane barge near Dolphin No. 11
    - Using the vibratory hammer, attempted to pull the Dolphin No. 11 plumb pile
        - The plumb pile began tearing near a location which was previously damaged
    - Cut and removed the top 12' of the Dolphin No. 11 plumb pile
    - Bollinger's *M/V COACH O* arrived on-site at roughly 0745, repositioned the crane barge near Dolphin No. 8 (submerged), and departed the site at roughly 0815
    - With assistance from the Chouest diver, attempted to pull the submerged Dolphin No. 8 plumb pile, but were unsuccessful
    - Removed two submerged tire fenders from the mudline near Dolphin No. 8
    - Bollinger's *M/V COACH O* arrived back on-site at roughly 1030
    - With assistance from the *M/V COACH* O, repositioned the crane barge near the submerged Dolphin No. 7
    - With assistance from the Chouest diver, attempted to pull the submerged Dolphin No. 7 piles, but were unsuccessful
    - With assistance from the *M/V COACH O*, repositioned the crane barge near Dolphin No. 5
    - The *M/V COACH O* departed the site at roughly 1400
    - Chouest's *M/V SPRING EAGLE* arrived on-site at roughly 1415
    - Cut and removed the upper section (steel plate, mooring bollard, cap plate) from Dolphin No. 5
    - Cut and removed the upper section (steel plate, mooring bollard, cap plate) from Dolphin No. 4
    - With assistance from the *M/V SPRING EAGLE*, repositioned the crane barge near Dolphin No. 3

- o Cut and removed the upper section (steel plate, mooring bollard, cap plate) from Dolphin No. 3
- o With assistance from the *M/V SPRING EAGLE*, repositioned the crane barge near Dolphin No. 1
- o Cut and removed the upper section (steel plate, mooring bollard, cap plate) from Dolphin No. 1
- Edison Chouest Offshore (Chouest)
    - o Diver assisted GIS with the demolition of the submerged Dolphins No. 8 and No. 7

**Manpower:**
- Grand Isle Shipyard (GIS)
    - o 1 foreman, 1 operator, 1 fitter/welder, 1 rigger **(Workday: 0630 to 1645)**
- Edison Chouest Offshore (Chouest)
    - o 1 diver, 1 boat captain **(Workday: 0830 to 1330)**

**Equipment:**
- Grand Isle Shipyard (GIS)
    - o Crane Barge, Terex HC80 Crawler Crane, Deck Winch, MKT V20B Vibratory Hammer & Power Pack

**Delays:**
- Waited for the Chouest diver to arrive **(0815 to 0840)**

**Jobsite Visitors:**
- N/A

**Comments:**
- All times mentioned above are approximate
- Crew size is approximate and may vary throughout the day



**Picture #1 shows the crew attempting to pull the Dolphin No. 11 plumb pile**



**Picture #2 shows a tear that developed after attempting to pull the Dolphin No. 11 plumb pile**



**Picture #3 shows the top section of the Dolphin No. 11 plumb pile being cut**



**Picture #4 shows a Dolphin No. 8 tire fender being removed**



**Picture #5 shows the upper section of Dolphin No. 5 being cut**



**Picture #6 shows the upper section of Dolphin No. 5 being removed**



**Picture #7 shows the upper section of Dolphin No. 4 (previously mislabeled) being removed**



**Picture #8 shows the upper section of Dolphin No. 3 being cut**



**Picture #9 shows the upper section of Dolphin No. 3 being removed**



**Picture #10 shows the upper section of Dolphin No. 1 being cut**



**Picture #11 shows the upper section of Dolphin No. 1 being removed**



**Picture #12 shows the material removed at the end of the workday (2/24)**



**NEW ORLEANS**
4101 Magazine St.
New Orleans, LA 70115
(504) 895-0368

**BEAUMONT**
595 Orleans St.
Suite 600
Beaumont, TX 77701
(409) 212-1051

**CORPUS CHRISTI**
500 N. Shoreline Blvd.
Suite 350
Corpus Christi, TX 78401
(361) 402-6996

# DAILY STATUS REPORT

| | |
|---|---|
| **Date:** 21-03-06 | **Pages Included:** 7 |
| **Project:** C-Port Fourchon Demolition Effort | **Job No.:** 11593 |
| **Location:** C-Port Fourchon, Lafourche Parish, LA | **Contractor(s):** Grand Isle Shipyard (GIS) |
| **Weather:** Clear AM & Clear PM, High 71° and Low 53° | **River Gauge:** Belle Pass at 0630: (+)0.25' |

**By: Timothy Duncan**

**Summary Work Observed:**
- Grand Isle Shipyard (GIS)
    - Arrived on-site at 0630
    - At 0630, with assistance from Chouest's *M/V SPRING EAGLE*, the crew was transported to the KS-4001 crane barge
    - With assistance from the *M/V SPRING EAGLE*, repositioned the KS-4001 crane barge near Dolphin No. 8
    - Cut a roughly 1' damaged section from the Dolphin No. 8 plumb pile
    - Using the vibratory hammer, pulled the Dolphin No. 8 plumb pile
    - Rigged to, pulled, and set the Dolphin No. 8 plumb pile on the barge deck
        - This pile was broken roughly 10' below the mudline
    - With assistance from the *M/V SPRING EAGLE*, repositioned the KS-4001 crane barge to Dolphin No. 6
    - Cut a roughly 1' damaged section from the Dolphin No. 6 plumb pile
    - Using the vibratory hammer, pulled the Dolphin No. 6 plumb pile
    - Rigged to, pulled, and set the Dolphin No. 6 plumb pile on the barge deck
    - Repositioned the KS-4001 crane barge to Dolphin No. 9
    - Cut a roughly 1' damaged section from the Dolphin No. 9 upstream batter pile
    - Using the vibratory hammer, pulled the Dolphin No. 9 upstream batter pile
    - Rigged to, pulled, and set the Dolphin No. 9 upstream batter pile on the barge deck
        - The pile began tearing at a damaged area
        - GIS crew cut the pile in order to safely load it on the barge deck
    - Loaded the diver's equipment onto the AB-500 crane barge
    - With assistance from the *M/V SPRING EAGLE*, transported the AB-500 crane barge to Dolphin No. 7
    - With the diver's assistance, rigged to, pulled, and set the Dolphin No. 7 downstream batter pile on the barge deck
        - The diver was able to recover a 15' section of this pile. The remainder of the pile is below the mudline

- o With the diver's assistance, rigged to, pulled, and set the Dolphin No. 7 upstream batter pile on the barge deck
    - The diver was able to recover a 15' section of this pile. The remainder of the pile is below the mudline
- o The diver was unable to locate the Dolphin No. 7 upper section and plumb pile. Lanier representative informed C-Port's James Guidry of the situation
- o With assistance from the *M/V SPRING EAGLE*, repositioned the barges near Dolphin No. 2
- o With the diver's assistance, rigged to the Dolphin No. 2 downstream batter pile and unsuccessfully attempted to pull the pile
- o Unsuccessfully attempted to remove the soil from the inside of the Dolphin No. 2 downstream batter pile using a water jet

**Manpower:**
- Grand Isle Shipyard (GIS)
    - o 1 foreman, 1 operator, 1 fitter/welder, 1 rigger **(Workday: 0630 to 1700)**
- Bagala's Diving Service
    - o 1 diver, 1 tender **(Workday: 0930 to 1630)**

**Equipment:**
- Grand Isle Shipyard (GIS)
    - o KS-4001 Crane Barge, Terex HC80 Crawler Crane, Deck Winch, MKT V20B Vibratory Hammer & Power Pack, AB-500 crane barge, Manitowoc 777 crawler crane
- Bagala's Diving Service
    - o Diving Pack (bottle rack, compressor, welding machine)

**Delays:**
- N/A

**Jobsite Visitors:**
- N/A

**Comments:**
- All times mentioned above are approximate
- Crew size is approximate and may vary throughout the day



**Picture #1 shows a damaged section of the Dolphin No. 8 plumb pile being cut**



**Picture #2 shows the Dolphin No. 8 plumb pile being pulled**



**Picture #3 shows the top of the Dolphin No. 6 plumb pile being cut**



**Picture #4 shows the Dolphin No. 6 plumb pile being pulled**

C Port Fourchon - Daily Status Report – L&A# 11593					Page 4 of 7



**Picture #5 shows the damaged section of the Dolphin No. 9 upstream batter pile being cut**



**Picture #6 shows tearing that occurred on the Dolphin No. 9 upstream batter pile**



**Picture #7 shows the Dolphin No. 9 upstream batter pile being cut**



**Picture #8 shows the upper section of the Dolphin No. 9 upstream batter pile being pulled**



**Picture #9 shows the lower section of the Dolphin No. 9 upstream batter pile being pulled**