

**EXHIBIT**

**G**

January 17, 2025

Storm Damage
As of
October 28, 2020

## C-PORT DOLPHINS

**SURVEY REPORT NO. 1746-06N20-13**

**THIS IS TO CERTIFY** that the undersigned Marine Surveyor did, on December 8, 2020 and subsequent dates, at the request of and for the account of Pusateri, Johnston, Guillot & Greenbaum, LLC, survey twelve C-Port Dolphins, Edison Chouest Offshore, Owners, while they lay in Bayou Lafourche in Port Fourchon, Louisiana, in order to ascertain the cause, nature, extent, and recommended repair of damages alleged to have been sustained in consequence of vessels being tied to the dolphins and impacted by other vessels during Hurricane Zeta on October 28, 2020.

**Note:** All sizes, shapes, dimensions and capacities are approximate, unless otherwise noted.

In Attendance

Mr. Andrew Minster, Rivers & Gulf Marine Surveyors – Representing Harvey Gulf International
Kyle Smith, Kyle Smith Marine Surveying – Representing Martin Energy Services
Tim Anselmi, Central Maritime, LLC – Representing Gulf Logistics, LLC
Howard Held, Qubed Limited – Representing Crosby Tugs

**NARRATIVE:**

It was reported that the M/V "HARVEY SEAS" and the M/V "MR. COLBY" were tied up outboard of the C-Port dolphins on October 28, 2020 during the arrival of Hurricane Zeta. The derrick barge "THOR" broke loose from its moorings and was reported to have drifted across Bayou Lafourche, striking vessels that were moored at the C-Port dolphins causing damage to the vessels and to the dolphins.

No further information pertaining to the subject alleged incident was available at time of survey.







## C-PORT DOLPHINS DESCRIPTION:

The twelve dolphins range from north to south with No. 1 being the northernmost dolphin and No. 12 the southernmost. The dolphins were reported to be installed in 1997.

Lanier & Associates have marked the piles as follows:

The main vertical pile will be called a plumb pile with a designation of "P". The batter pile upstream north will be designated as "BUS". The batter pile downstream south will be designated as "BDS".

The dolphins are made up of one main plumb pile that measures 24" in diameter x 70' in length x ½" wall thickness. The two batter piles are each 16" in diameter x 80' in length x ½" wall thickness and are driven at an angle with the plumb pile on the east and the two batter piles to the west on an angle.

The piles are connected by three steel plates welded vertically to the piles and fitted together with a top plate and bottom plate. The two cheek plates are the north and south plates fitted to the plumb pile and the two batter piles. The bottom of the cheek plate is 44" with one being 40", the other side 36", and the back 28". The aft plate is 41" in height, 50" on the bottom, and 36" at the top. The top is 44" on the west side and 28" on the north and south sides. These are welded to the piles and the plates. The bottom is the same as the top plate but is cut to fit around the piles. Each dolphin is fitted with a single 12" post bitt mounted on the east side of the top plate that is 16" tall with a 5" diameter x 12" long horn on each side and the post is fitted with end caps on the top and sides of the horns.

## DAMAGES FOUND:

Dolphin No. 1

The plumb pile was fractured in half 5' above the waterline. The fractures and tears appeared to be old in nature. The bottom section of the plumb pile was pushed back approximately 4' to the west. The BDS pile had all welds broken for length on both sides where it attaches to the main structure. The BDS pile had waste holes 8" from the top. The BUS pile was pushed in and heavily crimped 8' from the top with several waste holes on the northeast face at the waterline.

Dolphin No. 2

The plumb pile was broken off approximately 2' above the waterline. The main dolphin structure was missing. The pile was heavily wasted and torn in areas that appeared to be old in nature. The BUS pile was pushed back to the northwest with approximately 7' of the pile remaining above the waterline. The BDS pile was missing.

Dolphin No. 3

The plumb pile was fractured on the east face for length and set in 0-3" over an area 3' vertically x 18" on the north side located 5' from the top.  The damages appeared to be old in nature.  The pile had waste holes in multiple areas approximately 12" x 12" and 94" from the top of the pile.

Dolphin No. 4

The plumb pile had waste holes on the southeast side.  The rest of the area could not be fully viewed due to a tire mounted in way.  The plumb pile was dented 0-2" and flattened out on the east face for height.  The single bitt and the top plate were pushed back and fractured 30" along the base which appeared to be new damage.

Dolphin No. 5

The plumb pile was fractured in half 107" from the top.  The bottom half of the pile was pushed back to the west approximately 2'.  The fracture displayed old damage around the east side of the pile and new fractures on the west side.  The plumb pile had numerous indents and was flattened on the east face.  The single bitt and top plate were torn away and bent back and fractured for 30" and appeared to be old damage.  The BUS pile was pushed in 0-3" and crimped 90" from the top and appeared to be old damage.  The BDS pile was fractured at the base of the structure on the north bottom part of the structure and appeared to be old damage.

Dolphin No. 6

The plumb pile was pushed to the north with both batter piles twisted counterclockwise.  The single bitt and top plate were pushed up and fractured 30" around the base which appeared to be old damage.  The plumb pile was dented and flattened on the east face for height.  The BUS pile was pushed in and fractured approximately 8' from the top.

Dolphin No. 7

Missing and not surveyed.

Dolphin No. 8

Missing and not surveyed.

Dolphin No. 9

The plumb pile appeared to have been pushed back to the west with structure collapsed with 3-4' remaining above the waterline and the single bitt missing.  The BUS pile was fractured at the top base for 12" and fractured along the bottom plate for 24".

Dolphin No. 10

The plumb pile was pushed back to the west, fractured approximately 18" around the circumference located 91" from the top, and pile was crimped in way.  The fracture appeared to

be old in nature and the crimped area appeared to be recent. The BDS pile was fractured in half 39" from the top and appeared to be old damage. The BUS pile was crushed 0-6", heavily bent back, and appeared to be old damage.

Dolphin No. 11

The top of the pile structure was torn off and missing with the sides of the structure torn away from the batter piles. The plumb pile was set in 0-6" over an area of 28" in width x 38" in height located 72" from the top. The top tire was torn in half. The bottom plate was folded up and crushed. The plumb pile was pushed to the west approximately 2'. The BDS pile was set in 0-3" over an area of 12" vertically x 6" horizontally located 48" from the top.

Dolphin No. 12

The east face was set in 0-2" randomly and flattened. The damage appeared to be old in nature and considered normal wear and tear. The remainder of the dolphin was found in fair condition.

**ESTIMATED REPLACEMENT COST:**

It was reported that bids were solicited by Edison Chouest Offshore with the following results:

Grand Isle Shipyard, Inc. submitted a bid dated December 4, 2020 in the total amount of $638,606.06. This was for the material, loading out and unloading their barges, mob and demob, and installation of the twelve dolphins. This quote included four days for the removal of the existing dolphins at $41,216.00.

Sea Level Construction submitted a bid dated December 7, 2022 in the total amount of $954,000. This consisted of mobilization at a rate of $96,000 and installing the twelve dolphins at $71,500 each for a total price of $858,000.

Low Land Construction Company, Inc. submitted a bid dated December 8, 2022 in the amount of $1,090,000. This was for mobilization, groceries, and housing at $101,980.00, construction layout at $99,360.00, and installation of mooring dolphins at $81,555.00 each for a total of $978,660.00.

**SURVEYOR'S NOTES:**

In the opinion of the undersigned, some of the damages as sighted at the time of survey were of a very recent nature and other damage noted appeared to be old in nature and preexisting. It is our opinion that several of these mooring dolphins suffered damage prior to the arrival of Hurricane Zeta.

Several of the dolphins appeared to be at the end of their useful life displaying waste holes and old damage. The normal useful life of a steel pile in a saltwater environment would be between 30 to 40 years if maintained. No records have been provided to show any maintenance being carried out.

It is the opinion of the undersigned that these specific dolphins had had a normal useful life of no more than 30 years, considering they were installed in a saltwater environment near the Gulf of Mexico, positioned outside a navigational channel in a heavily trafficked area, and with no maintenance records provided for review to indicate routine maintenance was occurring.

Grand Isle Shipyard, Inc was the low bidder, and per the quote, the cost to install each dolphin was $53,217.17. Given the cost to install each of the twelve dolphins at $53,217.17, I divided $53,217.17 x 30 years to obtain a per year depreciation value of $1,773.90 per year. Based on a straight-line depreciation calculation, the dolphins had approximately 7 years of remaining useful life (Year 2020 – Year 1997 = 23 years old with 7 years RUL). Accordingly, I multiplied the per year depreciation value of $1,773.90 per year x 7 years of remaining useful life to obtain a depreciation value of $12,417.30 per dolphin and a total depreciated claim value for all twelve dolphins of $149,007.60 (not including removal cost of the existing dolphins allegedly damaged).

The Grand Isle Shipyard, Inc. bid indicated the removal cost of all twelve dolphins was $41,216.00.

In the opinion of the undersigned, a total amount of $190,223.60 ($41,216.00 Removal Cost Plus $149,007.60 for material and labor to install all twelve dolphins as original) would be considered fair and reasonable for the scope of work involved when considering their age, service, and conditions at time of survey.

Survey made, signed, and submitted without prejudice to rights and/or interests of whom it may concern.

_____
Gary L. Rankin, Marine Surveyor
NAMS – CMS, Hull & Machinery
DLS Marine

Distribution:
Invoice/Report:
Pusateri, Johnston, Guillot & Greenbaum, LLC
    Attn:  Mr. Gavin Guillot
Via Email:  gavin.guillot@pjgglaw.com