UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW COMES,** Limitation-Petitioners, Modern American Railroad Services, L.L.C., and Shore Offshore Services, LLC (collectively, the "THOR Interests"), who submit the following *Statement of Uncontested Material Facts* in accordance with Rule 56 of the Federal Rules of Civil Procedure and in support of their *Motion for Partial Summary Judgment as to C-Port, LLC's Recoverable Damages*.

1. C-Port, LLC ("C-Port") claims it owned 12 mooring dolphins that located in the Bayou Lafourche channel in Port Fourchon, Louisiana ("Mooring Dolphins").[1]

2. The Mooring Dolphins were installed in 1997.[2]

3. On October 28, 2020, the THOR Interests owned and operated the derrick barge THOR, which was moored to the Martin Energy Services Dock No. 16 ("Dock No. 16") in Port

---

[1] *See* the excerpted deposition testimony of C-Port's Rule 30(b)(6) deposition at pp. 41:25 – 42:3, attached to the Memorandum in Support as Exhibit "A." *See further* at p. 25:16 – 26:1. The THOR Interests dispute whether C-Port owns or possesses the requisite proprietary interests to recover economic losses for the alleged damage it claims to the 12 mooring dolphins at issue here pursuant to *Robins Dry Dock & Repair Co. v. Flint*, 275 U.S. 303 (1927), however, and solely for the purposes of this Motion, it is assumed that C-Port owned the 12 mooring dolphins.
[2] *Id*. at pp. 25:16 – 26:1.

Fourchon, Louisiana, with her assist tug, the CROSBY ENDEAVOR, coupled to her channel side.

4. As Hurricane Zeta passed over southeast Louisiana, the D/B THOR broke away from Dock No. 16 and came into contact with certain of the Mooring Dolphins (hereinafter, the "Incident").

5. C-Port claims that as a result of the Incident, all its Mooring Dolphins were damaged and nine were "totally destroyed."[3]

6. C-Port claims that the THOR Interests are indebted to C-Port for all damages arising out of the physical damage to its Mooring Dolphins including, but not limited to, loss of use and business interruption.[4]

7. C-Port claims that as a result of the Incident, all 12 Mooring Dolphins had to be replaced.[5]

8. Following the Incident, all 12 Mooring Dolphins were removed.[6]

9. C-Port has not produced any bids or other documents for repairs to be performed to or performed on the Mooring Dolphins following the Incident.

10. C-Port did not carry any property insurance covering damage to or the cost to replace its Mooring Dolphins.[7]

11. C-Port obtained three bids to replace the Mooring Dolphins with estimates ranging between $638,606.06 and $1,090,000.00.[8]

12. C-Port's 12 Mooring Dolphins were a total loss.

---

[3] *Id.* at p. 91:10 – 17.
[4] *See* Rec. Doc. 27, p. 9 at ¶¶ 14 – 15.
[5] *See* Ex. "A," attached to the Memorandum in Support, at pp. 97:19 – 98:1.
[6] *Id.* at pp. 148:13 – 149:2.
[7] *Id.* at pp. 104:24 – 105:2.
[8] *See* the Grand Isley Shipyard, Inc. bid estimate, produced as CPORT 000125, the SeaLevel Construction bid estimate, produced as CPORT 000001, and the Low Land Construction Co. bid estimate, produced as CPORT 000002, attached to the Memorandum in Support as Exhibit "D."

13. C-Port did not track any scheduled depreciation for its Mooring Dolphins.[9]

14. C-Port has stated that it has a depreciation scheduled for "Bulkhead and Mooring Assets" to which a straight line depreciation is applied.[10]

15. C-Port has not produced any evidence, nor is it aware of, the scheduled useful life of its 12 Mooring Dolphins.[11]

Respectfully submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

---

[9] *See* Ex. "A," attached to the Memorandum in Support, at p. 34:19 - 22.
[10] *See* C-Port's Supplemental Answer to Omnibus Interrogatory No. 34, attached to the Memorandum in Support as Exhibit "E."
[11] *See* Ex. "A," attached to the Memorandum in Support, at p. 44:13 – 18.