UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br><br>SECTION: A (3)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE DOSSIER<br><br>ADMIRALTY - Rule 9(h)<br>Applies to: All Cases |

**STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT ON
CERTAIN NON-PECUNIARY DAMAGES AND PUNITIVE DAMAGES**

**MAY IT PLEASE THE COURT:**

Limitation Petitioner ("Crosby Tugs") in accordance with Federal Rule of Civil Procedure 56 and Local Rule 56.1 of this Court, offer the following Statement of Uncontested Material Facts in Support of its Motion for Partial Summary Judgment on Certain Non-Pecuniary Damages and Punitive Damages:

1. Claimant, Lewis Andrews, alleges he was a seaman deployed on navigable waters, working for the benefit and at the direction of Modern American Railroad Services, LLC and Shore Offshore Services, LLC.[1]

2. Claimant, Lewis Andrews, alleges he sustained injuries to his head, neck, back, and other parts of his body as a result of an incident that occurring on October 28, 2020 while Claimant was working on the D/B THOR.[2]

---

[1] *See* R. Doc. 42, p.11 ¶¶1 and 3.
[2] *See* R. Doc. 42, p.11-12 ¶¶ 2 and 8.

3. Claimant, Patrick Burnett, alleges he was a seaman deployed on navigable waters, working for the benefit and at the direction of Modern American Railroad Services, LLC and Shore Offshore Services, LLC.[3]

4. Claimant, Patrick Burnett, alleges he sustained injuries to his head, neck, back, and other parts of his body as a result of an incident that occurring on October 28, 2020 while Claimant was working on the D/B THOR.[4]

5. Claimant, Brian Cloyd, alleges he was a seaman deployed on navigable waters, working for the benefit and at the direction of Modern American Railroad Services, LLC and Shore Offshore Services, LLC.[5]

6. Claimant, Brian Cloyd, alleges he sustained injuries to his head, neck, back, and other parts of his body as a result of an incident that occurring on October 28, 2020 while Claimant was working on the D/B THOR.[6]

7. Claimant, Wallace McCray, alleges he was a seaman deployed on navigable waters, working for the benefit and at the direction of Modern American Railroad Services, LLC and Shore Offshore Services, LLC.[7]

8. Claimant, Wallace McCray, alleges he sustained injuries to his head, neck, back, and other parts of his body as a result of an incident that occurring on October 28, 2020 while Claimant was working on the D/B THOR.[8]

9. Claimant, Lessle Williams, alleges he was a seaman deployed on navigable waters, working for the benefit and at the direction of Modern American Railroad Services, LLC

---

[3] *See* R. Doc. 46, p.11 ¶¶ 2 and 3.
[4] *See* R. Doc. 46, p.11-12 ¶¶ 2 and 8.
[5] *See* R. Doc. 41, p.11 ¶¶ 2 and 3.
[6] *See* R. Doc. 41, p.11-12 ¶¶ 2 and 8.
[7] *See* R. Doc. 43, p.11 ¶¶ 2 and 3.
[8] *See* R. Doc. 43, p.11-12 ¶¶ 2 and 8.

and Shore Offshore Services, LLC.[9]

10. Claimant, Lessle Williams, alleges he sustained injuries to his head, neck, back, and other parts of his body as a result of an incident that occurring on October 28, 2020 while Claimant was working on the D/B THOR.[10]

11. Claimant, Terryn Lyons, alleges he was employed by C&G Welding, Inc., and was permanently assigned as a seaman and member of the crew of the D/B THOR.[11]

12. Claimant, Terryn Lyons, alleges he sustained severe injuries and residual disabilities consisting of, but not limited to, disc herniations at L4-5 and L5-S1, nerve damage to his lower extremities, injury to his shoulder, post-traumatic stress disorder, and other injuries to other parties of his body, which have caused and will continue to cause him great pain and physical suffering as well as mental suffering.[12]

13. On October 26, 2021, Claimants Andrews, Burnett, Cloyd, McCray, and Williams answered the Limitation of Liability Petition of Crosby Tugs, LLC, and asserted claims of negligence under the general maritime law against Crosby.[13]

14. On October 28, 2021, Claimant Lyons, answered the Limitation of Liability Petition of Crosby Tugs, LLC, and asserted claims of negligence under the general maritime law against Crosby.[14]

15. In connection with their claims, Claimants allege that they are Jones Act seamen and that they was injured and prayed for certain categories of damages including:

- Compensatory damages;

---

[9] *See* R. Doc. 44, p.11 ¶¶ 2 and 3.
[10] *See* R. Doc. 44, p.11-12 ¶¶ 2 and 8.
[11] *See* R. Doc. 64, p. 7 ¶ 35; *See also*, R. Doc. 63, p.6 ¶ 33.
[12] See R. Doc. 64, p. 8 ¶ 39; See also, R. Doc. 63, p. 8 ¶ 39.
[13] R. Doc. 42 (Andrews), R Doc. 46 (Burnett), R. Doc. 41 (Cloyd, R. Doc. 43 (McCray), and R. Doc. 44 (Williams).
[14] R. Doc. 42, p. 14 at ¶14, (Andrews), R Doc. 46, p. 14 at ¶14 (Burnett), R. Doc. 41, p. 14 at ¶14 (Cloyd), R. Doc. 43, p. 14 at ¶14 (McCray), and R. Doc. 44, p. 14 at ¶14 (Williams).

- Actual damages;
- Consequential damages;
- Exemplary damages;
- Past and future medical damages;
- Past and future loss of earning capacity;
- Past and future physical pain and suffering;
- Past and future mental pain, suffering and anguish;
- Past and future impairment;
- Past and future disfigurement;
- Past and future economic loss;
- Loss of household services;
- Past and future loss of consortium;
- Past and future maintenance and cure obligations;
- Interest on damages (pre and post judgment) in accordance with the law;
- Recoverable court costs;
- Attorney fees; and
- Such other and further relief as the Court may deem just and proper.[15]

16. In connection with his claim, Claimant, Terryn Lyons, alleged he was a Jones Act seaman and that he was injured and prayed for certain categories of damages including:

- Past and future lost wages;
- Past and future medical expenses;

---

[15] R. Doc. 42, p. 14 ¶14 (Andrews), R Doc. 46, p. 14 ¶14 (Burnett), R. Doc. 41, p. 14 ¶14 (Cloyd), R. Doc. 43, p. 14 ¶14 (McCray), and R. Doc. 44, p. 14 ¶14 (Williams).

- Other special damages; and

- All general damages contemplated under law, including impairment of earning capacity.[16]

Respectfully submitted,

/s/ Jefferson R. Tillery

JEFFERSON R. TILLERY (La. Bar No. 17831)
ALFRED J. RUFTY, III (La. Bar No. 19990)
VALERIE E. FONTENOT (La. Bar. No. 35129)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8616
Facsimile:   (504) 589-8616
E-Mail:   jtillery@joneswalker.com
          arufty@joneswalker.com
          vfontenot@joneswalker.com
          skuebel@joneswalker.com

**Attorneys for Limitation Petitioner, Crosby Tugs, LLC**

---

[16] R. Doc. 64, p. 9 ¶ 42.