```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4     ALL COAST, LLC                   CIVIL ACTION NO.
                                        2:21-CV-00258-JCZ-KWR
 5                                      (lead case) c/w 21-337,
       VERSUS                           21-464, 21-822, 21-1968,
 6                                      21-1969, 21-1981,
                                        21-1982, 21-2075, 21-2227
 7     SHORE OFFSHORE
       SERVICES, LLC                    SECTION "A"
 8
 9
10
11     * * * * * * * * * * * * * * * * * * * * * * * * *
12            TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
13                       TERRY JOE DOUGLAS,
14     TAKEN ON BEHALF OF CLAIMANTS, REPORTED IN THE ABOVE
15     ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,
16     CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
17     * * * * * * * * * * * * * * * * * * * * * * * * *
18
19
20          REPORTED AT THE LAW OFFICES OF:
21          PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
22          1100 POYDRAS STREET, SUITE 2250
23          NEW ORLEANS, LOUISIANA  70163
24
25          COMMENCING AT 10:00 A.M., ON MARCH 7, 2023.
```

Page 1

**Exhibit 1**

```
 1         purpose is you got to load those explosives off --
 2         explosives off the D/B Thor so you can get into the
 3         port of Fourchon, right?
 4              A.   Correct.
 5              Q.   At 7:27 a.m. the next morning, it's showing
 6         that explosives had been loaded off.  The Jessica is
 7         departing, and they're taking the explosives to a
 8         different location somewhere else, correct?
 9              A.   Correct.
10              Q.   And then there's other activities, but
11         ultimately at 9:27 in the morning, we're talking about
12         how tow lines are starting to be attached, right?
13              A.   Right.
14              Q.   Ultimately, at 11:00 p.m. on October 26, 2020,
15         you've now arrived at the Martin dock in Port Fourchon,
16         correct?
17              A.   Correct.
18              Q.   And around midnight, you're starting the
19         process of securing the D/B Thor to the Martin dock,
20         correct?
21              A.   That's correct.
22              Q.   Okay.  During this day, we've got all the
23         different individuals listed, correct?
24              A.   Correct.
25              Q.   It's talking about personnel movements.  And
```

Page 136

```
1            A.   Correct.
2            Q.   Going back to Exhibit 10, do you remember how
3       much slack you provided, if any, in the anchor cables,
4       either the starboard stern anchor cable or the
5       starboard bow anchor cable?
6            A.   I was probably seven -- seven to nine feet
7       away from the dock.
8            Q.   Okay.
9            A.   Somewhere in that area.
10           Q.   And at this point in time, there was a tug.  I
11      think it was the Crosby Endeavor; is that right?
12           A.   That's right.
13           Q.   And obviously, one side of the -- it's the
14      starboard side of the D/B Thor is facing the dock,
15      right?
16           A.   That's correct.
17           Q.   Because that's where -- that's where you're
18      throwing your lines out?
19           A.   Correct.
20           Q.   On the -- on the port side, is that where the
21      Crosby Endeavor is alongside you?
22           A.   Correct.
23           Q.   Okay.  And is the Crosby Endeavor connected to
24      you with lines?
25           A.   Yes.
```

Page 175

1      A.    Yes.

2      Q.    And in your experience -- in your personal

3   experience of 12 years being a superintendent of a

4   barge, interacting with tug captains, do you understand

5   those tugs to be the barge's lifeline?

6              MS. KUEBEL:  Objection; form.

7      A.    Yes, I do.

8   BY MR. LEWIS:

9      Q.    And so just in case this ends up with -- with

10  a jury, okay, they may not understand a barge versus a

11  tug versus a seagoing vessel.  Okay?  Does the D/B Thor

12  have its own propulsion system where it can just

13  navigate around the Gulf of Mexico on its own?

14     A.    No, it does not.

15     Q.    Does it utilize assist tugs or tractor tugs,

16  like, for example, the Crosby Endeavor, to navigate

17  from place to place?

18     A.    Yes.

19     Q.    And so when you're saying it's your lifeline,

20  explain to me and the ladies and gentlemen of the jury,

21  what does that mean?

22     A.    It means without their propulsion, I can't do

23  nothing.  I can't get anywhere.  I can't do nothing.

24     Q.    Without their propulsion, if you're in the

25  water, the D/B Thor basically just becomes a sitting

Page 198

```
 1      duck, right?
 2                MR. GUILLOT:  Form.
 3          A.    Correct.
 4      BY MR. LEWIS:
 5          Q.    And did you believe, knowing that your vessel,
 6      in line of being hit by a hurricane with storm surge
 7      coming, that the Crosby Endeavor would actively act as
 8      your lifeline throughout that process?
 9                MS. KUEBEL:  Objection; form.
10          A.    Yes.
11      BY MR. LEWIS:
12          Q.    And did you expect that, acting as a lifeline,
13      that they would help ensure and maintain that your
14      vessel would be kept up to the dock to eliminate risk
15      of lines breaking or the D/B Thor breaking free?
16                MS. KUEBEL:  Object to the form.
17          A.    That was the purpose of having him
18      (indiscernible).
19                THE REPORTER:  I'm sorry?
20          A.    That was the purpose of having him on my side.
21      Yes.
22      BY MR. LEWIS:
23          Q.    And do you believe, in your experience of
24      interacting with and talking to and visually seeing
25      competent captains over your decade long of experience
```

Page 199

1      Q.  Okay.  Anybody else?

2      A.  And the other -- the surveyor, Brian Cloyd,

3  which was actually my clerk before, and he was training

4  Dustin.

5      Q.  Okay.  And so once you realized it's starting

6  to break away, you told us how you were on the radio

7  starting to talk to the Crosby Endeavor.  Do you

8  remember that?

9      A.  Correct.

10     Q.  Ultimately, you understand that you fully

11  broke away, right?

12     A.  Right.

13     Q.  Do you remember at any point in time, when the

14  Crosby Endeavor disengaged its lines, whether they

15  broke away or they were -- were untied, where they were

16  no longer actually even connected to the D/B Thor?

17     A.  Shortly after we got across the bayou on the

18  west bank.

19     Q.  Okay.

20          MS. KUEBEL:  Did you say "on the west

21      bank"?

22          THE WITNESS:  Yes, after we went across

23      the bayou.

24  BY MR. LEWIS:

25     Q.  What is the first vessel or object, to your

1          to hold that last anchor cable, correct?

2                    MR. GUILLOT:  Form.

3          A.   Correct.

4     BY MR. LEWIS:

5          Q.   As you're starting to drift out into the

6     water, being taken by the current, and you have the --

7     the -- the bow cable unspooling, did you just remain in

8     your office the whole time?  Or at some point, did you

9     come down to try and, like, look at what's going on to

10    see if you could do anything?

11         A.   After we got her to the other side of the

12    canal, hit the dolphins and everything over there, and

13    I seen that we wasn't going to stop there, and then the

14    Endeavor broke free and took off, and that's when I

15    decided to go down and get an anchor ready to deploy.

16         Q.   Okay.  So you break free, right?

17         A.   Right.

18         Q.   And you're saying you went over -- and is that

19    on the other side -- the other side of the waterway, is

20    that dolphin, or is that the same side you're already

21    on?

22         A.   On the west bank.

23         Q.   Okay.  So you -- were you moored up on the

24    east side of the bank?

25         A.   Yes.

```
 1          Q.   So you break free.  You were with the current
 2    going across the waterway to the west bank, correct?
 3          A.   Right.
 4          Q.   At this point in time, the Endeavor, you're
 5    saying, is still actually tied off on you, right?
 6          A.   Yes.
 7          Q.   Could you hear the Endeavor trying with its
 8    engines to slow the D/B Thor or help assist the
 9    D/B Thor, or were they also just along for the ride?
10          A.   I'd say approximately a minute when we was
11    still breaking away from the dock is when I seen smoke
12    come out of its stacks.
13          Q.   Okay.  So you start to break --
14               MR. GUILLOT:  Listen to his question.
15    BY MR. LEWIS:
16          Q.   So you start to break away, and you're saying
17    it's about a minute from when you start to break away
18    till when you see the smoke.  You told me that.  Okay?
19          A.   Right.
20          Q.   At any point in time when you're seeing the
21    smoke come out of the stacks, can you see or feel the
22    Endeavor actually trying to assist by pushing or
23    pulling the D/B Thor to help bring it to a stop, or are
24    they just being dragged along with you?
25               MS. KUEBEL:  Objection; form.
```

Page 240

1    Q.   And you were saying that you -- you and a
2    group of guys were going to -- were heading towards the
3    storm anchor, to kind of prepare it to potentially drop
4    it.  At the same time, you've got your walkie-talkie.
5    You're talking to your guy up in the office, and he's
6    giving you readings of speed.  And before you even make
7    it to the storm anchor, you realized the Thor, when
8    it's free floating with the current, it's already going
9    too fast for the storm anchor to even be any effect on
10   slowing it down.  Correct?
11       A.   Correct.
12       Q.   And so you decide -- you never make it to
13   storm anchor because at that point you realized we
14   can't use the storm anchor, correct?
15            MR. GUILLOT:  Form.
16       A.   Correct.
17   BY MR. LEWIS:
18       Q.   What is the next thing you did to try and work
19   towards trying to stop the Thor?
20       A.   I got -- (coughs).  Excuse me.
21            I got with my welding foreman, Sunday
22   [phonetic], and get him to cut the pennant wire on the
23   port stern.  That way, we'd have a winch with a braking
24   system that could slow it down and bring it to a stop
25   when I was able to drop it.

Page 248

```
 1            A.    Excel.
 2            Q.    So we'd be able to go back and find -- you do
 3      it via email, right?  You'd submit it via email?
 4            A.    Yes.
 5            Q.    So we'd be able to go back and find the actual
 6      native formats of every time you submitted one of these
 7      back to shoreside, right?
 8            A.    Yes.
 9            Q.    Can you explain to us why there's two
10      different versions that have been submitted?
11            A.    No, I cannot.
12            Q.    On this one, on the second page, it does have
13      some activity logged on it, right?
14            A.    Yes.
15            Q.    It says at 4:04, the barge broke loose.  Do
16      you see that?
17            A.    Excuse me?
18            Q.    At 1604, or 4:04 in the afternoon, barge broke
19      loose, correct?
20            A.    Correct.
21            Q.    2030, or 8:30, dropped anchor to stop barge,
22      correct?
23            A.    Correct.
24            Q.    So this barge was free-floating for over four
25      hours according to your daily progress report, correct?
```

Page 254

1      A.    Yes.
2      Q.    Did it have electronic charts?
3      A.    I don't know.
4      Q.    Did you consult any of those charts at any
5   time after the Thor docked at the Martin dock?
6      A.    No.
7      Q.    Did anybody from the company management
8   shoreside ask you to take a look at any of the charts
9   after the Thor docked at Martin?
10     A.    No.
11     Q.    What are the dimensions of the Thor?
12     A.    138 feet wide, 370 feet long, and 26 feet
13   deep.
14     Q.    The Thor also had a material barge with it on
15   its job for Fieldwood; is that right?
16     A.    Yes.
17     Q.    And where did the material barge put into
18   port?
19     A.    It was to the stern of us, tied up there.
20     Q.    And who made the determination to put the
21   material barge there?
22     A.    The -- the tugboats that was -- my tail tug
23   brought it in and tied it up there.
24     Q.    Did the material barge break loose?
25     A.    Not that I know of.

Page 306

1     Q.   Do you know -- you're familiar with the
2 E.W. Ellison that was also moored for the storm in --
3 or was anchored, actually, for the storm in Port
4 Fourchon?
5     A.   What was that?  What was that?
6     Q.   Are you familiar with the E.W. Ellison?
7     A.   No.
8     Q.   You've never seen or heard of the
9 E.W. Ellison?
10    A.   No.
11    Q.   Okay.  Do you remember Thor striking a dredge
12 barge after breaking loose?
13    A.   Yes.
14    Q.   Okay.  I'm going to tell you that was the
15 Ellison.
16    A.   Okay.
17    Q.   And you're -- you're an experienced barge
18 superintendent with over two decades of experience,
19 correct?
20    A.   Correct.
21    Q.   Is there anything that you saw the E.F. --
22 E.W. Ellison do to contribute to the Thor making
23 contact with Ellison?
24              MR. GUILLOT:  Form.
25    A.   Not -- not that I could tell, no.

Page 443

```
 1      were in the wheelhouse when that happened, correct?
 2           A.   I don't recall.
 3           Q.   Mr. Douglas --
 4           A.   I believe -- I believe I was on deck.
 5           Q.   Okay.  Mr. Douglas, you saw -- you were on the
 6      Thor when it struck the Ellison, correct?
 7           A.   Yes, I did see the Thor strike the Ellison.
 8      Yes.
 9           Q.   And you saw the Thor also strike the tug that
10      was secured to the Ellison, correct?
11           A.   Yes.
12           Q.   All right.  At any time -- at any time before
13      that -- those two hit, first the Ellison and then on
14      the Sea Cypress, was the Thor under control of any
15      vessel, including the Crosby Endeavor?
16           A.   No.
17           Q.   It was floating -- it was -- am I correct in
18      understanding your testimony, is that the Thor was
19      being pushed by the -- the winds of the hurricane
20      northward on Bayou Lafourche?
21           A.   Correct.
22           Q.   At any time after the striking of the vessel
23      the Sea Cypress, did the Sea Cypress try to assist
24      whatever tugs were available in controlling the Thor?
25           A.   No.  Nobody was -- was there assisting the
```

Page 448

1       work, right?
2                MR. GUILLOT:  Objection; form.
3            A.   This is not work.  We're not running anchors
4       in the field.  We're talking about I am dependent on
5       his propulsion.  I am required, when at the dock, to
6       have an assist tug with me because I have no
7       propulsion.  He -- he knows that.  Everybody knows
8       that.
9       BY MR. RUFTY:
10           Q.   Did you ask the Crosby Endeavor to tie up next
11      to you?
12           A.   No.  He requested to tie up to me because he
13      knows he has to be there with me during the impact of
14      the storm.
15           Q.   If he was part of your mooring plan, wouldn't
16      you have asked him to tie up next to you?
17           A.   Didn't have to ask him.  He knew that he had
18      to be there as my protection during the storm.  I
19      didn't have to ask him.  He knew.  He asked me because
20      he --
21           Q.   How many conversations did you have -- how
22      many conversations did you have with Crosby Endeavor on
23      the afternoon of October 28th before the hurricane came
24      through?
25           A.   Just communication from when the wind started

Page 469

1    BY MR. RUFTY:
2       Q.   You were anticipating that the Crosby Endeavor
3    would help bring the Thor back out -- out of the port
4    once the hurricane had passed?
5       A.   That is correct.  That is correct.
6       Q.   And how many assist -- how many -- how many
7    other assist boats besides the -- the -- the anchor
8    tug, that is, the Crosby Endeavor, what other tugboats
9    did you anticipate using to bring Thor out of Port
10   Fourchon so it could go -- go back to work in the gulf?
11      A.   The same two that were the tail tugs that
12   brought me in, La Madonna and the Elite.
13      Q.   And were those the same three tugboats that
14   you used to bring Thor into Port Fourchon before the
15   storm?
16      A.   That's correct.
17      Q.   So the -- the Crosby Endeavor is not powerful
18   enough to control the Thor by itself even in calm
19   weather, is it?
20              MR. GUILLOT:  Object to form.
21      A.   Repeat the question.
22   BY MR. RUFTY:
23      Q.   Yeah.  To bring the Thor into Port Fourchon
24   before the hurricane, you used three tugboats, right?
25      A.   Correct.

Page 472

```
 1      have had to hire a boat to come in to help you do that
 2      after his hurricane had passed, right?
 3           A.   These boats are hired to help me out.
 4           Q.   Yeah.  And you had three boats with you --
 5      with you next to the Thor, and that allowed you, once
 6      the hurricane had passed, to direct the three boats to
 7      assist Thor in leaving the port, right?
 8           A.   Correct.
 9           Q.   And the fact that the three boats -- the three
10      tugboats were near you facilitated that process of
11      leaving the port quickly once the hurricane had passed;
12      isn't that true?
13           A.   Yes.
14           Q.   As opposed to hire a boat to come from
15      somewhere else?
16           A.   Yes.
17           Q.   And the Crosby Endeavor was on standby while
18      the hurricane was coming through, wasn't it?
19                    MR. GUILLOT:  Object to form.
20           A.   No, the Crosby was not on standby.  He was --
21      I am required to have a vessel with propulsion beside
22      me, because I'm a dead ship, in all ports at all times
23      by the port authority.
24      BY MR. RUFTY:
25           Q.   When do you believe the Crosby Endeavor should
```

Page 480

```
 1    really like the D/B Thor and I want to hang out
 2    alongside it?
 3              MS. KUEBEL:  Objection; form.
 4        A.   No.
 5    BY MR. LEWIS:
 6        Q.   At any point in time, did you see that Crosby
 7    tug go to any of the other vessels that were anchored
 8    or docked and just hang out next to them?
 9        A.   No.
10        Q.   Can you think, as somebody who's experienced
11    in this industry and deals with tug captains, why any
12    tug would just go upside a ves- -- another barge or
13    another vessel and just hang out?
14              MR. REISMAN:  Object to the form.
15              MS. KUEBEL:  Objection; form.
16        A.   (Coughs.)  Excuse me.  No.
17    BY MR. LEWIS:
18        Q.   We talked -- you brought up this concept of a
19    lifeline earlier, that the tug is the lifeline to the
20    barge because there's no propulsion, correct?
21        A.   Correct.
22        Q.   You were then asked some questions about if
23    the tug is in fact your lifeline, why weren't you
24    telling the tug to act as a lifeline.  Do you generally
25    remember those lines of questioning?
```

Page 518