Transcript of the Testimony of

# DUSTIN BLAIR LOWE, SR.

November 6, 2023

ALL COAST, LLC v. SHORE OFFSHORE SERVICES, LLC, ET ALL



COURT REPORTING & LITIGATION SUPPORT

P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

**Exhibit 2**

```
 1          Q.   Okay.  Have you ever been on a barge
 2   that was tied to a dock during a storm?
 3          A.   A barge?
 4          Q.   Yes, sir.
 5          A.   No.
 6          Q.   Okay.  Have you ever been on any
 7   non-self-propelled vessel tied to a dock during a
 8   hurricane or storm?
 9          A.   Not that I recall, no.
10          Q.   Okay.  You're aware that the THOR
11   was a non-self-propelled vessel, right?
12          A.   Yes.
13          Q.   Okay.
14          A.   Yes.
15          Q.   You recall at the time that the THOR
16   was breaking away from the dock that the Crosby
17   tug was tied to the THOR, correct?
18          A.   Yeah.  I don't recall if it was at
19   that time.  I remember them being there when we
20   got there and then I -- like I said, I remember
21   them having to leave for something.  I don't
22   remember for what.  Maybe I'd be lying if I said
23   for what, but I remember them coming back.  I
24   just don't remember a timeline.
25          Q.   Okay.  You remember them coming back
```