Transcript of the Testimony of

# Darren Walker

October 2, 2023

All Coast v. Shore Offshore Services, LLC, Modern American Railroad Services, L.L.C., and Martin Energy Service, LLC



COURT REPORTING & LITIGATION SUPPORT

P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

**Exhibit 3**

1  they're working with, you know.
2      Q.   And why did you choose to stay?
3      A.   Joe Douglas asked me to stay.  He said,
4  "man, it's not going to be bad.  Man, come on."  I
5  say, "no problem.  I follow you.  We're good."
6      "Because when we're finished, Bird, we're
7  going back to work."
8      Q.   Did you ever express any concern about
9  staying onboard during the storm?
10     A.   No.
11     Q.   Okay.  So getting to the actual
12 breakaway when the storm hits, where were you?
13     A.   When the actual --
14     Q.   Yes.
15     A.   After they got situated, I left and went
16 up on the bridge, because we broke loose, went up
17 on the bridge.  That's where I was at, up on the
18 bridge, or the main house.  Because we got the
19 Filipino guy I was telling you about, the tower
20 operator -- because we broke away.  We don't have
21 nothing holding us.  We're on our own.  So he's
22 hitting his horn, trying to let people know what's
23 going on with us.  And we went to hitting a bunch
24 of vessels and in and out.
25     Q.   On the bridge -- I'll go into this in a

```
 1   on the bridge, because I wanted to see what
 2   actually was going on; do I have an escape route?
 3   Can I get out of this?  No way, you know.
 4        Q.   How did you know that the Thor had
 5   broken loose?
 6        A.   Because you could feel us going -- you
 7   know, you could feel us running down the channel,
 8   because we picked up a lot of speed.  Because you
 9   got to remember, this is a barge, which we be -- a
10   tugboat will pull us when we go to jobs.  So we're
11   free.  We're on our own.  Talking about
12   100-something miles per hour winds.  So we're
13   flying up the channel.
14        Q.   Did you hear anything?  You mentioned
15   earlier ropes popping.
16        A.   Yes.  We was at the bottom -- when them
17   ropes popped, people is going different places.
18   I'm running up on the bridge, because the guy
19   blowing the horn.  I could actually see and
20   visibly see us hitting things as we was trying to
21   leave out the channel.
22        Q.   Right.  Okay.  So I'm just trying to
23   kind of get the timeline.  Where were you when you
24   heard ropes pop?
25        A.   When I heard ropes pop, I was -- because
```

```
 1        Q.   Got you.  Okay.  So with the tug -- and
 2   I'm talking about the Crosby Endeavor -- being
 3   moored alongside the Thor for the hurricane -- I'm
 4   going to ask you about this normal procedure
 5   you're talking about here.  It's your expectation
 6   that a tug that is propelled -- a tug is a
 7   propelled vessel, right?
 8        A.   Correct.
 9        Q.   Okay.  The Thor, derrick barge, is a
10   nonself-propelled vessel?
11        A.   Correct.
12        Q.   So in your experience, the tug being
13   tied alongside the Thor, while the Thor is tied to
14   the dock during a hurricane, what is the purpose
15   of that tug being there?
16        A.   You're talking about normal?
17             MR. RUFTY:  Object to form; calls for
18        speculation.
19             THE WITNESS:  To make sure we are tied
20        up.  To make sure we're tied up.  And when
21        we're tied up, they'll leave.
22   EXAMINATION BY MR. ALTMYER:
23        Q.   Okay.  Do you recall that the Crosby
24   Endeavor was actually tied mid ship --
25        A.   No.
```

AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799