# Transcript of the Testimony of
# Videotaped Deposition of Brian Cloyd

## Date taken: April 3, 2023

## All Coast, LLC v. Shore Offshore Services, LLC

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

**Exhibit 4**

Videotaped Deposition of Brian Cloyd
All Coast, LLC v. Shore Offshore Services, LLC

Page 495

1    A    I have no knowledge of the
2  communications of that day. I do not.
3    Q    Do you have any personal knowledge
4  of what the purpose of the CROSBY ENDEAVOR was
5  being tied alongside the THOR's channel side
6  during the hurricane?
7    A    My understanding?
8    Q    Yes.
9    A    My understanding, that any time a
10 tugboat is attached to a barge, it's their
11 responsibility.
12   Q    So what do you mean by that?
13   A    The tug is responsible for anything
14 that happens, as far as the navigation,
15 navigable movement of that barge, in navigable
16 waterways, that tugboat's responsible for it.
17 That's from my understanding.
18   Q    That's all I'm asking you. You
19 understand that the THOR is not a
20 self-propelled vessel, correct?
21       MR. GRINNAN:
22           Form.
23       THE WITNESS:
24           Yes, I understand that.
25 EXAMINATION BY MR. GUILLOT:

Page 505

1  THOR, but I was on the THOR.
2      Q    Is this after the THOR broke
3  away --
4      A    This is.
5      Q    Let me get the question out.  Is
6  this after the THOR broke away from the dock
7  and before it came to rest?
8      A    Yes.
9      Q    All right.  Is the THOR depicted in
10 any of those videos that you took?
11     A    Maybe a handrail or two, I don't
12 know.
13     Q    Okay.  How many videos did you take
14 in the time between when the THOR broke away
15 from the dock and when it came to rest?
16     A    One, maybe two.
17     Q    Do you still have those videos?
18     A    I gave them -- I gave all video and
19 digital data to my attorneys.
20     Q    All right.  Other than those couple
21 of videos, do you have any -- let me ask you
22 this.  There's a video that shows the CROSBY
23 ENDEAVOR tied to the THOR at the time the THOR
24 appears -- or the CROSBY ENDEAVOR appears like
25 it may have made contact with the HARVEY SEAS,

Page 506

```
 1   right?
 2        A     Uh-huh (affirmative response).
 3        Q     Do you know what I'm talking about?
 4        A     Yeah, I think.  That was at the
 5   beginning, I think.
 6        Q     Right.  And it's taken by somebody
 7   who is on like a landing outside the control
 8   room, right?
 9        A     That might have been -- that might
10   be my -- one of my videos.
11        Q     Yeah.  Yeah, and it's like three or
12   four minutes long.  Does that sound about
13   right?
14        A     That might be one of my videos.  I
15   don't know.  I'd have to see.
16        Q     All right, we're going to play it.
17   We're going to play it in just a second.
18   Sorry, he's going to pull it up.
19             MR. GRINNAN:
20                  Will this be "Exhibit 51"?
21             MR. GUILLOT:
22                  Yes.
23             MR. GRINNAN:
24                  Okay.
25   EXAMINATION BY MR. GUILLOT:
```

Videotaped Deposition of Brian Cloyd
All Coast, LLC v. Shore Offshore Services, LLC

Page 507

1    Q    So I'm going to play what is -- you
2  want to come around, John?
3         MR. GRINNAN:
4              Yeah.  I don't want to put my
5     face, ugly face in the camera, though.
6         THE VIDEOGRAPHER:
7              Stand right there, that's all.
8  EXAMINATION BY MR. GUILLOT:
9    Q    All right.  So this is the THOR
10 Interests Supplemental Response to Request for
11 Production No. 46, and we will send to the
12 court reporter, a digital copy of this.  This
13 will be will "Exhibit 51."  I'm going to play
14 this for you.
15        MR. GRINNAN:
16             Is this the one you all
17    produced?
18        MR. GUILLOT:
19            Yes.
20        (Video playing).
21        MR. McMAHON:
22             This is McMahon.  Before we
23    proceed --
24        MR. GUILLOT:
25            What?

Page 508

1            MR. McMAHON:
2                 Is this also OII216?
3            MR. GUILLOT:
4                 I can't answer that. I can
5       only tell you it's Supplemental Response
6       to Request for Production No. 46 from
7       the THOR interests.
8            MR. McMAHON:
9                 Let me see if I can find it.
10           (Video playing).
11  EXAMINATION BY MR. GUILLOT:
12       Q     Can you hear that?
13       A     That's my phone. I'm taking this
14  video. That's my voice.
15       Q     That's your voice, this is your
16  phone. You took this video, okay. Do you
17  still have the original copy of this?
18       A     No, I don't have a phone any more.
19       Q     What happened to your phone?
20       A     My bully ate it.
21       Q     The dog? The dog ate your phone?
22       A     Yeah, broke it.
23       Q     Okay. Do you remember this video?
24  You probably watched it a few times?
25       A     It's been a long time, but --

Page 513

1   No, no, I'm sorry, west, west, northwest, and
2   we hit the vessel.  We're getting close to --
3   that's me, taking the picture -- I break the
4   phone out and I'm just recording it.  So
5   anyway, I think I may have recorded two
6   videos.  The other one is probably shorter
7   than that.  We started hitting a few vessels.
8   It was getting kind of radical and chaotic.
9   We didn't know what was going -- what to do,
10  because we saw some jack-ups we were getting
11  close to.  We narrowly missed the jack-ups.
12  At some point, after about, golly, I don't
13  remember, I can't put a time frame on it, at
14  some point, J.D. said, I need you in the
15  tower.  Ronnie Cruz is waiting on you now.  We
16  have to try to drop this storm anchor and get
17  this barge stopped.  So it was quite a while,
18  because we --
19       Q    Let me pause you.  What tower?
20       A    Where I worked, at the very bow of
21  the barge.
22       Q    The winch tower?
23       A    That right there.  That white
24  building right there?  That's where I had to
25  go.

Videotaped Deposition of Brian Cloyd
All Coast, LLC v. Shore Offshore Services, LLC

Page 545

1           That's right.
2    EXAMINATION BY MR. HATZEL:
3         Q    And all of the information in that
4    particular DPR is information that you
5    inputted, right?
6              MR. GRINNAN:
7                   Object to the form.  He needs
8         to look through the whole thing now,
9         that nothing was changed after.
10   EXAMINATION BY MR. HATZEL:
11        Q    Okay.  Please look through it.
12        A    I will have to read every sentence
13   to make sure nothing got changed, but -- this
14   looks like a report that I would do.  Mooring
15   lines parted; 1605.  That sounds about right.
16   Barge in free drift up canal, eight to ten
17   knots.  Conditions not safe to get to the
18   navigation work station for data logging,
19   okay.  Barge all stop, ran aground.  Port
20   stern anchor was deployed.  Whoa.  And barge
21   ran aground.  That must be a typo, because I
22   don't remember us deploying an anchor.  Was
23   not in the tower at the navigation station
24   when the anchor was deployed.  Was on deck for
25   damage control.  Emergency drop was necessary.

Videotaped Deposition of Brian Cloyd
All Coast, LLC v. Shore Offshore Services, LLC

Page 552

1  A   To me, damage control means, we
2  have a potential problem on the vessel,
3  whether it's a fire, whether it's a collision,
4  whether it's something breaking, it's a safety
5  concern, and we need to get it fixed.  In this
6  case, we were a loose vessel.
7  Q   Okay, so --
8  A   So I just --
9  Q   So, to you, you use the term --
10 A   I could have used that.  I could
11 have typed "damage control."  Because I've
12 used that term before.  It's a Navy term.
13 Q   And what you mean is, it's an
14 emergency?
15 A   It's an emergency, yes.
16 Q   All right.  You said you disagree
17 with the time.  What stands out to you about
18 the time that you would disagree with?
19 A   An hour.  An hour.  We were only
20 ping-ponging up the channel for an hour?  It
21 seems like it took longer than that.
22 EXAMINATION BY MR. HATZEL:
23 Q   Okay.  And so what -- you're
24 getting that hour by taking --
25 A   1605 to 1705.  Seems like we

Page 560

1              Object to form.
2         THE WITNESS:
3              You did.
4    EXAMINATION BY MR. HATZEL:
5         Q    Did you know who that individual
6    was when you received that text message?
7         A    Before?  No.
8         Q    Okay.  So when you received this at
9    5:44 on October 28th, 2020, you didn't know
10   who this person was?
11        A    No.
12        Q    Okay.  But you replied to the
13   message, correct?
14        A    Yes.
15        Q    All right.  And your reply was, "I
16   did not.  It's been a crazy couple of hours.
17   Moments after my last video, we broke all
18   mooring lines and became a wrecking ball to
19   other ships and boats, worst case scenario.
20   All on board our vessel is safe and accounted
21   for.  I just pray all the boats we hit are the
22   same."  Did I read that correctly?
23        A    You did.
24        Q    And that was your text message in
25   response to the message I read just prior,

# PAGE INTENTIONALLY LEFT BLANK

# PLACE HOLDER FOR EXHIBIT 4 CLOYD DEPOSITION, DEPOSITION EXHIBIT 51 (VIDEO)



OII-MCS-FRM-002-R1
Rev. Date: 15APRIL2019

# DAILY PROGRESS REPORT (SURVEY)

| PROJECT INFORMATION | | | |
|---|---|---|---|
| Project Title: **SS259JA-DB THOR** | Date: **10/28/2020** | | |
| DPR No.: **208082-59-28OCT20-DPR-DB THOR** | Oceaneering Project ID: **208082** | Client / Co. Job No.: **DS133** | |
| Company: **Shore** | Vessel: **DB THOR** | | |
| Client: **Fieldwood** | Remote Vessel(s): **Crosby Endeavor** | | |

| SAFETY | | | | |
|---|---|---|---|---|
| | Description | Attendees | Today | To-Date |
| Safety Meetings | Daily Safety Meeting | Brian Cloyd | 1 | 57 |
| Job Safety Analysis | | | | 12 |
| Observation Cards | | | | 1 |
| Shift Change Meetings | | | | |
| HSE Incidents (Report) | | | | |

| EQUIPMENT PERFORMANCE | | | | |
|---|---|---|---|---|
| Item / SN | Describe Failure and Cause, if known | Down Time Start | Down Time End | Client Down Time (Y/N) |
| | | | | |

| PERSONNEL | | |
|---|---|---|
| Title | Name | Shift (Start-Stop) |
| Sr. Party Chief | Brian Cloyd | OPEN |
| Party Chief | | |
| Sr. Surveyor | | |
| Surveyor | | |

| WORK COMPLETED (PREVIOUS 24 HRS) | PENDING WORK (NEXT 24 HRS) |
|---|---|
| • WOW | • WOW |

**LOCATION/STATUS (AT 24:00 HRS)**

- Dockside Martin Energy Port Fourchon, La

EXHIBIT 55



OII-MCS-FRM-002-R1
Rev. Date: 15APRIL2019

| SIGNIFICANT EVENTS | |
|---|---|
| Time | Event(s) |
| [Time] | [Event(s)] |
| 0000 | Moored dockside Martin Energy Dock Port Fourchon, La. WOW (ZETA) |
| 0600 | Moored dockside Martin Energy Dock Port Fourchon, La. WOW (ZETA) |
| 1200 | Moored dockside Martin Energy Dock Port Fourchon, La. WOW (ZETA) |
| 1605 | Mooring lines parted. Winds 100+mph. Barge in a free drift up the channel 8-10kts. Conditions not safe to get to the navigation work station for data logging. |
| 1715 | Barge all stop. Ran aground along side the ship channel. PS anchor was depoloyed when barge ran aground. Was not in the towrer at the navigation station when the anchor was deployed. Was on deck for damage control. Emergency drop was necessary. No coordinates were taken for the drop. Barge postion CS Offset; E2350318.95 N194821.02  359.2° |
| 1900 | Crew standing by |
| 2115 | Tugs arrive to recover the barge |
| 2200 | TB Crosby Endeavor off line. Telemetry is out |
| 2300 | Fix taken on cut pendant wire E2350211.79 N195056.95 |
| 2345 | PS anchor recovered E2350367.78 N193844.22 |
| 2350 | On tow line. Towing back to Martin Energy Dock |
| 2359 | Continue tow |

Oceaneering International, Inc.

730 East Kaliste Saloom Road | Lafayette, Louisiana 70508, USA | Tel +1 (337) 210-0000 | Fax +1 (337) 210-0003 | Oceaneering.com

2

CONFIDENTIAL

OII 000093



OII-MCS-FRM-002-R1
Rev. Date: 15APRIL2019

| SURVEY TASK REPORTS |
|---|
| *BARGE MOORING LINES PARTED. DRIFTED APPOXIMATELY 4 MILES NORTH. RAN AGROUND. DATA EVENTS LOGGED AFTER WE RAN AGROUND. CONDITIONS NOT SAFE TO GET TO THE NAVIGATION COMPUTER AT THE BEGINING OF THE DRIFT* |

| SURVEY COMMENTS | COMPANY / CLIENT COMMENTS |
|---|---|
| None | None |

| APPROVALS | | |
|---|---|---|
| Survey Personnel:<br>**Brian Cloyd** | Signature: | Date: |
| Client Representative:<br>**Joe Douglas** | Signature: | Date: |
| Company Representative: | Signature: | Date: |

Oceaneering International, Inc.

730 East Kaliste Saloom Road | Lafayette, Louisiana 70508, USA | Tel +1 (337) 210-0000 | Fax +1 (337) 210-0003 | Oceaneering.com          3

CONFIDENTIAL          OII 000094



Gunter, Brett &lt;bgunter@oceaneering.com&gt;

## Video Thor
3 messages

**Cloyd, Brian** &lt;bcloyd@oceaneering.com&gt;                        Thu, Oct 29, 2020 at 1:49 PM
To: Daniel Torres &lt;dtorres2@oceaneering.com&gt;, Brett Gunter &lt;bgunter@oceaneering.com&gt;

Video attached. Everything else I permanently deleted. Screen shots of my conversation of how this happened is attached as well. Please note, that conversation took place before I told Brett about the CNN lady messaging me. I never spoke about anything to anyone. Not did I send that video to anyone besides the Superintendent.

Best regards,

Brian P. Cloyd
Sr. Surveyor
Oceaneering® Survey Services
Mobile (+1) 225.305.7285
bcloyd@oceaneering.com

730 E. Kaliste Saloom Road | Lafayette, Louisiana | USA, Tel (+1) 337 210 0000 | oceaneering.com



**4 attachments**


**Screenshot_20201029-133151_Messenger.jpg**
441K


**Screenshot_20201029-133146_Messenger.jpg**
420K


**Screenshot_20201029-133139_Messenger.jpg**
565K


**received_2432614920381251.mp4**
19308K

**Gunter, Brett** &lt;bgunter@oceaneering.com&gt;                        Thu, Oct 29, 2020 at 2:08 PM
To: Amanda Kahl &lt;akahl@oceaneering.com&gt;, Eric Smith &lt;esmith@oceaneering.com&gt;

Please see attached information from Brian.

EXHIBIT 56

CONFIDENTIAL                      OII 000210

11/12/2020 Oceaneering International Mail - Video Thor

Best regards,

**Brett Gunter**
Assistant Operations Manager
Oceaneering® Survey Services
Direct (+1) 337 761 6857
Mobile (+1) 337 654 8336
bgunter@oceaneering.com



730 E. Kaliste Saloom Road | Lafayette, Louisiana | USA, Tel (+1) 337 210 0000 | oceaneering.com

This email is confidential, may be privileged, and should be read or retained only by the intended recipient. If you have received this email in error, please immediately notify me, delete it from your system, and do not retain any copies. Thank you for your cooperation.

[Quoted text hidden]

**4 attachments**

**Screenshot_20201029-133151_Messenger.jpg**
441K

**Screenshot_20201029-133146_Messenger.jpg**
420K

**Screenshot_20201029-133139_Messenger.jpg**
565K

**received_2432614920381251.mp4**
19308K

---

**Amanda Kahl** <AKahl@oceaneering.com>                                         Thu, Oct 29, 2020 at 3:43 PM
To: "Gunter, Brett" <bgunter@oceaneering.com>
Cc: Eric Smith <esmith@oceaneering.com>

Brett,

Thank you for reaching out to the employee to obtain this information.

Amanda A. Kahl

CONFIDENTIAL                                                                                    OII 000211

11/12/2020 Oceaneering International Mail - Video Thor

HR Business Partner / Sr. Recruiter, Global Talent Acquisition
Direct +1 337.761.6774 | Mobile +1 985.312.4038 | Fax +1 985.790.7178
akahl@oceaneering.com



**Oceaneering International, Inc.**
730 E. Kaliste Saloom Road, Lafayette, LA, USA | +1 337.210.0000
5004 Railroad Avenue, Morgan City, LA, USA | +1 985.329.3900
oceaneering.com



*This email is confidential, may be privileged, and should be read or retained only by the intended recipient. If you have received this email in error, please immediately notify me, delete it from your system, and do not retain any copies. Thank you for your cooperation.*

---

**From:** Gunter, Brett <bgunter@oceaneering.com>
**Sent:** Thursday, October 29, 2020 2:08 PM
**To:** Amanda Kahl <AKahl@oceaneering.com>; Eric Smith <esmith@oceaneering.com>
**Subject:** Fwd: Video Thor

[Quoted text hidden]

CONFIDENTIAL                OII 000212



### Amanda Jackson

Lives in Atlanta, Georgia

Writer/Producer at CNN

Studied Media and Communication Studies at Texas A&M University-Corpus Christi

WED AT 5:44 PM

Hi! I work at CNN and saw your videos on Zeta. Glad to see you are safe. Did you happen to take a video from inside the ship showing the wind gauge? Thanks.

WED AT 5:57 PM

I did not. It's been a crazy couple hours. Moments after my last video, we broke all mooring lines and became a wrecking ball to other ships and boats. Worse case scenario. All on board our vessel is safe and accounted for. I just pray all the boats we hit are the same.

You can now call each other and see information like Active Status and when you've read messages.

CONFIDENTIAL    OII 000213

1:31  62°         47%

**Amanda**
Active 11 minutes ago

> Oh wow! You are on Thor? I just saw a video about it breaking loose
>
> https://www.facebook.com/cajunway72/videos/162924845468362/
>
> 
>
> **Cajun Weigh was live.**
> Cajun Weigh

Yes

> It shows it at 7:11 min in that video

> I'm glad y'all are all safe!



    Aa  

1:31

**Amanda**
Active 11 minutes ago



**Cajun Weigh was live.**
Cajun Weigh

Yes

It shows it at 7:11 min in that video

I'm glad y'all are all safe!

♥

Is the barge secure now?

Yes. About 45 min ago we ran aground

oh no! At least you are all safe and not in danger anymore. Do you mind if I quote you?

Is "Brian Cloyd" your first and last name? Sometime people use different names on social media

Yes, that's my name

Thank you.