**EXPERT REPORT AND ANALYSIS OF CAPT. GREGORY C. DALEY**

*ALL COAST, LLC* \*
*VERSUS*
*SHORE OFFSHORE SERVICES, LLC;*
*MODERN AMERICAN RAILROAD SERVICES, LLC; and*
*MARTIN ENERGY SERVICES, LLC*
in the United States District Court,
Eastern District of Louisiana
CIVIL ACTION NO. 21-258 Lead Case,
c/w 21-337, 21-464, 21-822, 21-1968
21-1969, 21-1981, 21-1982, 21-2075 and 21-2227
Honorable Jay C. Zainey, Presiding Judge
Magistrate Karen Wells Roby



Captain Gregory C. Daley

International Maritime Consultancy, LLC
2701 Johnston Street, Suite 306
Lafayette, LA 70503

(337) 280-0100

31 July 2024

**Exhibit 5**

B. **The Parties**

**Shore Offshore Services, LLC ("Shore"),** is one of the limitation petitioners. Shore is the operator of the Derrick Barge THOR ("D/B THOR").[1] Shore performs a variety of offshore services including platform decommissioning and installation. **Modern American Railroad Services, LLC ("MARS"),** is one of the limitation petitioners. MARS is the owner of the D/B THOR.

**Crosby Tugs LLC, ("Crosby Tugs"),** is one of the limitation petitioners. Crosby Tugs is the operator of the M/V Crosby Endeavor.[2] The company is located in Galiano, LA. **Crosby Marine Transportation LLC, ("Crosby Marine"),** is located in Golden Meadow, LA, and is the owner of the M/V Crosby Endeavor.[3]

**Martin Operating Partnership L.P.** is one of the defendants and the lessee of Martin Energy Services Dock No. 16, located at 118 N. Doucet Drive, Port Fourchon, Louisiana 70357, Suite 501. **Martin Energy Services, LLC** is one of the defendants and the operator of the Martin Energy Service Dock No. 16 (collectively **"Martin"**). According to their website, operate 22 terminals at 16 ports across Florida, Alabama, Mississippi, Louisiana, and Texas Gulf Coast.[4]

**Dawn Services LLC, ("Dawn"),** is one of the defendants. Their website states that Dawn was founded in 1982 by the Charpentier's, a father-and-sons team with decades of maritime experience.[5] Dawn's fleet of 15 towing vessels range from 2400 HP Class to 16,000 HP Class.[6] Each vessel is equipped with state-of-the-art and redundant communications and navigation systems, including GPS. Each boasts marine propulsion systems with plenty of muscle for the task assigned. Seasoned mariners command Dawn vessels with years of experience in the industry and are crewed by hand-picked teams of marine professionals who are well-trained and highly motivated. Of the 11 services Dawn offers on their website, three of them are Rig Towing, Anchor Handling, and Ship Assists for docking and undocking operations.[7]

---

[1] Shore Offshore Website (1/2024): https://shoreoffshore.com/
[2] See *Figure 38 - Certificate of Inspection, Endeavor, Page 1*
[3] See *Figure 38 - Certificate of Inspection, Endeavor, Page 1*
[4] https://themartincompanies.com/martin-energy-services-llc/terminal-services/
[5] https://dawnoffshore.com/about-us
[6] https://dawnoffshore.com/vessels
[7] https://dawnoffshore.com/services

**Material Facts**

A. The Incident

## OVERVIEW OF THE INCIDENT

Hurricane Zeta ("Zeta") entered the Gulf of Mexico from the Caribbean in late October 2020 and made landfall at Cocodrie, LA on the 28th of October at 2100 UTC (1600 CDT).[10] Forecasting the intensity and track of Zeta by the National Hurricane Center ("NHC") was more difficult than usual. Zeta was forecasted to be a minimal Category 1 hurricane even up until the time it made landfall.[11] Post-storm, Zeta was upgraded to a Category 3. Sustained winds were clocked at over 150 mph.[12]

Shortly before the hurricane, Martin sold fuel and water to the Derrick Barge THOR ("D/B THOR) and rented the derrick barge and material barge "DOCKSIDE SPACE" at the Martin Dock 16 to provide the derrick barge safe harbor during Hurricane Zeta.[13]

The towing vessel M/V Crosby Endeavor towed the derrick barge into Port Fourchon. Two assist tugs joined once inside Belle Pass. After the derrick barge was secured with nine nylon lines, one polypropylene line, and two steel anchor wire ropes,[14] the towing vessel returned to its base, the Crosby docks. Twenty-four hours later, (0800 CDT on the 28th) the M/V Crosby Endeavor returned to the derrick barge and tied port side to port side with the derrick barge purportedly to assist the non-self-propelled derrick barge during Hurricane Zeta.

At 1600 several of the dock bits broke, all but one of the nylon mooring lines parted, one wire anchor line parted and one wire anchor line spooled off the winch, causing the derrick barge to break away from the dock. The M/V Crosby Endeavor could not and did not assist the derrick barge to prevent the breakaway. There is controversy as to whether the engines of the towing vessel were even running prior to the breakaway.

---

[10] *Appendix 1 – NHC Hurricane Zeta Report AL282020*
[11] Category 1 has winds from 74 to 95 mph – See *Appendix 2 – Saffir-Simpson Hurricane Wind Scale.*
[12] United States Coast Guard MISLE Incident Investigation Report For DB THOR Allision On 28 Oct 2020
[13] *Figure 56 - Martin Invoice for Dock Rental for D/B THOR and CBR-793*
[14] *Appendix 11 – Mooring Line – Dock Bollard Configuration*

Lease Block Ship Shoal 259 is approximately 53 nautical miles south-southwest of Port Fourchon (~215° True).  *See Figure 8 - Google Earth Pro Measurement of SS259 to Port Fourchon.*[66]



*Figure 8 - Google Earth Pro Measurement of SS259 to Port Fourchon*

---

[66] Chart and information provided by the app Google Earth Pro.

## MARTIN DOCK 16

*Figure 13 - Martin Dock 16 (Port Fourchon Lease 501 A & B)*[72] shows the location of the Martin Dock 16 in Port Fourchon. The Master Map of Facilities lists this lease as "Martin Operating Partnership Fuel Dock #16." It is just south of the dry dock area, lease 502 (Bollinger Fourchon, LLC) and just north of the Halliburton Facilities, lease 500.



*Figure 13 - Martin Dock 16 (Port Fourchon Lease 501 A & B)*

---

[72] From Port Fourchon, Louisiana Master Map of Facilities, updated 8/13/2020, Greater Lafourche Port Commission.

*Figure 15 - D/B Thor Moored to the Martin Dock 16.*[73] shows the location of the D/B THOR moored to the Martin Dock 16 at the time Hurricane Zeta passed. The barge and the tug are drawn into the chart to scale.



*Figure 15 - D/B Thor Moored to the Martin Dock 16*

---

[73] Chart provided by Marine Traffic.com. The barge and tug are drawn to scale.

| | | |
|---|---|---|
| *All Coast LLC v Shore Offshore LLC,* et al and all coupled Civil actions | 31 July 2024 | Expert Report of Capt. Gregory C. Daley<br>Page 34 |