Transcript of the Testimony of
**Captain Charles Goodwin, Jr.**

**Date: February 28, 2024**

**All Coast, LLC v. Shore Offshore Services, LLC**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

**Professional Shorthand Reporters, Inc.**
**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

**Exhibit 6**

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 11

1    stop, if you want to go to the bathroom, take

2    a break, as long as there's not a question

3    pending, just let us know and we can take a

4    break.

5            Are you taking any medications

6    today that would affect your ability to

7    understand the questions that I'm asking?

8       A    No.

9       Q    Did you review any documentation in

10   preparation for today?

11      A    No.

12      Q    I'm going to show you -- and I

13   brought three copies of things, so -- the

14   first document I'm going to show you is

15   WM003408.  It's "Report of Marine

16   Accident/Property Damage."  Do you recognize

17   this document?

18      A    Without reading it, it's standard.

19      Q    Okay.  If you flip to the back,

20   it's WM003409, is that your signature on the

21   back?

22      A    Yes.

23      Q    Okay.  Do you recall preparing this

24   report?

25      A    I can't recall, but, I mean, it's

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 12

1   my signature.  It looks like mine.

2        Q     Okay.

3        A     Specifically doing it, no.

4        Q     And you didn't review it in

5   preparation for today?

6        A     No.

7        Q     I'm going to mark this as

8   "Exhibit 317" and come back to it.  Then I'm

9   going to show you what has been produced as

10  WM003319 through 3320.  It's called a Witness

11  Report.  Does this look familiar to you?

12       A     I mean, it's the standard witness

13  report.

14       Q     Is this your handwriting?

15       A     I guess so.  It don't look like I

16  write that way now, but --

17       Q     Do you have any reason to believe

18  that it's somebody else's handwriting?

19       A     No.  I mean, I think it is mine.

20       Q     Do you recall preparing this

21  report?

22       A     No.

23       Q     Do you recall asking somebody to

24  prepare a report, on your behalf, that you

25  then signed?

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 31

1      A      We were doing some dredging work,

2   Terrebonne.

3      Q      Is that the Terrebonne Basin

4   Barrier Island Project?

5      A      Yes.

6      Q      Sound familiar?

7      A      Yes.

8      Q      Do you remember where specifically

9   you were working?

10     A      We were just a few miles outside

11   the -- outside of the jetties at Fourchon.

12     Q      So we've been provided with some

13   engine room daily logs and then another

14   document, and I'm going to show this to you

15   and I'm going to mark it as "Exhibit 320."

16   It's WM000011 through WM000022.

17            Do you all maintain any

18   contemporaneous logs on board the ELLEFSEN

19   other than what we're looking at here?

20   WM000011 says "Engine Room Daily Report" at

21   the top and then the next page says "Dredge

22   ELLEFSEN WMI Project, Terrebonne West Belle,"

23   and then that repeats, day by day.

24     A      What kind of logs are you referring

25   to?

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 32

 1      Q     So if this first page that we're
 2   looking at, WM000011, the Engine Room Daily
 3   Report, what is the second page, the WM00012?
 4      A     That's the lever log.
 5      Q     Okay.  Do you have any other sort
 6   of deck log that you all would keep on board?
 7      A     We -- we have a standard diary, but
 8   it's not like -- you know, we're not a tug and
 9   we're not -- it's just, we write a few things
10   in it, but it's -- if we move or something,
11   but not really much detail, like all this
12   stuff.  It's all operational stuff that refers
13   to operations.
14      Q     Is there a log that I would look
15   to, to figure out where you all were located
16   when you were working, a few days before the
17   storm, on the Terrebonne Basin Project?
18      A     It may be wrote in the standard
19   diary.
20      Q     And who maintains that?
21      A     Normally the captains.  Sometimes
22   the leverman writes stuff in it.
23      Q     And is it a notebook or like
24   with -- or does it contain official typed-in
25   dates?  What kind of diary is it?

Page 39

1    of disturbance that comes in the Gulf or in

2    the Atlantic, whatever, we're notified through

3    StormGeo, but, you know, we also monitor our

4    own weather, marine weather, and upper

5    management is also looking at it.  We're all

6    looking at the same stuff.

7        Q     And what are you doing with that

8    information?

9        A     We get our -- start getting our

10   planning, like what we're going to do.

11       Q     Do you remember what you did, in

12   this instance?

13       A     Essentially, we towed the dredge in

14   to Fourchon and anchored up.

15       Q     Okay.  I'm going to show you --

16   I've marked it as "321."  It's Bates

17   numbered -- it's called the Hurricane Plan.

18   It's Bates numbered as WM000010 through

19   WM000028, and I know that some of the other

20   documents also already had the WM000011

21   through 21.  So this is the Hurricane Plan,

22   for everybody on Zoom.  Have you seen this

23   document before?

24       A     I mean, it's the Weeks Marine

25   Hurricane Plan.  It was the one we were using

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 53

1    vessels brought out to the Basin project

2    location before you came in?

3              MR. DEMOSTHENIDY:

4                   Object to form.  You can

5         answer.

6              THE WITNESS:

7                   I mean, just the -- I mean,

8         probably just the anchor barge would

9         have been, and the two tugs we would

10        have had out.  And maybe -- I don't know

11        that there was a third boat out of

12        there.  He may have come out, because we

13        had to -- I don't remember, but just

14        looking at the picture, obviously we had

15        a booster there, so we would have had to

16        went and got that and brought it in, and

17        that may have been another crew.  That

18        might have been -- the bullgang may have

19        went and got that.

20   EXAMINATION BY MS. BLANQUE:

21        Q    Okay.  I'm going to show you, it's

22   called WM003285, and I'm going to mark it as

23   "Exhibit 322."  It's a handwritten drawing.

24        A    That's a good drawing.

25        Q    Do you recall if this is a drawing

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 54

1    that you made?

2         A    It looks like I did that.

3         Q    Okay.  It looks like your

4    handwriting?

5         A    Yes.

6         Q    Do you recall making this?

7         A    I don't recall making it, but it

8    looks like -- it looks like our setup and it

9    looks like my drawing.

10        Q    Do you have any recollection as to

11   when this was created?

12        A    I can't recall specifically what

13   day I did this.

14        Q    Do you have any recollection as to

15   what prompted you to draw this?

16        A    Usually we like to keep a diagram.

17   I've been -- in the past, it's been useful,

18   because if something happens and you need to

19   know how you were anchored up and what

20   anchors.  I don't know if I had done this

21   after the incident or before, but this --

22        Q    Okay.  So in looking at this

23   drawing, I see the Dredge ELLEFSEN and then

24   there are four boats drawn alongside of the

25   ELLEFSEN.  Is that fair?

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 61

1    Q    And so those sections, are they

2  floating on pontoons or are they floating

3  independent of any kind of support structure?

4    A    They're floating independent.  Like

5  the crossing has two 30-foot pieces of pipe on

6  each end, so -- you've got the pontoon tanks

7  under the one end or hold it with an anchor

8  barge.

9    Q    And can that equipment be brought

10  on deck or it stays in the water?

11    A    It stays in the water.

12    Q    Okay.  In looking at -- going back

13  to the hurricane plan, which was marked as

14  Exhibit 322, at Page WM000023 of that, it

15  talks about a designation for the safe harbor

16  in Port Fourchon.  Can you get to that page?

17    A    (Reviewing document).

18    Q    Are you looking at this and got to

19  Page 23?

20    A    Yes.

21    Q    Okay.  So it designates the

22  location of safe harbor in Port Fourchon as

23  past the intersection of Port Fourchon, set up

24  anchors for mooring along the left descending

25  bank.  Would you agree that the left

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 62

1    descending bank in Port Fourchon is the west

2    bank?

3        A    Yes.

4        Q    Okay.  And, in fact, if you look at

5    that satellite image, there's a pin and it

6    looks like it's set to the west bank.  Would

7    you agree with that?

8        A    Correct.

9        Q    Okay.  And is that where you all

10   were anchored for Hurricane Zeta?

11       A    We were on the east bank.

12       Q    Okay.  And so why weren't you

13   anchored in accordance with this hurricane

14   plan?

15       A    Because we were talking with

16   project management, and they told me we could

17   utilize both sides, and we had equipment

18   already staged on the east bank, so we tried

19   to keep our stuff together.  The channel runs

20   real close to the west bank there.  There's

21   really not the room that we needed to anchor

22   the dredge out.

23       Q    Do you know why the plan called for

24   the left descending back rather than the right

25   descending bank, or the west bank instead of

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 63

1    the east bank?

2         A     I do not know.

3         Q     And was the project manager that

4    told you that you could utilize both sides of

5    the bank, was that Gary Johnson?

6         A     It would have been Gary or Eric

7    Price.  I think Eric was home at the time, but

8    I spoke with both of them.  We discussed that

9    spot several different times prior to this

10   hurricane, and I think we had already -- we

11   had been in there before with the dredge and

12   anchored out, prior to the hurricane, doing

13   maintenance work and stuff to the dredge.

14        Q     And when you say you had discussed

15   that location and you had been to that

16   location, you're talking about the staging

17   area?

18        A     Yeah, the staging area.

19        Q     Okay.

20        A     But we always went to the east

21   side.  I don't know why they would have -- why

22   they put the west on there or the left side.

23        Q     Do you know why you always went to

24   the east side even though it says to go to the

25   west side?

Page 102

1   the tugs, and then I seen the radar and the

2   signature of that barge.  We couldn't -- at

3   that time, we couldn't see it because it was

4   raining and blowing so hard, but probably when

5   it was 150 foot or so in front of us, you

6   could see it.

7           But as soon as I seen it on radar,

8   I knew that it was going to hit us.  So I rang

9   the general alarm, got all the crew to go

10  muster in the galley, and told them, you know,

11  "Get ready, we're going to -- we may have some

12  kind of impact," and then I ran back to the

13  lever room and essentially watched the barge

14  come at us.

15          It was spinning, so it just kind of

16  went into the east bank and ran aground.  But

17  when it come by us, it actually hit the

18  CYPRESS.  It took -- it hit the bow of the

19  dredge a little bit, but the SEA CYPRESS was

20  there, that's the main thing.  They took the

21  brunt, most of the hit.  The crane actually

22  ran aground, and that's what caused it to

23  spin, and when it spun -- we were already on

24  the inside -- it spun us around with it.

25      Q    And when you say the crane, are you

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 134

1   we talking about 10 feet of water under the

2   bottom of the ELLEFSEN?

3       A    It would have been a few feet, so

4   whatever.  We were -- I mean, I know I said 10

5   foot of water, you know.  There was -- there

6   was enough room that a tug could get on the

7   inside of us and not get aground.

8       Q    Okay.  And --

9       A    But it may have been, you know --

10  it could have been 15 foot under the dredge,

11  I'm not sure.

12      Q    But you are comfortable with the

13  fact that there was enough water underneath

14  the hulls of these assist tugs to allow them

15  to navigate safely?

16      A    Yes.  And right around the dredge,

17  like that bank comes up real steep there, so

18  as soon as you head toward the bank, you'll

19  run aground real fast.

20      Q    So the distance between the port

21  side of the ELLEFSEN and the bank doesn't

22  necessarily mean anything.  What means

23  something is the bottom of Bayou Lafourche?

24      A    Correct.

25      Q    And the contour that a boat trying

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 135

1    to navigate between the port side of the

2    ELLEFSEN and the bank has to deal with?

3        A    Yes.

4        Q    Now, the SEA CYPRESS is shown on

5    the port side of the ELLEFSEN, as I look at

6    324.  And that's where you have it on your

7    drawing, correct?

8        A    Yes.

9        Q    Where did the THOR pass, as it went

10   by the ELLEFSEN?  Let's look at 324.

11       A    It came directly through here

12   (indicating).  It was not spinning, but it

13   come right up through here, and these barges

14   are not -- they were actually further to the

15   south.  I just had to fit them in the picture

16   on the drawing.

17       Q    And the barges you're referring to

18   are the 181 and the BT841?

19       A    Correct.

20       Q    They were further south.  So from

21   what you're saying is the THOR presumably

22   would be able to fit between the bow of the

23   ELLEFSEN and the 181 and BT841?

24       A    Yes.

25       Q    Now, did the THOR contact the bow

Captain Charles Goodwin, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 149

1   or outside, and it made us turn 180, and it

2   stayed along, kind of along the side of us,

3   but as soon as we turned around 180, it

4   proceeded to keep -- you know, it kind of

5   freed us up and it kept going.

6        Q    Okay.  And then you all moved

7   1200 feet up bayou?

8        A    No.

9        Q    Okay.  Can you walk me through that

10  then?

11       A    The THOR come -- like I said, it

12  struck us and the SEA CYPRESS, and then that

13  collision is what pushed us 1100 feet and

14  turned us a 180.  So the THOR was on the east

15  side, where it made the contact, but when it

16  spun around, it was on the west, and then it

17  just drifted right on down away from us, but

18  that's what pushed us.

19       Q    Was the THOR still in contact --

20  from your recollection, was the THOR still in

21  contact with the ELLEFSEN or any of her assist

22  vessels when you all came into contact with

23  the STINGRAY?

24       A    It was kind of partially alongside

25  of us, because --

Page 150

1    Q    But no longer in contact with those
2  vessels?
3    A    It -- it kind of -- like whenever
4  we turned around 180, as soon as we struck the
5  STINGRAY and the GROUPER, that's probably --
6  that's about when the THOR got free from us
7  and got away, but, you know, it was with us
8  the whole time we moved, because as soon as it
9  got off, we would have stopped, because the
10  ladder was still on the bottom.
11         MS. BLANQUE:
12              Okay.  Okay.  I don't think I
13         have any further questions.  Anybody
14         else on Zoom?
15       MR. DEMOSTHENIDY:
16              Anybody on Zoom?
17       MR. RUFTY:
18              Yes.  This is Alfred Rufty, for
19         Crosby.
20  EXAMINATION BY MR. RUFTY:
21    Q    Based on what you saw and know of
22  the CROSBY ENDEAVOR --
23              (Break in Zoom audio).
24       MR. DEMOSTHENIDY:
25              Alfred, are you still there?

 **WEEKS**

# REPORT OF MARINE ACCIDENT / PROPERTY DAMAGE

ALL DAMAGES MUST BE ORALLY REPORTED TO THE INSURANCE DEPARTMENT AND THE MARINE SUPERINTENDENT IMMEDIATELY. A THOROUGHLY COMPLETED WRITTEN REPORT, USING THIS FORM, MUST BE SUBMITTED TO THE CORPORATE INSURANCE DEPARTMENT WITHIN 24 HOURS. CORPORATE HEADQUARTERS WILL SUBMIT ALL NECESSARY FORMS TO THE US COAST GUARD. THIS SHOULD NOT BE DONE BY FIELD PERSONNEL. PLEASE PROVIDE ALL REQUESTED INFORMATION BELOW. INSERT N/A IF THE INFORMATION IS NOT APPLICABLE TO THE ACCIDENT YOU ARE REPORTING.

## SECTION I – GENERAL INFORMATION

| DATE OF INCIDENT | TIME OF INCIDENT | NAME AND/OR NUMBER OF DAMAGED VESSEL(S) | DAMAGED VESSEL TYPE (TUG, BARGE, DREDGE, ETC.) |
|---|---|---|---|
| 10-28-2020 | 1617 | E.W.Ellefsen/300 | Dredge |

| NAME/NUMBER DESCRIPTION OF VESSEL/EQUIPMENT CAUSING DAMAGE | NAME OF MASTER OR PROJECT MANAGER |
|---|---|
| D/B Thor | James Price |

| GEOGRAPHICAL LOCATION OF INCIDENT (BE SPECIFIC) | JOB NUMBER | NAME OF PILOT OR OPERATOR |
|---|---|---|
| 29*09.090'N/90*13,462'W Port Fourchon,LA | 12190206 | Ronald Daigle Jr |

### ELEMENTS CONTRIBUTING TO THE ACCIDENT / DAMAGE (CHECK ALL THAT APPLY AND FULLY EXPLAIN IN SECTION II)

- [ ] GROUNDING
- [ ] FIRE
- [ ] MACHINERY OR EQUIPMENT FAILURE
- [x] COLLISION (Identify other vessel or object in Section II)
- [ ] HAZARDOUS MATERIAL RELEASED OR INVOLVED (Identify)
- [ ] BERTHING DAMAGE
- [ ] OTHER (specify):

- [x] HEAVY WEATHER DAMAGE
- [ ] STRUCTURAL FAILURE
- [ ] COMMERCIAL DIVING INCIDENT
- [ ] DAMAGE TO AIDS TO NAVIGATION
- [ ] FLOODING: SWAMPING w/o SINKING
- [ ] CAPSIZING

- [ ] EXPLOSION
- [ ] ICE DAMAGE
- [ ] STEERING FAILURE
- [ ] WAKE DAMAGE
- [ ] ELECTRICAL FAILURE
- [ ] FOUNDERING OR SINKING

## CONDITIONS:

| A. SEA / RIVER CONDITIONS (wave height, river stage, etc) | B. WEATHER | C. TIME | D. VISIBILITY | E. DISTANCE (miles of visibility): 100' |
|---|---|---|---|---|
| 3'Seas,SE | [ ] CLEAR<br>[x] RAIN<br>[ ] SNOW<br>[ ] FOG | [x] DAYLIGHT<br>[ ] TWILIGHT<br>[ ] NIGHT | [x] GOOD<br>[ ] FAIR<br>[ ] POOR | F. AIR TEMPERATURE (Fahrenheit): 65'<br>G. WIND SPEED & DIRECTION: 100kts SW<br>H. CURRENT SPEED & DIRECTION: 6kms/SW |

[x] OTHER (specify): Hurricane Zeta,Winds at 100knts when collision accured

**I. NAVIGATION INFORMATION**

[ ] MOORED, DOCKED OR FIXED    [x] ANCHORED    [ ] UNDERWAY OR DRIFTING – VESSEL SPEED: ____    VESSEL COURSE: ____

TOTAL NUMBER OF PERSONS ONBOARD: 21    NUMBER OF WITNESSES: 6 (Give names and addresses in Section II)

| FOR TOWING ONLY | NUMBER OF VESSELS TOWED: | | | MAXIMUM SIZE OF TOW WITH TOW BOAT(S): | | FULLY DESCRIBE TOW IN SECTION II: |
|---|---|---|---|---|---|---|
| | EMPTY | LOADED | TOTAL | LENGTH | WIDTH | [ ] PUSHING AHEAD<br>[ ] TOWING ASTERN<br>[ ] TOWING ALONGSIDE<br>[ ] MORE THAN 1 TOW BOAT ON TOW |
| | ____ | ____ | ____ | ____ | ____ | |

## SECTION II – DAMAGE REPORT

PROVIDE A DETAILED DESCRIPTION OF HOW THE ACCIDENT OCCURRED, INCLUDING ALL EVENTS AND CIRCUMSTANCES LEADING UP TO THE ACCIDENT (attach additional sheet(s) if necessary).

Dredge E.W.Ellefsen was anchored just past flotation canal,Bayou LaFouche,LA.During the peak of hurricane Zeta winds with winds gusting over 100knts the crane barge D/B Thor broke loose from dock around Seaport 1.We started hearing tugs on vhf radio talking about it coming towards Bayou Lafourche.Using AIS and radar we located barge 1/4 mile away and drifting towards us. General alarm was sounded and crew was notified to muster in galley for possible collision.I stayed in leveroom with dredge operator and was in contact with attending tugs about situation. At approximate 1617 I began to see barge in front dredge at a distance of 150'.It went to the east of dredge contacting Sea Cypress and dredge service platform on port side. The crane ran aground and the wind blew it around laying against dredge and turning the dredge 180 degrees. The dredge was carried from original location 1200' on wind river and stopped. The Tug Trent Joseph was tied up alongside star-board side and made contact with lift boat barge Stingray. Once everything settled down and we did head count checked for injuries and checked for water intrusion of dredge and tugs.

WM003408



EXHIBIT<br>317<br>PENGAD 800-631-6989



## REPORT OF MARINE ACCIDENT / PROPERTY DAMAGE – PAGE 2

LIST EACH PIECE OF EQUIPMENT OR APPURTENANCE THAT WAS DAMAGED (*provide photographs of all visible damages):

| E.W.Ellefsen | Trent Joseph |
|---|---|
| Sea Cypress | Stingray |

*EITHER PROVIDE PHOTOGRAPHS OR UNDEVELOPED FILM AS SOON AS POSSIBLE. DO NOT DELAY SUBMITTAL OF THIS FORM WHILE WAITING FOR FILM DEVELOPMENT.

PROVIDE A DIAGRAM OF THE ACCIDENT (indicate North with arrow):

| WAS ACCIDENT / DAMAGE REPORTED TO: | | | DID ACCIDENT RESULT IN ANY INJURY OR DEATH? | |
|---|---|---|---|---|
| COAST GUARD | ☑ YES | ☐ NO | _____ YES | INSURANCE DEPARTMENT MUST BE ADVISED IMMEDIATELY BY PHONE |
| MARINE POLICE | ☑ YES | ☐ NO | NA_ NO | |
| LOCAL OFFICIALS | ☑ YES | ☐ NO | WERE PHOTOGRAPHS TAKEN? ☑ YES ☐ NO  IF NO, EXPLAIN WHY IN SECTION II | |
| WERE THERE ANY WITNESSES TO THE REPORTED INCIDENT? ☑ YES ☐ NO  (if YES be sure to fully identify ALL witnesses) | | | | |

WITNESS (NAME, ADDRESS, TELEPHONE NUMBER):
Henry D Bishop,405 N. Earl St. Poteau,OK 74953  (601)209-5914

WITNESS (NAME, ADDRESS, TELEPHONE NUMBER):
Ronald Daigle Jr,801 Muscadine Rd.Sunset.LA 70584 (332)207-7877

### SECTION III – DAMAGE TO NON-COMPANY PROPERTY (if applicable)

| NAME OF OWNER OF PROPERTY: | | TELEPHONE NUMBER: | |
|---|---|---|---|
| FULL ADDRESS OF PROPERTY OWNER: | | | |
| DATE DAMAGE WAS FIRST REPORTED TO YOU: | | DAMAGE REPORTED BY: | |
| MANNER IN WHICH DAMAGE ALLEGEDLY AROSE (continue in Section II): | | | |

FULLY DESCRIBE PIER/PROPERTY INVOLVED:

☐ TERMINAL    ☐ PIER    ☐ LOCK GATE    ☐ MARINA    ☐ BRIDGE    ☐ BUOY    ☐ BOAT (fully describe below)
☐ DOCK    ☐ GUIDE WALL    ☐ FENDER SYSTEM    ☐ BOLLARD    ☐ PILING    ☐ BOOM    ☐ WAKE/WASH DAMAGE
☐ OTHER (describe fully):

### SECTION IV - PERSON MAKING THIS REPORT

I hereby certify that the facts contained in this report are true and correct to the best of my knowledge and belief:

| SIGNATURE | Dredge Captain | 10-29-2020 |
|---|---|---|
| | TITLE | DATE |

Goodwin,Charles,Forrest
PRINT NAME: LAST, FIRST, MIDDLE

101 Tiffany Way Beaufort,NC 28516
ADDRESS

(252)269-2775
TELEPHONE NUMBER

### FOR OFFICE USE ONLY

ESTIMATED COST: _____          COST CENTER ASSIGNED: _____

INCIDENT ONLY _____    REPORTABLE CLAIM _____    BROKER NOTIFIED? ☐ YES  ☐ NO

WM003409

## Engine Room Daily Report

Date: 10-25-20  
Vessel: ewe  

Eng Room Person In Charge: Hooks  
Day Engineer: Jason  
Night Engineer: Jacob  

Velocity: 1.24  
Density: 18.4  
Ladder Pump Press.: 30  

| | Main Pump #1 | Main Pump #2 |
|---|---|---|
| Incoming Press | 30 | 126 |
| Discharge Press | 126 | 271 |
| Pump RPM | 292 | 336 |
| Engine Rpm | 951 | 942 |
| Exhaust Temp | 911 | 970 |
| Average HP | 3677 | 4112 |
| Engine Hours | 10710 | 9849 |
| Last Oil Change hours | 10047 | 9072 |
| Next oil Change hours | 13047 | 12072 |

### Generator Status

| | Online | Gen Eng Hours |
|---|---|---|
| Gen #1 | ✓ | 21738 |
| Gen #2 | ✓ | 21,738 |
| Gen #3 | ✓ | 22,006 |
| Gen #4 | | 22518 |
| Aux Gen. | | 6079 |

| | | | |
|---|---|---|---|
| Total Fuel OnBoard | 131,066 | | |
| Fuel Used | 9438 | Fuel xfered to others | ∅ |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 |
| Hydraulic Oil onBoard | 166 | Potable Water | 41,564 |

### Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

To be submitted daily with Levermans Log      WM000011


EXHIBIT
320
PENGAD 800-631-6989

**DREDGE E.W.ELLEFSEN**
**WMI PROJECT: Terrebonne West Belle(12190206)**

| | | 0000 STATION: | 21 + 95 |
| DATE: 10-25-2020 | | 2400 STATION: | 29 + 25 |

| STOP | START | COMMENTS |
|------|-------|----------|
| — | 0000 | Cont DREDGING |
| 0030 | 0025 | Move Stern Anchor |
| 0255 | 0230 | Move Anchors |
| 0515 | 0310 | GPS Differential |
| 0915 | 0850 | Flush Line |
| 1100 | 0915 | Service Ladder |
| 1150 | 1100 | Add Pipe on Field Site |
| 1340 | 1320 | Move Anchors |
| 2025 | 2000 | Move Anchors |
| | 2320 | Move DREDGE Cut 8 Stop Station |
| | | 29+25 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**REMARKS:**

WM000012

## Engine Room Daily Report

Date: 10-26-20
Vessel: eve

Eng Room Person In Charge: Hank
Day Engineer: Jason
Night Engineer: Jacob

| | |
|---|---|
| Velocity | 18.1 |
| Density | 1.20 |
| Ladder Pump Press. | 28 |

| | Main Pump #1 | Main Pump #2 |
|---|---|---|
| Incoming Press | 28 | 128 |
| Discharge Press | 120 | 269 |
| Pump RPM | 292 | 350 |
| Engine Rpm | 944 | 939 |
| Exhaust Temp | 859 | 985 |
| Average HP | 3220 | 4280 |
| Engine Hours | 16721 | 9861 |
| Last Oil Change hours | 10047 | 9072 |
| Next oil Change hours | 13047 | 12072 |

### Generator Status

| | Online | Gen Eng Hours |
|---|---|---|
| Gen #1 | ✓ | 21 761 |
| Gen #2 | | 22 017 |
| Gen #3 | | 22529 |
| Gen #4 | | |
| Aux Gen. | | 6079 |

| | | | |
|---|---|---|---|
| Total Fuel OnBoard | 128143 | | |
| Fuel Used | 2073 | Fuel xfered to others | 0 |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 |
| Hydraulic Oil onBoard | 166 | Potable Water | |

### Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |

To be submitted daily with Levermans Log          WM000013

**DREDGE E.W.ELLEFSEN**
**WMI PROJECT: Terrebonne West Belle(12190206)**

| | | | 0000 STATION: | 29+25 |
|---|---|---|---|---|
| DATE: 10-26-20 | | | 2400 STATION: | 14+20 |

| STOP | START | COMMENTS |
|---|---|---|
| 0155 | 0000 | Con't Move DREDGE to Cut 8 station 12+20 |
| | 0200 | Start up |
| 0425 | 0410 | Move Anchor's |
| 0645 | 0610 | Flush Line |
| 1010 | 0645 | Booster = Clean Pump |
| 1235 | 1045 | Start Rig Down For Storm |
| | | Stop Station 14+20 cut #8 |
| | 1235 | Under Way to Fouchon's For Weather |
| | 1540 | Anchored out Port Fouchon |
| | | Down For Weather |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REMARKS: Rubber Hose Secure @ 1930

WM000014

## Engine Room Daily Report

Date: 10-27-20
Vessel: ewe

Eng Room Person In Charge: Hank
Day Engineer: Jason
Night Engineer: Jacob

| | |
|---|---|
| Velocity | |
| Density | |
| Ladder Pump Press. | |

| | Main Pump #1 | Main Pump #2 |
|---|---|---|
| Incoming Press | | |
| Discharge Press | | |
| Pump RPM | | |
| Engine Rpm | | |
| Exhaust Temp | | |
| Average HP | | |
| Engine Hours | 10721 | 9861 |
| Last Oil Change hours | 10047 | 9072 |
| Next oil Change hours | 13047 | 12072 |

### Generator Status

| | Online | Gen Eng Hours |
|---|---|---|
| Gen #1 | | 21777 |
| Gen #2 | | 22017 |
| Gen #3 | ✓ | 22538 |
| Gen #4 | | |
| Aux Gen. | | 6079 |

| | | | |
|---|---|---|---|
| Total Fuel OnBoard | 127404 | | |
| Fuel Used | 789 | Fuel xfered to others | 0 |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 |
| Hydraulic Oil onBoard | 166 | Potable Water | 39 806 |

### Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |

To be submitted daily with Leverman Log

WM000015

**DREDGE E.W.ELLEFSEN**
WMI PROJECT: Terrebonne West Belle(12190206)

| | | | | |
|---|---|---|---|---|
| | | | 0000 STATION: | 14+20 |
| DATE: 10-27-2020 | | | 2400 STATION: | |

| STOP | START | COMMENTS |
|---|---|---|
| | 0000 | Stand by Bayou Lafourche FOR WEATHER |
| | | |
| | | Dredge crew picking up |
| | | Pipe crossings + 1 piece sub-line |
| | | Secure All equipment |
| | | Move vehicle to Airport. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| REMARKS: | M/V TRENT JOSEPH arrived @ 0200 to-assist w/ DREDGE PIPE |
|---|---|

WM000016

## Engine Room Daily Report

Date: 10-28-20
Vessel: ewe

Eng Room Person In Charge: Hank
Day Engineer: Jason
Night Engineer: Jacob

| | |
|---|---|
| Velocity | |
| Density | |
| Ladder Pump Press. | |

| | Main Pump #1 | Main Pump #2 |
|---|---|---|
| Incoming Press | | |
| Discharge Press | | |
| Pump RPM | | |
| Engine Rpm | | |
| Exhaust Temp | | |
| Average HP | | |
| Engine Hours | 10721 | 9861 |
| Last Oil Change hours | 10047 | 9072 |
| Next oil Change hours | 13047 | 12072 |

**Generator Status**

| | Online | Gen Eng Hours |
|---|---|---|
| Gen #1 | ✓ | 21777 |
| Gen #2 | ✓ | 22023 |
| Gen #3 | | 22556 |
| Gen #4 | | |
| Aux Gen. | | 6079 |

| | | | |
|---|---|---|---|
| Total Fuel OnBoard | 126,772 | | |
| Fuel Used | 632 | Fuel xfered to others | 0 |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 |
| Hydraulic Oil onBoard | 166 | Potable Water | 39,926 |

## Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |

**To be submitted daily with Levermans Log**

WM000017

**DREDGE E.W.ELLEFSEN**
**WMI PROJECT: Terrebonne West Belle(12190206)**

| DATE: 10-28-2020 | | 0000 STATION: | |
| | | 2400 STATION: | |

| STOP | START | COMMENTS |
|------|-------|----------|
| | | ✱ con't. Weather stand-By |
| | | Bayou LaFourche |
| | | ( Dredge, Candace, Sea Cypress |
| | | Trent Joseph & Joseph M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**REMARKS:** 1620 the EW & Sea Cypress
were struck by D/B Thor
All persons accounted for & No vessels
taking on water.

WM000018

# Engine Room Daily Report

| | |
|---|---|
| Date: _10-29-20_ | Eng Room Person In Charge: _Hank Bishop_ |
| Vessel: _E.W.E._ | Day Engineer: _Jason / Jacob_ |
| | Night Engineer: _Josh Willard_ |

| | |
|---|---|
| Velocity | |
| Density | |
| Ladder Pump Press. | |

| | Main Pump #1 | Main Pump #2 | | Generator Status | |
|---|---|---|---|---|---|
| | | | | Online | Gen Eng Hours |
| Incoming Press | | | Gen #1 | | 21,777 |
| Discharge Press | | | Gen #2 | ✓ | 22,046 |
| Pump RPM | | | Gen #3 | | 22,556 |
| Engine Rpm | | | Gen #4 | | |
| Exhaust Temp | | | Aux Gen. | | 6,079 |
| Average HP | | | | | |
| Engine Hours | 10,721 | 9861 | | | |
| Last Oil Change hours | 10047 | 9072 | | | |
| Next oil Change hours | 13,047 | 12,072 | | | |

| | | | | |
|---|---|---|---|---|
| Total Fuel OnBoard | 126,046 | | | |
| Fuel Used | 726 | Fuel xfered to others | Ø | |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 | |
| Hydraulic Oil onBoard | 166 | Potable Water | 36,506 | |

## Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |

**To be submitted daily with Levermans Log**

WM000019

**DREDGE E.W.ELLEFSEN**
WMI PROJECT: Terrebonne West Belle(12190206)

| | | | 0000 STATION: | |
| DATE: | 10-29-2020 | | 2400 STATION: | |

| STOP | START | COMMENTS |
|------|-------|----------|
| | | Cont Stand-By Weather. |
| | | Waiting on word to move |
| | | dredge to dock to start |
| | | Repaires from collision. |
| | | |
| | | |
| | | Crew started picking up |
| | | + cleaning on dredge |
| | | Port still closed to river traffic. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| REMARKS: | |
|----------|--|
| | |

WM000020

## Engine Room Daily Report

Date: 10-30-20
Vessel: E.W.E.

Eng Room Person In Charge: Hank Bishop
Day Engineer: Jason
Night Engineer: Jacob

Velocity:
Density:
Ladder Pump Press.:

| | Main Pump #1 | Main Pump #2 |
|---|---|---|
| Incoming Press | | |
| Discharge Press | | |
| Pump RPM | | |
| Engine Rpm | | |
| Exhaust Temp | | |
| Average HP | | |
| Engine Hours | 10,721 | 9,861 |
| Last Oil Change hours | 10,047 | 9,072 |
| Next oil Change hours | 13,047 | 12,072 |

### Generator Status

| | Online | Gen Eng Hours |
|---|---|---|
| Gen #1 | | 21,777 |
| Gen #2 | | 22,064 |
| Gen #3 | | 22,556 |
| Gen #4 | | |
| Aux Gen. | ✓ | 6,087 |

| | | | |
|---|---|---|---|
| Total Fuel OnBoard | 125,542 | | |
| Fuel Used | 504 | Fuel xfered to others | 0 |
| Main Eng Lube Oil onBoard | 1935 | Gen Lube Oil onboard | 1935 |
| Hydraulic Oil onBoard | 166 | Potable Water | 35,406 |

### Mechanical Delays

| start | stop | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Additonal Notes/ Comments

| |
|---|
| |
| |
| |
| |
| |
| |
| |

**To be submitted daily with Levermans Log**

WM000021

**DREDGE E.W.ELLEFSEN**
**WMI PROJECT: Terrebonne West Belle(12190206)**

| | | **0000 STATION:** | |
|---|---|---|---|
| DATE: 10-30-2020 | | **2400 STATION:** | |

| STOP | START | COMMENTS |
|---|---|---|
| | | * Post storm |
| | | Dredge is awaiting welders |
| | | to work on A-frame today. |
| | | |
| | | * Dredge will Remain in same |
| | | position until A-frame is repaired |
| | | and okayed to pick-up ladder |
| | | |
| | | |
| | | Dredge and Equipment checked |
| | | for damages. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **REMARKS:** | | |
| | | |



EXHIBIT

321



# HURRICANE PLAN

## TERREBONNE BASIN BARRIER ISLAND AND BEACH NOURISHMENT/WEST BELLE HEADLAND RESTORATION (TE-143/TE-118)

### TERREBONNE AND LAFOURCHE PARISHES, LOUISIANA





## STATE OF LOUISIANA
## COASTAL PROTECTION AND RESTORATION AUTHORITY

WM000010

# May 2020
## SEVERE WEATHER & EMERGENCY MANAGEMENT PLAN

**Purpose:** The purpose of this plan is to ensure the safety and well-being of the employees of Weeks Marine Inc., located on the Terrebonne Basin Barrier Island Project. It identifies necessary management and employee actions for preventing personal injury, property damage and oil fuel spills in severe weather conditions such as hurricanes, tropical storms, severe thunderstorms, lightning and high winds.

**Scope:** This plan covers all Weeks Marine employees, equipment and subcontractors working on this specific project site.

**Responsible Persons**: During normal dredging operations, the Captains of the Dredges, Unloaders, Boosters, and Beach Foreman, in consultation with the Operations Manager, Project Manager, Site Managers and Quality Control, will make a determination as to actions to be taken to protect life and property when advised of a hurricane or severe storm warning, including the evacuation of personnel from vessels project sites.

**Implementation:** This plan is in effect for the duration of the above referenced project.

**Location of Plan**: The Severe Weather Emergency Management Plan is in the following places: Dredge R.N. Weeks, Dredge B.E. Lindholm, Dredge Magdalen, Booster 3302, Trinity Island disposal site, Timbalier Island disposal site, West Belle Headland disposal site, Rental Tugboats, Crew boats, and Crane Barges during this project.

**USCG Points of Contact:**

**Dulac Louisiana Coast Guard**
241 Coast Guard Road
Dulac La, 70353
Ph. 985-563-4473

**Galliano Louisiana Coast Guard**
16819 East Main Street
Cut off, Louisiana. 70345
Ph. # 985-632-8676
Fax. # 985-632-4966

**Houma Louisiana Coast Guard**
425 Lafayette Street
Houma, La.
985-665-2437

WM000011

# TROPICAL SYSTEMS FORECAST AND MONITORING

## I)     WEATHER SYSTEMS

- **Nor' Easterner:** An extra-tropical cyclone which generates hurricane force winds which vary in size from 100 miles to nearly 1000 miles in diameter.

- **Storm Surge:** An abnormal rise in sea level accompanying a hurricane or other intense storm, and whose height is the difference between the observed level of the sea surface and the level that would have occurred in the absence of the cyclone. Storm surge is usually estimated by subtracting the normal or astronomical high tide from the observed storm tide.

- **Tropical Disturbance:** A discrete tropical weather system of apparently organized convection – generally 100-300nm in diameter – originating in the tropics or subtropics, having a non-frontal migratory character, and maintaining its identity for 24 hrs or more. It may or may not be associated with a detectable perturbation of the wind field.

- **Tropical Depression:** A tropical low-pressure system with maximum sustained surface wind is 38mph (33kts) or less.

- **Tropical Storm:** A tropical low-pressure system with maximum sustained surface wind ranges from 39-73 mph (34-63 knots)

- **Category I Hurricane:** A tropical low-pressure system with maximum sustained surface wind ranges from 74-95mph (64-82kts) and/or storm surge of 4-5'. Very dangerous winds will produce some damage.
  - Well-constructed frame homes could have damage to roof, singles, vinyl siding and gutters. Large branches from tress will snap and shallowly rooted tress may be toppled. Extensive damage to power lines and poles likely will result in power outages that could as a few to several days.

- **Category II Hurricane:** A tropical low-pressure system with maximum sustained surface wind ranges from 96-110mph (83-95kts) and/or storm surge of 6-8'. Extremely dangerous winds will cause extensive damage:
  - Well-constructed frame homes could sustain major roof and siding damage. Many shallowly rooted trees will be snapped or uprooted and block numerous roads. Near-total power loss is expected with outages that could last from several days to weeks.

WM000012

- **Category III Hurricane (Major):** A tropical low-pressure system with maximum sustained surface wind ranges from 111-129mph (96-112kts) and/or storm surge of 9-12'. Devastating damage will occur.
    - Well-built framed homes may incur major damage or removal of roof decking and gable ends. Many trees will be snapped or uprooted, blocking numerous roads. Electricity and water will be unavailable for several days to weeks after the storm passes.

- **Category IV Hurricane (Major**): A tropical low-pressure system with maximum sustained surface wind ranges from 130-155mph (113-136kts) and/or storm surge of 13-18'. Catastrophic damage will occur
    - Well-built framed homes can sustain severe damage with loss of most of the roof structure and/or some exterior walls. Most trees will be snapped or uprooted, and power poles downed. Fallen trees and power poles will isolate residential areas. Power outages will last weeks to possibly months. Most of the area will be uninhabitable for weeks or months.

- **Category V Hurricane (Catastrophic):** A tropical low-pressure system with maximum sustained surface winds greater than 156mph (137kts) and/or storm surge greater than 18'. Catastrophic damage will occur
    - A high percentage of framed homes will be destroyed, with total roof failure and wall collapse. Fallen trees and power poles will isolate residential areas. Power outages will last for weeks to possibly months. Most of the area will be uninhabitable for week or months.

- **Recovery:** After the hurricane has passed, but before all employees are allowed back on worksite(s)

II)  **SEA STATE CONDITIONS** (Wind and Sea Scale for Fully Arisen Sea)

- **Moderate Breeze - Wind speed range (11-16 knots)**
    Small waves, becoming longer, fairly frequent white caps

- **Fresh Breeze - Wind speed range (17-21 knots)**
    Moderate waves, taking a more pronounced long form; many white caps are formed. (Chance of spray)

- **Strong Breeze - Wind speed range (22-27 knots)**
    Large waves begin to form; the white foam crests are more extensive everywhere. (Some spray)

- **Moderate Gale - Wind speed range (28-33 knots)**

WM000013

Sea heaps up; white foam from breaking waves begins to be blown in along the direction of the wind

- **Fresh Gale - Wind speed range (34-40 knots)**
  Moderately high waves of greater length; foam is blown in well-marked streaks along the direction of the wind

- **Strong Gale - Wind speed range (41-47 knots)**
  High waves; dense streaks of foam along the direction of the wind; wave crests begin to topple and roll over; spray may affect visibility.

- **Storm - Wind speed range (48-55 knots)**
  Very high waves with long overhanging crests. On the whole, the surface of the sea takes a white appearance; the tumbling of the sea becomes heavy and shock-like; visibility is affected.

## III)    <u>WARNING SYSTEMS</u>

While these storms are usually well forecasted, they can develop with little or no warning. June through November is the heart of hurricane season. December through February is the heart of storm season.

- **Gale Warning:** A warning of 1-minute sustained surface winds in the range of 39-54mph (34-47kts) inclusive, either predicted or occurring and not directly associated with tropical cyclone

- **High Wind Warning:** A warning of 1-minute average surface winds of 40mph (35kts) or greater lasting for 1 hour or longer, or winds gusting to 58mph (50kts) or greater regardless of duration that are either expected or observed over land.

- **Tropical Storm Watch:** An announcement that tropical storm conditions are expected in a specified area within 48 hours.

- **Tropical Storm Warning:** An announcement that tropical storm conditions are expected in a specified area within 36 hours or less.

- **Hurricane Watch:** An announcement that hurricane conditions pose a possible threat to a specified coastal area. Because hurricane preparedness activities become difficult once winds reach tropical storm force, hurricane watch is issued 48 hrs in advance of the anticipated onset of tropical storm force winds.

- **Hurricane Warning:** An announcement that hurricane conditions pose a threat to a specified coastal area. The warning is issued 36 hours in advance of the anticipated onset

WM000014

of tropical-storm force winds. Warnings can remain in effect when dangerously high water or a combination of dangerously high water and waves continue, even though the winds may be less than hurricane force.

## IV)    WEATHER BROADCASTS

The best access to up-to-date weather information is through the VHF-FM radio broadcasts by NOAA's National Weather Service. Coastal marine warnings and forecasts are issued 24 hours a day on channel WX1 or WX2. These forecasts include winds, sea heights, and weather conditions for the next 36 hours, as well as small craft advisories, gale warnings, storm warnings, and tropical storm or hurricane warnings. Continuous taped weather transmissions are also broadcast 24 hours a day. These transmissions repeat taped messages every four to six minutes and are updated every two to three hours.

- Weather broadcasts for the Atlantic Coast are received primarily on the following VHF channels: WX-1 (162.559 MHz): WX-2 (162.400 MHz): and WX-3 (162.475 MHz).

- Weather broadcasts for the Pacific Coast are received primarily on the following VHF channels: WX-1 (162.559 MHz): WX-2 (162.400 MHz): and WX-3 (162.475 MHz).

- Weather broadcasts from USCG Station at Belle Chase, LA are received primarily on following VHF channels: WX-1 (4317.9 kHz): WX-2 (8503.9 kHz): and WX-3 (12789.9 Hz).

For this project, management has hired a weather forecast provider to keep us up to date specifically for our work area.
 WEATHER FORECAST FROM STORMGEO
Phone: +1 281-652-1099
Email: operations.houston@stormgeo.com

## PERSONNEL CLASSIFICATION AND RESPONSIBILITIES

This plan is designed to safeguard personnel and assets.  Priority is given to protecting human life followed by protecting the environment and company assets.  The order of the following procedures may be altered depending on the anticipated impact of the storm or other significant water event.  It is critical that parts of this plan are implemented before local, state or federal authorities issue an evacuation order to the general public.  Waiting until then may result in local road networks and other infrastructure systems becoming over-burdened and clogged.  This could adversely affect our ability to relocate and safeguard personnel and assets in a timely manner.

In an effort to minimize the danger to the employees of this project site, the following precautions must be taken. When the determination is made by Upper Management to halt operations and begin demobilization/evacuate procedures, everyone must evacuate the project site. Once all worksites

WM000015

have been evacuated, <u>no one will be allowed back onto the site</u> until the Project Manager or Site Manager communicates instructions to the Disaster Recovery Team.  No other employees will be allowed back onto the site until an "All Clear" directive from the Project Manager is communicated to each affected Supervisor/Captain/Chief.

Each and every worksite Supervisor will be responsible for facilitating the preparation/evacuation plan regarding the project site, office and equipment. Please listen to local radio and television stations for current hurricane information, evacuation information.

## I) <u>CRITICAL SITE OPERATIONS</u>

In the event of an evacuation due to severe weather, it will be necessary for some specially assigned personnel to remain at the work areas to perform critical operations.  All other personnel are expected to leave and/or be escorted from the site immediately to their home base or a designated safe area.

**Assignments:**

| | |
|---|---|
| Operations Manager | Incident Command/Emergency Coordinator |
| Project Manager | Incident Command/Emergency Coordinator |
| Site Manager | Onsite Logistics Coordinator |
| Site Administrator | Emergency Communications |
| Dredge Capt., Chief Eng. | Hazard Assessment/Equipment Removal/Headcount |
| Deck Capt. / General Fill Foreman | Hazard Assessment/Equipment Removal/Headcount |
| SSHOs/Trained Personnel | Safety – First Responder |
| Quality Control | Personnel & Plan Accountability |

Upon the direction of the Emergency Coordinator, designated employees should:

- Disconnect equipment/utilities unless doing so jeopardizes their safety
- Facilitate the transportation of equipment to safe harbor
- Coordinate orderly evacuation of personnel
- Perform an accurate headcount of personnel reported to designated mustering areas
- Determine a method to locate missing personnel
- Provide any Public Responders with the necessary information about the work sites
- Perform assessment and coordinate emergency site closing/evacuation procedures
- Ensure that all employees have evacuated the site
- Report any problems to the Emergency Coordinator
- Assist in any "rescue" situations

## II) <u>ACCOUNTING FOR EMPLOYEES</u>

WM000016

At the beginning of each day, the Supervisors are responsible for taking attendance of all employees. In the event of an evacuation, all employees are instructed to leave their work area and assemble in a pre-determined mustering "safe" area. Roll will be taken at this area. If an employee is absent, the Site Supervisor and a designated employee must sweep the area for the missing employee. All Supervisors will report headcount status to the respective Dredge Captain, Dredge Chief Engineer, Superintendent/Foreman and/or Project Manager and Site Manager.

The following personnel are responsible for ensuring that employees comply with this requirement:

### PROJECT DEMOBILIZATION/DISASTER RECOVERY TEAM
Project Manager: Eric Price – (985) 630-2512
Project Manager: Kyle Arnaud – (337) 323-9373
Project Manager: Gary Johnson – (985) 237-5026
Site Manager: David Gelis – (504) 217-0952
QC Manager: Cliff White – (251) 769-1939
QC Manager: Zach Walker – (985) 789-7984
QC Manager: John Pitre – (985) 226-9092
Project Engineer: Eric Ramstrum – (910) 599-6738
Project Engineer: Collen Brazil – (443) 856-5311
SSHO: Mike Gokey – (985) 705-1117
SSHO: Mike Bryant – (601) 575-0144
Any other SSHO currently on project site

### DREDGE R.N. Weeks
Captain: Jason McLeod – (985) 237-5039
Captain: Jim Lynette – (985) 237-5039
Chief Engineer: Keith Wilkinson – (985) 237-5054
Chief Engineer: Joe Smart – (985) 237-5054

### DREDGE B.E. Lindholm
Captain: George Arey – (985) 237-8188
Captain: Kent Hambrecht – (985) 237-8188
Chief Engineer: Neil McDevitt – (985) 237-5068
Chief Engineer: Jay Rowe – (985) 237-5068

### DREDGE Magdalen
Captain: Mike Attasani – (985) 237-5019
Captain: Joe Purcell – (985) 237-5019
Chief Engineer: Scott Sirius – (985) 237-5036
Chief Engineer: Rich Bradley – (985) 237-5036

### 3302 Booster
Roy Ford – (985) 273-4980
Darryl Savoy – (337) 412-4517

WM000017

Galley - (985) 273-2539

**FILL SITE**

General Fill Foreman: Carlos Gonzalez – (956) 445-8294
General Fill Foreman: Davis Delverix – (985) 335-3862
General Fill Foreman: Jamie Gates – (205) 457-3772

**SUPERINTENDENT**

Superintendent: Captain Arnold Tassin – (985) 237-5044
Superintendent: Dennis "Clay" Johnson – (662) 415-0977
Superintendent: Kenneth Machacek – (337) 570-9416

**OFFICE PERSONNEL**

Site Administrator: Kim Anthony – (985) 276-0228
Site Administrator: Erik Medina – (985) 276-7958

**VESSELS**

Tug Dusty – (985) 295-1962
Tug Capt Buddy G – (504) 534-6197
Tug Smith Invader – (505) 295-1962
Tug Captain Timmy – (985) 859-8292, (985) 414-8321
Tug Candace – (908) 500-7226
Deck Boat Miss Leighton – (985) 498-6706
Deck Boat Brooke Elizabeth – (228) 493-0345
Deck Boat James D – (985) 327-4985
Crew Boat Sun Stephen – (504) 329-0625
Crew Boat Miss Bernice – (504) 419-5969
Crew Boat David P – (985) 273-8373
Crew Boat Captain Tom – (618) 975-6640

**SUBCONTRACTORS**

Delta Coast: Prosper Toups, III – (985) 855-3006
East Coast Observers: Trish Bargo – (757) 880-7636
Soil Erosion, LLC: Stanley Bordelon – (318) 542-7645
Specialty Diving of Louisiana, Inc.: Maria Rivet – (985) 542-8770
Coastwise Consulting: Gib Frye – (865) 771-0081
Patriot Construction: Jhy Leblanc – (337) 201-1160
Gahagan & Bryant Associates Inc.: Chris Marello – (910) 233-7263

**COASTAL ENGINEERING CONSULTANTS**

Engineer of Record: Steve Dartez – (225) 315-9322
Inspector: Jacob Berninger – (302) 383-8424
Inspector: Ken Gaines – (985) 778-5114

WM000018

# <u>HURRICANE RESPONSE</u>

All marine interests should make timely preparations using conservative estimates of the time required for necessary actions taking into consideration scarcity of personnel, materials, and supplies immediately before and after a hurricane.

Hurricanes may accelerate their progress rapidly upon reaching the Captain of the Port (COTP) Sector zone and reliable predictions of course and speed may not be available. Warning time may be significantly reduced without advance warning. Progression from Condition Five directly to Condition One is quite possible since accurate hurricane paths are difficult to predict. Port Status WHISKEY, XRAY, YANKEE and ZULU will correspond with the severe weather conditions starting with CONDITION FOUR.

    **I)**   <u>**Definitions of Severe Weather Readiness Conditions:**</u>

- **CONDITION SIX**- A seasonal condition automatically set by all units on 1 June each year and extending through 30 November.

- **CONDITION FIVE** – The readiness condition set not later than the point in time when tropical storm force winds are probable to reach landfall within one-hundred and twenty (120) hours, or 800nm, or when deemed necessary to increase the overall readiness of the District.

- **CONDITION FOUR**- The readiness condition set not later than the point in time when tropical storm force winds are probable to reach landfall within ninety-six (96) hours, or 600nm, or when deemed necessary to increase the overall readiness of the District. **(Port status WHISKEY)**

- **CONDITION THREE**- The readiness condition set not later than the point in time when tropical storm force winds are probable within seventy-two (72) hours, or 400nm, or when deemed necessary to increase the overall readiness of the District. **(Port status X-RAY)**

- **CONDITION TWO** - The warning condition. Set not later than the point in time when tropical storm force winds are probable within forty-eight (48) hours or when deemed necessary to increase the overall readiness of the District. **(Port status YANKEE)**

- **CONDITION ONE**- The danger condition. Set not later than the point in time when tropical storm force winds are probable within twenty-four (24) hours or when deemed necessary to increase the overall readiness of the District. **(Port status ZULU)**

WM000019

- **POST HEAVY WEATHER RECOVERY**- The storm is no longer a threat to the area; however, major damage has occurred, and recovery ops are required.



**200 nm, 400 nm, 600 nm, and 800 nm radius around New Orleans, LA.**

## II)  <u>Procedure for Moving the Dredges / Employees to Safe Harbor:</u>

The following contingency plan for moving the dredge is to be implemented in advance of a hurricane or severe storm influencing the project operating area.  **It is intended as a guide and can be modified as needed to suit specific situations each evacuation may present.  The steps under each condition can be carried out prior to that condition needed.**  Upon learning of the development of a hurricane or severe storm, plotting will begin as weather reports are received from the forecasting services.  NOAA radio broadcasts are to be monitored along with commercial forecasts.

WM000020

**CONDITION SIX** – A seasonal condition automatically set by all units on 1 June each year and extending through 30 November.
*Port Status – Open to all commercial traffic.

Vessel Preparedness
- For vessels sailing away, all vessels will keep onboard a minimum of 7 days of fuel in sailing condition
- For vessels on mooring, they will be fully fueled prior to being secured
- Similarly, enough provisions of food will be kept on board and freshwater tanks will be filled up when the vessels bunker fuel, if required
- Mooring lines to be maintained in adequate stock and condition to secure all equipment onsite

Project Management to check daily tropical developments issued from NOAA and National Weather Service.


**CONDITION FIVE** – The readiness condition set not later than the point in time when tropical storm force winds are probable to reach landfall within one-hundred and twenty (120) hours, or 800 nm, or when deemed necessary to increase the overall readiness of the District. Project / Site Manager shall notify worksites of the CONDITION FIVE status.
*Port Status – Open to all commercial traffic.

After notification the Project Manager will identify all **non-essential vessels** to begin immediate demobilization offsite.

After notification the General Fill Foreman will identify all **non-essential beach equipment** to begin immediate demobilization of all equipment not required for the beach preparations.  The General Fill Forman at this time will also finalize the plans of where all pipe will be buried, cabled, or demobilized.

All supervisors will obtain and verify phone contact information, emergency contact information, and transportation status with their respective personnel. The contact information must be forwarded to the Administrative Coordinator/Quality Control Manager. A master project list of contact information is to be maintained by Administrative Coordinator/Quality Control Manager. This list will also be used to ensure personnel evacuation and post storm notification.

At this time, the Captain/Deck Captain/General Fill Foreman/Office Management should identify equipment, vessels, vehicles, critical files and records which may need to be moved and/or secured down.  Equipment which needs to be demobilized should be prioritized based on criticality of equipment and time needed to move to a secure place in order to ease the evacuations.

WM000021

The Project/Site Manager will make the determination where the evacuation location will be. All reservations should be made for essential personnel at this time (hotel, transport vehicles, dock space, etc.). The Administrative Coordinator will be responsible for making reservations if deemed necessary by Project/Site Manager.

Administrative Coordinator will contact Project/Site Manager and Project Engineers regarding company vehicle assignments and carpooling, if necessary. If carpooling is useable, all rental cars will be returned to their respective owner designation. A plan will be developed at this time for those without transportation.

Project/Site Manager shall locate any additional equipment that may be needed to offload materials from the beach, and secure equipment if evacuation is deemed necessary, and begin procurement depending on lead time of equipment, i.e. (tugs, cable).

Project management will check twice daily the tropical developments issued from NOAA and National Weather Service.

**CONDITION FOUR** – The readiness condition set not later than the point in time when tropical storm force winds are predicted to arrive within ninety-six (96) hours, or 600nm, or when deemed necessary to increase the overall readiness of the sector. Project/Site Manager shall notify all worksites of the CONDITION FOUR status.
*Port Status WHISKEY: Open to all commercial traffic.

A headcount must be taken of personnel without transportation from the area and this information must be passed to Administrative Coordinator/Quality Control Manager. At this time, Captain, Deck Captain, General Fill Foreman, and Office Management should begin to move all identified equipment, vessels, vehicles, critical files, and records to a designated safe harbor area.

All arrangements for additional tugs (if required), and for transportation of land equipment must be made at the first sign that a severe storm / hurricane is predicted to arrive at the project area.

A. SUBCONTRACTOR/3rd PARTY/RENTALS
   a. Rental companies should be contacted to remove any items such as cherry picker cranes, light plants, UTV's, etc.
   b. Subcontractors should be notified to begin demobilization of equipment and personnel.

B. LOCATIONS OF SAFE HARBOR
   a. The designated location for removal of beach equipment for major hurricanes will be the Laydown Yard: Near 820 AO Rappelet Rd, Fourchon, LA 70357.
      **Latitude: 29° 6' 45.77" N**
      **Longitude: 90° 11' 35.46" W**

WM000022

b. Port Fourchon Area - past the intersection at Port Fourchon, set up anchors for mooring along the left ascending bank. **During Hurricanes, the Port of Fourchon will not allow any anchoring or mooring of vessels inside the Port.**
**Latitude: 29° 5' 57.13" N**
**Longitude: 90° 13' 16.94" W**



**Port Fourchon, La Area**

c. Houma Navigation Canal Area - equipment will be towed up the Houma Navigation Canal, depending on severity, as far inbound as our Houma repair facility on the ICW.
**Latitude: 29° 36' 7.76" N**
**Longitude: 90° 39' 38.80" W**

WM000023



**Houma Repair Facility Area**

C. <u>DEMOBILIZATION:</u>

    **a.** The hopper dredges and attendant equipment will sail to safe harbor outside of affected area.

    **b.** The float hose/dutch connections and the quarters barge will be towed in to one of the safe harbor locations and secured. Submerged pipeline will remain with buoys attached. Survey crew will get GPS locations of buoys.

    **c.** All shore equipment will be towed to the Houma Repair Facility or our Bourg Yard.

    **d.** The 3302 Booster will be towed in to one of the safe harbor locations and secured.

    **e.** All remaining marine equipment will assist with demobilization. On-site personnel will coordinate the towing.

    **f.** If the predicted storm surge is deemed sufficiently severe, no land equipment will remain on the work site, except for properly stored shore pipe.

    **g.** All equipment removed from the project site shall be staged at the laydown yard or trucked to our Houma yard as determined by Project Management.

WM000024

    **h.** All shore based spare parts will remain at the laydown yard during the storm unless designated for removal by the Project/Site Manager.  The Site Manager will arrange trucking for designated equipment when Condition Four is reached.

    **i.** Non-essential equipment that could result in the largest financial impact will be removed from the site first.

**CONDITION THREE** – The readiness condition set not later than the point in time when tropical storm force winds are expected within seventy-two (72) hours, or 400nm, or when deemed necessary to increase the overall readiness for the sector. Project/Site Manager shall notify all worksites of the CONDITION THREE status.  All non-essential land-based personnel shall be evacuated from the site.  All incoming staff flights shall be cancelled.
*Port Status XRAY:  Open to all commercial traffic.

All land-based equipment associated with the staging area will be taken to the designated staging area as detailed in Condition Four.  All pipe will be broken down and staged as detailed in Condition Four.  Movable equipment, i.e. drums, cylinders, tanks, barrels, spools, etc. should be securely lashed and made fast to a vessel or structure.  Land crews will move all non-essential equipment to storage areas at the designated staging area (or alternative safe area) or secure on-site as best as possible.  Priority repairs should be made immediately, and a six-hour weather watch initiated.  (Weather reports, bulletins, and other pertinent weather information should be carefully checked every 6 to 12 hours).

**CONDITION TWO** – The warning condition.  Set no later than the point in time when tropical storm force winds are probable within forty-eight (48) hours, or when deemed necessary to increase the overall readiness of the Sector. Project/Site Manager shall notify all worksites of the CONDITION TWO status.  All non-essential office personnel will be directed to evacuate the affected area.  Those individuals without transportation will be provided transit by Weeks Marine Inc. however; Weeks Marine Inc. will use the information gathered during CONDITION FIVE to determine rental vans. Due to scarcity of local accommodation arrangements, those individuals residing within a 6 hour travel time of the project will be considered by Project Management for release to return to their place of residence.
*Port Status YANKEE:  Vessel traffic control measures in effect.

All vessels demobilizing to the Port Fourchon area must depart the project sites no later than 48 hours prior to when tropical storm force winds are probable.

The Disaster Recovery Team should assemble and begin the assessment of the premises and any equipment that was left on-site.  The team should consist of the Project/Site Manager, all other Site Supervisors, and the Site Safety Team.  Once the assessment and list of equipment left behind is completed, all personnel should then evacuate the premises.

WM000025

**CONDITION ONE -** The danger condition.  Set not later than the point in time when tropical storm force winds are expected within twenty-four (24) hours, or when deemed necessary to increase overall readiness of the Sector.
*Port Status ZULU:  Closed to all vessel traffic except for vessel movements and activities specifically authorized by the COTP.

All remaining personnel must evacuate the affected area at this time or shelter in place and remain evacuated or sheltered until the storm has passed.  All equipment will be in safe harbor, off the beach and/or secured.

**POST STORM WEATHER RECOVERY –** The storm is no longer a threat to the area; however, major damage has occurred, and recovery operations are required.

Once the storm conditions have passed, communications for return to work will be attempted. All site supervisors are required to have the contact number for all employees under his/her responsibility.  Also, there must be a list of where each employee's evacuation location.  All employees must ensure they have the phone number of their supervisor and to the Corporate Office.  After the storm, if contact is not successful with any employee and his/her supervisor, it is that employee's responsibility to call the Dredging Corporate Office – (985) 875-2500 and speak with the Personnel Manager, Thomas McDonald - (985) 635-1888.  He will be a point of contact post-storm and will be able to tell the employee who the project contacts are, and the number they can be reached.  The media will also be a source of information for personnel out of town. Those personnel evacuated to their place of residence will return to the project site within 12 hours of direction from Project Management, if safe to do so. All employees will be accounted for on a daily basis and are to return to the worksite and assist in restoring vessels and equipment to working order.  The vessels should be made shipshape and safe as rapidly as possible.

## CONTINGENCY

The order of the above procedures may be altered by Project Management depending on the anticipated impact of the storm or other significant water event. In case a severe weather event develops faster than expected, Project Management may instruct all vessels to sail or be towed to open sea, or safe harbor, away from the severe weather system.

WM000026

# CHECKLIST

***CHECK LIST FOR SEVERE WEATHER EMERGENCY MANAGEMENT PLAN***

| | | |
|---|---|---|
| | **CONDITION SIX- Set from Jun 1 – Nov 30** | |
| | Work sites notified of the Condition Six status | PM, SM, QC |
| | Site Managers & PM will maintain vessel preparedness | Capt's, PM, SM, SA, QC |
| | Monitor Daily weather developments | PM, SM, QC |
| | | |
| | **CONDITION FIVE- Set from Jun 1 – Nov 30** | |
| | Worksites notified of the Condition Five status | PM, SM, QC |
| | Phone contact information verified for all personnel | Supervisors |
| | Site Managers & Project Managers contacted regarding company vehicle assignments and car pooling | SA, QC |
| | Contact safe harbor area for parking of vehicles and mooring set-up. | SA |
| | | |
| | **CONDITION FOUR – 96 HOURS PRIOR** | |
| | Worksites notified of the Condition Four status | PM, SM, QC |
| | Arrangements for transport of land equipment should be completed at this time | SM, SA, QC |
| | Arrangements for additional tugboats to tow marine equipment (if necessary) should be completed at this time | SM, SA, QC |
| | Identify equipment which may need to be moved and/or secured down. Begin transporting land equipment to designated location. | Capt's, SM, Office Management. Site Supervisors, QC |
| | Head count of any personnel must be taken | Capt's, SMs, Office Management, Site Supervisors, QC |
| | Hotel, transport vans reservations should be made | SA |
| | Employees have given the phone number to their supervisor and to the corporate office | SM, Fill Foreman, Site Supervisors, QC |
| | | |
| | **CONDITION THREE – 72 HOURS PRIOR** | |
| | Worksites notified of the Condition Three status | PM, SM, QC |
| | Non-essential fill personnel shall be evacuated from sites | SM, Fill Foremen, QC |
| | Prepare and move equipment, vessels and vehicles to a designated safe harbor/area | SM, Fill Foremen, Sub-Contractors, Office Management |

WM000027

| | | |
|---|---|---|
| | Movable equipment, i.e. cylinders, tanks, barrels, reels, spools, couplings, should be securely lashed. | Fill Foremen |
| | Dredge(s) should be rigged and U/W to safe harbor | Capt, SM, Site Sup |
| | Secure all pipe and non-essential equipment on site | Fill Foremen, Supervisor |
| | Priority repairs should be made immediately | Fill Foremen |
| | | |
| | **CONDITION TWO – 48 HOURS PRIOR** | |
| | | |
| | Worksites notified of the Condition TWO status | PM, SM, QC |
| | Attendant plants dispatched to the designated safe harbor | SM, Fill Foreman |
| | Assessment of the premises and any equipment that was left on site | Disaster Recovery Team (SM, Super & SSHA), QC |
| | When assessment and list of equipment left behind is complete, all personnel evacuate the premises | PM, SM, QC |
| | | |
| | **CONDITION ONE – 24 HOURS PRIOR** | |
| | All non-essential personnel will be directed to evacuate the affected area. | PM, SM, QC |
| | All equipment and vessels are in safe harbor, off the beach and secured | PM, SM, QC |
| | | |
| | **AFTER THE STORM** | |
| | Communications to return to work will be completed | PM, SM, QC |

WM000028





WM003285