# Transcript of the Testimony of
# Videotaped Deposition of Walter Everett, Jr.

**Date taken: April 4, 2023**

**All Coast, LLC v. Shore Offshore Services, LLC**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

**Exhibit 7**

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 242

1  didn't get it from this -- I mean, this
2  possibly came from this bulletin, but
3  operations, you know, informed us of it.
4      Q    Let me -- let's look back at
5  Exhibit 69 real quick, and that was the Port
6  Condition Zulu.
7      A    Okay.
8      Q    I do want to ask you a question
9  about some of the bullet points that are on
10 Page 2.  Well, first, let's look at the first
11 page of that document.
12     A    Okay.
13     Q    Under "Port Waterway Status," do
14 you see that?
15     A    Okay.
16     Q    And in the first line, it says,
17 "The COTP" -- that's the captain of the port,
18 right?
19     A    Of the port, right.
20     Q    -- "has closed the Louisiana
21 Offshore Oil Port (LOOP), Port Fourchon and
22 Port of Terrebonne."
23     A    Uh-huh (affirmative response).
24     Q    Okay.  Was it your general
25 understanding that the port was closed on

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 243

1   October 27, 2020, Port Fourchon?
2        A    Port Fourchon?
3        Q    Yes, sir.
4        A    Yes.  After we had arrived, yes.
5        Q    Okay.  Let's look at the bottom of
6   the page, where it says "Vessels and
7   Facilities."  Do you see that?
8        A    Uh-huh (affirmative response).
9        Q    "The following precautionary
10  measures are provided for your consideration.
11  All vessels and facilities are strongly urged
12  to implement these procedures."  Do you see
13  that?
14       A    Uh-huh (affirmative response).
15       Q    Okay.  Let's flip to the next page
16  and then there's a list of bullet points
17  there, right?
18       A    Okay.
19       Q    Okay.  Let's look at the one, two,
20  three, four, five -- the fifth from the top
21  bullet point, where it says, "If moored,
22  outboard anchor rigged at a short stay."  Do
23  you see that?
24       A    Uh-huh (affirmative response).
25       Q    Okay.  During Hurricane Zeta, you

Page 326

1    A    After the lines had broke from the
2  THOR, I was in contact with the -- with J.D.,
3  on the barge, trying to get an idea of where
4  he was and in pursuit, trying to maneuver
5  upstream behind him and avoid -- because there
6  was several vessels broke aloose and spinning
7  out of control.
8    Q    And so did you attempt to try to go
9  back to the THOR after your lines had broken?
10   A    Yes.  That's why I -- that's how I
11 ended up so far up the bayou.  I could have
12 just abandoned them and went back to our dock,
13 but I was following them, trying to catch up
14 with them, you know.
15   Q    In your experience, do you think
16 that the efforts that you made to try to push
17 the THOR, after the break-away, changed the
18 trajectory of the THOR?
19   A    Do I think it changed the
20 trajectory of it?  To be honest, I don't think
21 it was able to affect it at all.
22   Q    So you don't think that anything
23 that you did affected the trajectory of the
24 THOR --
25        MR. RUFTY:

Page 327

1            Object to form.
2        THE WITNESS:
3            As far as affecting the
4    trajectory?  No, because I -- if I had
5    of, I wouldn't have wound up over on the
6    west bank, banged up against those
7    dolphins, you know.  So in my attempt to
8    push him around, it wasn't going to push
9    that bow -- that stern back to the dock.
10   I didn't -- it -- it had no effect, as I
11   can see.
12       MR. ALTMYER:
13           Would now be a good time for
14   just a small break?
15       MR. RUFTY:
16           Sure.
17       MR. ALTMYER:
18           Because I'm going to show him
19   the videos and I just want to set it up
20   real quick.
21       MR. RUFTY:
22           Sure.
23       THE VIDEOGRAPHER:
24           We're off the record.
25       (4:57 p.m.)

| UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA/MORGAN CITY |
|---|
| **MARINE SAFETY INFORMATION BULLETIN** |
| MSIB 074-20                                                            Date: October 27th, 2020 |

## SET MODIFIED PORT CONDITION ZULU

**Port Condition:** At 0200 local time, October 28, 2020, the Captain of the Port (COTP) Houma will set a modified Port Condition ZULU for the COTP Zone in preparation for Tropical Storm ZETA. In accordance with the MSU Houma Severe Weather Plan, Port Condition ZULU is set when gale force winds are predicted to arrive within 12 hours.

**Key Weather Message:** Hurricane conditions, life-threatening storm surge, and heavy rainfall are expected from Tropical Storm ZETA along portions of the Gulf Coast through Thursday. Hurricane and Storm Surge Warnings have been issued. Interests in these areas should follow any advice given by local government officials.

**Port Waterway Status:**

The COTP has closed the Louisiana Offshore Oil Port (LOOP), Port Fourchon, and Port of Terrebonne. The Gulf Intracoastal Waterway (GIWW) is closed between Mile Marker 20 – Mile Marker 80. The Houma Navigation Canal is closed to all traffic. All other areas within the COTP Houma zone remain in Port Condition YANKEE with the possibility of going to Port Condition ZULU if there are changes in the gale force wind forecast.

Vessels outside of these areas may transit as needed. This includes GIWW Mile Marker 80 – 191, the Eugene Island Sea Buoy through Atchafalaya River Mile Marker 45, the Port Allen Alternate Route from Mile Marker 00 – 30, the Ports of Morgan City and Amelia, Bayou Chene, and further areas westward. Vessels are not authorized to travel eastbound of Mile Marker 80 of the GIWW.

The Berwick/Morgan City Railroad Bridge located in Morgan City, LA will close to all traffic should winds reach 30mph sustained.

The Bayou Beouf and Berwick Locks located in Morgan City, LA do not currently plan to close, but will secure all vessel traffic if conditions change and the COTP Zone goes to Port Condition Zulu for their respective waterways.

The COTP has ordered the enforcement of the Vessel Traffic Service Berwick Bay under 33CFR161.40. All vessels in the vicinity of Morgan City and VTS Berwick Bay should expect closure of the area once winds reach 35kts sustained. Under no circumstances may vessels transit the Berwick Bay Vessel Traffic Zone. Vessels failing to comply with this order may be subject to a civil penalty in the amount of up to $90,063.

This information, as well as other important hurricane-related information, will be relayed to the maritime community through Marine Safety Information Bulletins and Safety Broadcast Notice to Mariners.

**Vessels and Facilities:**

The following precautionary measures are provided for your consideration. All v[essels are] strongly urged to implement these measures:

EXHIBIT 69

MSIB 074-20                                                                                     Date: October 27th, 2020

- Secure missile hazards and clear nonessential equipment and loose gear.
- Secure/remove hazardous materials or cargoes to a safe location, especially drums.
- Oil transfer terminals not engaged in transfer operations should drain all loading arms and hoses of product, blank off hoses, and empty/clean small discharge containment.
- Mooring lines doubled up with due consideration given to the effects of predicted storm surge.
- If moored, outboard anchor rigged at a short stay.
- Ensure sufficient number of officers and crew onboard to tend mooring lines, and/or get underway.
- Vessel ballasted to ensure maximum safety.
- All side ports, hatches, portholes, and other openings are closed and secured.
- All firefighting equipment is ready for immediate use.
- A continuous radio watch maintained on Channel 16 and 67 VHF-FM.
- If at anchorage, at least two anchors set.
- If at anchorage, vessels should remain ready to get underway within 15 minutes.
- Spare mooring lines and/or wires should be readily available.

Cargo and fueling operations are suspended, including bunkering and lightering. Waivers may be granted unless Cargo of Particular Hazard of Certain Dangerous Cargo is involved.

You are strongly encouraged to review your existing hurricane plan or develop a plan if you do not have one. It is extremely important to decide in advance how to minimize your risk and be prepared to evacuate, if necessary.

**Post Storm Considerations:** Once the storm passes, the U. S. Coast Guard will be focused on search and rescue, port security, pollution response and the restoration of commercial operations. Should the port be closed, before reopening the port, COTP Houma must consider the possibility of shoaling and other navigational hazards, the status of aids to navigation, the status of port security and the readiness of port infrastructure to receive vessels. Based on these factors, COTP Houma will work closely with entities to determine the ability to resume operations and the priority for reopening waterways.

For a current list of MSIBs in the COTP Houma Zone visit: https://homeport.uscg.mil/port-directory/Houma under "Safety notifications."

Marine Safety Unit Houma Officer of the Day: (985) 665-2437
Marine Safety Unit Morgan City Officer of the Day: (985) 397-3300
Vessel Traffic Center Berwick Bay: (985) 380-5374 / (985) 380-5320
Coast Guard District Eight Bridges: (504) 671-2128
National Response Center (24 Hour): 1-800-424-8802

*J. W. Russell*
**J. W. Russell**
Captain, U.S. Coast Guard
**Captain of the Port**
**Houma, Louisiana**

2