Transcript of the Testimony of

# CHARLES GRANTHAM

March 27, 2024

ALLCOAST, LLC v. SHORE OFFSHORE, ET AL



P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

**Exhibit 8**

```
 1            we take about five minutes and then you
 2            can start?
 3            MR. DEMOSTHENIDY:
 4                  That's fine.
 5            THE VIDEOGRAPHER:
 6                  Going off the record.  The time is
 7            12:04.
 8       (A short recess was taken.)
 9            THE VIDEOGRAPHER:
10                  Back on the record.  The time is now
11            12:18.
12   CROSS-EXAMINATION BY MR. DEMOSTHENIDY:
13            Q.    Mr. Grantham, my name is
14   Laurent Demosthenidy.  I represent Weeks Marine.
15   Week Marine owned the dredge that you testified
16   about a little earlier, okay?
17            A.    Yes, sir.
18            Q.    So I want to talk a little bit about
19   your testimony about that dredge, okay?
20            A.    All right.
21            Q.    You mentioned that the THOR rubbed
22   up against a crew boat or some kind of little
23   vessel that was up against the dredge, right?
24            A.    Yes, sir.
25            Q.    Okay.  Did the dredge do anything to
```

```
 1   cause the contact with the THOR that happened?
 2        A.    No, sir, not that I know of.
 3        Q.    When the THOR made contact with the
 4   dredge and that crew boat, did it push the dredge
 5   out of its position?
 6        MS. BLANQUE:
 7             Object to form.
 8        THE WITNESS:
 9             I do not know, no, sir.  I don't
10        know that.
11   BY MR. DEMOSTHENIDY:
12        Q.    Okay.  You didn't see whether or not
13   the dredge moved after being impacted by the
14   THOR?
15        A.    No, sir.
16        MS. BLANQUE:
17             Object to form.  Go ahead.
18   BY MR. DEMOSTHENIDY:
19        Q.    Did you see any of the dredge's
20   lines break --
21        A.    No, sir.
22        Q.    Okay.  After the THOR made contact
23   with the dredge?
24        MS. BLANQUE:
25             Object to form.  Go ahead.
```



1      Q.   Okay.  All right.  After that
2  contact with the crew boat, the THOR continued in
3  the same direction of the channel, the bayou,
4  right?
5      A.   Yes, sir.
6      Q.   And after that contact, eventually
7  did you see either the dredge or any of the other
8  vessels around the dredge touch the lift boat
9  that was also further up the channel?
10     A.   No, sir.
11     Q.   Okay.  So you didn't see anything
12  that happened with the dredge after the THOR made
13  contact with that crew boat; is that right?
14     A.   Yes, sir.  I didn't --
15     Q.   All right.
16     A.   -- see nothing.
17     Q.   All right.
18     A.   You couldn't see nothing.  Only way
19  we seen the dredge, we was next to it.
20     Q.   That's because the visibility was
21  bad?
22     A.   Sir?
23     Q.   Is that because the visibility was
24  bad?
25     A.   Yes, sir.