**RESPONSE TO THOR PLAINTIFFS' REPORTS BY CAPT. DALEY**

*ALL COAST, LLC* \*
*VERSUS*
*SHORE OFFSHORE SERVICES, LLC;*
*MODERN AMERICAN RAILROAD SERVICES, LLC; and*
*MARTIN ENERGY SERVICES, LLC*
in the United States District Court,
Eastern District of Louisiana
CIVIL ACTION NO. 21-258 Lead Case,
c/w 21-337, 21-464, 21-822, 21-1968
21-1969, 21-1981, 21-1982, 21-2075 and 21-2227
Honorable Jay C. Zainey, Presiding Judge
Magistrate Eva J. Dossier



Captain Gregory C. Daley

International Maritime Consultancy, LLC
2701 Johnston Street, Suite 306
Lafayette, LA 70503

(337) 280-0100

17 January 2025

**Exhibit 9**

**OPINION 16 – Dredge Ellefsen**

Based on the information reviewed as of 17 January 2025

In my opinion, Dredge Ellefsen and its flotilla of vessels and equipment were moored on the east side of the bayou in such a way as to block the channel in Bayou Lafourche for traffic transiting upbound and downbound. Had the dredge followed its Hurricane Plan storing equipment in the designated lay down area and anchoring in the shallows of the west bank, DB THOR would have had more room to pass the dredge on the east side without colliding with it.

**Analysis**

### Mission of the Dredge Ellefson

Prior to Hurricane Zeta, Dredge Ellefsen was working offshore a few miles west of Port Fourchon on the Terrebonne Basin Barrier Island and Beach Nourishment/West Belle Headland Restoration Project for the State of Louisiana Coastal Protection and Restoration Authority.[19]

When Capt. Goodwin of the Dredge Ellefsen learned from his weather service, GeoStorm, that Hurricane Zeta was headed towards the dredge, he chose Bayou Lafourche as the safe harbor for the dredge, which was the same safe harbor decision DB THOR made. "Essentially, we towed the dredge in to Fourchon and anchored up."[20]

### Weeks Hurricane Plan

Weeks Marine created a Hurricane Plan specifically for this project. See *Appendix 3 – Weeks Hurricane Plan.* The three designated safe harbors designated in the plan were (1) the Laydown Yard in Old Bayou Lafourche near 820 AO Rappelet Road, Fourchon, (2) Bayou Lafourche just North of Port Fourchon, and (3) the Houma Navigation Canal Area.

The Laydown Yard was for the removal of beach equipment. On page 15 the Hurricane Plan states, "All equipment removed from the project site shall be staged at the laydown yard or trucked to our Houma yard as determined by Project Management." Goodwin

---

[19] Goodwin Deposition, p. 33
[20] Goodwin Deposition, p 39

vaguely states in his deposition, p. 44, "It's just shore equipment and stuff moved to Houma and stuff like that. I mean, some of it was moved and some of it wasn't."

Weeks' Hurricane Plan specifically calls out that the dredge and vessels are to "set up anchors for mooring along the left ascending bank".[21] However, they setup on the opposite bank contrary to the Hurricane Plan.

### Dredge Ellefson's "Safe Harbor" Location Variance

The dredge, the assist vessels, and associated equipment began rigging down[22] at 1045 on the 26th and were towed in from offshore and anchored on the east side of the bayou instead of the west side of the bayou as called out in the Weeks Hurricane Plan. See *Figure 19 – Mooring Configuration of Dredge Ellefsen and equipment.*



*Figure 19 – Mooring Configuration of Dredge Ellefsen and equipment.[23]*

---

[21] Weeks Hurricane Plan, p. 14
[22] Goodwin Deposition, p. 48
[23] Goodwin Deposition, Exhibit 322

There were discharge lines, vessels, buoyed lines and other equipment secured between the dredge and the east bank of the bayou. The red box in Figure 20 - Chartlet Indicating Weeks' Safe Harbor Area indicates the extent of the area occupied by the dredge and its vessels and equipment during the hurricane. Note that the red area covers the entire navigable part of the bayou (except for small boats), effectively block all upbound and downbound traffic from transiting the bayou.



*Figure 20 - Chartlet Indicating Weeks' Safe Harbor Area*

The dredge occupying the center of the bayou is confirmed by its AIS transmission. See *Figure 21 - AIS Display of Position of Dredge Ellefsen Anchorage,* which was Exhibit 324 in the deposition of Goodwin.



*Figure 21 - AIS Display of Position of Dredge Ellefsen Anchorage*

When the chartlet is superimposed on the AIS depictions, one can see that the dredge and equipment blocked the bayou both upbound and downbound for all but the smallest of boats. See *Figure 22 - Overlay of AIS Position of Dredge Anchorage on Chartlet*. The size of the two vessels MV Candace and MV Trent Joseph are not to scale due to their operators not entering the size of the vessels into their respective AIS units. They protruded further in the bayou toward the west bank than depicted.



*Figure 22 - Overlay of AIS Position of Dredge Anchorage on Chartlet*

Capt. Goodwin stated he was sure they were out of the channel in his deposition p.183:

```
19 Q You said you marked the buoys, just
20 a second ago, in response to some questions.
21 What do you mean by that?
```

```
22 A  Well, you had the tug actually go
23 run up alongside the buoy and check them to
24 make sure they weren't in the channel.
```

There were no channel buoys marking the edges of the channel.  Capt. Goodwin did not state how the tug ascertained that they were not in the channel.  The electronic evidence shows they were blocking the channel.

### CFR §83.09 (g)

Dredge Ellefsen and its flotilla was in violation of CFR §83.09:

```
§83.09 Narrow channels (Rule 9).
(g) Any vessel shall, if the circumstances of the case
admit, avoid anchoring in a narrow channel.
```

### Width of the Bayou

There was some discussion regarding the width of the bayou at this location.[24]  The width at the widest point is about 1100 feet and at the narrowest is about 900 feet.[25]  The dredge and equipment occupied over half of the width including all of the navigable water.  Note the inlet on the west bank (left side of the figure).  This could have been used to anchor some of the smaller barges and vessel or floats to prevent blockage of the navigable waterway.

---

[24] Goodwin Deposition, pp. 63, 64
[25] Google Earth

**Consequences of Hurricane Plan Variance**

When asked why they anchored on the east bank rather than the west bank Capt. Goodwin said that there was more shallow water on the east than on the west.[27]

```
20 A But we always went to the east
21 side. I don't know why they would have -- why
22 they put the west on there or the left side.
23 Q Do you know why you always went to
24 the east side even though it says to go to the
25 west side?1 A Like I said before, there's more
2 room over there. The channel runs kind of
3 close to the west bank and there's not a lot
4 of room.
```

However, this is incorrect. *Figure 22 - Overlay of AIS Position of Dredge Anchorage on Chartlet* shows that there is significantly more shallow water on the west bank suitable for anchoring. The west bank was in the Hurricane Plan for a valid reason and the plan should have been followed.

Had Weeks Marine followed their Hurricane Plan, there would have been less equipment in the dredge anchorage and the dredge could have anchored much closer to the west side of the bayou. Tis would have provided passage for the DB THOR on the East side to proceed up bayou without colliding with the dredge.

Note that DB THOR moored in area oof Martin Dock 16 that was designated for mooring. See *Figure 7 - Lease Plat of Martin Dock 16*. DB THOR was not in the middle of the bayou and was not blocking transiting traffic.

---

[27] Goodwin Deposition, pp. 63, 64