

# EXPERT OPINION

| File Reference | OXG-25-0006-03 |
|---|---|
| Inspection of | All Coast LLC vs Shore Offshore Services, LLC et al |
| Date of Report | April 10, 2025 |
| Requested by | Laurent J. Demosthenidy, Esq. |
| Date Appointed | January 23, 2025 |
| Inspection for | Interest of Vessel Owner |
| Voyage Number | - |
| Prepared by | Sanjeev Kumar Gupta |



# Exhibit 10

+1-504-500-0302 (24 Hours)     www.OceanExGlobal.com



Hence, for a mooring rope to be quadrupled, a vessel must pass four (4) mooring lines from the vessel, commencing from the same origin onboard and then placed on the same bollard on the dock.

As seen in Photo 2 above, failure of the vessel's single mooring wire will render the mooring line ineffective. We find Capt. Daley's explanation and opinions contradict the recommended mooring guidance and principles and are considered moot.

### 2.3 Capt. Daley Disregards the Bend Ratio of Steel Wire

In our expert report dated August 24, 2024, under Section 6, we explained the D/d Bend Ratio of wire rope in detail.

As on records, our detailed inspection onboard (post incident) confirmed a total oversight and neglect by the THOR's crew to effectively moor the vessel using the steel wire rope on the stbd stern. The only steel wire rope used to secure the vessel's stern (as the stern was exposed to the incoming storm surge) and seen in Photo 2 above was passed across the snatch block, which reduced the recommended D/d bend ratio under 10, as opposed to a minimum of 15.

This oversight in mooring led to the "pinch effect" of steel wire rope and the catastrophic failure of the only stern mooring line under storm surge, which then cascaded the vessel's breakaway.

### 3. Opinion 13 – Decision to Not Use the Storm Anchor

Capt. Daley, in Figure 18 of his report, refers to *"....NOAA Chart 11346 Port Fourchon & Approaches, which is the navigational chart for Port Fourchon, updated to 7/5/23...."*, to highlight the concerns of underwater pipeline area, and justify the prudent actions of THOR not to use storm anchors while the vessel was sheltered at Martin Dock 19, Port Fourchon.

We refer to Appendix B of our expert report dated August 2, 2024. Refer to Figure 2 below, where we have reproduced a section from the (Appendix B of our report) certified NOAA navigational chart 11346- *Port Fourchon and Approaches*, updated to 12/30/2023, identifying the underwater obstructions and pipelines to caution mariners.

File Reference: **OXG-25-0006-03**

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

Rev: OXG/R-1-2025

Page **11** of **29**

OceanEx Global LLC

🖥 www.OceanExGlobal.com
✉ ops@oceanexglobal.com



Figure 2: Extracted from NOAA Chart 11346 – No pipeline or underwater obstruction at Dock # 16

We refer to Figure 2 above. As evident, Capt. Daley's report presents partial and incomplete information, with a selective section reproduced from NOAA chart 11346. As evident, Martin Dock # 16 was far up-channel, where no underwater pipeline was identified. With the incoming and known storm surge pushing the vessel up the channel, THOR couldn't have drifted down the channel.

Contrary to Capt. Daley's understanding, during his deposition (Page 246, line 7 ~ 11), Terry Joe Douglas, the Superintendent onboard THOR, stated that once the THOR was adrift and picked up speed after the breakaway on October 28, 2020, it precluded the crew from dropping the storm anchor.

As the name suggests, "storm anchors" were designed for a purpose. If deployed in time, they would have ensured that THOR would not have drifted away uncontrollably after the breakaway.

### 4. Opinion 15 – Licensed Mariners

Capt. Daley's expert report (pages 62 and 63) mentions that the crew onboard THOR were offshore construction workers, not mariners, and hence, THOR relied on licensed mariners to handle the maritime aspect and day-to-day activities.

Capt. Daley states that the crew of THOR considered towing and running the barge's anchors routine activities but that maintaining the mooring during a hurricane was not a routine task. Hence, THOR relied on the licensed mariners of "CROSBY ENDEAVOR", which the non-mariners of the barge could not perform.

File Reference: **OXG-25-0006-03**

☎ +1-504-500-0302 (24 hours)
🖨 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

Rev: OXG/R-1-2025

**OceanEx Global LLC**

💻 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Page **12** of **29**

Contrary to Capt. Daley's representation in his report, the senior management and the superintendent on the THOR were aware of the weather service's projection that Hurricane Zeta had a 90% chance of becoming a Category 1 hurricane[12].

### 4.1 Action by Crew of THOR

At 0100 hours on October 27, 2020, THOR was moored starboard side alongside Dock # 16, Martin Energy, Port of Fourchon, when the MSIB promulgated Port Condition was X-RAY, and later, on the same day, the Port Condition was set to YANKEE.

In addition to the initial mooring, which was completed using the soft fiber ropes, a review of THOR Bates 00004717 through 00004719 confirms:

a) At 0945 hours on October 27, 2020, the starboard stern anchor cable was moored to the dock bollard using a 2" diameter, 5,000-long steel wire rope mounted on a dedicated hydraulically operated mooring drum.
b) At 1620 hours on October 27, 2020, the starboard bow breast anchor cable was moored to the dock bollard using a 2" diameter, 5,000-long steel wire rope mounted on a dedicated hydraulically operated mooring drum.

As evident, the crew and Superintendent of THOR supervised the entire operation of mooring and securing the vessel to the dock. There is no evidence, transcripts of depositions, executed contracts, or written records that confirm that THOR had employed the services of CROSBY ENDEAVOR to plan, propose, and supervise the mooring of THOR in anticipation of an approaching hurricane Zeta.

As mentioned in various depositions, THOR relied on and followed its own Hurricane Plan to moor the vessel during the hurricane.

File Reference: **OXG-25-0006-03**

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

Rev: OXG/R-1-2025

Page **13** of **29**

**OceanEx Global LLC**

💻 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

## 5. Opinion 16 – Incorrect Anchoring of Dredge ELLEFSEN

Capt. Daley opined that during Hurricane Zeta, the dredge EW ELLEFSEN was sheltered and incorrectly anchored on the East bank of the Bayou Lafourche, blocking the navigation of other vessels. Hence, it should have anchored and sheltered on the West bank of the bayou.

Capt. Daley, without any tenable explanation and hydrodynamic/hull form and weather data analysis, further opines that if the EW ELLEFSEN was anchored on the West bank of the Bayou Lafourche, then the uncontrollably adrift THOR, with no means of onboard propulsion and without escort tugboats could have navigated towards the East bank and continued its up-channel transit without alliding with EW ELLEFSEN.

Using various credible data sets and information below, we have provided various self-explanatory evidence and details.

### 5.1 Approach to Shelter Anchorage – EW ELLEFSEN

Using advanced data analysis software, below, we have provided a detailed navigational approach of EW ELLEFSEN to anchor on the East bank of the Bayou Lafourche.

We have utilized the following advanced software, which pools navigational data from the vessel's AIS[13] transponder and from the GPS[14] signal derived from the vessel's satellite-based communication equipment. The following software, which is a subscription-based service, was used for enhanced assessment:

a) Shiptracks: Uses AIS transponder data from the vessel and utilizes archived ENC[15] charts.
b) Made Smart Group (MSG): A versatile AIS and GPS-based advanced incident reconstruction software. Utilizes paid and licensed versions of a worldwide folio of the latest ECDIS[16] navigational charts issued by IHO[17].

---

[12]Deposition Terry Joe Douglas: Page 99, line 15 ~ 19
[13]AIS: Automatic Identification System
[14]AIS: Global Positioning System
[15]ENC: Electronic Navigation Chart
[16]ECDIS: Electronic Chart Display Information System (used for navigation using electronic charts)
[17]IHO: International Hydrographic Organization

File Reference: **OXG-25-0006-03**   **OceanEx Global LLC**
☎ +1-504-500-0302 (24 hours)   www.OceanExGlobal.com
+1-504-500-0331 (Fax)   ops@oceanexglobal.com
+1-504-508-1451
Rev: OXG/R-1-2025   Page **14** of 29



5.1.1 Reconstruction using MSG Data



Figure 3: Data at 14:55:13 hours on October 26, 2020: EW ELLESEN with the draft of 3.81 meters/12.50 feet approaching anchorage to shelter with escort tugboats. ECDIS data defines the depth gradient in meters in the Bayou Lafourche.

File Reference: **OXG-25-0014-03**

+1-504-500-0302 (24 hours)
+1-504-500-0331 (Fax)
+1-504-508-1451

Rev: OXG/R-1-2025

**OceanEx Global LLC**
www.OceanExGlobal.com
ops@oceanexglobal.com

Page **15** of **29**

As seen in Figure 4 below, EW ELLEFSEN, with a draft of 3.81 meters, is anchored in a suitable depth of water, within the bayou, towards the East bank, maintaining distance from the nearest depth gradient line known as depth contours (annotated in the data below).



Figure 4: MSG Data at 15:25:13 hours on October 26, 2020: EW ELLESEN maintains a lateral distance of 14.2 meters from the gradient line towards the East bank to prevent grounding and 50.2 meters towards the gradient line towards the West bank of the bayou

File Reference: **OXG-25-0014-03**　　　　　　　　　　　　　　　　**OceanEx Global LLC**

☏ +1-504-500-0302 (24 hours)　　　　　　　　　　　www.OceanExGlobal.com
📠 +1-504-500-0331 (Fax)　　　　　　　　　　　　　ops@oceanexglobal.com
📱 +1-504-508-1451

Rev: OXG/R-1-2025　　　　　　　　　　　　　　　　　　　　　　　Page **16** of **29**

Figure 5 below: EW ELLEFSEN settled at anchorage in suitable depth, and other vessels "STING RAY," "GROUPER," and "HERRING" also anchored towards the customary East bank of the bayou, though at a 1.8-meter depth contour due to their shallow drafts.



Figure 5: MSG Data at 02:13:54 hours on October 27, 2020: EW ELLESEN maintains position with escort tugboats in the bayou with other vessels anchored towards the East bank of the bayou for taking shelter from hurricane Zeta

File Reference: **OXG-25-0014-03**

📞 +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

Rev: OXG/R-1-2025

**OceanEx Global LLC**
🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Page **17** of **29**

### 5.2 EW ELLEFSEN Blocking Navigational Channel

Without any evidence or supporting evidence, Capt. Daley has made an unfounded allegation that EW ELLEFSEN was anchored in a location (towards the East bank) and hence was blocking the navigational channel in the Bayou Lafourche.

We refer to Table 1 below, where, using the satellite data from MSG software, we have populated the details of all the vessels (fitted with AIS transponder and/or satellite communication sets) that safely passed abeam of EW ELLEFSEN towards the West bank of the Bayou Lafourche.

| S No | Date | Time | Name of the Vessel | MMSI Number | Length in feet |
|---|---|---|---|---|---|
| 1 | October 26, 2020 | 20:43 | GOL TYRANT | 367493760 | 140.60 |
| 2 | | 21:01 | SPENCER PHILIP | 367390890 | 150.40 |
| 3 | | 21:05 | JAMES D | 367761880 | 45.00 |
| 4 | | 23:07 | TIM TAUZIN | 367001310 | 52.00 |
| 5 | | 23:12 | MARINER | 367696990 | 50.60 |
| 6 | October 27, 2020 | 02:33 | WATEREE | 367455610 | 147.30 |
| 7 | | 02:39 | MS. MEGAN | 367339130 | 150.40 |
| 8 | | 03:33 | RAM XII (shown as RAO) | 366964516 | 106.80 |
| 9 | | 03:40 | BRITTANY LYNN | 367618760 | 49.70 |
| 10 | | 08:49 | RAM XIV | 366837910 | 106.80 |
| 11 | | 08:57 | MISSISSIPPI IV | 367495070 | 86.50 |
| 12 | | 10:18 | ST. MARTIN VI | 367729340 | 78.00 |
| 13 | | 10:28 | WHISKEY GIRL | 367632120 | 50.30 |
| 14 | | 10:37 | REHAB | 338054648 | 29.00 |
| 15 | | 11:01 | ODYSSEA DEFENDER | 367387930 | 180.00 |
| 16 | | 11:38 | KATHLEEN | 366935020 | 62.00 |
| 17 | | 11:41 | DIAMOND LUGGER | 367591760 | 62.50 |
| 18 | | 12:12 | SHELBY COURTNEY | 367135890 | 112.20 |
| 19 | | 13:57 | JAMES D | 367761880 | 45.00 |
| 20 | | 16:17 | NRC ENERGY | 366906460 | 100.80 |

Table 1: Details of vessels that passed abeam to EW ELLEFSEN while it was sheltered at the anchorage on the East bank of the Bayou Lafourche

Refer to Enclosure 1 of this report, where, using the listing in Table 1 above, we have produced evidence of the above-mentioned vessel's passing abeam to EW ELLEFSEN at the anchorage (the data is sourced from MSG software).

File Reference: **OXG-25-0014-03**

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

OceanEx Global LLC

🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Page 18 of 29

Rev: OXG/R-1-2025

### 5.2.1 Using Google Earth Image

Using the Google Earth image, it is evident that vessels with deeper drafts routinely anchored on the East bank, where EW ELLEFSEN was anchored to shelter from Hurricane Zeta.

Refer to Enclosure 2 of this report, where, using the Google Earth imagery software, we have produced evidence that various larger vessels were routinely anchored on the East bank of the Bayou Lafourche and vessels with shallower drafts have anchored in shallow waters of the West bank of the bayou.

### 5.3 Incorrect Representation

Capt. Daley's report includes Figure 20, where he has reproduced a section of an unidentified navigational chart (which we reasonably opine is a section from *NOAA Chart 11346 Port Fourchon & Approaches)*, and has marked an area (in red color box) and alleges:

"*….The red box in Figure 20 - Chartlet Indicating Weeks' Safe Harbor Area indicates the extent of the area occupied by the dredge and its vessels and equipment during the hurricane. Note that the red area covers the entire navigable part of the bayou….*"

Refer to Figure 6 below, extracted from Capt. Daley's report:



Figure 6: Extracted from Capt. Daley's Report (Page 66, Figure 20) – Red box annotated by Capt. Daley

We refer to Figure 4, Figure 5, Table 1, and Enclosure 1 of this report. Using credible information and accurate satellite data, we have established that the vessel was anchored appropriately, commensurate to the designed draft of EW ELLEFSEN and the available depth of the Lafourche North channel (a safe harbor as per Week's Hurricane Plan).

File Reference: **OXG-25-0014-03**

☏ +1-504-500-0302 (24 hours)
🖨 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

Rev: OXG/R-1-2025

Page 19 of 29

**OceanEx Global LLC**

🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

As on records above, since the EW ELLESEN's arrival at the safe harbor anchorage at 1455 hours on October 26, 2020 (Refer to Figure 3 above) till 1617 hours on October 27, 2020, various vessels up to 180 feet in length, passed abeam, without any concerns or risks.

Enclosure 2 of this report unequivocally confirms that, as customary, larger vessels with deeper drafts could anchor only towards the East bank or the right ascending bank of the Bayou Lafourche, with deeper waters.

Capt. Daley's representation and opinions (as shown in Figure 6 above) are flawed and incorrect.

### 5.3.1 Incorrect Representation of AIS Data

We refer to Figure 21 of Capt. Daley's report (on page 67), which is identified as *"AIS Display of Position of Dredge Ellefsen Anchorage"*. This AIS data is extracted from Capt. Daley's report is reproduced below in Figure 7.



Figure 7: Extracted from Capt. Daley's Report (Page 67, Figure 21)

Capt. Daley's report fails to identify the source of this AIS data (it was identified as an Exhibit 324 of the deposition of Goodwin).

However, we are aware of the data source in Figure 7 above. This data is sourced from Port Vision (www.360.portvision.com), a paid AIS-based maritime vessel position and incident tracking software. We have used this software since 2018 and hold a valid paid subscription.

File Reference: **OXG-25-0014-03**

☎ +1-504-500-0302 (24 hours)
🖨 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

OceanEx Global LLC

💻 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Page 20 of 29

Rev: OXG/R-1-2025



Enclosure 2
Reference: OXG-25-0006-03

Data reproduced from Google Earth satellite imagery software.



Google Earth Data on November 14, 2012

☎ +1-504-500-0302 (24 hours)　　　　　　　　　　**OceanEx Global LLC**
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451　　　　　　　　　　　　　　🌐 www.OceanExGlobal.com
　　　　　　　　　　　　　　　　　　　　　　　　✉ ops@oceanexglobal.com



Google Earth Data on January 25, 2015

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**

🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025         Page **2** of **8**




Google Earth Data on December 2, 2018

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**
🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025              Page **3** of **8**





Google Earth Data on March 20, 2019

☎ +1-504-500-0302 (24 hours)
🖨 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**

🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025                Page **4** of **8**



Google Earth Data on September 14, 2019

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

OceanEx Global LLC
www.OceanExGlobal.com
ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025            Page **5** of **8**



**Enclosure 2**
Reference: OXG-25-0006-03



Google Earth Data on January 4, 2020

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**

🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com



Google Earth Data on September 10, 2021

☏ +1-504-500-0302 (24 hours)
🖷 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**
🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025

Page **7** of **8**



Google Earth Data on February 12, 2022

☎ +1-504-500-0302 (24 hours)
📠 +1-504-500-0331 (Fax)
📱 +1-504-508-1451

**OceanEx Global LLC**
🌐 www.OceanExGlobal.com
✉ ops@oceanexglobal.com

Rev: OXG/F/Encl-1-2025    Page **8** of **8**