# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALL COAST, LLC** | * | **CIVIL ACTION NO. 21-258 (LEAD),** c/w 21-337, 21-464, 21-822, 21-1968, |
| **VERSUS** | * | **21-1969, 21-1982, 21-2075, 21-2227** |
| **SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, LLC; and MARTIN ENERGY SERVICES, LLC** | * | **SECTION A(3)** |
| | | **DISTRICT JUDGE JAY C. ZAINEY** |
| | * | |
| | | **MAG. JUDGE EVA DOSSIER** |
| | * | |
| | | **APPLIES TO ALL CASES** |

\* \* \* \* \* \* \* \* \*

## WEEKS MARINE, INC.'S
## STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 56.1, Weeks Marine, Inc. provides the following statement of undisputed material facts in connection with its motion for partial summary judgment.

1. The THOR is a massive offshore derrick barge—370 by 140 feet.[1] It lacks any means of self-propulsion or steering and, accordingly, must be maneuvered by assist tugs.[2] Without one or more assist tugs, the THOR is essentially a "dead ship."[3]

2. Prior to Hurricane Zeta, the THOR was working in the Gulf of Mexico. As the hurricane was forming, the THOR's owners engaged Crosby Tugs, LLC and/or Crosby Marine Transportation, LLC to tow the barge to Port Fourchon.[4] On October 26, 2020, the THOR's crew moored her at the Martin Energy Services, LLC dock in Port Fourchon, on the east bank of (and at the mouth of) Bayou Lafourche.[5]

3. The THOR was moored with its starboard side against the dock; later, the Crosby

---

[1] Exh. 1, Joe Douglass depo., p. 306.

[2] Exh. 2, Dustin Lowe depo., p. 187 (the THOR is non-self-propelled); Exh. 3, Darren Walker depo., p. 177 (same); Exh. 1, Douglas depo., pp. 469, 480, 518 (assist tugs are a lifeline to the dead barge); Exh. 4, Brian Cloyd depo., p. 495 (tugs are responsible for the THOR's navigable movements).

[3] Exh. 1, Douglas depo., p. 480; *see also id.* at pp. 198–99.

[4] Exh. 5, Cpt. Daley report (July 2024), pp. 11, 15.

[5] Exh. 1, Douglas depo., p. 136; Exh. 5, Cpt. Daley report (July 2024), pp. 27, 32, 34.

        assist tug M/V ENDEAVOR was made up alongside the THOR's port side.[6]

4. When Zeta approached, the Weeks Marine's E.W. ELLEFSEN was engaged in a dredging and restoration project near Timbalier Bay. It also took shelter in Bayou Lafourche, on the east bank, and just north of the THOR's location.[7]

5. The ELLEFSEN was secured by three anchors, its massive cutter head (which was lowered into the bed), and three tugs: the M/V SEA CYPRESS, the M/V TRENT JOSEPH, and the M/V CANDACE. Other accompanying vessels were moored / anchored nearby.[8]

6. On October 27, the day before the hurricane made landfall, dangerous storm conditions were expected in Bayou Lafourche; authorities closed the port to all vessel traffic, prohibiting navigation up into and down out of the bayou.[9]

7. At least 20 vessels safely transited the bayou past the E.W. ELLEFSEN in the days between the dredge anchoring and the closure of the port.[10]

8. Hurricane Zeta made landfall the afternoon of October 28.[11]

9. Around 4 p.m., the THOR's mooring lines and several of Martin's bollards failed, and the THOR broke away from the Martin dock.[12]

10. The lines connecting the THOR to the Crosby ENDEAVOR soon parted.[13] At that point, the THOR was free drifting on its own in the winds and current.[14]

11. Initially, the THOR crossed to the west bank of Bayou Lafourche, where it struck

---

[6] Exh. 1, Douglas depo., p. 175; Exh. 5, Cpt. Daley report (July 2024), pp. 32, 34.

[7] *See*, *e.g.*, Exh. 6, Charles Goodwin depo., pp. 61–62.

[8] Exh. 6, Goodwin depo., pp. 53–54 & depo. exhibit 322 (diagram of the mooring arrangement).

[9] Exh. 7, Walter Everett, Jr. depo., pp. 242–43 & depo. exhibit 69; *see also*, *e.g.*, Exh. 6, Goodwin depo., pp. 31–32 & depo. exhibit 320, WM00020 (note on 10/29/20).

[10] Exh. 10, Cpt. Gupta report (Apr. 2025), pp. 11–20 & Enclosure 2 to Cpt. Gupta's report.

[11] Exh. 5, Cpt. Daley report (July 2024), p. 15.

[12] Exh. 1, Douglas depo., p. 254; Exh. 5, Cpt. Daley report (July 2024), p. 15.

[13] Exh. 1, Douglas depo., p. 234.

[14] Exh. 4, Cloyd depo., p. 545 & depo. exhibit 55 (OII-000093); Exh. 3, Walker depo., p. 60; Exh. 1, Douglas depo., p. 448; Exh. 7, Everett depo., pp. 326–27.

C-Port dolphins and an offshore supply ship called the HARVEY SEAS.[15]

12. The THOR then spun up the bayou on that side and hit other vessels.[16]

13. Later, the THOR flipped around and drifted back to the east bank where it struck the ELLEFSEN and accompanying vessels.[17]

14. After hitting the ELLEFSEN and accompanying vessels, the THOR rotated around to the west side of those vessels and pushed them up the bayou into another grouping of vessels including the M/V STINGRAY and M/V GROUPER.[18] The ELLEFSEN came to rest there.[19]

15. The THOR, however, continued further up the bayou, where it eventually ran aground.[20]

Respectfully submitted,

s/ Anders F. Holmgren
Harold J. Flanagan (#24091)
Laurent J. Demosthenidy (#30473)
Anders F. Holmgren (#34597)
Dennis O. Durocher, Jr. (#36441)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

*Attorneys for Weeks Marine, Inc.*

---

[15] Exh. 1, Douglas depo., pp. 239–40; Exh. 4, Cloyd depo., p. 513; Exh. 4, Cloyd depo., pp. 505–08 & depo. exhibit 51 (video depicting the THOR breaking away, crossing the bayou, and striking dolphins and the HARVEY SEAS followed by the MR. COLBY and other vessels).

[16] Exh. 4, Cloyd depo., pp. 505–08 & depo. exhibit 51.

[17] Exh. 1, Douglas depo., p. 448; Exh. 6, Goodwin depo., p. 62; *id.* at p. 102.

[18] Exh. 6, Goodwin depo., pp. 149–50.

[19] Exh. 6, Goodwin depo., pp. 11–12 & depo. exhibit 317.

[20] Exh. 8, Grantham depo., p. 110; Exh. 4, Cloyd depo., p. 545 & depo. exhibit 55 (OII-000093).