# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION NO. 21-258 (LEAD), c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-2075, 21-2227 |
| VERSUS | * | |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, LLC; and MARTIN ENERGY SERVICES, LLC | * | SECTION A(3) |
| | | DISTRICT JUDGE JAY C. ZAINEY |
| | * | |
| | | MAG. JUDGE EVA DOSSIER |
| | * | |
| | | APPLIES TO ALL CASES |

\* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Weeks Marine, Inc.'s motion for partial summary judgment will be submitted before the Honorable Jay C. Zainey, United States District Judge, Eastern District of Louisiana, Courtroom C455, on November 12, 2025 at 10:30 a.m.

Respectfully submitted,

s/ Anders F. Holmgren
Harold J. Flanagan (#24091)
Laurent J. Demosthenidy (#30473)
Anders F. Holmgren (#34597)
Dennis O. Durocher, Jr. (#36441)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

*Attorneys for Weeks Marine, Inc.*