UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Claimant, U.S. Specialty Insurance Company ("USSIC"), and submits its Motion for Partial Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking a judgment from this Court in favor of USSIC as to the measure of damages claimed in the limitation of liability proceeding in the amount of $1,667.852.20 that was paid by USSIC to its insured, Global Towing Services, LLC, following a claim by its insured pursuant to the terms and conditions of Cover Note No. CUL50058.059 that had been issued to Global Towing Services, LLC for damages caused by the allision with the derrick barge THOR on/or about October 28, 2020.  The undisputed material facts are such that USSIC paid this amount under the policy for damages to its insured's vessel, the M/V ROLAND FALGOUT, which were caused by the allision. As such, USSIC is entitled to partial summary judgment as a matter of law for a judgment by the Court's recognizing that USSIC has sustained these damages, and all other general and equitable relief. USSIC is not seeking a ruling on liability as to any of the parties, which will be determined upon trial by the Court's, along with pre-judgment and post-judgment interest at the Court's discretion.

**SIGNATURE ON FOLLOWING PAGE**

**DEGAN, BLANCHARD & NASH**

 */s/ Philip C. Brickman*
Sidney W. Degan, III (#4804)
Philip C. Brickman (#25586)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email:     sdegan@degan.com
           pbrickman@degan.com
***Counsel for U.S. Specialty Insurance Company***

4915-0930-8238, v. 1