# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258**<br>**c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,**<br>**21-1981, 21-1982, 21-2075, 21-2227** |
| **VERSUS** | |
| **SHORE OFFSHORE SERVICES, LLC** | **JUDGE JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE EVA J. DOSSIER** |
| | **APPLIES TO ALL CASES** |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY
### OF GERALD CARNEY, JR.

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

Pursuant to 28 USC §1746, I, Gerald Carney, Jr., verify under penalty of perjury that the following declarations are true and correct:

1.    My name is Gerald Carney, Jr.;

2.    I am of age of majority;

3.    I am currently employed as the Director of Marine Claims for Fidelis Claims;

4.    Fidelis Claims handles and/or manages claims arising out of insurance policies issued by U.S. Specialty Insurance Company. ("USSIC");

5.    USSIC issued a Cover Note bearing No. CUL50058.059 with the following coverage:

(a)    Hull and machinery;

(b)    Marine liabilities; and



(c) Marine Comprehensive,

to its insured, Global Towing Services, LLC, with policy period May 1, 2019, to November 1, 2020 (the "Policy").  Attached as Exhibit 1 is a copy of the Policy.

6.      The Policy included a Schedule of Vessels with the agreed value of each vessel. One of the vessels listed was the M/V ROLAND FALGOUT, Official No. 581858, IMO No. 7509392.

7.      The M/V ROLAND FALGOUT, owned and/or operated by Global Towing Services, LLC, RAF, Inc., and/or Offshore Towing, Inc. (hereinafter collectively "Global Towing"), was damaged as a result of a barge breakaway incident on or about October 28, 2020;

8.      The insured, Global Towing, reported that the M/V ROLAND FALGOUT was struck by a derrick barge, the D/B THOR, which had broken away from its moorings during Hurricane Zeta, and subsequently filed a claim under the Policy, which was assigned No. 8674;

9.      The insured, Global Towing, also reported that on October 28, 2020, the M/V ROLAND FALGOUT moored at the C–Port Mooring Dolphins 1 and 2 along Bayou Lafourche, Louisiana;

10.     The insured, Global Towing, submitted numerous invoices from various maritime vendors for repairs to the vessel that were necessitated due to the damages caused by the allision with the D/B THOR. The invoices submitted were in excess of $1,667,852.20. Attached as Exhibit 2 is a copy of the invoices, in *globo*;

11.     The insured, Global Towing, also provided a marine survey report prepared by Captain Tim Anselmi with Central Maritime, L.L.C. Captain Anselmi attended the vessel on multiple dates and monitored the repairs to the M/V ROLAND FALGOUT. The report indicated Captain Anselmi's opinion that the repairs to the vessel in the amount of $1,667,852.20 were

caused by the allision with the D/B THOR. Attached as Exhibit 3 is a copy of the report of Captain Tim Anselmi dated September 29, 2021; and

12.    Because the Policy terms and conditions provided for coverage to the insured, Global Towing, to repair the damages to the M/V ROLAND FALGOUT, USSIC made multiple payments to Global Towing in the total amount of $1,667,852.20 for those repairs that Captain Tim Anselmi and Global Towing indicated were caused by the allision with the D/B THOR. Attached as Exhibit 4 is a copy of the proofs of payments by USSIC, *in globo*.

The above declaration is true and correct, and I have personal knowledge of the facts testified too.

Covington, Louisiana, this **27** day of October, 2025.

**Gerald Carney, Jr.**

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070


02/08/21 Run
COPY

Endorsement No.: 7

### ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period September 1, 2020 through October 31, 2020 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Wilkin A. Falgout | Port Risk | 09/01/20 | 09/10/20 | 9 |
| | Navigating | 09/10/20 | 10/31/20 | 51 |
| | | | | |
| Lady Ora | Port Risk | 09/01/20 | 09/04/20 | 3 |
| | Navigating | 09/04/20 | 10/04/20 | 33 |
| | Port Risk | 10/04/20 | 10/12/20 | 8 |
| | Navigating | 10/12/20 | 10/21/20 | 9 |
| | Port Risk | 10/21/20 | 10/29/20 | 8 |
| | Navigating | 10/29/20 | 10/31/20 | 3 |
| | | | | |
| Mr. Jonah | Navigating | 09/01/20 | 10/31/20 | 61 |
| | | | | |
| Finn Falgout | Navigating | 09/01/20 | 10/31/20 | 61 |
| | | | | |
| Roland A. Falgout | Navigating | 09/01/20 | 10/31/20 | 61 |
| | | | | |
| Zion M. Falgout | Navigating | 09/01/20 | 10/31/20 | 61 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059(6mth), issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD, LLC

Signed: *Teddy Boone* 2/17/21
BY:

All other terms and conditions remain unchanged.

EXHIBIT
1

USSIC 000001

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**Endorsement No.: 6**

### ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period May 1, 2020 through August 30, 2020 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Mr. Jonah | Port Risk | 05/01/20 | 08/08/20 | 100 |
| | Navigating | 08/08/20 | 08/30/20 | 23 |
| | | | | |
| Lady Ora | Navigating | 05/02/20 | 05/22/20 | 21 |
| | Port Risk | 05/22/20 | 06/10/20 | 19 |
| | Navigating | 06/10/20 | 06/27/20 | 17 |
| | Port Risk | 06/27/20 | 08/02/20 | 36 |
| | Navigating | 08/02/20 | 08/06/20 | 4 |
| | Port Risk | 08/06/20 | 08/20/20 | 14 |
| | Navigating | 08/20/20 | 08/24/20 | 4 |
| | Port Risk | 08/24/20 | 08/30/20 | 6 |
| | | | | |
| Roland A. Falgout | Port Risk | 05/01/20 | 05/19/20 | 18 |
| | Navigating | 05/19/20 | 06/27/20 | 39 |
| | Port Risk | 06/27/20 | 07/01/20 | 4 |
| | Navigating | 07/01/20 | 08/30/20 | 61 |
| | | | | |
| Wilkin A. Falgout | Navigating | 05/01/20 | 05/15/20 | 14 |
| | Port Risk | 05/15/20 | 06/04/20 | 20 |
| | Navigating | 06/04/20 | 06/19/20 | 15 |
| | Port Risk | 06/19/20 | 08/02/20 | 45 |
| | Navigating | 08/02/20 | 08/06/20 | 4 |
| | Port Risk | 08/06/20 | 08/20/20 | 14 |
| | Navigating | 08/20/20 | 08/24/20 | 4 |
| | Port Risk | 08/24/20 | 08/30/20 | 6 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059(6mth), issued to Global Towing Services, LLC

Signed: *Teddy Doone* 9/29/20
CONTINENTAL UNDERWRITERS LTD. LLC

BY: _____

All other terms and conditions remain unchanged.

USSIC 000002

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

**Endorsement No.: 6 (continued)**



| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
|  |  |  |  |  |
| Finn Falgout | Navigating | 05/01/20 | 08/30/20 | 122 |
|  |  |  |  |  |
| Zion M. Falgout | Navigating | 05/01/20 | 08/30/20 | 122 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059(6mth), issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000003

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070


03/24/20 lkm

Endorsement No.: 5

## ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby understood and agreed effective August 20, 2020, the following vessels are added to the Schedule of Vessels as shown:

### SCHEDULE OF VESSELS

| No. | Vessel | Agreed Value Amount Insured Hereunder | GRT | HP | Built | Dimensions | Hull Deductible | Crew | Type |
|-----|--------|---------------------------------------|-----|-----|-------|------------|-----------------|------|------|
| 11. | Lucia | $850,000.00 | 254 | TBA | 1995 | 122 x 38 x 20 | $50,000.00* | 0 | Tug Boat |
| 12. | Eliza | $850,000.00 | 254 | TBA | 1995 | 122 x 38 x 20 | $50,000.00* | 0 | Tug Boat |

Each vessel deemed a separate insurance.

*No Machinery Damage Coverage / No Hot Works Coverage.

A sequence of damages arising from the same peril shall be treated as due to one occurrence and shall be subject to one deductible.

Vessels are Port Risk – Subject to Warranties and Conditions and Reporting Provisions.

### MARINE LIABILITIES DEDUCTIBLES:

Protection and Indemnity:

$50,000.00 loss of life, personal injury/illness any one accident, any one occurrence, each vessel, combined single limit.

All other claims, including Sue and Labor, General Average and Salvage, Collision and Collision and Towers Claims:

$50,000.00 any one accident, any one occurrence, each vessel.

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059(6mth), issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD. LLC

Signed By: _Teddy Boone 9/11/20_

All other terms and conditions remain unchanged.

USSIC 000004

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Endorsement No.: 4

## ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period February 1, 2020 through April 30, 2020 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Mr. Jonah | Port Risk | 02/01/20 | 02/05/20 | 4 |
| | Navigating | 02/05/20 | 02/23/20 | 18 |
| | Port Risk | 02/23/20 | 02/25/20 | 2 |
| | Navigating | 02/25/20 | 03/02/20 | 6 |
| | Port Risk | 03/02/20 | 03/05/20 | 3 |
| | Navigating | 03/05/20 | 03/14/20 | 9 |
| | Port Risk | 03/14/20 | 04/02/20 | 19 |
| | Navigating | 04/02/20 | 04/30/20 | 28 |
| | | | | |
| Lady Ora | Navigating | 02/01/20 | 04/30/20 | 60 |
| | | | | |
| Roland A. Falgout | Port Risk | 02/01/20 | 04/04/20 | 63 |
| | Navigating | 04/04/20 | 04/09/20 | 5 |
| | Port Risk | 04/09/20 | 04/30/20 | 21 |
| | | | | |
| Wilkin A. Falgout | Navigating | 02/01/20 | 03/15/20 | 43 |
| | Port Risk | 03/15/20 | 04/03/20 | 19 |
| | Navigating | 04/03/20 | 04/30/20 | 27 |
| | | | | |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD. LLC

Signed: BY: *Teddy Boone 2/27/2*

All other terms and conditions remain unchanged.

USSIC 000005

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



Endorsement No.: 4 (continued)

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| | | | | |
| Finn Falgout | Port Risk | 02/01/20 | 02/04/20 | 3 |
| | Navigating | 02/04/20 | 02/05/20 | 1 |
| | Port Risk | 02/05/20 | 02/21/20 | 16 |
| | Navigating | 02/21/20 | 03/02/20 | 10 |
| | Port Risk | 03/02/20 | 03/24/20 | 22 |
| | Navigating | 03/24/20 | 04/30/20 | 38 |
| | | | | |
| Zion M. Falgout | Navigating | 02/01/20 | 02/02/20 | 1 |
| | Port Risk | 02/02/20 | 02/21/20 | 19 |
| | Navigating | 02/21/20 | 04/30/20 | 70 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000006

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Endorsement No.: 3

## ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period November 1, 2019 through January 31, 2020 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| | | | | |
| Mr. Jonah | Port Risk | 11/1/19 | 11/16/19 | 15 |
| | Navigating | 11/16/19 | 11/24/19 | 8 |
| | Port Risk | 11/24/19 | 11/30/19 | 6 |
| | Navigating | 11/30/19 | 12/11/19 | 11 |
| | Port Risk | 12/11/19 | 1/10/20 | 30 |
| | Navigating | 1/10/20 | 1/23/20 | 13 |
| | Port Risk | 1/23/10 | 1/31/20 | 8 |
| | | | | |
| Lady Ora | Navigating | 11/1/19 | 11/22/19 | 20 |
| | Port Risk | 11/22/19 | 11/30/19 | 8 |
| | Navigating | 11/30/19 | 12/5/19 | 5 |
| | Port Risk | 12/5/19 | 1/21/20 | 47 |
| | Navigating | 1/21/20 | 1/31/20 | 11 |
| | | | | |
| Roland A. Falgout | Port Risk | 11/1/19 | 1/31/20 | 92 |
| | | | | |
| Wilkin A. Falgout | Navigating | 11/1/19 | 1/10/20 | 70 |
| | Port Risk | 1/10/20 | 1/21/20 | 11 |
| | Navigating | 1/21/20 | 1/31/20 | 11 |
| | | | | |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD. LLC

Signed: _Teddy Boone 4/17/20_

BY: _____

All other terms and conditions remain unchanged.

USSIC 000007

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**Endorsement No.: 2 (continued)**

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| | | | | |
| Finn Falgout | Port Risk | 11/1/19 | 1/23/20 | 84 |
| | Navigating | 1/23/20 | 1/28/20 | 5 |
| | Port Risk | 1/28/20 | 1/31/20 | 4 |
| | | | | |
| Zion M. Falgout | Navigating | 11/1/19 | 11/6/19 | 5 |
| | Port Risk | 11/6/19 | 11/24/19 | 19 |
| | Navigating | 11/24/19 | 12/27/19 | 33 |
| | Port Risk | 12/27/19 | 1/31/20 | 36 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000008

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Endorsement No.: 2

### ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period September 1, 2019 through October 31, 2019 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Mr. Jonah | Port Risk | 09/01/19 | 09/20/19 | 21 |
| | Navigating | 09/20/19 | 10/29/19 | 39 |
| | Port Risk | 10/29/19 | 10/31/19 | 2 |
| | | | | |
| Lady Ora | Navigating | 09/01/19 | 10/18/19 | 48 |
| | Port Risk | 10/18/19 | 10/20/19 | 2 |
| | Navigating | 10/20/19 | 10/31/19 | 11 |
| | | | | |
| Roland A. Falgout | Port Risk | 09/01/19 | 10/31/19 | 60 |
| | | | | |
| Wilkin A. Falgout | Navigating | 09/01/19 | 10/31/19 | 60 |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD. LLC

Signed: *Teddy Boone* 12/23/19

All other terms and conditions remain unchanged.

USSIC 000009

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



Endorsement No.: 2 (continued)

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Finn Falgout | Navigating | 09/01/19 | 09/18/18 | 18 |
| | Port Risk | 09/18/19 | 10/31/19 | 43 |
| | | | | |
| Zion M. Falgout | Port Risk | 09/01/19 | 09/05/19 | 6 |
| | Navigating | 09/05/19 | 09/13/19 | 8 |
| | Port Risk | 09/13/19 | 09/24/19 | 12 |
| | Navigating | 09/24/19 | 09/29/19 | 5 |
| | Port Risk | 09/29/19 | 10/04/19 | 5 |
| | Navigating | 10/04/19 | 10/07/19 | 3 |
| | Port Risk | 10/07/19 | 10/10/19 | 3 |
| | Navigating | 10/10/19 | 10/12/19 | 2 |
| | Port Risk | 10/12/19 | 10/16/19 | 4 |
| | Navigating | 10/16/19 | 10/19/19 | 3 |
| | Port Risk | 10/19/19 | 10/25/19 | 6 |
| | Navigating | 10/25/19 | 10/31/19 | 6 |
| | | | | |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000010

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Endorsement No.: 1

### ENDORSEMENT APPLICABLE TO HULL AND MACHINERY AND MARINE LIABILITIES SECTIONS ONLY

It is hereby agreed the Vessel Status Report for the period May 1, 2019 through August 31, 2019 is as follows:

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Mr. Jonah | Navigating | 5/1/19 | 8/12/19 | 103 |
| | Port Risk | 8/12/19 | 8/18/19 | 6 |
| | Navigating | 8/18/19 | 8/28/19 | 10 |
| | Port Risk | 8/28/19 | 8/31/19 | 4 |
| | | | | |
| Lady Ora | Navigating | 5/1/19 | 8/11/19 | 102 |
| | Port Risk | 8/11/19 | 8/24/19 | 23 |
| | Navigating | 8/24/19 | 8/31/19 | 8 |
| | | | | |
| Roland A. Falgout | Navigating | 5/1/19 | 7/17/19 | 77 |
| | Port Risk | 7/17/19 | 8/31/19 | 46 |
| | | | | |
| Wilkin A. Falgout | Navigating | 5/1/19 | 8/18/19 | 109 |
| | Port Risk | 8/18/19 | 8/24/19 | 6 |
| | Navigating | 8/24/19 | 8/31/19 | 8 |
| | | | | |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

CONTINENTAL UNDERWRITERS LTD. LLC
Signed: _Teddy Boone 9/20/19_
BY:

All other terms and conditions remain unchanged.

USSIC 000011

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Endorsement No.: 1 (continued)

| Vessel Name | Status | From | Until | # of Days |
|---|---|---|---|---|
| Finn Falgout | Navigating | 5/1/19 | 6/24/19 | 54 |
| | Port Risk | 6/24/19 | 7/15/19 | 21 |
| | Navigating | 7/15/19 | 8/3/19 | 20 |
| | Port Risk | 8/3/19 | 8/14/19 | 11 |
| | Navigating | 8/14/19 | 8/20/19 | 6 |
| | Port Risk | 8/20/19 | 8/23/19 | 3 |
| | Navigating | 8/23/19 | 8/31/19 | 9 |
| | | | | |
| Zion M. Falgout | Navigating | 5/1/19 | 8/12/19 | 103 |
| | Port Risk | 8/12/19 | 8/31/19 | 24 |
| | | | | |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000012

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### PREMIUM ENDORSEMENT

It is understood and agreed the charges for this Assured for the period May 01, 2019 to November 01, 2020 are as noted below:

Premium:                    $         *

*Hull and Machinery and Protection and Indemnity subject to Minimum and Deposit Premium of $ 25% of Deposit Premium Fully Earned at Policy Inception.

Attached to and forming a part of Cover Note CUL50058.059, issued to CONTINENTAL UNDERWRITERS LTD. LLC

Signed: BY _Teddy Boone 6/19/19_

All other terms and conditions remain unchanged.

USSIC 000013

 **CONTINENTAL** UNDERWRITERS

 COPY

# Cover Note

Continental Underwriters Ltd. LLC Cover Note No. CUL50058.059

Insurance Issued to: Global Towing Services, LLC

Address:  344 Buchannan Street
Larose, LA 70373

## NOTICE
No flat cancellations allowed.
We are required by underwriters to hold the assured, their agents and brokers responsible for earned premiums in all cases. All premiums must be paid within thirty (30) days unless other arrangements have been agreed to, in writing, by Continental Underwriters Ltd. LLC.

This insurance issued to Global Towing Services, LLC, hereinafter called the Assured, from May 01, 2019 to November 01, 2020 12:0 a.m. Local Standard Time at the Assured's place of business or residence as stated herein and in accordance with the terms and conditions of the form(s) attached.

Coverages effected by Continental Underwriters Ltd. LLC as follows:

**SECTION "A" – HULL AND MACHINERY**
**SECTION "B" – MARINE LIABILITIES**
**SECTION "C" – MARINE COMPREHENSIVE LIABILITY**

This Cover Note shall not be valid unless signed by an authorized representative of CONTINENTAL UNDERWRITERS LTD. LLC.

CONTINENTAL UNDERWRITERS LTD. LLC

By _Teddy Boone 6/18/19_

Dated at Covington, LA, USA

p: 985.898.5300    f: 985.898.5324    www.cultd.com                2235 N. Hwy 190   Covington, Louisiana   70433

USSIC 000014

 

# Cover Note

### Continued

1. It is expressly understood and agreed by the Assured named herein (also sometimes referred to herein as "Insured") that CONTINENTAL UNDERWRITERS LTD. LLC is not one of the companies subscribing to the insurance that is the subject of this Cover Note (which companies sometimes are referred to herein as "Insurer" or "Assurer" or "Underwriter" or "subscribing company"), and CONTINENTAL UNDERWRITERS LTD. LLC neither is nor shall be in any way or to any extent liable for any loss or claim whatsoever as insurer or company(ies) subscribing to the insurance that is the subject of this Cover Note.

2. The terms and conditions stated in this Cover Note (including the documents attached hereto, which are adopted herein) determine the respective rights and obligations of the Assured named herein and the company(ies) subscribing to the insurance that is the subject of this Cover Note.

3. This document is intended for use as evidence that insurance described herein has been effected with the company(ies) subscribing to the insurance that is the subject of this Cover Note.

4. If a policy(ies) of insurance is issued by the subscribing company(ies) and in the event of any conflict between the terms and conditions of this Cover Note and the policy(ies), the terms and conditions of the policy(ies) shall prevail. All other, non-conflicting terms and conditions of this Cover Note shall continue in force and effect as endorsements to the policy(ies) and are made part of the policy(ies) by reference.

5. If a policy(ies) of insurance is issued by the subscribing company(ies), it is agreed that the policy(ies) will be maintained at the offices of CONTINENTAL UNDERWRITERS LTD. LLC and will be available for inspection upon request by the Assured or its agent or representative during business hours at the offices of CONTINENTAL UNDERWRITERS LTD. LLC.

6. It is expressly understood and agreed by the Assured named herein to disclose all material facts to CONTINENTAL UNDERWRITERS LTD. LLC prior to inception of the coverage, and to keep CONTINENTAL UNDERWRITERS LTD. LLC advised of any such facts or changes to such facts throughout the currency of the Cover Note and policy(ies), and upon renewal of the Cover Note. All material information concerning the risk including any loss or claim statistics must be accurate and kept up to date at all times. A material fact is a fact which may influence the underwriters' judgment in their assessment of a risk. If you are in any doubt as to whether a fact is material, we recommend that it be disclosed. Failure to disclose material facts may entitle the subscribing company(ies) to void the coverage from inception.

7. Please advise CONTINENTAL UNDERWRITERS LTD. LLC immediately if the insurance evidenced by this Cover Note is not acceptable to the Assured named herein.

p: 985.898.5300    f: 985.898.5324    www.cultd.com    2235 N. Hwy 190   Covington, Louisiana   70433

USSIC 000015

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE:

### NAMED ASSURED(S)

Global Towing Services, LLC.
RAF, Inc.
Falgout Offshore, LLC.
Kelly Falgout, as their interest may appear
Minnie Falgout, LLC
WAF Marine, LLC
Lady Ora, LLC
Finn Falgout Marine, LLC
T&L Marine, LLC.
Jonah Marine, LLC
Zion Falgout, LLC
Mr. Jonah, LLC
Offshore Towing, Inc.
Offshore Towing International, LLC.
Offshore Barges de Mexico

The Named Assured shall include all entities,
subsidiaries, interrelated or affiliated
companies of the Assured(s) as they now exist,
as their interest may appear.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000016

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE**
**(continued)**

## I. CONDITIONS PRECEDENT TO COVERAGE

### APPLICATION:

Coverage under this Cover Note is subject to receipt and approval of a signed and dated Application by the insured, which is adopted as part hereof by reference. By accepting this Cover Note, You agree:
a. The statements in the Insurance Application are accurate and complete;
b. Those statements are based upon representations You made to us; and
c. We have issued this Cover Note in reliance upon Your Representations

## II. GENERAL CONDITIONS

### DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT:

a.   As a condition precedent to coverage for any claim, You and any other Named Assured or Additional Assured must see to it that Fidelis Claims Service, LLC is promptly notified in writing after becoming aware of an "occurrence" or offense that may result in a claim. To the extent reasonably possible, notice must include:
   (1)   How, when and where the "occurrence" or offense took place;
   (2)   The names and addresses of any injured persons and witnesses; and
   (3)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

b.   As a condition precedent to coverage for a claim under Section "A" Hull and Machinery, You must comply with the CLAIMS Clause in lines 92-119 of the American Institute Hull Clauses (June 2, 1977).

c.   If a claim is made or lawsuit is brought against You or any other Named Assured or Additional Assured, as a condition precedent to coverage for such claim, You or any other involved Named Assured or Additional Assured must:
   (1)   Immediately record the specific details of the claim or lawsuit and the date received;
   (2)   Notify Fidelis Claims Service, LLC promptly after You or any involved Named Assured or Additional Assured receive or are advised of a lawsuit or claim; and
   (3)   Immediately send Fidelis Claims Service, LLC (or defense counsel, if designated) copies of any demands, notices, summonses or legal papers received in connection with the claim or lawsuit.

NOTICE IS TO BE GIVEN TO FIDELIS CLAIMS SERVICE, LLC, 2235 N. HIGHWAY 190 (MAILING ADDRESS: P.O. BOX 2070) COVINGTON, LOUISIANA 70434-2070 OR BY TELEFACSIMILE AT 985-898-5324 OR BY E-MAIL AT https://cultd.com/contact-us/.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000017

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

**TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE:**
**(continued)**

**COPY**

### II. GENERAL CONDITIONS (continued)

d.  It is warranted that You and any other involved Named Assured or Additional Assured will:

    (1)  Provide to and authorize Fidelis Claims Service, LLC (or defense counsel, if designated) to obtain records and other information from any public or private source, including from Your and any other involved Named Assured or Additional Assured's employees and any other defense counsel;

    (2)  Cooperate with Fidelis Claims Service, LLC (or defense counsel, if designated), in the investigation, settlement or defense of the claim or lawsuit; and

    (3)  Assist Fidelis Claims Service, LLC (or defense counsel, if designated) upon request in the enforcement of any right against any person or organization which may be liable to a Named Assured or Additional Assured because of injury or damage to which this insurance may also apply.

The failure to provide such records, information, authorization, cooperation or assistance will suspend coverage during the period of such failure.

e.  It is warranted that following any alleged loss, occurrence, or incident for which coverage is sought, neither You nor any other Named Assured or Additional Assured will accept at its own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### AFFILIATED COMPANIES CLAUSE:

This policy also covers the affiliated companies of:

    Global Towing Services, LLC

be they Owners, subsidiaries or interrelated companies, and as Bareboat charterers, and/or charterers and/or sub-charterers, and/or operators, and/or in whatever capacity.

### CANCELLATION CLAUSE:

Either party may cancel this insurance by giving to the other thirty (30) days notice in writing (ten (10) days notice in the event of cancellation for non-payment) and the prorated net premium will be returned. If cancelled for non-payment of premium or at the request of the Assured or for any other reason, short rate of the net premium will be returned to the Assured for each uncommenced month remaining and arrival. Should the vessel or vessels insured hereunder become a Total or Constructive Total Loss during the currency of this cover note, the full premium is to be considered earned and no returns will be allowed in respect of lay-up or cancellation. We will mail written notice (or electronic notice) to either the Named Assured at the last known address listed in this cover note and/or agent or broker representing the Named Assured. Notice sent to the Agent or broker shall constitute notice to the Named Insured(s) and/or Additional Assured(s) and loss payee(s).

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000018

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

### II. GENERAL CONDITIONS (continued)

#### CONTINENTAL UNDERWRITERS LTD. LLC LOSS PAYEE WORDING:

It is agreed and understood that Continental Underwriters Ltd. LLC is a loss payee under this cover note. Furthermore, in the event of any returns, whether from premiums or otherwise due the Named Assured from Underwriters subscribed herein, any indebtedness owed either Continental Underwriters Ltd. LLC and/or any other Broker/Agent representing the Named Assured shall first be payable to Continental Underwriters Ltd. LLC. Any delay in the exercise of any rights hereunder shall not constitute a waiver thereof. Underwriters shall have the right to deduct any outstanding premiums from any claims due hereunder.

#### LIEN FOR UNPAID PREMIUM AND/OR FEES AND/OR COMMISSION:

Underwriters in agreeing to issue this insurance, continue to rely in part on the credit of each and every vessel insured hereunder. No provision contained herein shall be construed as a manifestation of Underwriters' intent to forego their right to enforce a lien against said vessel(s), but on the contrary, Underwriters expressly reserve that right.

Further, it is agreed that any unpaid and due premiums and/or fees and/or commissions under this cover note may first be deducted from any and all returns and any and all claims for loss or damage that are recoverable under this cover note. Any such sums deducted are to be paid to Underwriters proportionately as their respective interests in said premiums and/or fees and/or commissions may appear.

#### OIL POLLUTION ACT DISCLAIMER:

Notwithstanding any other provision of this policy or of any underlying insurance, this policy of insurance is not evidence of financial responsibility under the Oil Pollution Act of 1990 or any similar Federal or State Laws. Any showing or offering of this policy by the Assured as evidence of insurance shall not be taken as any indication that the Underwriters consent to act as guarantor or to be sued directly in any jurisdiction whatsoever. **The Underwriters DO NOT CONSENT TO BE GUARANTORS OR SUED DIRECTLY.**

#### SELECTION OF ATTORNEYS:

The selection and appointment of attorneys shall be at the exclusive direction of Underwriters, unless otherwise agreed between Underwriters and Named Assured.

#### CANCELLING RETURNS ONLY:

Return of premium will not be considered except in the event of a scheduled vessel deletion.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000019

**Continental Underwriters Ltd. LLC** 
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070

**TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):**

## II.  GENERAL CONDITIONS (continued)

### ATTRITION OF LIMIT:

It is agreed that any and all payments made by Underwriters for any reason, including but not limited to payment of judgments or settlements, Medical Payments, Supplemental Payments, General Average, Sue and Labor, attorney fees and other defense expenses to any Assured, and attorney fees and other defense expenses for or indemnity to a Named Assured's indemnitees under Insured Contracts shall be subject to the deductible and shall be included within, and shall not be in addition to, the applicable limit of insurance.

### CROSS LIABILITIES:

In the event of one of the Assureds incurring liability to any other of the Assureds, this policy shall cover the Assured against whom claim is or may be made in the same manner as if separate policies had been issued to each Assured.  Nothing contained herein shall operate to increase Underwriters' limit of liability as set forth in this policy.

### "IN REM" ENDORSEMENT:

"A claim otherwise covered by the terms of this Policy and brought, 'In Rem', shall be treated as a claim against the named Insured, provided however nothing in this endorsement shall be construed as affording coverage to any interest other than the named Insured."

## III.  WARRANTIES

### NAVIGATION WARRANTY:

Limited to United States Coast Guard Certificate of Inspection, or American Institute Trade Warranties, whichever is the lesser.  Vessels considered Port Risk – subject to Warranties and Conditions.

### SURVEY WARRANTY:

It is warranted that the insured vessels as advised by these underwriters to the insured are to be subject to new, satisfactory **Condition and Valuation (C&V)** surveys by a National Association of Marine Surveyors (NAMS) or  Society of Accredited Marine Surveyors (SAMS) member surveyor to be approved by Underwriters at Assured's expense with all recommendations and/or maintenance recommendations to be complied with in writing by the Assured within thirty (30) days of attachment.  The recommendations and/or maintenance recommendations stipulated in Surveyor's report shall become part of the Cover Note contract.

If the **C&V** survey is not completed within thirty (30) days of the effective date of this endorsement, all coverage shall be suspended from the 31st day and continue as such until underwriters receive satisfactory surveys in hand.  Reinstatement of coverage is subject to written confirmation from underwriters and is at underwriter's option.  There shall be no return premiums due for any periods of suspension of coverage.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000020

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

## TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

## REACTIVATION WARRANTY:

It is warranted that unless agreed to in writing by underwriters, it is a condition of these insurances that if the insured vessel is laid up and/or at port risk for seventy-five (75) days or more, the vessel shall not depart the berth or place of lay-up and/or port risk (except for the purpose of moving under tow to another lay-up and/or port risk berth or location in the same port or general area) without having a reactivation survey, prior to navigation, by a NAMS or SAMS member surveyor approved by underwriters, the completion of, or compliance with, any repairs or recommendation required by such surveyor. Such survey to be for the account of the Assured unless otherwise agreed. Coverage shall be suspended at any time there is a violation of this warranty. There shall be no return premiums due for any periods of suspension of coverage.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000021

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

### III.  WARRANTIES (continued)

*American Institute*
(July 1, 1972)

38J

### AMERICAN INSTITUTE TRADE WARRANTIES

1.   Warranted no port or place on the Eastern Coast of North America, its rivers or adjacent islands
    (a)    north of 52 degrees 10' N. Lat. and west of 50 degrees W. Long.
    (b)    in the Gulf of St. Lawrence, its connecting waters and the St. Lawrence River, in the area bounded by lines drawn between Battle Harbour/Pistolet Bay; Cape Ray/Cape North; Port Hawkesbury/Port Mulgrave; and Baie Comeau/Matane, between December 21st and April 30th, both days inclusive.
    (c)    west of Baie Comeau, but not West of Montreal, between December 1st and April 30th, both days inclusive.
2.   Warranted no Great Lakes or St. Lawrence Seaway or St. Lawrence River west of Montreal.
3.   Warranted no port or place in Greenland or its adjacent waters.
4.   Warranted no port or place on the Western Coast of North America, its rivers or adjacent islands, north of 54 degrees 30' N. Lat. or west of 130 degrees 50' W. Long.; except the port of Ketchikan, Alaska, provided,
    (a)    that a qualified pilot having knowledge of local waters be on duty while the Vessel is in waters north of 54 degrees 30' N. Lat. and east of 132 degrees W. Long. and
    (b)    that the Vessel be equipped with operating Gyro Compass, Radio Direction Finder, Fathometer and Radar.
5.   Warranted no Baltic Sea (or adjacent waters east of 15 degrees E. Long.);
    (a)    north of a line between Mo and Vaasa between November 15th and May 5th, both days inclusive.
    (b)    east of a line between Viipuri (Vyborg) and Narva between November 21st and May 5th, both days inclusive.
    (c)    north of a line between Stockholm and Tallinn between December 15th and April 15th both days inclusive.
    (d)    east of 22 degrees E. Long. and south of 59 degrees N. Lat. between December 15th and April 15th, both days inclusive.
6.   Warranted not north of 70 degrees N. Lat. except when proceeding directly to or from any port or place in Norway or Koia Bay.
7.   Warranted no Beiring Sea, no East Asian waters north of 46 degrees N. Lat. and no port or place in Siberia except Vladivostok and/or Nakhodka.
8.   Warranted no Kerguelen or Croset Islands, nor waters south of 50 degrees S. Lat., except ports or places in patagonia, Chile and Falkland Islands, but liberty is given to enter waters South of 50 degrees S. Lat. if proceeding to or from ports or places not excluded by this warranty.
9.   Warranted not to sail with Indian Coal as cargo:-
    (a)    between March 1st and June 30th, both days inclusive.
    (b)    between July 1st and Septebmer 30th, both days inclusive, except to ports in Asia, not west of Aden nor east of or beyound Singapore.

AITW38J7/1/72

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000022

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



## TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

## IV. EXCLUSIONS

### FINES, PENALTIES, PUNITIVE DAMAGES:

Notwithstanding anything to the contrary contained in this Cover Note, it is hereby understood and agreed that this cover note excludes liability for fines, penalties, bad faith damages, punitive damages or exemplary damages, including treble damages, any damages in addition to compensatory damages, or resulting from multiplication of compensatory damages.

### SANCTION LIMITATION AND EXCLUSION CLAUSE:

This Cover Note excludes coverage for any loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from violation of any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

### RADIOACTIVE MATERIAL EXCLUSION:

In consideration of the premium charged and notwithstanding anything to the contrary contained in this Cover Note, it is hereby agreed that the coverage afforded by this Cover Note does not apply to "bodily injury", "personal injury" or "property damage" arising out of the:

1) inhalation, ingestion or physical exposure to naturally occurring radioactive substances or material, technologically enhanced naturally occurring radioactive substances or material, technologically enhanced radioactive substances or material, or goods or products contaminated by such radioactive substances or material.

2) transportation, storage, clean-up, site monitoring or disposal of naturally occurring radioactive substances or material, technologically enhanced naturally occurring radioactive substances or material, technologically enhanced radioactive substances or material, or goods or products contaminated by such radioactive substances or material.

The coverage afforded by the Cover Note does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense or claim or suit related to any of the above.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000023

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

## IV. EXCLUSIONS (continued)

### EXCLUSION OF CERTIFIED ACTS OF TERRORISM

Notwithstanding any provision to the contrary within this Policy, it is agreed that this Policy excludes any injury, loss or damage arising directly or indirectly out of a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasure, in concurrence with the Secretary of State and the Attorney General of the United States to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for the "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which otherwise be excluded under this Policy.

### INSTITUTE EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE March 1, 2003

This clause shall be paramount and shall override anything contained in this Insurance inconsistent therewith.
1.  In no case shall this Insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from:
    1.1  ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel
    1.2  the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof
    1.3  any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.
    1.4  the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000024

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE 
(continued):

### IV. EXCLUSIONS (continued)

### INSTITUTE EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE - U.S.A. ENDORSEMENT (AMENDED)

This Insurance is subject to the Institute Extended Radioactive Contamination Exclusion Clause March 1, 2003 provided that
if fire is an insured peril
and
where the subject matter insured or, in the case of a reinsurance, the subject matter insured by the original insurance, is within the U.S.A., its islands, onshore territories or possessions
and
a fire arises directly or indirectly from one or more of the causes detailed in Sub-Clauses 1.1, 1.2, and 1.4 of the Institute Extended Radioactive Contamination Exclusion Clause November 1, 2002.
any loss or damage arising directly from that fire shall, subject to the provisions of this Reinsurance, be covered, EXCLUDING however any loss, damage, liability or expense caused by nuclear reaction, nuclear radiation, or radioactive contamination arising directly or indirectly from that fire.

### CHEMICAL, BIOLOGICAL, BIO-CHEMICAL, AND ELECTROMAGNETIC EXCLUSION CLAUSE AIMU (March 1, 2003)

*This clause shall be paramount and shall override anything contained in this Insurance inconsistent therewith.*
In no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to or arising from an actual or threatened act involving a chemical, biological, bio-chemical or electromagnetic weapon, device, agent or material when used in an intentionally hostile manner.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000025

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



<u>TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE</u>
<u>(continued):</u>

<u>IV. EXCLUSIONS (continued)</u>

# AIMU

### <u>INTERNATIONAL ECONOMIC AND TRADE SANCTIONS CLAUSE</u>

Notwithstanding anything to the contrary in this Policy, the following shall apply and shall be paramount to all other Policy terms and conditions:

If, by virtue of any law or regulation which is applicable to the Insurer at the inception of this Policy or any time thereafter, providing coverage under this Policy or paying any claim or other benefit under this Policy is or would be unlawful because it is prohibited or restricted by an embargo, sanction or other similar program as embodied in such law or regulation, the Insurer shall provide no coverage and have no liability whatsoever nor pay any claim or other benefit under this Policy, to the extent that such coverage or payment would be in violation of such law or regulation.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000026

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



## TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE (continued):

## IV.  EXCLUSIONS (continued)

### American Institute
CYBER EXCLUSION CLAUSE
(11/06/2015)

This clause shall be paramount and shall override anything contained in this insurance (including any endorsement(s)) inconsistent therewith.

In no case shall this insurance cover loss, damage, liability, or expense directly or indirectly caused by or contributed to or arising from

1.  any "malicious act" involving the use of any "computer system", "electronic data communications system", "computer virus", or process or any other electronic system;  and/or

2.  any access to or disclosure of any "personally identifiable information" or any person's or organization's confidential information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, or any other type of nonpublic information; and/or

3.  any action or omission that violates or is alleged to violate any federal, state or local statute that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating, or distribution of any written or electronic material or information.

Where this policy provides coverage for War Risks, section 1 above shall not operate to exclude losses which would otherwise be covered by such War Risks coverage.

### Definitions

"Computer system" means computer hardware of any kind; "electronic computer program"; "electronic data processing media"; operating system; media microchip; microprocessor (computer chip); integrated circuit or similar device; computer network and networking equipment; firmware; server; website; extranet; and all input, output, processing, storage, and off-line media libraries.

"Computer virus" means any corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to, any maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a "computer system" or network of whatsoever nature.

"Electronic computer program" means computer software, application software, and other recorded instructions for the processing, sequencing, collecting, transmitting, recording, retrieval, or storage of "electronic data".

"Electronic data" means information or knowledge recorded or transmitted in a form usable in a "computer system", microchip, integrated circuit or similar device in non-computer equipment, and which can be stored on "electronic data processing media" for use by an "electronic computer program".

"Electronic data communications system" means any communication system, including a "computer system" and the internet, which provides the Assured with access to another "computer system", microchip, integrated circuit or similar device in non-computer equipment, or which provides any party access to the Assured's "computer system", microchips, integrated circuits or similar devices in non-computer equipment.

"Electronic data processing media" means punch cards, paper tapes, floppy disks, CD-ROM, hard drives, magnetic tapes, magnetic discs or any other tangible personal property on which "Electronic data" or "electronic computer programs" are recorded or transmitted, but not the "electronic data" or "electronic computer programs" themselves. Money or securities are not "electronic data processing media".

"Malicious act" shall mean the intentional and wrongful action or actions of one or more persons, whether or not agents of a sovereign power.

"Personally identifiable information" shall mean information, whether printed or digital, encrypted or unencrypted, in the care custody or control of any Assured which alone or in conjunction with other information can be used to uniquely identify an individual. However, "personally identifiable information" does not include information which is lawfully available to the general public.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000027

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE
(continued):

## IV. EXCLUSIONS (continued)

### NUCLEAR ENERGY RISKS EXCLUSION CLAUSE January 1st, 1989, (Marine)

A.  This Agreement excludes Nuclear Energy Risks whether written directly or by way of reinsurance or via Pools or Associations.  Under this Agreement the term "Nuclear Energy Risks" means any first or third party insurance (other than workers' compensation or employers' liability) in respect of:

1.  Nuclear reactors and nuclear power stations or plant;
2.  Any other premises or facilities concerned with:
    2.1  the production of nuclear energy or
    2.2  the production or storage or handing of nuclear fuels or nuclear waste;
3.  Any other premises or facilities eligible for insurance by any local Nuclear Pool or Association but only to the extent of the requirements of the local Pool or Association;
4.  Nuclear or radioactive fuel, or nuclear or radioactive waste.
5.  However, this Exclusion will not apply
    5.1  to any insurance or reinsurance in respect of the construction, erection or installation of buildings, plant and other property (including Agreementor's plant and equipment used in connection therewith):
        5.1.1  for the storage of nuclear fuel – prior to the commencement of storage
        5.1.2  as regards reactor installations – prior to the commencement of loading of nuclear fuel into the reactor, or prior to the initial criticality, depending on the commencement of the insurance or reinsurance of the relevant local Nuclear Pool or Association;
        5.1.3  to any Machinery Breakdown or other Engineering insurance or reinsurance not coming within the scope of (5.1) above, nor affording coverage in the "high radioactivity" zone;
        5.1.4  to any insurance or reinsurance in respect of the hulls of ships, aircraft or other conveyances;
        5.1.5  to any insurance or reinsurance in respect of loss of or damage to (including any expenses incurred therewith) nuclear or radioactive fuel or nuclear or radioactive waste while in transit or storage as cargo, other than while being processed or while in storage at the reactor installation or any other final destination concerned with production, storage or handling of nuclear fuel or nuclear waste.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000028

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

<u>**TERMS AND CONDITIONS APPLICABLE TO ALL SECTIONS OF THIS COVER NOTE**</u>
**(continued):**

<u>**IV. EXCLUSIONS (continued)**</u>

<u>**NUCLEAR ENERGY RISKS EXCLUSION CLAUSE & JAPANESE AMENDMENT April 1st, 1989**</u>

A.   Notwithstanding the Nuclear Energy Risks Exclusion Clause, as inserted above, this Agreement extends to cover nuclear fuels in transit when reinsured from Japanese insurance or reinsurance companies (including any subsequent protection of such risks) during the periods before shipment and at final destination until expiry of the original cargo Policy, but limited to sixty (60) days storage at the power station or reactor installation. The cover granted by this extension includes business reinsured from the Japanese market by companies owned or operating in Japan but excludes business originally insured in other markets and subsequently reinsured into Japanese market.

B.   It is further agreed that yellowcake U308 (triuranium oxtoxide) is not a nuclear fuel for the purpose of recovery under this Agreement, but remains subject to the process exclusion while being converted. The terms of the original policies are understood to provide for expiry of cover when the goods are hung on storage racks for nuclear fuels, normally within two weeks of arrival at the power station or reactor installation but not exceeding sixty (60) days.

Attached to and forming a part of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000029

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

**TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY AND SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE:**



## ADDITIONAL NAMED ASSUREDS AND WAIVERS OF SUBROGATION CLAUSE

Notwithstanding any other Additional Assured or Waiver of Subrogation provision to the contrary contained in this Cover Note or its related documents (including applications, forms, policies and endorsements), it is hereby agreed that this clause shall supersede any such other provisions.

It is agreed that privilege is granted to the Named Assured, where and to the extent required by written contract with others for whom the Named Assured is performing work, to name those others as Additional Assured on this Cover Note, provided the Named Assured shall have exercised this option prior to loss, occurrence, or incident.

Coverage provided to any Additional Assured is limited to the applicable types and limits of insurance required by any insurance provision set out in the written contract between the Named Assured and the Additional Assured and also is limited to the scope of any indemnity provision set out in the written contract between the Named Assured and the Additional Assured. No provisions contained in any written contract between the Named Assured and the Additional Assured will extend or broaden the terms and conditions of the Cover Note in any way.

Coverage provided to any Additional Assured is limited to liability arising out of operations performed by the Named Assured for the Additional Assured and during the currency of this Cover Note.
As to each of the following provisions, where required by written contract, it is understood and agreed that:

1.  Assent is given for all waivers of rights of recovery made before or after the inception of this Cover Note, but prior to a loss.

2.  This Cover Note shall be primary and without right of contribution of other insurance which may be available to the Additional Assured.

3.  Any "Other Insurance Clause" contained herein shall be void and inoperative.

4.  Employees of one Assured named hereunder shall be considered members of the public as to other Assureds.

5.  The Additional Assured shall not be liable for any premiums.

6.  The so-called "Limitation of Liability", "Other Than Owner" and "As Owner Of" provisions or wording as they appear in the printed forms contained herein shall not apply.

The foregoing clauses numbered 1 through 6 shall not otherwise extend or broaden the Cover Note in any way. All other terms and conditions remain the same, except as superseded by this endorsement.

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000030

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY
AND SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)



### AUTOMATIC ACQUISITION CLAUSE

Subject to the terms and conditions of the Policy, it is understood and agreed that this Policy covers automatically, up to a maximum Hull value of **$3,000,000.00** on each vessel purchased, repaired, altered, chartered, leased, hired, operated or placed back in service by the Insured.

The Collision and Towers Liability Limit and the Protection and Indemnity Limit shall be **$1,000,000.00** for each vessel.

As respect chartered, leased, hired or operated vessels, it is understood that the provisions of this extension of coverage shall apply only when it is the obligation of this Insured under their agreement with vessel's owners and/or charters to provide insurance.

Prior to declaration of agreed valuation to Underwriters, the agreed valuation under this clause shall be as follows:

    (a) With respect to chartered, leased, hired or operated vessels:
        1. The value agreed upon between owners and/or chartered and the Insured, or
        2. In the absence of an agreed value, the insured value shall be the sound insurable value at the time of attachment.

    (b) With respect to purchased vessels, the purchase price

    (c) With respect to vessels repaired altered, or placed back in service by the Insured, the insured value shall be the sound insurable value at time of attachment.

It is further agreed that the insured will report within thirty (30) days of a vessel coming at risk under this automatic coverage, advising date attaching hereunder, valuation and name and description of vessel.

This insurance shall not be prejudiced by any unintentional delay or omission in making reports as required above, or any unintentional error in the value or description of vessels to be reported if prompt notice be given these Insurers as soon as said delay or omission or error becomes known to the Insured.

Deductibles and pro rata rates applicable shall be the same for similar vessels insured hereunder.

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000031

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



<u>TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY
AND SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)</u>

<u>WARRANTIES AND CONDITIONS WITH RESPECT TO PORT RISK VESSEL(S):</u>

**WARRANTIES:**     Warranted laid-up alongside in well lit, fenced area with a 24 hour watchman.
No hot work.
Warranted no cargo on board.
Warranted not used as storeship or for lightering purposes.

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global
Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000032

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY AND SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)



### REPORTING PROVISIONS:

It is hereby understood and agreed the Assured, by acceptance of this policy, agrees to keep an accurate record of the operating status of all scheduled vessels covered under the terms and conditions of this policy. Furthermore, the Assured agrees to report the operating status of all scheduled vessels for the prior three (3) months to this Company on a quarterly basis. The policy will be adjusted per the stated operating rates as follows:

**Operating Rates:** Additional premiums above Port Risk Charge; Operating premiums will be applied against the deposit.

"Operating" shall be defined as while the vessel is under way and working.

| 1 | M/V Mr. Jonah | $ | per day |
| 2 | M/V Lady Ora | $ | per day |
| 3 | M/V Roland Falgout | $ | per day |
| 4 | M/V Wilkin A. Falgout | $ | per day |
| 5 | M/V Minnie Falgout | $ | per day |
| 6 | M/V Skye Falgout | $ | per day |
| 7 | M/V Finn Falgout | $ | per day |
| 8 | M/V Jonah | $ | per day |
| 9 | M/V Freedom | $ | per day |
| 10 | M/V Zion M. Falgout | $ | per day |

**Stand-by Rates:** Stand-by premiums will be applied against the deposit.

"Stand-by" shall be defined as while waiting in port with crew on board to commence operating.

| 1 | M/V Mr. Jonah | $ | per day |
| 2 | M/V Lady Ora | $ | per day |
| 3 | M/V Roland Falgout | $ | per day |
| 4 | M/V Wilkin A. Falgout | $ | per day |
| 5 | M/V Minnie Falgout | $ | per day |
| 6 | M/V Skye Falgout | $ | per day |
| 7 | M/V Finn Falgout | $ | per day |
| 8 | M/V Jonah | $ | per day |
| 9 | M/V Freedom | $ | per day |
| 10 | M/V Zion M. Falgout | $ | per day |

Attached to and forming a part of Sections "A" and "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000033

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



SECTION "A"

**HULL AND MACHINERY:**

According to the terms and conditions of the American Institute Hull Clauses, (June 2, 1977), as amended, and other clauses attached to and forming a part of this Section. (Excluding Collision and Towers Liabilities).

**UNDERWRITERS:** U.S. Specialty Insurance Company – 100%

This Section is a separate insurance but is always subject to the other terms and conditions stated in this Cover Note except for the terms and conditions attached to and forming a part of Sections "B" and "C".

Where the word "Policy" appears herein, it shall be deemed to read "Cover Note".

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000034

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

*American Institute Hull Clauses*
*(June 2, 1977)*



To be attached to and form a part of Cover Note No. CUL50058.059 of the U.S. Specialty Insurance Company.

ASSURED

1  This Policy insures  Global Towing Services, LLC
2  --------------------------------------------------------------------------------------------------------------------------
3  ------------------------------------------------------------------------------------------- hereinafter referred to as the Assured.
4  If claim is made under this Policy by anyone other than the Owner of the Vessel, such person shall not be entitled to recover to a greater extent
5  than would the Owner, had claim been made by the Owner as an Assured named in this Policy.
6  Underwriters waive any right of subrogation against affiliated, subsidiary or interrelated companies of the Assured, provided that such waiver shall
7  not apply in the event of a collision between the Vessel and any vessel owned, demise chartered or otherwise controlled by any of the aforesaid com-
8  panies, or with respect to any loss, damage or expense against which such companies are insured.

LOSS PAYEE

9  Loss, if any, payable to Assured ----------------------------------------------------------------------------------------------------
10  --------------------------------------------------------------------------------------------------------------------------
11  ---------------------------------------------------------------------------------------------------------------- or order.
12  Provided, however, Underwriters shall pay claims to others as set forth in the Collision Liability clause and may make direct payment to persons
13  providing security for the release of the Vessel in Salvage cases.

VESSEL

14  The Subject Matter of this insurance is the Vessel called the   As Per  Attached Schedule of Vessels
15  or by whatsoever name or names the said Vessel is or shall be called, which for purposes of this insurance shall consist of and be limited to her hull,
16  launches, lifeboats, rafts, furniture, bunkers, stores, supplies, tackle, fittings, equipment, apparatus, machinery, boilers, refrigerating machinery, insula-
17  tion, motor generators and other electrical machinery.
18  In the event any equipment or apparatus not owned by the Assured is installed for use on board the Vessel and the Assured has assumed respon-
19  sibility therefor, it shall also be considered part of the Subject Matter and the aggregate value thereof shall be included in the Agreed Value.
20  Notwithstanding the foregoing, cargo containers, barges and lighters shall not be considered a part of the Subject Matter of this insurance.

DURATION OF RISK

21  From the  01  day  of   May 2019   12:01 a.m., Local Standard time
22  to the   01  day  of   November 2020  12:01 a.m., Local Standard time

23  Should the Vessel at the expiration of this Policy be at sea, or in distress, or at a port of refuge of call, she shall, provided previous notice be
24  given to the Underwriters, be held covered at a pro rata monthly premium to her port of destination.
25  In the event of payment by the Underwriters for Total Loss of the Vessel this Policy shall thereupon automatically terminate.

AGREED VALUE

26  The Vessel, for so much as concerns the Assured, by agreement between the Assured and the Underwriters in this policy, is and shall be valued at
27  ----------------------------As Per Attached Vessel Schedule--------------------------------------------------------------------------------Dollars

AMOUNT INSURED HEREUNDER

28  ----------------------------As Per Attached Vessel Schedule-------------------------------------------------------------------- Dollars

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000035

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



### DEDUCTIBLE

29   Notwithstanding anything in this Policy to the contrary, there shall be deducted from the aggregate of all claims (including claims under the Sue
30   and Labor clause and claims under the Collision Liability clause) arising out of each separate accident, the sum of $As noted Within        , unless the
31   accident results in a Total Loss of the Vessel in which case this clause shall not apply.  A recovery from other interests, however, shall not operate to
32   exclude claims from other interests provided the aggregate of such claims arising out of one separate accident if unreduced by such recovery exceeds that
33   sum.  For the purpose of this clause each accident shall be treated separately, but it is agreed that (a) a sequence of damages arising from the same acci-
34   dent shall be treated as due to that accident and (b) all heavy weather damage, or damage caused by contact with floating ice, which occurs, during a
35   single sea passage between two successive ports shall be treated as though due to one accident.

### PREMIUM

36   The Underwriters to be paid in consideration of this insurance --------------------AS  INCLUDED-------------------------
37   ------- --- ---------------------- Dollars being at the annual rate of  -------------- per cent, which premium shall be due on attachment.  If the Vessel
38   is insured under this Policy for a period of less than one year at pro rata of the annual rate, full annual premium shall be considered earned and immed-
39   iately due and payable in the event of Total Loss of the Vessel.

### RETURNS OF PREMIUM

40   ~~Premium returnable as follows:~~
41   ~~Pro rata daily net in the event of termination under the Change of Ownership clause;~~
42   ~~Pro rata monthly net for each uncommenced month if it be mutually agreed to cancel this Policy;~~
43   ~~For each period of 30 consecutive days the Vessel may be laid up in port for account of the Assured,~~
44   ~~cents per cent, net not under repair, or~~
45   ~~cents per cent, net under repair;~~
46   ~~provided always that:~~
47   ~~(a) a Total Loss of the Vessel has not occurred during the currency of this Policy;~~
48   ~~(b) in no case shall a return for lay up be allowed when the Vessel is lying in exposed or unprotected waters or in any location not approved by~~
49   ~~the Underwriters;~~
50   ~~(c) in the event of any amendment of the annual rate, the above rates of return shall be adjusted accordingly;~~
51   ~~(d) in no case shall a return be allowed when the Vessel is laid up for a storage ship or for lightering purposes.~~
52   ~~If the Vessel is laid up for a period of 30 consecutive days, a part only of which attaches under this policy, the Underwriters shall pay such pro-~~
53   ~~portion of the return due in respect of a full period of 30 days as the number of days attaching hereto bears to 30.  Should the lay-up period exceed 30~~
54   ~~consecutive days, the Assured shall have the option to elect the period of 30 consecutive days for which a return is recoverable.~~

### NON-PAYMENT OF PREMIUM

55   ~~In event of non-payment of premium 30 days after attachment, or of any additional premium when due, this Policy may be cancelled by the Under-~~
56   ~~writers upon 10 days written or telegraphic notice sent to the Assured at his last known address or in care of the broker who negotiated this Policy.~~
57   ~~Such proportion of the premium, however, as shall have been earned up to the time of cancellation shall be payable.  In the event of Total Loss of the~~
58   ~~Vessel occurring prior to any cancellation or termination of this Policy full annual premium shall be considered earned.~~

### ADVENTURE

59   Beginning the adventure upon the Vessel, as  above, and so shall continue and endure during the period aforesaid, as employment may offer, in port or
60   at sea, in docks and graving docks, and on ways, gridirons and pontoons, at all times, in all places, and on all occasions, services and trades; with leave
61   to sail or navigate with or without pilots, to go on trial trips and to assist and tow vessels or craft in distress, but the Vessel may not be towed, except
62   as is customary or when in need of assistance, nor shall the Vessel render assistance or undertake towage or salvage services under contract previously
63   arranged by the Assured, the owners, the managers or the Charterers of the Vessel, nor shall the Vessel, in the course of trading operations, engage in
64   loading or discharging cargo at sea, from or into another vessel other than a barge, lighter or similar craft used principally in harbors or inland waters.
65   The phrase "engage in loading or discharging cargo at sea" shall include while approaching, leaving or alongside, or while another vessel is approaching,
66   leaving or alongside the Vessel.
67   The Vessel is held covered in case of any breach of conditions as to cargo, trade, locality, towage or salvage activities, or date of sailing, or loading
68   or discharging cargo at sea, provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and
69   (b) any amended terms of cover and any additional premium required by the underwriters are agreed to by the Assured.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000036

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**PERILS**

70  Touching the Adventures and Perils which the Underwriters are contented to bear and take upon themselves, they are of the Seas, Men-of-War, Fire
71  Lightning, Earthquake, Enemies, Pirates, Rovers, Assailing Thieves, Jettisons, Letters of Mart and Counter-Mart, Surprisals, Takings at Sea, Arrests, Re-
72  straints and Detainments of all Kings, Princes and Peoples, of what nation, condition or quality soever, Barratry of the Master and Mariners and of all
73  other like Perils, Losses and Misfortunes that have or shall come to the Hurt, Detriment or Damage of the Vessel, or any part thereof, excepting, how-
74  ever, such of the foregoing perils as may be excluded by provisions elsewhere in the policy or by endorsement thereon.

**ADDITIONAL PERILS (INCHMAREE)**

75  Subject to the conditions of this Policy, this insurance also covers loss of or damage to the Vessel directly caused by the following
76   Accidents in loading, discharging or handling cargo, or in bunkering;
77   Accidents in going on or off, or while on drydocks, graving docks, ways, gridirons or pontoons;
78   Explosion on shipboard or elsewhere;
79   Breakdown of motor generators or other electrical machinery and electrical connections thereto, bursting of boilers, breakage of shafts, or any
80   latent defect in the machinery or hull, (excluding the cost and expense of replacing or repairing the defective part);
81   Breakdown of or accidents to nuclear installations or reactors not on board the insured Vessel;
82   Contact with aircraft, rockets or similar missiles, or with any land conveyance;
83   Negligence of Charterers and/or Repairers, provided such Charterers and/or Repairers are not an Assured hereunder;
84   Negligence of Masters, Officers, Crew or Pilots
85  provided such loss or damage has not resulted from want of due diligence by the Assured, the Owners or Managers of the Vessel, or any of them.
86  Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the Vessel.

**DELIBERATE DAMAGE (POLLUTION HAZARD)**

87  Subject to the conditions of this Policy, this insurance also covers loss of or damage to the Vessel directly caused by governmental authorities
88  acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the Vessel for which the
89  Underwriters are liable under this Policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured the
90  Owners, or Managers of the Vessel or any of them to prevent or mitigate such hazard or threat, Masters, Officers, Crew or Pilots are not to be considered
91  Owners within the meaning of this clause should they hold shares in the Vessel.

**CLAIMS (GENERAL PROVISIONS)**

92  In the event of any accident or occurrence which could give rise to a claim under this Policy, prompt notice thereof shall be given to the Under-
93  writers, and:
94  (a) where practicable, the Underwriters shall be advised prior to survey, so that they may appoint their own surveyor, if they so desire;
95  (b) the Underwriters shall be entitled to decide where the Vessel shall proceed for docking and/or repair (allowance to be made to the Assured for the
96   actual additional expense of the voyage arising from compliance with the Underwriters' requirement);
97  (c) the underwriters shall have the right of veto in connection with any repair firm proposed;
98  (d) the Underwriters may take tenders, or may require in writing that tenders be taken for the repair of the Vessel, in which event, upon acceptance
99   of a tender with the approval of the Underwriters, an allowance shall be made at the rate of 30 per cent, per annum on the amount insured for
100   each day or pro rata for part of a day, for time lost between the issuance of invitations to tender and the acceptance of a tender, to the extent
101   that such time is lost solely as the result of tenders having been taken and provided the tender is accepted without delay after receipt of the
102   Underwriters' approval.
103   Due credit shall be given against the allowance in (b) and (d) above for any amount recovered:
104   (1) in respect of fuel, stores, and wages and maintenance of the Master, Officers or Crew allowed in General or Particular Average;
105   (2) from third parties in respect of damages for detention and/or loss of profit and/or running expenses;
106    for the period covered by the allowances or any part thereof;
107   No claim shall be allowed in Particular Average for wages and maintenance of the Master, Officers or Crew, except when incurred solely for the
108  necessary removal of the Vessel from one port to another for average repairs or for trial trips to test average repairs, in which cases wages and mainte-
109  nance will be allowed only while the Vessel is under way. This exclusion shall not apply to overtime or similar extraordinary payments to the Master,
110  Officers or Crew incurred in shifting the Vessel for tank cleaning or repairs or while specifically engaged in these activities, either in port or at sea,
111  The expense of sighting the bottom after stranding shall be paid, if reasonably incurred especially for that purpose, even if no damage be found.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000037

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

113 No claim shall in any case be allowed in respect of scraping or painting the Vessel's bottom.
114 In the event of loss or damage to equipment or apparatus not owned by the Assured but installed for use on board the Vessel and for which the
115 Assured has assumed responsibility, claim shall not exceed (1) the amount the Underwriters would pay if the Assured were owner of such equipment or
116 apparatus, or (2) the contractual responsibility assumed by the Assured, whichever shall be less.
117 No claim for unrepaired damages shall be allowed, except to the extent that the aggregate damage caused by perils insured against during the period
118 of the policy and left unrepaired at the expiration of the policy shall be demonstrated by the Assured to have diminished the actual market value of the
119 vessel on that date if undamaged by such perils.

GENERAL AVERAGE AND SALVAGE

120 General Average and Salvage shall be payable as provided in the contract of affreightment, or failing such provision or there be no contract of
121 affreightment, payable at the Assured's election either in accordance with York-Antwerp Rules 1950 or 1974 or with the Laws and Usages of the Port of
122 New York. Provided always that when an adjustment according to the laws and usages of the port of destination is properly demanded by the owners
123 of the cargo, General Average shall be paid accordingly.
124 In the event of salvage, towage or other assistance being rendered to the Vessel by any vessel belonging in part or in whole to the same Owners or
125 Charterers, the value of such services (without regard to the common ownership or control of the vessels) shall be ascertained by arbitration in the man-
126 ner provided for under the Collision Liability clause in this Policy, and the amount so awarded so far as applicable to the interest hereby insured shall
127 constitute a charge under this Policy.
128 When the contributory value of the Vessel is greater than the Agreed Value herein, the liability of the Underwriters for General Average contribution
129 (except in respect to amounts made good to the Vessel), or Salvage, shall not exceed that proportion of the total contribution due from the Vessel which
130 the amount insured hereunder bears to the contributory value, and if, because of damage for which the Underwriters are liable as Particular Average, the
131 Value of the Vessel has been reduced for the purpose of contribution, the amount of such Particular Average damage recoverable under this Policy shall
132 First be deducted from the amount insured hereunder, and the Underwriters shall then be liable only for the proportion which such net amount bears
133 To the contributory value.

TOTAL LOSS

134 In ascertaining whether the Vessel is a constructive Total Loss the Agreed Value shall be taken as the repaired value and nothing in respect of the
135 damaged or break-up value of the Vessel or wreck shall be taken into account.
136 There shall be no recovery for a constructive Total Loss unless the expense of recovering and repairing the Vessel would exceed the
137 Agreed Value. In making this determination, only expenses incurred or to be incurred by reason of a single accident or a sequence of damages arising
138 from the same accident shall be taken into account, but expenses incurred prior to tender of abandonment shall not be considered if such are to be
139 claimed separately under the Sue and Labor clause.
140 In the event of Total Loss (actual or constructive), no claim to be made by the Underwriters for freight, whether notice of abandonment has been
141 given or not.
142 In no case shall the Underwriters be liable for unrepaired damage in addition to a subsequent Total Loss sustained during the period covered by this
143 policy.

SUE AND LABOR

144 And in case of any Loss or Misfortune, it shall be lawful and necessary for the Assured, their Factors, Servants and Assigns, to sue, labor and travel
145 for, in, and about the defense, safeguard and recovery of the Vessel, or any part thereof, without prejudice to this insurance, to the charges whereof
146 the Underwriters will contribute their proportion as provided below. And it is expressly declared and agreed that no acts of the Underwriters or Assured
147 in recovering, saving or preserving the Vessel shall be considered as a waiver or acceptance of abandonment.
148 In the event of expenditure under the Sue and Labor clause, the Underwriters shall pay the proportion of such expenses that the amount insured
149 hereunder bears to the Agreed Value, or that the amount insured hereunder (less loss and/or damage payable under this Policy) bears to the actual
150 value of the salved property, whichever proportion shall be less; provided always that their liability for such expenses shall not exceed their proportionate
151 part of the Agreed Value.
152 If claim for Total Loss is admitted under this Policy and sue and labor expenses have been reasonably incurred in excess of any proceeds realized
153 or value recovered, the amount payable under this policy will be the proportion of such excess that the amount insured hereunder (without deduction
154 for loss or damage) bears to the Agreed Value or to the sound value of the Vessel at the time of the accident, whichever value was greater; provided
155 always that Underwriters' liability for such expenses shall not exceed their proportionate part of the Agreed Value. The foregoing shall also apply to
156 expenses reasonably incurred in salving or attempting to salve the Vessel and other property to the extent that such expenses shall be regarded as having
157 been incurred in respect of the Vessel.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000038

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 -- P. O. BOX 2070 -- COVINGTON, LA 70434-2070

COPY

### COLLISION LIABILITY

158   ~~And it is further agreed that:~~
159   ~~(a) if the Vessel shall come into collision with any other ship or vessel, and the Assured or the Surety in consequence of the Vessel being at fault~~
160   ~~shall become liable to pay and shall pay by way of damages to any other person or persons any sum or sums in respect of such collision, the~~
161   ~~Underwriters will pay the Assured or the Surety, whichever shall have paid, such proportion of such sum or sums so paid as their respective sub-~~
162   ~~scriptions hereto bear to the Agreed Value, provided always that their liability in respect to any one such collision shall not exceed their proper~~
163   ~~tionate part of the Agreed Value.~~
164   ~~(b)  in cases where, with the consent in writing of a majority (in amount) of Hull Underwriters, the liability of the Vessel has been contested, or pro-~~
165   ~~ceedings have been taken to limit liability, the Underwriters will also pay a like proportion of the costs which the Assured shall thereby incur~~
166   ~~or be compelled to pay:~~
167   ~~When both vessels are to blame, then, unless the liability of the owners or charterers of one or both such vessels becomes limited by law, claims~~
168   ~~under the Collision Liability clause shall be settled on the principle of Cross-Liabilities as if the owners or charterers of each vessel had been compelled~~
169   ~~to pay to the owners or charterers of the other of such vessels such one half or other proportion of the latter's damages as may have been properly allowed~~
170   ~~in ascertaining the balance or sum payable by or to the Assured in consequence of such collision.†~~
171   ~~    The principles involved in this clause shall apply to the case where both vessels are the property, in part or in whole, of the same owners or chart-~~
172   ~~erers, all questions of responsibility and amount of liability as between the two vessels being left to the decision of a single Arbitrator, if the parties~~
173   ~~can agree upon a single Arbitrator, or failing such agreement, to the decision of Arbitrators, one to be appointed by the Assured and one to be appointed~~
174   ~~by the majority (in amount) of Hull Underwriters interested; the two Arbitrators chosen to choose a third Arbitrator before entering upon the reference,~~
175   ~~and the decision of such single Arbitrator, or of any two of such three Arbitrators, appointed as above, to be final and binding.~~
176   ~~Provided always that this clause shall in no case extend to any sum which the Assured or the Surety may become liable to pay or shall pay in conse~~
177   ~~quence of, or with respect to:~~
178   ~~(a)  removal or disposal of obstructions, wrecks or their cargoes under statutory powers or otherwise pursuant to law;~~
179   ~~(b)  injury to real or personal property of every description;~~
180   ~~(c)  the discharge, spillage, emission or leakage of oil, petroleum products, chemicals or other substances of any kind or description whatsoever;~~
181   ~~(d)  cargo or other property on or the engagements of the Vessel;~~
182   ~~(e)  loss of life, personal injury or illness.~~
183   ~~Provided further that exclusions (b) and (c) above shall not apply to injury to other vessels or property thereon except to the extent that such injury~~
184   ~~arises out of any action taken to avoid, minimize or remove any discharge, spillage, emission or leakage described in (c) above.~~

### PILOTAGE AND TOWAGE

185       This insurance shall not be prejudiced by reason of any contract limiting in whole or in part the liability of pilots, tugs, towboats, or their owners
186   when the Assured or the agent of the Assured accepts such contract in accordance with established local practice.
187       Where in accordance with such practice, pilotage or towage services are provided under contracts requiring the Assured or the agent of the Assured:
188       (a) to assume liability for damage resulting from collision of the Vessel insured with any other ship or vessel, including the towing vessel, or
189       (b) to indemnify those providing the pilotage or towage services against loss or liability for any such damages,
190   It is agreed that amounts paid by the Assured or Surety pursuant to such assuming obligations shall be deemed payments "by way of damages to any other
191   person or persons" and to have been paid "in consequence of the Vessel being at fault" within the meaning of the Collision Liability clause in this Policy
192   to the extent that such payments would have been covered if the Vessel had been legally responsible in the absence of any agreement.  Provided always
193   that in no event shall the aggregate amount of liability of the Underwriters under the Collision Liability clause, including this clause, be greater than
194   the amount of any statutory limitation of liability to which owners are entitled or would be entitled if liability under any contractual obligation referred to in
195   this clause were included among the liabilities subject to such statutory limitations.

### CHANGE OF OWNERSHIP

196   In the event of any change, voluntary or otherwise, in the ownership or flag of the Vessel, or if the Vessel be placed under new , or be
197   chartered on a bareboat basis or requisitioned on that basis, or if the Classification Society of the Vessel or her class therein be changed, cancelled or
198   withdrawn, then, unless the Underwriters agree thereto in writing, this Policy shall automatically terminate at the time of such change of ownership, flag,
199   management, charter, requisition or classification; provided, however, that:
200       (a) if the Vessel has cargo on board and has already sailed from her loading port, or is at sea in ballast, such automatic termination shall, if
201   required, be deferred until arrival at final port of discharge if with cargo, or at port of destination if in ballast;
202       (b) in the event of an involuntary temporary transfer by requisition or otherwise, without the prior execution of a written agreement by the
203   Assured, such automatic termination shall occur fifteen days after such transfer.
204   This insurance shall not inure to the benefit of any transferee or charterer of the Vessel and, if a loss payable hereunder should occur between
205   the time of change or transfer and any deferred automatic termination, the Underwriters shall be subrogated to all of the rights of the Assured against
206   the transferee or charterer in respect of all or part of such loss as is recoverable from the transferee or charterer, and in the proportion which the
207   amount insured hereunder bears to the Agreed Value.
208   The term "new management" as used above refers only to the transfer of the management of the Vessel from one firm or corporation to another,
209   and it shall not apply to any internal changes within the offices of the Assured.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000039

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



ADDITIONAL INSURANCES

210  It is a condition of this Policy that no additional insurance against the risk of Total Loss of the Vessel shall be effected to operate during the cur-
211  rency of this Policy by or for account of the Assured, Owners, Managers, Operators or Mortgagees except on the interests and up to the amounts enum-
212  erated in the following Sections (a) to (g), inclusive, and no such insurance shall be subject to P.P.I., F.I.A. or other like term on any interests whatever
213  excepting those enumerated in Section (a); provided always and notwithstanding the limitation on recovery in the Assured clause a breach of this condition
214  shall not afford the Underwriters any defense to a claim by a Mortgagee who has accepted this Policy without knowledge of such breach:
215  (a)  DISBURSEMENTS, MANAGERS' COMMISSIONS, PROFITS OR EXCESS OR INCREASED VALUE OF HULL AND
216  MACHINERY, AND/OR SIMILAR INTERESTS HOWEVER DESCRIBED, AND FREIGHT (INCLUDING CHARTERED FREIGHT OR
217  ANTICIPATED FREIGHT) INSURED FOR TIME.  An amount not exceeding in the aggregate 25% of the Agreed Value.
218  (b)  FREIGHT OR HIRE, UNDER CONTRACTS FOR VOYAGE. An amount not exceeding the gross freight or hire for the current cargo passage and
219  next succeeding cargo passage (such insurance to include, if required, a preliminary and an intermediate ballast passage) plus the charges of insur-
220  ance. In the case of a voyage charter where payment is made on a time basis, the amount shall be calculated on the estimated duration of the
221  voyage, subject to the limitation of two cargo passages as laid down herein. Any amount permitted under this Section shall be reduced, as the
222  freight or hire is earned, by the gross amount so earned. Any freight or hire to be earned under the form of Charters described in (d) below shall
223  not be permitted under this Section (b) if any part thereof is insured as permitted under said Section (d).
224  (c)  ANTICIPATED FREIGHT IF THE VESSEL SAILS IN BALLAST AND NOT UNDER CHARTER.  An amount not exceeding the anticipated gross
225  freight on next cargo passage, such amount to be reasonably estimated on the basis of the current rate of freight at time of insurance, plus the charges of
226  insurance. Provided, however, that no insurance shall be permitted by this Section if any insurance is effected as permitted under Section (b).
227  (d)  TIME CHARTER HIRE OR CHARTER HIRE FOR SERIES OF VOYAGES.  An amount not exceeding 50% of the gross hire which is to be earned
228  under  the charter in a period not exceeding 18 months.  Any amount permitted under this Section shall be reduced as the hire is earned under the charter
229  by 50% of the gross amount so earned but, where the charter is for a period exceeding 18 months, the amount insured need not be reduced while
230  it does not exceed 50% of the gross hire still to be earned under the charter.  An insurance permitted by this Section may begin on the signing
231  of the charter.
232  (e)  PREMIUMS. An amount not exceeding the actual premiums of all interest insured for a period not exceeding 12 months (excluding premiums
233  insured as permitted under the foregoing Sections but including, if required, the premium or estimated calls on any Protection and Indemnity or
234  War Risks and Strikes insurance) reducing pro rata monthly,
235  (f)  RETURNS OF PREMIUM. An amount not exceeding the  actual returns which are recoverable subject to "and arrival" or equivalent provision under
236  any policy of insurance.
237  (g)  INSURANCE IRRESPECTIVE OF AMOUNT AGAINST:-Risks excluded by War, Strikes and Related Exclusions clause; risks enumerated in the
238  American  Institute War Risks and Strikes Clauses; and General Average and Salvage Disbursements.

WAR STRIKES AND RELATED EXCLUSIONS

239  The following conditions shall be paramount and shall supersede and nullify any contrary provisions of the policy.
240  This Policy does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:
241  (a)  Capture, seizure, arrest, restraint or detainment, or any attempt thereat; or
242  (b)  Any taking of the Vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; or
243  (c)  Any mine, bomb or torpedo not carried as cargo on board the Vessel; or
244  (d)  Any weapon of war employing atomic or nuclear fission an/or fusion or other like reaction or radioactive force or matter; or
245  (e)  Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy; or
246  (f)  Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military of usurped power; or
247  (g)  Malicious acts or vandalism, unless committed by the Master or Mariners and not excluded elsewhere under this War Strikes and Related Exclu-
248  sions clause; or
249  (h)  Hostilities or warlike operations (whether there be a declaration of war or not) but this subparagraph (h) not to exclude collision or contact with
250  aircraft, rockets or similar missiles,  or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by
251  a hostile act by or against a belligerent power which act is independent of the nature of the voyage or service which the Vessel concerned or, in
252  the case of a collision, any other vessel involved therein, is performing.  As used herein, "power" includes any authority maintaining, naval, mili-
253  tary or air forces in association with a power.
254  If war risks or other risks excluded by this clause are hereafter insured by endorsement on this Policy, such endorsement shall supersede the above
255  conditions only to the extent that the terms of such endorsement are inconsistent therewith and only while such endorsement remains in force.
CL. 1B

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000040

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY OF THIS COVER NOTE:

### HULL AND MACHINERY

### SCHEDULE OF VESSELS

| No. | Vessel | Agreed Value Amount Insured Hereunder | GRT | HP | Built | Dimensions | Hull Deductible | Type |
|---|---|---|---|---|---|---|---|---|
| 1. | Mr. Jonah | $1,000,000.00 | 197 | 4,300 | 2002 | 134 x 33 x 17 | $25,000.00 | Tug Boat |
| 2. | Lady Ora | $ 900,000.00 | 198 | 3,000 | 2008 | 108 x 26 x 15 | $25,000.00 | Tug Boat |
| 3. | Roland Falgout | $1,700,000.00 | 188 | 4,300 | 1998 | 118 x 35 x 15 | $25,000.00 | Tug Boat |
| 4. | Wilkin A. Falgout | $1,100,000.00 | 194 | 4,300 | 2007 | 99 x 30 x9 | $25,000.00 | Tug Boat |
| 5. | Minnie Falgout | N/A | 411 | 3,000 | 2002 | 200 x 40 x 13 | N/A | Supply Vessel |
| 6. | Skye Falgout | N/A | 411 | 4,100 | 2002 | 214 x 44 x 14 | N/A | Supply Vessel |
| 7. | Finn Falgout | $3,000,000.00 | 174 | 7,200 | 1975/2013 | 138 x 40 x 14 | $25,000.00 | Tug Boat |
| 8. | Jonah | N/A | 173 | 7,200 | 1974 | 138 x 40 x 14 | N/A | Tug Boat |
| 9. | Freedom | N/A | 176 | 5,750 | 1979 | 131 x 37 x 20 | N/A | Tug Boat |
| 10. | Zion M. Falgout | $1,000,000.00 | 98 | TBA | 1974/2017 | 112.6 x 34 x 11.1 | $25,000.00 | Tug Boat |
| | Total: | $8,700,000.00 | | | | | | |

Each vessel deemed a separate insurance.

A sequence of damages arising from the same peril shall be treated as due to one occurrence and shall be subject to one deductible.

Vessels are Port Risk -- Subject to Warranties and Conditions and Reporting Provisions.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000041

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY OF THIS COVER NOTE:

*American Institute*
**S.R. & C. C. Endorsement (Hulls)**

*87-B-46 Revised)*
**September 8, 1959**

To be attached to and form a part of Cover Note No.  CUL50058.059
Of the  U.S. Specialty Insurance Company
Insuring   Global Towing Services, LLC

In consideration of an additional premium, as provided below, this insurance is extended to cover additional risks, from and after   May 01, 2019   in accordance with the following clause:-

"This insurance also covers damage to or destruction of the property insured directly caused by strikers, locked out workmen, or persons taking part in labor disturbances or riots or civil commotions or caused by vandalism, sabotage, or malicious mischief, but excluding civil war, revolution, rebellion or insurrection, or civil strife arising therefrom, and warranted free from any claim for delay, detention or loss of use, and free from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter.

Notwithstanding the exclusions in the * F. C. & S. Clause in the within policy 'vandalism', 'sabotage', and 'malicious mischief', as used herein, shall be construed to include willful or malicious physical injury to or destruction of the described property caused by acts committed by an agent of any Government, party or faction engaged in war, hostilities, or other warlike operations, provided such agent is acting secretly and not in connection with any operation of military or naval armed forces in the country where the described property is situated."

Until further notice the Assured shall pay, for the additional protection forded by the above clause, an additional premium of (WAIVED) percent. The Underwriters have the right nevertheless to change this rate at any time on 15 days written notice to the Assured; but the Assured shall have the option to cancel this endorsement as of the time when such change of rate would take effect, provided previous notice of such cancellation be given to the Underwriters. The rate may be changed as above notwithstanding strikes, labor troubles or civil commotions, on board the vessel or elsewhere, may be threatened or actually exist either at the time when such notice is given or when it takes effect.

\* War Strikes and Related Exclusions.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000042

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

## TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY OF THIS COVER NOTE: (continued)

### TOTAL INSURED VALUE CLAUSE:

It is understood and agreed that underwriter's limit of coverage for any one vessel shall not exceed the hull value insured herein all interests combined. This shall include, but not be limited to liability hereunder in respect of loss, damage, fees, expenses, deductibles and/or annual aggregate and/or self insured retentions, and/or claims arising out of or in consequence of any one accident or occurrence.

### PRIVILEGE TO CHARTER:

Privilege is granted the Assured to charter the insured vessels as occasion may require. While the insured vessels are bareboat or demise chartered to others (other than named insureds hereunder) insurance hereunder is suspended for the period of charter.

### RELEASED TOWAGE CONTRACTS:

Permission is granted the Assured to enter into released or limited liability contracts of towage usual to the river operations.

### DELIBERATE DAMAGE CLAUSE:

Subject to the conditions of this Policy, this insurance also covers **physical** loss of or damage to the subject-matter of this insurance directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the subject-matter of this insurance for which the Underwriters are liable under this policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured or owners to prevent or mitigate such hazard or threat. Employees working with or in connection with the subject-matter of this insurance are not to be considered owners within the meaning of this clause should they hold shares in the subject-matter of this insurance.

### TOTAL LOSS:

In the event of a total or constructive total loss to a vessel insured hereunder, the full annual premium shall be deemed fully earned and payable immediately.

### MISCELLANEOUS EQUIPMENT ON MOTOR VESSELS:

It is agreed that yawls and similar equipment are to be considered a part of the Towboats, Barges, Derrick Boats, A Frame, Dredge Etc. and are held covered automatically.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000043

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**TERMS AND CONDITIONS APPLICABLE ONLY TO SECTION "A" HULL AND MACHINERY OF THIS COVER NOTE: (continued)**

### POLLUTION EXCLUSION

Notwithstanding anything to the contrary, this policy section does not insure against any loss, damage, cost, liability or expense of any kind or nature whatsoever, imposed on the Assured, directly or indirectly, in consequence of, or with respect to, the actual or potential discharge, emission, spillage or leakage upon or into the seas, waters, land or air, of oil, petroleum products, chemicals or other substances of any kind or nature whatsoever.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000044

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

## ADDITIONAL ASSURED/LOSS PAYEE SCHEDULE

COPY

| **VESSEL** | **ADDITIONAL ASSURED/LOSS PAYEE** |
|---|---|
| Mr. Jonah | Mr. Jonah, LLC (Owner) |
| Lady Ora | Lady Ora, LLC (Owner) |
| Roland Falgout | RAF, Inc. (Owner) |
| Wilkin A. Falgout | WAF Marine, LLC (Owner) |
| Minnie Falgout | Minnie Falgout, LLC (Owner) |
| Skye Falgout | Assured or Order |
| Finn Falgout | Finn Falgout Marine, LLC (Owner) |
| Jonah | Jonah Marine, LLC (Owner) |
| Freedom | Assured or Order |
| Zion M. Falgout | Zion Falgout, LLC (Owner) |

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000045

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### LOSS PAYEE

Effective Inception, it is understood and agreed that with respect to vessels insured hereunder, AFS IBEX, 750 North St. Paul St., Suite 1500, Dallas, TX 7520, is added as an additional loss payee in the event of a total loss, constructive total loss, or arranged total loss and that in the event of cancellation of the policy by underwriters, thirty (30) days prior written notice will be given to AFS IBEX, 750 North St. Paul St., Suite 1500, Dallas, TX 7520, or to Broker/Agent representing the Assured (only ten (10) days notice will be given in the event of non-payment of premium).

It is also noted and agreed that AFS IBEX, 750 North St. Paul St., Suite 1500, Dallas, TX 7520, is named as a loss payee in the event of non-payment of premium.

Attached to and forming a part of Section "A" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000046

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### SECTION "B"

**MARINE LIABILITIES**: Protection and Indemnity, including General Average and Salvage, Sue and Labor and Collision Liability with respect to non-towing vessels only and Collision and Towers Liability with respect to towing vessels tugs/pushboats only.

According to the terms and conditions of the attached Protection and Indemnity, SP-23 (Revised 1/56) Clauses, as amended, and other Clauses attached to and forming a part of this Section.

**LIMIT OF LIABILITY**:        $1,000,000.00  any one accident, any one occurrence, arising out of the same event, combined single limit.

In respect to all claims, it is specifically understood and agreed that regardless of the number or types of liabilities insured against hereunder or the number of vessels or risks involved, it is agreed these Underwriters shall not be liable under this Section for more than $1,000,000.00 any one accident, any one occurrence or series of accidents or occurrences arising out of the same event including costs, expenses, and any deductible amount, combined single limit.

**UNDERWRITERS**:        U.S. Specialty Insurance Company -  100%

This Section is a separate insurance but is always subject to the other terms and conditions stated in this Cover Note except for the terms and conditions attached to and forming a part of Sections "A" and "C".

Where the word "Policy" appears herein, it shall be deemed to read "Cover Note".

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000047

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## PROTECTION AND INDEMNITY

SP-23 (Revised 1/56)

Amount Insured $AS INCLUDED
Premium $
Rate      $      AS INCLUDED

Cover Note No. P.I.  CUL50058.059

hereinafter called the Assured;

Global Towing Services, LLC

Loss, if any, payable to assured  or order.

In the sum of--------------------------$1,000,000.00 --------------------------------------------------Dollars

At and from the   01   day of   May, 2019   at   12:01 a.m., Local Standard time

until the   01   day of   November, 2020   at   12:01 a.m., Local Standard time against the liabilities of
the Assured as hereinafter described in and subject to the terms and conditions hereinafter set forth,
in respect of the vessel called the (As Per Attached Vessel Schedule) (Tonnage--) or by whatsoever other names
the said vessel is or shall be named or called.

In consideration of the Stipulations Herein Named and of ------------------AS INCLUDED----------

-------------------------------- Dollars, being Premium at the rate of ------                    )----------

The Assurer hereby undertakes to make good to the Assured or the Assured's executors, administrators
and/or successors, all such loss and/or damage and/or expense as the Assured shall as owners of the vessel
named herein have become liable to pay and shall pay on account of the liabilities, risks, events and/or
happenings herein set forth:

Loss of Life, Injury and Illness | (1) | Liability for loss of life of, or personal injury to, or illness of, any person, excluding, however, unless otherwise agreed by endorsement hereon, liability under any Compensation Act to any employee of the Assured, (other than a seaman) or in case of death to his beneficiaries or others.

Protection hereunder for loss of life or personal injury arising in connection with the handling of cargo of the vessel named herein shall commence from the time of receipt by the Assured of the cargo on  dock or wharf or  on craft alongside the said vessel for loading thereon and shall continue until delivery thereof from  dock or wharf of discharge or until discharge from the said vessel on to another vessel or craft.

Hospital, medical or other expenses | (2) | Liability for hospital, medical, or other expenses  necessarily and reasonably incurred in respect of loss of  life of, personal injury to, or illness of any member of the crew of the vessel named herein or any other person.  Liability hereunder shall also include burial expenses  not exceeding Two Hundred ($200) Dollars, when necessarily and Reasonably incurred by the Assured for the burial of any seaman of said vessel.

Attached  to  and  forming  a  part  of  Section  "B"  of  Cover  Note  CUL50058.059,  issued  to  Global  Towing
Services, LLC

All other terms and conditions remain unchanged.

USSIC 000048

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



| | | |
|---|---|---|
| Repatriation expenses | (3) | Liability for repatriation expenses of any member of the crew of the vessel named herein, necessarily and reason-Ably incurred, under statutory obligation, excepting such expenses as arise out of or ensue from the termination Of any agreement in accordance with the terms thereof, or by mutual consent, or by sale of the said vessel, or by Other act of the Assured. Wages shall be included in such expenses when payable under statutory obligation, During unemployment due to the wreck or loss of said vessel. |
| Damage to other vessel or property on board caused by collision Principle of cross-liabilities to prevail | (4) | Liability for loss of, or damage to, any other vessel or craft, or to the freight thereof, or property on such other vessel or craft, caused by collision with the vessel named herein, ~~insofar as such liability would not be covered by~~ ~~Full insurance under the~~ DELETED ~~(including the four-fourths running-down clause).~~

(a) Claims under this clause shall be settled on the principle of cross-liabilities to the same extent only as provided in the ~~running-down clause above mentioned.~~ (Attached Collision and Towers Liability wordings)

(b) Claims under this clause shall be divided among the several classes of claims enumerated in this policy and each class shall be subject to the deduction and special conditions applicable in respect of such class.

(c) Notwithstanding the foregoing, if any one or more of the various liabilities arising from such collision has been compromised, settled or adjusted without the written consent of the Assurer, the Assurer shall be relieved of liability for any and all claims under this clause. |
| Damage to other vessel or property on board not caused by collision | (5) | Liability for loss of or damage to any other vessel or craft, or to property on such other vessel or craft, not caused by collision, provided such liability does not arise by reason of a contract made by the assured.

Where there would be a valid claim hereunder but for the fact that the damaged property belongs to the Assured, the Assurer shall be liable as if such damaged property belonged to another, but only for the excess over any amount recoverable under any other insurance applicable on the property. |
| Damage to docks, piers, etc. | (6) | Liability for damage to any dock, pier, harbor, bridge, jetty, buoy, lighthouse, breakwater, structure, beacon, cable, or to any fixed or movable object or property whatsoever, except another vessel or craft, or property on another vessel or craft.

Where there would be a valid claim hereunder but for the fact that the damaged property belongs to the Assured, the Assurer shall be liable as if such damaged property belonged to another, but only for the excess over any amount recoverable under any other insurance applicable on the property. |
| Removal of Wreck | (7) | Liability for cost or expenses of, or incidental to, the removal of the wreck of the vessel named herein when such removal is compulsory by law, provided, however, that:

(a) There shall be deducted from such claim for cost or expenses, the value of any salvage from or which might have been recovered from the wreck, inuring, or which might have inured, to the benefit of the Assured.

(b) The Assurer shall not be liable for such costs or expenses ~~which would be covered by full insurance under~~ ~~the~~ DELETED or claims arising out of hostilities or war-like operations, whether before or after declaration of war. |
| Cargo | ~~(8)~~ | ~~Liability for loss of, or damage to, or in connection with cargo or other property, excluding mail and parcel post, in-cluding baggage and personal effects of passengers, to be carried, carried, or which has been carried on board the vessel named herein:~~ DELETED |

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000049

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Provided, however, that no liability shall exist under this provision for:

| | |
|---|---|
| Specie, bullion, precious stones etc. | (a) Loss, damage or expense arising out of or in connection with the custody, care, carriage or deliver of specie, bullion, precious stones, precious metals, jewelry, silks, furs, bank notes, bonds or other negotiable documents or similar valuable property, unless specially agreed to and accepted for transportation under a form of contract approved, in writing, by the Assurer. |
| Refrigeration | (b) Loss of, or damage to, or in connection with cargo requiring refrigeration unless the space, apparatus and means used for its care, custody, and carriage thereof have been surveyed by a classification surveyor or other competent disinterested surveyor under working conditions before the commencement of each voyage and found in all respects fit, and unless accepted for transportation under a form of contract approved, in writing, by the Assurer. |
| Passengers' effects | (c) Loss, damage, or expense in connection with any passenger's baggage or personal effects, unless the form of ticket issued to the passenger shall have been approved, in writing, by the Assurer. |
| Stowage in improper places | (d) Loss, damage, or expense arising from stowage of underdeck cargo on deck or stowage of cargo in spaces not suitable for its carriage, unless the Assured shall show that every reasonable precaution has been taken by him to prevent such improper stowage. |
| Deviation | (e) Loss, damage, or expense arising from any deviation, or proposed deviation, not authorized by the contract of affreightment, known to the Assured in time to insure specifically the liability therefor, unless notice thereof is given to the Assurer and the Assurer agrees, in writing, that such insurance is unnecessary. |
| Freight on cargo short delivered | (f) Freight on cargo short delivered, whether or not prepaid or whether or not included in the claim and paid by the Assured. |
| Misdescription of Goods | (g) Loss, damage or expense arising out of or as a result of the issuance of Bills of Lading which, to the knowledge of the Assured improperly describe the goods or their containers as to condition or quantity. |
| Failure to surrender Bill of Lading | (h) Loss, damage, or expense arising out of delivery of cargo without surrender of Bill of Lading. |

And provided further that

(aa) Liability hereunder shall in no event exceed that which would be imposed by law in the absence of contract.

| | |
|---|---|
| Protective clauses required in contract of affreightment | (bb) Liability hereunder shall be limited to such as would exist if the Charter Party, Bill of Lading or Contract of Affreightment contained the following clause (in substitution for the clause commonly known as the Jason Clause): "In the event of accident, danger, damage or disaster before or after commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequences of which, the shipowner is not responsible, by statute or contract or otherwise, the shippers, consignees or owners of the cargo shall contribute with the shipowner in general average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the cargo." When cargo is carried by the vessel named herein under a bill of lading or similar document of title subject or made subject to the Carriage of Goods by Sea Act, April 16, 1936, liability hereunder shall be limited to such as is imposed by said Act, and if the Assured or the vessel named herein assumes any greater liability or obligation than the minimum liabilities and obligations imposed by said Act, such greater liability or obligation shall not be covered hereunder. |

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000050

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**Limit per Package**

~~When cargo is carried by the vessel named herein under a charter party, bill of lading or contract of affreightment not subject or made subject to the Carriage of Goods by Sea Act, April 16, 1936, liability hereunder shall be limited to such as would exist if said charter party, bill of lading, or contract of affreightment contained the following clauses: a clause limiting the Assured's liability for total loss or damage to goods shipped to Two Hundred and Fifty ($250) Dollars per package, or in case of goods not shipped in packages, per customary freight unit, and providing for pro rata adjustment on such basis for partial loss or damage; a clause exempting the Assured and the vessel named herein from liability for losses arising from unseaworthiness, even though existing at the beginning of the voyage, provided that due diligence shall have been exercised to make the vessel seaworthy and properly manned, equipped, and supplied; a clause providing that the carrier shall not be liable for claims in respect of cargo, unless notice of claim is given within the time limited in such Bill of Lading and suit is brought thereon within the limited time prescribed therein; and such other protective clauses as are commonly in use in the particular trade; provided the incorporation of such clauses is not contrary to law.~~

~~The foregoing provisions as to the contents of the Bill of Lading and the limitation of the Assurer's liability may, however, be waived or altered by the Assurers on terms agreed, in writing.~~

**Assured's own cargo**

~~(cc) Where cargo on board the vessel named herein is the property of the Assured, such cargo shall be deemed to be carried under a contract containing the protective clauses described in the preceding paragraph, and such cargo shall be deemed to be fully insured under the usual form of cargo policy, and in case of loss thereof or damage thereto the Assured shall be insured hereunder in respect of such loss or damage only to the extent that they would have been covered if said cargo had belonged to another, but only in the event and to the extent that the loss or damage would not be recoverable under a cargo policy as hereinbefore specified.~~

**Cotton Bills of Lading**

~~(dd) The Assured's liability for claims under Custody Cotton Bills of Lading issued under the conditions laid down by the Liverpool Bill of Lading Conference Committee, is covered subject to previous notice of contract and payment of an extra premium of two (2¢) cents per ton gross register per voyage, but such additional premium shall be waived provided every bale is re-marked at port of shipment on another portion of the bale.~~

**Land transportation not included**

~~(ee) No liability shall exist hereunder for any loss, damage or expense in respect of cargo or other property being transported on land or on another vessel.~~

~~No liability shall exist hereunder for any loss, damage or expense in respect of cargo before loading on or after discharge from the vessel named herein caused by flood, tide, windstorm, earthquake, fire, explosion, heat, cold, deterioration, collapse or wharf, leaky deck, theft or pilferage unless such loss, damage or expense is caused directly by the vessel named herein, her master, officers or crew.~~

**Customs, immigration or other fines or penalties**

(9) Liability for fines and penalties, including expenses necessarily and reasonably incurred in avoiding or mitigating same, for the violation of any of the laws of the United States, or of any State thereof, or of any foreign country; provided, however, that the Assurer shall not be liable to indemnify the Assured against any such fines or penalties resulting directly or indirectly from the failure, neglect, or default of the Assured or his managing officers or managing agents to exercise the highest degree of diligence to prevent a violation of any such laws.

**Mutiny or other misconduct**

(10) Expenses incurred in resisting any unfounded claim by the master or crew or other persons employed on the vessel named herein, or in prosecuting such persons in case of mutiny or other misconduct.

**Extraordinary expenses in case of quarantine, etc.**

(11) Liability for extraordinary expenses resulting from outbreak of plague or other contagious disease, including such expenses incurred for disinfection of the vessel named herein or persons on board, or for quarantine, but excluding the ordinary expenses of loading and/or discharging, and the wages and provisions of crew and passengers; each claim under this provision is subject to a deduction of Two Hundred ($200) Dollars. It is provided further, however; that if the vessel named herein be ordered to proceed to a port when it is or should be known that calling there will subject the vessel to the extraordinary expenses above mentioned, or to quarantine or disinfection there or elsewhere, the Assurer shall be under no obligation to indemnify the Assured for any such expenses.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000051

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



| | |
|---|---|
| Deviation for purpose of landing injured or ill | (12)  Net loss due to deviation incurred solely for the purpose of landing an injured or sick seaman in respect of port charges incurred, insurance, bunkers, stores, and provisions consumed as a result of the deviation. |
| Cargo's proportion of general average | (13)  Liability for, or loss of, cargo's proportion of general average, including special charges, in so far as the Assured cannot recover same from any other source; subject however, to the exclusions of Section (8) and provided, that if the Charter Party, Bill of Lading, or Contract of Affreightment does not contain the quoted clause under Section 8 (bb) the Assurer's liability hereunder shall be limited to such as would exist if such clause were contained therein. |
| Costs and charges | (14)  Costs, charges, and expenses, reasonably incurred and paid by the Assured in defense against any liabilities insured against hereunder in respect of the vessel named herein, subject to the agreed deductibles applicable, and subject further to the conditions and limitations hereinafter provided. |

### GENERAL CONDITIONS AND/OR LIMITATIONS

| | |
|---|---|
| Prompt notice of claim | Warranted that in the event of any occurrence which may result in loss, damage and/or expense for which this Assurer is or may become liable, the Assured will use due diligence to give prompt notice thereof and forward to the Assurer as soon as practicable after receipt thereof, all communications, processes, pleadings and other legal papers or documents relating to such occurrences. |
| Settlement of claims | The Assured shall not make any admission of liability, either before or after any occurrence which may result in a claim for which the Assurer may be liable. The Assured shall not interfere in any negotiations of the Assurer, for settlement of any legal proceedings in respect of any occurrences for which the Assurer is liable under this policy; provided, however, that in respect of any occurrence likely to give rise to a claim under this policy, the Assured are obligated to and shall take steps to protect their (and/or the Assurer's) interests as would reasonably be taken in the absence of this or similar insurance. If the Assured shall fail or refuse to settle any claim as authorized by Assurer, the liability of the Assurer to the Assured shall be limited to the amount for which settlement could have been made. |
| Assured to assist with evidence in defense, etc. | Whenever required by the Assurer the Assured shall aid in securing information and evidence and in obtaining witnesses and shall cooperate with the Assurer in the defense of any claim or suit or in the appeal from any judgment, in respect of any occurrence as hereinbefore provided. |
| Law costs | The Assurer shall not be liable for the cost or expense of prosecuting or defending any claim or suit unless the same shall have been incurred with the written consent of the Assurer, or the Assurer shall be satisfied that such approval could not have been obtained under the circumstances without unreasonable delay, or that such costs and charges were reasonably and properly incurred, such cost or expense being subject to the deductible. The cost and expense of prosecuting any claim in which the Assurer shall have an interest by subrogation or otherwise, shall be divided between the Assured and the Assurer, proportionately to the amounts which they would be entitled to receive respectively, if the suit should be successful. |
| | The Assurer shall be liable for the excess where the amount deductible under this policy is exceeded by (A) the Cost of investigating and/or successfully defending any claim or suit against the assured based on a liability or an alleged liability of the Assured covered by this insurance, or (B) the amount paid by the Assured either under a judgment or an agreed settlement based on the liability covered herein including all costs, expenses of defense and taxable disbursements. |

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000052

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Subrogation

The Assurer shall be subrogated to all the rights which the Assured may have against any other person or entity, in respect of any payment made under this policy, to the extent of such payment, and the Assured shall, upon the request of the Assurer, execute all documents necessary to secure to the Assurer such rights.

The Assurer shall be entitled to take credit for any profit accruing to the Assured by reason of any negligence or wrongful act of the Assured's servants or agents, up to the measure of their loss, or to recover for their own account from third parties any damage that may be provable by reason of such negligence or wrongful act.

Cover elsewhere

Provided that where the Assured is, irrespective of this insurance, covered or protected against any loss or claim which would otherwise have been paid by the Assurer, under this policy, there shall be no contribution by the Assurer on the basis of double insurance or otherwise.

Assignments

No claim or demand against the Assurer under this policy shall be assigned or transferred, and no person, except-ing a legally appointed receiver of the property of the Assured, shall acquire any right against the Assurer by virtue of this insurance without the expressed consent of the Assurer.

Actions against Assurers

No action shall lie against the Assurer for the recovery of any loss sustained by the Assured unless such action is brought against the Assurer within one year after the final judgment or decree is entered in the litigation against the Assured, or in case the claim against the Assurer accrues without the entry of such final judgment or decree, unless such action is brought within one year from the date of the payment of such claim.

Time limitation

The Assurer shall not be liable for any claim not presented to the Assurer with proper proofs of loss within six (6) months after payment thereof by the Assured.

Lay-up returns

At the expiration of this policy, the Assurer is to return. for each thirty (30) consecutive days during the term of this insurance the vessel may be laid up in a safe port; or for each thirty (30) consecutive days during the term of this insurance the vessel may be laid up in a safe port without loading and/or dis-charging and without crew or cargo on board, provided the Assured give written notice to the Assurer as soon as practi-cable after the commencement and the termination of such lay-up period.

Cancellation provisions:

(a) If the vessel named herein should be sold or requisitioned and this policy be cancelled and surrendered, the Assurer to return for each thirty (30) consecutive days of the unexpired term of this insurance.

(b) In the event of non-payment of premium within sixty (60) days after attachment, this policy may be cancelled by the Assurer upon five (5) days' written notice being given the Assured.

(c) In the event that Sections 182 to 189, both inclusive, of the U.S. Code, Title 46, or any other existing law or laws de-termining or limiting liability of shipowners and carriers, or any of them, shall, while this policy is in force, be modified, amended or repealed, or the liabilities of shipowners or carriers be increased in any respect by legislative enactment, the Assurer shall have the right to cancel said insurance upon giving thirty (30) days' written notice of their intentions so to do, and in the event of such cancellation, make return of premium upon a pro rata daily basis.

Notwithstanding anything to the contrary contained in this policy, no liability attaches to the Assurer:

For any loss, damage, or expense which would be payable under the terms of the form of policy on hull and machinery, etc., if the vessel were fully covered by such insur-ance sufficient in amount to pay such loss, damage, or expense

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000053

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



For any loss, damage or expense sustained by reason of capture, seizure, arrest, restraint or detainment, or the consequence thereof or of any attempt thereat; or sustained in consequence of military, naval or air action by force of arms, including mines and torpedoes or other missiles or engines of war, whether of enemy or friendly origin; or sustained in consequence of placing the vessel in jeopardy as an act or measure of war taken in the actual process of a military engagement, including embarking or disembarking troops or material of war in the immediate zone of such engagement; and any such loss, damage and expense shall be excluded from this policy without regard to whether the Assured's liability therefor is based on negligence or otherwise, and whether before of after a declaration of war.

For any loss, damage, or expense arising from the cancellation or breach of any charter, bad debts, fraud of agents, insolvency, loss of freight hire or demurrage, or as a result of the breach of any undertaking to load any cargo, or in respect of the vessel named herein engaging in any unlawful trade or performing any unlawful act, with the knowledge of the Assured.

~~For any loss, damage, expense, or claim arising out of or having relation to the towage of any other vessel or craft, whether under agreement or not, unless such towage was to assist such other vessel or craft in distress to a port or place of safety, provided, however, that this clause shall not apply to claims under this policy for loss of life or personal injury to passengers and/or members of the crew of the vessel named herein arising as a result of towing.~~

For any claim for loss of life or personal injury in relation to the handling of cargo where such claim arises under a contract of indemnity between the Assured and his sub-contractor.

It is expressly understood and agreed if and when the Assured under this policy has any interest other than as a shipowner in the vessel or vessels named herein, in no event shall the Assurer be liable hereunder to any greater extent than if such Assured were the owner and were entitled to all the rights of limitation to which a shipowner is entitled.

Unless otherwise agreed by endorsement to this policy, liability hereunder shall in no event exceed that which would be imposed on the Assured by law in the absence of contract.

Liability hereunder in respect of any one accident or occurrence is limited to the amount hereby insured.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000054

# Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE:

### PROTECTION AND INDEMNITY

### SCHEDULE OF VESSELS

| No. | Vessel | Limit of Liability Insured Hereunder | GRT | HP | Built | Dimensions | Crew | Type |
|---|---|---|---|---|---|---|---|---|
| 1. | Mr. Jonah | $1,000,000.00 | 197 | 4,300 | 2002 | 134 x 33 x 17 | 0 | Tug Boat |
| 2. | Lady Ora | $1,000,000.00 | 198 | 3,000 | 2008 | 108 x 26 x 15 | 4-5 | Tug Boat |
| 3. | Roland Falgout | $1,000,000.00 | 188 | 4,300 | 1998 | 118 x 35 x 15 | 0 | Tug Boat |
| 4. | Wilkin A. Falgout | $1,000,000.00 | 194 | 4,300 | 2007 | 99 x 30 x9 | 4-5 | Supply Vessel |
| 5. | Minnie Falgout | $1,000,000.00 | 411 | 3,000 | 2002 | 200 x 40 x 13 | 0 | Supply Vessel |
| 6. | Skye Falgout | $1,000,000.00 | 411 | 4,100 | 2002 | 214 x 44 x 14 | 0 | Tug Boat |
| 7. | Finn Falgout | $1,000,000.00 | 174 | 7,200 | 1975/2013 | 138 x 40 x 14 | 0 | Tug Boat |
| 8. | Jonah | $1,000,000.00 | 173 | 7,200 | 1974 | 138 x 40 x 14 | 0 | Tug Boat |
| 9. | Freedom | $1,000,000.00 | 176 | 5,750 | 1979 | 131 x 37 x 20 | 0 | Tug Boat |
| 10. | Zion M. Falgout | $1,000,000.00 | 98 | TBA | 1974/2017 | 112.6 x 34 x 11.1 | 0 | Tug Boat |

Each vessel deemed a separate insurance.

Vessels are Port Risk – Subject to Warranties and Conditions and Reporting Provisions.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000055

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)**

**DEDUCTIBLES:**

Protection and Indemnity:                    $25,000.00  per occurrence

All other claims, including                  $25,000.00  per occurrence
General Average and Salvage,
Sue and Labor, Collision  and
Collision and Towers Liability Claims:

All other claims with respect to vessels     $25,000.00  per occurrence
not insured for Hull Value under
the Hull and Machinery Section, the
Collision and Collision and Towers
Claims Deductible will be:

A sequence of damages arising from the same peril shall be treated as due to one occurrence and shall be subject to one deductible.

It is agreed that, in consideration of the premium charged, the limit of liability as contained herein shall be inclusive of any deductibles (howsoever described) and/or self-insured retention of the Named Assureds identified herein.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000056

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



### TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)

### GENERAL AVERAGE AND SALVAGE:

General Average and Salvage shall be payable as provided in the contract of affreightment, or failing such provision or there be no contract of affreightment, payable in accordance with York-Antwerp Rules 2004 and as to matters not therein provided for according to the laws and usages at the port of New York.  Provided always that when an adjustment according to the laws and usages of the port of destination is property demanded by the owners of the Cargo, General Average shall be paid accordingly.

In the event of salvage, towage or other assistance being rendered to the insured vessel by any vessel belonging in part or in whole to the same Owners or Charterers, the value of services (without regard to the common ownership or control of the vessel(s) shall be ascertained by arbitration in the manner provided for under the Collision Liability clause in this Cover Note, and the amount so awarded so far as applicable to the interest hereby insured shall constitute a charge under this Cover Note.

When the contributory value of the insured vessel is greater than the Agreed Value herein, the liability of the Underwriters for General Average contribution (except in respect to amounts made good to the insured vessel) or Salvage, shall not exceed that proportion of the total contribution due from the insured vessel which the amount insured hereunder bears to the contributory value, and if, because of damage for which the Underwriters are liable as Particular Average, the value of the insured vessel has been reduced for the purpose of contribution, the amount of such Particular Average damage recoverable under this Policy shall first be deducted from the amount insured hereunder, and the Underwriters shall then be liable only for the proportion which such net amount bears to the contributory value.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000057

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)

#### SUE AND LABOR:

And in case of any Loss or Misfortune, it shall be lawful and necessary for the Assured, their Factors, Servants and Assigns, to sue, labor and travel for, in, and about the defense, safeguard and recovery of the Insured Vessel, or any part thereof, without prejudice to this insurance, to the charges whereof the Underwriters will contribute their proportion as provided below. And it is expressly declared and agreed that no acts of the Underwriters or Assured in recovering, saving or preserving the Insured Vessel shall be considered as a wavier or acceptance of abandonment.

In the event of expenditure under the Sue and Labor clause, the Underwriters shall pay the proportion of such expenses that the amount insured hereunder bears to the Agreed Value, or that the amount insured hereunder (less loss and/or damage payable under this Policy) bears to the actual value of the salved property, whichever proportion shall be less; provided always that their liability for such expenses shall not exceed their proportionate part of the Agreed Value.

If claim for Total Loss is admitted under this Policy and sue and labor expenses have been reasonably incurred in excess of any proceeds realized or value recovered, the amount payable under this Policy will be the proportion of such excess that the amount insured hereunder (without deduction for loss or damage) bears to the Agreed Value or to the sound value of the Insured Vessel at the time of the accident, whichever value was greater; provided always that Underwriters' liability for such expenses shall not exceed their proportionate part of the Agreed Value. The foregoing shall also apply to expenses reasonably incurred in salving or attempting to salve the Insured Vessel and other property to the extent that such expenses shall be regarded as having been incurred in respect of the Insured Vessel.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000058

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)

### GENERAL AVERAGE/SALVAGE/SUE AND LABOR EXCLUSION:

It is understood and agreed that any vessel not insured herein and/or a Section of this Cover Note for Hull and Machinery coverage shall not be covered for General Average/Salvage/Sue and Labor by these Underwriters.

### DROP DOWN PROVISION:

Notwithstanding anything contained herein to the contrary, in the event of Bankruptcy, Non Collectability or Insolvency of an insured herein, in no event shall this Cover Note drop down below the deductible and/or Annual Aggregate Deductible and/or Self-Insured Retention described herein.

### INCORPORATING CLAUSE:

It is understood and agreed that the named assureds, loss payees, additional assureds, waivers of subrogation, prior notice of cancellations provisions appearing in the Hull Section of this Cover Note shall be deemed incorporated herein but only insofar as those vessels named herein are concerned.

### MARINE CONTRACTUAL LIABILITY:

In consideration of the premium for which this insurance is written, the coverage afforded under this Section is extended to insure the liability of the Assured arising out of written hold harmless and/or indemnity agreements contained in such contracts as have been or may be entered into by the Assured for the furnishing of SCHEDULED vessels; and, only when performing work under said contract at the time of the loss. Provided, however, that this provision will not extend underwriters' liability beyond the limits and/or conditions set forth by the SP23 form (as amended) herein.

Notwithstanding the above, should coverage for Marine Contractual Liability exist outside this Cover Note then no coverage exists herein. Further, nothing contained within this Cover Note shall operate to increase Underwriters' limit of liability as set forth in this Cover Note, nor shall it extend the insuring conditions beyond scheduled vessel(s) operations.

### LIMIT OF LIABILITY CLAUSE:

It is understood and agreed that the Assurers limit of liability shall not exceed $1,000,000 each accident or occurrence, regardless of the number of vessels involved. Any applicable deductible is to be included within the aggregate limits amount.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000059

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)**

**WITH RESPECT TO NON-TOWING VESSELS SCHEDULED HEREIN**
**COLLISION LIABILITY WORDING**

In consideration of the premium charged it is hereby understood and agreed that the following Collision Liability wording, Lines 158 – 184 of the American Institute Hull Clauses, (June 2, 1977) is included herein with respect to Non-Towing vessels insured hereunder:

COLLISION LIABILITY

158   And it is further agreed that:

159   (a) if the Vessel shall come into collision with any other ship or vessel, and the Assured or the Surety in consequence of the Vessel being at fault
160       shall become liable to pay and shall pay by way of damages to any other person or persons any sum or sums in respect of such collision, the
161       Underwriters will pay the Assured or the Surety, whichever shall have paid, such proportion of such sum or sums so paid as their respective
162       subscriptions hereto bear to the Agreed Value, provided always that their liability in respect to any one such collision shall not exceed their
163       proportionate part of the Agreed Value;

164   (b) in cases where, with the consent in writing of a majority (in amount) of Hull Underwriters, the liability of the Vessel has been contested, or
165       proceedings have been taken to limit liability, the Underwriters will also pay a like proportion of the costs which the Assured shall thereby incur
166       or be compelled to pay.

167       When both vessels are to blame, then, unless the liability of the owners or charterers of one or both such vessels becomes limited by law, claims
168   under the Collision Liability clause shall be settled on the principle of Cross-Liabilities as if the owners or charterers of each vessel had been compelled
169   to pay to the owners or charterers of the other of such vessels such one-half or other proportion of the latter's damages as may have been properly allowed
170   in ascertaining the balance or sum payable by or to the Assured in consequence of such collision.

171       The principles involved in this clause shall apply to the case where both vessels are the property, in part or in whole, of the same owners or chart-
172   erers, all questions of responsibility and amount of liability as between the two vessels being left to the decision of a single Arbitrator, if the parties
173   can agree upon a single Arbitrator, or failing such agreement, to the decision of arbitrators, one to be appointed by the Assured and one to be appointed
174   by the majority (in amount) of Hull Underwriters interested; the two Arbitrators chosen to choose a third Arbitrator before entering upon the reference,
175   and the decision of such single Arbitrator, or of any two of such three Arbitrators, appointed as above, to be final and binding.

176   Provided always that this clause shall in no case extend to any sum which the Assured or the Assured or the Surety may become liable to pay or shall pay in
177   consequence of, or with respect to:

178       (a) removal or disposal of obstructions, wrecks or their cargoes under statutory powers or otherwise pursuant to law;
179       (b) injury to real or personal property of every description;
180       (c) the discharge, spillage, emission or leakage of oil, petroleum products, chemicals or other substances of any kind or description whatsoever;
181       (d) cargo or other property on or the engagements of the Vessel;
182       (e) loss of life, personal injury or illness.

183       Provided further than exclusions (b) and (c) above shall not apply to injury to other vessels or property thereon except to the extent that such injury
184   Arises out of any action taken to avoid, minimize or remove any discharge, spillage, emission or leakage described in (c) above.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000060

## Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



**TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)**

**WITH RESPECT TO  TOWING VESSELS TUGS/PUSHBOATS ONLY SCHEDULED HEREIN COLLISION AND TOWER'S LIABILITY WORDING**

In consideration of the premium charged it is hereby understood and agreed  that the following Collision  and Tower's Liability Wording, Lines 78 – 111 of the American Institute Tug Form, August 1, 1976, is included herein with respect to Towing Vessels insured hereunder:

COLLISION AND TOWER'S LIABILITY

78      And it is further agreed that:

79      (a) if the Vessel hereby insured shall come into collision with any other vessel, craft or structure, floating or otherwise (including her tow), or shall
80      Strand her tow or shall cause her tow to come into collision with any other vessel,  craft or structure,  floating or otherwise, or shall  cause  any
81      other loss or  damage to her  tow or to the freight  thereof or to the  property  on  board, and  the Assured, or  the Surety,  in consequence of the
82      Insured Vessel  being  at  fault, shall  become liable to pay and shall pay by way of  damages to any other  person or persons  any sum  or sums,
83      we,  the Underwriters,  will pay the Assured or  the  Surety,  whichever shall  have paid, such  proportion  of such sum  or sums  so paid  as  our
84      subscriptions hereto bear to the value of the Vessel hereby insured, provided always that our  liability in respect of  any one  such casualty
85      shall not exceed our proportionate part of the value of the Vessel hereby insured;

86      (b) in cases  where the liability of the Vessel  has been contested or proceedings have been taken to limit liability with the consent in writing, of a
87      majority (in amount) of the Underwriters on the hull and  machinery, we will also  pay a  like proportion  of the costs  which the  Assured  shall
88      thereby incur or be compelled to pay.

89      When both vessels are to blame, then, unless the liability  of the Owners of one or both  of  such vessels  becomes limited  by law, claims under
90      the Collision and Tower's Liability clause shall be settled on the principle of Cross-Liabilities, as if the Owners of each vessel  had been compelled
91      to pay to the Owners of the other of such  vessels  such  one-half or other proportion  of the latter's  damages as may  have  been  properly allowed in
92      ascertaining the balance or sum payable by or to the Assured in consequence of such casualty.

93      It is hereby further agreed  that the  principles involved in this clause shall apply to  the case where two or more of the vessels involved are  the
94      property  in part or in  whole,  of the same Assured, all  questions of  responsibility  and  amount  of liability  as between  such Vessels  being left
95      to the decision of a single Arbitrator, if  the parties can agree upon a single Arbitrator, or  failing such agreement, to the decision of Arbitrators, one to be
96      appointed by the Assured and one to  be  appointed by a  majority (in amount) of the Underwriters on hull and machinery;  the two  Arbitrators  so chosen
97      to choose a  third Arbitrator  before entering  upon  the  reference, and the decision of such  single Arbitrator, or of  any two of  such  three Arbitrators,
98      appointed as above, to be final and binding.

99      Provided always that this Collision and Tower's Liability  clause shall  in no case  extend to  any sum which  the  Assured  or the Surety  may  become
100     liable to pay, or shall pay:

101     I. for loss,  damage or expense to  vessel(s) in  tow owned  (other than vessel(s), bareboat chartered to others), bareboat chartered , managed  or operated
102     by the Assured and/or its affiliated and/or subsidiary companies and/or  corporations, and to cargo, owned  by the Assured and/or its affiliated  and/or
103     subsidiary companies and/or corporations, on board vessel(s) in tow of the Vessel hereby insured; or

104     II.  in consequence of, with respect to, or arising out of:
105     (a)  removal or disposal of obstructions, wrecks or their cargoes under statutory powers or otherwise pursuant to law;
106     (b)  cargo, baggage or engagements of the insured Vessel;
107     (c)  loss of life, personal injury or illness;
108     (d) the discharge, spillage, emission  or  leakage of oil, petroleum products, chemicals or other substances of any kind or description whatsoever

109     Provided, further that Exclusion II (d) shall not apply  to  actual physical loss of  or damage to such substances (if liability therefore  is otherwise
110     covered  under  the attached Policy) except to  the extent that  such  loss or damage  arises out of  any  action taken to  avoid,  minimize or remove  and
111     discharge,  spillage, emission or leakage described in Exclusion II(d).

Attached  to  and  forming  a  part of Section  "B" of Cover Note CUL50058.059, issued  to  Global  Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000061

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



TERMS AND CONDITIONS APPLICABLE TO SECTION "B" MARINE LIABILITIES OF THIS
COVER NOTE: (continued)

**DIVING OPERATIONS EXCLUSION:**

It is agreed that this Cover Note excludes from coverage any claims arising in respect of divers or diving operations by any Named Assured or Additional Assured, unless loss is caused by negligent navigation of a scheduled vessel.

**EMPLOYMENT RELATIONS EXCLUSIONS:**

In consideration of the premium charged, it is hereby agreed that this Cover Note shall not apply to "bodily injury", "property damage" or "personal injury" to:
1. An employee or former employee, or any other person working for, or with any assured, whether or not arising out of or in the course of employment by the Assured, or an applicant for employment with any assured, if the "bodily injury", "property damage" or "personal injury" including but not limited to any psychological injury or mental anguish arising out of any of the following:
   a. Refusal to Employ or Rehire;
   b. Termination of Employment, Lay-Off or Retirement;
   c. Coercion;
   d. Demotion or Non-Promotion;
   e. Performance Evaluation;
   f. Reassignment or Transfer;
   g. Discipline;
   h. Defamation;
   i. Harassment;
   j. Humiliation;
   k. Discrimination including but not limited to discrimination based upon race, color, creed, religion, political belief, age, physical type, physical limitation or handicap, medical condition, sex or sexual preference;
   l. Sexual abuse including rape, sodomy, sexual acts of a non-consenting nature, sexual harassment or humiliation, and assault and/or battery in connection with the foregoing;
   m. Other employment related practices, policies, acts or omissions; or
2. The spouse, domestic partner, child, parent, brother, sister, or other relative of that employee, former employee or any applicant for employment as consequence of 1. above.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000062

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**EXCLUSIONS WITH RESPECT TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE:**

**ADDITIONAL EXCLUSIONS:**

Notwithstanding anything to the contrary contained in this policy, it is hereby understood and agreed that this policy is subject to the following exclusions and that this policy shall not apply to:

1. any claims arising out of paragraphs 8 and 13 of the SP-23 Form, or any other claim in respect of equipment or property within the care, custody or control of the Assured;

2. any claims for loss, damage, liability or expense arising directly or indirectly from pollution or contamination by any substance whatsoever;

3. any claim for bodily or personal injury or death, or loss of, damage to, or loss of use of property directly or indirectly caused by asbestos and/or lead;

4. any claim arising from directly or indirectly caused by or associated with Human T-Cell Lymphotropic Virus type III (HILV III) or Lymphadenopathy Associated Virus (LAV) or the mutants derivatives or variations thereof or in any way related to Acquired Immune Deficiency Syndrome or any syndrome or condition of the similar kind howsoever it may be named.

Any costs and expenses of investigating and/or defending and claim or suit against the Assured arising out of the forgoing are also excluded.

5. ~~Unless otherwise specially endorsed hereon, this Policy does not cover excess collision liability (and/or excess tower's liability in the case of a tug).~~

6. ~~Unless otherwise specially endorsed hereon, all vessels engaged in towing which are insured herein are deemed to be fully insured under the terms of the American Tug Syndicate Form (August 1st, 1976) 53R-1, or equivalent and all other vessels are deemed to be fully insured under the American Institute Hull Clauses (June 2nd, 1977), or equivalent.~~

Notwithstanding anything to the contrary contained in this policy, it is hereby understood and agreed that this policy is subject to the following:

1. It is understood that liability hereunder in respect of loss, damage, costs, fees, expenses and/or claims arising out of, or in consequence of, any one occurrence is limited to the amount hereby insured.

2. It is understood and agreed if and when the Assured or any Additional Assured under this Policy is entitled to limit his liability, the liability hereunder as to that Assured or additional assured shall not exceed the amount of such limitation.

3. This policy is one of indemnity and this principle may only be varied at the sole discretion of and on terms to be decided by Underwriters.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000063

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## EXCLUSIONS WITH RESPECT TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)

### OCCUPATIONAL DISEASE, ILLNESS OR INJURY EXCLUSION:

Notwithstanding anything to the contrary contained in this Cover Note, it is hereby understood and agreed that this Cover Note is subject to the following exclusions and that this Cover Note shall not apply to:

1.  Any liability to any person, or their duly authorized representative, of whatsoever nature of the Assured, whether for damages, maintenance and cure, fines and penalties or funeral expenses, arising out of loss of life of, or injury to, or illness of, any person due to occupational and/or industrial diseases, illness and/or injuries, gradually contracted from the character of his present or prior employment, including but not limited to multiple exposures to petroleum and/or any other chemical(s) and/or substances of any nature, because thereof, and incidental thereto, and whether or not such employment be in the service of the Assured or otherwise; and

2.  Any costs and expenses of investigating and/or defending any claim or suit against the Assured arising out of a liability or alleged liability of the Assured excluded above.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000064

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## EXCLUSIONS WITH RESPECT TO SECTION "B" MARINE LIABILITIES OF THIS COVER NOTE: (continued)

**American Institute**
**POLLUTION EXCLUSION CLAUSE (P&I)**
**and BUY BACK ENDORSEMENT A**
**(May 9, 2011)**

To be attached to and form a part of Cover Note No. CUL50058.059  of the U.S. Specialty Insurance Company.

Insuring  Global Towing Services, LLC

This Policy will not indemnify the Assured against any sum(s) paid, nor insure against any liability, with respect to any loss, damage, cost, liability, expense, fine or penalty of any kind or nature whatsoever, and whether statutory or otherwise, incurred by or imposed on the Assured, directly or indirectly in consequence of, or with respect to, the actual, alleged or potential or substantial threat of a discharge, emission, dispersal, spillage, release, escape or leakage upon land, the atmosphere, or any watercourse or body of water of pollutants, including but not limited to oil, fuel, petroleum products, vapors, soot, fumes, waste, waste materials, invasive organisms, acids, alkalis, irritants, contaminants or other similar substances.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF                THE ABOVE EXCLUSION SHALL NOT APPLY TO SUMS PAID, OR LIABILITY OF THE ASSURED:

1)  For loss of life of, or bodily injury to, or illness of, any person;

2)  For loss, damage or expense to any cargo carried on board the insured Vessel (s);

3)  For loss, damage or expense to any cargo on board any other vessel or contained or stored ashore; and

4)  For contamination of any cargo resulting from the pumping of oil, petroleum products, chemicals or any other substances of any kind or nature whatsoever directly into any other vessel, or between tanks of the insured Vessel(s) or into storage tanks or receptacles ashore or elsewhere.

PROVIDED that such sums, or such liability, are insured elsewhere under the terms and conditions of this Policy. All other terms and conditions of this Policy shall remain unchanged.

Attached to and forming a part of Section "B" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000065

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



SECTION "C"

## MARINE COMPREHENSIVE LIABILITY:

**LIMIT OF LIABILITY:**   As Stated Within

In respect to all claims, it is specifically understood and agreed that regardless of the number or types of liabilities insured against hereunder or the number of vessels or risks involved, it is agreed these Underwriters shall not be liable under this Section for more than $1,000,000.00 any one accident, any one occurrence or series of accidents or occurrences arising out of the same event including costs, expenses, and any deductible amount, combined single limit.

**UNDERWRITERS:**   U.S. Specialty Insurance Company – 100%

This Section is a separate insurance but is always subject to the other terms and conditions stated in this Cover Note except for the terms and conditions attached to and forming a part of Sections "A" and "B".

Where the word "Policy" appears herein, it shall be deemed to read "Cover Note".

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000066

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

### Marine Comprehensive Liability Coverage Part Declarations



**ITEM 1)**
**ASSURED:**   Global Towing Services, LLC

**ITEM 2)**
**LOCATION**   Property, facilities, and offices of the Assured(s) that are owned, rented, leased or occupied and are insured hereunder:

1. 344 Buchannan Street, Larose, LA 70373
2. 11812 Hwy. 308, Larose, LA 70373
3. 8708 Hwy. 182 E., Amelia, LA 70340
4. Mooring Dolphins #1 & #2 (along Bayou Lafourche and the Flotation Canal located at Port Fourchon, LA).

**ITEM 3)   LIMIT**
**OF LIABILITY**   All claims expenses and amounts paid in satisfaction of claims are subject to the applicable limit of liability.

**$1,000,000.00** Limit each Occurrence including Supplementary Payments: Combined Single Limit.
**$1,000,000.00** Products Hazard or Completed Operations Hazard or with respect to liability arising out of Independent Contractors Aggregate Limit.
**$1,000,000.00** Personal Injury and Advertising Injury Aggregate Limit
**$    50,000.00** Fire Damage Liability Limit, ANY ONE FIRE
**$      5,000.00** Premises Medical Payments Limit, ANY ONE PERSON
**$2,000,000.00** General Aggregate Limit (Other Than Products-Completed Operations), Combined Single Limit

**COMBINED SINGLE LIMIT:** It is understood and agreed that in the event of an occurrence involving more than one policy form, section or endorsement, the maximum limit of liability under this policy for any one occurrence shall not exceed **$1,000,000.00**.

**ITEM 4)**
**DEDUCTIBLE**   No claims shall be payable under this policy unless the aggregate liability for any one occurrence, including supplementary payments, exceeds the sum of **$10,000.00**, any one accident or occurrence, except **$25,000.00,** any one accident or occurrence as respect Pollution and/or Contamination Claims and this sum shall be deducted from the amount payable hereunder for each occurrence.

Medical Payments are not subject to the deductible.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000067

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

**COPY**

ITEM 5)
CONDITIONS:    Marine Comprehensive Liability Policy

Including the Following Endorsements:

Boat Broker's Legal Liability.
Landing Dock Bailee Liability.
Action Over Indemnity Buyback Endorsement.
Blanket Additional Insured and Waiver of Subrogation, as required by
written contract.
Blanket Primary and Non-Contributory, as required by written contract.
Oil Pollution Act Disclaimer Clause.
Limited Pollution Buyback (72 hour) Endorsement.
In Rem.
Gulf of Mexico Extension.
Discovery Endorsement.
Absolute Health Hazard Exclusion.
Occupational Disease Exclusion.
Punitive Damages Exclusion.
All other terms and conditions of Underwriters.

ITEM 6)
PREMIUM AND    It is understood and agreed that a deposit premium of $        is
REPORTING      payable upon attachment of this policy. The Assured, by acceptance of
this policy, agrees to keep an accurate record of all "gross receipts' for
operations covered under the terms and conditions of this policy, which
record shall be open to examination by representatives of the Company at
all times during business hours, during     term of this policy or thereafter,
and further agrees to report to this Company on an **Annual** basis. On or
before thirty (30) days after the preceding 12 months, the total amount
thereof (collected or uncollected) for the preceding 12 months or such
period as is within the term of this policy. The earned premium hereunder
to be computed thereon at the rate of
. (the estimated annual premium based on estimated '
and applied against the minimum earned and deposit premium
until same is exhausted, following which all further earned premium shall
be due and payable to the Company at time of filing the report on which
the earned premium is due. This Company shall have the right to set off
against the claims payable under this policy any premium due hereunder.
It is agreed that the annual earned premium hereunder shall be $

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing
Services, LLC

All other terms and conditions remain unchanged.

USSIC 000068

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



ITEM 7)
COVERAGE
TERRITORY

This insurance applies only to Bodily Injury or Property Damage which occurs within this "coverage territory".

ITEM 8)
CANCELLATION

This policy may be canceled by the First Named Assured by mailing to the Company written notice when thereafter such cancelation shall be effective. This policy may be canceled by the Company by mailing to the First Named Assured at his last known address written notice stating when, not less than **thirty (30)** days thereafter, such cancellation shall be effective; except in the event of non-payment of premium, only **ten (10)** days' notice in writing to the First Named Assured is required. Such notice sent to the First Named Assured in the care of the broker or agent who negotiated this policy shall have the same effect as if sent directly to the First Named Assured.

If cancellation is at the Assured's option, the Company will return a "short-rate return premium"; if cancellation is at the company's option, pro rata unearned premium will be returned as soon as practicable.

ITEM 9)
PARAMOUNT
EXCLUSIONS

The following exclusions shall be paramount and shall override anything contained in this policy inconsistent therewith:

a. **Asbestos Exclusion**
In consideration of the premium charged, it is agreed that this policy shall not apply to any liability for bodily injury or property damage, including loss of use thereof, arising out of the manufacturing, processing, handling, distribution, sale, application, removal or use of asbestos, or asbestos related product(s).

b. **Directors and Officers Exclusion**
In consideration of the premium charged, it is agreed that coverage afforded by this policy shall not apply to any director and/or officer of the Assured by reason of any wrongful act committed in their capacity as a director and/or officer of the Assured.

It is further agreed that the term "wrongful act" shall be defined as, but not limited to, any breach of duty, neglect, error, misstatement, misleading statement, omission or other act actually done or attempted by a director and/or officer claimed against them solely by reason of their capacity as such.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000069

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



c. **Employment-Related Practices Exclusion**
In consideration of the premium charged, is understood and agreed that this insurance shall not cover:

"Bodily Injury" arising out of any refusal to employ, termination or employment, coercion, demotion, evaluation, re-assignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts omissions or consequential "bodily injury" as a result of the above.

"Personal Injury" arising out of any refusal to employ, termination or employment, coercion, demotion, evaluation, re-assignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts omissions or consequential "personal injury" as a result of the above.

This exclusion applies whether the Assured may be held liability as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

d. **Fiduciary Liability Exclusion**
In consideration of the premium charged and notwithstanding anything therein to the contrary, it is hereby agreed that such coverage as is afforded by this policy shall not apply to any claim or claims arising out of fiduciary liability.

e. **Health Hazard Exclusion**
In consideration of the premium charged and notwithstanding anything to the contrary contained in this policy, no coverage is granted by this policy for any claim or expense (including by not limited to defense cost) arising out of the following exclusion.
1) **POLYCHLORINATED BIPHENYL (P.C.B.)**: Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly caused by Polychlorinated Biphenyl. The term PCB as used in this exclusion means Polychlorinated Biphenyl or any derivative thereof.
2) **SILICA**: Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly cause by Silica.
3) **LEAD**: Bodily Injury or Personal Injury or loss of, damage to or loss of use of property directly or indirectly cause by lead and/or lead related compounds and/or lead derivatives

It is further agreed that this policy shall not apply to any liability for Bodily

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000070

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070

COPY

Injury or Personal Injury and/or Property Damage made by or on behalf of any person or persons directly or indirectly on account of continuous, intermittent or repeated exposures to, ingestion, inhalation, or absorption of, any substances, materials, products, wastes or emissions, noise or environmental disturbance where the Assured is or may be liable for any reason including, but not limited to, as a result of the manufacture, production, extraction, sale, handling, utilization, distribution, disposal or creation by or on behalf of the Assured of such substances, materials, products, wastes or emissions, noise or environmental disturbance.

For the purpose of the clause, the term "Personal Injury" shall mean bodily injury or insult (including death at any time resulting therefrom), mental injury, mental anguish, shock, sickness, disease, disability, detention, humiliation or wrongful eviction.

f.  **Occupational Disease Exclusion**
In consideration of the premium charged, it is understood and agreed that this insurance shall not cover any liability, loss, damage or expense as regards personal injury (fatal or non-fatal) resulting from occupational disease sustained by an employee of the Assured

g.  **Professional Liability / Errors or Omissions Exclusion**
In consideration of the premium charged, it is hereby agreed that this policy shall not apply to any claim or claims arising out of a breach of professional duty by reason of any negligent act, error or omission, malpractice or mistake of a professional nature committed or alleged to have been committed by or on behalf of he Assured in the conduct of any of the Assured's business activities. Professional services includes but is not limited to the preparation or approval or maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering, or data processing services.

h.  **Punitive Damage Exclusion**
In consideration of the premium charged, it is understood and agreed that this insurance shall not cover any fines, penalties, punitive damages, treble damages or any other damages resulting from the multiplication of compensatory damages.

i.  **Securities and Financial Interest Exclusion**
In consideration of the premium charged, it is agreed that this insurance shall not apply to any damages arising out of or by reason of,
1) The purchase, or sale, or offer of sale, or solicitation of any security, debt, bank deposit or financial interest or instrument; or
2) Any representation make at any time in relation to the price or value of any

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000071

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

security, debt, bank deposit or financial interest or instrument; or

3) Any depreciation or decline in price or value of any security, debt, bank deposit or financial interest or instrument; or

4) Any intentional or unintentional violation of any provision of Federal or State securities laws, including but not limited to the Securities and Exchange Act of 1934 or any amendments or additions thereto.

It is furthermore agreed that the Company has no obligation to defend or pay for the defense of any claim that may allege any of the foregoing.

j.    **Absolute Pollution Exclusion**
In consideration of the premium charged, it is hereby understood and agreed that such coverage as is afforded by this policy shall not apply to any claim arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials, oil or other petroleum substance or derivative (including any oil refuse or oil mixed wastes) or other irritants, contaminants or pollutants into or upon land, the atmosphere, or any watercourse of body of water.

k.    **AIMU Extended Radioactive Contamination Exclusion Clause with U.S.A Endorsement (March 1, 2003**
**This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.**

In no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from

1. ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel

2. the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof

3. any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.

4. the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000072

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE  (U.S.A.
ENDORSEMENT)
This insurance is subject to the Extended Radioactive Contamination Exclusion
Clause (March 1, 2003) provided that if fire is an insured peril

and

where the subject matter insured or, in the case of a reinsurance, the subject
matter insured by the original insurance, is within the U.S.A., its islands,
onshore territories or possessions

and

a fire arises directly or indirectly from one or more of the causes detailed in
Sub-Clauses 1.1, 1.2, and 1.4 of the Extended Radioactive Contamination
Exclusion Clause March 1, 2003 any loss or damage arising directly from that
fire shall, subject to the provisions of this insurance, be covered, EXCLUDING
however any loss damage liability or expense caused by nuclear reaction,
nuclear radiation, or radioactive contamination arising directly or indirectly
from that fire.

l.    **AIMU Chemical, Biological, Bio-Chemical, and Electromagnetic Exclusion
Clause (March 1, 2003)**
**This clause shall be paramount and shall override anything contained in
this insurance inconsistent therewith.**

In no case shall this insurance cover loss damage liability or expense directly or
indirectly caused by or contributed to or arising from an actual or threatened act
involving a chemical, biological, bio-chemical or electromagnetic weapon,
device, agent or material when used in an intentionally hostile manner.

m.    **AIMU Cyber Exclusion Clause**
**This clause shall be paramount and shall override anything contained in
this insurance (including any endorsement(s)) inconsistent therewith.**

In no case shall this insurance cover loss, damage, liability, or expense directly
or indirectly caused by or contributed to or arising from

1. any "malicious act" involving the use of any "computer system",
   "electronic data communications system", "computer virus",  or
   process or any other electronic system;  and/or
2. any access to or disclosure of any "personally identifiable
   information" or any person's or organization's confidential

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing
Services, LLC

All other terms and conditions remain unchanged.

USSIC 000073

**Continental Underwriters Ltd. LLC**

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

information, including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, or any other type of nonpublic information; and/or

3. any action or omission that violates or is alleged to violate any federal, state or local statute that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating, or distribution of any written or electronic material or information.

Where this policy provides coverage for War Risks, section 1 above shall not operate to exclude losses which would otherwise be covered by such War Risks coverage.

Definitions:

"Computer system" means computer hardware of any kind; "electronic computer program"; "electronic data processing media"; operating system; media microchip; microprocessor (computer chip); integrated circuit or similar device; computer network and networking equipment; firmware; server; website; extranet; and all input, output, processing, storage, and off-line media libraries.

"Computer virus" means any corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to, any maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a "computer system" or network of whatsoever nature.

"Electronic computer program" means computer software, application software, and other recorded instructions for the processing, sequencing, collecting, transmitting, recording, retrieval, or storage of "electronic data".

"Electronic data" means information or knowledge recorded or transmitted in a form usable in a "computer system", microchip, integrated circuit or similar device in non-computer equipment, and which can be stored on "electronic data processing media" for use by an "electronic computer program".

"Electronic data communications system" means any communication system, including a "computer system" and the internet, which provides the Assured with access to another "computer system", microchip, integrated circuit or similar device in non-computer equipment, or which provides any party access to the Assured's "computer system", microchips, integrated circuits or similar devices in non-computer equipment.

"Electronic data processing media" means punch cards, paper tapes, floppy disks, CD-ROM, hard drives, magnetic tapes, magnetic discs or any other tangible personal property on which "Electronic data" or "electronic computer programs" are recorded or transmitted, but not the "electronic data" or

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000074

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



"electronic computer programs" themselves. Money or securities are not "electronic data processing media".

"Malicious act" shall mean the intentional and wrongful action or actions of one or more persons, whether or not agents of a sovereign power.

"Personally identifiable information" shall mean information, whether printed or digital, encrypted or unencrypted, in the care custody or control of any Assured which alone or in conjunction with other information can be used to uniquely identify an individual. However, "personally identifiable information" does not include information which is lawfully available to the general public.

n. **AIMU U.S. Economic and Trade Sanctions Clause**
Whenever coverage provided by this policy would be in violation of any U.S. economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), such coverage shall be null and void.

Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of U.S. economic or trade sanctions as described above shall also be null and void.

o. **Nuclear Energy Liability Exclusion (Broad Form)**
   I. The insurance does not apply:

   A. Under any Liability Coverage to **"bodily injury"** or **"property damage"**:

   1. with respect to which an Assured under the policy is also an Assured under a Nuclear Energy Liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or any of their successors, or would be an assured under any such policy but for its termination upon exhaustion of its limit of liability; or

   2. resulting from the hazardous properties of nuclear material and with respect to which (A) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (B) the Assured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000075

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

B.  Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material arising out of the operation of a nuclear facility by any person or organization.

C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

1.  The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

2.  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

3.  The bodily injury or property damage arises out of the furnishing by an Assured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this endorsement:

"**Hazardous Properties**" includes radioactive, toxic or explosive properties.

"**Nuclear Material**" means "source material", "Special nuclear material" or "by- product material".

"**Source Material**", "**Special Nuclear Material**", and "**By-Product Material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"**Spent Fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"**Waste**" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000076

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"**Nuclear Facility**" means:

(a)    any "nuclear reactor";

(b)    any equipment or devise designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c)    any equipment or devise designed or used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)    any structure, basin , excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"**Nuclear Reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"**Property Damage**" includes all forms of radioactive contamination of property.

ITEM 10)
DECLARATIONS
CLAUSE

By acceptance of this policy, the Named Assured agrees that the statements in the Declarations are his agreements and representations that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the Company or any of its agents relating to this insurance.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000077

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## COMMERCIAL MARINE LIABILITY COVERAGE FORM

### SECTION 1 – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy. The words "the Company" and "the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 8 – DEFINITIONS.

1. **INSURING AGREEMENT**

   a. The Company will pay those sums that the Assured becomes legally obligated to pay as damages because of "bodily injury" or "property Damage" to which this insurance applies. The Company will have the right and duty to defend the Assured against any "suite" seeking those damages. However, the Company will have no duty to defend the Assured against any "suite" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. The Company may, at the Company's discretion, investigate any "occurrence" and settle any claim or "suite" that my result. But:

      (1) The amount the Company will pay for damages is limited as described in SECTION 6 – LIMITS OF INSURANCE; and

      (2) The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in payment of judgements and/or settlements and/or expenses under Sections 1, 2, 3 & 4.

      No other obligation or liability to pay sums or perform acts or services is covered.

   b. This insurance applies to "bodily injury" or "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time for the "bodily injury".

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000078

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

2. **EXCLUSIONS**

This insurance does not apply to:

a. **Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the Assured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the Assured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the Assured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided:

(a) The "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; and

(b) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(c) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any Assured may be held liability by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance, or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000079

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



This exclusion applies only if he Assured is in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers Compensation and Similar Laws**

Any obligation of the Assured under a workers compensation, disability benefits or unemployment compensation law or any similar law. This exclusion shall also apply to any liabilities, duties, or obligations of the insured owed to a crewmember or seaman under General Maritime Law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee " of the Assured arising out of and in the course of:

    (a) Employment by the Assured; or

    (b) Performing duties related to the conduct of the Assured's business; or

(2) The spouse child, parent, brother, sister, relative, dependent, or estate of that "employer" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the Assured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

f. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or "watercraft" owned or operated by or rented or loaned or chartered to any Assured. Use includes operation and "loading or unloading"

This exclusion does not apply to:

(1) Such watercraft while ashore on premises the Assured owns or rents;

(2) Such watercraft Assured does not own that is:

    (a) Less than 26 feet long; and

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000080

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises the Assured owns or rents, provided the "auto" is not owned by or rented or loaned to the Assured:

(4) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph g.(2) or g.(3) of the definition of "mobile equipment".

g.  **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto owned or operated by or rented or loaned to any Assured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

h.  **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection rebellion or revolution.  This exclusion applies only to liability assumed under a contract or agreement.

i.  **Damage to Property**

"Property Damage" to:

(1) Property the Assured owns rents, or occupies;

(2) Premises the Assured sells, gives away or abandons, if the "property damage" arises out of any part of those premises;

(3) Property loaned to the Assured;

(4) Personal property in the care, custody or control of the Assured;

(5) That particular part of real property on while the Assured or any contractors or subcontractors working directly or indirectly on the Assured's behalf are performing operations, if the "property damage" arises out of those operations; or

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000081

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



(6) That particular part of any property that must be restored, repaired or replaced because "the Assured's work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "the Assured's work" and were never occupied, rented or held for rental by the Assured.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

j. **Damage to The Assured's Product**

"Property damage" to "the Assured's product" arising out of it or any part of it.

k. **Damage to The Assured's Work**

"Property damage" to "the Assured's work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on the Assured's behalf by a subcontractor.

l. **Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "the Assured product" or "the Assured's work"; or

(2) A delay or failure by the Assured or anyone acting on the Assured's behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "the Assured's product" or "the Assured's work" after it has been put to its intended use.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000082

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



m. **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by the Assured or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "the Assured's product";

(2) "the Assured's work";

(3) "Impaired property";

If such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to the Assured or temporarily occupied by the Assured with permission of the owner. A separate sublimit of insurance applies to this SECTION I as described in SECTION 6 – LIMITS OF INSURANCE.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000083

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## SECTION 2 – <u>PERSONAL AND ADVERTISING INJURY LIABILITY</u>

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy. The words "the Company" and"the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 8 – DEFINITIONS.

1. **INSURING AGREEMENT**

   a. The Company will pay those sums that the Assured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. The Company will have the right and duty to defend the Assured against any "suit" seeking those damages. However, the Company will have no duty to defend the Assured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. The Company may, at the Company's discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount the Company will pay for damages is limited as described in SECTION 6 – LIMITS OF INSURANCE; and

      (2) The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in the payment of judgements and/or settlement and/or expenses under Sections 1, 2, 3 & 4.

   No other obligation or liability to pay sums or perform acts or services is covered.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of the Assured's business, excluding advertising, publishing, broadcasting or telecasting done by or for the Assured:

      (2) "Advertising injury" caused by an offense committed in the course of advertising the Assured's good, products or services; but only if the offense was committed in the "coverage territory" during the policy period.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000084

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

2. **EXCLUSIONS**

This insurance does not apply to:

a. "Personal injury" or "advertising injury";

(1) Caused by or at the direction of the Assured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the Assured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the Assured;

(5) For which the Assured has assumed liability in a contract or agreement. This exclusion does not apply to liability for the damages that the Assured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract.

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an Assured whose business is advertising, broadcasting, publishing or telecasting.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000085

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



## SECTION 3 – MEDICAL PAYMENTS

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "Assured" and "Assured's" refer to the Named Assured shown in the Declarations, and any other person or organization qualifying as a Named Assured under this policy.  The words "the Company" and "the Company's" refer to the company providing this insurance.

The word "Assured" means any person or organization qualifying as such under SECTION 5 - WHO IS AN ASSURED.

Other words and phrases that appear in quotation marks have special meaning.  Refer to SECTION 8 – DEFINITIONS.

1. **INSURING AGREEMENT**

   a. The Company will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises the Assured owns or rents;

      (2) On ways next to premises the Assured owns or rents; or

      (3) Because of the Assured's operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to the Company within one year of the date of the accident; and

      (3) The injured person submits to examination, at the Company's expense, by physicians of the Company's choice as often as the Company reasonably require.

   b. The Company will make these payments regardless of fault.  These payments will not exceed the applicable limit of insurance. The Company will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000086

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **EXCLUSIONS**

The Company will not pay expenses for "bodily injury":

a.  To any Assured.

b.  To a person hired to do work for or on behalf of any Assured or a tenant of any Assured.

c.  To a person injured on that part of premises the Assured owns or rents that the person normally occupies.

d.  To a person, whether or not an "employee" of any Assured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e.  To a person injured while taking part in athletics.

f.  Included within the "products-completed operations hazard".

g.  Excluded under SECTION I.

h.  Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000087

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## SECTION 4 – <u>SUPPLEMENTARY PAYMENTS SECTIONS 1 AND 2</u>

The Company will pay, with respect to any claim the Company investigates or settles, or any "suit" against an Assured the Company defends:

1. All expenses the Company incurs, including by not limited to "defense costs".

2. Up to $250.00 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. The company does not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for the bond amounts within the applicable limit of insurance. The Company does not have to furnish these bonds.

4. All reasonable expenses incurred by the Assured at the Company's request to assist the Company in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250.00 a day because of time off from work.

5. All costs taxed against the Assured in the "suit".

6. Prejudgment interest awarded against the assured on that part of the judgment the Company pay. If the Company makes an offer to pay the applicable limit of insurance, the Company will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgement and before the Company has paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

If the Company defends an Assured against a "suit" and an indemnitee of the Assured is also named as a party to the "suit", the Company will defend that Indemnitee if all for the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the Assured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the Assured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the Assured in the same "insured contract";

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000088

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

d.  The allegations in the "suit" and the information the Company know about the "occurrence" are such that no conflict appears to exist between the interests of the Assured and the interests of the indemnitee;

e.  The indemnitee and the Assured ask for Company to conduct and control the defense of the indemnite against such "suite' and agree that the Company can assign the same counsel to defend the Assured and the indemnitee; and

f.  The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with the Company in the investigation, settlement or defense of the "suit";

(b) Immediately send the Company copies of any demands, notices, summonses or legal papers received in connection with the "suit".

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with the Company with respect to coordinating other applicable insurance available to the Indemnitee; and

(2) Provides the Company with written authorization to:

(a) Obtain records and other information related to the "suit", and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by the Company in the defense of that indemnitee, necessary litigation expenses incurred by the Company and necessary litigation expenses incurred by the indemnitee at the Company's request will be paid as Supplementary Payments.

The Company's right and duty to defend end when the Company has used up the applicable limit of insurance in the payment of judgments and/or settlements and/or expenses under Sections 1, 2, 3 & 4.

No other obligation or liability to pay sums or perform acts or services is covered.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000089

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## SECTION 5 – <u>WHO IS AN INSURED</u>

1. If the <u>Named</u> Assured is:

   a. An individual, then the individual and the individual's spouse are Assureds, but only with respect to the conduct of a business of which Assured is the sole owner.

   b. A partnership or joint venture, then the partnership or joint venture is an Assured. The Assured's members, the Assured's partners, and their spouses are also Assureds, but only with respect to the conduct of the Assured's business.

   c. A limited liability company, then the limited liability company is an Assured. The Assured's members are also Assureds, but only with respect to the conduct of the Assured's business.

   d. An organization other than a partnership, joint venture or limited liability company, then the organization is an Assured. The Assured's "executive officers" and directors are Assureds, but only with respect to their duties as the Assured's officers or directors. The Assured's stockholders are also Assureds, but only with respect to their liability as stockholders.

2. Each of the following is also an Assured:

   a. The Assured's "employees", other than either the Assured's "executive officers" (if the Assured is an organization other than a partnership, joint venture or limited liability company) or the Assured's managers (if the Assured is a limited liability company), but only for acts within the scope of their employment by the Assured or while performing duties related to the conduct of the Assured's business. However, none of these "employees" is and Assured for:

      (1) "Bodily injury" or "personal injury":

         (a) To the Assured, to the Assured's partners or members (if the Assured is a partnership or joint venture), to the Assured's members (if the Assured is a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of the Assured's business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000090

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



(2) "Property damage" to property:

   (a) Owned, occupied or used by,

   (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by the Assured, any of the Assured's "employees", any partner or member (if the Assured is a partnership or joint venture), or any member (if the Assured is a limited liability company).

   (c) Any person (other than the Assured's "employee"), or any organization while acting as the Assured's real estate manager.

   (d) Any person or organization having proper temporary custody of the Assured's property if the Assured dies, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until the Assured's legal representative has been appointed.

   (e) The Assured's legal representative if Assured die, but only with respect to duties as such. That representative will have all the Assured's rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in the Assured's name under any motor vehicle registration law, any person is an Assured while driving such equipment along a public highway with the Assured's permission. Any other person or organization responsible for the conduct of such person is also an Assured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an Assured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by the Assured or the employer of any person who is an Assured under this provision.

4. Any organization the Assured newly acquires or forms, other than a partnership, joint venture or limited liability company, and over which the Assured maintains ownership or majority interest, will qualify as a Named Assured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after the Assured acquired or forms the organization or the end of the policy period, whichever is earlier;

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000091

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



b. SECTION 1 does not apply to "bodily injury" or "property damage" that occurred before the Assured acquired or formed the organization; and

c. SECTION 2 does not apply to "personal injury" or "advertising injury" arising out of on offense committed before the Assured acquired or formed the organization.

No person or organization is an Assured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Assured in the Declarations.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000092

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



## SECTION 6 – <u>LIMITS OF INSURANCE</u>

1. The Limits of Insurance shown in the Declarations and the rules below fix the most the Company will pay regardless of the number of:

   a. Assureds;

   b. Claims made or "suites" brought; or

   c. Person or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most the Company will pay for the sum of:

   a. Medical expenses under SECTION 3;

   b. Damages under SECTION 1, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under SECTION 2.

   d. Amounts recoverable under SECTION 4.

3. The Products-Completed Operations Aggregate Limit is the most the Company will pay under SECTIONS 1 and 4 for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. Above, the Personal and Advertising Injury Limit is the  most the Company will pay under SECTIONS 2 and 4 for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. Or 3. Above, whichever applies, the Each Occurrence Limit is the most the Company will pay for the sum of:

   a. Damages under SECTIONS 1 and 2;

   b. Medical expenses under SECTION 3;

   c. Amounts recoverable under SECTION 4.

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. Above, the Fire Damage Limit is the most the Company will pay under SECTION 1 for

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000093

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



damages because of "property damage" to premises, while rented to Assured or temporarily occupied by Assured with permission of the owner, arising out of any one fire.

7. Subject to 5. Above, the Medical Expense Limit is the most the Company will pay under SECTION 3 for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 23 months, starting with the beginning of the policy period shown in the Declarations, unless the policy is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

**USSIC 000094**

## Continental Underwriters Ltd. LLC

2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070

COPY

## SECTION 7 – COMMERCIAL MARINE LIABILITY GENERAL CONDITIONS

1. In Rem

   Subject to all exclusions, conditions and other provisions of this policy, an action in rem against your watercraft shall be interpreted to the same as an action in personam against you and any other insured.

2. Bankruptcy

   Bankruptcy or insolvency of the Assured or of the Assured's estate will not relieve the Company of its obligations under this policy.

3. Duties in the Event of Occurrence, Offense, Claim or Suit

   a. Assured must see to it that the Company is notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any Assured, the Assured must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify the Company as soon as practicable.

      Assured must see to it that the Company receives written notice of the claim or "suit" as soon as practicable.

   c. Assured an any other involved Assured must:

      (1) Take such steps to minimize and avoid liability, before and after any casualty or occurrence, as would be taken by a prudent uninsured person;

      (2) Immediately send the Company copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (3) Authorize the Company to obtain records and other information;

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000095

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



(4) Cooperate with the Company's request in the investigation or settlement of the claim or defense against the "suit"; and

(5) Assist the Company, upon the Company's request, in the enforcement of any right against any person or organization, which may be liability to the Assured because of injury or damage to which this insurance may also apply.

d. No Assured will, except at the Assured's own cost, voluntarily make a payment, assume any obligation, make any admission of liability, or incur any expense, other than for first aid, without the Company's consent.

e. The Company shall have the option of naming the attorneys who shall represent the Assured in the prosecution or defense of any litigation or negotiations between the Assured and third parties concerning any claim covered by this Policy, and in any event, the Company shall direct the progress of such litigation or negotiations.

f. If the Assured shall fail, or refuse, to settle any claim as authorized by the Company, the liability of the Company shall be limited to the amount for which settlement could have been made plus legal fees and disbursements incurred (subject to SECTION 6 of this policy) to the date the Assured fails or refuses to settle any such claim, less the amount of any deductible provided for in this Policy. If thereafter any amount is recovered against the Assured in excess of the amount of any settlement authorized by the Company (less the deductible), such excess amount, plus any additional legal fees and disbursements, shall be solely for account of the Assured.

4. <u>Notice of Occurrence</u>

Whenever the Assured has information from which the Assured may reasonably conclude that an occurrence covered hereunder involved injuries or damages which in the event that the Assured should be held liable, is likely to involve the Policy, notice shall be sent to:

FIDELIS CLAIMS SERVICE, LLC
2235 N. HIGHWAY 190 (MAILING ADDRESS: P.O. BOX 2070)
COVINGTON, LOUISIANA 70434-2070 – OR –
BY TELEFACSIMILE AT 985-898-5324 – OR –
BY E-MAIL AT https://cultd.com/contact-us/

as soon as practicable, provided, however, that failure to notify the above firm of any occurrence which at the time of its happening did not appear to involve the Policy, but which, at a later date, would appear to five rise to claims hereunder, shall not prejudice such claims.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000096

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



5.  Legal Action against the Company

No person or organization has a right under this policy:

a.  To join the Company as a party or otherwise bring the Company into a "suit" asking for damages from an Assured; or

b.  To sue the Company on this policy unless all of its terms have been fully complied with.

A person or organization may sue the Company to recover on an agreed settlement or on a final judgment against an Assured obtained after an actual trial; but the Company will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by the Company, the Assured and the claimant or the claimant's legal representative.

6.  Other Insurance

If other valid and collectible insurance with any other insurer is available to the Assured covering a loss also covered by this policy, other than insurance that is excess of the insurance afforded by this policy, the insurance afforded by this policy shall be in excess of and shall not contribute with such other insurance, either as double insurance or other insurance, either as double insurance or otherwise. Nothing herein shall be construed to make this policy subject to the terms and conditions and limitations of other insurance.

7. Premium Audit

a.  The Company will compute all premiums for this policy in accordance with the Company's rules and rates.

b.  Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period the Company will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Assured.

c.  The first Named Assured must keep records of the information the Company needs for premium computation, and send the Company copies at such time as the Company may request.

8.  Representations

By accepting this policy, the Assured agrees:

a.  The statements in the Declarations are accurate and complete;

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000097

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



b.  Those statements are based upon representations the Assured make to the Company; and

c.  The Company has issued this policy in reliance upon the Assured's representations.

9.  Separation of Assureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in the Coverage Part to the first Named Assured, this insurance applies:

a.  As if each Named Assured were the only Named Assured; and

b.  Separately to each Assured against whom claim is made or "suit" is brought.

10. Inclusion of Additional Assureds or Loss Payees

Wherever additional assureds or loss payees are added to this policy, it is specifically agreed:

a.  Such additional assureds or loss payees are included only with respect to such activities insured by this policy as would exist in the absence of the naming of additional assureds or loss payees and coverage hereunder shall in no way be considered extended by the inclusion of additional assureds or loss payees.

b.  The inclusion of additional assureds or loss payees in no way increases the limit of liability hereunder.

c.  In the event of cancellation or change in policy coverage unless specifically endorsed in writing to the contrary hereon, no obligation is imposed on the Company to send notice endorsed in writing to the contrary hereon, no obligation is imposed on the Company to send notice of cancellation or change of coverage to an additional assured or loss payee and notice to the First Named Assured shall discharge all obligations of the Company hereunder. The Company shall not be required to notify additional named assureds or loss payees of any cancellation received from the First Named Assured hereon.

11. Subrogation

If the Assured has rights to recover all or part of any payment the Company has made under this policy, those rights are transferred to the Company.  The Assured must do nothing after loss to impair such rights. At the Company's request, the Assured will bring "suit" or transfer those rights to the Company and assist the Company in the enforcement of such rights.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000098

# Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



12. Assignment

Assignment of interest under this policy shall not bind the Company until its consent is endorsed hereon; if, however, the Assured shall die, such insurance as is afforded by this policy shall apply (1) to the Assured's legal representative, as the Assured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the Assured, to the person having proper temporary custody thereof, as Assured, but only until the appointment and qualification of the legal representative.

13. Changes

Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or stop the Company for asserting any right under the terms of this policy; not shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000099

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



**SECTION 8 – <u>DEFINITIONS</u>**

1. "Advertising injury" means injury arising out of the one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's organization's goods, products or services:

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title, trade dress or slogan in the Assured's advertising.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada.

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by the Assured in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above but is away for a short time on the Assured's business; and

      (2) The Assured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement the Company agrees to.

5. "Defense costs" means the legal and investigative costs, fees and expenses, including attorneys' fees, which are incurred in the process of handling a claim presented under this policy. Defense costs do not include salaries and expenses of the Company's employees, other than employed attorneys, or salaries and expenses of the Assured's "employees".

6. "Employee" includes:

   a. A "leased worker";

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000100

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



b.  A 1099 employee, but only as respects to duties related to the conduct of the Assured's business.

"Employee" does not include a "temporary worker".

7.  "Executive officer" means a person holding any of the officer positions created by the Assured's charter, constitution, by-laws or any other similar governing document.

8.  "Gross Receipts" means the gross amount of money charged by the Named Assured for the "Assured's Product" and "The Assured's Work" during the Policy Period, and includes:

a.  Taxes, other than taxes which the Named Assured collects as a separate item and remits directly to a governmental division.

b.  Cost of subcontractors.

9.  "Impaired property" means tangible property, other than "the Assured's product" or "the Assured's work", that cannot be used or is less useful because:

a.  It incorporates "the Assured's product" or "the Assured's work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b.  The Assured has failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

a.  The repair, replacement, adjustment or removal of the "the Assured's product" or "the Assured's work"; or

b.  The Assured's fulfilling the terms of a contract or agreement.

10. "Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to Assured or temporarily occupied by Assured with permission of the owner is not an "Insured contract".

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000101

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



b.  A sidetrack agreement:

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to the Assured's business (including and indemnification of a municipality in connection with work performed for a municipality) under which Assured assumes the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, toad-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instruction, or failing to give them, if that is the primary cause of the injury or damage; or

      (c) Under which the Assured, in an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the Assured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

11. "Leased worker" means a person leased to the Assured by a labor leasing firm under an agreement between the Assured and the labor leasing firm, to perform duties related to the conduct of the Assured's business. "Leased worker" does not include a "temporary worker".

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000102

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



12. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on any an aircraft, watercraft or "auto";

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

13. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on a next to premises the Assured owns or rents;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000103

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



f.  Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal:

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; or

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

In the event of continuing or progressively deteriorating damage over any length of time, such damage shall be deemed to be one occurrence and shall be deemed to occur only when such damage first commences.

15. "Payroll" means the total remuneration paid to each employee for services rendered during the policy period excluding executive officers engaged primarily in clerical operations and excluding extra wages paid for overtime.

16. "Personal Injury" means injury, other that "bodily injury", arising out of one or more of the following offenses:

a.  False arrest, detention or imprisonment;

b.  Malicious prosecution;

c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d.  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000104

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



e.  Oral or written publication of material that violates a person's rights of privacy.

17. "Products-completed operations hazard":

a.  Includes all "bodily injury" and "property damage" occurring away from premises the Assured owns or rents and arising out of "the Assured's product" or "the Assured's work" except:

(1) Products that are still in the Assured's physical possession; or

(2) Work that has not yet been completed or abandoned. However, "the Assured's work" will be deemed completed at the earlies of the following times:

(a)  When all of the work called for in the Assured's contract has been completed.

(b)  When all of the work to be done at the job site has been completed if the Assured's contract calls for work at more than one job site.

(c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.  Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by the Assured, and that condition was created by the "loading or unloading" of that vehicle by any Assured.

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

18. "Property Damage" means:

a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000105

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



Tangible Property shall not mean computerized or electronically stored data or software.

19. "Short-rate return premium" shall be defined to mean the amount obtained by multiplying the pro rata return premium times

20. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

    a.  An arbitration proceeding in which such damages are claimed and to which the Assured must submit or does submit with the Company's consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages is claimed and to which the Assured submits with the Company's consent.

21. "Temporary worker" means a person who is furnished to the Assured to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

22. "The Assured's product" means:

    a.  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        (1) The Assured:

        (2) Others trading under the Assured's name; or

        (3) A person or organization whose business or assets the Assured has acquired; and

    b.  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

        "the Assured's product" includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "the Assured's product"; and

        (2) The providing or failure to provide warnings or instructions.

    "the Assured's product" does not include vending machines or other property rented to or located for the use of others but not sold.

23. "The Assured's work" means:

    a.  Work or operations performed by the Assured or on the Assured's behalf; and

    b.  Materials, parts or equipment furnished in connections with such work or operations.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000106

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



"the Assured's work" includes:

a. Warranties or representation made at any time with respect to the fitness, quality, durability, performance or us of "the Assured's work"; and

b. The providing of or failure to provide warning or instructions.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000107

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### ACTION OVER/INDEMNITY BUYBACK-'OCCURRENCE'

In consideration of the premium charged hereunder, it is hereby understood and agreed that this policy, subject to all its terms, conditions, warranties, and limit of liability, is endorsed to indemnify the Assured for amounts for which it shall have become liable to pay and shall have paid on account of investigation, defense and indemnity as respects its responsibilities if any, to third parties by virtue of defense and indemnity obligations assumed under written contract or agreement and arising from accidental death of or bodily or personal injury to or illness of any employee(s) of the Assured (excluding captain(s) and crew of owned and/or operated, chartered, leased or borrowed watercraft and/or diver(s) whilst engaged in diving operations), except insofar as the same may arise from occupational disease.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000108

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### GULF OF MEXICO EXTENSION ENDORSEMENT

In consideration of the premium paid, it is hereby understood and agreed that the coverage afforded by this policy is extended to cover operations of the named insured in the Gulf of Mexico.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000109

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### BLANKET ADDITIONAL ASSURED AND WAIVERS OF SUBROGATION

It is agreed that this Policy shall include as Additional Assureds, any person or organization to whom the Named Assured has agreed, by written contract, to provide coverage, but only with respect to operations performed by or on behalf of the Named Assured and only with respect to occurrences subsequent to the making of such written contract. However, the limit of liability and coverage available to any person or organization included as an Additional Insured shall be no greater than as agreed to under contract or agreement, and subject always to the terms, conditions and limit of liability of this policy.

It is further understood and agreed that this Company waives their rights of subrogation against any person or organization to whom the Assured is obligated by written contract to provide such waiver, but only to the extent of such obligation and only with respect to operations by or on behalf of the Assured or to the facilities of or used by the Assured.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000110

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### BLANKET PRIMARY & NON-CONTRIBUTORY INSURANCE ENDORSEMENT

It is hereby understood and agreed that this policy shall be considered primary and non-contributory to any similar insurance held by third parties in respect of work performed by you under written contractual agreement(s) with said third parties.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000111

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### DISCOVERY ENDORSEMENT

Notwithstanding anything contained herein to the contrary it is understood and agreed that this policy shall not respond to any loss recoverable under the Completed Operations and Products coverage afforded hereunder, occurring during the period of this policy, unless discovered and reported to Underwriters within the policy period or not later than 24 months after the expiration of this insurance.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000112

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### INDEPENDENT AND/OR SUBCONTRACTOR WARRANTY

It is warranted that the Named Insured will preserve all rights against any/ all Independent and/ or Subcontractors and the Named Insured shall require said Independent and / or Subcontractors to maintain, in full force and effect, liability insurance with limits at least equal to the limits of this policy, as well as Worker's Compensation insurance. Independent and / or subcontractors shall require their underwriters to name the Named Insured herein as an Additional Insured and shall waive rights of subrogation against the Named Insured herein and its Principal. The Liability insurance coverage provided by the Independent or Subcontractor shall be endorsed to designate it to be primary to all other liability insurance issued in favor of the Named Insured herein and its Principal. For the purposes of this endorsement the "Principal" is defined as any party for whom the Named Insured is performing work.

It shall further be a condition of the insurance provided by this endorsement that prior to any such Independent and / or Subcontractor beginning work for the Named Insured, the Named Insured shall require the Independent and / or Subcontractor to provide proof of the insurance required by this endorsement. The Independent and / or Subcontractor shall also require their underwriters to provide the Named Insured with thirty (30) days written notice prior to cancellation or material change of this insurance.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000113

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### OIL POLLUTION ACT DISCLAIMER

Notwithstanding any other provision of this policy or of any underlying insurance, this policy of insurance is not evidence of financial responsibility under the Oil Pollution Act of 1990 or any similar Federal or State Laws. Any showing or offering of this policy by the Assured as evidence of insurance shall not be taken as any indication that the Underwriters consent to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Underwriters **DO NOT CONSENT TO BE GUARANTORS OR SUED DIRECTLY.**

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000114

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

COPY

### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### POLLUTION LIMITATION (SUDDEN & ACCIDENTAL BASIS)

**Notwithstanding any other provision of this policy or of any underlying insurance, this policy of Insurance is not evidence of financial responsibility under the Oil Pollution Act of 1990 or any similar Federal or State Laws. Any showing or offering of this policy by the Assured as evidence of insurance shall not be taken as any indication that the Underwriters consent to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Underwriters DO NOT CONSENT TO BE GUARANTORS OR SUED DIRECTLY.**

Such coverage as is afforded by this policy shall not apply to any claim arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials, oil or other petroleum substance or derivative (including any oil refuse or oil mixed wastes) or other irritants, contaminants or pollutants into or upon land, the atmosphere, or any watercourse or body of water.

This exclusion shall not apply, however, provided that the Assured establishes that all of the following conditions have been met:

   (A)  The discharge, dispersal, release or escape was accidental and was neither expected nor intended by the Assured. A discharge, dispersal, release or escape shall not be considered unintended or unexpected unless caused by some intervening event neither foreseeable nor intended by the Assured.

   (B)  The discharge, dispersal, release or escape can be identified as commencing at a specific time and date during the term of this policy.

   (C)  The discharge, dispersal, release or escape became known to the Assured within 7 days after its commencement.

   (D)  The discharge, dispersal, release or escape was reported in writing to these underwriters within 30 days after having become known to the Assured.

   (E)  The discharge, dispersal, release or escape did not result from the Assured's intentional and willful violation of any government statute, rule or regulation.

Nothing contained in this endorsement shall operate to provide any coverage with respect to:

   (1)  loss of, damage to or loss of use of property directly or indirectly resulting from subsidence caused by subsurface operations of the Assured;

   (2)  removal of, loss of or damage to subsurface oil, gas or any other substance;

   (3)  fines, penalties, punitive damages, exemplary damages, treble damages or any other damages resulting from the multiplication of compensatory damages;

   (4)  any site or location used in whole or in part for the handling, processing, treatment, storage, disposal or dumping of any waste materials or substances or the transportation of any waste materials or substances.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000115

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### BOAT BROKERS LIABILITY

Subject to the General Conditions and General Exclusions attached to this policy, this coverage applies to the Assured's liability as a Boat Broker.

INSURING AGREEMENT

The Company agrees to pay on behalf on the Assured all sums which the Assured shall be legally liable to pay arising out of boat brokering operations conducted by the Assured for consideration paid to the Assured as commission.

DEFENSE, SETTLEMENTS, SUPPLEMENTARY PAYMENTS

With respect to such insurance as is afforded by this policy, and subject to the Deductible as shown in the Declarations, and subject to the exclusions of this coverage the Company will:

A.  Defend any suit against the Assured seeking damage even if the suit is groundless, false or fraudulent, including claims for bodily injury, sickness, disease or death, or for property damage or destruction, or from damages resulting from errors or omissions of the Assured, and/or the owners and/or the operators of the watercraft brokered. The Company may take such investigation, negotiation, and settlement of any claim as it deems expedient within the limits of this insurance.

B.  Pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this insurance and all premiums on appeal bonds required in any such defended suit.

The Company however, is not obligated to apply for such bonds.

C.  Pay all expenses incurred by the Company, all costs taxed against the Assured on any such suit and all interest accruing after the entry of judgement until the Company have paid or tendered or deposited in court such part of such judgement as does not exceed the limit of the Company's liability.

D.  Reimburse the Assured for all reasonable expenses other than loss of earnings, incurred at the request of the Company

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000116

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA  70434-2070



E.    All costs and expenses incurred in A, B and C above are included in and part of the limit stated in VI. Limit of Liability.

POLICY PERIOD & TERRITORY

This policy applies only to occurrences during the policy period as stated on the Declarations, and within the limits of the United States of America and the Gulf of Mexico, or held covered at additional premium to be agreed, if any.

EXCLUSIONS

This insurance does not apply:

A.    To liability assumed by the Assured under any contract or agreement, but this exclusion shall not apply if the Assured would have been liable irrespective of such contract or agreement.

B.    To injury, sickness, disease, death or destruction due to War, whether or not declared, civil war, insurrection, rebellion, or revolution.

C.    To bodily injury and/or illness and/or death resulting therefrom to employees of the Assured on the direction and actual payroll of the Assured, to whom the Assured may be held liable under any compensation law or by reason of the relationship of master and servant. It is understood and agreed that any person making claims on the basis of "Borrowed Servant" shall not be considered an employee of the Assured.

D.    To damage to or destruction of property owned by or occupied by the Assured, or vessels hired and/or co hired by the Assured, or property as to which the Assured is exercising actual physical control under bareboat charter.

E.    To liability arising from watercraft owned by the Assured or under bareboat charter to the Assured.

F.    To the amount shown as Deductible on the Declarations page any one accident or occurrence in respect of loss of life and/or injury and/or property damage.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000117

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



G.    To injury to or destruction of property caused intentionally by or at the direction of the Assured.

H.    To any claim for Errors and/or Omissions of the Assured and/or the Owners and/or Operators and/or Employees of the Assured of all vessels brokered, including defense of errors and omissions claims, but this exclusion is only to apply to such claims that are directly due to the privity of the Assured.

I.    F.C.&S Clause: Notwithstanding anything herein to the contrary, this insurance is warranted free from capture, seizure) arrest, restraint, detainment, confiscation, preemption, requisition, or nationalization, and the consequences thereof or any attempt thereat, whether in time of peace or war and whether lawful or otherwise; also warranted free, whether in time of peace or war, from all loss, damage, or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter or by any mine or torpedo, also warranted free from all consequences of hostilities or warlike operations (whether there be a declaration of war or not), but this warranty shall not exclude collision or contact with aircraft, rockets, or similar missiles or with any fixed or floating object, (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service of the vessel involved therein, is performing) by hostile act by or against a belligerent power and for the purpose of this warranty "Power" includes any authority maintaining naval, military or air forces in association with power.

Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom or piracy.

PREMIUM

As per Declaration page

LIMIT OF LIABILITY

As per the Declaration page, any one accident or occurrence in respect of loss of life and/or injury and/or property damage.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000118

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



SUBROGATION

In the event of any payment under this insurance, the Company shall be subrogated to all the Assured's rights of recovery therefrom against any person or organization and the Assured shall execute and deliver instruments and papers and do whatever else is necessary to secure such right The Assured shall do nothing before or after a loss to prejudice such rights.

NOTIFICATION OF CLAIMS

The Assured upon knowledge of any occurrence likely to give rise to a claim hereunder shall give advice to

OTHER INSURANCE

If other valid and collectible insurance with any other insurer is available to the Assured covering a loss also covered hereunder, this insurance shall be excess of and shall not contribute with such other insurance.

CANCELLATION

This insurance is subject to thirty (30) days notice of cancellation by the Assured or the Company.

IT IS A WARRANTY OF THIS POLICY THAT

All vessels brokered must have Hull and Machinery insurance to value, and a minimum of $1,000,000 Protection and Indemnity, including Collision and Towers Liability where applicable. This insurance is to be carried at the Owner's expense.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000119

**Continental Underwriters Ltd. LLC**
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070



### MARINE COMREHENSIVE LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### LANDING DOCK BAILEE LIABILITY

Effective **Inception**, it is agreed that Section 1, Clause 2, Exclusions f. and i. 4) do not apply to any claim arising out of the Assured's custodianship of the vessels, which are insured hereunder subject to the following terms and conditions:

1.  This insurance is to cover the legal liability of the Assured upon the terms and conditions and subject to the limitations hereinafter set forth.

    A.  This insurance covers the legal liability of the Assured for loss or damage to vessels, craft, and equipment, cargoes, freights, and other interests on board, which are in their care, custody or control at or in the vicinity of **Per form.**

    B.  This insurance also covers the legal liability of the Assured for loss or damage to property other than that referred to in paragraph A hereof caused by said vessels or craft and their cargoes, which are in their care, custody or control.

2.  No claim shall be payable under this policy unless the aggregate liability of the Assured arising out of the same accident or occurrence, and insured against hereunder, exceeds the sum of **$ Per form for all claims, except $ Per form for Pollution claims** and this sum shall be deducted from the amount payable hereunder on account of liability arising from each such accident or occurrence.

3.  Notwithstanding anything to the contrary contained in this policy, it is hereby expressly understood and agreed that this insurance does not cover any liability:

    A.  For death or personal injury;

    B.  Arising out of the loading or off-loading of any watercraft;

    C.  Accepted under a charter party;

    D.  For demurrage, delay, loss of time, loss of freight, loss of charter and/or similar and/or substituted expenses;

    E.  For loss, damage or expense which may be recoverable under any other insurance inuring to the benefit of the Assured except as to any excess over and above the amount recoverable thereunder;

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

**USSIC 000120**

## Continental Underwriters Ltd. LLC
2235 N. HWY. 190 – P. O. BOX 2070 – COVINGTON, LA 70434-2070

**COPY**

F.   Loss, damage or expense arising out of the operation of any vessel or craft owned or operated by the Assured or any affiliated or subsidiary concern or individual or party;

G.   To property owned, leased or rented to the Assured or utilized by the Assured in its business;

H.   To vessels or craft stored by the Assured;

I.   For loss, damage or expense caused by or resulting from strikes, lock-outs, labor disturbances, riots, civil commotions or the acts of any person or persons taking part in any such occurrence or disorder;

J.   For vessel repair, construction, alteration, conversion or gas freeing;

K.   For loss damage, injury or expense which may be recoverable under any other insurance carried by the Assureds or by others for account of the Assureds except insurance covering part of this risk insured in conjunction herewith, or any excess insurance over and above the amount recoverable hereunder;

4.   This endorsement is issued in consideration of:

An annual Minimum and Deposit premium of $           Dollars.  The Assured shall keep an accurate record of the vessels in respect of which insurance is provided hereunder, which record shall be open to examination by representatives of this Company at all times during business hours during the term of this policy or thereafter, and further agrees to report to this Company on an **Annual basis** on or before **thirty (30)** days after the preceding **12 months**, the total amount thereof for the preceding **12 months** or such period as is within the term of this policy. The earned premium hereunder to be computed thereon at the rate of            _per vessel, per call, and applied against the minimum and deposit premium until same is exhausted, following which all further earned premium shall be due and payable to this Company at time of filing the report on which the earned premium is due. This Company shall have the right of set off against the claims payable under this policy of any premium due hereunder.

In the event that this endorsement is adjustable based on barge or vessel days, each twenty-four (24) hours is to be deemed a barge or vessel day and any fraction of a day in excess of twelve (12) hours also to be deemed a barge or vessel day.

5.   Attached to and forming part of this Policy,  it is understood and agreed that the terms of this form are substituted for those of the policy form to which this is attached, the latter being hereby waived except for those provisions required by law to be inserted in the policy.

Attached to and forming a part of Section "C" of Cover Note CUL50058.059, issued to Global Towing Services, LLC

All other terms and conditions remain unchanged.

USSIC 000121

COST RECAPITULATION
ST-20-02597
M/V "ROLAND FALGOUT"

|  | VENDER | INVOICE # | INVOICE DATE | SUBMITTED | EXCESSIVE | APPROVED |
|---|---|---|---|---|---|---|
| 1 | B & B Diesel Service | 78923 | 12/8/2020 | $87,857.81 | $0.00 | $87,857.81 |
| 2 | Bluetide Communications | 20-003590 | 12/4/2020 | $4,391.00 | $0.00 | $4,391.00 |
| 3 | Donovan Marine | 250810 | 12/1/2020 | $1,330.61 | $0.00 | $1,330.61 |
| 4 | East Park Radiator & Battery Shop | 154832 | 11/24/2020 | $4,508.52 | $0.00 | $4,508.52 |
| 5 | K & J Repair Service, LLC | 1684 | 12/21/2020 | $1,110.00 | $0.00 | $1,110.00 |
| 6 | L & G Building Supply Co., Inc. | 371426 | 11/19/2020 | $1,621.71 | $0.00 | $1,621.71 |
| 7 | L & G Building Supply Co., Inc. | 371554 | 11/19/2020 | $1,641.16 | $0.00 | $1,641.16 |
| 8 | Johnny's Propeller Shop, Inc. | M-7574 | 12/4/2020 | $11,680.00 | $0.00 | $11,680.00 |
| 10 | Port Marine Vac Service, Inc. | 20458 | 12/23/2020 | $1,292.00 | $0.00 | $1,292.00 |
| 11 | Port Marine Vac Service, Inc. | 20417 | 11/24/2020 | $43,430.25 | $0.00 | $43,430.25 |
| 12 | Port Marine Vac Service, Inc. | 20434 | 12/3/2020 | $1,631.50 | $0.00 | $1,631.50 |
| 13 | Port Marine Vac Service, Inc. | 20444 | 12/14/2020 | $2,764.50 | $0.00 | $2,764.50 |
| 14 | Port Marine Vac Service, Inc. | 20419 | 11/30/2020 | $959.00 | $0.00 | $959.00 |
| 15 | L & G Building Supply Co., Inc. | 371709 | 12/11/2020 | $678.84 | $0.00 | $678.84 |
| 16 | W.A.F. Marine, LLC | 010720201-1waf | 1/7/2021 | $2,800.00 | $0.00 | $2,800.00 |
| 17 | ABS | 1 | 1/14/2021 | $753.00 | $0.00 | $753.00 |
| 18 | Marine Gears, Inc. | 263445 | 11/13/2020 | $169,851.48 | $0.00 | $169,851.48 |
| 19 | Steven Sweetser Jr. | 2100 | 1/27/2021 | $11,493.96 | $0.00 | $11,493.96 |
| 20 | Vida Paint & Supply Inc. | F-666163 | 1/25/2021 | $212.14 | $0.00 | $212.14 |
| 21 | Johnny's Propeller Shop, Inc. | 71958 | 12/15/2020 | $10,884.27 | $0.00 | $10,884.27 |
| 22 | Conrad Shipyard, LLC | 34832 | 4/30/2021 | $970,929.66 | $0.00 | $970,929.66 |
| 23 | Global Towing Service, LLC | 8853 B-10312020-1LO | 10/31/2020 | $70,800.00 | $0.00 | $70,800.00 |
| 24 | Marine Gears, Inc. | -13210 | 7/28/2021 | $18,641.17 | $0.00 | $18,641.17 |
| 25 | B & B Diesel Service | 99327 | 7/29/2021 | $3,915.65 | $0.00 | $3,915.65 |
| 26 | ABS | 44132659418 | 7/31/2021 | $24,625.58 | $19,649.71 | $4,975.87 |
| 27 | Marine Gears, Inc. | -13207 | 7/28/2021 | $1,350.00 | $0.00 | $1,350.00 |
| 22 | Conrad Shipyard, LLC | 3 | 8/18/2021 | $236,348.10 | $0.00 | $236,348.10 |
|  |  |  | TOTAL | $1,687,501.91 | $19,649.71 | $1,667,852.20 |

GH-DCG



EXHIBIT
2

USSIC 000123

# steven sweetser jr.
*Marine & Resadential construction*

Patterson , LA 70392
Phone # 985-992-8108

DATE:    January 27 2021
INVOICE #    2100
FOR:  *Rowland  A Falgout*

**Bill To:**
Falgout Brothers
110 Railroad
Patterson,LA 70392

| DESCRIPTION | AMOUNT |
|---|---|
| Reguler hours 196hrs | $8,820.00 |
| Overtime hours 36hrs | $2,430.00 |
| Invoice # F-666163 | $243.96 |
| **TOTAL** | $11,493.96 |

Please make all checks payable to S&S Construction
Phone # 985-992-8108

THANK YOU FOR YOUR BUSINESS!

USSIC 000161

# Vida Paint & Supply, Inc.

**Invoice**

P.O. Box 2706
Morgan City, LA 70381

*The Floor &
Decorating Center*

*Physical Address*
6700 Hwy 90 East
Morgan City, LA 70380

. J.E. McVangeline Thruway
Lafayette, LA 70508
P: 337.237.2086 Fax: 337.237.7512

*(REMIT ADDRESS ABOVE)*

| Invoice No | Invoice Date |
|---|---|
| F-666163 | 01/25/21 |

Phone: (985) 385-2884     Fax: (985) 385-0705     Email: amanda@vidapaint.com     Website: vidapaint.com

**BILL TO:**

FLOOR - CASH SALES

,

Cust No: FLO01215M     Store:     Floor

Job:

Boat:

Del To:

| ORDERED BY | ORD BY PHONE | TERMS | SHIP VIA | PURCHASE ORDER NUMBER | SALESPERSON |
|---|---|---|---|---|---|
| | | Cash | | | SARAH SAUCE |

| ITEM DESCRIPTION | Stock Item No | SHIPPED | QTY | UOM | PRICE | SUBTOTAL |
|---|---|---|---|---|---|---|
| VB VINYL BASE 4" #72 CHOCOLATE | | 120.00 | 120 | FT | 1.14 | 136.80 |
| ADH HENRY 440 COVE BASE TUBE | | 4.00 | 4 | Each | 10.71 | 42.84 |
| COVE BASE GUN | | 1.00 | 1 | Each | 15.43 | 15.43 |

**TERMS AND CONDITIONS:**
ALL ACCOUNTS PAYABLE BEFORE 15th OF FOLLOWING MONTH.
IF PART PAYMENTS ARE MADE, OR NO PAYMENT IS MADE ON THE
ACCOUNT, A FINANCE CHARGE WILL APPEAR ON YOUR NEXT
MONTH'S STATEMENT COMPUTED BY APPLYING A PERIODIC
MONTHLY RATE OF 1 1/2% OF THE PAST DUE BALANCE. THIS IS AN
ANNUAL PERCENTAGE RATE OF 18%. IF PLACED IN THE HANDS OF
A COLLECTION AGENCY OR ATTORNEY FOR COLLECTIONS,
AGENCY OR ATTORNEY'S FEES WILL BE ADDED.

**Thank You**

*Original*

**PAID CC**

| Freight | |
|---|---|
| $0.00 | |

| | | |
|---|---|---|
| Sub-Total: | | $195.07 |
| 4.30% Parish Tax | SMP-city | $8.39 |
| 4.45% State Tax | LA | $8.68 |
| **TOTAL:** | | **$212.14** |

TT: 17.07     Rec'd in good condition by: _____     Date: _____     Page 1 of 1     Inv No: F-666163

USSIC 000162

Customer: Falgout brothers

Description of work:

Carpentry:

Insurance work for damage to vessel from collision:

Oct 26: looked at motor vessel Roland A Falgout for damage to vessel from collision of barge to vessel to

Access damage to living quarters. 4hrs Steven


Nov 5: Removed bunk from forward port state room. Removed settee from wall in forward port room.

Removed moldings from wall and ceiling in stateroom. Removed ¼ "paneling from exterior wall

In stateroom. Removed 2x4 stud framing of wall in stateroom. Removed all exterior wall

Insulation and stick pins from exterior metal to show existing hole in vessel. Discarded all

trash n debris from vessel. 10 hrs Steven and Josh


Nov 6: Removed cabinet in laundry room 01 level that was destroyed from impact. Dismantled

Cabinetry around refrigerators and moved refrigerators that was damaged from impact and

Cabinet and framing that was damaged from impact. Discarded all trash and debris from vessel.

10 hrs Steve and josh.

Nov 12: Measured and ordered materials for Roland a falgout motor vessel . 4hrs Steven

Nov 19: gathered materials for job . cut and planed wood for bunk fronts , cabinet fronts, bunk rails, cut

Out bunk bottoms ,cut out faces to top cabinets, cut plywood for top cabinets, sanded wood

Faces for all. 10 hrs Steven and josh.

Nov 20: Cut and built legs for bunk, cut out and put top laundry room cabinet together. Put face onto

Top laundry room cabinet. Cut out doors to top cabinet for laundry room. Cut out and built

Drawers for bunk. Cut out drawer faces. Cut plywood and built settee for bunk state room.

10 hrs Steven and josh.

USSIC 000163

Nov 22: Sanded everything and prepped for spraying. Sand and sealed bunk pieces, wall cabinet and

Settee for state room. 8hrs Steven and josh.

Nov 23: steal wooled all materials cleaned and prepped for spraying varnish. Sprayed and stored

All materials. 4hrs Steven and josh.

Dec 16: Gathered and delivered materials to vessel. Cleaned area and wall for stick pins to install

Insulation. Glued stick pins to ceiling and walls as needed. Cut and installed 2x4 wall in

In bow state room . cleaned area of debris and discarded materials. 6hrs Steven and josh

Dec 17: Installed insulation onto outside metal wall and ceiling as needed. Cleaned area. Installed

Paneling onto studs in state room. Assembled bunk in stateroom, installed drawer slides

Inside of bunk . Installed drawer units in bunk. Built shelf for bunk. Installed bunk bottom.

Installed settee in state room . cut and replaced rubber base. 10 hrs Steve and josh.

Dec 18: Fixed moldings and ceiling in 01 bathroom from damage. Resecured bath stalls as needed.

Mounted wall cabinet in laundry room . Hung doors onto . Mounted perco latches onto wall

Cabinet and bunk drawers. Replaced moldings and gathered materials from shop.

8hrs Steven an Josh.

Jan 12/21: Planed wood for refrigerator units. Cut down ceiling panel. Delivered materials to

Vessel Roland A Falgout. Relocated wires on ceiling. Put together A/C extension.

CUT side panel for refrigerator. Releveled base unit and mounted and secured

Refrigerators to base. Cut wood for top of refrigerators for support. Cut bottom

For top of refrigerators. Measured and started cutting fonts for refrigerator

Cabinet unit. Planed wood down to size at shop .10 hrs Steven and josh.

Jan13 /21: Moved side wall . collected materials for 2x2 wood framing for ceiling above

Refrigerators. Put together ceiling frame above refrigerators. Finished cutting ceiling piece.

Sand and sealed ceiling piece. Sand and sealed bunk bottom. Mounted ceiling piece

To ceiling frame . Sand and sealed bottom and wall above fridge. Sanded and prepped

USSIC 000164

For varnishing. Varnished inside pieces to cabinet above fridge. Measured cut glued an

Joined wood together for facing of refrigerators. 12 hrs Steven and josh.

Jan 14/21: Sanded all pieces that was joined together for facing of fridge unit. Delivered to vessel.

Cut and finished assembling front facing to fridge cabinet. Sand and sealed front and

Side to cabinet . Let dry. Steal wooled and cleaned and prepped for varnishing.

Varnished rest of unit and let dry. Cleaned up vessel .10 hrs Steven and josh

Jan 21/21: Installed latches to refrigerators and facing. Installed vent coverings. Removed old materials

From vessel and discarded material to dump. Cleaned motor vessel.

4hrs Steven and josh

USSIC 000165



## ACKNOWLEDGEMENT

| SOLD TO: | SHIP TO: |
|---|---|
| FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone: 985-693-3242  Fax: 985-693-3247 | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 |
| Attn:  WILEY FALGOUT | Attn:  WILEY FALGOUT |

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
|  |  |  | NET 30 |  | N |

| Item | T | Quantity Order | Quantity B/O | Quantity Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | MOTOR VESSEL: NA<br>ORDER ENTERED BY: DAWN PELES |  |
| 001 | S | 1 |  |  | EA | SJ2-001 | SERVICE TECHS KYLE N. HALEY<br>AND (  )  TO TRAVEL TO<br>VESSEL LOCATION TO INSPECT<br>HALEY RH-2535 GEAR UNITS, AND<br>REMOVE AND INSPECT CLUTCHES AS<br>NEEDED | 24800.00000 |
| 002 | S | 1 |  |  | EA | HRC COUPLING REPAIR | HRC COUPLING REPAIR<br>PORT COUPLING<br>82270(RK)<br>WO# 17648 | 21570.00000 |
| 003 | S | 1 |  |  | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP<br>TO INSPECT AND REPAIR REVERSE<br>PINION AS NEEDED. | 350.00000 |
| 004 | S | 1 |  |  | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP<br>TO INSPECT AND REPAIR #7/#4<br>IDLER SHAFT ASSEMBLY AS<br>NEEDED. | 250.00000 |
| 005 | S | 1 |  |  | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP<br>TO INSPECT AND REPAIR FORWARD<br>PINION AS NEEDED. | 2800.00000 |
| 006 | S | 1 |  |  | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP<br>TO INSPECT AND REPAIR #5 IDLER<br>GEAR AS NEEDED. | 150.00000 |

USSIC 000166



MARINE GEARS INC.
P.O. Box 669
Hwy. 1 North
Greenville, MS 34702-0669
TEL: 662-335-5116 FAX: 662-335-4122

## ACKNOWLEDGEMENT

| SOLD TO: | SHIP TO: |
|---|---|
| FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 |
| Attn:  WILEY FALGOUT | Attn:  WILEY FALGOUT |

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity | | | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | Order | B/O | Ship | | | | |
| 007 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #37 LABYRINTH AS NEEDED. | 150.00000 |
| 008 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #56 OIL COLLECTOR AS NEEDED. | 675.00000 |
| 009 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR FORWARD HUB AS NEEDED. | 450.00000 |
| 010 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR REVERSE HUB AS NEEDED. | 450.00000 |
| 011 | S | 1 | | | EA | MC2-001 | MACHINE SHOP TO TURN DOWN NEW 1635-7008 FORWARD DRUM AS NEEDED | 250.00000 |
| 012 | S | 1 | | | EA | MC2-001 | MACHINE SHOP TO TURN DOWN NEW 1635-7009 REVERSE DRUM AS NEEDED | 250.00000 |
| 013 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT, SKIM CUT, DRILL (2) JACKING BOLTS (OUTPUT COUPLING) AS NEEDED. | 950.00000 |
| 014 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR OUTPUT SEAL CARRIER AS NEEDED. | 150.00000 |

USSIC 000167



## ACKNOWLEDGEMENT

| SOLD TO: | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 | SHIP TO: | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 |
|---|---|---|---|

Attn:  WILEY FALGOUT                                Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
|  |  |  | NET 30 |  | N |

| Item | T | Quantity | | | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
|  |  | Order | B/O | Ship |  |  |  |  |
| 015 | S | 1 |  |  | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP<br>TO REDRILL 8227-1001 HRC INNER<br>HUB AS NEEDED. | 225.00000 |
| 016 | S | 1 |  |  | EA | GEAR UNIT-MISC PARTS | GEAR UNIT-MISC PARTS REPAIR<br>WO# 026345-016<br><br>(2) 3565-01 $6300.00 EA<br>35-650 CLUTCH ASSY<br>(1) 1635-7008 $3750.00<br>35" FORWARD DRUM<br>(1) 1635-7009 $3875.00<br>35" REVERSE DRUM<br><br>(1) 2800-0044T $400.00 EA<br>RET PLATE, THICK<br><br>(1) MC2-001 $1736.00 EA<br>BEARING SPACERS<br>(#12,13 AND 18)<br><br>(1) MC2-001<br>SEALS/GASKETS, INCLUDING;<br>(1) CR39933 $38.00<br>#19 OIL SEAL<br>(1) CR86260 $235.00 EA<br>#20 OIL SEAL<br>(1) 2100-0021IS $750.00 EA<br>INNER SEAL SET<br>(1) 800521(PT80) $26.73 EA | 28171.36000 |

USSIC 000168



## ACKNOWLEDGEMENT

| SOLD TO: | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone: 985-693-3242  Fax: 985-693-3247 | SHIP TO: | FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone: 985-693-3242  Fax: 985-693-3247 |
|---|---|---|---|
| | Attn:  WILEY FALGOUT | | Attn:  WILEY FALGOUT |

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | Quantity B/O | Quantity Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | A/S BRG CARRIER GASKET | |
| | | | | | | | (1)800521(PT81) $30.95 EA | |
| | | | | | | | LABYRINTH GASKET | |
| | | | | | | | (1) 2100-1129 $235.00 EA | |
| | | | | | | | AIR HOSE ASSY KIT | |
| | | | | | | | (1) 2100-0026(H) $275.00 EA | |
| | | | | | | | A/S GEAR W/ HUB | |
| | | | | | | | (1) 5RC2F-WK $2026.80 EA | |
| | | | | | | | #5 TUTHILL PUMP | |
| | | | | | | | (1) 2100-5033 $179.00 EA | |
| | | | | | | | PUMP GEAR | |
| | | | | | | | (1) SCMX1.75 $218.10 EA | |
| | | | | | | | DODGE BEARING | |
| | | | | | | | (1) 01-379 $14.00 EA | |
| | | | | | | | #40 O'RING | |
| | | | | | | | (1) 01-364 $4.50 EA | |
| | | | | | | | #39 O'RING | |
| | | | | | | | (1) 2800-0068 $327.28 EA | |
| | | | | | | | BEARING SPACER | |
| | | | | | | | (1) 2100-0039 $600.00 EA | |
| | | | | | | | SLINGER/BRG RETAINER | |
| | | | | | | | (1) 2800-0053 $850.00 EA | |
| | | | | | | | SEAL SLEEVE | |
| 017 | S | 1 | | | EA | HIGH SPEED BEARING | HIGH SPEED BEARING OVERHAUL<br>WO# 026345-017<br><br>(1) MGI001067<br>24036CC/C3W33 | 25159.57000 |

USSIC 000169



## ACKNOWLEDGEMENT

| | |
|---|---|
| **SOLD TO:** FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 | **SHIP TO:** FALGOUT BROTHERS<br>C/O GLOBAL TOWING<br>344 BUCHANNAN STREET<br>LAROSE  LA 70373<br>Phone:  985-693-3242  Fax:  985-693-3247 |
| Attn:  WILEY FALGOUT | Attn:  WILEY FALGOUT |

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | B/O | Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) MGI001378 | |
| | | | | | | | HH437549 CONE | |
| | | | | | | | (2) MGI001379 | |
| | | | | | | | HH437510 CUP | |
| | | | | | | | (2) MGI001166 | |
| | | | | | | | M249749 CONE | |
| | | | | | | | (2) MGI001167 | |
| | | | | | | | M249710 CUP | |
| | | | | | | | (1) MGI001330 | |
| | | | | | | | HM237532 (9-151) ASSY | |
| | | | | | | | (2) MGI001175 | |
| | | | | | | | HM535349 CONE | |
| | | | | | | | (2) MGI001176 | |
| | | | | | | | HM535310 CUP | |
| 018 | S | 1 | | | EA | LOW SPEED BEARINGS | LOW SPEED BEARING OVERHAUL<br>WO# 026345-018<br><br>(1) MGI003399<br>EE113091 (9-16) ASSY<br>(1) MGI001326<br>M241549 (9-27) ASSY | 44968.75000 |
| 019 | S | 1 | | | EA | MC2-001 | REPAIR OUTPUT SHAFT WITH<br>MAIN GEAR | 9775.00000 |
| 200 | S | 1 | | | EA | TC2 | TRAVEL EXPENSES | 4917.49000 |
| 800 | F | 1 | | | | FREIGHT | FREIGHT CHARGES | 3389.31000 |
| | | | | | | | Order SubTotal | 169851.48000 |
| | | | | | | | Total Order Amount: | 169851.48 |

**USSIC 000170**

## Fwd: #14 BEARING JOURNAL ISSUES

From:   Curtis Bailey (cbailey242@yahoo.com)

To:     tanselmi@bellsouth.net

Date:   Tuesday, November 24, 2020, 10:24 AM CST

Sent from my iPhone

Begin forwarded message:

**From:** Chris Robertson <crobertson@haleyinc.com>
**Date:** November 24, 2020 at 9:09:54 AM CST
**To:** cbailey242@yahoo.com
**Cc:** nhaley@haleyinc.com, nate_haley86@yahoo.com, mgii@haleyinc.com
**Subject: #14 BEARING JOURNAL ISSUES**

Curtis,

The #14 bearing journal on the port customer owned output shaft was measured at 8.061"  The new bearing I.D. tolerance out of the Timken bearing book is 8.0625/8.0635".  This would make the bearing .0015/.0025 loose.  The actual bearing journal tolerance from the drawing is 8.067/8.065".  This would make the bearing .0045/.0015 tight on the shaft.  This is the reason the output shaft assembly has to be removed from the engine room and sent out for repairs.

Thanks,

# Chris Robertson

## Marine Gears Inc.

Senior Design Engineer

crobertson@haleyinc.com

1-877-903-2158

662-332-8716 (w)

662-820-1942 (c)

USSIC 000213



**MARINE GEARS, INC. • MARINE GEARS INTERNATIONAL, INC.
HALEY CLUTCH & COUPLING, INC.**

Falgout
M/V Ronald Falgout
Haley RH-2535
Ratio: 4.741:1
Serial#: 120696-1-1P/2S
Date: 11-17-2020

Service Tech Kyle N. Haley and Tyler Thompson traveled to Amelia, La to inspect the port and stbd gear units. Both HRC Torsional couplings were inspected and found to have excessive clearance in the bearing setup to support the clutches. They removed the Haley HRC Torsional coupling and along with the pneumatic clutches so the customer could have the alignment checked.  At this point they did a full inspection on both units. The gears were rolled to make sure they did not have any broken teeth or excessive wear.  The teeth on the gears look to have no wear and look to be in good shape. They also inspected the bearing cages for any broken gages and none was found.  The bearing tolerance was recorded and is listed below.

As you can see the Port Unit bearing tolerances are outside acceptable. The Output Shaft thrust bearing is (5) times the amount over max. This would cause hard shift noises in ahead and astern. As you can see noted below the Port Unit has twice the movement in the bearings as the Stbd unit has. This is the reason for the recommendation of a complete bearing overhaul and have the rotating shafts checked for concentricity.

The Stbd. Unit gear teeth and bearing movements are still very close to the last inspection. There is no need for immediate attention for this unit at this time.



P.O. BOX 689 • 1690 HWY. 1 NORTH • GREENVILLE, MS 38702
PHONE: (662) 332-8716 • FAX: (662) 335-0068

USSIC 000214



MARINE GEARS, INC. • MARINE GEARS INTERNATIONAL, INC.
HALEY CLUTCH & COUPLING, INC.

**Lateral Movements Port Unit:**

**Reverse Pinion Assembly #18 - .020"**

**Forward Pinion Assembly #12 - .018"**

**Reverse Idler Shaft Gear Assembly #15 & 16 - .025"**

**Output shaft Assembly #13 - .050"**

**Lift Movements Port Unit:**

**Lift of #12 bearing location - .012"**

**Lift of Reverse Idler shaft Gear Assembly - .012"**

**Lift of Output Shaft Assembly at #14 - .020"**

**Lateral Movements Stbd Unit:**

**Reverse Pinion Assembly #18 - .013"**

**Forward Pinion Assembly #12 - .018"**

**Reverse Idler Shaft Gear Assembly #15 & 16 - .008"**

**Output shaft Assembly #13 - .003"**

**Lift Movements Stbd Unit:**

**Lift of #12 bearing location - .012**

**Lift of Reverse Idler shaft Gear Assembly - .003**

**Lift of Output Shaft Assembly at #14 - .011"**

_____*Neal R. Haley*_____

Neal Haley, President

____*Kyle N. Haley*_____

Kyle N. Haley, Service Technician



P.O. BOX 689 • 1690 HWY. 1 NORTH • GREENVILLE, MS 38702
PHONE: (662) 332-8716 • FAX: (662) 335-0068

USSIC 000215

Company **Falgout Brothers Marine Inc**

Vessel **Roland A Falgout**

Diameter & Length **10 1/2" x 29' 4"**

Port **X**    Work Order # **20-0452**

Center _____

Starboard _____

Spare _____

**IN**    **OUT**

RUNOUT    RUNOUT

Sign: _____    Sign: _____

| IN | RUNOUT | SHAFT | Accepted | Denied |
|---|---|---|---|---|
| | | Dye Check | | |
| Bent | .032 | Propeller taper | | |
| | | Propeller keyway | | |
| | | Spoonbill in keyway | | |
| | | Propeller threads | | |
| | | Propeller key | | |
| | | Propeller nut | | |
| | ( ___ ) | % Propeller Blue Fit | | |
| | | Propeller Rotation | | |
| Bent/No Wear | .021 | - Strut journal | | |
| Bent/No Wear | .038 | Center journal | | |
| | ( ___ ) | Stuffing box journal | | |
| | | Coupling threads | | |
| | | Coupling bolt holes | | |
| | | Coupling keyway | | |
| | | Coupling keeper rings | | |
| | | Coupling keeper ring grooves | | |
| | | Coupling keeper bolts | | |
| | | Coupling keeper bolt holes | | |
| | | Coupling keeper plate | | |
| | | Coupling keys | | |
| | | Coupling nut | | |
| Bent | .042 | Coupling taper | | |
| | ( ___ ) | % Coupling blue fit | | |
| | ( ___ ) | Coupling face | | |
| | ( ___ ) | coupling counter-bore | | |
| | | Fiberglass | | |

Inspected by: *Randy Soler* 11-16-2020    Date

Approved by:   ABS Surveyor / Company Representative    Date

Furnish labor and material to set up, power brush and dye check port and starboard propeller shafts.

_____

**USSIC 000216**

| Company | Falgout Brothers Marine Inc | | Port | | Work Order # | 20-0452 |
|---|---|---|---|---|---|---|
| Vessel | Roland A Falgout | | Center | | | |
| Diameter & Length | 10 1/2" x 29' 4" | | Starboard | X | | |
| | | | Spare | | | |

| IN | | RUNOUT | | RUNOUT | OUT | |
|---|---|---|---|---|---|---|

Sign: Michael Hebert

Sign

| IN | RUNOUT | SHAFT | | Accepted | Denied |
|---|---|---|---|---|---|
| | | Dye Check | | | |
| Bent | .029 | Propeller taper | | | |
| | | Propeller keyway | | | |
| | | Spoonbill in keyway | | | |
| | | Propeller threads | | | |
| | | Propeller key | | | |
| . | | Propeller nut | | | |
| | (_____) | % Propeller Blue Fit | | | |
| | | Propeller Rotation | | | |
| Bent/No Wear | .018 | Strut journal | | | |
| Bent/No Wear | .055 | Center journal | | | |
| | (_____) | Stuffing box journal | | | |
| | | Coupling threads | | | |
| | | Coupling bolt holes | | | |
| | | Coupling keyway | | | |
| | | Coupling keeper rings | | | |
| | | Coupling keeper ring grooves | | | |
| | | Coupling keeper bolts | | | |
| | | Coupling keeper bolt holes | | | |
| | | Coupling keeper plate | | | |
| | | Coupling keys | | | |
| | | Coupling nut | | | |
| Bent | .045 | Coupling taper | | | |
| | (_____) | % Coupling blue fit | | | |
| | (_____) | Coupling face | | | |
| | (_____) | coupling counter-bore | | | |
| | | Fiberglass | | | |

Inspected by:  E J Falgout Reg.        Date: 11-16-2020

Approved by:  ABS Surveyor / Company Representative        Date

Furnish labor and material to set up, power brush and dye check port and starboard propeller shafts.

USSIC 000217

**W.A.F. Marine, LLC**

# Invoice

globaltowing@viscom.net

| BILL TO |
| --- |
| RAF |
| 344 buchannan st. |
| larose, la  70373 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 010720201-1waf | 01/07/2021 | $2,800.00 | 02/06/2021 | Net 30 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **WAF** cost of the m/v Wilkin A. Falgout  to take m/v RAF off  of dry dock.<br><br>start time:   0845  01-07-2021<br>stop time:  1245 01-07-2021<br><br>4 hours @ 700.00 per hr.....................2,800.00 | 4 | 700.00 | 2,800.00 |

BALANCE DUE

**$2,800.00**

USSIC 000230

# JOHNNY'S PROPELLER SHOP, LLC.

**PAST INVOICE**

P. O. BOX 2237
MORGAN CITY, LA   70381-2237
Website: www.johnnys-propeller.com

| | |
|---|---|
| *Number* | 071958 |
| *Date* | 12/15/2020 |
| *Page* | 1 |

**Bill-to:**   **GLO10**
**GLOBAL TOWING SERVICES**
**344 BUCHANNAN**
**LAROSE, LA 70373**

**Ship-to:**   **TEMP**
**EJ FIELDS MACHINE SHOP**
**MORGAN CITY, LA 70380**

| Reference # | Shipped | Sls | Terms | Tax Code | Doc # | WH | Ship Via |
|---|---|---|---|---|---|---|---|
| | 12/15/2020 | CB | NET 30 DAYS | MTEOV | 038688 | 01 | MF |

| Item | Description | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|
| *Ordered By*   **CURTIS** | | | | | | |
| JPBF1050 | 10 1/2 X 12 7/8 X 39 1/2 | 2 | EA | 5289.00 | EA | 10578.00 |
| | FLANGE BEARING - JUMBO / SAIL | | | | | |

| Merchandise | Misc | Tax | Freight | Total Due |
|---|---|---|---|---|
| 10578.00 | .00 | .00 | 306.27 | 10884.27 |

*Do not write below this line*        **Customer Copy**        ... **Last Page**

SOINV



01-071958



USSIC 000231

# JOHNNY'S PROPELLER SHOP, LLC.

P. O. BOX 2237
MORGAN CITY, LA   70381-2237
Website: www.johnnys-propeller.com

**PAST INVOICE**

| | |
|---|---|
| *Number* | 071958 |
| *Date* | 12/15/2020 |
| *Page* | 1 |

*Bill-to:*  **GLO10**
**GLOBAL TOWING SERVICES**
**344 BUCHANNAN**
**LAROSE, LA 70373**

*Ship-to:*  **TEMP**
**EJ FIELDS MACHINE SHOP**
**MORGAN CITY, LA 70380**

| Reference # | Shipped | Sls | Terms | Tax Code | Doc # | WH | Ship Via |
|---|---|---|---|---|---|---|---|
| | 12/15/2020 | CB | NET 30 DAYS | MTEOV | 038688 | 01 | MF |

| Item | Description | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|
| *Ordered By*  **CURTIS**<br>JPBF1050 | 10 1/2 X 12 7/8 X 39 1/2<br>FLANGE BEARING - JUMBO / SAIL | 2 | EA | 5289.00 | EA | 10578.00 |

| Merchandise | Misc | Tax | Freight | Total Due |
|---|---|---|---|---|
| 10578.00 | .00 | .00 | 306.27 | 10884.27 |

*Do not write below this line*          **Accounting Copy**          **... Last Page**

SOINV

01-071958




USSIC 000232



## ACKNOWLEDGEMENT

**SOLD TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

**SHIP TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | B/O | Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | MOTOR VESSEL: NA | |
| | | | | | | | ORDER ENTERED BY: DAWN PELES | |
| 001 | S | 1 | | | EA | SJ2-001 | SERVICE TECHS KYLE N. HALEY AND (   )  TO TRAVEL TO VESSEL LOCATION TO INSPECT HALEY RH-2535 GEAR UNITS, AND REMOVE AND INSPECT CLUTCHES AS NEEDED | 24800.00000 |
| 002 | S | 1 | | | EA | HRC COUPLING REPAIR | HRC COUPLING REPAIR PORT COUPLING 82270(RK) WO# 17648 | 21570.00000 |
| 003 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR REVERSE PINION AS NEEDED. | 350.00000 |
| 004 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #7/#4 IDLER SHAFT ASSEMBLY AS NEEDED. | 250.00000 |
| 005 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR FORWARD PINION AS NEEDED. | 2800.00000 |
| 006 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #5 IDLER GEAR AS NEEDED. | 150.00000 |



## ACKNOWLEDGEMENT

MARINE GEARS INC.
P.O. Box 489
Hwy. 1 North
Greenville, MS 38702-0489
TEL: 662-332-9716 FAX: 662-335-4421

**SOLD TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone: 985-693-3242  Fax: 985-693-3247

Attn:  WILEY FALGOUT

**SHIP TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone: 985-693-3242  Fax: 985-693-3247

Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | B/O | Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| 007 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #37 LABYRINTH AS NEEDED. | 150.00000 |
| 008 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR #56 OIL COLLECTOR AS NEEDED. | 675.00000 |
| 009 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR FORWARD HUB AS NEEDED. | 450.00000 |
| 010 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR REVERSE HUB AS NEEDED. | 450.00000 |
| 011 | S | 1 | | | EA | MC2-001 | MACHINE SHOP TO TURN DOWN NEW 1635-7008 FORWARD DRUM AS NEEDED | 250.00000 |
| 012 | S | 1 | | | EA | MC2-001 | MACHINE SHOP TO TURN DOWN NEW 1635-7009 REVERSE DRUM AS NEEDED | 250.00000 |
| 013 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT, SKIM CUT, DRILL (2) JACKING BOLTS (OUTPUT COUPLING) AS NEEDED. | 950.00000 |
| 014 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO INSPECT AND REPAIR OUTPUT SEAL CARRIER AS NEEDED. | 150.00000 |

**USSIC 000234**



## ACKNOWLEDGEMENT

**SOLD TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

**SHIP TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | Quantity B/O | Quantity Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| 015 | S | 1 | | | EA | LB2-002 | GENERAL LABOR-MACHINE SHOP TO REDRILL 8227-1001 HRC INNER HUB AS NEEDED. | 225.00000 |
| 016 | S | 1 | | | EA | GEAR UNIT-MISC PARTS | GEAR UNIT-MISC PARTS REPAIR WO# 026345-016<br><br>(2) 3565-01 $6300.00 EA<br>35-650 CLUTCH ASSY<br>(1) 1635-7008 $3750.00<br>35" FORWARD DRUM<br>(1) 1635-7009 $3875.00<br>35" REVERSE DRUM<br><br>(1) 2800-0044T $400.00 EA<br>RET PLATE, THICK<br><br>(1) MC2-001 $1736.00 EA<br>BEARING SPACERS<br>(#12,13 AND 18)<br><br>(1) MC2-001<br>SEALS/GASKETS, INCLUDING;<br>(1) CR39933 $38.00<br>#19 OIL SEAL<br>(1) CR86260 $235.00 EA<br>#20 OIL SEAL<br>(1) 2100-0021IS $750.00 EA<br>INNER SEAL SET<br>(1) 800521(PT80) $26.73 EA | 28171.36000 |

**ORIGINAL**

**USSIC 000235**



## ACKNOWLEDGEMENT

MARINE GEARS INC.
P.O. Box 601
Hwy. 1 North
Greenville, MS 38702-0601
TEL: 662-332-9716  FAX: 662-335-4322

**SOLD TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

**SHIP TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | B/O | Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | A/S BRG CARRIER GASKET | |
| | | | | | | | (1)800521(PT81) $30.95 EA | |
| | | | | | | | LABYRINTH GASKET | |
| | | | | | | | | |
| | | | | | | | (1) 2100-1129 $235.00 EA | |
| | | | | | | | AIR HOSE ASSY KIT | |
| | | | | | | | (1) 2100-0026(H) $275.00 EA | |
| | | | | | | | A/S GEAR W/ HUB | |
| | | | | | | | (1) 5RC2F-WK $2026.80 EA | |
| | | | | | | | #5 TUTHILL PUMP | |
| | | | | | | | (1) 2100-5033 $179.00 EA | |
| | | | | | | | PUMP GEAR | |
| | | | | | | | (1) SCMX1.75 $218.10 EA | |
| | | | | | | | DODGE BEARING | |
| | | | | | | | (1) 01-379 $14.00 EA | |
| | | | | | | | #40 O'RING | |
| | | | | | | | (1) 01-364 $4.50 EA | |
| | | | | | | | #39 O'RING | |
| | | | | | | | (1) 2800-0068 $327.28 EA | |
| | | | | | | | BEARING SPACER | |
| | | | | | | | (1) 2100-0039 $600.00 EA | |
| | | | | | | | SLINGER/BRG RETAINER | |
| | | | | | | | (1) 2800-0053 $850.00 EA | |
| | | | | | | | SEAL SLEEVE | |
| 017 | S | 1 | | | EA | HIGH SPEED BEARING | HIGH SPEED BEARING OVERHAUL | 25159.57000 |
| | | | | | | | WO# 026345-017 | |
| | | | | | | | | |
| | | | | | | | (1) MGI001067 | |
| | | | | | | | 24036CC/C3W33 | |

**ORIGINAL**

USSIC 000236



## ACKNOWLEDGEMENT

**SOLD TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

**SHIP TO:** FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE  LA 70373
Phone:  985-693-3242  Fax:  985-693-3247

Attn:  WILEY FALGOUT

| Sales Order | Ship No. | Cust No | Order Date | Tax | Promised | Salesman | Customer P. O. No. | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 0026345 | 0000 | 11295 | 11/13/2020 | E | 11/13/2020 | NEAL HALEY | CURTIS FALGOUT | WILEY FALGOUT |

| F.O.B. | Ship Date | Shipped Via | Terms | Waybill Number | Ins |
|---|---|---|---|---|---|
| | | | NET 30 | | N |

| Item | T | Quantity Order | B/O | Ship | Unit | Part Number | Description | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (2) MGI001378 | |
| | | | | | | | HH437549 CONE | |
| | | | | | | | (2) MGI001379 | |
| | | | | | | | HH437510 CUP | |
| | | | | | | | (2) MGI001166 | |
| | | | | | | | M249749 CONE | |
| | | | | | | | (2) MGI001167 | |
| | | | | | | | M249710 CUP | |
| | | | | | | | (1) MGI001330 | |
| | | | | | | | HM237532 (9-151) ASSY | |
| | | | | | | | (2) MGI001175 | |
| | | | | | | | HM535349 CONE | |
| | | | | | | | (2) MGI001176 | |
| | | | | | | | HM535310 CUP | |
| 018 | S | 1 | | | EA | LOW SPEED BEARINGS | LOW SPEED BEARING OVERHAUL WO# 026345-018  (1) MGI003399 EE113091 (9-16) ASSY (1) MGI001326 M241549 (9-27) ASSY | 44968.75000 |
| 019 | S | 1 | | | EA | MC2-001 | REPAIR OUTPUT SHAFT WITH MAIN GEAR | 9775.00000 |
| 200 | S | 1 | | | EA | TC2 | TRAVEL EXPENSES | 4917.49000 |
| 800 | F | 1 | | | | FREIGHT | FREIGHT CHARGES | 3389.31000 |
| | | | | | | | Order SubTotal | 169851.48000 |
| | | | | | | | Total Order Amount: | 169851.48 |

USSIC 000237

# steven sweetser jr.
*Marine & Resadential construction*

Patterson , LA 70392
Phone # 985-992-8108

**DATE:** January 27 2021
**INVOICE #** 2100
**FOR:** *Rowland A Falgout*

**Bill To:**
Falgout Brothers
110 Railroad
Patterson,LA 70392

| DESCRIPTION | AMOUNT |
|---|---|
| Reguler hours 196hrs | $8,820.00 |
| Overtime hours 36hrs | $2,430.00 |
| Invoice # F-666163 | $243.96 |
| **TOTAL** | $11,493.96 |

Please make all checks payable to S&S Construction
Phone # 985-992-8108

THANK YOU FOR YOUR BUSINESS!

USSIC 000238

# Vida Paint & Supply, Inc.

**Invoice**

P.O. Box 2706
Morgan City, LA 70381

*The Floor &
Decorating Center*

.J.C.M.Evangeline Thruway
Lafayette, LA 70508
P: 337.237.2086 Fax: 337.237.7512

*(REMIT ADDRESS ABOVE)*

Physical Address
6700 Hwy 90 East
Morgan City, LA 70380

| Invoice No | Invoice Date |
|---|---|
| F-666163 | 01/25/21 |

Phone: (985) 385-2884    Fax: (985) 385-0705    Email: amanda@vidapaint.com    Website: vidapaint.com

**BILL TO:**

FLOOR - CASH SALES

| Job: | |
| Boat: | |
| Del To: | |

Cust No: FLO01215M    Store:    Floor

| ORDERED BY | ORD BY PHONE | TERMS | SHIP VIA | PURCHASE ORDER NUMBER | SALESPERSON |
|---|---|---|---|---|---|
| | | Cash | | | SARAH SAUCE |

| ITEM DESCRIPTION | Stock Item No | SHIPPED | QTY | UOM | PRICE | SUBTOTAL |
|---|---|---|---|---|---|---|
| VB VINYL BASE 4" #72 CHOCOLATE | | 120.00 | 120 | FT | 1.14 | 136.80 |
| ADH HENRY 440 COVE BASE TUBE | | 4.00 | 4 | Each | 10.71 | 42.84 |
| COVE BASE GUN | | 1.00 | 1 | Each | 15.43 | 15.43 |

**TERMS AND CONDITIONS:**
ALL ACCOUNTS PAYABLE BEFORE 15th OF FOLLOWING MONTH.
IF PART PAYMENTS ARE MADE, OR NO PAYMENT IS MADE ON THE
ACCOUNT, A FINANCE CHARGE WILL APPEAR ON YOUR NEXT
MONTH'S STATEMENT COMPUTED BY APPLYING A PERIODIC
MONTHLY RATE OF 1 1/2% OF THE PAST DUE BALANCE. THIS IS AN
ANNUAL PERCENTAGE RATE OF 18%. IF PLACED IN THE HANDS OF
A COLLECTION AGENCY OR ATTORNEY FOR COLLECTIONS,
AGENCY OR ATTORNEY'S FEES WILL BE ADDED.

**Thank You**

*Original*

PAID CC

| Freight | | Sub-Total: | $195.07 |
|---|---|---|---|
| **$0.00** | | | |
| 4.30% Parish Tax | SMP-city | | $8.39 |
| 4.45% State Tax | LA | | $8.68 |
| | TOTAL: | | $212.14 |

TT: 17.07    Rec'd in good condition by: _____    Date: _____    Page 1 of 1    Inv No: F-666163

**USSIC 000239**

Customer: Falgout brothers

Description of work:

Carpentry:

Insurance work for damage to vessel from collision:

Oct 26: looked at motor vessel Roland A Falgout for damage to vessel from collision of barge to vessel to

  Access damage to living quarters. 4hrs Steven


Nov 5: Removed bunk from forward port state room. Removed settee from wall in forward port room.

  Removed moldings from wall and ceiling in stateroom. Removed ¼ "paneling from exterior wall

  In stateroom. Removed 2x4 stud framing of wall in stateroom. Removed all exterior wall

  Insulation and stick pins from exterior metal to show existing hole in vessel. Discarded all

  trash n debris from vessel. 10 hrs Steven and Josh


Nov 6: Removed cabinet in laundry room 01 level that was destroyed from impact. Dismantled

  Cabinetry around refrigerators and moved refrigerators that was damaged from impact and

  Cabinet and framing that was damaged from impact. Discarded all trash and debris from vessel.

   10 hrs Steve and josh.

Nov 12: Measured and ordered materials for Roland a falgout motor vessel .  4hrs Steven

Nov 19: gathered materials for job . cut and planed wood for bunk fronts , cabinet fronts, bunk rails, cut

  Out bunk bottoms ,cut out faces to top cabinets, cut plywood for top cabinets, sanded wood

  Faces for all. 10 hrs Steven and josh.

Nov 20: Cut and built legs for bunk, cut out and put top laundry room cabinet together. Put face onto

  Top laundry room cabinet. Cut out doors to top cabinet for laundry room. Cut out and built

  Drawers for bunk. Cut out drawer faces. Cut plywood and built settee for bunk state room.

  10 hrs Steven and josh.

USSIC 000240

Nov 22: Sanded everything and prepped for spraying. Sand and sealed bunk pieces, wall cabinet and

Settee for state room. 8hrs Steven and josh.

Nov 23: steal wooled all materials cleaned and prepped for spraying varnish. Sprayed and stored

All materials. 4hrs Steven and josh.

Dec 16: Gathered and delivered materials to vessel. Cleaned area and wall for stick pins to install

Insulation. Glued stick pins to ceiling and walls as needed. Cut and installed 2x4 wall in

In bow state room . cleaned area of debris and discarded materials. 6hrs Steven and josh

Dec 17:  Installed insulation onto outside metal wall and ceiling as needed. Cleaned area. Installed

Paneling onto studs in state room. Assembled bunk in stateroom, installed drawer slides

Inside of bunk . Installed drawer units in bunk. Built shelf for bunk. Installed bunk bottom.

Installed settee in state room . cut and replaced rubber base. 10 hrs Steve and josh.

Dec 18: Fixed moldings and ceiling in 01 bathroom from damage. Resecured bath stalls as needed.

Mounted wall cabinet in laundry room . Hung doors onto . Mounted perco latches onto wall

Cabinet and bunk drawers. Replaced moldings and gathered materials from shop.

8hrs Steven an Josh.

Jan 12/21: Planed wood for refrigerator units. Cut down ceiling panel. Delivered materials to

Vessel Roland A Falgout. Relocated wires on ceiling. Put together A/C extension.

CUT side panel for refrigerator. Releveled base unit and mounted and secured

Refrigerators to base. Cut wood for top of refrigerators for support. Cut bottom

For top of refrigerators. Measured and started cutting fonts for refrigerator

Cabinet unit. Planed wood down to size at shop .10 hrs Steven and josh.

Jan13 /21: Moved side wall . collected materials for 2x2 wood framing for ceiling above

Refrigerators. Put together ceiling frame above refrigerators. Finished cutting ceiling piece.

Sand and sealed ceiling piece. Sand and sealed bunk bottom. Mounted ceiling piece

To ceiling frame . Sand and sealed bottom and wall above fridge. Sanded and prepped

USSIC 000241

For varnishing. Varnished inside pieces to cabinet above fridge. Measured cut glued an

Joined wood together for facing of refrigerators. 12 hrs Steven and josh.

Jan 14/21: Sanded all pieces that was joined together for facing of fridge unit. Delivered to vessel.

Cut and finished assembling front facing to fridge cabinet. Sand and sealed front and

Side to cabinet . Let dry. Steal wooled and cleaned and prepped for varnishing.

Varnished rest of unit and let dry. Cleaned up vessel .10 hrs Steven and josh

Jan 21/21: Installed latches to refrigerators and facing. Installed vent coverings. Removed old materials

From vessel and discarded material to dump. Cleaned motor vessel.

4hrs Steven and josh

USSIC 000242

**Global Towing Service, LLC**
344 Buchannan St.
larose, LA 70373 US
globaltowing@viscom.net

# Invoice

BILL TO
fidelis marine/ RAF

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 8853 B-10312020-1LO | 10/31/2020 | $70,800.00 | 11/30/2020 | Net 30 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **LO** | 59 | 1,200.00 | 70,800.00 |
| services of the m/v Lady Ora to tow M/V Roland A. Falgout from fourchon to conrad shipyard in amelia for repairs to damage substained in hurricane zeta | | | |
| start time:   10-29-2020----15 hours | | | |
| 10-30-2020.....24 hours | | | |
| stop time : 2000   10-31-2020  20 hours | | | |
| 59 hours total | | | |
| 59 hours @ 1200.00.......................70,800.00 | | | |

BALANCE DUE

# $70,800.00

**USSIC 000243**

**Global Towing Service, LLC**
344 Buchannan St.
larose, LA  70373 US
globaltowing@viscom.net

# Invoice

BILL TO
fidelis marine/ RAF

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 8853 B-10312020-1LO | 10/31/2020 | $70,800.00 | 11/30/2020 | Net 30 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **LO** | 59 | 1,200.00 | 70,800.00 |

services of the m/v Lady Ora to tow M/V Roland A. Falgout from fourchon to conrad shipyard in amelia for repairs to damage substained in hurricane zeta

start time:   10-29-2020----15 hours

10-30-2020.....24 hours

stop time : 2000   10-31-2020  20 hours

59 hours total

59 hours @ 1200.00........................70,800.00

BALANCE DUE                **$70,800.00**

USSIC 000244



Global Towing Service, LLC
344 Buchannon Street
Larose, LA 70373
Phone: 985-693-3242
Fax: 985-693-3247

Vessel: Lady Ora

Date: 10/29/2020

## Daily Billing Logs

Captain: JIMMY CREPPELL SR.

0001

0600
0900-DEPARTED CONRAD DEEPWATER FOR FOURCHON

1200
1200-BAYOU DULARGE BRIDGE

1230-CLEARED HOUMA NAV. BRIDGE

1700-CLEARED CAT IS. S/BUOY

1800
1800-BLK. 19 S. TIM.

1850-BELLE PASS 1 & 2

1940-A/S ROLAND FALGOUT FLOTATION CANAL FOURCHON

2400
2400-ALONGSIDE ROLAND FALGOUT

Job Description:
S/BY TO TOW ROLAND FALGOUT TO AMELIA

USSIC 000245



Global Towing Service, LLC
344 Buchannon Street
Larose, LA 70373
Phone: 985-693-3242
Fax: 985-693-3247

Vessel: Lady Ora

Date: 10/30/2020

## Daily Billing Logs

Captain: JIMMY CREPPELL SR.

0001
0001-A/SIDE ROLAND FALGOUT FOURCHON

0600
0600-A/SIDE ROLAND FALGOUT FOURCHON

1200
1200-A/SIDE ROLAND FALGOUT FOURCHON

1800
1800-A/SIDE ROLAND FALGOUT FOURCHON

2400
2400-A/SIDE ROLAND FALGOUT FOURCHON

Job Description:
S/BY TO ASSIST ROLAND FALGOUT

USSIC 000246



Global Towing Service, LLC
344 Buchannon Street
Larose, LA 70373
Phone: 985-693-3242
Fax: 985-693-3247

Vessel: **Lady Ora**

Date: 10/31/2020

## Daily Billing Logs

Captain: JIMMY CREPPELL SR.

0001
0001-A/SIDE ROLAND FALGOUT FOURCHON

0600
0600-A/SIDE ROLAND FALGOUT FOURCHON

0630-DEPARTED W/ROLAND FALGOUT

0735-CLEARED BELLE PASS 1 & 2

0745-TOWLINE ON

0750-U/WAY TO CAT IS. W/ROLAND FALGOUT IN TOW

1000-CAT IS. INBOUND

1035-HOUMA NAV. 1 & 2

1200
1200-BUOY 26 HOUMA NAV.

1800
1800-BUOYS 5 & 6 BAY WALLACE WEST BOUND

1930-ARR. CONRAD TOWLINE OFF

2000-ALL SECURED A/SIDE ROLAND FALGOUT

2400

Job Description:

USSIC 000247

# EAST PARK RADIATOR & BATTERY SHOP, INC.

P. O. BOX 850 • BOURG, LOUISIANA 70343-0850
Phone 985-876-3120 • 985-876-6944 • Fax 985-876-0305
E-mail: eastpark@bellsouth.net

**Invoice**
**154832**

**DATE** 11-24 20 20

**SOLD TO:** Falgout Bros. Towing
344 Buchanan St.
LaRose, La. 70373

**SHIP TO:** Conrad. Deepwater
219 Duhon By Pass Rd
Amelia, LA. 70340

**CUSTOMER ORDER NO.** Roland A. Falgout

CASH | CHARGE ✓ | TERMS **NET 30 DAYS**

Curtis Baliey

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | EPR# 95729, 95730, 95731, 95732 | | |
| 4 | D16148 Firestium Kw.e. Coolers, | 910.00 | 3,640.00 |
| | mechanically and chemically cleaned, straightened | | |
| | repaired, refurbished threads and pressure | | |
| | tested | | |
| 4 | Gasket sets | 85.17 | 340.68 |
| 4 | Anode sets | 77.10 | 308.40 |
| 18 | 3/4" intermediate washers | 5.52 | 99.36 |
| 2 | 3/4" x heavy nuts | 4.34 | 8.68 |
| 2 | 3 1/2" Nozzle Washers | 25.27 | 50.54 |
| 1 | 3 1/2" nozzle nut | 60.86 | 60.86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Refer JODST M494 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | PARISH TAX | — |
| | | STATE TAX | — |
| | | **TOTAL ▶** | 4,508.52 |

RECEIVED IN GOOD CONDITION BY _____

USSIC 000248

CUSTOMER ORIGINAL

**EAST PARK RADIATOR & BATTERY SHOP, INC.**

17494

P. O. BOX 850 • BOURG, LOUISIANA 70343-0850
801 ODETTE STREET • HOUMA, LOUISIANA 70363
PHONE: 985-876-3120 • 985-876-6944 • Fax 985-876-0305
E-mail: eastpark@bellsouth.net

SOLD TO: Falgout Bros. Offshore Shrimp
344 Buchanan St.
LaRose, La. 70373

DATE 11-24 20 20

SHIP TO: (Omed Deepwater)
209 Duhon Bypass Rd
Amelia, La. 70340

CUSTOMER ORDER NO.

m/v
Roland Falgout / Curtis 985-312-81?8

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | EPR 95729, 95730, 95731, 95732 | | |
| 4 | D16168 Fernstrum Oil Cooler | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Jared Breal | | |
| | Todd Breaux | | |
| | 11/24/20 | | |

**DELIVERY TICKET ONLY**

RECEIVED IN GOOD CONDITION BY

USSIC 000249

# *Port Marine Vac. Service, Inc.*

# Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone**  985-872-2142    **Fax**  985-851-2221
**E-mail**    jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | 11/1/20 | | |
| | Transferred Diesel from the M/V Roland Falgout to the M/V Skye Falgout. | | |
| 11 | Vacuum Truck Service | 55.00 | 605.00 |
| 11 | Labor - Driver/Operator | 40.00 | 440.00 |
| 11 | Labor - Helper | 28.00 | 308.00 |
| 11 | Labor - Helper | 28.00 | 308.00 |
| | 11/1/20 | | |
| | Transferred Diesel from the M/V Roland Falgout to the M/V Skye Falgout. | | |
| 11 | Vacuum Truck Service | 55.00 | 605.00 |
| 11 | Labor - Driver/Operator | 40.00 | 440.00 |
| 11 | Labor - Helper | 28.00 | 308.00 |
| | 11/1/20 | | |
| | Transferred Diesel from the M/V Roland Falgout to the M/V Minnie Falgout. | | |
| 11.5 | Vacuum Truck Service | 55.00 | 632.50 |
| 11.5 | Labor - Driver/Operator | 40.00 | 460.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| | 11/2/20 | | |
| | Removed 5,000 gals. of Fuel and Stored at Port Marine. | | |
| 8 | Vacuum Truck Service | 55.00 | 440.00 |
| 8 | Labor - Driver/Operator | 40.00 | 320.00 |

| "Thank you for your business" Payments must be in U.S. Currency | Subtotal | |
|---|---|---|
| All invoices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | Sales Tax (0.0%) | |
| | **Total** | |

Page 1

USSIC 000250

# *Port Marine Vac. Service, Inc.*

## Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone**  985-872-2142      **Fax**  985-851-2221
**E-mail**   jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | Roland Falgout | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8 | Labor - Helper | 28.00 | 224.00 |
| 8 | Labor - Helper | 28.00 | 224.00 |
|  | 11/2/20 |  |  |
|  | Removed 5,000 gals. of Fuel and Stored at Port Marine. |  |  |
| 10.75 | Vacuum Truck Service | 55.00 | 591.25 |
| 10.75 | Labor - Driver/Operator | 40.00 | 430.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
|  | 11/3/20 |  |  |
|  | Cleaned the #2 Stb Fuel Tank and #2 Stb Day Tank. |  |  |
| 11.5 | Vacuum Truck Service | 55.00 | 632.50 |
| 11.5 | Labor - Driver/Operator | 40.00 | 460.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
|  | 11/4/20 |  |  |
|  | Cleaned the Stb Ballast Tank, #3 Stb Fuel Tank, and the Stb Wrap Around. |  |  |
| 10.5 | Vacuum Truck Service | 55.00 | 577.50 |
| 10.5 | Labor - Driver/Operator | 40.00 | 420.00 |
| 10.5 | Labor - Helper | 28.00 | 294.00 |
| 10.5 | Labor - Helper | 28.00 | 294.00 |
|  | 11/4/20 |  |  |
|  | Rinsed and Sucked out the Port Wrap Around. |  |  |
| 10.75 | Vacuum Truck Service | 55.00 | 591.25 |
| 10.75 | Labor - Driver/Operator | 40.00 | 430.00 |

| **"Thank you for your business"** **Payments must be in U.S. Currency** | **Subtotal** | |
|---|---|---|
| All inovices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | **Sales Tax (0.0%)** | |
|  | **Total** | |

Page 2

USSIC 000251

# *Port Marine Vac. Service, Inc.*

### 256 Thompson Rd.
### Houma, LA  70363
**Phone**  985-872-2142    **Fax**  985-851-2221
**E-mail**    jportmarine@bellsouth.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | **20417** |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 7 | Disposed of 300 Gals. of Used Oily Waste Water (7 BBLS.) | 12.00 | 84.00 |
|  | 11/5/20 |  |  |
|  | Rinsed and Sucked out the Port Water Tank. |  |  |
| 11.25 | Vacuum Truck Service | 55.00 | 618.75 |
| 11.25 | Labor - Driver/Operator | 40.00 | 450.00 |
| 11.25 | Labor - Helper | 28.00 | 315.00 |
| 11.25 | Labor - Helper | 28.00 | 315.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
|  | 11/5/20 |  |  |
|  | Cleaned the #4 & #5 Stb Fuel Tank. |  |  |
| 11.25 | Vacuum Truck Service | 55.00 | 618.75 |
| 11.25 | Labor - Driver/Operator | 40.00 | 450.00 |
| 11.25 | Labor - Helper | 28.00 | 315.00 |
| 11.25 | Labor - Helper | 28.00 | 315.00 |
|  | 11/6/20 |  |  |
|  | Gas Freed the #1 Stb Fuel Tank. |  |  |
| 8 | Vacuum Truck Service | 55.00 | 440.00 |
| 8 | Labor - Driver/Operator | 40.00 | 320.00 |
| 8 | Labor - Helper | 28.00 | 224.00 |
| 8 | Labor - Helper | 28.00 | 224.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
|  | 11/6/20 |  |  |

| "Thank you for your business" Payments must be in U.S. Currency | Subtotal | |
|---|---|---|
| All invoices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | Sales Tax (0.0%) | |
|  | **Total** | |

Page 3

USSIC 000252

# *Port Marine Vac. Service, Inc.*

## Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone**  985-872-2142     **Fax**  985-851-2221
**E-mail**   jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Cleaned the Stb Gear Oil Tank, Port Main Oil Tank, Port Hydraulic Oil Tank, Port Day Tank, #1 Stb Fuel Tank, and Port Fuel Tank. | | |
| 8.5 | Vacuum Truck Service | 55.00 | 467.50 |
| 8.5 | Labor - Driver/Operator | 40.00 | 340.00 |
| 8.5 | Labor - Helper | 28.00 | 238.00 |
| 8.5 | Labor - Helper | 28.00 | 238.00 |
| | 11/7/20 | | |
| | Gas Freed Port Fuel Tank and Rinsed the Bilge. | | |
| 10.75 | Vacuum Truck Service | 55.00 | 591.25 |
| 10.75 | Labor - Driver/Operator | 40.00 | 430.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
| | 11/7/20 | | |
| | Sucked out and Cleaned the Lube Oil Tank and Ballast Tank. | | |
| 11.5 | Vacuum Truck Service | 55.00 | 632.50 |
| 11.5 | Labor - Driver/Operator | 40.00 | 460.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| | 11/8/20 | | |
| | Sucked out and Rinsed the Bilge. | | |
| 10.5 | Vacuum Truck Service | 55.00 | 577.50 |
| 10.5 | Labor - Driver/Operator | 40.00 | 420.00 |
| 10.5 | Labor - Helper | 28.00 | 294.00 |

| "Thank you for your business" Payments must be in U.S. Currency | |
|---|---|
| **Subtotal** | |
| All inovices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | **Sales Tax (0.0%)** |
| | **Total** |

USSIC 000253

# *Port Marine Vac. Service, Inc.*

## Invoice

256 Thompson Rd.
Houma, LA 70363
**Phone** 985-872-2142     **Fax** 985-851-2221
**E-mail** jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA 70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10.5 | Labor - Helper | 28.00 | 294.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
| | 11/8/20 | | |
| | Started Cleaning the Engine Room. | | |
| 11.5 | Vacuum Truck Service | 55.00 | 632.50 |
| 11.5 | Labor - Driver/Operator | 40.00 | 460.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| | 11/920 | | |
| | Rinsed and Sucked out the Bilge. | | |
| 10.75 | Vacuum Truck Service | 55.00 | 591.25 |
| 10.75 | Labor - Driver/Operator | 40.00 | 430.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 10.75 | Labor - Helper | 28.00 | 301.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
| | 11/9/20 | | |
| | Cleaned in the Bilge. | | |
| 12 | Vacuum Truck Service | 55.00 | 660.00 |
| 12 | Labor - Driver/Operator | 40.00 | 480.00 |
| 12 | Labor - Helper | 28.00 | 336.00 |
| 12 | Labor - Helper | 28.00 | 336.00 |
| | 11/10/20 | | |
| | Cleaned the Bilge and Sucked out 2 - 250 gal. Totes. | | |
| 9 | Vacuum Truck Service | 55.00 | 495.00 |

| "Thank you for your business" Payments must be in U.S. Currency | Subtotal | |
|---|---|---|
| All invoices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate). Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | **Sales Tax (0.0%)** | |
| | **Total** | |

USSIC 000254

# *Port Marine Vac. Service, Inc.*

256 Thompson Rd.
Houma, LA  70363
**Phone** 985-872-2142    **Fax** 985-851-2221
**E-mail**    jportmarine@bellsouth.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 9 | Labor - Driver/Operator | 40.00 | 360.00 |
| 9 | Labor - Helper | 28.00 | 252.00 |
| 9 | Labor - Helper | 28.00 | 252.00 |
| 12 | Disposed of 500 Gals. of Used Oily Waste Water (12 BBLS.) | 12.00 | 144.00 |
| 20 | Degreaser Soap | 8.00 | 160.00 |
| | 11/10/20 | | |
| | Cleaned the Engine Room. | | |
| 9.25 | Vacuum Truck Service | 55.00 | 508.75 |
| 9.25 | Labor - Driver/Operator | 40.00 | 370.00 |
| 9.25 | Labor - Helper | 28.00 | 259.00 |
| 9.25 | Labor - Helper | 28.00 | 259.00 |
| | 11/11/20 | | |
| | Cleaned the Ballast Tank and Oil Tank. | | |
| 11.5 | Vacuum Truck Service | 55.00 | 632.50 |
| 11.5 | Labor - Driver/Operator | 40.00 | 460.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| 11.5 | Labor - Helper | 28.00 | 322.00 |
| | 11/12/20 | | |
| | Cleaned the Ballast Tanks, Potable Water Tanks, and Oil Tank. | | |
| 12.5 | Vacuum Truck Service | 55.00 | 687.50 |
| 12.5 | Labor - Driver/Operator | 40.00 | 500.00 |
| 12.5 | Labor - Helper | 28.00 | 350.00 |
| 12.5 | Labor - Helper | 28.00 | 350.00 |
| | 11/13/20 | | |

| **"Thank you for your business"** **Payments must be in U.S. Currency** | **Subtotal** | |
|---|---|---|
| All inovices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | **Sales Tax (0.0%)** | |
| | **Total** | |

Page 6

USSIC 000255

# *Port Marine Vac. Service, Inc.*

# Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone** 985-872-2142    **Fax** 985-851-2221
**E-mail**    jportmarine@bellsouth.net

| Date | Invoice # |
|---|---|
| 11/24/2020 | 20417 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|---|---|---|---|
| Curtis | 11/1/20-11/18/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Cleaned the Forepeak and Oil Tank. | | |
| 13.25 | Vacuum Truck Service | 55.00 | 728.75 |
| 13.25 | Labor - Driver/Operator | 40.00 | 530.00 |
| 13.25 | Labor - Helper | 28.00 | 371.00 |
| 13.25 | Labor - Helper | 28.00 | 371.00 |
| | 11/14/20 | | |
| | Sucked out and Recleaned the Oil Tank. | | |
| 12.5 | Vacuum Truck Service | 55.00 | 687.50 |
| 12.5 | Labor - Driver/Operator | 40.00 | 500.00 |
| 12.5 | Labor - Helper | 28.00 | 350.00 |
| 12.5 | Labor - Helper | 28.00 | 350.00 |
| 40 | Degreaser Soap | 8.00 | 320.00 |
| | 11/18/20 | | |
| | Cleaned in Front of the Engines and Around the Clutches.  Sucked out the Port Gear Box. | | |
| 11.75 | Vacuum Truck Service | 55.00 | 646.25 |
| 11.75 | Labor - Driver/Operator | 40.00 | 470.00 |
| 11.75 | Labor - Helper | 28.00 | 329.00 |
| 11.75 | Labor - Helper | 28.00 | 329.00 |
| 19 | Disposed of 800 Gals. of Used Oily Waste Water (19 BBLS.) | 12.00 | 228.00 |
| | To Filter & Return Fuel when Called (13,800 gals.) | 1,500.00 | 1,500.00 |

| **"Thank you for your business"**<br>**Payments must be in U.S. Currency** | Subtotal | $43,430.25 |
|---|---|---|
| All inovices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days. | Sales Tax (0.0%) | $0.00 |
| | **Total** | **$43,430.25** |

USSIC 000256

**L & G Building Supply Co., Inc.**
P O BOX 284
9233 HWY 182E
Morgan City, LA 70381
USA

Voice:   985-384-2640
Fax:     985-384-4335

# STATEMENT

Statement Date:        Nov 30, 2020
Customer Account ID:  FALGOUT BROS

**To:**

FALGOUT BROS. INC
344 BUCHANNAN ST
LAROSE, LA 70373
USA

Amount Enclosed

$ _____

| Date | Reference | Paid | Description | Amount | Balance |
|------|-----------|------|-------------|--------|---------|
| 10/31/20 | | | Balance Fwd | | 7.57 |
| 11/19/20 | 371426 | | PO# ROLAND A FALGOUT | 1,621.71 | 1,629.28 |
| 11/19/20 | 371554 | | PO# ROLAND A FALGOUT | 11.88 | 1,641.16 |
| 11/24/20 | 371988 | | PO# MV SALLY | 5,305.60 | 6,946.76 |
| 11/30/20 | 2227 | | Payment | 7.57 | 6,939.19 |

*material to repair shelves and walls in port forward bunkroom* ✗

✗ 3270.44

| | TOTAL | 6,939.19 |

| 0-30 | 31-60 | 61-90 | Over 90 days |
|------|-------|-------|--------------|
| 6,939.19 | 0.00 | 0.00 | 0.00 |

USSIC 000257

# *Port Marine Vac. Service, Inc.*

# Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone** 985-872-2142     **Fax** 985-851-2221
**E-mail**  jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 11/30/2020 | 20419 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA   70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 11/27/20 | Roland Falgout | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sucked out Main Engine Oil. | | |
| 5 | Vacuum Truck Service | 55.00 | 275.00 |
| 5 | Labor - Driver/Operator | 40.00 | 200.00 |
| 5 | Labor - Helper | 28.00 | 140.00 |
| 5 | Labor - Helper | 28.00 | 140.00 |
| 17 | Disposed of 700 Gals. of Used Oily Waste Water (17 BBLS.) | 12.00 | 204.00 |

**"Thank you for your business"**
**Payments must be in U.S. Currency**

| | |
|---|---|
| **Subtotal** | $959.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | **$959.00** |

All inovices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days.

USSIC 000258

## Port Marine Vac. Service, Inc.

- Vacuum Services
- Tank Cleaning
- Fuel Tank Cleaning
- Bilge Cleaning
- Fuel Transfer
- De-watering & Disposal
- Water Blasting Rentals
- Coating Application
- Compound H Removal

256 Thompson Road
Houma, Louisiana 70363

(985) 872-2142
or (985) 872-2195
Fax (985) 851-2221

# DAILY WORK ORDER

Date: 11/2#/2020

W.O. #: _____

Customer: Global Towing

P.O. #: _____

J O B S I T E: CONRAD DEEPWATER

Amelia, LA.

Ordered By: Curtis B.

Generator #: Roland Falgout

Time Left Office: 6:30

Driver: BEU

Time Arrived Job Site: _____

Helper: Gerald / Robert

Time Left Job Site: _____

Helper: _____

Time Returned To Office: 11:30

Helper: _____

Helper: _____

Truck #: 42

Total Gallons: _____

Description of Work: Suck out main Engine Oil as directed.

Customer Signature: X _____

STAR PRINTING, INC. #9758

USSIC 000259

# Port Marine Vac. Service, Inc.

256 Thompson Road
Houma, Louisiana 70363
Phone (985) 872-2142 · Fax (985) 851-2221

NO 21397

**NON-HAZARDOUS WASTE MANIFEST**

## GENERATOR

Generator Name _____ Roland _____

Site Address ___ Contract Deepwater ___
___ Amelia ___

Contact _____ Phone # _____

LA DEQ Generator ID # _____

Customer Name ___ Global Towing ___

Mailing Address ___ 110 Railroad Ave ___
___ Patterson LA 70392 ___

Contact ___ Curtis ___ Phone # _ 312-8175 _

PO # _____

| | LA Solid Waste ID # | MPS # | Control # | Quantity | Units |
|---|---|---|---|---|---|
| 1. Oily Water | | | | 700 | 700 |
| 2. | | | | | |
| 3. | | | | | |

GENERATOR'S CERTIFICATION
I hereby certify that the contents of this shipment are non-hazardous waste as defined by 40CFR Part 261 or any applicable state law, and are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled and are in all respects in proper condition for transport according to applicable regulations.

Name _____  Signature _____  Date _____

## TRANSPORTER

Transporter **Port Marine Vac. Service, Inc.**   Telephone   **(985) 872-2142 / EMERGENCY NUMBER**

Address  **256 Thompson Rd.**   LA DEQ # / Trans. ID #  **LA0000248773/T109-6829**
DOT #: __ **3129830** __
**Houma, LA 70363**   Vehicle License No./State _____

TRANSPORTER'S CERTIFICATION
I hereby certify that the above named material was picked up at the generator site listed above.

Name _Benjamin Theriot Jr._  Signature _Benjamin Theriot_  Date _1/27/2020_

I hereby certify that the above named material was delivered without incident to the Port Marine Vac Service, Inc. water treatment facility.

Name _Benjamin Theriot Jr._  Signature _Benjamin_  Date _1/27/2020_

## FACILITY

I hereby certify that the above named material has been accepted and to the best of my knowledge, the foregoing is true and accurate.

Name ___ NOLAN P. BAXTER ___  Signature ___ Nolan Porter ___  Date _1/27/20_

USSIC 000260

Star Printing, Inc. #9843

*Donovan Marine*

## PICKING TICKET

| ORDER NUMBER | PAGE |
|---|---|
| 250810 | 1 |

13:15

*** CHARGE *** ROUTE:01—YYYYY

985-693-3242

| BILL TO: | SHIP TO: | |
|---|---|---|
| FALGOUT BROS. INC. <br> 344 BUCHANNAN ST. <br> LAROSE, LA 70373 | FALGOUT BROS. INC. <br> 344 BUCHANNAN ST. <br> LAROSE, LA 70373 | CK BY |
| 00000 | 00000 | H=01 01 |

| CUST. NUMBER | SHIP TO | CUST. REF. NUMBER | ORDER DATE | SLSM | TERR | SHIPPING INSTRUCTIONS | DATE SHIPPED | PICKED BY | PACKED BY |
|---|---|---|---|---|---|---|---|---|---|
| )410 | 01 | ROLAND FALGO | 12/01/20 | TJF | 15 | CUSTOMER TO PICK UP | | | |

| BIN LOC | ITEM NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | U/M | LIST PRICE | DISC % | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | ************************** | | | | | | | |
| | | ***** DONOVAN MARINE SERVICES ****** | | | | | | | |
| | | ************************** | | | | | | | |
| *Damage Spot Light* | | | | | | | | | |
| )999 | 526838 | 0884 0P1 WHT 10" S/LIGHT HEAD I | 1 | * | | EA | 978.38 | | 978.38 |
| )999 | 527121 | 0851 0B0 LEVER CNTRL 22.5" | 1 | * | | EA | 352.23 | | 352.23 |
| | | ORDERED BY CURTIS B. | | | | | | | |
| | | FOR: ROLAND A. FALGOUT | | | | | | | |

| MERCHANDISE TOTAL | ORDER TOTAL (WITHOUT FREIGHT) | FREIGHT CHARGES | C.O.D. ORDER TOTAL |
|---|---|---|---|
| 1330.61 | 1330.61 | | |

USSIC 000261

# *Port Marine Vac. Service, Inc.*

# Invoice

256 Thompson Rd.
Houma, LA 70363
**Phone** 985-872-2142    **Fax** 985-851-2221
**E-mail**   jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 12/3/2020 | **20434** |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA 70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 12/2/20 | *Roland Falgout* | NET 30 Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Sucked out & Rinsed the Bilge. |  |  |
| 8.5 | Vacuum Truck Service | 55.00 | 467.50 |
| 8.5 | Labor - Driver/Operator | 40.00 | 340.00 |
| 8.5 | Labor - Helper | 28.00 | 238.00 |
| 8.5 | Labor - Helper | 28.00 | 238.00 |
| 29 | Disposed of 1200 Gals. of Used Oily Waste Water (29 BBLS.) | 12.00 | 348.00 |

**"Thank you for your business"**
**Payments must be in U.S. Currency**

| | |
|--|--|
| **Subtotal** | $1,631.50 |

All inoivces over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate). Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days.

| | |
|--|--|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | **$1,631.50** |

USSIC 000262

**BLUETIDE COMMUNICATIONS, INC.**
117 NOLAN RD.
BROUSSARD, LA 70518
3372056710



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2020 | 20-003590 |

**PAID 12/04/2020**

**Bill To**

GLOBAL TOWING SERVICE
CURTIS BAILEY FALGOUT BROS INC
344 BUCHANNAN ST.
LAROSE, LA 70373

**VESSEL / LOCATION**

FALGOUT BROS INC

| Rep | BTC TICKET # | | P.O. Number | Terms | Due Date |
|-----|--------------|--|-------------|-------|----------|
| BP | 4397 | | | | 12/4/2020 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | B4-I4SWM16 | INTELLIAN I4 TVRO w/ SWM | 4,150.00 | 4,150.00 |
| 1 | SHP | SHIPPING | 113.00 | 113.00 |
| 1 | BTC SERVICES | CREDIT CARD FEE | 128.00 | 128.00 |

We appreciate your business.
Please remit to above address.

| | |
|--|--|
| **Subtotal** | $4,391.00 |
| **Sales Tax (8.95%)** | $0.00 |
| **Total** | $4,391.00 |
| **Payments/Credits** | -$4,391.00 |
| **Balance Due** | $0.00 |

USSIC 000263

*Johnny's Propeller Shop, Inc.*
*P.O. Box 2237*
*Morgan City, La.  70381*

**Invoice No.** M-7574

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | GLOBAL TOWING | Date | 12/4/2020 |
| Address | | Order No. | |
| City | ZIP | Rep | |
| Attn: | M/V ROLAND FALGOUT | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 2 | FURNISHED MATERIALS, LABOR AND SHOP FACILITIES NECESSARY TO RECONDITION (1)RH (1) LH (108X108) STANILESS STEEL PROPELLERS BY FAIRING UP ALL BLADES, CHECKING THE PITCH, GRINDING AND BALANCING AS NECESSARY | $    5,840.00 | |
| | *PORT & STBD PROPELLERS REQUIRED ALL FOUR BLADES TO BE BUILT UP AT THE TIPS .* | | |
| | ORDERED BY HENRY BAILEY | | |

| | | | SubTotal | $    11,680.00 |
| | | | Shipping | |

| Payment | Other | Tax Rate(s) | | |
|---|---|---|---|---|

Comments (985) 384-6940 for Inquiries
Name CHRIS BOLANO

| | TOTAL | $    11,680.00 |
|---|---|---|

Office Use Only

USSIC 000264

December 8, 2020                                 INVOICE# 78923

B & B Diesel Service
1033 Dawn Drive
Morgan City, LA  70380
985-714-1029

Falgout Marine
Attn: Curtis Bailey                              Due on receipt

**Description** _____

M/V Roland Falgout

     Inspected the starboard main engine and found a damaged
crankshaft. Removed the damaged crank and ordered all necessary
parts to replace it. Could not run the engine before performing the
repairs because of the damaged crank, and because the boat was
on dry dock and without fuel. Regarding not being able to run the
boat in advance of repairs, any other problems that are found during
the reassembly or after running the boat will be additionally charged.
A final report will be written and submitted after all repairs have been
completed and the job is finished.

**\*Total amount due below includes parts, line bore inspection and labor
for the crankshaft replacement\***

**Total amount due:**                            **$87,857.81**
_____

Thank you for your business. Please remit this payment to the above address.

USSIC 000265

# *Port Marine Vac. Service, Inc.*

# Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone** 985-872-2142    **Fax** 985-851-2221
**E-mail** jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 12/14/2020 | 20444 |

**Bill To**

Global Towing Service, LLC
110 Railroad Ave.
Patterson, LA  70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater
Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 12/10/20-12/11/20 | Roland Falgout | NET 30 Days |

| Quantity | Description | Rate | Amount |
|---------|-------------|------|--------|
| | 12/10/20 | | |
| | Cleaned the Front Oil Tank and Stb Fuel Tank. | | |
| 4 | Vacuum Truck Service | 55.00 | 220.00 |
| 4 | Labor - Driver/Operator | 40.00 | 160.00 |
| 4 | Labor - Helper | 28.00 | 112.00 |
| 4 | Labor - Helper | 28.00 | 112.00 |
| 4 | Labor - Helper | 28.00 | 112.00 |
| 5 | Disposed of 200 Gals. of Used Oily Waste Water (5 BBLS.) | 12.00 | 60.00 |
| | 12/11/20 | | |
| | Pleased to Clean Oil Tank and Forward Thruster Room. | | |
| 9.5 | Vacuum Truck Service | 55.00 | 522.50 |
| 9.5 | Labor - Driver/Operator | 40.00 | 380.00 |
| 9.5 | Labor - Helper | 28.00 | 266.00 |
| 9.5 | Labor - Helper | 28.00 | 266.00 |
| 9.5 | Labor - Helper | 28.00 | 266.00 |
| 24 | Disposed of 1000 Gals. of Used Oily Waste Water (24 BBLS.) | 12.00 | 288.00 |

**"Thank you for your business"**
**Payments must be in U.S. Currency**

All invoices over 30 days past due are subject to 1 1/2% per month service charge (18% annual rate).  Customers agree to pay all attorney fees and court costs necessary to collect any bill not paid within 30 days.

| | |
|--|--|
| Subtotal | $2,764.50 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$2,764.50** |

USSIC 000266

# Port Marine Vac. Service, Inc.

- Vacuum Truck Service
- Tank Cleaning
- Fuel Tank Cleaning
- Bilge Cleaning
- Fuel Transfer
- De-watering & Disposal
- Water Blasting Rentals
- Coating Application
- Compound H Removal

256 Thompson Road
Houma, Louisiana 70363

(985) 872-2142
or (985) 872-2195
Fax (985) 851-2221

## DAILY WORK ORDER

Date: _12-10-20_

W.O. #: _20631_

Customer: _Global Towing_

P.O. #: _____

JOBSITE: _Conrad Deepwater_

Ordered By: _Curtis_

Generator #: _Roland Falgout_

Time Left Office: _7.45_

Time Arrived Job Site: _____  _4 HRS_

Time Left Job Site: _____

Time Returned To Office: _5.00_

Driver: _Ben_

Helper: _Wayne/Mark/Wayne P._

Helper: _____

Helper: _____

Truck #: _462_

Total Gallons: _200_

Description of Work: _Clean front oil tank    Bickup Rust + Dirt_

_Started Cleaning STB_
_Side Fuel tank_

Customer Signature: X _____

STAR PRINTING, INC. #9758

USSIC 000267

# Port Marine Vac. Service, Inc.

- Vacuum Truck Service
- Tank Cleaning
- Fuel Tank Cleaning
- Bilge Cleaning
- Fuel Transfer
- De-watering & Disposal
- Water Blasting Rentals
- Coating Application
- Compound H Removal

256 Thompson Road
Houma, Louisiana 70363

(985) 872-2142
or (985) 872-2195
Fax (985) 851-2221

## DAILY WORK ORDER

Date: 12-11-7_

W.O. #: _____

Customer: Global Tow, LI_

P.O. #: _____

J
O
B    Curve Dr_ _
S
I
T
E

Ordered By: Curtis

Generator #: _____

Time Left Office: 6 0

Driver: _____

Time Arrived Job Site: _____

Helper: _____

Time Left Job Site: _____

Helper: _____

Time Returned To Office: 4 o o

Helper: _____

Truck #: 3_

Total Gallons: 1,_ _ _

Description of Work: Pl _ _ _ for Clean al Tan_ _ _ _ _

Customer Signature: X _____

STAR PRINTING, INC. #9758

USSIC 000268

# Port Marine Vac. Service, Inc.

256 Thompson Road
Houma, Louisiana 70363
Phone (985) 872-2142 • Fax (985) 851-2221

Nº 21428

**NON-HAZARDOUS WASTE MANIFEST**

## GENERATOR

Generator Name __MV ROLAND__          Customer Name __GLOBAL Towing__

Site Address __AMELIA CONROW JEFF__   Mailing Address __110 RAILROAD AVE__

_____      __PATTERSON LA 70392__

Contact _____ Phone # _____   Contact __Curtis__ Phone # __312 8175__

LA DEQ Generator ID # _____   PO # _____

| Description of Waste | LA Solid Waste ID # | MPS # | Control # | Quantity | Units |
|---|---|---|---|---|---|
| 1. Oily Water | | | | 200 | 200 |
| 2. | | | | | |
| 3. | | | | | |

**GENERATOR'S CERTIFICATION**
I hereby certify that the contents of this shipment are non-hazardous waste as defined by 40CFR Part 261 or any applicable state law, and are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled and are in all respects in proper condition for transport according to applicable regulations.

Name _____ Signature _____ Date _____

## TRANSPORTER

Transporter **Port Marine Vac. Service, Inc.**          Telephone **(985) 872-2142 / EMERGENCY NUMBER**

Address **256 Thompson Rd.**          LA DEQ # / Trans. ID # **LA0000248773/T109-6829**

**Houma, LA 70363**          DOT #: __3129830__
Vehicle License No./State _____

**TRANSPORTER'S CERTIFICATION**
I hereby certify that the above named material was picked up at the generator site listed above.

Name __BENjamin THERiot JR.__ Signature _____ Date __12/10/20__

I hereby certify that the above named material was delivered without incident to the Port Marine Vac Service, Inc. water treatment facility.

Name __BENjamin THERiot JR__ Signature _____ Date __12/10/20__

## FACILITY

I hereby certify that the above named material has been accepted and to the best of my knowledge, the foregoing is true and accurate.

Name _____ Signature _____ Date __12-10-20__

White - Port Marine    Canary - Generator    Green - Billing    Pink - Transporter    Goldenrod - Generator Pickup

USGH000269

Star Printing, Inc. #9843

# *Port Marine Vac. Service, Inc.*

256 Thompson Road
Houma, Louisiana 70363
Phone (985) 872-2142 • Fax (985) 851-2221

N⁰ 21435

**NON-HAZARDOUS WASTE MANIFEST**

## GENERATOR

Generator Name _Roland_

Customer Name _Global Tavery Service_

Site Address _Amelia Conried Diesel Fuel_

Mailing Address _110 Railroad Ave_

_Patterson  LA  70392_

Contact _____ Phone # _____

Contact _____ Phone # _____

LA DEQ Generator ID # _____

PO # _____

| Description of Waste | LA Solid Waste ID # | MPS # | Control # | Quantity | Units |
|---|---|---|---|---|---|
| 1. _wash water_ | | | | _1,800_ | _g_ |
| 2. | | | | | |
| 3. | | | | | |

**GENERATOR'S CERTIFICATION**
I hereby certify that the contents of this shipment are non-hazardous waste as defined by 40CFR Part 261 or any applicable state law, and are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled and are in all respects in proper condition for transport according to applicable regulations.

Name _CHARLES DELAUNE_   Signature _Charles Delaune_   Date _____

## TRANSPORTER

Transporter **Port Marine Vac. Service, Inc.**

Telephone **(985) 872-2142 / EMERGENCY NUMBER**

Address **256 Thompson Rd.**

LA DEQ #/ Trans. ID # **LA0000248773/T109-6829**

DOT #: **3129830**

Houma, LA 70363

Vehicle License No./State _____

**TRANSPORTER'S CERTIFICATION**
I hereby certify that the above named material was picked up at the generator site listed above.

Name _____   Signature _____   Date _12 - 11 - _

I hereby certify that the above named material was delivered without incident to the Port Marine Vac Service, Inc. water treatment facility.

Name _____   Signature _____   Date _12-11-20_

## FACILITY

I hereby certify that the above named material has been accepted and to the best of my knowledge, the foregoing is true and accurate.

Name _NOLAN PORTIER_   Signature _Nolan Portier_   Date _12-11-20_

White - Port Marine    Canary - Generator    Green - Billing    Pink - Transporter    Goldenrod - Generator Receipt

Star Printing, Inc. #9843

USSR 000270

**K & J Repair Service, LLC**
2951 Eastgate Dr.
Morgan City, LA 70380 US
(985) 518-5135
kjrepair62@gmail.com



# INVOICE

**BILL TO**
Global Towing
344 Buchannan St.
Larose, LA 70373

**INVOICE #** 1684
**DATE** 12/21/2020
**DUE DATE** 01/20/2021
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Repair hydraulic cylinder<br>4.00 X 2.00 TIE-BOLT CYLINDER | 1 | 612.77 | 612.77 |
| Repair hydraulic cylinder<br>4.00 X 2.00 TIE-BOLT CYLINDER | 1 | 497.23 | 497.23 |

M/V ROLAND FALGOUT              BALANCE DUE                 **$1,110.00**

THANKS FOR YOUR BUSINESS!!!

*Jeremiah Arabie*

*Steering rams rudder room*
*damage from the incident 10/28/2020*
*DB Thor running into the stern*

**USSIC 000271**

# *Port Marine Vac. Service, Inc.*

## Invoice

256 Thompson Rd.
Houma, LA  70363
**Phone**  985-872-2142    **Fax**  985-851-2221
**E-mail**  jportmarine@bellsouth.net

| Date | Invoice # |
|------|-----------|
| 12/23/2020 | **20458** |

**Bill To**

Falgout Brothers, Inc.
110 Railroad Ave.
Patterson, LA  70392

**Job/Job Site**

M/V Roland Falgout
Conrad Deepwater- Amelia

| Ordered By | Job Dates | P.O. Number | Terms |
|------------|-----------|-------------|-------|
| Curtis | 12/22/20 | Roland Falgout | NET 30  Days |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|   | Gas Freed the Oil Tank. |  |  |
| 8 | Vacuum Truck Service | 55.00 | 440.00 |
| 8 | Labor - Driver/Operator | 40.00 | 320.00 |
| 8 | Labor - Helper | 28.00 | 224.00 |
| 8 | Labor - Helper | 28.00 | 224.00 |
| 5 | Disposed of 200 Gals. of Used Oily Waste Water (5 BBLS.) | 12.00 | 60.00 |
| 3 | Degreaser Soap | 8.00 | 24.00 |

**"Thank you for your business"**
**Payments must be in U.S. Currency**

| Subtotal | $1,292.00 |
|----------|-----------|

All inoivces over 30 days past due are subject to 1 1/2% per month service charge
(18% annual rate).  Customers agree to pay all attorney fees and court costs necessary
to collect any bill not paid within 30 days.

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|

| **Total** | **$1,292.00** |
|-----------|-----------|

USSIC 000272

# **Port Marine Vac. Service, Inc.**

- *Vacuum Cleaning*
- *Tank Cleaning*
- *Fuel Tank Cleaning*
- *Bilge Cleaning*
- *Fuel Transfer*
- *De-watering & Disposal*
- *Water Blasting Rentals*
- *Coating Application*
- *Compound H Removal*

256 Thompson Road
Houma, Louisiana 70363

(985) 872-2142
or (985) 872-2195
Fax (985) 851-2221

## **DAILY WORK ORDER**

Date: _12  29  20_

W.O. #: _20643_

Customer: _Falgout Bros_

P.O. #: _____

JOB SITE: _Conrod Deep Water amilia_

Ordered By: _Curtis_

Generator #: _Roland Fulgout_

Time Left Office: _8 30_

Time Arrived Job Site: _____

Time Left Job Site: _____

Time Returned To Office: _5 00_

Driver: _JOHN Bueche_

Helper: _Romond_

Helper: _Randey_

Helper: _____

Truck #: _37_

Total Gallons: _200_

Description of Work: _Hrs Free oil tank_

_on M/V Roland Falgout_

_used 3 gal Degera_

Customer Signature: X _Curtis Boile_

STAR PRINTING, INC. #9758

USSIC 000273

# Port Marine Vac. Service, Inc.

N° 21435

256 Thompson Road
Houma, Louisiana 70363
Phone (985) 872-2142 • Fax (985) 851-2221

**NON-HAZARDOUS WASTE MANIFEST**

## GENERATOR

Generator Name _FALGOUT BROS. MARINE_    Customer Name _FALGOUT BROS._

Site Address _CONNRD DEEPWATER - MILLIA_    Mailing Address _____

_M/V INLAND FALGOUT_    _____

Contact _____ Phone # _____    Contact _CURTIS BAILEY_ Phone # _985-312-8175_

LA DEQ Generator ID # _____    PO # _____

| Description of Waste | LA Solid Waste ID # | MPS # | Control # | Quantity | Units |
|---|---|---|---|---|---|
| 1. _____ | ___ | ___ | ___ | ___ | ___ |
| 2. _only Water_ | ___ | ___ | ___ | _200_ | _Gals_ |
| 3. _____ | ___ | ___ | ___ | ___ | ___ |

**GENERATOR'S CERTIFICATION**
I hereby certify that the contents of this shipment are non-hazardous waste as defined by 40CFR Part 261 or any applicable state law, and are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled and are in all respects in proper condition for transport according to applicable regulations.

Name _CURTIS BAILEY_    Signature _Curtis Bailey_    Date _12 22 20_

## TRANSPORTER

Transporter **Port Marine Vac. Service, Inc.**    Telephone **(985) 872-2142 / EMERGENCY NUMBER**

Address **256 Thompson Rd.**    LA DEQ # / Trans. ID # **LA0000248773/T109-6829**

**Houma, LA 70363**    DOT #: **3129830**    _C 402 815_
Vehicle License No./State

**TRANSPORTER'S CERTIFICATION**
I hereby certify that the above named material was picked up at the generator site listed above.

Name _JOHN Bueche_    Signature _John Buell_    Date _12 22 20_

I hereby certify that the above named material was delivered without incident to the Port Marine Vac Service, Inc. water treatment facility.

Name _John Bueche_    Signature _John Bell_    Date _12 22 20_

## FACILITY

I hereby certify that the above named material has been accepted and to the best of my knowledge, the foregoing is true and accurate.

Name _N. LANFRIER_    Signature _Nolan Porter_    Date _12 22 20_

USSIC 000274

Star Printing, Inc. #9843

**INVOICE NO:** 100330643239



**INVOICE**

1701 City Plaza Drive
Spring,TX 77389 United States
Phone: +1-281-877-6000
Fax : +1-281-877-6001

| | | |
|---|---|---|
| **CUSTOMER NO:** 259392 | **BRANCH NO:** 100330 | **INVOICE DATE:** 14-Jan-2021 |
| **CUSTOMER TAX NO:** | **BRANCH NAME:** Houston OED | **DUE DATE:** On Receipt |

**CUSTOMER ADDRESS:**
GLOBAL TOWING SERVICES, LLC.
344 BUCHANNAN STREET
LAROSE, LA 70373 UNITED STATES

**PAYMENT INSTRUCTIONS:**
Please provide Invoice Number or Remittance copy with payment.

**CONTRACT/PO NO:**
P/O: ROLAND A FALGOUT/HENRY BAILEY

**REQUESTER NAME:**
Henry Bailey, Operation Manager

**WIRE TRANSFER:**
JP MORGAN CHASE BANK, N.A.
HOUSTON, TX 77252-8025 USA United States
American Bureau of Shipping
US$ ACCOUNT No.: 0010-088-8180
WIRE ABA :021000021 ACH Routing: 111000614
SWIFT ADDRESS: CHASUS33

**VESSEL NAME:**
ROLAND A. FALGOUT

**INTERCOMPANY REF. NO:**
(ABS USE ONLY)

**CLASS NO:** A7704069
**PROJECT NO:** 4581749
**REPORT NO:**
**LAST VISIT DATE:**
**PLACE OF SERVICE:**

**ABS TAX NO:**
Federal I.D. 13-4921556

**CHECKS PAYABLE TO:**
American Bureau of Shipping
P.O. BOX 301249
DALLAS,TX 75303-1249
REFERENCE INVOICE NUMBER

| | | |
|---|---|---|
| **TOTAL FEES:** | 753.00 | |
| **TOTAL TAX:** | 0.00 | |
| **TOTAL PAYABLE:** | 753.00 | |
| **CURRENCY:** | USD | |

| ITEM | DESCRIPTION OF SERVICES / PRODUCTS PROVIDED | TAX | FEES |
|---|---|---|---|
| 1 | Fee for the Request of Archive Drawings for the ROLAND A FALGOUT; POC - Henry Bailey. | 0 | 753.00  USD |

| | | |
|---|---|---|
| **TOTAL FEES:** | 753.00 | USD |
| **TOTAL TAX:** | 0.00 | USD |
| **TOTAL PAYABLE ON RECEIPT:** | 753.00 | USD |

AUTHORIZED SIGNATURE (IF REQUIRED)

**PLEASE REMIT PAYMENT IN CURRENCY BILLED .**

Note - Unless otherwise mutually agreed in writing, all services, publications, and products provided and certificates issued in conjunction with this invoice are governed by the "Scope and Conditions of Classification" as contained in the entirety of Part 1 of the ABS Rules for Building and Classing Steel Vessels in effect on the issue date of this invoice, said "Scope and Conditions" are hereby incorporated by reference into this invoice as if fully set forth herein.  A copy of the "Scope and Conditions of Classification", found in Part 1 of the ABS Rules for Building and Classing Steel Vessels, may be obtained at any ABS office or over the internet at  www.eagle.org.

USSIC 000275



GLOBAL TOWING SERVICES, LLC (WCN 259392)
344 BUCHANNAN STREET
LAROSE, LA 70373
(985) 395-5562


Purchased Order #: <u>Roland A Falgout/ Henry Bailey</u>

To: <u>ABS Technical          .</u>

<u>Description for P.O.   to receive the PDF drawing for the Kort Nozzle and shaft arrangements</u>
for the Roland A Falgout  ABS ID 7704069, Official # 581858 and IMO #7509392

<u>Cost  $753.00 USD</u>

<u>Approved by: Henry Bailey, Operation Manager</u>

USSIC 000276



## CONRAD
### Shipyard, L.L.C.

**GLOBAL TOWING SERVICES**
**344 BUCHANNAN**
**LAROSE, LA  70373**

# *Invoice*

| | | | |
|---|---|---|---|
| Invoice No: | **34832** | Job No: | **RD200236** |
| Invoice Date: | **04/30/2021** | PO #: | **Roland Falgout** |
| Customer No: | **1308** | Terms: | **30 NET** |

**Remit By Mail To:**
Conrad Shipyard, L.L.C.
P.O. Box 790
Morgan City, LA  70381-0790

**Remit By ACH To:**
Hancock Whitney Bank
Winston-Salem (UPIC), .
ABA # 021052053
Account # 77133375

**Remit By Wire To:**
Hancock Whitney Bank
Gulfport, MS
ABA # 065503681
Account # 77133375

**Vessel:**
**ROLAND FALGOUT (winch)**

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0001   Drydock** | | | |
| **11-Nov**  Drydock vessel and hold on dock until completion of underwater repairs and undock. Provide assist tug to shift tug on and off drydock. | | | |
| Crane - 230 ton Crawler | 3.00 | 300.00 | 900.00 |
| Dock Fee | | | 1,260.00 |
| Forklift - Extendaboom | 2.00 | 50.00 | 100.00 |
| Labor Repair | 147.50 | 52.50 | 7,743.75 |
| Labor-Supervisor | 19.50 | 58.00 | 1,131.00 |
| Material | | | 1,500.00 |
| Material Inventory | | | 82.67 |
| Overtime Hours | 14.00 | 26.25 | 367.50 |
| Overtime Hours-Supervisor | 1.00 | 29.00 | 29.00 |
| | | | $13,113.92 |
| **0002   Shorepower** | | | |
| **03-Nov**  Provide electrical shorepower while vessel is dockside. | | | |
| **11-Nov**  Provide electrical shorepower while vessel is on drydock. | | | |
| Shorepower - Hookup | 3.00 | 250.00 | 750.00 |
| Shorepower Day Rate | 178.00 | 125.00 | 22,250.00 |
| | | | $23,000.00 |
| **0003   Competent Person** | | | |
| **12-Nov**  Provide competent person's report prior to hot work. | | | |
| Competent Person | 121.00 | 110.00 | 13,310.00 |
| | | | $13,310.00 |
| **0004   Marine Chemist** | | | |
| **12-Nov**  Provide marine chemist certificate. | | | |
| **16-Nov**  Provide marine chemist certificate for fuel oil tanks. | | | |
| **20-Nov**  Provide marine chemist certificate for engine room bilge and dirty oil tank at centerline. | | | |
| Marine Chemist | 3.00 | 750.00 | 2,250.00 |
| | | | $2,250.00 |
| **0006   General Services** | | | |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **02-Nov** Provide labor and equipment to off load (2) large tote tanks using forklift. | | | |
| **03-Nov** Provide labor and equipment to assist vessel crew by setting up (2) blowers to air out tanks. Then we had to load (2) tote tanks on back deck of vessel, and remove (2) waste oil drums and place them in back of customers truck. | | | |
| **04-Nov** Provide labor and equipment to set (2) weights on vessel, (1) on second deck port side, and the one on stern port side used to balance vessel due to hard list to starboard side. Also, we removed trash bin from deck and dumped trash, then placed bin next to vessel. We had to off load (2) tanks from Roland and set them on Minnie, then take (2) empty tanks off Minnie and place them on Roland. Once they were filled with oil, we put them back on Minnie and placed another one on Roland. | | | |
| **29-Mar** Provide labor and equipment to remove trash bins and dump them, then bring them back to vessel. | | | |
| **06-Apr** Provide labor and equipment to move material and tool boxes from dockside to near drydock that vessel will be on. | | | |
| **19-Apr** Provide labor and equipment to empty trash bin and bring back. | | | |
| Crane - 230 ton Crawler | 3.00 | 300.00 | 900.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 52.00 | 52.50 | 2,730.00 |
| Labor-Supervisor | 8.50 | 58.00 | 493.00 |
| Material | | | 85.85 |
| Material Inventory | | | 76.04 |
| Overtime Hours | 9.00 | 26.25 | 236.25 |
| | | | $4,571.14 |
| **0007   Propellers** | | | |
| **12-Nov** Provide labor, material and equipment to remove port and starboard propellers and replace after repairs. | | | |
| Crane - 230 ton Crawler | 2.00 | 300.00 | 600.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 54.50 | 52.50 | 2,861.25 |
| Material Inventory | | | 117.08 |
| Overtime Hours | 14.00 | 26.25 | 367.50 |
| | | | $3,995.83 |
| **0008   Propeller Shafts** | | | |
| **12-Nov** Provide labor, material and equipment to remove port and starboard propeller shafts. Replace same after repairs. | | | |
| Crane - 230 ton Crawler | 3.00 | 300.00 | 900.00 |
| Forklift - Extendaboom | 3.00 | 50.00 | 150.00 |
| Labor Repair | 145.50 | 52.50 | 7,638.75 |
| Labor-Supervisor | 3.50 | 58.00 | 203.00 |
| Material Inventory | | | 6.38 |
| Overtime Hours | 36.00 | 26.25 | 945.00 |
| | | | $9,843.13 |
| **0010   Strut Bearings** | | | |
| **22-Jan** Provide port and starboard strut bearings and shipyard will replace bearings once vessel comes back on dock and new nozzle is installed to check alignment. | | | |
| **07-Apr** Provide labor, material and equipment to remove port and starboard strut bearings and replace with new shipyard furnished bearings. | | | |
| Labor Repair | 48.00 | 52.50 | 2,520.00 |

| Item/Description | | Units | Rate | Item Total |
|---|---|---|---|---|
| **0010  Strut Bearings** | | | | |
| | Labor-Supervisor | 11.50 | 58.00 | 667.00 |
| | Material | | | 12,856.85 |
| | Material Inventory | | | 380.62 |
| | Overtime Hours | 2.00 | 26.25 | 52.50 |
| | | | | $16,476.97 |
| **0011  Intermediate Bearings** | | | | |
| 22-Jan  Provide port and starboard intermediate bearings and shipyard will replace bearings once vessel comes back on dock and new nozzle is installed to check alignment. | | | | |
| 07-Apr  Provide labor, material and equipment to remove port and starboard intermediate bearings and replace with new shipyard furnished bearings. | | | | |
| | Labor Repair | 69.00 | 52.50 | 3,622.50 |
| | Material | | | 12,856.85 |
| | Material Inventory | | | 57.82 |
| | Overtime Hours | 1.00 | 26.25 | 26.25 |
| | | | | $16,563.42 |
| **0013  Rudder** | | | | |
| 12-Nov  Provide labor, material and equipment to remove port and starboard rudders. Replace same after repairs. | | | | |
| | Crane - 230 ton Crawler | 3.00 | 300.00 | 900.00 |
| | Forklift - Extendaboom | 2.00 | 50.00 | 100.00 |
| | Labor Repair | 83.50 | 52.50 | 4,383.75 |
| | Labor-Supervisor | 4.50 | 58.00 | 261.00 |
| | Manlift - 60 ft | 4.00 | 65.00 | 260.00 |
| | Material | | | 240.00 |
| | Material Inventory | | | 83.70 |
| | Overtime Hours | 10.50 | 26.25 | 275.62 |
| | Sandblast/ Incld Labor | 2.00 | 200.00 | 400.00 |
| | | | | $6,904.07 |
| **0013.01  Rudder Tubes** | | | | |
| 07-Apr  Provide labor, material and equipment to crop and renew port and starboard rudder tubes furnished by shipyard. | | | | |
| | Crane - 230 ton Crawler | 1.00 | 300.00 | 300.00 |
| | Forklift - Extendaboom | 3.00 | 50.00 | 150.00 |
| | Labor Repair | 186.25 | 52.50 | 9,778.12 |
| | Labor-Supervisor | 8.50 | 58.00 | 493.00 |
| | Material | | | 7,025.41 |
| | Material Inventory | | | 81.82 |
| | Overtime Hours | 2.50 | 26.25 | 65.62 |
| | | | | $17,893.97 |
| **0014  Rudder Bearings** | | | | |
| 07-Dec  Provide labor, material and equipment to remove port and starboard lower rudder bushings. Replace with new bushings furnished by customer. | | | | |
| | Labor Repair | 29.00 | 52.50 | 1,522.50 |
| | Labor-Supervisor | 1.00 | 58.00 | 58.00 |
| | Material Inventory | | | 19.18 |
| | Overtime Hours | 5.00 | 26.25 | 131.25 |
| | | | | $1,730.93 |

Job: *RD200236-ROLAND FALGOUT (winch)*          Invoice: *34832*                    Date: *4/30/2021 2:03:27 PM*

LLC  4/29/2021    LIU  4/30/2021    Inv   1  Standard

USSIC 000279

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0019  Coolers** | | | |
| 09-Nov  Provide labor, material and equipment to remove (4) coolers. We had to cut (28) 3/4"x4" flatbars in way of port and starboard coolers. Then we had to open the cooler boxes and loosen the cooler nuts. It was tough to get to the coller boxes due to the piping all in bilge in way of cooler boxes. Once coolers were removed, we used crane to remove them from dock and placed them on customer furnished truck. When coolers arrived, we used crane to place them on drydock. We used boards and com-a-longs to install coolers, and went inside to install nuts then tighten them. Filled them and boxes with water to check for leaks, once approved we removed all water and closed boxes. We cut (28) new flatbars and installed them on guards. | | | |
| Labor Repair | 279.00 | 52.50 | 14,647.50 |
| Labor-Supervisor | 53.00 | 58.00 | 3,074.00 |
| Material | | | 28.26 |
| Material Inventory | | | 900.79 |
| Overtime Hours | 39.50 | 26.25 | 1,036.88 |
| Overtime Hours-Supervisor | 10.50 | 29.00 | 304.50 |
| | | | $19,991.93 |
| **0020  Assist Tugs** | | | |
| 07-Apr  Provide assist tug to enter drydock for second docking. | | | |
| Material | | | 1,440.00 |
| | | | $1,440.00 |
| **0026.01  Subcontractor (Ampol)** | | | |
| 05-Dec  Provide subcontractor to power tool and scrape lead paint from port sideshell on cabin to make cut line so that we can cut steel to make an access. | | | |
| Subcontractor | | | 9,150.00 |
| | | | $9,150.00 |
| **0026.02  Subcontractor (E.J. Fields)** | | | |
| 19-Nov  Provide subcontractor to pick up rudders to bring to shop to check for cracks and straightness. Also, they fabricated and machined (2) upper rudder carrier housings for port and starboard rudders. They furnished upper roller bearings and seals for housing. They check propeller shafts for cracks and straightness. They had to straighten both propeller shafts. | | | |
| Subcontractor | | | 45,306.00 |
| | | | $45,306.00 |
| **0026.03  Subcontractor (BNA)** | | | |
| 30-Nov  Provide subcontractor to check alignment on port and starboard propeller shafts and rudder shaft alignment. Also, they checked the roundness of the kort nozzles. | | | |
| Subcontractor | | | 5,900.82 |
| | | | $5,900.82 |
| **0026.04  Subcontractor (Coastwide Electric)** | | | |
| 17-Nov  Provide subcontractor to disconnect electrical in rudder room prior to hotwork. | | | |
| Material | | | 504.00 |
| | | | $504.00 |
| **0033.01  Assist Subs (E.J. Fields)** | | | |

| Item/Description | | Units | Rate | Item Total |
|---|---|---|---|---|
| **04-Dec** | Provide labor, material and equipment to assist customer furnished subcontractor by lifting them in manlift to take rudder bearing readings. | | | |
| | Crane - 230 ton Crawler | 1.00 | 300.00 | 300.00 |
| | Labor Repair | 5.00 | 52.50 | 262.50 |
| | Material Inventory | | | 69.66 |
| | | | | $632.16 |
| **0033.02** | **Assist Subs (Marine Gears)** | | | |
| **19-Nov** | Provide labor, material and equipment to assist customer furnished subcontractor by cutting floor angles in engine room and removing handrail system on port side going down to engine room. We had to lift (8) pieces from back deck and place on pallets. Also, we had to heat up gears for subcontractor. | | | |
| | Crane - 230 ton Crawler | 6.00 | 300.00 | 1,800.00 |
| | Double Time Hours | 2.00 | 52.50 | 105.00 |
| | Labor Repair | 257.50 | 52.50 | 13,518.75 |
| | Labor-Supervisor | 4.00 | 58.00 | 232.00 |
| | Material Inventory | | | 277.69 |
| | Overtime Hours | 50.50 | 26.25 | 1,325.62 |
| | | | | $17,259.06 |
| **0033.03** | **Assist Subs (D&B Marine Engines)** | | | |
| **27-Nov** | Provide labor, material and equipment to assist subcontractor by cutting floor angle out of the way, cut exhaust out of way and rig it down, cut raceway out of way, weld (4) padeyes to overhead, install (4) chainfalls to lift motor, remove crank shaft and crane lift to their truck. | | | |
| | Crane - 230 ton Crawler | 1.00 | 300.00 | 300.00 |
| | Labor Repair | 114.00 | 52.50 | 5,985.00 |
| | Labor-Supervisor | 2.50 | 58.00 | 145.00 |
| | Material | | | 330.12 |
| | Material Inventory | | | 551.29 |
| | Overtime Hours | 29.00 | 26.25 | 761.25 |
| | Overtime Hours-Supervisor | 2.50 | 29.00 | 72.50 |
| | | | | $8,145.16 |
| **0033.05** | **Assist Subs (BNA)** | | | |
| **14-Apr** | Provide labor and equipment to place platform on drydock so that subcontractor can check piano wire to verify alignment. | | | |
| | Labor Repair | 2.00 | 52.50 | 105.00 |
| | | | | $105.00 |
| **0051** | **Safety** | | | |
| **11-Nov** | Provide labor, material and equipment to install temporary handrails around the stern deck of vessel while on drydock, we will remove them once repairs are complete. | | | |
| | Crane - 230 ton Crawler | 2.00 | 300.00 | 600.00 |
| | Labor Repair | 34.00 | 52.50 | 1,785.00 |
| | Material Inventory | | | 46.15 |
| | Overtime Hours | 17.00 | 26.25 | 446.25 |
| | | | | $2,877.40 |
| **0801** | **Steel Repairs** | | | |
| **17-Nov** | Provide labor, material, and equipment to crop out the following on the stern: 12'x30'x1/2" main deck, (1) bull eye with doubler, (1) padeye with | | | |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| doubler, (2) vents, (2) upper rudder tubes, (4) norman pin holders, (2) vertical 6" rollers, round bar hooks to hang cables on inside of bulwarks and 66' of boxed bulwarks with brackets. We will install 50' of single bulwarks with brackets and smash pipe for caprail. Shipyard had to install temporary handrails around perimeter of stern deck once bulwarks and deck were removed for fall protection. We had to crop out (2) 15"x23" multi bolt manholes. Also we had to crop and renew 90' of 5"x3"x3/8" angle, (7) longitudinal bulkheads each 6'x40'x3/8", (8) 12"x3"x40" flange plates, (7) vertical angles 4"x3"x5/16"x6', and 20' of overhead flange plate in rudder room. Also, we had to crop and renew 20' of 3/4" transom plate 2' down with upper rub rail. Shipyard had to remove (3) stern bumpers in way of repairs. Crop and renew 20' of 10" schedule 80 half pipe for rub rail. We had to crop 1"x10" flatbar and 1"x6" flatbar on transom. Also, crop and renew 20' of 6" half pipe for stern.Crop and renew both longitudinal bulkheads from aft to forward rudder room bulkhead. We had to support steering foundation so not for it to move when frame 61 got cut out. We ran piano wire on centerline and at both longitudinal bulkheads to ensure deck is true. Shipyard had to remove bilge suctions for bulkhead installation, then reinstalled them once bulkhead was installed. We removed tiller arms and both rams from rudder room prior to hotwork. We will install tiller arms and rams once repairs are complete. | | | |

**23-Mar** Provide labor, material and equipment to fabricate and install (2) sets of 10" letters for vessel name on stern bulwarks. Also, we had to fabricate and install (2) sets of 6" letters for port of call on stern bulwarks.

| | Units | Rate | Item Total |
|---|---|---|---|
| Crane - 100 ton Crawler | 5.00 | 200.00 | 1,000.00 |
| Crane - 230 ton Crawler | 13.00 | 300.00 | 3,900.00 |
| Forklift - Extendaboom | 35.00 | 50.00 | 1,750.00 |
| Labor Repair | 5,476.50 | 52.50 | 287,516.25 |
| Labor-Supervisor | 194.00 | 58.00 | 11,252.00 |
| Manlift - 60 ft | 29.00 | 65.00 | 1,885.00 |
| Material | | | 34,564.00 |
| Material Inventory | | | 30,732.84 |
| Overtime Hours | 647.00 | 26.25 | 16,983.75 |
| Overtime Hours-Supervisor | 31.00 | 29.00 | 899.00 |
| Sandblast/ Incld Labor | 11.00 | 200.00 | 2,200.00 |
| | | | $392,682.84 |

**0801.05  Norman Pins**

**09-Mar** Provide labor, material and equipment to remove (2) existing norman pin holders from old bulwarks and install them on new bulwarks.

| | Units | Rate | Item Total |
|---|---|---|---|
| Labor Repair | 31.00 | 52.50 | 1,627.50 |
| Material Inventory | | | 155.77 |
| | | | $1,783.27 |

**0802  Port Bumper Removal**

**16-Nov** Provide labor, material and equipment to remove port, center, and starboard stern bumpers in way of repairs.

| | Units | Rate | Item Total |
|---|---|---|---|
| Crane - 230 ton Crawler | 3.00 | 300.00 | 900.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 38.50 | 52.50 | 2,021.25 |
| Manlift - 60 ft | 5.00 | 65.00 | 325.00 |
| Material Inventory | | | 886.74 |
| Overtime Hours | 7.00 | 26.25 | 183.75 |
| | | | $4,366.74 |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0802.01  Install Stern Bumper** | | | |
| **16-Apr**  Provide labor, material and equipment to cut and install doubler prior to installing customer furnished bumper on stern of vessel below roller. | | | |
| Labor Repair | 60.00 | 52.50 | 3,150.00 |
| Material | | | 28.26 |
| Material Inventory | | | 182.46 |
| | | | $3,360.72 |
| **0803  Port Sideshell Insert** | | | |
| **16-Nov**  Provide labor, material, and equipment to crop and renew 7'x15'x1/2" insert on port sideshell in chief's quarters. We had to remove (6) tires in way of repair. Firewatch was needed through the duration of repairs. Also, we had to crop and renew (5) 5"x3"x3/8"x10' angles. We will test insert using dye penetrant to check for leaks. | | | |
| Crane - 230 ton Crawler | 2.00 | 300.00 | 600.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 468.00 | 52.50 | 24,570.00 |
| Labor-Supervisor | 40.50 | 58.00 | 2,349.00 |
| Manlift - 60 ft | 72.00 | 65.00 | 4,680.00 |
| Material | | | 367.38 |
| Material Inventory | | | 2,285.54 |
| Overtime Hours | 108.50 | 26.25 | 2,848.12 |
| Overtime Hours-Supervisor | 12.50 | 29.00 | 362.50 |
| | | | $38,112.54 |
| **0808  Fuel Tank Main Deck Insert** | | | |
| **02-Dec**  Provide labor, material and equipment to crop and renew 3'x6'x3/8" deck insert on port stern deck. | | | |
| Labor Repair | 50.50 | 52.50 | 2,651.25 |
| Labor-Supervisor | 1.50 | 58.00 | 87.00 |
| Material | | | 84.78 |
| Material Inventory | | | 667.28 |
| Overtime Hours | 7.00 | 26.25 | 183.75 |
| | | | $3,674.06 |
| **0811  Stern Roller Installation** | | | |
| **16-Dec**  Provide labor, material and equipment to install new stern roller furnished by shipyard. Also, we had to fabricate and install 2" thick fairing plates on each side of roller. | | | |
| Crane - 100 ton Crawler | 2.00 | 200.00 | 400.00 |
| Crane - 230 ton Crawler | 9.00 | 300.00 | 2,700.00 |
| Forklift - Extendaboom | 4.00 | 50.00 | 200.00 |
| Labor Repair | 650.00 | 52.50 | 34,125.00 |
| Labor-Supervisor | 4.00 | 58.00 | 232.00 |
| Material | | | 99,372.70 |
| Material Inventory | | | 552.38 |
| Overtime Hours | 59.00 | 26.25 | 1,548.75 |
| | | | $139,130.83 |
| **0814  Port Kort Nozzle Repair** | | | |
| **06-Jan**  Provide labor, material and equipment to fabricate template of bottom kort nozzle, so that vendor can use it to determine what type of nozzle it is. Also, had subcontractor come out and scan kort nozzle to get data to use to create a drawing of the nozzle. Also, we provided subcontractor to fabricate (1) kort nozzle. | | | |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **12-Apr** Provide labor, material and equipment to start prepping to cut out nozzle and set up for alignment. | | | |
| **16-Apr** Provide labor, material and equipment to crop and renew port kort nozzle with shipyard furnished nozzle. | | | |
| Crane - 100 ton Crawler | 1.00 | 200.00 | 200.00 |
| Crane - 230 ton Crawler | 8.00 | 300.00 | 2,400.00 |
| Forklift - Extendaboom | 4.00 | 50.00 | 200.00 |
| Labor Repair | 382.75 | 52.50 | 20,094.38 |
| Labor-Supervisor | 52.00 | 58.00 | 3,016.00 |
| Material | | | 119,616.28 |
| Material Inventory | | | 1,097.40 |
| Overtime Hours | 8.75 | 26.25 | 229.69 |
| | | | $146,853.75 |

| | |
|---|---|
| **Total through 4/28/21** | $970,929.66 |
| **Less Previously Invoiced** | $300,000.00 |
| **Invoice Amount** | $670,929.66 |

*1-1/2% per month service charges plus collection and attorney fees shall be charged on all balances over 30 days.*
*Please direct any questions you may have regarding this invoice to (985) 631-3553, and we will be happy to assist you.*

LLC  4/29/2021        LIU  4/30/2021        Inv    1  Standard

USSIC 000284

**MARINE GEARS INC.**
P.O. Box 690
Hwy. 1 North
Greenville, MS 38702-0669
TEL: 662-332-8716 FAX: 662-335-4321

# INVOICE

| Invoice No. | Date |
|---|---|
| **013207** | 7/28/2021 |
| **Refer to Invoice Number When Remitting** | |

**Sold To**
FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE, LA 70373

**Ship To**
FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE, LA 70373

ATTN: WILEY FALGOUT                    ATTN: WILEY FALGOUT

| Sales Order | Cust No | Customer PO | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0026345-0001 | 11295 | CURTIS FALGOUT | 11/13/2020 | E | WILEY FALGOUT | NET 30 |

| Salesperson | Ship Date | Shipped Via | FOB Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| NEAL HALEY | 7/28/2021 | | | N | 000001462 |

| Item | T | Order | BO | Ship | Part Number/Revision | Description | Unit Price $ | Amount $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MOTOR VESSEL: ROLAND FALGOUT (STBD UNIT) ORDER ENTERED BY: DAWN PELES | | |
| 100 | S | 1 | | 1 | SJ2-001 | SERVICE TECHS TO INSPECT STARBOARD HALEY RH-2535 GEAR UNIT AS NEEDED | 500.00000 | 500.00 |
| 101 | S | 1 | | 1 | LB2-004 | GENERAL LABOR-CLUTCH TO INSPECT AND REPAIR STBD CLUTCHES AS NEEDED. | 850.00000 | 850.00 |
| | | | | | | Total  $ | | 1,350.00 |

ORD1LZBI-000055-038                    **ORIGINAL**

USSIC 000285

| | Invoice No. | Date |
|---|---|---|
| | **013210** | 7/28/2021 |
| | Refer to Invoice Number When Remitting | |

**INVOICE**

MARINE GEARS INC.
P.O. Box 691
Hwy. 1 North
Greenville, MS 38702-0691
TEL: 662-332-9716  FAX: 662-335-4322

**Sold To**
FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE, LA 70373

ATTN: WILEY FALGOUT

**Ship To**
FALGOUT BROTHERS
C/O GLOBAL TOWING
344 BUCHANNAN STREET
LAROSE, LA 70373

ATTN: WILEY FALGOUT

| Sales Order | Cust No | Customer PO | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0026345-0002 | 11295 | CURTIS FALGOUT | 11/13/2020 | E | WILEY FALGOUT | NET 30 |

| Salesperson | Ship Date | Shipped Via | FOB Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| NEAL HALEY | 7/28/2021 | | | N | 000001465 |

| Item | T | Order | BO | Ship | Part Number/Revision | Description | Unit Price $ | Amount $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MOTOR VESSEL: ROLAND FALGOUT (PORT UNIT) ORDER ENTERED BY: DAWN PELES | | |
| 020 | S | 1 | | 1 | SJ2-001 | LABOR TO SEA TRIAL | 14,330.00000 | 14,330.00 |
| 022 | S | 6 | | 6 | 02-349 | O'RING LF142 BUNA 90-MAG STRNR | 5.00000 | 30.00 |
| 023 | S | 6 | | 6 | 35(THK/F/C/W) | WASHER, CLUTCH THICK | 1.80000 | 10.80 |
| 024 | S | 6 | | 6 | 35(THN/F/C/W) | WASHER, CLUTCH THIN | 1.50000 | 9.00 |
| 027 | S | 8 | | 8 | 35(F/C/W) | WASHER, CLUTCH FAWICK | 2.00000 | 16.00 |
| 028 | S | 2 | | 2 | 2135-3010 | AIR TUBE, FLANGED | 31.25000 | 62.50 |
| 030 | S | 1 | | 1 | GEAR UNIT-MISC PARTS | GEAR UNIT-MISC PARTS REPAIR WO# 026345-030 | 215.40000 | 215.40 |
| | | | | | | (24) HHCS-.75-10NCX2.5 $3.10 EA HEX HEAD CAP SCREW (24) HHCS-.75-10NCX2.75 $3.50 EA HEX HEAD CAP SCREW (48) .75-10NC(L/N) $1.10 EA LOCKNUT (2) 12-TU-S $2.10 EA FERRULE, .75 CLUTCH | | |
| 201 | S | 1 | | 1 | TC2 | TRAVEL EXPENSES - SEA TRIAL | 3,519.15000 | 3,519.15 |
| | | | | | | FREIGHT CHARGES | | 448.32 |
| | | | | | | Total $ | | 18,641.17 |

**ORIGINAL**

USSIC 000286



**B & B Diesel Service, LLC**
1033 Dawn Drive
Morgan City, LA  70380
Ph: 985-714-1029
bbdieselservice@gmail.com

July 29, 2021

Falgout Marine                                    Invoice# 99327
Attn: Curtis Bailey                               Due on receipt

**Description**_____

M/V Roland Falgout

*Inspection on both main's

**Replaced the governor drive on the port generator engine

***Replaced blower bushings and thrust on the port main. Installed blower and blower horns on both mains. Test ran engines and all checked out ok.

**PARTS:**

      Governor drive
      Blower bushings
      Gauges
      Latches
      Seals
      Test valve wrench

**Total amount due:**                             **$3,915.65**
_____

Thank you for your business. Please remit this payment to the above address.

USSIC 000287

USSIC 000288

**INVOICE NO:** 044132659418

**ABS**
FOUNDED 1862

# INVOICE

1340 W Tunnel Blvd, Suite 650

Houma,LA 70360 United States

Phone:  +1-985-876-3175

Fax  :  +1-985-876-6651

| | | |
|---|---|---|
| **CUSTOMER NO:**  259392 | **BRANCH NO:** 044132 | **INVOICE DATE:** 31-Jul-2021 |
| **CUSTOMER TAX NO:** | **BRANCH NAME:** | **DUE DATE:**  On Receipt |
| **CUSTOMER ADDRESS:** | Houma Port | |
| GLOBAL TOWING SERVICES, LLC. | | **PAYMENT INSTRUCTIONS:** |
| 344 BUCHANNAN STREET | | Please provide Invoice Number or |
| LAROSE, LA 70373 UNITED STATES | **CONTRACT/PO NO:** | Remittance copy with payment. |
| | Roland A Falgout | |

**REQUESTER NAME:**
Henry Bailey

**WIRE TRANSFER:**
JP MORGAN CHASE BANK, N.A.
HOUSTON, TX 77252-8025 USA United
States
American Bureau of Shipping
US$ ACCOUNT No.: 0010-088-8180
WIRE ABA :021000021 ACH Routing:
111000614
SWIFT ADDRESS: CHASUS33

**VESSEL NAME:**
ROLAND A. FALGOUT

**INTERCOMPANY REF. NO:**
(ABS USE ONLY)

**CLASS  NO:**  A7704069

**PROJECT NO:** 4546776

**REPORT NO:**  4502998

**ABS TAX NO:**
Federal I.D. 13-4921556

**CHECKS  PAYABLE TO:**
American Bureau of Shipping
P.O. BOX 301249
DALLAS,TX 75303-1249
REFERENCE INVOICE NUMBER

**LAST VISIT DATE:** 23-Jul-2021

**PLACE OF SERVICE:**
Amelia

| | |
|---|---|
| **TOTAL FEES:** | 24,625.58 |
| **TOTAL TAX:** | 0.00 |
| **TOTAL PAYABLE:** | 24,625.58 |
| **CURRENCY:** | USD |

| ITEM | DESCRIPTION OF SERVICES  / PRODUCTS PROVIDED | TAX | FEES | |
|---|---|---|---|---|
| 1 | Special Periodical Survey - Hull 9Periodical | 0 | 7,119.42 | USD |
| 2 | Repair Survey (Statutory) | 0 | 4,975.87 | USD |
| 3 | Special Periodical Survey - Machinery 9Periodical | 0 | 3,792.48 | USD |
| 4 | Annual Inspection Subchapter M 2 | 0 | 1,412.42 | USD |
| 5 | Renewal IAPP Annex VI Survey 5 | 0 | 1,243.97 | USD |
| 6 | SAF WEEKEND | 0 | 949.94 | USD |
| 7 | Annual Machinery Survey 4 | 0 | 870.78 | USD |
| 8 | CERTIFICATE CHARGES | 0 | 756.00 | USD |
| 9 | Drydocking SurveyDrydocking | 0 | 663.45 | USD |
| 10 | Annual IAPP Annex VI Survey 4 | 0 | 621.98 | USD |
| 11 | Survey for Compliance - Statutory | 0 | 621.98 | USD |
| 12 | Survey Anti-Fouling System | 0 | 621.98 | USD |

Note - Unless otherwise mutually agreed in writing, all services, publications, and products provided and certificates issued in conjunction with this invoice are governed by the "Scope and Conditions of Classification" as contained in the entirety of Part 1 of the ABS Rules for Building and Classing Steel Vessels in effect on the issue date of this invoice, said "Scope and Conditions" are hereby incorporated by reference into this invoice as if fully set forth herein.  A copy of the "Scope and Conditions of Classification", found in Part 1 of the ABS Rules for Building and Classing Steel Vessels, may be obtained at any ABS office or over the internet at  www.eagle.org.

USSIC 000289



**INVOICE NO:** 044132659418

# INVOICE

| ITEM | DESCRIPTION OF SERVICES  / PRODUCTS PROVIDED | TAX | FEES | |
|------|----------------------------------------------|-----|------|---|
| 13 | Other Survey (Statutory) | 0 | 621.98 | USD |
| 14 | Annual Hull Survey 4 Additional Time taken to complete survey | 0 | 207.33 | USD |
| 15 | Port Office Administration | 0 | 80.00 | USD |
| 16 | Transportation | 0 | 66.00 | USD |
| 17 | Annual Hull Survey 4   (No Charge For This Task) | 0 | 0.00 | USD |
| 18 | Annual Load Line Survey 4   (No Charge For This Task) | 0 | 0.00 | USD |
| 19 | Renewal Load Line Survey 5   (No Charge For This Task) | 0 | 0.00 | USD |

|  |  |
|---|---|
| **TOTAL FEES:** | 24,625.58  USD |
| **TOTAL TAX:** | 0.00  USD |
| **TOTAL PAYABLE ON RECEIPT:** | 24,625.58  USD |

---

> _____
AUTHORIZED SIGNATURE (IF REQUIRED)                              **PLEASE REMIT PAYMENT IN CURRENCY BILLED .**    <

---

Note - Unless otherwise mutually agreed in writing, all services, publications, and products provided and certificates issued in conjunction with this invoice are governed by the "Scope and Conditions of Classification" as contained in the entirety of Part 1 of the ABS Rules for Building and Classing Steel Vessels in effect on the issue date of this invoice, said "Scope and Conditions" are hereby incorporated by reference into this invoice as if fully set forth herein.  A copy of the "Scope and Conditions of Classification", found in Part 1 of the ABS Rules for Building and Classing Steel Vessels, may be obtained at any ABS office or over the internet at  www.eagle.org.

USSIC 000290



**CONRAD**
**Shipyard, L.L.C.**

# *Invoice*

| | | | |
|---|---|---|---|
| Invoice No: | **34972** | Job No: | **RD200236** |
| Invoice Date: | **08/25/2021** | PO #: | **Roland Falgout** |
| Customer No: | **1308** | Terms: | **30 NET** |

**Remit By Mail To:**
Conrad Shipyard, L.L.C.
P.O. Box 790
Morgan City, LA  70381-0790

**Remit By Wire To:**
Hancock Whitney Bank
Gulfport, MS
ABA # 065503681
Account # 77133375

**Remit By ACH To:**
Hancock Whitney Bank
Winston-Salem (UPIC), .
ABA # 021052053
Account # 77133375

**GLOBAL TOWING SERVICES**
**344 BUCHANNAN**
**LAROSE, LA  70373**

**Vessel:**
**ROLAND FALGOUT (winch)**

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0001   Drydock** | | | |
| **11-Nov**  Drydock vessel and hold on dock until completion of underwater repairs and undock. Provide assist tug to shift tug on and off drydock. | | | |
| **14-Jun**  Provide labor, material and equipment to remove vessel from drydock. | | | |
| Labor Repair | 43.50 | 52.50 | 2,283.75 |
| | | | $2,283.75 |
| **0002   Shorepower** | | | |
| **03-Nov**  Provide electrical shorepower while vessel is dockside. | | | |
| **11-Nov**  Provide electrical shorepower while vessel is on drydock. | | | |
| **01-May**  Provide electrical shorepower while vessel is on drydock and dockside. | | | |
| Shorepower Day Rate | 89.00 | 125.00 | 11,125.00 |
| | | | $11,125.00 |
| **0003   Competent Person** | | | |
| **12-Nov**  Provide competent person's report prior to hot work. | | | |
| Competent Person | 66.00 | 110.00 | 7,260.00 |
| Double Time Hours | 1.50 | 52.50 | 78.75 |
| Overtime Hours | 16.50 | 26.25 | 433.12 |
| | | | $7,771.87 |
| **0006   General Services** | | | |
| **02-Nov**  Provide labor and equipment to off load (2) large tote tanks using forklift. | | | |
| **03-Nov**  Provide labor and equipment to assist vessel crew by setting up (2) blowers to air out tanks. Then we had to load (2) tote tanks on back deck of vessel, and remove (2) waste oil drums and place them in back of customers truck. | | | |
| **04-Nov**  Provide labor and equipment to set (2) weights on vessel, (1) on second deck port side, and the one on stern port side used to balance vessel due to hard list to starboard side. Also, we removed trash bin from deck and dumped trash, then placed bin next to vessel. We had to off load (2) tanks from Roland and set them on Minnie, then take (2) empty tanks off Minnie and place them on Roland. Once they were filled with oil, we put them back on Minnie and placed another one on Roland. | | | |
| **29-Mar**  Provide labor and equipment to remove trash bins and dump them, then bring them back to vessel. | | | |

Job: *RD200236-ROLAND FALGOUT (winch)*      Invoice: *34972*      Date: *8/25/2021 11:07:02 AM*

USSIC 000291

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **06-Apr** Provide labor and equipment to move material and tool boxes from dockside to near drydock that vessel will be on. | | | |
| **19-Apr** Provide labor and equipment to empty trash bin and bring back. | | | |
| **17-Jun** Provide labor and equipment to remove (3) large weights from vessel. Also, we had to place a 500 gallon oil tank onto deck of vessel, so that vessel crew can pump oil from tote tank back to main tank. | | | |
| Crane - 230 ton Crawler | 5.00 | 300.00 | 1,500.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 15.25 | 52.50 | 800.62 |
| Overtime Hours | 4.25 | 26.25 | 111.56 |
| | | | $2,462.18 |

### 0007  Propellers

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **12-Nov** Provide labor, material and equipment to remove port and starboard propellers and replace after repairs. | | | |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 21.00 | 52.50 | 1,102.50 |
| Labor-Supervisor | 3.00 | 58.00 | 174.00 |
| Material Inventory | | | 39.82 |
| Overtime Hours-Supervisor | 0.50 | 29.00 | 14.50 |
| | | | $1,380.82 |

### 0008  Propeller Shafts

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **12-Nov** Provide labor, material and equipment to remove port and starboard propeller shafts. Replace same after repairs. | | | |
| **13-May** Provide labor, material and equipment to install starboard propeller shaft. | | | |
| **25-May** Provide labor, material and equipment to install port propeller shaft. | | | |
| **21-Jul** Provide labor, material and equipment to clean up coupling bolts by buffing and filing on some of them. Then we installed bolts to couplings and tightened them. | | | |
| Crane - 230 ton Crawler | 2.00 | 300.00 | 600.00 |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 158.50 | 52.50 | 8,321.25 |
| Labor-Supervisor | 5.00 | 58.00 | 290.00 |
| Material Inventory | | | 328.55 |
| Overtime Hours | 3.75 | 26.25 | 98.44 |
| Overtime Hours-Supervisor | 0.50 | 29.00 | 14.50 |
| | | | $9,702.74 |

### 0009  Packing

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **06-May** Provide labor, material and equipment to install packing in port and starboard stuffing boxes furnished by shipyard. | | | |
| Labor Repair | 33.00 | 52.50 | 1,732.50 |
| Material | | | 102.83 |
| Material Inventory | | | 331.72 |
| Overtime Hours | 10.00 | 26.25 | 262.50 |
| | | | $2,429.55 |

### 0010  Strut Bearings

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **22-Jan** Provide port and starboard strut bearings and shipyard will replace bearings once vessel comes back on dock and new nozzle is installed to check alignment. | | | |
| **07-Apr** Provide labor, material and equipment to remove port and starboard strut | | | |

USSIC 000292

| Item/Description | | Units | Rate | Item Total |
|---|---|---|---|---|
| | bearings and replace with new shipyard furnished bearings. | | | |
| | Labor Repair | 11.50 | 52.50 | 603.75 |
| | Manlift - 60 ft | 8.00 | 65.00 | 520.00 |
| | Material | | | 2,899.20 |
| | Material Inventory | | | 104.15 |
| | Overtime Hours | 11.50 | 26.25 | 301.88 |
| | | | | $4,428.98 |

**0011  Intermediate Bearings**

22-Jan  Provide port and starboard intermediate bearings and shipyard will replace bearings once vessel comes back on dock and new nozzle is installed to check alignment.

07-Apr  Provide labor, material and equipment to remove port and starboard intermediate bearings and replace with new shipyard furnished bearings.

| | Material | | | 1,632.00 |
|---|---|---|---|---|
| | | | | $1,632.00 |

**0013  Rudder**

12-Nov  Provide labor, material and equipment to remove port and starboard rudders. Replace same after repairs.

20-May  Provide labor, material and equipment to install starboard rudder.

01-Jun  Provide labor, material and equipment to install port rudder.

11-Jun  Provide labor, material and equipment to install rudder indicator posts on quadrants to install indicator. We assisted subcontractor to set indicator in rudder room.

21-Jul  Provide labor, material and equipment to install nylon washers on rams and jockey bar upper and lower then secure with cotter pins.

| | Labor Repair | 268.50 | 52.50 | 14,096.25 |
|---|---|---|---|---|
| | Labor-Supervisor | 56.00 | 58.00 | 3,248.00 |
| | Material | | | 623.62 |
| | Material Inventory | | | 301.37 |
| | Overtime Hours | 39.50 | 26.25 | 1,036.88 |
| | Overtime Hours-Supervisor | 4.00 | 29.00 | 116.00 |
| | | | | $19,422.12 |

**0013.01  Rudder Tubes**

07-Apr  Provide labor, material and equipment to crop and renew port and starboard rudder tubes furnished by shipyard.

11-Jun  Provide labor, material and equipment to install rudder carrier bearings. Also, we installed port and starboard rudder bearings.

| | Crane - 230 ton Crawler | 2.00 | 300.00 | 600.00 |
|---|---|---|---|---|
| | Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| | Labor Repair | 215.25 | 52.50 | 11,300.62 |
| | Labor-Supervisor | 13.50 | 58.00 | 783.00 |
| | Manlift - 60 ft | 9.00 | 65.00 | 585.00 |
| | Material | | | 22,528.92 |
| | Material Inventory | | | 949.90 |
| | Overtime Hours | 30.25 | 26.25 | 794.06 |
| | Overtime Hours-Supervisor | 3.50 | 29.00 | 101.50 |
| | | | | $37,693.00 |

**0016  Rudder Packing**

---

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **11-Jun** Provide labor, material and equipment to install port and starboard rudder packing with new packing. | | | |
| Labor Repair | 16.75 | 52.50 | 879.38 |
| Labor-Supervisor | 11.00 | 58.00 | 638.00 |
| Material Inventory | | | 67.08 |
| Overtime Hours | 2.00 | 26.25 | 52.50 |
| | | | $1,636.96 |
| **0025  Anodes** | | | |
| **11-Jun** Provide labor, material and equipment to install new anodes furnished by customer on new port kort nozzle. | | | |
| Labor Repair | 8.00 | 52.50 | 420.00 |
| Material Inventory | | | 50.40 |
| Overtime Hours | 4.00 | 26.25 | 105.00 |
| | | | $575.40 |
| **0026.04  Subcontractor (Coastwide Electric)** | | | |
| **11-Jun** Provide subcontractor to pull existing lines from engine room back through companion way into rudder room for rudder indicators. Subcontractor was asked to set rudder indicator but couldn't find fault with indicator. | | | |
| Material | | | 2,185.56 |
| | | | $2,185.56 |
| **0026.05  Subcontractor (Tank Cleaners)** | | | |
| **09-Jun** Provide subcontractor to remove water from fuel tanks that were exposed while hotwork was being done on back deck. | | | |
| Material | | | 1,854.00 |
| | | | $1,854.00 |
| **0026.06  Subcontractor (BNA Alignment)** | | | |
| **22-Jun** Provide subcontractor to check clutch and engine alignment for port and starboard sides of vessel. They had to make adjustments to both clutches and engines. | | | |
| Material | | | 43,582.03 |
| | | | $43,582.03 |
| **0033.02  Assist Subs (Marine Gears)** | | | |
| **19-Nov** Provide labor, material and equipment to assist customer furnished subcontractor by cutting floor angles in engine room and removing handrail system on port side going down to engine room. We had to lift (8) pieces from back deck and place on pallets. Also, we had to heat up gears for subcontractor. | | | |
| **21-Jul** Provide labor, material and equipment to load clutch bands and fly wheel from subcontractor truck to engine room on vessel using com-a-longs and chain falls. Also, we had to cut out and punch holes for (10) rubber gaskets for clutch bands.We assisted mechanics with installing some of the parts for the clutch.Once the engines and clutches were ran, we installed the bolt on and welded floor angles. Then we installed floor plates in engine room. Also, we installed guards around clutch bands. We had to furnish and install collision blocks front and back of port and starboard gear boxes by welding them down. Firewatch was needed for duration of repairs. | | | |
| Forklift - Extendaboom | 1.00 | 50.00 | 50.00 |
| Labor Repair | 90.75 | 52.50 | 4,764.38 |
| Labor-Supervisor | 28.50 | 58.00 | 1,653.00 |
| Material Inventory | | | 138.95 |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0033.02  Assist Subs (Marine Gears)** | | | |
| Overtime Hours | 5.50 | 26.25 | 144.38 |
| | | | $6,750.71 |
| | | | |
| **0033.03  Assist Subs (D&B Marine Engines)** | | | |
| 27-Nov  Provide labor, material and equipment to assist subcontractor by cutting floor angle out of the way, cut exhaust out of way and rig it down, cut raceway out of way, weld (4) padeyes to overhead, install (4) chainfalls to lift motor, remove crank shaft and crane lift to their truck. | | | |
| 21-Jul  Provide labor, material and equipment to install floor angle and floor plate next to engines. | | | |
| Labor Repair | 56.25 | 52.50 | 2,953.12 |
| Labor-Supervisor | 6.50 | 58.00 | 377.00 |
| Material Inventory | | | 0.38 |
| Overtime Hours | 0.50 | 26.25 | 13.12 |
| | | | $3,343.62 |
| | | | |
| **0033.05  Assist Subs (BNA)** | | | |
| 14-Apr  Provide labor and equipment to place platform on drydock so that subcontractor can check piano wire to verify alignment. | | | |
| 22-Jun  Provide labor, material and equipment to assist subcontractor by removing chockfast from port and starboard clutches and port and starboard engine foundations. Then we had to remove existing bolts from both clutches and both engines. We had trouble removing a couple of bolts, we tried drilling them out but that didn't work. We ended up having to gouge them out. Once both clutches were in place, we had to fabricate dams using flatbar around clutch foundations. Subcontractor poured the chockfast once they had the bolts in place to tighten down clutches. Once the chockfast dried and they tighten the bolts, we removed the dams. Also, we had to install collision blocks in front and back of each foundation for both clutches. We had to do the same process with the engines. | | | |
| Labor Repair | 419.25 | 52.50 | 22,010.62 |
| Labor-Supervisor | 8.25 | 58.00 | 478.50 |
| Material Inventory | | | 479.05 |
| Overtime Hours | 21.75 | 26.25 | 570.94 |
| Overtime Hours-Supervisor | 1.50 | 29.00 | 43.50 |
| | | | $23,582.61 |
| | | | |
| **0501  Blast and Paint Hull** | | | |
| 02-Jun  Provide labor, material and equipment to sandblast repair areas on hull and back deck of vessel. We had to setup equipment and environmental screens prior to blasting and painting. We will remove all equipment once painting is complete. | | | |
| Double Time Hours | 20.50 | 52.50 | 1,076.25 |
| Double Time-Supervisor | 6.00 | 58.00 | 348.00 |
| Forklift - Extendaboom | 6.00 | 50.00 | 300.00 |
| Labor Repair | 488.25 | 52.50 | 25,633.12 |
| Labor-Supervisor | 81.25 | 58.00 | 4,712.50 |
| Material | | | 6,919.55 |
| Material Inventory | | | 1,662.08 |
| Overtime Hours | 68.50 | 26.25 | 1,798.12 |
| Overtime Hours-Supervisor | 12.00 | 29.00 | 348.00 |
| Sandblast/ Incld Labor | 24.00 | 200.00 | 4,800.00 |
| | | | $47,597.62 |

| Item/Description | Units | Rate | Item Total |
|---|---|---|---|
| **0801   Steel Repairs** | | | |

**17-Nov**  Provide labor, material, and equipment to crop out the following on the stern: 12'x30'x1/2" main deck, (1) bull eye with doubler, (1) padeye with doubler, (2) vents, (2) upper rudder tubes, (4) norman pin holders, (2) vertical 6" rollers, round bar hooks to hang cables on inside of bulwarks and 66' of boxed bulwarks with brackets. We will install 50' of single bulwarks with brackets and smash pipe for caprail. Shipyard had to install temporary handrails around perimeter of stern deck once bulwarks and deck were removed for fall protection. We had to crop out (2) 15"x23" multi bolt manholes. Also we had to crop and renew 90' of 5"x3"x3/8" angle, (7) longitudinal bulkheads each 6'x40"x3/8", (8) 12"x3"x40" flange plates, (7) vertical angles 4"x3"x5/16"x6', and 20' of overhead flange plate in rudder room. Also, we had to crop and renew 20' of 3/4" transom plate 2' down with upper rub rail. Shipyard had to remove (3) stern bumpers in way of repairs. Crop and renew 20' of 10" schedule 80 half pipe for rub rail. We had to crop 1"x10" flatbar and 1"x6" flatbar on transom. Also, crop and renew 20' of 6" half pipe for stern.Crop and renew both longitudinal bulkheads from aft to forward rudder room bulkhead. We had to support steering foundation so not for it to move when frame 61 got cut out. We ran piano wire on centerline and at both longitudinal bulkheads to ensure deck is true. Shipyard had to remove bilge suctions for bulkhead installation, then reinstalled them once bulkhead was installed. We removed tiller arms and both rams from rudder room prior to hotwork. We will install tiller arms and rams once repairs are complete.

**23-Mar**  Provide labor, material and equipment to fabricate and install (2) sets of 10" letters for vessel name on stern bulwarks. Also, we had to fabricate and install (2) sets of 6" letters for port of call on stern bulwarks.

**03-May**  Provide labor, material and equipment to remove equipment from deck.

**04-Jun**  Provide labor, material and equipment to remove debris from drydock prior to blasting and painting.

| | Units | Rate | Item Total |
|---|---|---|---|
| Labor Repair | 85.75 | 52.50 | 4,501.88 |
| Labor-Supervisor | 6.50 | 58.00 | 377.00 |
| Material Inventory | | | 28.70 |
| | | | $4,907.58 |

| | |
|---|---|
| **Subtotal** | $236,348.10 |
| **Sales Tax** | $0.00 |
| **Total  Invoice** | $236,348.10 |

*1-1/2% per month service charges plus collection and attorney fees shall be charged on all balances over 30 days. Please direct any questions you may have regarding this invoice to (985) 631-3553, and we will be happy to assist you.*

USSIC 000296

SURVEY FILE NO. ST-20-02597

 **Central Maritime, L.L.C.**

Marine Surveying and Consulting
5575 Hwy 1
P.O. Box 217
Lockport, LA 70374

Phone: 985-532-0442
Fax:     985-532-0441

**Report Date: September 29, 2021**

**Re: M/V "ROLAND A FALGOUT" / Derrick Barge "THOR" – Hurricane Zeta**

**Assured: Global Offshore Services, LLC**

**Allegation: Striking**

**D/L: October 28, 2020**

---

<u>**M/V "ROLAND A FALGOUT"**</u>
**Derrick Barge "THOR" / Hurricane Zeta**

The undersigned marine surveyor did on November 12, 2020 and subsequent dates, at the request and for the account of Global Offshore Services, LLC, held a survey on the M/V "ROLAND A FALGOUT", owned by RAF, Inc., and operated by Global Offshore Services, LLC, while the subject vessel laid dry docked at Conrad Deepwater Facilities in Amelia, LA; and subsequently attended the vessel's propeller shafts and rudders at EJ Fields Machine Works facilities in Morgan City, LA on November 19, 2020; and subsequently attended damages to vessel's starboard propulsion engine and port reduction gear, while the subject vessel laid dry docked at Conrad Deepwater Facilities in Amelia, LA on November 23, 2020 and December 1, 2020; and subsequently attended the vessel's port strut and port kort nozzle, while the subject vessel laid dry docked at Conrad Deepwater Facilities in Amelia, LA on April 15, 2021; in order to ascertain the cause, nature, extent and recommended repairs of damages alleged to have been sustained in the consequence of the vessel being struck by the Derrick Barge "THOR" during the passing of Hurricane Zeta, while the M/V "ROLAND A FALGOUT" was moored along steel mooring dolphins No. 1 and No. 2 in Bayou Lafourche, in Port Fourchon, LA, on October 28, 2020, at approximately 1615 hours.



SURVEY FILE NO. ST-20-02597

## DESCRIPTION OF THE M/V "ROLAND A FALGOUT":

The subject vessel is all welded steel, raised bow, US Coast Guard and ABS Load Line Certificated, ABS Classed Maltese Cross A1, AMS offshore hawser towing vessel, having particulars as follows:

Official Number: 581858
(Registered Dimensions)
Length: 118.6'
Breadth: 35'
Depth: 15'
Gross tons: 526 GT ITC, 187 GRT
Net tons: 157 NT ITC, 127 NRT
Built: 1976, Blountstown, FL

The vessel is conventional shaft driven, powered by two (2) "EMD", model 16-645-E6, 16-cylinder diesel engines, each paired with two (2) "Haley", model RH-2535, reduction gears, with 4.75:1 ratio.

Attending on November 12, 2020:

Scott C. Bourgeois -------------- Representing ---------------- Derrick Barge "THOR"
NAMS-CMS
Marine Surveyor
Dufour, Laskay & Strouse, Inc.

Howard Held -------------- Representing ---------------- Crosby Tugs, LLC
SAMS-AMS
Marine Surveyor
Qubed Limited

Jacques Boudreaux -------------- Representing ---------------- Martin Energy Services
NAMS-CMS
Marine Surveyor

Cajun Marine Consulting, LLC


Daniel Trinca -------------- Representing ---------------- Dredge "E.W. ELLEFSEN"

Marine Surveyor

Fernandes Maritime Consultants, LLC


Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


Captain Ronald Plaisance -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Captain

Global Towing Service, LLC


Attending on November 19, 2020:

Scott C. Bourgeois -------------- Representing ---------------- Derrick Barge "THOR"

NAMS-CMS

Marine Surveyor

Dufour, Laskay & Strouse, Inc.


Howard Held -------------- Representing ---------------- Crosby Tugs, LLC

SAMS-AMS

Marine Surveyor

Qubed Limited


Danut Iacobescu -------------- Representing ---------------- Dredge "E.W. ELLEFSEN"

Marine Surveyor

Fernandes Maritime Consultants, LLC

Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


Attending on November 23, 2020:

Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


Attending on December 1, 2020:

Scott C. Bourgeois -------------- Representing ---------------- Derrick Barge "THOR"

NAMS-CMS

Marine Surveyor

Dufour, Laskay & Strouse, Inc.


Howard Held -------------- Representing ---------------- Crosby Tugs, LLC

SAMS-AMS

Marine Surveyor

Qubed Limited


Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


Attending on December 8, 2020:

Kyle Smith ----------------------Representing --------------------Martin Mid-Stream

Marine Surveyor

Kyle Smith Marine Surveying, Inc.


Howard Held -------------- Representing ---------------- Crosby Tugs, LLC

SURVEY FILE NO. ST-20-02597

SAMS-AMS

Marine Surveyor

Qubed Limited


Andrew Minster -------------Representing ----------------------------------------- Harvey Gulf International

Marine Surveyor

Rivers and Gulf Marine Surveyors, Inc.


Attending on April 15, 2021:

Scott C. Bourgeois -------------- Representing ---------------- Derrick Barge "THOR"

NAMS-CMS

Marine Surveyor

Advanced Maritime Consulting, LLC


J.P. Quackenbos, Jr. -------------- Representing ---------------- Crosby Tugs, LLC

Marine Surveyor/Managing Member

Qubed Limited


Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


Attending on May 11, 2021:

J.P. Quackenbos, Jr. -------------- Representing ---------------- Crosby Tugs, LLC

Marine Surveyor/Managing Member

Qubed Limited


Kyle Smith -----------------------Representing -------------------Martin Mid-Stream

Marine Surveyor

Kyle Smith Marine Surveying, Inc.

Curtis Bailey -------------- Representing ---------------- M/V "ROLAND A FALGOUT"

Port Captain

Global Towing Service, LLC


**NARRATIVE:**

Reportedly, on October 28, 2020, at approximately 1615 hours, the M/V "ROLAND A FALGOUT" was struck by the adrift Derrick Barge "THOR" during the passing of Hurricane "ZETA", while the M/V "ROLAND A FALGOUT" was moored at the C-Port Mooring Dolphins No. 1 and No. 2 in Bayou Lafourche, and the Derrick Barge "THOR" was drifting north bound in Bayou Lafourche in Port Fourchon, LA.

A video provided of the incident depicts contact was made at approximately 16:16:32 hours on October 28, 2020.

Reportedly, both propulsion engines were in operation at the time of the incident. Captain Ronald Plaisance reported that upon sighting the Derrick Barge "THOR" coming towards the stern of the moored M/V "ROLAND A FALGOUT", he put the vessel in forward, just prior to being struck by the Derrick Barge "THOR".

Due to the extent of damage, the M/V "ROLAND A FALGOUT" could not operate under its own power. The M/V "ROLAND A FALGOUT" was towed from Port Fourchon, LA to Conrad Deepwater in Amelia, LA by the M/V "LADY ORA".

The M/V "LADY ORA" departed Port Fourchon, LA with the M/V "ROLAND A FALGOUT" in tow on the morning of October 31, 2020, arriving at Conrad Deepwater in Morgan City, LA at 1900 hours on October 31, 2020.

The vessel was dry docked at Conrad Deepwater during the evening hours on November 11, 2020.

SURVEY FILE NO. ST-20-02597

During dry dock and the course of repair, misalignment was found at the port side reduction gear, port propeller shaft assemblies and port and starboard rubber box assemblies.

Additionally, the port kort nozzle was found with contact being made between the propeller and the inner rim of the kort nozzle. The ovality of the kort nozzle was inspected by BNA Marine Services, contracted by Conrad Shipyard, LLC.

According to the technician report from Marine Gears, Inc. provided, the output shaft thrust bearings are out of tolerance (reading is 0.50"). Please reference the attached technician report from Marine Gears, Inc. Reportedly, upon concentricity testing by EJ Fields Machine Shop, the output shaft found gouged 0.005" in way of the spun output shaft thrust bearing.

Concerning the starboard propulsion engine, rear thrust washer found fractured. Forward thrust washer found with heavy scarred and chattering damages. Grooving noted at No. 6 main bearing carrier. Damages were sustained to the crank shaft in way of No. 6 main bearing.

Central Maritime, LLC marine surveyor Anthony J. Anselmi attended a joint inspection of the Derrick Barge "THOR" and the Martin Dock 16 in Port Fourchon, LA on November 6, 2020.

**<u>DAMAGES:</u>**

Please note: all sizes are approximate unless otherwise noted. All plate thicknesses, framing thickness and pipe wall thicknesses are estimated. All plate and pipe wall thicknesses are subject to adjustment upon cropping at shipyard. All repairs to be as original; repair facility to confirm all plating thickness, framing size/thickness and pipe size/wall thickness prior to ordering material. All repairs are subject to approval of the U.S. Coast Guard and American Bureau of Shipping (ABS).

| FOUND: | RECOMMENDED: |
|---|---|
| 1. Stern bulwarks are set in 0-10". Stern roller is fractured and missing. Upper 24" | 1. To be cropped and renewed as original (approximate sizes): |

of stern transom is set in to varying degrees. Port stern corner compressed rubber bumper is damaged. Deck plating in way of port and starboard wrap around compartment and rudder room is set up 0-8". Internal framing in way is set to conform.

A. <u>Bulwarks</u>:

36' of 27" high x 8" wide x estimated 5/16" steel box type bulwarks with 6" estimated schedule 120 steel split pipe cap at stern and port and starboard stern corners. Two (2) 27" x 9" freeing ports with steel round bar guarding.

10' of 27" high x 8" wide x estimated 5/16" steel box type bulwarks with 6" estimated schedule 120 steel split pipe cap and 2" x 1" thick steel flat bar cap at port and starboard sides aft main deck, from corner wrapper bulwarks forward weld seam, to next weld seam forward. Two (2) 6' x 9" freeing ports with steel round bar guarding. This is effect the deck plate insert.

Four (4) norman pin holders.

Two (2) vertical 6" diameter steel rollers.

<u>Transom</u>:

One (1) 20' x 2' x 3/4" steel flat stern transom plate insert, with 100% weld.

Two (2) 5' x 28" x 3/4" steel flat port and starboard corner wrapper inserts.

Two (2) 5′ x 28″ x 1/2″ steel flat port and starboard corner wrapper doubler plate inserts.

Approximately 20′ of 6″ x estimated schedule 120 steel split pipe stern hull guard.

Approximately 20′ of 10″ x estimated schedule 120 steel split pipe stern hull guard.

Stern Roller:
One (1) estimated 10″ x 5′ steel stern roller assembly.

Deck Insert:
One (1) 30′ x 12′ x estimated 1/2″ steel flat deck plate insert with 100% weld.

Two (2) 15″ x 23″ perimeter bolt hatch assemblies.

Internal Framing:

Approximately 90′ linear feet of 5″ x 3″ x 3/8″ steel angle transverse internal compartment framing.

Four (4) 15″ x 3/8″ x 3′6″ long formed steel plate deck overhead longitudinal frames (two (2) each at port and starboard stern wrap around compartments).

Approximately 20′ linear feet of 15″ x 3/8″ formed steel plate deck overhead frames at rudder compartment.

One (1) 7′9″ long x 4′10″ high x 3/8″ steel flat starboard outboard longitudinal swash bulkhead, with 23-1/2″ x 14-1/2″ lightning hole, with one (1) 4″ x 3″ x 5/16″ x 4′10″ high steel angle vertical stiffener.

One (1) 4′ wide x 5′ high x 3/8″ steel flat starboard transverse swash bulkhead, with 23-1/2″ x 14-1/2″ lightning hole.

One (1) 3′6-1/2″ long x 5′ high x 3/8″ steel flat starboard center longitudinal swash bulkhead, with 23-1/2″ x 14-1/2″ lightning hole, with one (1) 4″ x 3″ x

5/16" x 5' high steel angle vertical stiffener.

One (1) 3'6" long x 5'9" high x 3/8" steel flat starboard inboard longitudinal swash bulkhead, with 23-1/2" x 14-1/2" lightning hole, with one (1) 4" x 3" x 5/16" x 5'9" high steel angle vertical stiffener.

One (1) 7'9" long x 4'10" high x 3/8" steel flat port outboard longitudinal swash bulkhead, with 23-1/2" x 14-1/2" lightning hole, with one (1) 4" x 3" x 5/16" x 4'10" high steel angle vertical stiffener.

One (1) 4' wide x 5' high x 3/8" steel flat port transverse swash bulkhead, with 23-1/2" x 14-1/2" lightning hole.

One (1) 3'6-1/2" long x 5' high x 3/8" steel flat port center longitudinal swash bulkhead, with 23-1/2" x 14-1/2" lightning hole, with one (1) 4" x 3" x 5/16" x 5' high steel angle vertical stiffener.

One (1) 3'6" long x 5'9" high x 3/8" steel flat port inboard longitudinal swash bulkhead, with 23-1/2" x 14-1/2" lightning hole, with one (1) 4" x 3" x 5/16" x 5'9" high steel angle vertical stiffener.

One (1) 3'6" long x 6' high x 3/8" steel flat longitudinal centerline watertight bulkhead insert, with 100% weld.

One (1) 3'6" long x 6' high x 3/8" steel flat longitudinal centerline watertight bulkhead insert, with 100% weld.

One (1) 4" x 3" x 5/16" x 6' steel angle vertical bulkhead stiffener.
One (1) 25'2" x 6' high x 3/8" steel flat transverse watertight bulkhead insert (Frame #61), with 100% weld.

Six (6) 6" x 4" x 3/8" steel angle vertical transverse bulkhead stiffeners.

Two (2) 6" x 4" x 3/8" x 24" forward bulkhead transverse stiffeners (one (1) each at port and starboard stern wrap around compartments).

One (1) 15″ x 3/8″ x 42″ long formed steel plate longitudinal center bottom frame at port stern wrap around compartment.

Necessary removal and reinstallation of three (3) compressed rubber bumpers at stern to effect repairs.

Please note: Necessary installation of temporary railings after bulwarks and deck plating are cropped and removal after repairs are completed.

2. Aft horn of the aft port double mooring bitt heavily set in/bent due to strain from mooring line. Aft horn of the aft starboard double mooring bitt found fractured.

2. To be cropped and renewed as original (approximate size):

Two (2) 14″ long x 3″ diameter estimated schedule 80 steel pipe bitt horns.

3. In way of the main deck superstructure engineer's bunkroom, port side shell plate is heavily set in 0-4″ over an approximate 12′ length, with plating split over an approximate 18″ length. Vertical side framing in way are set to conform.

3. To be cropped and renewed as original (approximate sizes):

One (1) 12′6″ x 5′3″ x 3/8″ steel flat side shell plate insert, with 100% weld.

Five (5) 5″ x 3″x 3/8″ x 10′ steel angle vertical frames.

Necessary cropping, re-installation and/or renewal of the engineer's room jointer work to effect repairs.

Necessary abatement and disposal of lead paint at side shell plating in order to effect repairs.

4. In way of the forepeak compartment, port side shell plate set in 0-1" over an approximate 6" diameter area, between the #3 and #4 vertical side frames.

4. To be cropped and renewed as original (approximate size):

One (1) 18" x 24" x 3/8" steel flat port side shell insert, with radius corners and 100% weld.

5. Multiple rubber tire bumpers at port side are missing and/or damaged.

5. To be renewed as original (approximate sizes):

Five (5) 42" rubber tires.
One (1) 6' rubber tractor tire.
All chains and shackles serving the aforementioned tires to be included in the renewal.

6. Six (6) mooring lines reportedly parted during the alleged incident.

6. Mooring lines to be renewed as follows:

Six (6) approximate 4" diameter x 120' multi-strand Blue-Dan mooring lines, with 4' eyes.

7. Searchlight at atop aft steering station dog house found with base damaged as a result of the impact. Single side band radio antenna fractured as a result of the impact. KVH satellite television antenna fractured and missing as a result of the impact.

7. To be renewed as original:

One (1) "Perko" 10" searchlight assembly.

One (1) single side radio antenna.

One (1) "KVH" television satellite.

8. Numerous galley appliances and interior accommodations doors, cabinet sets and furnishings were damaged as a result of the alleged incident/impact.

8. To be renewed as original (approximate sizes):

Four (4) hollow core wooden doors serving pantry, laundry room, OS/Oiler's bunkroom at port side main deck and AB's room at starboard side 02 deck level, including all hinge and door knob assemblies. AB's room door and laundry room door to be fitted with a 12" x 12" vent assembly.

One (1) 7'5" x 4'5" wooden door frame assembly at entrance to laundry room, with all associated bolt assemblies, wooden trim and marlite finish.

Two (2) 17-1/2" x 4'11" wooden locker doors at AB's bunkroom, including all associated hardware.

Two (2) wooden locker doors at OS/Oiler's bunkroom, including hinge and latch assemblies.

One (1) 8'10" x 18" high x 12" deep wooden overhead shelf/cabinet set at laundry room, with four (4) cabinet doors, including all hardware.

One (1) box in wooden platform serving freezer at galley to be rebuilt as original. Renew 10' of 3" x 1" wooden shelf supports serving can good storage.

Marine carpenter to determine all appropriate material, sizes, dimensions hardware, etc.

The following appliances at galley reportedly shifted and fell during the alleged incident:
One (1) "Gibson" upright freezer.
One (1) "Magic Chef" refrigerator/freezer.

SURVEY FILE NO. ST-20-02597

The aforementioned freezer and refrigerators were functional at the time of inspection; however, could experience premature failure due to falling during the alleged incident. It is recommended that aforementioned appliances be renewed as original. Once renewed, appliances to be re-secured as original.

9. Both port and starboard propeller shafts found bent. Please reference EJ Fields Machine Works shaft run outs from November 16, 2020 and previous shaft run outs from March 26, 2020 for comparison.

9. Two (2) 10-1/2" diameter x 29'4" long stainless steel propeller shafts to be straightened and dye penetrant tested to ensure no fractures are present. If additional damages are uncovered, all interested parties to be notified prior to effecting repairs.

10. Both port and starboard rudder upper carrier housings found heavily distorted, conforming to aft main deck distortions.  Aft end of port rudder found set in 0-5/8" over an approximate 6" height just below upper aft corner.

10. To be cropped and renewed as original (approximate sizes):

Two (2) rudder upper housing carrier assemblies including all bearings and bushings. Upper rudder carriers to be re-greased as original after completion of installation.

Port rudder to be faired and straightened. Disturbed areas to be re-coated as original.

Rudder stocks to be checked for straightness and fractures.

11. According to the technician report from Marine Gears, Inc. provided, the port reduction gear output shaft thrust bearings are out of tolerance (reading is 0.50". Please reference the attached technician report from Marine Gears, Inc.

Reportedly, upon concentricity testing by EJ Fields Machine Shop, the output shaft found gouged 0.005" in way of the spun output shaft thrust bearing.

11. One (1) Haley model RH-3525 port reduction gear output shaft thrust bearing assembly to be repaired as follows:

The reduction gear to be disassembled in-frame (onboard the vessel).

Output shaft/bull gear to be removed from the vessel and delivered to repair facility.

Output shaft to be repaired /re-chromed as required and delivered back to the vessel.

All bearing assemblies to be renewed as original.

Port reduction gear to be re-assembled and recharged with prescribed gear oil.

12. Concerning the starboard propulsion engine, rear thrust washer found fractured. Forward thrust washer found with heavy chattering damages.

12. One (1) "EMD" model R16-645-E6 starboard propulsion engine to be partially disassembled onboard as required to effect full inspection.

Grooving noted at No. 6 main bearing carrier. Possible damages sustained to the crank shaft in way of No. 6 main bearing.

Crank shaft to be removed from the engine, delivered to repair facility and further inspected to determine if repairs can be effected or if renewal of the crankshaft is required.

All main bearing assemblies to be renewed as original.

Thrust washers to be renewed as original.

13. Port propulsion engine grid cooler found leaking at the time of inspection. Reportedly, starboard propulsion engine grid cooler was uncovered to be leaking after the joint inspection on November 12, 2020.

13. Four (4) "Fernstrum" grid coolers serving port and starboard propulsion engines and generator engines to be removed from the vessel, cleaned, repaired as required and re-installed as original with new gaskets and bolt assemblies. Coolers to be tested to ensure no leaks.

14. The port kort nozzle was found with contact being made between the propeller and the inner rim of the kort nozzle. The ovality of the kort nozzle was inspected by BNA Marine, contracted by Conrad Shipyard, LLC.

14. To be cropped and renewed as original (approximate size):

The port kort nozzle to be installed according to CNF, Inc. engineered drawings, please see attached as part of this report.

The kort nozzle had approximately 1/16" clearance at the three and four o'clock position of the nozzle.

Drawing to construct a replacement kort nozzle could not be obtained. American Bureau of Shipping (ABS), the vessel's classification society, could not locate drawings.

An ultra-sonic gauging facility was engaged to determine steel plate sizes and scantling to construct the replacement kort nozzle.

Delivery for the replacement kort nozzle was approximately eight (8) weeks.

Note: the vessel was refloated until the replacement kort nozzle was delivered.

The vessel was re-dry docked on April 27, 2021 to installed the kort nozzle, propeller shafts and rudder assemblies.

Necessary aligning the port kort nozzle, strut and propeller shaft tube during the installation process.

15. Propeller blade edges and pitch possibly affected by the port kort nozzle damage and misalignment of propeller shafts due to the alleged incident/impact.

15. One (1) right hand and one (1) left hand 108"x108" stainless steel four (4) blade propellers to be faired/reconditioned as required and pitch to be checked.

**NOTES**:

A.  Necessary transportation to repair facility.

B.   Necessary removal of fuel, cleaning and gas freeing of fuel compartments to effect repairs. Necessary evacuation, cleaning and gas freeing of engine room bilge and waste oil compartment to effect repairs. Fuel and potable water to be pumped onboard after completion of repairs.

C.  Necessary marine chemist / gas free certificate. Necessary competent person to test air quality of working area and adjacent compartments prior to hot work being carried out; competent person to carry out daily tests.  If competent person finds a toxic atmosphere above the OSHA Permissible Exposure Limit (PEL), additional testing by the certified marine chemist to be carried out and a marine chemist certificate to be issued prior to personnel accessing compartments and prior to hot work being carried out.

D.  Necessary dry docking the vessel twice to effect repairs, due to delays resulting from kort nozzle construction.

E.  Necessary towboats and labor to be provided to shift vessel on and off dry dock.

F.  Necessary removals and replacements to effect repairs. Necessary removal and re-installation of jointer work at port forward main deck bunk room (engineer's room) to effect repairs. Necessary removal and re-installation of sections of the engine room bottom frames, handrails, exhausts and raceway to effect removal and re-installation of port reduction gear output shaft/bull gear and starboard propulsion engine crank shaft.

G.  Necessary erection and removal of staging to effect repairs.

H.  Necessary fairing old to new to effect repairs.

I.  Necessary testing of repairs.

J.  Minimum four (4) hour sea trial to be carried out after completion of repairs with owner's representative, shipyard representative, diesel mechanics and gear technicians present.

K.  All new and disturbed work to be recoated as original internally and externally. Owner to provide coating specifications to repair facility.

L.  The following dry dock and/or in-yard services to be supplied, including hookup and disconnection, as applicable:  fire lines, fire watch, shore power, blowers, forklift and crane. **FIRE WATCH AND FIRE LINES TO BE PROPERLY MAINTAINED DURING THE DURATION OF ANY AND ALL REQUIRED HOTWORK.**

M. All necessary men and materials to effect the foregoing repairs and notes.

N. Necessary Ship Repairer's Liability Insurance.

O. Scrap to become property of contractor; all scrap to be removed from the vessel prior to completion of repairs.

P. All repairs to be to the satisfaction of owners and owner's representative, and satisfaction and approval of regulatory agencies (U.S. Coast Guard and American Bureau of Shipping).

Q. Repairers to take their own measurements and notes; this write up to serve as a guide only. Shipyard and shipyard third party contractors are responsible to confirm all dimensions, sizes and thicknesses prior to ordering material, and no further responsibility is assumed by the undersigned for its accuracy.

R. **If additional damages are uncovered during the course of repairs or a deviation or expansion of the repair scope is deemed necessary, all interested parties to be notified prior to commencing any additional repairs.**

**GEAR NOTES:**

A. Necessary removals and replacements to effect repairs.

B. Necessary lifting equipment to effect removal and replacement of reduction gear unit internal parts.

C. All new and disturbed work to be recoated as original.

D. All new and disturbed work to be thoroughly tested and proven in satisfactory operating condition.

E. Reverse gear unit to be reassembled in accordance with good commercial practices using new gaskets, "O" rings, seals, lock pins, grommets, hoses, piping, mechanical fasteners, lock washers, etc.

F. Necessary realignment of port reduction gear to propeller shaft and proven true to manufacturer's specifications.

**ENGINE NOTES:**

A. All necessary men, materials and lifting equipment to effect the removal, transportation, repair, return transportation and reinstallation of the starboard propulsion unit crank shaft assemblies.

B. All new and disturbed work to be thoroughly tested and proven to be in satisfactory operating condition.

C. All new and disturbed work to be recoated as original.

D. All necessary removals to be reinstalled as original.

E. Propulsion unit to be reassembled in accordance with good commercial practices using new gaskets, "O" rings, seals, lock pins, grommets, hoses, piping, mechanical fasteners, lock washers, etc.

F. Necessary realignment of reduction gear to propulsion engine and proven true to manufacturer's specifications.

G. Engine to be recharged with the prescribed lube oil and filters.

**COST:**

1. Global Towing Service, LLC submitted invoice No. 8853 B-10312020-1LO, dated October 31, 2020, in the total amount of $70,800.00, to effect towing services for the M/V "LADY ORA" to tow the M/V "ROLAND A FALGOUT" from Port Fourchon, LA to Conrad Deepwater in Amelia, LA.

   According to the billing logs provided with the aforementioned invoice, the M/V "LADY ORA" departed Amelia, LA for Port Fouchon, LA at 0900 hours on October 29, 2020. The M/V "LADY ORA" reportedly arrived alongside the M/V "ROLAND A FALGOUT" at 1940 hours on October 29, 2020.

   The M/V "LADY ORA" was reportedly on standby from 1940 hours on October 29, 2020 to 0630 hours on October 31, 2020, awaiting permission from the U.S. Coast Guard to depart with the M/V "ROLAND A FALGOUT".

   The M/V "LADY ORA" reportedly departed with the M/V "ROLAND A FALGOUT" at 0630 hours on October 31, 2020, arriving at Conrad Deepwater in Amelia, LA on 1930 hours on October 31, 2020.

   The amount is considered fair and reasonable for the nature and scope of work involved.

2.    B & B Diesel Service submitted invoice No. 78923, dated December 8, 2020, in the total amount of $87,857.81, to effect inspection and repairs to the starboard propulsion engine.

 This amount is considered fair and reasonable for the nature and scope of work involved.

3.    Bluetide Communications submitted invoice No. 20-003590, dated December 4, 2020, in the total amount of $4,391.00, to effect purchase of rudder indicator mechanism and auto-pilot assembly.

This amount is considered fair and reasonable for the nature and scope of work involved.

4.    Donovan Marine submitted invoice No. 250810, dated December 1, 2020, in the total amount of $1,330.61, to effect purchase of the damaged search light and control mechanism.

This amount is considered fair and reasonable for the nature and scope of work involved.

5.    East Park Radiator & Battery Shop submitted invoice No. 154832, dated November 24, 2020, in the total amount of $4,508.52, to effect repairs to the port side grid cooler.

This amount is considered fair and reasonable for the nature and scope of work involved.

6.    K & J Repair Service, LLC submitted invoice No. 1684, dated December 21, 2020, in the total amount of $1,110.00, to effect repairs to the hydraulic steering rams.

This amount is considered fair and reasonable for the nature and scope of work involved.

7.    L & G Building Supply Co., Inc. submitted invoice No. 371426, dated November 19, 2020, in the total amount of $1,621.71, to effect the purchase of jointer work material to effect repairs to the port side shell plating.

This amount is considered fair and reasonable for the nature and scope of work involved.

8.  L & G Building Supply Co., Inc. submitted invoice No. 371554, dated November 19, 2020, in the total amount of $1,641.16, to effect the purchase of jointer work material to effect repairs to the port side shell plating.

    This amount is considered fair and reasonable for the nature and scope of work involved.

9.  Johnny's Propeller Shop, Inc. submitted invoice No. M-7574, dated December 4, 2020, in the total amount of $11,680.00, to effect repairs to the port and starboard propellers.

    This amount is considered fair and reasonable for the nature and scope of work involved.

10. Port Marine Vac Service, Inc. submitted invoice No. 20458, dated December 23, 2020, in the total amount of $1,292.00, to effect cleaning and gas freeing of an adjacent oil compartment to effect hot work at engine room.

    This amount is considered fair and reasonable for the nature and scope of work involved.

11. Port Marine Vac Service, Inc. submitted invoice No. 20417, dated November 24, 2020, in the total amount of $43,430.25, to effect removing oil from the propulsion engines, reduction gears and cleaning the engine room. The fuel in the wing compartments were removed and stored.

    This amount is considered fair and reasonable for the nature and scope of work involved.

12. Port Marine Vac Service, Inc. submitted invoice No. 20434, dated December 3, 2020, in the total amount of $1,631.50, to effect evaluation and cleaning the engine room bilge.

This amount is considered fair and reasonable for the nature and scope of work involved.

13. Port Marine Vac Service, Inc. submitted invoice No. 20444, dated December 14, 2020, in the total amount of $2,764.50, to effect cleaning and disposal fees at the bow thruster area of the compartment.

This amount is considered fair and reasonable for the nature and scope of work involved.

14. Port Marine Vac Service, Inc. submitted invoice No. 20419, dated November 30, 2020, in the total amount of $959.00, to effect removal and disposal of oil at the starboard propulsion engine.

This amount is considered fair and reasonable for the nature and scope of work involved.

15. L & G Building Supply Co., Inc. submitted invoice No. 371709, dated December 11, 2020, in the total amount of $678.84, to effect purchase of material to complete the port side shell repairs.

This amount is considered fair and reasonable for the nature and scope of work involved.

16. ABS submitted invoice No. 1, dated January 14, 2021, in the total amount of $753.00, to effect classification surveyor's fees to inspect the vessel.

This amount is considered fair and reasonable for the nature and scope of work involved.

17. Marine Gears, Inc. submitted sales order No.00263445, dated November 13, 2020, in the total amount of $169,851.48, labor and parts to effect repairs to the port reduction gear.

This amount is considered fair and reasonable for the nature and scope of work involved.

18. Steven Sweetser Jr. submitted invoice No. 2100, dated January 27, 2021, in the total amount of $11,493.96, carpenter labor to effect the removal and installation of jointer work at the port side,

to effect steel repairs at the port side shell plating. Material to effect jointer work removal was included in the previous write up.

This amount is considered fair and reasonable for the nature and scope of work involved.

19. Vida Paint and Supply, Inc. submitted invoice No. F-666163, dated January 25, 21, in the total amount of $212.14 to effect the purchase of rubber base board molding to complete jointer work installation.

This amount is considered fair and reasonable for the nature and scope of work involved.

20. Johnny's Propeller Shop, LLC submitted invoice No. 071958, dated December 15, 2020, in the total amount of $10,884.27, to effect the purchase of two (2) rudder bearing assemblies.

This amount is considered fair and reasonable for the nature and scope of work involved.

21. W.A.F. Marine, LLC, submitted invoice No.010720201-1waf, dated January 7, 2021, in the total amount of $2,800.00, tug rental to shift the M/V "ROLAND A. FALGOUT" off the dry dock.

This amount is considered fair and reasonable for the nature and scope of work involved.

22. Conrad Shipyard, LLC submitted invoice No. 34832, dated April 30, 2021, in the total amount of $970,929.66, to effect repairs outlined in the damage section of this report.

The invoice contained approximately hours 1,128.75 of premium portions of bonus overtime, totaling $30,155.83. The premium portions were not removed from the invoice in this review, taken into consideration the overtime hours would decrease repair time.

This amount is considered fair and reasonable for the nature and scope of work involved.

23. Marine Gears Inc. submitted invoice No. 013210, dated July 28, 2021, in the total amount of $18,641.17, to effect complete repairs to the port reduction gear.

This amount is considered fair and reasonable for the nature and scope of work involved.

24. B & B Diesel Service, LLC submitted invoice No. 99327, dated July 29, 2021, in the total amount of $3,915.65, to complete repairs to the starboard propulsion engine.

This amount is considered fair and reasonable for the nature and scope of work involved.

25. ABS submitted invoice No. 044132659418, dated July 31, 2021, in the total amount of $24,625.58, to effect statutory class inspections and class inspection concerning damages.

The total amount invoiced by ABS concerning damage inspection is $4,975.87, which is considered fair and reasonable for the nature and scope of work involved.
The remaining amount of the invoice was to effect statutory class inspections, in the amount of $19,649.71, which is considered excessive.

26. Marine Gears, Inc. submitted invoice No. 013207, dated July 28, 2021, in the total amount of $1,350.00, to effect to complete repairs to the port reduction gear.

This amount is considered fair and reasonable for the nature and scope of work involved.

27. Conrad Shipyard, LLC submitted invoice No. 34972, dated August 25, 2021, in the total amount of $236,348.10, to effect the completion of damage repairs carried out.
This amount is considered fair and reasonable for the nature and scope of work involved.

The invoice contained approximately hours 240.5 of premium portions of bonus overtime, totaling $6,330.12. The premium portions were not removed from the invoice in this review, taken into consideration the overtime hours would decrease repair time.

The total amount submitted as of this date concerning repairs to the M/V "ROLAND A FALGOUT" is $ $1,687,501.91.

The total amount considered reasonable as of this date concerning repairs to the M/V "ROLAND A FALGOUT" is $1,667,852.20.

**SURVEYOR'S NOTES:**

In the event additional invoices, documentation or information is submitted for review and/or if additional inspections are carried out, the undersigned reserves the right to amend and/or supplement this report accordingly.

Survey made signed and submitted without prejudice to rights and/or interest of whom it may concern.

Attending Surveyors:

Anthony J. Anselmi

Tim Anselmi

Central Maritime, L.L.C.

Anthony J. Anselmi, Marine Surveyor
NAMS-CMS #118-1032

Central Maritime, L.L.C.



_____
Tim Anselmi, Principal Marine Surveyor
NAMS-CMS

**Enclosures:**

1. Photos

2. Invoices / Supports

3. Video of incident

4. M/V ROLAND A FALGOUT Documents

5. Inspection Documents

SURVEY FILE NO. ST-20-02597

 **Central Maritime, L.L.C.**

Marine Surveying and Consulting
5575 Hwy 1
P.O. Box 217
Lockport, LA 70374

Phone: 985-532-0442
Fax:    985-532-0441

**Report Date: September 29, 2021**

**Re: M/V "ROLAND A FALGOUT" / Derrick Barge "THOR" – Hurricane Zeta**

**Assured: Global Offshore Services, LLC**

**Allegation: Striking**

**D/L: October 28, 2020**

## <u>MEMORANDUM</u>

It is the opinion of the undersigned that the damages as outlined in the damage section of this report were recent in nature of a common cause and could reasonably be attributed to the D/B "THOR" striking the stern of the M/V "ROLAND A FALGOUT."

Taking into consideration the extent of underwater running gear damage and misalignments, and the fact that the area of damage and misalignment is more severe towards the port side of the vessel, the following information was considered:

The M/V "ROLAND A FALGOUT" was moored port side to the No.1 and No.2 steel mooring dolphins, located on the west bank of Bayou Lafourche, with its bow heading in a northerly direction. The vessel's normal operating draft is approximately 17'. The port side of the vessel would have been closer to the west bank of the channel than the starboard side; therefore, it would have been in deeper water on the starboard side than the port side.

The undersigned attended the incident location on December 8, 2020. Depths were taken at the No.1 and No.2 piling clusters. The No.2 piling cluster is destroyed, with one (1) remaining leg of the steel tripod piling cluster set towards the west. The water depth located at the No.1 and No.2 piling clusters at the date and time of the site survey was between 3.9' and 7.6' under the hull with an

approximate 6" draft to consider, the water depth would have been approximately 4.4' and 8.1' at approximately 1000 hours on December 8, 2020.

The undersigned researched historical tide data for October 28, 2020 and December 8, 2020. The predicted tide difference between the October 28, 2020 at approximately 1537 hours and December 8, 2020 at 1000 hours was approximately .89'. The aforementioned difference does consider the storm surge on October 28, 2020 during the passing of Hurricane Zeta.

It is openly obvious and readily apparent that the water depth at the No.1 and No.2 pilings would have had to be a minimum of 17' at the time the D/B "THOR" struck the M/V "ROLAND A FALGOUT". However, considering the water depth taken at the No.1 and No.2 pilings on December 8, 2020, the vertical clearance between the channel bottom and vessel's hull would have been minimal.

Videos from the M/V "ROLAND A FALGOUT" were provided for review. The video camera focused on the vessel's towing winch and aft main deck, capturing the stern deck of the towing vessel.

The video indicates seas overcoming the stern bulwarks of the vessel just prior to being struck by the D/B "THOR", with water accumulating at stern.

The D/B "THOR" made contact with the stern of the towing vessel at approximately 16:16:32 hours on October 28, 2020.

At the time of impact, the stern bulwarks were completely submerged underwater.

The video depicts the increased draft of the stern of the M/V "ROLAND A FALGOUT" as the D/B "THOR" makes contact.

It is estimated the draft of the M/V "ROLAND A FALGOUT" increased approximately 5', taking into consideration the bulwark height and the vessel's freeboard from its normal operating draft.

The total estimated draft of the M/V "ROLAND A FALGOUT" at the time of impact would have increased to 22'.

The M/V "ROLAND A FALGOUT" was inspected by the American Bureau of Shipping (ABS), the vessel's classification society, for an annual top side inspection during April 2020; the last special survey was conducted during 2017.

The vessel was inspected by the ABS third party organization on behalf of the U.S. Coast Guard concerning US Codes of Federal Regulations Subchapter M on June 30, 2020.

The vessel was in operation and reportedly on charter at the time of the allision by the D/B "THOR" on October 28, 2020.

Considering the misalignment uncovered after the allision, the vessel could not have operated with its propeller blade making contact with inner rim of its kort nozzle and the damages sustained to the starboard propulsion unit and port reduction gear. The vessel could not have operated in this condition.

It is the opinion of the undersigned that the M/V "ROLAND A FALGOUT"'s underwater gear made contact with bottom the moment the D/B "THOR"'s bow rake impacted the stern of the M/V "ROLAND A FALGOUT" at 16:16:32 hours on October 28, 2020.

This grounding impact caused damage to the vessel's underwater running gear.

It is further the opinion of the undersigned that the vessel's propulsion engines were in operation at the time of the incident, which resulted in damage to the machinery due to the misalignment sustained during impact by the D/B "THOR".

SURVEY FILE NO. ST-20-02597

This represents my opinions on this matter. If additional information is provided for review, the undersigned reserves the right to amend this report.

Central Maritime, L.L.C.



_____
Tim Anselmi, Principal Marine Surveyor
NAMS-CMS

**CONFIDENTIAL, PRIVILEGED, AND WITHOUT PREJUDICE**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**FROM SURVEYOR TO PRINCIPALS**

**Fidelis Claims LLC**
Wells Fargo - HCC Claims Account
2235 N. Hwy 190
Covington, LA 70433

26616

DATE    06/09/2021

PAY TO THE ORDER OF    Global Towing Services, LLC                    $360,891.75

Non-Transferable. This Is Not A Check.

26616

Insured Name:    Global Towing Services, LLC
Claim Number:    HSF-20-27-8450-10
Date of loss:    10/28/2020
Claimant:    Global Towing Services, LLC

In Payment of:    2nd Reimb. Hull & Machinery damage to ROLAND FALGOUT struck by THOR.

Date:    06/09/2021
Claims handler:    Dustin Goodwin

Payee:    Global Towing Services, LLC
Amount:    $360,891.75

Description:

Reference:    360891.75

Global Towing Services, LLC
P O Box 1463
Larose, LA 70373

HCC INSURANCE HOLDINGS INC. CHECK IS VOID WITHOUT MICROPRINT ON CHECK BORDER. A TRUE WATERMARK ON BACK AND THERMOCHROMIC INK.

**Fidelis Claims LLC**
Wells Fargo - HCC Claims Account
2235 N. Hwy 190
Covington, LA 70433

Wells Fargo - HCC Service Company Acct
Houston, TX

56-382/412

26616

06/09/21

PAY TO THE
ORDER OF    Global Towing Services, LLC

PAY    Three Hundred Sixty Thousand Eight Hundred Ninety-One Dollars and 75/100 Cents    $360,891.75

MEMO    2nd Reimb. Hull & Machinery damage to ROLAND FALGOUT struck by THOR.

Global Towing Services, LLC
P O Box 1463
Larose, LA 70373

_Teddy Boone_
_David Smith_
AUTHORIZED SIGNATURE

Rub Here

EXHIBIT
4

USSIC000297

**WELLS FARGO**    **Transaction Search**

# Images

Date/Time Printed: 11/10/2021, 12:10 PM PST
Check 27459 - 692852.20 USD





## Item Details

| | | | |
|---|---|---|---|
| Account Number | ████████ | Issue Date | **10/20/2021** |
| Account Name | **CO-HC COVENANT** | Payee | **Global Towing Services, LLC** |
| Check | **27459** | | |
| Amount | **692852.20 USD Debit** | Item Sequence Number | **008586636127** |
| Status | **Check Paid** | Bank ID | **241253823** |
| Posting Date | **11/05/2021** | | |
| As of Date | **11/05/2021** | | |
| | | | |
| Additional Item Details | **PHL REF#:** | | |
| | **0000008586636127** | | |
| | **0000002** | | |
| | **+000000011539775** | | |

USSIC000298

WELLS FARGO    Transaction Search

## Print Images

Date/Time Printed:    11/15/2024 7:56 AM PDT

Check 27456 - 114,108.25 USD





### Item Details

| | |
|---|---|
| Account Number | ■■■■ |
| Account Name | CO-HC COVENANT |
| Check | 27456 |
| Amount | 114,108.25 USD Debit |
| Status | Check Paid |
| Posting Date | 11/05/2021 |
| As of Date | 11/05/2021 |

Item Sequence Number    008586636126

Bank ID    241253823

## ACH Payment



[REDACTED] - FIDELIS GROUP HOLDINGS LLC (fidelisg)

### ACH Batch Details

Transaction Number ACH-04492243
Import File Name
Import Batch ID
Recurring Frequency One-Time Payment
Total Credits $588,795.09 (5)
ACH Company FIDELIS CLAIMS (1800421173)
Batch Type Extended Addenda (CTX) - Credit Only
Company Entry Description Claims
Notify Initiator Options None Selected
Payment Creation Date Jan 21, 2021 1:42 PM CST
Processing Date 01/21/2021
Payment Date 01/22/2021
Status Pending Approval

| Excluded | Payee | ABA | Account | Amount | Addenda | Prenote |
|---|---|---|---|---|---|---|
| | RAF Inc (RAF) | [REDACTED] | | $45,800.00 | Towing of MV Rolland A Falgout Hurricane Zeta Global Towing Services DL 10/28/20 HSF-20-27-8451-11 | |
| | RAF Inc (RAF) | [REDACTED] | | $500,000.00 | Supplemental Preliminary Advice Payment MV Roland A Falgout DL 10/28/2020 HSF-20-27-8450-10 | |