**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258** |
| | **c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,** |
| **VERSUS** | **21-1981, 21-1982, 21-2075, 21-2227** |
| | |
| **SHORE OFFSHORE SERVICES, LLC** | **JUDGE JAY C. ZAINEY** |
| | |
| | **MAGISTRATE JUDGE EVA J. DOSSIER** |
| | |
| | **APPLIES TO ALL CASES** |

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Partial Summary Judgment, filed pursuant to Federal Rule of Civil Procedure 56, by U.S. Specialty Insurance Company will be submitted to the Honorable Jay C. Zaney, United States District Court Judge, on the 12th day of November, 2025.

                                        **DEGAN, BLANCHARD & NASH**

                                        By: */s/ Philip C. Brickman*
                                              Sidney W. Degan, III (#4804)
                                              Philip C. Brickman (#25586)
                                              400 Poydras Street, Suite 2600
                                              New Orleans, Louisiana 70130
                                              Telephone: (504) 529-3333
                                              Facsimile: (504) 529-3337
                                              Email: sdegan@degan.com
                                                            pbrickman@degan.com
                                              ***Counsel for U.S. Specialty***
                                              ***Insurance Company***

{02166770.DOCX;1}