**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO: 21-258** |
| | **c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,** |
| **VERSUS** | **21-1982, 21-1981, 21-2075, 21-2227, 23-3220** |
| | |
| **SHORE OFFSHORE SERVICES, LLC** | **SECTION "A"** |
| | **HON. JAY C. ZAINEY** |
| | |
| | **MAGISTRATE: (3)** |
| | **HON. EVA J. DOSSIER** |
| | |
| | **APPLIES TO ALL CASES** |

<u>**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF C-PORT EXPERTS**</u>

NOW INTO COURT, through undersigned counsel, come Limitation Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC (collectively the "<u>THOR Interests</u>"), and submit this Motion to:

(a) exclude the testimony of Christopher O'Brien of Lanier & Associates Consulting Engineers, Inc. ("<u>Lanier</u>") as a retained expert of C-Port, LLC ("<u>C-Port</u>") under Rule 26(a)(2)(B) related to the condition of the "mooring dolphins at the C-Port facility at the time of Hurricane Zeta" and "the useful life of the dolphins"; and

(b) exclude or limit the testimony of Timothy Duncan, Christopher O'Brien, and any other representatives of Lanier, Matt Dubois and any other representative of Grand Island Shipyard, Inc. ("<u>GIS</u>"), any representative of Sealevel Construction, Inc. ("<u>Sealevel</u>"), and David Robichaux and any other representative Low Land Construction Co., Inc. ("<u>Low Land</u>"), as non-retained experts of C-Port under Rule 26(a)(2)(C).

WHEREFORE, for the reasons set forth in the accompanying memorandum in support, the THOR Interests pray that this Motion be granted and that Mr. O'Brien and the other individuals identified as non-retained experts by C-Port (Timothy Duncan and any other representatives of

Lanier; Matt Dubois and any other representative of GIS; any representative of Sealevel; and David Robichaux and any other representative Low Land) be excluded from testifying regarding useful life or depreciation at trial.

Respectfully submitted:

*/s/ Gavin H. Guillot*

Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**