

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALL COAST, LLC | **CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** |
| **VERSUS** | **Pleading applies to ALL CASES** |
| **SHORE OFFSHORE SERVICES, LLC,** *et al.* | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE: KAREN WELLS ROBY** |
| | **SECTION: A(4)** |

## <u>C-PORT LLC'S EXPERT DISCLOSURES</u>

NOW COMES, C-Port, LLC ("C-Port") through undersigned counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby discloses that they may call one or more of the following individuals to give expert testimony at the trial of this matter:

### A. RETAINED EXPERTS

1. Christopher O'Brien
   Lanier & Associates Consulting Engineers, Inc.
   4101 Magazine Street
   New Orleans, LA 70115
   Telephone: (504) 895-0368

Mr. O'Brien is a professional engineer with experience in waterfront/marine terminal infrastructure and is expected to opine and testify regarding the mooring dolphins at the C-Port facility at the time of Hurricane Zeta; the useful life of the dolphins; the cost of removal/repair/replacement of the dolphins; and opinions set forth in his expert report.  Mr. O'Brien's testimony, opinions, and conclusions will be based on his education, training, and experience, as well as documents and materials previously produced by the parties to this case, and any additional documents and resources identified in his report. Mr. O'Brien's curriculum vitae, list of publications (if any), list of prior testimony, and fee schedule are included with his report and/or this disclosure.

B. NON-RETAINED EXPERTS

C-Port may call the following-non-retained expert witnesses to give expert testimony. The following concerning surveyors and/or marine contractors that conducted inspection, survey, damage analysis, removal and/or repair of the fixed structures/dolphins at the C-Port facility at-issue in this litigation. As such, they possess expertise and knowledge in their respective areas. This designation is made to permit C-Port to introduce evidence from these individuals which might be deemed in the nature of opinion or expert testimony. Specifically, these individuals may testify about C-Port's damages, the extent of such damages, photographs of damage/inspection, removal, repair plans, replacement plans and costs, useful life, depreciation, estimates, and invoices derived from their personal onsite inspection, review of materials, and repair following the incident.

1. Timothy Duncan, Christopher O'Brien, or other representatives of Lanier & Associates Consulting Engineers, Inc.
   4101 Magazine Street
   New Orleans, LA 70115
   Telephone: (504) 895-0368

   Mr. Duncan and/or other Lanier representatives are expert consulting engineers and project managers who conducted various inspections and surveys of the damaged dolphins following the incident. They may testify concerning the scope of the damage sustained to the mooring dolphins/fixed structures, repair/replacement, useful life, and any costs or expenses associated with same.

2. Matt Dubois or another representative of Grand Island Shipyard, Inc. ("GIS")
   18838 3235
   Galliano, Louisiana 70354
   Telephone: (985) 475-5238

   GIS representatives are experts in marine construction and may testify regarding the damage to the mooring dolphins/fixed structures, repair/replacement, useful life, and any costs or expenses associated with same.

3. A representative of Sealevel Construction, Inc.
   1069 Hwy 3185

Thibodaux, Louisiana 70301
Telephone: (985) 448-0970

Sealevel Construction representatives are experts in marine construction and may testify regarding the damage to the mooring dolphins/fixed structures, repair/replacement, useful life, and any costs or expenses associated with same.

4. David Robichaux or another representative Low Land Construction Co., Inc.
   206 Industrial Ave C
   Houma, Louisiana 70363
   Telephone: (985) 446-1314

   Low Land Construction representatives are experts in marine construction and may testify regarding the damage to the mooring dolphins/fixed structures, repair/replacement, useful life, and any costs or expenses associated with same.

### C.  OTHER EXPERTS/CROSS-DESIGNATIONS

There may be other individuals who are designated as experts by other parties, all of whom the C-Port reserves the right to call as expert witnesses. By making this cross-designation, C-Port does not waive the right to challenge the expertise and/or qualifications of any expert designated by any other party and is not hereby adopting, agreeing to, and/or incorporating any adverse opinion expressed by any of these individuals.

### D.  REBUTTAL EXPERTS

C-Port reserves the right to designate and call rebuttal expert witnesses, the identity of which cannot reasonably be anticipated at this time. C-Port reserves the right to challenge the

testimony and qualifications of any expert designated by any other party. C-Port reserves the right to supplement this designation.

E. RESERVATIONS

C-Port reserves the right to elicit expert and lay opinion testimony from its past and present employees and each party's discovery disclosures, as appropriate based upon their experience, education, training, and qualifications.

C-Port reserves the right to supplement or amend this designation, as necessary, within the time limitations imposed by the Court and/or by alteration of same by subsequent court order and/or agreement of the parties.

C-Port reserves the right to withdraw the designation or identification of any expert witness contained herein and to aver positively that such previously designated or identified expert will not be called at trial and to re-designate same as a consulting expert, who cannot be called to testify by opposing counsel.

C-Port reserves the right to elicit, by cross-examination or otherwise, any expert testimony and/or lay opinion testimony that would assist the trier of fact in determining material issues of fact insofar as is allowable by the Federal Rules of Civil Procedure.

C-Port reserves any further rights they may have with regard to expert witnesses and testimony under either the Federal Rules of Civil Procedure and/or the rulings of this Honorable Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:     /s/ Katharine R. Colletta
        Thomas Kent Morrison (Bar #25802)
        Colin B. Cambre (Bar #31083)
        Katharine R. Colletta (Bar #27552)

365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
E-mail:  morrisok@phelps.com
        cambrec@phelps.com
        katharine.colletta@phelps.com

**ATTORNEYS FOR C-PORT, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have on this 27th day of December, 2023, served a copy of the foregoing pleading (C-Port's Expert Disclosure) on counsel of record for all parties to this proceeding, by e-mail, facsimile and/or mailing same by United States mail, properly addressed and first class postage prepaid.

*/s/ Katharine R. Colletta*
Katharine R. Colletta