**EXHIBIT**

**B**

# C-PORT
# FOURCHON, LA

## OCTOBER 28, 2020
## HURRICANTE ZETA - THOR ALLISION
## EXPERT OPINIONS
## MARINE DOLPHIN USEFUL LIFE

**PREPARED BY:**

**LANIER AND ASSOCIATES**
**CONSULTING ENGINEERS, INC.**
**4101 MAGAZINE ST.**
**NEW ORLEANS, LA 70118**



**PH: 504-895-0368**
**WWW.LANIER-ENGINEERS.COM**

**LOUISIANA FIRM NO. EF-1120**

**LANIER JOB NUMBER 11593**
**DECEMBER 27, 2023**

LANIER JOB NO. 11593                                                            C-PORT
DECEMBER 27, 2023                                                     PORT FOURCHON, LA

## **TABLE OF CONTENTS**

1. INTRODUCTION                                           1

2. QUALIFICATIONS                                         1

3. BILLING RATES                                          1

4. PRIOR TESTIMONY                                        1

5. SUMMARY OF SUPPORTING DOCUMENTATION                    1

6. BACKGROUND                                             2

7. SUMMARY OF OPINIONS                                    2

8. SIGNATURE                                              3

APPENDIX A - RESUME

**LANIER & ASSOCIATES**
CONSULTING ENGINEERS, INC.

TABLE OF CONTENTS

| | |
|---|---|
| LANIER JOB NO. 11593 | C-PORT |
| DECEMBER 27, 2023 | PORT FOURCHON, LA |

## 1. INTRODUCTION

Lanier & Associates Consulting Engineers, Inc. (Lanier) was retained by Phelps Dunbar, LLP to provide expert opinions regarding the useful life of the twelve dolphins at C-Port in Port Fourchon prior to the damaged that occurred during the Hurricane Zeta storm event on October 28, 2020.

## 2. QUALIFICATIONS

Chris O'Brien, P.E. has worked in the engineering field for the past 20 years and has been a registered professional engineer in the state of Louisiana since June of 2008. For the last 17 years, Chris O'Brien, P.E.'s work has been in the area of marine terminal design. Chris O'Brien, P.E.'s current resume is included as Appendix A.

Lanier was commissioned by Phelps Dunbar, LLP in November 2020 to document the condition of the twelve dolphins at C-Port and to provide construction observation services during the demolition of the dolphins. Chris O'Brien, P.E. represented Lanier in that effort.

## 3. BILLING RATES

Chris O'Brien, P.E.'s current job description with Lanier is Civil Engineering Department Head. Chris O'Brien, P.E. has a billing rate of $495.00/hr.

## 4. PRIOR TESTIMONY

Chris O'Brien, P.E. has recently been engaged in the following testimonies:

    A. The Louisiana Fruit Company vs. Bud's Boat Rental, LLC
       New Orleans, LA
       February 2021

    B. Allision of the M/V ANDREW MACMILLAN
       Farmers Grain Terminal Facility, Mound, LA
       September 2020

## 5. SUMMARY OF REFERENCE DOCUMENTATION

The following Reference Documents have been used in developing these opinions:

    A. December 16, 2020 Letter from Chris O'Brien, P.E. to Thomas Kent Morrison
       RE: C-Port Fourchon Post Allision Damage Assessment Incident Investigation Letter

    B. Lanier Daily Status Reports Dated February 22, 2021 to March 09, 2021

    C. Lanier Daily Status Report Dated July 9, 2021



    D. Larry J. Picciola, Inc. drawing, 950066, Sheets 1 to 3, dated October 15, 1996

    E. Sealevel Construction, Inc. Quote: Dated December 8, 2022

    F. Low Land Construction, Co. Inc. Quote: Dated December 8, 2022

    G. GIS, Inc. Quote: Dated September 13, 2022

## 6. BACKGROUND

    A. Per Reference Document D, the twelve dolphins each consisted of one 24-in. diameter x 0.5-in. wall thickness x 70-ft. long steel plumb piles with two 16-in. diameter x 0.5-in. wall thickness x 80-ft. long batter piles with a steel mooring cleat and stiffeners at the top. Rubber tires were included for fenders.

    B. From visual observation of the dolphins, the dolphins appeared to have been coated with a coal tar epoxy or a similar marine coating.

    C. Per Reference Document D, the dolphins were designed in 1996 and it is presumed they were constructed near that time.

## 7. SUMMARY OF OPINIONS

    A. The design of the C-Port dolphins is common in the marine industry and is typical for use in barge and oil field service vessel moorings.

    B. The useful life of steel structures in a marine environment are typically limited by corrosion of the steel members.

    C. With maintenance, steel structures in a marine environment can be continuously restored to "like new" condition.

    D. Prior to the damage that occurred during the storm event, the dolphins had localized areas of corrosion including holes in the piles, primarily within the splash zone. There was normal wear along the fenderline.

    E. Prior to the damage that occurred during the storm event, the dolphins were in serviceable conditions. The dolphins could have been returned to "like new" condition with a maintenance project.



    F. Lanier reviewed the dolphin construction quotes noted in the Summary of Reference Documentation.

        i. The Sealevel Construction, Inc. and Low Land Construction, Co. Inc. are reasonable quotes to replace the dolphins.

        ii. The GIS, Inc. quote should not be used as a representative quote for the replacement of the dolphins. The quote indicates the cost is per dolphin. However, the quote does not indicate if the "Total Estimates Cost" should be multiplied by twelve to replace all the dolphins or if, for example, all the dolphins could be replaced under a single demobilization.

        I reserve the right to reevaluate this opinion if clarifications to the GIS, Inc. quote are provided in the future.

## 8. SIGNATURE

    A. This document has been prepared by Chris O'Brien, PE.



**LANIER & ASSOCIATES**
CONSULTING ENGINEERS, INC.

**APPENDIX A**



RESUME

# CHRISTOPHER O'BRIEN, P.E.

## CIVIL/STRUCTURAL DEPARTMENT HEAD



### PROFILE
Mr. O'Brien has gained a broad range of engineering design and management experience in his professional consulting career.

### DISCIPLINE
Civil/Structural Engineering

### REGISTRATIONS
Professional Civil Engineer, Louisiana #33945

Professional Civil Engineer, Arkansas #14544

Professional Civil Engineer, Texas #108174

Professional Civil Engineer, Virginia #0402050394

Professional Civil Engineer, Ohio #79372

Professional Civil Engineer, Utah 12901806-2022

### RESPONSIBILITIES
» Engineering Department Management
» Engineering Project Management
» Client Interface
» Construction Management
» Marine Facilities Planning and Design
» Structural Analysis/Design
» Damage Surveys/Structural Evaluation

### EDUCATION
**B.S. Civil Engineering**
University of New Orleans | 2003

**M.S. Civil Engineering**
University of New Orleans | 2009

## WORK EXPERIENCE

### LANIER & ASSOCIATES CONSULTING ENGINEERS, INC.
2020-PRESENT | CIVIL/STRUCTURAL ENGINEERING DEPARTMENT HEAD
2018-2020 | CIVIL/STRUCTURAL ENGINEERING DEPARTMENT MANAGER
2010-2018 | SENIOR CIVIL/STRUCTURAL ENGINEER
2006-PRESENT | CIVIL/STRUCTURAL ENGINEER

Experience: Since joining Lanier & Associates Consulting Engineers, Inc. in 2006, he has managed the design and construction of many industrial marine projects in the Southeastern United States. Projects primarily involve inland marine civil and structural design. He has successfully supervised and performed the design of new construction projects, facility modification projects, and damage repair projects. His role as project manager often requires project involvement from the initial client contact through the completion of construction. As a project manager he coordinates efforts of the structural department along with mechanical, electrical, surveying, and drafting department personnel to produce concise, constructible design concepts and accurate construction drawings and specifications. As a Civil/Structural Department Manager he distributes engineering projects to personnel, provides oversight and provides technical support within the department.

**MAJOR PROJECTS INCLUDE:**

**PLAINS – DOCK 2 – ST. JAMES, LOUISIANA**
» Project management for the detailed design of a new ship and barge dock on the Mississippi River for the transfer of crude oil and petrochemicals. Project scope includes the preliminary and detailed design of an approximately 300 ft approachway, loading platform and barge and ship mooring and breasting dolphins.

**YCI – ST. JAMES, LOUISIANA**
» Project management for the detailed design of a heavy haul dock to move equipment from the Mississippi River to the plant. Project scope includes permitting, preliminary design and detailed design of an approximately 900 ft steel and concrete approachway, an overpass over a state highway, and barge dolphins.

**CF INDUSTRIES – DONALDSONVILLE, LOUISIANA**
» Project management for the detailed design of a bulk fertilizer dock. Project scope includes permitting, preliminary design and detailed design of a 2700 linear ft conveyor, barge loading tower, barge haul system, and barge dolphins.

