

**E&L Enterprises, Inc.**
120 Airport Road
Galliano, LA 70354

(985)475-5271

# Estimate

| Date | Estimate # |
|---|---|
| 06/20/2012 | BG-1319 |

**Address**
C-Port, L.L.C.
16201 East Main Street
Cut Off, LA 70345

**EXHIBIT D**

| Sales Person | Ordered By |
|---|---|
| BG | JG |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Quote to blast and paint 12 ea. tie bitts across from C-Port Spud Barge, Tug, Flat Boat and Motor, Boom Lift, Blast Equip, Fuel, Sand, Welder (weld raised top cap) Labor & Equipment to Furnish above equip. to complete project C-Port to furnish paint, thinner, and wash as needed | 1 | 58,000.00 | 58,000.00 |

Please confirm recipt by e-mail to bguidry18337@hotmail.com
Quote Good For 30 Days
Please call if you have any questions or need more information.
ph 985 637-1532  or above e-mail

| | |
|---|---|
| SubTotal | $58,000.0 |
| Tax (9.2%) | $0.0 |
| Total | $58,000.0 |

Accepted By: _____    Accepted Date: _____

Thank you for your Business.   Contractor not liable for damages if delivery or services are required within property boundarie