# Transcript of the Testimony of
# Rule 30(b)(6) Deposition of C-Port, LLC through Lee Bouziga

**EXHIBIT**

**E**

**Date: July 24, 2024**

**All Coast, LLC v. Shore Offshore Services, LLC, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 45

1  does C-Port have any documentation showing the
2  condition of the mooring dolphins, from
3  construction through the point of the
4  incident?
5      A    No, sir.
6      Q    Is the only document that might
7  speak to this is work records related to the
8  2012 repair work?
9          MR. MORRISON:
10              Object to the form, and only
11      because also the post-incident survey
12      that we all did, so --
13         MR. GUILLOT:
14              Okay, and that's a fair point.
15 EXAMINATION BY MR. GUILLOT:
16     Q    I'm talking about up to the moment
17 of the incident, okay.
18     A    Okay.
19     Q    And so why don't I ask it more
20 broadly.  Does C-Port have any documentation
21 that discusses the condition of the mooring
22 dolphins, from the moment of their
23 construction, through October 28th, 2020?
24     A    No, sir.
25     Q    Does C-Port have any documents that

Page 46

1  discuss the maintenance of the mooring
2  dolphins, from the moment of their
3  construction, through October 28th, 2020,
4  besides what you testified to earlier
5  regarding the repairs in 2012?
6      A    No, sir.
7      Q    Is it a correct statement that
8  C-Port, from 1997 through the date of the
9  incident on October 28th, 2020, never
10 conducted any surveys of the mooring dolphins,
11 period?
12          MR. MORRISON:
13               Object to the form.  You can
14       answer.
15          THE WITNESS:
16               I don't think that it is.  I
17       think surveys were done.  They just were
18       not recorded.  They were not documented,
19       right.  Visual inspections, but nothing
20       that would have been recorded or
21       documented.
22 EXAMINATION BY MR. GUILLOT:
23     Q    So tell me if I'm correct.  Is it a
24 fair statement, am I correct that there may
25 have been, over time, representatives of

Page 47

1   C-Port or third parties who viewed the
2   dolphins, but that their interpretations of
3   what they had seen were not recorded?
4       A    That's correct.
5       Q    And that would be the extent of
6   surveys that were conducted, from the date of
7   construction in '97, through the date of the
8   incident on October 28th, 2020, besides the
9   2012 repair work?
10      A    That's correct.
11      Q    Do you have any knowledge of
12   whether the dolphins sustained any damage from
13   hurricanes, other bad weather, or collisions
14   with vessels, from the date of construction to
15   the date before this incident?
16      A    No, sir, I do not.
17      Q    Do you have any knowledge of
18   whether these dolphins sustained any damage
19   from any event at all, from date of
20   construction through the day before this
21   incident?
22      A    No, sir, I don't.
23      Q    At the time of the incident, did
24   C-Port have any maintenance, renovation or
25   improvement work planned for the dolphins?

Page 77

```
 1   damaged during the incident?
 2        A    No, sir, but I can assume that they
 3   did.
 4        Q    It's your assumption that the
 5   HARVEY SEAS made contact with nine of the
 6   mooring dolphins?
 7        A    No, sir.  I'm just saying that my
 8   assumption is that the HARVEY SEAS was struck
 9   by the THOR, which caused it to push against
10   our mooring dolphins.  How many of them,
11   throughout the process, I don't know that.
12        Q    Okay.  What is your understanding
13   of the condition of the mooring dolphins just
14   before the incident?
15        A    We were not aware of any
16   deficiencies that were told to us or we were
17   not informed of any deficiencies of any of the
18   mooring dolphins prior to the incident.
19        Q    How would C-Port learn of
20   deficiencies in the mooring dolphins, as an
21   ordinary course?
22        A    By a vessel telling us, you know,
23   something's wrong with the mooring dolphin or
24   something of that nature.
25        Q    There was no established routine
```

Page 78

1    inspection protocol in place for the mooring
2    dolphins, correct?
3         A    Correct.  We talked about that
4    already.
5         Q    Right.  And so if you were to learn
6    that there was a deficiency in the mooring
7    dolphins, you were relying upon a customer
8    telling you about the deficiency?
9         A    Correct.
10        Q    Have you seen any of the
11   pre-incident photographs of the mooring
12   dolphins, from October 27th, 2020?
13        A    Pre-incident?
14        Q    Yes, sir.
15        A    I'm not aware that any were taken.
16        Q    I'm going to go over a couple of
17   them with you.  There's four pages that I'm
18   going to mark as "Exhibit 470."  It's
19   HGIM4012, HGIM4013, HGIM-EV5890, HGIM-EV5894.
20        A    Okay.
21        Q    Four photos.  Just let me know if
22   you've seen them before.  I should have
23   mentioned to you, sir, that anytime you want
24   to take a break, you're more than welcome to.
25        A    I'm fine.  No, sir, I was not

Page 83

 1     Q    Okay.  I'll represent to you that
 2  this photograph was produced by Harvey Gulf
 3  and that it's an image that has a date on it
 4  of October 27th, 2020, as attached to the
 5  email.  Do you have any knowledge of that
 6  being the condition of any of the mooring
 7  dolphins on October 27th, 2020?
 8     A    No, sir.  We were not made aware of
 9  that.
10     Q    Look at the next photograph,
11  please, which is HGIM5894.  I will make a
12  similar representation to you, that these are
13  photographs that -- this is a specific
14  photograph that Harvey Gulf produced, and it
15  has an image name of October 27th, 2020.  Do
16  you see that in the attachment to the email?
17  I'll point to it.  It's what the attachment is
18  named.
19     A    Okay.
20     Q    And I will also further represent
21  to you that this was a photograph taken from
22  the HARVEY SEAS pointed down-bayou, okay.
23     A    Down-bayou?
24     Q    Yeah, toward the south.
25     A    Okay.

Page 95

1  the THOR, nothing happened between that date
2  and the date of this inspection, so it was --
3  all the damage that's noted here happened
4  during the incident with the THOR.
5      Q    Got it.  And I'm not asking you
6  about, how do you know it was not damaged
7  between October 28th, 2020 and whenever that
8  survey was conducted in November, 2020.  I'm
9  asking you, how do you know that the damage
10 that's reflected on each and every one of
11 those mooring dolphins was not, in some way,
12 damage that preexisted the incident?
13     A    The only logical thing that
14 happened to these dolphins, that were beat up
15 like they are, is the incident with the Motor
16 Vessel THOR.
17     Q    And that's where I want to
18 concentrate.  Because some of the dolphins,
19 you're saying, were destroyed, right?
20     A    Yeah, it's noted here.
21     Q    Okay.  Some of them were destroyed.
22 But some of them weren't destroyed; they had
23 damage, right?
24     A    Correct.
25     Q    And you can't sit here and say that

Page 96

1  the dolphins that were merely damaged and not
2  destroyed, the damage on those dolphins did
3  not preexist the incident?
4         MR. MORRISON:
5              Object to the form.  You can
6     answer.
7         THE WITNESS:
8              Correct.  I have no way of
9     knowing it.
10 EXAMINATION BY MR. GUILLOT:
11    Q    All right.  Did C-Port, aside from
12 the document that's before you that's dated in
13 December of 2020, signed by O'Brien, did
14 C-Port conduct any investigation or root cause
15 analysis for the incident?
16    A    No, sir.
17    Q    Did it take interviews of any
18 people concerning the incident?
19    A    No, sir.  Called our lawyers.
20    Q    Pardon me?
21    A    We called our lawyers.
22         MR. MORRISON:
23              As everyone should do.
24 EXAMINATION BY MR. GUILLOT:
25    Q    I'm going to talk to you a little

Page 153

1  REPORTER'S CERTIFICATE
2
3  This certification is valid only for a transcript accompanied by my original
4  signature and original required seal on this page.
5
6  I, Linda G. Griffin, RPR, Certified Court Reporter in and for the
7  State of Louisiana, as the officer before whom this testimony was taken, do hereby
8  certify that Lee Bouziga, after having been duly sworn by me upon authority of
9  R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 152 pages; that
10 this testimony was reported by me in the stenotype reporting method, was prepared and
11 transcribed by me or under my personal direction and supervision, and is a true and
12 correct transcript to the best of my ability and understanding; that the transcript has
13 been prepared in compliance with transcript format guidelines required by statute or by
14 rules of the board, that I have acted in compliance with the prohibition on
15 contractual relationships, as defined by Louisiana Code of Civil Procedure Article
16 1434 and in rules and advisory opinions of the board; that I am not related to counsel
17 or the parties herein, nor am I otherwise interested in the outcome of this matter.
18
19
20
          _____
21        LINDA G. GRIFFIN, RPR
          CERTIFIED COURT REPORTER
22
23
24
25