*Excellence By Design. . .Since 1974*

**LANIER & ASSOCIATES**
**CONSULTING ENGINEERS, INC.**

EXHIBIT

**F**

December 16, 2020

Thomas Kent Morrison
Phelps Dunbar, LLP
365 Canal Street Suite 2000
New Orleans, LA 70130
Via email: kent.morrison@phelps.com

        Re:  C-Port Fourchon
              Post Allision Damage Assessment
              Incident Investigation Letter
              Lanier Job No. 11593

Dear Mr. Morrison:

In response to an incident that occurred during the Hurricane Zeta storm event, Lanier & Associates Consulting Engineers, Inc. (Lanier) performed a visual inspection of the damage to the dolphin structures at the C-Port facility located in Fourchon, LA.  This letter report was prepared to document our observations.

The occurrence was described as follows:  *In the evening of October 28, 2020, during the Hurricane Zeta storm event, the vessel THOR broke loose of her moorings causing damage to dolphin structures across the channel and adjacent to the C-Port facility.*

On November 19, 2020, Chris O'Brien, P.E. and Jeremy Buse from Lanier met with James Guidry with Cajun Ironworkers, Inc. to view the dolphin structures. In addition, Thomas Davis and Chris O'Brien, P.E. participated in a joint inspection on December 8, 2020.

The existing dolphins are three-pile structures (1 plumb and 2 battered) with large equipment tires as fenders and steel pipe mooring bollards.  There are a total of twelve existing dolphins; and, for this inspection, the structures were designated #1 thru #12 in the order shown on the site plan graphic attached as Appendix A.  Photos taken during the inspection are attached as Appendix B. Drawings, as provided to Lanier, of the existing dolphins are included as Appendix C.

Each dolphin was given a condition assessment rating in accordance with the American Society of Civil Engineers Standard Practice Manual. The condition ratings are described below:

**NEW ORLEANS** 4101 Magazine Street, New Orleans, LA  70115  (504) 895-0368  FAX  (504) 895-0566
**BEAUMONT** 595 Orleans Street, Suite 600, Beaumont, TX 77701 (409) 212-1051  FAX (409) 212-1541
**CORPUS CHRISTI** 500 N. Shoreline Blvd., Suite 350, Corpus Christi, TX 78401 (361) 402-6996
**HOUSTON** 3100 Timmons, Suite 435, Houston, TX 77027 (713) 554-5373
**WEBSITE** www.lanier-engineers.com **GENERAL EMAIL ADDRESS** info@lanier-engineers.com

CPORT 000003

Thomas Kent Morrison
December 16, 2020
Page 2

Good – No visible damage or only minor damage is noted.
Satisfactory – Limited minor to moderate defects or deterioration are observed but no overstressing is observed.

Fair – All primary structural elements are sound, but minor to moderated defects or deterioration is observed. Localized areas of moderate to advanced deterioration may be present but do not significantly reduce the load-bearing capacity of the structure.

Poor – Advanced deterioration of overstressing is observed on widespread portions of the structure but does not significantly reduce the load-bearing capacity of the structure.

Serious – Advanced deterioration, overstressing, or breakage may have significantly affected the load-bearing capacity of primary structural components.

Critical – Very advanced deterioration, overstressing, or breakage has resulted in localized failure(s) of primary structural components.

The following damage was observed:

- Dolphin #1 – The plumb pile was broken approximately 4ft above the water line; the North batter pile was kinked; and the top cap plate was destroyed. *See Photos 1, 2, and 3* Condition: Destroyed

- Dolphin #2 – The piles were sheared near the water line and the top of the structure was missing. *See Photos 4 and 5* Condition: Destroyed

- Dolphin #3 – The plumb pile was deformed and had a hole approximately 4"x10". The tire fenders are missing. *See Photos 6, 7, and 8* Condition: Critical

- Dolphin #4 – The plumb pile was deformed and had a hole approximately 6"x6"; the South batter pile was dented; and the mooring bitt at the cap plate was severely damage. *See Photos 9, 10, and 11* Condition: Critical

- Dolphin #5 – The plumb pile was sheared near the waterline; the North batter pile was kinked approximately 3ft above the waterline; and the mooring bitt was severely damaged. *See Photos 12 and 13* Condition: Destroyed

Thomas Kent Morrison
December 16, 2020
Page 3

- Dolphin #6 – The plumb pile appeared sheared below the waterline; the North batter pile was kinked approximately 2ft above the waterline; and the South batter pile was displaced. The elevation of the dolphin was several feet below those of the adjacent structures. *See Photos 14 and 15*
  Condition: Destroyed

- Dolphin #7 – The dolphin was not visible above the waterline. *See Photo 16 (dolphins 6 and 9 are visible in the photo)*
  Condition: Destroyed

- Dolphin #8 – The dolphin was not visible above the waterline. *See Photo 16 (dolphins 6 and 9 are visible in the photo)*
  Condition: Destroyed

- Dolphin #9 – Only the top 3ft of the dolphin was visible above the waterline. *See Photos 17 and 18*
  Condition: Destroyed

- Dolphin #10 – The plumb pile was kinked approximately 3ft above the waterline; the North batter pile was kinked at the connection to the cap; and the South batter pile was sheared at the connection to the cap. *See Photos 19 and 20*
  Condition: Destroyed

- Dolphin #11 – The plumb pile was displaced several feet inshore; the batter piles were displaced to a near vertical position inshore; and the dolphin cap was destroyed. *See Photos 21, 22, and 23*
  Condition: Destroyed

- Dolphin #12 – The plumb pile was dented near the top; the batter piles showed no visible damage; the cap plate was damaged; and the tire fenders were cracked. *See Photos 24 – 28*
  Condition: Poor

Photos 29 to 32 are overall shots included for reference.

Considering nine (9) of the dolphins have been destroyed, two (2) dolphins are in critical condition, and one (1) dolphin is in poor condition, Lanier recommends demolishing and replacing all the dolphins.

Thomas Kent Morrison
December 16, 2020
Page 4

Please let us know if you have any questions.

Very truly yours,

LANIER & ASSOCIATES
CONSULTING ENGINEERS, INC.

Chris O'Brien, P.E.
Civil/Structural Department Head

Enclosed:     Appendix A – Reference Site Plan Graphic
              Appendix B – 11/19/2020 Photos
              Appendix C – Drawing 950066 (3)

cc:    Brad Frischhertz, P.E.
       Brad Gilcrease, P.E.

CPORT 000006



C-PORT FOURCHON
APPENDIX A
REFERENCE SITE PLAN PHOTO

#1

EXISTING DOLPHINS
TWELVE (12) TYP.

#12

CPORT-000007



**Photo (1).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (2).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (3).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (4).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (5).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (6).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (7).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (8).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (9).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (10).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (11).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (12).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (13).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (14).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (15).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (16).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (17).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (18).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (19).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (20).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (21).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (22).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (23).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (24).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (25).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (26).jpg - C-Port Fourchon - Dolphin Condition Assessment**



**Photo (27).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (28).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (29).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (30).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (31).jpg – C-Port Fourchon – Dolphin Condition Assessment**



**Photo (32).jpg – C-Port Fourchon – Dolphin Condition Assessment**



PLAN

16" ∅ × 80' STEEL PIPE PILE
1/2" WALL THICKNESS (TYP.)

MOORING CLEAT

24" ∅ × 70' STEEL PIPE PILE
1/2" WALL THICKNESS (TYP.)

1/2" HORIZ. STIFFENER PLATE

16" ∅ × 80' STEEL PIPE PILE
1/2" WALL THICKNESS (MIN.)

MOORING CLEAT

3/4" STEEL PLATE

24" ∅ × 70' STEEL PIPE PILE
1/2" WALL THICKNESS (MIN.)

USED AIRPLANE TIRES

4" ∅ × 3' STEEL PIPE
EXTRA HEAVY STEEL

1/2" HORIZ. STIFFENER PLATE

16" ∅ × 80' STEEL PIPE PILE
1/2" WALL THICKNESS (TYP.)

ELEVATION

MOORING DOLPHIN DETAIL
3/8" = 1'-0"

HYDRANT (STATION 10+00)

N. DOUCET DRIVE

4+00  3+00  2+00  1+00  0+00  -1+00

BASELINE

HYDRANT (STA. 1+92.90)

9TH STREET

EXISTING BANK LINE

BAYOU LAFOURCHE

DREDGE BOTTOM LIMITS
BY OTHERS

MOORING BOLLARD LINE

EXISTING BANK LINE

TOP OF CUT

MOORING DOLPHIN
DETAIL ON THIS SHEET

SECTION LINE PROFILE
SCALE  1" = 100'

NOTE:  ELEVATIONS ARE N.G.V.D.

FILE:  950066\D-WBOLL\SH1-01\SH1-01.DWG

| DATE | REVISION |
|------|----------|

larry j. picciola, inc.
CONSULTING ENGINEERS & SURVEYORS
13095 WEST MAIN – CUT OFF, LA 70345
P.O. BOX 970 – LAROSE, LA 70373
PHONE:  (504)-798-7700      FAX:  (504)-798-7755

| DESIGNED BY | DRAWN BY | CHECKED BY |
|-------------|----------|------------|
| L.J.P. | A.L.M. | N.B.A. |

STAMP

C-PORT, L.L.C.

MOORING BOLLARD LOCATIONS & DETAIL

PORT FOURCHON, LOUISIANA

SCALE
SHOWN

DATE
10-15-96

JN.
950066

SHEET NO.
C-PORT 000024



STA. −1+00

HORIZ. 1" = 20'
VERT. 1" = 5'

STA. 0+00

HORIZ. 1" = 20'
VERT. 1" = 5'

STA. 1+00

HORIZ. 1" = 20'
VERT. 1" = 5'

NOTE:  ELEVATIONS ARE N.G.V.D.

FILE:  950066\0-MBOLL\SHT-02\SHT-02.DWG

| DATE | REVISION |
|---|---|

**larry j. picciola, inc.**

CONSULTING ENGINEERS & SURVEYORS
13095 WEST MAIN − CUT OFF, LA 70345
P.O. BOX 970 − LAROSE, LA 70373
PHONE  (504)-798-7700          FAX  (504)-798-7755

| DESIGNED BY | DRAWN BY | CHECKED BY |
|---|---|---|
| L.J.P. | A.L.M. | N.B.A. |

STAMP

C−PORT, L.L.C.

STATIONS −1+00, 0+00, AND 1+00.

PORT FOURCHON, LOUISIANA

| SCALE | SHOWN |
|---|---|
| DATE | 10-15-96 |
| JN | 950066 |

LAF00 C-PORT 000025



STA. 2+00
HORIZ 1" = 20'
VERT 1" = 6'

STA. 3+00
HORIZ 1" = 20'
VERT 1" = 6'

STA. 4+00
HORIZ 1" = 20'
VERT 1" = 6'

NOTE:  ELEVATIONS ARE N.G.V.D.

| DATE | REVISION |
|------|----------|

**larry j. picciola, inc.**
CONSULTING ENGINEERS & SURVEYORS
13095 WEST MAIN — CUT OFF, LA 70345
P.O. BOX 970 — LAROSE, LA 70373
PHONE: (504)-798-7700          FAX: (504)-798-7755

| DESIGNED BY | DRAWN BY | CHECKED BY |
|-------------|----------|------------|
| L.J.P. | A.L.M. | N.B.A. |

**C—PORT, L.L.C.**

STATION 2+00, 3+00, AND 4+00.

PORT FOURCHON, LOUISIANA

| SCALE | SHOWN |
|-------|-------|
| DATE | 10–15–96 |
| J.N. | 950066 |

C-PORT 000026

FILE:  950066\0 - WBDLL\SHT-03\SHT-03.DWG