### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

### MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (collectively "Martin"), who, for the reasons set forth more fully in the accompanying Memorandum in Support, and upon suggesting to the Court that there are no genuine issues of material fact, and that Martin is entitled to judgment as a matter of law with respect to the claims filed against it by all parties, respectfully moves the Court to dismiss each and every claim filed against Martin in these cases, with prejudice, on summary judgment.

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**

<u>/s/ Kirk N. Aurandt</u>
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  (985) 871-0800
Facsimile:    (985) 871-0899
Email: mmcmahon@daiglefisse.com
           kaurandt@daiglefisse.com
           egarner@daiglefisse.com
***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***