IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: |
| | ) | 21-258, c/w 21-337, |
| | ) | 21-464, 21-822, |
| vs. | ) | 21-1968, 21-1969, |
| | ) | 21-1982, 21-1981, |
| | ) | 21-2075, 21-2227 |
| SHORE OFFSHORE SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORAL DEPOSITION OF

TERRY DAMON KING

OCTOBER 24, 2023

ORAL DEPOSITION OF TERRY DAMON KING, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on October 24, 2023, from 9:00 a.m. to 4:00 p.m., Nilda Codina, Notary in and for the State of Texas, recorded by machine shorthand, from Omni Houston Hotel, 4 Riverway, Houston, Texas, 77056, County of Harris, pursuant to the Federal Rules of Civil Procedure, and the provisions stated on the record or attached hereto.

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

```
 1              A-P-P-E-A-R-A-N-C-E-S

 2

 3      Mr. Jacob Altmyer, Esq.
        PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
 4      1100 Poydras St.
        Suite 2250
 5      New Orleans, LA 70163
        Phone:(504)620-2385
 6      jacobaltmyer@pjgglaw.com

 7      Mr. Gavin Guillot, Esq.
        PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
 8      1100 Poydras St.
        Suite 2250
 9      New Orleans, LA 70163
        Phone:(504)620-2010
10      gavin.guillot@pjgglaw.com

11
        Mr. Michael W. McMahon, Esq.
12      DAIGLE FISSE & KESSENICH, PLC
        P.O. Box 5350
13      Covington, LA 70434
        Phone:(985)871-0800
14      mmcmahon@daiglefisse.com

15
        Mr. Michael Foley, Esq.
16      MARTIN RESOURCE MANAGEMENT
        Assistant General Counsel
17      P.O. Box 191
        Kilgore, TX 75663
18      Phone:(903)9888-6435
        michael.foley@martinmlp.com

19

20      Mr. David Griffin, Esq.
        MARTIN RESOURCE MANAGEMENT
21      Counsel
        Mr. Michael Foley, Esq.
22      Assistant General Counsel
        P.O. Box 191
23      Kilgore, TX 75663
        Phone:(903)9888-6435
24      david.griffin@martinmlp.com

25
```

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

```
 1
 2
 3     Mr. David Reisman, Esq.   (Via Zoom)
       LISKOW & LEWIS
       1001 Fannin Street
 4     #1800
       Houston, Texas 77002
 5     Phone:(504)556-4016
       Fax:  (504)556-4108
 6     dreisman@liskow.com
 7
 8     Mr. Alfred Rufty III, Esq.   (Via Zoom)
       JONES WALKER
 9     201 St. Charles Ave.
       New Orleans, Louisiana 70170
10     Phone:(504)582-8547
       Fax:  (504)589-8547
11
12
13     Mr. Laurent J. Demosthenidy, Esq.   (Via Zoom)
       FLANAGAN PARTNERS, LLP
       201 St. Charles Ave.
14     #3300
       New Orleans, Louisiana 70170
15     Phone:(504)569-0075
       Fax:  (504)592-0251
16     ljd@flanaganpartners.com
17
18     Mr. Charlie Cerise, Esq.   (Via Zoom)
       ADAMS & REESE, LLP
19     Hancock Whitney Center
       701 Poydras Street
20     Suite 4500
       New Orleans, Louisiana 70139
21     Phone(504)585-0418
       charles.cerise@arlaw.com
22
23
24
25
```

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

```
 1     Mr. Patrick J. Schephens, Esq.   (Via Zoom)
       GALLOWAY, JOHNSON, TOMPKINS,
 2     BURR & SMITH
       Mandeville, Louisiana
 3     Phone(985)674-6680
       Fax: (985)674-6681
 4

 5

 6

 7   ALSO PRESENT REMOTELY:  Phillip Brickman, Counsel;
     Benjamin Treuting, counsel; Kathleen Rice, Counsel;
 8   Alex Degiulio, counsel; Brian Perry, Counsel; A. Meche,
     counsel; Kassie Lee Richbourg, co-counsel; Demi Dantin,
 9   counsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

```
 1                          I-N-D-E-X
 2                                                         PAGE
 3  Appearances..................................2
 4  TERRY DAMON KING
 5  Direct Examination by Mr. Altmyer....................8
 6  Cross-Examination by Mr. Rufty.....................224
 7  Cross-Examination by Mr. Cerise....................231
 8  Cross-Examination by Mr. Reisman...................237
 9  Redirect Examination By Mr. Altmyer................262
10  Proceedings concluded..............................272
11  Reporter's certificate.............................273
```

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

E-X-H-I-B-I-T-S

PAGE

Exhibit No. 243 Re-notice Federal Rules.............21

Exhibit No. 244 Lease Agreement.....................25

Exhibit No. 245 Second Amended & Restated Terminal
In-services Agreement..............................34

Exhibit No. 246 Dock Schematic.....................38

Exhibit No. 247 Ordinance..........................62

Exhibit No. 248 Inspection Report(Greater Lafourche)89

Exhibit No. 249 Packet of documents post-incident..110

Exhibit No. 250 Fixed Facility checklist...........113

Exhibit No. 251 Dock Fixed Asset Schedule..........119

Exhibit No. 252 Email..............................127

Exhibit No. 253 Hurricane Preparedness Plan........189

Exhibit No. 254 Globo..............................210

**EXHIBIT B**

```
 1                P-R-O-C-E-E-D-I-N-G-S
 2              MR. GOODMAN:  John Goodman on behalf
 3   of the Arnold, Nick and Clements.
 4              MS. RICE:  Kathleen Rice on behalf of
 5   the Greater Lafourche Port Commission.
 6              MR. TREUTING:  Benjamin Treuting on
 7   behalf of Terry & Lyons.
 8              (Reporter clarification.)
 9              MS. RICE:  Katie Rice on behalf of
10   Greater Lafourche Port Commission.
11              MR. MCMAHON:  Katie Rice on behalf of
12   Greater Lafourche Port Commission.
13              MR. REISMAN:  David Reisman for Dawn
14   Services.
15              MR. DEMOSTHENIDY:  Laurent
16   Demosthenidy for Weeks Marine.
17              MR. MILLS:  Charles Mills for
18   plaintiffs, Randy Ryles and Montrel Smith.
19              MR. CERISE:  Charlie Cerise for Harvey
20   Gulf.
21              MR. SCHEPHENS:  Patrick Schephens for
22   Coastal Towing and Townsend Insurance company.
23              Mr. BRICKMAN:  Ed Brickman for U.S.
24   Specialty Insurance Company.
25              MR. MCMAHON:  Mike McMahon on behalf
```

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

```
 1  of Martin Entities.
 2              MR. ALTMYER:  Jacob Altmyer on behalf
 3  of Modern America Railroad Services, LLC and Shore
 4  Offshore Services, LLC.
 5              MR. GUILLOT:  Gavin Guillot.  I have
 6  the same parties.
 7              (Reporter clarification.)
 8              MR. GUILLOT:  Gavin Guillot on behalf
 9  of the same parties.
10              MR. SCHEPHENS:  Brian Schephens
11  representing C&G Boats and Gulf Logistics, LLC.
12              MR. PERRY:  Brian Perry for Globo.
13              MR. SMITH:  David Smith on behalf of
14  Gulf Coast and Gulf Coast Marine.  Kassie Richbourg
15  will be slotting in for me in about an hour or two.
16              MR. FOLEY:  Michael Foley, assistant
17  general counsel for Martin Energy Services.
18              MR. GRIFFIN:  David Griffin, counsel
19  for Martin Energy Services.
20                  TERRY DAMON KING,
21  Having been first duly sworn, was examined and
22  testified as follows:
23                  DIRECT EXAMINATION
24  BY MR. ALTMYER:
25      Q.   Mr. King, we met briefly off the record.  My
```

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

```
 1       Q.    Okay.  And that was prior to the LL&N?
 2       A.    The L&L Oil and Gas acquisition?
 3       Q.    Yes.
 4       A.    Yes.
 5       Q.    Okay.  So they were installed prior to then?
 6       A.    Yes.
 7       Q.    All right.  But are you aware if they were
 8  installed by -- I'm sorry.  It's LL --
 9       A.    L&L Oil and Gas.
10       Q.    -- L&L.  Got you.  Okay.  So do you know
11  whether or not those were installed by L&L Oil and Gas
12  or if they were installed by the prior tenant?
13       A.    I do not know that.
14       Q.    Okay.  They were just there when Martin
15  assigned -- got assigned those leases?
16       A.    Yes.
17       Q.    So the Greater Lafourche Parish Port
18  Commission actually owns the bollards, and Martin
19  maintains them?
20       A.    That's the way I understand it.
21       Q.    Were there any policies or procedures in
22  place by Martin addressing the frequency of inspections
23  for the bollards at the dock?
24       A.    We have monthly inspections, facility
25  inspections.
```

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

1    MS. RICE: It's a form objection.
2    MR. MCMAHON: Thank you.
3    Q.  (BY MR. ALTMYER:) And I'm going to ask the
4  same question.  Were the bitts ever tested, pull tested
5  or force tested, by the GLPC while the dock was under
6  lease to Martin, as it had been assigned from L&L Oil?
7    MR. MCMAHON: Objection.
8    MS. RICE: Object.
9    MR. MCMAHON: That's Katie Rice.
10   A.  The port does annual inspections of these
11 facilities.  And they would have been -- identified any
12 problems with them that needed to be corrected.  And we
13 would have corrected them.
14   Q.  (BY MR. ALTMYER:) To Martin's knowledge,
15 during those inspections, did the GLPC ever pull or
16 force test the bollards?
17   MR. MCMAHON: Objection.
18   A.  I'm not aware of any.
19   Q.  (BY MR. ALTMYER:) Does Martin have in its
20 possession any documentation to support the age of the
21 bollards as of October 28, 2020?
22   A.  I'm not aware of any documentation.
23   Q.  Martin does not know when the bitts were
24 originally installed, correct?
25   A.  No.

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

```
 1            All right.  Now, I know you're flipping
 2   through them right now and you're currently on page
 3   Martin 16, right?
 4        A.   Yes.
 5        Q.   Okay.  So let's look at 1 through 15.  I just
 6   want to identify them real quick.  That is an
 7   inspection report that was from the Greater Lafourche
 8   Port Commission.  And it's dated October 5, 2020.  It's
 9   going to be 1 through 15.
10        A.   Yes.
11        Q.   Okay.  And you've seen that document before?
12        A.   I do not recall seeing this specific
13   document.
14        Q.   Okay.  So in preparation for this deposition
15   today you have not reviewed this document previously?
16        A.   No.
17        Q.   Okay.  Now, let's look at Martin 16.  It's a
18   vessel facility inspection requirements form.  It's a
19   Coast Guard form, right?
20        A.   Yes.
21        Q.   Okay.  And you've seen that document before?
22        A.   Generally.  I cannot recall if I saw this
23   specific one.
24        Q.   You've seen the form before, but not the --
25   this specific one that's filled out?
```

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

1       A.    That's correct.
2       Q.    Okay.  It's the one that's dated October 26,
3   2020?
4       A.    Yes.
5       Q.    Okay.  And then just for completion purposes,
6   let's look at Martin 17 through 29 on this exhibit.
7   And this is going be one of the fixed facility reports
8   that Martin fills out, right?
9       A.    Yes.
10      Q.    And it says it's for October 2020?
11      A.    Yes.
12      Q.    Okay.  And just to identify, that's Martin 17
13  through 29, right?
14      A.    So there you -- oh, 17 through 29?
15      Q.    Yes, sir.
16      A.    Yes.
17      Q.    Okay.  So let's kind of start back at the
18  beginning.  I just wanted to show you that these are
19  three kind of three separate documents that were --
20      A.    Right.
21      Q.    -- produced as a group together by Martin.
22  But -- so this is Martin 1 through 15, we'll talk about
23  right now.  And it's the Greater Lafourche Port
24  Commission inspection document.  That's dated October
25  5, 2020.  You see that on very first page of Martin 1?

**EXHIBIT B**

Terry Damon King - CORRECTED   Confidential
October 24, 2023

```
 1       A.   Yes.
 2       Q.   And what exactly is Mr. Plaisance's title?
 3  He's a terminal manager?
 4       A.   He's the area manager.
 5       Q.   Area manager.  Okay.  It appears to have also
 6  been signed by a U.S. Coast Guard inspector.  You see
 7  that?
 8       A.   I do.
 9       Q.   Okay.  As the corporate representative of
10  Martin, sitting here today, do you know what type of
11  inspections actually occurred with the Coast Guard on
12  October 26, 2020?
13       A.   Well, there was inspections related to 105
14  regulations, 154 and 158.  And they go through the
15  facility with an eye on that, related to documentation,
16  etcetera.
17       Q.   Okay.  Do you know one way or another whether
18  or not there was any inspection of the bitts or
19  bollards at the dock?
20       A.   I do not.
21       Q.   Okay.  In looking at this document and seeing
22  the inspection types, is it Martin's position that
23  there was any inspection of the bitts or bollards at
24  the dock on that day?
25       A.   Well, the Coast Guard comes in and generally
```

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2
    ALL COAST, LLC                  )
 3                                  )
         Plaintiff,                 )   Civil Action No:
 4                                  )   21-258, c/w 21-337,
                                    )   21-464, 21-822,
 5  vs.                             )   21-1968, 21-1969,
                                    )   21-1982, 21-1981,
 6                                  )   21-2075, 21-2227
    SHORE OFFSHORE SERVICES, LLC,   )
 7                                  )
         Defendants.                )
 8
                      REPORTER'S CERTIFICATE
 9
                        OCTOBER 24, 2023
10
         I, Nilda Codina, Notary in and for the State
11
    of Texas, hereby certify to the following:
12
         That the witness, TERRY DAMON KING, was duly
13
    sworn by the officer and that the transcript of the
14
    oral deposition is a true record of the testimony given
15
    by the witness;
16
         I further certify that pursuant to FRCP Rule
17
    30(f)(1) that the signature of the deponent:
18
         _____ was requested by the deponent or a
19
    party before the completion of the deposition returned
20
    within 30 days from date of receipt of the transcript.
21
    If returned, the attached Changes and Signature Page
22
    contains any changes and the reasons therefor;
23
         __X__ was not requested by the deponent or a
24
    party before the completion of the deposition.
25
         I further certify that I am neither attorney
```

**EXHIBIT B**

Terry Damon King - CORRECTED  Confidential
October 24, 2023

```
 1  nor counsel for, related to, nor employed by any of the
 2  parties to the action in which this testimony was
 3  taken.
 4             Further, I am not a relative or employee of
 5  any attorney of record in this case, nor do I have a
 6  financial interest in the action.
 7             Subscribed and sworn to on this the 10th day
 8  of November, 2023.
                              *Nilda Codina* (signature)
 9                            _____
10                            NILDA CODINA
                               Notary in and
11                            For the State of Texas
                               My Commission No. 12878135-3
12                            Expires:  10/24/2027
13                            U.S. Legal Support, Inc.
                               Firm Registration No. 122
14                            16825 Northchase Dr.
                              Suite 800
15                              Houston, Texas 77060
                              Phone:(713)653-7100
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT B**