Transcript of the Testimony of
# Videotaped Deposition of Robbie Plaisance

Date: April 4, 2024

All Coast, LLC v. Shore Offshore Services, LLC

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

**Professional Shorthand Reporters, Inc.**
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
ALL COAST, LLC       *   CIVIL ACTION
                     *   NO. 21-258, C/W 21-337,
                     *   21-464, 21-822, 21-1968,
                     *   21-1969, 21-1982,
VERSUS               *   21-1981, 21-2075,
                     *   21-2227
                     *
                     *   SECTION "A"
SHORE OFFSHORE       *   HON. JAY C. ZAINEY
SERVICES, LLC        *   MAGISTRATE: (4)
                     *   HON. KAREN WELLS ROBY
                     *
                     *   APPLIES TO ALL CASES
```

     Videotaped Deposition of ROBBIE PLAISANCE, 609 West 13th Street, Larose, Louisiana 70373, taken in person and via ZOOM Videoconference, in the offices of DAIGLE, FISSE & KESSENICH, 227 Highway 21, Madisonville, Louisiana 70447, on Thursday, the 4th day of April, 2024.

APPEARANCES: (IN PERSON)

    PUSATERI, JOHNSTON,
     GUILLOT & GREENBAUM, LLC
    (By:  Gavin H. Guillot, Esquire
         Jonathan D. Parker, Esquire)
    1100 Poydras Street, Suite 2250
    New Orleans, Louisiana 70163

      (Attorneys for Modern American
       Railroad Services, L.L.C., and

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 2

```
 1    APPEARANCES: (IN PERSON)
 2        DAIGLE, FISSE & KESSENICH
          (By:  Michael W. McMahon, Esquire)
 3        227 Highway 21
          Madisonville, Louisiana 70447
 4
              (Attorneys for the Martin Interests)
 5
 6    APPEARANCES:  (VIA ZOOM)
 7        FLANAGAN PARTNERS, LLP
          (By:  Laurent J. Demosthenidy, Esquire)
 8        201 St. Charles Avenue, Suite 3300
          New Orleans, Louisiana 70170
 9
              (Attorneys for Weeks Marine, Inc.,
10               and GOL, LLC)
11        LISKOW & LEWIS
          (By:  Lance C. Bullock, Esquire)
12        701 Poydras Street, Suite 5000
          New Orleans, Louisiana 70139
13
              (Attorneys for Dawn Services, LLC)
14
          ALLEN & GOOCH
15        (By:  Joseph A. Boustany, Esquire
                John H. Hughes, Esquire)
16        2000 Kaliste Saloom Road, Suite 400
          Lafayette, Louisiana 70508
17
              (Attorneys for Garber Brothers)
18
          CHAFFE, McCALL, LLP
19        (By:  Alexander J. DeGiulio, Esquire)
          1100 Poydras Street, Suite 2300
20        New Orleans, Louisiana 70163
21           (Attorneys for Chubb Underwriting
                 Agencies, Ltd.)
22
          GALLOWAY, JOHNSON, TOMPKINS,
23         BURR & SMITH
          (By:  Kelsey Bonnaffons, Esquire)
24        #3 Sanctuary Boulevard, Suite 301
          Mandeville, Louisiana 70448
25
```

**EXHIBIT C**

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 3

```
 1            (Attorneys for Coastal Towing, LLC,
                and Talisman Casualty Insurance
 2              Company, LLC)
 3       FRILOT, LLC
         (By:  Blake C. Donewar, Esquire)
 4       1100 Poydras Street, Suite 3700
         New Orleans, Louisiana 70163
 5
              (Attorneys for the Greater
 6              Lafourche Port Commission)
 7       JONES WALKER, LLP
         (By:  Alfred J. Rufty, III, Esquire)
 8       201 St. Charles Avenue, Suite 5100
         New Orleans, Louisiana 70170
 9
              (Attorneys for Crosby Tugs, LLC)
10
         ADAMS & REESE, LLP
11       (By:  Charles A. Cerise, Jr., Esquire
         701 Poydras Street, Suite 4500
12       New Orleans, Louisiana 70139
13            (Attorneys for Harvey Gulf
                International Marine, LLC)
14
         ALLEN & GOOCH
15       (By:  Alan J. Meche, Esquire)
         2000 Kaliste Saloom Road, Suite 400
16       Lafayette, Louisiana 70508
17            (Attorneys for C&G Boats and
                Gulf Logistics, LLC)
18
         PALMINTIER LAW GROUP
19       (By:  Benjamin B. Treuting, Esquire)
         618 Main Street
20       Baton Rouge, Louisiana 70801
21            (Attorneys for Terrynn Tyrell Lyons)
22       SPAGNOLETTI LAW FIRM
         (By:  Marc E. Kutner, Esquire)
23       401 Louisiana Street, 8th Floor
         Houston, Texas 77002
24
              (Attorneys for Montrell Smith and
25              Randy Rials)
```

```
                                                          Page 4
 1         ARNOLD & ITKIN, LLP
           (By:  John G. Grinnan, Esquire)
 2         6009 Memorial Drive
           Houston, Texas 77007
 3
                (Attorneys for the Claimants)
 4
     VIDEOGRAPHER:
 5
           MARK ANCALADE
 6         PSR, INC.

 7   REPORTED BY:

 8         LINDA G. GRIFFIN, RPR
           CERTIFIED COURT REPORTER
 9
                            ***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 5

```
 1                    I N D E X

 2                   EXAMINATION

 3                                          PAGE

 4   EXAMINATION BY MR. GUILLOT ........   11

 5   EXAMINATION BY MR. BULLOCK ........  280

 6   EXAMINATION BY MR. McMAHON ........  286

 7   EXAMINATION BY MR. GUILLOT ........  293

 8

 9                      ***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 6

```
 1                    EXHIBITS
 2                                            PAGE
 3     EXHIBIT NO. 413 ..................    52
       Greater Lafourche Port Commission
 4     Lease Inspection; 8/9/20
       MARTIN [00001] - [00015]
 5
       EXHIBIT NO. 414 ..................    53
 6     US Coast Guard; Vessel/Facility
       Inspection Requirements; 10/26/20
 7     MARTIN [00016]
 8     EXHIBIT NO. 415 ..................   112
       US Coast Guard; Vessel/Facility
 9     Inspection Requirements; 10/10/19
       MARTIN [01572] - [01575]
10
       EXHIBIT NO. 416...................   118
11     Martin Facility Monthly Inspection
       Checklist; 9/30/20
12     MARTIN [00968] - [00977]
13     EXHIBIT NO. 417 ..................   138
       Martin Vicinity Map; 07/09/12
14     MARTIN [00716]
15     EXHIBIT NO. 418  .................   146
       Martin Facility Monthly Inspection
16     Checklist; 7/1/20
       MARTIN [00938] - [00967]
17
       EXHIBIT NO. 419 ..................   161
18     SBL Construction, LLC; Invoices
       MARTIN [01601] - [01602]
19
       EXHIBIT NO. 420 ..................   179
20     SBL Construction Invoices
       MARTIN [01608] - [01617]
21
       EXHIBIT NO. 421 ..................   198
22     SBL Construction Invoice
       MARTIN [01596]
23
       EXHIBIT NO. 422 ..................   201
24     GLPC (Photos)
25
```

**EXHIBIT C**

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 7

```
 1    EXHIBIT NO. 423 .................    202
      Photos
 2    COASTAL 39, 42, 43, 44, 48, 58, 74

 3    EXHIBIT NO. 424 .................    210
      United Marine Surveying, Inc.
 4    Preliminary Advice; Sept. 2, 2020
      MARTIN [01618] - [01625]
 5
      EXHIBIT NO. 425 .................    219
 6    Email; Fourchon Ops
      MARTIN [00885]
 7
      EXHIBIT NO. 426 .................    222
 8    Email; Stogner/Sims
      MARTIN [00803]
 9
      EXHIBIT NO. 427 .................    231
10    Martin Hurricane Preparedness Plan
      "Section 2"
11    MARTIN [00657] - [00662]

12    EXHIBIT NO. 428 .................    240
      Email Chain; GLPC Storm Phase
13    MARTIN [00030]

14    EXHIBIT NO. 429 .................    268
      GLPC Board of Commissioners
15    Ordinance 71

16    EXHIBIT NO. 430 .................    274
      Martin Resource Management
17    Authorization for Expenditure
      MARTIN [01616] - [01617]
18                    ***

19

20

21

22

23

24

25
```

**EXHIBIT C**

1          S T I P U L A T I O N

2

3          It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned witness
6  is hereby being taken for all purposes
7  allowed under the Federal Rules of Civil
8  Procedure, in accordance with law, pursuant
9  to notice;
10          That the formalities of reading and
11  signing are specifically not waived;
12          That the formalities of sealing,
13  certification and filing are specifically
14  waived;
15          That all objections, save those as
16  to the form of the question and the
17  responsiveness of the answer, are hereby
18  reserved until such time as this deposition,
19  or any part thereof, may be used or sought
20  to be used in evidence.
21             *     *     *     *
22          LINDA G. GRIFFIN, CCR, Registered
23  Professional Reporter, in and for the State
24  of Louisiana, officiated in administering
25  the oath to the witness.

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 9

1  ROBBIE PLAISANCE,
2  after having been first duly sworn by the
3  above-mentioned Registered Professional
4  Reporter, did testify as follows:
5  (On the record at 10:03 a.m.)
6  THE VIDEOGRAPHER:
7  We're on the record. This is
8  the Video Deposition of Mr. Robbie A.
9  Plaisance. Today's deposition is being
10  held at 227 Highway 21, in Madisonville,
11  Louisiana, on April the 4th, 2024. The
12  time is approximately 10:03 a.m. My
13  name is Mark Ancalade, the Videographer.
14  Today's Court Reporter is Ms. Linda
15  Griffin, with Professional Shorthand
16  Reporters.
17  I would ask that counsel please
18  state their names, affiliations, for the
19  record, which, thereafter, the Court
20  Reporter will please swear in the
21  witness.
22  MR. McMAHON:
23  Mike McMahon, on behalf of the
24  Martin interests.
25  MR. GUILLOT:

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 85

1  Q  Do you know of anyone at Martin who
2  communicated information about the maximum
3  mooring zone to any Shore Offshore or THOR
4  representative before the incident regarding
5  Dock 16?
6  A  No.
7  Q  Do you know of anyone at Martin who
8  communicated any information about the depths
9  in the maximum mooring zone to any Shore
10  Offshore or THOR representative before the
11  incident regarding Dock 16?
12      MR. McMAHON:
13          Objection.
14      THE WITNESS:
15          No.
16  EXAMINATION BY MR. GUILLOT:
17  Q  Sitting here today, do you know of
18  any defects with the dock that existed, as of
19  October 28th, 2020, before the incident?
20  A  No.
21  Q  As of October 28th, 2020, putting
22  yourself in the mindset of the person then at
23  that time, did you know of any defects with
24  the dock then?
25  A  No.

Professional Shorthand Reporters, Inc.          1-800-536-5255
Offices in New Orleans and Baton Rouge          www.psrdocs.com

**EXHIBIT C**

Videotaped Deposition of Robbie Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 86

1      Q     It probably follows then, if you
2 didn't know of any defects then, you didn't
3 tell anybody at Shore Offshore or on the THOR
4 crew of any defects at the Martin dock; is
5 that correct?
6          MR. McMAHON:
7              Objection.
8          THE WITNESS:
9              Correct.
10 EXAMINATION BY MR. GUILLOT:
11      Q     Before the October 28th, 2020
12 incident, did you ever discuss with anyone
13 internally at Martin the possibility of hidden
14 defects within the dock?
15      A     No.
16      Q     Was there any type of plan or
17 protocol at Martin for uncovering potential or
18 possible hidden defects at Dock 16?
19      A     No.
20      Q     So when I refer to Martin, in these
21 questions I'm about to ask you, I mean both
22 Martin Energy Partnership and Martin Energy
23 Services, and I want you to tell me if, when I
24 say "Martin," meaning both of those companies,
25 I should be including a different company, or

Page 88

1    A    Fair.
2    Q    All right.  What did Martin do to
3  ensure that the bollards and the dock were fit
4  for mooring vessels the size and weight of the
5  THOR?
6         MR. McMAHON:
7              Objection.
8         THE WITNESS:
9              Repeat that, please.
10 EXAMINATION BY MR. GUILLOT:
11   Q    What did Martin do to ensure that
12 the bollards and the dock were fit for mooring
13 vessels the size and weight of the THOR?  And
14 before the incident in October of 2020.
15   A    Well, with Martin, we have
16 intensive inspections that goes out and looks
17 at conditions of the bollards, of the
18 facility.
19   Q    So is the answer, you have
20 intensive inspections?
21   A    Yes.
22   Q    Anything else besides Martin having
23 intensive inspections?
24   A    I don't know.
25   Q    Before the incident -- and I think

Page 91

1  if Martin took any steps to determine the
2  useful life of any of the bollards at Dock 16?
3      A    The useful steps we take is
4  blasting and painting, constant inspections,
5  all ensures the normal life of a bollard.
6      Q    Okay. We're going to get into
7  specifically the inspections of the bollards,
8  but for now, did the inspections of the
9  bollards that you mentioned, did they test the
10 plumbness of the bollards?
11          MR. McMAHON:
12              Objection.
13          THE WITNESS:
14              I don't recall.
15 EXAMINATION BY MR. GUILLOT:
16     Q    As we sit here today, are you aware
17 of any inspections of the bollards that test
18 the plumbness of the bollards at Dock 16?
19     A    No.
20     Q    Did the inspections that you're
21 referencing of the bollards check the
22 levelness of any of the bollards at Dock 16,
23 before the incident?
24     A    No.
25     Q    Did the inspections that you

Page 97

1      Q    Is it a fair statement that, in the
2  entire world of inspections that are performed
3  of the Martin dock, concerning the bollards
4  and the bulkhead and the surface of the dock,
5  it is the GLPC inspection, the U.S. Coast
6  Guard inspection, the Martin intense
7  inspections that you noted, and these
8  quarterly environmental inspections?
9      A    Yes.
10     Q    And there's nothing else, right?
11          MR. McMAHON:
12               Objection.
13          THE WITNESS:
14               There may be that I'm not
15      thinking of at the moment.
16 EXAMINATION BY MR. GUILLOT:
17     Q    That's why we're here.  If you can
18  think of anything else, now is the time.
19     A    I believe that's all.
20     Q    All right.  Do you know how old
21  Dock 16 is?
22     A    No.
23          MR. McMAHON:
24               Huh --
25          MR. GUILLOT:

Page 106

 1     Q     What's that term you used, tail
 2  them?
 3     A     Tailgate them, whatever you want to
 4  call it, yeah.  Follow them around.
 5     Q     Are these inspections a surprise or
 6  do you know about them in advance?
 7     A     On the annual inspections, we
 8  normally know about them in advance, but the
 9  Coast Guard does unannounced visits and
10  inspections throughout the year, whenever.
11  Daytime, nighttime, they pop up to do
12  inspections.
13     Q     How many unannounced inspections do
14  you have, in your average year, from the Coast
15  Guard?
16     A     I would say two, three.
17     Q     Is there paperwork generated from
18  the unannounced inspections by the Coast
19  Guard?
20     A     Sometimes, yes.  Depending on the
21  inspections they're looking at.
22     Q     There are inspections that are
23  surprise inspections then that generate, on
24  some occasions, no paperwork whatsoever?
25     A     Correct.

Page 304

1                REPORTER'S CERTIFICATE
2
3        This certification is valid only for a
   transcript accompanied by my original
4  signature and original required seal on this
   page.
5
6            I, Linda G. Griffin, Certified
   Court Reporter in and for the State of
7  Louisiana, as the officer before whom this
   testimony was taken, do hereby certify that
8  ROBBIE PLAISANCE, after having been duly
   sworn by me upon authority of R.S. 37:2554,
9  did testify as hereinbefore set forth in the
   foregoing 303 pages; that this testimony was
10 reported by me in the stenotype reporting
   method, was prepared and transcribed by me
11 or under my personal direction and
   supervision, and is a true and correct
12 transcript to the best of my ability and
   understanding; that the transcript has been
13 prepared in compliance with transcript
   format guidelines required by statute or by
14 rules of the board, that I have acted in
   compliance with the prohibition on
15 contractual relationships, as defined by
   Louisiana Code of Civil Procedure Article
16 1434 and in rules and advisory opinions of
   the board; that I am not related to counsel
17 or the parties herein, nor am I otherwise
   interested in the outcome of this matter.
18
19
20
21        _____
          LINDA G. GRIFFIN, RPR
22        CERTIFIED COURT REPORTER
23
24
25