UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

### UNSWORN DECLARATION OF ROBERT D. BARTLETT, P.E.

I, Robert D. Bartlett, P.E., pursuant to 28 U.S.C. § 1746, make the following Declaration:

1. At all material times herein, I was the principal engineer for Bartlett Engineering LLC;

2. I have been retained as an expert witness in this matter by Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. to provide my opinions with respect to the breakaway of the D/B Thor from the Martin Energy dock on October 28, 2020;

3. Attached hereto *in globo* as Exhibit 1 (which includes the Report Body dated Jul. 31, 2024, Figure Pages, Appendices A through F, Exhibits A through E, and Federal Appendices I through V) is a true and correct copy of the written report that I have prepared in this matter that contains:

    (a) a complete statement of all opinions that I will express at the trial of this matter and the basis and reasons for those opinions;

    (b) the facts or data that I considered in forming those opinions;

**EXHIBIT D**

(c) the exhibits that will be used to summarize or support those opinions;

(d) my qualifications, including a list of all publications authored in the previous ten years;

(e) a list of all other cases in which, during the previous four years, I testified as an expert at trial or by deposition; and

(f) a statement of the compensation to be paid for the study and testimony in the case.

4. That if called to testify at the trial of this matter, I will testify consistent with the above-referenced written report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 27, 2025.

*Robert D. Bartlett*
ROBERT D. BARTLETT, P.E.

**EXHIBIT D**