June 19, 2024 - DRAFT



Mr. Michael McMahon
Daigle Fisse & Kessenich
227 Highway 21
Madisonville, LA 70447

      Subject:    **Evaluation of D/B Thor Breakaway**
                  **BARTLETT** Project No. 1775

Dear Mr. McMahon:

I have completed the evaluation of the information that is within my areas of expertise in this matter which involves an evaluation of the D/B Thor breakaway from the Martin Energy dock on October 28, 2020.

This report is arranged in the following manner:

1.     Background Information: Information that was provided to Bartlett Engineering by other parties, and the portions of the referenced information that are relevant to the topic at hand.
2.     Observations: Information that was collected by Bartlett Engineering from our evaluations and testing.
3.     Discussion: That explanation necessary to bridge between the earlier parts of the report and the Findings and Conclusions section.
4.     Findings and Conclusions: The items which I believe the information in the report establishes are findings, and conclusions are my interpretation of the significance of those facts that reflect my professional opinions.

The following documents are attached and form a part of this report:

-     Figure Pages with Captions
-     Appendix A - Documents Provided to Bartlett Engineering for Evaluation (DCNs)
-     Appendix B - 3D Model and Bases
-     Appendix C - Line Force Calculations
-     Appendix D - Mooring Arrangement and Calculation Bases
-     Appendix E - Rope and Bitt Identification Table
-     Exhibit A - Snatch Block Information
-     Exhibit B - Wire Rope Users Manual References
-     Exhibit C - Calculation References
-     Exhibit D - MMT 3634_Wire Rope Construction and Dimensions
-     Exhibit E - FEMA Coastal Construction Manual

2617 EDENBORN AVE., SUITE D
METAIRIE, LA 70002-7047

(504) 888-2122
www.Bartlett-Engineering.com
**Exhibit 1 in globo 001**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 2



- • Robert D. Bartlett's Federal Appendices I-V
  - • Federal Appendix I - Profile of Experience
  - • Federal Appendix II - Bartlett Engineering LLC Fee Schedule
  - • Federal Appendix III - Deposition Only Testimony
  - • Federal Appendix IV - Trial Testimony
  - • Federal Appendix V - Robert D. Bartlett Description of Qualifications

## BACKGROUND INFORMATION

Background information was provided by conversations with Mr. Bruce Baker with Young Corporation; as well as by the documents listed in Appendix A, which for the purpose of this report are assigned the "Document Control Numbers" (DCN's). All quoted text is reproduced *just as originally found, without edits.*

The D/B Thor (Thor) is a 113 m (370.7 ft) long by 42 m (137.8 ft) wide heavy lift construction support vessel [DCN 5]. The Thor has 3 cranes on its deck, a utility crane, a deck crane, and a derrick crane. The derrick crane has a lift capacity of 1760 tons [DCN 5]. The deck crane and the utility crane have a lift capacity of 88 tons and 100 tons, respectively [DCN 5]. The Thor is equipped with 8 single drum mooring winches with 80 ton brake holding capacity. Each winch is furnished with 5,000 feet of 2 inch diameter wire rope [DCN 5].

The Thor was moored to the Martin Energy Dock No. 16 (Martin dock) in Port Fourchon, Louisiana from October 26, 2020 [DCN 15, p. 136] until the breakaway which occurred on October 28, 2020 [DCN 15, p. 96]. The Martin dock has 10 mooring bitts available along its dock. For the purposes of this report, the Martin bitts were labeled M1 through M10 and the Thor starboard bitts were labeled T1 through T18.

On October 28, 2020 at approximately 4:04pm [DCN 15, THOR 0001241] during hurricane Zeta, the Thor broke away from the Martin dock, floated down Bayou LaFourche, and contacted vessels and structures along its path.

Mr. Terry Douglas, the superintendent of the Thor at the time of the subject incident [DCN 15, p. 20-21], stated in his deposition of March 7, 2023 [DCN 15] when the Thor arrived at the Martin dock before the incident:

> Q.    Ultimately, at 11:00 p.m. on October 26, 2020, you've now arrived at the Martin dock in Port Fourchon, correct?
> A.    Correct.
> Q.    And around midnight, you're starting the process of securing the D/B Thor to the Martin dock, correct?

**Exhibit 1 in globo 002**



    A.      That's correct. (p. 136)

…

    Q.      And so if you flip to 1043, right, which is the second page of the October 27, 2021, report, we start having the same activity chart of what's going on, correct?

    A.      Right.

    Q.      Same in the sense of it's not the same as the day before but the same kind of process, right?

    A.      Right.

    Q.      And it shows at 1:00 o'clock, you-guys were secured at the Martin dock, correct?

    A.      Right.

    Q.      Being secured at the Martin dock doesn't mean you have your, like, anchor cables or anchor lines out, right?

    A.      No. We're just secured with eight mooring lines at this point.

    Q.      Okay.

    A.      We're not completely through mooring.

    Q.      And so -- because if we look down, it -- it shows that you're actually starting to put out some of the cables to moor, right?

    A.      Right. (pp. 146-147)

…

            All right. And then if we go back to the activity portion of October 27th, okay, we've got -- at 7:30 in the morning, we're starting the process of mooring the D/B Thor to the dock, correct?

    A.      The anchor cables, correct.

    Q.      Yeah, putting out the anchor cables to kind of moor it to the dock, right?

    A.      Correct.

    Q.      Whose decision was it to put out two anchor cables?

    A.      Mine.

    Q.      Did you consult anybody at Shore Offshore about how many anchor cables should be put out?

    A.      No.

    Q.      Ultimately, you decided to put out the starboard stern anchor cable, correct, at 7:30?

    A.      Correct.

    Q.      And then later in the day, you put out the starboard bow breast anchor cable, correct?

    A.      (Coughs.) Excuse me. That is correct. (p. 157)

Mr. Douglas explained in his deposition that the Crosby Endeavor tug was alongside the Thor when the Thor was moored to the dock [DCN 15]:

    Q.      Going back to Exhibit 10, do you remember how much slack you provided, if any, in the anchor cables, either the starboard stern anchor cable or the starboard bow anchor cable?

**Exhibit 1 in globo 003**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 4

**Bartlett**
ENGINEERINGLLC

A.   I was probably seven -- seven to nine feet away from the dock.
Q.   Okay.
A.   Somewhere in that area.
Q.   And at this point in time, there was a tug. I think it was the Crosby Endeavor; is that right?
A.   That's right.
Q.   And obviously, one side of the -- it's the starboard side of the D/B Thor is facing the dock, right?
A.   That's correct.
Q.   Because that's where -- that's where you're throwing your lines out?
A.   Correct.
Q.   On the -- on the port side, is that where the Crosby Endeavor is alongside you?
A.   Correct.
Q.   Okay. And is the Crosby Endeavor connected to you with lines?
A.   Yes. (p. 175)

Mr. Douglas stated in his deposition that the Thor was moored to eight of the ten bitts on the Martin dock prior to the incident [DCN 15]:

Q.   And do you remember -- do you have any independent memory of how many mooring bitts were along that dock there?
A.   Ten.
Q.   Ten. And did you have lines -- at least some sort of a line on all ten bitts, or was it only certain bitts?
A.   (Coughs.) Excuse me. Eight bitts.
Q.   Okay. So eight out of the ten bitts you had some sort of a line on. We know we had the two anchor lines, and then there would have been lines on the other six, correct?
A.   Correct.
Q.   When we say only eight, is it -- was it the -- the two furthest ones weren't used? Or is it, like, the two middle ones weren't used?
A.   I believe the third from the stern and the tenth, the very last one at the end of dock.
Q.   Okay. Did you have an anchor cable, to your knowledge, that was long enough, if you wanted to put it out, to go to that tenth mooring bitt?
A.   No. No, I couldn't reach it. (pp. 188-189)

Mr. Douglas stated in his deposition that none of the Martin dock mooring bitts were broken prior to the incident and some of the bitts were missing their arms [DCN 15]. For the purposes of this report, the arms or crucifix that Mr. Douglas is referring to will be called "horns".

Q.   At any point in time when you saw the mooring bitts, before the storm surge, when you first were securing the vessel, did any of the mooring bitts, did they look like they

**Exhibit 1 in globo 004**



had been pulled out of the ground or had any of them broken?

A.     No. (p. 209)

…

Q.     At any point in time when you were securing the D/B Thor before the storm surge, were any of the -- any of the mooring bits that had arms, were any of them missing?

A.     They was one or two missing the crucifix. Yes.

Q.     Okay. "Crucifix" is what you call it. So whenever you did show up to the dock and you saw some of the mooring bits, the crucifix, which is basically the arms that come out from the main body of it, you already knew that there were some that had parts of the crucifix broken or missing, correct?

A.     Correct.

Q.     And so when you have these lines, at the end of the line there'd be a loop, correct?

A.     Correct. (pp. 210-211)

Mr. John Johnson, the barge foreman of the Thor on the day of the subject incident [DCN 35, p. 27-28], stated in his deposition that he went on the Martin dock prior to the hurricane:

Q.     Before the barge was secured to the dock, did you ever go on the dock?

A.     At some point, yes, I've been down there. While in the process of securing, I went down.

Q.     You went down to the dock?

A.     Yes.

Q.     Was there lighting on the dock?

A.     Minimal that I could recall.

Q.     Did you have lights available to you?

A.     Yes.

Q.     How long were you on the dock?

A.     I can't -- I can't recall. I wasn't there -- I mean, do you want me to ballpark it or you want like an accurate number?

Q.     No. If you ballpark it, that's fine. Just tell me it's a ballpark.

A.     Yeah. Ballpark, around 30 minutes or something checking ropes and running around and trying to look at our securement from different angles, different vantage points and, you know, of that nature, so I was up and down, up and down, you know.

Q.     Was anybody giving you instructions on what to look for?

A.     As far as to moor?

Q.     Yes, sir.

A.     I won't say giving me instructions, but it was a team effort. Even the guys on the dayshift stayed up to help because we were doing more than normal ropes on the barge, I mean, down to the beach. It was a lot, so -- we kept most of the team, mainly the experienced guys that -- you know, like foremens and leadermen. Joe came to help, of that nature, yeah. (pp. 62-63)

**Exhibit 1 in globo 005**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 6



…
THE WITNESS:
I was looking for spring lines to make sure we was in -- in a nutshell to make sure we were secured to my liking.
BY MR. CERISE:

Q.     Anything else?

A.     Looking at our anchor points also, the bits we were going around and just see what extra we could do to secure the barge.

Q.     How many spring lines did you have

A.     I can't remember. You mean like spring lines like to stop me from going fore-and-aft? What --

Q.     Well, I -- I mean, spring lines in -- in the sense you just used the term. You said --

A.     Okay.

Q.     -- spring lines, and I'm just trying to find out how many there were?

A.     I can't give you an accurate answer. I don't recall, you know.

Q.     And the anchor points, you are talking about those with the bits on the dock?

A.     Yes, to see if there were bits. Some places you go, I have anchors dug in that you can secure the barge to, so, of course, I'm just down there to see what all I can tie myself up to and the condition they are in, you know.

Q.     So you checked the condition of the bits on the dock?

A.     Yes. I mean, that's part of it, you know, you always look at what you are securing yourself to.

Q.     Did you note any deficiencies in the bits on the dock?

A.     No. I can't recall, man.

Q.     Did you use all of the bits on the dock?

A.     Every one I could reach.

Q.     Do you know how many that was?

A.     No, sir.

Q.     Do you recall there being any problems, any defects, damage or other issues with any of the bits on the dock?

A.     Nothing --
MS. BLANQUE:
I was just going to tell them, can whoever's on Zoom mute unless you have an objection? Thank you.
THE WITNESS:
I'm sorry. Can you ask the question again?
BY MR. CERISE:

Q.     Yeah. Did -- did you note any damage to any of the bits on the dock?

A.     Oh, okay. Well, to answer that, nothing that stopped me from putting a rope around it.

Q.     So is it fair for me to assume that if you ordered a rope put around the bit, you

**Exhibit 1 in globo 006**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 7



> determined that bit was satisfactory for mooring?
>
> A.    Yes. On the surface, yes.
>
> Q.    Well, was there any other investigation of the bits that you did?
>
> A.    No. It's just always eye test, yeah. Visually, we look, they all looked decent, so I can -- you know, as far as I can recall. (pp. 66-68)

Mr. Douglas described in his deposition how the Thor began to breakaway from the Martin dock with the stern moving away from the dock first [DCN 15]:

> Q.    When the D/B Thor started to come off of the dock, do you remember how it came off of the dock? Meaning, did it just come straight off the dock? Did it start spinning off the dock?
>
> A.    It kind of started coming slightly from the stern out a little more and then out, and then it eventually turned all the way around.
>
> Q.    So whenever it starts to break away and it's starting, you can see and feel it moving away from the dock. You're saying the stern was the one that kind of moved away first?
>
> A.    Correct.
>
> Q.    And then ultimately, both anchor cables disengaged and it was completely off the dock?
>
>     MR. MCMAHON: Objection.
>
> A.    No. At that time, the bow anchor cable did not break.
>
>     MR. MCMAHON: Say it again?
>
>     THE WITNESS: The starboard bow breast anchor cable didn't break at that time.
>
>     BY MR. LEWIS:
>
> Q.    Okay. So we know, as these cable are starting to break or break free, you're telling me that the stern was the first to go because you could feel that actually coming off the dock, and the bow at that point in time was still connected?
>
> A.    Well, I don't know if it was -- I don't know what broke first. I don't know if some ropes maybe got point loaded when the bitts were being pulled over or failing. Maybe some ropes. I don't -- I don't know what broke.
>
> Q.    Okay. And that's -- that's a good point. And I'm going to talk just -- what I want to talk about is just the anchor cables for right now. Okay?
>
> A.    Okay.
>
> Q.    So I get -- I understand what you're saying about the other ropes could have been breaking at the same time or even before that. All right? But focusing just on the two anchor cables, based off your memory and what you saw and what you felt, the stern anchor cable was the first to go because that -- the stern of the boat was coming off the dock first, correct?
>
> A.    Correct.
>
> Q.    And the bow, at least as the stern is broken and coming off, to your memory of what

**Exhibit 1 in globo 007**



Q.    you saw and what you experienced, the bow was still connected at that point?
A.    Correct.
Q.    And did you ever see the bow cable break or did you see it unspool, or did you ever see how that one got disengaged?
A.    No. As we was going across, it was peeling through the brake coming off the winch.
Q.    Okay.
      MR. MCMAHON: Peeling through the what?
      THE WITNESS: It was peeling through the brake on the winch. It was peeling out as we went across the bayou.
      BY MR. LEWIS:
Q.    Which would mean you have one cable that has failed on the -- on the stern?
A.    Correct.
Q.    And then you have another one on the bow that is -- well, it's on the mooring bitt. It's actually spooled on the -- on the -- on the barge, right?
A.    Correct. (pp. 235-237)
…
Q.    And you previously testified that it peeled out some 2,000-plus feet, correct?
A.    Yes.
Q.    Isn't it a fact that on October 28, 2020, the D/B Thor did not have the dog set on the starboard bow winch that was utilized and secured to the number 9 bitt at Martin's dock?
A.    The dog was set.
Q.    The dog was set --
A.    Yes.
Q.    -- and it still paid out?
A.    Yes.
Q.    How can you have a dog that is utilized -- is to be utilized in certain weather conditions if the brake starts slipping due to heavy wind and seas?
A.    Somehow or another, the dog had disengaged.
Q.    All right. So who set the dog?
A.    I don't recall.
Q.    Tell -- if the jury ever hears any of this, what does the dog do?
A.    It sets inside a notch on an anchor drum to keep the drum from backing off. (pp. 428-429)

Mr. Lewis Andrews, the chef/galley hand on the Thor during the subject incident [DCN 33, p. 211] described the initial breakaway in his deposition [DCN 33]:

So the wind was picking up real bad. That's when I went back inside. I told Patrick Burnett, which was in the galley, I said, the wind's picking up real bad outside. So I said, we might want to get some stuff, get some guys to tie the garbage cans down and stuff like that, et

**Exhibit 1 in globo 008**



cetera.

        So at that time, I heard a popping sound, pop, pop, pop, real loud sound. So where the galley at, you've got a cable -- an anchor that's tied down. Well, they had all the ropes tied, the mooring lines and all, it's inside the water. Well, that same cable that was breaking is the same cable they repaired a couple times. The cable was out of date. It supposed to have been changed out. They repaired that same cable multiple times. They kept cutting that cable, which you don't supposed to do. That's the cable that broke.

        And all of -- I mean, everything came up out of the ground, and at that time it -- I ran back inside and I called J.D. and told him, "We're breaking away." His response was, "How you know?" I said, "Well, all the lines are broke and the cable done snapped in half," and I hung the phone up. (pp. 243)

Mr. Douglas stated in his deposition that the lines were only adjusted during mooring [DCN 15]:

Q.     From the time those -- I'm going to call them manila lines, the soft lines, not the cables. From the time those eight lines were secured to the bitts until the time of the breakaway, had anybody changed those lines in the way that they were affixed to the bitts?

A.     From the time they were put out, yes. After -- after putting out the anchor cables and the two extra ropes, we would adjust them to where they was all even. (p.310)

… 

Q.     And by "even," you mean what?

A.     Either they're the same belly, the same tautness or -- you don't want one with a small belly and the other one dragging in the water. You got to get them as even as you can.

Q.     Why don't you want that?

A.     You need all the ropes to try to bear equal amount of weight.

Q.     Let me show you -- well, before I get to that. So after you put the cables out, you checked the soft lines and you adjusted them?

A.     Correct.

Q.     And that would have been on what day?

A.     Afternoon of the 27th.

Q.     And so after that time, after the afternoon of the 27th, were those soft lines ever adjusted again before the storm?

A.     No.

Q.     And what about the anchor cables, the two cables that were out? Were they ever adjusted again before the storm?

A.     No. (pp. 311-312)

Mr. Douglas stated in his deposition that the clerk took the photographs of the mooring configuration prior to the breakaway [Thor 1083 to 1086] [DCN 15]:

**Exhibit 1 in globo 009**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 10



Q.      Let me show you what is identified as Thor 1083 to 1086, and if you would just flip
        through, should be four photos. If you'd flip through those really quickly for me,
        please.
A.      Okay.
        MR. KUTNER: Did you mark that?
        MR. CERISE: That will be Exhibit 16. Is that right?
        MR. KUTNER: Yeah.
        (Exhibit No. 16 was marked for identification.)
        THE WITNESS: Okay.
        BY MR. CERISE:
Q.      All right. Are those the photos the clerk took?
A.      Yes. (p. 312)

Mr. Douglas stated in his deposition when the soft lines were inspected [DCN 15]:

Q.      When was the last time these soft lines had been inspected on the barge?
A.      They was -- they was made new at the beginning of the season.
Q.      What's the beginning of the season? What starts the season?
A.      Whenever we -- whenever we go offshore, we make all new lines. And they inspect
        them every time we use them.
Q.      So I -- I'm not familiar with -- with that. Tell me what month that would have been
        in either 2020 or 2019.
A.      Well, we had a late season, so three or four months prior, three months.
Q.      All right. And this line in 1084, that's -- that's three months of wear on it?
A.      Yes. (p. 316)

Mr. Douglas stated in his deposition the diameter of the wire rope and snatch block as well as the
angle that the wire rope ran through the snatch block [DCN 15]:

Q.      Okay. What was the diameter of the wire?
A.      Two inch.
Q.      What was the diameter -- the inside diameter in that snatch block?
A.      Two inch, I believe. (p. 385)
…
Q.      Do you recall what the degree of angle was that the wire ran when it came through
        the snatch block to get to the dock?
A.      No, I don't.
Q.      Is that an important fact, what that angle is?
A.      It was more than 90 and less than 180. (pp.386-387)

Mr. Thomas Gibilterra, the chief operating officer for Shore Offshore Services, LLC (Shore) [DCN

**Exhibit 1 in globo 010**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 11



34, p. 18], stated in his deposition that the snatch block can reduce the cable strength [DCN 34]:

> Q.    Are you familiar with the block that was used that the 2-inch cable was run through practically on a 90-degree angle?
> MR. GUILLOT: Object to the form of the question.
> THE WITNESS: I've seen it subsequent to the incident.
> EXAMINATION BY MR. McMAHON:
> Q.    Based upon your education, experience as a professional engineer, did you conclude that the block was too small in relation to the anchor cable?
> MR. GUILLOT: Object to the form of the question.
> THE WITNESS: So there's a D over D calculation. This is a math problem. So based on the impending weather that Joe Douglas saw on the weather reports, it might have been within the acceptable range for that cable and that block, but it's a math problem.
> EXAMINATION BY MR. McMAHON:
> Q.    All right. I don't want to know speculation. You're not familiar with any calculations, and you haven't done any since, correct?
> MR. GUILLOT: Object to the form of the question. Don't discuss anything that you discussed with Shore attorneys. Subject to that, you can answer.
> THE WITNESS: Ask me the question again. That throws me off.
> EXAMINATION BY MR. McMAHON:
> Q.    Are you aware that the block was too small in relation to the starboard stern cable, based upon your experience as an engineer with a mechanical engineering degree?
> MR. GUILLOT: Same objection; asked and answered.
> THE WITNESS: I'm going to tell you this from what I know as an engineer: The block can reduce the cable strength. Whether it was good or not for this application is a math problem. (pp. 175-176)

The Shore Offshore Services, LLC "Daily Progress Report" dated October 28, 2020, lists the "Wind Directions/Speed" as "E 90-115 mph" at "1200" (12:00 Noon) and "E65-70 mph" at "2359" (11:59pm) [DCN 15, THOR 0001241]. This daily progress report also states that the barge broke loose at "1604" (4:04pm) [DCN 15, THOR 0001241].

The "Shore Offshore Requisition REQ# TH178" produced as Bates No. THOR 0000029 listed the following synthetic ropes:

    ½" x 600' manila rope
    ¾" x 600' manila rope
    2" x 600' 3 strand poly rope
    3 strand 3" x 600' nylon rope
    8 strand 4" x 600' nylon rope [DCN 13, THOR 0000029]

**Exhibit 1 in globo 011**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 12



Oil States routinely serviced and inspected the Thor winches as recently as March 4, 2020, prior to the October 2020 breakaway. Oil States had the following service report regarding winch inspections and repairs on the Thor [DCN 31]:

> Service Date: 3/4/20
> Scope of Work: Drove from houma to Mobile to the Mars yard. Boarded barge and started testing hoist to set brakes. All brake were set with indcator arm at center of proc sensor. Unloaded brake cylinder has 2 ½" of rod to clavis, all cylinders have 1" to 1 ¼" of spring load on brake bands. Hoist will need to be adjusted after running our anchors the first time do to the brakes pads burning in. Tested clutches and brakes routating hoist for full function test. Starboard stern hoist has electrical problems with a drive card and sensor barge is aware of these problems and parts are on order. Filled out paper work and drove back to Houma from Mobile. [THOR 0001419]

Oil States' service reports after the October 2020 breakaway stated the following regarding winch inspections and repairs on the Thor [DCN 32]:

> Service Date: 5/17/21
> Reason for Call: remove brake guards
> Scope of Work: load parts and equipment, drove to job site, Inspect stbd stern winch: brake liners look new, dog is good, dog stops are good [THOR 0001421]

I understand that you desire assistance in regards to a preliminary evaluation of the information that is within my areas of expertise in this matter which involves evaluating the DB Thor breakaway from the Martin Energy dock on October 28, 2020.

---

| **OBSERVATIONS** |
| --- |

**Pre-Incident Photographs of the Martin Dock Mooring Bitts:**

Photographs of the Martin dock mooring bitts and D/B Thor mooring lines were taken by Mr. Dustin Lowe, the clerk on the Thor, prior to the breakaway [DCN 7, DCN 15, p. 182, 233]. For the purpose of this report, the Martin bitts are labeled M1 through M10 in these photographs (Figures 1, 2, 3, 4, and 5) [DCN 7] and Figure D-1 of Appendix D. The following observations were made from the images in Mr. Lowe's photographs.

The M3 bitt was not visible in any of these photographs. The M1 bitt was observed to have no horns on the bitt, and the line running from the Thor was observed to be a combination of wire rope,

**Exhibit 1 in globo 012**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 13



shackles, and synthetic ropes with the synthetic ropes choked[1] around the bitt (Figure 1). This wire rope was reported to be two inches in diameter and referred to as the starboard stern anchor wire [DCN 15, p.384-385]. The M2 bitt was observed to have no horns on the bitt, and one synthetic rope was observed to be running from the Thor at an angle with the eye splice around the bitt (Figure 2). The M4 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their eye splices around the bitt (Figure 3). The M5 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their eye splices around the bitt (Figure 3). The M6 bitt was observed to have two horns on the bitt, and one synthetic rope was observed to be running from the Thor and wrapped around the bitt in a basket[2] configuration (Figure 3). The M7 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their spliced eyes around the bitt (Figure 3). The M8 bitt was observed to have one horn on the bitt, and one blue synthetic rope was observed to be running from the Thor and wrapped around the bitt in a basket configuration (Figures 4 and 5). The M9 bitt was observed to have two horns on the bitt, and the line running from the Thor was observed to be a similar configuration to bitt M1 with a combination of wire rope, shackles, and a synthetic rope which was looped around the bitt (Figures 4 and 5). The M10 bitt was observed to have one horn on the bitt, and no lines were present on the bitt (Figures 4 and 5).

## Post-Incident Site Visit on November 6, 2020:

Bartlett Engineering attended a joint site visit to the Martin dock on November 6, 2020, to perform observations of the Thor, its rigging, and the Martin dock. During this site visit, the fence near the No. 10 bitt was observed to have a horizontal line of debris present at approximately 38 inches above the ground (Figure 6).

## Martin Dock:

The M1 bitt was observed to have no horns and appeared to be intact and upright (Figure 7). Synthetic ropes connected to a shackle and wire rope were observed to still be present choked on the bitt with the wire rope hanging over the side of the dock (Figure 7). The synthetic rope had not fractured (Figure 8).

The M2 bitt was observed to have no horns and appeared to be intact and upright with a small area of disturbed ground around the bitt (Figure 9). One parted synthetic rope was observed to still be around the bitt. This line exhibited wear in the form of frayed fibers on its surface (Figure 10,

---

[1] Choked: when a rope passes through an eye to make a cinching loop around an object or load.

[2] Basket: when a sling/rope is passed around (looped around) an object and both end attachments of the sling/rope are on the same side of the load.

**Exhibit 1 in globo 013**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 14



arrows).

The M3 bitt was observed to have no horns and appeared to be intact and upright with no parted lines near this bitt (Figure 11).

The M4 bitt was observed to have two horns and was leaning west with an area of disturbed ground around the bitt (Figure 12 and 13). Two synthetic ropes that had their eye splices around the bitt were observed to be parted with one of the ropes hanging over the side of the dock (Figure 12). One of these lines was observed to have exhibited wear in the form of frayed fibers on its surface (Figure 14, arrows).

The M5 bitt was observed to have two horns and appeared to be intact and upright with no disturbed ground apparent around the bitt (Figure 15). Two parted synthetic ropes were observed to still be around the bitt (Figure 15). Both of these lines exhibited wear in the form of frayed fibers on its surface (Figure 16, arrows).

The M6 bitt was observed to be completely fractured with its top portion on the ground facing the waterway. The fractured portion was found northwest of the bitt's foundation with its head facing the waterway and its horns intact (Figure 17). The area around bitt M6 was disturbed (Figure 18). No parted mooring lines were present near bitt M6 (Figures 17 and 18).

The M7 bitt was observed to have two horns and appeared to be intact and upright with no disturbed ground around it (Figure 19). One parted synthetic rope was observed to have its eye splice around bitt M7 (Figure 19), and a second line that was reported to be parted [DCN 4] was being reused as a mooring line tied to the Thor (Figure 19 and Figure 20). Both of these lines exhibited wear in the form of frayed fibers on its surface (Figures 20 and 21, arrows).

The M8 bitt was observed to have no horns and appeared to be leaning northwest with a small area of disturbed ground around the bitt (Figure 22, 23, and 24). No parted mooring lines were present near bitt M8 (Figure 22).

The M9 bitt was observed to have one horn and appeared to be slightly leaning north with an area of disturbed ground around the bitt (Figure 23, 25, and 26). A synthetic rope connected to a shackle and wire rope was observed to still be present around bitt M9 with the wire rope hanging over the side of the dock (Figure 26). The synthetic rope was observed to exhibit wear in the form of frayed fibers on its surface (Figure 26, arrows).

The M10 bitt was observed to have one horn and appeared to be intact and upright with no parted lines nearby (Figure 27).

For the purposes of this report, a table was generated which includes pre-incident and post-incident

**Exhibit 1 in globo 014**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 15



observations of the Martin bitts (Figure E-2 of Appendix E).

**D/B Thor:**

An indentation and hull puncture was observed in the aft starboard corner of the Thor (Figure 28).

On the starboard stern end of the deck of the Thor, the crew had reportedly recreated the arrangement in which a snatch block had been attached to a strap which was wrapped around a fairlead roller (Figure 29). The label on the strap described it as a 20 foot long, 6 inch wide polyester strap (Figure 30). The snatch block had "young 511" cast into its body (Figure 31). The wire rope from the starboard stern winch appeared to be fractured near the location where it would have passed through this snatch block (Figure 32). The independent wire rope core (IWRC) was ejected from the center of the wire rope, and the rope lay was disturbed for several feet along its length away from its fracture end (Figure 33). The wire rope fracture was characterized by all of the wires in all of the strands having fractured at approximately the same location (Figure 34). Observations of the individual wire fractures revealed a "cup and cone[3]" appearance with "necking[4]" of the wires adjacent to each wire fracture (Figures 35 and 36). Near the area of the fracture, the surfaces of the wires were rusty on the interior of the wire rope and appeared to be dry with no manufacturing lubricant present (Figure 34, 35, and 36).

A solid steel column near the bow on the deck of the Thor was observed to have a roughly 2 inch wire wear mark which extended most of the way through the column (Figure 37). This gap from this wear mark and the grooving of the steel were consistent with it being formed due to rubbing by a 2 inch diameter wire rope. The Thor representative present confirmed that this wear mark was from the wire rope from the starboard bow winch drum (Figure 38).

A blue synthetic rope, which had tag number "113909" and labeled "Line #7" (Figure 39), was observed to be parted on one end and had an eye splice on the other end (Figure 40). This blue rope was located near the blue rope that was wound around a winch drum on the Thor (Figure 41). Two sections of this rope were observed. Another section of this rope that appeared to be parted was next to the eye splice section with the end of the line wrapped in tape and appeared to have been cut (Figure 42). The rope that remained attached to the winch drum was run down to a bitt on the dock and tied around the bitt with a bowline knot (Figure 43).

A wire rope, which was tagged 113910 and reported by representatives on the Thor to be the

---

[3]Cup and cone fracture: type of fracture observed in ductile materials when all of the force is in one direction causing a "cup" appearance on one end of the fracture and a "cone" appearance on the other end, or mating end, of the fracture.

[4] Necking: deformation or thinning which occurs near a fracture surface of ductile materials.

**Exhibit 1 in globo 015**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 16



starboard bow winch wire rope, was observed to be parted and caked with dried mud (Figure 44). The opposite end of this wire rope section was observed to be wrapped with tape and cut (Figure 45).

<u>**Site Visit to Fourchon Heavy Lift on April 6, 2021 and July 9, 2021:**</u>

Bartlett Engineering attended a joint site visit to Fourchon Heavy Lift on April 6, 2021, and July 9, 2021, to perform observations of dolphins and mark specimens for extraction that were reportedly contacted by the D/B Thor during the subject breakaway.

Fractures, scrape marks, and deformed metal were observed on some of the dolphin members (Figures 46, 47, and 48).

<u>**Site Visit to MARS on May 18, 2021:**</u>

Bartlett Engineering attended a site visit to MARS on May 18, 2021, to perform observations of the bow and stern deck winches on the Thor (Figure 49 and 50). Observations were performed on the brake assemblies of the deck winches loaded with wire ropes.

The brake assemblies were observed to be band-style brakes. Each brake band appeared to be operated by a hydraulic cylinder. The hydraulic cylinder actuated a pivot arm, which in turn pulled down on the band brake to squeeze the friction material against the brake drum.

The bow and stern winches were observed to have a manually actuated dog (Figures 51 and 52, respectively). Both of the dogs and the teeth that the dogs engage were all observed to be intact on both the bow and stern winches.

<u>**Site Visit to Martin Dock on July 8, 2021:**</u>

Bartlett Engineering attended a joint site visit to the Martin Dock to perform observations of the extracted bits. Four bits had been extracted and made available for observation. The bits were labeled 4, 6, 8, and 9 (Figure 53). The bits were observed to be fabricated from 18 inch diameter pipe, approximately 50 feet long and filled with concrete.

Bitt M4 exhibited a bend approximately 85 inches from the top of the bitt which caused its top to be displaced approximately 4 feet from its original axis (Figure 54). The horns of bitt M4 were intact.

The top of bitt M6 was observed to be separated from the rest of the pipe (Figure 55 and 56). The top of the bitt had been wrapped in plastic and stored on a pallet (Figure 55). Both of the horns on bitt M6 were intact. The pipe of bitt M6 had a bend that started approximately 9.5 feet below the fracture surface (Figure 57). The thickness of the pipe around the fracture surface was measured. The thickness ranged from 0.142 to 0.379 inches.

**Exhibit 1 in globo 016**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 17



Bitt M8 was observed to have a bend starting approximately 12 feet from the top end. The horns on the top of the bitt appeared to be missing (Figure 55).

Bitt M9 was observed to have a bend starting approximately 11 feet from its top end. One of the horns was separated (Figure 58).

### Site Visit to MMT on June 6, 2023 and MMT Testing:

Bartlett Engineering attended a joint site visit to MMT to perform observations of the wire ropes, synthetic ropes, and other rigging items that were used by the Thor at the time of the breakaway. The synthetic ropes were measured and photographed to document their condition. For the purposes of this report, a rope characteristics table was generated which includes details and descriptions of all of the observed mooring lines (Figure E-1 of Appendix E). The synthetic mooring lines were laid out for observation. These lines were observed for damaged areas and deterioration such as frayed fibers. Some of the images which were collected are shown as Figures 59 to 71.

The starboard stern wire rope was sectioned away from its fracture for metallographic observations and microhardness testing. The results of the hardness testing of the individual wires in the wire rope were between 460 HV to 553 HV which translates to a tensile strength of 222 ksi to 288 ksi, respectively. This cross section also revealed that this wire rope was a 6 x 26 Warrington Seale with an independent wire rope core (IWRC) which puts that wire rope in the 6 x 19 classification [Exhibit D]. The nominal strength of a 2 inch EIPS (extra improved plow steel) 6 x 19 classification, IWRC is 198 tons (396,000 lbs). The cross section of the wire rope also revealed varying amounts of metal loss to the individual wires. As a specific example, the cross section can be used to observe some strand outer wires at their near original size [Exhibit D, arrows A]. All of the outer wires on the strands observed started at that size. Many of the strand outer wires are now observed to have their cross section dramatically reduced [Exhibit D, arrows B].

### Site Visit to Martin Dock on January 4, 2024:

Bartlett Engineering attended a site visit to the Martin Dock on January 4, 2024, to perform measurements of the dock and bitts. The measurements that were used to develop the 3D model of the bitts and their locations are provided in Tables B-2, B-3, and B-4 of Appendix B.

### Starboard Stern Wire Rope Testing:

Bishop Lifting performed a break test of two samples from the starboard stern M1A wire rope. The "destruction point (peak load)" at which the samples broke were 312,070 lbs and 304,170 lbs, which was below the minimum nominal strength of 396,000 lbs for this 2 inch diameter wire rope [DCN 38]. The test report includes the term "Pass", but the significance of that notation on the test result is unknown.

**Exhibit 1 in globo 017**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 18



## 3D Model Reconstruction:

The Martin dock and the Thor with their corresponding bitts were created as a digital 3D model. The bases for key dimensions used in this model are provided in Tables B-1 through B-4 and Figures B-1 through B-7 of Appendix B. The 3D model was used to illustrate the number and locations of the mooring lines that were tied from the Thor bitts to the Martin dock bitts prior to the subject breakaway. Virtual photographs of the 3D model were then overlaid onto the pre-incident photographs as well as onto the November 2020 site visit photographs in order to verify the accuracy of the models. A photogrammetric evaluation was used to determine the water level just prior to the hurricane, during the hurricane, and on the day of the November 2020 site visit which used a combination of pre-incident photograph overlays, measurements of debris on the Martin fence during the November 2020 site visit (Figure 6), and November 2020 site visit overlays, respectively. A map of the mooring arrangement prior to the breakaway is attached to this report as Figure D-1 of Appendix D. Measurements derived from the 3D model were used to assist in the calculations to evaluate the mooring line loads during the hurricane.

## DISCUSSION

## Starboard Bow Wire Rope:

The starboard bow wire rope was reported to play out over 2,000 feet [DCN 15, p. 428]. The absence of damage on the dog and teeth that the dog engages demonstrates that the dog was not engaged on the bow anchor winch at the time of the breakaway.

## Starboard Stern Wire Rope:

Observations of the starboard stern wire rope fracture showed an alignment of the fractured ends of the strands of the wire rope. This alignment of the fractured strands indicates that there was a weakening of the wire rope at this particular location in the wire rope. The wire rope was reported to run from the winch drum through a "young 511" snatch block on its path to the M1 Martin dock bitt. The "young 511" snatch block is manufactured by Young Corporation and referred to as a "wide sheave block," and its specification sheet reports that it is for use with a 1 inch line [Exhibit A, p. 3/8]. The subject wire rope was measured to be a 2 inch wire rope.

Common manufacturers of rigging equipment, Crosby and Lift-It, sell snatch blocks for use with 2 inch wire ropes. The Crosby snatch block, part number TU-480/TU481, has a sheave tread diameter of 24 inches [Exhibit A, p. 5/8]. The Lift-It snatch block, part number VB 520.52.1.55.S, has a sheave tread diameter of 20 ½ inches [Exhibit A, p. 7/8].

**Exhibit 1 in globo 018**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 19



The *Wire Rope Users Manual, Third Edition*[5] explains the following regarding the strength loss of wire rope over stationary sheaves or pins:

> Rope breaking strength is determined in a standard test wherein fittings are attached to the ends of the rope and the rope is pulled in a straight line.
>
> If, however, the rope passes over a curved surface (such as a sheave or pin) its strength "is decreased." The amount of such reduction will depend on the severity of the bend as expressed by the D/d ratio. For example, a rope bent around a pin of its own diameter with only have 50% of the strength attributed to it in the standard test. This is called "50% efficiency" (Fig. 38). Even at D/d ratios of 40, there may be a loss of up to 5%. At smaller D/d ratios, the loss in strength increases quite rapidly.
>
> The angle of bend need not be 180°, 90°, or even 45°; relatively small bends can cause considerable loss. [Exhibit B, p. 58]

Figure 38 in this manual reports that when a wire rope passes over a pin whose diameter is 3 ¾ times the wire size, the anticipated "efficiency" would be approximately 75 percent [Exhibit B, p. 58].

A straight pull overload of a wire rope in good condition typically produces a fracture with a length that extends over many wire diameters with the IWRC ejected for many diameters, and the fracture location of the strands and wires are distributed along that length as opposed to the observed strand and wire fractures all being aligned at the fracture location.

The individual wires were observed to have "cup and cone" features with the adjacent wire "necked down" (Figures 35 and 36). In Figure 43 of the *Wire Rope Users Manual, Third Edition*[5], the appearances of different wire fractures is shown and described as follows:

> Figure 43. A wire broken under a tensile load that exceeds its strength is recognized by the "cup and cone" configuration at the fracture point (a). The necking down of the wire at this point shows that failure occurred while the wire retained it [sic] ductility. Shear-tensile fracture (b) occurs in wire subjected to a combination of transverse and axial loads. [Exhibit B, p. 69]

The alignment of the strands at the same location demonstrates that the wire strength was locally weakened at the location of the fracture. The cup-and-cone fractures with the adjacent necking demonstrates that the wire rope was heavily loaded so that the strength at that weakened area was exceeded. The dry rusty interior of the wire rope with no observable lubricant would make it even more susceptible to reduction in its strength when being curved over a small radius because the non-lubricated, rusty wires would have increased friction that would inhibit the wire micromotion necessary for load redistribution among all of the rope wires.

---

[5] Wire Rope Technical Board. *Wire Rope Users Manual, Third Edition*. 1993.

**Exhibit 1 in globo 019**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 20



**Synthetic Rope Mooring Lines:**

The many instances of frayed fibers on the surfaces of the synthetic fiber mooring lines is indicative of wear and abrasion as opposed to a consequence of an overload event. Because the strands are constructed from twisted fibers and ropes are constructed of twisted strands, the "outside" fibers at one point of the rope are also the inside fibers at the adjacent area of the rope, and vice versa. For this reason, a twisted rope that has experienced fraying of the "outside" fibers has lost a considerable portion of its strength.

**Martin Bitt Loading:**

The approximate directions of the lean of bitts M4, M8, and M9 and the direction in which the fractured top of M6 moved after fracture are shown as green arrows on the mooring arrangement map (Figure D-1 of Appendix D). These directions were estimated from the observations and photographs from the Martin dock site visit of November 6, 2020 (Figures 12 and 13, 22 and 23, 23 and 26, and 18, respectively). The direction of the lean of bitts M4 and M8 are approximately in the direction that their respective lines were pre-incident. However, the direction of the movement of the top of bitt M6 after the storm is in a different direction than the M6 mooring line's original direction. This demonstrates the direction of pull of the lines on the M6 bitt at the time of its fracture. Using the movement direction of the M6 bitt along with the length of the M6 line, the digital 3D model was used to determine the required location of the Thor at the time that the M6 bitt fractured in order to be able to pull at that direction on the M6 bitt. The model was also used to determine what other lines must have failed at that point (Figure D-6 of Appendix D). The direction of the lean of bitt M9 is directly north, and this was the line from the forward starboard winch which played out over 2,000 feet of wire rope as the last line connected to the Martin dock.

With regards to the leaning and soil gaps observed on bitts M4, M6, M8, and M9; when an unbraced pile is laterally loaded it laterally deflects. From the soil surface to a depth referred to as the "point of fixity", a laterally loaded, unbraced pile is expected to deflect [Exhibit E]. Even though bitts M4, M8 and M9 deflected laterally at the surface, they were still able to resist the load required to cause failure of their mooring lines.

**3D Model Reconstruction and Mooring Line Load Calculations:**

The initial position of the 3D model of the Thor with its mooring lines connected to the Martin dock was determined from the photogrammetric evaluation of the pre-hurricane photographs. An initial location of each of the mooring lines was modeled as a straight line (i.e. – without a catenary sag) from the Martin bitt to its respective Thor bitt (Figure D-4 of Appendix D). The sag observed on these mooring lines was small and for that reason, the modeling of these mooring lines as straight was reasonable. As an example, a sag of 5 percent would mean that the line is less than 1 percent longer than the space between the mooring bitts. In addition, since all of the lines were set similarly, the sag

**Exhibit 1 in globo 020**



might be expected to be similar. The x, y, and z coordinates of the ends of each line that connected from the Martin bitts to the Thor bitts were documented in Table D-2 and D-3 of Appendix D with the M1 bitt end as the origin of the coordinate system. These coordinates are used in the calculations in order to determine line lengths and their change in length as the Thor is moved in the x (along the dock), y (vertical), and z (away from the dock) planes.

Using the 3D model, the starboard projected wind area of the Thor was estimated to be approximately 16,000 square feet. This area was determined by using images of the silhouette of the 3D model of the Thor to illustrate its projected area when looking from starboard-to-port (Figure D-5 of Appendix D). The area in blue is the solid area of the Thor. The area in green indicates the lattice or supporting beams that are not solid. The projected area of the lattice items was assumed to be 25 percent of the gross lattice areas. With a wind velocity of 115 mph [DCN 15, THOR 0001241], the wind pressure was calculated to be approximately 34 psf using the method of ABS "Mobile Offshore Units, Part 3, Hull Construction and Equipment[6]", so the wind load due to a 115 mph east wind would be approximately 530,000 lbs. The effective center of this load would be approximately 186 feet forward of the stern. A wind velocity of 115 mph from the east was used for calculation purposes because this condition would produce the highest wind loads on the Thor mooring lines.

The equivalent spring constant[7] of each mooring line was calculated using typical synthetic fiber cordage deformation behavior based on the *Handbook of Fibre Rope Technology* [Exhibit C]. Considered in the calculations was the tensile strength percentage factor, the percent elongation, the nominal strength, and estimated length of each line. Where a mooring line consisted of a wire rope connected to a synthetic rope (e.g. – M1 and M9), an equivalent spring constant was derived based on a weighted average of the wire rope and the synthetic fiber rope portions. The percent change in length on M1 of the wire rope and the synthetic rope portions were approximately 40% and 60%, respectively. The percent change in length on M9 of the wire rope and the synthetic rope portions were approximately 40% and 60%, respectively.

Calculations were performed to derive the relative loads in the wire ropes and synthetic ropes on the Thor as a function of the calculated equivalent spring constant and displacement of the Thor away from the dock (i.e. west, or "z" in the model), along the dock (i.e. north, or "x" in the model), and with a rise in water level (i.e. vertical, or "y" in the model). The forces produced by the mooring lines at their respective angles were resolved and determined to balance within approximately 200 lbs. As a result of the calculations for mooring line conditions of "all intact", "M1 failed", "M1 and M4B failed", and "M6 failed", the angle of rotation to the Thor away from the Martin dock bulkhead was determined to be less than 1 degree. Because this angle is small, the change in the projected area of

---

[6] American Bureau of Shipping. "Mobile Offshore Units, Part 3, Hull Construction and Equipment." January 2024.

[7] Spring constant - a parameter of a deflecting component that linearly related force to deflection.

**Exhibit 1 in globo 021**



the Thor and east wind would be less than 1/50th of a percent so the change in projected area with mooring line breakage did not need to be considered.

The calculations were based on the mechanics principle that for a non-accelerating object the sums of the forces and moments are zero. The forces acting on the Thor were the wind load and each mooring line. The forces from the mooring lines considered their stretch as determined by the geometric requirements of the displaced position of the Thor which included water level rise.

A bar chart of the results of these calculations is provided as Figure C-1 of Appendix C. References for these calculations are attached to this report as Exhibit B and Exhibit C. These graphs of Figure C-1 of Appendix C also show the nominal strength of each mooring line as a white box overlaid on the load of each line. The complete calculations are included as Appendix C.

Load Case 1 considered all of the lines intact with wind loads of 115 mph. As shown in Figure C-1 of Appendix C, the loads on all of the lines are heavy but well below the nominal strengths of lines in good condition. The line with the highest load was line M1 which was calculated to have a load of approximately 153,000 lbs, which is 39 percent of a brand new 2 inch wire rope's nominal strength.

Load Case 2 was calculated in which line M1 was absent. Without line M1, the load redistributed with the adjacent lines (M2, M4A, and M4B) which caused their loads to rise. In Load Case 2, line M4B experienced the highest load which caused it to then be at 43 percent of its nominal strength.

Load Case 3 considered the condition in which lines M1 and M4B were absent. Without these two mooring lines, the load redistributed to the remaining adjacent lines (M2 and M4A) which caused their loads to rise even further to 50 percent and 52 percent of their nominal strength, respectively.

Load Case 4 considered the situation in which only line M6 was absent. Since line M6 is centered on the Thor, when it was "removed" from the calculations, its load was redistributed somewhat evenly between all of the rest of the lines so that the load increase on all of the lines was just a few percent.

Load Case 1 revealed that when the wire rope lines (M1 and M9) were present, they were the most heavily loaded mooring lines. However, even with a wind speed of 115 mph, the load on the stern wire rope (line M1) did not exceed half of the nominal strength of a properly lubricated wire rope in good condition which was not bent at an excessively small radius.

The 3D model of the D/B Thor and Martin dock were used to illustrate the relative positions of the D/B Thor for Load Case 1 (red), 2 (blue), and 3 (green) (Figure D-7 of Appendix D). The 3D model of the D/B Thor and Martin dock were also used to illustrate the relative positions of the D/B Thor for Load Case 1 and Load Case 4 (Figure D-8 of Appendix D).

**Exhibit 1 in globo 022**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 23



| | FINDINGS AND CONCLUSIONS |
|---|---|

1.  Bitts M1, M2, M4, M5, M7, and M9 had remnants of the Thor mooring lines which demonstrates that the mooring lines on those bitts did not slide off of their respective dock bitts.

2.  The subject starboard stern wire rope appeared to have no observable manufacturing wire rope lubricant remaining. In addition, the wire rope exhibited significant internal wire surface rust. This rust would increase the friction between the wires which would hamper the load redistribution among the wires which is so important when a loaded wire must bend over a curved surface (i.e. a sheave).

3.  Observations of the majority of the individual broken wires revealed cup and cone fractures with necking which is indicative of overload failure of ductile wires. Individual wires can be more easily overloaded when wire surface rust is present because that rust prevents the sliding necessary for wire load redistribution. In addition, some thinning of the wires of this rope was observed which would weaken the wire rope due to the reduction in metal cross section available to support the load.

4.  The fractured wires of all of the strands of the rope exhibited alignment of the fractures of their individual wires which indicates that an external weakening effect contributed to the failure of this wire rope at that location.

5.  The location of the wire rope fracture appeared to be aligned with the location where the wire rope would have passed over the sheave of the "young 511" snatch block.

6.  The Young 511 snatch block has a sheave diameter of 7 ½ inches, and Young Corporation specifies that this model snatch block is to be used with 1 inch line. The starboard stern anchor wire rope that passed over that sheave was a 2 inch diameter wire rope. The Wire Rope User's Manual reports that when a wire rope passes over a pin whose diameter is 3 ¾ times the wire size, the anticipated "efficiency" would be approximately 75 percent. Commercially available snatch blocks for 2 inch wire rope utilize sheaves with a 20 ½ inch to 24 inch tread diameter.

7.  The effect of a poorly lubricated wire rope would be expected to aggravate the weakening effect of bending the wire rope over a particularly small radius. The fact that this weakening mechanism was present on this wire is demonstrated by the alignment of the fractures of the wires on all of the strands of this rope and the apparent alignment of the wire rope fracture with the small radius snatch block sheave.

**Exhibit 1 in globo 023**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 24



8.     A straight pull tensile test of specimens from the subject stern anchor wire rope revealed that its strength was 312,070 lbs and 304,170 lbs, which are 79 percent and 77 percent of the nominal strength of this wire rope, respectively.

9.     The subject stern wire rope in its poorly lubricated condition and routed over a small diameter sheave would be expected to fail at a load considerably less than its nominal strength.

10.    The subject bow wire rope was observed to play out several thousand feet.  In order for the rope to have played out with no damage to the dog and winch teeth, the dog had to have been not set.

11.    The wear observed on the synthetic mooring lines with frayed surface fibers did not occur as a result of the overload of these lines, and the frayed fibers on these lines would indicate that they had lost some of their strength.

**Model and Loads:**

12.    A 3D digital model was able to be created using information from Mr. Lowe's pre-hurricane photographs, dimensions of the Thor, and dimensions of the Martin dock.  The overlay of the virtual photographs of the model with Mr. Lowe's photographs demonstrated the accuracy of the digital model.

13.    The projected wind load area was able to be established from the drawings of the Thor.

14.    The 3D model was able to be used to establish the geometry of the mooring lines.  This geometry together with the wind loading, the application of the rules of mechanics, and the stretch characteristics of the mooring lines was able to be used to determine the loads in individual mooring lines for configurations in which various lines were present or missing.

15.    Due to the mooring configuration, the wind direction, and the fact that they had greater stiffness, lines M1 and M9 saw higher proportional load than the other lines which consisted of synthetic ropes.  The greater stiffness of M1 was due to the fact that it consisted of a 2 inch wire rope in series with a 3 inch rope sling which was configured to be between 6 parts and 4 parts.  The greater stiffness of M9 was due to the fact that it consisted of a 2 inch wire rope in series with a 4 inch rope sling which was configured to be 2 parts.

16.    The maximum water level rise during Zeta was able to be estimated from measurements of the high water line debris measured during the November 6, 2020, site visit to the Martin dock along with the photogrammetry of the Thor position from the photographs of Mr. Lowe.

**Exhibit 1 in globo 024**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 25



17.    The mooring line load calculations revealed that loads of the lines in their configuration on the day of hurricane Zeta would have all been below the nominal strength of lines in good condition.

18.    The loads in lines M1 and M9 were the most highly loaded lines on the Thor with their loads representing 39 and 30 percent of the nominal strength of new wire rope, respectively.  The fact that this heavy but acceptable loading on line M1 was able to produce a failure of line M1 indicates that its non-lubricated state, its corrosion metal loss, and the fact that it was routed over a small diameter sheave likely contributed to the fracture of this rope at a load considerably less than its nominal strength.

19.    In Load Case 1 (i.e. – all mooring lines present), the loads in all of the synthetic mooring lines on the Thor were highly loaded but ranged only from 10 percent (M7B) to 26 percent (M4B) of their nominal strength.

20.    The failure of line M1 would cause the loads in lines M2, M4A and M4B to dramatically increase with M4B being the highest.

21.    The failure of line M4B and M1 would then cause the load in lines M2 and M4A to further increase due to them attempting to resist a disproportionate share of the wind load.  Even at this state, the loads in lines M2 and M4A are near half of the nominal strength of those respective lines.  The failure of those lines suggest that the worn and aged condition of those lines contributed to their failure at a load less than their nominal strength.

22.    The failure of only line M6 (Load Case 4) would only minimally change the remaining lines, so the failure of bitt M6 by itself does not appear to have caused the breakaway of the Thor.

23.    The direction of displacement of the Martin dock bitts which either leaned or fractured indicated the direction of load which caused their observed condition.  This information for the M6 bitt revealed that the load which led to its fracture had shifted northward clockwise from its pre-hurricane mooring line orientation.

24.    The 3D model was able to be used to determine that for the mooring line at M6 to be oriented in the direction of the failure of the Martin bitt M6 that of the 11 original mooring lines the following mooring lines had to have parted prior to the M6 line: M1, M2, M4A, M4B, M5A, M5B, M7B, and M8.  Line M5A may have also preceded the failure of the M6 bitt.  In addition, line M9 would have been slack because the starboard bow would have been bearing against the Martin dock bulkhead.

25.    The above proposed failure sequence is consistent with the recollection of Mr. Douglas that the starboard stern moved away from the dock first.

**Exhibit 1 in globo 025**

June 19, 2024 - DRAFT
**Daigle Fisse & Kessenich**
Page 26



| CLOSING |
|---------|

This report is prepared for the sole benefit of the Client, and the scope is limited to matters expressly covered within the text. Bartlett Engineering LLC has prepared this report in accordance with the standard of care appropriate for competent professionals in this area in the relevant discipline and the generally applicable industry standards. In preparing this report, Bartlett Engineering has relied on information provided by the Client and other sources as identified in this report. Any inaccuracy, omission, or change in the information or circumstances on which this report is based may affect the findings, conclusions, or recommendations expressed in this report. If you have any questions or comments about our background information or our findings or if new information becomes available, please advise us immediately so that we may review our findings and conclusions. We hereby respectfully reserve the right to review our findings and conclusions should such new information become available.

Sincerely,
**BARTLETT ENGINEERING LLC**

Robert D. Bartlett, P.E.
Principal Engineer
La. Reg. No. 23491

**Exhibit 1 in globo 026**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[DCN 7, THOR 1083]

Figure 1:    The M1 bitt was observed to have no horns on the bitt, and the line running from the Thor was observed to be a combination of wire rope, shackles, and synthetic ropes with the synthetic ropes choked around the bitt.

**Exhibit 1 in globo 027**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[DCN 7, THOR 1084]

Figure 2:    The M2 bitt was observed to have no horns on the bitt, and one synthetic rope was observed to be running from the Thor at an angle with the eye splice around the bitt.

**Exhibit 1 in globo 028**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[DCN 7, THOR 1085]

Figure 3:     The M4 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their eye splices around the bitt. The M5 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their eye splices around the bitt. The M6 bitt was observed to have two horns on the bitt, and one synthetic rope was observed to be running from the Thor and wrapped around the bitt in a basket configuration. The M7 bitt was observed to have two horns on the bitt, and two synthetic ropes were observed to be running from the Thor with their spliced eyes around the bitt.

**Exhibit 1 in globo 029**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[DCN 7, THOR 1086]

Figure 4:    The M8 bitt was observed to have one horn on the bitt, and one blue synthetic rope was observed to be running from the Thor and wrapped around the bitt in a basket configuration.  The M9 bitt was observed to have two horns on the bitt, and the line running from the Thor was observed to be a similar configuration to bitt M1 with a combination of wire rope, shackles, and a synthetic rope which was looped around the bitt.  The M10 bitt was observed to have one horn on the bitt, and no lines were present on the bitt.

**Exhibit 1 in globo 030**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[DCN 7, THOR 1087]

Figure 5:    See caption for Figure 4.

**Exhibit 1 in globo 031**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_151.JPG]

Figure 6:    During the November 6, 2020, site visit, the fence near the No. 10 bitt was observed
to have a horizontal line of debris present at approximately 38 inches above the
ground.

**Exhibit 1 in globo 032**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_302.JPG]

Figure 7:     The M1 bitt was observed to have no horns and appeared to be intact and upright.
Synthetic ropes connected to a shackle and wire rope were observed to still be present
choked on the bitt with the wire rope hanging over the side of the dock.

**Exhibit 1 in globo 033**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_003.JPG]

Figure 8:     The synthetic rope had not fractured.

**Exhibit 1 in globo 034**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_178.JPG]

Figure 9:     The M2 bitt was observed to have no horns and appeared to be intact and upright with a small area of disturbed ground around the bitt.  One parted synthetic rope was observed to still be around the bitt.

**Exhibit 1 in globo 035**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_179.JPG]

Figure 10:    This line exhibited wear in the form of frayed fibers on its surface (arrows).

**Exhibit 1 in globo 036**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_180.JPG]

Figure 11:    The M3 bitt was observed to have no horns and appeared to be intact and upright
with no parted lines near this bitt.

**Exhibit 1 in globo 037**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_183.JPG]

Figure 12:    The M4 bitt was observed to have two horns and was leaning west with an area of disturbed ground around the bitt. Two synthetic ropes that had their eye splices around the bitt were observed to be parted with one of the ropes hanging over the side of the dock.

**Exhibit 1 in globo 038**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_031.JPG]

Figure 13:    See caption for Figure 12.

**Exhibit 1 in globo 039**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_183.JPG]

Figure 14:    One of these lines was observed to have exhibited wear in the form of frayed fibers on its surface (arrows).

**Exhibit 1 in globo 040**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_189.JPG]

Figure 15:    The M5 bitt was observed to have two horns and appeared to be intact and upright with no disturbed ground apparent around the bitt.  Two parted synthetic ropes were observed to still be around the bitt.

**Exhibit 1 in globo 041**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_192.JPG]

Figure 16:    Both of these lines exhibited wear in the form of frayed fibers on its surface (arrows).

**Exhibit 1 in globo 042**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_195.JPG]

Figure 17:    The M6 bitt was observed to be completely fractured with its top portion on the ground facing the waterway. The fractured portion was found northwest of the bitt's foundation with its head facing the waterway and its horns intact.

**Exhibit 1 in globo 043**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_201.JPG]

Figure 18:    The area around bitt M6 was disturbed.  No parted mooring lines were present near bitt M6.

**Exhibit 1 in globo 044**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_210.JPG]

Figure 19:    The M7 bitt was observed to have two horns and appeared to be intact and upright with no disturbed ground around it.  One parted synthetic rope was observed to have its eye splice around bitt M7, and a second line that was reported to be parted [DCN 4] was being reused as a mooring line tied to the Thor.

**Exhibit 1 in globo 045**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_726.JPG]

Figure 20:    A second line that was reported to be parted [DCN 4] was being reused as a mooring
              line tied to the Thor.  Both of these lines exhibited wear in the form of frayed fibers
              on its surface (arrows).

**Exhibit 1 in globo 046**

[BE1775D_212.JPG]

Figure 21: Both of these lines exhibited wear in the form of frayed fibers on its surface (arrows).

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_219.JPG]

Figure 22:    The M8 bitt was observed to have no horns and appeared to be leaning northwest with a small area of disturbed ground around the bitt.  No parted mooring lines were present near bitt M8.

**Exhibit 1 in globo 048**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_220.JPG]

Figure 23:    The M8 bitt was observed to have no horns and appeared to be leaning northwest
with a small area of disturbed ground around the bitt.  No parted mooring lines were
present near bitt M8.  The M9 bitt was observed to have one horn and appeared to
be slightly leaning north.

**Exhibit 1 in globo 049**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_218.JPG]

Figure 24:      See caption for Figure 22.

**Exhibit 1 in globo 050**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_223.JPG]

Figure 25:    The M9 bitt was observed to have one horn and appeared to be slightly leaning north
with an area of disturbed ground around the bitt.

**Exhibit 1 in globo 051**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_227.JPG]

Figure 26:    The M9 bitt was observed to have one horn and appeared to be slightly leaning north with an area of disturbed ground around the bitt.  A synthetic rope connected to a shackle and wire rope was observed to still be present around bitt M9 with the wire rope hanging over the side of the dock.  The synthetic rope was observed to exhibit wear in the form of frayed fibers on its surface (arrows).

**Exhibit 1 in globo 052**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_235.JPG]

Figure 27:    The M10 bitt was observed to have one horn and appeared to be intact and upright with no parted lines nearby.

**Exhibit 1 in globo 053**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_005.JPG]

Figure 28:      An indentation and hull puncture was observed in the aft starboard corner of the Thor.

**Exhibit 1 in globo 054**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_036.JPG]

Figure 29:    On the starboard stern end of the deck of the Thor, the crew had reportedly recreated the arrangement in which a snatch block had been attached to a strap which was wrapped around a fairlead roller.

**Exhibit 1 in globo 055**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_042.JPG]

Figure 30:    The label on the strap described it as a 20 foot long, 6 inch wide polyester strap.

**Exhibit 1 in globo 056**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_294.JPG]

Figure 31:     The snatch block had "young 511" cast into its body.

**Exhibit 1 in globo 057**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_038.JPG]

Figure 32:    The wire rope from the starboard stern winch appeared to be fractured near the
location where it would have passed through this snatch block.

**Exhibit 1 in globo 058**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_269.JPG]

Figure 33:     The independent wire rope core (IWRC) was ejected from the center of the wire rope, and the rope lay was disturbed for several feet along its length away from its fracture end.

**Exhibit 1 in globo 059**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_247.JPG]

Figure 34:    The wire rope fracture was characterized by all of the wires in all of the strands having fractured at approximately the same location.

**Exhibit 1 in globo 060**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_248.JPG]

Figure 35:    Observations of the individual wire fractures revealed a "cup and cone" appearance with "necking" of the wires adjacent to each wire fracture.  Near the area of the fracture, the surfaces of the wires were rusty on the interior of the wire rope and appeared to be dry with no manufacturing lubricant present.

**Exhibit 1 in globo 061**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_281.JPG]

Figure 36:     See caption for Figure 35.

**Exhibit 1 in globo 062**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_491.JPG]

Figure 37:    A solid steel column near the bow on the deck of the Thor was observed to have a
              roughly 2 inch wire wear mark which extended most of the way through the column.
              This gap from this wear mark and the grooving of the steel were consistent with it
              being formed due to rubbing by a 2 inch diameter wire rope.

**Exhibit 1 in globo 063**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_498.JPG]

Figure 38:    The Thor representative present confirmed that this wear mark was from the wire rope from the starboard bow winch drum.

**Exhibit 1 in globo 064**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_468.JPG]

Figure 39:     A blue synthetic rope, which had tag number "113909" and labeled "Line #7" was
observed to be parted on one end and had an eye splice on the other end.

**Exhibit 1 in globo 065**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_472.JPG]

Figure 40:      See caption for Figure 39.

**Exhibit 1 in globo 066**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_476.JPG]

Figure 41:    This blue rope was located near the blue rope that was wound around a winch drum
on the Thor.

**Exhibit 1 in globo 067**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_473.JPG]

Figure 42:     Two sections of this rope were observed.  Another section of this rope that appeared
to be parted was next to the eye splice section with the end of the line wrapped in tape
and appeared to have been cut.

**Exhibit 1 in globo 068**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_485.JPG]

Figure 43:    The rope that remained attached to the winch drum was run down to a bitt on the
dock and tied around the bitt with a bowline knot.

**Exhibit 1 in globo 069**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_501.JPG]

Figure 44:     A wire rope, which was tagged 113910 and reported by representatives on the Thor
to be the starboard bow winch wire rope, was observed to be parted and caked with
dried mud.

**Exhibit 1 in globo 070**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_518.JPG]

Figure 45:    The opposite end of this wire rope section was observed to be wrapped with tape and cut.

**Exhibit 1 in globo 071**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_777.JPG]

Figure 46:    Fractures, scrape marks, and deformed metal were observed on some of the dolphin members.

**Exhibit 1 in globo 072**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_820.JPG]

Figure 47:     See caption for Figure 46.

**Exhibit 1 in globo 073**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_950.JPG]

Figure 48:    See caption for Figure 46.

**Exhibit 1 in globo 074**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_969.JPG]

Figure 49:     Bartlett Engineering attended a site visit to MARS on May 18, 2021, to perform observations of the bow and stern deck winches on the Thor.

**Exhibit 1 in globo 075**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_983.JPG]

Figure 50:     See caption for Figure 49.

**Exhibit 1 in globo 076**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1066.JPG]

Figure 51:    The bow and stern winches were observed to have a manually actuated dog.  Both of the dogs and the teeth that the dogs engage were all observed to be intact on both the bow and stern winches.

**Exhibit 1 in globo 077**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1053.JPG]

Figure 52:       See caption for Figure 51.

**Exhibit 1 in globo 078**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1094.JPG]

Figure 53:    Bartlett Engineering attended a joint site visit to the Martin Dock to perform observations of the extracted bitts.  Four bitts had been extracted and made available for observation.  The bitts were labeled 4, 6, 8, and 9.

**Exhibit 1 in globo 079**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1100.JPG]

Figure 54:    Bitt M4 exhibited a bend approximately 85 inches from the top of the bitt which
caused its top to be displaced approximately 4 feet from its original axis.  The horns
of bitt M4 were intact.

**Exhibit 1 in globo 080**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1098.JPG]

Figure 55:     The top of bitt M6 was observed to be separated from the rest of the pipe.  The top of the bitt had been wrapped in plastic and stored on a pallet.  Both of the horns on bitt M6 were intact.  Bitt M8 was observed to have a bend starting approximately 12 feet from the top end.  The horns on the top of the bitt appeared to be missing.

**Exhibit 1 in globo 081**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1119.JPG]

Figure 56:      See caption for Figure 55.

**Exhibit 1 in globo 082**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1122.JPG]

Figure 57:     The pipe of bitt M6 had a bend that started approximately 9.5 feet below the fracture surface.

**Exhibit 1 in globo 083**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1102.JPG]

Figure 58:    Bitt M9 was observed to have a bend starting approximately 11 feet from its top end. One of the horns was separated.

**Exhibit 1 in globo 084**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1638.JPG]

Figure 59:     The synthetic mooring lines were laid out for observation.  These lines were observed
for damaged areas and deterioration such as frayed fibers.

**Exhibit 1 in globo 085**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1642.JPG]

Figure 60:      See caption for Figure 59.

**Exhibit 1 in globo 086**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1660.JPG]

Figure 61:     See caption for Figure 59.

**Exhibit 1 in globo 087**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1661.JPG]

Figure 62:    See caption for Figure 59.

**Exhibit 1 in globo 088**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1694.JPG]

Figure 63:    See caption for Figure 59.

**Exhibit 1 in globo 089**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1691.JPG]

Figure 64:    See caption for Figure 59.

**Exhibit 1 in globo 090**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1707.JPG]

Figure 65:    See caption for Figure 59.

**Exhibit 1 in globo 091**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1711.JPG]

Figure 66:     See caption for Figure 59.

**Exhibit 1 in globo 092**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1801.JPG]

Figure 67:    See caption for Figure 59.

**Exhibit 1 in globo 093**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1804.JPG]

Figure 68:     See caption for Figure 59.

**Exhibit 1 in globo 094**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1866.JPG]

Figure 69:     See caption for Figure 59.

**Exhibit 1 in globo 095**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1875.JPG]

Figure 70:      See caption for Figure 59.

**Exhibit 1 in globo 096**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





[BE1775D_1879.JPG]

Figure 71:        See caption for Figure 59.

**Exhibit 1 in globo 097**

**Bartlett**
ENGINEERING LLC

**Appendix A**

Exhibit 1 in globo 098

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



Table A-1: Referenced Documents and Their Document Control Numbers [DCN]

| DCN | Description |
|---|---|
| 1 | List of Attendees - Joint Inspection 06Nov2020 |
| 2 | Photos provided by Thor Counsel 05Nov2020<br>-bow anchor cable 1.pdf<br>-downstream view.pdf<br>-stern anchor cable 1.pdf<br>-stern anchor cable 2.pdf<br>-upstream view.pdf |
| 3 | DB THOR inspection protocol Nov 6 2020 |
| 4 | KSmith Field Notes of mooring components dated 31Oct2020 |
| 5 | DB-Thor-spec-sheet |
| 6 | Exhibit 42 - Depo of Lewis Andrews - witness statement |
| 7 | DB THOR mooring lines pre- breakaway |
| 8 | 00001-1 - THOR - General Arrangement |
| 9 | 3 - THOR - IBS Class Certification and Annual Survey Endorsement |
| 10 | 4 - THOR - IBS Int'l Load Line Certificate and Annual Survey Endorsement |
| 11 | 5 - THOR - IBS Stability Booklet Approval Letter |
| 12 | 6 - THOR - Int'l Tonnage Certificate |
| 13 | 8 - THOR - Southwest Wire Rope Mooring Line Requisition |
| 14 | COASTAL 000001-420 |

**Exhibit 1 in globo 099**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



| 15 | Douglas Deposition and Exhibits<br>-Depo Ex. 10 - Douglas THOR - Daily Progress Reports - 26-28 Oct. 2020<br>-Depo Ex. 12 - Douglas Thor Mooring Bitts at Martin Dock Photos<br>-Depo Ex. 14 - Douglas DPRs (28 Oct. 2020)<br>-Depo Ex. 16 - Douglas Photos - 28 Oct. 2020<br>-Depo Ex. 18 - Douglas Ballast Chart (18 Oct. 2020)<br>-Depo Ex. 19 - Douglas Mooring Force Calculation Book<br>-Depo Ex. 20 - Douglas Written Statement to USCG - Douglas<br>-Depo Ex. 23 - Douglas Drawing of Mooring Arrangement by Douglas<br>-Depo Ex. 24 - Douglas SBB Wire Log<br>-Depo Ex. 25 - Douglas SS Wire Log<br>-Depo Ex. 26 - Douglas Anchor Winches Overview<br>-Depo Ex. 28 - Douglas Photograph with Labeling |
|---|---|
| 16 | Everett Deposition and Exhibits<br>-Depo Ex. 51 - Cloyd RFP 46 - Cloyd Video - THOR 0006083<br>-Depo Ex. 59 - Cloyd CNN Video<br>-Depo Ex. 60 - Everett Vessel Incident Report Crosby Tugs, LLC<br>-Depo Ex. 62 - Everett alter USCG WITNESS-INVESTIGATOR STATEMENT FORM 10.29.20<br>-Depo Ex. 63 - Everett alter USCG Department of Homeland Security Rep of Marine Casualty 11.02.20<br>-Depo Ex. 69 - Everett USCG-NO Marine Safety Information Bulletin<br>-Depo Ex. 75 - Everett Forecast Maps; Hurricane Zeta |
| 17 | MARTIN 912 - Dock Drawing |
| 18 | RFP #1 MARTIN [1-29] GLPC Inspection-USCG Vessel Inspec.-Fixed Facility Rpts.-SM Sign-In |
| 19 | RFP #9 MARTIN [716] Martin Dock No 16 drawing 7-9-12 |
| 20 | RFP #12 MARTIN [720-757] GLPC Inspec. 4-30-19 & 6-2-21 |
| 21 | RFP #14 MARTIN [759] SBT Fourchon 16 Fixed Asset Schedule |
| 22 | GLPC 937 - 1004 |
| 23 | GLPC Supplemental Responses to Thor Interests |
| 24 | RFP 11 - Mooring Equipment Drawings |
| 25 | RFP 11 - Mooring Force Calculation Book |

**Exhibit 1 in globo 100**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



| 26 | RFP 40 - Bollard Drawing |
| 27 | RFP 40 - Deck Stands Roller Drawing |
| 28 | RFP 40 - Fairlead Drawing |
| 29 | MMT Data Correlation Tables for Rope Samples |
| 30 | MMT Inspection Production |
| 31 | RFP 11 - Oil States Records (2020) |
| 32 | RFP 11 - Oil States Service Orders (21.05.17 and 21.05.18) |
| 33 | Andrews Deposition and Exhibits |
| 34 | Gibilterra Deposition and Exhibits |
| 35 | Johnson Deposition and Exhibits |
| 36 | Plaisance Deposition and Exhibits |
| 37 | MSIB dated Oct. 27, 2020 MARTIN [00069-70] |
| 38 | Bishop Lifting Pull Test Cert |

**Exhibit 1 in globo 101**



**Appendix B**

**Exhibit 1 in globo 102**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



Table B-1:    D/B Thor 3D Model Key Dimensions and Their Sources or Bases

| Description | Dimension | Reference |
|---|---|---|
| D/B Thor length | 370 feet 8 ¹³⁄₁₆ inches | DCN 8 (Figure B-1) |
| D/B Thor depth | 26 feet 2 ¹⁵⁄₁₆ inches | DCN 8 (Figure B-1) |
| D/B Thor width | 137 feet 9 ⁹⁄₁₆ inches | DCN 8 (Figure B-2) |

Table B-2:    Martin Dock 3D Model Key Dimensions and Their Sources or Bases

| Description | Dimension | Reference |
|---|---|---|
| Center to center distance between Bitt#1 and #2 | 33' - 9" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#2 and #3 | 46' - 0" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#3 and #4 | 49' - 10" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#4 and #5 | 54' - 11" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#5 and #6 | 50' - 2" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#6 and #7 | 46' - 4 ½" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#7 and #8 | 52' - 3" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#8 and #9 | 51' - 1" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center to center distance between Bitt#9 and #10 | 48' - 8" | Hand measurements from site visit 04Jan2024 (Figure B-3) |

**Exhibit 1 in globo 103**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



Table B-3:    Martin Dock 3D Model Key Dimensions and Their Sources or Bases

| Description | Dimension | Reference |
|---|---|---|
| Center of Bitt#1 to inside edge of dock cap plate | 9' -2 ¾' | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#2 to inside edge of dock cap plate | 9' -11" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#3 to inside edge of dock cap plate | 10' - 1" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#4 to inside edge of dock cap plate | 9' - 3" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#5 to inside edge of dock cap plate | 9' - 6" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#6 to inside edge of dock cap plate | 9' - 3 ½" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#7 to inside edge of dock cap plate | 9' - 4" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#8 to inside edge of dock cap plate | 9' - 6" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#9 to inside edge of dock cap plate | 8' -10" | Hand measurements from site visit 04Jan2024 (Figure B-3) |
| Center of Bitt#10 to inside edge of dock cap plate | 8'-4" | Hand measurements from site visit 04Jan2024 (Figure B-3) |

**Exhibit 1 in globo 104**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



Table B-4:    Martin Dock Bitt Key Dimensions and Their Sources or Bases

| Description | Dimension: A, B, C, D, and E (inches) | Reference |
|---|---|---|
| Bitt #1 | 38 ⅜, 26, 3 ⅜, 20 ½, 9 ⅝ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #2 | 45 ½, 20, 3 ⅜, 29 ¼, 9 ½ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #3 | 46, 20, 4 ½ , 27 ¼, 7 ⅛ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #4 | 48 ¼, 18, 3 ½ , 31 ¼, 9 ⅛ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #5 | 46, 20, 4 ½, 25 ¼, 6 ⅞ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #6 | 44, 18, 3 ½, 28, 9 ⅛ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #7 | 39 ½ , 20, 4 ½, 21, 7 ½ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #8 | 39, 18 ⅛, 3 ½, 23, 9 ⅛ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #9 | 46 ½, 18 ⅛, 3 ½, 30 ⅝ , 9 ¼ | Hand measurements from site visit 04Jan2024 (Figure B-4) |
| Bitt #10 | 56 ½, 24, 4 ½, 36, 7¼ | Hand measurements from site visit 04Jan2024 (Figure B-4) |

**Exhibit 1 in globo 105**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure B-1:    An elevation drawing of the D/B Thor drawing was scaled to be the size of the Thor and then used to develop the 3D model.  The 3D model was then overlaid onto that full sized drawing to verify the accuracy of the model.

**Exhibit 1 in globo 106**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure B-2:    The D/B Thor plan view drawing which was scaled to be the size of the Thor was used to develop the 3D model.  The 3D model was then overlaid onto that full sized drawing to verify the accuracy of the model.

**Exhibit 1 in globo 107**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure B-3:    This image of the Martin Dock was obtained from Google Earth from February 2022.  The dimensions of the Martin dock collected on our site visit of January 4, 2024 were then used to produce a 3D CAD model of the Martin dock. The Google image was scaled to full size and then overlaid on the model to demonstrate the validity of the model.

**Exhibit 1 in globo 108**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure B-4:    The hand measurements from the January 4, 2024, site visit were used to develop the 3D model of each bitt on the Martin Dock.  The dimensions are provided in Table B-4.

**Exhibit 1 in globo 109**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



 



Figure B-5:    A virtual "photograph" of the 3D model of the Thor, Martin dock, and bitts M8 and
M9 was overlaid on a real photograph of these items to verify the accuracy of the
elevation of the Thor in the water on the day of the November 6, 2020, site visit.

**Exhibit 1 in globo 110**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure B-6:    A virtual "photograph" of the 3D model of the Thor, the Martin dock, and bitt M1 was overlaid on a photograph of these items which was taken on October 28, 2020, by Mr. Lowe, a crew member on the Thor. The agreement between the virtual photograph of the model and the real photograph of Mr. Lowe demonstrates the validity and accuracy of the 3D model showing the Thor's position and water level on the day of the incident.

**Exhibit 1 in globo 111**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775









Figure B-7:    A virtual "photograph" of the 3D model of the Thor, the Martin dock, and bitts M5-M10 was overlaid on a photograph of these items which was taken on October 28, 2020, by Mr. Lowe, a crew member on the Thor. The agreement between the virtual photograph of the model and the real photograph of Mr. Lowe demonstrates the validity and accuracy of the 3D model showing the Thor's position and water level on the day of the incident.

**Exhibit 1 in globo 112**



**Appendix C**

**Exhibit 1 in globo 113**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





**Figure 1**:    Mooring line loads vs mooring line arrangements (white boxes represent the nominal strength for each of the particular types of mooring lines).

**Exhibit 1 in globo 114**

6/19/2024                          Line Forces on the D/B Thor



Evaluation of Mooring Lines of the D/B Thor to the Martin Dock on October 28, 2020
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775

<u>Calculation Description:</u>
Vector lengths used to produce distance between two points. Distance change used to produce a force change.
Component directions are as follows: "+ x" is along the dock, northward; "+ y' is in the vertical direction, and "+ z" is moving away from the Martin dock, westward.

Physical properties of lines were taken from the following:Wire Rope Users Manual, Third Edition (WRUM); Handbook of Fiber Rope Technology (Handbook); and Southwest Wire Rope Catalogue (SW).

## Inputs:

| | | | |
|---|---|---|---|
| Length of Thor (inch): | $Thor := 4448.8125$ | Elevation rise of Thor (inch): | $\Delta y := 46.52$ |
| Length from stern starboard corner to $x_{t1},z_{t1}$ (inch): | $w := 195.7$ | Thor movement along the dock, northward is positive (inch): | $\Delta x := 1.10700$ |
| | | Barge rotation about Thor bitt 1 (radians): | $\gamma := (-0.003350200)$ |
| | | Thor movement per line away from the Martin dock, west is positive (inch): | $\Delta z(1) := 1 \cdot \sin(\gamma) + (-4.374000)$ |

---

▼

<u>Mooring Line "1a"on Martin Bitt #1, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

Initial length of all three segments of the steel wire (inches):
[Table D-1, Appendix D]                    $L_{m1a} := 1143$

Wire rope metallic area (inch^2):
[Exhibit B, WRUM]                          $A_{m1a} := 1.904$

Modulus of Elasticity for steel wire rope (psi) [Exhibit B, WRUM]:   $E_{m1a} := 14530000$

Breaking Strength (lbs):
[Exhibit B, WRUM]                          $P_{breakm1a} := 396000$

<u>Mooring Line "1b" on Martin Bitt #1, synthetic component; 3 strand, 3 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)
[Exhibit C, SW]:                           $P_{breakm1b} := 185400$

Initial length of synthetic rope (inch):
[Table D-1, Appendix D]                    $L_{m1b} := 216$

Number of synthetic ropes:                 $n_{m1b} := 4$

Tensile strength percentage factor
[Exhibit C, Handbook]:                     $f_{m1b} := 50\%$

Line length components from water movement:
[Tables D-2 & D-3, Appendix D]

Percent elongation at load
[Exhibit C, Handbook ]:                    $e_{m1b} := 12\%$

| | | | |
|---|---|---|---|
| Line 1 "x" component (inch): | $x_{m1} := 0$ | $x_{t1} := 174$ |
| Line 1 "y" component (inch): | $y_{m1} := 0$ | $y_{t1} := 101$ |
| Line 1 "z" component (inch): | $z_{m1} := 0$ | $z_{t1} := 208$ |

**Exhibit 1 in globo 115**


**Bartlett**
ENGINEERING LLC

<u>Mooring Line "2" on Martin Bitt #2, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)     $P_{breakm2} := 310000$     Line length components from water movement:
[Exhibit C, SW]:                                                                 [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:         $n_{m2} := 1$

Tensile strength percentage factor $f_{m2} := 50\%$     Line 2 "x" component (inch):   $x_{m2} := 405$   $x_{t2} := 653$
[Exhibit C, Handbook]:                                      Line 2 "y" component (inch):   $y_{m2} := 0$   $y_{t2} := 128$
Percent elongation at load         $e_{m2} := 12\%$     Line 2 "z" component (inch):   $z_{m2} := -8$   $z_{t2} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "4a" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)     $P_{breakm4a} := 310000$     Line length components from water movement:
[Exhibit C, SW]:                                                                  [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:         $n_{m4a} := 1$

Tensile strength percentage factor $f_{m4a} := 50\%$     Line 4a "x" component (inch):   $x_{m4a} := 1555$   $x_{t4a} := 1441$
[Exhibit C, Handbook]:                                      Line 4a "y" component (inch):   $y_{m4a} := 0$   $y_{t4a} := 136$
Percent elongation at load         $e_{m4a} := 12\%$     Line 4a "z" component (inch):   $z_{m4a} := -14$   $z_{t4a} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "4b" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength           $P_{breakm4b} := 310000$     Line length components from water movement:
(lbs)[Exhibit C, SW]:                                                              [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:         $n_{m4b} := 1$

Tensile strength percentage        $f_{m4b} := 50\%$     Line 4b "x" component (inch):   $x_{m4b} := 1555$   $x_{t4b} := 1503$
factor [Exhibit C, Handbook]:                                Line 4b "y" component (inch):   $y_{m4b} := 9$   $y_{t4b} := 137$
Percent elongation at load         $e_{m4b} := 12\%$     Line 4b "z" component (inch):   $z_{m4b} := -14$   $z_{t4b} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "5a" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)     $P_{breakm5a} := 310000$     Line length components from water movement:
[Exhibit C, SW]:                                                                  [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:         $n_{m5a} := 1$     Line 5a "x" component (inch):   $x_{m5a} := 2214$   $x_{t5a} := 1995$

Tensile strength percentage factor $f_{m5a} := 50\%$     Line 5a "y" component (inch):   $y_{m5a} := 0$   $y_{t5a} := 141$
[Exhibit C, Handbook]:                                      Line 5a "z" component (inch):   $z_{m5a} := -18$   $z_{t5a} := 224$
Percent elongation at load         $e_{m5a} := 12\%$
[Exhibit C, Handbook]:

6/19/2024                          Line Forces on the D/B Thor



---

<u>Mooring Line "5b" on Martin Bitt #5, synthetic; 3 strand, approximate 3 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm5b} := 185400$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:

$n_{m5b} := 1$

Tensile strength percentage factor[Exhibit C, Handbook]:

$f_{m5b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:

$e_{m5b} := 12\%$

Line 5b "x" component (inch): $\quad x_{m5b} := 2214 \quad x_{t5b} := 2524$

Line 5b "y" component (inch): $\quad y_{m5b} := 0 \quad y_{t5b} := 147$

Line 5b "z" component (inch): $\quad z_{m5b} := -18 \quad z_{t5b} := 224$

---

<u>Mooring Line "6" on Martin Bitt #6, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm6} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: (Line run in a basket configuration)

$n_{m6} := 2$

Tensile strength percentage factor[Exhibit C, Handbook]:

$f_{m6} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:

$e_{m6} := 12\%$

Line 6 "x" component (inch): $\quad x_{m6} := 2816 \quad x_{t6} := 2586$

Line 6 "y" component (inch): $\quad y_{m6} := 9 \quad y_{t6} := 147$

Line 6 "z" component (inch): $\quad z_{m6} := -15 \quad z_{t6} := 224$

---

<u>Mooring Line "7a" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm7a} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:

$n_{m7a} := 1$

Tensile strength percentage factor [Exhibit C, Handbook]:

$f_{m7a} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:

$e_{m7a} := 12\%$

Line 7a "x" component (inch): $\quad x_{m7a} := 3372 \quad x_{t7a} := 3178$

Line 7a "y" component (inch): $\quad y_{m7a} := 9 \quad y_{t7a} := 153$

Line 7a "z" component (inch): $\quad z_{m7a} := -18 \quad z_{t7a} := 223$

---

<u>Mooring Line "7b" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm7b} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:

$n_{m7b} := 1$

Tensile strength percentage factor[Exhibit C, Handbook]:

$f_{m7b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:

$e_{m7b} := 12\%$

Line 7b "x" component (inch): $\quad x_{m7b} := 3372 \quad x_{t7b} := 3706$

Line 7b "y" component (inch): $\quad y_{m7b} := 9 \quad y_{t7b} := 158$

Line 7b "z" component (inch): $\quad z_{m7b} := -18 \quad z_{t7b} := 223$

Exhibit 1 in globo 117

6/19/2024                         Line Forces on the D/B Thor



Bartlett
ENGINEERING LLC

<u>Mooring Line "8" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Polypropylene rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm8} := 192500$      Line length components from water movement:
[Exhibit C, SW]:                                                    [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:  (Line      $n_{m8} := 2$               Line 8 "x" component (inch):     $x_{m8} := 3999$   $x_{t8} := 4199$
run in a basket configuration)
                                                                    Line 8 "y" component (inch):     $y_{m8} := 21$     $y_{t8} := 163$
Tensile strength percentage factor     $f_{m8} := 50\%$
[Exhibit C, Handbook]:                                              Line 8 "z" component (inch):     $z_{m8} := -25$    $z_{t8} := 223$

Percent elongation at load             $e_{m8} := 6\%$
[Exhibit C, Handbook]:


<u>Mooring Line "9a" on Martin Bitt #9, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

Wire rope metallic area (inch^2)       $A_{m9a} := 1.904$          Line length components from water movement:
[Exhibit B, WRUM]:                                                  [Tables D-2 & D-3, Appendix D]

Modulus of Elasticity for steel wire   $E_{m9a} := 14530000$       Line 9 "x" component (inch):     $x_{m9} := 4612$   $x_{t9} := 4396$
rope (psi) [Exhibit D pp.3]:
                                                                    Line 9 "y" component (inch):     $y_{m9} := 0$      $y_{t9} := 154$
Breaking Strength (lbs)                $P_{breakm9a} := 396000$
[Exhibit B, WRUM]:                                                  Line 9 "z" component (inch):     $z_{m9} := -10$    $z_{t9} := 232$

Initial length of steel wire (ft):     $L_{m9a} := 1036$
[D-1, Appendix D]

<u>Mooring Line "9b" on Martin Bitt #9, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)         $P_{breakm9b} := 310000$    Initial length of synthetic rope(inch):        $L_{m9b} := 120$
[Exhibit C, SW]:                                                    [Table D-1, Appendix D]

Number of synthetic ropes:             $n_{m9b} := 2$

Tensile strength percentage            $f_{m9b} := 50\%$
factor[Exhibit C, Handbook]:

Percent elongation at load             $e_{m9b} := 12\%$
[Exhibit C, Handbook]:

<u>Wind and Barge Properties:</u>

Sail area, Thor latice (in$^2$):                                   $A_{lat} := 518393$
[Appendix B]

X coordinate along starboard                                       $x_{lat} := 1575$
side of Thor of the sail area of
the latice (inch):
[Appendix B]

Sail area, Thor solid surfaces (in$^2$):                           $A_{sol} := 2123559$
[Appendix B]

X coordinate along starboard                                       $x_{sol} := 2276$
side of Thor of the sail area of
the solid surfaces (inch):
[Appendix B]

Exhibit 1 in globo 118

6/19/2024                                      Line Forces on the D/B Thor



Wind Velocity, (mph) [DCN 15]:                     $V_W := 115$

Wind Pressure Factors from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023.

    Conversion factor                              $f := 0.00338$

    Height Coefficient, based on height to center of       $C_h := 1$
    area:

    Shape Coefficient, Hull:                        $C_s := 1$

## Derived Values:

### Wind force:

Starboard side barge sail area (ft²):      $A_{sail\_stbd} := \left(\frac{1}{4} \cdot A_{lat} + A_{sol}\right) \cdot \frac{1}{144}$      $A_{sail\_stbd} = 15647$
[1/4 of the latice are was used to acomodate
the holes, in² is converted into ft²]

Location of Centroid of sail area          $W_{cen} := \dfrac{\frac{1}{4} \cdot A_{lat} \cdot x_{lat} + A_{sol} \cdot x_{sol}}{A_{sail\_stbd} \cdot (144)}$      $W_{cen} = 2236$
along Thor from stern (inch):

formulas for wind pressure from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023

Wind velocity (knots):        $V_k := V_W \cdot \dfrac{1}{1.15078}$      $V_k = 99.932$

Wind pressure (lbf/ft²):      $P_W := f \cdot V_k^2 \cdot C_h \cdot C_s$      $P_W = 33.8$

Wind Force perpendicular to the starboard      $F_{Wstbd} := \dfrac{P_W \cdot A_{sail\_stbd}}{1000}$      $F_{Wstbd} = 528.149$
side of the Thor(kips):

Components of each inital line length (inch): origin location is $x_{m1}$, $y_{m1}$, and $z_{m1}$

$x_1 := (x_{t1} - x_{m1}) = 174$      $y_1 := (y_{t1} - y_{m1}) = 101$      $z_1 := (z_{t1} - z_{m1}) = 208$

$x_2 := (x_{t2} - x_{m2}) = 248$      $y_2 := (y_{t2} - y_{m2}) = 128$      $z_2 := (z_{t2} - z_{m2}) = 232$

$x_{4a} := (x_{t4a} - x_{m4a}) = -114$      $y_{4a} := (y_{t4a} - y_{m4a}) = 136$      $z_{4a} := (z_{t4a} - z_{m4a}) = 238$

$x_{4b} := (x_{t4b} - x_{m4b}) = -52$      $y_{4b} := (y_{t4b} - y_{m4b}) = 128$      $z_{4b} := (z_{t4b} - z_{m4b}) = 238$

$x_{5a} := (x_{t5a} - x_{m5a}) = -219$      $y_{5a} := (y_{t5a} - y_{m5a}) = 141$      $z_{5a} := (z_{t5a} - z_{m5a}) = 242$

$x_{5b} := (x_{t5b} - x_{m5b}) = 310$      $y_{5b} := (y_{t5b} - y_{m5b}) = 147$      $z_{5b} := (z_{t5b} - z_{m5b}) = 242$

**Exhibit 1 in globo 119**

6/19/2024                                       Line Forces on the D/B Thor



$x_6 := (x_{t6} - x_{m6}) = -230$        $y_6 := (y_{t6} - y_{m6}) = 138$        $z_6 := (z_{t6} - z_{m6}) = 239$

$x_{7a} := (x_{t7a} - x_{m7a}) = -194$    $y_{7a} := (y_{t7a} - y_{m7a}) = 144$    $z_{7a} := (z_{t7a} - z_{m7a}) = 241$

$x_{7b} := (x_{t7b} - x_{m7b}) = 334$     $y_{7b} := (y_{t7b} - y_{m7b}) = 149$    $z_{7b} := (z_{t7b} - z_{m7b}) = 241$

$x_8 := (x_{t8} - x_{m8}) = 200$         $y_8 := (y_{t8} - y_{m8}) = 142$        $z_8 := (z_{t8} - z_{m8}) = 248$

$x_9 := (x_{t9} - x_{m9}) = -216$        $y_9 := (y_{t9} - y_{m9}) = 154$        $z_9 := (z_{t9} - z_{m9}) = 242$

<u>Original length of lines from the Martin Bitt to the Thor (inches):</u>

$L_1 := \sqrt{(x_1)^2 + (y_1)^2 + (z_1)^2} = 289$        $L_6 := \sqrt{(x_6)^2 + (y_6)^2 + (z_6)^2} = 359$

$L_2 := \sqrt{(x_2)^2 + (y_2)^2 + (z_2)^2} = 363$        $L_{7a} := \sqrt{(x_{7a})^2 + (y_{7a})^2 + (z_{7a})^2} = 341$

$L_{4a} := \sqrt{(x_{4a})^2 + (y_{4a})^2 + (z_{4a})^2} = 297$    $L_{7b} := \sqrt{(x_{7b})^2 + (y_{7b})^2 + (z_{7b})^2} = 438$

$L_{4b} := \sqrt{(x_{4b})^2 + (y_{4b})^2 + (z_{4b})^2} = 275$    $L_8 := \sqrt{(x_8)^2 + (y_8)^2 + (z_8)^2} = 349$

$L_{5a} := \sqrt{(x_{5a})^2 + (y_{5a})^2 + (z_{5a})^2} = 356$    $L_9 := \sqrt{(x_9)^2 + (y_9)^2 + (z_9)^2} = 359$

$L_{5b} := \sqrt{(x_{5b})^2 + (y_{5b})^2 + (z_{5b})^2} = 420$

<u>Equivalent Spring Constant of Synthetic Ropes:</u>

Equivalent spring constant
for rope m1b (kip/inch):                $k_{m1b} := \dfrac{n_{m1b} \cdot P_{breakm1b} \cdot f_{m1b}}{L_{m1b} \cdot 1000 \cdot e_{m1b}}$        $k_{m1b} = 14.306$

Equivalent spring constant
for rope m2 (kip/inch):                 $k_{m2} := \dfrac{n_{m2} \cdot P_{breakm2} \cdot f_{m2}}{L_2 \cdot 1000 \cdot e_{m2}}$        $k_{m2} = 3.559$

Equivalent spring constant
for rope m4a (kip/inch):                $k_{m4a} := \dfrac{n_{m4a} \cdot P_{breakm4a} \cdot f_{m4a}}{L_{4a} \cdot 1000 \cdot e_{m4a}}$        $k_{m4a} = 4.351$

Equivalent spring constant
for rope m4b (kip/inch):                $k_{m4b} := \dfrac{n_{m4b} \cdot P_{breakm4b} \cdot f_{m4b}}{L_{4b} \cdot 1000 \cdot e_{m4b}}$        $k_{m4b} = 4.694$

Equivalent spring constant
for rope m5a (kip/inch):                $k_{m5a} := \dfrac{n_{m5a} \cdot P_{breakm5a} \cdot f_{m5a}}{L_{5a} \cdot 1000 \cdot e_{m5a}}$        $k_{m5a} = 3.633$

Equivalent spring constant
for rope m5b (kip/inch):                $k_{m5b} := \dfrac{n_{m5b} \cdot P_{breakm5b} \cdot f_{m5b}}{L_{5b} \cdot 1000 \cdot e_{m5b}}$        $k_{m5b} = 1.84$

**Exhibit 1 in globo 120**

6/19/2024                                Line Forces on the D/B Thor



Equivalent spring constant
for rope m6 (kip/inch):

$$k_{m6} := \frac{n_{m6} \cdot P_{breakm6} \cdot f_{m6}}{L_6 \cdot 1000 \cdot e_{m6}}$$

$k_{m6} = 7.191$

Equivalent spring constant
for rope m7a (kip/inch):

$$k_{m7a} := \frac{n_{m7a} \cdot P_{breakm7a} \cdot f_{m7a}}{L_{7a} \cdot 1000 \cdot e_{m7a}}$$

$k_{m7a} = 3.785$

Equivalent spring constant
for rope m7b (kip/inch):

$$k_{m7b} := \frac{n_{m7b} \cdot P_{breakm7b} \cdot f_{m7b}}{L_{7b} \cdot 1000 \cdot e_{m7b}}$$

$k_{m7b} = 2.949$

Equivalent spring constant
for rope m8 (kip/inch):

$$k_{m8} := \frac{n_{m8} \cdot P_{breakm8} \cdot f_{m8}}{L_8 \cdot 1000 \cdot e_{m8}}$$

$k_{m8} = 9.198$

Equivalent spring constant
for rope m9b (kip/inch):

$$k_{m9b} := \frac{n_{m9b} \cdot P_{breakm9b} \cdot f_{m9b}}{L_{m9b} \cdot 1000 \cdot e_{m9b}}$$

$k_{m9b} = 21.528$

<u>Equivalent Spring Constant of Wire Ropes:</u>

Equivalent spring constant for wire
rope m1a (kip/inch):

$$k_{m1a} := \frac{A_{m1a} \cdot E_{m1a}}{L_{m1a} \cdot 1000}$$

$k_{m1a} = 24.204$

Equivalent spring constant for wire rope
m9a (kip/inch):

$$k_{m9a} := \frac{A_{m9a} \cdot E_{m9a}}{L_{m9a} \cdot 1000}$$

$k_{m9a} = 26.704$

<u>Percent Load Factor of synthetic rope and wire ropes connected together:</u>

Wire Rope Percentage of change in length:

$$w\%_{m1a} := \frac{k_{m1b}}{\left(k_{m1a} + k_{m1b}\right)}$$

$w\%_{m1a} = 0.371$

Wire Rope Percentage of change in length:

$$w\%_{m9a} := \frac{k_{m9b}}{\left(k_{m9a} + k_{m9b}\right)}$$

$w\%_{m9a} = 0.446$

Synthetic Rope Percentage of change in length:

$$s\%_{m1b} := \frac{k_{m1a}}{\left(k_{m1b} + k_{m1a}\right)}$$

$s\%_{m1b} = 0.629$

Synthetic Rope Percentage of change in length:

$$s\%_{m9b} := \frac{k_{m9a}}{\left(k_{m9b} + k_{m9a}\right)}$$

$s\%_{m9b} = 0.554$

Length of each line's end connection on the Thor from $x_{t1}$ and $z_{t1}$ (inch)

$$l_1 := 0$$

$$l_2 := \sqrt{\left(x_{t1} - x_{t2}\right)^2 + \left(z_{t1} - z_{t2}\right)^2}$$

$$l_{4a} := \sqrt{\left(x_{t1} - x_{t4a}\right)^2 + \left(z_{t1} - z_{t4a}\right)^2}$$



$$l_{4b} := \sqrt{\left(x_{t1} - x_{4b}\right)^2 + \left(z_{t1} - z_{4b}\right)^2}$$

$$l_{5a} := \sqrt{\left(x_{t1} - x_{5a}\right)^2 + \left(z_{t1} - z_{5a}\right)^2}$$

$$l_{5b} := \sqrt{\left(x_{t1} - x_{5b}\right)^2 + \left(z_{t1} - z_{5b}\right)^2}$$

$$l_6 := \sqrt{\left(x_{t1} - x_{t6}\right)^2 + \left(z_{t1} - z_{t6}\right)^2}$$

$$l_{7a} := \sqrt{\left(x_{t1} - x_{t7a}\right)^2 + \left(z_{t1} - z_{t7a}\right)^2}$$

$$l_{7b} := \sqrt{\left(x_{t1} - x_{t7b}\right)^2 + \left(z_{t1} - z_{t7b}\right)^2}$$

$$l_8 := \sqrt{\left(x_{t1} - x_{t8}\right)^2 + \left(z_{t1} - z_{t8}\right)^2}$$

$$l_9 := \sqrt{\left(x_{t1} - x_{t9}\right)^2 + \left(z_{t1} - z_{t9}\right)^2}$$

<u>Slope and x direction changes due to z movement of Thor:</u>

Initial slope of the Thor relative to dock:

$$m_0 := \frac{z_{t9} - z_{t1}}{x_{t9} - x_{t1}}$$

$m_0 = 0.006$

Angle from initial slope (radians):

$$\sigma := atan\left(m_0\right)$$

$\sigma = 0.006$

Sine of eventual slope of Thor:

$$m_z := \frac{\left(z_{t9} + \Delta z\left(l_9\right)\right) - \left(z_{t1} + \Delta z\left(l_1\right)\right)}{\sqrt{\left(x_{t9} - x_{t1}\right)^2 + \left(z_{t9} - z_{t1}\right)^2}}$$

$m_z = 0.002$

Varying angle of Thor (radians):

$$\theta := asin\left(m_z\right)$$

$\theta = 0.002$

Change in x from change in z based on new x component vs the original x component along the Thor(inch):

$$x_z(l) := l \cdot cos(\theta) - l \cdot cos(\sigma)$$

<u>New length of lines (inches):</u>

$$L_{n1} := \sqrt{\left(x_1 + x_z\left(l_1\right) + \Delta x\right)^2 + \left(y_1 + \Delta y\right)^2 + \left(z_1 + \Delta z\left(l_1\right)\right)^2}$$

$$L_{n2} := \sqrt{\left(x_2 + x_z\left(l_2\right) + \Delta x\right)^2 + \left(y_2 + \Delta y\right)^2 + \left(z_2 + \Delta z\left(l_2\right)\right)^2}$$

$$L_{n4a} := \sqrt{\left(x_{4a} + x_z\left(l_{4a}\right) + \Delta x\right)^2 + \left(y_{4a} + \Delta y\right)^2 + \left[z_{4a} + \left(\Delta z\left(l_{4a}\right)\right)\right]^2}$$

$$L_{n4b} := \sqrt{\left(x_{4b} + x_z\left(l_{4b}\right) + \Delta x\right)^2 + \left(y_{4b} + \Delta y\right)^2 + \left(z_{4b} + \Delta z\left(l_{4b}\right)\right)^2}$$

**Exhibit 1 in globo 122**

6/19/2024                                Line Forces on the D/B Thor



$$L_{n5a} := \sqrt{\left(x_{5a} + x_z(l_{5a}) + \Delta x\right)^2 + \left(y_{5a} + \Delta y\right)^2 + \left(z_{5a} + \Delta z(l_{5a})\right)^2}$$

$$L_{n5b} := \sqrt{\left(x_{5b} + x_z(l_{5b}) + \Delta x\right)^2 + \left(y_{5b} + \Delta y\right)^2 + \left(z_{5b} + \Delta z(l_{5b})\right)^2}$$

$$L_{n6} := \sqrt{\left(x_6 + x_z(l_6) + \Delta x\right)^2 + \left(y_6 + \Delta y\right)^2 + \left(z_6 + \Delta z(l_6)\right)^2}$$

$$L_{n7a} := \sqrt{\left(x_{7a} + x_z(l_{7a}) + \Delta x\right)^2 + \left(y_{7a} + \Delta y\right)^2 + \left(z_{7a} + \Delta z(l_{7a})\right)^2}$$

$$L_{n7b} := \sqrt{\left(x_{7b} + x_z(l_{7b}) + \Delta x\right)^2 + \left(y_{7b} + \Delta y\right)^2 + \left(z_{7b} + \Delta z(l_{7b})\right)^2}$$

$$L_{n8} := \sqrt{\left(x_8 + x_z(l_8) + \Delta x\right)^2 + \left(y_8 + \Delta y\right)^2 + \left(z_8 + \Delta z(l_8)\right)^2}$$

$$L_{n9} := \sqrt{\left(x_9 + x_z(l_9) + \Delta x\right)^2 + \left(y_9 + \Delta y\right)^2 + \left(z_9 + \Delta z(l_9)\right)^2}$$

<u>Change in length of lines as the Thor is moved by wind load (inches):</u>

Length change of m1:              $L_{z1} := L_{n1} - L_1$

Length change of m2:              $L_{z2} := L_{n2} - L_2$

Length change of m4a:             $L_{z4a} := L_{n4a} - L_{4a}$

Length change of m4b:             $L_{z4b} := L_{n4b} - L_{4b}$

Length change of m5a:             $L_{z5a} := L_{n5a} - L_{5a}$

Length change of m5b:             $L_{z5b} := L_{n5b} - L_{5b}$

Length change of m6:              $L_{z6} := L_{n6} - L_6$

Length change of m7a:             $L_{z7a} := L_{n7a} - L_{7a}$

Length change of m7b:             $L_{z7b} := L_{n7b} - L_{7b}$

Length change of m8:              $L_{z8} := L_{n8} - L_8$

Length change of m9:              $L_{z9} := L_{n9} - L_9$

<u>Force produced by each line per the perscribed movement of the Thor (kips):</u>

Force in rope m1a (kips):         $F_{z1} := \text{if}\left[L_{z1} < 0, 0, w\%_{m1a} \cdot L_{z1} \cdot \left(k_{m1a}\right)\right]$

Force in rope m2a (kips):         $F_{z2} := \text{if}\left[L_{z2} < 0, 0, L_{z2} \cdot \left(k_{m2}\right)\right]$

6/19/2024                                Line Forces on the D/B Thor



Force in rope m4a (kips):        $F_{z4a} := \text{if}\left[L_{z4a} < 0, 0, L_{z4a} \cdot \left(k_{m4a}\right)\right]$

Force in rope m4b (kips):        $F_{z4b} := \text{if}\left[L_{z4b} < 0, 0, L_{z4b} \cdot \left(k_{m4b}\right)\right]$

Force in rope m5a (kips):        $F_{z5a} := \text{if}\left[L_{z5a} < 0, 0, L_{z5a} \cdot \left(k_{m5a}\right)\right]$

Force in rope m5b (kips):        $F_{z5b} := \text{if}\left[L_{z5b} < 0, 0, L_{z5b} \cdot \left(k_{m5b}\right)\right]$

Force in rope m6 [Basket        $F_{z6} := \text{if}\left[L_{z6} < 0, 0, L_{z6} \cdot \left(k_{m6}\right)\right]$
treated as one line] (kips):

Force in rope m7a (kips):        $F_{z7a} := \text{if}\left[L_{z7a} < 0, 0, L_{z7a} \cdot \left(k_{m7a}\right)\right]$

Force in rope m7b (kips):        $F_{z7b} := \text{if}\left[L_{z7b} < 0, 0, L_{z7b} \cdot \left(k_{m7b}\right)\right]$

Force in rope m8 [Basket        $F_{z8} := \text{if}\left[L_{z8} < 0, 0, L_{z8} \cdot \left(k_{m8}\right)\right]$
treated as one line](kips):

Force in rope m9a (kips):        $F_{z9} := \text{if}\left[L_{z9} < 0, 0, w\%_{m9a} \cdot L_{z9} \cdot \left(k_{m9a}\right)\right]$


<u>Z component of line force to the Thor in the horizontal plane:</u>

$$Z_1 := F_{z1} \cdot \left(\frac{z_1 + \Delta z(l_1)}{L_{n1}}\right)$$

$$Z_2 := F_{z2} \cdot \left(\frac{z_2 + \Delta z(l_2)}{L_{n2}}\right)$$

$$Z_{4a} := F_{z4a} \cdot \left(\frac{z_{4a} + \Delta z(l_{4a})}{L_{n4a}}\right)$$

$$Z_{4b} := F_{z4b} \cdot \left(\frac{z_{4b} + \Delta z(l_{4b})}{L_{n4b}}\right)$$

$$Z_{5a} := F_{z5a} \cdot \left(\frac{z_{5a} + \Delta z(l_{5a})}{L_{n5a}}\right)$$

$$Z_{5b} := F_{z5b} \cdot \left(\frac{z_{5b} + \Delta z(l_{5b})}{L_{n5b}}\right)$$

$$Z_6 := F_{z6} \cdot \left(\frac{z_6 + \Delta z(l_6)}{L_{n6}}\right)$$

$$Z_{7a} := F_{z7a} \cdot \left(\frac{z_{7a} + \Delta z(l_{7a})}{L_{n7a}}\right)$$

$$Z_{7b} := F_{z7b} \cdot \left(\frac{z_{7b} + \Delta z(l_{7b})}{L_{n7b}}\right)$$

6/19/2024                    Line Forces on the D/B Thor



$$Z_8 := F_{z8} \cdot \left( \frac{z_8 + \Delta z\left(l_8\right)}{L_{n8}} \right)$$

$$Z_9 := F_{z9} \cdot \left( \frac{z_9 + \Delta z\left(l_9\right)}{L_{n9}} \right)$$

Sum of line load component in the Z direction resulting from the perscribed displacement of the Thor (kips):

$$\begin{aligned} Z_{sum\_} &:= Z_1 + Z_2 + Z_{4a} + Z_{4b} \ldots \\ &+ Z_{5a} + Z_{5b} + Z_6 + Z_{7a} \ldots \\ &+ Z_{7b} + Z_8 + Z_9 \end{aligned}$$          $Z_{sum\_} = 528.186$

<u>X component of line force to the Thor in the horizontal plane: additional negative sign to produce the appropriate force direction (kips):</u>

$$X_1 := -F_{z1} \cdot \left( \frac{x_1 + x_z\left(l_1\right) + \Delta x}{L_{n1}} \right)$$

$$X_2 := -F_{z2} \cdot \left( \frac{x_2 + x_z\left(l_2\right) + \Delta x}{L_{n2}} \right)$$

$$X_{4a} := -F_{z4a} \cdot \left( \frac{x_{4a} + x_z\left(l_{4a}\right) + \Delta x}{L_{n4a}} \right)$$

$$X_{4b} := -F_{z4b} \cdot \left( \frac{x_{4b} + x_z\left(l_{4b}\right) + \Delta x}{L_{n4b}} \right)$$

$$X_{5a} := -F_{z5a} \cdot \left( \frac{x_{5a} + x_z\left(l_{5a}\right) + \Delta x}{L_{n5a}} \right)$$

$$X_{5b} := -F_{z5b} \cdot \left( \frac{x_{5b} + x_z\left(l_{5b}\right) + \Delta x}{L_{n5b}} \right)$$

$$X_6 := -F_{z6} \cdot \left( \frac{x_6 + x_z\left(l_6\right) + \Delta x}{L_{n6}} \right)$$

$$X_{7a} := -F_{z7a} \cdot \left( \frac{x_{7a} + x_z\left(l_{7a}\right) + \Delta x}{L_{n7a}} \right)$$

$$X_{7b} := -F_{z7b} \cdot \left( \frac{x_{7b} + x_z\left(l_{7b}\right) + \Delta x}{L_{n7b}} \right)$$

$$X_8 := -F_{z8} \cdot \left( \frac{x_8 + x_z\left(l_8\right) + \Delta x}{L_{n8}} \right)$$

                    BE1775 - Line Force Calculations all title 19 Jun 24a.xmcd

Exhibit 1 in globo 125



**Bartlett**
ENGINEERING LLC

$$X_9 := -F_{z9} \cdot \left( \frac{x_9 + x_z(l_9) + \Delta x}{L_{n9}} \right)$$

Sum of line load component in the X direction resulting from the perscribed displacement of the Thor (kips):

$$X_{sum\_} := X_1 + X_2 + X_{4a} + X_{4b} \ldots \\ + X_{5a} + X_{5b} + X_6 + X_{7a} \ldots \\ + X_{7b} + X_8 + X_9$$

$$X_{sum\_} = 0.097$$

<u>Lever arms for moment calculations:</u>

Lever arm per line perpendicular to the force Z vector (inch):

$$x_{\theta 1} := l_1 \cdot \cos(\theta)$$

$$x_{\theta 2} := l_2 \cdot \cos(\theta)$$

$$x_{\theta 4a} := l_{4a} \cdot \cos(\theta)$$

$$x_{\theta 4b} := l_{4b} \cdot \cos(\theta)$$

$$x_{\theta 5a} := l_{5a} \cdot \cos(\theta)$$

$$x_{\theta 5b} := l_{5b} \cdot \cos(\theta)$$

$$x_{\theta 6} := l_6 \cdot \cos(\theta)$$

$$x_{\theta 7a} := l_{7a} \cdot \cos(\theta)$$

$$x_{\theta 7b} := l_{7b} \cdot \cos(\theta)$$

$$x_{\theta 8} := l_8 \cdot \cos(\theta)$$

$$x_{\theta 9} := l_9 \cdot \cos(\theta)$$

Lever arm per line perpendicular to the force X vector (inch):

$$z_{\theta 1} := l_1 \cdot (\sin(\theta))$$

$$z_{\theta 2} := l_2 \cdot (\sin(\theta))$$

$$z_{\theta 4a} := l_{4a} \cdot (\sin(\theta))$$

$$z_{\theta 4b} := l_{4b} \cdot (\sin(\theta))$$

$$z_{\theta 5a} := l_{5a} \cdot (\sin(\theta))$$

$$z_{\theta 5b} := l_{5b} \cdot (\sin(\theta))$$

$$z_{\theta 6} := l_6 \cdot (\sin(\theta))$$

$$z_{\theta 7a} := l_{7a} \cdot (\sin(\theta))$$

$$z_{\theta 7b} := l_{7b} \cdot (\sin(\theta))$$

$$z_{\theta 8} := l_8 \cdot (\sin(\theta))$$

$$z_{\theta 9} := l_9 \cdot (\sin(\theta))$$

Sail area center location lever arm from the m1's Thor end (inch):

$$W_\theta := (W_{cen} - w) \cdot \cos(\theta)$$

<u>Sum of Moments about Thor end of the "m1" line (in kips):</u>

Direction factor for moment calculation based on angle of Thor: negative sign applied to apply appropriate signs

$$M_{0x} := (-1) \cdot \left( X_2 \cdot z_{\theta 2} + X_{4a} \cdot z_{\theta 4a} + X_{4b} \cdot z_{\theta 4b} \ldots \\ + X_{5a} \cdot z_{\theta 5a} + X_{5b} \cdot z_{\theta 5b} + X_6 \cdot z_{\theta 6} + X_{7a} \cdot z_{\theta 7a} \ldots \\ + X_{7b} \cdot z_{\theta 7b} + X_8 \cdot z_{\theta 8} + X_9 \cdot z_{\theta 9} \right)$$

Line Forces on the D/B Thor



$$M_{0z} := Z_2 \cdot x_{\theta 2} + Z_{4a} \cdot x_{\theta 4a} + Z_{4b} \cdot x_{\theta 4b} \cdots$$
$$+ Z_{5a} \cdot x_{\theta 5a} + Z_{5b} \cdot x_{\theta 5b} + Z_6 \cdot x_{\theta 6} + Z_{7a} \cdot x_{\theta 7a} \cdots$$
$$+ Z_{7b} \cdot x_{\theta 7b} + Z_8 \cdot x_{\theta 8} + Z_9 \cdot x_{\theta 9}$$

Moment sum (in*kips):        $M_{sum\_z} := M_{0x} - M_{0z} + Z_{sum\_} \cdot W_\theta$



## **Outputs:**

| Check of sum of moments: | Check of forces in the X: | Check of forces in the Z: | Wind force check: | Movement in the z of bow and stern most connections (inch): |
|---|---|---|---|---|

$M_{sum\_z} = -0.069$   $X_{sum\_} = 0.097$   $Z_{sum\_} = 528.186$   $F_{Wstbd} = 528.149$

| | | | | | |
|---|---|---|---|---|---|
| Stern | $\Delta z(l_1) = -4.374$ |
| Bow | $\Delta z(l_9) = -18.519$ |

Loads in mooring lines (kips):

$$F_{z1} = 153.134$$
$$F_{z2} = 57.032$$
$$F_{z4a} = 75.013$$
$$F_{z4b} = 81.303$$
$$F_{z5a} = 49.275$$
$$F_{z5b} = 23.251$$

Basket treated as one line] (kips):        $\dfrac{F_{z6}}{n_{m6}} = 42.74$

$$F_{z7a} = 45.599$$
$$F_{z7b} = 30.776$$

Basket treated as one line] (kips):        $\dfrac{F_{z8}}{n_{m8}} = 47.44$

$$F_{z9} = 120.631$$

**Exhibit 1 in globo 127**

6/19/2024                              Line Forces on the D/B Thor



Percentage of breaking strength per line:

$$\frac{F_{z1}}{\dfrac{P_{breakm1a}}{1000}} \cdot 100 = 38.67$$

$$\frac{F_{z5a}}{\dfrac{n_{m5a} \cdot P_{breakm5a}}{1000}} \cdot 100 = 15.895$$

$$\frac{F_{z8}}{\dfrac{n_{m8} \cdot P_{breakm8}}{1000}} \cdot 100 = 24.644$$

$$\frac{F_{z1}}{\dfrac{n_{m1b} \cdot P_{breakm1b}}{1000}} \cdot 100 = 20.649$$

$$\frac{F_{z5b}}{\dfrac{n_{m5b} \cdot P_{breakm5b}}{1000}} \cdot 100 = 12.541$$

$$\frac{F_{z9}}{\dfrac{P_{breakm1a}}{1000}} \cdot 100 = 30.462$$

$$\frac{F_{z2}}{\dfrac{n_{m2} \cdot P_{breakm2}}{1000}} \cdot 100 = 18.397$$

$$\frac{F_{z6}}{\dfrac{n_{m6} \cdot P_{breakm6}}{1000}} \cdot 100 = 13.787$$

$$\frac{F_{z9}}{\dfrac{n_{m9b} \cdot P_{breakm9b}}{1000}} \cdot 100 = 19.457$$

$$\frac{F_{z4a}}{\dfrac{n_{m4a} \cdot P_{breakm4a}}{1000}} \cdot 100 = 24.198$$

$$\frac{F_{z7a}}{\dfrac{n_{m7a} \cdot P_{breakm7a}}{1000}} \cdot 100 = 14.709$$

$$\frac{F_{z4b}}{\dfrac{n_{m4b} \cdot P_{breakm4b}}{1000}} \cdot 100 = 26.227$$

$$\frac{F_{z7b}}{\dfrac{n_{m7b} \cdot P_{breakm7b}}{1000}} \cdot 100 = 9.928$$

New x,y,and z component of the Thor end connection of lines from bitt 1 and bitt 9:

$$x_{f1} := x_{t1} + x_z(l_1) + \Delta x$$

$$y_{f1} := y_{t1} + \Delta y$$

$$z_{f1} := z_{t1} + \Delta z(l_1)$$

$$x_{f9} := x_{t9} + x_z(l_9) + \Delta x$$

$$y_{f9} := y_{t9} + \Delta y$$

$$z_{f9} := z_{t9} + \Delta z(l_9)$$

$$\boxed{x_{f1} = 175.107}$$

$$\boxed{y_{f1} = 147.52}$$

$$\boxed{z_{f1} = 203.626}$$

$$\boxed{x_{f9} = 4397.164}$$

$$\boxed{y_{f9} = 200.52}$$

$$\boxed{z_{f9} = 213.481}$$

**Exhibit 1 in globo 128**

6/19/2024                                          Line Forces on the D/B Thor



Evaluation of Mooring Lines of the D/B Thor to the Martin Dock on October 28, 2020
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775

**Calculation Description:**
Vector lengths used to produce distance between two points. Distance change used to produce a force change.
Component directions are as follows: "+ x" is along the dock, northward; "+ y' is in the vertical direction, and "+ z" is moving away from the Martin dock, westward.

Physical properties of lines were taken from the following: Wire Rope Users Manual, Third Edition (WRUM); Handbook of Fiber Rope Technology (Handbook); and Southwest Wire Rope Catalogue (SW).

## Inputs:

| | | | |
|---|---|---|---|
| Length of Thor (inch): | $Thor := 4448.8125$ | Elevation rise of Thor (inch): | $\Delta y := 46.52$ |
| Length from stern starboard corner to $x_{t1}, z_{t1}$ (inch): | $w := 195.7$ | Thor movement along the dock, northward is positive (inch): | $\Delta x := (7.13000)$ |
| | | Barge rotation about Thor bit 1 (radians): | $\gamma := (-0.010480369000000)$ |
| | | Thor movement per line away from the Martin dock, west is positive (inch): | $\Delta z(l) := [l \cdot \sin(\gamma) + (20.356)]$ |

▼

**Mooring Line "1a" on Martin Bitt #1, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter**

| | | | |
|---|---|---|---|
| Initial length of all three segments of the steel wire (inches): [Table D-1, Appendix D] | $L_{m1a} := 1143$ | Wire rope metallic area (inch^2): [Exhibit B, WRUM] | $A_{m1a} := 1.904$ |
| | | Modulus of Elasticity for steel wire rope (psi) [Exhibit B, WRUM]: | $E_{m1a} := 14530000$ |
| | | Breaking Strength (lbs): [Exhibit B, WRUM] | $P_{breakm1a} := 396000$ |

**Mooring Line "1b" on Martin Bitt #1, synthetic component; 3 strand, 3 inch diameter Nylon rope**

| | | | |
|---|---|---|---|
| Minimum Tensile Strength (lbs) [Exhibit C, SW]: | $P_{breakm1b} := 185400$ | Initial length of synthetic rope (inch): [Table D-1, Appendix D] | $L_{m1b} := 216$ |
| Number of synthetic ropes: | $n_{m1b} := 4$ | | |
| Tensile strength percentage factor [Exhibit C, Handbook]: | $f_{m1b} := 50\%$ | Line length components from water movement: [Tables D-2 & D-3, Appendix D] | |
| Percent elongation at load [Exhibit C, Handbook ]: | $e_{m1b} := 12\%$ | Line 1 "x" component (inch): | $x_{m1} := 0$    $x_{t1} := 174$ |
| | | Line 1 "y" component (inch): | $y_{m1} := 0$    $y_{t1} := 101$ |
| | | Line 1 "z" component (inch): | $z_{m1} := 0$    $z_{t1} := 208$ |

6/19/2024                              Line Forces on the D/B Thor



<u>Mooring Line "2" on Martin Bitt #2, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)        $P_{breakm2} := 310000$         Line length components from water movement:
[Exhibit C, SW]:                                                      [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:            $n_{m2} := 1$

Tensile strength percentage factor    $f_{m2} := 50\%$               Line 2 "x" component (inch):      $x_{m2} := 405$    $x_{t2} := 653$
[Exhibit C, Handbook]:                                                Line 2 "y" component (inch):      $y_{m2} := 0$      $y_{t2} := 128$
                                                                      Line 2 "z" component (inch):      $z_{m2} := -8$     $z_{t2} := 224$
Percent elongation at load            $e_{m2} := 12\%$
[Exhibit C, Handbook]:

<u>Mooring Line "4a" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)        $P_{breakm4a} := 310000$        Line length components from water movement:
[Exhibit C, SW]:                                                      [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:            $n_{m4a} := 1$

Tensile strength percentage factor    $f_{m4a} := 50\%$              Line 4a "x" component (inch):     $x_{m4a} := 1555$   $x_{t4a} := 1441$
[Exhibit C, Handbook]:                                                Line 4a "y" component (inch):     $y_{m4a} := 0$      $y_{t4a} := 136$
                                                                      Line 4a "z" component (inch):     $z_{m4a} := -14$    $z_{t4a} := 224$
Percent elongation at load            $e_{m4a} := 12\%$
[Exhibit C, Handbook]:

<u>Mooring Line "4b" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength             $P_{breakm4b} := 310000$        Line length components from water movement:
(lbs)[Exhibit C, SW]:                                                 [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:            $n_{m4b} := 1$

Tensile strength percentage         $f_{m4b} := 50\%$               Line 4b "x" component (inch):     $x_{m4b} := 1555$   $x_{t4b} := 1503$
factor [Exhibit C, Handbook]:                                         Line 4b "y" component (inch):     $y_{m4b} := 9$      $y_{t4b} := 137$
                                                                      Line 4b "z" component (inch):     $z_{m4b} := -14$    $z_{t4b} := 224$
Percent elongation at load            $e_{m4b} := 12\%$
[Exhibit C, Handbook]:

<u>Mooring Line "5a" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)        $P_{breakm5a} := 310000$        Line length components from water movement:
[Exhibit C, SW]:                                                      [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:            $n_{m5a} := 1$                 Line 5a "x" component (inch):     $x_{m5a} := 2214$   $x_{t5a} := 1995$

Tensile strength percentage factor    $f_{m5a} := 50\%$              Line 5a "y" component (inch):     $y_{m5a} := 0$      $y_{t5a} := 141$

                                                                      Line 5a "z" component (inch):     $z_{m5a} := -18$    $z_{t5a} := 224$
Percent elongation at load            $e_{m5a} := 12\%$
[Exhibit C, Handbook]:

Exhibit I in globo 130

6/19/2024                          Line Forces on the D/B Thor



Bartlett
ENGINEERING LLC

---

Mooring Line "5b" on Martin Bitt #5, synthetic; 3 strand, approximate 3 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm5b} := 185400$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: $n_{m5b} := 1$

Tensile strength percentage factor[Exhibit C, Handbook]: $f_{m5b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]: $e_{m5b} := 12\%$

Line 5b "x" component (inch): $x_{m5b} := 2214$  $x_{t5b} := 2524$
Line 5b "y" component (inch): $y_{m5b} := 0$  $y_{t5b} := 147$
Line 5b "z" component (inch): $z_{m5b} := -18$  $z_{t5b} := 224$

---

Mooring Line "6" on Martin Bitt #6, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm6} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: (Line run in a basket configuration) $n_{m6} := 2$

Tensile strength percentage factor[Exhibit C, Handbook]: $f_{m6} := 50\%$

Percent elongation at load [Exhibit C, Handbook]: $e_{m6} := 12\%$

Line 6 "x" component (inch): $x_{m6} := 2816$  $x_{t6} := 2586$
Line 6 "y" component (inch): $y_{m6} := 9$  $y_{t6} := 147$
Line 6 "z" component (inch): $z_{m6} := -15$  $z_{t6} := 224$

---

Mooring Line "7a" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm7a} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: $n_{m7a} := 1$

Tensile strength percentage factor [Exhibit C, Handbook]: $f_{m7a} := 50\%$

Percent elongation at load [Exhibit C, Handbook]: $e_{m7a} := 12\%$

Line 7a "x" component (inch): $x_{m7a} := 3372$  $x_{t7a} := 3178$
Line 7a "y" component (inch): $y_{m7a} := 9$  $y_{t7a} := 153$
Line 7a "z" component (inch): $z_{m7a} := -18$  $z_{t7a} := 223$

---

Mooring Line "7b" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:

$P_{breakm7b} := 310000$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: $n_{m7b} := 1$

Tensile strength percentage factor[Exhibit C, Handbook]: $f_{m7b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]: $e_{m7b} := 12\%$

Line 7b "x" component (inch): $x_{m7b} := 3372$  $x_{t7b} := 3706$
Line 7b "y" component (inch): $y_{m7b} := 9$  $y_{t7b} := 158$
Line 7b "z" component (inch): $z_{m7b} := -18$  $z_{t7b} := 223$

---

6/19/2024                                Line Forces on the D/B Thor



<u>Mooring Line "8" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Polypropylene rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm8} := 192500$        Line length components from water movement:
[Exhibit C, SW]:                                                      [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:  (Line        $n_{m8} := 2$               Line 8 "x" component (inch):       $x_{m8} := 3999$  $x_{t8} := 4199$
run in a basket configuration)

Tensile strength percentage factor       $f_{m8} := 50\%$            Line 8 "y" component (inch):       $y_{m8} := 21$    $y_{t8} := 163$
[Exhibit C, Handbook]:

Percent elongation at load               $e_{m8} := 6\%$             Line 8 "z" component (inch):       $z_{m8} := -25$   $z_{t8} := 223$
[Exhibit C, Handbook]:


<u>Mooring Line "9a" on Martin Bitt #9, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

Wire rope metallic area (inch^2)         $A_{m9a} := 1.904$         Line length components from water movement:
[Exhibit B, WRUM]:                                                   [Tables D-2 & D-3, Appendix D]

Modulus of Elasticity for steel wire     $E_{m9a} := 14530000$      Line 9 "x" component (inch):       $x_{m9} := 4612$  $x_{t9} := 4396$
rope (psi) [Exhibit D pp.3]:

Breaking Strength (lbs):                  $P_{breakm9a} := 396000$   Line 9 "y" component (inch):       $y_{m9} := 0$     $y_{t9} := 154$
[Exhibit B, WRUM]:

Initial length of steel wire (ft):       $L_{m9a} := 1036$          Line 9 "z" component (inch):       $z_{m9} := -10$   $z_{t9} := 232$
[D-1, Appendix D]

<u>Mooring Line "9b" on Martin Bitt #9, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)           $P_{breakm9b} := 310000$   Initial length of synthetic rope(inch):           $L_{m9b} := 120$
[Exhibit C, SW]:                                                     [Table D-1, Appendix D]

Number of synthetic ropes:               $n_{m9b} := 2$

Tensile strength percentage             $f_{m9b} := 50\%$
factor[Exhibit C, Handbook]:

Percent elongation at load               $e_{m9b} := 12\%$
[Exhibit C, Handbook]:

<u>Wind and Barge Properties:</u>

Sail area, Thor latice (in^2):                                      $A_{lat} := 518393$
[Appendix B]

X coordinate along starboard                                        $x_{lat} := 1575$
side of Thor of the sail area of
the latice (inch):
[Appendix B]

Sail area, Thor solid surfaces (in^2):                              $A_{sol} := 2123559$
[Appendix B]

X coordinate along starboard                                        $x_{sol} := 2276$
side of Thor of the sail area of
the solid surfaces (inch):
[Appendix B]

**Exhibit 1 in globo 132**

6/19/2024                      Line Forces on the D/B Thor



**Bartlett**
ENGINEERING LLC

Wind Velocity, (mph) [DCN 15]:                                       $V_w := 115$

Wind Pressure Factors from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023.

Conversion factor                                $f := 0.00338$

Height Coefficient, based on height to center of area:                  $C_h := 1$

Shape Coefficient, Hull:                              $C_s := 1$

## Derived Values:

### Wind force:

Starboard side barge sail area (ft²): [1/4 of the latice are was used to acomodate the holes, in² is converted into ft²]

$$A_{sail\_stbd} := \left(\frac{1}{4} \cdot A_{lat} + A_{sol}\right) \cdot \frac{1}{144}$$

$$A_{sail\_stbd} = 15647$$

Location of Centroid of sail area along Thor from stern (inch):

$$W_{cen} := \frac{\frac{1}{4} \cdot A_{lat} \cdot x_{lat} + A_{sol} \cdot x_{sol}}{A_{sail\_stbd} \cdot (144)}$$

$$W_{cen} = 2236$$

formulas for wind pressure from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023

Wind velocity (knots):                   $V_k := V_w \cdot \frac{1}{1.15078}$              $V_k = 99.932$

Wind pressure (lbf/ft²):                  $P_W := f \cdot V_k^2 \cdot C_h \cdot C_s$            $P_W = 33.8$

Wind Force perpendicular to the starboard side of the Thor(kips):

$$F_{Wstbd} := \frac{P_W \cdot A_{sail\_stbd}}{1000}$$

$$F_{Wstbd} = 528.149$$

Components of each inital line length (inch): origin location is $x_{m1}$, $y_{m1}$, and $z_{m1}$

$x_1 := (x_{t1} - x_{m1}) = 174$      $y_1 := (y_{t1} - y_{m1}) = 101$      $z_1 := (z_{t1} - z_{m1}) = 208$

$x_2 := (x_{t2} - x_{m2}) = 248$      $y_2 := (y_{t2} - y_{m2}) = 128$      $z_2 := (z_{t2} - z_{m2}) = 232$

$x_{4a} := (x_{t4a} - x_{m4a}) = -114$      $y_{4a} := (y_{t4a} - y_{m4a}) = 136$      $z_{4a} := (z_{t4a} - z_{m4a}) = 238$

$x_{4b} := (x_{t4b} - x_{m4b}) = -52$      $y_{4b} := (y_{t4b} - y_{m4b}) = 128$      $z_{4b} := (z_{t4b} - z_{m4b}) = 238$

$x_{5a} := (x_{t5a} - x_{m5a}) = -219$      $y_{5a} := (y_{t5a} - y_{m5a}) = 141$      $z_{5a} := (z_{t5a} - z_{m5a}) = 242$

$x_{5b} := (x_{t5b} - x_{m5b}) = 310$      $y_{5b} := (y_{t5b} - y_{m5b}) = 147$      $z_{5b} := (z_{t5b} - z_{m5b}) = 242$

Exhibit 1 in globo 133

6/19/2024                                     Line Forces on the D/B Thor



$$x_6 := (x_{t6} - x_{m6}) = -230 \qquad y_6 := (y_{t6} - y_{m6}) = 138 \qquad z_6 := (z_{t6} - z_{m6}) = 239$$

$$x_{7a} := (x_{t7a} - x_{m7a}) = -194 \qquad y_{7a} := (y_{t7a} - y_{m7a}) = 144 \qquad z_{7a} := (z_{t7a} - z_{m7a}) = 241$$

$$x_{7b} := (x_{t7b} - x_{m7b}) = 334 \qquad y_{7b} := (y_{t7b} - y_{m7b}) = 149 \qquad z_{7b} := (z_{t7b} - z_{m7b}) = 241$$

$$x_8 := (x_{t8} - x_{m8}) = 200 \qquad y_8 := (y_{t8} - y_{m8}) = 142 \qquad z_8 := (z_{t8} - z_{m8}) = 248$$

$$x_9 := (x_{t9} - x_{m9}) = -216 \qquad y_9 := (y_{t9} - y_{m9}) = 154 \qquad z_9 := (z_{t9} - z_{m9}) = 242$$

<u>Original length of lines from the Martin Bitt to the Thor (inches):</u>

$$L_1 := \sqrt{(x_1)^2 + (y_1)^2 + (z_1)^2} = 289 \qquad L_6 := \sqrt{(x_6)^2 + (y_6)^2 + (z_6)^2} = 359$$

$$L_2 := \sqrt{(x_2)^2 + (y_2)^2 + (z_2)^2} = 363 \qquad L_{7a} := \sqrt{(x_{7a})^2 + (y_{7a})^2 + (z_{7a})^2} = 341$$

$$L_{4a} := \sqrt{(x_{4a})^2 + (y_{4a})^2 + (z_{4a})^2} = 297 \qquad L_{7b} := \sqrt{(x_{7b})^2 + (y_{7b})^2 + (z_{7b})^2} = 438$$

$$L_{4b} := \sqrt{(x_{4b})^2 + (y_{4b})^2 + (z_{4b})^2} = 275 \qquad L_8 := \sqrt{(x_8)^2 + (y_8)^2 + (z_8)^2} = 349$$

$$L_{5a} := \sqrt{(x_{5a})^2 + (y_{5a})^2 + (z_{5a})^2} = 356 \qquad L_9 := \sqrt{(x_9)^2 + (y_9)^2 + (z_9)^2} = 359$$

$$L_{5b} := \sqrt{(x_{5b})^2 + (y_{5b})^2 + (z_{5b})^2} = 420$$

<u>Equivalent Spring Constant of Synthetic Ropes:</u>

Equivalent spring constant
for rope m1b (kip/inch):
$$k_{m1b} := \frac{n_{m1b} \cdot P_{breakm1b} \cdot f_{m1b}}{L_{m1b} \cdot 1000 \cdot e_{m1b}} \qquad k_{m1b} = 14.306$$

Equivalent spring constant
for rope m2 (kip/inch):
$$k_{m2} := \frac{n_{m2} \cdot P_{breakm2} \cdot f_{m2}}{L_2 \cdot 1000 \cdot e_{m2}} \qquad k_{m2} = 3.559$$

Equivalent spring constant
for rope m4a (kip/inch):
$$k_{m4a} := \frac{n_{m4a} \cdot P_{breakm4a} \cdot f_{m4a}}{L_{4a} \cdot 1000 \cdot e_{m4a}} \qquad k_{m4a} = 4.351$$

Equivalent spring constant
for rope m4b (kip/inch):
$$k_{m4b} := \frac{n_{m4b} \cdot P_{breakm4b} \cdot f_{m4b}}{L_{4b} \cdot 1000 \cdot e_{m4b}} \qquad k_{m4b} = 4.694$$

Equivalent spring constant
for rope m5a (kip/inch):
$$k_{m5a} := \frac{n_{m5a} \cdot P_{breakm5a} \cdot f_{m5a}}{L_{5a} \cdot 1000 \cdot e_{m5a}} \qquad k_{m5a} = 3.633$$

Equivalent spring constant
for rope m5b (kip/inch):
$$k_{m5b} := \frac{n_{m5b} \cdot P_{breakm5b} \cdot f_{m5b}}{L_{5b} \cdot 1000 \cdot e_{m5b}} \qquad k_{m5b} = 1.84$$

**Exhibit 1 in globo 134**

6/19/2024                        Line Forces on the D/B Thor                    

Equivalent spring constant
for rope m6 (kip/inch):

$$k_{m6} := \frac{n_{m6} \cdot P_{breakm6} \cdot f_{m6}}{L_6 \cdot 1000 \cdot e_{m6}}$$

$k_{m6} = 7.191$

Equivalent spring constant
for rope m7a (kip/inch):

$$k_{m7a} := \frac{n_{m7a} \cdot P_{breakm7a} \cdot f_{m7a}}{L_{7a} \cdot 1000 \cdot e_{m7a}}$$

$k_{m7a} = 3.785$

Equivalent spring constant
for rope m7b (kip/inch):

$$k_{m7b} := \frac{n_{m7b} \cdot P_{breakm7b} \cdot f_{m7b}}{L_{7b} \cdot 1000 \cdot e_{m7b}}$$

$k_{m7b} = 2.949$

Equivalent spring constant
for rope m8 (kip/inch):

$$k_{m8} := \frac{n_{m8} \cdot P_{breakm8} \cdot f_{m8}}{L_8 \cdot 1000 \cdot e_{m8}}$$

$k_{m8} = 9.198$

Equivalent spring constant
for rope m9b (kip/inch):

$$k_{m9b} := \frac{n_{m9b} \cdot P_{breakm9b} \cdot f_{m9b}}{L_{m9b} \cdot 1000 \cdot e_{m9b}}$$

$k_{m9b} = 21.528$

Equivalent Spring Constant of Wire Ropes:

Equivalent spring constant for wire
rope m1a (kip/inch):

$$k_{m1a} := \frac{A_{m1a} \cdot E_{m1a}}{L_{m1a} \cdot 1000}$$

$k_{m1a} = 24.204$

Equivalent spring constant for wire rope
m9a (kip/inch):

$$k_{m9a} := \frac{A_{m9a} \cdot E_{m9a}}{L_{m9a} \cdot 1000}$$

$k_{m9a} = 26.704$

Percent Load Factor of synthetic rope and wire ropes connected together:

Wire Rope Percentage of change in length:

$$w\%_{m1a} := \frac{k_{m1b}}{\left(k_{m1a} + k_{m1b}\right)}$$

$w\%_{m1a} = 0.371$

Wire Rope Percentage of change in length:

$$w\%_{m9a} := \frac{k_{m9b}}{\left(k_{m9a} + k_{m9b}\right)}$$

$w\%_{m9a} = 0.446$

Synthetic Rope Percentage of change in length:

$$s\%_{m1b} := \frac{k_{m1a}}{\left(k_{m1b} + k_{m1a}\right)}$$

$s\%_{m1b} = 0.629$

Synthetic Rope Percentage of change in length:

$$s\%_{m9b} := \frac{k_{m9a}}{\left(k_{m9b} + k_{m9a}\right)}$$

$s\%_{m9b} = 0.554$

Length of each line's end connection on the Thor from $x_{t1}$ and $z_{t1}$ (inch)

$$l_1 := 0$$

$$l_2 := \sqrt{\left(x_{t1} - x_{t2}\right)^2 + \left(z_{t1} - z_{t2}\right)^2}$$

$$l_{4a} := \sqrt{\left(x_{t1} - x_{t4a}\right)^2 + \left(z_{t1} - z_{t4a}\right)^2}$$

**Exhibit 1 in globo 135**

6/19/2024                              Line Forces on the D/B Thor



$$l_{4b} := \sqrt{(x_{t1} - x_{t4b})^2 + (z_{t1} - z_{t4b})^2}$$

$$l_{5a} := \sqrt{(x_{t1} - x_{t5a})^2 + (z_{t1} - z_{t5a})^2}$$

$$l_{5b} := \sqrt{(x_{t1} - x_{t5b})^2 + (z_{t1} - z_{t5b})^2}$$

$$l_6 := \sqrt{(x_{t1} - x_{t6})^2 + (z_{t1} - z_{t6})^2}$$

$$l_{7a} := \sqrt{(x_{t1} - x_{t7a})^2 + (z_{t1} - z_{t7a})^2}$$

$$l_{7b} := \sqrt{(x_{t1} - x_{t7b})^2 + (z_{t1} - z_{t7b})^2}$$

$$l_8 := \sqrt{(x_{t1} - x_{t8})^2 + (z_{t1} - z_{t8})^2}$$

$$l_9 := \sqrt{(x_{t1} - x_{t9})^2 + (z_{t1} - z_{t9})^2}$$

<u>Slope and x direction changes due to z movement of Thor:</u>

| | | |
|---|---|---|
| Initial slope of the Thor relative to dock: | $m_0 := \dfrac{z_{t9} - z_{t1}}{x_{t9} - x_{t1}}$ | $m_0 = 0.006$ |
| Angle from initial slope (radians): | $\sigma := \text{atan}(m_0)$ | $\sigma = 0.006$ |
| Sine of eventual slope of Thor: | $m_z := \dfrac{(z_{t9} + \Delta z(l_9)) - (z_{t1} + \Delta z(l_1))}{\sqrt{(x_{t9} - x_{t1})^2 + (z_{t9} - z_{t1})^2}}$ | $m_z = -0.005$ |
| Varying angle of Thor (radians): | $\theta := \text{asin}(m_z)$ | $\theta = -0.005$ |

Change in x from change in z based on new x component vs the original x component along the Thor(inch):

$$x_z(l) := l \cdot \cos(\theta) - l \cdot \cos(\sigma)$$

<u>New length of lines (inches):</u>

$$L_{n1} := \sqrt{(x_1 + x_z(l_1) + \Delta x)^2 + (y_1 + \Delta y)^2 + (z_1 + \Delta z(l_1))^2}$$

$$L_{n2} := \sqrt{(x_2 + x_z(l_2) + \Delta x)^2 + (y_2 + \Delta y)^2 + (z_2 + \Delta z(l_2))^2}$$

$$L_{n4a} := \sqrt{(x_{4a} + x_z(l_{4a}) + \Delta x)^2 + (y_{4a} + \Delta y)^2 + [z_{4a} + (\Delta z(l_{4a}))]^2}$$

$$L_{n4b} := \sqrt{(x_{4b} + x_z(l_{4b}) + \Delta x)^2 + (y_{4b} + \Delta y)^2 + (z_{4b} + \Delta z(l_{4b}))^2}$$

BE1775 - Line Force Calculations with Jul-11-19-June24a.xmcd

**Exhibit 1 in globo 136**

6/19/2024                              Line Forces on the D/B Thor



$$L_{n5a} := \sqrt{\left(x_{5a} + x_z(l_{5a}) + \Delta x\right)^2 + \left(y_{5a} + \Delta y\right)^2 + \left(z_{5a} + \Delta z(l_{5a})\right)^2}$$

$$L_{n5b} := \sqrt{\left(x_{5b} + x_z(l_{5b}) + \Delta x\right)^2 + \left(y_{5b} + \Delta y\right)^2 + \left(z_{5b} + \Delta z(l_{5b})\right)^2}$$

$$L_{n6} := \sqrt{\left(x_6 + x_z(l_6) + \Delta x\right)^2 + \left(y_6 + \Delta y\right)^2 + \left(z_6 + \Delta z(l_6)\right)^2}$$

$$L_{n7a} := \sqrt{\left(x_{7a} + x_z(l_{7a}) + \Delta x\right)^2 + \left(y_{7a} + \Delta y\right)^2 + \left(z_{7a} + \Delta z(l_{7a})\right)^2}$$

$$L_{n7b} := \sqrt{\left(x_{7b} + x_z(l_{7b}) + \Delta x\right)^2 + \left(y_{7b} + \Delta y\right)^2 + \left(z_{7b} + \Delta z(l_{7b})\right)^2}$$

$$L_{n8} := \sqrt{\left(x_8 + x_z(l_8) + \Delta x\right)^2 + \left(y_8 + \Delta y\right)^2 + \left(z_8 + \Delta z(l_8)\right)^2}$$

$$L_{n9} := \sqrt{\left(x_9 + x_z(l_9) + \Delta x\right)^2 + \left(y_9 + \Delta y\right)^2 + \left(z_9 + \Delta z(l_9)\right)^2}$$

<u>Change in length of lines as the Thor is moved by wind load (inches):</u>

Length change of m1:          $L_{z1} := L_{n1} - L_1$

Length change of m2:          $L_{z2} := L_{n2} - L_2$

Length change of m4a:         $L_{z4a} := L_{n4a} - L_{4a}$

Length change of m4b:         $L_{z4b} := L_{n4b} - L_{4b}$

Length change of m5a:         $L_{z5a} := L_{n5a} - L_{5a}$

Length change of m5b:         $L_{z5b} := L_{n5b} - L_{5b}$

Length change of m6:          $L_{z6} := L_{n6} - L_6$

Length change of m7a:         $L_{z7a} := L_{n7a} - L_{7a}$

Length change of m7b:         $L_{z7b} := L_{n7b} - L_{7b}$

Length change of m8:          $L_{z8} := L_{n8} - L_8$

Length change of m9:          $L_{z9} := L_{n9} - L_9$

<u>Force produced by each line per the perscribed movement of the Thor (kips):</u>

Force in rope m1a (kips):       $F_{z1} := \text{if}\left[L_{z1} < 0, 0, w\%_{m1a} \cdot L_{z1} \cdot \left(k_{m1a}\right)\right] \cdot 0$     Multiplied by "0" to denote a line no longer holding.

Force in rope m2a (kips):       $F_{z2} := \text{if}\left[L_{z2} < 0, 0, L_{z2} \cdot \left(k_{m2}\right)\right]$

6/19/2024                          Line Forces on the D/B Thor



Force in rope m4a (kips):   $F_{z4a} := if\left[L_{z4a} < 0, 0, L_{z4a} \cdot \left(k_{m4a}\right)\right]$

Force in rope m4b (kips):   $F_{z4b} := if\left[L_{z4b} < 0, 0, L_{z4b} \cdot \left(k_{m4b}\right)\right]$

Force in rope m5a (kips):   $F_{z5a} := if\left[L_{z5a} < 0, 0, L_{z5a} \cdot \left(k_{m5a}\right)\right]$

Force in rope m5b (kips):   $F_{z5b} := if\left[L_{z5b} < 0, 0, L_{z5b} \cdot \left(k_{m5b}\right)\right]$

Force in rope m6 [Basket
treated as one line] (kips):   $F_{z6} := if\left[L_{z6} < 0, 0, L_{z6} \cdot \left(k_{m6}\right)\right]$

Force in rope m7a (kips):   $F_{z7a} := if\left[L_{z7a} < 0, 0, L_{z7a} \cdot \left(k_{m7a}\right)\right]$

Force in rope m7b (kips):   $F_{z7b} := if\left[L_{z7b} < 0, 0, L_{z7b} \cdot \left(k_{m7b}\right)\right]$

Force in rope m8 [Basket
treated as one line](kips):   $F_{z8} := if\left[L_{z8} < 0, 0, L_{z8} \cdot \left(k_{m8}\right)\right]$

Force in rope m9a (kips):   $F_{z9} := if\left[L_{z9} < 0, 0, w\%_{m9a} \cdot L_{z9} \cdot \left(k_{m9a}\right)\right]$

<u>Z component of line force to the Thor in the horizontal plane:</u>

$$Z_1 := F_{z1} \cdot \left(\frac{z_1 + \Delta z\left(l_1\right)}{L_{n1}}\right)$$

$$Z_2 := F_{z2} \cdot \left(\frac{z_2 + \Delta z\left(l_2\right)}{L_{n2}}\right)$$

$$Z_{4a} := F_{z4a} \cdot \left(\frac{z_{4a} + \Delta z\left(l_{4a}\right)}{L_{n4a}}\right)$$

$$Z_{4b} := F_{z4b} \cdot \left(\frac{z_{4b} + \Delta z\left(l_{4b}\right)}{L_{n4b}}\right)$$

$$Z_{5a} := F_{z5a} \cdot \left(\frac{z_{5a} + \Delta z\left(l_{5a}\right)}{L_{n5a}}\right)$$

$$Z_{5b} := F_{z5b} \cdot \left(\frac{z_{5b} + \Delta z\left(l_{5b}\right)}{L_{n5b}}\right)$$

$$Z_6 := F_{z6} \cdot \left(\frac{z_6 + \Delta z\left(l_6\right)}{L_{n6}}\right)$$

$$Z_{7a} := F_{z7a} \cdot \left(\frac{z_{7a} + \Delta z\left(l_{7a}\right)}{L_{n7a}}\right)$$

$$Z_{7b} := F_{z7b} \cdot \left(\frac{z_{7b} + \Delta z\left(l_{7b}\right)}{L_{n7b}}\right)$$

Exhibit 1 in globo 138

6/19/2024                          Line Forces on the D/B Thor                    

$$Z_8 := F_{z8} \cdot \left( \frac{z_8 + \Delta z(l_8)}{L_{n8}} \right)$$

$$Z_9 := F_{z9} \cdot \left( \frac{z_9 + \Delta z(l_9)}{L_{n9}} \right)$$

Sum of line load component in the Z direction resulting from the perscribed displacement of the Thor (kips):

$$Z_{sum\_} := Z_1 + Z_2 + Z_{4a} + Z_{4b} \ldots \\ + Z_{5a} + Z_{5b} + Z_6 + Z_{7a} \ldots \\ + Z_{7b} + Z_8 + Z_9$$

$Z_{sum\_} = 528.14$

<u>X component of line force to the Thor in the horizontal plane: additional negative sign to produce the appropriate force direction (kips):</u>

$$X_1 := -F_{z1} \cdot \left( \frac{x_1 + x_z(l_1) + \Delta x}{L_{n1}} \right)$$

$$X_2 := -F_{z2} \cdot \left( \frac{x_2 + x_z(l_2) + \Delta x}{L_{n2}} \right)$$

$$X_{4a} := -F_{z4a} \cdot \left( \frac{x_{4a} + x_z(l_{4a}) + \Delta x}{L_{n4a}} \right)$$

$$X_{4b} := -F_{z4b} \cdot \left( \frac{x_{4b} + x_z(l_{4b}) + \Delta x}{L_{n4b}} \right)$$

$$X_{5a} := -F_{z5a} \cdot \left( \frac{x_{5a} + x_z(l_{5a}) + \Delta x}{L_{n5a}} \right)$$

$$X_{5b} := -F_{z5b} \cdot \left( \frac{x_{5b} + x_z(l_{5b}) + \Delta x}{L_{n5b}} \right)$$

$$X_6 := -F_{z6} \cdot \left( \frac{x_6 + x_z(l_6) + \Delta x}{L_{n6}} \right)$$

$$X_{7a} := -F_{z7a} \cdot \left( \frac{x_{7a} + x_z(l_{7a}) + \Delta x}{L_{n7a}} \right)$$

$$X_{7b} := -F_{z7b} \cdot \left( \frac{x_{7b} + x_z(l_{7b}) + \Delta x}{L_{n7b}} \right)$$

$$X_8 := -F_{z8} \cdot \left( \frac{x_8 + x_z(l_8) + \Delta x}{L_{n8}} \right)$$

BE1775 - Line Force Calculations with Jul M1 19 Jun 24a.xmcd

**Exhibit 1 in globo 139**

6/19/2024                                Line Forces on the D/B Thor



$$X_9 := -F_{z9} \cdot \left( \frac{x_9 + x_z(l_9) + \Delta x}{L_{n9}} \right)$$

Sum of line load component in the X direction resulting from the perscribed displacement of the Thor (kips):

$$\begin{aligned} X_{sum\_} := X_1 + X_2 + X_{4a} + X_{4b} \dots \\ + X_{5a} + X_{5b} + X_6 + X_{7a} \dots \\ + X_{7b} + X_8 + X_9 \end{aligned}$$

$$X_{sum\_} = 0.002$$

<u>Lever arms for moment calculations:</u>

Lever arm per line perpendicular to the force Z vector (inch):

$$x_{\theta 1} := l_1 \cdot \cos(\theta)$$

$$x_{\theta 2} := l_2 \cdot \cos(\theta)$$

$$x_{\theta 4a} := l_{4a} \cdot \cos(\theta)$$

$$x_{\theta 4b} := l_{4b} \cdot \cos(\theta)$$

$$x_{\theta 5a} := l_{5a} \cdot \cos(\theta)$$

$$x_{\theta 5b} := l_{5b} \cdot \cos(\theta)$$

$$x_{\theta 6} := l_6 \cdot \cos(\theta)$$

$$x_{\theta 7a} := l_{7a} \cdot \cos(\theta)$$

$$x_{\theta 7b} := l_{7b} \cdot \cos(\theta)$$

$$x_{\theta 8} := l_8 \cdot \cos(\theta)$$

$$x_{\theta 9} := l_9 \cdot \cos(\theta)$$

Lever arm per line perpendicular to the force X vector (inch):

$$z_{\theta 1} := l_1 \cdot (\sin(\theta))$$

$$z_{\theta 2} := l_2 \cdot (\sin(\theta))$$

$$z_{\theta 4a} := l_{4a} \cdot (\sin(\theta))$$

$$z_{\theta 4b} := l_{4b} \cdot (\sin(\theta))$$

$$z_{\theta 5a} := l_{5a} \cdot (\sin(\theta))$$

$$z_{\theta 5b} := l_{5b} \cdot (\sin(\theta))$$

$$z_{\theta 6} := l_6 \cdot (\sin(\theta))$$

$$z_{\theta 7a} := l_{7a} \cdot (\sin(\theta))$$

$$z_{\theta 7b} := l_{7b} \cdot (\sin(\theta))$$

$$z_{\theta 8} := l_8 \cdot (\sin(\theta))$$

$$z_{\theta 9} := l_9 \cdot (\sin(\theta))$$

Sail area center location lever arm from the m1's Thor end (inch):

$$W_\theta := (W_{cen} - w) \cdot \cos(\theta)$$

<u>Sum of Moments about Thor end of the "m1" line (in kips):</u>

Direction factor for moment calculation based on angle of Thor: negative sign applied to apply appropriate signs

$$\begin{aligned} M_{0x} := (-1) \cdot ( & X_2 \cdot z_{\theta 2} + X_{4a} \cdot z_{\theta 4a} + X_{4b} \cdot z_{\theta 4b} \dots \\ & + X_{5a} \cdot z_{\theta 5a} + X_{5b} \cdot z_{\theta 5b} + X_6 \cdot z_{\theta 6} + X_{7a} \cdot z_{\theta 7a} \dots \\ & + X_{7b} \cdot z_{\theta 7b} + X_8 \cdot z_{\theta 8} + X_9 \cdot z_{\theta 9} ) \end{aligned}$$

**Exhibit 1 in globo 140**

6/19/2024                                  Line Forces on the D/B Thor



$$M_{0z} := Z_2 \cdot x_{\theta 2} + Z_{4a} \cdot x_{\theta 4a} + Z_{4b} \cdot x_{\theta 4b} \cdots$$
$$+ Z_{5a} \cdot x_{\theta 5a} + Z_{5b} \cdot x_{\theta 5b} + Z_6 \cdot x_{\theta 6} + Z_{7a} \cdot x_{\theta 7a} \cdots$$
$$+ Z_{7b} \cdot x_{\theta 7b} + Z_8 \cdot x_{\theta 8} + Z_9 \cdot x_{\theta 9}$$

Moment sum (in*kips):     $M_{sum\_z} := M_{0x} - M_{0z} + Z_{sum\_} \cdot W_\theta$



## **Outputs:**

| Check of sum of moments: | Check of forces in the X: | Check of forces in the Z: | Wind force check: | Movement in the z of bow and stern most connections (inch): |
|---|---|---|---|---|

$M_{sum\_z} = -0.032$     $X_{sum\_} = 0.002$     $Z_{sum\_} = 528.14$     $F_{Wstbd} = 528.149$

Stern $\quad \Delta z(l_1) = 20.356$

Bow $\quad \Delta z(l_9) = -23.892$

Loads in mooring lines (kips):

$$F_{z1} = 0$$

$$F_{z2} = 117.313$$

$$F_{z4a} = 116.799$$

$$F_{z4b} = 133.646$$

$$F_{z5a} = 63.937$$

$$F_{z5b} = 39.045$$

Basket treated as one line] (kips):  $\dfrac{F_{z6}}{n_{m6}} = 46.408$

$$F_{z7a} = 41.492$$

$$F_{z7b} = 43.371$$

Basket treated as one line] (kips):  $\dfrac{F_{z8}}{n_{m8}} = 51.495$

$$F_{z9} = 40.665$$

**Exhibit 1 in globo 141**

6/19/2024                                Line Forces on the D/B Thor



Percentage of breaking strength per line:

$$\frac{F_{z1}}{\frac{P_{breakm1a}}{1000}} \cdot 100 = 0$$

$$\frac{F_{z5a}}{\frac{n_{m5a} \cdot P_{breakm5a}}{1000}} \cdot 100 = 20.625$$

$$\frac{F_{z8}}{\frac{n_{m8} \cdot P_{breakm8}}{1000}} \cdot 100 = 26.751$$

$$\frac{F_{z1}}{\frac{n_{m1b} \cdot P_{breakm1b}}{1000}} \cdot 100 = 0$$

$$\frac{F_{z5b}}{\frac{n_{m5b} \cdot P_{breakm5b}}{1000}} \cdot 100 = 21.06$$

$$\frac{F_{z9}}{\frac{P_{breakm1a}}{1000}} \cdot 100 = 10.269$$

$$\frac{F_{z2}}{\frac{n_{m2} \cdot P_{breakm2}}{1000}} \cdot 100 = 37.843$$

$$\frac{F_{z6}}{\frac{n_{m6} \cdot P_{breakm6}}{1000}} \cdot 100 = 14.97$$

$$\frac{F_{z9}}{\frac{n_{m9b} \cdot P_{breakm9b}}{1000}} \cdot 100 = 6.559$$

$$\frac{F_{z4a}}{\frac{n_{m4a} \cdot P_{breakm4a}}{1000}} \cdot 100 = 37.677$$

$$\frac{F_{z7a}}{\frac{n_{m7a} \cdot P_{breakm7a}}{1000}} \cdot 100 = 13.384$$

$$\frac{F_{z4b}}{\frac{n_{m4b} \cdot P_{breakm4b}}{1000}} \cdot 100 = 43.112$$

$$\frac{F_{z7b}}{\frac{n_{m7b} \cdot P_{breakm7b}}{1000}} \cdot 100 = 13.991$$

New x,y,and z component of the Thor end connection of lines from bitt 1 and bitt 9:

$$x_{f1} := x_{t1} + x_z(l_1) + \Delta x$$

$$y_{f1} := y_{t1} + \Delta y$$

$$z_{f1} := z_{t1} + \Delta z(l_1)$$

$$x_{f9} := x_{t9} + x_z(l_9) + \Delta x$$

$$y_{f9} := y_{t9} + \Delta y$$

$$z_{f9} := z_{t9} + \Delta z(l_9)$$

$x_{f1} = 181.13$

$y_{f1} = 147.52$

$z_{f1} = 228.356$

$x_{f9} = 4403.15$

$y_{f9} = 200.52$

$z_{f9} = 208.108$

**Exhibit 1 in globo 142**

6/19/2024                                Line Forces on the D/B Thor



Evaluation of Mooring Lines of the D/B Thor to the Martin Dock on October 28, 2020
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775

<u>Calculation Description:</u>
Vector lengths used to produce distance between two points. Distance change used to produce a force change.
Component directions are as follows: "+ x" is along the dock, northward; "+ y' is in the vertical direction, and "+ z" is moving away from the Martin dock, westward.

Physical properties of lines were taken from the following: Wire Rope Users Manual, Third Edition (WRUM); Handbook of Fiber Rope Technology (Handbook); and Southwest Wire Rope Catalogue (SW).

## Inputs:

| | | | |
|---|---|---|---|
| Length of Thor (inch): | $Thor := 4448.8125$ | Elevation rise of Thor (inch): | $\Delta y := 46.52$ |
| Length from stern starboard corner to $x_{t1}, z_{t1}$ (inch): | $w := 195.7$ | Thor movement along the dock, northward is positive (inch): | $\Delta x := (7.06390)$ |
| | | Barge rotation about Thor bit 1 (radians): | $\gamma := (-0.0154562790000000)$ |
| | | Thor movement per line away from the Martin dock, west is positive (inch): | $\Delta z(l) := [l \cdot \sin(\gamma) + (39.68500)]$ |

▼

<u>Mooring Line "1a" on Martin Bitt #1, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

| | | | |
|---|---|---|---|
| Initial length of all three segments of the steel wire (inches): [Table D-1, Appendix D] | $L_{m1a} := 1143$ | Wire rope metallic area (inch^2): [Exhibit B, WRUM] | $A_{m1a} := 1.904$ |
| | | Modulus of Elasticity for steel wire rope (psi) [Exhibit B, WRUM]: | $E_{m1a} := 14530000$ |
| | | Breaking Strength (lbs): [Exhibit B, WRUM] | $P_{breakm1a} := 396000$ |

<u>Mooring Line "1b" on Martin Bitt #1, synthetic component; 3 strand, 3 inch diameter Nylon rope</u>

| | | | |
|---|---|---|---|
| Minimum Tensile Strength (lbs) [Exhibit C, SW]: | $P_{breakm1b} := 185400$ | Initial length of synthetic rope (inch): [Table D-1, Appendix D] | $L_{m1b} := 216$ |
| Number of synthetic ropes: | $n_{m1b} := 4$ | | |
| Tensile strength percentage factor [Exhibit C, Handbook]: | $f_{m1b} := 50\%$ | Line length components from water movement: [Tables D-2 & D-3, Appendix D] | |
| Percent elongation at load [Exhibit C, Handbook ]: | $e_{m1b} := 12\%$ | Line 1 "x" component (inch): | $x_{m1} := 0 \quad x_{t1} := 174$ |
| | | Line 1 "y" component (inch): | $y_{m1} := 0 \quad y_{t1} := 101$ |
| | | Line 1 "z" component (inch): | $z_{m1} := 0 \quad z_{t1} := 208$ |

**Exhibit 1 in globo 143**

6/19/2024                                  Line Forces on the D/B Thor



<u>Mooring Line "2" on Martin Bitt #2, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm2} := 310000$       Line length components from water movement:
[Exhibit C, SW]:                                                      [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m2} := 1$

Tensile strength percentage factor      $f_{m2} := 50\%$             Line 2 "x" component (inch):    $x_{m2} := 405$    $x_{t2} := 653$
[Exhibit C, Handbook]:                                               Line 2 "y" component (inch):    $y_{m2} := 0$      $y_{t2} := 128$

Percent elongation at load              $e_{m2} := 12\%$             Line 2 "z" component (inch):    $z_{m2} := -8$     $z_{t2} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "4a" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm4a} := 310000$     Line length components from water movement:
[Exhibit C, SW]:                                                     [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m4a} := 1$

Tensile strength percentage factor      $f_{m4a} := 50\%$            Line 4a "x" component (inch):   $x_{m4a} := 1555$   $x_{t4a} := 1441$
[Exhibit C, Handbook]:                                               Line 4a "y" component (inch):   $y_{m4a} := 0$      $y_{t4a} := 136$

Percent elongation at load              $e_{m4a} := 12\%$            Line 4a "z" component (inch):   $z_{m4a} := -14$    $z_{t4a} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "4b" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength             $P_{breakm4b} := 310000$        Line length components from water movement:
(lbs)[Exhibit C, SW]:                                                [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m4b} := 1$

Tensile strength percentage           $f_{m4b} := 50\%$             Line 4b "x" component (inch):   $x_{m4b} := 1555$   $x_{t4b} := 1503$
factor [Exhibit C, Handbook]:                                        Line 4b "y" component (inch):   $y_{m4b} := 9$      $y_{t4b} := 137$

Percent elongation at load              $e_{m4b} := 12\%$            Line 4b "z" component (inch):   $z_{m4b} := -14$    $z_{t4b} := 224$
[Exhibit C, Handbook]:

<u>Mooring Line "5a" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm5a} := 310000$     Line length components from water movement:
[Exhibit C, SW]:                                                     [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m5a} := 1$              Line 5a "x" component (inch):   $x_{m5a} := 2214$   $x_{t5a} := 1995$

Tensile strength percentage factor      $f_{m5a} := 50\%$           Line 5a "y" component (inch):   $y_{m5a} := 0$      $y_{t5a} := 141$

Percent elongation at load              $e_{m5a} := 12\%$           Line 5a "z" component (inch):   $z_{m5a} := -18$    $z_{t5a} := 224$
[Exhibit C, Handbook]:

Exhibit 1 in globo 144

6/19/2024                                   Line Forces on the D/B Thor



---

Mooring Line "5b" on Martin Bitt #5, synthetic; 3 strand, approximate 3 inch diameter Nylon rope

Minimum Tensile Strength (lbs)          $P_{breakm5b} := 185400$          Line length components from water movement:
[Exhibit C, SW]:                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m5b} := 1$                    Line 5b "x" component (inch):   $x_{m5b} := 2214$   $x_{t5b} := 2524$

Tensile strength percentage             $f_{m5b} := 50\%$                Line 5b "y" component (inch):   $y_{m5b} := 0$      $y_{t5b} := 147$
factor[Exhibit C,
Handbook]:                                                              Line 5b "z" component (inch):   $z_{m5b} := -18$    $z_{t5b} := 224$

Percent elongation at load              $e_{m5b} := 12\%$
[Exhibit C, Handbook]:

---

Mooring Line "6" on Martin Bitt #6, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs)          $P_{breakm6} := 310000$          Line length components from water movement:
[Exhibit C, SW]:                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes: (Line        $n_{m6} := 2$                    Line 6 "x" component (inch):    $x_{m6} := 2816$    $x_{t6} := 2586$
run in a basket configuration)

Tensile strength percentage             $f_{m6} := 50\%$                 Line 6 "y" component (inch):    $y_{m6} := 9$       $y_{t6} := 147$
factor[Exhibit C, Handbook]:
                                                                        Line 6 "z" component (inch):    $z_{m6} := -15$     $z_{t6} := 224$
Percent elongation at load              $e_{m6} := 12\%$
[Exhibit C, Handbook]:

---

Mooring Line "7a" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs)          $P_{breakm7a} := 310000$         Line length components from water movement:
[Exhibit C, SW]:                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m7a} := 1$
                                                                        Line 7a "x" component (inch):   $x_{m7a} := 3372$   $x_{t7a} := 3178$
Tensile strength percentage factor      $f_{m7a} := 50\%$               Line 7a "y" component (inch):   $y_{m7a} := 9$      $y_{t7a} := 153$
[Exhibit C, Handbook]:
                                                                        Line 7a "z" component (inch):   $z_{m7a} := -18$    $z_{t7a} := 223$
Percent elongation at load              $e_{m7a} := 12\%$
[Exhibit C, Handbook]:

---

Mooring Line "7b" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs)          $P_{breakm7b} := 310000$         Line length components from water movement:
[Exhibit C, SW]:                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m7b} := 1$
                                                                        Line 7b "x" component (inch):   $x_{m7b} := 3372$   $x_{t7b} := 3706$
Tensile strength percentage             $f_{m7b} := 50\%$               Line 7b "y" component (inch):   $y_{m7b} := 9$      $y_{t7b} := 158$
factor[Exhibit C, Handbook]:
                                                                        Line 7b "z" component (inch):   $z_{m7b} := -18$    $z_{t7b} := 223$
Percent elongation at load              $e_{m7b} := 12\%$
[Exhibit C, Handbook]:

Exhibit 1 in globo 145

6/19/2024                                Line Forces on the D/B Thor



Bartlett
ENGINEERING LLC

---

<u>Mooring Line "8" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Polypropylene rope</u>

Minimum Tensile Strength (lbs)        $P_{breakm8} := 192500$        Line length components from water movement:
[Exhibit C, SW]:                                                     [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:  (Line     $n_{m8} := 2$                  Line 8 "x" component (inch):        $x_{m8} := 3999$  $x_{t8} := 4199$
run in a basket configuration)

Tensile strength percentage factor    $f_{m8} := 50\%$              Line 8 "y" component (inch):        $y_{m8} := 21$    $y_{t8} := 163$
[Exhibit C, Handbook]:

Percent elongation at load            $e_{m8} := 6\%$               Line 8 "z" component (inch):        $z_{m8} := -25$   $z_{t8} := 223$
[Exhibit C, Handbook]:

---

<u>Mooring Line "9a" on Martin Bitt #9, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

Wire rope metallic area (inch^2)      $A_{m9a} := 1.904$           Line length components from water movement:
[Exhibit B, WRUM]:                                                  [Tables D-2 & D-3, Appendix D]

Modulus of Elasticity for steel wire  $E_{m9a} := 14530000$        Line 9 "x" component (inch):        $x_{m9} := 4612$  $x_{t9} := 4396$
rope (psi) [Exhibit D pp.3]:

Breaking Strength (lbs)               $P_{breakm9a} := 396000$     Line 9 "y" component (inch):        $y_{m9} := 0$     $y_{t9} := 154$
[Exhibit B, WRUM]:

Initial length of steel wire (ft):    $L_{m9a} := 1036$            Line 9 "z" component (inch):        $z_{m9} := -10$   $z_{t9} := 232$
[D-1, Appendix D]

---

<u>Mooring Line "9b" on Martin Bitt #9, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)        $P_{breakm9b} := 310000$     Initial length of synthetic rope(inch):               $L_{m9b} := 120$
[Exhibit C, SW]:                                                   [Table D-1, Appendix D]

Number of synthetic ropes:            $n_{m9b} := 2$

Tensile strength percentage          $f_{m9b} := 50\%$
factor[Exhibit C, Handbook]:

Percent elongation at load            $e_{m9b} := 12\%$
[Exhibit C, Handbook]:

<u>Wind and Barge Properties:</u>

Sail area, Thor latice (in$^2$):                                   $A_{lat} := 518393$
[Appendix B]

X coordinate along starboard                                       $x_{lat} := 1575$
side of Thor of the sail area of
the latice (inch):
[Appendix B]

Sail area, Thor solid surfaces (in$^2$):                           $A_{sol} := 2123559$
[Appendix B]

X coordinate along starboard                                       $x_{sol} := 2276$
side of Thor of the sail area of
the solid surfaces (inch):
[Appendix B]

---

6/19/2024                              Line Forces on the D/B Thor



Wind Velocity, (mph) [DCN 15]:                          $V_w := 115$

Wind Pressure Factors from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023.

    Conversion factor                          $f := 0.00338$

    Height Coefficient, based on height to center of area:                          $C_h := 1$

    Shape Coefficient, Hull:                          $C_s := 1$

## Derived Values:

### Wind force:

Starboard side barge sail area (ft²):
[1/4 of the latice are was used to acomodate the holes, in² is converted into ft²]

$$A_{sail\_stbd} := \left(\frac{1}{4} \cdot A_{lat} + A_{sol}\right) \cdot \frac{1}{144}$$

$A_{sail\_stbd} = 15647$

Location of Centroid of sail area along Thor from stern (inch):

$$W_{cen} := \frac{\frac{1}{4} \cdot A_{lat} \cdot x_{lat} + A_{sol} \cdot x_{sol}}{A_{sail\_stbd} \cdot (144)}$$

$W_{cen} = 2236$

formulas for wind pressure from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023

Wind velocity (knots):                    $V_k := V_w \cdot \dfrac{1}{1.15078}$                    $V_k = 99.932$

Wind pressure (lbf/ft²):                    $P_W := f \cdot V_k^2 \cdot C_h \cdot C_s$                    $P_W = 33.8$

Wind Force perpendicular to the starboard side of the Thor(kips):

$$F_{Wstbd} := \frac{P_W \cdot A_{sail\_stbd}}{1000}$$

$F_{Wstbd} = 528.149$

Components of each inital line length (inch): origin location is $x_{m1}$, $y_{m1}$, and $z_{m1}$

$x_1 := (x_{t1} - x_{m1}) = 174$     $y_1 := (y_{t1} - y_{m1}) = 101$     $z_1 := (z_{t1} - z_{m1}) = 208$

$x_2 := (x_{t2} - x_{m2}) = 248$     $y_2 := (y_{t2} - y_{m2}) = 128$     $z_2 := (z_{t2} - z_{m2}) = 232$

$x_{4a} := (x_{t4a} - x_{m4a}) = -114$     $y_{4a} := (y_{t4a} - y_{m4a}) = 136$     $z_{4a} := (z_{t4a} - z_{m4a}) = 238$

$x_{4b} := (x_{t4b} - x_{m4b}) = -52$     $y_{4b} := (y_{t4b} - y_{m4b}) = 128$     $z_{4b} := (z_{t4b} - z_{m4b}) = 238$

$x_{5a} := (x_{t5a} - x_{m5a}) = -219$     $y_{5a} := (y_{t5a} - y_{m5a}) = 141$     $z_{5a} := (z_{t5a} - z_{m5a}) = 242$

$x_{5b} := (x_{t5b} - x_{m5b}) = 310$     $y_{5b} := (y_{t5b} - y_{m5b}) = 147$     $z_{5b} := (z_{t5b} - z_{m5b}) = 242$

Exhibit 1 in globo 147

6/19/2024                                    Line Forces on the D/B Thor



$$x_6 := \left(x_{t6} - x_{m6}\right) = -230 \qquad y_6 := \left(y_{t6} - y_{m6}\right) = 138 \qquad z_6 := \left(z_{t6} - z_{m6}\right) = 239$$

$$x_{7a} := \left(x_{t7a} - x_{m7a}\right) = -194 \qquad y_{7a} := \left(y_{t7a} - y_{m7a}\right) = 144 \qquad z_{7a} := \left(z_{t7a} - z_{m7a}\right) = 241$$

$$x_{7b} := \left(x_{t7b} - x_{m7b}\right) = 334 \qquad y_{7b} := \left(y_{t7b} - y_{m7b}\right) = 149 \qquad z_{7b} := \left(z_{t7b} - z_{m7b}\right) = 241$$

$$x_8 := \left(x_{t8} - x_{m8}\right) = 200 \qquad y_8 := \left(y_{t8} - y_{m8}\right) = 142 \qquad z_8 := \left(z_{t8} - z_{m8}\right) = 248$$

$$x_9 := \left(x_{t9} - x_{m9}\right) = -216 \qquad y_9 := \left(y_{t9} - y_{m9}\right) = 154 \qquad z_9 := \left(z_{t9} - z_{m9}\right) = 242$$

<u>Original length of lines from the Martin Bitt to the Thor (inches):</u>

$$L_1 := \sqrt{\left(x_1\right)^2 + \left(y_1\right)^2 + \left(z_1\right)^2} = 289 \qquad L_6 := \sqrt{\left(x_6\right)^2 + \left(y_6\right)^2 + \left(z_6\right)^2} = 359$$

$$L_2 := \sqrt{\left(x_2\right)^2 + \left(y_2\right)^2 + \left(z_2\right)^2} = 363 \qquad L_{7a} := \sqrt{\left(x_{7a}\right)^2 + \left(y_{7a}\right)^2 + \left(z_{7a}\right)^2} = 341$$

$$L_{4a} := \sqrt{\left(x_{4a}\right)^2 + \left(y_{4a}\right)^2 + \left(z_{4a}\right)^2} = 297 \qquad L_{7b} := \sqrt{\left(x_{7b}\right)^2 + \left(y_{7b}\right)^2 + \left(z_{7b}\right)^2} = 438$$

$$L_{4b} := \sqrt{\left(x_{4b}\right)^2 + \left(y_{4b}\right)^2 + \left(z_{4b}\right)^2} = 275 \qquad L_8 := \sqrt{\left(x_8\right)^2 + \left(y_8\right)^2 + \left(z_8\right)^2} = 349$$

$$L_{5a} := \sqrt{\left(x_{5a}\right)^2 + \left(y_{5a}\right)^2 + \left(z_{5a}\right)^2} = 356 \qquad L_9 := \sqrt{\left(x_9\right)^2 + \left(y_9\right)^2 + \left(z_9\right)^2} = 359$$

$$L_{5b} := \sqrt{\left(x_{5b}\right)^2 + \left(y_{5b}\right)^2 + \left(z_{5b}\right)^2} = 420$$

<u>Equivalent Spring Constant of Synthetic Ropes:</u>

Equivalent spring constant
for rope m1b (kip/inch):

$$k_{m1b} := \frac{n_{m1b} \cdot P_{breakm1b} \cdot f_{m1b}}{L_{m1b} \cdot 1000 \cdot e_{m1b}} \qquad k_{m1b} = 14.306$$

Equivalent spring constant
for rope m2 (kip/inch):

$$k_{m2} := \frac{n_{m2} \cdot P_{breakm2} \cdot f_{m2}}{L_2 \cdot 1000 \cdot e_{m2}} \qquad k_{m2} = 3.559$$

Equivalent spring constant
for rope m4a (kip/inch):

$$k_{m4a} := \frac{n_{m4a} \cdot P_{breakm4a} \cdot f_{m4a}}{L_{4a} \cdot 1000 \cdot e_{m4a}} \qquad k_{m4a} = 4.351$$

Equivalent spring constant
for rope m4b (kip/inch):

$$k_{m4b} := \frac{n_{m4b} \cdot P_{breakm4b} \cdot f_{m4b}}{L_{4b} \cdot 1000 \cdot e_{m4b}} \qquad k_{m4b} = 4.694$$

Equivalent spring constant
for rope m5a (kip/inch):

$$k_{m5a} := \frac{n_{m5a} \cdot P_{breakm5a} \cdot f_{m5a}}{L_{5a} \cdot 1000 \cdot e_{m5a}} \qquad k_{m5a} = 3.633$$

Equivalent spring constant
for rope m5b (kip/inch):

$$k_{m5b} := \frac{n_{m5b} \cdot P_{breakm5b} \cdot f_{m5b}}{L_{5b} \cdot 1000 \cdot e_{m5b}} \qquad k_{m5b} = 1.84$$

Exhibit 1 in globo 148

6/19/2024                                   Line Forces on the D/B Thor



Equivalent spring constant
for rope m6 (kip/inch):

$$k_{m6} := \frac{n_{m6} \cdot P_{breakm6} \cdot f_{m6}}{L_6 \cdot 1000 \cdot e_{m6}}$$

$k_{m6} = 7.191$

Equivalent spring constant
for rope m7a (kip/inch):

$$k_{m7a} := \frac{n_{m7a} \cdot P_{breakm7a} \cdot f_{m7a}}{L_{7a} \cdot 1000 \cdot e_{m7a}}$$

$k_{m7a} = 3.785$

Equivalent spring constant
for rope m7b (kip/inch):

$$k_{m7b} := \frac{n_{m7b} \cdot P_{breakm7b} \cdot f_{m7b}}{L_{7b} \cdot 1000 \cdot e_{m7b}}$$

$k_{m7b} = 2.949$

Equivalent spring constant
for rope m8 (kip/inch):

$$k_{m8} := \frac{n_{m8} \cdot P_{breakm8} \cdot f_{m8}}{L_8 \cdot 1000 \cdot e_{m8}}$$

$k_{m8} = 9.198$

Equivalent spring constant
for rope m9b (kip/inch):

$$k_{m9b} := \frac{n_{m9b} \cdot P_{breakm9b} \cdot f_{m9b}}{L_{m9b} \cdot 1000 \cdot e_{m9b}}$$

$k_{m9b} = 21.528$

<u>Equivalent Spring Constant of Wire Ropes:</u>

Equivalent spring constant for wire
rope m1a (kip/inch):

$$k_{m1a} := \frac{A_{m1a} \cdot E_{m1a}}{L_{m1a} \cdot 1000}$$

$k_{m1a} = 24.204$

Equivalent spring constant for wire rope
m9a (kip/inch):

$$k_{m9a} := \frac{A_{m9a} \cdot E_{m9a}}{L_{m9a} \cdot 1000}$$

$k_{m9a} = 26.704$

<u>Percent Load Factor of synthetic rope and wire ropes connected together:</u>

Wire Rope Percentage of change in length:

$$w\%_{m1a} := \frac{k_{m1b}}{(k_{m1a} + k_{m1b})}$$

$w\%_{m1a} = 0.371$

Wire Rope Percentage of change in length:

$$w\%_{m9a} := \frac{k_{m9b}}{(k_{m9a} + k_{m9b})}$$

$w\%_{m9a} = 0.446$

Synthetic Rope Percentage of change in length:

$$s\%_{m1b} := \frac{k_{m1a}}{(k_{m1b} + k_{m1a})}$$

$s\%_{m1b} = 0.629$

Synthetic Rope Percentage of change in length:

$$s\%_{m9b} := \frac{k_{m9a}}{(k_{m9b} + k_{m9a})}$$

$s\%_{m9b} = 0.554$

Length of each line's end connection on the Thor from $x_{t1}$ and $z_{t1}$ (inch)

$$l_1 := 0$$

$$l_2 := \sqrt{(x_{t1} - x_{t2})^2 + (z_{t1} - z_{t2})^2}$$

$$l_{4a} := \sqrt{(x_{t1} - x_{t4a})^2 + (z_{t1} - z_{t4a})^2}$$

Exhibit 1 in globo 149



$$l_{4b} := \sqrt{(x_{t1} - x_{t4b})^2 + (z_{t1} - z_{t4b})^2}$$

$$l_{5a} := \sqrt{(x_{t1} - x_{t5a})^2 + (z_{t1} - z_{t5a})^2}$$

$$l_{5b} := \sqrt{(x_{t1} - x_{t5b})^2 + (z_{t1} - z_{t5b})^2}$$

$$l_6 := \sqrt{(x_{t1} - x_{t6})^2 + (z_{t1} - z_{t6})^2}$$

$$l_{7a} := \sqrt{(x_{t1} - x_{t7a})^2 + (z_{t1} - z_{t7a})^2}$$

$$l_{7b} := \sqrt{(x_{t1} - x_{t7b})^2 + (z_{t1} - z_{t7b})^2}$$

$$l_8 := \sqrt{(x_{t1} - x_{t8})^2 + (z_{t1} - z_{t8})^2}$$

$$l_9 := \sqrt{(x_{t1} - x_{t9})^2 + (z_{t1} - z_{t9})^2}$$

<u>Slope and x direction changes due to z movement of Thor:</u>

Initial slope of the Thor relative to dock:

$$m_0 := \frac{z_{t9} - z_{t1}}{x_{t9} - x_{t1}}$$

$m_0 = 0.006$

Angle from initial slope (radians):

$$\sigma := \operatorname{atan}(m_0)$$

$\sigma = 0.006$

Sine of eventual slope of Thor:

$$m_z := \frac{(z_{t9} + \Delta z(l_9)) - (z_{t1} + \Delta z(l_1))}{\sqrt{(x_{t9} - x_{t1})^2 + (z_{t9} - z_{t1})^2}}$$

$m_z = -0.01$

Varying angle of Thor (radians):

$$\theta := \operatorname{asin}(m_z)$$

$\theta = -0.01$

Change in x from change in z based on new x component vs the original x component along the Thor(inch):

$$x_z(l) := l \cdot \cos(\theta) - l \cdot \cos(\sigma)$$

<u>New length of lines (inches):</u>

$$L_{n1} := \sqrt{(x_1 + x_z(l_1) + \Delta x)^2 + (y_1 + \Delta y)^2 + (z_1 + \Delta z(l_1))^2}$$

$$L_{n2} := \sqrt{(x_2 + x_z(l_2) + \Delta x)^2 + (y_2 + \Delta y)^2 + (z_2 + \Delta z(l_2))^2}$$

$$L_{n4a} := \sqrt{(x_{4a} + x_z(l_{4a}) + \Delta x)^2 + (y_{4a} + \Delta y)^2 + [z_{4a} + (\Delta z(l_{4a}))]^2}$$

$$L_{n4b} := \sqrt{(x_{4b} + x_z(l_{4b}) + \Delta x)^2 + (y_{4b} + \Delta y)^2 + (z_{4b} + \Delta z(l_{4b}))^2}$$

Exhibit 1 in globo 150

6/19/2024                                     Line Forces on the D/B Thor



$$L_{n5a} := \sqrt{\left(x_{5a} + x_z(l_{5a}) + \Delta x\right)^2 + \left(y_{5a} + \Delta y\right)^2 + \left(z_{5a} + \Delta z(l_{5a})\right)^2}$$

$$L_{n5b} := \sqrt{\left(x_{5b} + x_z(l_{5b}) + \Delta x\right)^2 + \left(y_{5b} + \Delta y\right)^2 + \left(z_{5b} + \Delta z(l_{5b})\right)^2}$$

$$L_{n6} := \sqrt{\left(x_6 + x_z(l_6) + \Delta x\right)^2 + \left(y_6 + \Delta y\right)^2 + \left(z_6 + \Delta z(l_6)\right)^2}$$

$$L_{n7a} := \sqrt{\left(x_{7a} + x_z(l_{7a}) + \Delta x\right)^2 + \left(y_{7a} + \Delta y\right)^2 + \left(z_{7a} + \Delta z(l_{7a})\right)^2}$$

$$L_{n7b} := \sqrt{\left(x_{7b} + x_z(l_{7b}) + \Delta x\right)^2 + \left(y_{7b} + \Delta y\right)^2 + \left(z_{7b} + \Delta z(l_{7b})\right)^2}$$

$$L_{n8} := \sqrt{\left(x_8 + x_z(l_8) + \Delta x\right)^2 + \left(y_8 + \Delta y\right)^2 + \left(z_8 + \Delta z(l_8)\right)^2}$$

$$L_{n9} := \sqrt{\left(x_9 + x_z(l_9) + \Delta x\right)^2 + \left(y_9 + \Delta y\right)^2 + \left(z_9 + \Delta z(l_9)\right)^2}$$

<u>Change in length of lines as the Thor is moved by wind load (inches):</u>

Length change of m1:          $L_{z1} := L_{n1} - L_1$

Length change of m2:          $L_{z2} := L_{n2} - L_2$

Length change of m4a:         $L_{z4a} := L_{n4a} - L_{4a}$

Length change of m4b:         $L_{z4b} := L_{n4b} - L_{4b}$

Length change of m5a:         $L_{z5a} := L_{n5a} - L_{5a}$

Length change of m5b:         $L_{z5b} := L_{n5b} - L_{5b}$

Length change of m6:          $L_{z6} := L_{n6} - L_6$

Length change of m7a:         $L_{z7a} := L_{n7a} - L_{7a}$

Length change of m7b:         $L_{z7b} := L_{n7b} - L_{7b}$

Length change of m8:          $L_{z8} := L_{n8} - L_8$

Length change of m9:          $L_{z9} := L_{n9} - L_9$

<u>Force produced by each line per the perscribed movement of the Thor (kips):</u>

Force in rope m1a (kips):          $F_{z1} := \text{if}\left[L_{z1} < 0, 0, w\%_{m1a} \cdot L_{z1} \cdot \left(k_{m1a}\right)\right] \cdot 0$          Multiplied by "0" to denote a line no longer holding.

Force in rope m2a (kips):          $F_{z2} := \text{if}\left[L_{z2} < 0, 0, L_{z2} \cdot \left(k_{m2}\right)\right]$

6/19/2024          Line Forces on the D/B Thor



Force in rope m4a (kips):     $F_{z4a} := \text{if}\left[L_{z4a} < 0, 0, L_{z4a} \cdot \left(k_{m4a}\right)\right]$

Force in rope m4b (kips):     $F_{z4b} := \text{if}\left[L_{z4b} < 0, 0, L_{z4b} \cdot \left(k_{m4b}\right)\right] \cdot 0$     Multiplied by "0" to denote a line no longer holding.

Force in rope m5a (kips):     $F_{z5a} := \text{if}\left[L_{z5a} < 0, 0, L_{z5a} \cdot \left(k_{m5a}\right)\right]$

Force in rope m5b (kips):     $F_{z5b} := \text{if}\left[L_{z5b} < 0, 0, L_{z5b} \cdot \left(k_{m5b}\right)\right]$

Force in rope m6 [Basket treated as one line] (kips):     $F_{z6} := \text{if}\left[L_{z6} < 0, 0, L_{z6} \cdot \left(k_{m6}\right)\right]$

Force in rope m7a (kips):     $F_{z7a} := \text{if}\left[L_{z7a} < 0, 0, L_{z7a} \cdot \left(k_{m7a}\right)\right]$

Force in rope m7b (kips):     $F_{z7b} := \text{if}\left[L_{z7b} < 0, 0, L_{z7b} \cdot \left(k_{m7b}\right)\right]$

Force in rope m8 [Basket treated as one line](kips):     $F_{z8} := \text{if}\left[L_{z8} < 0, 0, L_{z8} \cdot \left(k_{m8}\right)\right]$

Force in rope m9a (kips):     $F_{z9} := \text{if}\left[L_{z9} < 0, 0, w\%_{m9a} \cdot L_{z9} \cdot \left(k_{m9a}\right)\right]$

<u>Z component of line force to the Thor in the horizontal plane:</u>

$$Z_1 := F_{z1} \cdot \left(\frac{z_1 + \Delta z(l_1)}{L_{n1}}\right)$$

$$Z_2 := F_{z2} \cdot \left(\frac{z_2 + \Delta z(l_2)}{L_{n2}}\right)$$

$$Z_{4a} := F_{z4a} \cdot \left(\frac{z_{4a} + \Delta z(l_{4a})}{L_{n4a}}\right)$$

$$Z_{4b} := F_{z4b} \cdot \left(\frac{z_{4b} + \Delta z(l_{4b})}{L_{n4b}}\right)$$

$$Z_{5a} := F_{z5a} \cdot \left(\frac{z_{5a} + \Delta z(l_{5a})}{L_{n5a}}\right)$$

$$Z_{5b} := F_{z5b} \cdot \left(\frac{z_{5b} + \Delta z(l_{5b})}{L_{n5b}}\right)$$

$$Z_6 := F_{z6} \cdot \left(\frac{z_6 + \Delta z(l_6)}{L_{n6}}\right)$$

$$Z_{7a} := F_{z7a} \cdot \left(\frac{z_{7a} + \Delta z(l_{7a})}{L_{n7a}}\right)$$

$$Z_{7b} := F_{z7b} \cdot \left(\frac{z_{7b} + \Delta z(l_{7b})}{L_{n7b}}\right)$$

Exhibit 1 in globo 152

6/19/2024                          Line Forces on the D/B Thor



$$Z_8 := F_{z8} \cdot \left( \frac{z_8 + \Delta z(l_8)}{L_{n8}} \right)$$

$$Z_9 := F_{z9} \cdot \left( \frac{z_9 + \Delta z(l_9)}{L_{n9}} \right)$$

Sum of line load component in the Z direction resulting from the perscribed displacement of the Thor (kips):

$$Z_{sum\_} := Z_1 + Z_2 + Z_{4a} + Z_{4b} \ldots \\ + Z_{5a} + Z_{5b} + Z_6 + Z_{7a} \ldots \\ + Z_{7b} + Z_8 + Z_9$$

$$Z_{sum\_} = 528.192$$

<u>X component of line force to the Thor in the horizontal plane: additional negative sign to produce the appropriate force direction (kips):</u>

$$X_1 := -F_{z1} \cdot \left( \frac{x_1 + x_z(l_1) + \Delta x}{L_{n1}} \right)$$

$$X_2 := -F_{z2} \cdot \left( \frac{x_2 + x_z(l_2) + \Delta x}{L_{n2}} \right)$$

$$X_{4a} := -F_{z4a} \cdot \left( \frac{x_{4a} + x_z(l_{4a}) + \Delta x}{L_{n4a}} \right)$$

$$X_{4b} := -F_{z4b} \cdot \left( \frac{x_{4b} + x_z(l_{4b}) + \Delta x}{L_{n4b}} \right)$$

$$X_{5a} := -F_{z5a} \cdot \left( \frac{x_{5a} + x_z(l_{5a}) + \Delta x}{L_{n5a}} \right)$$

$$X_{5b} := -F_{z5b} \cdot \left( \frac{x_{5b} + x_z(l_{5b}) + \Delta x}{L_{n5b}} \right)$$

$$X_6 := -F_{z6} \cdot \left( \frac{x_6 + x_z(l_6) + \Delta x}{L_{n6}} \right)$$

$$X_{7a} := -F_{z7a} \cdot \left( \frac{x_{7a} + x_z(l_{7a}) + \Delta x}{L_{n7a}} \right)$$

$$X_{7b} := -F_{z7b} \cdot \left( \frac{x_{7b} + x_z(l_{7b}) + \Delta x}{L_{n7b}} \right)$$

$$X_8 := -F_{z8} \cdot \left( \frac{x_8 + x_z(l_8) + \Delta x}{L_{n8}} \right)$$

Line Forces on the D/B Thor     

$$X_9 := -F_{z9} \cdot \left( \frac{x_9 + x_z(l_9) + \Delta x}{L_{n9}} \right)$$

Sum of line load component in the X direction resulting from the perscribed displacement of the Thor (kips):

$$X_{sum\_} := X_1 + X_2 + X_{4a} + X_{4b} \ldots + X_{5a} + X_{5b} + X_6 + X_{7a} \ldots + X_{7b} + X_8 + X_9$$

$X_{sum\_} = 0.002$

Lever arms for moment calculations:

Lever arm per line perpendicular to the force Z vector (inch):

$x_{\theta 1} := l_1 \cdot \cos(\theta)$

$x_{\theta 2} := l_2 \cdot \cos(\theta)$

$x_{\theta 4a} := l_{4a} \cdot \cos(\theta)$

$x_{\theta 4b} := l_{4b} \cdot \cos(\theta)$

$x_{\theta 5a} := l_{5a} \cdot \cos(\theta)$

$x_{\theta 5b} := l_{5b} \cdot \cos(\theta)$

$x_{\theta 6} := l_6 \cdot \cos(\theta)$

$x_{\theta 7a} := l_{7a} \cdot \cos(\theta)$

$x_{\theta 7b} := l_{7b} \cdot \cos(\theta)$

$x_{\theta 8} := l_8 \cdot \cos(\theta)$

$x_{\theta 9} := l_9 \cdot \cos(\theta)$

Lever arm per line perpendicular to the force X vector (inch):

$z_{\theta 1} := l_1 \cdot (\sin(\theta))$

$z_{\theta 2} := l_2 \cdot (\sin(\theta))$

$z_{\theta 4a} := l_{4a} \cdot (\sin(\theta))$

$z_{\theta 4b} := l_{4b} \cdot (\sin(\theta))$

$z_{\theta 5a} := l_{5a} \cdot (\sin(\theta))$

$z_{\theta 5b} := l_{5b} \cdot (\sin(\theta))$

$z_{\theta 6} := l_6 \cdot (\sin(\theta))$

$z_{\theta 7a} := l_{7a} \cdot (\sin(\theta))$

$z_{\theta 7b} := l_{7b} \cdot (\sin(\theta))$

$z_{\theta 8} := l_8 \cdot (\sin(\theta))$

$z_{\theta 9} := l_9 \cdot (\sin(\theta))$

Sail area center location lever arm from the m1's Thor end (inch):

$$W_\theta := (W_{cen} - w) \cdot \cos(\theta)$$

Sum of Moments about Thor end of the "m1" line (in kips):

Direction factor for moment calculation based on angle of Thor: negative sign applied to apply appropriate signs

$$M_{0x} := (-1) \cdot \left( \begin{array}{l} X_2 \cdot z_{\theta 2} + X_{4a} \cdot z_{\theta 4a} + X_{4b} \cdot z_{\theta 4b} \ldots \\ + X_{5a} \cdot z_{\theta 5a} + X_{5b} \cdot z_{\theta 5b} + X_6 \cdot z_{\theta 6} + X_{7a} \cdot z_{\theta 7a} \ldots \\ + X_{7b} \cdot z_{\theta 7b} + X_8 \cdot z_{\theta 8} + X_9 \cdot z_{\theta 9} \end{array} \right)$$

Exhibit 1 in globo 154

6/19/2024                  Line Forces on the D/B Thor



$$M_{0z} := Z_2 \cdot x_{\theta 2} + Z_{4a} \cdot x_{\theta 4a} + Z_{4b} \cdot x_{\theta 4b} \dots$$
$$+ Z_{5a} \cdot x_{\theta 5a} + Z_{5b} \cdot x_{\theta 5b} + Z_6 \cdot x_{\theta 6} + Z_{7a} \cdot x_{\theta 7a} \dots$$
$$+ Z_{7b} \cdot x_{\theta 7b} + Z_8 \cdot x_{\theta 8} + Z_9 \cdot x_{\theta 9}$$

Moment sum (in*kips):     $M_{sum\_z} := M_{0x} - M_{0z} + Z_{sum\_} \cdot W_\theta$



## **Outputs:**

Check of sum of moments: | Check of forces in the X: | Check of forces in the Z: | Wind force check: | Movement in the z of bow and stern most connections (inch):

$M_{sum\_z} = 0.002$     $X_{sum\_} = 0.002$     $Z_{sum\_} = 528.192$     $F_{Wstbd} = 528.149$

Stern  $\Delta z(l_1) = 39.685$
Bow   $\Delta z(l_9) = -25.57$

Loads in mooring lines (kips):

$$F_{z1} = 0$$
$$F_{z2} = 155.57$$
$$F_{z4a} = 160.328$$
$$F_{z4b} = 0$$
$$F_{z5a} = 88.816$$
$$F_{z5b} = 46.506$$

Basket treated as one line] (kips):     $\dfrac{F_{z6}}{n_{m6}} = 63.46$

$$F_{z7a} = 52.725$$
$$F_{z7b} = 45.514$$

Basket treated as one line] (kips):     $\dfrac{F_{z8}}{n_{m8}} = 48.92$

$$F_{z9} = 30.171$$

**Exhibit 1 in globo 155**

6/19/2024                        Line Forces on the D/B Thor



Percentage of breaking strength per line:

$$\frac{F_{z1}}{\dfrac{P_{breakm1a}}{1000}}\cdot 100 = 0 \qquad \frac{F_{z5a}}{\dfrac{n_{m5a}\cdot P_{breakm5a}}{1000}}\cdot 100 = 28.65 \qquad \frac{F_{z8}}{\dfrac{n_{m8}\cdot P_{breakm8}}{1000}}\cdot 100 = 25.413$$

$$\frac{F_{z1}}{\dfrac{n_{m1b}\cdot P_{breakm1b}}{1000}}\cdot 100 = 0 \qquad \frac{F_{z5b}}{\dfrac{n_{m5b}\cdot P_{breakm5b}}{1000}}\cdot 100 = 25.084 \qquad \frac{F_{z9}}{\dfrac{P_{breakm1a}}{1000}}\cdot 100 = 7.619$$

$$\frac{F_{z2}}{\dfrac{n_{m2}\cdot P_{breakm2}}{1000}}\cdot 100 = 50.184 \qquad \frac{F_{z6}}{\dfrac{n_{m6}\cdot P_{breakm6}}{1000}}\cdot 100 = 20.471 \qquad \frac{F_{z9}}{\dfrac{n_{m9b}\cdot P_{breakm9b}}{1000}}\cdot 100 = 4.866$$

$$\frac{F_{z4a}}{\dfrac{n_{m4a}\cdot P_{breakm4a}}{1000}}\cdot 100 = 51.719 \qquad \frac{F_{z7a}}{\dfrac{n_{m7a}\cdot P_{breakm7a}}{1000}}\cdot 100 = 17.008$$

$$\frac{F_{z4b}}{\dfrac{n_{m4b}\cdot P_{breakm4b}}{1000}}\cdot 100 = 0 \qquad \frac{F_{z7b}}{\dfrac{n_{m7b}\cdot P_{breakm7b}}{1000}}\cdot 100 = 14.682$$

New x,y,and z component of the Thor end connection of lines from bitt 1 and bitt 9:

$$x_{f1} := x_{t1} + x_z(l_1) + \Delta x \qquad y_{f1} := y_{t1} + \Delta y \qquad z_{f1} := z_{t1} + \Delta z(l_1)$$

$$x_{f9} := x_{t9} + x_z(l_9) + \Delta x \qquad y_{f9} := y_{t9} + \Delta y \qquad z_{f9} := z_{t9} + \Delta z(l_9)$$

$$\boxed{x_{f1} = 181.064} \qquad \boxed{y_{f1} = 147.52} \qquad \boxed{z_{f1} = 247.685}$$

$$\boxed{x_{f9} = 4402.931} \qquad \boxed{y_{f9} = 200.52} \qquad \boxed{z_{f9} = 206.43}$$

6/19/2024                     Line Forces on the D/B Thor



Evaluation of Mooring Lines of the D/B Thor to the Martin Dock on October 28, 2020
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775

<u>Calculation Description:</u>
Vector lengths used to produce distance between two points. Distance change used to produce a force change.
Component directions are as follows: "+ x" is along the dock, northward; "+ y' is in the vertical direction, and "+ z" is
moving away from the Martin dock, westward.

Physical properties of lines were taken from the following: Wire Rope Users Manual, Third Edition (WRUM); Handbook of
Fiber Rope Technology (Handbook); and Southwest Wire Rope Catalogue (SW).

## Inputs:

| | | | |
|---|---|---|---|
| Length of Thor (inch): | $Thor := 4448.8125$ | Elevation rise of Thor (inch): | $\Delta y := 46.52$ |
| Length from stern starboard corner to $x_{t1}, z_{t1}$ (inch): | $w := 195.7$ | Thor movement along the dock, northward is positive (inch): | $\Delta x := -2.03$ |
| | | Barge rotation about Thor bitt 1 (radians): | $\gamma := -0.0036901399000$ |
| | | Thor movement per line away from the Martin dock, west is positive (inch): | $\Delta z(l) := l \cdot \sin(\gamma) + -01.300000$ |

▾

<u>Mooring Line "1a"on Martin Bitt #1, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter</u>

Initial length of all three segments of
the steel wire (inches):          $L_{m1a} := 1143$
[Table D-1, Appendix D]

Wire rope metallic area (inch^2):     $A_{m1a} := 1.904$
[Exhibit B, WRUM]

Modulus of Elasticity for steel wire    $E_{m1a} := 14530000$
rope (psi) [Exhibit B, WRUM]:

Breaking Strength (lbs):               $P_{breakm1a} := 396000$
[Exhibit B, WRUM]

<u>Mooring Line "1b" on Martin Bitt #1, synthetic component; 3 strand, 3 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)         $P_{breakm1b} := 185400$
[Exhibit C, SW]:

Number of synthetic ropes:             $n_{m1b} := 4$

Initial length of synthetic rope    $L_{m1b} := 216$
(inch):
[Table D-1, Appendix D]

Tensile strength percentage factor     $f_{m1b} := 50\%$
[Exhibit C, Handbook]:

Percent elongation at load             $e_{m1b} := 12\%$
[Exhibit C, Handbook ]:

Line length components from water movement:
[Tables D-2 & D-3, Appendix D]

| Line 1 "x" component (inch): | $x_{m1} := 0$ | $x_{t1} := 174$ |
|---|---|---|
| Line 1 "y" component (inch): | $y_{m1} := 0$ | $y_{t1} := 101$ |
| Line 1 "z" component (inch): | $z_{m1} := 0$ | $z_{t1} := 208$ |

**Exhibit 1 in globo 157**

6/19/2024                                    Line Forces on the D/B Thor



---

<u>Mooring Line "2" on Martin Bitt #2, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm2} := 310000$          Line length components from water movement:
[Exhibit C, SW]:                                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m2} := 1$

Tensile strength percentage factor      $f_{m2} := 50\%$              Line 2 "x" component (inch):    $x_{m2} := 405$    $x_{t2} := 653$
[Exhibit C, Handbook]:                                                        Line 2 "y" component (inch):    $y_{m2} := 0$      $y_{t2} := 128$

Percent elongation at load              $e_{m2} := 12\%$              Line 2 "z" component (inch):    $z_{m2} := -8$    $z_{t2} := 224$
[Exhibit C, Handbook]:

---

<u>Mooring Line "4a" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm4a} := 310000$        Line length components from water movement:
[Exhibit C, SW]:                                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m4a} := 1$

Tensile strength percentage factor      $f_{m4a} := 50\%$             Line 4a "x" component (inch):    $x_{m4a} := 1555$    $x_{t4a} := 1441$
[Exhibit C, Handbook]:                                                        Line 4a "y" component (inch):    $y_{m4a} := 0$      $y_{t4a} := 136$

Percent elongation at load              $e_{m4a} := 12\%$            Line 4a "z" component (inch):    $z_{m4a} := -14$    $z_{t4a} := 224$
[Exhibit C, Handbook]:

---

<u>Mooring Line "4b" on Martin Bitt #4, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength              $P_{breakm4b} := 310000$        Line length components from water movement:
(lbs)[Exhibit C, SW]:                                                                   [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m4b} := 1$

Tensile strength percentage            $f_{m4b} := 50\%$             Line 4b "x" component (inch):    $x_{m4b} := 1555$    $x_{t4b} := 1503$
factor [Exhibit C, Handbook]:                                                 Line 4b "y" component (inch):    $y_{m4b} := 9$      $y_{t4b} := 137$

Percent elongation at load              $e_{m4b} := 12\%$            Line 4b "z" component (inch):    $z_{m4b} := -14$    $z_{t4b} := 224$
[Exhibit C, Handbook]:

---

<u>Mooring Line "5a" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Nylon rope</u>

Minimum Tensile Strength (lbs)          $P_{breakm5a} := 310000$        Line length components from water movement:
[Exhibit C, SW]:                                                                         [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:              $n_{m5a} := 1$              Line 5a "x" component (inch):    $x_{m5a} := 2214$    $x_{t5a} := 1995$

Tensile strength percentage factor      $f_{m5a} := 50\%$             Line 5a "y" component (inch):    $y_{m5a} := 0$      $y_{t5a} := 141$
[Exhibit C, Handbook]:

Percent elongation at load              $e_{m5a} := 12\%$            Line 5a "z" component (inch):    $z_{m5a} := -18$    $z_{t5a} := 224$
[Exhibit C, Handbook]:

**Exhibit 1 in globo 158**

6/19/2024                        Line Forces on the D/B Thor



---

### Mooring Line "5b" on Martin Bitt #5, synthetic; 3 strand, approximate 3 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:
$P_{breakm5b} := 185400$

Number of synthetic ropes:
$n_{m5b} := 1$

Tensile strength percentage factor [Exhibit C, Handbook]:
$f_{m5b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:
$e_{m5b} := 12\%$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Line 5b "x" component (inch): $x_{m5b} := 2214$ $x_{t5b} := 2524$

Line 5b "y" component (inch): $y_{m5b} := 0$ $y_{t5b} := 147$

Line 5b "z" component (inch): $z_{m5b} := -18$ $z_{t5b} := 224$

---

### Mooring Line "6" on Martin Bitt #6, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:
$P_{breakm6} := 310000$

Number of synthetic ropes: (Line run in a basket configuration)
$n_{m6} := 2$

Tensile strength percentage factor [Exhibit C, Handbook]:
$f_{m6} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:
$e_{m6} := 12\%$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Line 6 "x" component (inch): $x_{m6} := 2816$ $x_{t6} := 2586$

Line 6 "y" component (inch): $y_{m6} := 9$ $y_{t6} := 147$

Line 6 "z" component (inch): $z_{m6} := -15$ $z_{t6} := 224$

---

### Mooring Line "7a" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:
$P_{breakm7a} := 310000$

Number of synthetic ropes:
$n_{m7a} := 1$

Tensile strength percentage factor [Exhibit C, Handbook]:
$f_{m7a} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:
$e_{m7a} := 12\%$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Line 7a "x" component (inch): $x_{m7a} := 3372$ $x_{t7a} := 3178$

Line 7a "y" component (inch): $y_{m7a} := 9$ $y_{t7a} := 153$

Line 7a "z" component (inch): $z_{m7a} := -18$ $z_{t7a} := 223$

---

### Mooring Line "7b" on Martin Bitt #7, synthetic; 8 strand, approximate 4 inch diameter Nylon rope

Minimum Tensile Strength (lbs) [Exhibit C, SW]:
$P_{breakm7b} := 310000$

Number of synthetic ropes:
$n_{m7b} := 1$

Tensile strength percentage factor [Exhibit C, Handbook]:
$f_{m7b} := 50\%$

Percent elongation at load [Exhibit C, Handbook]:
$e_{m7b} := 12\%$

Line length components from water movement: [Tables D-2 & D-3, Appendix D]

Line 7b "x" component (inch): $x_{m7b} := 3372$ $x_{t7b} := 3706$

Line 7b "y" component (inch): $y_{m7b} := 9$ $y_{t7b} := 158$

Line 7b "z" component (inch): $z_{m7b} := -18$ $z_{t7b} := 223$

---

6/19/2024                                    Line Forces on the D/B Thor



__Mooring Line "8" on Martin Bitt #5, synthetic; 8 strand, approximate 4 inch diameter Polypropylene rope__

Minimum Tensile Strength (lbs)        $P_{breakm8} := 192500$    Line length components from water movement:
[Exhibit C, SW]:                                                  [Tables D-2 & D-3, Appendix D]

Number of synthetic ropes:  (Line     $n_{m8} := 2$              Line 8 "x" component (inch):    $x_{m8} := 3999$  $x_{t8} := 4199$
run in a basket configuration)
                                                                  Line 8 "y" component (inch):    $y_{m8} := 21$   $y_{t8} := 163$
Tensile strength percentage factor    $f_{m8} := 50\%$
[Exhibit C, Handbook]:                                            Line 8 "z" component (inch):    $z_{m8} := -25$  $z_{t8} := 223$

Percent elongation at load            $e_{m8} := 6\%$
[Exhibit C, Handbook]:


__Mooring Line "9a" on Martin Bitt #9, wire component: 6x19 class - 6x26 I.W.R.C., 2 inch diameter__

Wire rope metallic area (inch^2)      $A_{m9a} := 1.904$         Line length components from water movement:
[Exhibit B, WRUM]:                                                [Tables D-2 & D-3, Appendix D]

Modulus of Elasticity for steel wire  $E_{m9a} := 14530000$      Line 9 "x" component (inch):    $x_{m9} := 4612$  $x_{t9} := 4396$
rope (psi) [Exhibit D pp.3]:
                                                                  Line 9 "y" component (inch):    $y_{m9} := 0$    $y_{t9} := 154$
Breaking Strength (lbs)               $P_{breakm9a} := 396000$
[Exhibit B, WRUM]:                                                Line 9 "z" component (inch):    $z_{m9} := -10$  $z_{t9} := 232$

Initial length of steel wire (ft):    $L_{m9a} := 1036$
[D-1, Appendix D]

__Mooring Line "9b" on Martin Bitt #9, synthetic; 8 strand, approximate 4 inch diameter Nylon rope__

Minimum Tensile Strength (lbs)        $P_{breakm9b} := 310000$   Initial length of synthetic rope(inch):    $L_{m9b} := 120$
[Exhibit C, SW]:                                                  [Table D-1, Appendix D]

Number of synthetic ropes:            $n_{m9b} := 2$

Tensile strength percentage           $f_{m9b} := 50\%$
factor[Exhibit C, Handbook]:

Percent elongation at load            $e_{m9b} := 12\%$
[Exhibit C, Handbook]:

__Wind and Barge Properties:__

Sail area, Thor latice (in²):                                     $A_{lat} := 518393$
[Appendix B]

X coordinate along starboard                                     $x_{lat} := 1575$
side of Thor of the sail area of
the latice (inch):
[Appendix B]

Sail area, Thor solid surfaces (in²):                            $A_{sol} := 2123559$
[Appendix B]

X coordinate along starboard                                     $x_{sol} := 2276$
side of Thor of the sail area of
the solid surfaces (inch):
[Appendix B]

**Exhibit 1 in globo 160**



Wind Velocity, (mph) [DCN 15]:                                    $V_w := 115$

Wind Pressure Factors from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023.

    Conversion factor                                    $f := 0.00338$

    Height Coefficient, based on height to center of area:                                    $C_h := 1$

    Shape Coefficient, Hull:                                    $C_s := 1$

## Derived Values:

### Wind force:

Starboard side barge sail area (ft$^2$):
[1/4 of the latice are was used to acomodate
the holes, in$^2$ is converted into ft$^2$]

$$A_{sail\_stbd} := \left(\frac{1}{4} \cdot A_{lat} + A_{sol}\right) \cdot \frac{1}{144}$$

$A_{sail\_stbd} = 15647$

Location of Centroid of sail area
along Thor from stern (inch):

$$W_{cen} := \frac{\frac{1}{4} \cdot A_{lat} \cdot x_{lat} + A_{sol} \cdot x_{sol}}{A_{sail\_stbd} \cdot (144)}$$

$W_{cen} = 2236$

formulas for wind pressure from Rules for Building and Classing Mobile Offshore Units, Part 3 Hull Construction and Equipment, ABS January 2023

Wind velocity (knots):                    $V_k := V_w \cdot \frac{1}{1.15078}$                    $V_k = 99.932$

Wind pressure (lbf/ft$^2$):                    $P_W := f \cdot V_k^2 \cdot C_h \cdot C_s$                    $P_W = 33.8$

Wind Force perpendicular to the starboard
side of the Thor(kips):                    $F_{Wstbd} := \frac{P_W \cdot A_{sail\_stbd}}{1000}$                    $F_{Wstbd} = 528.149$

Components of each inital line length (inch): origin location is $x_{m1}$, $y_{m1}$, and $z_{m1}$

$x_1 := (x_{t1} - x_{m1}) = 174$       $y_1 := (y_{t1} - y_{m1}) = 101$       $z_1 := (z_{t1} - z_{m1}) = 208$

$x_2 := (x_{t2} - x_{m2}) = 248$       $y_2 := (y_{t2} - y_{m2}) = 128$       $z_2 := (z_{t2} - z_{m2}) = 232$

$x_{4a} := (x_{t4a} - x_{m4a}) = -114$       $y_{4a} := (y_{t4a} - y_{m4a}) = 136$       $z_{4a} := (z_{t4a} - z_{m4a}) = 238$

$x_{4b} := (x_{t4b} - x_{m4b}) = -52$       $y_{4b} := (y_{t4b} - y_{m4b}) = 128$       $z_{4b} := (z_{t4b} - z_{m4b}) = 238$

$x_{5a} := (x_{t5a} - x_{m5a}) = -219$       $y_{5a} := (y_{t5a} - y_{m5a}) = 141$       $z_{5a} := (z_{t5a} - z_{m5a}) = 242$

$x_{5b} := (x_{t5b} - x_{m5b}) = 310$       $y_{5b} := (y_{t5b} - y_{m5b}) = 147$       $z_{5b} := (z_{t5b} - z_{m5b}) = 242$

**Exhibit 1 in globo 161**

6/19/2024                                 Line Forces on the D/B Thor



$x_6 := \left(x_{t6} - x_{m6}\right) = -230$ $\qquad$ $y_6 := \left(y_{t6} - y_{m6}\right) = 138$ $\qquad$ $z_6 := \left(z_{t6} - z_{m6}\right) = 239$

$x_{7a} := \left(x_{t7a} - x_{m7a}\right) = -194$ $\qquad$ $y_{7a} := \left(y_{t7a} - y_{m7a}\right) = 144$ $\qquad$ $z_{7a} := \left(z_{t7a} - z_{m7a}\right) = 241$

$x_{7b} := \left(x_{t7b} - x_{m7b}\right) = 334$ $\qquad$ $y_{7b} := \left(y_{t7b} - y_{m7b}\right) = 149$ $\qquad$ $z_{7b} := \left(z_{t7b} - z_{m7b}\right) = 241$

$x_8 := \left(x_{t8} - x_{m8}\right) = 200$ $\qquad$ $y_8 := \left(y_{t8} - y_{m8}\right) = 142$ $\qquad$ $z_8 := \left(z_{t8} - z_{m8}\right) = 248$

$x_9 := \left(x_{t9} - x_{m9}\right) = -216$ $\qquad$ $y_9 := \left(y_{t9} - y_{m9}\right) = 154$ $\qquad$ $z_9 := \left(z_{t9} - z_{m9}\right) = 242$

<u>Original length of lines from the Martin Bitt to the Thor (inches):</u>

$L_1 := \sqrt{\left(x_1\right)^2 + \left(y_1\right)^2 + \left(z_1\right)^2} = 289$ $\qquad$ $L_6 := \sqrt{\left(x_6\right)^2 + \left(y_6\right)^2 + \left(z_6\right)^2} = 359$

$L_2 := \sqrt{\left(x_2\right)^2 + \left(y_2\right)^2 + \left(z_2\right)^2} = 363$ $\qquad$ $L_{7a} := \sqrt{\left(x_{7a}\right)^2 + \left(y_{7a}\right)^2 + \left(z_{7a}\right)^2} = 341$

$L_{4a} := \sqrt{\left(x_{4a}\right)^2 + \left(y_{4a}\right)^2 + \left(z_{4a}\right)^2} = 297$ $\qquad$ $L_{7b} := \sqrt{\left(x_{7b}\right)^2 + \left(y_{7b}\right)^2 + \left(z_{7b}\right)^2} = 438$

$L_{4b} := \sqrt{\left(x_{4b}\right)^2 + \left(y_{4b}\right)^2 + \left(z_{4b}\right)^2} = 275$ $\qquad$ $L_8 := \sqrt{\left(x_8\right)^2 + \left(y_8\right)^2 + \left(z_8\right)^2} = 349$

$L_{5a} := \sqrt{\left(x_{5a}\right)^2 + \left(y_{5a}\right)^2 + \left(z_{5a}\right)^2} = 356$ $\qquad$ $L_9 := \sqrt{\left(x_9\right)^2 + \left(y_9\right)^2 + \left(z_9\right)^2} = 359$

$L_{5b} := \sqrt{\left(x_{5b}\right)^2 + \left(y_{5b}\right)^2 + \left(z_{5b}\right)^2} = 420$

<u>Equivalent Spring Constant of Synthetic Ropes:</u>

Equivalent spring constant
for rope m1b (kip/inch):
$$k_{m1b} := \frac{n_{m1b} \cdot P_{breakm1b} \cdot f_{m1b}}{L_{m1b} \cdot 1000 \cdot e_{m1b}}$$
$k_{m1b} = 14.306$

Equivalent spring constant
for rope m2 (kip/inch):
$$k_{m2} := \frac{n_{m2} \cdot P_{breakm2} \cdot f_{m2}}{L_2 \cdot 1000 \cdot e_{m2}}$$
$k_{m2} = 3.559$

Equivalent spring constant
for rope m4a (kip/inch):
$$k_{m4a} := \frac{n_{m4a} \cdot P_{breakm4a} \cdot f_{m4a}}{L_{4a} \cdot 1000 \cdot e_{m4a}}$$
$k_{m4a} = 4.351$

Equivalent spring constant
for rope m4b (kip/inch):
$$k_{m4b} := \frac{n_{m4b} \cdot P_{breakm4b} \cdot f_{m4b}}{L_{4b} \cdot 1000 \cdot e_{m4b}}$$
$k_{m4b} = 4.694$

Equivalent spring constant
for rope m5a (kip/inch):
$$k_{m5a} := \frac{n_{m5a} \cdot P_{breakm5a} \cdot f_{m5a}}{L_{5a} \cdot 1000 \cdot e_{m5a}}$$
$k_{m5a} = 3.633$

Equivalent spring constant
for rope m5b (kip/inch):
$$k_{m5b} := \frac{n_{m5b} \cdot P_{breakm5b} \cdot f_{m5b}}{L_{5b} \cdot 1000 \cdot e_{m5b}}$$
$k_{m5b} = 1.84$

**Exhibit 1 in globo 162**

6/19/2024                                Line Forces on the D/B Thor                    

Equivalent spring constant
for rope m6 (kip/inch):
$$k_{m6} := \frac{n_{m6} \cdot P_{breakm6} \cdot f_{m6}}{L_6 \cdot 1000 \cdot e_{m6}}$$
$k_{m6} = 7.191$

Equivalent spring constant
for rope m7a (kip/inch):
$$k_{m7a} := \frac{n_{m7a} \cdot P_{breakm7a} \cdot f_{m7a}}{L_{7a} \cdot 1000 \cdot e_{m7a}}$$
$k_{m7a} = 3.785$

Equivalent spring constant
for rope m7b (kip/inch):
$$k_{m7b} := \frac{n_{m7b} \cdot P_{breakm7b} \cdot f_{m7b}}{L_{7b} \cdot 1000 \cdot e_{m7b}}$$
$k_{m7b} = 2.949$

Equivalent spring constant
for rope m8 (kip/inch):
$$k_{m8} := \frac{n_{m8} \cdot P_{breakm8} \cdot f_{m8}}{L_8 \cdot 1000 \cdot e_{m8}}$$
$k_{m8} = 9.198$

Equivalent spring constant
for rope m9b (kip/inch):
$$k_{m9b} := \frac{n_{m9b} \cdot P_{breakm9b} \cdot f_{m9b}}{L_{m9b} \cdot 1000 \cdot e_{m9b}}$$
$k_{m9b} = 21.528$

<u>Equivalent Spring Constant of Wire Ropes:</u>

Equivalent spring constant for wire
rope m1a (kip/inch):
$$k_{m1a} := \frac{A_{m1a} \cdot E_{m1a}}{L_{m1a} \cdot 1000}$$
$k_{m1a} = 24.204$

Equivalent spring constant for wire rope
m9a (kip/inch):
$$k_{m9a} := \frac{A_{m9a} \cdot E_{m9a}}{L_{m9a} \cdot 1000}$$
$k_{m9a} = 26.704$

<u>Percent Load Factor of synthetic rope and wire ropes connected together:</u>

Wire Rope Percentage of change in length:
$$w\%_{m1a} := \frac{k_{m1b}}{\left(k_{m1a} + k_{m1b}\right)}$$
$w\%_{m1a} = 0.371$

Wire Rope Percentage of change in length:
$$w\%_{m9a} := \frac{k_{m9b}}{\left(k_{m9a} + k_{m9b}\right)}$$
$w\%_{m9a} = 0.446$

Synthetic Rope Percentage of change in length:
$$s\%_{m1b} := \frac{k_{m1a}}{\left(k_{m1b} + k_{m1a}\right)}$$
$s\%_{m1b} = 0.629$

Synthetic Rope Percentage of change in length:
$$s\%_{m9b} := \frac{k_{m9a}}{\left(k_{m9b} + k_{m9a}\right)}$$
$s\%_{m9b} = 0.554$

Length of each line's end connection on the Thor from $x_{t1}$ and $z_{t1}$ (inch)

$$l_1 := 0$$
$$l_2 := \sqrt{\left(x_{t1} - x_{t2}\right)^2 + \left(z_{t1} - z_{t2}\right)^2}$$
$$l_{4a} := \sqrt{\left(x_{t1} - x_{t4a}\right)^2 + \left(z_{t1} - z_{t4a}\right)^2}$$

**Exhibit 1 in globo 163**

6/19/2024                                    Line Forces on the D/B Thor



$$l_{4b} := \sqrt{(x_{t1} - x_{4b})^2 + (z_{t1} - z_{4b})^2}$$

$$l_{5a} := \sqrt{(x_{t1} - x_{5a})^2 + (z_{t1} - z_{5a})^2}$$

$$l_{5b} := \sqrt{(x_{t1} - x_{5b})^2 + (z_{t1} - z_{5b})^2}$$

$$l_6 := \sqrt{(x_{t1} - x_{t6})^2 + (z_{t1} - z_{t6})^2}$$

$$l_{7a} := \sqrt{(x_{t1} - x_{t7a})^2 + (z_{t1} - z_{t7a})^2}$$

$$l_{7b} := \sqrt{(x_{t1} - x_{t7b})^2 + (z_{t1} - z_{t7b})^2}$$

$$l_8 := \sqrt{(x_{t1} - x_{t8})^2 + (z_{t1} - z_{t8})^2}$$

$$l_9 := \sqrt{(x_{t1} - x_{t9})^2 + (z_{t1} - z_{t9})^2}$$

<u>Slope and x direction changes due to z movement of Thor:</u>

Initial slope of the Thor relative to dock:

$$m_0 := \frac{z_{t9} - z_{t1}}{x_{t9} - x_{t1}} \qquad\qquad m_0 = 0.006$$

Angle from initial slope (radians):

$$\sigma := atan(m_0) \qquad\qquad \sigma = 0.006$$

Sine of eventual slope of Thor:

$$m_z := \frac{(z_{t9} + \Delta z(l_9)) - (z_{t1} + \Delta z(l_1))}{\sqrt{(x_{t9} - x_{t1})^2 + (z_{t9} - z_{t1})^2}} \qquad\qquad m_z = 0.002$$

Varying angle of Thor (radians):

$$\theta := asin(m_z) \qquad\qquad \theta = 0.002$$

Change in x from change in z based on new x component vs the original x component along the Thor(inch):

$$x_z(l) := l \cdot cos(\theta) - l \cdot cos(\sigma)$$

<u>New length of lines (inches):</u>

$$L_{n1} := \sqrt{(x_1 + x_z(l_1) + \Delta x)^2 + (y_1 + \Delta y)^2 + (z_1 + \Delta z(l_1))^2}$$

$$L_{n2} := \sqrt{(x_2 + x_z(l_2) + \Delta x)^2 + (y_2 + \Delta y)^2 + (z_2 + \Delta z(l_2))^2}$$

$$L_{n4a} := \sqrt{(x_{4a} + x_z(l_{4a}) + \Delta x)^2 + (y_{4a} + \Delta y)^2 + [z_{4a} + (\Delta z(l_{4a}))]^2}$$

$$L_{n4b} := \sqrt{(x_{4b} + x_z(l_{4b}) + \Delta x)^2 + (y_{4b} + \Delta y)^2 + (z_{4b} + \Delta z(l_{4b}))^2}$$

**Exhibit 1 in globo 164**

6/19/2024                                Line Forces on the D/B Thor



$$L_{n5a} := \sqrt{\left(x_{5a} + x_z(l_{5a}) + \Delta x\right)^2 + \left(y_{5a} + \Delta y\right)^2 + \left(z_{5a} + \Delta z(l_{5a})\right)^2}$$

$$L_{n5b} := \sqrt{\left(x_{5b} + x_z(l_{5b}) + \Delta x\right)^2 + \left(y_{5b} + \Delta y\right)^2 + \left(z_{5b} + \Delta z(l_{5b})\right)^2}$$

$$L_{n6} := \sqrt{\left(x_6 + x_z(l_6) + \Delta x\right)^2 + \left(y_6 + \Delta y\right)^2 + \left(z_6 + \Delta z(l_6)\right)^2}$$

$$L_{n7a} := \sqrt{\left(x_{7a} + x_z(l_{7a}) + \Delta x\right)^2 + \left(y_{7a} + \Delta y\right)^2 + \left(z_{7a} + \Delta z(l_{7a})\right)^2}$$

$$L_{n7b} := \sqrt{\left(x_{7b} + x_z(l_{7b}) + \Delta x\right)^2 + \left(y_{7b} + \Delta y\right)^2 + \left(z_{7b} + \Delta z(l_{7b})\right)^2}$$

$$L_{n8} := \sqrt{\left(x_8 + x_z(l_8) + \Delta x\right)^2 + \left(y_8 + \Delta y\right)^2 + \left(z_8 + \Delta z(l_8)\right)^2}$$

$$L_{n9} := \sqrt{\left(x_9 + x_z(l_9) + \Delta x\right)^2 + \left(y_9 + \Delta y\right)^2 + \left(z_9 + \Delta z(l_9)\right)^2}$$

<u>Change in length of lines as the Thor is moved by wind load (inches):</u>

Length change of m1:         $L_{z1} := L_{n1} - L_1$

Length change of m2:         $L_{z2} := L_{n2} - L_2$

Length change of m4a:        $L_{z4a} := L_{n4a} - L_{4a}$

Length change of m4b:        $L_{z4b} := L_{n4b} - L_{4b}$

Length change of m5a:        $L_{z5a} := L_{n5a} - L_{5a}$

Length change of m5b:        $L_{z5b} := L_{n5b} - L_{5b}$

Length change of m6:         $L_{z6} := L_{n6} - L_6$

Length change of m7a:        $L_{z7a} := L_{n7a} - L_{7a}$

Length change of m7b:        $L_{z7b} := L_{n7b} - L_{7b}$

Length change of m8:         $L_{z8} := L_{n8} - L_8$

Length change of m9:         $L_{z9} := L_{n9} - L_9$


<u>Force produced by each line per the perscribed movement of the Thor (kips):</u>

Force in rope m1a (kips):            $F_{z1} := \text{if}\left[L_{z1} < 0, 0, w\%_{m1a} \cdot L_{z1} \cdot \left(k_{m1a}\right)\right]$

Force in rope m2a (kips):            $F_{z2} := \text{if}\left[L_{z2} < 0, 0, L_{z2} \cdot \left(k_{m2}\right)\right]$

6/19/2024                                    Line Forces on the D/B Thor



**Bartlett**
ENGINEERING LLC

Force in rope m4a (kips): $\qquad F_{z4a} := if\left[L_{z4a} < 0, 0, L_{z4a} \cdot \left(k_{m4a}\right)\right]$

Force in rope m4b (kips): $\qquad F_{z4b} := if\left[L_{z4b} < 0, 0, L_{z4b} \cdot \left(k_{m4b}\right)\right]$

Force in rope m5a (kips): $\qquad F_{z5a} := if\left[L_{z5a} < 0, 0, L_{z5a} \cdot \left(k_{m5a}\right)\right]$

Force in rope m5b (kips): $\qquad F_{z5b} := if\left[L_{z5b} < 0, 0, L_{z5b} \cdot \left(k_{m5b}\right)\right]$

Force in rope m6 [Basket treated as one line] (kips): $\qquad F_{z6} := if\left[L_{z6} < 0, 0, L_{z6} \cdot \left(k_{m6}\right)\right] \cdot 0$ $\qquad$ Multiplied by "0" to denote a line no longer holding.

Force in rope m7a (kips): $\qquad F_{z7a} := if\left[L_{z7a} < 0, 0, L_{z7a} \cdot \left(k_{m7a}\right)\right]$

Force in rope m7b (kips): $\qquad F_{z7b} := if\left[L_{z7b} < 0, 0, L_{z7b} \cdot \left(k_{m7b}\right)\right]$

Force in rope m8 [Basket treated as one line](kips): $\qquad F_{z8} := if\left[L_{z8} < 0, 0, L_{z8} \cdot \left(k_{m8}\right)\right]$

Force in rope m9a (kips): $\qquad F_{z9} := if\left[L_{z9} < 0, 0, w\%_{m9a} \cdot L_{z9} \cdot \left(k_{m9a}\right)\right]$

<u>Z component of line force to the Thor in the horizontal plane:</u>

$$Z_1 := F_{z1} \cdot \left(\frac{z_1 + \Delta z(l_1)}{L_{n1}}\right)$$

$$Z_2 := F_{z2} \cdot \left(\frac{z_2 + \Delta z(l_2)}{L_{n2}}\right)$$

$$Z_{4a} := F_{z4a} \cdot \left(\frac{z_{4a} + \Delta z(l_{4a})}{L_{n4a}}\right)$$

$$Z_{4b} := F_{z4b} \cdot \left(\frac{z_{4b} + \Delta z(l_{4b})}{L_{n4b}}\right)$$

$$Z_{5a} := F_{z5a} \cdot \left(\frac{z_{5a} + \Delta z(l_{5a})}{L_{n5a}}\right)$$

$$Z_{5b} := F_{z5b} \cdot \left(\frac{z_{5b} + \Delta z(l_{5b})}{L_{n5b}}\right)$$

$$Z_6 := F_{z6} \cdot \left(\frac{z_6 + \Delta z(l_6)}{L_{n6}}\right)$$

$$Z_{7a} := F_{z7a} \cdot \left(\frac{z_{7a} + \Delta z(l_{7a})}{L_{n7a}}\right)$$

$$Z_{7b} := F_{z7b} \cdot \left(\frac{z_{7b} + \Delta z(l_{7b})}{L_{n7b}}\right)$$

BE1775 - Line Force Calculations with Jul 06 19 2024a.xmcd

**Exhibit 1 in globo 166**

6/19/2024                          Line Forces on the D/B Thor



$$Z_8 := F_{z8} \cdot \left( \frac{z_8 + \Delta z(l_8)}{L_{n8}} \right)$$

$$Z_9 := F_{z9} \cdot \left( \frac{z_9 + \Delta z(l_9)}{L_{n9}} \right)$$

Sum of line load component in
the Z direction resulting from the
perscribed displacement of the
Thor (kips):

$$Z_{sum\_} := Z_1 + Z_2 + Z_{4a} + Z_{4b} \dots \\ + Z_{5a} + Z_{5b} + Z_6 + Z_{7a} \dots \\ + Z_{7b} + Z_8 + Z_9$$

$Z_{sum\_} = 528.097$

<u>X component of line force to the Thor in the horizontal plane: additional negative sign to produce the appropriate force
direction (kips):</u>

$$X_1 := -F_{z1} \cdot \left( \frac{x_1 + x_z(l_1) + \Delta x}{L_{n1}} \right)$$

$$X_2 := -F_{z2} \cdot \left( \frac{x_2 + x_z(l_2) + \Delta x}{L_{n2}} \right)$$

$$X_{4a} := -F_{z4a} \cdot \left( \frac{x_{4a} + x_z(l_{4a}) + \Delta x}{L_{n4a}} \right)$$

$$X_{4b} := -F_{z4b} \cdot \left( \frac{x_{4b} + x_z(l_{4b}) + \Delta x}{L_{n4b}} \right)$$

$$X_{5a} := -F_{z5a} \cdot \left( \frac{x_{5a} + x_z(l_{5a}) + \Delta x}{L_{n5a}} \right)$$

$$X_{5b} := -F_{z5b} \cdot \left( \frac{x_{5b} + x_z(l_{5b}) + \Delta x}{L_{n5b}} \right)$$

$$X_6 := -F_{z6} \cdot \left( \frac{x_6 + x_z(l_6) + \Delta x}{L_{n6}} \right)$$

$$X_{7a} := -F_{z7a} \cdot \left( \frac{x_{7a} + x_z(l_{7a}) + \Delta x}{L_{n7a}} \right)$$

$$X_{7b} := -F_{z7b} \cdot \left( \frac{x_{7b} + x_z(l_{7b}) + \Delta x}{L_{n7b}} \right)$$

$$X_8 := -F_{z8} \cdot \left( \frac{x_8 + x_z(l_8) + \Delta x}{L_{n8}} \right)$$

**Exhibit 1 in globo 167**

6/19/2024                          Line Forces on the D/B Thor



$$X_9 := -F_{z9} \cdot \left( \frac{x_9 + x_z(l_9) + \Delta x}{L_{n9}} \right)$$

Sum of line load component in the X
direction resulting from the perscribed
displacement of the Thor (kips):

$$X_{sum\_} := X_1 + X_2 + X_{4a} + X_{4b} \ldots \\ + X_{5a} + X_{5b} + X_6 + X_{7a} \ldots \\ + X_{7b} + X_8 + X_9$$

$$X_{sum\_} = -0.041$$

<u>Lever arms for moment calculations:</u>

Lever arm per line perpendicular to the
force Z vector (inch):

$$x_{\theta 1} := l_1 \cdot \cos(\theta)$$

$$x_{\theta 2} := l_2 \cdot \cos(\theta)$$

$$x_{\theta 4a} := l_{4a} \cdot \cos(\theta)$$

$$x_{\theta 4b} := l_{4b} \cdot \cos(\theta)$$

$$x_{\theta 5a} := l_{5a} \cdot \cos(\theta)$$

$$x_{\theta 5b} := l_{5b} \cdot \cos(\theta)$$

$$x_{\theta 6} := l_6 \cdot \cos(\theta)$$

$$x_{\theta 7a} := l_{7a} \cdot \cos(\theta)$$

$$x_{\theta 7b} := l_{7b} \cdot \cos(\theta)$$

$$x_{\theta 8} := l_8 \cdot \cos(\theta)$$

$$x_{\theta 9} := l_9 \cdot \cos(\theta)$$

Lever arm per line perpendicular to the
force X vector (inch):

$$z_{\theta 1} := l_1 \cdot (\sin(\theta))$$

$$z_{\theta 2} := l_2 \cdot (\sin(\theta))$$

$$z_{\theta 4a} := l_{4a} \cdot (\sin(\theta))$$

$$z_{\theta 4b} := l_{4b} \cdot (\sin(\theta))$$

$$z_{\theta 5a} := l_{5a} \cdot (\sin(\theta))$$

$$z_{\theta 5b} := l_{5b} \cdot (\sin(\theta))$$

$$z_{\theta 6} := l_6 \cdot (\sin(\theta))$$

$$z_{\theta 7a} := l_{7a} \cdot (\sin(\theta))$$

$$z_{\theta 7b} := l_{7b} \cdot (\sin(\theta))$$

$$z_{\theta 8} := l_8 \cdot (\sin(\theta))$$

$$z_{\theta 9} := l_9 \cdot (\sin(\theta))$$

Sail area center location lever arm from the m1's Thor end (inch):

$$W_\theta := (W_{cen} - w) \cdot \cos(\theta)$$

<u>Sum of Moments about Thor end of the "m1" line (in kips):</u>

Direction factor for moment calculation based on angle of Thor: negative sign applied to apply appropriate signs

$$M_{0x} := (-1) \cdot \left( \begin{array}{l} X_2 \cdot z_{\theta 2} + X_{4a} \cdot z_{\theta 4a} + X_{4b} \cdot z_{\theta 4b} \ldots \\ + X_{5a} \cdot z_{\theta 5a} + X_{5b} \cdot z_{\theta 5b} + X_6 \cdot z_{\theta 6} + X_{7a} \cdot z_{\theta 7a} \ldots \\ + X_{7b} \cdot z_{\theta 7b} + X_8 \cdot z_{\theta 8} + X_9 \cdot z_{\theta 9} \end{array} \right)$$

**Exhibit 1 in globo 168**

6/19/2024                                    Line Forces on the D/B Thor



$$M_{0z} := Z_2 \cdot x_{\theta 2} + Z_{4a} \cdot x_{\theta 4a} + Z_{4b} \cdot x_{\theta 4b} \cdots$$
$$+ Z_{5a} \cdot x_{\theta 5a} + Z_{5b} \cdot x_{\theta 5b} + Z_6 \cdot x_{\theta 6} + Z_{7a} \cdot x_{\theta 7a} \cdots$$
$$+ Z_{7b} \cdot x_{\theta 7b} + Z_8 \cdot x_{\theta 8} + Z_9 \cdot x_{\theta 9}$$

Moment sum (in*kips):          $M_{sum\_z} := M_{0x} - M_{0z} + Z_{sum\_} \cdot W_\theta$



## __Outputs:__

| Check of sum of moments: | Check of forces in the X: | Check of forces in the Z: | Wind force check: | Movement in the z of bow and stern most connections (inch): |
|---|---|---|---|---|

$M_{sum\_z} = -0.031$     $X_{sum\_} = -0.041$     $Z_{sum\_} = 528.097$     $F_{Wstbd} = 528.149$

Stern     $\Delta z(l_1) = -1.3$
Bow     $\Delta z(l_9) = -16.88$

Loads in mooring lines (kips):

$$F_{z1} = 155.665$$

$$F_{z2} = 55.958$$

$$F_{z4a} = 88.365$$

$$F_{z4b} = 93.585$$

$$F_{z5a} = 61.615$$

$$F_{z5b} = 21.354$$

Basket treated as one line] (kips):          $\dfrac{F_{z6}}{n_{m6}} = 0$

$$F_{z7a} = 57.085$$

$$F_{z7b} = 26.674$$

Basket treated as one line] (kips):          $\dfrac{F_{z8}}{n_{m8}} = 44.473$

$$F_{z9} = 154.263$$

**Exhibit 1 in globo 169**



Percentage of breaking strength per line:

$$\frac{F_{z1}}{\frac{P_{breakm1a}}{1000}} \cdot 100 = 39.309$$

$$\frac{F_{z1}}{\frac{n_{m1b} \cdot P_{breakm1b}}{1000}} \cdot 100 = 20.99$$

$$\frac{F_{z2}}{\frac{n_{m2} \cdot P_{breakm2}}{1000}} \cdot 100 = 18.051$$

$$\frac{F_{z4a}}{\frac{n_{m4a} \cdot P_{breakm4a}}{1000}} \cdot 100 = 28.505$$

$$\frac{F_{z4b}}{\frac{n_{m4b} \cdot P_{breakm4b}}{1000}} \cdot 100 = 30.189$$

$$\frac{F_{z5a}}{\frac{n_{m5a} \cdot P_{breakm5a}}{1000}} \cdot 100 = 19.876$$

$$\frac{F_{z5b}}{\frac{n_{m5b} \cdot P_{breakm5b}}{1000}} \cdot 100 = 11.518$$

$$\frac{F_{z6}}{\frac{n_{m6} \cdot P_{breakm6}}{1000}} \cdot 100 = 0$$

$$\frac{F_{z7a}}{\frac{n_{m7a} \cdot P_{breakm7a}}{1000}} \cdot 100 = 18.414$$

$$\frac{F_{z7b}}{\frac{n_{m7b} \cdot P_{breakm7b}}{1000}} \cdot 100 = 8.604$$

$$\frac{F_{z8}}{\frac{n_{m8} \cdot P_{breakm8}}{1000}} \cdot 100 = 23.103$$

$$\frac{F_{z9}}{\frac{P_{breakm1a}}{1000}} \cdot 100 = 38.955$$

$$\frac{F_{z9}}{\frac{n_{m9b} \cdot P_{breakm9b}}{1000}} \cdot 100 = 24.881$$

New x,y,and z component of the Thor end connection of lines from bitt 1 and bitt 9:

$$x_{f1} := x_{t1} + x_z(l_1) + \Delta x$$
$$x_{f9} := x_{t9} + x_z(l_9) + \Delta x$$

$$y_{f1} := y_{t1} + \Delta y$$
$$y_{f9} := y_{t9} + \Delta y$$

$$z_{f1} := z_{t1} + \Delta z(l_1)$$
$$z_{f9} := z_{t9} + \Delta z(l_9)$$

$x_{f1} = 171.97$

$x_{f9} = 4394.03$

$y_{f1} = 147.52$

$y_{f9} = 200.52$

$z_{f1} = 206.7$

$z_{f9} = 215.12$



**Appendix D**

**Exhibit 1 in globo 171**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



**Table D-1:**     Mechanical Characteristics of Mooring Lines

| Mooring Line No. | Material | Percent Elongation (Note 1) | Nominal Strength | Component Length (inches) | Initial Length (inches) |
|---|---|---|---|---|---|
| **M1A** | steel | - | 396,000 | 1143 | 1359 |
| **M1B** | nylon | 12 | 185,400 | 216 | |
| **M2** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M4A** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M4B** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M5A** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M5B** | nylon | 12 | 185,400 | Note 2 | Note 2 |
| **M6** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M7A** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M7B** | nylon | 12 | 310,000 | Note 2 | Note 2 |
| **M8** | polypropylene | 6 | 192,500 | Note 2 | Note 2 |
| **M9A** | steel | -- | 396,000 | 1036 | 1156 |
| **M9B** | nylon | 12 | 310,000 | 120 | |

<u>NOTES:</u>

1.     Elongation when loaded 50 percent of nominal strength.
2.     Lengths derived from x, y, and z coordinates of the ends of these mooring lines.

**Exhibit 1 in globo 172**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



**Table D-2:** The locations of the ends of the mooring lines at the Martin dock bitts were described using X, Y, and Z coordinates.

| Mooring Line No. | Location of Martin Dock Ends of Mooring Lines | | |
|:---:|:---:|:---:|:---:|
| | X Component | Y Component | Z Component |
| **M1** | 0 | 0 | 0 |
| **M2** | 405 | 0 | -8 |
| **M4A** | 1555 | 0 | -14 |
| **M4B** | 1555 | 9 | -14 |
| **M5A** | 2214 | 0 | -18 |
| **M5B** | 2214 | 0 | -18 |
| **M6** | 2816 | 9 | -15 |
| **M7A** | 3372 | 9 | -18 |
| **M7B** | 3372 | 9 | -18 |
| **M8** | 3999 | 21 | -25 |
| **M9** | 4612 | 0 | -10 |

**NOTE:** The M1 Martin dock bit is the origin (0,0,0) of this coordinate system.

**Exhibit 1 in globo 173**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



**Table D-3:**    The locations of the ends of the mooring lines at the D/B Thor bitts were described using X, Y, and Z coordinates.

| Mooring Line No. | Location of D/B Thor Ends of Mooring Lines | | |
|---|---|---|---|
| | X Component | Y Component | Z Component |
| **M1** | 174 | 101 | 208 |
| **M2** | 653 | 128 | 224 |
| **M4A** | 1441 | 136 | 224 |
| **M4B** | 1503 | 137 | 224 |
| **M5A** | 1995 | 141 | 224 |
| **M5B** | 2524 | 147 | 224 |
| **M6** | 2586 | 147 | 224 |
| **M7A** | 3178 | 153 | 223 |
| **M7B** | 3706 | 158 | 223 |
| **M8** | 4199 | 163 | 223 |
| **M9** | 4396 | 154 | 232 |

**Note:** The M1 Martin dock bitt is the origin (0,0,0) of this coordinate system.

**Exhibit 1 in globo 174**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





**Figure D-1**:   For the purpose of this report, the bitts on the Martin dock were given the preface "M" and numbered sequentially along the dock.  The bitts on the D/B Thor were given the preface "T" and numbered sequentially from stern to bow.  In this illustration, the blue lines indicate synthetic rope and the red lines indicate wire rope. The green arrows indicate the direction the Martin Dock bitts were leaning after the incident.

**Exhibit 1 in globo 175**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-2:    The paths of the anchor wire ropes on the starboard stern (upper image) and starboard bow (lower image) were included in the model of the D/B Thor at the Martin dock.

**Exhibit 1 in globo 176**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-3:    The locations of key points in the D/B Thor and Martin dock model were identified using x, y, and z coordinates assuming that center of the base of the No. 1 bitt on the Martin dock was at (0, 0, 0).

**Exhibit 1 in globo 177**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-4:    The digital 3D model of the D/B Thor moored to the Martin Dock included the position of the D/B Thor, the mooring lines, and the bitts.

**Exhibit 1 in globo 178**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-5:    The wind load area of the starboard side of the D/B Thor was derived from the silhouette of the 3D model of the D/B Thor.  The area in blue is the solid area of the D/B Thor. The area in green indicates the lattice or supporting beams that are not solid. The projected area of the lattice items was assumed to be 25 percent of the gross lattice areas.

**Exhibit 1 in globo 179**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-6:    The 3D model of the D/B Thor was used to determine the required position of the D/B Thor for the No. M6 mooring line to be aligned with the trajectory direction of the separated upper section of the No. M6 bitt.  To achieve the geometry, mooring lines 1, 2, 4A, 4B, 5B, 7B, and 8 had to have already parted.  Line 5A may have to part based on the exact location of the D/B Thor.

**Exhibit 1 in globo 180**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775







Figure D-7:    The 3D model of the D/B Thor and Martin dock were used to illustrate the relative positions of the D/B Thor for Load Case 1 (red), 2 (blue), and 3 (green).  Load Case 1 shows the position of the D/B Thor with all of the mooring lines intact.  Load Case 2 shows the position of the D/B Thor with all mooring lines intact except for line M1. Load Case 3 shows the position of the D/B Thor with all mooring lines intact except for lines M1 and M4B.

**Exhibit 1 in globo 181**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775





Figure D-8:    The 3D model of the D/B Thor and Martin dock were used to illustrate the relative positions of the D/B Thor for Load Case 1 and Load Case 4.  Load Case 1 shows the position of the Thor with all of the mooring lines intact.  Load Case 4 shows the position of the Thor with all mooring lines intact except for line M6.

**Exhibit 1 in globo 182**



**Appendix E**

**Exhibit 1 in globo 183**

Evaluation of B/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



**Table E-1: Rope Characteristics Table**

| Bitt No. | Rope No. | ID/Tag No. | Description | Reference |
|---|---|---|---|---|
| M1 | M1A | 196020 | Wire rope, shackles, synthetic rope | Figure 1 |
| | | | Starboard stern wire rope - 1.923 inch average diameter (Sample 8B1) | DCN 30 - MMT Inspection Production |
| | | | Wire rope was observed to be parted after incident | DCN 4 - Kyle Smith Field Notes & Figure 7 |
| | M1B | | Synthetic rope was (3) strand ropes around bitt | Figure 1 & DCN 4 - Kyle Smith Field Notes |
| | | | 3 strand | Figure 1 & Figure 7 |
| M2 | M2 | 196021/ MMT Sample No. 1B3 | Synthetic rope with eye splice around bitt | Figure 2 |
| | | | Observed to be parted after incident | Figure 9 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope | DCN 29 - MMT Rope Table |
| | | | 3.6 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 8 strand | Figure 9 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | Fracture to 3 feet, uniform moderate fuzz for full length | Figure 67, Figure 68 & RDB Notes from MMT Site Visit 06Jun2023 |
| M4 | M4A | 196022/ MMT Sample No. 1C1 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident | Figure 12 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope - 8 strands | DCN 29 - MMT Rope Table |
| | | | 4.55/4.50 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 8 strand | Figure 12 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 2 feet loose fracture, lay disturbed to 10 feet | Figure 70, Figure 71 & RDB Notes from MMT Site Visit 06Jun2023 |
| | M4B | 196023/ MMT Sample No. 1C3 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident | Figure 12 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope - 8 strands | DCN 29 - MMT Rope Table |
| | | | 4.20 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 8 strand | Figure 12 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | Fracture 0 to 8 inches, melt scuff from 33 feet to 71 feet | Figure 69 & RDB Notes from MMT Site Visit 06Jun2023 |
| M5 | M5A | 196025/ MMT Sample No. 1A2 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident | Figure 15 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope - 8 strands | DCN 29 - MMT Rope Table |
| | | | 3.65/3.80 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 8 strand | Figure 15 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | Disturbed to 6 feet, burr at 18 feet, fraying | Figure 59, Figure 60 & RDB Notes from MMT Site Visit 06Jun2023 |

**Exhibit 1 in globo 184**

**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775



| Bitt No. | Rope No. | ID/Tag No. | Description | Reference |
|---|---|---|---|---|
| | M5B | 196024/ MMT Sample No. 1A1 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident | Figure 15 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope | DCN 29 - MMT Rope Table |
| | | | 3 strand | Figure 15 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | Disturbed fracture 30 inches, tight kinks 9 feet to 11 feet | Figure 61, Figure 62 & RDB Notes from MMT Site Visit 06Jun2023 |
| M6 | M6 | | Synthetic rope wrapped around bitt in basket configuration; appears to be 8 strand | Figure 3 |
| | | | No parted mooring lines present | Figure 18 & DCN 4 - Kyle Smith Field Notes |
| M7 | M7A | 196027/ MMT Sample No. 1D1 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident | Figure 19 & DCN 4 - Kyle Smith Field Notes |
| | | | 4.5 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | White Nylon Rope - 8 strands | DCN 29 - MMT Rope Table |
| | | | 8 strand | Figure 19 & DCN 4 - Kyle Smith Field Notes |
| | | | Taped end splice, damage on side 14 feet to 29 feet, scuff 42 feet to 45 feet and 47 feet to 50 feet | Figure 65, Figure 66 & RDB Notes from MMT Site Visit 06Jun2023 |
| | M7B | 196028/ MMT Sample No. 1D2 | Synthetic rope with eye splice around bitt | Figure 3 |
| | | | Observed to be parted after incident and reused as a mooring line | Figure 19 and Figure 20 & DCN 4 - Kyle Smith Field Notes |
| | | | White Nylon Rope - 8 strands | DCN 29 - MMT Rope Table |
| | | | 4.5 inch diameter | RDB Notes from MMT Site Visit 06Jun2023 |
| | | | 8 strand | Figure 19 and Figure 20 & RDB Notes from MMT Site Visit 06Jun2023 |
| | | | Disturbed 2 feet at fracture, fraying 17 feet to 19 feet, damage at 23 feet, scuff damage 33 feet to 36 feet and 38 feet to 40 feet | Figure 63, Figure 64 & RDB Notes from MMT Site Visit 06Jun2023 |
| M8 | M8 | | Blue synthetic rope wrapped around bitt in basket configuration | Figure 5 |
| | | | No parted mooring lines present | Figure 22 & DCN 4 - Kyle Smith Field Notes |
| | | | 8 strand | Figure 40 & 41 |
| M9 | M9A | 196030 | Wire rope, shackles, synthetic rope | Figure 5 |
| | | | Wire rope was tagged 196030 (reported 1000 ft) | Figure 26 & DCN 4 - Kyle Smith Field Notes |
| | | | Starboard bow wire rope - 2 inch diameter (Sample 3634, #3) | RDB Notes from MMT Site Visit 06Jun2023 |
| | M9B | 196029 | Wire rope, shackles, synthetic rope | Figure 5 |
| | | | Synthetic rope around bitt | Figure 26 & DCN 4 - Kyle Smith Field Notes |
| | | | 8 strand | Figure 26 |

**Exhibit 1 in globo 185**

Evaluation of D/B Thor Breakaway
**Daigle Fisse & Kessenich**
BARTLETT Project No. 1775

**Bartlett**
ENGINEERING LLC

**Table E-2: Observations of Martin Dock Bitts**

| Bitt No. | No. of Horns Pre-Incident | No. of Horns Post-Incident | Disturbed Ground Around Bitt Post-Incident (Yes or No) | No. of Parted Lines Present Post-Incident | Leaning Direction |
|---|---|---|---|---|---|
| **M1** | 0 (Figure 1) | 0 (Figure 7) | No (Figure 7 and 8) | 1 Wire Rope (Figure 7) | No apparent lean (Figure 7 and 8) |
| **M2** | 0 (Figure 2) | 0 (Figure 9) | Yes (Figure 9) | 1 Synthetic Rope (Figure 9) | No apparent lean (Figure 28) |
| **M3** | | 0 (Figure 11) | No (Figure 11) | 0 (Figure 11) | No apparent lean (Figure 11) |
| **M4** | 2 (Figure 3) | 2 (Figure 12) | Yes (Figure 12) | 2 Synthetic Ropes (Figure 12) | West (Figure 12 and 13) |
| **M5** | 2 (Figure 3) | 2 (Figure 15) | No (Figure 15) | 2 Synthetic Ropes (Figure 15) | No apparent lean (Figure 15) |
| **M6** | 2 (Figure 3) | 2 (Figure 55) | Yes (Figure 18) | 0 (Figures 17 and 18) | Northwest (Figure 18) |
| **M7** | 2 (Figure 3) | 2 (Figure 19) | No (Figure 19) | 2 Synthetic Ropes (Figures 19 and 20) | No apparent lean (Figure 19) |
| **M8** | 2 (Figures 4 and 5) | 0 (Figures 22 and 24) | Yes (Figures 22 and 24) | 0 (Figure 22) | Northwest (Figure 22 and 23) |
| **M9** | 2 (Figures 4 and 5) | 1 (Figure 25) | Yes (Figure 25) | 1 Wire Rope (Figure 26) | North (Figure 23 and 26) |
| **M10** | 1 (Figures 4 and 5) | 1 (Figure 27) | No (Figure 27) | 0 (Figure 27) | No apparent lean (Figure 27) |

**Exhibit 1 in globo 186**



**Exhibit A**

**Exhibit 1 in globo 187**

# **young** Blocks & Rigging



**YOUNG IRON WORKS**

**LOGGING EQUIPMENT BLOCKS - TOOLS**

SEATTLE 4
WASHINGTON

CATALOG No. 49

## ROLLER BEARING UTILITY BLOCKS

Compact, Lightweight and adaptable to many uses requiring fast running lines. Features manganese steel sheaves, Timken bearings, alloy pins and steel sides. Available with swivel shackle (-S)



| Model # | 706 | 708 | 709 |
|---|---|---|---|
| Block # | V407 | V408 | V409 |
| Sheave Size (inches) | 6 x 1 1/4 | 8 x 1 1/4 | 9 x 1 1/4 |
| Line Size (inches) | 1/2 | 1/2 | 5/8 |
| Throat Width (inches) | 4 1/4 | 5 1/2 | 5 1/2 |
| Safe Working Load | 4 tons | 4 tons | 4 tons |
| Weight | 17 lbs | 29 lbs | 33 lbs |

## LIGHTWEIGHT HEAVY DUTY HAULBACK BLOCKS

Features high-strength alloy steel sides and sheaves mounted on Timken tapered roller bearings for long service and are relatively light weight. Equipped with line guards.



Since 1902—A Generation of Manufacturing Experience

| Model # | 1169 | 1369 | 1568 | 1569 | 1769a |
|---|---|---|---|---|---|
| Block # | V1033 | V1034 | V5749 | V1035 | V6041 |
| Sheave Size (in) | 11 x 2 1/2 | 13 x 2 1/2 | 15 x 2 1/2 | 15 x 2 1/2 | 17 x 2 1/2 |
| Line Size (in) | 3/4 - 7/8 | 3/4 - 7/8 | 3/4 | 7/8 - 1 | 1 - 1 1/8 |
| Throat Height (in) | 7 7/8 | 7 7/8 | 7 7/8 | 7 7/8 | 8 1/4 |
| Throat Width (in) | 2 1/4 | 2 1/4 | 2 1/4 | 2 1/4 | 2 1/4 |
| Safe Working Load | 15 tons | 15 tons | 15 tons | 15 tons | 20 tons |
| Weight | 62 lbs | 66 lbs | 78 lbs | 78 lbs | 104 lbs |

## LIGHT DUTY HAULBACK BLOCKS

Designed for fast-running small lines on light-duty haulback service. Sealed Timken bearings permit operation over long periods with little attention to lubrication. Features manganese sheaves, alloy steel pins and shackle. Equipped with line guards.



| Model # | 7081 | 7010 |
|---|---|---|
| Block # | V464 | V461 |
| Sheave Size (inches) | 8 x 1 1/2 | 10 x 1 3/4 |
| Line Size (inches) | 1/2 | 5/8 |
| Throat Height (inches) | 5 3/8 | 6 1/2 |
| Throat Width (inches) | 2 3/4 | 2 7/8 |
| Safe Working Load | 4 tons | 4 tons |
| Weight | 25 lbs | 36 lbs |

PO Box 3522
Seattle, WA 98124
Phone: (800) 321-9090
Fax:    (206) 682-6881

sales@youngcorp.com
www.youngcorp.com

*Quality since 1902*

**Exhibit 1 in globo 188**

# young Blocks & Rigging

## WIDE SHEAVE BLOCKS

Heavy-duty blocks with extra-large throat opening. Adaptable to many uses requiring fast running lines and heavy loading. Equipped with manganese sheaves mounted on Timken bearings. Steel sides, alloy steel pins and shackles.

| Model # | 511 |
|---|---|
| Block # | V390 |
| Sheave Size (inches) | 10 X 5 |
| Line Size (inches) | 1 |
| Throat Height (inches) | 7 1/2 |
| Throat Width (inches) | 6 3/4 |
| Safe Working Load | 22 tons |
| Weight | 105 lbs |



## ROLLER BEARING RIGGER BLOCKS

Especially adapted for climbers' use, with a wide, long throat to pass splices. Features roller bearings, manganese sheaves, alloy pins, and steel sides with tailhold. Available with swivel shackle (-S).



| Model # | 806 |
|---|---|
| Block # | V411 |
| Sheave Size (in) | 6 X 1 1/4 |
| Line Size (inches) | 1/2 |
| Throat Height (inches) | 5 3/8 |
| Throat Width (inches) | 2 3/8 |
| Safe Working Load | 4 tons |
| Weight with plain shackle | 20 lbs |

## RIG UP BLOCKS

Designed for riggers use or as a utility block where a wide throat is required for passing eye splices and rigging. Extra-wide, alloy steel sheave is equipped with oversized Timken tapered roller bearings for long service life. Full-sided block sides protect the sheave and are strengthened with a tail bolt.

| Model # | 36 | 38 |
|---|---|---|
| Block # | V6499 | V6550 |
| Sheave Size (inches) | 3 x 6 | 3 x 8 |
| Line Size (inches) | 1/2 | 5/8 |
| Throat Height (inches) | 6 | 6 |
| Throat Width (inches) | 4 | 4 |
| Safe Working Load | 8 tons | 8 tons |
| Weight | 29 lbs | 37 lbs |



## BRONZE BUSHED RIGGERS BLOCKS

For intermittent use. Well-adapted for riggers' service, due to ample throat clearance. Manganese sheaves, large bronze bushings and steel sides with tail holds are provided.



| Model # | 64 |
|---|---|
| Block # | V363 |
| Sheave Size (inches) | 4 X 1 |
| Line Size (inches) | 3/8 |
| Throat Height (inches) | 3 1/4 |
| Throat Width (inches) | 2 1/2 |
| Safe Working Load | 4 tons |
| Weight | 8 lbs |











Quality since 1902

**Exhibit 1 in globo 189**











2016









**CROSBY®  McKISSICK®  LEBUS®  NATIONAL®  CROSBYIP®  CROSBY CLAMP-CO®**
With Product Warining & Application Information

Exhibit 1 in globo 190

# McKissick® Tilt-Up Wall Blocks



**TU-481**

• **Wide Range of Sizes Available:**
  • 30 and 60 Ton Capacity
  • 1" to 2-1/4" Wireline Size
  • 16" to 24" Sheave Diameter
  • Larger Capacity Blocks available.

• **Multiple Configurations Available:**
  • Swivel Hook
  • Swivel Shackle
  • Tailboard
  • Upset Shackle
  • Fixed Shackle

• **McKissick Roll-Forged Sheaves:**
  • Flame Hardened Grooves
  • 30 Ton furnished with Roller Bearings
  • 60 Ton furnished with Tapered Roller Bearings with seals

• All sizes are **RFID EQUIPPED.**

**TU-480 SERIES BLOCKS**



**TU-480**



**TU-481**

• Meets or exceeds all requirements of ASME B30.26 including identification, ductility, design factor, proof load and temperature requirements. Importantly, these blocks meet other critical performance requirements including fatigue life, impact properties and material traceability, not addressed by ASME B30.26.





**SEE APPLICATION AND WARNING INFORMATION** On Pages 381-388 Para Español: www.thecrosbygroup.com

### TU-480 / TU-481 High Capacity Snatch Blocks for Tilt-Up Wall Construction

| Working Load Limit (Tons)* | Sheave Diameter (in.) | Wire Line Size (in.) | With Swivel Hook | | With Swivel Shackle | |
|---|---|---|---|---|---|---|
| | | | TU-480 Stock No. | TU-480 Weight Each (lbs.) | TU-481 Stock No. | TU-481 Weight Each (lbs.) |
| 30 | 16" | 1" | 2108300 | 225 | 2108303 | 235 |
| 30 | 16" | 1-1/8" | 2108312 | 225 | 2108315 | 235 |
| 30 | 16" | 1-1/4" | 2108324 | 225 | 2108327 | 235 |
| 30 | 16" | 1-3/8" | 2108336 | 225 | 2108339 | 235 |
| 30 | 16" | 1-1/2" | 2108348 | 225 | 2108351 | 235 |
| 30 | 20" | 1" | 2108360 | 240 | 2108363 | 250 |
| 30 | 20" | 1-1/8" | 2108372 | 240 | 2108375 | 250 |
| 30 | 20" | 1-1/4" | 2108384 | 240 | 2108387 | 250 |
| 30 | 20" | 1-3/8" | 2108396 | 240 | 2108399 | 250 |
| 30 | 20" | 1-1/2" | 2108408 | 240 | 2108411 | 250 |
| 60 | 18" | 1" | 2108420 | 390 | 2108423 | 390 |
| 60 | 18" | 1-1/8" | 2108435 | 390 | 2108438 | 390 |
| 60 | 18" | 1-1/4" | 2108450 | 390 | 2108453 | 390 |
| 60 | 18" | 1-3/8" | 2108465 | 390 | 2108468 | 390 |
| 60 | 18" | 1-1/2" | 2108480 | 390 | 2108483 | 390 |
| 60 | 24" | 1" | 2108495 | 450 | 2108498 | 450 |
| 60 | 24" | 1-1/8" | 2108510 | 450 | 2108513 | 450 |
| 60 | 24" | 1-1/4" | 2108525 | 450 | 2108528 | 450 |
| 60 | 24" | 1-3/8" | 2108540 | 450 | 2108543 | 450 |
| 60 | 24" | 1-1/2" | 2108555 | 450 | 2108558 | 450 |
| 60 | 24" | 1-5/8" | 2108570 | 450 | 2108573 | 450 |
| 60 | 24" | 1-3/4" | 2108585 | 450 | 2108588 | 450 |
| 60 | 24" | 1-7/8" | 2108600 | 450 | 2108603 | 450 |
| 60 | 24" | 2" | 2108615 | 450 | 2108618 | 450 |
| 60 | 24" | 2-1/4" | 2108630 | 450 | 2108633 | 450 |

\* Ultimate Load is 4 times the Working Load Limit.

Contact our Block Hotline (800)772-1555 for larger capacity blocks up to 350 Tons or reference the special request form on page 461.

*Copyright © 2016 The Crosby Group LLC. All Rights Reserved.*

**Exhibit 1 in globo 191**



Twin-Path Extra® Slings provided by Junior and Team Lift-It.
Rigging and Photo: Advanced American Construction - Portland, Oregon

CATALOG NO. 107    APRIL 15, 2012    $25.95
Copyright © 2012, Lift-It® Manufacturing Co. Inc.

Exhibit 1 in globo 192

**LIFT IT**

## Rope Block

## SNATCH BLOCKS

### STANDARD FEATURES

- Made from High Strength Alloy.
- 4 to 1 Design Factor.
- Individually Proof Tested.
- Standard Capacities: 22 to 150 Tons.
- Available up to 350 Ton WLL.
- Single or Double Sheave Models.
- Sheaves run on Lubricated Bronze Bushing.
- Open Swivel with Bronze Thrust Bushing.
- Available with the following fittings:
  Machined Swivel Stud Eye with Shackle
  Standard Machined Oblong Swivel Eye
  accepts Shackle Pin (standard) or Shackle
  Ear (upset) for direct connection to the
  Spreader Bar or Lifting Fixture.




### EACH BLOCK IS STAMPED WITH:

- Model Number
- Serial Number
- Work Load Limit
- Proof Load
- Block Weight
- Date of Manufacture

VB 390 26 1 25 S
R X 0072
WLL 27.5 UST
PL 55 UST
265 LBS
07-10

| SNATCH BLOCK HL SERIES STUD EYE SPECIFICATIONS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Number | WLL (Tons) | Wire Diameter | Dimensions (Inches) | | | | | | | | WEIGHT (Lbs.) |
| | | | D1 | D2 | B | H | T | TA | TB | TL | |
| VB 240.28.1.20.S | 22 | 1 - 1-1/8 | 11-3/16 | 9-7/16 | 10-1/16 | 1-7/16 | 1-7/8 | 12-3/16 | 3-5/16 | 31-7/8 | 125 |
| VB 240.28.1.25.S | 27.5 | 1 - 1-1/8 | 11-3/16 | 9-7/16 | 10-1/16 | 1-9/16 | 2-1/8 | 12-3/16 | 3-5/16 | 32-11/16 | 125 |
| VB 300.28.1.20.S | 22 | 1 - 1-1/8 | 14-3/8 | 11-13/16 | 11-5/16 | 1-7/16 | 1-7/8 | 14-3/4 | 3-5/16 | 34-1/2 | 135 |
| VB 300.32.1.25.S | 28 | 1-1/8 - 1-1/4 | 14-3/8 | 11-13/16 | 11-5/16 | 1-9/16 | 2-1/8 | 14-3/4 | 3-5/16 | 35-1/4 | 140 |
| VB 345.32.1.32.S | 35 | 1-1/8 - 1-1/4 | 15-3/4 | 13-9/16 | 12-13/16 | 2-1/16 | 2-3/4 | 16-1/8 | 4-7/16 | 42-15/16 | 265 |
| VB 345.36.1.32.S | 35 | 1-1/8 - 1-3/8 | 15-3/4 | 13-9/16 | 12-13/16 | 2-1/16 | 2-3/4 | 16-1/8 | 4-7/16 | 43 | 265 |
| VB 390.26.1.25.S | 27.5 | 7/8 - 1 | 17-11/16 | 15-3/8 | 13-3/4 | 2-1/16 | 2-3/4 | 16-1/8 | 4-7/16 | 39-1/2 | 265 |
| VB 390.32.1.32.S | 35 | 1-1/8 - 1-1/4 | 17-11/16 | 15-3/8 | 13-3/4 | 2-1/16 | 2-3/4 | 18-1/2 | 4-7/16 | 45-1/8 | 310 |
| VB 390.36.1.32.S | 35 | 1-1/4" - 1-3/8" | 17-11/16 | 15-3/8 | 13-3/4 | 2-1/16 | 2-3/4 | 18-1/2 | 4-7/16 | 45-1/8 | 310 |
| VB 430.32.1.32.S | 35 | 1-1/8 - 1-1/4 | 19-1/2 | 16-15/16 | 14-3/4 | 2-1/16 | 2-3/4 | 20-1/6 | 4-7/16 | 46-7/8 | 330 |
| VB 430.32.1.36,5.S | 40 | 1-1/8 - 1-1/4 | 19-1/2 | 16-15/16 | 15-3/4 | 2-1/16 | 2-3/4 | 20-1/6 | 4-13/16 | 48-5/16 | 440 |
| VB 430.38.1.32.S | 35 | 1-3/8 - 1-1/2 | 19-1/2 | 16-15/16 | 14-3/4 | 2-1/16 | 2-3/4 | 20-1/6 | 4-7/16 | 46-7/8 | 330 |
| VB 430.38.1.36,5.S | 40 | 1-3/8 - 1-1/2 | 19-1/2 | 16-15/16 | 15-3/4 | 2-1/16 | 2-3/4 | 20-1/6 | 4-13/16 | 48-5/16 | 440 |
| VB 520.38.1.55.S | 60 | 1-3/8 - 1-1/2 | 23-1/2 | 20-1/2 | 18-1/8 | 2-3/8 | 3-1/8 | 24 | 5-9/16 | 50-3/8 | 680 |
| VB 520.44.1.55.S | 60 | 1-1/2 - 1-3/4 | 23-1/2 | 20-1/2 | 18-1/8 | 2-3/8 | 3-1/8 | 24 | 5-9/16 | 50-3/8 | 680 |
| VB 520.52.1.55.S | 60 | 1-3/4 - 2 | 23-1/2 | 20-1/2 | 18-1/8 | 2-3/8 | 3-1/8 | 24 | 5-9/16 | 50-3/8 | 680 |
| VB 630.58.1.81.S | 90 | 1-1/2 - 1-3/4 | 29-1/2 | 24-13/16 | 22-7/16 | 2-7/8 | 4 | 30-1/4 | 7-15/16 | 71-1/2 | 1250 |
| VB 710.68.1.100.S | 110 | 2-1/2 - 2-3/4 | 31-1/2 | 27-15/16 | 25-9/16 | 3-3/8 | 4-3/4 | 32-1/4 | 7-15/16 | 75-3/16 | 1650 |
| VB 800.76.1.125.S | 132 | 2-3/4 - 3 | 35-1/16 | 31-1/2 | 25-9/16 | 3-3/8 | 4-3/4 | 36-1/4 | 7-15/16 | 84-5/8 | 2400 |

**Exhibit 1 in globo 193**

# Rope Block

**LIFT-IT**

## TILT UP BLOCKS

### STANDARD FEATURES

- Made from High Strength Alloy.
- 4 to 1 Design Factor.
- Individually Proof Tested.
- Standard Capacities: 22 to 150 Tons.
- Available up to 350 Ton WLL.
- Sheaves run on Double Sealed, Maintenance Free, Dynamic Rated Roller Bearing.
- Swivel uses High Efficiency Thrust Bearings for Full Rotation under Load.
- Inner and Outer Sling Guards prevent damage to Wire Rope Slings.
- Quick Removable Line Guard.
- Available with the following fittings:
    Machined Swivel Stud Eye with Shackle
    Standard Machined Oblong Swivel Eye accepts Shackle Pin or Shackle Ear (upset) for direct connection to the Spreader Bar or Lifting Fixture.





| TILT UP BLOCK (Stud Eye) SPECIFICATIONS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stock Number** | **WLL (Tons)** | **Wire Dia.** | **Dimensions (Inches)** | | | | | | | | **WEIGHT (Lbs.)** |
| | | | **D1** | **D2** | **B** | **H** | **T** | **TA** | **TB** | **TL** | |
| HCLW 355.32.1.27S | 30 | 1-1/4 | 16-9/16 | 14 | 14-3/4 | 1-3/4 | 2-1/4 | 18-3/4 | 4-7/16 | 39-1/8 | 265 |
| HCLW 355.36.1.27S | 30 | 1-7/16 | 16-9/16 | 14 | 14-3/4 | 1-3/4 | 2-1/4 | 18-3/4 | 4-7/16 | 39-1/8 | 265 |
| HCLW 355.36.1.32S | 35 | 1-7/16 | 16-9/16 | 14 | 14-3/4 | 1-3/4 | 2-1/4 | 18-3/4 | 4-7/16 | 39-1/8 | 265 |
| HCLW 430.32.1.27S | 30 | 1-1/4 | 19-1/2 | 16-15/16 | 16-15/16 | 1-3/4 | 2-1/4 | 21-11/16 | 4-13/16 | 42-1/8 | 285 |
| HCLW 430.32.1.32S | 35 | 1-1/4 | 19-1/2 | 16-15/16 | 16-15/16 | 1-3/4 | 2-1/4 | 21-11/16 | 4-13/16 | 42-1/8 | 285 |
| HCLW 430.38.1.32S | 35 | 1-1/2 | 19-1/2 | 16-15/16 | 16-15/16 | 1-3/4 | 2-1/4 | 21-11/16 | 4-13/16 | 42-1/8 | 285 |
| HCLW 430.38.1.40S | 45 | 1-1/2 | 19-1/2 | 16-15/16 | 16-15/16 | 2-1/16 | 2-3/4 | 21-11/16 | 4-13/16 | 43-5/16 | 320 |
| HCLW 520.38.1.55S | 60 | 1-1/2 | 23-7/16 | 20-1/2 | 19-1/8 | 2-13/16 | 4 | 25-5/8 | 5-3/16 | 51-7/8 | 420 |
| HCLW 520.44.1.55S | 60 | 1-3/4 | 23-7/16 | 20-1/2 | 19-1/8 | 2-13/16 | 4 | 25-5/8 | 5-3/16 | 51-7/8 | 420 |
| HCLW 520.52.1.55S | 60 | 2-1/16 | 23-7/16 | 20-1/2 | 19-1/8 | 2-13/16 | 4 | 25-5/8 | 5-3/16 | 52-1/4 | 420 |
| HCLW 630.58.1.81S | 90 | 2-5/16 | 27-15/16 | 24-13/16 | 22-5/8 | 2-13/16 | 4 | 30-9/16 | 6 | 61-7/16 | 885 |
| HCLW 760.70.1.100S | 110 | 2-3/4 | 35-7/16 | 29-15/16 | 28-15/16 | 3-3/8 | 4-3/4 | 30-9/16 | 7-7/8 | 74-7/16 | 1325 |
| HCLW 760.76.1.125S | 138 | 3 | 35-7/16 | 29-15/16 | 28-15/16 | 3-3/8 | 4-3/4 | 30-9/16 | 7-7/8 | 74-7/16 | 1325 |

| TILT UP BLOCK (Oblong Eye) SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| **Stock Number** | **WLL (Tons)** | **Dimensions (Inches)** | | | | **WEIGHT (Lbs.)** |
| | | **J** | **K** | **L** | **TL** | |
| HCLW 355.32.1.27.O | 30 | 2-3/8 | 3-1/8 | 6-7/8 | 47-1/6 | 265 |
| HCLW 355.36.1.27.O | 30 | 2-3/8 | 3-1/8 | 6-7/8 | 49 | 265 |
| HCLW 355.36.1.32.O | 35 | 2-3/8 | 3-1/8 | 6-7/8 | 49 | 285 |
| HCLW 430.32.1.27.O | 30 | 2-3/8 | 3-1/8 | 6-7/8 | 49 | 310 |
| HCLW 430.32.1.32.O | 35 | 2-3/8 | 3-1/8 | 6-7/8 | 49 | 310 |
| HCLW 430.38.1.32.O | 35 | 2-3/8 | 3-1/8 | 6-7/8 | 50-3/8 | 310 |
| HCLW 430.38.1.40.O | 45 | 2-9/16 | 3-9/16 | 7-1/2 | 51-7/16 | 340 |
| HCLW 520.38.1.55.O | 60 | 2-9/16 | 3-9/16 | 7-1/2 | 60 | 340 |
| HCLW 520.44.1.55.O | 60 | 2-3/4 | 3-15/16 | 8-11/16 | 60 | 440 |
| HCLW 520.52.1.55.O | 60 | 2-3/4 | 3-15/16 | 8-11/16 | 60 | 440 |
| HCLW 630.58.1.81.O | 90 | 3-9/16 | 4-15/16 | 9-13/16 | 69-3/4 | 970 |
| HCLW 760.70.1.100.O | 110 | 3-15/16 | 4-15/16 | 10-13/16 | 86-1/4 | 1435 |
| HCLW 760.76.1.125.O | 138 | 3-15/16 | 4-15/16 | 10-13/16 | 86-1/4 | 1435 |

* Please Note: For additional Oblong Eye dimensional information refer to Stud Eye chart.



VB 390 26 1 25 S
R X 0072
WLL 27.5 UST
PL 55 UST
265 LBS
07 10 15

### EACH BLOCK IS STAMPED WITH:

- Model Number
- Serial Number
- Work Load Limit
- Proof Load
- Block Weight
- Date of Manufacture

**BLOCKS**

**Exhibit 1 in globo 194**



**Exhibit B**

**Exhibit 1 in globo 195**

# WIRE ROPE
# USERS MANUAL

Third Edition

**WIRE ROPE TECHNICAL BOARD**

**Exhibit 1 in globo 196**

Figure 7. Cross sections of some commonly used wire rope constructions.



**6 x 7 Classification**

6 x 7
FC

**6 x 19 Classification**

6 x 19 Seale
IWRC

6 x 21 Filler Wire
FC

6 x 25 Filler Wire
IWRC

6 x 26 Warrington Seale
IWRC

**6 x 37 Classification**

6 x 31 Warrington Seale
IWRC

6 x 36 Seale Filler Wire
IWRC

6 x 36 Warrington Seale
FC

6 x 31 Filler Wire Seale
IWRC

6 x 41 Warrington Seale
IWRC

6 x 41 Seale Filler Wire
IWRC

6 x 46 Seale Filler Wire
IWRC

6 x 49 Filler Wire Seale
IWRC

**6 x 61 Classification**

6 x 55 (2 Operation)
Filler Wire Seale
IWRC

6 x 57
Seale Filler Wire Seale
IWRC

6 x 61
Filler Wire Warrington Seale
IWRC

15

**Exhibit 1 in globo 197**

In addition to the items discussed, inspection should also focus on any and all conditions that could cause wear and eventual damage to the wire rope.

For example, plain-face (smooth) drums can develop grooves or rope impressions that will prevent the rope from winding properly. Imprinting is greatest at the pickup point when the machine is accelerating. If this happens, the surface should be repaired by machining or replaced. The winding should be checked to make sure that the rope is winding "thread wound" (Fig. 33).

Excessive wear in grooved drums should be checked for variations either in the depth or pitch of the grooves. This condition is particularly critical when double drums are used because a differential force will be set up that can break the drum and shear the shaft.

No matter what type of drum is in use, excessive drum wear will usually result in rapid rope deterioration. This condition will accelerate rapidly when winding in multiple layers.

## STRENGTH LOSS OF WIRE ROPE OVER STATIONARY SHEAVES OR PINS.

Rope breaking strength is determined in a standard test wherein fittings are attached to the ends of the rope and the rope is pulled in a straight line.

If, however, the rope passes over a curved surface (such as a sheave or pin) its strength "is decreased." The amount of such reduction will depend on the severity of the bend as expressed by the D/d ratio. For example, a rope bent around a pin of its own diameter will have only 50% of the strength attributed to it in the standard test. This is called "50% efficiency" (Fig. 38). Even at D/d ratios of 40, there may be a loss of up to 5%. At smaller D/d ratios, the loss in strength increases quite rapidly.

The angle of bend need not be 180°, 90°, or even 45°; relatively small bends can cause considerable loss.

All discussion of strength pre-supposes a gradually applied load not to exceed one inch per minute.

Figure 38. Derived from standard test data, this curve relates rope strength efficiency to various D/d ratios. The curve is based on static loads only.

It is a weighted average of 458 tests over pins and thimbles, on 6 x 19 and 6 x 37 class ropes, fiber core and IWRC, regular and lang lay. Technically, efficiency variations can be expected for specific rope constructions and wire manufacturing practices. To obtain data for the wire rope purchased it is recommended that tests be conducted.



Reduction in efficiency of wire rope when bent over pins of various sizes

58

**Exhibit 1 in globo 198**

**TABLE 14  WHEN TO REPLACE WIRE ROPE-BASED ON NUMBER OF BROKEN WIRES**

| Standard | Equipment | Number Broken Wires In Running Ropes | | Number Broken Wires In Standing Ropes | |
|---|---|---|---|---|---|
| | | In One Rope Lay | In One Strand | In One Rope Lay | At End Connection |
| ASME/B30.2 | Overhead & Gantry Cranes | 12** | 4 | Not Specified | |
| ASME/B30.4 | Portal, Tower & Pillar Cranes | 6** | 3 | 3 | 2 |
| ASME/B30.5 | Crawler, Locomotive & Truck Cranes Rotation Resistant Rope | Retirement criteria based on number of broken wires found in length of rope equal to 6 times rope diameter–2 broken wires maximum, and 30 times rope diameter–4 broken wires maximum. | | | |
| | Running Rope | 6** | 3 | 3 | 2 |
| ASME/B30.6 | Derricks | 6** | 3 | 3 | 2 |
| ASME/B30.7 | Base Mounted Drum Hoists | 6** | 3 | 3 | 2 |
| ASME/B30.8 | Floating Cranes & Derricks | 6** | 3 | 3 | 2 |
| ASME/B30.16 | Overhead Hoists | 12** | 4 | Not Specified | |
| ANSI/A10.4 | Personnel Hoists | 6** | 3 | 2** | 2 |
| ANSI/A10.5 | Material Hoists | 6** | Not Specified | Not Specified | |

**Also remove for 1 valley break



Figure 43. A wire broken under a tensile load that exceeds its strength is recognized by the "cup and cone" configuration at the fracture point (a). The *necking down* of the wire at this point shows that failure occurred while the wire retained it ductility. Shear-tensile fracture (b) occurs in wire subjected to a combination of transverse and axial loads. Fatigue breaks are usually characterized by squared-off ends perpendicular to the wire either straight across or Z-shaped (c&d).

## ELASTIC STRETCH

*Elastic stretch* results from recoverable deformation of the metal itself. Here, again, a quantity cannot be precisely calculated. However, the following equation can provide a reasonable approximation for a good many situations.

$$\text{Changes in length (ft.)} = \frac{\text{Change in load (lb) x Length (ft)}}{\text{Area (inches}^2) \text{ x Modulus of Elasticity (psi)}}$$

The modulus of elasticity is given in Table 17, and the area can be found in Table 18.

### TABLE 17   APPROXIMATE MODULUS OF ELASTICITY*

(pounds per square inch)

| Rope Classification | Zero through 20% Loading | 21% to 65% Loading |
|---|---|---|
| 6 x 7 with fiber core | 11,700,000 | 13,000,000 |
| 6 x 19 with fiber core | 10,800,000 | 12,000,000 |
| 6 x 37 with fiber core | 9,900,000 | 11,000,000 |
| 8 x 19 with fiber core | 8,100,000 | 9,000,000 |
| 6 x 19 with IWRC | 13,500,000 | 15,000,000 |
| 6 x 37 with IWRC | 12,600,000 | 14,000,000 |

*Applicable to new rope with constructional stretch removed.

EXAMPLE: How much *elastic stretch* may occur in 200 ft of 1/2 inch 6 x 25 FW IPS FC rope when loaded to 20% of its nominal strength:

Nominal strength = 10.7 tons (21,400 lb)
20% of which = 4,280 lb.

Area of 1/2 inch is found by squaring the diameter and multiplying it by the area of 1 inch rope given in Table 18 under the "Fiber Core" heading and opposite 6 x 25 FW, i.e., 1/2 x 1/2 x .417=.104.

The modulus of elasticity is found in Table 17 opposite the 6 x 19 fiber core (because 6 x 25FW is a member of this class) and under the "Zero through 20% Loading."

Substituting these values, the equation reads as follows:

$$\text{Change in length} = \frac{4280 \times 200}{.104 \times 10,800,000}$$
$$= .76 \text{ Ft (9.1 inches)}$$

A word of caution concerning the use of Table 17: the higher modulus given under the "21% to 65% Loading" is based on the assumption that both the initial and the final load fall within this range. If the above example were restated to the effect that the load was 35% (or 7,490 lb) of the nominal strength, it would be incorrect to rework the problem simply by making two substitutions: the new load and the higher modulus of 12,000,000 psi. To do so would ignore the greater stretch that occurs at the lower modulus during the initial loading.

**Exhibit 1 in globo 200**

## TABLE 18
## APPROXIMATE METALLIC AREAS OF ONE-INCH ROPE OF VARIOUS CONSTRUCTIONS*

| Construction | Fiber Core | IWRC or WSC | Cable Laid |
|---|---|---|---|
| 5 x 7 | .390 | .457 | |
| 6 x 6 | .320 | .386 | |
| 6 x 7 | .384 | .451 | |
| 6 x 12 | .232 | | |
| 6 x 19 12/7 | .376 | .442 | |
| 6 x 19 S | .404 | .470 | |
| 6 x 19 W | .416 | .482 | |
| 6 x 21 FW | .412 | .478 | |
| 6 x 21 S | .411 | .477 | |
| 6 x 24 15/9 | .329 | | |
| 6 x 25 FW | .417 | .483 | |
| 6 x 26 WS | .409 | .476 | |
| 6 x 29 FW | .420 | .486 | |
| 6 x 31 12/19 | .385 | .452 | |
| 6 x 31 WS | .414 | .481 | |
| 6 x 33 FW | .423 | .490 | |
| 6 x 36 WS | .419 | .485 | |
| 6 x 37 18/19 W | .393 | .459 | |
| 6 x 37 FW | .427 | .493 | |
| 6 x 41 SFW | .425 | .491 | |
| 6 x 41 WS | .424 | .490 | |
| 6 x 42 Tiller | .231 | | |
| 6 x 43 FWS | .392 | .458 | |
| 6 x 46 SFW | .425 | .492 | |
| 6 x 46 WS | .426 | .492 | |
| 6 x 61 FWS | .408 | .474 | |
| 7 x 7 | | .471 | |
| 7 x 19 12/7 | | .466 | |
| 7 x 19 W | | .505 | |
| 8 x 7 | .343 | .474 | |
| 8 x 19 S | .359 | .472 | |
| 8 x 19 W | .366 | .497 | |
| 8 x 25 WS | .368 | .499 | |
| 8 x 19 FW | .366 | .499 | |
| 18 x 7 | .422 | | |
| 19 x 7 | | .453 | |
| 6 x 3 x 19 | | | .122 |
| 7 x 7 x 7 | | | .343 |
| 7 x 7 x 19 | | | .361 |

* Values given are based on 3% oversize because this is a common design "target." But, this figure often varies and is not to be considered a standard. Wire sizes in specific constructions also vary, thus the given values are approximate. They are, however, within the range of accuracy of the entire method that is, in itself, approximate.

As indicated, it is necessary to know the rope area in order to solve the previously given stretch equation.

For diameters other than 1 inch, multiply the area given in this table by the square of the nominal rope diameter.

Example: To find the area of 1/2" 6 x 36 WS IWRC

From the table: .485

Diameter squared: $(1/2)^2 = 1/4$ or .5 x .5 = .25

Multiply table value by diameter squared:

Area:= .25 x .485 = .121 inches$^2$

Example: To find the area of 1-1/4" 6 x 25 FW FC

Answer: $(1.25)^2$ x .417 = 1.563 x .417 = .652 inches$^2$

**Exhibit 1 in globo 201**

87

**TABLE 22  NOMINAL STRENGTHS OF WIRE ROPE**
**6 x 19 Classification/Bright (Uncoated), IWRC**

| Nominal Diameter | | Approximate Mass | | Nominal Strength* | | | |
|---|---|---|---|---|---|---|---|
| | | | | Improved Plow Steel** | | Extra Improved Plow Steel** | |
| inches | mm | lb/ft | kg/m | tons | metric tonnes | tons | metric tonnes |
| 1/4 | 6.4 | 0.12 | 0.17 | 2.94 | 2.67 | 3.40 | 3.08 |
| 5/16 | 8 | 0.18 | 0.27 | 4.58 | 4.16 | 5.27 | 4.78 |
| 3/8 | 9.5 | 0.26 | 0.39 | 6.56 | 5.95 | 7.55 | 6.85 |
| 7/16 | 11.5 | 0.35 | 0.52 | 8.89 | 8.07 | 10.2 | 9.25 |
| 1/2 | 13 | 0.46 | 0.68 | 11.5 | 10.4 | 13.3 | 12.1 |
| 9/16 | 14.5 | 0.59 | 0.88 | 14.5 | 13.2 | 16.8 | 15.2 |
| 5/8 | 16 | 0.72 | 1.07 | 17.7 | 16.2 | 20.6 | 18.7 |
| 3/4 | 19 | 1.04 | 1.55 | 25.6 | 23.2 | 29.4 | 26.7 |
| 7/8 | 22 | 1.42 | 2.11 | 34.6 | 31.4 | 39.8 | 36.1 |
| 1 | 26 | 1.85 | 2.75 | 44.9 | 40.7 | 51.7 | 46.9 |
| 1-1/8 | 29 | 2.34 | 3.48 | 56.5 | 51.3 | 65.0 | 59.0 |
| 1-1/4 | 32 | 2.89 | 4.30 | 69.4 | 63.0 | 79.9 | 72.5 |
| 1-3/8 | 35 | 3.5 | 5.21 | 83.5 | 75.7 | 96.0 | 87.1 |
| 1-1/2 | 38 | 4.16 | 6.19 | 98.9 | 89.7 | 114 | 103 |
| 1-5/8 | 42 | 4.88 | 7.26 | 115 | 104 | 132 | 120 |
| 1-3/4 | 45 | 5.67 | 8.44 | 133 | 121 | 153 | 139 |
| 1-7/8 | 48 | 6.5 | 9.67 | 152 | 138 | 174 | 158 |
| 2 | 52 | 7.39 | 11.0 | 172 | 156 | 198 | 180 |
| 2-1/8 | 54 | 8.35 | 12.4 | 192 | 174 | 221 | 200 |
| 2-1/4 | 57 | 9.36 | 13.9 | 215 | 195 | 247 | 224 |
| 2-3/8 | 60 | 10.4 | 15.5 | 239 | 217 | 274 | 249 |
| 2-1/2 | 64 | 11.6 | 17.3 | 262 | 238 | 302 | 274 |
| 2-5/8 | 67 | 12.8 | 19.0 | 288 | 261 | 331 | 300 |
| 2-3/4 | 70 | 14.0 | 20.8 | 314 | 285 | 361 | 327 |

\*   To convert to Kilonewtons (kN), multiply tons (nominal strength) by 8.896; 1 lb = 4.448 newtons (N).
\*\* Available with galvanized wires at strengths 10% lower than listed, or at equivalent strengths on special request.

**Exhibit 1 in globo 202**

Bartlett
ENGINEERINGLLC

**Exhibit C**

**Exhibit 1 in globo 203**

## 3-Strand Nylon Plus Rope



3 strand twisted nylon plus is a nylon/polyester blend known for its elasticity and tremendous shock absorbing qualities. When new, nylon plus ropes can stretch up to 20 - 25% of their length before breaking. Stretch characteristics will reduce relative to the amount of use and can lose 10% of its tensile strength when wet. It has good abrasion resistance, is rot proof, resists oil, gasoline, and most chemicals. It has good resistance to UV rays. Nylon plus will last 4-5 times longer than natural fibers.

**Categories:** Ropes and Cordages, 3-Strand Nylon Plus Rope

### Key Features

Available Colors: White and Black

Additional sizes and colors available to special order

Standard reels of 300 ft, 600 ft, and 1,200 ft.

Excellent for shock load and high energy absorption applications.

Specific Gravity 1.14.

| Part # | Diameter | Length | Color | Working Load Limits Range (WLL) (lbs.) | |
|---|---|---|---|---|---|
| | | | | Min | Max |
| N3/16 | 3/16" | 600' | White | 73 | 176 |
| N1/4 | 1/4" | 600' | White | 122 | 294 |
| N1/412 | 1/4" | 1,200' | White | 122 | 294 |
| N5/16 | 5/16" | 600' | White | 191 | 459 |
| N3/83 | 3/8" | 300' | White | 270 | 648 |
| N3/8 | 3/8" | 600' | White | 270 | 648 |
| N3/812 | 3/8" | 1,200' | White | 270 | 648 |
| N1/23 | 1/2" | 300' | White | 473 | 1,134 |
| N1/2 | 1/2" | 600' | White | 473 | 1,134 |
| N1/212 | 1/2" | 1,200' | White | 473 | 1,134 |
| N5/83 | 5/8" | 300' | White | 743 | 1,782 |
| N5/8 | 5/8" | 600' | White | 743 | 1,782 |
| N5/812 | 5/8" | 1,200' | White | 743 | 1,782 |
| N3/4A1 | 3/4" | 100' | White | 1,065 | 2,556 |
| N3/4A3 | 3/4" | 300' | White | 1,065 | 2,556 |
| N3/4 | 3/4" | 600' | White | 1,065 | 2,556 |
| N3/412 | 3/4" | 1,200' | White | 1,065 | 2,556 |
| N7/8 | 7/8" | 600' | White | 1,440 | 3,456 |
| N7/812 | 7/8" | 1,200' | White | 1,440 | 3,456 |
| N13 | 1" | 300' | White | 1,853 | 4,446 |
| N16 | 1" | 600' | White | 1,853 | 4,446 |
| N112 | 1" | 1,200' | White | 1,853 | 4,446 |
| N1-1/8 | 1-1/8" | 600' | White | 2,355 | 5,652 |
| N1-143 | 1-1/4" | 300' | White | 2,903 | 6,966 |

| Part # | Diameter | Length | Color | Working Load Limits Range (WLL) (lbs.) | |
|---|---|---|---|---|---|
| | | | | Min | Max |
| N1-1/4 | 1-1/4" | 600' | White | 2,903 | 6,966 |
| N1-1/49 | 1-1/4" | 900' | White | 2,903 | 6,966 |
| N1-5/16 | 1-5/16" | 600' | White | 3,188 | 7,650 |
| N1-1/23 | 1-1/2" | 300' | White | 4,050 | 9,720 |
| N1-1/2 | 1-1/2" | 600' | White | 4,050 | 9,720 |
| N1-1/29 | 1-1/2" | 900' | White | 4,050 | 9,720 |
| N1-5/8 | 1-5/8" | 600' | White | 4,781 | 11,475 |
| N1-3/4 | 1-3/4" | 600' | White | 5,513 | 13,230 |
| N23 | 2" | 300' | White | 7,050 | 16,920 |
| N26 | 2" | 600' | White | 7,050 | 16,920 |
| N2-1/4 | 2-1/4" | 600' | White | 8,925 | 21,420 |
| N2-1/23 | 2-1/2" | 300' | White | 10,950 | 26,280 |
| N2-1/2 | 2-1/2" | 600' | White | 10,950 | 26,280 |
| N2-5/8 | 2-5/8" | 600' | White | 12,000 | 28,800 |
| N33 | 3" | 300' | White | 15,450 | 37,080 |
| N36 | 3" | 600' | White | 15,450 | 37,080 |
| N3/16B | 3/16" | 600' | Black | 73 | 176 |
| N1/4B | 1/4" | 600' | Black | 122 | 294 |
| N5/16B | 5/16" | 600' | Black | 191 | 459 |
| N3/8B | 3/8" | 600' | Black | 270 | 648 |
| N1/2B | 1/2" | 600' | Black | 473 | 1,134 |
| N5/8B | 5/8" | 600' | Black | 743 | 1,782 |
| N3/4B | 3/4" | 600' | Black | 1,065 | 2,556 |
| N16B | 1" | 600' | Black | 1,853 | 4,446 |

**Exhibit 1 in globo 204**

ctio...et us know
vere...ow we can help.

## 8-Braid Nylon Plus Rope

8-Braid plaited nylon plus rope is a non-rotational rope that eliminates hocking and other problems associated with twisted anchor lines. Nylon plus is known for its elasticity and tremendous shock absorbing qualities. Other properties include good abrasion and UV resistance. Additionally, it resists oil, gasoline, and most chemicals. Ideal for use with windlass anchor lines.

**Categories:** Ropes and Cordages, 8-Braid Nylon Plus Rope

### Key Features

Available colors: White

Standard coils of 720 ft.

| Part # | Circumference | Length | Color | Working Load Limits Range (WLL) (lbs.) | |
|---|---|---|---|---|---|
| | | | | Min | Max |
| [illegible]8B | 6" | 600' | White | 5,917 | 14,200 |
| [illegible]8B | 8" | 600' | White | 12,000 | 28,800 |
| [illegible]8B | 9" | 600' | White | 15,000 | 36,000 |
| [illegible]108B | 10" | 600' | White | 16,667 | 40,000 |
| [illegible]128B | 12" | 600' | White | 25,833 | 62,000 |
| [illegible]148B | 14" | 600' | White | 32,250 | 77,400 |
| [illegible]158B | 15" | 600' | White | 37,917 | 91,000 |
| [illegible]168B | 16" | 600' | White | 37,917 | 91,000 |
| [illegible]188B | 18" | 600' | White | 45,000 | 108,000 |

## 3-Strand Poly Dacron Black Battle Rope

Polydac rope is made from a combination of polyester and polypropylene fibers and is an excellen[t] low cost, general utility rope. This economical, high strength rope has very low stretch properties, hig[h] abrasion resistance and is easily spliced. Additionally polydac has good dielectric properties. Used i[n] construction and fishing industries.

**Categories:** Ropes and Cordages, 3-Strand Poly Dacron Black Battle Rope

### Key Features

Black

Additional sizes and colors available to special order

Standard reels of 600 ft.

| Part # | Circumference | Length | Color | Working Load Limits Range (WLL (lbs.) | |
|---|---|---|---|---|---|
| | | | | Min | Max |
| PDB1-1/2 | 1-1/2" | 600' | Black | 3,008 | 7,220 |
| PD2B | 2" | 600' | Black | 4,004 | 9,610 |

# General Purpose

- Diameters are approximate. The reference for rope size is its linear density or weight per unit length.
- Linear Density is considered standard. Tolerances are± 10% for diameters below 8 mm inclusive;± 8% for diameters 10-14 mm inclusive; ± 5% for 16 mm diameter and larger.
- Minimum Breaking Strength (MBS) values in individual rope standards are based on data from a number of rope manufacturers and the result of computation by regression analysis.
- The MBS values are based on ropes tested with Eye Splices, making the values approximately 10 % lower than ropes tested without splices.
- Working Load Limit (WLL) is determined by dividing the new rope MBS by a selected Design Factor.

| Nominal Size | | Manila | | | Nylon | | | Polypropylene | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Diameter | Circumference | Linear Density (Lbs/100ft) | MBS in Lbs | WLL (Lbs) Design Factor 12 | Linear Density (Lbs/100ft) | MBS in Lbs | WLL (Lbs) Design Factor 12 | Linear Density (Lbs/100ft) | MBS in Lbs | WLL (Lbs) Design Factor 12 |
| 3/16 | 5/8 | 1.37 | 405 | 33.8 | 0.89 | 880 | 73 | 0.65 | 730 | 61 |
| 1/4 | 3/4 | 1.82 | 540 | 45 | 1.57 | 1,490 | 124 | 1.15 | 1,260 | 105 |
| 5/16 | 1 | 2.64 | 900 | 75 | 2.45 | 2,300 | 192 | 1.80 | 1,915 | 160 |
| 3/8 | 1 1/8 | 3.79 | 1,215 | 101 | 3.55 | 3,240 | 270 | 2.60 | 2,720 | 227 |
| 7/16 | 1 1/4 | 4.87 | 1,575 | 131 | 4.80 | 4,320 | 360 | 3.50 | 3,525 | 294 |
| 1/2 | 1 1/2 | 6.96 | 2,385 | 199 | 6.30 | 5,670 | 473 | 4.60 | 4,235 | 353 |
| 9/16 | 1 3/4 | 9.63 | 3,105 | 259 | 8.00 | 7,200 | 600 | 5.90 | 5,140 | 428 |
| 5/8 | 2 | 12.7 | 3,960 | 330 | 9.90 | 8,910 | 743 | 7.20 | 6,250 | 521 |
| 3/4 | 2 1/4 | 15.9 | 4,860 | 405 | 14.3 | 12,800 | 1,070 | 10.4 | 8,570 | 714 |
| 7/8 | 2 3/4 | 21.4 | 6,930 | 578 | 19.5 | 17,300 | 1,440 | 14.2 | 11,600 | 967 |
| 1 | 3 | 25.7 | 8,100 | 675 | 25.3 | 22,200 | 1,850 | 18.0 | 14,400 | 1,200 |
| 1 1/16 | 3 1/4 | 29.8 | 9,450 | 788 | 28.7 | 25,200 | 2,100 | 20.4 | 16,100 | 1,342 |
| 1 1/8 | 3 1/2 | 34.3 | 10,800 | 900 | 32.2 | 28,300 | 2,360 | 22.8 | 17,900 | 1,492 |
| 1 1/4 | 3 3/4 | 39.7 | 12,150 | 1,013 | 39.7 | 34,800 | 2,900 | 27.6 | 21,700 | 1,808 |
| 1 5/16 | 4 | 45.6 | 13,500 | 1,125 | 43.7 | 38,300 | 3,190 | 30.4 | 23,700 | 1,975 |
| 1 1/2 | 4 1/2 | 57.0 | 16,650 | 1,388 | 57.0 | 48,600 | 4,050 | 39.4 | 30,600 | 2,550 |
| 1 5/8 | 5 | 71.1 | 20,250 | 1,688 | 67.3 | 57,400 | 4,780 | 46.0 | 35,800 | 2,983 |
| 1 3/4 | 5 1/2 | 85.0 | 23,850 | 1,988 | 78.0 | 66,100 | 5,510 | 53.0 | 41,300 | 3,442 |
| 2 | 6 | 102 | 27,900 | 2,325 | 100 | 84,600 | 7,050 | 69.0 | 52,400 | 4,367 |
| 2 1/8 | 6 1/2 | 120 | 32,400 | 2,700 | 113 | 95,400 | 7,950 | 78.0 | 59,000 | 4,917 |
| 2 1/4 | 7 | 139 | 36,900 | 3,075 | 127 | 107,000 | 8,920 | 88.0 | 66,500 | 5,542 |
| 2 1/2 | 7 1/2 | 164 | 42,300 | 3,525 | 157 | 131,000 | 10,900 | 107 | 80,600 | 6,717 |
| 2 5/8 | 8 | 182 | 46,800 | 3,900 | 173 | 144,000 | 12,000 | 120 | 90,200 | 7,517 |
| 2 3/4 | 8 1/2 | 215 | 54,900 | 4,575 | 208 | 171,000 | 14,300 | 141 | 105,800 | 8,817 |
| 3 | 9 | 230 | 57,500 | 4,792 | 226 | 185,000 | 15,400 | 153 | 114,900 | 9,575 |
| 3 1/4 | 10 | 284 | 69,500 | 5,792 | 275 | 224,000 | 18,700 | 186 | 136,000 | 11,333 |
| 3 1/2 | 11 | 349 | 81,900 | 6,825 | 329 | 267,000 | 22,300 | 223 | 161,300 | 13,442 |
| 4 | 12 | 414 | 94,500 | 7,875 | 400 | 324,000 | 27,000 | 272 | 192,500 | 16,042 |
| 4 1/4 | 13 | - | - | - | 460 | 369,000 | 30,800 | 315 | 221,800 | 18,483 |
| 4 1/2 | 14 | - | - | - | 525 | 419,000 | 34,900 | 360 | 250,000 | 20,833 |
| 5 | 15 | - | - | - | 610 | | 23,942 | | | |
| 5 5/16 | 16 | - | - | - | 685 | 533,000 | 44,400 | 474 | 321,600 | 26,800 |

**Exhibit 1 in globo 206**

# Handbook of fibre rope technology

**H. A. McKenna, J. W. S. Hearle and N. O'Hear**



The Textile Institute



**CRC Press**
**Boca Raton  Boston  New York  Washington, DC**

WOODHEAD PUBLISHING LIMITED
Cambridge England

118    Handbook of fibre rope technology

- Axial stiffness – tension/strain, which is tension/(elastic elongation/test length)
- Modulus (area) – axial stiffness/fibre area, which also is stress/strain
- Specific modulus (weight) – specific stress/strain
- Elastic modulus – axial stiffness of a stabilised rope while undergoing cyclic loading

Refer to Chapter 5, *Rope Mechanics*, for information on how to use other terms for defining elongation properties. Many of these terms appear in the literature or are used to report analysis from specialised test programmes. It is important to ascertain precisely the basis for the term and its units.

### 4.3.7  Elongation of fibre rope

Figure 4.12 is representative of the load–elongation properties of some typical stabilised ropes for a single loading cycle from a relaxed condition. From Fig. 4.12, at



**Fig. 4.12**   Typical load–elongation profiles for various ropes from zero to 50% of breaking strength.



**Exhibit D**

**Exhibit 1 in globo 209**

Wire Rope Construction and Dimensions



**Construction of Rope**

| Component | # of Strands |
|---|---|
| Outer Strands | 6 |
| IWRC | 1 |

**Outer Strands**

| Location | Wries |
|---|---|
| Center (Core) Wire | 1 |
| 1st Layer | 5 |
| 2nd Layer | 10 |
| Larger | 5 |
| Smaller (F | 5 |
| 3rd (Outer) Layer | 10 |
| Total | 26 |

**IWRC**

**Outer Strands**

| Center (Core) Wire | 1 |
|---|---|
| 1st Layer | 6 |
| Total | 7 |

**Center Strand**

| Center (Core) Wire | 1 |
|---|---|
| 1st Layer | 6 |
| Total | 7 |

**Wire Rope Dimensions**

| Diameter of Wire Rope | | |
|---|---|---|
| Location | Sample 8B1 | |
| | 1 | 2 |
| 0° | 1.912 | 1.951 |
| 90° | 1.914 | 1.915 |

**Diameter of the Strands**

| Strands | Location | | | |
|---|---|---|---|---|
| | 1 | | 2 | |
| | 0° | 90° | 0° | 90° |
| 1 | 0.702 | 0.698 | 0.694 | 0.679 |
| 2 | 0.678 | 0.679 | 0.648 | 0.658 |
| 3 | 0.660 | 0.660 | 0.653 | 0.666 |
| 4 | 0.624 | 0.647 | 0.686 | 0.694 |
| 5 | 0.650 | 0.658 | 0.715 | 0.755 |
| 6 | 0.631 | 0.655 | 0.685 | 0.695 |
| *IWRC | 0.747 | 0.758 | 0.789 | 0.710 |

**Exhibit 1 in globo 210** 1 of 2

## Outer Strand Wire Diameter
### Strand 1

| Core Wire | | |
|---|---|---|
| **Wire** | **Location** | |
| | **A** | **B** |
| Center (Core) | 0.050 | 0.054 |

| Layer 1 | | |
|---|---|---|
| **Wire** | **Location** | |
| | **A** | **B** |
| 1 | 0.082 | 0.073 |
| 2 | 0.083 | 0.072 |
| 3 | 0.078 | 0.072 |
| 4 | 0.083 | 0.073 |
| 5 | 0.077 | 0.072 |

| Layer 2 | | |
|---|---|---|
| **Wire** | **Location** | |
| | A | B |
| 1 | 0.090 | 0.095 |
| 2 | 0.097 | 0.103 |
| 3 | 0.099 | 0.101 |
| 4 | 0.098 | 0.101 |
| 5 | 0.094 | 0.096 |
| 6 | 0.076 | 0.080 |
| 7 | 0.079 | 0.080 |
| 8 | 0.077 | 0.081 |
| 9 | 0.083 | 0.077 |
| 10 | 0.074 | 0.077 |

| Layer 3 (Outer layer) | | |
|---|---|---|
| **Wire** | **Location** | |
| | **A** | **B** |
| 1 | 0.142 | 0.101 |
| 2 | 0.117 | 0.149 |
| 3 | 0.095 | 0.146 |
| 4 | 0.093 | 0.136 |
| 5 | 0.098 | 0.142 |
| 6 | 0.102 | 0.147 |
| 7 | 0.095 | 0.149 |
| 8 | 0.090 | 0.158 |
| 9 | 0.098 | 0.147 |
| 10 | 0.095 | 0.154 |

## Independent Wire Rope Core (IWRC)

| Diameter of the Strands | | |
|---|---|---|
| **Strand** | **A** | **B** |
| 1 | 0.245/ 0.262 | 0.244/ 0.258 |
| 2 | 0.246/ 0.254 | 0.256/ 0.261 |
| 3 | 0.251/ 0.258 | 0.270/ 0.252 |
| 4 | 0.247/ 0.268 | 0.245/ 0.267 |
| 5 | 0.254/ 0.267 | 0.254/ 0.257 |
| 6 | 0.265/ 0.267 | 0.247/ 0.261 |
| Core | 0.289/ 0.287 | 0.279/ 0.287 |

### Diameter of the Wires

| Outer strand | | |
|---|---|---|
| **Wire** | **Location** | |
| | **A** | **B** |
| 1 | 0.075/ 0.080 | 0.081/ 0.083 |
| 2 | 0.083/ 0.083 | 0.081/ 0.082 |
| 3 | 0.077/ 0.079 | 0.079/ 0.080 |
| 4 | 0.082/ 0.082 | 0.080/ 0.083 |
| 5 | 0.079/ 0.080 | 0.080/ 0.081 |
| 6 | 0.077/ 0.079 | 0.080/ 0.082 |
| Core | 0.090/ 0.094 | 0.087/ 0.088 |

| Core Strand | | |
|---|---|---|
| **Wire** | **Location** | |
| | **A** | **B** |
| 1 | 0.090/ 0.092 | 0.091/ 0.092 |
| 2 | 0.090/ 0.092 | 0.092/ 0.094 |
| 3 | 0.092/ 0.092 | 0.092/ 0.093 |
| 4 | 0.090/ 0.092 | 0.090/ 0.091 |
| 5 | 0.089/ 0.091 | 0.091/ 0.095 |
| 6 | 0.090/ 0.091 | 0.095/ 0.095 |
| Core | 0.103/ 0.104 | 0.100/ 0.101 |

**Exhibit 1 in globo 211**   2 of 2



**Exhibit E**

**Exhibit 1 in globo 212**



# Coastal Construction Manual

Principles and Practices of Planning, Siting, Designing, Constructing, and Maintaining Residential Buildings in Coastal Areas (Fourth Edition)

*FEMA P-55 / Volume II / August 2011*



FEMA

**Exhibit 1 in globo 213**



**EQUATION 10.4. LOAD APPLICATION DISTANCE FOR AN UNBRACED PILE**

$$L = H + \frac{d}{12}$$

where:

$L$ = distance between the location where the lateral force in applied and the point of fixity (i.e., moment arm) (ft)

$d$ = depth from grade to inflection point (inches); $d = 1.8\left(\frac{EI}{n_b}\right)^{\frac{1}{5}}$

$H$ = distance above eroded ground surface (including localized scour) where lateral load is applied (ft)



Figure 10-4.
Deflected pile shape for an unbraced pile

Table 10-8. Values of $n_b$ Modulus of Subgrade Reaction

| Soil Type | $n_b$ Modulus of Subgrade Reaction (pound/cubic inch) |
|---|---|
| Dense sandy gravel | 800 to 1,400 |
| Medium dense coarse sand | 600 to 1,200 |
| Medium sand | 400 to 1,000 |
| Fine to silty fine sand | 290 to 700 |
| Medium clay (wet) | 150 to 500 |
| Soft clay | 6 to 150 |



**Appendix I**

**Exhibit 1 in globo 215**



**ROBERT D. BARTLETT, P.E.**
**METALLURGICAL and MECHANICAL ENGINEER**
**NEW ORLEANS, LOUISIANA**

| | |
|---|---|
| **EDUCATION** | M.S. Metallurgical Engineering<br>The Ohio State University, Columbus, Ohio<br><br>B.S. Mechanical Engineering<br>Tulane University, New Orleans, Louisiana |
| **PROFESSIONAL MEMBERSHIPS** | American Society of Mechanical Engineers (ASME)<br>ASM International<br>American Society of Photogrammetry and Remote Sensing (ASPRS)<br>American Welding Society (AWS)<br>National Association of Corrosion Engineers (NACE International) |
| **PROFESSIONAL REGISTRATION** | Registered Professional Metallurgical and Mechanical Engineer in<br>Louisiana   Registration No. 23491,   Florida No. PE 0048018<br>Mississippi No. 21123, Texas No. 116531, Oregon No. 95423PE |

## <u>CAREER SUMMARY</u>

Mr. Bartlett has provided metallurgical, mechanical and welding engineering services to the marine, petrochemical and power industry since February of 1990.  As principal engineer for Bartlett Engineering, Mr. Bartlett has followed his belief that failure analysis requires the evaluation of the whole system.  His metallurgical engineering and equipment design experience allows a broad consideration of failure mechanisms.  His equipment designs also benefit from his widespread experience studying equipment failures.

Prior to this, as co-owner of a welding and machine shop, Mr. Bartlett acquired extensive experience in the design and fabrication of ASME Code process equipment and boilers.

## <u>PHOTOGRAMMETRY, 3-D MODELING, AND ACCIDENT RECONSTRUCTION</u>

Mr. Bartlett has utilized photogrammetric methods to evaluate situations where the physical evidence only existed as photographs.  He has incorporated the use of 3-D models to perform these evaluations, or used photographs to validate 3-D models which were reconstructions of accident scenes. He has used 3-D image generation methods to create 360 degree images of evidence that was too large to handle easily.

Page 2



## HUMAN FACTORS

In both his designs and his evaluations of accidents that require a reconstruction which involves a human, Mr. Bartlett has utilized digital anthropometric models to evaluate the interaction of the human with equipment in such things as reach, line of sight, and center of gravity. Mr. Bartlett relies on other accepted human factors references to supplement the information derived from his 3D computer models.

## RADIATION AND ILLUMINATION

Mr. Bartlett has had specialized training in the visible and invisible radiation from flames and other light or radiant energy sources for purposes of evaluating radiant heat transfer from such things as flares or burner flames. Mr. Bartlett also utilizes his understanding of energy transfer through radiation in heat transfer calculations.

## STRESS ANALYSIS AND FRACTURE MECHANICS

Mr. Bartlett can ordinarily evaluate the stresses leading to failure using conventional engineer hand calculations. When more exact results or some form of additional documentation are required, Mr. Bartlett is proficient in the use of computer modeling with finite element analysis (FEA), or prototype testing using strain gages and load cells or dynamic data acquisition equipment.

Mr. Bartlett then utilizes his understanding of fracture mechanics to evaluate stress cycle scenarios as potential failure modes. He utilizes his fractographic experience to incorporate information contained on fracture surfaces (when they are available) into his fracture analyses.

## VIBRATIONS

Mr. Bartlett  utilizes computerized data acquisition and data reduction techniques to measure the severity and frequency spectrums of vibrations. He has used this information together with mathematical models to identify whether vibrations were due to forcing or resonance, and then recommended corrective action.

## CORROSION AND ELECTROCHEMISTRY

Mr. Bartlett has a broad base of knowledge related to corrosion and its electrochemical nature and the corrosion mechanisms in aqueous and high temperature environments. His experience covers such areas as corrosion in marine environments, process corrosion of stainless steel, high nickel alloys and other corrosion resistant materials; environmentally assisted cracking of materials; microbiologically induced corrosion; wear assisted corrosion; cavitation assisted corrosion; and localized corrosion such as crevice corrosion and pitting. His involvement has ranged from detection and monitoring, to determination of modes of attack, to assisting in the selection of alternate materials, coatings, or fabrication methods. He has experience with the behavior of many alloys and non-metallic materials in various environments. Mr. Bartlett's understanding of electrochemistry assists him in his knowledge of wet cell batteries, their function, testing, and troubleshooting.

**Exhibit 1 in globo 217**

Page 3



## ENGINES AND HYDRAULIC EQUIPMENT

Mr. Bartlett has performed many failure analyses of large stationary and marine diesel engines which required the evaluation of turbochargers and their bearings, pistons and their rings, connecting rods, crank shafts, clutches, bolting, gaskets, firing and timing, lubrication and sludge accumulation, and the thermodynamics of the engine cycle, and the forces created in a running engine.

Mr. Bartlett has repaired and maintained centrifugal, piston, vane, gear, and variable capacity piston type hydraulic pumps. He has also performed trouble shooting repair, and modification of hydraulic systems.

## GEAR AND CHAIN DRIVES

Mr. Bartlett has designed and diagnosed problems with drive systems using gearing or chain drives which involved the evaluation of the design, manufacturing, heat treatment, maintenance and loading. Mr. Bartlett has performed failure analyses of gear systems which used spur, helical, worm, and spiral bevel gears. He begins each evaluation with the recognition that the failed item may be either the villain of the victim. Though the proper performance of a gear's tooth starts with the tooth, it depends on such things as bearings, loadings, lubrication, case rigidity, and heat treatment. Mr. Bartlett has set up and performed strain gage telemetry to automatically monitor and record the highest operating torque over months of operation. This was used to establish whether a gearbox was experiencing transient torque overloads.

## BOILERS, STEAM EQUIPMENT, AND HEAT EXCHANGERS

Mr. Bartlett has experience with the construction and care of boilers. He has diagnosed the cause of failure of boiler drums, tube sheets, tubes, and refractory; and has specified repair procedures or corrective action. He has performed performance evaluations of boilers and measured tube wall temperatures during operation. In one case, he utilized this information to modify the design of a boiler to improve its efficiency.

Mr. Bartlett has designed steam drums and a unique drum internal used in low pressure steam drums requiring 99.98% quality steam. He has also designed in-line steam separators, turbine exhaust steam surface condensers, feed water heaters with constant steam side velocity, and activated carbon absorbers. Mr. Bartlett has designed filter separators, compressor interstage knock-out pots, and in-line strainers. Mr. Bartlett also performs design and trouble shooting of steam lines with expansion joints, and steam trap systems.

## BURNER, COMBUSTION, GAS THERMODYNAMICS

Mr. Bartlett's area of practice often requires combustion evaluation that considers the effect of gas density on convection and flow rates, and gas composition for such things as energy release, ignition temperature, lower explosive limits (LEL) and upper explosive limits (UEL).

Mr. Bartlett has utilized gas flow rate measurements versus flame size testing to evaluate eye witness

**Exhibit 1 in globo 218**

Page 4



testimony of ignition events.  Mr. Bartlett has performed air leakage rate measurements from components with known leaks to predict the leakage rate of a fuel gas from that system.

## FIRE CAUSE AND ORIGIN SUPPORT

Mr. Bartlett frequently provides metallurgical support regarding fire cause and origin investigations involving engines, hydrocarbon piping and equipment, pumps, motors and electrical wiring.

## FASTENERS AND BOLTED JOINTS

Mr. Bartlett deals with fastener specification or selection on all of his designs.  He often performs failure analyses of fasteners which typically involve an evaluation of the bolted joint or even its part in the entire device.  Mr. Bartlett has designed and performed trouble shooting of flanged joints and quick opening closures on pressure vessel and piping.  He has designed fluid sealing joints using O-rings, sheet gaskets, and even gasketless joints.  He has assisted boiler and vessel manufacturers with the diagnosis of flange leakage, and has utilized his experience in piping flexibility and flange design to demonstrate the validity of his theories of cause of leakage.

## FOREIGN OBJECT IDENTIFICATION

Mr. Bartlett has performed evaluations that involve the identification of objects that are in locations where the object should not be or was not intended to be. Identification of a foreign object could be an object that is internal or external to the system.  Foreign object identification often involves the use of stress analyses in order to determine the ability of an object to become loose from its foundation, mechanical and chemical testing in order to verify properties of the material of a foreign object, and evaluations of testimonial and circumstantial background information in order to determine the likelihood of the source of the foreign object.

## WELDING METALLURGY, PROCEDURE CERTIFICATION AND TROUBLESHOOTING

Mr. Bartlett has written welding procedures for alloyed steels, stainless, precipitation hardening and heat resisting steels, high nickel alloys, titanium, copper, aluminum, and cast iron.  His welding procedures emphasize productivity, and ease of obtaining sound welds.  Mr. Bartlett has diagnosed and devised creative solution to fabrication problems associated with the welding of highly restrained weldments and uncommon materials used in the fabrication of process equipment.  He has dealt with such problems as distortion, hot cracking, and embrittlement.  He has also developed pre and post weld heat treatment sequences for alloys with high hardenability.  Mr. Bartlett was certified by the American Welding Society as a Certified Welding Inspector (CWI) although he does not currently maintain his certification.

Mr. Bartlett has utilized metallographic techniques to confirm the presence of suspected hydrogen cold cracking in a weldment.  He was also able to identify the source of hydrogen leading to the failure, and recommend revisions to the welding procedure to avoid reoccurrence.

**Exhibit 1 in globo 219**

Page 5



## INSTRUCTIONAL COURSES AND MANUALS

Mr. Bartlett has trained draftsmen, designers, and construction associates in the practices and techniques of equipment design and construction. Mr. Bartlett has developed a "micro manufacturing" control system to manage the design, parts production and inventory, assembly and testing of the equipment that he designs. He also worked on the development of a "Drafting Standards Manual," and supervised the revision of the company Quality Control Manual when he had the position of Quality Control Manager. He has designed layouts for advertisements and presentations, and has worked with graphic artists and typographers to develop finished proofs.

Mr. Bartlett has also trained welders in machine setting and operation, and manual welding techniques. He has also developed a seminar/hands-on demonstration titled "The Physics of Welding," and a lecture titled "The Fundamentals of Fatigue and Fracture Mechanics" which he presents pro bono to local engineering students.

Mr. Bartlett has developed and taught specialized courses in his areas of expertise (see examples listed below). He has presented these courses to students in the USA, Kuwait, Peru, Australia, and Indonesia. He works to keep his courses lively and entertaining, and his presentation method is based on hourly segments which are each followed by a five minute test and break. This motivates the participants to pay attention, forces the practice of the recently learned material, and allows Mr. Bartlett to know immediately if the participants are not fully grasping a concept to allow for curative measures.

## DESIGN AND REPAIR OF WELD FABRICATED ITEMS

Mr. Bartlett has a strong background in the design of pressure vessels, process equipment, and machinery with particular emphasis on clad or solid alloy components that require both welding and machining. His proficiency with mathematics and mathematical software has allowed him to loft such complex shapes as the end of a pipe intersecting a pipe and also the opening of the intersected pipe. Mr. Bartlett has analyzed heat exchangers, pressure vessels, and assorted structures for stresses and deflection due to pipeline settlement, thermal expansion, wind or seismic loads. He is familiar with the practices and procedures of the construction industry with regard to the construction of structures and plant facilities. He has utilized this knowledge in his designs to facilitate the installation and use of process equipment.

## LIFTING EQUIPMENT AND RIGGING

Mr. Bartlett is familiar with the construction and failure modes of synthetic fiber rope, webs slings, other cordage, crane booms, crane pedestals, and wire rope. He has specified the test procedure and supervised the testing of synthetic fiber rope, web slings, other cordage, and large diameter wire rope. He has designed overhead crane components, repaired electric hoists, and managed the maintenance and repair of hydraulic cranes. He is familiar with the selection and maintenance of wire rope and synthetic fiber rope systems, the design of slings, lifting bridles, spreader bars, and padeyes. He has specified rigging procedures for handling and moving a variety of heavy equipment.

**Exhibit 1 in globo 220**

Page 6



## NON-DESTRUCTIVE TESTING

Mr. Bartlett has been involved in a number of projects related to the non-destructive examination of metallic components. He is well versed with non-destructive techniques such as radiographic testing, magnetic particle testing, ultrasonic examination, field hardness testing, liquid penetrant testing, and halide leak testing. He has extensive experience with these processes as applied to boilers, pressure vessels, tanks, heat exchangers, gears and forgings. He is familiar with the applicable Codes and standards such as ASME Sections I, II,  V, VIII (Div. 1 & Div. 2), and XI, the National Board Inspection Code, API-650 and 620, DNV, ABS, and SNT-TC-1A, and selected state codes. He has performed visual inspection of pressure vessels and boilers, and has visually inspected welds of a variety of processes and materials. He is familiar with surface and subsurface welding defects, their causes and prevention.

Mr. Bartlett has inspected galvanized coatings and recommended curative procedures to improve its surface finish. He has used the Equotip Hardness tester to measure the hardness of weld heat affected zones on production welds, and to determine if the hardness of boiler tube ends were within acceptable limits for rolling.

**PUBLICATION:**     R.D. Bartlett, "The Sulfidation of Zinc Oxide"
                               MS Thesis, The Ohio State  University, Columbus, Ohio, 1981.

**PRESENTATIONS:**

      "Identifying Causes of Failures in High Speed Rotating Assemblies"
           Gulf South Compressor Conference, Baton Rouge, LA, 1995.
      "The Value of the Median in Statistical Analysis"
           New Orleans American Society for Quality.
      "The Chi Square Non-Parametric Statistical Test"
           New Orleans American Society for Quality.
      "The Use of FEA in the Design Verification of ASME VIII, Div. 2 Pressure Vessels."
           UNO Civil Engineering Dept. 2 Hour Session.
      "The Use of Statistics in Quality Control Per Deming"
           American Society for Quality - N.O. Section
           American Society of Mechanical Engineers - N.O. Section

**Exhibit 1 in globo 221**

Page 7



"Metallurgy and Fractography as Forensic Engineering Tools"
    National Association of Marine Surveyors
    Joint ASM Materials Camp and NACE New Orleans Section.
"How a Diesel Engine Works"
    NAMS Diesel Engine Webinar, 21Feb2019
"The Use of 3D Solid Modeling as a Photogrammetry Tool"
    ASPRS Conference
"Fun with Cathodic Protection"
    Joint NACE and AWS Meeting New Orleans, LA, 20Feb2018
"Ethics & the Engineering Expert"
    American Society of Quality - N.O. Section 2019
"Accident Reconstruction Using 3D Computer Modeling With Humanoids"
    NAMS Conference, New Orleans, LA, 29Mar2021

**COURSES:** (Offered through Rike Services, Inc.)
    "Metallurgy in the Oil Field"
    "Design of ASME VIII Pressure Vessels"
    "Fabrication, Inspection, and Maintenance of Pressure Vessels"
    "Failure Analysis"
    "Welding Inspection"
    "Corrosion in Oil and Gas Field"

RDB profile 05Aug2022.wpd

**Exhibit 1 in globo 222**



**Appendix II**

**Exhibit 1 in globo 223**



**Fee Schedule**

**Professional Services**:

Principal Engineer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $365/hr

Mechanical Engineer, Registered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $225/hr

Mechanical Engineer, Associate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $190/hr

Senior Engineering Technician . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $160/hr

Engineering Technician . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150/hr

Engineering Assistant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100/hr

Designer Draftsperson. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $115/hr

Note: "Deposition Only" projects use the above rates times 1.3, and must be paid in advance.

**Expenses**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Cost x 1.25
**Mileage**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1.00/mile
**Equipment Rental** (e.g. Unmanned Aerial System (drone), load cells, etc.) . . . . . . . . . $350/day
**FEA Computer Software Charge** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500/month

**Overtime**:
Hourly fees for overtime services will be 1.3 times those shown above. Overtime is defined as time beyond 10 hours per day per man, or time outside of regular business hours (7:00 AM to 5:30 PM).
**Blocked Dates**:
15% of our hourly rate assuming 8 hour days will be assessed on dates blocked.

**Over Water Insurance Adder** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $15/hr
(charged only for our time on vessels or docks)

**Storage**:
Indoor Storage:           Greater of $50 per month or $5.00 per sq. ft. per month
Outdoor Storage:          Greater of $50 per month or $2.50 per sq. ft. per month

**Pre-Paid Retainer**:
Projects in which we provide Expert Witness services will require a prepaid retainer. The amount of this retainer will be determined by the extent of services required. We will invoice monthly for services performed to the date of the invoice. All fees must be paid in full prior to our testimony at trial.

Invoices over 30 days past due will be charged a finance fee of 1 ½% per month or the maximum rate allowed by law.

This Fee Schedule is for Professional Services which are not tangible, therefore sales tax is not due. Payments to Bartlett Engineering LLC (Tax I.D. No. 83-2933253) for other than tangible property may require you to issue a 1099-Misc form.

Fee Schedule 2024.wpd

**Exhibit 1 in globo 224**



**Appendix III**

Exhibit 1 in globo 225

**Testified in Deposition ONLY**
Robert D. Bartlett
as of 18Apr2023
page 1



| | |
|---|---|
| **Bartlett Engineering Project No. 1684:** | **Client**:   **Murphy, Rogers, Sloss, Gambel & Tompkins**<br>Attorney: Robert H. Murphy |
| Rodrick Howard<br>(Plaintiffs)<br>            vs.<br>Seaspan Corporation, and<br>Seaspan Flexstowe<br>(Defendants) | United States District Court<br>Eastern District of Louisiana<br>Civil Action No. 18-4612, Section "A"(4) |

- Retained by defendant's attorney.
- Evaluation of failed manway hinge causing injury to a deckhand.
- Date: November 19, 2019

| | |
|---|---|
| **Bartlett Engineering Project No. 1681:** | **Client**: **Nielsen & Treas, LLC**<br>Attorney: Sean Sullivan |
| Maino Storage #1, LLC, et al.<br>(Plaintiffs)<br>            vs.<br>Service Insurance Company<br>(Defendants) | United States District Court<br>Middle District of Louisiana<br>Case No.: 3:17-CV-01672-JWD-EWD |

- Retained by defendant's attorney.
- Evaluation of corrosion of flood effects on storage units.
- Date: July 15, 2020

**Exhibit 1 in globo 226**

**Testified in Deposition ONLY**
Robert D. Bartlett
as of 18Apr2023
page 2



| Bartlett Engineering Project No. 1744: | **Client**:  Galloway, Johnson, Tompkins, Burr & Smith |
|---|---|
| | Attorney: Frederick W. ("Billy") Swaim III |

| | |
|---|---|
| Terral River Service, Inc. and Navigators Insurance Company (Plaintiffs)<br><center>vs.</center><br>SCF Marine Inc. and Vessel Holdings 7, LLC (Defendants) | United States District Court<br>Western District of Louisiana<br>Civil Action No.: 19-406 |

-     Retained by plaintiff's attorney.
-     Evaluation of a fracture and the surrounding events that led to partial sinking of a barge.
-     Dates: July 28, 2020 and October 14, 2020

| Bartlett Engineering Project No. 1732: | **Client**: Spagnoletti Law Firm |
|---|---|
| | Attorney: Eric Rhine |

| | |
|---|---|
| Raymond Pesson, (Plaintiff)<br><center>vs.</center><br>ABSG Consulting, Inc. D/B/A ABS Consulting Inc.; ABSG Consulting Inc.; and ABS Group of Companies, inc. (Defendant) | 333rd Judicial District Court<br>Harris County, Texas<br>Cause No. 2019-32579 |

-     Retained by plaintiff's attorney.
-     Performed an evaluation of a non-skid stair tread.
-     Date: January 27, 2021

**Exhibit 1 in globo 227**

**Testified in Deposition ONLY**
Robert D. Bartlett
as of 18Apr2023
page 3



| | |
|---|---|
| **Bartlett Engineering Project No. 1703:** | **Client: Harris & Rufty LLC**<br>**Attorney:** Alfred Rufty |
| Atlantic Specialty Insurance Co., Et Al (Plaintiff) | United States District Court<br>Eastern District of Louisiana |
| vs. | Civil Action No. 20-1863 |
| Caterpillar, Inc. (Defendant) | |

- Retained by plaintiff's attorney
- Performed a metallurgical evaluation of a fractured caterpillar engine crankshaft that was installed on a maritime vessel.
- Date: August 11, 2021

| | |
|---|---|
| **Bartlett Engineering Project No. 1868:** | **Client**:    **Murphy, Rogers, Sloss, Gambel & Tompkins**<br>Attorney: Peter Sloss |
| Zurich American Insurance Company, as subrogee of Tenaris Global Services (U.S.A.) Corporation (Plaintiff) | 151st Judicial District Court<br>Harris County, Texas<br>Cause No. 2015-48186 |
| vs. | |
| Coastal Cargo of Texas, Inc. (Defendant) | |

- Retained by defendant's attorney.
- Performed an evaluation of reported damage to Tenaris pipe and Coastal Cargo pipe hooks.
- Date:  September 19, 2022

**Exhibit 1 in globo 228**

**Testified in Deposition ONLY**
Robert D. Bartlett
as of 18Apr2023
page 4



**Bartlett Engineering Project No. 1773:**    **Client**:    **Murphy, Rogers, Sloss, Gambel & Tompkins**
Attorney: Robert Murphy

Cox Operating, L.L.C.                    United States District Court
(Plaintiff)                              Eastern District of Louisiana
vs.                                      Civil Action No. 20-2845 C/W 20-2871
M/V Atina et al
(Defendant)

- Retained by defendant's attorney.
- Performed an evaluation of reported damage to an offshore platform.
- Date: January 17, 2023

**Bartlett Engineering Project No. 1881:**    **Client**:  **Galloway, Johnson, Tompkins, Burr & Smith**
Attorney: Frederick W. ("Billy") Swaim III

In the Matter of the Complaint              United States District Court
of Diamond B Industries, LLC,               Eastern District of Louisiana
as Owner and Operator of the M/V            Civil Action No.: 2:22-cv-00127 c/w 2:22-cv-574
River Diamond for Exoneration
from and/or Limitation of Liability

- Retained by defendant's attorney.
- Evaluation of a fracture and the surrounding events that led to a spud failure on a barge.
- Date: April 12, 2023

**Exhibit 1 in globo 229**



**Appendix IV**

**Exhibit 1 in globo 230**

**Trial Testimony**
as of 05Feb2024
Robert D. Bartlett
page 1



| | |
|---|---|
| **Bartlett Project No. 1576**<br>(Deposition also required) | Client: **Ayres, Shelton, Williams, Benson & Paine LLC**<br>Attorney: Lee Ayres<br>Representing: Michelle Williams and Nicole Williams Gross |
| Michelle Williams and Nicole Williams Gross<br>vs.<br>Centerpoint Energy Resources Corp., and The City of Shreveport, Louisiana | First Judicial District<br>Parish of Caddo State of Louisiana<br>Case No.: 600967 |

- Evaluation of circumstances surrounding a gas fire that occurred at a residence due to a fractured gas pipe that had been leaking gas.
- Testified as an expert in mechanical and metallurgical failure analysis. Our report utilized photogrammetry, fracture mechanics, and leak testing.
- Date: March 2019

| | |
|---|---|
| **Bartlett Project No. 1658**<br>(Deposition also required) | Client: **Pusateri, Johnston, Guillot & Greenbaum**<br>Attorney: Robert Johnston<br>Representing: Cantium LLC |
| In the matter of Gabriel Lasala, as the owner of the 2016 World Cat Model 295CC for Exoneration from or Limitation of Liability | United States District Court<br>Eastern District of Louisiana<br>Case No.: 2:18-cv-11057<br>Judge: Wendy E. Vitter |

- Evaluation of information pertaining to an allision between a recreational fishing boat and an offshore oil and gas platform.
- Testified as an expert in mechanical engineering, metallurgical engineering, failure analysis and accident reconstruction. Our report utilized photogrammetry, 3D modeling, functional testing of a navigational aid lantern, charge controller, and battery as well as illuminance testing of a navigational aid lantern.
- Date: June 2021

**Trial Testimony**
as of 05Feb2024
Robert D. Bartlett
page 2



| Bartlett Project No. 1708 | Client: **Galloway, Johnson, Tompkins, Burr & Smith** |
|---|---|
| | Attorney: Frederick W. "Billy" Swaim III |
| | Representing: Plimsoll Marine, Inc. |

| In the Matter of the Complaint of the Owners of the M/V Okaloosa for Exoneration From or Limitation of Liability | United States District Court Eastern District of Louisiana Case No.: 2:19-cv-14757 Judge: Jane T. Milazzo |
|---|---|

- Evaluation of the similarities between two fragments of synthetic rope including rope construction, dimensions, fracture characteristics, and FTIR spectroscopy for polymer matching identification.
- Testified as an expert in mechanical engineering, metallurgical engineering, material science and cordage. Our report utilized statistical analysis of diameter measurements in order to evaluate whether the population median diameters for the two rope specimens were the same, analysis of FTIR results in order to evaluate the similarities and differences in polymer composition, rope construction evaluations, and fracture characteristics of synthetic ropes.
- Date: March 2022

| Bartlett Project No. 1851 | Client: **Liskow & Lewis** |
|---|---|
| | Attorney: William B. Schwartz |
| | Representing: B&J, Inc. |

| In the Matter of the Complaint of B&J, Inc., as Owner and Operator, of Motor Vessel Zoie for Exoneration from or Limitation of Liability | United States District Court Western District of Louisiana Civil Action No.: 2:20-CV-686 Judge: James D. Cain, Jr. |
|---|---|

- Evaluation of an incident involving the deck barge M868.
- Testified as an expert in mechanical engineering, metallurgical engineering, and failure analysis. Our report utilized corrosion rate versus relative humidity analysis, forms of corrosion, leak rate curves and analysis, and photogrammetry.
- Date: April 2023

**Exhibit 1 in globo 232**

**Trial  Testimony**
as of 05Feb2024
Robert D. Bartlett
page 3



| **Bartlett Project No. 1877** | Client: **Jones Walker** |
|---|---|
| | Attorney: Jefferson R. Tillery |
| | Representing: LA Carriers, LLC |

| In the Matter of LA Carriers, LLC | United States District Court |
|---|---|
| as Owner and Operator of the | Eastern District of Louisiana |
| M/V Karen Koby, Petitioning | Civil Action No.: 2:22-CV-04987 |
| for Exoneration from or | Judge: Karen Wells Roby |
| Limitation of Liability | |

- Evaluation of an incident involving the D/B Ambition.
- Testified as an expert in mechanical engineering, metallurgical engineering, and failure analysis.
  Our report utilized flow rate and flow area, probability, forms of corrosion, polymer testing, and
  photogrammetry.
- Date: December 2023

**Exhibit 1 in globo 233**
RDB Trial Testimony 05Feb2024.wpd



Appendix V

Exhibit 1 in globo 234

June 5, 2024
**Daigle Fisse & Kessenich**
Evaluation of D/B Thor Breakaway



| Appendix V - Qualifications |
| --- |

I, Robert D. Bartlett, am the Principal Engineer at Bartlett Engineering LLC, 2617 Edenborn Ave., Ste. D, Metairie, Louisiana, 70002.  I am a registered professional engineer in Louisiana, Texas, Florida, and Mississippi.

In addition to my areas of expertise listed on my CV attached to this report in Appendix I, the following items are some of the specific aspects of my knowledge, training, and experience relevant to the topics which are addressed in this report.

I am familiar with the construction and failure modes of synthetic fiber ropes, wire ropes, belts, and slings; and I have performed many failure analyses of these items in various environments.  Many of those analyses have involved development of rope testing protocols and supervision of rope testing and evaluation of failure modes.  I have specified load handling slings and performed forensic evaluation of synthetic and wire rope failures involving resolution of forces on rope assemblies.

I spent a portion of my professional career working in a fabrication shop in which selection and care of synthetic fiber slings, and other rigging equipment were part of everyday tasks.  I have specified rigging procedures and lift plans which routinely involve the selection or design of rigging equipment.

A principal area of practice of Bartlett Engineering is the application of mechanical engineering and metallurgical engineering methods to assist in the forensic evaluations of failed structures, machinery components and other marine and industrial equipment.  I am a member of the American Society of Mechanical Engineers (ASME), and the American Society of Materials (ASM).  My failure analyses typically involve the use of engineering methods to evaluate evidence and its consistency with possible accident scenarios using statistical analyses and fluid dynamics in the form of conventional and computer calculations.  Fluid mechanics and the evaluation of the interaction of fluids and objects with relative velocities is a part of my practice.  I utilize principles of fluid mechanics together with established technologies such as guidance from design codes to determine the loads and required support means for components loaded by either liquid or gaseous fluids.

I often perform design and forensic evaluations for inland and offshore marine clients with some of these incidents involving moored ships and barges.  These evaluations involve accident reconstruction principles such as work and energy, momentum and impulse, forces due to moving fluids on objects and balancing forces and moments.  I have also evaluated the strength and deflection of unbraced piles when loaded laterally.

**Exhibit 1 in globo 235**

June 5, 2024
**Daigle Fisse & Kessenich**
Evaluation of D/B Thor Breakaway



I use peer reviewed methods of photogrammetry to determine geometrical relationships of items shown in photographs. Computer CAD models are used to illustrate relationships between items and to assist in calculations required for photogrammetric analyses. I am a member of the American Society of Photogrammetry and Remote Sensing (ASPRS), and photogrammetry is a common component of my failure analyses.

BE1775 RDB Federal Appendix V 05Jun2024.wpd

**Exhibit 1 in globo 236**