UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (collectively "Martin"), who, in accordance with Local Rule 56.1, and for purposes of the accompanying Motion for Summary Judgment, respectfully avers that the following material facts are not genuinely disputed (references to Exhibits are to the Exhibits attached to the Memorandum in Support):

1. The THOR is a derrick or crane barge that is 138 feet wide, 370 feet long, and has a draft of 26 feet. See Douglas Depo. at p. 306, ln. 11-13 (Ex. A).

2. On October 25, 2020, prior to her arrival at Martin Dock No. 16, the THOR was working a job in the Fieldwood area of the Gulf of Mexico. See Douglas Depo. at p. 98, ln. 18-21 (Ex. A).

3. Around that same timeframe, it became known through weather reports that a tropical system that ultimately became Hurricane Zeta was forecast to enter the Gulf of Mexico

with a projected landfall just east of New Orleans, and that there was a 90% chance that Zeta would become a hurricane. See Douglas Depo. at p. 98, ln. 17-25; p. 99 ln. 1-19 (Ex. A).

4. Ultimately, the decision was made by Shore interests that the THOR would depart the Fieldwood job on October 26, 2020, and ride out the storm at Martin Dock No. 16 in Port Fourchon, Louisiana. See Douglas Depo. at p. 101, ln. 14-24; p. 119, ln. 15-18 (Ex. A).

5. The THOR arrived at Martin Dock No. 16 in Port Fourchon, Louisiana, around 11:00 p.m. on October 26, 2020. See Douglas Depo. at p. 136, ln. 14-17 (Ex. A).

6. Approximately, one hour later at midnight on October 27, 2020, the process of securing the THOR to Martin Dock No. 16 began. See Douglas Depo. at p. 136, ln. 18-21 (Ex. A).

7. According to Terry Douglas, Port Fourchon was a good safe harbor and a good spot even if Zeta ultimately became a category 1 hurricane. See Douglas Depo. at p. 164, ln. 19-21 (Ex. A).

8. By 1:00 a.m. on October 27, 2020, the THOR was initially secured to Martin Dock No. 16 with eight mooring lines. See Douglas Depo. at p. 146, ln. 19-25; p. 147, ln. 1 (Ex. A).

9. At approximately 7:30 a.m. on October 27, 2020, Terry Douglas made the decision to put out two additional mooring wires (described as anchor cables) to secure the THOR to the dock, one from the vessel's bow and one from the stern. See Douglas Depo. at p. 157, ln. 6-25 (Ex. A).

10. Also, while the mooring wires were being placed, Terry Douglas went onto Martin Dock No. 16 and inspected the entire length of the dock. See Douglas Depo. at p. 309, ln. 3-25 (Ex. A).

11. In this respect, Terry Douglas testified that he saw no conditions on the dock that gave him concern in relation to mooring the THOR there for the hurricane, and further that had there been any such conditions, he would have told somebody and done things differently. See Douglas Depo. at p. 413, ln. 19-25; p. 414, ln. 1-11 (Ex. A).

12. Terry Douglas, as the THOR's superintendent, was the person responsible for making sure that the mooring lines and wires were being put out properly and that they were in the proper position. See Douglas Depo. at p. 179, ln. 21-25; p. 180, ln. 1-4 (Ex. A).

13. Terry Douglas further testified that the mooring of the THOR was done by the THOR's rigging crew and skeleton crew, that he did not request any equipment from Martin for purposes of securing the THOR to the dock, that he did not ask anyone from Martin about the best way to moor the THOR, and that no Martin personnel ever boarded the THOR for the purposes of discussing mooring or how to moor, where to moor, or what mooring devices to use. See Douglas Depo. at p. 414, ln. 12-25; p. 415, ln. 1-4 (Ex. A).

14. There were ten mooring bitts or bollards on Martin Dock No. 16. See Douglas Depo. at p. 188, ln. 10-18 (Ex. A).

15. According to Terry Douglas, eight of the ten mooring bitts or bollards on Martin Dock No. 16 were used to moor the THOR of which mooring lines were secured to six of those bitts or bollards, and an anchor wire or cable was secured to each of the two remaining bitts or bollards. See Douglas Depo. at p. 188, ln. 10-25; p. 189, ln. 1-2 (Ex. A).

16. The third bitt or bollard from the stern of the THOR moving forward was not used; nor was the tenth bitt or bollard located at the very end of the dock past the THOR's bow. See Douglas Depo. at p. 189, ln. 3-7 (Ex. A).

17. In addition to the mooring lines and cables that had been deployed, the Tug Crosby ENDEAVOR was connected to the THOR with lines and situated alongside the THOR's port side in order to assist the THOR in remaining alongside the dock if necessary. See Douglas Depo. at p. 175, ln. 10-25; p. 176, ln. 1-19 (Ex. A).

18. At approximately 4:04 p.m. on October 28, 2020, the THOR broke loose from her moorings. See Douglas Depo. at p. 254, ln. 18-20 (Ex. A).

19. Terry Douglas, who was aboard the THOR throughout, does not know what line was the first one to break, see Douglas Depo. at p. 233, ln. 13-16 (Ex. A), but he testified that the vessel began to come away from the dock stern first, see Douglas Depo. at p. 235, ln. 3-14 (Ex. A).

20. Ultimately, as the THOR started drifting away from the dock, the last mooring connection between the THOR and the dock was the starboard bow breast wire. See Douglas Depo. at p. 389, ln. 16-20 (Ex. A).

21. According to Terry Douglas, the starboard bow breast wire did not immediately break; instead, the wire payed out approximately 2500 feet before ultimately breaking after he believed the wire got caught underneath the THOR. See Douglas Depo. at p. 389, ln. 16-25; p. 189, ln. 1-5 (Ex. A).

22. Ultimately, photographs taken on the Martin dock a few days after the hurricane made landfall showed that the THOR's starboard stern anchor cable which was led to bitt number 1 parted with the choked off line remaining on the bitt, that the mooring lines led to bitts 2, 3, 4, 5, and 7 parted with the eyes of those lines still secured to the bitts, and bitt number 6 on the dock broke and it is unknown where the mooring line attached to bitt 6 may have ended up. See Douglas

Depo. at p. 422, ln. 21-25; p. 423, ln. 1-25; p. 424, ln. 1-8; p. 426 ln. 7-11; p. 548 ln. 11-25 (Ex. A).

23. The Greater Lafourche Port Commission, from whom Martin leases the dock, inspected the dock on an annual basis, see Deposition of Terry Damon King ("King Depo.") at p. 78, ln. 10-13 (Ex. B), the U.S. Coast Guard inspected Martin's dock several times a year on an unannounced basis, see Deposition of Robbie Plaisance ("Plaisance Depo.") at p. 106, ln. 13-16 (Ex. C), and Martin itself conducted monthly inspections of the dock, see King Depo. at p. 76, ln. 17-25 (Ex. B).

24. In fact, just prior to the breakaway in question, the Greater Lafourche Port Commission inspected the dock on October 20, 2020, see King Depo. at p. 90, ln. 5-10 (Ex. B), and the U.S. Coast Guard inspected the dock on October 26, 2020, see King Depo. at p. 90, ln. 17-25; p. 91 ln. 1-4 (Ex. B). See also Plaisance Depo. at p. 97, ln. 1-9 (Ex. C).

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**

/s/ Kirk N. Aurandt
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  (985) 871-0800
Facsimile:   (985) 871-0899
Email: mmcmahon@daiglefisse.com
        kaurandt@daiglefisse.com
        egarner@daiglefisse.com
***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***