UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br><br>SECTION: A (3)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE DOSSIER<br><br>ADMIRALTY - Rule 9(h)<br>Applies to: All Cases |

### MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND ACT OF GOD DEFENSE

**NOW INTO COURT**, through undersigned counsel, comes Limitation Petitioner, Crosby Tugs, LLC ("Crosby"), who, in accordance with Federal Rule of Civil Procedure 56, moves this Honorable Court for summary judgment on all claims filed against Crosby on the basis that there is no evidence to establish that the breakaway of the D/B THOR on October 28, 2020 was proximately caused by negligence on the part of Crosby or by any unseaworthy condition in its towing vessel, the M/V CROSBY ENDEAVOR. Furthermore, because the undisputed evidence also establishes that Crosby acted reasonably under the circumstances, it may properly invoke and succeed on its Act of God defense.[1]

**WHEREFORE**, for the reasons for fully outlined in the accompanying Memorandum in Support, summary judgment is warranted and all claims against Crosby should be dismissed with prejudice.

---

[1] *See, e.g.*, Crosby's Affirmative Defenses in R. Docs. 114-140.

Respectfully submitted,

*/s/ Jefferson R. Tillery*

JEFFERSON R. TILLERY (La. Bar No. 17831)
ALFRED J. RUFTY, III (La. Bar No. 19990)
VALERIE E. FONTENOT (La. Bar. No. 35129)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8616
Facsimile:    (504) 589-8616
E-Mail:    jtillery@joneswalker.com
   arufty@joneswalker.com
   vfontenot@joneswalker.com
   skuebel@joneswalker.com

***Attorneys for Limitation Petitioner, Crosby Tugs, LLC***