# Transcript of the Testimony of
# 30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.

**Date taken: May 24, 2023**

**All Coast, LLC v. Shore Offshore Services, LLC**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT 2**

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 2 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
ALL COAST, LLC      *   CIVIL ACTION
                    *   NO. 21-258, C/W 21-337,
                    *   21-464, 21-822, 21-1968,
                    *   21-1969, 21-1982,
VERSUS              *   21-1981, 21-2075,
                    *   21-2227
                    *
                    *   SECTION "A"
SHORE OFFSHORE      *   HON. JAY C. ZAINEY
SERVICES, LLC       *   MAGISTRATE: (4)
                    *   HON. KAREN WELLS ROBY
                    *
                    *   APPLIES TO ALL CASES
```

RULE 30(b)(6)
DEPOSITION OF
DAWN SERVICES, L.L.C

DAWN SERVICES, L.L.C., through its representative, Michael W. Grace, Jr., Vice-President, Dawn Services, L.L.C., 851 MacArthur Avenue, Harvey, Louisiana 70058, taken in person and via ZOOM Videoconference, in the offices of Liskow & Lewis, 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139, on Wednesday, the 24th day of May, 2023.

APPEARANCES: (VIA ZOOM)

    ARNOLD & ITKIN, LLP
    (By:  John G. Grinnan, Jr., Esquire)
    6009 Memorial Drive
    Houston, Texas 77007

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 3 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 2

```
 1
     APPEARANCES: (IN PERSON)
 2
         PUSATERI, JOHNSTON,
 3        GUILLOT & GREENBAUM, LLC
         (By:  Jacob A. Altmyer, Esquire)
 4       1100 Poydras Street, Suite 2250
         New Orleans, Louisiana 70163
 5
              (Attorneys for Modern American
 6               Railroad Services, L.L.C., and
                 Shore Offshore Services, LLC)
 7
         LISKOW & LEWIS, APLC
 8       (By:  David L. Reisman, Esquire)
         701 Poydras Street, Suite 5000
 9       New Orleans, Louisiana 70139
10            (Attorneys for Dawn Services, LLC)
11       ADAMS & REESE, LLP
         (By:  Matthew C. Guy, Esquire)
12       701 Poydras Street, Suite 4500
         New Orleans, Louisiana 70139
13
              (Attorneys for Harvey Gulf
14               International Marine, LLC)
15   APPEARANCES (VIA ZOOM):
16       SPAGNOLETTI LAW FIRM
         (By:  Marc E. Kutner, Esquire)
17       401 Louisiana Street, 8th Floor
         Houston, Texas 77002
18
              (Attorneys for Montrell Smith and
19               Randy Rials)
20       JONES WALKER, LLP
         (By:  Alfred J. Rufty, III, Esquire
21             Sara B. Kuebel, Esquire)
         201 St. Charles Avenue, Suite 5100
22       New Orleans, Louisiana 70170
23            (Attorneys for Crosby Tugs, LLC)
24
25
```

Case 2:21-cv-00258-JCZ-EJD    Document 780-4    Filed 10/28/25    Page 4 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 3

```
 1    APPEARANCES (VIA ZOOM):
 2         DAIGLE, FISSE & KESSENICH
           (By:  Demi M. Dantin, Esquire)
 3         227 Highway 21
           Madisonville, Louisiana 70447
 4
                (Attorneys for Martin Interests)
 5
           GALLOWAY, JOHNSON, TOMPKINS,
 6          BURR & SMITH, APLC
           (By:  Kelsey L. Bonnaffons, Esquire)
 7         #3 Sanctuary Boulevard, Suite 301
           Mandeville, Louisiana 70471
 8
                (Attorneys for Coastal Towing, LLC,
 9                and Talisman Casualty Insurance
                  Company, LLC)
10
           FLANAGAN PARTNERS, LLP
11         (By:  Laurent J. Demosthenidy, Esquire)
           201 St. Charles Avenue, Suite 3300
12         New Orleans, Louisiana 70170
13              (Attorneys for Weeks Marine, Inc.,
                  and GOL, LLC)
14
           CHAFFE MCCALL, LLP
15         (By:  Catherine G. Schroeder, Esquire)
           1100 Poydras Street, Suite 2300
16         New Orleans, Louisiana 70163
17              (Attorneys for Chubb Underwriting
                   Agencies, Ltd.)
18
           CHAFFE McCALL, LLP
19         (By:  John M. Ribarits, Esquire)
           801 Travis Street, Suite 1910
20         Houston, Texas 77002
21              (Attorneys for Premier Offshore
                   Catering, Inc.)
22
           PALMINTIER LAW GROUP
23         (By:  Michael C. Palmintier, Esquire)
           618 Main Street
24         Baton Rouge, Louisiana 70801
25              (Attorneys for Terrynn Lyons)
```

Case 2:21-cv-00258-JCZ-EJD Document 780-4 Filed 10/28/25 Page 5 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 4

```
 1    APPEARANCES (VIA ZOOM):
 2         ALLEN & GOOCH
           (By:  John H. Hughes, Esquire
 3                Alan J. Meche, Esquire)
           2000 Kaliste Saloom Road, Suite 400
 4         Lafayette, Louisiana 70508
 5             (Attorneys for Garber Brothers,
                LLC, Gulf Logistics, LLC, C&G
 6              Boats, Inc.)
 7         FRILOT, LLC
           (By:  Blake C. Donewar, Esquire)
 8         1100 Poydras Street, Suite 3700
           New Orleans, Louisiana 70163
 9
               (Attorneys for Greater Lafourche
10              Port Commission)
11         THE MOELLER FIRM, LLC
           (By:  Kassie L. Richbourg, Esquire)
12         650 Poydras Street, Suite 2516
           New Orleans, Louisiana 70130
13
               (Attorneys for All Coast, LLC)
14
      REPORTED BY:
15
           LINDA G. GRIFFIN, RPR
16         CERTIFIED COURT REPORTER
17                       ***
18
19
20
21
22
23
24
25
```

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 5

1               I N D E X

2

3             EXAMINATION

4

5                               PAGE

6
    EXAMINATION BY MR. ALTMYER ........  10
7
    EXAMINATION BY MR. GRINNAN ........ 333
8
    EXAMINATION BY MR. ALTMYER ........ 458
9
    EXAMINATION BY MR. REISMAN ........ 470
10
    EXAMINATION BY MR. GRINNAN ........ 491
11

12

13                  ***

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:21-cv-00258-JCZ-EJD    Document 780-4    Filed 10/28/25    Page 7 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 6

```
 1                        EXHIBITS
 2                                                 PAGE
 3     EXHIBIT NO. 126 ..................    19
       Re-Notice of Fed.R.Civ.P.Rule 30(B)(6)
 4     Deposition of Dawn Services, LLC
 5     EXHIBIT NO. 127...................    40
       Master Vessel Time Charter
 6     6/9/17; Dawn 000388 - 000401
 7     EXHIBIT NO. 128 ..................    72
       Dawn Services, LLC; Website Page
 8     "Our Fleet"
 9     EXHIBIT NO. 129 ..................   103
       On/Off Hire Letters
10     10/08/20 - 11/03/20
       Dawn 000373 - 000383
11
       EXHIBIT NO. 130...................   147
12     On-Hire Letter; 06/04/19
       To:  Tommy Gibilterra
13
       EXHIBIT NO. 131...................   187
14     Trident Marine Managers, Inc.
       Insurance Policy; 10/30/19 - 04/30/21
15     Dawn 000405 - 000413
16     EXHIBIT NO. 132...................   225
       Email; Master Service Agreement
17     Crosby 000030 - 000035
18     EXHIBIT NO. 133 ..................   237
       Dawn Services Morning Report
19     10/26/20 - 10/28/20
       Dawn 000402 - 000404
20
       EXHIBIT NO. 134...................   255
21     Email; Grace to Arana
       10/20/20; Subj:  Crew Change
22     Dawn 000181
23     EXHIBIT NO. 135 ..................   258
       Email; Roberts to Grace
24     10/16/20; Subj:  Crew Change
       Dawn 000247
25
```

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 8 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 7

```
 1    EXHIBIT NO. 136 .................     259
      Email; Grace to Arana; 10/19/20
 2    Subj:  Crosby Endeavor Fuel
      Dawn 000183
 3
      EXHIBIT NO. 137 .................     262
 4    Emails; Grace to Arana; 10/16/20
      Subj:  LA ELITE/LA COMMANDER
 5    Dawn 000189 - 000190
 6    EXHIBIT NO. 138 .................     265
      Email; Grace to Sims; 10/26/20
 7    Subj: THOR
      Dawn 000149
 8
      EXHIBIT NO. 139 .................     267
 9    Email; Grace to Danos; 10/26/20
      Subj: CROSBY ENDEAVOR
10    DAWN 000235
11    EXHIBIT NO. 140 .................     269
      Email; Grace to Arana; 10/20/20;
12    Subj: Manifest Rev1
      Dawn 000179
13
      EXHIBIT NO. 141 .................     270
14    Email; Grace to Arana; 10/22/20
      Subj: On-Hire Agreement - M/V
15    CROSBY ENDEAVOR (REQ#YH1849)
      Dawn 000175
16
      EXHIBIT NO. 142 .................     272
17    Emails; Danos to Grace; 10/22/20
      Subj: ENDEAVOR
18    Dawn 000227 - 000228
19    EXHIBIT NO. 143 .................     277
      Text Messages; Danos
20    08/07/20 - 11/10/20
      Dawn 000282 - 000286
21
      EXHIBIT NO. 144 .................     279
22    Email; Danos to Grace
      10/25/20; Subj: Tropical Storm Zeta
23    Advisory 5
      Dawn 000226
24
      EXHIBIT NO. 145 .................     392
25    Drawing by John Grinnan
```

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 9 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

```
                                                              Page 8
 1    EXHIBIT NO. 146 ................    466
      Certificate of Liability Insurance
 2    10/28/20
      Dawn 000384 - 000387
 3

 4                       ***

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:21-cv-00258-JCZ-EJD    Document 780-4    Filed 10/28/25    Page 10 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 9

1              S T I P U L A T I O N
2
3              It is stipulated and agreed by and
4     between counsel for the parties hereto that
5     the deposition of the aforementioned witness
6     is hereby being taken for all purposes
7     allowed under the Federal Rules of Civil
8     Procedure, in accordance with law, pursuant
9     to notice;
10             That the formalities of reading and
11    signing are specifically not waived;
12             That the formalities of sealing,
13    certification and filing are specifically
14    waived;
15             That all objections, save those as
16    to the form of the question and the
17    responsiveness of the answer, are hereby
18    reserved until such time as this deposition,
19    or any part thereof, may be used or sought
20    to be used in evidence.
21                 *     *     *     *
22             LINDA G. GRIFFIN, CCR, Registered
23    Professional Reporter, in and for the State
24    of Louisiana, officiated in administering
25    the oath to the witness.

Case 2:21-cv-00258-JCZ-EJD Document 780-4 Filed 10/28/25 Page 11 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 10

1         DAWN SERVICES, L.L.C., through its
2       Representative, MICHAEL W. GRACE, JR.,
3        VICE-PRESIDENT, DAWN SERVICES, L.L.C.,
4    after having been first duly sworn by the
5    above-mentioned Registered Professional
6    Reporter, did testify as follows:
7              (On the record at 10:06 a.m.)
8    EXAMINATION BY MR. ALTMYER:
9         Q    Mr. Grace, we just met off the
10   record.  My name is Jacob Altmyer.  I
11   represent Shore Offshore Services and Modern
12   American Railroad Services, LLC.  Just sitting
13   here today, have you ever been deposed before?
14        A    Yes.
15        Q    Okay.  Just some ground rules, and
16   if you've been deposed before, but some
17   instructions going on here.  Please provide
18   audible answers to the court reporter.  If I
19   ask a question that requires a "yes" or "no"
20   answer, please audibly say "yes" or "no."
21   Head nods, up and down, the court reporter
22   can't pick that up.  This isn't a video
23   deposition, so you're not being videoed here
24   today.
25              If you don't understand a question,

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 12 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 195

1   questions.  I'm talking about when Dawn is
2   brokering the boat.  Does Dawn discuss with
3   the third-party owner of the vessel, No. 1,
4   the job to be performed?
5        A    Yes.
6        Q    Okay.  Does Dawn discuss with the
7   third-party vessel owner whether or not that
8   owner believes that the vessel that it's going
9   to provide is sufficient to perform that job?
10       A    Yes.
11       Q    Okay.
12       A    When you say "sufficient," what are
13  you trying to --
14       Q    I'll throw an example out there.
15       A    Okay.
16       Q    If Shore requested an anchor
17  handling tug, --
18       A    Okay.
19       Q    -- and then you go to a third party
20  and say, "Do you have any anchor handling tugs
21  available," do you then discuss with them
22  whether or not the tugs that they offer are
23  going to be able to perform that work?
24       A    I would go -- in this particular
25  instance, Shore requested an anchor handling

Case 2:21-cv-00258-JCZ-EJD   Document 780-4   Filed 10/28/25   Page 13 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 196

1   tug to handle the THOR.  They wanted a big
2   tug.  So when I went to Crosby, I explained to
3   them, the derrick barge that they were going
4   to be working for and the job details.  Kurt
5   Crosby then called Tommy Gibilterra to discuss
6   it, and what was proposed, the CROSBY
7   ENDEAVOR.
8        Q    Okay.  So I guess what I'm getting
9   at is just even generally, in the just general
10  terms of brokering, the customer tells you
11  what the job's going to be, right?
12       A    Correct.
13       Q    And then what I'm trying to get at
14  is do you then convey to a third-party vessel
15  owner -- for instance, you're going to be
16  working for the D/B THOR; it's a big derrick
17  barge.  They need a big tug.  "We're going to
18  need a tug of a certain size"?
19            MR. REISMAN:
20                 Object to the form.
21            THE WITNESS:
22                 I never say, this is the size
23      tug we need.
24  EXAMINATION BY MR. ALTMYER:
25       Q    Okay.  That's something that you

Case 2:21-cv-00258-JCZ-EJD Document 780-4 Filed 10/28/25 Page 14 of 14

30(b)(6) Deposition of Dawn Services, L.L.C. through Michael W. Grace, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 197

```
 1   just describe whatever is conveyed to you from
 2   your customer --
 3        A    Customer.
 4        Q    -- to whoever the third-party
 5   vessel owner is, and then you leave it to them
 6   to decide what vessel that they're going to
 7   provide for that work?
 8        A    Right.  They make the decision on
 9   what vessel they're going to provide.
10        Q    Okay.  And "they" is the --
11        A    The third party.
12        Q    -- third-party vessel owner.
13   That's all I'm trying to get at.  When
14   brokering a vessel, does Dawn discuss with the
15   vessel's owners about the vessel's crew and
16   their experience?
17        A    No.  The vessel owner makes that.
18        Q    When brokering a vessel, does Dawn
19   confirm with the vessel's owner whether all
20   wheelhouse personnel possess valid and current
21   U.S. Coast Guard licenses?
22        A    Could you repeat the question?
23        Q    Yeah.  When Dawn is brokering a
24   vessel, from a third-party vessel owner, does
25   Dawn confirm with the vessel's owner whether
```