Transcript of the Testimony of
# Videotaped Deposition of Walter Everett, Jr.

**Date taken: April 4, 2023**

**All Coast, LLC v. Shore Offshore Services, LLC**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT
4

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION |
| | * | NO. 21-258, C/W 21-337, |
| | * | 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1982, |
| VERSUS | * | 21-1981, 21-2075, |
| | * | 21-2227 |
| | * | |
| | * | SECTION "A" |
| SHORE OFFSHORE | * | HON. JAY C. ZAINEY |
| SERVICES, LLC | * | MAGISTRATE: (4) |
| | * | HON. KAREN WELLS ROBY |
| | * | |
| | * | APPLIES TO ALL CASES |

      Videotaped Deposition of WALTER EVERETT, JR., 606 South Spruce Street, Vidalia, Louisiana 71373, taken in person and via ZOOM Videoconference, in the offices of Jones Walker, LLP, 201 St. Charles Avenue, Suite 5100, New Orleans, Louisiana 70170, on Tuesday, the 4th day of April, 2023.

APPEARANCES: (VIA ZOOM)

     ARNOLD & ITKIN, LLP
     (By: John G. Grinnan, Esquire)
     6009 Memorial Drive
     Houston, Texas 77007

       (Attorneys for Claimants)

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 2

```
 1    APPEARANCES: (VIA ZOOM)
 2         PALMINTIER LAW GROUP
           (By:  Michael C. Palmintier, Esquire)
 3         618 Main Street
           Baton Rouge, Louisiana 70801
 4
                (Attorneys for Terrynn Tyrell Lyons)
 5
           SPAGNOLETTI LAW FIRM
 6         (By:  Marc E. Kutner, Esquire)
           401 Louisiana Street, 8th Floor
 7         Houston, Texas 77002
 8              (Attorneys for Montrell Smith and
                  Randy Rials)
 9
10    APPEARANCES (IN PERSON):
11         PUSATERI, JOHNSTON,
             GUILLOT & GREENBAUM, LLC
12         (By:  Jacob A. Altmyer, Esquire
                  Meredith W. Blanque, Esquire)
13         1100 Poydras Street, Suite 2250
           New Orleans, Louisiana 70163
14
                (Attorneys for Modern American
15                Railroad Services, L.L.C., and
                  Shore Offshore Services, LLC)
16
           JONES WALKER, LLP
17         (By:  Alfred J. Rufty, III, Esquire
                  Sara B. Kuebel, Esquire)
18         201 St. Charles Avenue, Suite 5100
           New Orleans, Louisiana 70170
19
                (Attorneys for Crosby Tugs, LLC)
20
           MEYER ORLANDO, LLC
21         (By:  Cameron A. Hatzel, Esquire)
           13201 Northwest Freeway, Suite 119
22         Houston, Texas 77040
23              (Attorneys for Oceaneering
                  International, Inc.)
24
25
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 3

```
 1    APPEARANCES: (IN PERSON)
 2        LISKOW & LEWIS
          (By:  David L. Reisman, Esquire)
 3        701 Poydras Street, Suite 5000
          New Orleans, Louisiana 70139
 4
              (Attorneys for Dawn Services, LLC)
 5
          ADAMS & REESE, LLP
 6        (By:  Charles A. Cerise, Jr., Esquire
                Edwin C. Laizer, Esquire)
 7        701 Poydras Street, Suite 4500
          New Orleans, Louisiana 70139
 8
              (Attorneys for Harvey Gulf
 9               International Marine, LLC)
10
      APPEARANCES (VIA ZOOM):
11
          CHAFFE, McCALL, LLP
12        (By:  John M. Ribarits, Esquire)
          801 Travis Street, Suite 1910
13        Houston, Texas 77002
14            (Attorneys for Premier Offshore
                Catering, Inc.)
15
          DAIGLE, FISSE & KESSENICH
16        (By:  Michael W. McMahon, Esquire)
          227 Highway 21
17        Madisonville, Louisiana 70447
18            (Attorneys for Martin Interests)
19        CHAFFE, McCALL, LLP
          (By:  Alexander J. DeGiulio, Esquire)
20        1100 Poydras Street, Suite 2300
          New Orleans, Louisiana 70163
21
              (Attorneys for Chubb Underwriting
22               Agencies, Ltd.)
23
24
25
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

```
                                                   Page  4
 1    APPEARANCES:   (VIA ZOOM)
 2         GALLOWAY, JOHNSON, TOMPKINS,
           BURR & SMITH
 3         (By:  Patrick J. Schepens, Esquire)
           #3 Sanctuary Boulevard, Suite 301
 4         Mandeville, Louisiana 70448
 5              (Attorneys for Coastal Towing, LLC,
                 and Talisman Casualty Insurance
 6               Company, LLC)
 7         DEGAN, BLANCHARD & NASH
           (By:  Philip C. Brickman, Esquire)
 8         400 Poydras Street, Suite 2600
           New Orleans, Louisiana 70130
 9
                (Attorneys for U.S. Specialty
10               Insurance Company)
11         FLANAGAN PARTNERS, LLP
           (By:  Laurent J. Demosthenidy, Esquire)
12         201 St. Charles Avenue, Suite 3300
           New Orleans, Louisiana 70170
13
                (Attorneys for Weeks Marine, Inc.,
14               and GOL, LLC)
15         THE MOELLER FIRM, LLC
           (By:  David K. Smith, Esquire)
16         650 Poydras Street, Suite 2516
           New Orleans, Louisiana 70130
17
                (Attorneys for All Coast, LLC)
18
           ALLEN & GOOCH
19         (By:  John H. Hughes, Esquire)
           2000 Kaliste Saloom Road, Suite 400
20         Lafayette, Louisiana 70508
21              (Attorneys for Garber Brothers, LLC)
22         ALLEN & GOOCH
           (By:  Alan J. Meche, Esquire)
23         2000 Kaliste Saloom Road, Suite 400
           Lafayette, Louisiana 70508
24
                (Attorneys for Gulf Logistcs, LLC,
25               and C&G Boats, Inc.)
```

Page 5

```
 1    APPEARANCES:  (VIA ZOOM)

 2         PHELPS DUNBAR, LLP
           (By:  Claire M. Zeringue, Esquire)
 3         365 Canal Street, Suite 2000
           New Orleans, Louisiana 70130
 4
                (Attorneys for Complete Logistical
 5                 Services, LLC)

 6         FRILOT, LLC
           (By:  Blake C. Donewar, Esquire)
 7         1100 Poydras Street, Suite 3700
           New Orleans, Louisiana 70163
 8
                (Attorneys for the Greater
 9                 Lafourche Port Commission)

10    ALSO PRESENT:

11         WADE SAVOY
           Director of QHSE, Crosby Tugs, LLC
12

13    VIDEOGRAPHER:

14         MICHAEL BERGERON
           PSR, INC.
15

16    REPORTED BY:

17         LINDA G. GRIFFIN, RPR
           CERTIFIED COURT REPORTER
18                       * * *

19

20

21

22

23

24

25
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 6

1                    I N D E X

2                  EXAMINATION

3                                    PAGE

4    EXAMINATION BY MR. ALTMYER  . . . . . . . .   14

5    EXAMINATION BY MR. CERISE  . . . . . . . .   365

6    EXAMINATION BY MR. McMAHON  . . . . . . . .   379

7    EXAMINATION BY MR. DEMOSTHENIDY  . . .   394

8    EXAMINATION BY MR. GRINNAN  . . . . . . . .   396

9    EXAMINATION BY MR. REISMAN  . . . . . . . .   597

10   EXAMINATION BY MR. HUGHES  . . . . . . . .   625

11   EXAMINATION BY MR. MECHE  . . . . . . . . .   628

12   EXAMINATION BY MR. ALTMYER  . . . . . . . .   633

13   EXAMINATION BY MR. GRINNAN  . . . . . . . .   639

14

15                    * * *

16

17

18

19

20

21

22

23

24

25

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 7

```
 1                    EXHIBITS
 2                                        PAGE
 3     EXHIBIT NO. 60 .................    22
       Vessel Incident Report
 4     Crosby Tugs, LLC; CROSBY 000003
 5     EXHIBIT NO. 61 .................    37
       Crew Statement Form; 10/29/20
 6     CROSBY 000004
 7     EXHIBIT NO. 62 .................    39
       USCG WITNESS/INVESTIGATOR
 8     STATEMENT FORM; 10/29/20
 9     EXHIBIT NO. 63 ...............1..   39
       USCG; Department of Homeland Security
10     Report of Marine Casualty...
       11/02/20
11     CROSBY 000079 - 000081
12     EXHIBIT NO. 64 .................    51
       Merchant Mariner Credentials
13     Walter Everett, Jr.
       CROSBY 002154 - 002156
14
       EXHIBIT NO. 65 .................    94
15     Application for Employment
       Walter Everett, Jr.; Crosby Tugs, LLC
16     08/23/06
       CROSBY 002086 - 002098
17
       EXHIBIT NO. 66 .................   107
18     2020 Weekly Meeting & Drill Schedule
       CROSBY 002497 - 002498
19
       EXHIBIT NO. 67 .................   134
20     "Reason for Loss of Safety Bonus"
       CROSBY 002115
21
       EXHIBIT NO. 68 .................   174
22     Logbook; 10/15 - 10/30/20
       CROSBY 002639 - 002643
23     CROSBY 000446 - 000456
24     EXHIBIT NO. 69 .................   237
       USCG-NO
25     Marine Safety Information Bulletin
```

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Page 8

```
 1     EXHIBIT NO. 70 ..................    239
       USCG-NO
 2     Marine Safety Information Bulletin
       Setting of Port Condition YANKEE
 3     CROSBY 001419 - 001421

 4     EXHIBIT NO. 71 ..................    250
       GLPC Ordinance No. 71
 5
       EXHIBIT NO. 72 ..................    264
 6     Crosby Tugs, LLC
       Towing Safety & Environmental
 7       Management System Manual (Excerpt)
       CROSBY 00474; 000530 - 000533
 8
       EXHIBIT NO. 73 ..................    342
 9     Video (Jump Drive)

10     EXHIBIT NO. 74 ..................    342
       Video - Cloyd (Jump Drive)
11
       EXHIBIT NO. 75 ..................    480
12     Forecast Maps; Hurricane Zeta

13                     ***

14

15

16

17

18

19

20

21

22

23

24

25
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 9

```
 1                    MARKED QUESTIONS
 2    P.535  Q.  Well, he just, well, gave an
      inconsistent answer.  I'm just trying to make
 3    sure.  You're required to follow the orders
      that operations gives you, right?
 4                         **
      P.540  Q.  All right, sir.  Did you know that
 5    the only purpose that you could possibly have
      been hired to be out there that day, was to
 6    help ensure that the THOR stayed tied up
      against the dock during the hurricane?
 7                         **
      P.550  Q.  You knew that the only purpose of
 8    you being there that day was to prevent the
      THOR from floating away by pushing it toward
 9    the dock, --
      MR. RUFTY:  Objection.  Asked and answered
10    several times.
      MR. GRINNAN:  -- in the event that you --
11    MR. RUFTY:  I instruct the witness not to
      answer.  Take it up with the Magistrate.
12    MR. GRINNAN:  -- in the event that you were
      directed to do so by the THOR, fair?
13                         **
      P.555  Q.  Okay.  And so the only purpose that
14    you were hired to be there that day was to
      push the D/B THOR up against the dock in the
15    event that it became unmoored, and even though
      that was the only purpose for you being there
16    that day, you were not configured in a way
      that you could have ever provided that
17    service, if you were directed to, right?
                           **
18    P.564  Q.  If you knew that the sole purpose
      of you being there that day was to provide
19    pushing services, and you knew that you were
      not going to do it, in the event that it was
20    needed, why didn't you tell anybody on board
      that you were not a safety net?
21                         **
      P.580  Q.  If they did, would it be in the
22    TSMS manual?
                           **
23

24

25
```

Page 10

1              S T I P U L A T I O N

2

3           It is stipulated and agreed by and

4   between counsel for the parties hereto that

5   the deposition of the aforementioned witness

6   is hereby being taken for all purposes

7   allowed under the Federal Rules of Civil

8   Procedure, in accordance with law, pursuant

9   to notice;

10           That the formalities of reading and

11  signing are specifically waived;

12           That the formalities of sealing,

13  certification and filing are specifically

14  waived;

15           That all objections, save those as

16  to the form of the question and the

17  responsiveness of the answer, are hereby

18  reserved until such time as this deposition,

19  or any part thereof, may be used or sought

20  to be used in evidence.

21                *       *       *       *

22           LINDA G. GRIFFIN, CCR, Registered

23  Professional Reporter, in and for the State

24  of Louisiana, officiated in administering

25  the oath to the witness.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 11

1                  WALTER EVERETT, JR.,

2     after having been first duly sworn by the

3     above-mentioned Registered Professional

4     Reporter, did testify as follows:

5                    (On the record at 10:17 a.m.)

6          THE VIDEOGRAPHER:

7                    We're on the record.  Today is

8          the 4th day of April, 2023.  This is the

9          video-recorded deposition of Captain

10         Walter Everett, Jr., in the case

11         entitled All Coast, LLC versus Shore

12         Offshore Services, LLC.

13                   Will counsel please identify

14         themselves and which parties they

15         represent.

16         MR. GRINNAN:

17                   John Grinnan, on behalf of

18         Plaintiff/Claimant.

19         MR. PALMINTIER:

20                   Mike Palmintier, on behalf of

21         the plaintiffs, Terrynn Lyons and Willie

22         Denton.

23         MR. RUFTY:

24                   Alfred Rufty and Sara Kuebel,

25         on behalf of Crosby Tugs.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 22

1    you recall giving witness statements in

2    connection with the October 28th, 2020

3    incident?

4        A    Yes.  Somewhat, yeah.

5            MR. ALTMYER:

6                Okay.  I'm going to start with

7        one.  There you go, Al and Sara.  And

8        I'm going to mark this as -- I think

9        we're on Exhibit 60.  I'm going to mark

10       this as Exhibit 60, and for everybody

11       that's on ZOOM and for everybody else in

12       the room, this is going to be Crosby

13       000003 is the Bates label.

14   EXAMINATION BY MR. ALTMYER:

15       Q    All right, Mr. Everett.  I've shown

16   you a document.  It's entitled "Vessel

17   Incident Report."  It's labeled Crosby 000003

18   at the bottom right-hand side of the page.

19   Have you seen that document before?

20       A    Yeah.

21       Q    Okay.  Is that your signature at

22   the bottom left-hand side of the document, in

23   Box 39?

24       A    That's it.

25       Q    Okay.  And it's dated October 28th,

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 23

1    2020, correct?

2          A      That is correct.

3          Q      Okay.  And you signed it on that

4    date?

5          A      (Nods head affirmatively).

6          Q      Did you?

7          A      Yes.

8          Q      Okay.  Did you personally fill out

9    this form?

10         A      Yeah.  Yes.

11         Q      Okay.  So you typed it on the

12   computer?

13         A      Right.

14         Q      Okay.  All right, I just kind of

15   want to walk through some of the boxes in

16   here.  So this is the incident report that you

17   filled out in connection with the

18   October 28th, 2020 incident regarding the

19   THOR, correct?

20         A      Correct.

21         Q      Okay.  And it states that you are

22   the master of the CROSBY ENDEAVOR on that

23   date, correct?

24         A      That is correct.

25         Q      All right.  It says, "Name of

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 24

1    Charterer or Customer," and it says, "Dawn

2    Services" there, correct?

3           A     I don't see it here.

4           Q     It's going to be in Box 4.

5           A     Box 4.  Yeah, Dawn Services.

6           Q     Okay.  And did you understand that

7    that's who Crosby's customer was that day?

8           A     That's the information I was given,

9    so --

10          Q     Okay.  And did you understand that

11   you were under charter to Dawn Services?

12          A     Yes.

13          Q     Okay.  And the location of the

14   occurrence was at the Martin Dock No. 16 in

15   Port Fourchon, correct?

16          A     Yes.

17          Q     It states it there in Box 5, right?

18          A     Yeah.

19          Q     Okay.  Time of occurrence is 1600

20   hours, so that's 4:00 p.m., correct?

21          A     That is correct.

22          Q     All right.  Name of the person at

23   the wheel, you were in the wheelhouse at the

24   time of the incident?

25          A     Yeah, myself and the other captain.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 25

1    There were two captains.  Everyone was up.

2         Q      Okay.  Everyone was up in the

3    wheelhouse?

4         A      Not in the wheelhouse.

5         Q      Okay.

6         A      The engineer was in the engine

7    room.

8         Q      Got you, understood.  And the other

9    captain, relief captain, that's Mr. Plaisance?

10        A      Yeah.

11        Q      Okay.  Time reported, in Box 12, it

12   says 1615, so 4:15.  When you're referring to

13   time reported, who did you report to?

14        A      The -- our dispatcher.

15        Q      Dispatcher?  Okay.

16        A      And I think I probably had --

17   Mr. Plaisance was probably the one that made

18   the call.

19        Q      Okay.

20        A      Yeah.  I'm not sure.

21        Q      Why would he have made that call?

22        A      Because I was on the wheel, and we

23   used the company radio, you know, to let them

24   know, "Hey, we've got a problem."

25        Q      Okay.  And so that would have been

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 26

1    about 15 minutes after the time of occurrence

2    that's stated in Box 6, right?

3         A      Yeah.  Vaguely, yeah.

4         Q      Okay.  Time in the industry, okay,

5    so 30 years, you've been working in the marine

6    industry?

7         A      Yeah.

8         Q      And that was at the time you filled

9    out this form?

10        A      Okay, yeah.

11        Q      Okay.  Time with company.  So

12   you've been with Crosby for 14 years prior to

13   October 28, 2020?

14        A      Right.

15        Q      Okay.  Time in current position.

16   So you had been a captain for eight years

17   prior to the incident in October 2020?

18        A      Right.

19        Q      All right.  Makeup of tow.  So it

20   says "alongside" right there in Box 17, right?

21        A      Correct.

22        Q      So you were made up alongside the

23   D/B THOR?

24        A      Correct.

25        Q      That's what that's referring to?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 27

1       A      Yes.

2       Q      Okay.  And how were you made up to

3   the THOR?

4       A      I had mooring lines -- I had the

5   mooring line, what's called a like a breast

6   line.  I had a head line running over, one on

7   my winch, and one about midship.

8       Q      Okay.  And we'll get more into the

9   mooring arrangement and stuff like that later

10  on.

11      A      Yeah.

12      Q      But what I'm referring to is the

13  bow of the ENDEAVOR was facing south, correct?

14      A      That is correct.

15      Q      Okay.  And that was towards the

16  THOR stern, right?

17      A      That would be right.

18      Q      Okay.  And where generally located

19  were you, in connection with the THOR, about

20  midship?

21      A      Probably midship.  Maybe a little

22  further aft.  I'm not 100 percent sure.

23      Q      Okay.  Barge status, in 18, I don't

24  think that's filled out, because this says

25  light or loaded.  Is that generally filled out

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 28

1    when it's an unmanned barge?

2        A    Which?

3        Q    It's Box No. 18.

4        A    Yeah, that would be something on a

5    material barge that's got something.

6        Q    Got you.  Okay.  Cargo loss or

7    damage, 20, Box 20.  The box is checked "yes"

8    there.  Is that referring to any damage to the

9    CROSBY ENDEAVOR?

10        A    That would be referring to damages,

11    in general.

12        Q    Okay.  Weather conditions, in

13    Box 22, wind gusts over 120 miles per hour and

14    driving rain.  How were you gauging the wind

15    speeds?

16        A    We was gauging the wind speed by

17    other vessels, the big supply boats that were

18    constantly calling out the wind gusts over the

19    radio.

20        Q    Okay.  Is the ENDEAVOR outfitted

21    with any kind of equipment that would allow

22    you to see the wind speed?

23        A    Yes, it does have a wind gauge.

24        Q    Okay.  But this statement here is

25    based upon representations from other vessels?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 29

1      A      Other people had given, because
2   ours went so far and then, I think, was blown
3   away, you know, the cups come off, so --
4      Q      Okay.  And that same wind speed is
5   indicated in Box 26, correct?
6      A      Yeah.
7      Q      Okay.  Let's look at Box 32 real
8   quick and I'll read it out to you real quick.
9   "Alongside barge, bow facing south, using
10  engines to try and hold the THOR.  When their
11  lines parted, us and the barge was blown north
12  of the bayou.  Once my lines parted, was
13  unable to catch up to the barge again."  Did
14  you personally type that statement?
15     A      Yes.
16     Q      Okay.  Is there anything in that
17  statement that you do not agree with, sitting
18  here today?
19     A      No.
20     Q      Okay.  I do want to ask you a
21  question real quick about the first sentence.
22     A      Okay.
23     Q      "Alongside barge bow facing south,
24  using engines to try and hold the THOR."  So
25  when you say, "Try to hold the THOR," is that

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 34

1    checked "yes," correct?

2         A    Yeah.

3         Q    The box underneath that, it says,

4    "If you are a witness or if you are the

5    injured employee, please provide a statement

6    of how and where the incident occurred.  Use

7    additional paper if needed."  Can you please

8    read that statement for us?

9         A    "Moored alongside the D/B THOR,

10   tried to hold her at Martin 15.  Wind gusts

11   over 120 miles per hour.  Broke barge from

12   bitts on dock.  Tried to hold her, but

13   impossible in conditions.  Our lines parted

14   from barge.  We were blown up the bayou.

15   Barge was ahead of us and we couldn't catch

16   it.  Several vessels said the barge hit them,

17   but I couldn't see it because visibility was

18   near zero.  We were finally able to stop

19   ourselves, once wind died down, and make our

20   way back down the bayou.  Barge dropped anchor

21   and stopped herself."

22        Q    Okay.  So that first sentence,

23   where it says, "Tried to hold her at Martin

24   15," --

25        A    Yeah.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 35

1     Q    -- that's Martin 16.

2     A    Oh, okay, yeah.  Possible, yeah.

3     Q    Yeah, just for confirmation on

4    that.

5     A    Okay.

6     Q    And so, again, like we talked about

7    this before in the prior statement at Crosby

8    000003, it says, "Moor alongside D/B THOR,

9    trying to hold her at the Martin dock," right?

10    A    Right.

11    Q    Okay.  So what were you trying to

12   do to hold the THOR at the Martin dock?

13    A    Well, once they said they were --

14   had broke away, I was using the engines.

15    Q    Okay.

16    A    The engines, and I had tried

17   maneuvering to push them back in with using

18   the bow thruster, also.

19    Q    Okay.

20    A    Yeah.

21    Q    And at what point was this when you

22   had engaged the engines, from when you learned

23   that the barge was breaking away?

24    A    Pretty much immediately, yeah.

25    Q    Okay.  Also, going to the part

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 36

```
 1    where it says, "Trying to hold her at Martin
 2    16," did you do anything before that time,
 3    when you learned that the barge was breaking
 4    away, to try to hold the barge to the dock?
 5         A    No.  No, I was working as directed,
 6    so I'm trying to get affirmation from them if
 7    they need anything.
 8         Q    Okay, and we'll get into that
 9    later.  But just as far as a "yes" or "no"
10    answer, were you doing anything to try to hold
11    the dock into the dock?
12         A    No.  At that point, I'm just there,
13    yeah.
14         Q    Okay.  So you're just -- the
15    vessel, meaning the CROSBY ENDEAVOR, is just
16    there alongside, moored to the THOR?
17         A    Right, with the engines running.
18         Q    With the engines running, okay.
19    And again, you had confirmed here in this
20    statement that you weren't able to actually
21    see the THOR hit anything, correct?
22         A    That is correct.
23         Q    Okay.  All right, we're going to
24    come back to this a little bit later, too, but
25    I just wanted to go over that.  I am going to
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 37

1    show you another document, Mr. Everett.

2             I'm going to mark that as 61.

3             ZOOM PARTICIPANT (UNIDENTIFIED):

4                  What's the Bates number that

5        you're marking?

6        MS. KUEBEL:

7                  Crosby 000004.

8        MR. ALTMYER:

9                  Crosby 000004 right now, and

10       that was Exhibit 61.  That was the

11       document that we were just going over.

12                 Here you go, Al and Sara.

13       MR. RUFTY:

14                 Thank you.

15       MR. ALTMYER:

16                 For everybody on ZOOM and in

17       the room, too, I do have some extra

18       copies if you all want.  This document

19       does not have a Bates label on it.  It's

20       a witness form that was attached to the

21       Coast Guard Investigation Report.

22   EXAMINATION BY MR. ALTMYER:

23       Q    Now, Mr. Everett, the document that

24   we're looking at right now, it's entitled

25   "U.S. Coast Guard Witness Investigator's

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 38

1    Statement Form."

2         A    Right.

3         Q    Okay.  Now, the name, the witness

4    name and the information below the signature

5    is all redacted, so I don't know who filled

6    this form out.  So I just wanted to ask you if

7    whether or not this was your handwriting and

8    whether or not you had actually filled this

9    form out.

10        A    Yes, it looks like my handwriting.

11        Q    Okay.  If you could, could you read

12   for us what the statement was that you gave to

13   the Coast Guard?

14        A    "At approximately 1600 hours, on

15   October 28th, the D/B THOR's mooring lines

16   parted, parted and/or sheared the bitts at

17   Martin 16, in wind gusts over 120 miles per

18   hour.  We were attempting to hold them against

19   the wind, but our lines parted.  The barge was

20   blown up the bayou, along with us and other

21   vessels.  We could not catch up to the barge,

22   and visibility was only about 30 feet.  We

23   eventually grounded at 1.6 nautical miles

24   above Flotation Canal.  Some vessels were hit

25   by barge, but I didn't see it because of

Page 39

1    driving rain."

2        Q      Okay.   Reading that here today, is

3    there anything in that statement that you

4    disagree with?

5        A      Probably the way I worded, "Some

6    vessels were hit by barge, but I couldn't see

7    it because of driving rain."  So I kind of

8    went on the word of vessels that were saying

9    they were hit by the barge.

10       Q      Okay, got you.

11       A      Yeah, in hindsight.

12       Q      It's an assumption that some

13   vessels were hit?

14       A      Yeah, yeah.  So --

15           MR. ALTMYER:

16               I'm going to mark that as

17        "Exhibit 62."  If you could put that on

18        there for me.  Thank you.

19   EXAMINATION BY MR. ALTMYER:

20       Q      All right.  Very quickly, sir, I'm

21   going to show you what's Bates labeled as

22   Crosby 000079, okay, through Crosby 000081.

23   And I'm going to premark that as Exhibit 63.

24           Mr. Everett, have you seen that

25   form before?

Page 175

1    EXAMINATION BY MR. ALTMYER:

2         Q       All right, Mr. Everett, we're back

3    on.  The documents I've given to you, I've

4    identified as -- let's go through them again

5    so we know what we're talking about -- Crosby

6    002639 through Crosby 002643, and it also

7    contains Crosby 000446 through Crosby 000456.

8         A       Okay.

9         Q       And have you seen these documents

10   before?

11        A       Yes.  They're copies of my logbook.

12        Q       Okay, they're copies of your vessel

13   logbook for the CROSBY ENDEAVOR from

14   October 15th to October 30th, correct?

15        A       Correct.

16        Q       Okay.  So let's start with the 15th

17   and then we're going to walk through

18   October 28th.

19        A       Okay.

20        Q       So looking at the log for -- sorry,

21   I've got to mic up.  Looking at the log for

22   October 15th, I see, there's a bottom entry,

23   and it's a little bit below the mid page, and

24   it says, "Captain W. Everett & Eng. R. Artigos

25   on @ 2130."  Do you see that?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 176

```
 1      A     Yes.
 2      Q     Okay.  So that's when you started
 3 your hitch for the CROSBY ENDEAVOR, correct?
 4      A     Correct.
 5      Q     All right.  And that was the first
 6 time that you were on hitch on that vessel for
 7 a little while, right?
 8      A     Correct.
 9      Q     Okay.  Because the vessel was tied
10 up, like we were talking about earlier, right?
11      A     Right.
12      Q     Okay.  So let's see.  Who is the
13 crew here?  So you had yourself, Walter
14 Everett?
15      A     Correct.
16      Q     I see "R.O"?
17      A     Ougel, Randy Ougel.
18      Q     Okay.  What's his job?
19      A     He's a captain, also.
20      Q     Also a captain.  So he was your
21 relief captain?
22      A     Correct.
23      Q     Okay.  Rene Artigos, engineer?
24      A     Correct.
25      Q     And then -- what was Collins, T.
```

Page 177

```
 1    Collins?  What was his first name?
 2         A    Teddy Collins.
 3         Q    Teddy Collins, okay.  And he's an
 4    able seaman, right?
 5         A    Correct.
 6         Q    All right.  Now, let's look at the
 7    different entries that are on here for the
 8    15th.  Let's look at 2230.  And this would
 9    have been "Secure at Crosby dock."  Do you see
10    that there?
11         A    Yes.
12         Q    Okay.  So you get onto the CROSBY
13    ENDEAVOR at the Crosby dock, right?
14         A    Right.
15         Q    Okay.  And this is in Port
16    Fourchon?
17         A    Right.
18         Q    And you were on standby at 2400
19    hours, right?
20         A    Correct.
21         Q    At the Crosby dock?
22         A    Correct.
23         Q    And I see, for the time entries
24    down here, it says that your time was 0600 to
25    1800, right?
```

Page 178

1     A     Yes.

2     Q     Okay.  And it says that for

3  everyone that was part of the crew for that

4  day, right?

5     A     Right.

6     Q     Okay.  Is that just a general time

7  entry, 0600 to 1800, that you all put down

8  when you all are on standby?

9     A     Well, for myself and Artigos, that

10  would have been incorrect actually, because we

11  got on at 2100, 2130.

12     Q     Gotcha.

13     A     Uh-huh (affirmative response).

14     Q     Okay.  Were you working on any

15  other vessel that day?

16     A     Yeah.

17     Q     Okay.  Which vessel were you

18  working on?

19     A     I think it was the DELTA CLIPPER

20  maybe.

21     Q     Okay.  How long were you on the

22  DELTA CLIPPER for?

23     A     I think I had been on there maybe a

24  month.  I'm not exactly sure.

25     Q     And did the DELTA CLIPPER come into

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 179

1    Port Fourchon, at the Crosby dock, or no?

2        A     No.

3        Q     Where did that come into?

4        A     Somewhere, some little backwoods

5    dock in Mississippi.

6        Q     Okay.  Did you get off of the DELTA

7    CLIPPER that same day, on October 15th?

8        A     Yes.

9        Q     Okay.  And then were you

10   transported from the Mississippi dock to --

11       A     Right.

12       Q     -- Port Fourchon?

13       A     To Port Fourchon.

14       Q     Okay, got you.  All right.  So at

15   2400 hours, you're on standby at the Crosby

16   dock, right?

17       A     Correct.

18       Q     All right.  And are these entries

19   that you would have made, 2230 and 2400?

20       A     Yes.

21       Q     And before then would have been

22   whoever the on-duty captain was?

23       A     Yes.  I think they were at the fuel

24   dock, at Stone Fuel.

25       Q     Okay.  Yeah, I see that there.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 180

1    Okay.  And then came back at 2300 to the

2    Crosby dock?

3         A    Correct.

4         Q    All right.  So let's flip to the

5    next page.  It's going to be Crosby 002640.

6    Now, at 0100, so beginning of the day, you're

7    on standby at the Crosby dock and you're on

8    standby until 1200 hours on October 16th,

9    right?

10        A    Yes.

11        Q    Okay.  Then the entry for 1540

12   says, "Departed Crosby dock to Eugene Island."

13   Do you see that?

14        A    Right.

15        Q    Okay.  Do you remember what you

16   were going to do at Eugene Island?

17        A    I don't even -- don't have an

18   inkling.

19        Q    Okay.  Looking at the entries, and

20   just collectively, not to try to go through

21   every single one, it looks like you all had

22   gotten orders to turn around and then you all

23   came back to the Crosby dock in Port Fourchon,

24   right?

25        A    (Nods head affirmatively).  And as

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 181

1    I said, I don't remember why we were going to

2    Eugene Island or what happened that we turned

3    around, so I -- I can't remember that.

4         Q    Okay.  But based upon the logs, --

5         A    Based upon the logs --

6         Q    -- you all turned around and came

7    back to the Crosby dock?

8         A    Correct.

9         Q    Okay.  And you all would have

10   returned to the Crosby dock around 1900 hours

11   on the 16th, right?

12        A    Correct.

13        Q    Okay.  These are all entries that

14   you would have made --

15        A    Correct.

16        Q    -- on the October 16th vessel log,

17   right?

18        A    Correct.

19        Q    And let's see, that is 2400 hours,

20   and that's an end-of-the-day entry, that

21   you're on standby at the Crosby dock, right?

22        A    Correct.

23        Q    All right.  Now, let's see.  That's

24   the same crew that was on for the day before,

25   right?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 182

1       A      Correct.

2       Q      Again, just noting time entries,

3  they all say 0600 to 1800, right?

4       A      Right.

5       Q      All right.  Is that something that

6  just would probably be a general entry?

7       A      Repeat that.

8       Q      Yeah.  Is that something that would

9  probably just be a general entry, --

10      A      Right.

11      Q      -- that you worked from 0600 to

12 1800 that day?

13      A      Right, when we're at the dock, yes.

14      Q      Okay.  Let's go to the next page,

15 October 17th.  That's going to be Crosby

16 002641.  This is the vessel log for the CROSBY

17 ENDEAVOR for October 17th, 2020, right?

18      A      Correct.

19      Q      Okay.  And looking at the entry

20 from the first minute of the day to 2400, it

21 looks like that you all were on standby at the

22 Crosby dock the entirety of the day, right?

23      A      Correct.

24      Q      Okay.  What are some of the things

25 that you're doing while you're on standby at

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 183

1    the Crosby dock?

2         A      Cleaning the vessel, because it's

3    been sitting up for a while.  So cleaning it,

4    especially the interior of the vessel.

5         Q      Okay.  Also, just the same thing

6    for October 17th, the general time entries for

7    all crewmembers was -- looks like 0600 to 1800

8    that day, right?

9         A      Correct.

10        Q      All right.  Let's go to the next

11   day, October 18th, 2020, and that's going to

12   be Crosby 002642.  Do you see that?

13        A      Correct.

14        Q      Looks like the same thing, right?

15   You all were on standby the entire day at the

16   Crosby dock?

17        A      That's on the --

18        Q      October 18th, 2020.

19        A      On the 18th?

20        Q      Yes, sir.

21        A      Yes.

22        Q      Same thing for the time entries,

23   0600 to 1800 for the whole crew?

24        A      Right.

25        Q      All right.  Let's go to the 19th

Page 184

1    now.  Well, actually before we go to the 19th.

2    Would you say the same thing for the same kind

3    of jobs you're doing while you're on standby,

4    on the 18th, cleaning up the vessel?

5        A    Yeah, yeah.  You're still cleaning

6    up, seeing -- taking inventory of what you may

7    need, as far as supplies, since the vessel has

8    been sitting up.

9        Q    Since the vessel had been sitting

10   up, are you aware of any tests to the engines

11   or anything like that, any tests to the

12   anchors that were on the CROSBY ENDEAVOR

13   before you all actually started to do work on

14   it?

15       A    Yeah.  As far as testing the

16   anchor, no.  But the Rene would have been

17   going through his engines to make sure

18   everything is okay.

19       Q    Okay.  Are you aware of any repairs

20   that were done to the CROSBY ENDEAVOR while it

21   was tied up?

22       A    Not aware.

23       Q    Okay.  You're not aware whether or

24   not, if there were or there weren't any?

25       A    No, I --

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 185

1     Q     You don't know?

2     A     I don't know.

3     Q     Okay, got you.  All right.  Let's

4   go to the October 19th, 2020, and that's going

5   to be Crosby 002643.  Reading the entry up

6   until 1330, for October 19th, it looks like

7   you all were still on standby at the Crosby

8   dock, right?

9     A     Correct.

10     Q     Okay.  It says, "Departed," and

11   then so you all -- looks like you all went to

12   John Stone Fuel, at the fuel dock, right?

13     A     Correct.

14     Q     Okay.  Then you all came back to

15   the Crosby dock, 1695; is that right?

16     A     1645.

17     Q     1645.  I see that there, okay.

18   Yeah, 1695 is nonexistent, right?

19     A     Uh-uh (negative response).

20     Q     All right.  So let's go to 2130.

21   It says, "Departed Crosby dock; enroute to 116

22   High Island."  Do you see that?

23     A     Right.

24     Q     Okay.  Let's actually go to the

25   bottom, and then I'm going to come back and

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 186

1    ask a question about that.

2        A    Okay.

3        Q    It looks like, for the crew -- I

4    don't see any time entries there for that day,

5    right?

6        A    Yeah, yeah.

7        Q    Okay.  But it looks like one

8    crewmember, who was the relief captain, got

9    off the vessel, right?

10       A    Yeah, Randy.

11       Q    Okay.  And then Captain Plaisance

12   came on instead, right?

13       A    Correct.

14       Q    And then you also had the addition

15   of additional crewmember, Harris Solomon, --

16       A    Correct.

17       Q    -- who is an additional able

18   seaman, right?

19       A    Correct.

20       Q    Okay.  Let's go to 2130.  "Departed

21   Crosby dock; enroute to 116 High Island."  Is

22   that in connection with the work that you were

23   going to perform with the THOR?

24       A    I'm sure it is, yeah.  The time,

25   judging by the time frame, that would have to

Page 187

1    be it.

2        Q    Okay.  And so, like we were talking

3    about earlier, is that an instruction that you

4    would have gotten from someone in the

5    operations department?

6        A    Operations, correct.

7        Q    They would have said -- well, tell

8    me.  Just explain to me what the job

9    instruction would have been at that point.

10            MR. RUFTY:

11                Object to form.

12            THE WITNESS:

13                Basically operations would have

14        called probably on the radio, and said,

15        "Y'all crank up.  We got the call to

16        report to the THOR," and they would tell

17        me where they're at, and I would depart.

18   EXAMINATION BY MR. ALTMYER:

19        Q    Okay, got it.  So you departed at

20   2130 on the 19th?

21        A    Uh-huh (affirmative response).

22        Q    All right.  2400, you're just

23   giving the status of where your location is,

24   right?

25        A    Correct.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 188

1      Q     All right.  Let's go to the next

2    day.  This is going to be October 20th, 2020,

3    and this is going to be Crosby 000446.  Are

4    you on that page?

5      A     Uh-huh (affirmative response).

6      Q     All right.  So the first minute of

7    the day, "Under way, lifeboat to BLK 116 High

8    Island."  Do you see that?

9      A     Uh-huh (affirmative response).

10     Q     All right.  0600 and 1200.  Once

11   again, it looks like it's just updates of

12   where you're at, correct?

13     A     Correct.

14     Q     Enroute to the THOR, right?

15     A     Yes.  Yes, that's correct.

16     Q     Gotcha.  At 1600, it says, "Arrived

17   at D/B THOR in Bulk" --

18     A     "Block."

19     Q     -- "High Island 116; stand by to

20   get survey"?

21     A     Yeah.

22     Q     Okay.  What kind of survey?  What

23   does that mean?

24     A     The survey equipment that they

25   would put on the vessel to keep track of

Page 189

1    exactly where I am --

2        Q     Okay.

3        A     -- whenever I have to drop an

4    anchor.

5        Q     Understood.  1800, "Going alongside

6    THOR to get survey equipment."  That explains

7    that?

8        A     Yeah.

9        Q     And then 1900, "Towline on THOR."

10   Do you see that there?

11       A     Yes.

12       Q     Okay.  And then, "Under way, full

13   power to Block 21 South" --

14       A     Pelto.

15       Q     "Pelto," okay.  So you now have the

16   THOR in tow?

17       A     Correct.

18       Q     All right.  And you all are heading

19   to a different block on the OCS?

20       A     Yes.

21       Q     I see that there's a marking on

22   this entry for -- you all had a JSA for

23   putting a towline on the barge, correct?

24       A     Correct.

25       Q     When you to do, do JSAs, do you

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 190

1    mark them on the vessel log or do you indicate
2    that on the vessel log?
3        A    Most of the time it's -- you're
4    supposed to do it.  Sometimes it's, you know,
5    you do the JSA and you've got to do the job
6    immediately and it gets left off, so it
7    doesn't always --
8        Q    Okay.  Let's see.  And then you
9    worked from noon to midnight that day,
10   correct?
11       A    Yes.
12       Q    Okay.  And that's indicated at
13   the -- well, there's two spots where it looks
14   like it's indicated.  It looks like it's
15   indicated under the fire watch section?
16       A    Uh-huh (affirmative response).
17       Q    And then it's also indicated just
18   where all the crew hours are, right?
19       A    Right.
20       Q    All right.  Let's go to the next
21   day, October 21st, 2020.  If we look at -- and
22   so this is going to be Crosby 000447 for
23   everybody on ZOOM.  Let's go to 0830 in the
24   morning.  "D/B THOR change destination to
25   Block 129 Ship Shoal."

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 191

1       A      Uh-huh (affirmative response).

2       Q      Okay.  So explain to me the

3    conversation that you would have had with the

4    THOR while you're initially towing them to one

5    block, but then they instruct you to go to a

6    different block?

7       A      Yes.  Basically they would call on

8    the radio and say, "Hey, Cap, we're not going

9    to that 21 South Pelto; you need to go to"

10   whatever the block is, and I would make my

11   route to there.  Of course, it's going to

12   change the mileage.  And then I would probably

13   at some point say, "Okay, it's going to be X

14   number of miles and we should arrive there at

15   a certain hour."

16      Q      Okay.  So when they give you a --

17   when the THOR gives you a destination, you do

18   a calculation of mileage and time, and then

19   convey that back to the THOR?

20      A      Yes.

21      Q      Okay.  So if we look at the rest of

22   the entries on October 21st, 2020, it looks

23   like those are just updates on where you are,

24   enroute to Block 129 Ship Shoal?

25      A      Correct.

Page 192

1      Q      All right.  You work noon to

2   midnight that day, correct?

3      A      Uh-huh (affirmative response).

4      Q      Okay.  As for all of the logs that

5   we've looked at so far, from October 15 to

6   October 21, you personally filled out these

7   forms, correct?

8      A      Not all of it because whenever

9   Plaisance is on watch, he's putting in.

10      Q      He's the one that does from --

11      A      Yeah.

12      Q      Midnight to noon?

13      A      Right.

14      Q      And then you're doing the entries

15   from noon to midnight?

16      A      Right.

17      Q      Okay.  Let's go to the next day,

18   October 22nd.  It looks like -- let's make

19   sure real quick.  You are at 129 Ship Shoal,

20   but on October 22nd, at 7:40 a.m., it says,

21   "D/B THOR; change destination, Block 151 Ship

22   Shoal"?

23      A      Yeah.

24      Q      So you had another change in

25   destination, right?

Page 193

1      A      Right.

2      Q      Y'all get there at 11:00 a.m., on

3    the morning of October 22nd, correct?

4      A      Correct.

5      Q      All right.  So I see the term,

6    "W.O.W."

7      A      Waiting on weather.

8      Q      Waiting on weather?

9      A      Uh-huh (affirmative response).

10     Q      Okay.  So you were waiting on

11   weather until, it looks like, the next

12   morning, on October 23rd, and that would be on

13   Crosby 000449, right?

14     A      Yeah.

15     Q      Okay.  And it looks like it was

16   probably about 12:30, 30 minutes past

17   midnight, 12:30 a.m., on the morning of

18   October 23rd?

19     A      Right.

20     Q      Okay.  Let's go back to Crosby

21   000448, which is the entry for October 22nd.

22   What type of work are you doing when you're

23   waiting on weather?

24     A      We're just hanging on the towline.

25   Looks like they had dropped the stern anchor,

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 194

1    so they would have the seas off the stern.

2    I'm still on my towline, so I'm just hanging

3    there.

4        Q    Okay.  "On bottom, 151 Ship Shoal."

5    That was at 11:00 o'clock, right?

6        A    Yeah.

7        Q    Okay.  And that was the destination

8    that you all were going to, right?

9        A    Change destination -- yeah, it

10   looks like it.

11       Q    Okay.  Let's go to the next entry

12   real quick, which is -- I mean, the next page,

13   which is the October 23rd vessel log.  At 0130

14   in the morning, so 1:30 a.m., on October 23rd,

15   it says, "Anchor up."  It's likes "EP" is

16   circled there.  That would have been Ernest

17   Plaisance for the next entry, right?

18       A    Yeah.

19       Q    Okay.  "Under tow, slow for

20   Block 259 Ship Shoal"?

21       A    Yeah.

22       Q    Okay.  So this is a new

23   destination --

24       A    Yeah.

25       Q    -- that you're going to.  Again,

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 195

1    what kind of instructions would you have
2    gotten from the THOR to change your
3    destination to this new block?
4         A    I mean, I wasn't up, but he would
5    have called Captain Ernest and told him that
6    "We're going to this block," and probably
7    asked how many miles it was and how long he
8    think it will take to get there.
9         Q    Would the THOR be giving any other
10   instructions to the CROSBY ENDEAVOR while it's
11   on tow, heading to Block 259?
12        A    It's possible.  He could tell him
13   the heading he wanted him on, when to shorten
14   up, probably give him a safe drop location,
15   because he has to drop an anchor, for us to
16   get off tow, so they have to figure all that
17   out.  We can't just tell them, because he's
18   got all the survey equipment.
19        Q    But as far as navigating to
20   Block 259, is the THOR giving any kind of
21   specific instructions to the CROSBY ENDEAVOR
22   on how to navigate the vessel and how to get
23   there?
24        A    Unless there's an area that he
25   doesn't want to go across, you know.  And like

Page 196

1    I said, at that particular time, it looks like

2    it was just a straight shot probably, so we

3    would have just been navigating to that

4    position.  Yeah.

5        Q    So unless he didn't want to go

6    somewhere specifically, the THOR is not giving

7    any kind of navigation instructions, in that

8    specific instance?

9        A    No, not in the open sea out there,

10   yeah.

11       Q    Okay.  All right, gotcha.  Let's

12   see.  If we look at the log, it will tell us

13   here.  Let's see, we've got "1800 WAD."

14   That's working as directed, correct?

15       A    Uh-huh (affirmative response).

16       Q    "On location, 259 Ship Shoal."  Do

17   you see that?

18       A    Uh-huh (affirmative response).

19       Q    Okay.  Where is the entry where it

20   says -- so is it 1400, where you all had

21   actually gotten there?

22       A    Yeah.  He dropped the stern anchor,

23   so I'm still just hanging on the towline.

24       Q    Hanging on the towline.  And then,

25   "Working as directed."  "1937, towline off and

Page 197

1    running anchors"?

2         A       Yes.

3         Q       Okay.  So, "Towline off and running

4    anchors."  Tell me about the specific

5    instruction -- and let's see, 1937, you would

6    have been on duty at that point, right?

7         A       Correct.

8         Q       Okay.  So tell me about the

9    specific instruction that you would have

10   gotten to run anchors at that point?

11        A       He would call -- the deck foreman

12   would call and say which anchor he wanted to

13   run first.  The surveyor would put up on the

14   screen exactly where that anchor has to be

15   dropped, and because of pipelines, you have to

16   pretty much put it on spot.  You can't

17   deviate.  And they will instruct you if

18   something changes or they see you're not close

19   enough to the drop site.

20        Q       Okay.  Let's go to the next entry,

21   2245.  "Shut operations down until WX passes."

22        A       Weather.

23        Q       Weather?

24        A       Uh-huh (affirmative response).

25        Q       Okay.  Did you shut down the

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 198

1    operations or was it someone on the THOR that
2    told you that they were going to shut it down?
3        A    I don't remember exactly if it was
4    the visibility was bad or the seas had picked
5    up; I would have shut it down, because I
6    wouldn't put my guys out there and risk
7    injury, you know.
8        Q    Okay.  And you have stop-work
9    authority to be able to do that, right?
10       A    Right.
11       Q    Okay.
12       A    And my crew.
13       Q    And your crew, as well, okay.  And
14   then it looks like, at 2400, you were on
15   standby for weather time, right?
16       A    Correct.
17       Q    Okay.  Do you know if Crosby is
18   being paid the same, whether or not they're on
19   weather down time or whether or not they're
20   running?
21       A    No idea.
22       Q    No idea?  Does it change anything
23   about how you're getting paid?
24       A    Never.
25       Q    Okay.  Let's go to October 24th,

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 199

1    which is the next vessel log, 450, Crosby 450.

2    It looks like you all were still waiting on

3    weather until 12:30 a.m. on October 24th,

4    right?

5        A    Correct.

6        Q    All right.  And it says, "Working

7    as directed, running anchors," correct?

8        A    Correct.

9        Q    Okay.  And it looks here that you

10   all are still working at the 259 Ship Shoal

11   block, right?

12       A    That's correct.

13       Q    Okay.  Working as directed from

14   12:00 to midnight while you were on shift,

15   right, on October 24th?

16       A    On October 24th -- yes, yes.

17       Q    Okay.  Is there anything that --

18   any documentation that you keep or that Crosby

19   keeps that goes into more specific detail

20   about what you were doing while working as

21   directed?

22       A    No.

23       Q    Okay.  So this is the main document

24   that's kept contemporaneously while you're

25   doing work?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 200

```
1        A      Correct.

2        Q      And then there would be another

3    document that you would type up later on, the

4    billing log, right?

5        A      Correct.

6        Q      Okay.  But that's more of a --

7    would you say a more synthesized version of

8    the vessel log?

9        A      Yeah, you -- you could say that.

10       Q      Okay.  So this is where I'm going

11   to get the most information written down about

12   what you all were doing out there?

13       A      Correct.

14       Q      Okay, gotcha.  Once again, it looks

15   like you were working noon to midnight,

16   correct?

17       A      Correct.

18       Q      All right.  Let's go to

19   October 25th, and you were continuously -- I

20   mean, the CROSBY ENDEAVOR is continuously

21   working as directed on the entirety of

22   October 25th, right?

23       A      Correct.

24       Q      And this is all in the same block,

25   259 Ship Shoal?
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 201

1      A      Correct.

2      Q      Do you remember at this time, on

3   October 25th, whether or not you had had any

4   discussions with the THOR about coming into

5   Port Fourchon for Hurricane Zeta?

6      A      I don't remember.

7      Q      Okay.  Do you remember at all when

8   the first conversation was that you would have

9   had with someone on the THOR about coming in

10  for Hurricane Zeta?

11     A      I don't remember when the first

12  conversation was had, no.

13     Q      Okay.  For working as directed, is

14  there anything else that you would have been

15  doing offshore besides running anchors?

16     A      No.  Well, once we set them up, I'm

17  just hanging on the buoy, so I'm not doing

18  anything.

19     Q      Okay.  So when it says, "Working as

20  directed," unless it says "Running anchors,"

21  in the log --

22     A      Yeah, when they get --

23     Q      -- you're just hanging out?

24     A      When I'm working as directed, once

25  I've set the barge up, I'm just hanging on an

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 202

1    anchor until I'm instructed to do something

2    else.  We still call it working as directed.

3         Q    Okay.

4         A    Because that's all I'm doing.

5         Q    Okay.  So you're just hanging out

6    until the THOR says, "We're going to do

7    something else"?

8         A    Right.

9         Q    Okay.  October 26, 2020, and this

10   is going to be Crosby 452.  It looks like,

11   continuously running, working as directed,

12   until 3:00 a.m. that morning, correct?

13        A    Correct.

14        Q    And then it says, "Start running

15   anchors," right?

16        A    Correct.

17        Q    Then it says, at 700 hours, or 7:00

18   a.m., "Stop running anchors, stand by while

19   THOR working crewboat."  Do you see that?

20        A    Yeah.

21        Q    Okay.  Do you remember what that

22   entry was about, "THOR working crewboat"?

23        A    Probably taking people off.  I

24   would have been asleep at that time, but I'm

25   sure he was -- they were demobing the barge at

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 203

1   that time.

2        Q    Okay.  And then, let's see, at 9:50

3   in the morning, so 9:50 a.m., and it says,

4   "Last anchor up and under tow for Port

5   Fourchon."

6        A    Uh-huh (affirmative response).

7        Q    Okay.  So that would have been at

8   the time when the ENDEAVOR was towing the

9   THOR --

10       A    Correct.

11       Q    -- back to Port Fourchon for

12  Hurricane Zeta, right?

13       A    Correct.

14       Q    Okay.  And the CROSBY ENDEAVOR was

15  the lead tow, correct?

16       A    The only tow.

17       Q    Only tow, but you had two tail

18  tows, correct?

19       A    But they wouldn't be out there.

20       Q    They weren't out there?

21       A    No.  The tail tug is not out there

22  in the field.

23       Q    Okay.  So when does the tail tug

24  come in?

25       A    When you're coming into the jetties

Page 204

```
 1    normally.
 2         Q     The Belle Pass jetties?
 3         A     Yeah, to come into the port.
 4         Q     Okay.  And so once you get to the
 5    Belle Pass jetties, then there was two tail
 6    tugs that come in and bring you into port?
 7         A     Correct.
 8         Q     Okay, gotcha.  So looking at this
 9    entry, it looks like, at 2338, so right before
10    midnight, it says, "Barge alongside dock,
11    Martin 16," correct?
12         A     Yeah, at 2338.
13         Q     Okay, got it.  And then at 2155, it
14    was like, "At Belle Pass 1 and 2; called
15    Harbor Police escort."  Do you see that?
16         A     Yeah.
17         Q     All right.  And then 2210, "Entered
18    Belle Pass jetties," right?
19         A     Correct.
20         Q     Okay.  So that would have been at
21    the time when the two tail tugs came in, right
22    around then?
23         A     Right.
24         Q     All right.  And then 2400, you all
25    were at the Martin, and it says, "Working as
```

Page 205

1    directed, securing D/B THOR."

2         A     Correct.

3         Q     What does it mean, "Securing D/B

4    THOR"?  And did you write that entry?

5         A     Yes.

6         Q     Okay.  So what does "Securing D/B

7    THOR" mean?

8         A     They're putting their lines on the

9    dock, and at that time, if I remember

10   correctly, I would have still been retrieving

11   my gear, you know, but I'm still there.  But

12   the two smaller boats are pressing them into

13   the dock.

14        Q     Okay.

15        A     And so he's putting lines on.

16        Q     Okay.  And so this is, let's see,

17   at 2338, it was "Barge alongside the dock," so

18   this is just a short while after that?

19        A     Yeah.

20        Q     And so you would have been picking

21   up your towline at that point?

22        A     Yeah, getting -- getting the wire

23   up and getting everything stored away, and the

24   MADONNA and whatever the other one was, would

25   have been holding them into the dock.

Page 206

1     Q      Understood.

2     A      Yeah.

3     Q      Does the LA ELITE ring a well, as

4  being the --

5     A      Okay, that -- yeah, that's -- I'm

6  sure, if that's what it says, then that would

7  be the other one.

8     Q      And I'm just asking if that name

9  rang a bell.

10    A      Yeah.  Well, I know those are two

11  of their boats, so --

12    Q      Okay.  How long does it usually

13  take, in a scenario like that, to get the

14  towline up?

15    A      To get the towline up?

16    Q      Yes.

17    A      Probably 15 minutes to get it up,

18  but then to get everything stored, you know,

19  you want to get it -- get the -- what's called

20  the pendant wires, secured and stuff, so that

21  stuff can't be blown around.  So they would

22  have been -- they've got some little hooks.

23  They would have been putting all that stuff

24  up.

25    Q      So give me a time frame for the

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 207

1    whole completion of that process.

2        A    Man, I'd be guessing.  I don't know

3    how long it took that night.  It can vary, you

4    know, so -- that's all I can tell you on that.

5        Q    Okay.  Well, let's look to -- and

6    then just real quick, once again, you worked

7    from noon to midnight that day, right?

8        A    Yeah.

9        Q    October 26th.  And this is the same

10   crew that was offshore with you, correct?

11       A    Correct.

12       Q    All right.  Let's go to

13   October 27th.  At the beginning of the day,

14   continuously, it's just "Working as directed,

15   D/B THOR, Martin 16," right?

16       A    Uh-huh (affirmative response).

17       Q    At 12:40 a.m., it says, "Barge all

18   secure."

19       A    Uh-huh (affirmative response).

20       Q    What do you mean by -- would you

21   have written that entry or would it have been

22   Mr. Plaisance?

23       A    That would have been Plaisance.

24   But that means that the -- whoever was on

25   watch on the barge would have told the boats

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 208

1    that, "It's all secure; you're released."

2         Q    Okay.

3         A    Yeah, so --

4         Q    And then from 12:40 a.m. to 6:00

5    a.m., on the morning of October 27th, it says,

6    "Stand by with THOR at Martin Energy, Bayou

7    Lafourche."  Do you see that?

8         A    Uh-huh (affirmative response).

9         Q    Okay.  So for nearly five hours,

10   where was the Crosby ENDEAVOR located at the

11   Martin dock?

12        A    We would have been made up

13   alongside the THOR.

14        Q    Made up alongside the THOR?

15        A    Uh-huh (affirmative response).

16        Q    Okay.  Now, you were off duty at

17   this time, right?

18        A    Yeah.

19        Q    Okay.  Would you maybe have been

20   sleeping at that point?

21        A    Yeah, I'm pretty sure I would have

22   been, yeah.

23        Q    Okay.  Do you recall being in the

24   wheelhouse at that point, at any time between

25   12:40 a.m., on the morning of October 27th, to

Page 211

1     your anchor wires, you get them out first.

2          Q     Okay.  Let's see.  Actually, so it

3     says, "On standby with the THOR, 6:00 a.m.,"

4     and it says, "Departed at 7:45 a.m.," on

5     October 27th, right?

6          A     Uh-huh (affirmative response).

7          Q     Okay.  And then the next entry

8     says, at 800, 8:00 a.m., "Arrive, stand by at

9     Crosby dock," right?

10         A     Right.

11         Q     Okay.  So based upon the entries,

12    it looks like the ENDEAVOR was on standby at

13    the THOR from 12:40 a.m. till 7:45 a.m., where

14    it left to go back to the Crosby dock, right?

15         A     Uh-huh (affirmative response).

16         Q     Okay.  And as far as you know, it

17    would have been -- the ENDEAVOR would have

18    been tied to the THOR at that point?

19         A     Right.

20         Q     Okay.  Now, "Arrive and stand by at

21    Crosby dock."  Why did you all go back to the

22    Crosby dock?

23         A     To get groceries and supplies, I

24    think.

25         Q     Okay.  Did you tell the THOR that

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 212

1    you were going back to the Crosby dock?

2         A    Of course.  Yes, sir.

3         Q    Okay.  Did you ask permission from

4    the THOR to go back to the Crosby dock?

5         A    Yeah.  You can never -- you never

6    leave a customer without their permission and

7    their knowledge.

8         Q    Okay.  Were you still -- was Crosby

9    still charging standby time to the THOR when

10   you all left to go back to the Crosby dock?

11        A    I have no idea.

12        Q    Okay.  Were you still getting paid

13   the same when you were going back to the

14   Crosby dock?

15        A    I'm getting paid the same.

16        Q    Okay.  It looks like, from 7:45 to

17   8:00 is when you departed and then when you

18   arrived at the Crosby dock, so it's about a

19   15-minute trip?

20        A    Yeah.

21        Q    Maybe a little shorter?

22        A    It's about -- yeah, it's shorter

23   than that.  But by the time you get tied up,

24   you know, 15.

25        Q    Okay.  So it's close?

Page 213

```
 1      A      Yeah.

 2      Q      Okay.  And looking at the entries

 3   from 800, on October 27th -- and let's just

 4   confirm real quick, you were working noon to

 5   midnight that day, correct?

 6      A      Correct.

 7      Q      All right.  So looking at the

 8   entries from 800, on October 27th, to the next

 9   day, which is Crosby 454, to 800, on

10   October 28th, y'all had left the Crosby dock

11   at 7:45, the morning of October 28th, right?

12      A      Right.

13      Q      Okay.  So you were at the Crosby

14   dock for about 24 hours, right?

15      A      Yeah, somewhere, approximately.

16      Q      Okay.  And at that time are you on

17   standby for the THOR?

18      A      While I'm at the Crosby dock?

19      Q      Yes.

20      A      I guess you could say we're on

21   standby, I mean, but it's -- you would have to

22   talk with someone that handles the billing.  I

23   don't know if we were being paid during that

24   time or what.  That's out of my league.

25      Q      For 800, where it says, "Arrive,
```

Page 214

1    stand by with D/B THOR at Martin 16, Bayou

2    Lafourche," do you see that there?

3         A    Uh-huh (affirmative response).

4         Q    Okay.  Right before that, 7:45, it

5    says, "Departed"?

6         A    Uh-huh (affirmative response).

7         Q    What kind of communications did you

8    have with the THOR, if any, to tell them that

9    you were coming back?

10        A    I'm sure Captain Ernest cranked up,

11   headed around there, and when he got there, or

12   before he got there, he called and told him he

13   was on his way, and could somebody catch his

14   lines.

15        Q    Okay.  And actually, so looking at

16   this, from the time that the ENDEAVOR left the

17   THOR, on October 27th, during that time

18   period, Captain Plaisance was on duty, right?

19   7:45 a.m., on October 27th?

20        A    Yeah.

21        Q    Okay.  And then when the ENDEAVOR

22   came back to the THOR, --

23        A    Yeah, he was on.

24        Q    -- he was on?

25        A    Correct.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 215

```
 1       Q     Okay.  So did you personally have
 2   any communications with the THOR about
 3   leaving, to go to the Crosby dock, on
 4   October 27th?
 5       A     Yeah, I'm -- I don't know if I -- I
 6   can't remember if I talked to J.D. before we
 7   left.  I'm pretty sure that I would have told
 8   him that we have to get the supplies and
 9   groceries or whatever.
10       Q     Okay.  So do you recall actually
11   doing that?
12       A     That, right off the top of my head,
13   I can't remember, but we wouldn't have -- one
14   of us, either Captain Plaisance or myself,
15   would have, you know, instructed them of our
16   plans.
17       Q     Okay.
18       A     And they would have had to say,
19   "Okay."
20       Q     Okay.  Do you know, one way or
21   another, on October 28th, of whether or not
22   the THOR told you all to come back?
23       A     I'm sure they did, or I'm sure our
24   office would have called and said, "You guys
25   need to get back over to the THOR."
```

Page 279

1      A      We did stay there on October the

2    27th.

3      Q      I mean, why didn't they stay

4    there -- why didn't the CROSBY ENDEAVOR stay

5    there on the 28th?

6      A      Because the THOR requested that we

7    return.

8      Q      Did the THOR -- do you have

9    personal knowledge that the THOR specifically

10   requested that you return?

11     A      No, I don't have the -- in other

12   words, they don't call me and say, "Hey,

13   Captain Walt, we need you to come over by our

14   barge."  My office gives me the information.

15     Q      As master of the CROSBY ENDEAVOR,

16   you knew that you had to be moored alongside

17   the THOR during the hurricane, right?

18          MR. RUFTY:

19               Object to form.

20          THE WITNESS:

21               Yes.

22   EXAMINATION BY MR. ALTMYER:

23     Q      Okay.  Let's talk about specific

24   communications that you would have had with

25   the THOR superintendent on October 28th, 2020.

Page 280

```
 1      A    Okay.

 2      Q    Generally speaking, how many times

 3  did you communicate directly with the THOR

 4  superintendent while you were moored alongside

 5  the THOR on October 28, 2020?

 6      A    I don't know an exact number, but

 7  numerous times.

 8      Q    Okay.  Is it fair to say that it

 9  was a constant flow of conversation?

10      A    I don't know if you would call it a

11  constant flow, but there was communication.

12      Q    Okay.  Did you ever check in

13  specifically with the D/B THOR to ask how

14  their lines were?

15      A    Yes, on occasion.

16      Q    Okay.  And why would you check in

17  with them to ask how their lines are?

18      A    Well, to see what type of tension

19  they had on them.

20      Q    Okay.

21      A    And which lines -- which line would

22  have the most tension, so you're constantly

23  checking, if he needs me to use some forward

24  thrust or aft thrust, because the wind is

25  going to come from more than one way, and I
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 281

```
 1    don't want to indiscriminately start thrusting
 2    and create a problem.
 3         Q    Okay.  How many times would you say
 4    that you checked in on his lines?
 5              MR. RUFTY:
 6                   Object to form.
 7    EXAMINATION BY MR. ALTMYER:
 8         Q    Checked on the D/B THOR's lines,
 9    and like I said --
10              MR. RUFTY:
11                   Form.
12              THE WITNESS:
13                   I didn't check -- I would call
14              and ask him, you know, "Okay, how are we
15              looking?  How are you doing," you know,
16              and --
17    EXAMINATION BY MR. ALTMYER:
18         Q    And you asked him --
19         A    Probably the first -- probably the
20    first couple of times, I asked how was the
21    tension on their lines.  I don't remember my
22    exact verbiage.
23         Q    And you asked him that question
24    because you were there to assist the THOR in
25    holding it to the dock, right?
```

```
 1          MR. RUFTY:

 2               Object to form.

 3          MR. REISMAN:

 4               Object to form.

 5          MR. RUFTY:

 6               That's not what he said.

 7   EXAMINATION BY MR. ALTMYER:

 8      Q    Yes or no?

 9      A    No, I was there working as

10   directed.  If he needed me to do something,

11   you know, to thrust forward or thrust astern,

12   I would then do that.

13      Q    So you were working as directed,

14   from the instructions of the THOR, is what

15   your testimony is here today, right?

16      A    Yes.

17      Q    Okay.  But you were the one that

18   was asking him how his lines were, right?

19          MR. RUFTY:

20               Object to form.

21          THE WITNESS:

22               Yes.

23   EXAMINATION BY MR. ALTMYER:

24      Q    Okay.  So you were looking to see

25   whether or not you should be pushing against
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 283

```
 1   the shore?
 2             MR. RUFTY:
 3                  Just for the record, so we have
 4        a clear record, what he said was he
 5        doesn't recall the exact verbiage he
 6        used.  He may have asked him about
 7        lines.  So let's not say that he did.
 8   EXAMINATION BY MR. ALTMYER:
 9        Q    The purpose of your general
10   conversations was to see whether or not you
11   should be pushing back into the THOR?
12             MR. RUFTY:
13                  Object to form.
14             THE WITNESS:
15                  Let me paint a picture for you.
16        I have no visibility, and even if I had
17        a clear day, I would not be able to see
18        his lines or see the tension that is on
19        the lines.  And those two wires that are
20        attached to his anchor drums have
21        tension meters, so he should have -- if
22        the tension meters were working, he
23        would have been able to see the up and
24        down of the tension, or when it's
25        getting past a dangerous point.  And
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 284

```
 1         according to which one it would be on,
 2         he could instruct me, if he needed some
 3         assistance, thrusting astern or
 4         thrusting ahead.
 5    EXAMINATION BY MR. ALTMYER:
 6         Q    You testified earlier that you had
 7    assumed that the THOR was moored sufficiently
 8    to the dock, correct?
 9         A    And then what did I tell you right
10    after that statement?
11         Q    What did you tell me right after
12    that statement?
13         A    You know what happens when we
14    assume.
15         Q    But it was based on an assumption,
16    right?
17         A    You can say that, yes.
18         Q    Okay.  And so do you think it was
19    reasonable for the THOR to expect that you
20    were going to be pushing them into the dock?
21         MR. RUFTY:
22              Object to form.
23         THE WITNESS:
24              I'm --
25         MR. RUFTY:
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 328

1              (Whereupon, a break was taken).

2         THE VIDEOGRAPHER:

3              We're back on record.

4         (5:22 p.m.)

5    EXAMINATION BY MR. ALTMYER:

6         Q     All right, Mr. Everett, back on.  I

7    just have some follow-up questions and then

8    I'm going to show you a few videos and ask you

9    a few questions about that, okay.

10        A     Okay.

11        Q     Could you have used the bow

12   thruster on the CROSBY ENDEAVOR -- and this is

13   when you were tied up to the THOR at the

14   dock -- could you have used the bow thruster

15   on the CROSBY ENDEAVOR to relieve tension on

16   the THOR's mooring lines?

17        A     No.  In my opinion, no.

18        Q     Okay.  Why not?

19        A     Because I wouldn't be able to

20   generate enough thrust-in.

21        Q     And so if you had a stronger bow

22   thruster, do you think that that would have

23   been able to relieve tension on the lines?

24        MR. RUFTY:

25              Object to form, speculation.

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 329

1          THE WITNESS:

2                  I can't speculate on that.

3     EXAMINATION BY MR. ALTMYER:

4          Q     Okay.  Based upon the THOR's size,

5     how much horsepower do you think you would

6     have needed on a bow thruster to be able to

7     relieve tension on the THOR's lines?

8          A     I don't have an opinion on that.

9          Q     Okay.  Could you have shifted the

10    CROSBY ENDEAVOR, where its location was, where

11    it was moored alongside the THOR, in a way

12    that you could have used the bow thruster to

13    help relieve tension?

14         A     No.  The only way to shift the

15    vessel would have been to take a line off.

16         Q     That's what I mean.  If it had been

17    in a better position, you could have used the

18    bow thruster in a way that would have relieved

19    tension on the line?

20         A     No.

21         Q     Okay.  So you just don't think that

22    the bow thruster had enough horsepower to

23    actually do anything to relieve tension?

24         A     Well, it's not designed to do that.

25         Q     Okay.  We talked earlier about you

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 348

1      Q     Okay.  From looking at this video,

2   does it appear to you that the CROSBY ENDEAVOR

3   came into contact with that vessel?

4           MR. RUFTY:

5                Object, speculation.

6           THE WITNESS:

7                I don't have any -- don't have

8        any ideas on that.

9   EXAMINATION BY MR. ALTMYER:

10      Q     And I'll ask you this at this

11  point.  So we're at the 2 minute and 16-second

12  mark.  From what you can tell in this video,

13  is the CROSBY ENDEAVOR still moored to the

14  THOR?

15      A     It seems to be.

16           (Video playing).

17  EXAMINATION BY MR. ALTMYER:

18      Q     Okay.  And then so we're at the

19  2 minute and 20-second mark of the video, and

20  do you see -- it looks like a red vessel to

21  me.

22      A     Right.

23      Q     Okay.  And do you see where it says

24  "MR. COLBY"?

25      A     Uh-huh (affirmative response).

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 349

1      Q     Okay.  From here, have you seen

2   anything of where you can confirm whether or

3   not the CROSBY ENDEAVOR hit the MR. COLBY?

4      A     No, I can't confirm or deny it.

5      Q     Okay.

6            (Video playing).

7   EXAMINATION BY MR. ALTMYER:

8      Q     Okay.  We're at the 2 minute and

9   32-second mark of the video.  At the left-hand

10  side of the screen, do you see black smoke?

11     A     Yes.

12     Q     Okay.  Let's keep watching real

13  quick.

14           (Playing video).

15  EXAMINATION BY MR. ALTMYER:

16     Q     And let's actually go back to that.

17  That was at the 2 minute and 32-second mark of

18  the video.

19           (Playing video).

20  EXAMINATION BY MR. ALTMYER:

21     Q     Okay.  We're talking about the

22  black smoke that's on the left-hand side of

23  the screen.

24     A     Okay.

25     Q     From what you can tell on the

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 350

1    video, does it look like the CROSBY ENDEAVOR

2    is still moored to the THOR?

3        A      It seems to be.

4        Q      Okay.

5               (Playing video).

6    EXAMINATION BY MR. ALTMYER:

7        Q      Okay.  Now, we are at the 2 minute

8    and 48-second mark of the video.  Do you see

9    more black smoke on the screen?

10       A      Yes.

11       Q      Okay.  Does that look like it's

12   coming from the CROSBY ENDEAVOR?

13       A      Yes.

14       Q      Okay.  Do you recall at this point

15   whether or not you had engaged your engines?

16       A      Yeah, I think -- in fact, at that

17   time, I had knocked the port out of forward

18   thrust and went astern.

19              MR. RUFTY:

20                  Just answer the question,

21          captain.

22              THE WITNESS:

23                  Yes, yes.

24   EXAMINATION BY MR. ALTMYER:

25       Q      Okay.  And how specifically did you

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 351

1    engage your engines?

2        A       They were already -- they were

3    engaged at this time.

4        Q       Okay.  So what does the black smoke

5    indicate, that amount of black smoke?

6        A       For that particular scenario?

7        Q       Yes, sir.

8        A       That I had taken the starboard

9    engine, the port engine, out of forward

10   thrust, and went astern with it, and came all

11   the way up on the starboard engine.

12           MR. RUFTY:

13               Do you know that's what you're

14       doing in this moment in time?  If you

15       do, tell us.  If you don't, don't

16       speculate.

17           THE WITNESS:

18               Yeah.

19   EXAMINATION BY MR. ALTMYER:

20       Q       So what were you attempting to do

21   at that point?

22       A       To move the stern of the barge back

23   around.

24       Q       Okay.  So you were trying to move

25   the stern of the barge, that would be going

Page 610

```
 1        Q     Would you have allowed any of your
 2   crewmembers to do that?
 3        A     No.
 4        Q     And in any event, did anybody on
 5   the THOR ever contact the ENDEAVOR and request
 6   that you all do that?
 7             MR. ALTMYER:
 8                 Object to the form.
 9             THE WITNESS:
10                 No.
11   EXAMINATION BY MR. REISMAN:
12        Q     Without getting on board the THOR,
13   while the hurricane was passing, was there any
14   way for you to observe what the tension levels
15   were on the mooring lines and anchor wires
16   connecting the THOR to the Martin 16 dock?
17        A     No.
18        Q     Now, you told us earlier, but
19   again, I want to make sure I've got this
20   right.  Where you were positioned on the hip
21   of the THOR, you could push forward or back,
22   correct?
23        A     Correct.
24        Q     You could go forward or astern,
25   correct?
```

Page 611

1      A      Right.

2      Q      In order to do that, you would need

3  to know which part of the barge was seeing the

4  most tension and starting to come away from

5  the dock, correct?

6      A      Correct.

7      Q      So if, for example, the bow of the

8  THOR was starting to come off of the dock,

9  those lines were experiencing more tension,

10  you would have gone astern on the ENDEAVOR to

11  help push the bow of the THOR towards the

12  dock, correct?

13      A      That's a correct assumption.

14      Q      And the opposite is also true?  If

15  the stern of the THOR was starting to come off

16  the dock, you would have gone -- you would

17  have gone forward to push the stern in,

18  correct?

19      A      Correct.

20      Q      But the only way for you to know

21  that would have been to be able to see the

22  lines or to receive an instruction from the

23  THOR, correct?

24      A      Correct.

25      Q      Could you see those mooring lines?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 612

1      A      No.

2      Q      Did you receive any instructions

3   from the THOR as to what those mooring lines

4   were doing?

5      A      No, not until --

6      Q      Not until the barge was already

7   breaking away; is that correct?

8      A      Correct.

9      Q      At which point, it was just too

10  late for you to do anything, correct?

11     A      Correct.

12     Q      Now, Mr. Grinnan asked you a series

13  of questions about possibilities and

14  impossibilities, and he suggested to you that,

15  on the morning of the hurricane, before the

16  hurricane arrived, you knew it was impossible

17  for the ENDEAVOR to do anything to assist the

18  THOR.  Do you remember that line of

19  questioning?

20     A      Vaguely, yes.

21     Q      Well, you're a stronger man than

22  me, because it's indelibly marked in my brain

23  after an hour of it.

24     A      Yeah.

25     Q      But let's just ask this.  Because

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 613

1    you were asked a question earlier, and the

2    answer, I think, was pretty obvious.  If you

3    had been contacted before the THOR broke away,

4    there's a chance you could have held that

5    barge on the dock, correct?

6         A     Possibility.

7         Q     So when Mr. Grinnan said you knew

8    it was impossible for the ENDEAVOR to do

9    anything to assist, that's an untrue statement

10   that Mr. Grinnan was asking you to agree to;

11   isn't that right?

12        A     That's a correct assessment.

13        Q     You're agreeing with me, right?

14        A     I'm agreeing with you.

15        Q     And during that time when you were

16   on the ENDEAVOR and the hurricane was passing,

17   you were relying on the crew of the THOR, and

18   in particular, the superintendent and the

19   foreman, to contact you if they needed

20   assistance, correct?

21        A     Correct.

22        Q     And did they ever do that before

23   the barge was breaking away?

24             MR. ALTMYER:

25                  Object to form.

1           THE WITNESS:

2                No.

3    EXAMINATION BY MR. REISMAN:

4        Q     Without being able to see those

5    mooring lines and know which ones were

6    experiencing the most tension and starting to

7    break, for example, was there any way for you

8    to know which direction you should move, in an

9    effort to try and secure the barge to the

10   dock?

11       A     No.

12       Q     You needed somebody on the THOR to

13   give you that information, didn't you?

14       A     Yes, I needed help with that.

15       Q     Before the storm arrived, did

16   anybody on the THOR contact you and say, "Hey,

17   we're going to conduct a Job Safety Analysis

18   meeting," or a safety meeting of any kind, and

19   "We're going to tell you what your role is in

20   connection with us riding out this hurricane"?

21       A     Yeah, I don't recall that

22   happening.

23       Q     If you had participated in a JSA

24   with the crew of the THOR, you'd remember

25   that, wouldn't you?

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 615

1      A      I would have to say probably, yes.

2      Q      And you have no recollection of --

3      A      I don't recall it.

4      Q      Do you recall anybody from the THOR

5  ever asking you to participate in a JSA or a

6  safety meeting?

7      A      I don't recall.

8      Q      Now, once the barge broke free of

9  the dock, if the winds had not been as severe

10  as they were, you believe that there's a

11  chance that you could have controlled the

12  barge, correct?

13      A      Yes, it's a possibility.

14      Q      So, again, to Mr. Grinnan's

15  question about the fact that he suggested

16  there was no chance that you could have helped

17  that barge, that's not true either, correct?

18      A      Correct.

19      Q      Did the crew of the THOR ever ask

20  you to inspect their mooring lines connecting

21  them to the dock?

22      A      No.

23      Q      And I know you've answered it, but

24  I just want to make sure.  Did anybody on the

25  THOR ever instruct you or any member of your

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 616

1    crew to assist them in holding the barge to

2    the dock during the storm?

3         A    No.

4         Q    If they had, would you have used

5    your abilities, in an effort to try and keep

6    the barge on the dock?

7         A    Yes, if they -- if I had been given

8    the information as to what was needed to

9    assist, without making the situation worse,

10   yes.

11        Q    Did anybody on the THOR ever give

12   you any instructions or directions as to what

13   they expected you and the ENDEAVOR to do

14   during the passing of the storm?

15        A    I don't recall.

16        Q    And if we look at the log, the

17   ENDEAVOR's log from October 28th, 2020 -- I

18   don't remember what exhibit number this is.

19   It's been identified as Crosby 000454.

20             MR. REISMAN:

21                  Sara, I know you're pretty good

22             with that.  You always have better

23             organization on that.  Do you remember

24             what exhibit that was?

25             MS. KUEBEL:

Page 617

```
1                    68.
2              MR. REISMAN:
3                    68?  Does he have that in front
4         of him?
5              MR. ALTMYER:
6                    I think so.  October 15th
7         through 30th logs?
8              MR. REISMAN:
9                    It's the October 28th log, yes.
10             MR. ALTMYER:
11                   Yes, he's got it.
12        EXAMINATION BY MR. REISMAN:
13             Q     Okay.  If you could just take a
14        look at that.
15             A     Okay.
16             Q     You were asked some questions
17        before, again, about the difference between
18        standby, or standing by, and working as
19        directed?
20             A     Yeah.
21             Q     On October 28th, 2020, were you
22        working as directed, by the THOR?
23             A     Yes.
24             Q     And so on your logs of October 28,
25        2020, there's a reference to, at 0800, "Arrive
```

Page 618

1    and stand by with D/B THOR at Martin 16, Bayou

2    Lafourche."  Do you see that entry?

3        A    Yes.

4        Q    When you said, "Arrive and stand

5    by," were you saying, we're going to stand by

6    while we wait for directions from the THOR?

7        A    That's -- that's the understanding

8    of that, yes.

9        Q    Is that what you meant?

10       A    Yeah.

11       Q    Well, strike that.  Because you

12   didn't write that, did you?

13       A    No, that was Captain Plaisance,

14   but -- Captain Ernest, but yes, that's --

15   that's what that --

16       Q    That's what you understood -- is

17   that what you --

18       A    That's what that would be, you

19   know.

20       Q    Did you understand, from that log

21   entry, what that meant was that the CROSBY

22   ENDEAVOR was standing by, to work as directed

23   by the THOR?

24       A    Correct.

25       Q    You were waiting for instructions

Page 619

```
1    from the THOR?

2         A     Correct.

3         Q     Would you ever just come alongside

4    a barge and just start pushing on it?

5         A     No.

6         Q     You'd want to know from the crew of

7    that barge, where do you want me to push, how

8    do you want me to push, how hard; is that

9    right?

10        A     Yes.

11        Q     Are those important pieces of

12   information that the captain of a tug would

13   need before he would come alongside and

14   actually push into a barge?

15        A     Yes.

16        Q     Did you ever receive that

17   information from the crew of the THOR on

18   October 28th, 2020?

19        A     At the point that the barge broke

20   away.

21        Q     Before the barge broke away, did

22   you ever receive that information --

23        A     No.

24        Q     -- from the crew of the THOR?

25        A     No.
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 620

```
 1        Q      If the crew of the THOR had asked
 2    you to drive ahead or astern, as tension
 3    increased on their lines, you would have
 4    complied with that direction, correct?
 5        A      Yes.
 6        Q      Now, there was a lot of discussion
 7    about repositioning of the tug so that you
 8    would be pushing perpendicular.  Do you
 9    remember that testimony?
10        A      Yes.
11        Q      Okay.  Are you aware that the
12    members of the crew of the THOR helped tie up
13    the ENDEAVOR to the THOR, when the ENDEAVOR
14    arrived on the morning of the 28th?
15            MR. ALTMYER:
16                Objection to form.
17            THE WITNESS:
18                Yes.
19    EXAMINATION BY MR. REISMAN:
20        Q      Throughout the day, on October 28,
21    2020, did you see members of the crew of the
22    THOR out on deck, walking around?
23        A      Maybe early in the morning, earlier
24    that morning.
25        Q      So after you arrived, you were
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 621

1    able --

2        A    Yeah, after I arrived.

3        Q    So after the ENDEAVOR arrived on

4    October 28, 2020 and tied up alongside the

5    THOR, you personally saw members of the crew

6    of the THOR walking around out on deck,

7    correct?

8        A    Correct.

9        Q    Do you have any doubt in your mind

10    that the members of the crew of the THOR knew

11    exactly where and how the ENDEAVOR was

12    positioned alongside the THOR?

13            MR. ALTMYER:

14                Objection to form.

15            THE WITNESS:

16                Do I have any doubt?

17    EXAMINATION BY MR. REISMAN:

18        Q    Correct.

19        A    No doubt that they knew.

20        Q    They knew exactly where you were

21    and how you were secured, correct?

22            MR. ALTMYER:

23                Objection to form.

24            THE WITNESS:

25                Yes.

Page 623

```
 1        question.
 2              MR. REISMAN:
 3                    Okay.  If they told you -- make
 4        the objection before the answer next
 5        time.
 6              MR. GRINNAN:
 7                    Thank you.  I will.
 8    EXAMINATION BY MR. REISMAN:
 9         Q    If the crew of the THOR told you,
10    "We understand it's dangerous, but this is
11    what we need you to do in order to be able to
12    keep the barge on the dock," that it would be
13    more dangerous to let --
14              MR. GRINNAN:
15                    Form.
16              MR. REISMAN:
17                    -- the barge get off the dock,
18        would you have done what they asked you
19        to do?
20              MR. ALTMYER:
21                    Objection to form.
22              THE WITNESS:
23                    No.
24    EXAMINATION BY MR. REISMAN:
25         Q    Mr. Altmyer asked you a question
```

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 624

1    earlier about whether you had considered your

2    position alongside the THOR and the impact

3    that might have had on the mooring lines going

4    from the THOR to the dock.  Do you remember

5    that?

6         A    Right.

7         Q    You just told us, the crew of the

8    THOR knew you were there, correct?

9         A    That's correct.

10        Q    Whose responsibility is it, or was

11   it, in October of 2020 to ensure that the THOR

12   was moored safely to the dock?

13             MR. ALTMYER:

14                  Objection to form.

15             THE WITNESS:

16                  The crew of the THOR.

17   EXAMINATION BY MR. REISMAN:

18        Q    When you told us you were working

19   as directed, did the crew of the THOR ever

20   tell you, "Captain, it's your responsibility

21   to make sure we've got the right mooring lines

22   out"?  Did they ever tell you that?

23        A    No.

24        Q    Did they ever ask you to offer your

25   opinion on whether they were adequately

Videotaped Deposition of Walter Everett, Jr.
All Coast, LLC v. Shore Offshore Services, LLC

Page 625

1   moored?

2       A      No.

3       Q      And you arrived on location

4   alongside the THOR on the morning of

5   October 28th, correct?

6       A      Yes.

7       Q      And the storm didn't reach that

8   area until about 4:00 in the afternoon or so,

9   correct?

10      A      That's correct.

11      Q      During that time, was there an

12  opportunity, had they chosen to do so, for the

13  THOR to put out additional mooring lines?

14          MR. RUFTY:

15              Objection to form.

16          THE WITNESS:

17              I can't -- there was time.

18      Yes, there was time.

19  EXAMINATION BY MR. REISMAN:

20      Q    I may be done.  Just give me a

21  minute.  I want to flip through a couple of

22  notes here.  You said earlier in your

23  deposition that you were monitoring a working

24  channel on your VHF radio, correct, on October

25  28, 2020?

 **VESSEL INCIDENT REPORT** 
**Crosby Tugs, LLC**
17771 Hwy 3235 Galliano, LA 70354
PO BOX 279 Golden Meadow, LA 70357
Main: (985) 632-7575   Fax: (985) 632-7572

| 1. NAME OF VESSEL/BARGE: CROSBY ENDEAVOR | 2. MASTER/CAPTAIN'S NAME: WALTER EVERETT JR | 3. DATE OF OCCURRENCE: 10 / 28 / 2020 |
|---|---|---|
| 4. NAME OF CHARTERER OR CUSTOMER: DAWN SERVICES | 5. LOCATION OF VESSEL AT TIME OF OCCURRENCE: MARTIN 16 PORT FOURCHON | 6. TIME OF OCCURRENCE: 16 : 00 ☐ AM ■ PM |
| 7. NAME OF PERSON AT WHEEL: WALTER EVERETT JR | 8. DOCK, RIG, OTHER VESSEL, OBJECT or PLATFORM INVOLVED: DB THOR AND OTHERS | |

| 9. PERSON(S) INVOLVED: N/A | 10. PERSON REPORTING: W. EVERETT | 11. DATE REPORTED: 10 / 28 / 2020 | 12. TIME REPORTED: 16 : 15 ☐ AM ■ PM |
|---|---|---|---|

| 13. TIME IN INDUSTRY: 30 Years ___ Months ___ Days | 14. TIME WITH COMPANY: 14 Years ___ Months ___ Days | 15. TIME IN CURRENT POSITION: 8 Years ___ Months ___ Days |
|---|---|---|

| 16. STAGE OF TIDE: FLOODING FROM STORM SURGE | 17. MAKE UP OF TOW: ALONGSIDE | 18. BARGE STATUS: ☐ Light   ☐ Loaded |
|---|---|---|

| 19. IF LOADED, CARGO ONBOARD: | 20. CARGO LOSS OR DAMAGE: ☑ Yes ☐ No | 21. DRAFTS: Fore: 16   Aft: 17 |
|---|---|---|

| 22. DESCRIBE WEATHER CONDITIONS: WIND GUST OVER 120 MPH AND DRIVING RAIN | 23. VISIBILITY: 0 NM | 24. SEA: State: CHOPPY HT: ___ | 25. CURRENT: Set: N   Speed: ?   Kts: ? |
|---|---|---|---|

| 26. WIND: Direction: SE   Speed: 120   Kts: ___ | 27. NAME OF NEAREST PORT (If Offshore): N/A | 28. AIR TEMPERATURE: N/A °   ☐ C ☐ F |
|---|---|---|

| 29. DEPARTED FROM: N/A | 30. ENROUTE TO: N/A | 31. TYPE OF INCIDENT: ■ Allision ☐ Collision ☐ Other: ___ |
|---|---|---|

**32. DESCRIPTION OF INCIDENT** *(Attach sketch or drawing, take photos if possible):*
ALONGSIDE BARGE BOW FACING SOUTH USING ENGINES TO TRY AND HOLD THE THOR. WHEN THEIR LINES PARTED US AND THE BARGE WAS BLOWN NORTH UP THE BAYOU. ONCE MY LINES PARTED WAS UNABLE TO CATCH UP TO THE BARGE AGAIN

**33. DESCRIBE DAMAGE TO COMPANY VESSEL AND/OR PROPERTY:**
MINOR SCRAPE ON STBD BOW FROM PYLON ON WEST SIDE OF CHANNEL

**34. DESCRIBE DAMAGE TO OTHER VESSELS, PROPERTY, OR CARGO:**
NUMEROUS VESSELS SAID THEY WERE HIT BY THE BARGE, COULD NOT SEE FROM OUR VESSEL. NEAR 0 VISIBILITY

**35. NAME(S) AND ADDRESS(ES) OF OWNER(S) OF OTHER VESSEL(S), PROPERTY OR CARGO:**
MARS(DB THOR)

**36. NAME(S), ADDRESS(ES), TELEPHONE NUMBER(S) OF ALL WITNESS(ES) (Attach additional sheets if necessary):**
WITNESS FORMS ATTACHED

| 37. ANYONE INJURED: ☐ YES ☑ NO | *If YES, attach a separate Personal Injury Report.* |
|---|---|
| 38. ANY POLLUTION: ☐ YES ☑ NO | *If YES, was USCG notified:* ☐ YES ☐ NO   *If YES, NRC#:* ___ |

| 39. MASTER/CAPTAIN'S SIGNATURE: *W. Everitt* | DATE: 10 / 28 / 2020 | PHONE NUMBER: 3186230731 |
|---|---|---|

*Upon completion, be sure to make a copy of the COMPLETED Incident Report as well as Statement Forms. Keep the ORIGINAL copy of the Incident Report on board the vessel and send a copy to the Main Office as soon as possible.*

December 2015



EXHIBIT
60

Form CT-201
Revision 1

CROSBY 000003

## 15 October — DAY Thursday

1800 - Departed Crosby Dock to Test Engines
1900 - Finished Test. All good.
2000 - Secured @ Stone Fuel
2100 - Started Taking Fuel
2255 - Fuel completed
2230 - Secure @ Crosby Dock
2400 - S/By @ Crosby Dock

Capt. W. Everett & Eng. R. Artigas on @ 2130

### Pre-Voyage Checklist

| Item | |
|---|---|
| Steering Control | |
| Forebar Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stern | |
| Anchor Ready for Emer. | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req, w/d staff | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |

### Pre-Critical Task Conference

| Item | |
|---|---|
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

### Safety Meeting or Drill

Topic:

Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Fuel / Lube

| Item | |
|---|---|
| Fuel on Board | |
| Fuel Used | |
| Lube on Board | |
| Lube Used | |

Are there any accidents, injuries or pollution to report: YES / NO
Int.

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | | Galley Trash | | | |
| Lube Filters | | | | Fuel/Spill Waste | | | |

### Crew On/Off — Radio

| | Int. | Time | Channel |
|---|---|---|---|
| W. Everett | W | 0600-1800 | |
| R. Ovyel | | 0600-1800 | |
| R. Artigas | | 0600-1800 | |
| T. Collins | | 0600-1800 | |

### Fire Watch

| Int. | Time |
|---|---|
| | Rec. 35000 |

---

## 16

1001 - S/By @ Crosby Dock
0600 - Same
1200 - Same
1540 - Departed Crosby Dock
1730 - Got orders to turn @
1800 - Blk 5 Buy Morchow
1900 - All secure @ Crosb.
2400 - S/By @ Crosby Dock

### Crew On/Off

| | Date | Loc |
|---|---|---|
| | | |

| | Int. |
|---|---|
| W. Everett | |
| R. Augel | |
| R. Artigas | |
| T. Collins | |

---

EXHIBIT

68

CROSBY 002639

**16** October   DAY _Friday_

Friday
10.16

0001 - S/BY @ Crosby dock
0600 - Same
1200 - Same
1540 - Departed Crosby dock enroute to Eugene Island
1730 - Got orders to turn around
1800 - BLK 5 Bay Marchand enroute to Fourchon
1900 - All secure @ Crosby dock
2400 - S/BY @ Crosby dock

**Pre-Voyage Checklist**
Steering Control
Rudder Indicator
Auxiliary Pump
Gear and Linkage
Radar
AIS Transponder
Swing Meter
Depth Sounder
Compass
Wheelhouse Windows
VHF Radios
Navigation Lights
Search Lights
Horn
Communications
Control Alarm
Engine Room
Machinery
Engine Monitors
Propulsion Controls Forward / Stern
Anchor Ready for Emer.
Emergency Tow Avail.
Load Line
Conduct GMDSS Setup/ Verify DP Func.
Verify Manning Req. are met
Ensure Compliance W/Stability Req.
Displaying Proper Lights & Day Shapes
Master's Initials

**Pre-Critical Task Conference**
Making Tow
Locking
Docking
Transfers
Boat Fueling
Down Stream Landing
Master's Initials

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Fuel / Lube**
Fuel on Board
Fuel Used
Lube on Board
Lube Used

Are there any accidents, injuries or pollution to report: YES / NO
Int.

| Waste Management | | | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | | | | Bags |
| Lube Filters | | | Gallons Trash | | | Bags |
| | | | Filters Spill Waste | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| W. Everett | | 0600 - 1800 | | | |
| R. Bugel | | 0600 - 1800 | | | |
| R. Arthur | | 0600 - 1800 | | | |
| T. Collins | | 0600 - 1800 | | | |

**Fuel / Lube**
Fuel on Board  42,300
Fuel Used  400
Lube on Board  392
Lube Used  41

Are there any accidents, injuries or pollution to report: YES / NO
Int.

Meters: 2234

**17 October**   DAY Saturday

0001- S/By @ CROSBY DOCK FOURCHON
0600 - Same
1200 - Same
1800 - Same
2400 - Same

**18 O**

0001 - S/By @ CROSBY DOCK FOU
0600 - Same
1200 - Same
1800 - Same
2400 - Same

| Pre-Voyage Checklist |
| --- |
| Steering Control |
| Rudder Indicator |
| Auxiliary Pump |
| Gear and Linkage |
| Rudder |
| AIS Transponder |
| Swing Meter |
| Depth Sounder |
| Compass |
| Wheelhouse Windows |
| VHF Radios |
| Navigation Lights |
| Search Lights |
| Horn |
| Communications |
| Control Alarm |
| Engine Room |
| Machinery |
| Engine Monitors |
| Propulsion Controls Forward / Stern |
| Anchor Ready for Emer. |
| Emergency Tow Avail. |
| Load Line |
| Conduct GMDSS Setup/ Verify DP Func. |
| Verify Manning Req. are met |
| Ensure Compliance W/Stability Req. |
| Displaying Proper Lights & Day Shapes |
| Master's Initials |

| Pre-Critical Task Conference |
| --- |
| Making Tow |
| Locking |
| Docking |
| Transfers |
| Boat Fueling |
| Down Stream Landing |
| Master's Initials |

| Safety Meeting or Drill |
| --- |
| Topic: |
| Attendees: |
| 1. |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |
| 7. |
| 8. |

| Waste Management | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Gallons | | | |
| Lube Filters | | | Filters Trash | | | Bags |
| | | | Spill Waste | | | Bags |

| Crew On/Off | | |
| --- | --- | --- |
| | Int. | |
| W.Forest | | |
| R.Onge.l | | |
| R.Artigos | | |
| T.Collins | | |

| Radio | | | Fire Watch | |
| --- | --- | --- | --- | --- |
| Int. | Time | Channel | Int. | Time |
| W.Forest | 0600 - 1800 | | | |
| R.Onge.l | 0600 - 1800 | | | |
| R.Artigos | 0600 - 1800 | | | |
| T.Collins | 0600 - 1800 | | | |

| Fuel / Lube | | |
| --- | --- | --- |
| Fuel on Board | 42 | 200 |
| Fuel Used | | 100 |
| Lube on Board | | 391 |
| Lube Used | | 1 |

Are there any accidents, injuries or pollution to report: YES NO   Int.

W/E 2234

| Waste Management | |
| --- | --- |
| | Date | Locati |
| Bilge | | |
| Lube Filters | | |

| Crew On/Off | |
| --- | --- |
| | Int. |
| W.Forest | |
| R.Onge.l | |
| R.Artigos | |
| T.Collins | |

CROSBY 002641

**18 October**    DAY SUNDAY

0001- S/By @ CROSBY DOCK FOURCHON
0600- Same
1200- Same
1800- Same
2400- Same

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |
| **Pre-Critical Task Conference** | | |
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Crew Stream Landing | | |
| Master's Initials | | |
| **Safety Meeting or Drill** | | |
| Topic: | | |
| Attendees: | | |
| 1. | | |
| 2. | | |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Slops | | | Gallon/Trash | | | | Bags |
| Lube Filters | | | Filters/Solid Waste | | | | Bags |

**Crew On/Off**

| | **Radio** | | | | **Fire Watch** | | |
|---|---|---|---|---|---|---|---|
| | Int. | Time | Channel | | Int. | Time | |
| W. Forrest | | 0600-1600 | | | | | |
| R. Carr | | 0600-1800 | | | | | |
| R. Hargis | | 0600-1800 | | | | | |
| T. Collins | | 0600-1800 | | | | | |

**Fuel & Lube**

| | | |
|---|---|---|
| # on Board | 42 | 000 |
| # Used | 100 | |
| Lube on Board | 391 | |
| Lube Used | | |
| Are there any accidents, injuries or pollution to report: YES / NO  Int. | | |

**Fuel & Lube**

| | | |
|---|---|---|
| Fuel on Board | 42 | 160 |
| Fuel Used | 100 | |
| Lube on Board | 376 | |
| Lube Used | 15 | |
| Are there any accidents, injuries or pollution to report: YES / NO | | |

M/E HRS 2234

CROSBY 002642

**19 October**      DAY _Monday_

0001 - S/By @ Crosby Dock
0600 - S/hu
1200 - S/hu
1330 - Departed
1340 - Arr @ John W. stone Fuel Dock
1415 - STARTED Fuel
1545 - Finished Fuel
1645 - Secure @ Crosby Dock
2130 - Departed Crosby Dock enroute To IIG H Tslong
2300 - Blk 17 South Pella, spd: 11.2 kts; ETA 1600/20th, NT 20; NTG 182.
        winds: SW 10, seas: 2'

MARSEC Level I

✗ JSA Taking on fuel
✗ JSA Taking on groceries

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |

| Pre-Critical Task Conference | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

| Safety Meeting or Drill |
|---|
| Topic: |
| Attendees: |
| 1. |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |
| 7. |
| 8. |

| Waste Management | | | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | | | | |
| | | | Gallons Trash | | | Bags |
| Lube Filters | | | | | | |
| | | | Filters Spill Waste | | | Bags |

| Crew On/Off | | Radio | | | Fire Watch | |
|---|---|---|---|---|---|---|
| | | Int. | Time | Channel | Int. | Time |
| W. Everett | | | | | | |
| R. Dugol | off | | | | | |
| R. Arguos | | | | | | |
| T. Collins | | | | | | |
| H. Solano | | on | | | | |
| E. Plascencia Jr. | | on | | | | |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 99 500 |
| Fuel Used | 200 |
| Lube on Board | 377 |
| Lube Used | 0 |
| Are there any accidents, injuries or pollution to report: YES (NO) | |

M/E Hrs: 2237                    Int. EP

Right margin (partially cut off):
0001 - Underway lite?
0600 - Blk 135 Eugen
        winds: SW 10.
1800 - Blk 233 W.C.
        seas 2-3. F
1600 - Arrived
1800 - Going al
1900 - Tou~~
2008 - Under
2400 - Pos: 09° 12'
        winds: SE

KJSA

Tw Has: 1?

Walter Ev
Emeet Pl~
Rene Ar~
Harris S
Teddy C

Bilges
Lube Filters
Crew O

**20 October**    DAY _Tuesday_

0001- Underway liteBoat to Blk 116 High Island
0600- Blk 135 Eugene Isl. spd: 11.6 kts. MT 88, MTG 114, ETA 1600/20th;
      winds: SE@ 10-15 & seas: 2-3'
1200- Blk 233 W.Cam. spd. 11.5 kts MT 159 MTG-43 Winds SE@ 10-15
      seas 2-3 ETA 1600 TODAY
1600- Arrived @ DB Thor in Blk 116 H.I. Sby to get survey

1800- Going alongside Thor to get survey equip
1920- Tautline on DB Thor.
2009- Underway full power for Blk 21 S. Pel to
2400- Pos: 29°12'N-93°42'W, Blk 307 W.Cam, C-94°, spd: 4.4 kts, WD: 56 ft.
      winds: SE@20, seas: 2ft, MT 75, MTG 160, ETA 1200/22nd MT 14

                  _MARSEC Level I_

K J S A Putting trialine on barge

TW Hrs: 1854 Miles: 5228   shockline Hrs: 726 Miles: 2498

| Walter Everett Jr. | Capt. | 1200-2400 | WE |
| Ernest Plaisance Jr. | R/Capt. | 0001-1200 | EP. |
| Rene Artigas | Eng. | Floating | RA. |
| Harris Soloman | A/B | 0600-1200 / 1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TC |

| | | Waste Management | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Galons Trash | | | Bags |
| Lube Filters | | | Filters Spill Waste | | | Bags |

| Pre-Voyage Checklist | |
|---|---|
| Steering Control | |
| Rudder Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stern | |
| Anchor Ready for Emer. | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req. are met | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |

| Pre-Critical Task Conference | |
|---|---|
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

| Crew On/Off | | Radio | | | Fire Watch | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | |
| | | | | W.E. | 1200-2400 | |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 90500 |
| Fuel Used | 4000 |
| Lube on Board | 337 |
| Lube Used | 40 |

Are there any accidents, injuries or pollution to report: YES (NO)
Int. EP

MY Hrs: 2261

CROSBY 000446

## 21 October    DAY _Wednesday_

0001 Towing DB Thor to Blk 21 South Petto
0600- Pos: 29°08'N-93°13'w. Blk 231 w. Cam; spd: 9.1kts, C-100°, WD: 66ft;
    winds: SE@15-20, seas: 2-4'; MT 40, MTG 134, ETA 1200/22nd
0830- DB Thor change destination to Blk 129 Ship Shoal
1200- Pos: Blk 131 F.C. spd. 3.5kts C-097° w.D. 80' D in EQ@20
    seas. 3-5's well MT 64 MTG 81 ETA 1800 ON 22nd ISI SS
1800- Pos: Blk 156 Vermillion spd. 3.4kts C-100° W.D. 87' WIND
    EQ.15-20 seas 3-4' swell MT.87 MTG.58 ETA 1100 ON 22nd
2400- Pos: 28°58'N-91°57'w. Blk 19 SMI, spd: 3.9kts, C-92°, WD: 82ft;
    winds: EQ 20-25, seas: 3-5'; MT 109, MTG 36; ETA 1100/22nd

MARSEC Level I

TW Hrs: 1878  Miles: 5321    Shortline Hrs: 750  Miles: 2541

| | | | | |
|---|---|---|---|---|
| Walter Everett, SR. | Capt. | 1200-2400 | (W.E) | |
| Ernest Plaisance, Jr. | Rel. Capt. | 0001-1200 | E.P. | |
| Rene Artigos | Eng. | Floating | R.A. | |
| Harris Solomon | A/B | 0600-1200/1800-2400 | +IDS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | T.Jc | |

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | | Radio | | | Fire Watch | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | |
| | | | | W.E. | 1200-2400 | |

Pot Water 15,000

W/E Hrs: 2285

### Pre-Voyage Checklist
Steering Control
Rudder Indicator
Auxiliary Pump
Gear and Linkage
Radar
AIS Transponder
Swing Meter
Depth Sounder
Compass
Wheelhouse Windows
VHF Radios
Navigation Lights
Search Lights
Horn
Communications
Control Alarm
Engine Room
Machinery
Engine Monitors
Propulsion Controls Forward / Stern
Anchor Ready for Emer.
Emergency Tow Avail.
Load Line
Conduct GMDSS Setup/Verify DP Func.
Verify Manning Req. are met
Ensure Compliance W/Stability Req.
Displaying Proper Lights & Day Shades
Master's Initials

### Pre-Critical Task Conference
Making Tow
Locking
Docking
Transfers
Boat Fueling
Down Stream Landing
Master's Initials

### Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Fuel / Lube

| | | |
|---|---|---|
| Fuel on Board | 84 | 000 |
| Fuel Used | 6 | 500 |
| Lube on Board | | 306 |
| Lube Used | | 31 |

Are there any accidents, injuries or pollution to report: YES NO    Int. E.P.

CROSBY 000447

**VESSEL INCIDENT REPORT**

**22** October          DAY _Thursday_

0001- Towing DB Thor to Blk 151 Ship Shoal
0530- DB Thor changed destination to BLK 164 Ship Shoal
0600- Pos: 28° 49'N - 91° 39'w. BLK 162 E.Tsl. spd: 3.5 kts. C-99°. WD: 74ft.
      winds: E@15-20; seas: 3-4'. MT 131: MTG 43. ETA 1830/22nd
0740- DB Thor changed destination to BLK 151 Ship Shoal
1100- DB Thor anchor on bottom in Blk 151 Ship Shoal   WOW
      winds: E@20; seas: 3-4'
1200- W.O.W. of DB Thor BLK 151 S.S  winds E@20 seas 3-4
1800- Same   wind E@ 20-25 seas 3-5' swell
2400- Same   winds: E@ 15 + seas: 3-5'

MARSEC Level I

TW Hrs: 1902 Miles: 5358    Shoreline Hrs: 774  Miles: 2578

| | | | | |
|---|---|---|---|---|
| Walter Everett Jr. | Capt. | 1200-2400 | (W) | |
| Ernest Plaisance Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Arildns | Eng. | Floating | R.A. | |
| Harris Soloman | A/B | 0600-1200/1800-2400 | HDS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | T.JC | |

**Pre-Voyage Checklist**

| Item | | | |
|---|---|---|---|
| Steering Control | | | |
| Rudder Indicator | | | |
| Auxiliary Pump | | | |
| Gear and Linkage | | | |
| Radar | | | |
| AIS Transponder | | | |
| Swing Meter | | | |
| Depth Sounder | | | |
| Compass | | | |
| Wheelhouse Windows | | | |
| VHF Radios | | | |
| Navigation Lights | | | |
| Search Lights | | | |
| Horn | | | |
| Communications | | | |
| Control Alarm | | | |
| Engine Room | | | |
| Machinery | | | |
| Engine Monitors | | | |
| Propulsion Controls Forward / Stern | | | |
| Anchor Ready for Emer. | | | |
| Emergency Tow Avail. | | | |
| Load Line | | | |
| Conduct GMDSS Setup/ Verify DP Func. | | | |
| Verify Manning Req. are met | | | |
| Ensure Compliance W/Stability Req. | | | |
| Displaying Proper Lights & Day Shapes | | | |
| Master's Initials | | | |

**Pre-Critical Task Conference**

| Item | | | |
|---|---|---|---|
| Making Tow | | | |
| Locking | | | |
| Docking | | | |
| Transfers | | | |
| Boat Fueling | | | |
| Down Stream Landing | | | |
| Master's Initials | | | |

**Safety Meeting or Drill**

Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | | Radio | | | | Fire Watch | |
|---|---|---|---|---|---|---|---|
| | | Int. | Time | Channel | | Int. | Time |
| | | | | | | E.P. | 0001-1200 |
| | | | | | | W.E. | 1200-2400 |

**Fuel / Lube**

| | | |
|---|---|---|
| Fuel on Board | 81 | 300 |
| Fuel Used | 2 | 700 |
| Lube on Board | | 306 |
| Lube Used | | 0 |

Pot Water 19,800
       used 200

M/E Hrs: 2285

Are there any accidents, injuries or pollution to report: YES / NO   int. E.P.

CROSBY 000448

**23** October   DAY _Friday_

0001- WOW w/ DB Thor in Blk 151 Ship Shoal
0030- Thor started pulling in PS Anchor
0130- Anchor up & EP under tow slow for Blk 259 Ship Shoal
0600- Pos: 28°38'N 91°12'W. Blk 173 S.S. spd: 2.3 kts. C-129° WD: 75 ft.
         winds: SE @ 10-15. seas: 3'-4'. MT 10; MTG 27; ETA 1800/23ʳᵈ
1200- Pos: 28°52'N 92°52'W Blk 258 S.S. SPD 4.0 kts. C-105° W.D. 142' WIND SE @
         10-15 seas 3'-4' swell MT 31 MTG 5 ETA 1300 Today.
1400- Port stern anchor dropped holding on TOWLINE
1800- W.A.D. on location 259 S.S. WIND SE @ 5-10 seas 3-4'
1937- Towline off and running anchors.
2245- Shut operations DOWN UNTIL WX passes.
2400- S/by WOW Blk 259 S.S. winds: E @ 20; seas: 2'-3' swell

MARSEC Level I

TW Hrs: 1922  Miles: 5395  Shackline Hrs: 794  Miles: 2615

| | | | | |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) | |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Artigos | Eng. | Floating | R.A. | |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TC | |

| Pre-Voyage Checklist | |
|---|---|
| Steering Control | |
| Rudder Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stern | |
| Anchor Ready for Emer. | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req. are met | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |
| Pre-Critical Task Conference | |
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |
| Safety Meeting or Drill | |
| Topic: | |
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount | |
|---|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags | |
| Lube Filters | | | Filters | Spill Waste | | | Bags | |

| Crew On/Off | | Radio | | | Fire Watch | | Fuel / Lube | |
|---|---|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | | | |
| | | | | E.P. | 0001-1200 | Fuel on Board | 78,500 | |
| | | | | W.E. | 1200-2400 | Fuel Used | 2,800 | |
| | | | | | | Lube on Board | 165 | |
| | | | | | | Lube Used | 41 | |

Pot water 14,600
used 200
M/E Hrs: 2320

Are there any accidents, injuries or pollution to report: YES / NO   Int. E.P.

CROSBY 000449

**24 October**    DAY _Saturday_

0001- WOW w/DB Thor in Blk 259 ship shoal
0030- Started WAD running anchors
0235- Finished w/ anchors; WAD s/by
0600- WAD in Blk 259 ship shoal / winds NE@10-15; seas: 2-3'
1200- W.A.D. w/DB Thor  Winds N@ 15-20-+ NNN@15-20 seas 3-4'
1800- Some  Winds NW @ 10-15  seas 2-4'
2400-Same ; winds: N@ 10-15 ; seas: 2' swell

MARSEC Level I

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |

| Pre-Critical Task Conference | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

| Name | Title | Time | | |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | | (W) |
| Ernest Plaisance, Jr. | R/Capt. | 0001-2400 | E.P. | |
| Rene Astigos | Eng. | Floating | R.A. E.P. | |
| Harris Solomon | A/B | 0600-1800/1800-2400 | HDS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TX | |

| Safety Meeting or Drill |
|---|
| Topic: |
| Attendees: |
| 1. |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |
| 7. |
| 8. |

| Waste Management | | | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| | | | | E.P. | 0001-1200 |
| | | | | W.E. | 1200-2400 |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 78,000 |
| Fuel Used | 500 |
| Lube on Board | 235 |
| Lube Used | 50 |

Pot Water: 14,440
used: 200
N/B Has 2326

Are there any accidents, injuries or pollution to report: YES  NO
Int. ____    Int. ____

CROSBY 000450

**25** October    DAY _Sunday_

0001- WAD W/OB Thor in BLK 259 Ship Shoal
0600- Same ; winds: N@ 10-15 ; seas: 2'-3' swell
1200- Same. Wind N@ 15-20 seas 2-3'
1800- Same  Wind N@ 10-15  Seas 1-3'
2400- Same, on SBB anchor S/by ; winds: NE@ 15 ; seas: 2' swell

MARSEC Level I

| Pre-Voyage Checklist |
| --- |
| Steering Control |
| Rudder Indicator |
| Auxiliary Pump |
| Gear and Linkage |
| Radar |
| AIS Transponder |
| Swing Meter |
| Depth Sounder |
| Compass |
| Wheelhouse Windows |
| VHF Radios |
| Navigation Lights |
| Search Lights |
| Horn |
| Communications |
| Control Alarm |
| Engine Room |
| Machinery |
| Engine Monitors |
| Propulsion Controls Forward / Stern |
| Anchor Ready for Emer. |
| Emergency Tow Avail. |
| Load Line |
| Conduct GMDSS Setup/ Verify DP Func. |
| Verify Manning Req. are met |
| Ensure Compliance W/Stability Req. |
| Displaying Proper Lights & Day Shapes |
| Master's Initials |

| Pre-Critical Task Conference |
| --- |
| Making Tow |
| Locking |
| Docking |
| Transfers |
| Boat Fueling |
| Down Stream Landing |
| Master's Initials |

| Safety Meeting or Drill |
| --- |
| Topic: |
| Attendees: |
| 1. |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |
| 7. |
| 8. |

| | | | |
| --- | --- | --- | --- |
| Walter Everett Jr. | Capt. | 1200-2400 | (W) |
| Ernest Plaisance Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigas | Eng. | off Floating | R.A. |
| Harris Salaman | A/B | 0600-1200/1800-2400 | HOS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TC |

| Waste Management | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Gallons | Trash | | Bags |
| Lube Filters | | | Filters | Spill Waste | | Bags |

| Crew On/Off | Radio | | | Fire Watch | |
| --- | --- | --- | --- | --- | --- |
| | Int. | Time | Channel | Int. | Time |
| | | | | E.P. | 0001-1200 |
| | | | | W.C | 1200-2400 |

| Fuel / Lube | |
| --- | --- |
| Fuel on Board | 77,800 |
| Fuel Used | 200 |
| Lube on Board | 235 |
| Lube Used | 0 |

Pot Water: 14,200
used: 200
INE Has: 2327

Are there any accidents, injuries or pollution to report: YES  NO   Int. E.P.

CROSBY 000451

**26 October**   DAY _Monday_

| | Pre-Voyage Checklist |
|---|---|
| 0001- W/D YDB Thor in BLK 259 ship shoal | Steering Control |
| 0300- Started running anchors | Rudder Indicator |
| 0700- Stop running anchors s/by while Thor working crewboat | Auxiliary Pump |
| 0727- Thor Finished w/crewboat | Gear and Linkage |
| 0730- Started running anchors | Radar |
| 0904- Finished Running anchors | AIS Transponder |
| 0925- Towline off/on on | Swing Meter |
| 0950- Last anchor up t/undertow for Fourchon | Depth Sounder |
| 1200- Pos: BLK 169 S.Tim spd 4.5 kts C-37° W.D. 94' winds NE@ 15 | Compass |
| seas 3-4' MT 11 MTG 43 ETA 2100 Belle Pass 1&2 | Wheelhouse Windows |
| 1800- Pos BLK 49 S.Tim | VHF Radios |
| | Navigation Lights |
| 2020- Shortened tow wire and LA Medanus picking up fish-in buoy | Search Lights |
| 2140- Moor @ 2155- At belle pass 1&2 called HARBOR POLICE ESCORT | Horn |
| 2155- E/R 2210- Entered Belle Pass Jetties | Communications |
| 2308- Towline off in Channel | Control Alarm |
| 2338- Barge alongside dock Martin 16 | Engine Room |
| 2400- W.A.D. securing DB Thor. | Machinery |
| | Engine Monitors |
| | Propulsion Controls Forward / Stern |
| | Anchor Ready for Emer. |
| | Emergency Tow Avail. |
| | Load Line |
| | Conduct GMDSS Setup/ Verify DP Func. |
| | Verify Manning Req. are met |
| | Ensure Compliance W/Stability Req. |
| | Displaying Proper Lights & Day Shapes |
| | Master's Initials |
| | Pre-Critical Task Conference |
| | Making Tow |
| | Locking |
| | Docking |
| | Transfers |
| | Boat Fueling |
| | Down Stream Landing |
| TW Hrs: 1936   Miles: 5499   Shorkline Hrs: 813   Miles: 2665 | Master's Initials |

| | | | | | Safety Meeting or Drill |
|---|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) | | Topic: |
| Ernest Plaisance Jr. | R/Capt. | 0001-1200 | E.P. | | Attendees: |
| Rene Artigas | Eng. | Floating | R.A. | | 1. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS | | 2. |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJ | | 3. |

| Waste Management | | | | | | 4. |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount | 5. |
| Bilge | | | Gallons | | | Bags | 6. |
| Lube Filters | | | Filters | | | Bags | 7. |

| Crew On/Off | Radio | | | Fire Watch | | 8. |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | Fuel/Lube |
| | | | | WE | 1200-2400 | Fuel on Board 74 300 |
| | | | | | | Fuel Used 3500 |
| | | | | | | Lube on Board 235 |
| | | | | | | Lube Used 0 |
| | | | | Pot Water: 14,000 | | Are there any accidents, injuries or pollution to report? YES NO |
| | | | | Used 200 | | |
| | | | | M/E Hrs 2348 | | Int. |

CROSBY 000452

**27** **October**    DAY _Tuesday_

0001- W.A.D. W/DB Thor @ Martin 16
0040- Barge all secure
0600- S/by W/DB Thor @ Martin Energy 16 Bayou Lafourche
0745- Departed
0800- Arr. t/by @ Crosby Dock
1200- Crosby Dock Fourchon
1800- S/by @ Crosby Dock
2400- Same
          Monroe head !

| | | | | |
|---|---|---|---|---|
| Walter Everett Jr. | Capt. | 1200-2400 | (W) | |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Artigos | Eng. | 0600-1800 | R.A. | |
| Harris Soloman | A/B | 0600-1800 | HDS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC | |

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | 10-27-20 | Crosby Dock | 6 Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

### Crew On/Off.

| | Radio | | | | Fire Watch | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | |
| | | | | (W) | 1200-2400 | |

### Pre-Voyage Checklist

| Steering Control | |
|---|---|
| Rudder Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stern | |
| Anchor Ready for *Emer.* | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req. are met | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |

### Pre-Critical Task Conference

| Making Tow | |
|---|---|
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

### Safety Meeting or Drill

| Topic: | |
|---|---|
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

### Fuel / Lube

| Fuel on Board | 74,200 |
|---|---|
| Fuel Used | 100 |
| Lube on Board | 231 |
| Lube Used | 1 |

Are there any accidents, injuries or pollution to report: YES /NO (W)
Int. (W)

Post water 15,000
M/E Hrs: 2349

CROSBY 000453

 **VESSEL INCIDENT REPORT** 

**28 October**     DAY _Wednesday_

| Log Entries | Pre-Voyage Checklist | | |
|---|---|---|---|
| 0001- U/By @ Crosby Dock FO UERYOU | Steering Control | | |
| 0600- Same | Rudder Indicator | | |
| 0745- Departed | Auxiliary Pump | | |
| 0800- Arr. +s/by W/DB Thor @ Mat'n 16 Bayou Lafourche | Gear and Linkage | | |
| 1200- Same | Radar | | |
| 1600- DB Thor lines parted in 120+ MPH wind, Unable | AIS Transponder | | |
| to stop barge, our line, parted. Barge hit several | Swing Meter | | |
| vessels. | Depth Sounder | | |
| 1730- Crosby Integrity assisted us off bottom 2 miles | Compass | | |
| North of Flotation Canal | Wheelhouse Windows | | |
| 1800- Enroute to Crosby Dock | VHF Radios | | |
| 1830- Secure @ Crosby Dock | Navigation Lights | | |
| 2400- Same | Search Lights | | |
| | Horn | | |
| | Communications | | |
| | Control Alarm | | |
| | Engine Room | | |
| | Machinery | | |
| | Engine Monitors | | |
| | Propulsion Controls Forward / Stern | | |
| | Anchor Ready for Emer. | | |
| | Emergency Tow Avail. | | |
| | Load Line | | |
| | Conduct GMDSS Setup/ Verify DP Func. | | |
| | Verify Manning Req. are met | | |
| | Ensure Compliance W/Stability Req. | | |
| | Displaying Proper Lights & Day Shapes | | |
| | Master's Initials | | |
| | Pre-Critical Task Conference | | |
| | Making Tow | | |
| | Locking | | |
| | Docking | | |
| | Transfers | | |
| | Boat Fueling | | |
| | Down Stream Landing | | |
| | Master's Initials | | |

| Crew | Rank | Init | |
|---|---|---|---|
| W. Everett Jr. | Capt | | |
| E. Plaisance Jr. | R/Capt | EP | |
| R. Artigas | Eng | RA | |
| H Solomon | A/B | HS | |
| T. Collins | A/R | TJC | |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount | |
|---|---|---|---|---|---|---|---|---|
| Bilge | | | Galons | Trash | 10-28-20 | Crosby Dock | 2 | Bags |
| Lube Filters | | | Filters | Spill Waste | | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| | | | | WS | 1200-2400 |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 74,000 |
| Fuel Used | 200 |
| Lube on Board | 214 |
| Lube Used | 20 |

Are there any accidents, injuries or pollution to report? YES / NO    Init

Pot Water: 14,800
Used 200
M/E HRS 2352

CROSBY 000454

**29** October     DAY _Thursday_

0001- S/by @ Crosby Dock Fourchon, La.
0945- Departed
0500- Arr. & S/by 4/DB Thor @ Martin 16 Bayou Lafourche
0600- Same
1100- Survey Equipment off
1200- Same
1745- Departed Crosby Dock Enroute to Sabine
1800- Outbound Belle Pass Jetties.
2400- Blk 131 Ship Shoal; spd: 9 kts; winds: NW @ 30-35; seas: 3-5; ETA 1600/30

MARSEC Level I

| Pre-Voyage Checklist | |
|---|---|
| Steering Control | |
| Rudder Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stem | |
| Anchor Ready for Emer. | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req. are met | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |
| Pre-Critical Task Conference | |
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

| | | | |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | W.E. |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigos | Eng. | Floating | R.A. |
| Harris Soloman | A/B | 0600-1200/1800-2400 | H.S. |
| Teddy Collins | A/B | 0001-0600/1200-1800 | T.C. |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1: | |
| 2: | |
| 3: | |
| 4: | |
| 5: | |
| 6: | |
| 7: | |
| 8: | |

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | |
| | | | | W.C. | 1200-2400 | |

| Fuel / Lube | | |
|---|---|---|
| Fuel on Board | 73 | 200 |
| Fuel Used | | 800 |
| Lube on Board | | 990 |
| Lube Used | | 20 |

Pot. water 14600
Used 200
M/E Hrs. 2366

Are there any accidents, injuries or pollution to report: YES / NO    Int. E.P.

CROSBY 000455

**30 October**     DAY _Friday_

0001- Underway liteboat to Sabine Tx.
0600- BLK 275 3/MI, spd: 9.6kts; wind: N020, seas: 3-5', ETA 1600/30th
1200- BLK 145 W.C., spd. 10.5 Kts, Wind N0 15-20, seas 3-5 ETA same
1500- Arrives near 29+30 Engine in anchorage
1800- Drifting in anchorage waiting to take Barge from
        Courage
1830- Towline ON swapped out w/ Courage
1837- Underway for H370 H.I. Trailing Swing Thompson N.
2400- Pos: 29°10'N- 93°39'W BLK311 W. Cam, spd: 5.9kts; C-178°; WD: 59ft,
        Wind: N0 510, seas: calm, MT 26, MTG 74, ETA 1900/31st

                    MARSEC Level I

| | Pre-Voyage Checklist | | | |
|---|---|---|---|---|
| | Steering Control | | | |
| | Rudder Indicator | | | |
| | Auxiliary Pump | | | |
| | Gear and Linkage | | | |
| | Radar | | | |
| | AIS Transponder | | | |
| | Swing Meter | | | |
| | Depth Sounder | | | |
| | Compass | | | |
| | Wheelhouse Windows | | | |
| | VHF Radios | | | |
| | Navigation Lights | | | |
| | Search Lights | | | |
| | Horn | | | |
| | Communications | | | |
| | Control Alarm | | | |
| | Engine Room | | | |
| | Machinery | | | |
| | Engine Monitors | | | |
| | Propulsion Controls Forward / Stern | | | |
| | Anchor Ready for Emer. | | | |
| | Emergency Tow Avail. | | | |
| | Load Line | | | |
| | Conduct GMDSS Setup/ Verify DP Func. | | | |
| | Verify Manning Req. are met | | | |
| | Ensure Compliance W/Stability Req. | | | |
| | Displaying Proper Lights & Day Shapes | | | |
| | Master's Initials | | | |

Note: Start Fuel: 71,200 and L/Oil: 398 for Swing Thompson @ 1830

TW Hrs: 1942 Miles: 5475    Shockline Hrs: 819 Miles: 2691

| | Pre-Critical Task Conference |
|---|---|
| | Making Tow |
| | Locking |
| | Docking |
| | Transfers |
| | Boat Fueling |
| | Down Stream Landing |
| | Master's Initials |

| | | | | | Safety Meeting or Drill |
|---|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) | | Topic: |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. | | Attendees: |
| Rene Astigas | Eng. | Floating | R.A. | | |
| Haras Solomon | A/B | 0600-1200/1800-2400 | HS | | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1. | |
| | | | | | 2. | |

| Waste Management | | | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Gallons | Trash | | Bags |
| Lube Filters | | | Filters | Spill Waste | | Bags |

| Crew On/Off | Radio | | | Fire Watch | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| | | | | E.P. | 0001-1200 |
| | | | | WE | 1200-2400 |

| Fuel / Lube | | |
|---|---|---|
| Fuel on Board | 70 | 200 |
| Fuel Used | 3 | 000 |
| Lube on Board | | 398 |
| Lube Used | | 41 |

PdtNdcr: 14,400
Used 200

Are there any accidents, injuries or pollution to report: YES / NO

WESTAR 05589 000456     Int. E.P.