# Transcript of the Testimony of
# Videotaped Deposition of Ernest Plaisance

### Date taken: July 13, 2023

### All Coast, LLC v. Shore Offshore Services, LLC

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT 6**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ALL COAST, LLC          *   CIVIL ACTION
                        *   NO. 21-258, C/W 21-337,
                        *   21-464, 21-822, 21-1968,
                        *   21-1969, 21-1982,
VERSUS                  *   21-1981, 21-2075,
                        *   21-2227
                        *
                        *   SECTION "A"
SHORE OFFSHORE          *   HON. JAY C. ZAINEY
SERVICES, LLC           *   MAGISTRATE: (4)
                        *   HON. KAREN WELLS ROBY
                        *
                        *   APPLIES TO ALL CASES


        Videotaped Deposition of ERNEST
PLAISANCE, 180 East 67th Street, Cut Off,
Louisiana 70345, taken in person and via ZOOM
Videoconference, in the offices of Jones
Walker, LLP, 201 St. Charles Avenue, Suite
5100, New Orleans, Louisiana 70170, on
Thursday, the 13th day of July, 2023.




APPEARANCES: (VIA ZOOM)

     ARNOLD & ITKIN, LLP
     (By:  John G. Grinnan, Jr., Esquire)
     6009 Memorial Drive
     Houston, Texas 77007

          (Attorneys for Claimants)

Page 2

```
 1   APPEARANCES: (VIA ZOOM)
 2        PALMINTIER LAW GROUP
          (By:  Michael C. Palmintier, Esquire)
 3        618 Main Street
          Baton Rouge, Louisiana 70801
 4
               (Attorneys for Terrynn Tyrell Lyons)
 5
          SPAGNOLETTI LAW FIRM
 6        (By:  Marc E. Kutner, Esquire)
          401 Louisiana Street, 8th Floor
 7        Houston, Texas 77002
 8             (Attorneys for Montrell Smith and
                  Randy Rials)
 9
10   APPEARANCES:  (IN PERSON)
11        PUSATERI, JOHNSTON,
           GUILLOT & GREENBAUM, LLC
12        (By:  Gavin H. Guillot, Esquire
                Jacob A. Altmyer, Esquire
13        1100 Poydras Street, Suite 2250
          New Orleans, Louisiana 70163
14
               (Attorneys for Modern American
15                Railroad Services, L.L.C., and
                  Shore Offshore Services, LLC)
16
          JONES WALKER, LLP
17        (By:  Alfred J. Rufty, III, Esquire)
          201 St. Charles Avenue, Suite 5100
18        New Orleans, Louisiana 70170
19             (Attorneys for Crosby Tugs, LLC)
20        ADAMS & REESE, LLP
          (By:  Charles A. Cerise, Jr., Esquire)
21        701 Poydras Street, Suite 4500
          New Orleans, Louisiana 70139
22
               (Attorneys for Harvey Gulf
23                International Marine, LLC)
24
25
```

```
 1    APPEARANCES:  (VIA ZOOM)
 2        MEYER ORLANDO, LLC
          (By:  Cameron A. Hatzel, Esquire)
 3        13201 Northwest Freeway, Suite 119
          Houston, Texas 77040
 4
              (Attorneys for Oceaneering
 5               International, Inc.)
 6        LISKOW & LEWIS, APLC
          (By:  David L. Reisman, Esquire)
 7        701 Poydras Street, Suite 5000
          New Orleans, Louisiana 70139
 8
              (Attorneys for Dawn Services, LLC)
 9
          CHAFFE, McCALL, LLP
10        (By:  John M. Ribarits, Esquire)
          801 Travis Street, Suite 1910
11        Houston, Texas 77002
12            (Attorneys for Premier Offshore
                 Catering, Inc.)
13
          DAIGLE, FISSE & KESSENICH
14        (By:  Demi M. Dantin, Esquire
                 Michael W. McMahon, Esquire)
15        227 Highway 21
          Madisonville, Louisiana 70447
16
              (Attorneys for Martin Interests)
17
          CHAFFE, McCALL, LLP
18        (By:  Alexander J. DeGiulio, Esquire)
          1100 Poydras Street, Suite 2300
19        New Orleans, Louisiana 70163
20            (Attorneys for Chubb Underwriting
                 Agencies, Ltd.)
21
          GALLOWAY, JOHNSON, TOMPKINS,
22         BURR & SMITH, APLC
          (By:  Patrick J. Schepens, Esquire)
23        #3 Sanctuary Boulevard, Suite 301
          Mandeville, Louisiana 70471
24
              (Attorneys for Coastal Towing, LLC,
25               and Talisman Casualty Insurance
```

Page 4

```
 1   APPEARANCES:  (VIA ZOOM)
 2        FLANAGAN PARTNERS, LLP
          (By:  Laurent J. Demosthenidy, Esquire)
 3        201 St. Charles Avenue, Suite 3300
          New Orleans, Louisiana 70170
 4
               (Attorneys for Weeks Marine, Inc.,
 5                and GOL, LLC)
 6        THE MOELLER FIRM, LLC
          (By:  Kassie Lee Richbourg, Esquire)
 7        650 Poydras Street, Suite 2516
          New Orleans, Louisiana 70130
 8
               (Attorneys for All Coast, LLC)
 9
          ALLEN & GOOCH
10        (By:  Alan J. Meche, Esquire)
          2000 Kaliste Saloom Road, Suite 400
11        Lafayette, Louisiana 70508
12             (Attorneys for Gulf Logistics, LLC,
                  and C&G Boats, Inc.)
13
          FRILOT, LLC
14        (By:  Blake C. Donewar, Esquire)
          1100 Poydras Street, Suite 3700
15        New Orleans, Louisiana 70163
16             (Attorneys for the Greater
                  Lafourche Port Commission)
17
     ALSO PRESENT:
18
          WADE SAVOY
19        Director of QHSE, Crosby Tugs, LLC
20   VIDEOGRAPHER:
21        MICHAEL BERGERON
          PSR, INC.
22
     REPORTED BY:
23
          LINDA G. GRIFFIN, RPR
24        CERTIFIED COURT REPORTER
25                      ***
```

Videotaped Deposition of Ernest Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 5

```
 1                    I N D E X

 2                   EXAMINATION

 3                                         PAGE

 4    EXAMINATION BY MR. GUILLOT ........   11

 5    EXAMINATION BY MR. CERISE .........  296

 6    EXAMINATION BY MR. REISMAN ........  324

 7    EXAMINATION BY MS. DANTIN .........  330

 8    EXAMINATION BY MR. DEMOSTHENIDY ...  332

 9    EXAMINATION BY MR. DONEWAR ........  334

10    EXAMINATION BY MR. MECHE ..........  337

11    EXAMINATION BY MR. KUTNER .........  339

12    EXAMINATION BY MR. GRINNAN ........  344

13    EXAMINATION BY MR. GUILLOT ........  439

14

15                       ***

16

17

18

19

20

21

22

23

24

25
```

```
 1                    EXHIBITS
 2                                              PAGE
 3    EXHIBIT NO. 147..................      26
      "Receipt of the Crosby Tugs, LLC
 4    Operations and Safety Manual"
      (Walter Everett, Jr.)
 5    CROSBY 002098
 6    EXHIBIT NO. 148..................      35
      Vessel Log - ENDEAVOR
 7    10/15/23 - 10/30/23
      CROSBY 002639 - 002643
 8    CROSBY 000446 - 000456
 9    EXHIBIT NO. 149..................     114
      Vessel Incident Reports
10    Crosby Tugs, LLC
      CROSBY 000003 - 000008
11
      EXHIBIT NO. 150...............l..     123
12    USCG Witness/Investigator
      Statement Form
13    10/29/2020
14    EXHIBIT NO. 151..................     186
      PortVision 360
15    CROSBY ENDEAVOR
16    EXHIBIT NO. 152  ...............      223
      Crosby Tugs, LLC
17    Work/Rest Hours Form
      CROSBY 002505 - 002508
18
      EXHIBIT NO. 153..................     223
19    Crosby Tugs, LLC
      Daily Work Tickets
20    CROSBY 002607 - 002613
21    EXHIBIT NO. 154..................     240
      DHS USCG
22    Report of Marine Casualty
      CROSBY 000079 - 000081
23
      EXHIBIT NO. 155 .................     294
24    Marine Safety Information Bulletin
      10/27/2020
25    Set Modified Port Condition ZULU
```

Videotaped Deposition of Ernest Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 7

```
 1    EXHIBIT NO. 156..................    454
      Crosby Tugs, LLC
 2    Towing Safety & Environmental
      Management System Manual
 3    General Guidance/Overview
      CROSBY 000524
 4

 5                      ***

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 8

S T I P U L A T I O N

3    It is stipulated and agreed by and
4 between counsel for the parties hereto that
5 the deposition of the aforementioned witness
6 is hereby being taken for all purposes
7 allowed under the Federal Rules of Civil
8 Procedure, in accordance with law, pursuant
9 to notice;
10   That the formalities of reading and
11 signing are specifically waived;
12   That the formalities of sealing,
13 certification and filing are specifically
14 waived;
15   That all objections, save those as
16 to the form of the question and the
17 responsiveness of the answer, are hereby
18 reserved until such time as this deposition,
19 or any part thereof, may be used or sought
20 to be used in evidence.
21        *    *    *    *
22   LINDA G. GRIFFIN, CCR, Registered
23 Professional Reporter, in and for the State
24 of Louisiana, officiated in administering
25 the oath to the witness.

Page 9

 1                  ERNEST PLAISANCE,
 2   after having been first duly sworn by the
 3   above-mentioned Registered Professional
 4   Reporter, did testify as follows:
 5             (On the record at 10:10 a.m.)
 6        THE VIDEOGRAPHER:
 7             We're on the record.  Today is
 8        the 13th day of July, 2023.  This is the
 9        video-recorded deposition of Mr. Ernest
10        Plaisance, in the case entitled All
11        Coast, LLC versus Shore Offshore
12        Services, LLC.
13             Will counsel please identify
14        themselves and which parties they
15        represent.
16        MR. RUFTY:
17             Alfred Rufty, representing
18        Crosby Marine.
19        MR. GUILLOT:
20             Gavin Guillot, representing
21        Shore Offshore Services, and Modern
22        American Railroad Services.
23        MR. ALTMYER:
24             Jacob Altmyer, also
25        representing Modern American Railroad

Page 326

1    A    I don't remember.  It's been so
2  long ago, I can't remember that.
3    Q    Do you recall receiving any
4  instructions from anybody with the D/B THOR,
5  requesting assistance from the ENDEAVOR in
6  tying the THOR to the dock, where it rode out
7  Hurricane Zeta?
8    A    Could you repeat that?
9    Q    Sure.  Did anybody from the D/B
10 THOR ever ask you or the crew of the ENDEAVOR
11 to assist in tying the THOR to the dock, that
12 Martin dock where the THOR rode out Hurricane
13 Zeta?
14   A    I don't remember, but we wasn't
15 involved in that.  We was still on the
16 towline.
17   Q    You have no recollection of anybody
18 from the THOR contacting the ENDEAVOR and
19 saying, "Hey, we want you to help us tie up to
20 the dock," correct?
21   A    I don't remember that.
22   Q    So I'm correct, you have no
23 recollection of that?
24   A    Yeah.
25   Q    Do you have any recollection of

Page 327

1  anybody from the D/B THOR contacting you and
2  asking you to check the mooring arrangement
3  between the THOR and the dock?
4      A    No.
5      Q    That's something that you were
6  never asked to do by the D/B THOR; is that
7  correct?
8          MR. GUILLOT:
9              Objection, form.
10         THE WITNESS:
11             Right.
12 EXAMINATION BY MR. REISMAN:
13     Q    Your instructions, in your capacity
14 as a captain on board the ENDEAVOR during that
15 period of time in October of 2020, were coming
16 from the crew of the D/B THOR, correct?  They
17 were telling you what they wanted the ENDEAVOR
18 to do, correct?
19         MR. GUILLOT:
20             Objection, form.
21         THE WITNESS:
22             We was working as directed with
23       them, yes.
24 EXAMINATION BY MR. REISMAN:
25     Q    Okay.  I just want to break that up