UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br><br>SECTION: A (3)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE DOSSIER<br><br>ADMIRALTY - Rule 9(h)<br>Applies to: All Cases |

## NOTICE OF SUBMISSION

**NOW INTO COURT,** through undersigned counsel, comes Limitation Petitioner, Crosby Tugs, LLC ("Crosby"), who, in accordance with Local Rule 7.2, give notice that its Motion for Summary Judgment on Liability and Act of God Defense, will be submitted to the Court for decision on November 12, 2025, at 10:30 a.m., in Courtroom C455 at 500 Poydras Street, New Orleans, Louisiana, 70130, before the Honorable Jay Zainey.

Respectfully submitted,

*/s/ Jefferson R. Tillery*

JEFFERSON R. TILLERY (La. Bar No. 17831)
ALFRED J. RUFTY, III (La. Bar No. 19990)
VALERIE E. FONTENOT (La. Bar. No. 35129)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8616
Facsimile:    (504) 589-8616
E-Mail:    jtillery@joneswalker.com
    arufty@joneswalker.com
    vfontenot@joneswalker.com
    skuebel@joneswalker.com

***Attorneys for Limitation Petitioner, Crosby Tugs, LLC***