UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

**MOTION FOR SUMMARY JUDGMENT REGARDING**
**ENFORCEMENT OF THE DAWN MASTER VESSEL TIME CHARTER**

NOW INTO COURT, through undersigned counsel, comes Shore Offshore Services, LLC ("Shore"), and upon suggesting that the uncontested material facts of this case establish as a matter of law that the Master Vessel Time Charter it entered into with Dawn Services, LLC ("Dawn") on 9 June 2017 governed Dawn's work for Shore at the time of this incident, and the plain and unambiguous language of the MVTC obligates Dawn as a matter of law to defend and indemnify Shore and its affiliated companies, contractors and subcontractors, joint venturers, and the insurers, officers, directors, owners, employees of all the foregoing (the "Shore Group") for certain claims brought against the Shore Group in these cases.

WHEREFORE, Shore prays that this Motion be granted and that this Court issue an order that the MVTC governed the work that Dawn was performing for Shore at the time of the incident made basis of these above-captioned and consolidated cases.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

2