SHORE OFFSHORE SERVICES, LLC.

20333 State Hwy 249, Ste. 200

Houston, TX 77070



EXHIBIT

___B___

# D/B THOR Spec Sheet



**SHORE** OFFSHORE SERVICES, LLC.

20333 State Hwy 249, Ste. 200

Houston, TX 77070

# Heavy Lift Construction Support Vessel

## Particulars

| | |
|---|---|
| Length (Overall) | 370.70 ft (113 m) |
| Breadth Molded | 137.80 ft (42 m) |
| Depth Main Deck | 26.25 ft (8.00 m) |
| Operating Draft | 12.14 ft (3.70 m) |
| Min Operating Draft | 11 ft (3.35 m) |
| Gross Tonnage | 12,667 |
| Net Tonnage | 3,770 |
| Registry (Flag) | Panama |
| Year Built | 1997 |
| Accommodations | 114 POB |

**Derrick Crane**
- Make — AmClyde M-66-DE
- Main Hook Height — 252.50 ft (77 m)
- Auxiliary Hook Height — 278.80 ft (85 m)
- Full Revolving Lift Capacity — 1,760 ST @ 98.30 ft (1,600 mt @ 30 m)
- Auxiliary Lift Capacity — 20 ST @ 272 ft (18 mt @ 83 m)

**Deck Crane**
- Type — Crawler
- Capacity — 88 ST (80 mt)
- Radius — 65.60 ft (20 m)

**Utility Crane**
- Make — Manitowoc
- Model — 4000
- Type — Crawler
- Capacity — 100 ST (91 mt)
- Boom Length — 130 ft (39.63 m)

**Machinery**
- Main Generators — (2) Daihatsu 6DL, 24,800 KW, 450V, 60HZ
- Emergency Generators — (1) Daihatsu 45sg, 200KW, 450V, 60 Hz
- Water Makers — 11,000 gallons (41.64 m3)/day

**Mooring Equipment**
- Winches — (8) Uchida Marine Hydraulics, Single Drum; 80 Ton brake holding
- Wire Size — 2 in. Diameter
- Wire Length — 5,000 ft
- Anchors — 8 Delta Flipper, 16,000 lbs ea

**Capacities**

www.shoreoffshore.com
THOR 0000003



20333 State Hwy 249, Ste. 200

Houston, TX 77070

- Fuel
MGO: 105,670 gal (400.00 m$^3$)
MDO: 145,295 gal (500.00 m$^3$)

- Potable Water
158,500 gal (600.00 m$^3$)
- Ballast Water
603,880 gal (2,285.93 m$^3$)

**Communication Systems**
- Phones / Internet                     Rignet
- Radios                                 VHF

www.shoreoffshore.com
THOR 0000004



20333 State Hwy 249, Ste. 200

Houston, TX 77070



D/B THOR CRANE CAPACITY DIAGRAM



www.shoreoffshore.com

THOR 0000005