**SHORE OFFSHORE SERVICES, LLC.**

# Daily Progress Report

## Section 1 - Title

### a. Project/Location

| | | | |
|---|---|---|---|
| Date | 10/25/2020 | Project # | AFE# FW207307 |
| Vessel/Barge | DB Thor | Location | SS 259JA |
| Superintendent | Joe Douglas | Water Depth | 147' |
| Client | Fieldwood | Client Rep | Mike Debaillon |

### b. Position/Time

| | 1200 | 2359 | |
|---|---|---|---|
| Latitude | N29 13.000 | N2822.76603 | **EXHIBIT** |
| Longitude | W092 46.000 | W09046.43361 | |
| Heading | N/A | N/A | |
| Field and Block | SS259JA | SS259JA | __C__ |
| Present Speed | 0 | 0 | |
| Average Speed | 0 | 0 | |

### c. Weather

| | | | |
|---|---|---|---|
| Wind Directions/Speed | SE 15-20 | ENE 30-35 | |
| Skies/Visibility | Clear | Clear | |
| Seas | 1-3' | 3-5' | |
| Swell | 3-6' | 3-5' | |

| Type | Last Date Performed | Days Since Last Drill |
|---|---|---|
| Fire | 10/21/20 | 469 |
| Abandonment | 10/21/20 | 469 |
| Man Overboard | 10/21/20 | 469 |
| Medical Emergency | | |
| Dive Emergency | | |
| Vessel Security Drill | | |
| SOPEP Drill | | |
| Confined Space | | |

## Section 3 - Logs

### a. Wire Rope

| Location | Size | Length | Last Changed | Months Since Last Change |
|---|---|---|---|---|
| **Pennant Lines** | | | | |
| Starboard Bow S1-SB | 2" | 500' | 5/1/19 | 18.10 |
| Starboard Bow Breast S2-SBB | 2" | 500' | 5/1/19 | 18.10 |
| Starboard Stern Breast S3-SSB | 2" | 500' | 5/1/19 | 18.10 |
| Starboard Stern S4 SS | 2" | 500' | 5/1/19 | 18.10 |
| Port Bow P1-PB | 2" | 500' | 5/1/19 | 18.10 |
| Port Bow Breast P2-PBB | 2" | 500' | 5/1/19 | 18.10 |
| Port Stern Breast P3=PSB | 2" | 500' | 5/1/19 | 18.10 |
| Port Stern P4-PS | 2" | 500' | 5/1/19 | 18.10 |
| **Anchor Lines** | | | | |
| Starboard Bow S1-SB | 50mm | 6000' | 6/28/18 | 28.33 |
| Starboard Bow Breast S2-SBB | 2" | 5000' | 6/27/16 | 52.70 |
| Starboard Stern Breast S3-SSB | 2" | 4800' | 9/1/16 | 50.50 |
| Starboard Stern S4-SS | 2" | 5000' | 10/2/15 | 61.67 |
| Port Bow P1-PB | 2 1/4" | 5000' | 7/6/18 | 28.07 |

THOR 0001234

**SHORE OFFSHORE SERVICES, LLC.**

**Daily Progress Report**

| | | | | |
|---|---|---|---|---|
| Port Bow Breast P2-PBB | 2 1/4" | 5000' | 7/4/18 | 28.13 |
| Port Stern Breast P3=PSB | 2 1/4" | 4675' | 7/18/15 | 64.20 |
| Port Stern P4-PS | 2 1/4" | 5000' | 7/17/16 | 52.03 |
| **Amclyde MM-66** | | | | |
| Main Block #1 | 50mm | 1185m | 6/23/16 | 52.83 |
| Main Block #2 | 50mm | 1185m | 7/2/16 | 52.53 |
| Main Block #3 | 50mm | 1185m | 6/28/16 | 52.67 |
| Main Block#4 | 50mm | 1185m | 7/1/16 | 52.57 |
| Boom Hoist #1 | 50mm | 2290m | 5/5/19 | 17.97 |
| Boom Hoist #2 | 50mm | 2290m | 5/5/19 | 17.97 |
| Boom Pendant | 50mm | 65m | 5/5/19 | 17.97 |
| Tie-Back | 50mm | 1220m | 7/6/16 | 52.40 |
| Sling Handling #1 | 32mm | 214m | 8/30/16 | 50.57 |
| Sling Handling #2 | 32mm | 214m | 11/30/16 | 47.50 |
| Sling Handling #3 | 32mm | 214m | 11/29/16 | 47.53 |
| Sling Handling #4 | 32mm | 214m | 5/12/18 | 29.90 |
| Hold-Back #1 | 32(MM) | 122(M) | 8/30/16 | 50.57 |
| Hold-Back #2 | 32(MM) | 122(M) | 11/29/16 | 47.53 |
| Hold-Back #3 | 32(MM) | 122(M) | 11/30/16 | 47.50 |
| Hold-Back #4 | 32(MM) | 122(M) | 11/30/16 | 47.50 |
| Whip-Line #5 | 38(MM) | 680(M) | 5/12/12 | 102.93 |
| Whip-Line #6 | 38(MM) | 680(M) | 6/1/12 | 102.27 |
| **Manitowoc 4000** | | | | |
| Whip-Line | 1-1/8" | 400' | 7/19/16 | 51.97 |
| #2 Block | 1-1/8" | 850' | 10/1/16 | 49.50 |
| Boom Hoist | 7/8" | 685' | 8/21/16 | 50.87 |
| **Mitsubishi 80mt Pedestal** | | | | |
| Main Hoist | 1-3/8" | 361(M) 1250' | 10/2/16 | 49.47 |
| Boom Hoist | 35.5(MM) | 2100' | 9/29/16 | 49.57 |

| | |
|---|---|
| b. | **Progress Narrative -** *Highlight extra work items.* |
| **Time** | **Activity** |
| 0001-0700 | Riggers and Welders continue fabricating and installing elevated TWPs on conductors @+12' elevation |
| 0020-0104 | welders continue to cut helideck hatch covers leaving tabs |
| 0335-0410 | Welders fabricate pins and donoughts for securing stringers together |
| 0530-1135 | welders begin cutting slot plate holes in conductors @+15' |
| 0800-0830 | Rigger organize load spreaders on port side making room for picking up anchors |
| 0935-0955 | electrician prep nav horn with toggle switch on platform |
| 0955-1135 | continue to work on platform until shift change |
| 1135 | shift change and safety meeting |
| 1235 | taking reading on conductors JA#1 over the limit JA#2 over the limit inner string JA#10 16" over the limit setting up the vent the gas #1,#2,#10 condcutors |
| 1302 | venting the JA#7,#2,#10 |
| 1415 | check JA#1 JA#2 JA#10 |
| 1420 | water draining from JA#1 |
| 1421 | JA#2 air venting out |
| 1423 | JA#10 LEL 37% |
| 1432 | JA#2 100% LEL |
| 1505 | House Keeping pick up tools tieing things down |
| 1530 | checking JA10 LEL 18% |
| 1538 | JA2 LEL to continue venting JA10 and JA2 |

THOR 0001235

**SHORE OFFSHORE SERVICES, LLC.**

**Daily Progress Report**

| | |
|---|---|
| 1628 | checking JA10 and JA2 for gas (All Clear) |
| 1636 | Welders cutting slot plate holes into second inner stringer |
| 1825 | putting up lights on platform |
| 1900 | packing trash bag card board |
| 1935 | chipping grout from #10, #7, and #3 conductor |
| 1945 | welders cutting slot plate windows |
| 2130 | stop cutting on slot plate |
| 2132 | picking torches and materials from platform |
| 2215 | removing twps from well bay area off platform |
| 2330 | shift change and safety meeting |

| Item | Current Activity | Hours Today | Cumulative Hours |
|---|---|---|---|
| 1 | Mob/De-Mob | 0.00 | 14.50 |
| 2 | Work As Directed/Lump Sum | 24.00 | 54.00 |
| 3 | Extra Work | | |
| 4 | Weather Downtime - Shore Offshore | | |
| 5 | Weather Downtime - Client | | |
| 6 | Idle | | |
| 7 | Mechanical Downtime | | |
| | Total | 24.00 | 78.00 |

### Section 5 - Spread Equipment

**a. Floating Assets In the Field**

| Equipment/ID # | Owner | Arrival Date | Departure Date | Purpose |
|---|---|---|---|---|
| Endeavor | Crosby | 10/20/20 | | Anchor Tug |
| LA Madonna | Dawn Services | 10/23/20 | | Tug towing barge |
| CBR 793 | Dawn Services | 10/23/20 | | Material Barge |

**b. Rental Equipment/Cylinders**

| Equipment/ID # | Vendor | Arrival Date | Departure Date |
|---|---|---|---|
| Compressor#A01575 | | 9/16/20 | |
| Compressor#HP935 | | 9/16/20 | |

THOR 0001236

**SHORE OFFSHORE SERVICES, LLC.**

**Daily Progress Report**

| | | | | |
|---|---|---|---|---|
| Jet Pump#A01448 | | 9/16/20 | | |
| Jet Pump# | | 9/16/20 | | |
| Bottle Rack#Pacific 1 | | 9/16/20 | | |
| Bottle Rack#Pacific 2 | | 9/16/20 | | |
| Bottle Rack#Pacific 3 | | 9/16/20 | | |
| Bottle Rack#Pacific 4 | | 9/16/20 | | |
| | | | | |

**Section 6 - Fuel, Lube, and Water -** *List all vessels in the field every day.*

a. Fuel

| Vessel | Capacity | Opening | Received | TRFD | Used | R.O.B. |
|---|---|---|---|---|---|---|
| DB Thor | | 22,461 | | | 579 | 21,882 |
| Crosby Endeavor | | 78,000 | | | 200 | 77,800 |
| LA Madonna | | 44,700 | | | 500 | 44,200 |

b. Lube

| Vessel | Capacity | Opening | Received | TRFD | Used | R.O.B. |
|---|---|---|---|---|---|---|
| DB Thor | | | | | | 0 |
| Crosby Endeavor | | 265 | | | 30 | 235 |
| LA Madonna | | 582 | | | 15 | 567 |

c. Water

| Vessel | Capacity | Opening | Received/ Made | TRFD | Used | R.O.B. |
|---|---|---|---|---|---|---|
| LA Madonna | | 21,000 | | | 300 | 20,700 |
| DB Thor | | 94,342 | | | 6,582 | 87,760 |
| Crosby Endeavor | | 14,400 | | | 200 | 14,200 |

**Section 7 - Marine and Helicopter Movements**

| Vessel Name/Helo Tail # | Time Arrived | Time Departed | Purpose |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Section 8 - Personnel Movements**

a. Arrivals

| Name | Position | Company | Mode of Transportation |
|---|---|---|---|
| Artemio Corona | Welder | C&G | M/V Jill |
| Jesus Chavez | Welder | C&G | M/V Jill |
| Lamarr Lewis | Welder | C&G | M/V Jill |
| Jose Escobedo | Welder | C&G | M/V Jill |
| Jaun Motoyta | Welder | C&G | M/V Jill |
| Carlos Medina-Altagracia | Welder | C&G | M/V Jill |
| Micheal Paakaula | Welder | C&G | M/V Jill |
| Roushan Howard | Rigger | C&G | M/V Jill |
| Merton Labad | Rigger | C&G | M/V Jill |
| Noel Williams | Rigger | C&G | M/V Jill |
| Keith George | Rigger | C&G | M/V Jill |
| Dustin Lowe Sr | Clerk | DHD | M/V Jill |
| Nick Jackson | Mechanic | DHD | M/V Jill |
| Darrel Cartwright | Medic | PSIS | M/V Jill |
| Jason Dugas | Safety Rep | PSIS | M/V Jill |
| Mike Deballion | Company Rep | Fieldwood | M/V Jill |
| | | | M/V Jill |

b. Departures

| Name | Position | Company | Mode of Transportation |
|---|---|---|---|
| Mikel Cox | Mechanic | CLS | M/V Jill |

THOR 0001237

# Daily Progress Report

| Name | Position | Company | Day/Night Shift | Total Hrs. Worked | Date Arrived |
|---|---|---|---|---|---|
| Terry Robinson | Rigger | C&G | | M/V Jill | |
| Dave Madden | Medic | PSIS | | M/V Jill | |

## Section 9 - POB

### a. Shore Offshore Personnel

| Name | Position | Company | Day/Night Shift | Total Hrs. Worked | Date Arrived |
|---|---|---|---|---|---|
| Joe Douglas | Superintendent | Shore Offshore | Day Shift | 12 | 09/24/20 |
| John Johnson | Foreman | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Jeff Elijah | Foreman | Shore Offshore | Day Shift | 12 | 08/31/20 |
| Son Dang | Welder Foreman | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Carl Jones | Leaderman | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Clifford Curtis | Leaderman | Shore Offshore | Day Shift | 12 | 08/31/20 |
| Ronnie Cruz | Big Rig Operator | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Gary Griffin | Big Rig Operator | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Gregory Junior | Tower Operator | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Richard Mancuso | Electrician | Shore Offshore | Night Shift | 12 | 08/31/20 |
| Ronald Warren | Chief Mechanic | Shore Offshore | Day Shift | 12 | 10/11/20 |
| James Bowen | Chief Electrician | Shore Offshore | Day Shift | 12 | 10/11/20 |
| Charles Grantham | Crane op | Shore Offshore | Day Shift | 12 | 10/11/20 |
| **Subtotal POB:** | **13** | | **Subtotal Hrs.:** | **156** | |

### b. 3rd Party

| Name | Position | Company | Day/Night Shift | Total Hrs. Worked | Date Arrived |
|---|---|---|---|---|---|
| Brian Cloyd | Surveyor | Oceaneering | Day Shift | 12 | 08/31/20 |
| Darrel Cartwright | Medic | Pharma Safe | Day Shift | 12 | 10/23/20 |
| Florentina Marie | Cook | Premier | Night Shift | 12 | 08/31/20 |
| Patrick Burnett | Cook | Premier | Day Shift | 12 | 08/31/20 |
| Orlando Boucad | Galley Hand | Premier | Night Shift | 12 | 10/23/20 |
| Javonte Holland | Galley Hand | Premier | Night Shift | 12 | 10/23/20 |
| Blair Wagner | Galley Hand | Premier | Day Shift | 12 | 08/31/20 |
| Lewis Andrews | Galley Hand | Premier | Day Shift | 12 | 08/31/20 |
| Melvin Ramacola | Galley Hand | premier | Day Shift | 12 | 10/11/20 |
| Ruel Antazo | Galley Hand | premier | Night Shift | 12 | 10/11/20 |
| Wallace Mccray | Mechanic | CLS | Day Shift | 12 | 09/24/20 |
| Nick Jackson | Mechanic | DHD | Night Shift | 12 | 10/23/20 |
| Lessle Willams | Mechanic | CLS | Night Shift | 12 | 10/20/20 |
| Randy Rials | Oiler | C&G | Day Shift | 12 | 10/11/20 |
| Fredrick Callahan | Oiler | C&G | Day Shift | 12 | 10/11/20 |
| Terry Lyons | Oiler | C&G | Night Shift | 12 | 09/24/20 |
| Juan Anderson | Oiler | C&G | Night Shift | 12 | 10/11/20 |
| Charlie Bennet | Welder | C&G | Day Shift | 12 | 10/11/20 |
| Roberto Quezada | Welder | C&G | Night Shift | 12 | 10/11/20 |
| Chad Daigle | Welder | C&G | Day Shift | 12 | 10/11/20 |
| Anthony Ardoin | Welder | C&G | Night Shift | 12 | 10/11/20 |
| Isidro Tovar | Welder | C&G | Night Shift | 12 | 10/11/20 |
| Edward Bradley | Welder | C&G | Day Shift | 12 | 10/11/20 |
| Luise Vegas | Welder | C&G | Day Shift | 12 | 10/11/20 |
| Curtis Hammond | Welder | C&G | Day Shift | 12 | 10/11/20 |
| Artemio Corona | Welder | C&G | Night Shift | 12 | 10/23/20 |
| Jesus Chavez | Welder | C&G | Night Shift | 12 | 10/23/20 |
| Lamarr Lewis | Welder | C&G | Night Shift | 12 | 10/23/20 |
| Jose Escobedo | Welder | C&G | Night Shift | 12 | 10/23/20 |

THOR 0001238

**SHORE OFFSHORE SERVICES, LLC.**

**Daily Progress Report**

| Name | Position | Company | Day/Night Shift | Total Hrs Worked | Date Arrived |
|---|---|---|---|---|---|
| Jaun Motoyta | Welder | C&G | Day Shift | 12 | 10/23/20 |
| Carlos Medina-Altagracia | Welder | C&G | Night Shift | 12 | 10/23/20 |
| Micheal Paakaula | Welder | C&G | Day Shift | 12 | 10/23/20 |
| Thai Ty | Welder | C&G | Day Shift | 12 | 10/23/20 |
| Nero Davis | Rigger | C&G | Day Shift | 12 | 08/31/20 |
| Roushan Howard | Rigger | C&G | Day Shift | 12 | 10/23/20 |
| Merton Labad | Rigger | C&G | Night Shift | 12 | 10/23/20 |
| Noel Williams | Rigger | C&G | Day Shift | 12 | 10/23/20 |
| Keith George | Rigger | C&G | Night Shift | 12 | 10/23/20 |
| Montrel Smith | Rigger | C&G | Day Shift | 12 | 10/11/20 |
| Levi Brown | Rigger | C&G | Day Shift | 12 | 10/11/20 |
| Darren Walker | Rigger | C&G | Day Shift | 12 | 10/11/20 |
| Hayward Matthews | Rigger | C&G | Night Shift | 12 | 10/11/20 |
| Daryel Johnson | Rigger | C&G | Day Shift | 12 | 10/11/20 |
| Robert Rogers | Rigger | C&G | Night Shift | 12 | 10/11/20 |
| Charles Morseiette | Rigger | C&G | Night Shift | 12 | 10/11/20 |
| Rufus Celestine | Rigger | C&G | Night Shift | 12 | 10/11/20 |
| Shaun Harvey | Rigger | C&G | Night Shift | 12 | 10/11/20 |
| Alvin George | Rigger | C&G | Day Shift | 12 | 10/11/20 |
| Reggin Guidry | Electrician | CLS | Day Shift | 12 | 10/20/20 |
| Dustin Lowe Sr | Clerk | DHD | Day Shift | 12 | 10/23/20 |
| **Subtotal POB:** | **50** | | **Subtotal Hrs** | **564** | |

**j.  Company Reps**

| Name | Position | Company | Day/Night Shift | Total Hrs Worked | Date Arrived |
|---|---|---|---|---|---|
| Mike Deballion | Company Rep | Fieldwood | Day Shift | 12 | 10/23/20 |
| Jason Dugas | Safety Rep | PSIS | Day Shift |  | 10/23/20 |
|  |  |  |  |  |  |
| **Subtotal POB:** | **2** | | **Subtotal Hrs** | **12** | |
| **Total Personnel on Board:** | **65** | | **Grand Total Hours:** | **732** | |

THOR 0001239