**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

| | |
|---|---|
| Certification Date: | 27 May 2020 |
| Expiration Date: | 27 May 2025 |

# Certificate of Inspection

For ships on international voyages this certificate fulfills the requirements of SOLAS 74 as amended, regulation V/14, for a SAFE MANNING DOCUMENT.

| Vessel Name | Official Number | IMO Number | Call Sign | Service |
|---|---|---|---|---|
| CROSBY ENDEAVOR | 571494 | 7501118 | WDD4445 | Towing Vessel |

| Hailing Port | Hull Material | Horsepower | Propulsion | |
|---|---|---|---|---|
| NEW ORLEANS, LA<br><br>UNITED STATES | Steel | 15000 | Diesel Reduction | **EXHIBIT**<br><br>**D** |

| Place Built | Delivery Date | Keel Laid Date | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| NEW ORLEANS, LA<br><br>UNITED STATES | 01Mar1976 | | R-191<br>I-809 | R-132<br>I-242 | | R-136.0<br>I-0 |

| Owner | Operator |
|---|---|
| CROSBY MARINE TRANSPORTATION LLC<br>17771 HWY 3235 (GALLIANO)PO BOX 279<br>GOLDEN MEADOW, LA 70357<br>UNITED STATES | CROSBY TUGS LLC<br>17771 HWY #3235<br>Galliano, LA 70354<br>UNITED STATES |

This vessel must be manned with the following licensed and unlicensed Personnel.  Included in which there must be 0 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

| | | | |
|---|---|---|---|
| 1 Masters | 1 Licensed Mates | 0 Chief Engineers | 0 Oilers |
| 0 Chief Mates | 0 First Class Pilots | 0 First Assistant Engineers | |
| 0 Second Mates | 0 Radio Officers | 0 Second Assistant Engineers | |
| 0 Third Mates | 0 Able Seamen | 0 Third Assistant Engineers | |
| 0 Master First Class Pilot | 0 Ordinary Seamen | 0 Licensed Engineers | |
| 0 Mate First Class Pilots | 2 Deckhands | 0 Qualified Member Engineer | |

In addition, this vessel may carry 0 Passengers, 0 Other Persons in crew, 8 Persons in addition to crew, and no Others. Total Persons allowed: 12

Route Permitted And Conditions Of Operation:

## ---Oceans---

```
WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES, VESSEL MAY OPERATE WITH:

        ONE (01) MASTER           ONE (01) LICENSED MATE
        ONE (01) ABLE SEAMAN      ONE (01) ORDINARY SEAMAN

WHEN VESSEL IS AWAY FROM A DOCK FOR NOT MORE THAN TWELVE (12) HOURS IN ANY TWENTY-FOUR (24) HOUR PERIOD, THE
CREW MAY BE REDUCED TO:

        ONE (1) MASTER       TWO (2) ABLE SEAMAN
```

**\*\*\*SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION\*\*\***

With this Inspection for Certification having been completed at Houma, LA, UNITED STATES, the Officer in Charge, Marine Inspection, Houma, Louisiana certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Re-Inspection | | | | This certificate issued by: |
|---|---|---|---|---|
| Date | Zone | A/P/R | Signature | M. M. SPOLARICH, LCDR USCG, By Direction |
| | | | | Officer in Charge, Marine Inspection |
| | | | | Houma, Louisiana |
| | | | | Inspection Zone |

CROSBY 002490



**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

| | |
|---|---|
| Certification Date: | 27 May 2020 |
| Expiration Date: | 27 May 2025 |

# Certificate of Inspection

Vessel Name: CROSBY ENDEAVOR

THIS VESSEL OPERATES UNDER A SAFETY MANAGEMENT SYSTEM IN LIEU OF TSMS IN ACCORDANCE WITH 46 CFR 138.225. THIS COI IS ONLY VALID WHEN ACCOMPANIED BY A VALID DOCUMENT OF COMPLIANCE CERTIFICATE. THE CERTIFICATE NUMBER ASSOCIATED WITH THIS VESSEL IS 328759-3059876-001.

THIS CERTIFICATE OF INSPECTION (COI) IS ISSUED IN CONSIDERATION OF THE PROVISIONS CONTAINED IN 46 CFR PART 138, ON THE BASIS OF OBJECTIVE EVIDENCE PROVIDED BY ABS, AN APPROVED THIRD PARTY ORGANIZATION, AND THE VESSEL POSSESSES BOTH A VALID DOCUMENT OF COMPLIANCE AND SAFETY MANAGEMENT CERTIFICATE FOR THE EXISTING SAFETY MANAGEMENT SYSTEM USED ON THE VESSEL.

THIS VESSEL IS SURVEYED UNDER THE EXTERNAL SURVEY PROGRAM IN ACCORDANCE WITH 46 CFR 137.305.

IMMERSION SUITS ARE NOT REQUIRED WHEN VESSEL IS ONLY OPERATING BETWEEN 32 DEGREES NORTH LATITUDE AND 32 DEGREES SOUTH LATITUDE.

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 30Sep2022 | | |
| Internal Structure | 30Sep2022 | | |

## ---Lifesaving Equipment---

Total Equipment for 12 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 13 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 4 |
| Motor Lifeboats | 0 | 0 | With Lights | 0 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 3 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 2 | 26 | Immersion Suits | 13 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

## --- Fire Fighting Equipment ---

Number of Fire Pumps - 1

**\*Hose Information\***

| Location | Quantity | Diameter | Length |
|---|---|---|---|
| port weather deck | 1 | 1.5 | 150 |
| stbd weather deck | 1 | 1.5 | 150 |

**\*Fixed Extinguishing Systems\***

| Location | Type | Capacity | |
|---|---|---|---|
| Engine Room | Carbon Dioxide | 1000 | Pound |

**\*Fire Extinguishers - Hand portable and semi-portable\***

| Quantity | Class Type |
|---|---|
| 7 | 40-B |
| 3 | 40-B:C |

\*\*\*END\*\*\*

CROSBY 002491