

**EXHIBIT E**

**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 22, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on hire information for the M/V Crosby Endeavor.

| | |
|---|---|
| Job Description: | Working as directed with the D/B THOR. |
| Vessel: | M/V Crosby Endeavor (subject to availability) |
| Day Rate: | $[redacted] / day (3 day minimum) plus fuel and lube |

| | | | |
|---|---|---|---|
| Start Time: | 1100 on 10/19/20 | Stop Time: | N/A |
| Start Fuel: | 54,700 gallons | Start Lube: | 377 gallons |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1849 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000379