# Transcript of the Testimony of

# CODY D. SIMS

November 8, 2023

ALL COAST, LLC v. SHORE OFFSHORE SERVICES, LLC, ET ALL

EXHIBIT F



**AmersonWhite**
COURT REPORTING & LITIGATION SUPPORT

P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

```
 1            A.    Yes.  Mike Grace nominated the tug
 2      that would assist the THOR.
 3            Q.    All right.  And which tug did he
 4      nominate?
 5            A.    The ENDEAVOR I think the name was.
 6            Q.    Did you see any of the
 7      specifications for the ENDEAVOR?
 8            A.    I did not.
 9            Q.    Did you ever go on the Crosby
10      website and look for the specifications for the
11      ENDEAVOR?
12            A.    Not at that time, no.
13            Q.    Did you at any time?
14            A.    I've seen that tug before in the
15      past, but we relied on Dawn Services to provide
16      tugs sufficient enough to operate with the THOR.
17            Q.    Where had you seen that tug in the
18      past?
19            A.    On a Crosby website.
20            Q.    All right.  So when you had seen it
21      on a Crosby website, you were able to see all the
22      vessel characteristics of the tug, right?
23            A.    Today, yes.
24            Q.    Okay.  So when you say you had seen
25      that tug in the past, you are talking about after
```

AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799

```
 1   BY MR. CERISE:
 2        Q.   All right.  And you didn't know his
 3   experience mooring barges the size of the THOR at
 4   a dock, did you?
 5        A.   I did not know.
 6        Q.   Were you aware that the Crosby
 7   ENDEAVOR left the barge at around 8:00 o'clock in
 8   the morning on the 27th and returned around
 9   8:00 o'clock in the morning on October 28th?
10        A.   8:00 o'clock, you say, a.m.?  I'm
11   sorry.
12        Q.   Yes.
13        A.   Say that again.  I'm sorry.
14        Q.   Okay.  Were you aware that the
15   Crosby ENDEAVOR left the THOR at around
16   8:00 o'clock a.m. on the 27th and came back at
17   around 8:00 o'clock a.m. on the 28th?
18        A.   JD informed me that they had left
19   and asked if I knew when they were coming back.
20   I told him I could call Mike Grace and he can get
21   that information.
22        Q.   So when did JD tell you the tug had
23   left?
24        A.   It would have been sometime that
25   day.
```

```
 1         Q.    Do you know if it was before or
 2   after noon?
 3         A.    I do not know.
 4         Q.    As best as you can recall, what did
 5   JD tell you about the tug leaving?
 6         A.    He just asked if I knew where the
 7   tug was and when it was coming back.  I told
 8   him --
 9         Q.    What did you tell him?
10         A.    I told him I would make a phone
11   call.
12         Q.    Did you make the phone call?
13         A.    Yes, sir.
14         Q.    Who did you talk to?
15         A.    Mike Grace.
16         Q.    And what did you ask Mr. Grace?
17         A.    Asked Mike where the tug was and
18   when it was coming back to support the THOR.
19         Q.    And what response did you get?
20         A.    He said he would have to make a
21   phone call and call me back.
22         Q.    Did he do that?
23         A.    Yes, sir.  He said they are doing
24   something at their dock and then they will be
25   back.  I don't remember how long he said, but
```

1  they would be back before the storm.
2        Q.   Did he tell you what they were doing
3  at the dock?
4        A.   Shoot.  I really don't remember what
5  he said they were doing.
6        Q.   And do you know where their dock
7  was?
8        A.   Just a couple minutes, 15 minutes
9  down the channel.
10       Q.   All right.  And is that the extent
11 of your conversations with Mr. Grace about where
12 the tug went?
13       A.   Yes, sir.
14       Q.   Were you advised when the tug
15 returned to the barge?
16       A.   Mike called me and said, hey, the
17 tug's headed back.
18       Q.   Did he tell you anything else about
19 the tug?
20       A.   No, sir.
21       Q.   Did you ask him any questions about
22 where the tug had been?
23       A.   No.  He had said they were at
24 Crosby's dock, but --
25       Q.   Did you ask him any questions about

```
 1              REPORTER'S CERTIFICATE
 2
 3        This certification is valid only for a
 4   transcript accompanied by my original signature
 5   and original seal on this page.
 6        I, CHÉRIE E. WHITE, Certified Court
 7   Reporter, in and for the State of Louisiana, do
 8   hereby certify that Cody D. Sims, to whom the
 9   oath was administered, after having been duly
10   sworn by me upon authority of R.S. 37:2554, did
11   testify as hereinbefore set forth in the
12   foregoing 556 pages; that this testimony was
13   reported by me in the stenotype reporting method,
14   was prepared and transcribed by me or under my
15   personal direction and supervision, and is a true
16   and correct transcript to the best of my ability
17   and understanding; that I am not related to
18   counsel or the parties herein, nor am I otherwise
19   interested in the outcome of this matter.
20
21
22        CHÉRIE E. WHITE, CCR (LA NO. 96002)
23        CSR (TX NO. 10720)
24        CSR (MS NO. 1514)
25        RPR (NATIONAL NO. 839452)
```