**EXHIBIT**
**H**



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 8, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V Deacon.

| | |
|---|---|
| Job Description: | Working as directed assisting the M/V La Madonna with the D/B THOR from Galveston Jetties to Midstream in Galveston. |
| Vessel: | M/V Deacon (subject to availability) |
| Hour Rate: | ▉ / hour (3 hour minimum); 35% overtime charge for anything after 1700 |
| Start Time: | 1300 on 10/07/20       Stop Time:   2000 on 10/07/20 |
| Start Fuel: | N/A                   Start Lube:   N/A |
| Stop Fuel: | N/A                   Stop Lube:   N/A |
| Fuel Owed: | N/A                   Lube Owed:   N/A |
| Mob: | Houston, TX            Demob:       Houston, TX |
| REQ #: | YH1809 |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

EXHIBIT
129

Dawn 000373



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 12, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V La Invader.

| | | | |
|---|---|---|---|
| Job Description: | Working as directed with the D/B THOR. | | |
| Vessel: | M/V La Invader (subject to availability) | | |
| Day Rate: | ▮▮▮▮ day (3 day minimum) plus fuel and lube | | |
| Start Time: | 1500 on 09/28/20 | Stop Time: | 2400 on 09/30/20 |
| Start Fuel: | 74,970 gallons | Start Lube: | 656 gallons |
| Stop Fuel: | 72,310 gallons | Stop Lube: | 641 gallons |
| Fuel Owed: | 2,660 gallons | Lube Owed: | 15 gallons |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1789 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000374



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 12, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V H. Douglas Masterson.

| | |
|---|---|
| Job Description: | Working as directed assisting the M/V La Madonna with the D/B THOR off the dock at Midstream Galveston and to the Galveston Ship Channel. |
| Vessel: | M/V H. Douglas Masterson (subject to availability) |
| Hour Rate: | $[redacted] / hour (3 hour minimum) plus 35% overtime for being Sunday |

| | | | |
|---|---|---|---|
| Start Time: | 0600 on 10/11/20 | Stop Time: | 0900 on 10/11/20 |
| Start Fuel: | N/A | Start Lube: | N/A |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Houston, TX | Demob: | Houston, TX |
| REQ #: | YH1829 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000375



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 12, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V Deacon.

| | |
|---|---|
| Job Description: | Working as directed assisting the M/V La Madonna with the D/B THOR from Midstream Galveston to Galveston Jetties and assist the M/V La Elite with the M/B CBR 801 off the dock at Midstream Galveston. |
| Vessel: | M/V Deacon (subject to availability) |
| Hour Rate: | ▇▇▇ hour (3 hour minimum) plus 35% overtime for being Sunday |
| Start Time: | 0600 on 10/11/20 Stop Time: 1100 on 10/11/20 |
| Start Fuel: | N/A Start Lube: N/A |
| Stop Fuel: | N/A Stop Lube: N/A |
| Fuel Owed: | N/A Lube Owed: N/A |
| Mob: | Houston, TX Demob: Houston, TX |
| REQ #: | YH1829 |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000376



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 13, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on hire information for the M/V La Elite.

| | | | |
|---|---|---|---|
| Job Description: | Working as directed with the M/B CBR 801. | | |
| Vessel: | M/V La Elite (subject to availability) | | |
| Day Rate: | $[redacted] / day (3 day minimum) plus fuel and lube | | |
| Start Time: | 0800 on 09/30/20 | Stop Time: | N/A |
| Start Fuel: | 91,800 gallons | Start Lube: | 1,212 gallons |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1838 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000377



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 22, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V La Elite.

| | | | |
|---|---|---|---|
| Job Description: | Working as directed with the M/B CBR 801. | | |
| Vessel: | M/V La Elite (subject to availability) | | |
| Day Rate: | $▇▇▇ / day (3 day minimum) plus fuel and lube | | |
| Start Time: | 0800 on 09/30/20 | Stop Time: | 2000 on 10/21/20 |
| Start Fuel: | 91,800 gallons | Start Lube: | 1,212 gallons |
| Stop Fuel: | 82,900 gallons | Stop Lube: | 1,123 galons |
| Fuel Owed: | 8,900 gallons | Lube Owed: | 89 gallons |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1838 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000378



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 22, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on hire information for the M/V Crosby Endeavor.

| | |
|---|---|
| Job Description: | Working as directed with the D/B THOR. |
| Vessel: | M/V Crosby Endeavor (subject to availability) |
| Day Rate: | $ ▮▮▮▮ / day (3 day minimum) plus fuel and lube |

| | | | |
|---|---|---|---|
| Start Time: | 1100 on 10/19/20 | Stop Time: | N/A |
| Start Fuel: | 54,700 gallons | Start Lube: | 377 gallons |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1849 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*Michael Grace*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000379



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 26, 2020

Mr. Cody Sims
Shore Offshore Services, LLC

Dear Mr. Sims,

As per your request, I am pleased to offer the following on / off hire information for the M/V La Elite.

| | | | |
|---|---|---|---|
| Job Description: | Working as directed assisting the M/V La Madonna with the M/B CBR 793 from Belle Pass Jetties to Stone Oil #2. | | |
| Vessel: | M/V La Elite (subject to availability) | | |
| Hour Rate: | $▮ hour (4 hour minimum) | | |
| Start Time: | 0700 on 10/26/20 | Stop Time: | 1100 on 10/26/20 |
| Start Fuel: | N/A | Start Lube: | N/A |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1882 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000380



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

October 28, 2020

Mr. Cody Sims
Shore Offshore Services, LLC

Dear Mr. Sims,

As per your request, I am pleased to offer the following on / off hire information for the M/V La Elite.

| | |
|---|---|
| Job Description: | Working as directed assisting the M/V Crosby Endeavor with the D/B THOR from Belle Pass Sea Buoy to Midstream in Fourchon, LA. |
| Vessel: | M/V La Elite (subject to availability) |
| Hour Rate: | $■ / hour (4 hour minimum) |

| | | | |
|---|---|---|---|
| Start Time: | 1900 on 10/26/20 | Stop Time: | 0100 on 10/27/20 |
| Start Fuel: | N/A | Start Lube: | N/A |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1883 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000381



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

November 3, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V La Madonna.

| | |
|---|---|
| Job Description: | Working as directed with the D/B THOR and material barges. |
| Vessel: | M/V La Madonna (subject to availability) |
| Day Rate: | $ [redacted] / day (3 day minimum) plus fuel and lube |

| | | | |
|---|---|---|---|
| Start Time: | 1100 on 09/14/20 | Stop Time: | 2400 on 10/29/20 |
| Start Fuel: | 61,000 gallons | Start Lube: | 950 gallons |
| Stop Fuel: | 43,100 gallons | Stop Lube: | 521 gallons |
| Fuel Owed: | 17,900 gallons | Lube Owed: | 429 gallons |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1748 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000382



**DAWN SERVICES, L.L.C.**
**(504) 362-8994**
www.dawnoffshore.com

November 3, 2020

Mr. Mauricio Arana
Shore Offshore Services, LLC

Dear Mr. Arana,

As per your request, I am pleased to offer the following on / off hire information for the M/V Crosby Endeavor.

| | | | |
|---|---|---|---|
| Job Description: | Working as directed with the D/B THOR. | | |
| Vessel: | M/V Crosby Endeavor (subject to availability) | | |
| Day Rate: | $[redacted] / day (3 day minimum) plus fuel and lube | | |
| Start Time: | 1100 on 10/19/20 | Stop Time: | 1400 on 10/29/20 |
| Start Fuel: | 54,700 gallons | Start Lube: | 377 gallons |
| Stop Fuel: | 73,800 gallons | Stop Lube: | 194 gallons |
| Fuel Owed: | 19,100 (Shore) | Lube Owed: | 183 gallons |
| Mob: | Fourchon, LA | Demob: | Fourchon, LA |
| REQ #: | YH1849 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

Michael Grace
Vice President
Dawn Services, LLC

Dawn 000383



**DAWN SERVICES, L.L.C.**
(504) 362-8994
www.dawnoffshore.com

June 4, 2019

Mr. Tommy Gibilterra
Shore Offshore Services, LLC

Dear Mr. Gibilterra,

As per your request, I am pleased to offer the following on hire information for the M/V Break of Dawn.

| | |
|---|---|
| Job Description: | Working as directed with the material barges for the D/B THOR. |
| Vessel: | M/V Break of Dawn (subject to availability) |
| Day Rate: | ~~$6,500~~ / day (3 day minimum) plus fuel and lube |
| Start Time: | 1200 on 05/31/19 | Stop Time: | N/A |
| Start Fuel: | 27,000 gallons | Start Lube: | 300 gallons |
| Stop Fuel: | N/A | Stop Lube: | N/A |
| Fuel Owed: | N/A | Lube Owed: | N/A |
| Mob: | Harvey, LA | Demob: | Harvey, LA |
| REQ #: | YH822 | | |

Subject: 3.25 fuel, availability, and a mutual agreement between vessel owner and Shore Offshore Services, LLC. Prices quoted do not include agent / custom fees; pilot fees; port / harbor fees; canal fees; assist tugs; taxes; dues; duties; permits; safe berths; watchman; on or off charter surveys; subsistence for customer representative; barge ballasting; weather report during trip; trip and tow survey; line handlers; special tow gear; special fendering including installations, emergency tow wires; weather deviation; or any other charges incurred by the tug or barge.

Yours truly,

*[signature]*

Michael Grace
Vice President
Dawn Services, LLC

EXHIBIT 130