**20 October**   DAY **Tuesday**

EXHIBIT **I**

0001 - Underway liteBoat to Blk 116 High Island
0600 - Blk 155 Eugene Isl, spd: 11.6 kts; MT 88; MTG 114; ETA 1600/20th; winds: SE @ 10-15 & seas: 2-3'
1200 - Blk 233 W.Cam. spd. 11.5 kts MT 159 MTG 43 winds SE @ 10.15 seas 2-3 ETA 1600 TODAY
1600 - Arrived @ DB Thor in Blk 116 H.I. Sby to get survey
1800 - Going alongside Thor to get survey equip
1920 - Towline on DB Thor.
2008 - Underway full power for Blk 21 S.Tel to
2400 - Pos: 29°12'N - 93°42'W, Blk 307 W.Cam, C-94°, spd: 4.4kts, WD: 56ft. winds: SE @ 20 - seas: 2ft. MT 25; MTG 160; ETA 1200/22nd  MT 14

MARSEC Level I

KJSA Putting towline on Barge

Tow Hrs: 1854  Miles: 5228   Shackline Hrs: 726 Miles: 2498

| Name | Rank | Hours | Init |
|---|---|---|---|
| Walter Everett, Jr | Capt. | 1200-2400 | WE |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | EP |
| Rene Artigos | Eng. | Floating | RA |
| Harris Solomon | A/B | 0600-1200 / 1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TJC |

### Pre-Voyage Checklist
Steering Control
Rudder Indicator
Auxiliary Pump
Gear and Linkage
Radar
AIS Transponder
Swing Meter
Depth Sounder
Compass
Wheelhouse Windows
VHF Radios
Navigation Lights
Search Lights
Horn
Communications
Control Alarm
Engine Room
Machinery
Engine Monitors
Propulsion Controls Forward/Stern
Anchor Ready for Emer.
Emergency Tow Avail.
Load Line
Conduct GMDSS Setup/Verify DP Func.
Verify Manning Req. are met
Ensure Compliance W/Stability Req.
Displaying Proper Lights & Day Shapes
Master's Initials

### Pre-Critical Task Conference
Making Tow
Locking
Docking
Transfers
Boat Fueling
Down Stream Landing
Master's Initials

### Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Waste Management

| Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|
| Bilge | | | Gallons Trash | | | Bags |
| Lube Filters | | | Filters Spill Waste | | | Bags |

Crew On/Off | Radio | | | Fire Watch | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| | | | | E.P. | 0001-1200 |
| | | | | W.E. | 1200-2400 |
| | | | | | |
| | | | | NYE Hrs: 2261 | |

### Fuel / Lube
Fuel on Board  90 500
Fuel Used      4 000
Lube on Board  337
Lube Used       40

Are there any accidents, injuries or pollution to report: YES (NO)   Int. EP

**21 October**   DAY _Wednesday_

0001 - Towing DB Thor to Blk 21 South Pelto
0600 - Pos: 29°08'N-93°13'W. Blk 231 W.Cam; spd: 4.1 kts, C-100°; WD: 66 ft; winds: SE @ 15-20; seas: 2'-4'; MT 40, MTG 134; ETA 1200/22nd
0830 - DB Thor change destination to Blk 129 Ship Shoal
1200 - Pos: Blk 131 E.C. spd. 3.5 kts. C.097° W.D. 80' Wind E@ 20 seas 3-5' swell MT 64 MTG 81 ETA 1800 on 22nd 151 SS
1800 - Pos: Blk 156 Vermillion spd. 3.4 kts C-100° W.D. 87' Wind E@15-20 seas 3-4' swell MT.87 MTG-58 ETA 1100 on 22nd
2400 - Pos: 28°58'N-91°57'W. Blk 19 SMI, spd: 3.9 kts; C-92°. WD: 82 ft; winds: E@ 20-25, seas: 3-5'; MT 109, MTG 36; ETA 1100/22nd

MARSEC Level I

TW Hrs: 1878  Miles: 5321   Shockline Hrs: 750  Miles: 2541

| Name | Role | Hours | Initials |
|---|---|---|---|
| Walter Everett, Sr. | Capt. | 1200-2400 | W |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigos | Eng. | Floating | R.A. |
| Harris Solomon | A/B | 0600-1200 / 1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TJC |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

**Crew On/Off** | **Radio** | **Fire Watch**

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | W.E. | 1200-2400 |

Pot Water 15,000
WYE Hrs: 2285

**Pre-Voyage Checklist**
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

**Pre-Critical Task Conference**
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Fuel / Lube**
| | |
|---|---|
| Fuel on Board | 84,000 |
| Fuel Used | 6,500 |
| Lube on Board | 306 |
| Lube Used | 31 |

Are there any accidents, injuries or pollution to report: YES **NO**   Int. E.P.

**22 October**   DAY Thursday

- 0001 - Towing DB Thor to Blk 151 Ship Shoal
- 0530 - DB Thor changed destination to BLK 164 Ship Shoal
- 0600 - Pos: 28°49'N-91°39'W. BLK 162 E.Isl. spd: 3.5kts; C-99°; WD: 74ft; winds: E@15-20; seas: 3'-4'; MT 131; NTE 43; ETA 1830/22nd
- 0740 - DB Thor changed destination to BLK 151 Ship Shoal
- 1100 - DB Thor anchor on bottom in Blk 151 Ship Shoal WOW winds: E@20; seas: 3'-4'
- 1200 - W.O.W of DB Thor BLK 151 SS winds E@20 seas 3-4
- 1800 - Same  winds E@ 20-25 seas 3-5' swell
- 2400 - Same  winds: E@ 15+ seas: 3'-5'

MARSEC Level I

TW Hrs: 1902 Miles: 5358   Shockline Hrs: 774 Miles: 2578

| Name | Rank | Watch | Initials |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | W.E. |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigos | Eng. | Floating | R.A. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC |

### Pre-Voyage Checklist
Steering Control; Rudder Indicator; Auxiliary Pump; Gear and Linkage; Radar; AIS Transponder; Swing Meter; Depth Sounder; Compass; Wheelhouse Windows; VHF Radios; Navigation Lights; Search Lights; Horn; Communications; Control Alarm; Engine Room; Machinery; Engine Monitors; Propulsion Controls Forward/Stern; Anchor Ready for Emer.; Emergency Tow Avail.; Load Line; Conduct GMDSS Setup/Verify DP Func.; Verify Manning Req. are met; Ensure Compliance W/Stability Req.; Displaying Proper Lights & Day Shapes; Master's Initials

### Pre-Critical Task Conference
Making Tow; Locking; Docking; Transfers; Boat Fueling; Down Stream Landing; Master's Initials

### Safety Meeting or Drill
Topic:
Attendees:

### Waste Management
| Date | Location | Amount | Date | Location | Amount |
|---|---|---|---|---|---|
| | | Gallons Trash | | | Bags |
| | | Filters Spill Waste | | | Bags |

### Crew On/Off | Radio | Fire Watch
| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | W.E. | 1200-2400 |

### Fuel / Lube
| | | |
|---|---|---|
| Fuel on Board | 81 | 300 |
| Fuel Used | 2 | 700 |
| Lube on Board | | 306 |
| Lube Used | | 0 |

Pot Water 14,800 used 200

M/E Hrs: 2285

Are there any accidents, injuries or pollution to report: YES / NO   Int. E.P.

**23 October**  DAY _Friday_

0001 - WOW w/ DB Thor in Blk 151 Ship Shoal
0030 - Thor started pulling in PS Anchor
0130 - Anchor up & ⓔⓟ undertow slow for Blk 259 Ship Shoal
0600 - Pos: 28°38'N 91°12'W, Blk 173 S.S. spd: 2.3 kts, C-129°, WD: 75 ft;
 winds: SE@ 10-15, seas: 3'-4'; MT 10; MTG 27; ETA 1800/23ʳᵈ
1200 - Pos: 28°52'N 92°52'W Blk 258 S.S. spd 4.0 kts, C-105° W.D. 142' Winds SE@
 10-15 seas 3-4' swell MT 31 MTG 5 ETA 1300 Today.
1400 - Port stern anchor dropped holding on towline
1800 - W.A.D. on location 259 S.S. Wind SE@ 5-10 sea 3-4'
1937 - Towline off and running anchors.
2245 - Shut operations DOWN UNTIL WX passes.
2400 - S/by WOW Blk 259 S.S. winds: E@ 20; seas: 2'-3' swell

MARSEC Level I

TW Hrs: 1922 Miles: 5395  Shoreline Hrs: 794 Miles: 2615

| Name | Pos | Hours | |
|---|---|---|---|
| Walter Everett, Jr | Capt. | 1200-2400 | (W) |
| Ernest Plaisance, Jr | R/Capt | 0001-1200 | E.P. |
| Rene Artigos | Eng. | Floating | R.A. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | T.C. |

**Waste Management**

| Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|
| Bilge | | | Gallons Trash | | | Bags |
| Lube Filters | | | Filters Spill Waste | | | Bags |

Crew On/Off | Radio | Fire Watch

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | W.E. | 1200-2400 |

Pot Water 14,600
used 200
M/E Hrs: 2320

**Pre-Voyage Checklist**
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

**Pre-Critical Task Conference**
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Fuel / Lube**
| Fuel on Board | 78 | 500 |
| Fuel Used | 2 | 800 |
| Lube on Board | | 265 |
| Lube Used | | 41 |

Are there any accidents, injuries or pollution to report: YES / **NO**
Int. _E.P._

**24 October**     DAY _Saturday_

- 0001 - WOW w/DB Thor in Blk 259 ship shoal
- 0030 - Started WAD running anchors
- 0235 - Finished w/ anchors. WAD S/by
- 0600 - WAD in Blk 259 ship shoal / winds NE@10-15; seas: 2'-3'
- 1200 - W.A.D. w/DB Thor winds N~~W 15-20~~ + NNW@15-20 seas 3-4'
- 1800 - Some winds NW @ 10-15 seas 2-4'
- 2400 - Same; winds: N@10-15; seas: 2' swell

MARSEC Level I

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |

**Pre-Critical Task Conference**

| | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

**Crew:**

| Name | Position | Hours | | |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) | |
| Ernest Plaisance, Jr. | R/Capt. | 0001-2400 | E.P. | |
| Rene Artigos | Eng. | Floating | R.A. E.P.(EP) | |
| Harris Solomon | A/B | 0600-1200 / 1800-2400 | HDS | |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TSC | |

**Safety Meeting or Drill**

Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | | Gallons Trash | | | Bags |
| Lube Filters | | | | Filters Spill Waste | | | Bags |

**Crew On/Off** | **Radio** | | | **Fire Watch** | |
|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time |
| | | | | E.P. | 0001-1200 |
| | | | | W.E. | 1200-2400 |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 78 000 |
| Fuel Used | 500 |
| Lube on Board | 235 |
| Lube Used | 50 |

Pot water: 14,400
used: 200
M/E Hrs: 2326

Are there any accidents, injuries or pollution to report: YES **NO**
Int. _____

CROSBY 000450

**25 October**  DAY __Sunday__

0001 - WAD w/ OB Thor in Blk 259 Ship Shoal
0600 - Same; winds: N@10-15; seas: 2-3' swell
1200 - Same. Wind N@15-20 seas 2-3'
1800 - Same  Wind N@10-15 Seas 1-3'
2400 - Same; on SBB anchor S/by; winds: NE@15; seas: 2' swell

MARSEC Level I

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |

| Pre-Critical Task Conference | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

**Crew:**
| Name | Rank | Hours | Init |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Antigos | Eng. | off@ Floating | R.A. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TC |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Crew On/Off** | **Radio**
| | Int. | Time | Channel |
|---|---|---|---|

**Fire Watch**
| Int. | Time |
|---|---|
| E.P. | 0001-1200 |
| WE | 1200-2400 |

**Fuel / Lube**
| | |
|---|---|
| Fuel on Board | 77 800 |
| Fuel Used | 200 |
| Lube on Board | 235 |
| Lube Used | 0 |

Pot Water: 14200
used: 200
M/E Hrs: 2327

Are there any accidents, injuries or pollution to report: YES / **NO**   Int. E.P.

CROSBY 000451

## VESSEL INCIDENT REPORT

**26 October**  DAY **Monday**

0001- W a D w/DB Thor in Blk 259 Ship Shoal
0300- Started running anchors
0700- Stop running anchors S/by while Thor working crewboat
0727- Thor Finished w/crewboat
0730- Started running anchors
0904- Finished Running anchors
0925- Towline P(EP) on
0950- Last anchor up + undeptow For Fourchon
1200- Pos: BLK 169 S.Tim Spd 4.0 KH C-37° W.D. 94' Wind NE @ 15 Seas 3-4' MT 11 MTG 43 ETA 2100 Belle Pass 1&2.
1800- Pos: BLK 49 S.Tim

2020- Shortened Tow Wire and La Madonna picking up Pstrn BUOY
2210- Modo(W) 2155- At Belle Pass 1&2 called HARBOR POLICE ESCORT
2215-(W) 2210- Entered Belle Pass Jetties
2308- Towline off in Channel
2338- Barge alongside Dock Martin 16
2400- W.A.D. securing DB Thor.

TW Hrs: 1936  Miles: 5449  Shorkline Hrs: 813  Miles: 2665

| Name | Position | Hours | Initials |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigas | Eng. | Floating | R.A. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC |

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

**Crew On/Off** | Radio | | | Fire Watch

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | WE | 1200-2400 |

Pot. Water: 14,000
Used 200
M/E Hrs 2348

**Pre-Voyage Checklist**
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

**Pre-Critical Task Conference**
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Fuel / Lube**
- Fuel on Board 74,300
- Fuel Used .3500
- Lube on Board 235
- Lube Used 0

Are there any accidents, injuries or pollution to report: YES (NO)
Int. _____

**27 October**  DAY Tuesday

0001 - U.A.D. w/DB Thor @ Martin 16
0040 - Barge all secure
0600 - s/by w/DB Thor @ Martin Energy 16 Bayou Lafourche
0745 - Departed
0800 - Arr. +s/by @ Crosby Dock
1200 - Crosby Dock Fourchon
1800 - S/By @ Crosby Dock
2400 - Same
       ~Monroe hand!~

| | | | | |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | W | |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Artigos | Eng. | 0600-1800 | RA | |
| Harris Solomon | A/B | 0600-1800 | HDS | |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TJC | |

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | 10-27-20 | Crosby Dock | 6 Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

### Crew On/Off | Radio | Fire Watch

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | W | 1200-2400 |

POT water 15,000
M/E HRS: 2349

### Pre-Voyage Checklist
Steering Control
Rudder Indicator
Auxiliary Pump
Gear and Linkage
Radar
AIS Transponder
Swing Meter
Depth Sounder
Compass
Wheelhouse Windows
VHF Radios
Navigation Lights
Search Lights
Horn
Communications
Control Alarm
Engine Room
Machinery
Engine Monitors
Propulsion Controls Forward / Stern
Anchor Ready for Emer.
Emergency Tow Avail.
Load Line
Conduct GMDSS Setup/ Verify DP Func.
Verify Manning Req. are met
Ensure Compliance W/Stability Req.
Displaying Proper Lights & Day Shapes
Master's Initials

### Pre-Critical Task Conference
Making Tow
Locking
Docking
Transfers
Boat Fueling
Down Stream Landing
Master's Initials

### Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Fuel / Lube
Fuel on Board  74,200
Fuel Used       100
Lube on Board   231
Lube Used         1

Are there any accidents, injuries or pollution to report: YES / NO  W
Int.

## VESSEL INCIDENT REPORT

**28 October**  DAY **Wednesday**

| Time | Entry |
|---|---|
| 0001 | S/BY @ Crosby Dock Fourchon |
| 0600 | Same |
| 0745 | Departed |
| 0800 | Arr. +s/by w/DB Thor @ Matin 16 Bayou Lafourche |
| 1200 | Same |
| 1600 | DB Thor lines parted in 120+ MPH wind. Unable to stop barge, our line parted. Barge hit several vessels. |
| 1730 | Crosby Integrity assisted us off bottom 2 miles North of Flotation Canal |
| 1800 | Enroute to Crosby Dock |
| 1830 | Secure @ Crosby Dock |
| 2400 | Same |

**Pre-Voyage Checklist:** Steering Control, Rudder Indicator, Auxiliary Pump, Gear and Linkage, Radar, AIS Transponder, Swing Meter, Depth Sounder, Compass, Wheelhouse Windows, VHF Radios, Navigation Lights, Search Lights, Horn, Communications, Control Alarm, Engine Room, Machinery, Engine Monitors, Propulsion Controls Forward/Stern, Anchor Ready for Emer., Emergency Tow Avail., Load Line, Conduct GMDSS Setup/Verify DP Func., Verify Manning Req. are met, Ensure Compliance W/Stability Req., Displaying Proper Lights & Day Shapes, Master's Initials

**Pre-Critical Task Conference:** Making Tow, Locking, Docking, Transfers, Boat Fueling, Down Stream Landing, Master's Initials

**Crew:**
| Name | Position | Initials |
|---|---|---|
| W. Everett Jr. | Capt | |
| E. Plaisance Jr. | R/Capt | EP |
| R. Artigas | Eng | RA |
| H. Solomon | A/B | HS |
| T. Collins | A/B | TJC |

**Safety Meeting or Drill** — Topic: , Attendees: 1–8

**Waste Management:**
| Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|
| Bilge | | Gallons | Trash | 10-28-20 | Crosby Dock | 2 Bags |
| Lube Filters | | Filters | Spill Waste | | | Bags |

**Fire Watch:** Int. WS, Time 1200-2400

**Fuel / Lube:**
| | |
|---|---|
| Fuel on Board | 74,000 |
| Fuel Used | 200 |
| Lube on Board | 214 |
| Lube Used | 20 |

Pot Water: 14,800  Used 200
M/E Hrs 2352

Are there any accidents, injuries or pollution to report? YES / **NO**   Int. WC

CROSBY 000454