

Jacqueline Nolan
Claims Specialist
Ocean Marine Claims
Phone: (908) 274-5045
Email: jnolan@msigusa.com

**EXHIBIT**

**__M__**

March 26, 2021

VIA EMAIL: Gavin.Guillot@pjgglaw.com
Pusateri, Johnston, Guilott & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163

Attention:  Gavin H Guillot, Esq.

| | |
|---|---|
| Insured: | Dawn Services, LLC |
| Insurer: | Mitsui Sumitomo Insurance USA Inc. |
| D/L: | Breakaway -- October 28, 2020 |
| Claimants: | Shore Offshore Services, LLC |
| | Modern American Railroad Services, LLC |
| Vessel: | D/B Thor |
| Claim: | MA201509 - Tender for Defense and Indemnity |

Dear Mr. Guillot:

Mitsui Sumitomo Insurance USA Inc. is the liability insurer of Dawn Services, LLC ("Dawn").  We write in response to your February 25, 2021 letter, wherein you request on behalf of Shore Offshore Services, LLC and Modern American Railroad Services, LLC (hereafter jointly referred to as "claimants") that Dawn and/or its insurer accept the claimants' tender of defense and indemnity in regards to the several lawsuits filed against the claimants arising out of the breakaway of the D/B Thor on October 28, 2020.

For the reasons outlined below, Dawn and its insurer reject the claimant's demand/tender for defense and indemnity.

Initially, we note that neither claimant is a named insured nor fall within the definition of insured under the terms of Dawn's insurance policy.

Further, in your tender letter, the claimants identify a Master Vessel Time Charter ("MVTC") as the operative document and base their tender on this contract.  In discussions with Dawn's counsel, we were advised that the services provided by Dawn to the claimants for the D/B

**Mitsui Sumitomo Marine Management (U.S.A.), Inc.**, **for**
**Mitsui Sumitomo Insurance USA Inc.**
**Mitsui Sumitomo Insurance Company of America**
**MSIG Specialty Insurance USA Inc.**
560 Lexington Avenue, 20th Floor, New York, NY  10022-6828
www.msigusa.com



Mr. Gavin H. Guillot
March 26, 2021
Claim MA201509
Page 2 of 2

---

Thor did not fall under the time charter you have cited. Accordingly, the sections of the MVTC cited in your letter are inapplicable.

We have conducted an independent review of the terms of the MVTC and concur with Dawn's counsel's assessment for the following reasons. First, the MVTC did not require Dawn to furnish any vessels to the claimants and the claimants were not required to accept any offered vessel. To effect a fixture of a vessel under the MVTC, there are certain requirements which must be fulfilled:

1) The claimants must place a charter order with Dawn. Here, no such Charter Order was produced with, and no reference to a written or oral order was made in your letter.
2) To effect the fixture, Dawn is required to send a written confirmation. No such confirmation has been sent to us or referenced in your letter.
3) Per the MVTC, Dawn was required to have possession of the vessel with a right to charter. We have seen no such documents giving Dawn the right to possess the M/V Crosby Endeavor, the vessel at issue. Based on defense counsel's advices we understand that, at most, the M/V Crosby Endeavor was under time charter to Dawn. Under the usual circumstances of a time charter, Dawn could direct the vessel's itinerary, but here the vessel remained crewed and under the control of its owner, Crosby Tugs, LLC.
4) By the terms of the MVTC, the vessel was to be at all times operated, navigated and managed by Dawn. Under the typical time charter (this is said to be an oral time charter) Dawn had no right to operate, navigate and manage the Crosby vessel.

If the claimants wish to pursue this issue further, please submit documents and/or information which in their view supports the tender as demanded.

Sincerely,

*Jacqueline Nolan*

Jacqueline Nolan
Claims Specialist


cc:

via email: dreisman@liskow.com
David L Reisman, Esq. - Liskow & Lewis

via email: Jim.Wilbert@usi.com & Chris.Casbarian@usi.com
Jim Wilbert & Chris Casbarian - USI Insurance Services

Dawn Services, LLC