**EXPERT REPORT AND ANALYSIS OF CAPT. GREGORY C. DALEY**

*ALL COAST, LLC* *
*VERSUS*
*SHORE OFFSHORE SERVICES, LLC;*
*MODERN AMERICAN RAILROAD SERVICES, LLC; and*
*MARTIN ENERGY SERVICES, LLC*
in the United States District Court,
Eastern District of Louisiana
CIVIL ACTION NO. 21-258 Lead Case,
c/w 21-337, 21-464, 21-822, 21-1968
21-1969, 21-1981, 21-1982, 21-2075 and 21-2227
Honorable Jay C. Zainey, Presiding Judge
Magistrate Karen Wells Roby



Captain Gregory C. Daley

International Maritime Consultancy, LLC
2701 Johnston Street, Suite 306
Lafayette, LA 70503

(337) 280-0100

31 July 2024

**EXHIBIT 1**

EXPERT REPORT OF CAPT. GREGORY C. DALEY

# TABLE OF CONTENTS

EXPERT REPORT AND ANALYSIS OF CAPT. GREGORY C. DALEY ................. 1
TABLE OF CONTENTS ............................................................................................. 2
INTRODUCTION ....................................................................................................... 8
   A. Executive Summary ........................................................................................ 8
      *OPINION 1* – *M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies* ................................................. 8
      *OPINION 2* – *Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate* ........ 8
      *OPINION 3* – *M/V Crosby Endeavor Engines Were Off prior to the Breakaway* ..................................................... 8
      *OPINION 4* – *The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines* ................................................ 9
      *OPINION 5* – *The M/V Crosby Endeavor Changed the Trajectory of the Barge* ..................................................... 9
      *OPINION 6* – *Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels* .................................................. 9
      *OPINION 7* – *Martin Offered Hurricane Refuge to D/B THOR* .......................................................................... 9
      *OPINION 8* – *Communications Were Ineffective* ........................................................................................ 10
      *SUMMARY OF OPINIONS* ......................................................................................................................... 10
   B. The Parties ..................................................................................................... 11
   B. Methodology and Principals ......................................................................... 12
   C. Nautical Terminology (See also *Appendix 3 – GA of the D/B THOR)* ......... 13
MATERIAL FACTS ................................................................................................... 15
   A. The Incident .................................................................................................. 15
      OVERVIEW OF THE INCIDENT ................................................................................................................... 15
      NARRATIVE OF THE INCIDENT .................................................................................................................. 16
      PEOPLE ................................................................................................................................................ 22
   B. Location ......................................................................................................... 25
      SHIP SHOAL AREA, SOUTH ADDITION ....................................................................................................... 25
      ENTERING BELLE PASS ............................................................................................................................ 30
      MARTIN DOCK 16 ................................................................................................................................... 32
   C. Weather ......................................................................................................... 35
      OVERVIEW ............................................................................................................................................ 35
      SYNOPTIC HISTORY ................................................................................................................................ 35
      STORM SURGE ....................................................................................................................................... 38
      RAINFALL AND FLOODING ...................................................................................................................... 39
      TORNADOES .......................................................................................................................................... 40
      LOUISIANA CASUALTY AND DAMAGE ....................................................................................................... 40
      FORECAST AND WARNING CRITIQUE ....................................................................................................... 40
      CRITIQUE OF TRACK FORECAST .............................................................................................................. 40
      CRITIQUE OF INTENSITY FORECAST ......................................................................................................... 45
      CRITIQUE OF ISSUANCE OF WATCHES AND WARNINGS ............................................................................. 46
      WEATHER OPS FORECASTS ..................................................................................................................... 50
      WEATHER OPS SPAGHETTI MODELS ........................................................................................................ 50

*SPECIFICATIONS OF THE D/B THOR* ............................................................................................................ 53
*LINE DRAWINGS* .............................................................................................................................................. 55
*US COAST GUARD PSIX DATA* .................................................................................................................... 56

E.  M/V CROSBY ENDEAVOR ...................................................................................58

*SPECIFICATIONS OF THE M/V CROSBY ENDEAVOR* ............................................................................... 58
*LINE DRAWINGS* .............................................................................................................................................. 60
*CERTIFICATE OF INSPECTION* .................................................................................................................... 61
*US COAST GUARD PSIX DATA* .................................................................................................................... 64

F.  M/V LA ELITE ..........................................................................................................65

*SPECIFICATIONS OF THE M/V LA ELITE* ................................................................................................... 65

G.  M/V LA MADONNA ................................................................................................67

*SPECIFICATIONS OF THE M/V LA MADONNA* .......................................................................................... 67

H.  Calendar, Timeline, and Ephemeris Data ...............................................69

*Ephemeris Data for Port Fourchon on 28 October 2020:* .............................................................................. 72

OPINION 1 –M/V CROSBY ENDEAVOR WAS DEFICIENT AND FAILED TO WARN OF
            ITS DEFICIENCIES ........................................................................................73

*M/V Crosby Endeavor Was Adequate for Running Anchors for the D/B THOR* .................................................. 73
*M/V Crosby Endeavor Was Adequate for Towing the D/B THOR* ....................................................................... 74
*M/V Crosby Endeavor Was Not Adequate to Assist D/B THOR While Docked* .................................................. 75
*Riben Marine Report, 16 December 2023 – M/V Crosby Endeavor Inadequate to Assist* ................................... 76
*Greater Lafourche Port Commission, Ordinance 71* ............................................................................................ 77
*What an Assist Vessel Was Expected to Do* ........................................................................................................ 78
*Crosby Policy on Mooring Barges* ....................................................................................................................... 78
*The Selection of the M/V Crosby Endeavor* ........................................................................................................ 79
*The Limited Role of the Crosby Operations Manger and Operations Department* .............................................. 80
*Failure to Report Deficiencies* ............................................................................................................................. 81

OPINION 2 – DAWN FAILED TO PROVIDE AN ADEQUATE TUG AND FAILED TO
            WARN THAT THE TUG PROVIDED WAS INADEQUATE ...............82

*Shore Relied on Dawn to Provide Vessels to Meet Their Needs* ......................................................................... 82

OPINION 3 – M/V CROSBY ENDEAVOR ENGINES WERE OFF PRIOR TO THE
            BREAKAWAY ...................................................................................................83

*M/V Crosby Endeavor Engine Room Logs and Deck Logs, 26 October 2020* ..................................................... 83
*M/V Crosby Endeavor Engine Room Logs and Deck Logs, 28 October 2020* ..................................................... 85
*M/V Crosby Endeavor Deck Logs Entries Consistent with Engine Room Entries* .............................................. 86
*Superintendent Douglas Testimony* ..................................................................................................................... 87
*Riben Marine Report, 16 December 2023 – Engines Ran Only 3 Hours* ............................................................. 88
*Video Evidence* ..................................................................................................................................................... 89
*Controverted Testimony of Captain Everrett* ....................................................................................................... 89
*Controverted Testimony of QMED Artigos* ......................................................................................................... 90
*Crosby Policy More Focused on Saving Costs than Hurricane Preparedness* .................................................... 94

OPINION 4 – THE M/V CROSBY ENDEAVOR ADDED STRESS TO THE BARGE
            MOORING LINES ............................................................................................95

*M/V Crosby Endeavor Added Forces to the D/B THOR Mooring Lines Instead of Assisting the Barge to Reduce Mooring Line Forces* .......................................................................................................................................... 96
*M/V Crosby Endeavor Forward or Aft Pushing Added a Second Layer of Additional Forces to the D/B THOR Mooring Line Instead of Reducing the Forces* ..................................................................................................................... 97

# OPINION 5 – THE M/V CROSBY ENDEAVOR CHANGED THE TRAJECTORY OF THE BARGE .................................................................................................98

*M/V Crosby Endeavor Changed the Trajectory of the D/B/ THOR* ............................................................................. 98

# OPINION 6 – MARTIN FREQUENTLY USED DOCK 16 AS A HURRICANE REFUGE TO VESSELS ......................................................................................100

*Martin Hurricane Policy* ............................................................................................................................................. 100
*Historical Analysis of Hurricane Policy Compliance* ................................................................................................. 101
*13 July 2019, Hurricane Barry* ................................................................................................................................... 101
*08 June 2020, Tropical Storm Cristobal* .................................................................................................................... 101
*25 August 2020, Hurricane Marco* ............................................................................................................................ 102
*26 August 2020, Hurricane Laura* ............................................................................................................................. 103
*16 September 2020, Hurricane Sally* ......................................................................................................................... 103
*09 October 2020, Hurricane Delta* ............................................................................................................................ 104
*19 June 2021, Tropical Storm Claudette* ................................................................................................................... 104
*29 October 2021, Hurricane Ida* ............................................................................................................................... 104
*Conclusion* .................................................................................................................................................................. 105
*Only Vessels Transmitting AIS Are Recorded* ............................................................................................................ 106

# OPINION 7 – MARTIN OFFERED HURRICANE REFUGE TO D/B THOR .......107

*Martin Dispatcher Called Shore to Offer Dock 16* ..................................................................................................... 107
*Purchase Orders Stating Martin Rented Dockside Space at Martin Dock 16* ............................................................ 108
*Emails & Invoices Stating Martin Rented Shore Martin Dock 16 Safe Harbor* ......................................................... 109
*Martin's Claim That D/B THOR Was Not Offered Dockside Space Rental at Dock 16 during Hurricane Zeta* ......... 111
*Martin Hurricane Policy* ............................................................................................................................................. 113
*Martin Did Not Ascertain That Its Dock 16 Was Capable of Handling the D/B THOR* ............................................ 115
*Ordinance 71 of Port Fourchon* ................................................................................................................................. 116

# OPINION 8 –COMMUNICATIONS WERE INEFFECTIVE ..............................117

*No Licensed Mariners on the D/B THOR* ................................................................................................................... 117
*Licensed Mariners on the M/V Crosby Endeavor* ...................................................................................................... 119
*"Working as Directed" vs. Detailed Procedures* ........................................................................................................ 120
*Inadequate Communication* ....................................................................................................................................... 120

# SUMMARY OF OPINIONS AND CONCLUSIONS ..........................................124

*OPINION 1 –M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies* ............................................ 124
*OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate* .... 124
*OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway* ............................................................ 124
*OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines* ...................................................... 125
*OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge* ............................................................. 125
*OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels* .......................................................... 125
*OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR* ....................................................................................... 125

*OPINION 8 –Communications Were Ineffective*................................................................................................................ *126*
*SUMMARY OF OPINIONS* ................................................................................................................................................... *126*

QUALIFICATIONS WITH EXHIBITS ...........................................................128

TABLE OF FIGURES.....................................................................................130

WORK PERFORMED IN PREPARATION OF THIS OPINION............................132

*Crosby Discovery Files by Bates Numbers*................................................................................................................... *132*
*Martin Discovery Files*.................................................................................................................................................. *133*
*THOR Discovery Files by Bates Numbers*..................................................................................................................... *133*
*US Coast Guard Discovery Files*................................................................................................................................... *135*
*Court Documents* ......................................................................................................................................................... *135*
*Depositions and Exhibits* ............................................................................................................................................. *135*
*Expert Reports* ............................................................................................................................................................. *135*
*Nautical Charts* ............................................................................................................................................................ *136*
*National Hurricane Center Reports*............................................................................................................................. *136*
*Software Programs & Services*..................................................................................................................................... *136*

BIBLIOGRAPHY AND REFERENCE MATERIALS ............................................138

APPENDIX 1 – NHC HURRICANE ZETA REPORT AL282020........................140

APPENDIX 2 – SAFFIR-SIMPSON HURRICANE WIND SCALE .......................196

APPENDIX 3 – GA OF THE D/B THOR.......................................................197

APPENDIX 4 – SPECIFICATIONS OF THE D/B THOR ..................................199

APPENDIX 5 – GA OF THE M/V CROSBY ENDEAVOR................................203

APPENDIX 6 – SPECIFICATIONS OF THE M/V CROSBY ENDEAVOR............204

APPENDIX 7 – CWFLIX FORECASTS...........................................................207

*CWFLIX ISSUED SATURDAY, 10/24 AT 0358*................................................................................................................. *207*
*CWFLIX ISSUED SATURDAY, 10/24 AT 0947*................................................................................................................. *207*
*CWFLIX ISSUED SATURDAY, 10/24 AT 1613*................................................................................................................. *207*
*CWFLIX ISSUED SATURDAY, 10/24 AT 2248*................................................................................................................. *208*
*CWFLIX ISSUED SUNDAY, 10/25 AT 0417* .................................................................................................................... *208*
*CWFLIX ISSUED SUNDAY, 10/25 AT 1022* .................................................................................................................... *209*
*CWFLIX ISSUED SUNDAY, 10/25 AT 1635* .................................................................................................................... *209*
*CWFLIX ISSUED SUNDAY, 10/25 AT 2213* .................................................................................................................... *210*
*CWFLIX ISSUED MONDAY, 10/26 AT 0344*................................................................................................................... *210*
*CWFLIX ISSUED MONDAY, 10/26 AT 1034*................................................................................................................... *210*
*CWFLIX ISSUED MONDAY, 10/26 AT 161635*............................................................................................................... *211*
*CWFLIX ISSUED MONDAY, 10/26 AT 2234*................................................................................................................... *212*
*CWFLIX ISSUED TUESDAY, 10/27 AT 0435* ................................................................................................................... *212*
*CWFLIX ISSUED TUESDAY, 10/27 AT 1059* ................................................................................................................... *213*
*CWFLIX ISSUED TUESDAY, 10/27 AT 1650* ................................................................................................................... *213*
*CWFLIX ISSUED TUESDAY, 10/27 AT 2202* ................................................................................................................... *214*
*CWFLIX ISSUED WEDNESDAY, 10/28 AT 0424* ............................................................................................................. *214*

*CWFLIX ISSUED WEDNESDAY, 10/28 AT 1056* .................................................................................... 215

# APPENDIX 8 – WEATHER FORECAST HISTORY FROM 10/24 TO 10/28/20216

# APPENDIX 9 – LEASE PLAT OF MARTIN'S DOCK 16 ....................................217

# APPENDIX 10 – THE CONCRETE DOCK .....................................................218

# APPENDIX 11 – MOORING LINE – DOCK BOLLARD CONFIGURATION .........220

*Configuration of Mooring Lines and Bollard Numbers* ............................................................... 220
*Layout Measurements of Dock Bollards and Deck Cleats* ......................................................... 221

# APPENDIX 12 – M/V CROSBY ENDEAVOR ENGINE ROOM LOGS ...............225

# APPENDIX 13 – M/V CROSBY ENDEAVOR DECK LOGS.............................231

# APPENDIX 14 – DECK LOGS OF THE D/B THOR, DOUGLAS DEPO EXHIBIT 17 ................................................................................................................237

# APPENDIX 15 – CONFIGURATION OF THE TWO WIRE ANCHOR LINES.......240

# APPENDIX 16 – ORDINANCE 71 AND PORT CONDITIONS ..........................241

*Greater Lafourche Port Commission Ordinance No. 17 Issued 09 September 2009* ........................ 241
*List of Port Conditions and Explanations* ................................................................................ 243
*US Coast Guard Marine Safety Unit Houma Marine Safety Information Bulletin Issued 20 June 2017* ......................... 244
*US Coast Guard Sector New Orleans – Port Condition Yankee – Issued 27 October 2020* ................ 248
*US Coast Guard Marine Safety Unit Houma – Port Condition Zulu – Issued 27 October 2020* .......... 250
*US Coast Guard Marine Safety Unit Houma – Port Condition Normal – Issued 28 October 2020* ...... 252

# APPENDIX 17 – PHOTOS OF THE D/B THOR MOORING LINES....................253

# APPENDIX 18 – HURRICANE BARRY, 13 JULY 2019 ...................................257

*Dock Activity* ........................................................................................................................ 257
*Martin Invoices for DOCKSIDE SPACE RENTAL* ..................................................................... 259
*Storm Information* ................................................................................................................ 264

# APPENDIX 19 – TROPICAL STORM CRISTOBAL, 08 JUNE 2020 ..................267

*Dock Activity* ........................................................................................................................ 267
*Martin Invoices for DOCKSIDE SPACE RENTAL* ..................................................................... 272
*Storm Information* ................................................................................................................ 274

# APPENDIX 20 – HURRICANE MARCO, 25 AUGUST 2020 ............................276

*Dock Activity* ........................................................................................................................ 276
*Storm Information* ................................................................................................................ 281

# APPENDIX 21 – HURRICANE LAURA, 26 AUGUST 2020 .............................284

*Dock Activity* ........................................................................................................................ 284
*Storm Information* ................................................................................................................ 289

# APPENDIX 22 – HURRICANE SALLY, 16 SEPTEMBER 2020 .......................292

*Dock Activity* .................................................................................................................................................. 292
*Martin Invoices for DOCKSIDE SPACE RENTAL* ................................................................................ 297
*Storm Information* ........................................................................................................................................ 299

# APPENDIX 23 – HURRICANE DELTA, 09 OCTOBER 2020 ........................... 302

*Dock Activity* .................................................................................................................................................. 302
*Storm Information* ........................................................................................................................................ 306

# APPENDIX 24 – TROPICAL STORM CLAUDETTE, 19 JUNE 2021 ................. 309

*Dock Activity* .................................................................................................................................................. 309
*Storm Information* ........................................................................................................................................ 314

# APPENDIX 25 – HURRICANE IDA, 29 AUGUST 2021 ................................ 316

*Dock Activity* .................................................................................................................................................. 316

EXHIBIT A – Curriculum Vitae of Capt. Gregory C. Daley

EXHIBIT B – List of Testimony Cases, Capt. Gregory C. Daley

EXHIBIT C – Fee Schedule of Capt. Gregory C. Daley

**Introduction**

**A. Executive Summary**

This report is limited in scope to the movements of the Derrick Barge Thor ("D/B THOR") and the tugboat M/V Crosby Endeavor, and the working relationships amongst Shore Offshore (& affiliates), Dawn Services, Crosby Tugs (& affiliates), and Martin Energy regarding the breakaway of the D/B Thor on 28 October 2020 during Hurricane Zeta.

**OPINION 1 – M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies**

In my opinion, the crew of the D/B THOR relied on the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The bow thruster of the M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration nor was the tug's bow designed to push on the D/B THOR. The crew of the M/V Crosby Endeavor and the management of Crosby Marine Transportation, LLC and/or Crosby Tugs, LLC failed to notify the crew of the D/B THOR that the tug was not capable to perform its assigned duties of assisting by pushing the barge against the dock and failed to arrange for a proper tug capable of assisting the D/B THOR.

**OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate**

In my opinion, Shore believed Dawn chartered the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration at the dock. The tug's bow was not designed to push on the D/B THOR. Dawn failed to notify Shore that the tug was not capable of assisting by keeping the D/B THOR on the dock. Dawn failed to broker a vessel able to perform its required tasks.

**OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway**

In my opinion, the engine logs, the deck logs of the M/V Crosby Endeavor, and related testimony indicate that the engines were not running from 0800 to 1600 on 28

October 2020 and were not ready to be used to assist the D/B Thor prior to the breakaway.

## OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines

In my opinion, the M/V Crosby Endeavor could not have assisted the D/B THOR during the storm. Therefore, there was no reason for the tug to be secured out in the bayou to the barge. By mooring alongside the D/B THOR, the tug added extra environmental forces to the mooring lines of the barge facilitating if not causing the breakaway.

## OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge

n my opinion, the M/V Crosby Endeavor changed the trajectory of the D/B THOR once broken free from the dock. As the derrick barge moved up the bayou, the tug acted like a rudder providing significant counterclockwise yaw (to port) on the derrick barge. Without this yaw force acting on the barge, the derrick barge might not have collided with vessels in the bayou. The derrick barge might have been blown on a straighter course up the bayou without the turning effect of the M/V Crosby Endeavor.

## OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels

In my opinion, Martin did not follow the Martin Hurricane Policy regarding vessels moored at Dock 16 during hazardous weather. Of the eight additional hurricanes and tropical storms analyzed, there were numerous vessels tied to Martin Dock 16 during <u>each and every storm</u>. Martin invoiced vessels for Dockside Space Rental during <u>each and every storm</u> that invoices were provided, (four storm time periods).

## OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR

In my opinion, Martin confirmed Sunday, the 25th of October that D/B THOR was purchasing Dockside Space Rental at Martin Dock 16 for safe harbor and while there, D/B THOR would purchase fuel and water. According to Martin's Hurricane Policy, Martin should not have given permission for D/B Thor to tie to Martin Dock 16, much less sell the derrick barge safe harbor mooring. Martin's policies prohibited vessels at their dock during a hurricane. When Martin observed that the derrick barge had no assist vessels on the day of the 27th, Martin should have advised Shore of Port Fourchon ordinance 71. Shore was a transient visitor to Fourchon, without an office

or base there. Shore relied on Martin, Crosby and Dawn to comply with the port regulations.

## OPINION 8 – Communications Were Ineffective

In my opinion, the D/B THOR depended on the licensed seamen of the M/V Crosby Endeavor for maritime tasks. Most of these tasks (e.g., towing and running anchors) are routine and a minimum of discussion and coordination is sufficient. Assisting the derrick barge to maintain its moorings in a hurricane was not routine. It was the responsibility of the M/V Crosby Endeavor and required effective communication to be accomplished without detailed instructions on procedures from the barge non-mariners.

## SUMMARY OF OPINIONS

In summary, for the reasons above it is my opinion that the actions and omissions of Dawn, Crosby, and Martin are equally the root causes of this incident.

**OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate**

Based on the information reviewed as of 31 July 2024

In my opinion, Shore believed Dawn chartered the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration at the dock. The tug's bow was not designed to push on the D/B THOR. Dawn failed to notify Shore that the tug was not capable of assisting by keeping the D/B THOR on the dock. Dawn failed to broker a vessel able to perform its required tasks.

**Analysis**

**Shore Relied on Dawn to Provide Vessels to Meet Their Needs**

In my opinion, Shore chartered from Dawn and expected Dawn to provide properly equipped vessels to handle anchors, tow, assist docking, and maintain its position at the dock during the impending storm. To properly assist, a vessel would have to push on the port side of the barge with an athwartship force, directly toward the barge's starboard direction. This force would have alleviated some tension on the mooring lines and sufficient force would have prevented the breaking of the mooring lines and the subsequent breakaway of the barge. Dawn failed to provide a qualified assist vessel during the storm.

The M/V Crosby Endeavor could not provide helpful assist forces perpendicular to the dock. The M/V Crosby Endeavor could only provide fore and aft forces which, without alleviating some tension in the mooring lines, were damaging to the mooring lines. By doing nothing while moored to the D/B THOR, the environmental forces on the M/V Crosby Endeavor added to the forces on the mooring lines and dock bollards, facilitating the breakaway. See <u>OPINION 4</u> – *The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines.*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions

31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 82

**Any words used in this report that may have a legal definition are not used in that sense. They are used in the vernacular of a seaman, not an attorney.** I do not have legal training and do not purport to form any legal opinions in this report. These opinions are those of a licensed sea captain and certified safety professional with 50 years of work experience and four college degrees.

*[Signature: Gregory Daley]*

Captain Gregory C. Daley


Dated:   31 July 2024