UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (collectively "Martin"), who, respectfully moves this Honorable Court for partial summary judgement dismissing certain claims for non-pecuniary damages and punitive, or exemplary, damages asserted by Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams, and Terryn Lyons ("Personal Injury Claimants"), because such damages are not available as a matter of law to Jones Act seamen under the Jones Act and general maritime law against Martin as a third-party non-employer alleged tortfeasor.

**WHEREFORE** for the reasons set forth in Martin's accompanying memorandum in support, Martin respectfully moves the Court to dismiss Plaintiffs' claim against Martin for certain non-pecuniary damages and punitive damages with prejudice, on partial summary judgment.

- 2 -

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**

/s/ Ethan M. Garner
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  (985) 871-0800
Facsimile:    (985) 871-0899
Email: mmcmahon@daiglefisse.com
             kaurandt@daiglefisse.com
             egarner@daiglefisse.com
***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***