UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

## MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (collectively "Martin"), moves this Honorable Court for partial summary judgement dismissing certain claims for non-pecuniary damages asserted by Claimants, because such damages are not available to Jones Act seamen as a matter of law under the Jones Act and general maritime law.

On October 28, 2020, Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams and Terryn Lyons (collectively "Personal Injury Claimants") were aboard the D/B THOR in Port Fourchon, Louisiana when it broke away during Hurricane Zeta. As a result of the incident, Claimants filed their claims against Modern American Railroad Services, L.L.C. ("MARS") and Shore Offshore Services, LLC ("Shore") (collectively "Third-Party Plaintiffs") for their alleged sustained injuries. Third-Party Plaintiffs then filed their third-party claims against Martin. Specifically, Lewis Andrews filed his claim (Rec. Doc. 39) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 147) against Martin. Patrick Burnett

filed his claim (Rec. Doc. 45) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 148) against Martin. Brian Cloyd filed his claim (Rec. Doc. 37) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 146) against Martin. Wallace McCray filed his claim (Rec. Doc. 38) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 173) against Martin. Lessle Williams filed his claim (Rec. Doc. 40) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 174) against Martin. Terryn Lyons filed his claim (Rec. Doc. 63) against Third-Party Plaintiffs who filed their third-party claim (Rec. Doc. 175) against Martin.

The claims asserted by Claimants for non-pecuniary damages and punitive, or exemplary damages against Martin are not available under the Jones Act and general maritime law. *See Scarborough v. Clemco Industries, Inc.,* 391 F.3d 660, 668 (5th Cir. 2004). Martin hereby adopts and incorporates by reference as if set forth and copied herein in extenso, the arguments and law asserted by Crosby Tugs, LLC ("Crosby") in their Memorandum in Support of Motion for Partial Summary Judgment on Certain Non-Pecuniary Damages and Punitive Damages (Rec. Doc. 774-1).

## Conclusion

Based on the foregoing reasons, Martin respectfully requests that its Motion for Partial Summary Judgment be granted, and that all claims by Claimants asserted against Martin for certain non-pecuniary damages and/or punitive damages be dismissed with prejudice.

- 3 -

       Respectfully submitted:

       **DAIGLE FISSE & KESSENICH, PLC**

       /s/ Ethan M. Garner
       MICHAEL W. MCMAHON (#23987)
       KIRK N. AURANDT (#25336)
       ETHAN M. GARNER (#40368)
       P. O. Box 5350
       Covington, Louisiana  70434-5350
       Telephone:  (985) 871-0800
       Facsimile:     (985) 871-0899
       Email: mmcmahon@daiglefisse.com
              kaurandt@daiglefisse.com
              egarner@daiglefisse.com
       ***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***