## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

## **STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (collectively "Martin"), who, in accordance with Local Rule 56.1, and for purposes of the accompanying Motion for Partial Summary Judgment, respectfully avers that the following material facts are not genuinely disputed:

1. Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams, and Terryn Lyons allege they were seaman working on the D/B THOR.

2. Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams, and Terryn Lyons allege they sustained injuries as a result of an incident occurring on October 28, 2020 while working on the D/B THOR.

3. Martin is a third-party non-employer alleged tortfeasor.

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**

<u>/s/ Ethan M. Garner</u>
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  (985) 871-0800
Facsimile:    (985) 871-0899
Email: mmcmahon@daiglefisse.com
          kaurandt@daiglefisse.com
          egarner@daiglefisse.com
***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***

- 2 -