## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 & 21-2227 |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | SECTION "A" MAG. DIV. (4) |
| | JUDGE: JAY C. ZAINEY |
| | CHIEF MAGISTRATE JUDGE: KAREN WELLS ROBY |
| *Pertains to All Cases* | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C., will bring on the accompanying Motion for Partial Summary Judgment for submission before the Honorable Jay C. Zainey, United States District Judge, United States District Court for the Eastern District of Louisiana, on the 12th day of November, 2025, at 10:30 a.m.

- 2 -

       Respectfully submitted:

       **DAIGLE FISSE & KESSENICH, PLC**

       <u>/s/ Ethan M. Garner</u>
       MICHAEL W. MCMAHON (#23987)
       KIRK N. AURANDT (#25336)
       ETHAN M. GARNER (#40368)
       P. O. Box 5350
       Covington, Louisiana 70434-5350
       Telephone: (985) 871-0800
       Facsimile: (985) 871-0899
       Email: mmcmahon@daiglefisse.com
              kaurandt@daiglefisse.com
              egarner@daiglefisse.com
       ***Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.***