UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220 |
| VERSUS | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | MAGISTRATE JUDGE EVA J. DOSSIER  Applies to: All Cases |

## DAWN SERVICES, L.L.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON TORT LIABILITY

Defendant, Dawn Services, L.L.C. ("Dawn"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves the Court for summary judgment dismissal of all claims asserted against it or tendered to it via Federal Rule of Civil Procedure Rule 14(c) which are premised on Dawn's alleged tort liability for damages resulting from the breakaway of the Derrick Barge THOR during Hurricane Zeta. Dawn had a limited role as a vessel broker of an offshore anchor handling tug, the CROSBY ENDEAVOR, that was selected to work with the THOR in the Gulf of Mexico on a rig decommissioning project. Dawn did not select the CROSBY ENDEAVOR, Crosby did and Shore accepted it. Dawn did not employ any of the CROSBY ENDEAVOR's crew, Crosby did. Dawn did not exert any operation control over the CROSBY ENDEAVOR, Crosby and the crew of the THOR did. When the rig decommissioning project became threatened by what would develop into Hurricane Zeta and the decision was made for the THOR to seek safe harbor in Port Fourchon, Dawn played no role in that decision either. Dawn also played no role in deciding where or how the THOR would tie up to the dock in Port Fourchon. As the discussion in the attached supporting memorandum makes clear, there are no genuine issues of material fact

1

pertaining to Dawn's broker status and lack of responsibility to the claimants for tort liability, and summary judgment dismissal of all claims which are premised on Dawn's alleged tort liability is proper as a matter of law.

Respectfully submitted,

/s/  David L. Reisman
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**