UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE EVA J. DOSSIER<br><br>Applies to: All Cases |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

Pursuant to Local Rule 56.1, Defendant, Dawn Services, L.L.C. ("Dawn"), submits the following uncontested material facts in support of its Motion for Partial Summary Judgment on Tort Liability:

1. In October 2020, the Derrick Barge THOR was working pursuant to a contract with Fieldwood Energy LLC ("Fieldwood") to decommission the platform JA, located in Block 259, Ship Shoal area, off the coast of Louisiana.[1]

2. During the Fieldwood project, the anchor handling tug MARS TITAN was assisting the THOR.[2]

3. In October 2020, the TITAN broke down and could no longer assist the THOR.[3]

---

[1] Exhibit 2, Gibilterra deposition at p. 84.

[2] Exhibit 1, Sims deposition at p. 236

[3] Exhibit 1, Sims deposition at p. 236.

1

4. Shore Offshore Services, LLC's ("Shore") shoreside management asked Dawn to find a replacement anchor handling tug with comparable specifications to the TITAN.[4]

5. None of Dawn's own available boats were suitable to tow the THOR and to run its anchors, so Dawn started looking for available third-party tugs to broker to Shore.[5]

6. Dawn initially suggested two tugs owned and operated by Louisiana International Marine, but Shore expressed concern because they were not comparable to the TITAN.[6]

7. Curt Crosby, the Chief Operating Officer of Crosby Tugs, LLC, in conjunction with Ivy Danos, Crosby's Offshore Operations Manager, reviewed the vessel particulars of the THOR to determine which of their tugs were capable of working with the THOR on the Fieldwood project and offered the CROSBY ENDEAVOR.[7]

8. Shore accepted the CROSBY ENDEAVOR because it was comparable to the TITAN.[8]

9. The CROSBY ENDEAVOR was not just comparable to the TITAN, it was bigger and more powerful than the TITAN.[9]

10. The CROSBY ENDEAVOR arrived on assignment to the THOR at Block 116, High Island, on October 20, 2020.[10]

---

[4] Exhibit 1, Sims deposition at p. 237.
[5] Exhibit 4, Grace deposition at p. 249.
[6] Exhibit 1, Sims deposition at p. 242-43.
[7] Exhibit 5, Danos deposition at pp. 60-61.
[8] Exhibit 1, Sims deposition at p. 249.
[9] Exhibit 1, Sims deposition at pp. 248-249.
[10] Exhibit 6, Everett deposition at p. 188.

11. On October 24, 2020, "Tropical Depression Twenty-eight" formed across the Eastern Caribbean just after daybreak and strengthened into Tropical Storm Zeta by that evening.[11]

12. Once the CROSBY ENDEAVOR arrived offshore to begin working with the THOR, it began taking orders directly from the THOR's crew.[12]

13. The CROSBY ENDEAVOR was crewed by Crosby employees.[13]

14. There were no Dawn employees on the CROSBY ENDEAVOR.[14]

15. Dawn had no operational control over the CROSBY ENDEAVOR.[15]

16. Shore had no complaints about the CROSBY ENDEAVOR or its crew prior to the THOR's breakaway.

17. Shore decided to demobilize the THOR due to Tropical Storm Zeta.[16]

18. Shore did not look to Dawn for the determination of whether or where to demobilize.[17]

19. At Shore's request, Dawn arranged two tail tugs to assist the THOR to the dock once she arrived in Fourchon.[18]

20. Dawn did all that Shore requested of it with regard to these two tail tugs.[19]

21. Dawn played no role in selecting a dock for the THOR.[20]

---

[11] https://www.weather.gov/lch/2020Zeta

[12] Exhibit 6, Everett deposition at pp. 160-69.

[13] Crosby 30(b)(6) Deposition at pp. 461-462.

[14] *Id.*

[15] *Id.* at p. 462.

[16] Exhibit 7, Douglas deposition at p. 107.

[17] Exhibit 1, Sims deposition at pp. 231-32.

[18] Exhibit 1, Sims deposition at p. 266.

[19] Exhibit 1, Sims deposition at p. 251.

[20] Exhibit 1, Sims deposition at p. 63.

22. Dawn also was not involved in the decision as to how to secure the THOR to the dock.[21]

23. After the THOR was secured to the dock, Shore released one of the tail tugs and asked the other to standby with a materials barge.[22]

24. While moored in Port Fourchon, the THOR's most senior crewmember, superintendent Joe Douglas, and the rest of the THOR crew were in direct communication with the captain and crew of the CROSBY ENDEAVOR.[23]

25. During this period, Douglas did not have any direct communication with Dawn and thus did not voice any complaints to Dawn.[24]

26. No one advised Dawn that the CROSBY ENDEAVOR was tied up to the THOR for the duration of the storm.[25]

Respectfully submitted,

*/s/   David L. Reisman*
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**

---

[21] Exhibit 7, Douglas deposition at p. 384.

[22] Exhibit 2, Gibilterra deposition at pp. 381-382.

[23] Exhibit 2, Gibilterra deposition at pp. 347-351.

[24] Exhibit 7, Douglas deposition at p. 344.

[25] Exhibit 4, Grace deposition at p. 286.