```
               UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

ALL COAST, LLC                *CIVIL ACTION NO. 21-258
                              *Lead Case, c/w 21-337,
VERSUS                        *21-464, 21-822, 21-1968,
                              *21-1969, 21-1981,
SHORE OFFSHORE SERVICES,      *21-1982 and 21-2075
LLC, MODERN AMERICAN          *
RAILROAD SERVICES,            *JUDGE JAY C. ZAINEY
L.L.C., AND MARTIN            *MAGISTRATE JUDGE KAREN
ENERGY SERVICE, LLC           *WELLS ROBY
                              *
                              *APPLIES TO ALL CASES
        * * * * * * * * * * * * * * * * * * *
```

VIDEOTAPED DEPOSITION OF THOMAS GIBILTERRA, PE
TAKEN AT PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 POYDRAS STREET, SUITE 2250
NEW ORLEANS, LOUISIANA 70163
ON TUESDAY, OCTOBER 3, 2023, AT 10:00 A.M.

**EXHIBIT 2**



```
 1   Crosby Endeavor was sufficient on its own to keep
 2   the barge at the dock during the hurricane?
 3        A.   No.
 4        Q.   Where was the barge working prior to
 5   Hurricane Zeta?
 6        A.   It was working for Fieldwood.  And don't
 7   get me to lying.  I think the block number was
 8   Ship Shoal 259, but I couldn't tell you exactly.
 9   JA structure.
10        Q.   How long had it been working there
11   before?
12        A.   Just less than a handful of days, I
13   believe.
14        Q.   And what kind of job was it doing there?
15        A.   Decommissioning.
16        Q.   Were there any time limitations on this
17   decommissioning job?
18        A.   No.
19        Q.   So there was no incentive pay if the job
20   finished early?
21        A.   None.
22        Q.   And no penalty if the job didn't finish
23   within a certain amount of time?
24        A.   No.
25        Q.   Was Fieldwood pressing the barge or
```



```
 1    EXAMINATION BY MR. REISMAN:
 2         Q.   Is that correct?
 3         A.   No.
 4         Q.   You agree with me?
 5         A.   The answer is no.
 6         Q.   The answer is not no if you agree with
 7    me.  That's what we're trying to establish.  So
 8    I'm going to ask it again.
 9         Do you agree with me that, to your knowledge,
10    no Shore employee has ever had any training on how
11    to secure a barge to a dock in a hurricane?
12              MR. GUILLOT:  Object to the form of the
13         question.
14              THE WITNESS:  To my knowledge, yes.
15    EXAMINATION BY MR. REISMAN:
16         Q.   You testified earlier, I think it was
17    with Mr. Cerise, that when the Endeavor and the
18    Thor came in, there was also another assist tug.
19    There were actually two assist tugs that were
20    helping.  They were both from Louisiana
21    International, correct?
22         A.   Correct.
23         Q.   The La Madonna and the La Elite?
24         A.   Correct.
25         Q.   You testified that one of those tugs
```


AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799

```
 1   remained with the materials barge that was working
 2   with the Thor, correct?
 3        A.   That's what I understand.
 4        Q.   So one tug stood by the materials barge,
 5   but the other was released, correct?
 6        A.   That's what I understand.
 7        Q.   Why did Shore release that second assist
 8   tug?
 9        A.   Because we had one tug with each barge.
10   And with the weather forecast, that decision was
11   made that we didn't need it.
12        Q.   When Shore hired the Crosby Endeavor,
13   whether through Dawn or otherwise -- we're not
14   going to rehash that issue -- but when Shore hired
15   that barge, did it know that a hurricane was going
16   to be affecting the Thor?
17        A.   I don't know.  With a crystal ball,
18   there's no way to know that at the time it was
19   hired.
20        Q.   It was in October of 2020, correct?
21        A.   Yes, but we didn't know at the time of
22   the hiring.
23        Q.   I'm not saying that you knew it couldn't
24   happen.  My question is:  At that point in time,
25   you didn't know that there was going to be a
```

```
 1                REPORTER'S CERTIFICATE
 2        This certification is valid only for a
 3   transcript accompanied by my original signature
 4   and original seal on this page.
 5        I, ANNA C. COATES, CCR, RPR, do hereby
 6   certify that THOMAS GIBILTERRA, PE, to whom the
 7   oath was administered, after having been duly
 8   sworn by me upon authority of R.S. 37:2554, did
 9   testify as herein above set forth in the foregoing
10   456 pages; that this testimony was reported by me
11   in the stenotype reporting method, was prepared
12   and transcribed by me and is a true and correct
13   transcript to the best of my ability; that the
14   transcript has been prepared in compliance with
15   transcript format guidelines required by rules of
16   the board; that I have acted in compliance with
17   the prohibition on contractual relationships, as
18   defined by Louisiana Code of Civil Procedure
19   Article 1434 and in rules and advisory opinions of
20   the board; that I am not related to counsel or the
21   parties hereto, nor am I otherwise interested in
22   the outcome of this matter.
23   _____           _____
24   DATE                 ANNA COATES, CCR, RPR
25                        LOUISIANA CCR NO. 97018
```



AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799

**From:** Tommy Gibilterra <tommy@shoreoffshore.com>
**Sent:** Monday, January 18, 2021 1:13 PM
**To:** Tristen Plaisance; Cody Sims
**Cc:** Tommy Plaisance; Mike Grace
**Subject:** RE: LA Carriers

Good Afternoon Tristen

Thanks for reaching out. In an effort to minimize our vendor numbers, we broker most of our tugs through Dawn Services. Mike Grace is cc'ed on the email. We regularly use tugs to bring material barges in and out of Gibson. Please reach out to them and get on the call list. Thanks.

**Tommy Gibilterra PE**
Vice President Operations

**SHORE**
**OFFSHORE SERVICES, LLC.**

| | | |
|---|---|---|
| 20333 State Hwy 249, Ste. 200 | Work: | 281-378-1504 |
| Houston, TX 77070 | Mobile: | 713-870-6594 |
| www.shoreoffshore.com | Email: | Tommy@Shoreoffshore.com |

**From:** Tristen Plaisance <tristenp@lacarriers.net>
**Sent:** Friday, January 15, 2021 1:43 PM
**To:** Cody Sims <cody@shoreoffshore.com>; Tommy Gibilterra <tommy@shoreoffshore.com>
**Cc:** Tommy Plaisance <tommyp@lacarriers.net>
**Subject:** LA Carriers

Good Afternoon,

I am reaching out to you guys to see if y'all are in need of any horsepower. If needed we are usually available out of Amelia. Our crews have experience with anchor handling and a variety of other services y'all might need. We also offer competitive pricing, so don't be shy to give us a call! You can find more information on our vessels on our website url below. Have a good one!

--



**Regards,**
**Tristen Plaisance | Traffic Manager**
**Office: (985) 693-5858 | Cell: (504) 909-3207**
https://www.lacarriers.net/

1

