**Cody**

Tue, Sep 22, 11:55 AM

> What will the performance be drawing under tow

> Call me

Tue, Sep 22, 1:13 PM

Called u back

> Called u back

Wed, Sep 23, 9:48 AM

Give me a call

Wed, Sep 30, 12:18 AM

> La elite has departed

Sat, Oct 17, 10:30 AM

I'm assuming Mauricio told you the Titan is out for the year? What are you doing to get a bigger tug out to the Thor sooner than later before we get in a bind??

Sat, Oct 17, 12:32 PM

> Sending out la commander early next week to be the tow, Madonna

**EXHIBIT 3**

Dawn 000211