Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
ALL COAST, LLC        *   CIVIL ACTION
                      *   NO. 21-258, C/W 21-337,
                      *   21-464, 21-822, 21-1968,
                      *   21-1969, 21-1982,
VERSUS                *   21-1981, 21-2075,
                      *   21-2227, 23-3220
                      *
                      *   SECTION "A"
SHORE OFFSHORE        *   HON. JAY C. ZAINEY
SERVICES, LLC,        *   MAGISTRATE JUDGE:
ET AL.                *   HON. EVA J. DOSSIER
                      *
                      *   APPLIES TO ALL CASES
```

      Videotaped Deposition of IVY DANOS, 123 Chi D Lane, Cut Off, Louisiana 70345, taken in person and via ZOOM Videoconference, in the offices of JONES WALKER, LLP, 201 St. Charles Avenue, Suite 5100, New Orleans, Louisiana 70170, on Thursday, the 11th day of July, 2024.

APPEARANCES: (IN PERSON)

    JONES WALKER, LLP
    (By:  Alfred J. Rufty, III, Esquire)
    201 St. Charles Avenue, Suite 5100
    New Orleans, Louisiana 70170

      (Attorneys for Crosby Tugs, LLC)

**EXHIBIT 5**

Page 60

```
 1          good time to take a short break.
 2              THE WITNESS:
 3                  Okay.
 4              THE VIDEOGRAPHER:
 5                  We're off the record.
 6                  (Off the record at 11:00 a.m.)
 7              THE VIDEOGRAPHER:
 8                  We're back on the record.
 9                  (On the record at 11:18 a.m.)
10   EXAMINATION BY MR. GUILLOT:
11       Q    All right, Mr. Danos, we took a
12   little bit of a break.  I want to talk to you
13   about, in October 2020, what your
14   understanding is of how the ENDEAVOR was
15   called out to the field to work with the THOR
16   offshore.  What is your understanding of how
17   that came about?
18       A    Mr. Mike Grace called looking for a
19   tug to go work with the THOR.
20       Q    Who is Mike Grace?
21       A    He's with Dawn Services.
22       Q    And what did Mike Grace tell you
23   about needing a tug to work for the THOR?
24       A    He asked for a tug to work with the
25   THOR.
```

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 61

1  Q   Did he ask for the ENDEAVOR
2  specifically, by name, or just for a tug?
3  A   For a tug.
4  Q   How did it come that the ENDEAVOR
5  was chosen for the job?
6  A   Mr. Kurt.
7  Q   Kurt Crosby, the CEO?
8  A   Yes, sir.
9  Q   He picked the ENDEAVOR for the job?
10 A   Yes.
11 Q   What had the ENDEAVOR been doing
12 before it was chosen for this job?
13 A   It was at the Crosby dock, I
14 believe.  Not sure.  Not sure.
15 Q   Do you know when the last job it
16 had before this job was?
17 A   No.
18 Q   Do you know if it had been
19 cold-stacked for some period of time?
20 A   Not sure.
21 Q   Do you know if it had been actively
22 used in the year before the incident?
23 A   I don't.  I'm not sure.
24 Q   So take me through, you personally,
25 in your involvement in Mike Grace calling you

Page 62

1  to say a tug is needed to work with the THOR
2  offshore.  Then what?  You speak to Kurt?
3       A    Yeah.  I talk to Kurt.
4       Q    You talked to Kurt and said, "What
5  tug do we use"?
6       A    I told him that Mike Grace called
7  for a tug, and then he decided on which tug we
8  would send out to work with the THOR.
9       Q    What information, if any, did you
10 give to Mr. Crosby, to Kurt Crosby, about the
11 work that the tug was going to be doing
12 offshore?
13      A    I just -- Mike had said that they
14 needed a tug to work with the THOR, to run
15 anchors and tow it.
16      Q    To run anchors and to tow it is
17 what you knew?
18      A    Yeah.
19      Q    Did you know what kind of vessel
20 the THOR was at the time?
21      A    Well, I knew the THOR, you know.
22      Q    You knew of the THOR?
23      A    Yes.
24      Q    Did you know what kind of vessel it
25 was?

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 63

1    A    It was a derrick barge.

2    Q    Did you know the size of it, its
3 displacement, its tonnage?  Did you know any
4 of that when the ENDEAVOR was selected to be
5 the tug to go offshore to work with the THOR?

6    A    When I talked to Mr. Crosby, he --
7 we looked at it.

8    Q    You went online and looked at it?

9    A    Yeah.

10    Q    Okay.  You and Mr. Crosby sat
11 down --

12    A    Well -- yeah.  He asked what was
13 the size of the THOR, so we looked at it and
14 gave him the size of it.

15    Q    Okay.  So you and Kurt Crosby went
16 online and looked at --

17    A    No, I went online and looked at it,
18 got the dimensions.

19    Q    That's what I'm asking.

20    A    Yeah.

21    Q    You went online and researched the
22 THOR to verify that the ENDEAVOR was a
23 suitable tug for it?

24    MR. RUFTY:
25    Object to form.

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 64

```
 1              THE WITNESS:
 2                  Mr. Crosby.
 3     EXAMINATION BY MR. GUILLOT:
 4         Q    Mr. Crosby did that?
 5         A    (Nods head affirmatively).
 6         Q    Is that "yes"?
 7         A    Yes.
 8         Q    Okay.  Someone at Crosby -- you're
 9     saying, the CEO went and verified that that
10     was a suitable tug for the THOR?
11              MR. RUFTY:
12                  Object to form.
13              THE WITNESS:
14                  Yes.
15     EXAMINATION BY MR. GUILLOT:
16         Q    In October 2020, did you know of
17     the company called Shore Offshore Services?
18         A    Well, we was working through Mike
19     Grace, for Shore Offshore.
20         Q    What's your understanding of the
21     relationship between Crosby Tugs, Dawn
22     Services and Shore Offshore?
23         A    I don't know.
24         Q    Well, you just said you were
25     working through Mike Grace for Shore Offshore?
```

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 168

1              Object to form.  Asked and
2       answered.
3              THE WITNESS:
4                  It could.
5  EXAMINATION BY MR. GUILLOT:
6       Q    Okay.  So it is conceivable that
7  one of the jobs of the tug would be to push
8  the barge back into the dock, right?
9       A    It depends.
10      Q    What does it depend on?
11      A    On which tug it is, with the barge.
12      Q    Okay, it depends on the type of
13 tug?
14      A    Right.
15      Q    Is the ENDEAVOR a type of tug that
16 could have pushed the THOR into the dock in
17 the event of a breakaway?
18      A    No.
19      Q    Why not?
20      A    Because of the bow.
21      Q    Because of the bow?
22      A    Yeah.
23      Q    Did you ever communicate that to
24 Mike Grace at Dawn Services?
25      A    They never asked.

Page 260

1             REPORTER'S CERTIFICATE
2
3         This certification is valid only for a transcript accompanied by my original
4    signature and original required seal on this page.
5
6             I, Linda G. Griffin, Certified Court Reporter in and for the State of
7    Louisiana, as the officer before whom this testimony was taken, do hereby certify that
8    IVY DANOS, after having been duly sworn by me upon authority of R.S. 37:2554, did
9    testify as hereinbefore set forth in the foregoing 259 pages; that this testimony was
10   reported by me in the stenotype reporting method, was prepared and transcribed by me
11   or under my personal direction and supervision, and is a true and correct
12   transcript to the best of my ability and understanding; that the transcript has been
13   prepared in compliance with transcript format guidelines required by statute or by
14   rules of the board, that I have acted in compliance with the prohibition on
15   contractual relationships, as defined by Louisiana Code of Civil Procedure Article
16   1434 and in rules and advisory opinions of the board; that I am not related to counsel
17   or the parties herein, nor am I otherwise interested in the outcome of this matter.
18
19
20
21           _____
             LINDA G. GRIFFIN, RPR
22           CERTIFIED COURT REPORTER
23
24
25