Videotaped Deposition of Ernest Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION |
| | * | NO. 21-258, C/W 21-337, |
| | * | 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1982, |
| VERSUS | * | 21-1981, 21-2075, |
| | * | 21-2227 |
| | * | |
| | * | SECTION "A" |
| SHORE OFFSHORE | * | HON. JAY C. ZAINEY |
| SERVICES, LLC | * | MAGISTRATE: (4) |
| | * | HON. KAREN WELLS ROBY |
| | * | |
| | * | APPLIES TO ALL CASES |

Videotaped Deposition of ERNEST PLAISANCE, 180 East 67th Street, Cut Off, Louisiana 70345, taken in person and via ZOOM Videoconference, in the offices of Jones Walker, LLP, 201 St. Charles Avenue, Suite 5100, New Orleans, Louisiana 70170, on Thursday, the 13th day of July, 2023.

APPEARANCES: (VIA ZOOM)

    ARNOLD & ITKIN, LLP
    (By:  John G. Grinnan, Jr., Esquire)
    6009 Memorial Drive
    Houston, Texas 77007

        (Attorneys for Claimants)

**EXHIBIT 8**

Videotaped Deposition of Ernest Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 102

```
 1              (Whereupon, a discussion was
 2       held off the record).
 3          THE VIDEOGRAPHER:
 4              We're back on record.
 5          MR. GUILLOT:
 6              Okay.  We had a brief
 7       discussion off record where counsel for
 8       Crosby was asking for reference to the
 9       discovery response that I quoted from.
10       I'm quoting from a November 28th, 2022
11       discovery response from Crosby,
12       Supplemental Interrogatory No. 18,
13       Pages 11 and 12 of 42.
14              Supplemental Answer to
15       Interrogatory No. 18 reads, quote, "The
16       ENDEAVOR is an offshore towing and
17       anchor-handling tug.  It is not designed
18       to," quote, "'hold'" closed quote,
19       "vessels in place during a hurricane."
20          MR. RUFTY:
21              You said, "During a hurricane"
22       was the question, okay.  All right.
23    EXAMINATION BY MR. GUILLOT:
24       Q    All right.  So do you agree with
25    what I just read?
```

Videotaped Deposition of Ernest Plaisance
All Coast, LLC v. Shore Offshore Services, LLC

Page 103

```
 1      A    Yes.
 2      Q    Because you agree with what I just
 3   read, the ENDEAVOR cannot stabilize and
 4   control the THOR at the Martin Energy dock,
 5   correct?
 6          MR. RUFTY:
 7               Object to form.  If you think
 8       you have the ability to answer that,
 9       then do.
10          MR. REISMAN:
11               I join the objection to form.
12          MR. RUFTY:
13               If you don't think you have the
14       expertise, then don't.  Tell us what you
15       know.  Don't guess.
16          THE WITNESS:
17               We was -- we was ordered to
18       work as directed and that's what we did.
19   EXAMINATION BY MR. GUILLOT:
20      Q    I know that that is going to be --
21          MR. GRINNAN:
22               Objection, nonresponsive.
23   EXAMINATION BY MR. GUILLOT:
24      Q    I know that that's going to be kind
25   of a reflexive remark today, and so it's going
```

Page 467

```
 1                REPORTER'S CERTIFICATE
 2
 3        This certification is valid only for a
    transcript accompanied by my original
 4  signature and original required seal on this
    page.
 5
 6             I, Linda G. Griffin, RPR,
    Certified Court Reporter in and for the
 7  State of Louisiana, as the officer before
    whom this testimony was taken, do hereby
 8  certify that ERNEST PLAISANCE, after having
    been duly sworn by me upon authority of
 9  R.S. 37:2554, did testify as hereinbefore
    set forth in the foregoing 466 pages; that
10  this testimony was reported by me in the
    stenotype reporting method, was prepared and
11  transcribed by me or under my personal
    direction and supervision, and is a true and
12  correct transcript to the best of my ability
    and understanding; that the transcript has
13  been prepared in compliance with transcript
    format guidelines required by statute or by
14  rules of the board, that I have acted in
    compliance with the prohibition on
15  contractual relationships, as defined by
    Louisiana Code of Civil Procedure Article
16  1434 and in rules and advisory opinions of
    the board; that I am not related to counsel
17  or the parties herein, nor am I otherwise
    interested in the outcome of this matter.
18
19
20
                    _____
21                  LINDA G. GRIFFIN, RPR
                    CERTIFIED COURT REPORTER
22
23
24
25
```