# EXPERT REPORT AND ANALYSIS OF CAPT. GREGORY C. DALEY

*ALL COAST, LLC* \*
*VERSUS*
*SHORE OFFSHORE SERVICES, LLC;*
*MODERN AMERICAN RAILROAD SERVICES, LLC; and*
*MARTIN ENERGY SERVICES, LLC*
in the United States District Court,
Eastern District of Louisiana
CIVIL ACTION NO. 21-258 Lead Case,
c/w 21-337, 21-464, 21-822, 21-1968
21-1969, 21-1981, 21-1982, 21-2075 and 21-2227
Honorable Jay C. Zainey, Presiding Judge
Magistrate Karen Wells Roby



Captain Gregory C. Daley

International Maritime Consultancy, LLC
2701 Johnston Street, Suite 306
Lafayette, LA 70503

(337) 280-0100

31 July 2024

EXHIBIT
11

EXPERT REPORT OF CAPT. GREGORY C. DALEY

# TABLE OF CONTENTS

EXPERT REPORT AND ANALYSIS OF CAPT. GREGORY C. DALEY .................. 1

TABLE OF CONTENTS ................................................................................. 2

INTRODUCTION ......................................................................................... 8

  A.  Executive Summary ............................................................................ 8

     OPINION 1 –M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies ................................................ 8

     OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate ....... 8

     OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway ............................................................... 8

     OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines ..................................................... 9

     OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge ............................................................ 9

     OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels ....................................................... 9

     OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR ...................................................................................... 9

     OPINION 8 –Communications Were Ineffective ......................................................................................................... 10

     SUMMARY OF OPINIONS .......................................................................................................................................... 10

  B.  The Parties ..................................................................................... 11

  B.  Methodology and Principals ........................................................... 12

  C.  Nautical Terminology (See also *Appendix 3 – GA of the D/B THOR)* ......... 13

MATERIAL FACTS ................................................................................... 15

  A.  The Incident ................................................................................... 15

     OVERVIEW OF THE INCIDENT ................................................................................................................................. 15

     NARRATIVE OF THE INCIDENT ............................................................................................................................... 16

     PEOPLE ..................................................................................................................................................................... 22

  B.  Location ........................................................................................ 25

     SHIP SHOAL AREA, SOUTH ADDITION .................................................................................................................... 25

     ENTERING BELLE PASS ............................................................................................................................................ 30

     MARTIN DOCK 16 ..................................................................................................................................................... 32

  C.  Weather ........................................................................................ 35

     OVERVIEW ................................................................................................................................................................ 35

     SYNOPTIC HISTORY ................................................................................................................................................ 35

     STORM SURGE ......................................................................................................................................................... 38

     RAINFALL AND FLOODING ....................................................................................................................................... 39

     TORNADOES ............................................................................................................................................................. 40

     LOUISIANA CASUALTY AND DAMAGE ..................................................................................................................... 40

     FORECAST AND WARNING CRITIQUE ..................................................................................................................... 40

     CRITIQUE OF TRACK FORECAST ............................................................................................................................ 40

     CRITIQUE OF INTENSITY FORECAST ...................................................................................................................... 45

     CRITIQUE OF ISSUANCE OF WATCHES AND WARNINGS ........................................................................................ 46

     WEATHER OPS FORECASTS .................................................................................................................................... 50

     WEATHER OPS SPAGHETTI MODELS ...................................................................................................................... 50

*SPECIFICATIONS OF THE D/B THOR* ................................................................................................... 53
*LINE DRAWINGS* ................................................................................................................................. 55
*US COAST GUARD PSIX DATA* ............................................................................................................. 56

E.  M/V CROSBY ENDEAVOR ..................................................................... 58
*SPECIFICATIONS OF THE M/V CROSBY ENDEAVOR* ............................................................................. 58
*LINE DRAWINGS* ................................................................................................................................. 60
*CERTIFICATE OF INSPECTION* ............................................................................................................. 61
*US COAST GUARD PSIX DATA* ............................................................................................................. 64

F.  M/V LA ELITE .............................................................................................. 65
*SPECIFICATIONS OF THE M/V LA ELITE* ............................................................................................... 65

G.  M/V LA MADONNA ..................................................................................... 67
*SPECIFICATIONS OF THE M/V LA MADONNA* ...................................................................................... 67

H.  Calendar, Timeline, and Ephemeris Data ............................................ 69
*Ephemeris Data for Port Fourchon on 28 October 2020:* ................................................................. 72

OPINION 1 –M/V CROSBY ENDEAVOR WAS DEFICIENT AND FAILED TO WARN OF
         ITS DEFICIENCIES ...................................................................... 73
*M/V Crosby Endeavor Was Adequate for Running Anchors for the D/B THOR* ............................... 73
*M/V Crosby Endeavor Was Adequate for Towing the D/B THOR* .................................................... 74
*M/V Crosby Endeavor Was Not Adequate to Assist D/B THOR While Docked* ................................ 75
*Riben Marine Report, 16 December 2023 – M/V Crosby Endeavor Inadequate to Assist* ............... 76
*Greater Lafourche Port Commission, Ordinance 71* ........................................................................ 77
*What an Assist Vessel Was Expected to Do* ..................................................................................... 78
*Crosby Policy on Mooring Barges* ................................................................................................... 78
*The Selection of the M/V Crosby Endeavor* ..................................................................................... 79
*The Limited Role of the Crosby Operations Manger and Operations Department* ........................... 80
*Failure to Report Deficiencies* ......................................................................................................... 81

OPINION 2 – DAWN FAILED TO PROVIDE AN ADEQUATE TUG AND FAILED TO
         WARN THAT THE TUG PROVIDED WAS INADEQUATE .............. 82
*Shore Relied on Dawn to Provide Vessels to Meet Their Needs* ...................................................... 82

OPINION 3 – M/V CROSBY ENDEAVOR ENGINES WERE OFF PRIOR TO THE
         BREAKAWAY ............................................................................... 83
*M/V Crosby Endeavor Engine Room Logs and Deck Logs, 26 October 2020* .................................. 83
*M/V Crosby Endeavor Engine Room Logs and Deck Logs, 28 October 2020* .................................. 85
*M/V Crosby Endeavor Deck Logs Entries Consistent with Engine Room Entries* ............................. 86
*Superintendent Douglas Testimony* ................................................................................................. 87
*Riben Marine Report, 16 December 2023 – Engines Ran Only 3 Hours* ........................................... 88
*Video Evidence* ................................................................................................................................. 89
*Controverted Testimony of Captain Everrett* ................................................................................... 89
*Controverted Testimony of QMED Artigos* ...................................................................................... 90
*Crosby Policy More Focused on Saving Costs than Hurricane Preparedness* .................................. 94

OPINION 4 – THE M/V CROSBY ENDEAVOR ADDED STRESS TO THE BARGE
         MOORING LINES ........................................................................ 95

*M/V Crosby Endeavor Added Forces to the D/B THOR Mooring Lines Instead of Assisting the Barge to Reduce Mooring Line Forces* ........................................................................................................................................ 96

*M/V Crosby Endeavor Forward or Aft Pushing Added a Second Layer of Additional Forces to the D/B THOR Mooring Line Instead of Reducing the Forces* .......................................................................................................... 97

## OPINION 5 – THE M/V CROSBY ENDEAVOR CHANGED THE TRAJECTORY OF THE BARGE ..........................................................................................98

*M/V Crosby Endeavor Changed the Trajectory of the D/B/ THOR* ........................................................................... 98

## OPINION 6 – MARTIN FREQUENTLY USED DOCK 16 AS A HURRICANE REFUGE TO VESSELS ...................................................................................100

*Martin Hurricane Policy* ........................................................................................................................................ 100
*Historical Analysis of Hurricane Policy Compliance* ............................................................................................. 101
*13 July 2019, Hurricane Barry* .............................................................................................................................. 101
*08 June 2020, Tropical Storm Cristobal* ............................................................................................................... 101
*25 August 2020, Hurricane Marco* ........................................................................................................................ 102
*26 August 2020, Hurricane Laura* ......................................................................................................................... 103
*16 September 2020, Hurricane Sally* ..................................................................................................................... 103
*09 October 2020, Hurricane Delta* ........................................................................................................................ 104
*19 June 2021, Tropical Storm Claudette* .............................................................................................................. 104
*29 October 2021, Hurricane Ida* ........................................................................................................................... 104
*Conclusion* ............................................................................................................................................................ 105
*Only Vessels Transmitting AIS Are Recorded* ....................................................................................................... 106

## OPINION 7 – MARTIN OFFERED HURRICANE REFUGE TO D/B THOR .......107

*Martin Dispatcher Called Shore to Offer Dock 16* ................................................................................................ 107
*Purchase Orders Stating Martin Rented Dockside Space at Martin Dock 16* ........................................................ 108
*Emails & Invoices Stating Martin Rented Shore Martin Dock 16 Safe Harbor* ..................................................... 109
*Martin's Claim That D/B THOR Was Not Offered Dockside Space Rental at Dock 16 during Hurricane Zeta* ........ 111
*Martin Hurricane Policy* ........................................................................................................................................ 113
*Martin Did Not Ascertain That Its Dock 16 Was Capable of Handling the D/B THOR* ........................................... 115
*Ordinance 71 of Port Fourchon* ............................................................................................................................ 116

## OPINION 8 –COMMUNICATIONS WERE INEFFECTIVE ...............................117

*No Licensed Mariners on the D/B THOR* .............................................................................................................. 117
*Licensed Mariners on the M/V Crosby Endeavor* ................................................................................................. 119
*"Working as Directed" vs. Detailed Procedures* ................................................................................................... 120
*Inadequate Communication* .................................................................................................................................. 120

## SUMMARY OF OPINIONS AND CONCLUSIONS ...........................................124

*OPINION 1 –M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies* ................................... 124
*OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate* .... 124
*OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway* ..................................................... 124
*OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines* ............................................... 125
*OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge* ...................................................... 125
*OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels* ................................................ 125
*OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR* ............................................................................... 125

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*                31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 4

*OPINION 8* –Communications Were Ineffective ............................................................................... 126
*SUMMARY OF OPINIONS* ................................................................................................................. 126

QUALIFICATIONS WITH EXHIBITS ............................................................128

TABLE OF FIGURES ..........................................................................................130

WORK PERFORMED IN PREPARATION OF THIS OPINION...........................132

*Crosby Discovery Files by Bates Numbers* ....................................................................................... 132
*Martin Discovery Files* ...................................................................................................................... 133
*THOR Discovery Files by Bates Numbers* ......................................................................................... 133
*US Coast Guard Discovery Files* ....................................................................................................... 135
*Court Documents* .............................................................................................................................. 135
*Depositions and Exhibits* .................................................................................................................. 135
*Expert Reports* .................................................................................................................................. 135
*Nautical Charts* ................................................................................................................................. 136
*National Hurricane Center Reports* .................................................................................................. 136
*Software Programs & Services* ......................................................................................................... 136

BIBLIOGRAPHY AND REFERENCE MATERIALS .........................................138

APPENDIX 1 – NHC HURRICANE ZETA REPORT AL282020 ........................140

APPENDIX 2 – SAFFIR-SIMPSON HURRICANE WIND SCALE .....................196

APPENDIX 3 – GA OF THE D/B THOR ............................................................197

APPENDIX 4 – SPECIFICATIONS OF THE D/B THOR ..................................199

APPENDIX 5 – GA OF THE M/V CROSBY ENDEAVOR ................................203

APPENDIX 6 – SPECIFICATIONS OF THE M/V CROSBY ENDEAVOR..........204

APPENDIX 7 – CWFLIX FORECASTS..............................................................207

*CWFLIX ISSUED SATURDAY, 10/24 AT 0358* ................................................................................. 207
*CWFLIX ISSUED SATURDAY, 10/24 AT 0947* ................................................................................. 207
*CWFLIX ISSUED SATURDAY, 10/24 AT 1613* ................................................................................. 207
*CWFLIX ISSUED SATURDAY, 10/24 AT 2248* ................................................................................. 208
*CWFLIX ISSUED SUNDAY, 10/25 AT 0417* .................................................................................... 208
*CWFLIX ISSUED SUNDAY, 10/25 AT 1022* .................................................................................... 209
*CWFLIX ISSUED SUNDAY, 10/25 AT 1635* .................................................................................... 209
*CWFLIX ISSUED SUNDAY, 10/25 AT 2213* .................................................................................... 210
*CWFLIX ISSUED MONDAY, 10/26 AT 0344* ................................................................................... 210
*CWFLIX ISSUED MONDAY, 10/26 AT 1034* ................................................................................... 210
*CWFLIX ISSUED MONDAY, 10/26 AT 161635* ............................................................................... 211
*CWFLIX ISSUED MONDAY, 10/26 AT 2234* ................................................................................... 212
*CWFLIX ISSUED TUESDAY, 10/27 AT 0435* ................................................................................... 212
*CWFLIX ISSUED TUESDAY, 10/27 AT 1059* ................................................................................... 213
*CWFLIX ISSUED TUESDAY, 10/27 AT 1650* ................................................................................... 213
*CWFLIX ISSUED TUESDAY, 10/27 AT 2202* ................................................................................... 214
*CWFLIX ISSUED WEDNESDAY, 10/28 AT 0424* ............................................................................. 214

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 5

*CWFLIX ISSUED WEDNESDAY, 10/28 AT 1056* ........................................................................................................... 215

APPENDIX 8 – WEATHER FORECAST HISTORY FROM 10/24 TO 10/28/2021 .....216

APPENDIX 9 – LEASE PLAT OF MARTIN'S DOCK 16 ....................................217

APPENDIX 10 – THE CONCRETE DOCK ....................................................218

APPENDIX 11 – MOORING LINE – DOCK BOLLARD CONFIGURATION ........220

*Configuration of Mooring Lines and Bollard Numbers* ........................................................................................... 220
*Layout Measurements of Dock Bollards and Deck Cleats* ...................................................................................... 221

APPENDIX 12 – M/V CROSBY ENDEAVOR ENGINE ROOM LOGS ...............225

APPENDIX 13 – M/V CROSBY ENDEAVOR DECK LOGS .............................231

APPENDIX 14 – DECK LOGS OF THE D/B THOR, DOUGLAS DEPO EXHIBIT 17 ...............................................................................................................237

APPENDIX 15 – CONFIGURATION OF THE TWO WIRE ANCHOR LINES .......240

APPENDIX 16 – ORDINANCE 71 AND PORT CONDITIONS ...........................241

*Greater Lafourche Port Commission Ordinance No. 17 Issued 09 September 2009* ........................................ 241
*List of Port Conditions and Explanations* .............................................................................................................. 243
*US Coast Guard Marine Safety Unit Houma Marine Safety Information Bulletin Issued 20 June 2017* ........... 244
*US Coast Guard Sector New Orleans – Port Condition Yankee – Issued 27 October 2020* ............................... 248
*US Coast Guard Marine Safety Unit Houma – Port Condition Zulu – Issued 27 October 2020* ........................ 250
*US Coast Guard Marine Safety Unit Houma – Port Condition Normal – Issued 28 October 2020* .................... 252

APPENDIX 17 – PHOTOS OF THE D/B THOR MOORING LINES ...................253

APPENDIX 18 – HURRICANE BARRY, 13 JULY 2019 ..................................257

*Dock Activity* ......................................................................................................................................................... 257
*Martin Invoices for DOCKSIDE SPACE RENTAL* ................................................................................................. 259
*Storm Information* ................................................................................................................................................. 264

APPENDIX 19 – TROPICAL STORM CRISTOBAL, 08 JUNE 2020 ................267

*Dock Activity* ......................................................................................................................................................... 267
*Martin Invoices for DOCKSIDE SPACE RENTAL* ................................................................................................. 272
*Storm Information* ................................................................................................................................................. 274

APPENDIX 20 – HURRICANE MARCO, 25 AUGUST 2020 ...........................276

*Dock Activity* ......................................................................................................................................................... 276
*Storm Information* ................................................................................................................................................. 281

APPENDIX 21 – HURRICANE LAURA, 26 AUGUST 2020 .............................284

*Dock Activity* ......................................................................................................................................................... 284
*Storm Information* ................................................................................................................................................. 289

APPENDIX 22 – HURRICANE SALLY, 16 SEPTEMBER 2020 .......................292

*Dock Activity* ................................................................................................................ *292*
*Martin Invoices for DOCKSIDE SPACE RENTAL* .......................................................... *297*
*Storm Information* ......................................................................................................... *299*

## APPENDIX 23 – HURRICANE DELTA, 09 OCTOBER 2020 ............................302

*Dock Activity* ................................................................................................................ *302*
*Storm Information* ......................................................................................................... *306*

## APPENDIX 24 – TROPICAL STORM CLAUDETTE, 19 JUNE 2021 ................309

*Dock Activity* ................................................................................................................ *309*
*Storm Information* ......................................................................................................... *314*

## APPENDIX 25 – HURRICANE IDA, 29 AUGUST 2021 ...................................316

*Dock Activity* ................................................................................................................ *316*

## EXHIBIT A – Curriculum Vitae of Capt. Gregory C. Daley

## EXHIBIT B – List of Testimony Cases, Capt. Gregory C. Daley

## EXHIBIT C – Fee Schedule of Capt. Gregory C. Daley

## Introduction

### A. Executive Summary

This report is limited in scope to the movements of the Derrick Barge Thor ("D/B THOR") and the tugboat M/V Crosby Endeavor, and the working relationships amongst Shore Offshore (& affiliates), Dawn Services, Crosby Tugs (& affiliates), and Martin Energy regarding the breakaway of the D/B Thor on 28 October 2020 during Hurricane Zeta.

### OPINION 1 –M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies

In my opinion, the crew of the D/B THOR relied on the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The bow thruster of the M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration nor was the tug's bow designed to push on the D/B THOR. The crew of the M/V Crosby Endeavor and the management of Crosby Marine Transportation, LLC and/or Crosby Tugs, LLC failed to notify the crew of the D/B THOR that the tug was not capable to perform its assigned duties of assisting by pushing the barge against the dock and failed to arrange for a proper tug capable of assisting the D/B THOR.

### OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate

In my opinion, Shore believed Dawn chartered the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration at the dock. The tug's bow was not designed to push on the D/B THOR. Dawn failed to notify Shore that the tug was not capable of assisting by keeping the D/B THOR on the dock. Dawn failed to broker a vessel able to perform its required tasks.

### OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway

In my opinion, the engine logs, the deck logs of the M/V Crosby Endeavor, and related testimony indicate that the engines were not running from 0800 to 1600 on 28

October 2020 and were not ready to be used to assist the D/B Thor prior to the breakaway.

## OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines

In my opinion, the M/V Crosby Endeavor could not have assisted the D/B THOR during the storm. Therefore, there was no reason for the tug to be secured out in the bayou to the barge. By mooring alongside the D/B THOR, the tug added extra environmental forces to the mooring lines of the barge facilitating if not causing the breakaway.

## OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge

n my opinion, the M/V Crosby Endeavor changed the trajectory of the D/B THOR once broken free from the dock. As the derrick barge moved up the bayou, the tug acted like a rudder providing significant counterclockwise yaw (to port) on the derrick barge. Without this yaw force acting on the barge, the derrick barge might not have collided with vessels in the bayou. The derrick barge might have been blown on a straighter course up the bayou without the turning effect of the M/V Crosby Endeavor.

## OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels

In my opinion, Martin did not follow the Martin Hurricane Policy regarding vessels moored at Dock 16 during hazardous weather. Of the eight additional hurricanes and tropical storms analyzed, there were numerous vessels tied to Martin Dock 16 during each and every storm. Martin invoiced vessels for Dockside Space Rental during each and every storm that invoices were provided, (four storm time periods).

## OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR

In my opinion, Martin confirmed Sunday, the 25th of October that D/B THOR was purchasing Dockside Space Rental at Martin Dock 16 for safe harbor and while there, D/B THOR would purchase fuel and water. According to Martin's Hurricane Policy, Martin should not have given permission for D/B Thor to tie to Martin Dock 16, much less sell the derrick barge safe harbor mooring. Martin's policies prohibited vessels at their dock during a hurricane. When Martin observed that the derrick barge had no assist vessels on the day of the 27th, Martin should have advised Shore of Port Fourchon ordinance 71. Shore was a transient visitor to Fourchon, without an office

or base there.  Shore relied on Martin, Crosby and Dawn to comply with the port regulations.

## OPINION 8 – Communications Were Ineffective

In my opinion, the D/B THOR depended on the licensed seamen of the M/V Crosby Endeavor for maritime tasks.  Most of these tasks (e.g., towing and running anchors) are routine and a minimum of discussion and coordination is sufficient.  Assisting the derrick barge to maintain its moorings in a hurricane was not routine.  It was the responsibility of the M/V Crosby Endeavor and required effective communication to be accomplished without detailed instructions on procedures from the barge non-mariners.

## SUMMARY OF OPINIONS

In summary, for the reasons above it is my opinion that the actions and omissions of Dawn, Crosby, and Martin are equally the root causes of this incident.

**B. The Parties**

**Shore Offshore Services, LLC   ("Shore"),** is one of the limitation petitioners.  Shore is the operator of the Derrick Barge THOR ("D/B THOR").[1]  Shore performs a variety of offshore services including platform decommissioning and installation.  **Modern American Railroad Services, LLC    ("MARS"),** is one of the limitation petitioners. MARS is the owner of the D/B THOR.

**Crosby Tugs LLC,   ("Crosby Tugs"),** is one of the limitation petitioners.  Crosby Tugs is the operator of the M/V Crosby Endeavor.[2]  The company is located in Galiano, LA. **Crosby Marine Transportation LLC,    ("Crosby Marine"),** is located in Golden Meadow, LA, and is the owner of the M/V Crosby Endeavor.[3]

**Martin Operating Partnership L.P.** is one of the defendants and the lessee of Martin Energy Services Dock No. 16, located at 118 N. Doucet Drive, Port Fourchon, Louisiana 70357, Suite 501.  **Martin Energy Services, LLC** is one of the defendants and the operator of the Martin Energy Service Dock No. 16 (collectively **"Martin"**). According to their website, operate 22 terminals at 16 ports across Florida, Alabama, Mississippi, Louisiana, and Texas Gulf Coast.[4]

**Dawn Services LLC,   ("Dawn"),** is one of the defendants.  Their website states that Dawn was founded in 1982 by the Charpentier's, a father-and-sons team with decades of maritime experience.[5]  Dawn's fleet of 15 towing vessels range from 2400 HP Class to 16,000 HP Class.[6]  Each vessel is equipped with state-of-the-art and redundant communications and navigation systems, including GPS. Each boasts marine propulsion systems with plenty of muscle for the task assigned. Seasoned mariners command Dawn vessels with years of experience in the industry and are crewed by hand-picked teams of marine professionals who are well-trained and highly motivated. Of the 11 services Dawn offers on their website, three of them are Rig Towing, Anchor Handling, and Ship Assists for docking and undocking operations.[7]

---

[1] Shore Offshore Website (1/2024): https://shoreoffshore.com/
[2] See *Figure 38 - Certificate of Inspection, Endeavor, Page 1*
[3] See *Figure 38 - Certificate of Inspection, Endeavor, Page 1*
[4] https://themartincompanies.com/martin-energy-services-llc/terminal-services/
[5] https://dawnoffshore.com/about-us
[6] https://dawnoffshore.com/vessels
[7] https://dawnoffshore.com/services

**B.  Methodology and Principals**

The opinions in my report and my testimony are based on my education, training, and hands-on experience.  My CV (Exhibit 1) details the extent of my education and my experiences that are applied to the review of maritime cases.

This report, issued as of today's date, is based on my assessment of the discovery provided to date as well as my inspections made in Louisiana and Alabama. As additional discovery is provided and I learn more about the facts of this case, I reserve the right to issue amendments to this report.

I utilized my U.S. Coast Guard maritime training and testing for the certification of my 100-ton, 500-ton, 1600-ton, 2nd officer unlimited, and master unlimited licenses over the past years to analyze maritime operations, the effect of weather, boat handling, and government regulations in this case.

I applied my 20-plus years of experience as a member of the U. S. Coast Guard Auxiliary as a foundation for the level of marine safety the U. S. Coast Guard and maritime operators expect of all members of the marine industry.

I utilized my ASSP[8] training as a Certified Safety Professional to analyze the relative risks taken and mitigations used, and mitigations neglected to understand the root causes of the accident.  I conducted a Root Cause Analysis and accident/event reconstruction which became the basis for my opinions.

Additionally, I have hands-on experience on Derrick Barges[9] in adverse weather conditions and am knowledgeable of the vessel's responses to various weather conditions.

Please note that any words used in this report that may have a legal definition are not used in a legal sense.  I write in the vernacular of a seaman, not of an attorney. My report does not offer any legal opinions.

---

[8] American Society of Safety Professionals
[9] D/B Micoperi 26, North Sea, 80-foot waves and Ingram DB-5 in Australia in 35-foot waves.

### C. Nautical Terminology (See also *Appendix 3 – GA of the D/B THOR*)



*Figure 1 - Nautical Terminology*



*Figure 2 - D/B THOR - Starboard Profile*



*Figure 3 - D/B THOR – Main Deck*



*Figure 4 - Vessels Move in Six Degrees of Freedom*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 14

**Material Facts**

## A. The Incident

### OVERVIEW OF THE INCIDENT

Hurricane Zeta ("Zeta") entered the Gulf of Mexico from the Caribbean in late October 2020 and made landfall at Cocodrie, LA on the 28th of October at 2100 UTC (1600 CDT).[10]  Forecasting the intensity and track of Zeta by the National Hurricane Center ("NHC") was more difficult than usual.  Zeta was forecasted to be a minimal Category 1 hurricane even up until the time it made landfall.[11]  Post-storm, Zeta was upgraded to a Category 3.  Sustained winds were clocked at over 150 mph.[12]

Shortly before the hurricane, Martin sold fuel and water to the Derrick Barge THOR ("D/B THOR) and rented the derrick barge and material barge "DOCKSIDE SPACE" at the Martin Dock 16 to provide the derrick barge safe harbor during Hurricane Zeta.[13]

The towing vessel M/V Crosby Endeavor towed the derrick barge into Port Fourchon. Two assist tugs joined once inside Belle Pass.  After the derrick barge was secured with nine nylon lines, one polypropylene line, and two steel anchor wire ropes,[14] the towing vessel returned to its base, the Crosby docks.  Twenty-four hours later, (0800 CDT on the 28th) the M/V Crosby Endeavor returned to the derrick barge and tied port side to port side with the derrick barge purportedly to assist the non-self-propelled derrick barge during Hurricane Zeta.

At 1600 several of the dock bits broke, all but one of the nylon mooring lines parted, one wire anchor line parted and one wire anchor line spooled off the winch, causing the derrick barge to break away from the dock.  The M/V Crosby Endeavor could not and did not assist the derrick barge to prevent the breakaway.  There is controversy as to whether the engines of the towing vessel were even running prior to the breakaway.

---

[10] *Appendix 1 – NHC Hurricane Zeta Report AL282020*
[11] Category 1 has winds from 74 to 95 mph – See *Appendix 2 – Saffir-Simpson Hurricane Wind Scale.*
[12] United States Coast Guard MISLE Incident Investigation Report For DB THOR Allision On 28 Oct 2020
[13] *Figure 56 - Martin Invoice for Dock Rental for D/B THOR and CBR-793*
[14] *Appendix 11 – Mooring Line – Dock Bollard Configuration*

## NARRATIVE OF THE INCIDENT

The D/B THOR, operated by Shore Offshore Services, LLC, is a 370-foot derrick barge capable of lifting 1,760 short tons.[15]  In late October 2020, D/B THOR was working for Fieldwood in the Ship Shoal Area, South Addition, Lease Block 259, about 53 nautical miles south-southwest of Fourchon.

D/B THOR was assisted by the M/V Crosby Endeavor, an anchor-handling tug ("AHT"). This tug provided towing services and ran anchors for the derrick barge while working in the Gulf of Mexico.  Mike Grace from Dawn Services brokered the tug to Cody Sims from Shore.[16]

*Monday, 19 October*
On 19 October 2022, unsettled weather began to form a tropical wave in the southwestern Caribbean Sea.

*Thursday, 22 October*
On 22 October, the precursor weather system to Hurricane Zeta was located about 100 nautical miles southwest of Jamaica.

*Saturday, 24 October*
On 24 October a tropical depression formed 60 nautical miles southwest of Grand Cayman Islands.[17]  The "best track" chart of the tropical cyclone's path is given in *Figure 16 - Best Track Positions for Hurricane Zeta, 24–29 October 2020.*

On 24 October at 1300 CDT, the NHC released a track forecast showing disagreement amongst the track models with the storm landing being forecasted anywhere from Mexico to Florida.  See *Figure 20 - NHC Official Forecast and Track Guidance through 96 h for 1800 UTC 24 October*

*Sunday, 25 October*
On 25 October at 0700 CDT, the NHC released another track forecast with the storm landing anywhere from far Eastern Louisiana to Western Florida.  See *Figure 21 - NHC Official Forecast and Track Guidance through 96 h for 1200 UTC 25 October.*

On the 25th of October Superintendent Douglas of the D/B THOR proposed Port Fourchon as a safe harbor.  After discussion, Shore Offshore management agreed with his choice.[18]  Shore Offshore management began making arrangements for dock space, fuel, and water with Martin Energy.  Martin Operating Partnership was the lessee and

---

[15] *Figure 32 - Selected Particulars of the D/B THOR*
[16] Deposition of Sims, pp. 28, 29
[17] For complete discussion of the genesis of Hurricane Zeta, see Section *SYNOPTIC HISTORY in Section C. Weather* of this report.
[18] Deposition of Douglas, p. 101

Martin Energy Services was the operator of the Port Fourchon Dock No. 16.[19]  A lease plat of the Martin dock space is shown in *Appendix 9 – Lease Plat of Martin's Dock 16.[20], [21]*

*Monday, 26 October*

On the 26th of October at 0300 CDT, at the direction of the derrick barge supervision, the M/V Crosby Endeavor began retrieving D/B/THOR's anchors.  At the direction of the derrick barge supervision, the M/V Crosby Endeavor took the derrick barge under tow destined for Port Fourchon at 0945 CDT.[22]  The towline was a 2 ½ inch steel tow line connected from the stern of the tug to a bridle on the bow of the derrick barge.[23]

On the 26th of October at 0700 CDT, the crewboat M/V Jessica Elizabeth came alongside and unloaded all explosives from the D/B THOR.  The M/V Jessica Elizabeth departed the derrick barge at 0745 CDT.[24]

On the morning of the 26th Gibilterra (Shore) contacted the Port Fourchon harbor police to arrange for safe passage of the D/B THOR during the nighttime hours through Belle Pass and up Bayou Lafourche to the Martin Dock 16 in Port Fourchon.[25]

The NHC posted hurricane watches and storm surge watches at 1600 CDT on 26 October ranging from Western Louisiana to Western Florida.  See *Figure 24 – Table of Storm and Surge Watches and* Warnings Issued.  The tug and barge were located about 25 nm southwest of Fourchon making 4.9 knots at that time.[26]

As the derrick barge, towed by the M/V Crosby Endeavor, entered Belle Pass two assist tugs, M/V La Elite and M/V La Madonna[27] positioned themselves on the derrick barge to push the barge around the bends of the bayou and maneuver the derrick barge into its mooring location.  D/B THOR arrived at Martin Dock 16 at 2300 CDT on 26 October[28] and was moored in a normal mooring configuration by 2359 CDT

---

[19] Deposition of King, p. 35
[20] Note that the lease consists of 3 blocks of land - GLF 501, the eastern portion, the GLF 501, the western portion, and the GLF 501A western portion.
[21] Note that *Appendix 9 – Lease Plat of Martin's Dock 16* shows that moored vessels are allowed a maximum of 200 feet into the bayou.  D/B THOR's beam was 137.8 feet, and the M/V Crosby Endeavor's beam was 40.1 ft.  They total 177,9 feet, which satisfied the ordinance.
[22] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[23] Deposition of Everrett, p. 380
[24] Deposition of Douglas, pp. 135, 136 and Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[25] Deposition of Gibilterra, p. 79
[26] AIS data garnered from Marine Tracker database in Playback mode.
[27] Note that these assist vessels have vertical bows, not flat bows with parallel push knees.  See *Section F.  M/V LA ELITESPECIFICATIONS OF THE M/V LA MADONNA.*
[28] Total time from Ship Shoal 259 to Martin Dock 16 was 13 hours 45 minutes, from 0945 to 2300.

assisted by the tugs M/V La Elite and M/V La Madonna.  Hurricane configuration moorings were secured the next day.[29]

*Tuesday, 27 October*

Hurricane warnings and storm surge warnings were posted at 0400 CDT on 27 October ranging from Western Louisiana to Western Florida.  See *Figure 24 – Table of Storm and Surge Watches and* Warnings Issued*.

At 0745 CDT on 27 October, the M/V Crosby Endeavor departed D/B THOR for the Crosby dock where it was resupplied and underwent engine repairs.[30]   Later, Superintendent Douglas was concerned about being without an assist tug and asked Sims if he knew when an assist tugboat was coming back.  Sims called Grace (Dawn). Grace contacted Crosby and phoned Sims back and told him "He (Crosby) said they are doing something at their dock and then they will be back. I don't remember how long he said, but they would be back before the storm."[31]   Sadly, neither Dawn nor Crosby advised that the M/V Crosby Endeavor was incapable of assisting the D/B THOR maintain its moored position during the storm.  See Opinions 1 and 2.

Preparation for hurricane-force winds and storm surge began at 0730 CDT on Tuesday, 27 October.  The crew of the D/B THOR began running extra nylon and polypropylene mooring lines (totaling ten) and doubling up (basketing) some of them.  *Appendix 17 – Photos of the D/B THOR Mooring Lines* contains photos of the mooring line configuration just prior to the hurricane.  Additionally, the crew ran the starboard stern anchor line (2-inch steel wire cable) to shore and secured it to Martin Dock 16 Bollard No. 1.  *Appendix 15 – Configuration of the Two Wire Anchor Lines* depicts how the two anchor lines were routed to shore.  The crew then ran the port bow breast anchor line (2-inch steel wire cable) to shore and secured it to Martin Dock 16 Bollard No. 9.  *Appendix 11 – Mooring Line – Dock Bollard Configuration* explains which dock bollards accommodated which nylon lines, polypropylene lines, and wire cables.

Hurricane mooring was completed by 1620 CDT.  The crew of the D/B THOR then secured all loose items on deck.[32]

On 27 October at 1400 CDT the Captain of the Port of New Orleans. US Coast Guard Sector New Orleans set Condition Yankee for Port Fourchon.[33]  "Condition Yankee is

---

[29] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[30] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[31] Deposition of Sims, pp. 97, 98
[32] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[33] Appendix 16 – Ordinance 71 and Port Conditions

the WARNING condition in which Sustained Tropical Storm Force Winds (39 MPH) are expected within 24 hours.[34]

On 27 October, D/B THOR's Chief Engineer Ronny Ware instructed Martin to begin loading water at 1400 CDT and fuel at 1400 CDT. At 1605 CDT fueling of 30,000 gallons ended.[35] At 1705 CDT the Martin representative told the Chief Engineer that they were closing and shutting down the water loading. He removed the hose from the barge saying that the remaining water could be loaded when they opened back up.[36], [37], [38]

No additional water was loaded or removed from the ballast tanks. The tanks were loaded to set the derrick barge at its "safe working ballast draft:[39]

*Wednesday, 28 October*

On Wednesday 28 October at 0200 CDT the US Coast Guard Captain of the Port, Houma set Condition Zulu for Port Fourchon.[40] "Condition Zulu is the DANGER condition in which Sustained Tropical Storm Force Winds (39 MPH) are expected within 12 hours. Until the storm has passed and is no longer a threat, the port is closed."[41] The condition called for all **facilities and vessels** to implement the measures of Condition Zulu. See *Figure 5 - Measures to Implement for Condition Zulu:*[42]

---

[34] US Coast Guard Heavy Weather, Hurricane, & Tsunami Plan, *Appendix 16 – Ordinance 71 and Port Conditions*
[35] Deposition of King, p.246
[36] Deposition of Douglas, p.292
[37] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[38] Deposition of Douglas, p.325
[39] Deposition of Douglas, pp.336, 337, Exhibit 18
[40] Appendix 16 – Ordinance 71 and Port Conditions
[41] US Coast Guard Heavy Weather, Hurricane, & Tsunami Plan, *Appendix 16 – Ordinance 71 and Port Conditions*
[42] Appendix 16 – Ordinance 71 and Port Conditions

- Secure missile hazards and clear nonessential equipment and loose gear.
- Secure/remove hazardous materials or cargoes to a safe location, especially drums.
- Oil transfer terminals not engaged in transfer operations should drain all loading arms and hoses of product, blank off hoses, and empty/clean small discharge containment.
- Mooring lines doubled up with due consideration given to the effects of predicted storm surge.
- If moored, outboard anchor rigged at a short stay.
- Ensure sufficient number of officers and crew onboard to tend mooring lines, and/or get underway.
- Vessel ballasted to ensure maximum safety.
- All side ports, hatches, portholes, and other openings are closed and secured.
- All firefighting equipment is ready for immediate use.
- A continuous radio watch maintained on Channel 16 and 67 VHF-FM.
- If at anchorage, at least two anchors set.
- If at anchorage, vessels should remain ready to get underway within 15 minutes.
- Spare mooring lines and/or wires should be readily available.

Cargo and fueling operations are suspended, including bunkering and lightering. Waivers may be granted unless Cargo of Particular Hazard of Certain Dangerous Cargo is involved.

You are strongly encouraged to review your existing hurricane plan or develop a plan if you do not have one. It is extremely important to decide in advance how to minimize your risk and be prepared to evacuate, if necessary.

*Figure 5 - Measures to Implement for Condition Zulu*

At 0600 CDT on 28 October, Port Fourchon issued a **mandatory evacuation** for Port Fourchon.[43]

On 28 October the M/V Crosby Endeavor returned to the D/B THOR at 0800 CDT securing the port side of the tug to the port side of the derrick barge with multiple mooring lines.[44]

Photos of the final configuration of the D/B THOR mooring lines to the Martin Dock 16 bollards as of 1038 CDT on 28 October 2020, can be seen in *Appendix 17 – Photos of the D/B THOR Mooring Lines.*[45] The arrangement of the two wire anchor lines running from their winches on the D/B THOR to Dock Bollards 1 and 9 on the Martin Dock 16 can be seen in *Appendix 15 – Configuration of the Two Wire Anchor Lines.* Dock Bollards 1 and 2 did not have horns prior to the breakaway.[46]

Tropical storm force winds began at 1200 CDT.[47] Wind strength and storm surge increased. At 1600 CDT Hurricane Zeta made landfall near Cocodrie, LA.[48] At 1600

---

[43] Deposition of King, p. 164
[44] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[45] Taken from Exhibit 16 of the Joe Douglas deposition.
[46] Deposition of Douglas, p. 421
[47] Appendix 1 – NHC Hurricane Zeta Report AL282020, page 14
[48] Appendix 1 – NHC Hurricane Zeta Report AL282020, page 4

CDT Zeta's Category 3 hurricane winds and associated storm surge broke and/or leaned over some of the bollards on the Martin Dock 16 and broke all but one of the nylon, polypropylene, and steel mooring lines of the D/B THOR.[49],[50]

Superintendent Douglas testified that the stern of the barge first moved away from the dock.[51]

```
3        Q.   When the D/B Thor started to come off of the
4   dock, do you remember how it came off of the dock?
5   Meaning, did it just come straight off the dock?  Did
6   it start spinning off the dock?
7        A.   It kind of started coming slightly from the
8   stern out a little more and then out, and then it
9   eventually turned all the way around.

4        A.   Well, I don't know if it was -- I don't know
5   what broke first.  I don't know if some ropes maybe got
6   point loaded when the bitts were being pulled over or
7   failing.  Maybe some ropes.  I don't -- I don't know
8   what broke.
```

Superintendent Douglas testified that after the barge rotated, only the 2-inch starboard steel bow anchor line was holding the derrick barge, which was now well into the bayou feeling the full force of all environmental forces on all sides with the M/V Crosby Endeavor still attached to its port side.

The starboard bow winch dog was set, but did not stay in place, causing the winch to rely only on the brake to prevent the cable from unspooling.[52]

```
12        Q.   Isn't it a fact that on October 28, 2020, the
13   D/B Thor did not have the dog set on the starboard bow
14   winch that was utilized and secured to the number 9
15   bitt at Martin's dock?
16        A.   The dog was set.
17        Q.   The dog was set --
18        A.   Yes.
19        Q.   -- and it still paid out?
20        A.   Yes.
21        Q.   How can you have a dog that is utilized -- is
22   to be utilized in certain weather conditions if the
23   brake starts slipping due to heavy wind and seas?
24        A.   Somehow or another, the dog had disengaged.
```

---

[49] Photos of the bits after the storm along with some old and new mooring lines can be found in Exhibit 12 of the deposition of Joe Douglas, D/B THOR and Mooring Bitts at Martin Energy Dock.
[50] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[51] Deposition of Douglas, pp.235, 236
[52] Deposition of Douglas, p.428

The hydraulic winch brake was not strong enough to hold the force of the derrick barge being pushed by the wind and storm surge. [53]

```
11              What ends up happening is you have the cable
12      spooled, and you have a brake system, and the brake
13      system was -- just wasn't strong enough to hold the
14      cable in place; and so even though the brakes were
15      engaged, the equipment just wasn't able to hold it and
16      it was just unspooling --
17          A.   Correct.
```

The force from the anchor cable began to overpower the brakes on the starboard bow breast anchor winch. The cable pulled through the winch brake and unspooled 2500 feet of cable from the hydraulic winch and then the cable broke.[54]

```
16          Q.   Okay.  So as the barge starts drifting, the
17      last mooring connection between the barge and the dock
18      was the starboard stern breast wire.  Is that -- is
19      that accurate?
20          A.   Starboard bow breast, correct.
21          Q.   And the barge got about 2500 feet upriver?
22          A.   Correct.
23          Q.   And then it failed?
24          A.   It broke.  Yes.
```

The D/B THOR with the M/V Crosby Endeavor attached broke free of Martin Dock 16. The winds and surge pushed the barge and the tug north up the bayou at a high rate of speed. PortVision and Marine Tracker both recorded the AIS speed of the M/V Crosby Endeavor as high as 9.4 knots while attached to the D/B THOR. The crew of the M/V Crosby Endeavor reported that they tried to control the barge once free from the dock but were unable to do so. Eventually, the mooring lines holding M/V Crosby Endeavor to D/B THOR broke, separating the tug from the derrick barge.[55]

## PEOPLE

The following crewmembers of the M/V Crosby Endeavor were assigned the following roles on 10/28/20:[56]

- Walter **Everett**, Captain
- Ernest **Plaisance**, Relief Captain
- Rene **Artigos**, QMED[57]

---

[53] Deposition of Douglas, p. 238
[54] Deposition of Douglas, p. 389
[55] Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17
[56] Deck Log, M/V Crosby Endeavor, 10/28/2020

- Harris **Solomon**, A/B
- Teddy **Collins**, A/B


The following people were <u>Crosby Office</u> staff during on 10/28/20:[58]

- Kurt **Crosby**, Owner and CEO of Crosby
- Wade **Savoy**, DPA & QHSE Director
- Ivy **Danos**, Ops Dir
- Buddy **Cantrell**, part of ops dpt.
- David **Dufresne** - Ops
- Jason **Eymard**, dispatcher under Danos


The following people were <u>Dawn</u> Personnel on 10/28/20:[59]

- John **Charpentier**, Owner
- Mike **Grace**, Contact for Crosby


The following people were <u>Martin</u> Personnel on 10/28/20:[60]

- Terry **King,** Senior Vice President and Chief Operating Officer of Martin Energy Services[61]
- Robby **Plaisance**, Area Manager
- Bruce **Stogner**, Dispatcher, Utility Person
- Martin **Cummins**, Dock Hand
- Donnie **Turnage**, Dock Hand
- Jerry **Smith**, Safety Manager


The following <u>were some of the people on the D/B THOR</u> on 10/28/20:[62]

- Joe **Douglas** (JD) – Superintendent of D/B THOR
- Son **Dang** – Welder Foreman

---

[57] Deposition of Artigos, p. 24
[58] Deposition of Wade Savoy
[59] Deposition of Wade Savoy
[60] Deposition of Wade Savoy
[61] Deposition of Terry King
[62] Daily Progress report of the D/B THOR, 10/28,2020

- Ronnie **Cruz** – Big Rig Operator
- Richard **Mancuso** – Electrician
- Ronald **Waren** – Chief Mechanic
- James **Bowen** – Chief Electrician
- Charles **Grantham** – Crane Operator
- Brian **Cloyd** – Surveyor
- Florentina **Marie** – Cook
- Patrick **Burnett** – Cook
- Lewis **Andrews** – Galley Hand
- Wallace **McCray** – Mechanic
- Nick **Jackson** – Mechanic
- Lessle **Williams** – Mechanic
- Randy **Rials** – Oiler
- Terry **Lyons** – Oiler
- Montrell **Smith** – Rigger
- Darren **Walker** – Rigger
- Reggin **Guidry** – Electrician
- Dustin **Lowe**, Clerk, Barge Administrator
- Montrell **Smith**, Rigger, Was going to help with the Storm Anchor
- Terry **Lyons**, Oiler
- Brian **Cloyd**, Surveyor (Contract)


The following people were pertinent <u>Shore Offshore office staff</u> on 10/28/20:[63]

- Tommy **Gibilterra**, Director of Operations
- Cody **Sims**, Project Manager
- Mike **Melancon**, HSE Director (Contract)

---

[63] Depositions of Joe Douglas and Cody Sims

*All Coast LLC v* Shore Offshore LLC,
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 24

## B. Location

### SHIP SHOAL AREA, SOUTH ADDITION

On Monday 26 October 2020, the D/B THOR was working on platform SS259JA located in the OCS Lease Block Ship Shoal South Addition 259, approximately 28° 22' 30" North latitude, 90° 46' 59.72" West longitude.  See *Figure 6 - MMS Designation of Ship Shoal South Addition Lease Blocks* and *Figure 7 - M/V Crosby Endeavor at SS 259 JA.*[64]



*Figure 6 - MMS Designation of Ship Shoal South Addition Lease Blocks*

---

[64] https://www.boem.gov/sites/default/files/oil-and-gas-energy-program/Mapping-and-Data/Gulf-PDFs/la5a.pdf

*Figure 7 - M/V Crosby Endeavor at SS 259 JA* shows the track of the M/V Crosby Endeavor on 25 October 2020 in the lease block Ship ShoL 295.  This information is provided by Marine Traffic.com.[65]  The latitude-longitude coordinates (28° 22' 30" North, 90° 46' 59.72" West) are displayed in the lower right-hand corner.  D/B THOR is not shown in this and the following figures as the barge does not broadcast any AIS information.



*Figure 7 - M/V Crosby Endeavor at SS 259 JA*

---

[65] https://www.marinetraffic.com/en/ais/home/centerx:-90.099/centery:29.130/zoom:13

*All Coast LLC v Shore Offshore LLC,*                                    Expert Report of Capt. Gregory C. Daley
et al and all coupled Civil actions          31 July 2024                                    Page 26

Lease Block Ship Shoal 259 is approximately 53 nautical miles south-southwest of Port Fourchon (~215° True). *See Figure 8 - Google Earth Pro Measurement of SS259 to Port Fourchon.*[66]



*Figure 8 - Google Earth Pro Measurement of SS259 to Port Fourchon*

---

[66] Chart and information provided by the app Google Earth Pro.

At 0945 CDT on Monday 26th, the M/V Crosby Endeavor began to tow the D/B THOR to Belle Pass, the entrance to Port Fourchon.[67]



*Figure 9 - M/V Crosby Endeavor Begins Tow at 2210 on 26 October*

---

[67] Chart and information provided by Marine Traffic.com

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 28

M/V Crosby Endeavor towed the D/B THOR at approximately 5 knots.[68]



*Figure 10 - M/V Crosby Endeavor Towing D/B Thor at 5 knots*

---

[68] Chart and information provided by Marine Traffic.com

**ENTERING BELLE PASS**

Before entering Belle Pass at 2210 CDT on Monday, the 26th, the tow is met by two assist tugs. The M/V LA Madonna and M/V LA Elite[69] are utilized to assist the barge up Bayou Lafourche to the Martin Dock 16. See *Figure 11 - The Tow Entering Belle Pass.*[70]



*Figure 11 - The Tow Entering Belle Pass*

---

[69] M/V LA Madonna and M/V LA Elite were provided by International Marine LLC through Dawn
[70] Chart and information provided by Marine Traffic.com

*Figure 12 - Towing Around a Corner in Bayou Lafourche*[71] shows the two assist tugs pushing the D/B THOR around the bend in the bayou. The M/V LA Madonna is on the starboard bow and the M/V LA Elite is on the port stern. The M/V Crosby Endeavor is on the towline in front of the barge. The D/B THOR is not shown as it does not broadcast AIS information.



*Figure 12 - Towing Around a Corner in Bayou Lafourche*

---

[71] Chart and information provided by Marine Traffic.com

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 31

## MARTIN DOCK 16

*Figure 13 - Martin Dock 16 (Port Fourchon Lease 501 A & B)*[72] shows the location of the Martin Dock 16 in Port Fourchon.  The Master Map of Facilities lists this lease as "Martin Operating Partnership Fuel Dock #16."  It is just south of the dry dock area, lease 502 (Bollinger Fourchon, LLC) and just north of the Halliburton Facilities, lease 500.



*Figure 13 - Martin Dock 16 (Port Fourchon Lease 501 A & B)*

---

[72] From Port Fourchon, Louisiana Master Map of Facilities, updated 8/13/2020, Greater Lafourche Port Commission.

Martin has leased additional space to the south. See *Appendix 9 – Lease Plat of Martin's Dock 16.* Also see Figure 14 - Martin Dock 16 Bounded by Red Lines.



*Figure 14 - Martin Dock 16 Bounded by Red Lines.*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions                31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 33

*Figure 15 - D/B Thor Moored to the Martin Dock 16.*[73] shows the location of the D/B THOR moored to the Martin Dock 16 at the time Hurricane Zeta passed. The barge and the tug are drawn into the chart to scale.



*Figure 15 - D/B Thor Moored to the Martin Dock 16*

---

[73] Chart provided by Marine Traffic.com. The barge and tug are drawn to scale.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 34

## C. Weather

Unless indicated otherwise, the WEATHER section of this report consists of summaries and snippets of the analysis performed by the National Hurricane Center[74] entitled "Hurricane Zeta (AL282020)."[75]   ALL DATES AND TIMES GIVEN IN UTC (Coordinated Universal Time).  SUBTRACT 5 HOURS TO CALCULATE CDT (Central Daylight Savings Time).

### OVERVIEW

Zeta was a late-season hurricane that made landfall on the Yucatan Peninsula as a Category 1 hurricane (on the Saffir-Simpson Hurricane Wind Scale).  After weakening to a tropical storm, Zeta rapidly intensified into a category 3 hurricane just before landfall in southeastern Louisiana.  Zeta's fast forward motion brought strong winds well inland into areas of the southeastern United States.  The hurricane caused 5 direct fatalities and about $4.4 billion in damage in the United States.

### SYNOPTIC HISTORY

The genesis of Zeta was complex. A large area of unsettled weather developed over the southwestern Caribbean Sea by 19 October due to the combination of a tropical wave and a midlevel trough. On the next day, low-level southwesterly flow was observed north of Panama, and deep convection increased north of that country, causing the formation of a weak surface trough. By this time the original tropical wave had moved near the Yucatan Peninsula with an accompanying broad area of low pressure noted on satellite imagery. Although high vertical wind shear prevented additional development of the Yucatan disturbance, southerly flow from that system caused the precursor trough of the tropical cyclone over the southwestern Caribbean Sea to drift northward, and by 22 October Zeta's precursor system was located about 100 n mi southwest of Jamaica.

---

[74] The National Hurricane Center (NHC) is the division of the United States' NOAA/National Weather Service responsible for tracking and predicting tropical weather systems between the Prime Meridian and the 140th meridian west poleward to the 30th parallel north in the northeast Pacific Ocean and the 31st parallel north in the northern Atlantic Ocean. The agency, which is co-located with the Miami branch of the National Weather Service, is situated on the campus of Florida International University in University Park, Miami, Florida.

[75] Hurricane Zeta (AL282020), National Hurricane Center, 10 May 2021, p.1.  See the entire bulletin in *Appendix 1 – NHC Hurricane Zeta Report AL282020.*

After deep convection increased overnight, satellite data indicate that a well-defined low formed by 1200 UTC on 24 October, marking the genesis of a tropical depression about 60 n mi southwest of Grand Cayman.  The "best track" chart of the tropical cyclone's path is given in *Figure 16 - Best Track Positions for Hurricane Zeta, 24–29 October 2020*.[76]

**ALL DATES AND TIMES ARE GIVEN IN UTC.  SUBTRACT 5 HOURS FOR CDT.**



*Figure 16 - Best Track Positions for Hurricane Zeta, 24–29 October 2020*

---

[76] A digital record of the complete best track, including wind radii, can be found online at ftp://ftp.nhc.noaa.gov/atcf.  Data for the current year's storms are located in the "btk" directory, while previous years' data are located in the archive directory.

*Figure 17 - Maximum Sustained Surface Wind Speed Curve for Hurricane Zeta* shows selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Zeta, 24-29 October 2020.   Aircraft observations have been adjusted for elevation using 90%, 80%, 75%, and 80% adjustment factors for observations from 700 mb, 850 mb, 925 mb, and 1500 ft, respectively.   Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.

**ALL DATES AND TIMES ARE GIVEN IN UTC.   SUBTRACT 5 HOURS FOR CDT.**



*Figure 17 - Maximum Sustained Surface Wind Speed Curve for Hurricane Zeta*

The depression initially drifted west southwestward as high pressure built over the Gulf of Mexico, and the depression gradually strengthened to a tropical storm 12 h after genesis as intense central convection developed.   Zeta moved slowly and erratically to the west or west-northwest on 25 October while steadily strengthening in a low-shear and very warm water environment.   Aircraft reconnaissance found that Zeta became a hurricane early on 26 October about 200 n mi southeast of Cozumel, Mexico.   The hurricane moved much faster toward the west-northwest beginning on

that day as deep-layer high pressure strengthened to the north, and Zeta made landfall near Ciudad Chemuyil, Mexico around 0355 UTC on 27 October with an estimated intensity of 75 kt. Zeta weakened over the Yucatan Peninsula and then emerged over the southern Gulf of Mexico as a 55-kt tropical storm later that morning.

The synoptic pattern was changing rapidly ahead of Zeta as a deep-layer cutoff low over the southwestern United States moved eastward. This low caused the ridge over the Gulf of Mexico to erode from the west, and the tropical cyclone moved northwestward on 27 October across the southern Gulf of Mexico. Zeta maintained its strength that day while it recovered from land interaction, but began to re-intensify the next day in a conducive environment of low shear and warm SSTs[77]—an uncommon combination for so late in the year in the southern Gulf of Mexico.

Zeta became a hurricane again early on 28 October while it turned northward and moved faster over the south-central Gulf of Mexico. The cutoff low reached west Texas that day, and the fast flow between the low and the retreating ridge located near Florida caused Zeta to accelerate north northeastward. This pattern also likely provided a favorable divergent upper-level environment for strengthening, and Zeta rapidly intensified while it moved quickly (with a forward speed of 20–25 kt) toward the Louisiana coast. Radar and reconnaissance data indicate that Zeta made landfall near Cocodrie, Louisiana at around 2100 UTC on 28 October (1600 CDT 28 October).

## STORM SURGE

Several terms are used to describe water levels due to a storm. **Storm surge** is defined as the abnormal rise of water generated by a storm, over and above the predicted astronomical tide, and is expressed in terms of height above normal tide levels. Because storm surge represents the deviation from normal water levels, it is not referenced to a vertical datum. **Storm tide** is defined as the water level due to the combination of storm surge and the astronomical tide, and is expressed in terms of height above a vertical datum, i.e. the North American Vertical Datum of 1988 (NAVD88). **Inundation** is the total water level that occurs on normally dry ground as a result of the storm tide and is expressed in terms of height above ground level. At the coast, normally dry land is roughly defined as areas higher than the normal high tide line, or Mean Higher High Water (MHHW)

Zeta produced storm surge inundation of 6 to 10 ft AGL (Above Ground Level) in the unprotected wetland areas of Plaquemines Parish, Louisiana, to the west of the West Bank Mississippi River Levee. The highest observation in the area was 7.0 ft MHHW at

---

[77] SST is a meteorological acronym for Sea Surface Temperature

a USGS gauge in Barataria Bay to the north of Grand Isle. However, the storm surge hindcast indicates that higher water levels likely occurred to the east of that location, with Zeta's winds piling water up against the west side of the levee.

## RAINFALL AND FLOODING

In the United States, a general area of 4–6 inches of rain were observed from near Zeta's landfall location in southeastern Louisiana through southeastern Mississippi and western Alabama, with peak totals up to about 8 inches (Fig. 8).



*Figure 18 - Rainfall accumulations (inches) from Hurricane Zeta*

## TORNADOES

There was only one tornado reported while Zeta was a tropical cyclone, in Noxubee County, Mississippi. It was rated EF1 (on the Enhanced Fujita Scale) with a path length of 5 miles.

## LOUISIANA CASUALTY AND DAMAGE

Hurricane-force winds caused widespread damage across southeastern Louisiana near and east of the track of Zeta's center. Significant wind damage was noted in many parishes south of Lake Pontchartrain, including Orleans, Jefferson, St. Bernard, Plaquemines, Terrebonne, and Lafourche Parishes. Hundreds of homes in those parishes suffered significant wind damage, with numerous reports of lost or severely damaged roofs, and about 100 homes were destroyed. Local officials estimated that thousands of additional homes had minor damage. Numerous trucks, trailers, and boats were flipped over by strong winds along Louisiana Highway 46 (where they were parked to avoid the storm surge).

Trees, along with hundreds of power lines and power poles, were also downed or snapped from Zeta and over 500 tree emergencies (trees down on a road or a building) were reported. Storm surge breached the levee in Grand Isle in a few places and flooded Louisiana Highway 1, cutting off access from Port Fourchon to Grand Isle. Several homes and businesses in Leeville and Golden Meadow were flooded, and storm surge overtopped a local levee in the Myrtle Grove area. The surge also flooded other coastal roads, including Louisiana Highway 56, and the bottom levels of the Lumcon building in Terrebonne were flooded.

## FORECAST AND WARNING CRITIQUE

Zeta's formation was not well forecast.

The disturbance was first given a low chance of 2-day formation 48 h before it became a tropical depression, a medium chance 24 h, and a high chance 18 h before formation.

## CRITIQUE OF TRACK FORECAST

Zeta's overall track was harder to forecast than that of a typical Atlantic tropical cyclone (possibly due to the unusual track for late October).

See *Figure 19 - Homogeneous Track Forecast Error Comparison of NHC Official Forecasts (Black) with Selected Guidance Models (in nm) for Hurricane Zeta, 24-29 October 2020.*



*Figure 19 - Homogeneous Track Forecast Error Comparison of NHC Official Forecasts (Black) with Selected Guidance Models (in nm) for Hurricane Zeta, 24-29 October 2020.*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 41

On the whole, none of the models had lower errors than the NHC official forecasts. A large portion of the guidance had a notable northeastward bias, (*Figure 20 - NHC Official Forecast and Track Guidance through 96 h for 1800 UTC 24 October*). The white line is the actual path of Hurricane Zeta. The colored lines are the various model forecast paths.



*Figure 20 - NHC Official Forecast and Track Guidance through 96 h for 1800 UTC 24 October*

*Personal Observation: It was not possible to use NHC data to choose a safe haven on 24 October. Landfall at that time was predicted to be anywhere between Galveston and Pensacola.*

Across the Gulf Coast, the models largely had an eastward bias at first, but about 24 h after genesis the biases were much smaller (though still to the east), and the track guidance also came into better agreement (*Figure 21 - NHC Official Forecast and Track Guidance through 96 h for 1200 UTC 25 October*). The white line is the actual path of Hurricane Zeta. The colored lines are the various model forecast paths.



*Figure 21 - NHC Official Forecast and Track Guidance through 96 h for 1200 UTC 25 October*

*Figure 22 - (a) All NHC official track forecasts made for Zeta through Louisiana landfall, (b) as in (a) but for HCCA model track forecasts, (c) as in (a) but for GFS model track forecasts, (d) as in (a) but for UKMET model track forecasts,* shows a comparison of all of the model/forecast runs before Louisiana landfall from the NHC official forecast (OFCL), HFIP Corrected Consensus aid (HCCA), the GFS model and the U.K. Met global model (EGRI). The NHC track forecasts were very accurate and consistently showed a track close to the eventual Louisiana landfall location.



*Figure 22 - (a) All NHC official track forecasts made for Zeta through Louisiana landfall, (b) as in (a) but for HCCA model track forecasts, (c) as in (a) but for GFS model track forecasts, (d) as in (a) but for UKMET model track forecasts,*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*      31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 44

## CRITIQUE OF INTENSITY FORECAST

Official forecast intensity errors were higher or much higher than the mean official errors for the previous 5-year period at all forecast times except 60 h. This pattern matches the OCD5 errors that were generally higher than their respective 5-yr means, suggesting that Zeta's intensity was more difficult to forecast than for a typical Atlantic tropical cyclone, likely due to land interaction and the rapid intensification (RI) episode in the Gulf of Mexico.

A homogeneous comparison of the official intensity errors with selected guidance models is given in Figure 13. NHC's official intensity forecasts were generally not as good as some of the guidance in the short term but beat most of the guidance at 48 hours and beyond.



*Figure 23 - Homogeneous intensity forecast error comparison of NHC official forecasts (black) with selected guidance models (in kt) for Hurricane Zeta, 24–29 October 2020.*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 45

## CRITIQUE OF ISSUANCE OF WATCHES AND WARNINGS

Gulf Coast wind and storm surge watches and warnings associated with Zeta are given in the table below:  (SUBTRACT 5 HOURS FOR CDT.)

| Date/Time (UTC) | Action | Location |
|---|---|---|
| 26 / 2100 | Tropical Storm Watch issued | Intracoastal City to Morgan City |
| 26 / 2100 | Hurricane Watch issued | Morgan City to AL/MS Border |
| 26 / 2100 | Tropical Storm Watch issued | AL/MS Border to Okaloosa/Walton |
| 26 / 2100 | Storm Surge Watch issued | Intracoastal City LA to Navarre FL |
| 27 / 0900 | Tropical Storm Watch changed to Tropical Storm Warning | AL/MS Border to Okaloosa/Walton CL |
| 27 / 0900 | Hurricane Watch changed to Hurricane Warning | Morgan City to AL/MS Border |
| 27 / 0900 | Tropical Storm Watch changed to Tropical Storm Warning | AL/MS Border to Okaloosa/Walton |
| 27 / 0900 | Storm Warning issued | Intracoastal City LA to Navarre FL |

*Figure 24 – Table of Storm and Surge Watches and Warnings Issued*

For the United States, a Hurricane Watch was issued about 45 hours before the sustained tropical-storm-force winds reached the coast, and a Hurricane Warning was issued about 33 hours before the sustained tropical-storm-force winds reached land. These values are close to the NHC target lead times of 48 hours for watches and 36 hours for warnings.  The issuance of both Watches and Warnings was three hours later than their target times.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 46



*Figure 25 - NHC Issued Tropical Storm and Hurricane Watches at 1600 CDT on 10/26/2020.*



*Figure 26 - NHC Issued Tropical Storm and Hurricane Warnings at 0400 CDT on 10/27/2020.*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 47

A Storm Surge Watch was first issued for the northern Gulf coast from Intracoastal City, Louisiana, to Navarre, Florida, including Lake Pontchartrain, Lake Borgne, Vermilion Bay, Mobile Bay, and Pensacola Bay at 2100 UTC on 26 October. The entire watch area was upgraded to a Storm Surge Warning at 0900 UTC on 27 October. The watch and warning were issued approximately 45 h and 33 h, respectively, before the onset of sustained tropical-storm-force winds around 1800 UTC on 28 October on the Louisiana coast.



*Figure 27 - NHC Issued a Storm Surge Watch at 1600 CDT on 10/26/2020.*



*Figure 28 - NHC Issued a Storm Surge Warning at 0400 CDT on 10/27/2020.*

*Personal Observation: D/B THOR went under tow at 0945 on the 26th, arrived at 2300 on the 26th, and finished securing at 1620 on the 27th. NHC issued Hurricane and Storm*

*Surge Watch at 1500 on the 26th and Hurricane and Storm Surge Warning at 0300 on the 27th.*

*Personal Observation: A Tropical Storm Watch extended from* Intracoastal City to Morgan City.

### WEATHER OPS FORECASTS

Shore subscribes to weather forecasts from Weather Ops. Shore used these to decide if and when to stop work and seek safe harbor. Shore produced several of the Weather Ops Forecasts made prior to and during Hurricane Zeta, including:

- Active Storm Advisories 10/23 through 10/29 for Invest 29L (Zeta)
- Atlantic Tropical Planner, by day for the month of October 2020
- Gulf of Mexico Tropical Planner, by day for the month of October 2020
- Atlantic Tropical Planner, by day for the month of October 2020
- Ship Shoal 259 Marine Daily Planner, by day for the Month of October 2020

### WEATHER OPS SPAGHETTI MODELS

The NHC explains the source and methodology of the over 25 spaghetti models available for forecasting the path of tropical disturbances such as hurricanes.[78] These various models are important because the official forecast predicted by the NHC may not be the actual track, but one of the spaghetti models might predict the accurate path.

Numerous objective forecast aids (guidance models) are available to help the NHC Hurricane Specialists in the preparation of their official track and intensity forecasts. NHC provides detailed information on the verification of its past forecasts with a yearly verification report (https://www.nhc.noaa.gov/verification/verify3.shtml )[79].

---

[78] https://www.nhc.noaa.gov/modelsummary.shtml
[79] https://www.nhc.noaa.gov/modelsummary.shtml

For example, using the Weather Ops Atlantic Planner for 10/23/20[80] the official forecast for Zeta is northerly through the East side of Florida, far from Port Fourchon, Louisiana.  See *Figure 29 - 10/23/2020 NHC Track Forecast for Hurricane Zeta (Invest 95L)*.



*Figure 29 - 10/23/2020 NHC Track Forecast for Hurricane Zeta (Invest 95L)*

---

[80] Bates THOR 000442

However, the spaghetti models show how uncertain that forecast is. See *Figure 30 - 10/23/20 Spaghetti Models for Hurricane Zeta (Invest 95L)*.



*Figure 30 - 10/23/20 Spaghetti Models for Hurricane Zeta (Invest 95L)*

As a result of the spaghetti models, Weather Ops warns that:[81]

> Over the next few days, some gradual organization will be possible as the low slowly tracks north across Cuba and the Florida Strait. Invest 95L may briefly become a tropical storm before impacting the Florida Peninsula; however, there is high uncertainty in both the intensity and track due to wide model spread. Interests from the western Caribbean to the far eastern Gulf of Mexico and Bahamas should closely monitor the progress of Invest 95L.

The relevance of Spaghetti models is very important in forecasting the track of tropical disturbances.

---

[81] THOR Bates No. 000446

## D.  D/B THOR

### SPECIFICATIONS OF THE D/B THOR



*Figure 31 - Photo of D/B THOR Performing a Heavy Lift*

According to the Shore Offshore Services Specification Sheet, the D/B THOR is 370.7 feet long, 137.8 feet wide, and 26.25 feet deep.[82], [83]  She has an operating draft of 12.14 feet, which gives an operating freeboard of 14.11 feet.  Her minimum operating draft is 11 feet which gives a maximum operating freeboard of 15.25 feet.  Her gross tonnage is 12,667.  She was built in 1997 and is a Panamanian Flag vessel.  She has accommodation for 114 people.

---

[82] *Figure 32 - Selected Particulars of the D/B THOR,*
[83] For further details, see ***Error! Reference source not found.***

# Heavy Lift Construction Support Vessel

## Particulars

| | |
|---|---|
| Length (Overall) | 370.70 ft (113 m) |
| Breadth Molded | 137.80 ft (42 m) |
| Depth Main Deck | 26.25 ft (8.00 m) |
| Operating Draft | 12.14 ft (3.70 m) |
| Min Operating Draft | 11 ft (3.35 m) |
| Gross Tonnage | 12,667 |
| Net Tonnage | 3,770 |
| Registry (Flag) | Panama |
| Year Built | 1997 |
| Accommodations | 114 POB |

**Derrick Crane**
- Make — AmClyde M-66-DE
- Main Hook Height — 252.50 ft (77 m)
- Auxiliary Hook Height — 278.80 ft (85 m)
- Full Revolving Lift Capacity — 1,760 ST @ 98.30 ft (1,600 mt @ 30 m)
- Auxiliary Lift Capacity — 20 ST @ 272 ft (18 mt @ 83 m)

**Deck Crane**
- Type — Crawler
- Capacity — 88 ST (80 mt)
- Radius — 65.60 ft (20 m)

**Utility Crane**
- Make — Manitowoc
- Model — 4000
- Type — Crawler
- Capacity — 100 ST (91 mt)
- Boom Length — 130 ft (39.63 m)

**Machinery**
- Main Generators — (2) Daihatsu 6DL, 24,800 KW, 450V, 60HZ
- Emergency Generators — (1)  Daihatsu 45sg, 200KW, 450V, 60 Hz
- Water Makers — 11,000 gallons (41.64 m3)/day

**Mooring Equipment**
- Winches — (8) Uchida Marine Hydraulics, Single Drum; 80 Ton brake holding
- Wire Size — 2 in. Diameter
- Wire Length — 5,000 ft
- Anchors — 8 Delta Flipper, 16,000 lbs ea

*Figure 32 - Selected Particulars of the D/B THOR*

The D/B THOR is not self-propelled.  She relies on tugboats for movement and docking.  Offshore she can make some change in position with anchors, once the tugs have set her eight Delta Flipper anchors, which are 16,000 pounds each.  The anchors are controlled from the barge using eight Uchida Marine Hydraulics, Single Drum, 80 Ton Brake Holding winches.  The anchors are attached to 5,000 feet of 2-inch diameter steel anchor cable.

The derrick crane is an AmClyde M-66-DE crane having a full revolving lift capacity of 1,760 short tons at 98.3 feet.  There are two smaller Manitowoc deck cranes able to lift 100 short tons each.

### LINE DRAWINGS

*Figure 33 - Plan View of the Main Deck* show a plan view of the Main Deck of the barge. *Figure 34 - Profile View of the Starboard Side* shows a profile view of the starboard side of the barge.  *Appendix 3 – GA of the D/B THOR* provides more details of these views.



*Figure 33 - Plan View of the Main Deck*



*Figure 34 - Profile View of the Starboard Side*

## US COAST GUARD PSIX DATA

*Figure 35 - USCG PSIX Data for the D/B THOR* states that the barge has a length of 355.9 feet, a breadth of 137.8 feet and a depth of 26.2 feet.  The barge was built in 1997 and is flagged Panamanian.  It is certified for Service as an Industrial Vessel.[84] Industrial Vessels are regulated by *46 CFR Subchapter I - SUBCHAPTER I—CARGO AND MISCELLANEOUS VESSELS.*

---

[84] § 90.10-16 Industrial vessel. - This term means every vessel which by reason of its special outfit, purpose, design, or function engages in certain industrial ventures. Included in this classification are such vessels as drill rigs, missile range ships, dredges, cable layers, derrick barges, pipe lay barges, construction and wrecking barges. Excluded from this classification are vessels carrying freight for hire or engaged in oceanography, limnology, or the fishing industry.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 56



*Figure 35 - USCG PSIX Data for the D/B THOR*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions       31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 57

## E.  M/V CROSBY ENDEAVOR

### SPECIFICATIONS OF THE M/V CROSBY ENDEAVOR

According to the Crosby Endeavor Specification Sheet[85], she was built in 1976 by Halter Marine in New Orleans, LA (hull number 538).   She has a length of 136 feet, a beam of 40 feet, and a depth of 16 feet.  She is ABS typed: A1, Towing Service[86] AMS.

She is powered by two EMD Engines 20-645E7.  Total horsepower is listed as 15,000 horsepower.

She has a light draft of 13.8 feet with a load line displacement of 1,850 long tons.[87] With a line pull of 280.000 pounds (140 tons) and a bollard pull of 102 short tons, one would expect a push capability of something similar.

She had 2 VHF radios (short distance), one Single Sideband radio (long distance), 2 RADAR's, an Auto Pilot, Loran, a gyro compass, and a wind speed indicator.

She had a range of 11,720 nautical miles at 12 knots.  As the earth's circumference is 21,465 nautical miles, her range is over halfway around the world.

---

[85] *Figure 36 – Specifications of the M/V Crosby Endeavor*Figure 36 – Specifications of the M/V Crosby Endeavor
[86] The vessel is an AHT, Anchor Handling Tug
[87] *Appendix 6 – Specifications of the M/V Crosby Endeavor*



*Figure 36 – Specifications of the M/V Crosby Endeavor*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 59

## LINE DRAWINGS

*Figure 37 - Bates Crosby 002494* and *Appendix 5 – GA of the M/V Crosby* Endeavor show a plan view of the vessel.  A profile view has not been provided as of yet.



*Figure 37 - Bates Crosby 002494*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 60

## CERTIFICATE OF INSPECTION

According to the U. S. Coast Guard Certificate of Inspection dated 27 May 2020 for the M/V Crosby Endeavor, the vessel was built in New Orleans, LA, and delivered for service on 01 March 1976.[88, 89]  She is 191 gross registered tons and has a length of 136 feet.  She is of Steel construction.  The COI specifies she is powered by diesel reduction engines totaling 15,000 horsepower.

The vessel is owned by Crosby Marine Transportation, LLC located in Golden Meadows, LA, and is operated by Crosby Tugs, LLC located in Galiano, LA.

The vessel has minimum manning requirements of one master, one licensed mate, and two deckhands with provisions for reduced manning on shorter trips.  The vessel is not allowed to carry passengers.  The vessel may carry no more than 12 crew members.

---

[88] Figure 38 - Certificate of Inspection, Endeavor, Page 1
[89] Figure 39 - Certificate of Inspection, Endeavor, Page 2



| | | Certification Date: | 27 May 2020 |
| | | Expiration Date: | 27 May 2025 |

**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

## Certificate of Inspection

For ships on international voyages this certificate fulfils the requirements of SOLAS 74 as amended, regulation V/14, for a SAFE MANNING DOCUMENT

| Vessel Name | Official Number | IMO Number | Call Sign | Service |
|---|---|---|---|---|
| CROSBY ENDEAVOR | 571494 | 7501118 | WDD4445 | Towing Vessel |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| NEW ORLEANS, LA | Steel | 15000 | Diesel Reduction |
| UNITED STATES | | | |

| Place Built | Delivery Date | Keel Laid Date | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| NEW ORLEANS, LA | 01Mar1976 | | R-191 | R-132 | | R-136.0 |
| UNITED STATES | | | I-809 | I-242 | | I-0 |

| Owner | Operator |
|---|---|
| CROSBY MARINE TRANSPORTATION LLC | CROSBY TUGS LLC |
| 17771 HWY 3235 (GALLIANO)PO BOX 279 | 17771 HWY #3235 |
| GOLDEN MEADOW, LA 70357 | Galliano, LA 70354 |
| UNITED STATES | UNITED STATES |

This vessel must be manned with the following licensed and unlicensed Personnel. Included in which there must be 0 Certified Lifeboatmen, 0 Certified Tankermen, 0 HSC Type Rating, and 0 GMDSS Operators.

| | | | |
|---|---|---|---|
| 1 Masters | 1 Licensed Mates | 0 Chief Engineers | 0 Oilers |
| 0 Chief Mates | 0 First Class Pilots | 0 First Assistant Engineers | |
| 0 Second Mates | 0 Radio Officers | 0 Second Assistant Engineers | |
| 0 Third Mates | 0 Able Seamen | 0 Third Assistant Engineers | |
| 0 Master First Class Pilot | 0 Ordinary Seamen | 0 Licensed Engineers | |
| 0 Mate First Class Pilots | 2 Deckhands | 0 Qualified Member Engineer | |

In addition, this vessel may carry 0 Passengers, 0 Other Persons in crew, 8 Persons in addition to crew, and no Others. Total Persons allowed: 12

Route Permitted And Conditions Of Operation:

**---Oceans---**

WHEN ON A VOYAGE OF LESS THAN SIX HUNDRED (600) MILES, VESSEL MAY OPERATE WITH:

        ONE (01) MASTER        ONE (01) LICENSED MATE
        ONE (01) ABLE SEAMAN        ONE (01) ORDINARY SEAMAN

WHEN VESSEL IS AWAY FROM A DOCK FOR NOT MORE THAN TWELVE (12) HOURS IN ANY TWENTY-FOUR (24) HOUR PERIOD, THE CREW MAY BE REDUCED TO:

        ONE (1) MASTER        TWO (2) ABLE SEAMAN

**\*\*\*SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION\*\*\***

With this Inspection for Certification having been completed at Houma, LA, UNITED STATES, the Officer in Charge, Marine Inspection, Houma, Louisiana certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Re-Inspection | | | | This certificate issued by: |
|---|---|---|---|---|
| Date | Zone | A/P/R | Signature | M. M. SPOLARICH, LCDR USCG, By Direction |
| | | | | Officer in Charge, Marine Inspection |
| | | | | Houma, Louisiana |
| | | | | Inspection Zone |

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v2)

OMB No. 2115-0517

CROSBY 002490

*Figure 38 - Certificate of Inspection, Endeavor, Page 1*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 62



| | | Certification Date: | 27 May 2020 |
| | | Expiration Date: | 27 May 2025 |

**United States of America**
**Department of Homeland Security**
**United States Coast Guard**

# Certificate of Inspection

Vessel Name: CROSBY ENDEAVOR

THIS VESSEL OPERATES UNDER A SAFETY MANAGEMENT SYSTEM IN LIEU OF TSMS IN ACCORDANCE WITH 46 CFR 138.225. THIS COI IS ONLY VALID WHEN ACCOMPANIED BY A VALID DOCUMENT OF COMPLIANCE CERTIFICATE. THE CERTIFICATE NUMBER ASSOCIATED WITH THIS VESSEL IS 328759-3059876-001.

THIS CERTIFICATE OF INSPECTION (COI) IS ISSUED IN CONSIDERATION OF THE PROVISIONS CONTAINED IN 46 CFR PART 138, ON THE BASIS OF OBJECTIVE EVIDENCE PROVIDED BY ABS, AN APPROVED THIRD PARTY ORGANIZATION, AND THE VESSEL POSSESSES BOTH A VALID DOCUMENT OF COMPLIANCE AND SAFETY MANAGEMENT CERTIFICATE FOR THE EXISTING SAFETY MANAGEMENT SYSTEM USED ON THE VESSEL.

THIS VESSEL IS SURVEYED UNDER THE EXTERNAL SURVEY PROGRAM IN ACCORDANCE WITH 46 CFR 137.305.

IMMERSION SUITS ARE NOT REQUIRED WHEN VESSEL IS ONLY OPERATING BETWEEN 32 DEGREES NORTH LATITUDE AND 32 DEGREES SOUTH LATITUDE.

## ---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| DryDock | 30Sep2022 | | |
| Internal Structure | 30Sep2022 | | |

## ---Lifesaving Equipment---

Total Equipment for 12 Persons

| Primary Lifesaving Equipment | Quantity | Capacity | | Required |
|---|---|---|---|---|
| Lifeboats (Total) | 0 | 0 | Life Preservers (Adult) | 13 |
| Lifeboats (Port) | 0 | 0 | Life Preservers (Child) | 0 |
| Lifeboats (Starboard) | 0 | 0 | Ring Buoys (Total) | 4 |
| Motor Lifeboats | 0 | 0 | With Lights | 0 |
| Lifeboats With Radio | 0 | 0 | With Line Attached | 3 |
| Rescue Boats/Platforms | 0 | 0 | Other | 0 |
| Inflatable Rafts | 2 | 26 | Immersion Suits | 13 |
| Life Floats/Buoyant App | 0 | 0 | Portable Lifeboat Radios | 0 |
| Inflatable Buoyant Apparatus (IBA) | 0 | 0 | Equipped With EPIRB? | YES |

## --- Fire Fighting Equipment ---

Number of Fire Pumps - 1

**\*Hose Information\***

| Location | Quantity | Diameter | Length |
|---|---|---|---|
| port weather deck | 1 | 1.5 | 150 |
| stbd weather deck | 1 | 1.5 | 150 |

**\*Fixed Extinguishing Systems\***

| Location | Type | Capacity | |
|---|---|---|---|
| Engine Room | Carbon Dioxide | 1000 | Pound |

**\*Fire Extinguishers - Hand portable and semi-portable\***

| Quantity | Class Type |
|---|---|
| 7 | 40-B |
| 3 | 40-B:C |

**\*\*\*END\*\*\***

Dept. of Home Sec., USCG, CG-841 (Rev 4-2000)(v2)    Page 2 of 2

OMB No. 2115-0517

CROSBY 002491

*Figure 39 - Certificate of Inspection, Endeavor, Page 2*

## US COAST GUARD PSIX DATA

According to the data in the U. S. Coast Guard Port State Information Exchange, M/V Crosby Endeavor has a length of 136 feet. She is certified as a Towing Vessel and is therefore regulated by 46 CFR Subchapter M – Towing Vessels.[90]  See.



*Figure 40 - USCG PSIX Data for the M/V Crosby Endeavor*

---

[90] https://www.ecfr.gov/current/title-46/chapter-I/subchapter-M

## F.  M/V LA ELITE

### SPECIFICATIONS OF THE M/V LA ELITE

The M/V LA Elite was one of two assist tugs that helped steer the D/B THOR through the Lafourche Bayou and position her at the Martin Dock #16.  She is operated by Louisiana International Marine, L.L.C.  According to the Louisiana International Marine, L.L.C. Specification Sheet[91], she was built in 1976 and certified ABS Class A-1 Towing Service AMS.[92]

M/V LA Elite is powered by two EMD 122-645-E6 diesel engines and is advertised as being in the 6000-horsepower class.  She has a certified bollard pull of 47.415 tons.[93]

M/V LA Elite has a length of 125.6 ft. and a breadth of 34 feet.  Her max draft is 17 feet and her minimum draft is 13 feet.  She has a gross tonnage of 109.



*Figure 41 - LA Elite US Coast Guard PSIX Data*

---

[91] *https://louisianainternational.com/our-fleet/la-elite/*
[92] See *Figure 42 - LA Elite Specification Sheet*
[93] Her bollard pull of 47.415 ton is 46% of the Endeavor's 102-ton bollard pull



**La Elite** | **ISM Certified** | **6000 Horsepower Class** | **Certified Bollard Pull 47.415 Tons**

**GENERAL INFORMATION**
Official #:        573225
Year Built:       1976

**DIMENSIONS**
Length:           125.6'
Breadth:          34'
Draft:            max 17' min 13'
Gross Tonnage:    109
Net Tonnage:      74

**PROPULSION**
Main Engines:     (2) EMD
Make/Model:       12-645-E6
Reduction Gears:  Reinjens
Kortz:            Yes
Steering:         Sperry
Gear Ratio:       4.95:1
Wheel Size:       102" x 116"
Engine Controls:
Speed-Free:       12 Kts

**ELECTRICAL:**
Generators:       (2) 75 KW
Gen Engines:      GM 671

**SAFETY EQUIPMENT**
Inflatables:      1-10 Man
Floats:           No
Life Rings:       4

**TOWING EQUIPMENT**
Tow Winch:        Intercon D/D
Winch Eng:        GM 671
Tow Side Cap:     2000' x 2" wire
Anchor Side Cap:  2000' x 2" wire
Bare Drum L.P.:
Stem Rollers:     Intercon
Shock Line:       25'-14' Cir. Double Nylon
Pennants:         100' x 1 ½" 6 x 25 IWRC
Shackles:         55 Ton Safety

**CERTIFICATIONS**
ABS Classed A-1 Towing Service, AMS
Certificate of Documentation
International Load Line Certificate
Internationals Tonnage Certificate
U.S. Tonnage Certificate
Safety Management Certificate (ISM)
International Ship Security Certificate
Continuous Synopsis Report

**NAVIGATION EQUIPMENT**
GPS:              2 Furuno GPS Navigator
S.S.B.:           Sea 222
AIS:
VHF:              Uniden-Solara
Autopilot:        Sperry Duplex
Fathometer:       Furuno LS-6160
Radars:           2 Furuno, JRC
Gyro:             Sperry
Sat. Phone:
Mobile Phone:     Sprint
EPRIB:            ACR RLB-32

**CAPACITIES**
Fuel Capacity:    107,000 U.S. Gallons
Lube Capacity:    1,400 U.S. Gallons
Potable Water:    13,700 U.S. Gallons

**ACCOMMODATIONS**
Berths:           9
Crew Members:     5
Heads:            2
Showers:          2

Louisiana International Marine, LLC
1423 Whitney Avenue, Gretna, Louisiana 70056
Phone: 504-392-8670    Fax: 504-391-0389
Toll Free: 800-286-2378
info@louisianainternationaal.com

*Figure 42 - LA Elite Specification Sheet*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 66

## G.  M/V LA MADONNA

### SPECIFICATIONS OF THE M/V LA MADONNA

The M/V LA Madonna was one of two assist tugs that helped steer the D/B THOR through the Lafourche Bayou and position her at Martin Dock #16.  She is operated by Louisiana International Marine, L.L.C.  According to the Louisiana International Marine, L.L.C. Specification Sheet[94], she was built in 1984 and certified ABS Class A-1 Towing Service AMS.[95]

M/V LA Madonna is powered by two EMD 122-645-E6 diesel engines and is advertised as being in the 6000-horsepower class.  She has a certified bollard pull of 48.75 tons.[96]

M/V LA Madonna has a length of 112 ft. and a breadth of 32 feet.  She has a gross tonnage of 196.



*Figure 43 - LA Madonna US Coast Guard PSIX Data*

---

[94] *https://louisianainternational.com/our-fleet/la-madonna/*
[95] See *Figure 44 - LA Madonna Specification Sheet*
[96] Her bollard pull of 48.75 ton is 48% of the Endeavor's 102 ton bollard pull



**La Madonna**    ISM Certified    6000 Horsepower Class    Certified Bollard Pull 48.75 Tons

**GENERAL INFORMATION**

| | |
|---|---|
| Official #: | 591370 |
| Year Built: | 1984 |

**DIMENSIONS**

| | |
|---|---|
| Length: | 112' |
| Breadth: | 32' |
| Draft: | |
| Gross Tonnage: | 196 |
| Net Tonnage: | 133 |

**PROPULSION**

| | |
|---|---|
| Main Engines: | (2) EMD |
| Make/Model: | 12-645-E6 |
| Reduction Gears: | Reinjens |
| Kortz: | Yes |
| Steering: | Sperry |
| Gear Ratio: | 5:1 |
| Wheel Size: | 102"x 114" |
| Engine Controls: | American Standard |
| Speed-Free: | 11.5 Kts |

**ELECTRICAL:**

| | |
|---|---|
| Generators: | (2) 75 KW |
| Gen Engines: | GM 671 |

**SAFETY EQUIPMENT**

| | |
|---|---|
| Inflatables: | 1-10 Man |
| Floats: | No |
| Life Rings: | 4 |

**TOWING EQUIPMENT**

| | |
|---|---|
| Tow Winch: | Intercon D/D |
| Winch Eng: | GM 671 |
| Tow Side Cap: | 2000' x 2" wire |
| Anchor Side Cap: | 2000' x 2" wire |
| Bare Drum L.P.: | 200,000 lbs |
| Stern Rollers: | Intercon |
| Shock Line: | 25'-16' Cir. Double Nylon |
| Pennants: | 100' x 1 ¼" 6 x 25 IWRC |
| Shackles: | 55 Ton Safety |

**CERTIFICATIONS**

ABS Classed A-1 Towing Service, AMS
Certificate of Documentation
International Load Line Certificate
Internationals Tonnage Certificate
U.S. Tonnage Certificate
Safety Management Certificate (ISM)
International Ship Security Certificate
Continuous Synopsis Report

**NAVIGATION EQUIPMENT**

| | |
|---|---|
| GPS: | 2 Furuno GPS Navigator |
| S.S.B.: | Sea 222 |
| AIS: | JRC JHS-182 |
| VHF: | Uniden-Solara |
| Autopilot: | Sperry Duplex |
| Fathometer: | Furuno LS-6100 |
| Radars: | 2 Furuno |
| Gyro: | Sperry |
| Sat. Phone: | Mitsubishi S2100B |
| Mobile Phone: | Sprint |
| EPRIB: | ACR RLB-32 |

**CAPACITIES**

| | |
|---|---|
| Fuel Capacity: | 88,000 U.S. Gallons |
| Lube Capacity: | 1,500 U.S. Gallons |
| Potable Water: | 21,517 U.S. Gallons |

**ACCOMMODATIONS**

| | |
|---|---|
| Berths: | 12 |
| Crew Members: | 4 |
| Heads: | 2 |
| Showers: | 2 |

Louisiana International Marine, LLC
1423 Whitney Avenue, Gretna, Louisiana 70056
Phone: 504-392-8670    Fax 504-391-0389
Toll Free: 800-286-2376
info@louisianainternational.com

*Figure 44 - LA Madonna Specification Sheet*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*     31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 68

**H.  Calendar, Timeline, and Ephemeris Data**



*Figure 45 - Calendar of Events, October 2020*

# Sunday 21st

0000 – 2359 - On tow to SS259JA

# Thursday 22nd

0000 – 2359 - On tow to SS259JA, Waiting on Weather in block SS128

# Friday 23rd

0124 – On tow to a new location – SS259JA

1457 – M/V Jill alongside B/B THOR, offloading personnel

1630 – Completed offloading personnel

1730 – Offloading M/V Jessica Elizabeth

1745 - Completed offloading M/V Jessica Elizabeth

1800 - On location SS259

1937 - Towline Off; Running Anchors

2100 – Continue running out anchors

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 69

2232 - D/B THOR waiting on weather, wind > 35 mph, lightning & rain
2345 – M/V Crosby Endeavor - Waiting on Weather

## Saturday 24th

0000 – On Location SS259JA
0030 – Continue running anchors
0235 – Anchor ops complete, moving barge into work position.
0245 – Crewboat delivers mechanic to fix winch air malfunction
0300 – Mechanic finished repair.
0350 – Bring M/V Jill alongside to retrieve the walkway
0445 – Completed putting out walkway
0515 - Offload M/V Jill
0630 – Completed offloading M/V Jill
0730 – 2359 – Working on platform

## Sunday 25th

0000 – 2359 - Working on platform

## Monday 26th

0000 – 2359 - Working on platform
0300 – Start Picking up anchors
0700 –M/V Jessica Elizabeth alongside D/B THOR to offload explosives
0727 M/V Jessica Elizabeth departs
0945 – Last Anchor up, Under tow to Port Fourchon
2020 - Shorten tow, La Madonna picks up stern;  of D/B THOR
2210 - Enter Belle Pass Jetties
2300 – Arrived at Martin Dock #16
2308 - Towline off
2359 - Thor securing mooring lines to dock

## Tuesday 27th

0100 – D/B THOR secured all nylon mooring lines at Martin Dock #16
0300 – Offloaded third-party personnel from D/B THOR
0730 – Prepare Starboard Stern Anchor Cable to moor to dock.
0745 - Endeavor departed for Crosby Dock
0945 - Starboard Stern Anchor Cable  attached to bit on dock
1240 – Prepare Starboard Bow Breast anchor cable to be moored to the dock
1410 – Starboard Bow Breast Anchor cable secured to dock bit.
1500 – Adjust and add more mooring lines to the dock
1620 - Mooring operation complete.  D/B THOR secured to dock.
1700 – Securing all loose items on deck and standing by for weather.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 70

# Wednesday 28th

0800 - Endeavor arrives DB Thor

1200 – Onset of sustained tropical storm winds

**1604 - DB Thor breaks away from the dock.  M/V Crosby Endeavor is unable to control the barge.**

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 71

**Ephemeris Data for Port Fourchon on 28 October 2020:**



*Figure 46 - Ephemeris Data for WD 90B on 30 January 2021*

Civil twilight began at 0646 and sunrise was at 0711 on October 28, 2020.[97]

Sunset was at 1817 and civil twilight ended at 1842 on October 28, 2020.[98]

---

[97] https://app.photoephemeris.com/
[98] https://app.photoephemeris.com/

## OPINION 1 – M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies

Based on the information reviewed as of 31 July 2024

In my opinion, the crew of the D/B THOR relied on the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The bow thruster of the M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration nor was the tug's bow designed to push on the D/B THOR. The crew of the M/V Crosby Endeavor and the management of Crosby Marine Transportation, LLC and/or Crosby Tugs, LLC failed to notify the crew of the D/B THOR that the tug was not capable to perform its assigned duties of assisting by pushing the barge against the dock and failed to arrange for a proper tug capable of assisting the D/B THOR.

## Analysis

### M/V Crosby Endeavor Was Adequate for Running Anchors for the D/B THOR

For some time, the M/V Crosby Endeavor set and retrieved mooring anchors offshore for the D/B THOR. The tug was well designed for this task and had the power to run these anchors effectively. The crew of the M/V Crosby Endeavor required little direction from the crew of the D/B THOR other than when and where to set and pick up the anchors.

The crew of the M/V Crosby Endeavor knew how to attach the pennant wire, spool it up, attach the anchor, run out to the designated location guided by the surveyor, detach the anchor from the M/V Crosby Endeavor, spool out the pennant wire, and detach the pennant wire from the tug. See *Figure 47 – Anchor and Pennant Wire Configuration.*

Communication and coordination were required from the M/V Crosby Endeavor advising the D/B THOR winch operator how much anchor line to pay out or take in, i.e., not too much and not too little. The derrick barge personnel relied on and respected the maritime expertise of the crew of the M/V Crosby Endeavor during anchor operations.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 73



*Figure 47 – Anchor and Pennant Wire Configuration*

## M/V Crosby Endeavor Was Adequate for Towing the D/B THOR

The M/V Crosby Endeavor towed the D/B THOR some 60 nautical miles from Ship Shoal, South Addition 259 to Port Fourchon, Louisiana without incident. The tug was well designed for this task. The crew of the D/B THOR did not provide any directions to the tug as to how to tow the derrick barge. The M/V Crosby Endeavor attached the towing gear to the barge, towed the barge to Port Fourchon, coordinated the assist tugs M/V La Madonna and M/V La Elite, towed the barge near the dock, and recovered the tow line from the derrick barge all without derrick barge personnel direction.

The derrick barge personnel relied on and respected the maritime expertise of the crew of the M/V Crosby Endeavor during towing operations. The derrick barge personnel relied on and respected the maritime expertise of the crew of the assist tugs M/V La Madonna and M/V La Elite for guiding the barge through the bayou and for pushing the barge in place alongside Martin Dock 16.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 74

## M/V Crosby Endeavor Was Not Adequate to Assist D/B THOR While Docked

Plaisance testified that he believed that the M/V Crosby Endeavor could keep the D/B Thor in its moorings in 50 mph winds, that it was iffy in 75mph winds and that it would not be able to assist in 100 mph winds:[99]

```
25 Q All right. If somehow the THOR
1 starts breaking away from the dock, in those
2 conditions, stern first, is the CROSBY
3 ENDEAVOR tied in a way to the THOR that would
4 allow it to push it back into the dock?
5 A Yes, it should, yes.
6 Q At what point would the conditions
7 be such that you are no longer able to answer
8 that question?
9 A The high winds.
10 Q High winds of what magnitude?
11 A From what I remember, it was over a
12 hundred miles an hour winds.
13 Q So is it your testimony that high
14 winds of over a hundred miles an hour would
15 prohibit the tug from pushing the THOR back
16 into the dock, in the situation that existed
17 on October 28th, 2020?
18 A Yes. Yes.
19 Q What about 50 mile-an-hour winds,
20 would that prohibit it?
21 A No, it shouldn't have.
22 Q How about 75 mile-per-hour winds?
23 A I don't know.
24 Q It's iffy at 75?
25 A Yes
```

Savoy as corporate representative for Crosby Tugs likewise testified that at "75 miles an hour from this wind direction, it would have been marginal."[100]

The NWS issued forecasts at 0424 (and 1056) on the 28th for Southeast winds rising to 65 to 75 knots with gusts to 90 knots.[101]  In miles per hour the forecast was for 74.8 mph to 86.3 mph with gusts to 103.6 mph, and was consistent with the forecasts Dawn and Crosby should have been receiving.  This was clearly above the capabilities of the M/V Crosby Endeavor to provide mooring assistance.  Yet, Dawn and Crosby allowed the M/V Crosby Endeavor to moor alongside the derrick barge knowing that it could not assist the derrick barge stay at its dock.

---

[99] Deposition of Plaisance, pp. 89, 90
[100] Deposition of Savoy, p. 249
[101] *Appendix 7 – CWFLIX Forecasts*

Savoy goes so far as to say that Crosby never intended to assist the D/B THOR in maintaining its moorings:[102]

```
 2 Q And I'm asking you, what other
 3 purposes were there.
 4 A To stand by, so that way, after the
 5 weather passed, we could bring them back
 6 offshore, to location.
 7 Q Any other purposes?
 8 A Not that I'm aware of.
 9 Q What do you -- as we sit here
10 today, Crosby's corporate position on this is
11 that there are only two purposes to the CROSBY
12 ENDEAVOR having tied on to the THOR on
13 October 28th, seeking safe harbor, and
14 standing by to take the THOR back offshore
15 after the hurricane passed; is that correct?
16 A Yes. As far as we're aware of,
17 yes.
```

### Riben Marine Report, 16 December 2023 – M/V Crosby Endeavor Inadequate to Assist

In his expert report Capt. Jay Rivera also opined that the M/V Crosby Endeavor was not suited to assist the D/B THOR:[103]

4. Crosby should have sent an adequate tug to assist the THOR during Hurricane Zeta's passing.
   a. The tug CROSBY ENDEAVOR, while very powerful, could not properly assist the THOR.
   b. Due to the height of its bow fender and inability to push against the hull of the THOR perpendicularly, the ENDEAVOR was not fit for the intended purpose of maintaining the THOR safely alongside during the hurricane's passing.
   c. A proper analysis of the assigned task should have been performed prior to the job where the ENDEAVOR's limitations would have been identified.
   d. A tug operator cannot "work as directed" if the tug is unable to perform the job requested of it. Therefore, clear instructions must be relayed to the tug as to the job requirements and the tug's capabilities relayed to the customer, to ensure the correct assets are deployed.
   e. Crosby had other tugs available in the area that could better assist the THOR during the storm's passing and could better aid in preventing the breakaway that occurred on October 28th

---

[102] Deposition of Savoy, p. 152, 153
[103] Riben Marine Report, 16 December 2023, by Capt. Jay Rivera

### Greater Lafourche Port Commission, Ordinance 71

When hurricane-force winds are expected in Port Fourchon, a self-propelled vessel is required to control a non-self-propelled vessel.  See *Figure 48 - Excerpt from Ordinance 71*.  For the full text of the ordinance see: *Appendix 16 – Ordinance 71 and Port Conditions.*

SECTION 2.   When Hurricane Force Winds are expected to occur at Port Fourchon within twenty-four (24) hours, no person shall

    a.    allow a Vessel, which is self-propelled by a motor or engine and of which s/he is either an owner or captain, to remain Unattended in Port Fourchon or moored to Port Pilings.

    b.    allow a Vessel which is not self-propelled by a motor or engine and of which s/he is an owner, to remain in Port Fourchon or moored to Port Pilings without being under the control of a Vessel(s), which is self-propelled by a motor or engine and which is occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling all such Vessel(s) in seas subject to Hurricane Force Winds.

*Figure 48 - Excerpt from Ordinance 71*

As lessee of Greater Lafourche Parish Commission, Martin was required to be aware of and abide by Ordinance 71.[104]   As vessel operators in Port Fourchon, Dawn and Crosby were required to be aware of and abide by Ordinance 71 as well, and Crosby should have, but did not have policies in place to ensure that its crews were familiar and in compliance with the local ordinance..  Martin, Dawn, and Crosby were also aware that "hurricane-force winds were expected to occur in Port Fourchon."  Martin, Dawn, and Crosby were further aware that the M/V Crosby Endeavor was not able to comply with the requirements of Ordinance 71.

When Superintendent Douglas reported they were breaking away, Capt. Everrett pushed ahead before trying to push sideward.[105]

```
23 A Well, when J.D. -- I was asking him
24 how he was doing, and I heard him say -- he
25 came on the radio and said, "We're breaking
1 away from the dock." So at that time, I could
2 feel the swinging out a little bit, so I
3 started to drive ahead on my lines, you know,
4 on the lines, to try to get him back into the
5 dock. I didn't know how many lines if all
```

---

[104] Deposition of King, p. 24 and Exhibit 244
[105] Deposition of Everrett, pp. 294, 295

```
 6 his lines had broken or what, so -- with very
 7 little effect, and as it started to swing me
 8 to the west side of the bayou, I tried
 9 twin-screwing by using my starboard engine
10 ahead and my port engine slightly astern, and
11 the bow thruster full force to try to hold us
12 up, you know, and at that point, lines started
13 parting, you know.
```

Shore relied on Dawn and Crosby to provide a vessel to control the barge during the hurricane per Port Fourchon ordinance 71. Dawn and Crosby failed to provide such a vessel that could either provide adequate side force or push with its bow to keep the D/B THOR at the dock in the anticipated weather conditions and failed to communicate this to the D/B THOR.


### What an Assist Vessel Was Expected to Do

In my opinion, Shore chartered and expected Dawn to furnish properly equipped vessels to handle anchors, tow, assist docking, and maintain its position during the impending storm. To properly assist, a vessel would have to push on the port side of the barge with an athwartship force, directly toward the barge's starboard direction. This force did not require seeing the mooring lines of the barge. This force would have alleviated some tension on the mooring lines and dock bollards and sufficient force would have prevented the breaking and the subsequent breakaway. Dawn and Crosby failed to provide a qualified assist vessel during the storm.

The M/V Crosby Endeavor could not provide helpful assist forces perpendicular to the dock. The M/V Crosby Endeavor could only provide fore and aft forces which were damaging to the mooring lines. By doing nothing while moored to the D/B THOR, the environmental forces on the M/V Crosby Endeavor added to the force on the mooring line, facilitating the breakaway. (See *OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines*.)


### Crosby Policy on Mooring Barges

Savoy testified that it is Crosby's policy to moor unmanned barges to docks, but not to moor manned barges to docks.[106]

```
17 A  When I read it -- let's see, look
18 and see. Hurricane plan, it lists, begin
19 mooring plan preparation, ensure that all
```

---

[106] Savoy deposition, pp. 144, 145

```
20 cables and lines are suitable for heavy
21 weather conditions, which is Page 756.
22 Q Do you interpret that as a
23 requirement that a vessel tied tandem to
24 another should check the mooring arrangement
25 of the vessel that's tied to the dock?
1 A No, that's checking our mooring
2 lines to that vessel. This is a manned barge,
3 so it wasn't our responsibility to check the
4 mooring from the barge to the facility.
```

Savoy's comments regarding the D/B THOR being a manned barge are correct, but he fails to recognize that none of the derrick barge personnel have mariner credentials.

As the only licensed captain of the tug and barge, Capt. Everrett should have at least observed and understood the geometry of the mooring lines, so he would know what assist movements would help and what assist movements would damage the mooring lines. He stated many times that he could not see the lines and by not knowing where they were, he could not know which movements assisted and which movements damaged the mooring arrangements. He was willing to rely on an unlicensed mariner to provide maneuvering instructions.

As previously stated in this report, initially he moved the tugboat forward (barge aft). He was not instructed to move forward by Superintendent Douglas. He was instructed to move the barge back into the dock. The forward or aft directions were not the directions toward the dock. In my opinion, if he had known the geometry of the mooring lines, he would not have damaged the barge's mooring lines by moving the M/V Crosby Endeavor forward or aft. See *OPINION 3 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines.*


### The Selection of the M/V Crosby Endeavor

Ivy Danos, Operations Manager, testified several times in his deposition that the CEO of Crosby, Kurt Crosby, had the sole responsibility and authority to determine which Crosby tug would be assigned to each client job.[107] Kurt Crosby assigned the M/V Crosby Endeavor to work as directed with the D/B THOR offshore. M/V Crosby Endeavor was well qualified for this task and performed as expected. Kurt Crosby assigned the M/V Crosby Endeavor to work as directed with the D/B THOR inshore as an assist tug during Hurricane Zeta. The M/V Crosby Endeavor could not push the D/B THOR into the dock as it had an Ice Class bow and could not provide athwartship push into the dock as the bow thruster lacked the power to do so. Not only did the

---

[107] Deposition of Ivy Danos, PP. 61, 62, 63, 64, & 69

M/V Crosby Endeavor prove to be the wrong tug to provide assist services but she increased the forces on the D/B Thor and her mooring lines by tying to the derrick barge, increasing the wind and water forces on the mooring lines.  See _OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines._

The CEO of Crosby assigned the M/V Crosby Endeavor to an inshore job it could not accomplish.  The crew of the tug knew this.  The operator of the tug, Crosby Tugs, LLC knew this and the owner of the tug knew this.  Yet they assigned the tug to this job and pretended it could perform the required assistance, knowing that it could not.  They also knew that the tug would add to the effective surface area of the barge increasing the forces of the storm's wind, waves, storm surge and current on the barge which increased the stress on the mooring lines and the chances of the mooring lines parting, which they did.


### The Limited Role of the Crosby Operations Manger and Operations Department

A more robust Operations Department would have more typical responsibilities and authority over operations, for example, project oversight, awareness of vessel capabilities and limitations, and developing crew members with an understanding of their capabilities and limitations.  Operating under these typical Operations Department capabilities would have been a mitigation for the improper utilization of the M/V Crosby Endeavor.  Instead, when the tug returned to the derrick barge on the morning of the hurricane, the Operations Manager was not aware that the winds were far greater than what the M/V Crosby Endeavor could handle, but dispatched the deficient tug to "assist" D/B THOR anyway.

As he described in his deposition, Danos' role as "Operations Manager" was very limited in scope.  He did not select vessels or ensure crews were qualified for the tasks at hand.  No one in his department was a licensed captain with knowledge of the capabilities and limitations of the vessels utilized.  He had never looked at nor read a vessel's log until the day of his deposition.[108]  He was only somewhat familiar with the Crosby Safety Manual and had no part in writing or revising the safety policies.[109]  He was not a member of the Storm Committee nor did he know if any member of his department was a member of the committee as required by the Crosby Hurricane Plan.[110]  He did not even have authority to determine the start time and end time of the billing of the vessels.[111]  His department had no responsibility or oversight in the

---

[108] Deposition of Danos, p. 71 & 72
[109] Deposition of Danos, p. 53, 56, 58, & 59
[110] Deposition of Danos, p. 239
[111] Deposition of Danos, p. 90

preparation of the voyage assessments.[112]  He did not know what "horsepower-to-tow ratio" was.[113]  He had no knowledge that engine maintenance work had been performed on his vessel the day before the hurricane.[114]  He did not know what would make a vessel unseaworthy.[115]  He did not review the Crosby hurricane plan in preparation for Hurricane Zeta's landfall.[116]  He had "no knowledge whatsoever about what Mike Grace and the company he worked for, Dawn Services, was supposed to do or not supposed to do in relation to the ENDEAVOR."[117]

As he described in his deposition, Danos' role as "Operations Manager" was limited to the duties of a dispatcher, that is, dispatch vessels to work sites as directed by the CEO and work traffic (communicate weather and take progress report) four times a day.  Even his night dispatcher reported directly to the CEO and did not report to the him as Operations Manager.[118]

### Failure to Report Deficiencies

In my opinion, either the crew of the M/V Crosby Endeavor were not trained to identify and report the risk of tying to the D/B THOR without being able to provide any benefit, or they were instructed by the operator to not report the risk.  In either event, it was tragic for the tug to sit there secured to the derrick barge unable to provide any assistance and adding environmental forces on the barge.

---

[112] Deposition of Danos, p. 80
[113] Deposition of Danos, p. 96
[114] Deposition of Danos, p. 111 & 112
[115] Deposition of Danos, p. 211
[116] Deposition of Danos, p. 228
[117] Deposition of Danos p. 65
[118] Deposition of Danos, p. 48

## OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate

Based on the information reviewed as of 31 July 2024

In my opinion, Shore believed Dawn chartered the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration at the dock. The tug's bow was not designed to push on the D/B THOR. Dawn failed to notify Shore that the tug was not capable of assisting by keeping the D/B THOR on the dock. Dawn failed to broker a vessel able to perform its required tasks.


## Analysis

### Shore Relied on Dawn to Provide Vessels to Meet Their Needs

In my opinion, Shore chartered from Dawn and expected Dawn to provide properly equipped vessels to handle anchors, tow, assist docking, and maintain its position at the dock during the impending storm. To properly assist, a vessel would have to push on the port side of the barge with an athwartship force, directly toward the barge's starboard direction. This force would have alleviated some tension on the mooring lines and sufficient force would have prevented the breaking of the mooring lines and the subsequent breakaway of the barge. Dawn failed to provide a qualified assist vessel during the storm.

The M/V Crosby Endeavor could not provide helpful assist forces perpendicular to the dock. The M/V Crosby Endeavor could only provide fore and aft forces which, without alleviating some tension in the mooring lines, were damaging to the mooring lines. By doing nothing while moored to the D/B THOR, the environmental forces on the M/V Crosby Endeavor added to the forces on the mooring lines and dock bollards, facilitating the breakaway. See *OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines.*

**OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway**

Based on the information reviewed as of 31 July 2024

In my opinion, the engine logs, the deck logs of the M/V Crosby Endeavor, and related testimony indicate that the engines were not running from 0800 to 1600 on 28 October 2020 and were not ready to be used to assist the D/B Thor prior to the breakaway.

### Analysis

**M/V Crosby Endeavor Engine Room Logs and Deck Logs, 26 October 2020**

On 26 October the engine room log shows 21 hours of running time on both main engines. 3500 gallons of fuel were burnt, averaging 166.7 gallons per hour. This burn rate is consistent with the engine developing the power to tow the derrick barge for 21 hours. This is consistent with the deck log for the same day, which shows a run time from 0300 to 0900 running anchors and hooking up tow and towing from 0900 to 2400, a total of 21 hours.



*Figure 49 – 26 Oct 2020 M/V Crosby Endeavor Engine Room Log Excerpt*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 83

The M/V Crosby Endeavor engine room logs and deck logs for the periods shown below are presented in *Appendix 12 – M/V Crosby Endeavor Engine Room Logs* and *Appendix 13 – M/V Crosby Endeavor Deck Logs.*

Note:  A list of the meanings of the acronyms are given below:[119]

- PME – Port Main Engine
- SME – Starboard Main Engine
- PGB – Port Gear Box
- SGB – Starboard Gear Box
- PGen – Port Generator
- SGen – Starboard Generator
- BT – Bow Thruster
- BTT – Bow Thruster Transmission
- WE – Winch Engine
- WET – Winch Engine Transmission
- OB – Onboard at the Start of Day
- REC - Received
- Used - Used
- Total (bottom) – Total Remaining at end of Day
- HR – Hours Used
- FOF – Fuel Oil Filters
- LOF – Lube Oil Filters
- LOC – Lube Oil
- AirF – Air Filters
- Total (Top) –
- FO – Fuel Oil
- LO – Lube Oil
- HYD – Hydraulic Fluid
- DO – Dirty Oil
- H20 - Water

---

[119] Deposition of Artigos, pp. 50 through 56

**M/V Crosby Endeavor Engine Room Logs and Deck Logs, 28 October 2020**

On 28 October, the engine room log shows 3 hours of running time on both main engines. 66.7 gallons of fuel were burnt, averaging 18.7 gallons per hour running in the bayou. The lack of fuel burn is indicative of no towing or assistance being performed. This is consistent with the deck log for the same day, which shows a run time from Crosby Dock to D/B THOR from 0745 until 0800 (15 minutes), and the run time from the breakaway at 1600 until 1830 (2 hours 30 minutes). Given warm-up times and cool-down times, the total time the deck log shows for engine running is 3 hours.



*Figure 50 – 28 Oct 2020 M/V Crosby Endeavor Engine Room Log Excerpt*

The M/V Crosby Endeavor engine room logs and deck logs for the periods shown below are presented in *Appendix 12 – M/V Crosby Endeavor Engine Room Logs* and *Appendix 13 – M/V Crosby Endeavor Deck Logs.*

## M/V Crosby Endeavor Deck Logs Entries Consistent with Engine Room Entries

In the lower right-hand side of the Deck Logs of the M/V Crosby Endeavor, the total time on the main engines is indicated. *Figure 51 - Tabulation of Engine Run time from Engine Total Time* shows an excerpt of that entry for the five days, 10/25 to 10/29. The total engine times recorded are 2327 hours, 2348 hours, 2349 hours, 2352 hours, and 2366 hours, respectively. Subtracting the previous day's ending hours from the current day's ending hours results in the total hours ran for the current day. The total hours ran for the days from 10/26 to 10/29 are 21 hours, 1 hour, 3 hours and 18 hours, respectively.

The deck log supports the engine room log showing that on the 28 of October, the engines were running only 3 hours. This supports the fact that the engines were not running from 0800 to shortly before 1600 on the day of the breakaway.



| Date Bates | Ending Engine Hours | Hours Engines Running |
|---|---|---|
| 10/25 000451 | 2327 | |
| 10/26/2020 | | 21 |
| 10/26 000452 | 2348 | |
| 10/27/2020 | | 1 |
| 10/27 000453 | 2349 | |
| 10/28/2020 | | 3 |
| 10/28 000454 | 2352 | |
| 10/29/2020 | | 18 |
| 10/29 000455 | 2366 | |

*Figure 51 - Tabulation of Engine Run time from Engine Total Time*

Engine run time being off by 5 hours would require some coordination between deck and engine room personnel to make false entries in both deck and engine logs. If the crew admits that these entries are off by 5 hours, they are admitting to making false entries affecting the total running time of the engines which are critical parameters for proper engine maintenance. These false entries substantially delay maintenance. The crew members of my vessels were diligent in keeping engine run time records. The crew members of M/V Crosby Endeavor are experienced and professional record

keepers.  In my opinion, the written entries made at the time are accurate, certainly more accurate than the memories of making an 8-hour mistake three years ago.


### Superintendent Douglas Testimony

Superintendent Douglas testified that the M/V Crosby Endeavor did not assist which was their sole purpose for being there[120].

```
     5    From the time you have your anchor lines
     6    attached to the time it breaks free, okay, is the
     7    Crosby Endeavor just sitting there, or is it actively
     8    helping push the D/B Thor up against the dock?
     9              MS. KUEBEL:  Objection; form, asked and
    10         answered.
    11       A.    Just sitting there.
    12    BY MR. LEWIS:
    13       Q.    Okay.  As the superintendent, was it your
    14    expectation of the Crosby tug to actually be assisting
    15    the D/B Thor in remaining secured to the dock?
    16              MS. KUEBEL:  Objection; form.
    17       A.    Absolutely.
    18              MS. KUEBEL:  You can answer.
    19       A.    That's why he was there.
```

Later in the deposition, Superintendent Douglas testified that it took a full minute after he specifically asked to be pushed back into the dock as the derrick barge was breaking away before he saw black smoke coming from the tugboat smokestack.  If the engines were running, they could have only been turned on shortly before 1600 to be consistent with the engine's running time.  If the engines were not running prior to the radio call for help, they could have done an emergency[121] start and not warm the engines up before using them in one minute.  In my opinion, the engines weren't running from 1200 to 1600 when the D/B THOR needed their assistance the most.[122]

```
    21         Q.    So we have the D/B Thor starting to break away
    22    from the dock.  You notify them that you're starting to
    23    break away.  There's pauses.  They ask you to repeat.
    24    There's more pauses.  And then you visibly see the
    25    stacks the -- smokestack come up.  To your knowledge,
     1    was that -- was that them initially firing up all their
     2    engines?
     3              MS. KUEBEL:  Objection; form.
     4       A.    I don't believe so.  I believe it was probably
     5    coming out of neutral and getting into throttle.
```

---

[120] Douglas Deposition, p. 176
[121] See section "*Controverted Testimony of QMED Artigos*" in this opinion.
[122] Douglas Deposition, pp. 202, 203

```
6   Because it takes longer than a minute to fire your
7   engines up.
```

QMED Artigos (Crosby) testified that he could start the engines within a minute without pre-lube and that black smoke would result.[123]

```
25 Q What about firing up the engines
1 without going through this process of --
2 A The prelube?
3 Q -- the prelube process?
4 A Well, if an engine is cranked up
5 from cold, just, for a few seconds I guess or
6 a couple of minutes, it do, at first cranked
7 up, you know, mostly it will smoke a little.
```

As to whether or not the M/V Crosby Endeavor had their engines running, Superintendent Douglas testified that he was not sure, he believed they were. He had no evidence that they were running, but in his mind, he believed they were doing the assist task of pushing the barge into the dock so the engines must have been running. In fact, they were not pushing and there is evidence (engine logs) to indicate that the engines were not running:[124]

```
5           As these conversations are happening, we know
6    the wind's picking up.  We know you're anticipating
7    storm surge.  At that point in time, was the Crosby
8    Endeavor -- was the tug actually up and running, like
9    with the engines fired?
10               MS. KUEBEL:  Objection; form.
11        A.  I'm not sure.  I believe it was.
```

### Riben Marine Report, 16 December 2023 – Engines Ran Only 3 Hours

In his expert report Capt. Jay Rivera also opined that the engines of the M/V Crosby Endeavor were running for 3 hours or less on the 28th of October.[125] The M/V Crosby Endeavor could not have assisted the D/B THOR prior to the breakaway as the engines were not running at that time.

---

[123] Deposition of Artigos, pp. 93,- 95 and Deposition of Artigos, pp. 271, 272
[124] Deposition, of Douglas, p. 194
[125] Riben Marine Report, 16 December 2023, by Capt. Jay Rivera

5. Both deck and engine logs of the Crosby indicate Main Engine Hour usage of 3 hours. The engine logs also show corroborative data for the gearboxes, lube oil, and filters indicating 3 hours of usage on the propelling machinery. The bow thruster has zero hours used on the logs.
   a. Logbooks are legally binding documents required by the USCG that indicate and memorialize all critical operations of the vessel and consumption of fuel and oil, among others.
   b. The CROSBY ENDEAVOR's main engines were only running on the day of the breakaway for a total of 2 hours and 45 minutes as shown in the logs.
   c. It is highly unlikely the CROSBY ENDEAVOR had the main engines running prior to the breakaway incident.

## Video Evidence

The video of the M/V Crosby Endeavor at the time of the breakaway shows a large amount of black smoke coming from the smokestack at 1600. I was Master of the M/V Man O' War in Ciudad del Carmen, Mexico. The M/V Man O' War had similar-sized EMD engines which produced similar large quantities of black smoke on startup to what is shown in the video evidence. The engines produced a much smaller amount of black smoke when power was quickly increased.

A significant increase in power is inconsistent with the location of the M/V Crosby Endeavor. It is known that the tug could not push effectively sidewards and pushing forward or aft in that position would only add to the stress on the mooring lines. So, it is logical to conclude that the black smoke was from startup and the engines were not running from 0800 to 1600 on the day of the hurricane.

Given all the above evidence, it is my opinion that the engines of the M/V Crosby Endeavor were not running from 0800 until 1600 on 28 October 2020.

## Controverted Testimony of Captain Everrett

Captain Everrett was the duty captain of the M/V CROSBY ENDEAVOR from noon to midnight on October 28th, 2020.[126] Captain Everrett has worked 30 years at sea, 14 years with Crosby, and 8 years as captain.[127]

Captain Everrett testified that his engines were running in idle before the breakaway but did not specify if that was for five minutes or five hours before the breakaway.[128]

---

[126] Deposition of Everrett, pp. 16, 17
[127] Deposition of Everrett, p. 26

```
23 Q "Alongside barge bow facing south,
24 using engines to try and hold the THOR." So
25 when you say, "Try to hold the THOR," is that
1 before or after that you learned that the
2 vessel was breaking away from the dock?
3 A That was after the -- the engines
4 were running, but after they said they were
5 breaking away, trying to use the engines to
6 hold them, yeah.
7 Q So the engines were in idle --
8 A Yeah.
9 Q -- before they had told you --
10 A Yeah, before the -- before the
11 actual breakaway, the engines were in idle.
```

Although the engines were in idle, there was a one-minute lag between Douglas asking to be pushed in and the engines developing power.[129]

```
14       Q.   So there was a pause.  You basically then
15  repeated yourself.  What did the Crosby Endeavor
16  respond to you then when you had repeated yourself a
17  second time?
18       A.   Another pause.  And then approximately a
19  minute after that, I'd seen black smoke come out of the
20  stacks.
```

During Hurricane Ida, Capt. Everrett was on the M/V Crosby Reliant side tied to the D/B Hedron in Old Port Fourchon.  The personnel of the derrick barge asked Capt. Everrett to not push on the barge and the barge broke away.  This was the second derrick barge breakaway that Capt. Everrett participated in within two years.[130]

### Controverted Testimony of QMED Artigos

QMED Artigos testified that in addition to his 0600 to 1200 watch he was on watch during the incident on 28 October.[131]  This extra watch time was not marked down on the Rest Hour Time Sheet. [132]

```
21 A I got on watch at noon, whenever --
```

---

[128] Everrett deposition, pp. 29, 30, Douglas deposition, p.
[129] Douglas deposition, p. 202
[130] Everrett deposition, pp. 73-77
[131] Artigos deposition, p. 89
[132] Artigos deposition, Exhibit 198, Bates CROSBY 002507

```
22 I can't recall. I'd have to look at the logs.
23 Whenever the engines was cranked up that day,
24 that's when I started my watch.
```

QMED Artigos testified that the lengthy pre-lube process does not have to be performed if the engines have been running in the previous 12 hours. A quick start-up was possible at 1600 on the 28th as the engines were last shut down at 0800, 8 hours prior to the breakaway.[133]

```
4 Q Do you have to pre-lube the engines
5 every time you turn them on?
6 A Not exactly. Depends how long they
7 have been shut down. Like if they -- if they
8 have been shut down or anything, after 12
9 hours, you know, you mostly do it. But it's
10 recommended to, you know, to blow them down,
11 to pre-lube them, you know. After 24 hours,
12 you mostly blow them down, get them –

12 A Yeah, you could start the engine
13 without using the prelube pumps, in an
14 emergency. You could start the engine without
15 blowing the engines down, in an emergency.
16 It's just recommended, you know, by the
17 manufacturers, that, you know, that it should
18 be after so many hours being shut down, it
19 should be prelubed and blow down.
```

If the pre-lube process is performed, which was not necessary in this case, it takes ten minutes to crank up each engine.[134]

```
6 Q Okay. And that whole process of
7 when you press the button, the start button,
8 for the final time each engine is about ten
9 minutes?
10 A It take about ten minutes to crank
11 each engine up, but, you know –
```

QMED Artigos testified that without pre-lube, he can crank the engines up in one minute, which is consistent with what Superintendent saw after asking for help from the M/V Crosby Endeavor.[135]

```
21 Q How fast can you start the engines
22 if you didn't go through this prelube process?
23 A Probably a minute.
```

---

[133] Artigos deposition, pp. 93,95
[134] Artigos deposition, p. 117
[135] Artigos deposition, p. 191

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*                    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 91

QMED Artigos testified that based on the engine logs for engine time and fuel consumed, the main engines were only on for 3 hours on the 28th of October.[136]

```
11 Q Now, the next day, October 28th,
12 which is the date of the hurricane, three
13 hours of time is recorded for the port main
14 engine and the starboard main engine being on,
15 correct?
16 A Correct.
17 Q And the total for each of those
18 engines increased by only three hours,
19 correct?
20 A Correct.
21 Q And you used only 200 gallons of
22 fuel, right?
23 A Right.
24 Q And so this document, dated
25 October 28th, 2020, Crosby 470, establishes
1 that the port main engine and the starboard
2 main engine were only on for three hours each,
3 correct?
4 A Correct.
5 Q And they wouldn't be on at separate
6 times; they would have been on at the same
7 time when the vessel was under way, correct?
8 A Correct.
```

The three hours of engine time would include travel from the Crosby Dock to the D/B THOR, use after the breakaway, travel up the bayou and travel back to the Crosby dock. This would exclude the waiting time between 0800 and 1600 on the 28th.

After further questioning, QMED Artigos testified that the engines were on before the breakaway but could not confirm whether it was for minutes or hours. He could not recall how long they were running before the breakaway.[137]

```
20 Q From 8:00 a.m. to 4:00 p.m., on
21 October 28th, it is an accurate statement for
22 me to say, it is impossible for the ENDEAVOR's
23 engines to have been on during the entirety of
24 that time?

25 MR. RUFTY:
1 Object to form. Lack of
2 foundation.
3 THE WITNESS:
4 I don't -- I don't recall
5 what -- I know the engines was running.
6 They was running, you know, during --
```

---

[136] Artigos deposition, pp. 150, 151
[137] Artigos deposition, pp. 154, 155

```
 7 they was cranked up, ready to go. I
 8 don't recall what before or, you know,
 9 how long they was running before or not.
```

From page 156 through page 158 there were numerous objections lodged by Mr. Rufty and heated "discussions" about the verbosity of these objections.  After more questioning, QMED Artigos changed his testimony saying that he entered the wrong run time for the engine (even though the fuel used entry was consistent with 3 hours of usage.)[138]

```
 6 Q Okay. So let's be very clear on
 7 this. It's your testimony that the logs for
 8 the engine room, on October 28th, that show
 9 three hours for the port main engine and three
10 hours for the starboard main engine, are
11 wrong?
12 A Yeah. Apparently they is wrong
13 because the engine was on. It was running.
```

After much questioning, QMED Artigos admits that he really does not remember for how long prior to the breakaway the engines were on.[139]

```
13 A I don't remember. I remember the
14 engines being running. I don't know how long
15 before, but they was running. They was ready.
16 They was -- I don't remember about how long
17 they was running that day.
```

QMED Artigos finally admits that he is guessing.  He just does not know.[140]

```
12 Q So my question was, how do you know
13 how long it was before the breakaway that the
14 engines were running? How are you saying, a
15 few hours? Do you specifically remember that
16 or are you guessing?
17 A Well, this -- I'm guessing, because
18 this is what was supposed to tell me when, you
19 know, here. This is what was supposed to tell
20 me that, when it -- how long the engine was
21 running, from the start, you know, but
22 apparently there was an error.
```

Considering that the fuel is metered, and the maintenance of the engines depends on run time and the experience and skill of QMED Artigos, it is difficult for me to understand how a three-hour error could be made on so many entries.  In my opinion, the evidence indicates that the three-hour run time and fuel entries were correct.

---

[138] Artigos deposition, p. 161
[139] Artigos deposition, p. 164
[140] Artigos deposition, p. 165

## Crosby Policy More Focused on Saving Costs than Hurricane Preparedness

Although there were policies in the Crosby manual regarding engine shutdowns to conserve fuel and money, there were no policies regarding being prepared for a storm by keeping engines running.[141]

```
14 Q Did Crosby have a written policy at
15 the time of the incident requiring its tugs to
16 keep its engines on when positioned during
17 hurricane force conditions alongside another
18 vessel, like the way it was positioned against
19 the THOR?
20 A Company policy? No. It was just
21 industry standard.
22 Q I've read through the manual.
23 You've got the full copy in front of you.
24 Just to be clear, there's nothing in the
25 manual
1 A Not that I'm aware of.
```

When awaiting locks, during fog delays or when loading or discharging barges, it is Crosby's policy to shut down one or even both engines.[142]

```
25 Q So "The purpose of this procedure
1 is to provide guidance for shutting down the
2 main engine on Crosby tug vessels during
3 routine vessel delays." Procedures, No. 1.
4 "First make sure conditions are safe. While
5 awaiting locks, during fog delays or when
6 loading or discharging barges, shut down at
7 least one engine (two, if safety conditions
8 allow), in an effort to conserve fuel and
9 reduce cost."
```

Crosby's policy is to encourage its captains to shut down engines to conserve fuel and reduce costs.  However, Crosby's policy does not encourage captains to keep engines running other than when working.  In my opinion, Crosby's policy biases captains to shut engines down whenever possible.

As a result of this this policy failure and failure by the crew, the M/V Crosby Endeavor could not have assisted the D/B THOR even if she had been powerful enough to do so.

---

[141] Savoy deposition, p. 108
[142] Savoy deposition, pp. 108, 109

**<u>OPINION 4</u> – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines**

Based on the information reviewed as of 31 July 2024

In my opinion, the M/V Crosby Endeavor could not have assisted the D/B THOR during the storm. Therefore, there was no reason for the tug to be secured out in the bayou to the barge. By mooring alongside the D/B THOR, the tug added extra environmental forces to the mooring lines of the barge facilitating if not causing the breakaway.

**Analysis**



*Figure 52 - Environmental Forces on Dock Lines*

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 95

### M/V Crosby Endeavor Added Forces to the D/B THOR Mooring Lines Instead of Assisting the Barge to Reduce Mooring Line Forces

By attaching itself to the D/B THOR, the M/V Crosby Endeavor was in a position in the bayou to catch the full force of the storm surge and the hurricane winds. See *Figure 52 - Environmental Forces on Dock Lines* to understand how much windage and water force the M/V Crosby Endeavor added to the D/B THOR and its mooring lines. Precise measurement of Doc Bollard Layout and Deck Cleat Layout are provided in *Appendix 11 – Mooring Line – Dock Bollard Configuration.*

The personnel of the D/B THOR relied on the maritime capabilities of the M/V Crosby Endeavor. The D/B THOR personnel were not aware that M/V Crosby Endeavor did not have the power nor the configuration to assist the D/B THOR.

The D/B THOR personnel were unaware that the M/V Crosby Endeavor was waiting for detailed instructions on when and how to assist. They were used to the tug being proactive on running anchors and they were used to the tug being proactive on towing without being given detailed instructions. Even if the barge had given detailed instructions, the M/V Crosby Endeavor would not have complied as it was not capable of assisting the D/B THOR.

Savoy goes so far as to say that Crosby never intended to assist the D/B THOR in maintaining its moorings:[143]

```
 2 Q And I'm asking you, what other
 3 purposes were there.
 4 A To stand by, so that way, after the
 5 weather passed, we could bring them back
 6 offshore, to location.
 7 Q Any other purposes?
 8 A Not that I'm aware of.
 9 Q What do you -- as we sit here
10 today, Crosby's corporate position on this is
11 that there are only two purposes to the CROSBY
12 ENDEAVOR having tied on to the THOR on
13 October 28th, seeking safe harbor, and
14 standing by to take the THOR back offshore
15 after the hurricane passed; is that correct?
16 A Yes. As far as we're aware of,
17 yes.
```

If these were the only reasons that the M/V Crosby Endeavor was tied to the D/B THOR during a hurricane, then it was irresponsible for them to do so. The extra forces on the mooring lines of the D/B THOR from the M/V Crosby Endeavor could have

---

[143] Savoy deposition, p. 152, 153

been what caused them to break.  Gibilterra testified that he believed that the actions of M/V Crosby Endeavor were dangerous.[144]

> 12 Q. Do you think it's dangerous to just sit
> 13 there and stand by and do nothing and let the Thor
> 14 break away from the dock, when the Crosby had been
> 15 hired, Crosby Endeavor had been hired to prevent
> 16 that?
> 17 MR. REISMAN: Object to form.
> 18 MR. RUFTY: Form.
> 19 THE WITNESS: I think it's dangerous to
> 20 have the additional weight on the side of the
> 21 Thor. It helps the Thor break away from the
> 22 dock if that tug is tied to us and they're
> 23 not doing anything.

The testimony of this section shows that Crosby had no intention of assisting the D/B THOR maintain its moorings.  This should have been relayed to the D/B THOR and Crosby should not have secured their tug to the barge.  The M/V Crosby Endeavor mooring to the D/B THOR showed a total disregard for the safety of the barge, the safety tug personnel, and the well-being of the property in Port Fourchon.

### M/V Crosby Endeavor Forward or Aft Pushing Added a Second Layer of Additional Forces to the D/B THOR Mooring Line Instead of Reducing the Forces

*Figure 52 - Environmental Forces on Dock Lines* also depicts how any motion perpendicular to the mooring lines, that is, forward or aft pushing by the M/V Crosby Endeavor added additional forces to the mooring lines which were already under tension from extreme wind forces.

The mooring lines were under a great deal of tension stress holding the barge in its moored position, counteracting the environmental storm forces pushing the barge away from the dock.  Forces generated toward the dock (barge starboard movement / tug port movement) would relieve some of the tension stress on the mooring lines.  Forces perpendicular to the mooring lines (fore and aft movements) serve to increase the tension stress in the mooring lines enabling them to part.

Helpful forces would have been pushing toward the dock.  Harmful forces were those pushing parallel to the dock.  This layer of additional tension stress forces additionally facilitated if not caused the breakaway.

---

[144] Gibilterra deposition p.417

## OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge

Based on the information reviewed as of 31 July 2024

In my opinion, the M/V Crosby Endeavor changed the trajectory of the D/B THOR once broken free from the dock. As the derrick barge moved up the bayou, the tug acted like a rudder providing significant counterclockwise yaw (to port) on the derrick barge. Without this yaw force acting on the barge, the derrick barge might not have collided with vessels in the bayou. The derrick barge might have been blown on a straighter course up the bayou without the turning effect of the M/V Crosby Endeavor.

### Analysis

**M/V Crosby Endeavor Changed the Trajectory of the D/B/ THOR**



*Figure 53 - M/V Crosby Endeavor Causing D/B THOR to Yaw to Port*

After the derrick barge broke away from Martin Dock 16, the forces of the storm caused the tug and derrick barge to sail up the bayou. The M/V Crosby Endeavor secured to the D/B THOR (without purpose) created a rudder effect on the derrick barge, steering it in directions it would not have gone if the tug had not been secured (without purpose) to the derrick barge. The tug facilitated if not caused some of the collisions of the derrick barge with vessels in Bayou Lafourche. The M/V Crosby Endeavor securing itself to the D/B THOR without a purpose for being there, showed a total disregard for the safety of the derrick barge and crew and for the safety of other vessels, crews, and property in Port Fourchon.

*Figure 53 - M/V Crosby Endeavor Causing D/B THOR to Yaw to Port* depicts the D/B THOR traveling up bayou with and without the M/V Crosby Endeavor tied to its port quarter. PortVision recorded the AIS speed of the M/V Crosby Endeavor as high as 9.4 knots while attached to the D/B THOR.

The left side of the figure depicts the D/B THOR without the M/V Crosby Endeavor attached to its port side travelling up the bayou in a direction depicted by the blue arrows, pushed by the environmental forces of the storm depicted by the black arrows. There are no additional forces causing the vessel to yaw.

The right side of the figure depicts the D/B THOR with the M/V Crosby Endeavor attached to its port side travelling up the bayou pushed by the environmental forces of the storm depicted by the black arrows. The stern of the tug traveling up the bayou at 9.4 knots experienced large forces from the bayou water pushing on the stern depicted by the red arrow. This force was transmitted to the port quarter (aft left side) of the derrick barge causing the derrick barge to yaw to port (the left) depicted by the blue arrow.

The actual trajectory of the D/B THOR up the bayou was far different than it would have been without the M/V Crosby Endeavor attached to its port side without a purpose. D/B THOR might or might not have hit any vessels. The barge might or might not have hit different vessels. The barge might have travelled at a slower speed, causing less damage.

## OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels

Based on the information reviewed as of 31 July 2024

In my opinion, Martin did not follow the Martin Hurricane Policy regarding vessels moored at Dock 16 during hazardous weather. Of the eight additional hurricanes and tropical storms analyzed, there were numerous vessels tied to Martin Dock 16 during each and every storm. Martin invoiced vessels for Dockside Space Rental during each and every storm that invoices were provided, (four storm time periods).


## Analysis

### Martin Hurricane Policy

Martin's hurricane plan was called the "Hurricane Preparedness Plan 2020." The full plan was attached as Exhibit 253 of the deposition of Terry King. The procedures of the plan are organized into five phases delineated by the time remaining until landfall. See.



**Phase IV (48-24 hours to landfall)**

- All Personnel/Customers/Clients are to be evacuated. No exceptions.
- Secure Facility.
- Lock remaining office doors.
- No Vessels moored at facility.
- Main power to offices shut down. (Utilize LO/TO process).
- Perform one last observation of facility from outside fence. Take photos with digital camera of area.
- All gates are chained and locked.
- Notify USCG, State Police (LA / TX / MS / AL depending on location), and local law enforcement that facility is evacuated. (Via cell phone while evacuating the area.)
- Notify Houston Dispatch that facility has been evacuated. (800.962.8307) (Via cell phone while evacuating the area.)

*Figure 54 - Phase 4 Procedures of Martin's Hurricane Plan*

The Phase 4 procedures were to be completed 48 to 24 hours before forecasted landfall. All personnel, customers, and clients were to be evacuated without any exceptions. No vessels were to be moored at the dock. The office and yard were to be powered down, chained, and locked.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 100

### Historical Analysis of Hurricane Policy Compliance

Databases of AIS Recordings show the location of vessels broadcasting AIS at any given time worldwide. MarineTacker.com and PortVision were used in this report. MarineTracker.com indicates that there were several vessels at Martin Dock 16 during the nine hurricanes and tropical storms studied from 2019 to 2021. During these time periods Martin never complied with their Hurricane Preparedness Plan.

### 13 July 2019, Hurricane Barry

The REEM Saltire, a Norwegian research vessel, docked at Martin 16 at 0145 UTC on 7/11/19 and departed sometime after 1800 on 14 Jul. She was docked at Martin during the hurricane. Martin 02968 and Martin 02969, shown in shown in *Appendix 18 – Hurricane Barry, 13 July 2019,* indicate that Martin provided safe harbor for this vessel and invoiced $6,887.50 for dockside space rental and security MARSEC compliance.

The L/B Great White, a US flagged liftboat measuring 148.5 ft. by 107 ft.[145], was docked at Martin 16 during the hurricane. Martin 02963, Martin 02964 and Martin 02967, shown in shown in *Appendix 18 – Hurricane Barry, 13 July 2019,* indicate that Martin provided safe harbor for this vessel and invoiced $4,302.00 for dockside space rental and security MARSEC compliance.

AIS captures of the vessels at Martin Dock 16 along with information regarding the hurricane are shown in *Appendix 18 – Hurricane Barry, 13 July 2019.*

### 08 June 2020, Tropical Storm Cristobal

Weeks Barge 111, Weeks Barge 113, T/V Miss Callie Cate, and T/V Liz Alma were provided safe harbor at Martin Dock 16 during tropical storm Cristobal[146].

Weeks 111 is a barge measuring 284 ft. by 62 ft.[147] Martin 02975 and Martin 02979, shown in shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020,* indicate that Martin provided safe harbor for seven days for this vessel and invoiced $7,350.00 for dockside space rental.

---

[145] https://www.allcoastllc.com/wp-content/uploads/Spec_Sheet_great-white.pdf
[146] Martin Invoice 750458, [Martin 02975]
[147] USCG PSIX Data Base

Weeks 113 is a barge measuring 284 ft. by 62 ft.[148]  Martin 02975 and Martin 02979, shown in shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020,* indicate that Martin provided safe harbor for six days for this vessel and invoiced $6,300.00 for dockside space rental.

The tug Miss Callie Cate is owned by Marquette Transportation Co. Offshore Inc. She is a triple screw tug rated at 3,000 hp.  Martin 02975 and Martin 02979, shown in shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020,* indicate that Martin provided safe harbor for six days for this vessel and invoiced $1,785.00 for dockside space rental.

The tug Liz Alma is owned by Bisso Towboat Company Inc. She is a twin-screw tug rated at 3,600 hp.  Martin 02975 and Martin 02979, shown in shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020,* indicate that Martin provided safe harbor for seven days for this vessel and invoiced $2,425.50 for dockside space rental.

Martin 02975 and Martin 02979, shown in shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020,* indicate that Security Fees for MARSEC Compliance was invoiced for these for vessels in the amounts of $700.00 and $600.00.

Both tugs stood by the barges during the tropical storm.  AIS captures of the vessels at Martin Dock 16 along with information regarding the tropical storm are shown in *Appendix 19 – Tropical Storm Cristobal, 08 June 2020.*


## 25 August 2020, Hurricane Marco

Three boats were moored at Martin Dock 16 during Hurricane Marco.  Two C&G 150-foot OSV's, Emelie Rose and Sophia Rose.  The Sophia Rose was tied to Martin Dock 16.  The Emelie Rose was side tied to the Sophia Rose.  The Elliot Cheramie, a 150-foot OSV, was in the south position moored to the dock.

The four tugs La Elite, La Cheval, La Madonna and La Commander were provided safe harbor at Martin Dock 16 during Hurricane Marco.

As of this writing Martin has not produced invoices for Dock 16 during this time period.  The safe harbor fees charged to these vessels are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the hurricane are shown in *Appendix 20 – Hurricane Marco, 25 August 2020.*

---

[148] USCG PSIX Data Base

### 26 August 2020, Hurricane Laura

Hurricane Laura followed very soon after Hurricane Marco. The same seven boats were provided safe harbor at Martin Dock 16 during Hurricane Marco. Two C&G 150-foot OSV's, Emelie Rose and Sophia Rose. The Sophia Rose was tied to Martin Dock 16. The Emelie Rose was side tied to the Sophia Rose. The Elliot Cheramie, a 150-foot OSV, was in the south position moored to the dock.

The four tugs La Elite, La Cheval, La Madonna and La Commander were also provided safe harbor at Martin Dock 16 during Hurricane Marco.

As of this writing Martin has not produced invoices for Dock 16 during this time period. The safe harbor fees charged to these vessels are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the hurricane are shown in *Appendix 21 – Hurricane Laura, 26 August* 2020.


### 16 September 2020, Hurricane Sally

There was an unidentified non-propelled vessel tied to Martin Dock 16 during Hurricane Sally. AIS from 0000 UTC 9/14 to 0000 UTC 9/17 showed there were several vessels moored at Martin 16. The tugs Smith Hunter and Smith Privateer appear to be assisting the unidentified barge at Martin Dock 16 during Hurricane Sally. Martin 02992 and Martin 02993, shown in shown in *Appendix 22 – Hurricane Sally, 16 September 2020,* indicate that Martin provided safe harbor for five days for these vessels and invoiced $5,225.00 for Dockside Space Rental and Security Fees, MARSEC Compliance.

The Tug American Champion also made an appearance at Martin 16 during this time, but it is uncertain if she was assisting another vessel or not. GOL Sapphire and Sophia Rose were also moored to Martin Dock 16 during part of this period.

Tugs LA Madonna, LA Elite, LA Commander, and LA Invader were moored at Martin Dock 16 during this time period.

As of this writing Martin has not produced invoices for Dock 16 during this time period other than for the Smith Hunter and barge. The safe harbor fees charged to the other vessels are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the hurricane are shown in *Appendix 22 – Hurricane Sally, 16 September 2020.*

**09 October 2020, Hurricane Delta**

The 170-foot OSV MS Megan (C&G Boats) and the tug La Madonna were docked at Martin Dock 16 for the period midnight 10/8/20 to midnight 10/10/20 (the duration of hurricane Delta). Delta went through Lake Charles, but Port Fourchon boat traffic came to a standstill during the storm. There may have been other vessels not broadcasting AIS at the Martin 16 dock in addition to MS Megan.

As of this writing Martin has not produced invoices for Dock 16 during this time period.  The safe harbor fees charged to the vessels, if any, are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the tropical storm are shown in *Appendix 23 – Hurricane Delta, 09 October 2020.*

**19 June 2021, Tropical Storm Claudette**

Eight commercial fishing vessels (80 ft long +/-) clustered in pairs or triplets and moored at Martin 16 Dock during Tropical Storm Claudette.

- Capt. Jack II, MSI 367723960
- Christian G, MMSI 367743350
- John Mary II, MMSI 367541930
- Le Family II, MMSI 368113750
- Le Family 3, MMSI 367389920
- Master Jack, MMSI 367723980
- Phi Hai, MMSI 367572230
- Princess Jasmin II, MMSI 367471790

As of this writing Martin has not produced invoices for Dock 16 during this time period.  The safe harbor fees charged to the vessels, if any, are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the tropical storm are shown in *Appendix 24 – Tropical Storm Claudette, 19 June 2021.*

**29 October 2021, Hurricane Ida**

The M/V Megan and the M/V Andi Nicol were moored at Martin Dock 16 during hurricane Ida.  M/V Megan is owned by C&G Boats.  M/V Andi Nicol is owned by Galiano Tugs.  M/V Megan arrived at Martin 6 at 1:13 UTC on 8/28 and did not depart until the hurricane had passed.  M/V Andi Nicol arrived 16:57 UTC on 8/28/21 and stayed till after the hurricane. She departed on 8/31 at 21:00 UTC.

As of this writing Martin has not produced invoices for Dock 16 during this time period. The safe harbor fees charged to the vessels, if any, are unknown.

AIS captures of the vessels at Martin Dock 16 along with information regarding the tropical storm are shown in *Appendix 25 – Hurricane Ida, 29 August 2021.*

## Conclusion

Dock 16 occupancy was examined during the following nine hurricanes and tropical storms:

- 13 July 2019, Hurricane Barry
- 08 June 2020, Tropical Storm Cristobal
- 25 August 2020, Hurricane Marco
- 26 August 2020, Hurricane Laura
- 16 September 2020, Hurricane Sally
- 09 October 2020, Hurricane Delta
- 28 October 2020, Hurricane Zeta
- 19 June 2021, Tropical Storm Claudette
- 29 October 2021, Hurricane Ida

In each and every one of these nine cases, vessels were provided safe harbor at Martin Dock 16. A claim was made that these vessels might have docked without permission of Martin, however, Martin personnel were on site when these vessels docked.

Copies of invoices were only provided for four of the above nine storms. In all four cases safe harbor fees were invoiced for Dockside Space Rental and Security Fee, MARSEC Compliance. Martin's "Dockside Space Rental and Security Fees" was a service Martin offered during these four storms. Production of the invoices for the five remaining storms will show whether or not this is one of their normal business offerings.

**In all nine cases examined, Martin did not comply with their Hurricane Preparedness Plan. Martin's inspection protocol for the bollards was not sufficient to determine the structural integrity or load capacity of the bollards, much less for determining the suitability for the bollards to hold any vessels during a hurricane. Had Martin not violated its own Hurricane Preparedness Plan the D/B THOR would not have been there in the first place.**

Martin had a business line of profiting from not following their alleged safe business policies.

## Only Vessels Transmitting AIS Are Recorded

These vessel locations are recorded AIS signals transmitted by the vessels.  Any vessel without AIS or any vessel with their AIS turned off can not and is not recorded.  The recorded AIS data used in this report is provided for all AIS transmissions received from all vessels world-wide for the past five years by MarineTraffic.com.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 106

## OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR

Based on the information reviewed as of 31 July 2024

In my opinion, Martin confirmed Sunday, the 25th of October that D/B THOR was purchasing Dockside Space Rental at Martin Dock 16 for safe harbor and while there, D/B THOR would purchase fuel and water. According to Martin's Hurricane Policy, Martin should not have given permission for D/B Thor to tie to Martin Dock 16, much less sell the derrick barge safe harbor mooring. Martin's policies prohibited vessels at their dock during a hurricane. When Martin observed that the derrick barge had no assist vessels on the day of the 27th, Martin should have advised Shore of Port Fourchon ordinance 71. Shore was a transient visitor to Fourchon, without an office or base there. Shore relied on Martin, Crosby and Dawn to comply with the port regulations.

## Analysis

### Martin Dispatcher Called Shore to Offer Dock 16

Sims testified that a Martin dispatcher phoned Shore and offered Dock 16 to Shore. It was a bit more costly than the Stone dock, but Superintendent Douglas preferred the Martin dock over the Stone dock. Shore accepted the offer to use Martin Dock 16.[149]

> 7 Q. So did you book the space at Stone?
> 8 A. Not at the time, no.
> 9 Q. And what did you do?
> 10 A. Well, I believe Martin called me and
> 11 said they had dock space available as well.
> 12 Q. All right. So at some point you had
> 13 made a call to Martin too?
> 14 A. Yes, sir.
> 15 Q. Who from Martin called you?
> 16 A. I had called the dispatcher number.
> 17 Q. And who returned the call?
> 18 A. I don't remember the guy's name.
> 19 Q. Where was that space?
> 20 A. The Martin 16 dock.
>
> 10 I -- I provided the two options to
> 11 JD and he preferred the Martin dock, so
> 12 that's where I lined up for them to go.

---

[149] Sims deposition, pp. 62, 63

Sims testified that he told the Martin dispatcher on the phone that D/B THOR would ride out the storm at Dock 16 and confirmed with him a second time on the phone:[150]

> 5 Q. Did you tell Martin in writing
> 6 anywhere that the barge was going to ride out the
> 7 hurricane at the dock?
> 8 A. Not in writing, no.
> 9 Q. But you said you told them on the
> 10 phone?
> 11 A. Yes.
> 12 Q. Did you ever confirm that with them
> 13 after that initial phone call with the
> 14 dispatcher?
> 15 A. Yes.
> 16 Q. How so?
> 17 A. Via phone call.
> 18 Q. With who?
> 19 A. Whatever that dispatcher number is I
> 20 have.
> 21 Q. So you -- so on two separate phone
> 22 calls, you said, hey, I just want you to know we
> 23 are going to be here for the storm?
> 24 A. Yes.

### Purchase Orders Stating Martin Rented Dockside Space at Martin Dock 16

Martin received two purchase order numbers from Shore, one for "Dockside Space Rental" (safe harbor) and then the following day one for fuel and water.  Martin invoiced Shore for dock rental.  It is my experience that when vessels come for fuel only, there is normally no dockage fee.  There was no discovery presented that Martin follows that industry standard, though I expect they do,

There was no doubt in Superintendent Douglas' mind that Shore had made arrangements for the safe harbor of the D/B THOR during Hurricane Zeta at Martin Dock 16:[151]

> 16       Q.   Yeah.  As far as you know, and we've seen the
> 17    emails, there was no dispute the D/B Thor was going to
> 18    this specific dock, right?
> 19       A.   Correct.
> 20       Q.   And you understand you can't just show up to
> 21    someone's dock unannounced and just say, I'm hanging
> 22    out, right?  You have to get permission?

---

[150] Sims deposition, p. 260
[151] Douglas Deposition, p. 190

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 108

```
 23          A.    Correct.
 24          Q.    And so based off of your personal experience
 25     as a superintendent, including in this situation, the
  1     dock owners and managers would have known the D/B Thor
  2     was specifically going to be mooring to that specific
  3     dock, correct?
  4          A.    Correct.
  5          Q.    And as far as you understand, everybody was
  6     aware a storm was coming for this area, right?
  7          A.    Correct.
```

Shore relied on Martin's representation that Dock 16 was suitable for the D/B THOR to ride out Hurricane Zeta.

```
 24          Q.    Did anybody from the company, Shore Offshore,
 25     inspect the Martin dock before the Thor moored to it
  1     before Hurricane Zeta?
  2          A.    Not that I'm aware of.
```

### Emails & Invoices Stating Martin Rented Shore Martin Dock 16 Safe Harbor

Even before D/B THOR picked up anchors to leave the Ship Shoal work location for a safe harbor, Bruce Stogner (Martin Utility Person/Dispatcher) confirmed with Fourchon Dispatch 16 that Martin was renting dock space to the D/B THOR and included a security fee as well. Fuel and water purchases were unknown, but dock rental was confirmed. See *Figure 55 - October 25th Email Confirming Dock Rental.*

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 109



*Figure 55 - October 25th Email Confirming Dock Rental*

Martin invoiced Shore for three days of "Dockside Space Rental" for D/B THOR and three days of "Dockside Space Rental" for cargo Barge CBR793, and three days of "Security Fee, MARSEC Compliance" (*Figure 56 - Martin Invoice for Dock Rental for D/B THOR and CBR-793*).  It is not clear why a security fee was paid for a dock without security personnel due to mandatory evacuation.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 110



*Figure 56 - Martin Invoice for Dock Rental for D/B THOR and CBR-793*

## Martin's Claim That D/B THOR Was Not Offered Dockside Space Rental at Dock 16 during Hurricane Zeta

Contrary to the evidence above, Martin stated that they believed that the derrick barge was only coming in for fuel and water but was not docking for safe harbor. This statement is illogical. D/B THOR would not shut down work offshore, be towed into a port just to purchase fuel and water with a hurricane following it, and then plan to leave the port during a hurricane. Obtaining fuel and water via a supply boat is more

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 111

economical and allows the barge to continue working. The intended actions as described by Martin are contrary to normal operating procedures.

```
10·  ·  ·Q.·  ·Okay.·  So just to follow up from that answer
11· real quick.·  So Martin's position, that the THOR was
12· not at the Martin dock to seek safe harbor during
13· Hurricane Zeta?
14·  ·  ·A.·  ·They came in. They requested fuel, water, and
15· dock services.·  That's what they requested.
```

King testified that Martin believed D/B THOR was coming in for fuel and water and then would go somewhere else for safe harbor.[152]

```
·2·  ·  ·  ·Q.·  ·Did you see anything in any of that
·3·  ·  correspondence where Martin put Shore on notice that
·4·  ·  they would not be able to remain at the dock for the
·5·  ·  hurricane?
·6·  ·  ·A.·  ·Well, I did not see that.·  But I also did not
·7·  ·  know, or have seen anything, that would indicate the
·8·  ·  vessel was going to stay at the dock.·  They had plenty
·9·  ·  of time to get in there, and get their products, and
10·  ·  get away from the dock, and find another docking area
11·  ·  in the Port of Fourchon, but they didn't.
12·  ·  ·  ·  ·  We didn't know they were going to stay until
13·  ·  it was at the point of no return.·  It was too late in
14·  ·  the timing.
```

Contrary to his testimony, fueling the D/B THOR did not end until 1600 CDT on 27 October. D/B THOR did not have time to unmoor, go under tow, and moor again at a different dock because mooring for Hurricane Zeta took the crew of D/B THOR the entire day of the 27th to accomplish.[153]

```
·7·  ·  ·  ·Q.·  ·(BY MR. REISMAN:) 857.·  So that's the
·8·  Declaration of Inspection, or the DOI?
·9·  ·  ·  ·A.·  ·Yes.
10·  ·  ·  ·Q.·  ·And it shows that the transfer of fuel began
11·  at -- on October 27th, at 2:00 p.m. right?
12·  ·  ·  ·A.·  ·Yes.
13·  ·  ·  ·Q.·  ·And it was completed at 16:05, or 4:05 p.m.,
14·  correct?
15·  ·  ·  ·A.·  ·Yes.
```

---

[152] King deposition, p. 245
[153] King deposition, p. 246

Martin should have and could have begun refueling the night of the 26th after the derrick barge arrived if Martin genuinely believed the D/B THOR was going to seek safe harbor elsewhere.

King was not aware that anyone from Martin confirmed how many days the D/B THOR planned to stay at Martin's Dock 16:[154]

> ·4· · · ·Q.· ·And I think I asked this, but just so -- I'm
> ·5· sure that I did.· When the THOR contacted Martin and
> ·6· made arrangements to come to the dock, did anybody from
> ·7· Martin ask "How long are you going to be here?"
> ·8· · · ·A.· ·Not that I'm aware of.

## Martin Hurricane Policy

Martin's hurricane plan was called the "Hurricane Preparedness Plan 2020." The full plan was attached as Exhibit 253 of the deposition of Terry King. The procedures of the plan are organized into five phases delineated by the time remaining until expected landfall of the storm. See *Figure 57 - Phase 4 Procedures of Martin's Hurricane Plan.*



**Phase IV (48-24 hours to landfall)**
- All Personnel/Customers/Clients are to be evacuated. No exceptions.
- Secure Facility.
- Lock remaining office doors.
- No Vessels moored at facility.
- Main power to offices shut down. (Utilize LO/TO process).
- Perform one last observation of facility from outside fence. Take photos with digital camera of area.
- All gates are chained and locked.
- Notify USCG, State Police (LA / TX / MS / AL depending on location), and local law enforcement that facility is evacuated. (Via cell phone while evacuating the area.)
- Notify Houston Dispatch that facility has been evacuated. (800.962.8307) (Via cell phone while evacuating the area.)

*Figure 57 - Phase 4 Procedures of Martin's Hurricane Plan*

Martin's Phase 4 procedures were to be completed 48 to 24 hours before forecasted landfall. All personnel, customers, and clients were to be evacuated without any exceptions. **No vessels were to be moored at the dock.** The office and yard were to be powered down, chained, and locked.

Martin did not follow these procedures. They charged Shore a "Dockside Space Rental" fee to provide the D/B THOR and associated materials barge safe harbor by mooring at

---

[154] King deposition, p. 251

Martin's Dock 16 during Hurricane Zeta.  They did not evacuate all personnel because the vessels had to be manned.  They could not lock down the facility as this would lock in the occupants of the vessels and cut off a potential escape route.

In his deposition, the corporate representative of Martin, Terry King, testified:[155]

```
15· · · ·Q.· ·Okay.· So let's look at the first bullet
16· point there.· And it says "All personnel, customers,
17· clients are to be evacuated, no exceptions," right?
18· · · ·A.· ·Yeah.

22· · · ·A.· ·It was an exception to our policy because
23· they didn't have time to relocate someplace else.

·2· · · ·Q.· ·Would you agree, though, that allowing them
·3· to say violates the plain language of this policy?
·
·9· · · ·A.· ·As written, yes.

20· · · ·Q.· ·Yeah.· Would you agree that allowing the THOR
21· to be moored at the Martin dock during Hurricane Zeta
22· is in violation of the policy under phase 4, no vessels
23· moored at facility?

25· · · ·A.· ·Based upon the writing, as written, yes.
·1· · · ·Q.· ·(BY MR. ALTMYER:) Okay.
·2· · · ·A.· ·But we made an exception for the THOR because
·3· of the timing, the imminent impact of the hurricane.
```

However, Shore contacted Martin looking for dock space on 25 October at which time Martin rented dock space to the Shore's vessels three full days before the hurricane. This action controverts the testimony "But we made an exception for the THOR because·of the timing, the imminent impact of the hurricane."

Shore had the expectation that Martin allowed vessels to use their dock during hurricanes because of their experience the month prior utilizing the Martin dock in Galveston as a hurricane safe harbor.[156]

```
9 Q. Did Martin's dock tell you
10 absolutely not, we have a policy in place that
11 there is no vessel mooring at our facilities
12 during hurricanes?
13 A. No. Because I would have assumed
14 that would have been told the month prior when
15 the THOR went to the Martin dock in Galveston.
16 Q. Sure. And when you talked to them,
```

---

[155] King deposition pp. 179-181
[156] Sims deposition, p. 525

**17 was that information communicated to you, that**
**18 Martin has a policy that no vessels are allowed**
**19 to moor at Martin's dock during hurricanes?**
**20 A. No.**
**21 Q. Okay. Did they provide you with the**
**22 Martin's hurricane preparedness plan?**
**23 A. No.**

Furthermore, Martin seldom if ever followed their hurricane Policy.  See *OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels.*

Shore's D/B THOR could have gone to the Stone Dock for safe harbor and purchased fuel and water there had Martin advised them timely that Martin's Hurricane Preparedness Plan prohibited vessels from using the Martin Dock 16 during hurricanes.[157]

**25 If the person from Martin's you**
**1 spoke to on the phone prior to -- to the**
**2 hurricane had told you, we don't allow vessels to**
**3 moor at our docks during hurricanes and there are**
**4 no exceptions to this policy, is there any doubt**
**5 in your mind you would have gone to another dock**
**6 to moor the THOR --**
**7 MR. MCMAHON:**
**8 Object --**
**9 BY MR. GRINNAN:**
**10 Q. -- during the hurricane?**
**11 MR. MCMAHON:**
**12 Objection.**
**13 THE WITNESS:**
**14 No. We would have went to the Stone**
**15 dock if that was Martin's policy.**

## Martin Did Not Ascertain That Its Dock 16 Was Capable of Handling the D/B THOR

King, the COO and Sr. Vice President of Martin, stated that he made an exception to the Martin hurricane policy by allowing the D/B THOR to be at the Martin dock during the hurricane.  He did so without knowing the dimensions or any particulars of the derrick barge.  He testified:[158]

`In advance of a storm knowing the`

---

[157] Sims Deposition, pp. 531, 532
[158] King deposition, p.48

```
18· specifications of a barge or a vessel would be
19· important for Martin to know before agreeing to allow a
20· barge or a vessel to moor at Martin's dock?
21· · · ·A.· ·No.
```

Further, there were leasehold requirements regarding vessels at Martin's dock not occupying more than 200 feet into the bayou.  King did not verify that requirement.[159]  King did not know the vessels would comply with the mooring distance limitation at the time he made the exception to his policy.[160]

Martin did not know whether or not the dock bollards were strong enough to hold the D/B THOR in place when the policy exception was made:[161]

```
·4· · · ·Q.· ·Yes.· Correct.· Okay.· Martin did not know.
·5· So it goes to say, then, that when Martin agreed to
·6· allow the THOR to moor to its dock during the hurricane
·7· Martin did not know whether or not the bollard shad
·8· sufficient load capacities to hold the THOR at the dock
·9· during hurricane force conditions?
10· · · · · · · · · MR. MCMAHON:· Objection.
11· · · ·A.· ·Repeat the question, please.
12· · · ·Q.· ·(BY MR. ALTMYER:) Yeah.
13· · · · · · · · · MR. ALTMYER:· So can you read the
14· question back for me?
15· · · · · · · (Whereupon reporter complies.)
16· · · ·A.· ·No.
17· · · ·Q.· ·(BY MR. ALTMYER:) No, meaning Martin did not
18· know the load capacities?
19· · · ·A.· ·That's right.
```

## Ordinance 71 of Port Fourchon

On 9 September 2009, the Greater Lafourche Port Commission passed Ordinance 71 requiring an assist vessel for non-self-propelled vessels during a hurricane.  See *Figure 48 - Excerpt from Ordinance 71*.  When Martin observed the M/V Crosby Endeavor depart the day before the landfall of Zeta, as a lessee of the Greater Lafourche Port Commission, they should have notified Shore that a capable assist vessel was required for the D/B THOR to remain at their Martin Dock 16.

---

[159] Note that *Appendix 9 – Lease Plat of Martin's Dock 16* shows that moored vessels are allowed a maximum of 200 feet into the bayou.  D/B THOR's beam was 137.8 feet, and the M/V Crosby Endeavor's beam was 40.1 ft.  They total 177,9 feet, which satisfied the ordinance.
[160] Sims sent the "barge specs and material barge specs to the dispatcher.  King was not aware.  Sims deposition, p. 260
[161] King deposition, p.61

## OPINION 8 –Communications Were Ineffective

Based on the information reviewed as of 31 July 2024

In my opinion, the D/B THOR depended on the licensed seamen of the M/V Crosby Endeavor for maritime tasks. Most of these tasks (e.g., towing and running anchors) are routine and a minimum of discussion and coordination is sufficient. Assisting the derrick barge to maintain its moorings in a hurricane was not routine. It was the responsibility of the M/V Crosby Endeavor and required effective communication to be accomplished without detailed instructions on procedures from the barge non-mariners.

## Analysis

### No Licensed Mariners on the D/B THOR

Derrick barges rely on tugs such as the M/V Crosby Endeavor to provide all navigational requirements such as moving the barge from location to location, setting the anchors, and assisting with docking.

The tug tows the derrick barge to the work site. Once on location the tug receives the pennant wire (also known as crownwire) and anchor buoy (also known as crownbuoy) from the barge and attaches one of the barge's mooring anchors to its stern. The anchor is run out to a location as directed by the barge and the tug lowers the anchor to the sea floor on its pennant wire. The wire is released with a buoy attached marking the surface location of where the anchor is set in the sea floor. See *Figure 47 – Anchor and Pennant Wire Configuration.* This process is repeated eight times, once for each anchor. See *Figure 58 - Mooring Spread With 6 of 8 Anchors Deployed.*

At the location of the work, the barge changes its location by the personnel of the D/B THOR using the eight anchor winches to heave in on some anchor cables and ease out on others. Barge movement is limited to the available anchor wire available on the anchor winches. The crew of the M/V Crosby Endeavor did not participate in moving the barge by anchor winch.

The process is reversed when it is time to leave the location. Each anchor is retrieved by the tug as the barge pulls in the anchor cable and the anchor is delivered to the anchor rack of the barge. The pennant wire and buoy are then retrieved by the barge by crane and placed on the barge deck.

Non-self-propelled derrick barges rely on the tug and its licensed mariners to move the barge except for the limited movement accomplished with the barge anchors by the barge crew.



*Figure 58 - Mooring Spread With 6 of 8 Anchors Deployed*

Maneuvering the barge on anchors is a specialized skill and does not require the training of a licensed mariner. Setting and retrieving the eight barge anchors and towing the barge require vessel captain skills for the operation of tug's. Mr. Joe ("JD") Douglas was the superintendent of the barge during the breakaway. Superintendent Douglas was an experienced superintendent on the D/B THOR for twelve years.[162]

Superintendent Douglas has worked on dozens of derrick barges with experience in all deck functions, starting at the bottom as a rigger and working his way up through leader man, foreman, and finally superintendent.[163]

Superintendent Douglas experienced many hurricanes in a derrick barge tied to a dock without any damage or breakaway. He listed several docks in his deposition:[164]

```
25          Q.  Had -- had you had experience riding out a
```

---

[162] Deposition of Joe Douglas, p26 – first on the D/B William Kallop (Offshore Specialists, 2010-2018) which was renamed the D/B THOR (Shore Offshore, 2018 to 2020) for a total of 12 years as superintendent of this derrick barge.
[163] Douglas deposition, p. 566
[164] Douglas deposition, p. 303

```
 1    hurricane on the Thor before the Zeta hurricane?
 2        A.   Yes.
 3        Q.   Which hurricane was that?
 4        A.   Quite a few of them.  I don't recall.
 5        Q.   Well, did you ride any out offshore?
 6        A.   Tropical storms, never a hurricane.
 7        Q.   So where did you ride out hurricanes on the
 8    Thor?
 9        A.   Different docks.
10        Q.   Which docks?
11        A.   Different ports.
12        Q.   Could you give me an idea of which docks or
13    ports you were at?
14        A.   Mobile, Pascagoula, Houma, Galveston, Corpus
15    Christi.
```

## Licensed Mariners on the M/V Crosby Endeavor

Towing and anchor-handling from a self-propelled vessel takes a completely different set of skills learned by vessel captains.  Anchor handling towboat masters are some of the highest-paid and most sought-after captains in the offshore oilfield industry.

These tugs are designed to tow heavy vessels using towlines running from their aft facing winches.  These steel tow cables are strong and can endure the forces required to tow the barge.  In close quarters (such as Bayou Lafourche) assist tugs are required to push and pull the barge around corners and obstacles while the tug tows the barge up the bayou.

These tugs are not capable of giving the same athwartship thrust in a side tow configuration as the assist tugs were able to provide.  The nylon mooring lines cannot hold the same forces of a steel towing line.  The bow thruster is designed to operate with a stern tow or with no tow but not with a side tow.  Only licensed mariners in the towing industry are expected to have this knowledge.  Persons in charge of derrick barge operations depend on the expertise of their chartered tugboat company to provide the proper equipment and configuration for the intended use.

 "Work as Directed" is fine for "move this anchor to this position" or "go under tow to the following location" or "stop tow at this location".  But it is not possible for the responsibilities of the Master of a self-propelled tug to be transferred or abdicated to a non-self-propelled derrick barge superintendent regarding maritime operations such as dock assistance.

### "Working as Directed" vs. Detailed Procedures

Towing, anchoring, and mooring a non-self-propelled derrick barge by a tugboat requires collaborative communication from both parties. Detailed Procedures of the tasks associated with these operations are not necessary by either party. The tug does not allow the barge personnel to prescribe <u>how</u> the pennant line winching and release are to be done, nor does the derrick barge personnel allow the tug crew to prescribe <u>how</u> to operate the barge anchor winches. The mantra "Work as Directed" does not define the line between Known Procedures and Unknown Procedures.

The line between "Work as Directed" and Detailed Procedures is well known for routine tasks such as anchor handling and towing which are performed frequently. The task of assisting a moored non-self-propelled derrick barge by a powerful tugboat during a hurricane is not routine. Only the tugboat has crew skills and boat power to accomplish the task and therefore is responsible for performing them. Effective communication is required.

The crew of the M/V Crosby Endeavor was responsible for making sure that there was adequate communication to provide the information required for them to assist the derrick barge (which was to hold the barge to the dock.) Not only did they not ensure effective communication as to the task of assisting, but they did not even have their engines running and lost valuable time starting the engines after the barge broke away.

**When the D/B THOR wanted to be towed to Port Fourchon, it issued the "Working as Directed" command to tow us to Port Fourchon, not how to tow us to Port Fourchon. When the D/B THOR wanted the port bow anchor run out 1500 ft., it issued the "Working as Directed" command to run out the port bow anchor 1500 ft., not how to run out anchor. When the D/B THOR wanted assistance to maintain its dock mooring, it issued the "Working as Directed" command for assistance, not how to provide that assistance. The M/V Crosby Endeavor was unable to provide that assistance did not notify the D/B THOR it was incapable and maintained its damaging mooring alongside the derrick barge.**

### Inadequate Communication

Crosby failed to notify Shore that the M/V Crosby Endeavor was not adequate for the assigned job of assisting the derrick barge because she did not have enough bow thruster power to push sidewards on the D/B THOR effectively. See *OPINION 1 –M/V Crosby Endeavor Was Deficient and Failed to Warn* of Its Deficiencies.)

Crosby failed to notify that the M/V Crosby Endeavor was not adequate for the assigned job of assisting because the height and shape of her bow were not designed

to push the D/B THOR. According to Capt. Everrett, M/V Crosby Endeavor's point of contact with the D/B THOR would have been the sharp bare metal ice breaker bow of the tugboat[165]

> 10 Q Okay. And we're going to go into
> 11 more detail about communications you had with
> 12 the THOR. But just generally speaking, since
> 13 we just mentioned this, did you request to tie
> 14 up differently to the THOR?
> 15 A No, because of the size of the
> 16 vessel that I have and the configuration of
> 17 it, it's not really a good idea, unless you're
> 18 against something that's very tall, like a
> 19 ship, because I have only a small piece of
> 20 bumpering, and below that bumpering is the
> 21 nose of the vessel, sharp steel. It's an
> 22 ice-class tug, and I would have -- if I had
> 23 come up over, it would just -- it would be
> 24 metal onto the barge, and just cut a hole in
> 25 it, you know. So I don't push on anything
>  1 unless it's a ship, as a general rule.

The M/V Crosby Endeavor crew failed to notify the personnel of the D/B THOR that they would do only each task they were specifically instructed to do, as opposed to the division of duties between mariner tasks and barge work as directed tasks.

> 19        Q.   Did they ever tell you that it's the Crosby
> 20 Endeavor's understanding that they weren't going to do
> 21 anything until you expressly told them?
> 22    A.   No.
> 23        Q.   If shoreside management had told you, Hey, the
> 24 Crosby Endeavor is here as an assist tug, and they're
> 25 not going to do anything until you specifically tell  1  them to
> do something, whenever you saw this weather
>  2 deteriorating, you would have told them, Hey, you need
>  3 to be putting pressure on me to keep me into the dock,
>  4 right?
>  5              MR. GUILLOT:  Form.
>  6    A.   I mean, a licensed seasoned boat captain knows
>  7 what he's there for.  He is my lifeline.  He is to make
>  8 sure I stay at that dock.[166]

> 15        Q.   Would you, based off of your experience of
> 16 interacting with captains over 12 years as a barge -- a

---

[165] Everrett deposition, p.77
[166] Douglas deposition, pp. 195, 196

```
17    superintendent, would you believe that the captain of
18    the Crosby Endeavor was acting as an incompetent
19    captain by just allowing you to sit there as a sitting
20    duck with storm surge coming at you?
21              MR. REISMAN:  Object to the form.
22              MS. KUEBEL:  Objection; form.
23    A.   Yes.[167]
```

Crosby failed to notify Shore that in addition to loading groceries, the M/V Crosby Endeavor was going to the Crosby dock for engine repairs including replacing some fuel injectors.  There is controversy as to whether or not testing of the repairs were completed on the engines and if so, the manner and length of time they were tested. [168] Crosby failed to notify Shore that the tests, if run, proved whether the vessel was seaworthy or not.[169]

```
19 Q So if you didn't know that these --
20 or don't recall that these fuel injectors were
21 changed, it stands to reason, you never told
22 anybody on the THOR about this maintenance
23 having been performed on the ENDEAVOR, on
24 October 27th, correct?
3 A I don't remember that.
5 Q Right. But all that they'd know is
6 that you went back for groceries and supplies,
7 right?
11 Q You have no basis to dispute that
12 that's what they were told?
13 A Yes.
```

Dawn failed to notify that the M/V Crosby Endeavor was not adequate for the assigned job of assisting because she did not have the power to side-push and was not designed to push with her bow.  Dawn failed to notify the personnel of the D/B THOR that they would do only each task they were specifically instructed to do, as opposed to the non-micromanaged manner they normally "Worked as Directed." See OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate.

Martin failed to notify Shore, Crosby, or Dawn that their company policy did not allow vessels (much less derrick barges) to moor at their dock 16 during hurricanes.  It is the policy of fuel companies to waive dockage fees for vessels buying fuel and water from the fuel company.  However, Martin agreed to the barge dockage during the

---

[167] Douglas deposition, p. 200
[168] Plaisance deposition, pp. 229 through 237
[169] Plaisance deposition, p. 238

storm by charging them a dockage fee.  See *OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels.*

Martin failed to notify anyone that the dock 16 bollards might not be strong enough to hold the D/B THOR.  Superintendent Douglas testified:[170]

```
1           Q.   Okay.  At any point in time between the time
2      you knew you were going to this dock in Port Fourchon
3      to the time this accident happened, did anybody tell
4      you that the mooring bitts on this dock may not be
5      strong enough to hold the D/B Thor?
6           A.   No.
```

Martin confirmed that they did not know if the bollards on Dock 16 could hold the D/B THOR to their dock.[171]

```
20· · · ·Q.· ·Okay.· Was that -- was the fact that Martin
21· did not know the load capacities of the bollards ever
22· conveyed to the THOR interest prior to the incident?
23· · · ·A.· ·I'm not aware of that being conveyed to the
24· THOR.· They were told to check their mooring lines.
```

---

[170] Douglas deposition, p. 190
[171] King deposition, p. 61

**Summary of Opinions and Conclusions**

I have based the following opinions on the information reviewed as of 31 July 2024, the results of my root cause analysis, and my experience as a licensed master and safety professional.

This report is limited in scope to the operations of the D/B THOR and the tugboat M/V Crosby Endeavor, and the working relationship between Shore Offshore (& affiliates) and Crosby Tugs (& affiliates) regarding the breakaway of the D/B THOR during Hurricane Zeta, 28 October 2020.

**OPINION 1 – M/V Crosby Endeavor Was Deficient and Failed to Warn of Its Deficiencies**

In my opinion, the crew of the D/B THOR relied on the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The bow thruster of the M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration nor was the tug's bow designed to push on the D/B THOR. The crew of the M/V Crosby Endeavor and the management of Crosby Marine Transportation, LLC and/or Crosby Tugs, LLC failed to notify the crew of the D/B THOR that the tug was not capable to perform its assigned duties of assisting by pushing the barge against the dock and failed to arrange for a proper tug capable of assisting the D/B THOR.

**OPINION 2 – Dawn Failed to Provide an Adequate Tug and Failed to Warn That the Tug Provided Was Inadequate**

In my opinion, Shore believed Dawn chartered the M/V Crosby Endeavor for the purpose of towing, running anchors, and assisting the D/B THOR at the dock. The M/V Crosby Endeavor was not powerful enough to assist in its side tie configuration at the dock. The tug's bow was not designed to push on the D/B THOR. Dawn failed to notify Shore that the tug was not capable of assisting by keeping the D/B THOR on the dock. Dawn failed to broker a vessel able to perform its required tasks.

**OPINION 3 – M/V Crosby Endeavor Engines Were Off prior to the Breakaway**

In my opinion, the engine logs, the deck logs of the M/V Crosby Endeavor, and related testimony indicate that the engines were not running from 0800 to 1600 on 28 October 2020 and were not ready to be used to assist the D/B Thor prior to the breakaway.

**OPINION 4 – The M/V Crosby Endeavor Added Stress to the Barge Mooring Lines**

In my opinion, the M/V Crosby Endeavor could not have assisted the D/B THOR during the storm. Therefore, there was no reason for the tug to be secured out in the bayou to the barge. By mooring alongside the D/B THOR, the tug added extra environmental forces to the mooring lines of the barge facilitating if not causing the breakaway.

**OPINION 5 – The M/V Crosby Endeavor Changed the Trajectory of the Barge**

n my opinion, the M/V Crosby Endeavor changed the trajectory of the D/B THOR once broken free from the dock. As the derrick barge moved up the bayou, the tug acted like a rudder providing significant counterclockwise yaw (to port) on the derrick barge. Without this yaw force acting on the barge, the derrick barge might not have collided with vessels in the bayou. The derrick barge might have been blown on a straighter course up the bayou without the turning effect of the M/V Crosby Endeavor.

**OPINION 6 – Martin Frequently Used Dock 16 as a Hurricane Refuge to Vessels**

In my opinion, Martin did not follow the Martin Hurricane Policy regarding vessels moored at Dock 16 during hazardous weather. Of the eight additional hurricanes and tropical storms analyzed, there were numerous vessels tied to Martin Dock 16 during each and every storm. Martin invoiced vessels for Dockside Space Rental during each and every storm that invoices were provided, (four storm time periods).

**OPINION 7 – Martin Offered Hurricane Refuge to D/B THOR**

In my opinion, Martin confirmed Sunday, the 25th of October that D/B THOR was purchasing Dockside Space Rental at Martin Dock 16 for safe harbor and while there, D/B THOR would purchase fuel and water. According to Martin's Hurricane Policy, Martin should not have given permission for D/B Thor to tie to Martin Dock 16, much less sell the derrick barge safe harbor mooring. Martin's policies prohibited vessels at their dock during a hurricane. When Martin observed that the derrick barge had no assist vessels on the day of the 27th, Martin should have advised Shore of Port Fourchon ordinance 71. Shore was a transient visitor to Fourchon, without an office or base there. Shore relied on Martin, Crosby and Dawn to comply with the port regulations.

## OPINION 8 –Communications Were Ineffective

In my opinion, the D/B THOR depended on the licensed seamen of the M/V Crosby Endeavor for maritime tasks. Most of these tasks (e.g., towing and running anchors) are routine and a minimum of discussion and coordination is sufficient. Assisting the derrick barge to maintain its moorings in a hurricane was not routine. It was the responsibility of the M/V Crosby Endeavor and required effective communication to be accomplished without detailed instructions on procedures from the barge non-mariners.

## SUMMARY OF OPINIONS

In summary, for the reasons above it is my opinion that the actions and omissions of Dawn, Crosby, and Martin are equally the root causes of this incident.

Nothing about this report should be considered an exhaustive discussion of every fact and/or opinion I may hold. My review and analysis of this accident is not complete and the opinions I have offered in this report are based on a continuing analysis of the materials related to this matter as I receive them. As such, I reserve the right to supplement and/or change these opinions based on additional information that may be available to me in the future.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 126

**Any words used in this report that may have a legal definition are not used in that sense.  They are used in the vernacular of a seaman, not an attorney.**  I do not have legal training and do not purport to form any legal opinions in this report. These opinions are those of a licensed sea captain and certified safety professional with 50 years of work experience and four college degrees.

*Gregory Daley*

Captain Gregory C. Daley

Dated:    31 July 2024

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 127

## QUALIFICATIONS WITH EXHIBITS

I hold current United States Merchant Mariner Credentials in continuance as Master of Self-Propelled Vessels of Unlimited Tonnage on Oceans.  I have worked as a master of oilfield supply vessels and crewboats, in the Gulf of Mexico as well as performing voyages world-wide.  In addition to many non-oilfield related commands, I have been the master of vessels in a variety of locations in North & South America, Central America (including the Panama Canal), Asia, and Africa.  I and my crew have delivered over 50 vessels worldwide.  The longest delivery (PSV Gubert Tide, 2,308 ITC tons) was an 8,800 nautical mile voyage from Singapore to Abidjan, Côte d'Ivoire, Africa through the Malacca Straits and rounding the Cape of Good Hope.

I worked on Ingram's DB-5 in the Bass Straits off Southern Australia in 1969.  The barge was a combination derrick / lay barge.  We were laying 26" pipe for Esso.  Several large storms required us to shutdown and lay the pipe in the stinger on the sea floor.

I worked on the Italian derrick barge Micoperi 26 at Eldfisk 2/7A in the North Sea for Phillips Petroleum in 1976 and 1977.  We encountered several severe storms, one with waves up to 80 feet.

I have been qualified as an expert in Marine Operations, Marine Safety, Marine Navigation, and Marine Regulations in U.S. District Courts in the Eastern District of Louisiana, in the Western District of Louisiana, and in the Western District of Tennessee.  I have provided expert testimony in jury trials before Judge Barry Ashe, Judge Susie Morgan, and Judge Lance M. Africk and in bench trials before Judge Donald E. Walter, Judge Carl Barbier, and Judge Sheryl H. Lipman.

I have hands-on, in-depth experience with offshore crane loading, offloading and backloading cargo including personnel baskets, tubulars, containers, pallets, cutting baskets, spools of wire, super-sacks, portable tanks, pieces of equipment, etc. I have been responsible for the loading, offloading, and backloading of dry bulk in the form of cement and barite, and wet bulk in the form of fuel, drill water, potable water, oil-based mud, base oil, brines (CaCl & KCl), and supersaturated brine.

As the Master of my vessel, I had ultimate responsibility for the safety of my crew and clients onboard during these operations. Not one of my crew members or clients has been killed, sustained lost-time injuries, or fallen overboard under my command as master of a vessel.

I am a Certified Safety Professional (CSP) of the American Society of Safety Professionals (ASSP). I am an Associate Fellow of the Nautical Institute (AFNI) of London. I am a past member of the Association of Crane and Rigging Professionals

(ACRP). I am a past member of the Society of Naval Architects and Marine Engineers (SNAME).

I used my extensive meteorological studies and experiences to understand and describe maritime meteorological forecasts and observations associated with hurricanes, storms, and sea states. I have studied and experienced the meaning of significant wave heights used in maritime meteorology. See page 11 of my CV for details.

Vessels under my command have undergone many U.S. Coast Guard and ABS (American Bureau of Shipping) annual inspections. I have been given the highest regard for the training of my crew and the condition of my vessel. My goal as a safety-minded master, is to make the drills and safety meetings interesting and enjoyable for the participation of the crew, enabling them to learn emergency procedures well and perform them instinctively in the event of an actual emergency. None of my crewmembers or I have ever failed a U.S. Coast Guard or ABS safety drill.

Exhibit A is a copy of my Curriculum Vitae.

Exhibit B is a list of cases for which I have provided expert witness testimony in the past four years.

Exhibit C is a copy of my fee schedule.

**Table of Figures**

Figure 1 - Nautical Terminology ...................................................................... 13

Figure 2 - D/B THOR - Starboard Profile......................................................... 13

Figure 3 - D/B THOR – Main Deck.................................................................... 14

Figure 4 - Vessels Move in Six Degrees of Freedom...................................... 14

Figure 5 - Measures to Implement for Condition Zulu ................................. 20

Figure 6 - MMS Designation of Ship Shoal South Addition Lease Blocks .................. 25

Figure 7 - M/V Crosby Endeavor at SS 259 JA ............................................. 26

Figure 8 - Google Earth Pro Measurement of SS259 to Port Fourchon ..................... 27

Figure 9 - M/V Crosby Endeavor Begins Tow at 2210 on 26 October......................... 28

Figure 10 - M/V Crosby Endeavor Towing D/B Thor at 5 knots ................................ 29

Figure 11 - The Tow Entering Belle Pass ....................................................... 30

Figure 12 - Towing Around a Corner in Bayou Lafourche ........................................ 31

Figure 13 - Martin Dock 16 (Port Fourchon Lease 501 A & B) ................................. 32

Figure 14 - Martin Dock 16 Bounded by Red Lines. ............................................. 33

Figure 15 - D/B Thor Moored to the Martin Dock 16........................................... 34

Figure 16 - Best Track Positions for Hurricane Zeta, 24–29 October 2020 ................. 36

Figure 17 - Maximum Sustained Surface Wind Speed Curve for Hurricane Zeta........ 37

Figure 18 - Rainfall accumulations (inches) from Hurricane Zeta .............................. 39

Figure 19 - Homogeneous Track Forecast Error Comparison of NHC Official Forecasts (Black) with Selected Guidance Models (in nm) for Hurricane Zeta, 24-29 October 2020. ................................................................... 41

Figure 20 - NHC Official Forecast and Track Guidance through 96 h for 1800 UTC 24 October ................................................................................... 42

Figure 21 - NHC Official Forecast and Track Guidance through 96 h for 1200 UTC 25 October ................................................................................... 43

Figure 22 - (a) All NHC official track forecasts made for Zeta through Louisiana landfall, (b) as in (a) but for HCCA model track forecasts, (c) as in (a) but for GFS model track forecasts, (d) as in (a) but for UKMET model track forecasts,................... 44

Figure 23 - Homogeneous intensity forecast error comparison of NHC official forecasts (black) with selected guidance models (in kt) for Hurricane Zeta, 24–29 October 2020. ................................................................................... 45

Figure 24 – Table of Storm and Surge Watches and Warnings Issued ........................ 46

Figure 25 - NHC Issued Tropical Storm and Hurricane Watches at 1600 CDT on 10/26/2020....................................................................................... 47

Figure 26 - NHC Issued Tropical Storm and Hurricane Warnings at 0400 CDT on 10/27/2020....................................................................................... 47

Figure 27 - NHC Issued a Storm Surge Watch at 1600 CDT on 10/26/2020. ............ 49

Figure 28 - NHC Issued a Storm Surge Warning at 0400 CDT on 10/27/2020. ......... 49

Figure 29 - 10/23/2020 NHC Track Forecast for Hurricane Zeta (Invest 95L) ........... 51

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 130

Figure 30 - 10/23/20 Spaghetti Models for Hurricane Zeta (Invest 95L) ....................52
Figure 31 - Photo of D/B THOR Performing a Heavy Lift ...........................................53
Figure 32 - Selected Particulars of the D/B THOR.....................................................54
Figure 33 - Plan View of the Main Deck.....................................................................55
Figure 34 - Profile View of the Starboard Side ..........................................................56
Figure 35 - USCG PSIX Data for the D/B THOR.........................................................57
Figure 36 – Specifications of the M/V Crosby Endeavor ............................................59
Figure 37 - Bates Crosby 002494...............................................................................60
Figure 38 - Certificate of Inspection, Endeavor, Page 1 ............................................62
Figure 39 - Certificate of Inspection, Endeavor, Page 2............................................63
Figure 40 - USCG PSIX Data for the M/V Crosby Endeavor.......................................64
Figure 41 - LA Elite US Coast Guard PSIX Data ........................................................65
Figure 42 - LA Elite Specification Sheet.....................................................................66
Figure 43 - LA Madonna US Coast Guard PSIX Data..................................................67
Figure 44 - LA Madonna Specification Sheet .............................................................68
Figure 45 - Calendar of Events, October 2020 ...........................................................69
Figure 46 - Ephemeris Data for WD 90B on 30 January 2021 ....................................72
Figure 47 – Anchor and Pennant Wire Configuration.................................................74
Figure 48 - Excerpt from Ordinance 71 .....................................................................77
Figure 49 – 26 Oct 2020 M/V Crosby Endeavor Engine Room Log Excerpt................83
Figure 50 – 28 Oct 2020 M/V Crosby Endeavor Engine Room Log Excerpt................85
Figure 51 - Tabulation of Engine Run time from Engine Total Time...........................86
Figure 52 - Environmental Forces on Dock Lines ......................................................95
Figure 53 - M/V Crosby Endeavor Causing D/B THOR to Yaw to Port.......................98
Figure 54 - Phase 4 Procedures of Martin's Hurricane Plan ....................................100
Figure 55 - October 25th Email Confirming Dock Rental...........................................110
Figure 56 - Martin Invoice for Dock Rental for D/B THOR and CBR-793 .................111
Figure 57 - Phase 4 Procedures of Martin's Hurricane Plan ....................................113
Figure 58 - Mooring Spread With 6 of 8 Anchors Deployed .....................................118

Note:  The photos and figures in this report are produced in color.  This report is intended to be reproduced in color to convey the content and the intent of the photos and figures.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 131

**Work Performed in Preparation of this Opinion.**

I have reviewed and considered the following information in the formation of my opinions:

**Crosby Discovery Files by Bates Numbers**

- CROSBY 000001-000081 Correspondence CROSBY.pdf
- CROSBY 000082-000445 Email reports from StormGeo.pdf
- CROSBY 000446-000456 Vessel Logs.pdf
- CROSBY 000457-000473 Engine Room Logs .pdf
- CROSBY 000474-000886 Towing Safety & Environmental Management System Manual 4.2013.pdf
- CROSBY 000887-001418 Towing Safety & Environmental Management System Manual 2.2022.pdf
- CROSBY 001419-001420 USCG New Orleans Marine Safety Information Bulletin.pdf
- CROSBY 001421 USCG Houma Morgan City Marine Safety Information Bulletin.pdf
- CROSBY 001422-001516 USCG Local Notice to Mariners.pdf
- CROSBY 001517-001605 Personnel File of Ernest Plasiance.pdf
- CROSBY 001606-001677 Personnel File of Harris Solomon.pdf
- CROSBY 001678-001845 Personnel File of Rene Artigos.pdf
- CROSBY 001846-002059 Personnel File of Teddy Collins.pdf
- CROSBY 002060-002161 Personnel File of Walter Everett.pdf
- CROSBY 002162-002174 Invoices for Services rendered by the ENDEAVOR.pdf
- CROSBY 002175-002188 Documents related to the retrieval of the THOR post-storm by Crosby vessels.pdf
- CROSBY 002189-002194 The West of England Ship Owners Mutual Insurance Association.pdf
- CROSBY 002195-002253 Marine Insurance Package Policy.pdf
- CROSBY 002254-002276 Marine Package Policy - Endorsement #1.pdf
- CROSBY 002277-002489 Survey Reports for the CROSBY ENDEAVOR.pdf
- CROSBY 002490-002491 Certificate of Inspection.pdf
- CROSBY 002492 Specification Sheet for the MV CROSBY ENDEAVOR.pdf
- CROSBY 002493.mp4
- CROSBY 002494 CROSBY ENDEAVOR GA .pdf

- CROSBY 002495 CROSBY Certificate of Break Force.pdf
- CROSBY 002496 CROSBY Test Certificate.pdf

**Martin Discovery Files**

- CCTV from Martin Dock
- 997BF856-256A-4F44-ACC4-A5FA5C25AD7B_1_201_a.jpeg
- DB THOR mooring lines pre-breakaway_labelled.pdf
- DJI_0248.jpeg
- Martin Dock No. 16 Diagram [716].pdf
- Martin Dock No. 16 Inspection (2019 and 2021) [720-757].pdf
- Martin Dock No. 16 Inspection (2020) [1-29].pdf
- MES16 Bit No. 2.pdf
- MES16 Bitt No. 1.pdf
- MES16 Bitt No. 4.pdf
- MES16 Bollard Nos. 5-10.pdf
- MES16 Bollard Nos. 6-10.pdf
- THOR - Mooring Arrangement.pdf
- Martin 02920 – 03021 – Some Martin Invoices During Hurricane Time Periods

**THOR Discovery Files by Bates Numbers**

- ID 1 - THOR - General Arrangement.pdf
- ID 2 - THOR - Specification Sheet.pdf
- ID 21 - THOR - Daily Progress Reports - 26-28 Oct. 2020.pdf
- ID 23 - Photos - 28 Oct. 2020.pdf
- RFP 01 - Deck Log (21-28 Oct. 2020).pdf
- RFP 01 - DPRs (21-25 Oct. 2020).pdf
- RFP 01 - DPRs (28 Oct. 2020).pdf
- RFP 07 - Hurricane & Tornado Safety Plan.pdf
- RFP 11 - Mooring Equipment Drawings.pdf
- RFP 11 - Mooring Force Calculation Book.pdf
- RFP 36 - Ballast Chart (18 Oct. 2020).pdf
- RFP 40 - Bollard Drawing.pdf
- RFP 40 - Deck Stands Roller Drawing.pdf
- RFP 40 - Fairlead Drawing.pdf
- THOR SOS HSE MANUAL.pdf
- 9 - THOR -
- WeatherOps Active Storm Advisories.pdf

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 133

- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part1.pdf
- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part2.pdf
- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part3.pdf
- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part4.pdf
- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part5.pdf
- 10 - THOR - WeatherOps Atlantic Tropical Planner - Oct. 2020_Part6.pdf
- 11 - THOR - WeatherOps Gulf of Mexico Planner - Oct. 2020_Part1.pdf
- 11 - THOR - WeatherOps Gulf of Mexico Planner - Oct. 2020_Part2.pdf
- 11 - THOR - WeatherOps Gulf of Mexico Planner - Oct. 2020_Part3.pdf
- 12 - THOR - WeatherOps HIA 536 Marine Daily Planner - Oct. 2020.pdf
- 13 - THOR - WeatherOps MO 870 Marine Daily Planner - Oct. 2020.pdf
- 14 - THOR - WeatherOps NP 956 Marine Daily Planner - Oct. 2020.pdf
- 15 - THOR - WeatherOps Pascagoula Sea Buoy - Oct. 2020.pdf
- 16 - THOR - WeatherOps SS 129 Marine Daily Planner - Oct. 2020.pdf
- 17 - THOR - WeatherOps SS 259 Marine Daily Planner - Oct. 2020.pdf
- 18 - THOR - WeatherOps ST 39 Marine Daily Planner - Oct. 2020.pdf
- 19 - THOR - WeatherOps WD 96 Marine Daily Planner - Oct. 2020.pdf
- 20 - THOR - WeatherOps Atlantic Tropical Threat Outlook - Oct. 2020.pdf
- 21 - THOR - Daily Progress Reports - 26-28 Oct. 2020.pdf
- RFP 02 - WeatherOps ST 22 Marine Daily Planner (Oct. 2020).pdf
- RFP 02 - WeatherOps WD 46 Marine Daily Planner (Oct. 2020).pdf

## US Coast Guard Discovery Files

- MSIB 074-20 Set Modified Port Condition Zulu.pdf
- USCG MISLE Incident Investigation Report
- US Coast Guard Heavy Weather, Hurricane, & Tsunami Plan

## Court Documents

- 2.07.11 - Crosby's Answers to Omnibus Interrogatories (100516382.1).pdf
- 22.07.11 - Crosby's Response to Omnibus Requests for Admission (100516370.1).pdf
- 22.07.11 - Crosby's Response to Omnibus Requests for Production of Documents (100516550.1).pdf
- 22.09.23 - Crosby's Answers to Harvey Gulf's First Set of INT.pdf
- 22.09.23 - Crosby's Responses to Harvey Gulf's First Requests for Production.pdf
- 22.11.28 - CROSBY 002629-002638.pdf
- 22.11.28 - Crosby's Answers and Responses to Thor Interest's First Set of Supp. Interrogatories, RFAs, and RPDs.pdf

## Depositions and Exhibits

- Terry Joe Douglas Deposition – 3/7/23
- Walter Everett, Jr. Deposition – 4/4/23
- Bradley Dean Aro Deposition – 5/23/23
- Jamie Perryman Deposition – 5/10/23
- David Blinn Deposition – 5/17/23
- Ernest Plaisance Deposition – 7/13/23
- Rene Artigos Deposition – 9/7/23
- Harris Solomon Deposition – 9/14/23
- Wade Savoy (Crosby Corp) Deposition – 11/2/23
- Terry King (Martin) Deposition – 11/2/23
- Teddy Collins (Crosby) Deposition – 5/7/24
- Bruce Stogner (Martin) Deposition – 5/9/24
- Ivy Danos (Martin) Deposition – 7/11/24

## Expert Reports

- Riben Marine Report, December 16, 2023
- McSwain Engineering Report, December 18, 2023

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 135

### Nautical Charts

- NOAA Maritime Chart No. 1116A Mississippi River to Galveston (OCS Leases) (Base Chart 11340)
- NOAA Maritime Chart No. 11346 Port Fourchon & Approaches
- NOAA Maritime Chart No. 11357 Timbalier and Terrebonne Bays

### National Hurricane Center Reports

- HURRICANE BARRY, (AL022019), 11–15 July 2019
- TROPICAL STORM CRISTOBAL, (AL032020), 1–9 June 2020
- HURRICANE MARCO, (AL142020), 21–25 August 2020
- HURRICANE LAURA, (AL132020), 20–29 August 2020
- HURRICANE SALLY, (AL192020), 11–17 September 2020
- HURRICANE DELTA, (AL262020), 4–10 October 2020
- HURRICANE ZETA, (AL282020), 24–29 October 2020
- TROPICAL STORM, CLAUDETTE (AL032021), 19–22 June 2021
- HURRICANE IDA, (AL092021), 26 August–1 September 2021

### Software Programs & Services

- PortVision by Lockheed (Ship locator by AIS)
- Marine Traffic .com (Ship locator by AIS)
- Archived Official NWS (National Weather Service) Forecasts (National Centers for Environmental Information - NCEI)
  - CWFLIX Issued, October 23, 2020 @ 0348 CDT
  - CWFLIX Issued, October 23, 2020 @ 1023 CDT
  - CWFLIX Issued, October 23, 2020 @ 1602 CDT
  - CWFLIX Issued, October 23, 2020 @ 2151 CDT
  - CWFLIX Issued, October 24, 2020 @ 0358 CDT
  - CWFLIX Issued, October 24, 2020 @ 0947 CDT
  - CWFLIX Issued, October 24, 2020 @ 1613 CDT
  - CWFLIX Issued, October 24, 2020 @ 2248 CDT
  - CWFLIX Issued, October 25, 2020 @ 0417 CDT
  - CWFLIX Issued, October 25, 2020 @ 1022 CDT
  - CWFLIX Issued, October 25, 2020 @ 1635 CDT
  - CWFLIX Issued, October 25, 2020 @ 2213 CDT
  - CWFLIX Issued, October 26, 2020 @ 0344 CDT
  - CWFLIX Issued, October 26, 2020 @ 1034 CDT
  - CWFLIX Issued, October 26, 2020 @ 1635 CDT
  - CWFLIX Issued, October 26, 2020 @ 2234 CDT

- CWFLIX Issued, October 27, 2020 @ 0435 CDT
- CWFLIX Issued, October 27, 2020 @ 1059 CDT
- CWFLIX Issued, October 27, 2020 @ 1650 CDT
- CWFLIX Issued, October 27, 2020 @ 2202 CDT
- CWFLIX Issued, October 28, 2020 @ 0424 CDT
- CWFLIX Issued, October 28, 2020 @ 1056 CDT
- CWFLIX Issued, October 28, 2020 @ 1644 CDT

In addition to the documents listed above, I have utilized information taken from the Bibliography and Reference Materials Section of this report.

Additionally, I have drawn on my experience, education, and training in the formation of my opinions.

**Bibliography and Reference Materials**

Weather for the Mariner, United States Naval Institute Annapolis, Maryland by William J. Kotsch, Rear Admiral, U. S. Navy (retired) 1983, ISBN 13: 978-0-87021-756-2

Hydrographic Office (HO) No. 602, Wind Waves At Sea Breakers and Surf, by Henry B. Bigelow and W. T. Edmondson, under the authority of the Secretary of the Navy, 1947, 2012 reprint, ISBN-10: 1258369230, ISBN-13: 978-1258369231

Hydrographic Office (HO) No. 603, Practical Methods for Observing and Forecasting Ocean Waves by means of Wave Spectra and Statistics, by Willard J. Pierson, Jr., Gerhard Neumann, and Richard W. James, under the authority of the Secretary of the Navy, 1955, 2012 reprint, ISBN-13: 978-1258366995

The American Practical Navigator: Bowditch, NIMA (USGS National Imagery and Mapping Agency), Paradise Cay Publications; Ill edition (August 12, 2002), ISBN-10: 0939837544, ISBN-13: 978-0939837540

Accident Prevention Manual For Business & Industry, Engineering & Technology, 13th Edition (Occupation Safety & Health Series), by the National Safety Council, Edited by Philip E. Hagan, John F. Montgomery & James T. O'Reilly, ISBN 978-0-87912-281-2

Managing the Risks of Organizational Accidents, by James Reason, 1997, Ashgate Publishing Limited, ISBN 1 84014 105 0 (paperback), 1 841014 104 2 (hardback)

Handbook of Occupational Safety and Health, 1999, John Wiley & Sons, Inc., ISBN 0-471-16017-2

MIL-STD-882E, Standard Practice for System Safety, 11 May 2012, by Department of Defense, AMS N/A, AREA SAFT

ANSI B11.TR3:2000, Risk Assessment, and Risk Reduction – A Guide to Estimate, Evaluate and Reduce Risks Associated with Machine Tools, by the Association for Machine Technology, Registered by American National Standards Institute, Inc., Nov. 5, 2000

ISM Code, International Safety Management Code and Guidelines on Implementation of the ISM Code, Third Edition, 2010, International Maritime Organization, ISBN 978-92-801-5151-0, IMO Publication Sales Number IB117E

Developing an Effective Safety Culture: A Leadership Approach by James E. Roughton. James J. Mercurio. ISBN-13: 978-0-7506-7411-9 and ISBN-10: 0-7506-7411-3

Safety and Health for Engineers by Rodger L. Brauer, 2nd Edition. ISBN-13: 978-0-471-29189-3 and ISBN-10: 0-471-29189-7

Handbook of Rigging, Lifting, Hoisting, and Scaffolding for Construction and Industrial Operations, Joseph A. MacDonald, W. E. Rossnagel, and Lindley R. Higgins, Fifth Edition, McGraw Hill, ISBN: 978-0-07-164092-3, MHID: 0-07-164092-4

American Merchant Seaman's Manual for Seamen By Seamen, Seventh Edition, Cornell Maritime Press, William B. Hayler, Editor-in-Chief, 2003, ISBN 0-87033-549-9

Watch Officer's Guide: A Handbook for All Deck Watch Officers, Admiral James Stavridis, USN and Captain Robert Girrier, USN, Naval Institute Press; 15 edition (April 15, 2007), ISBN-10: 1591149363, ISBN-13: 978-1591149361

Watchkeeping Safety and Cargo Management in Port, by Captain Peter Roberts, BSc, FNI, 1995, the Nautical Institute, London. ISBN 1-870077-29-6

Bridge Procedures Guide, International Chamber of Shipping (ICS), 4 edition (October 15, 2007), ISBN-10: 0000704008, ISBN-13: 978-0000704009

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 139

**Appendix 1 – NHC Hurricane Zeta Report AL282020**



# NATIONAL HURRICANE CENTER
# TROPICAL CYCLONE REPORT

## HURRICANE ZETA
### (AL282020)
### 24–29 October 2020

Eric Blake, Robbie Berg and Andrew Hagen
National Hurricane Center
10 May 2021



GOES-EAST VISIBLE/INFRARED "SANDWICH" IMAGE OF ZETA NEAR LANDFALL AT 2109 UTC 28 OCTOBER 2020

Zeta was a late-season hurricane that made landfall on the Yucatan Peninsula as a category 1 (on the Saffir-Simpson Hurricane Wind Scale) hurricane. After weakening to a tropical storm, Zeta rapidly intensified into a category 3 hurricane just before landfall in southeastern Louisiana. Zeta's fast forward motion brought strong winds well inland into areas of the southeastern United States. The hurricane caused 5 direct fatalities and about $4.4 billion in damage in the United States.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 140



# Table of Contents

**SYNOPTIC HISTORY** ................................................................................................ **3**

**METEOROLOGICAL STATISTICS** ............................................................................. **4**
    *Winds and Pressure* ................................................................................................ 5
    *Storm Surge* ........................................................................................................... 6
    *Rainfall and Flooding* ............................................................................................. 7
    *Tornadoes* ............................................................................................................... 8

**CASUALTY AND DAMAGE STATISTICS** ................................................................. **8**
    *Mexico* ..................................................................................................................... 9
    *Louisiana* ................................................................................................................ 9
    *Mississippi* .............................................................................................................. 9
    *Alabama* ................................................................................................................ 10
    *Florida* .................................................................................................................. 11
    *Georgia* ................................................................................................................. 11
    *South Carolina and North Carolina* ..................................................................... 11
    *Virginia* ................................................................................................................. 12

**FORECAST AND WARNING CRITIQUE** .................................................................. **12**
    *Genesis* ................................................................................................................. 12
    *Track* ..................................................................................................................... 12
    *Intensity* ................................................................................................................ 13
    *Storm Surge* .......................................................................................................... 13
    *Watches and Warnings* ......................................................................................... 14

**IMPACT-BASED DECISION SUPPORT SERVICES (IDSS) AND
PUBLIC COMMUNICATION** .................................................................................... **14**

**ACKNOWLEDGMENTS** ............................................................................................ **15**

**TABLES** ................................................................................................................... **15**

**FIGURES** ................................................................................................................. **42**

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*         31 July 2024         Expert Report of Capt. Gregory C. Daley
        Page 141



# Hurricane Zeta

## 24–29 OCTOBER 2020

## SYNOPTIC HISTORY

The genesis of Zeta was complex.  A large area of unsettled weather developed over the southwestern Caribbean Sea by 19 October due to the combination of a tropical wave and a mid-level trough.  On the next day, low-level southwesterly flow was observed north of Panama, and deep convection increased north of that country, causing the formation of a weak surface trough.  By this time the original tropical wave had moved near the Yucatan Peninsula with an accompanying broad area of low pressure noted on satellite imagery.  Although high vertical wind shear prevented additional development of the Yucatan disturbance, southerly flow from that system caused the precursor trough of the tropical cyclone over the southwestern Caribbean Sea to drift northward, and by 22 October Zeta's precursor system was located about 100 n mi southwest of Jamaica.  This disturbance had gradually been improving in organization as upper-level ridging built over the western Caribbean and moist southwesterly flow in the low- to mid-levels increased, aided by the positive phase of the Madden-Julian Oscillation (Fig. 1) moving through the area.  The system drifted west-northwestward to a location about 100 n mi south of Grand Cayman on 23 October, with a broad area of low pressure, disorganized convection and a poorly defined circulation noted.  After deep convection increased overnight, satellite data indicate that a well-defined low formed by 1200 UTC 24 October, marking the genesis of a tropical depression about 60 n mi southwest of Grand Cayman.  The "best track" chart of the tropical cyclone's path is given in Fig. 2, with the wind and pressure histories shown in Figs. 3 and 4, respectively.  The best track positions and intensities are listed in Table 1[1].

The depression initially drifted west-southwestward as high pressure built over the Gulf of Mexico, and the depression gradually strengthened to a tropical storm 12 h after genesis as intense central convection developed, even while the low- and mid-level circulation centers were not in alignment.  Zeta moved slowly and erratically to the west or west-northwest on 25 October while steadily strengthening in a low-shear and very warm water environment.  Aircraft reconnaissance found that Zeta became a hurricane early on 26 October about 200 n mi southeast of Cozumel, Mexico.  The hurricane moved much faster toward the west-northwest beginning on that day as deep-layer high pressure strengthened to the north, and Zeta made landfall near Ciudad Chemuyil, Mexico around 0355 UTC 27 October with an estimated intensity of 75 kt and a minimum central pressure of 977 mb.  Zeta weakened over the Yucatan Peninsula and then emerged over the southern Gulf of Mexico as a 55-kt tropical storm later that morning.

_____

[1] A digital record of the complete best track, including wind radii, can be found on line at ftp://ftp.nhc.noaa.gov/atcf. Data for the current year's storms are located in the *btk* directory, while previous years' data are located in the *archive* directory.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 142



The synoptic pattern was changing rapidly ahead of Zeta as a deep-layer cutoff low over the southwestern United States moved eastward.  This low caused the ridge over the Gulf of Mexico to erode from the west, and the tropical cyclone moved northwestward on 27 October across the southern Gulf of Mexico.  Zeta maintained its strength that day while it recovered from land interaction, but began to re-intensify the next day in a conducive environment of low shear and warm SSTs—an uncommon combination for so late in the year in the southern Gulf of Mexico.  Zeta became a hurricane again early on 28 October while it turned northward and moved faster over the south-central Gulf of Mexico.  The cutoff low reached west Texas that day, and the fast flow between the low and the retreating ridge located near Florida caused Zeta to accelerate north-northeastward.  This pattern also likely provided a favorable divergent upper-level environment for strengthening, and Zeta rapidly intensified while it moved quickly (with a forward speed of 20–25 kt) toward the Louisiana coast.  Radar and reconnaissance data indicate that Zeta made landfall near Cocodrie, Louisiana at around 2100 UTC 28 October with an intensity of 100 kt and a minimum central pressure of 970 mb.

The hurricane's eye moved directly over New Orleans a couple of hours after landfall, with the center crossing into southern Mississippi that night and moving across southwestern Alabama early the next day, bringing strong winds well inland.  Zeta weakened to a tropical storm just south of Tuscaloosa, Alabama early on 29 October and then raced northeastward across northern Georgia and the southern Appalachian Mountains.  The storm transitioned into a post-tropical cyclone over central Virginia by 1800 UTC that day, and continued moving rapidly northeastward.  Zeta became entwined with a frontal zone early on 30 October and then dissipated over the western Atlantic Ocean a couple of hundred miles east of Atlantic City, New Jersey.

## METEOROLOGICAL STATISTICS

Observations in Zeta (Figs. 2 and 3) include subjective satellite-based Dvorak technique intensity estimates from the Tropical Analysis and Forecast Branch (TAFB) and Satellite Analysis Branch (SAB), and objective Advanced Dvorak Technique (ADT) estimates and Satellite Consensus (SATCON) estimates from the Cooperative Institute for Meteorological Satellite Studies/University of Wisconsin-Madison.  Observations also include flight-level, stepped frequency microwave radiometer (SFMR), and dropsonde observations from six flights of the 53rd Weather Reconnaissance Squadron of the U.S. Air Force Reserve Command and eleven flights of the NOAA Aircraft Operations Center (AOC) WP-3D and G-IV aircraft.  Data and imagery from NOAA polar-orbiting satellites including the Advanced Microwave Sounding Unit (AMSU), the NASA Global Precipitation Mission (GPM), the European Space Agency's Advanced Scatterometer (ASCAT), and Defense Meteorological Satellite Program (DMSP) satellites, among others, were also useful in constructing the best track of Zeta, along with WSR-88D radar data from coastal NWS Weather Forecast Offices (WFOs).

Ship reports of winds of tropical storm force associated with Zeta are given in Table 2, and selected surface observations from land stations and data buoys are given in Table 3.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 143



## Winds and Pressure

Zeta's first peak intensity of 75 kt at landfall on the Yucatan Peninsula at 0355 UTC 27 October is based on a combination of NOAA Hurricane Hunter aircraft data that were available until about 4 hours before landfall and subsequent lower surface pressures observed at landfall. The plane measured credible SFMR winds of 66–71 kt during its last mission, along with a central pressure of about 980–983 mb at 0000 UTC (two drops in the last half hour of the flight measured 984–983 mb, but with varying surface winds of 8 kt to 32 kt). A WeatherFlow station at Xel-Ha Park measured 978 mb along with 11 kt of wind at 0356 UTC, suggesting a 977 mb pressure at landfall. With the drop in central pressure in the few hours after the plane departed, it is very likely further strengthening occurred, and the landfall intensity is set to 75 kt, which is still below the Knaff-Zehr-Courtney pressure-wind relationship (79 kt) for this system. A sustained wind of 64 kt was also measured at Playa del Carmen, about 20 n mi northeast of the landfall location.

The Louisiana landfall intensity is estimated at 100 kt. Peak 700-mb flight-level winds of 119 kt were measured at 1843 UTC 28 October, a couple of hours before landfall. Subsequently, the aircraft sampling of Zeta's eastern quadrant was incomplete leading up to landfall because of the fast-moving and rapidly intensifying nature of the hurricane, and the northeastern eyewall was onshore by the time the aircraft returned to the area (Fig. 5). However, the highest winds were observed on the Slidell, Louisiana, WSR-88D radar (KLIX). Radial velocity data from KLIX showed 10-bin (~0.25 km per bin) average radar velocities of 125 kt at 2031 and 2033 UTC, indicating a large area of strong winds, with peak 4-bin velocities of 127 kt for 4 volume scans centered around 2030 UTC at heights between 9,500 and 10,000 ft. These data would normally correspond to an intensity of around 110 kt using the typical dropsonde-based wind reductions from a height of around 700 mb/10,000 ft. However, the available data suggest that these typical flight-level to surface wind reductions were not realized in the later stages of Zeta, possibly since the eye was broken in the southeastern quadrant. A dropsonde at 1840 UTC measured a 110 kt average wind in the lowest 150 meters in the northeastern quadrant, which corresponds to an intensity of 90–95 kt. This dropsonde was near the area where 700-mb flight-level winds were 119 kt, and the resulting ratio of the surface wind estimate from the dropsonde to the flight-level winds was roughly 80%. Using this reduction factor for the radar-derived winds (125–127 kt, which were near 700 mb) results in an intensity estimate of 100 kt at landfall. It is also worth noting that prior to landfall the pressure fell 3 mb after the aircraft data around 1840 UTC that supported an intensity of 95 kt. While a 5-kt change is typical for post-analysis best track intensity changes, this increase in Zeta's peak intensity crosses the threshold from Category 2 to Category 3. However, these Category 3 sustained winds were likely experienced over only a very small area at and near the coast near the landfall location, and this change in the estimated landfall intensity is of little practical significance in terms of the impacts associated with the storm there. It is also important to emphasize that NHC's intensity analysis uncertainty is about +/- 10%, and the atypical structure of Zeta's inner core at and prior to landfall also contributed to the uncertainty in this case.

The strongest wind report received from a near-standard height was from the public in Golden Meadow, Louisiana at 2139 UTC - a sustained wind of 82 kt and a gust to 96 kt (instrument height 6 m). There were few strong wind reports at the immediate coast in southeastern Louisiana since the area that experienced Zeta's peak winds (near and west of Port Fourchon in the East

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 144


Timbalier National Wildlife Refuge) is relatively unpopulated. The first tropical-storm-force winds were recorded along the Louisiana coast around 1800 UTC 28 October.

In Mississippi, the strongest sustained wind report received was from Gulfport where a WeatherFlow station measured a sustained wind of 74 kt and a gust to 88 kt at 0057 UTC 29 October, and it is estimated that category 2 were experienced in some locations west of there. While no sustained hurricane-force winds were measured in Alabama, they are estimated to have occurred north of coastal Mobile County in unpopulated areas. The peak sustained wind report in Alabama was at Buccaneer Yacht Club in Mobile, where a WeatherFlow instrument measured sustained winds of 53 kt at 0147 UTC 29 October. The peak gust in Alabama, 79 kt, was measured at Mobile Regional Airport near that same time.

Farther east, there were multiple sustained tropical-storm-force wind reports across the Florida Panhandle, with the highest sustained wind of 41 kt measured by a WeatherFlow instrument at Santa Rosa Sound at 0157 UTC 29 October. Sustained tropical-storm-force winds were also noted in portions of northern Georgia, northwestern South Carolina and western North Carolina while Zeta was still tropical, in mountainous areas and lower elevation areas to the south and southeast of the Appalachians.

The minimum pressure at landfall in Louisiana is estimated to be 970 mb based on a dropsonde at 2042 UTC 28 October, which measured 971 mb and 11 kt of surface wind. There were no other surface pressure reports available in or near the eye along the coast at landfall.

Zeta is the latest landfalling major hurricane on record for the continental United States, with the old record being the Tampa Bay Hurricane of 25 October 1921.

### Storm Surge[2]

Zeta produced storm surge inundation of 6 to 10 ft above ground level (AGL) along the Mississippi coast (particularly in the back bays) and along the Alabama coast west of Mobile Bay. In the Back Bay of Biloxi, a United States Geological Survey (USGS) stream gauge at Old Fort Bayou in Ocean Springs measured a peak water level of 9.5 ft above Mean Higher High Water (MHHW), and a second gauge farther to the west in Biloxi recorded 7.2 ft MHHW. A storm surge hindcast produced by the NHC Storm Surge Unit (not shown) indicates that slightly higher water levels (up to 10 ft AGL) occurred in the back bay between these two locations in the St. Martin area. Elsewhere along the Mississippi coast, the National Ocean Service (NOS) tide gauge at the Bay Waveland Yacht Club recorded a maximum water level of 8.2 ft MHHW, and the NOS gauge at the Pascagoula NOAA Lab measured a peak water level of 7.1 ft MHHW. Farther to the east, the NOS gauge at the Bayou La Batre Bridge in Alabama measured a maximum water

---

[2] Several terms are used to describe water levels due to a storm. **Storm surge** is defined as the abnormal rise of water generated by a storm, over and above the predicted astronomical tide, and is expressed in terms of height above normal tide levels. Because storm surge represents the deviation from normal water levels, it is not referenced to a vertical datum. **Storm tide** is defined as the water level due to the combination of storm surge and the astronomical tide, and is expressed in terms of height above a vertical datum, i.e. the North American Vertical Datum of 1988 (NAVD88). **Inundation** is the total water level that occurs on normally dry ground as a result of the storm tide, and is expressed in terms of height above ground level. At the coast, normally dry land is roughly defined as areas higher than the normal high tide line, or Mean Higher High Water (MHHW).

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 145



level of 6.9 ft MHHW.  The National Weather Service Forecast Office in Mobile found several high water marks of 4 to 8 ft AGL in the Coden, Alabama, area, but the character of these debris lines and their exposure suggests that the marks likely included the effects of wave action on top of the surge.  Table 2 and Figure 6 provide observations from various tide stations and water level sensors along much of the U.S. Gulf coast.

Zeta also produced storm surge inundation of 6 to 10 ft AGL in the unprotected wetland areas of Plaquemines Parish, Louisiana, to the west of the West Bank Mississippi River Levee. The highest observation in the area was 7.0 ft MHHW at a USGS gauge in Barataria Bay to the north of Grand Isle.  However, the storm surge hindcast indicates that higher water levels likely occurred to the east of that location, with Zeta's winds piling water up against the west side of the levee.  The observations and hindcast suggest that inundation of 6 to 10 ft AGL occurred west of the levee between Port Sulphur and Empire.  Just to the south of there, a sensor deployed at Joshua's Marina in Buras by a storm chase team measured a storm surge of about 5.2 ft above normal tide levels.  Storm surge inundation of 3 to 6 ft AGL occurred elsewhere along the coast of southeastern Louisiana from Terrebonne Bay to the Mississippi border, including the south and west shores of Lake Pontchartrain.  The highest water level observations in these areas were 5.8 ft MHHW from a U.S. Army Corps of Engineers (USACE) gauge at Lake Pontchartrain-West End and 4.8 ft MHHW from an NOS gauge at New Canal Station on Lake Pontchartrain. Inundation of 1 to 3 ft AGL occurred along the remainder of the Louisiana coast west of Terrebonne Bay.

In Alabama, storm surge inundation of 3 to 6 ft AGL occurred along the coast of Mobile Bay.  The highest water level observations within the bay were 5.9 ft MHHW at the NOS gauge at the West Fowl River Bridge and 5.3 ft MHHW at Coast Guard Sector Mobile.  On the east side of the bay, the NOS gauge at Weeks Bay recorded 4.2 ft MHHW.  The National Weather Service surveyed debris lines as high as 7 ft AGL in the Daphne and Spanish Fort areas, but the character and exposure of these marks indicates that these heights included the effects of waves on top of the surge.  Inundation heights were lower along the open coast, with the NOS gauge at Dauphin Island registering 2.4 ft MHHW.

Storm surge inundation was 1 to 2 ft AGL along the coast of the Florida Panhandle.  The highest water level observations were 2.1 ft and 2.0 ft MHHW from the NOS gauges at Pensacola and Panama City Beach, respectively.

### Rainfall and Flooding

Zeta is estimated to have produced up to 10 inches (255 mm) of rain in the Yucatan Peninsula (Fig. 7), with a peak measured total of 9.57 inches (243 mm) at Cozumel.  While there were reports of flooded streets in the Mexican state of Quintana Roo, there were no significant damage reports in Mexico from the flooding.

In the United States, a general area of 4–6 inches of rain was observed from near Zeta's landfall location in southeastern Louisiana through southeastern Mississippi and western Alabama, with peak totals up to about 8 inches (Fig. 8).  Peak observed rainfall totals by state included 7.35 inches in Pearl River, Louisiana, 6.87 inches near Leaksville, Mississippi, and


4.26 inches near Woodville, Alabama. It should be emphasized, however, that the fast forward speed of Zeta limited the rainfall and flooding impacts in those areas (see the state-by-state summaries in the Casualty and Damage Statistics below). Note that there was also an area of heavy rain in Arkansas (up to about 8 inches) that was not solely associated with Zeta, but was due to a combination of moisture from Zeta and the non-tropical cut-off low.

The first significant freshwater flooding reports were in northern Georgia, well northeast of the landfall area, where a narrow strip of 4–6 inches of rainfall occurred from there northward along the southern and eastern edge of the Appalachian Mountains through western North Carolina and southern Virginia. The peak rainfall total for Zeta actually occurred in western North Carolina just east of Cedar Mountain of 8.80 inches, with one other report over 8 inches (Blantyre, 8.41 inches). The peak rainfall total in Georgia was 6.43 inches near Suches, and the highest total in Virginia was 4.28 inches near Altavista.

An enormous number of rainfall reports were received from Zeta in both its tropical and extratropical stages. While there are too many reports (~9,000) to include here, the full rainfall spreadsheet is included at: https://www.nhc.noaa.gov/data/tcr/supplemental/zeta_rain.xlsx.

The precursor disturbance of Zeta led to heavy rain and flooding in Jamaica, although no rainfall totals are available.

### *Tornadoes*

There was only one tornado reported while Zeta was a tropical cyclone, in Noxubee County, Mississippi. It was rated EF1 (on the Enhanced Fujita Scale) with a path length of 5 miles. The damage estimated from the tornado was about $30,000 from roof damage to two homes, two sheds and two downed power poles.

## CASUALTY AND DAMAGE STATISTICS

Zeta was responsible for five direct fatalities[3], all in the United States. One man drowned due to storm surge near a marina in Biloxi, Mississippi. The other four deaths were due to trees falling on homes or mobile homes: three in Georgia (2 in Gwinnett County, 1 in Cherokee County) and one in Alabama (Clarke County). Two additional indirect deaths were reported: an electrocution from a power line in New Orleans and a motorcycle accident in Harrison County, Mississippi caused by low-hanging power lines. At least 75 injuries were reported in Louisiana, Mississippi, Alabama and Georgia, with over 70 of those occurring in southern Mississippi.

---

[3] Deaths occurring as a direct result of the forces of the tropical cyclone are referred to as "direct" deaths. These would include those persons who drowned in storm surge, rough seas, rip currents, and freshwater floods. Direct deaths also include casualties resulting from lightning and wind-related events (e.g., collapsing structures). Deaths occurring from such factors as heart attacks, house fires, electrocutions from downed power lines, vehicle accidents on wet roads, etc., are considered "indirect" deaths.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*      31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 147



The NOAA National Centers for Environmental Information (NCEI) estimates that Zeta caused $4.4 billion (USD) in damage in the United States. The state-by-state breakdowns are in the U.S. sections below.

Outside of the United States, two deaths occurred in Jamaica from the precursors of Zeta as heavy rain caused a mudslide that destroyed a home in Shooter's Hill on 23 October. Note that these deaths are not considered direct because the system was not yet a tropical cyclone. The Jamaican government reported up to $15 million (USD) of damage to homes and infrastructure on the island from the precursor disturbances.

## Mexico

The damage reported across Mexico was generally light. There were flooded roads and extensive tree branch damage in eastern Quintana Roo and Yucatan states, but no deaths or serious injuries were reported.

## Louisiana

Hurricane-force winds caused widespread damage across southeastern Louisiana near and east of the track of Zeta's center. Significant wind damage was noted in many parishes south of Lake Pontchartrain, including Orleans, Jefferson, St. Bernard, Plaquemines, Terrebonne and Lafourche Parishes. Hundreds of homes in those parishes suffered significant wind damage, with numerous reports of lost or severely damaged roofs, and about 100 homes were destroyed, including a large metal commercial building. Local officials estimated that thousands of additional homes had minor damage. Numerous trucks, trailers and boats were flipped over by strong winds along Louisiana Highway 46 (where they were parked to avoid the storm surge). Trees, along with hundreds of power lines and power poles, were also downed or snapped from Zeta, including some falling on homes (Fig. 9) and over 500 tree emergencies (trees down on a road or a building) were reported. Storm surge breached the levee in Grand Isle in a few places and flooded Louisiana Highway 1, cutting off access from Port Fourchon to Grand Isle. Several homes and businesses in Leeville and Golden Meadow were flooded, and storm surge overtopped a local levee in the Myrtle Grove area. The surge also flooded other coastal roads, including Louisiana Highway 56, and the bottom levels of the Lumcon building in Terrebonne were flooded.

Elsewhere across the state, there was notable damage to trees, power lines and power poles near as far as about 60 n mi to the left of the track of Zeta's center, with widespread power outages. These areas included the parishes of St. Charles, St. Tammany, St. James and St. John the Baptist. More than 3,000 people were housed in shelters across the state, and overall about one-half million customers lost power at some point during the hurricane. The NCEI estimates that about $1.25 billion of damage was caused in the state due to Zeta.

## Mississippi

The worst damage from Zeta in the state was in the coastal counties of Hancock, Harrison and Jackson, which were affected by sustained hurricane-force winds. Many snapped trees, downed power lines and power poles were reported across those counties, and up to 10,000 homes were damaged from the wind or flying debris. The most extreme damage appears to be in Harrison County, one person died from the storm surge and numerous homes suffered

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 148



moderate-to-major damage.  Similar damage was also reported at several homes in Jackson County.  The storm surge flooding caused hundreds of roads to become impassable in the Bay St. Louis area, and portions of U.S. Highway 90 were underwater in Harrison County.

Farther north, Stone, George, Perry, Greene and Wayne Counties all reported significant-to-widespread tree and power line damage.  Several hundred homes were damaged in those counties, primarily due to the wind and/or trees.  A couple of hundred homes had severe damage and a few dozen were destroyed, with falling trees again the primary cause.

Generally minor damage was reported in other areas of southern Mississippi.  About 40 roads were blocked from falling trees in Forrest County, and a tree fell onto a home near Rawl Springs which temporarily trapped the occupants. Scattered trees and power lines were blown down across Lamar County, with any significant damage occurring south of U.S. Highway 98, and one tree fell through a house just south of Purvis.  Minor tree damage was reported across Pearl River, Walthall, Pike, Marion, Jones, Clarke and Lauderdale Counties, with the most significant in Pearl River County.  Over 200,000 customers lost power during Zeta across the state, and about $635 million of damage was estimated by NCEI.

### Alabama

Zeta's large wind field to the east of the center also produced damage in areas of southern Alabama, with the worst damage in Baldwin and Mobile Counties.  Widespread downed trees, power lines and power poles were reported, and numerous homes suffered roof damage and structural damage from falling trees.  A notable storm surge occurred on the west end of Dauphin Island, in Bayou La Batre and Coden, and the northwest portion of Mobile Bay.  The U.S. Highway 90 Causeway was completely flooded and a portion of Water Street was submerged in Downtown Mobile. The storm surge also resulted in damage to some restaurants and businesses along the eastern portion of the U.S. Highway 90 Causeway in Baldwin County.  Several piers were destroyed on the eastern shore of Mobile Bay and the seawall at the Fairhope Pier was damaged, along with a few docked sailboats.  Significant surge extended south to Point Clear where the surge went across County Road 1, and a few parks along the eastern shore of the bay were damaged.

Significant wind damage was reported farther north, near and southeast of where the center of Zeta tracked.  The counties of Washington, Choctaw, Clarke, Wilcox and Monroe all sustained numerous-to-widespread tree and power line damage, and one person died from a falling tree in Clarke County.  Numerous homes, estimated in the hundreds, were reported damaged in those counties, with the bulk of the damage due to falling trees.

Other wind damage was noted across portions of southern, central and even northeastern Alabama.  Many reports were received of trees, power lines and power poles downed, along with widespread power outages, some blocked roads and roof damage. Two injuries were noted in Tallapoosa County from the falling trees, with structural damage observed in Butler, Crenshaw, Lee, Clay, Chilton, Jefferson, Chambers, Talladega and Perry Counties.  Over 400,000 customers lost power at some point during Zeta, and NCEI estimates that about $840 million of damage was done in the state due to Zeta.



## Florida

The effects of Zeta were primarily felt in the northwestern part of the state. About 10,000 customers lost power from gusty winds, and downed trees were noted. These trees resulted in a vehicle accident in Holmes County and five closed roads in Walton County. Strong rip currents and some beach erosion were reported in Bay County, along with a few signs down. No significant damage or injuries were recorded.

## Georgia

Strong winds from Zeta affected much of Georgia, but were most concentrated in the northern portion of the state. Similar to other regions, strong gusty winds brought down trees and power lines, causing widespread outages and damage to some structures. Atlanta was most severely hit in the early morning hours of 29 October with tropical-storm-force wind gusts, causing downed trees, blocked roads and downed traffic signals over a large portion of the metropolitan area. Falling trees were responsible for 3 deaths (2 in Gwinnett County, 1 in Cherokee County), and at least four families had to be rescued in the Atlanta area due to trees falling on their homes or cars. DeKalb County reported more than 50 trees down on roadways. There was also some inland flooding reported in northern Georgia in Union County due to the Nottely River overtopping its banks, with flooding also reported in Rabun County along several lakes and the Tallulah River. About 1 million customers lost power at some point during Zeta, mostly in northern Georgia. The NCEI estimates that Zeta caused $1.1 billion in damage in Georgia and was one of the top 5 costliest tropical cyclones on record there.

## South Carolina and North Carolina

Western North Carolina and northwestern South Carolina saw widespread trees and power lines down, causing significant power outages especially in areas like Burke County, NC, along with the most serious flooding reported anywhere in Zeta. A flash flood caused a mudslide in Caldwell County, NC, along with some flooding of the upper Catawba River. Additional flooding was reported in southern Buncombe County, NC. Some trees and powerlines were reported downed in the Greenville, SC, area with sustained tropical-storm-force winds recorded at the nearby airport, and some homes were damaged. Iredell County, NC, also reported widespread downed trees, with over 200 of them falling on power lines, with other trees falling on a couple of dozen homes. Mecklenburg County, NC, reported 100 trees down across the county, along with one tree falling on a structure. Several dozen downed trees were recorded over McDowell County, NC, knocking down power lines, and 3 vehicles and 1 home were reported damaged. In addition, flash flooding was reported in that county with water from Jack's Creek rising over a bridge and the nearby Bat Cave Road. Three water rescues were made in Surry County, NC, due to extensive flooding, especially near Elkin and Ararat, and several roads and bridges were washed out in those areas. Other significant effects were noted in Pickens County, SC, with about 400 downed trees, and many of these were on roadways or homes, with 15 homes requiring first responder support. Over 100 reports of wind damage were received in Rockingham County, NC, mostly from trees blown over. Homes were also reported damaged in Rowan and Union Counties, NC. Over 400,000 customers lost power in North Carolina from Zeta, along with about 150,000 in South Carolina. About $550 million in damage was estimated in North and South Carolina from Zeta by NCEI.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*                31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 150



### Virginia

A mix of water and wind damage reports were received from the state, mostly in the south-central portion of the state.  These reports were generally of flooding and falling trees causing some blocked roads and minor structural damage to residences (mostly from the falling trees).  Pittsylvania County noted up to 100 trees knocked down and numerous downed power lines with damage to one vehicle due to a light pole collapse.  The City of Martinsville and Henry County also reported damage to cars from falling trees and power lines.  Around 60,000 customers were without power at some point during the storm, but damage was less than $25 million across the state.

## FORECAST AND WARNING CRITIQUE

### Genesis

Zeta's formation was not well forecast at first (Table 4).  The precursor disturbance was first mentioned in the NHC Tropical Weather Outlook (TWO) and given a low (<40%) 5-day chance of formation 228 h before Zeta became a tropical depression.  The probabilities stayed in the low category and were introduced into the 2-day section for about a day (114–96 h prior to genesis), then all probabilities were removed from the TWO 90 h before genesis.  In hindsight, the genesis was more complex than initially expected and did not happen along a precursor wave (see Synoptic History section), but instead from a disturbance generated behind the wave (so the overall system took longer to form than expected).  The system was re-inserted into the TWO 66 h before genesis, and 5-day genesis probabilities were increased to the medium (40–60%) category 30 h before formation and to the high (>60%) category about 18 h before formation.  The disturbance was first given a low chance of 2-day formation 48 h before it became a tropical depression, a medium chance 24 h and a high chance 18 h before formation.  While many models showed the genesis of a tropical cyclone, almost all of them showed it forming too soon and not necessarily due to the correct evolution, leading to a challenging genesis forecast.

### Track

A verification of NHC official track forecasts for Zeta is given in Table 5a.  Official forecast track errors were lower than the mean official errors for the previous 5-yr period at all forecast times through 48 h, above the mean official forecast errors at 60–72 h, and well below the mean at 96 h (albeit for a small sample).  Overall, this was a skillful set of forecasts considering the high climatology and persistence (OCD5) errors, roughly 50–75% greater than their respective 5-year means at all forecast times, which generally indicate that Zeta's overall track was harder to forecast than that of a typical Atlantic tropical cyclone (possibly due to the unusual track for late October).

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 151



A homogeneous comparison of the official track errors with selected guidance models is given in Table 5b and Fig. 10.[4]  On the whole, none of the models had lower errors than the NHC official forecasts.  A large portion of the guidance had a notable northeastward bias, especially for the landfall in Mexico (Fig. 11a).  Across the Gulf Coast, the models largely had an eastward bias at first, but about 24 h after genesis the biases were much smaller (though still to the east), and the track guidance also came into better agreement (Fig. 11b).  Fig. 12 shows a comparison of all of the model/forecast runs before Louisiana landfall from the NHC official forecast (OFCL), HFIP Corrected Consensus aid (HCCA), the GFS model and the U.K. Met global model (EGRI). The NHC track forecasts were very accurate and consistently showed a track close to the eventual Louisiana landfall location. The Hurricane Multi-Scale Ocean-Coupled Non-Hydrostatic Model (HMNI) and EGRI had poor forecasts for Zeta (the former having a high northeast bias, while the latter was too slow/left), while the Canadian model (CMCI) and HCCA had relatively good forecasts for the hurricane.

## Intensity

A verification of NHC official intensity forecasts for Zeta is given in Table 6a.  Official forecast intensity errors were higher or much higher than the mean official errors for the previous 5-yr period at all forecast times except 60 h.  This pattern matches the OCD5 errors that were generally higher than their respective 5-yr means, suggesting that Zeta's intensity was more difficult to forecast than for a typical Atlantic tropical cyclone, likely due to land interaction and the rapid intensification (RI) episode in the Gulf of Mexico.

A homogeneous comparison of the official intensity errors with selected guidance models is given in Table 6b and Figure 13.  NHC's official intensity forecasts were generally not as good as some of the guidance in the short-term, but beat most of the guidance at 48 h and beyond. The GFS, ECMWF and LGEM models did not do well for Zeta's intensity forecast.  Overall the HCCA and HWRF models were the best performers for Zeta, although the long-range performance of all models was fairly poor.

Two periods were especially difficult for the model suite – one near the Yucatan Peninsula (not enough strengthening before landfall) and the second in the Gulf of Mexico (Fig. 14a) due to the bulk of the guidance missing Mexico.  In fact, the intensity trends near Yucatan were not correctly predicted by almost all guidance (presumably due to the poor track forecast), showing steady strengthening through the central Gulf of Mexico then weakening over the northern Gulf of Mexico.  The RI episode in the Gulf of Mexico before landfall was not forecast by any of the guidance (Fig. 14b) even as it was starting, although the HWRF model did provide useful guidance that the intensification could be significant.

## Storm Surge

For the coasts of Mississippi and southeastern Louisiana, the initial peak storm surge inundation forecast issued at 2100 UTC 26 October was 4 to 6 ft above normally dry ground

---

[4] The Florida State Superensemble (FSSE) did not have enough forecasts to meet NHC's homogeneity requirement and thus were not included in the track / intensity model verification.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*                31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 152



somewhere between Port Fourchon, Louisiana, and Dauphin Island, Alabama. For the Mississippi coast, the forecast was raised to 5 to 8 ft AGL at 1500 UTC 27 October and ultimately settled on 7 to 11 ft AGL at 2100 UTC 28 October (in the hours before the worst surge affected that area). For the peak surge along the Louisiana coast, the forecast was raised to 5 to 7 ft AGL at 0900 UTC 28 October and then ultimately to 6 to 9 ft AGL at 2100 UTC 28 October, about the time Zeta was making landfall near Cocodrie, Louisiana.

### Watches and Warnings

Coastal wind watches and warnings associated with Zeta are given in Table 7. For the United States, a Hurricane Watch was issued about 45 h before the sustained tropical-storm-force winds reached the coast, and a Hurricane Warning was issued about 33 h before the sustained tropical-storm-force winds reached land. These values are close to the desired lead-times of 48 h for watches and 36 h for warnings. Note that other than a small eastward extension of the Tropical Storm Warning area, the watches and warnings were consistent from first issuance until landfall.

Storm surge watches and warnings associated with Zeta are given in Table 8 and indicated in Fig. 15. A Storm Surge Watch was first issued for the northern Gulf coast from Intracoastal City, Louisiana, to Navarre, Florida, including Lake Pontchartrain, Lake Borgne, Vermilion Bay, Mobile Bay, and Pensacola Bay at 2100 UTC 26 October. The entire watch area was upgraded to a Storm Surge Warning at 0900 UTC 27 October. The watch and warning were issued approximately 45 h and 33 h, respectively, before the onset of sustained tropical-storm-force winds around 1800 UTC 28 October on the Louisiana coast.

NHC uses storm surge inundation of 3 ft or greater above normally dry ground as a first-cut threshold for issuing storm surge watches and warnings. As shown in Fig. 14, nearly all tide and stream gauges that measured at least 3 ft above MHHW fell within the Storm Surge Warning area. A few gauges on the south side of Lake Pontchartrain outside of the Hurricane and Storm Damage Risk Reduction System (HSDRRS) recorded water levels higher than 3 ft MHHW; however, a storm surge warning was intentionally not issued for that area because it would have triggered emergency alerts within the adjacent greater New Orleans area within the HSDRRS. No observations of inundation of 3 ft or greater above normally dry ground were received from the eastern end of the warning area (western Florida Panhandle) or the western end (around Vermilion Bay).

## IMPACT-BASED DECISION SUPPORT SERVICES (IDSS) AND PUBLIC COMMUNICATION

The NHC began communication with emergency managers on 26 October as Zeta was in the northwestern Caribbean through its landfall in Louisiana on 28 October. This communication included briefings and Federal video-teleconferences with FEMA Headquarters and FEMA Regions 4 and 6, along with the Gulf States. These decision support briefings were coordinated through the FEMA Hurricane Liaison Team, embedded at the NHC. In addition, the NHC director



maintained direct communications with senior state emergency management officials to discuss the evolving threat to the Gulf coast. The Tropical Analysis and Forecast Branch of NHC provided five live briefings on Zeta to the U.S. Coast Guard District 8 in New Orleans between 25 and 28 October in support of USCG's life-saving mission.  In addition to NHC's IDSS described above, there was a large-scale collaborative IDSS effort across the NWS, including WFOs, RFCs, and National Centers, in response to the multiple life-threatening hazards produced by Zeta along the Gulf Coast and in the southeastern United States.

NHC opened a media pool on 27–28 October to network broadcast and cable news/weather outlets and local TV stations along the northern Gulf Coast and inland from Lake Charles, Louisiana, to Panama City, Florida.  During the 2-day pool operation, 43 broadcasts were generated for generic distribution, network, cable and local affiliates and Skype interviews.  Audio recordings of the top-of-the-hour generic pool broadcasts were made available on the NHC website.

On social media, the @NHC_Atlantic Twitter account had 23 million Twitter impressions beginning when Zeta's precursor disturbance was highlighted in the Tropical Weather Outlook on 21 October.  NHC provided 8 Facebook Live broadcasts via its Facebook page with 300,000 views during the 2-day period.  Postings of the latest NHC advisories were made onto the NHC Facebook page at a minimum of once every three hours. The post reach during this event was 2.5 million, and the post engagement was 1.2 million.

## ACKNOWLEDGMENTS

Data in Table 3 were compiled from Post Tropical Cyclone Reports issued by NWS Weather Forecast Offices (WFOs) in Jackson, Mississippi; Birmingham, Alabama; Peachtree City, Georgia; Blacksburg, Virginia; Tallahassee, Florida; Mobile, Alabama; and New Orleans and Lake Charles, Louisiana, as well as Public Information Statements issued by inland WFOs.  Data and reports from the Weather Prediction Center (WPC), National Data Buoy Center, NOS Center for Operational Oceanographic Products and Services, U.S. Geological Survey, and U.S. Army Corps of Engineers were also used in the creation of this report.  Laura Alaka and William Booth from the NHC Storm Surge Unit provided storm surge data and a storm surge hindcast for the analysis, Senior Hurricane Specialist John Cangialosi created the best track map (Fig. 2), Hurricane Specialist Philippe Papin created the radar figures (Fig. 5a-c), David Roth from WPC created the rainfall map and Roger Edwards from the Storm Prediction Center provided the final tornado count.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 154



Table 1.    Best track for Hurricane Zeta, 24–29 October 2020.

| Date/Time (UTC) | Latitude (°N) | Longitude (°W) | Pressure (mb) | Wind Speed (kt) | Stage |
|---|---|---|---|---|---|
| 24 / 1200 | 18.4 | 82.6 | 1007 | 25 | tropical depression |
| 24 / 1800 | 18.2 | 83.0 | 1006 | 30 | " |
| 25 / 0000 | 18.0 | 83.2 | 1005 | 35 | tropical storm |
| 25 / 0600 | 17.7 | 83.5 | 1004 | 40 | " |
| 25 / 1200 | 17.8 | 83.6 | 1003 | 45 | " |
| 25 / 1800 | 18.0 | 83.7 | 1000 | 50 | " |
| 26 / 0000 | 18.2 | 83.8 | 996 | 55 | " |
| 26 / 0600 | 18.5 | 84.1 | 993 | 65 | hurricane |
| 26 / 1200 | 18.9 | 84.8 | 990 | 65 | " |
| 26 / 1800 | 19.4 | 85.7 | 984 | 70 | " |
| 27 / 0000 | 19.9 | 86.6 | 980 | 70 | " |
| 27 / 0355 | 20.4 | 87.4 | 977 | 75 | " |
| 27 / 0600 | 20.6 | 87.9 | 981 | 65 | " |
| 27 / 1200 | 21.3 | 89.0 | 985 | 60 | tropical storm |
| 27 / 1800 | 22.2 | 90.0 | 988 | 55 | " |
| 28 / 0000 | 23.2 | 90.8 | 990 | 55 | " |
| 28 / 0600 | 24.4 | 91.5 | 984 | 65 | hurricane |
| 28 / 1200 | 26.0 | 91.7 | 978 | 80 | " |
| 28 / 1800 | 28.0 | 91.1 | 973 | 95 | " |
| 28 / 2100 | 29.2 | 90.6 | 970 | 100 | " |
| 29 / 0000 | 30.2 | 89.9 | 973 | 85 | " |
| 29 / 0600 | 32.8 | 87.5 | 986 | 60 | tropical storm |
| 29 / 1200 | 35.3 | 83.6 | 990 | 45 | " |
| 29 / 1800 | 37.8 | 78.2 | 992 | 45 | extratropical |
| 30 / 0000 | 39.5 | 71.7 | 993 | 45 | " |
| 30 / 0600 | | | | | dissipated |
| 28 / 2100 | 29.2 | 90.6 | 970 | 100 | maximum winds, minimum pressure and landfall near Cocodrie, Louisiana |
| 27 / 0355 | 20.4 | 87.4 | 977 | 75 | landfall near Ciudad Chemuyil, Mexico |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 155



Table 2.    Selected ship reports with winds of at least 34 kt for Hurricane Zeta, 24-29 October 2020.

| Date/Time (UTC) | Ship call sign | Latitude (°N) | Longitude (°W) | Wind dir/speed (kt) | Pressure (mb) |
|---|---|---|---|---|---|
| 28 / 0400 | MAOR7 | 24.0 | 88.4 | 140 / 42 | 1009.3 |
| 28 / 0900 | MAOR7 | 24.0 | 89.7 | 170 / 36 | 1006.2 |
| 28 / 1100 | MAOR7 | 23.9 | 90.2 | 180 / 36 | 1005.6 |
| 28 / 1700 | 9HA401 | 27.9 | 91.5 | 320 / 40 | 988.1 |
| 29 / 1800 | WDI317 | 32.5 | 77.8 | 220 / 45 | 1006.8 |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 156



Hurricane Zeta    18

Table 3.    Selected surface observations for Hurricane Zeta, 24–29 October 2020.

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MEXICO** | | | | | | | | | |
| **Weatherflow** | | | | | | | | | |
| Cancun (XCCN) (21.06N 86.78W) | 27/0228 | 1000.7 | 27/0220 | 56 (1 min, 11 m) | 64 | | | | |
| Cozumel (XCOZ) (20.53N 86.94W) | 27/0244 | 992.0 | 27/0329 | 48 (1 min, 11 m) | 68 | | | | |
| Playa del Carmen (XPDC) (20.58N 87.12W) | 27/0311 | 991.2 | 27/0253 | 64 (2 min, 10 m) | 76 | | | | |
| Puerto Morelos (XPRM) (20.83N 86.89W) | 27/0249 | 995.2 | 27/0651 | 57 (1 min, 10 m) | 65 | | | | |
| Tulum-Xel-Ha Park (XTUL) (20.32N 87.36) | 27/0356 | 978.1 | 27/0432 | 38 (1 min, 10 m) | 48 | | | | |
| **Public/Other** | | | | | | | | | |
| Akumal (iCyclone) (20.40N 87.32W) | 27/0357 | 979.2 | | | | | | | |
| Playa del Carmen (iCyclone) (20.62N 87.09W) | 27/0350 | 996.0 | | | | | | | |
| **UNITED STATES** | | | | | | | | | |
| **Buoys** | | | | | | | | | |
| 42012 (NOAA) (30.06N 87.55W) | 29/0020 | 1004.3 | 29/0341 | 43 (1 min, 4 m) | 52 | | | | |
| 42056 (NOAA) (19.82N 84.95W) | 26/1150 | 1002.6 | 26/1741 | 52 (1 min, 4 m) | 60 | | | | |
| **Gulf of Mexico Offshore Oil Platforms** | | | | | | | | | |
| Main Pass 289C (KVKY) (29.25N 88.44W) | | | 29/0215 | 55 (2 min, 115m) | 64 | | | | |
| Mississippi Canyon (MDJ) (28.94N 89.79W) | | | 28/1815 | 45 (91 m) | 53 | | | | |
| **LOUISIANA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Belle Chasse NAS (KNBG) (29.82N 90.03W) | 28/2255 | 973.2 | 28/2335 | 46 (2 min, 10 m) | 76 | | | | 1.59 |
| Boothville/Venice (KLNQ) (29.35N 89.44W) | 28/2235 | 995.6[f] | 28/2215 | 40[f] (2 min, 10 m) | 59[f] | | | | |
| Houma (KHUM) (29.56N 90.66W) | 28/1850 | 1003.7[f] | 28/1850 | 32[f] (1 min, 10 m) | 42[f] | | | | |
| New Orleans International (KMSY) (29.98N 90.25W) | 28/2310 | 978.3 | 28/2335 | 41 (2 min, 10 m) | 62 | | | | 2.93 |
| New Orleans Lakefront (KNEW) (30.04N 90.03W) | 28/2320 | 973.6 | | | | | | | |
| Reserve (KAPS) (30.09N 90.58W) | 28/2315 | 991.2 | 28/2315 | 35 (2 min, 10 m) | 46 | | | | 1.94 |
| Slidell (KASD) (30.35N 89.82W) | 29/0025 | 977.0 | 28/2353 | 36 (2 min, 10 m) | 59 | | | | 4.06 |
| **Coastal-Marine Automated Network (C-MAN) Sites** | | | | | | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 157



Hurricane Zeta    19

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| SW Pass (BURL1) (28.91N 89.43W) | | | 28/2200 | 55 (2 min, 38 m) | 65 | | | | |
| **National Ocean Service (NOS) Sites** | | | | | | | | | |
| Frenier Landing (FREL1) (30.11N 90.42W) | 28/2336 | 983.7 | 28/2336 | 40 (1 min, 10 m) | 53 | | | | |
| Grand Isle (GISL1) (29.27N 89.96W) | | | 28/2154 | 39 (2 min, 7 m) | 61 | 3.24 | | 3.0 | |
| New Canal (NWCL1) (30.03N 90.11W) | 28/2324 | 974.5 | 28/2254 | 59 (2 min, 10 m) | 85 | 4.77 | 5.15 | 4.8 | |
| North of Eugene Island (EINL1) (29.37N 91.38W) | 28/2130 | 993.6 | 28/2130 | 34 (4 m) | 42 | 2.22 | | 1.2 | |
| Pilot's Station East/SW Pass (PSTL1) (28.93N 89.41W) | 28/2212 | 996.2 | 28/2218 | 54 (2 min, 20 m) | 67 | 2.90 | | 2.5 | |
| Pilottown (PILL1) (29.18N 89.26W) | 28/2230 | 997.8 | 28/2300 | 46 (2 min, 10 m) | 59 | | | | |
| Shell Beach (SHBL1) (29.87N 89.67W) | 28/2330 | 980.2 | 28/2342 | 70 (2 min, 16 m) | 88 | 3.66 | 4.11 | 3.4 | |
| West Bank 1 (BYGL1) (29.79N 90.42W) | 28/2230 | 977.3 | 28/2206 | 32 (2 min, 5 m) | 47 | | | | |
| Port Fourchon (PTFL1) (29.11N 90.20W) | | | | | | 3.10 | | 3.0 | |
| Freshwater Canal Locks (FRWL1) (29.55N 92.31W) | | | 29/1600 | 19 (20 m) | 26 | 2.77 | 3.44 | 2.6 | |
| Pilot's Station East (PSTL1) (28.93N 89.41W) | 28/2100 | 996.2 | 28/2218 | 54 (24 m) | 67 | 2.90 | | 2.5 | |
| Calcasieu Pass (CAPL1) (29.77N 93.34W) | 28/1930 | 1002.8 | 28/0612 | 27 (12 m) | 33 | 1.91 | 2.14 | 1.7 | |
| Pilottown (PILL1) (29.18N 89.26W) | 28/2216 | 997.8 | 28/2300 | 46 (12 m) | 59 | 1.99 | | 1.6 | |
| Lake Charles (LCLL1) (30.22N 93.22W) | 28/2048 | 1004.2 | | | | 1.75 | 2.23 | 1.5 | |
| Bulk Terminal (BKTL1) (30.19N 93.30W) | | | | | | 1.83 | 2.00 | 1.3 | |
| LAWMA, Amerada Pass (AMRL1) (29.45N 91.34W) | 28/2136 | 994.3 | 29/0948 | 23 (11 m) | 33 | 2.12 | 1.86 | 1.2 | |
| Berwick, Atchafalaya River (TESL1) (29.67N 91.24W) | | | 28/2130 | 28 (13 m) | 37 | 0.86 | 2.05 | 0.0 | |
| **United States Geological Survey (USGS) Stream Gauges** | | | | | | | | | |
| Barataria Bay N of Grand Isle (NGIL1) (29.42N 89.96W) | | | | | | | 7.81 | 7.0 | |
| Pearl River Navigation Canal Lock & Dam #1 (PRUL1) (30.46N 89.78W) | | | | | | | | | 7.35 |
| Caillou Bay SW of Cocodrie (CCOL1) (29.08N 90.87W) | | | | | | | 5.22 | 4.3 | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 158



Hurricane Zeta    20

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)c | Storm tide (ft)d | Estimated Inundation (ft)e | Total rain (in) |
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)a | Sustained (kt)b | Gust (kt) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| American Bay near Pointe-a-la-Hache (PLHL1) (29.57N 89.70W) | | | | | | | 5.70ʲ | 4.3ʲ | |
| Crooked Bayou near Delacroix (GRPL1) (29.71N 89.72W) | | | | | | | 5.47 | 4.1 | |
| Hackberry Bay NW of Grand Isle (HACL1) (29.40N 90.04W) | | | | | | | 4.80ʲ | 4.0ʲ | |
| Little Lake near Cutoff (CTFL1) (29.52N 90.18W) | | | | | | | 4.62 | 3.9 | |
| Black Bay near Pointe-a-la-Hache (PSIL1) (29.63N 89.56W) | | | | | | | 4.68ʲ | 3.3ʲ | |
| Barataria Pass at Grand Isle (EGIL1) (29.27N 89.95W) | | | | | | | 3.74 | 2.9 | |
| Caminada Pass NW of Grand Isle (CPGL1) (29.23N 90.05W) | | | | | | | 3.58 | 2.8 | |
| Caillou Lake SW of Dulac (DCLL1) (29.25N 90.92W) | | | | | | | 3.33 | 2.3 | |
| Mississippi Sound near Grand Pass (GRPL1) (30.17N 89.25W) | | | | | | | 2.39 | 1.2 | |
| Lake Pontchartrain – West End (WEGL1) (30.02N 90.12W) | | | | | | | 6.30 | 5.8 | |
| Rigolets near Lake Pontchartrain (RIGL1) (30.16N 89.74W) | | | | | | | 5.32 | 4.3 | |
| Lake Pontchartrain at Lakefront Airport (PLAL1) (30.04N 90.02W) | | | | | | | 4.21ʲ | 3.6ʲ | |
| Bayou Dupre Flood Gate (BDML1) (29.94N 89.84W) | | | | | | | 4.35 | 3.1 | |
| Chef Menteur Pass near Lake Borgne (CMPL1) (30.07N 89.80W) | | | | | | | 4.04 | 2.9 | |
| Lake Pontchartrain at Mandeville (LPML1) (30.37N 90.09W) | | | | | | | 3.34 | 2.7 | |
| Pass Manchac Pontchatoula (PMPL1) (30.28N 90.40W) | | | | | | | 2.84 | 1.8 | |
| Bayou Bienvenue Flood Gate (30.00N 89.92W) | | | | | | | 2.65 | 1.5 | |
| **Timmer/Simpson/Theiss Surginator Sensors** | | | | | | | | | |
| Buras – Joshua's Marina (29.35N 89.54W) | | | | | | 5.2ᴱ | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 159



Hurricane Zeta    21

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Venice – Venice Marina (29.24N 89.36W) | | | | | | 2.8[E] | | | |
| Venice – Cypress Cove Marina (29.25N 89.36W) | | | | | | 1.8[E] | | | |
| **Hydrometeorological Automated Data System (HADS) Sites (NWS)** | | | | | | | | | |
| Barataria Bay Pass (EGIL1) (29.27N 89.95W) | | | 28/2200 | 64 | | | | | |
| Barataria Bay near Grand Isle (NGIL1) (29.42N 89.96W) | | | 28/2200 | 60 | | | | | |
| Bay Dosgris (E of Galiano) (DOSL1) (29.47N 90.10W) | | | 28/2200 | 68 | | | | | |
| Caillou Lake near Dulac 15 SW (DCLL1) (29.25N 90.92W) | | | 28/2130 | 46 | | | | | |
| Caillou Bay near Cocodrie 18 SW (CCOL1) (29.08N 90.87W) | | | 28/2000 | 49 | | | | | |
| Mississippi Sound at Grand Pas (GRPL1) (30.12N 88.25W) | | | 28/2300 | 45 | | | | | |
| NE Bay Gardene Near Pt a La Hache 11E (BGNL1) (29.59N 89.61W) | | | 28/2230 | 63 | | | | | |
| New Orleans (NORL1) (29.93N 90.14W) | | | | | | | | | 4.70 |
| Seabrook Closure (SBCL1) (30.03N 90.04W) | | | 29/0000 | 33 | | | | | |
| **Weatherflow** | | | | | | | | | |
| Bayou Bienvenue (XBYU) (30.00N 89.90W) | 28/2312 | 971.1 | 28/2252 | 76 (5 min, 27 m) | 97 | | | | |
| Dulac (XDUL) (29.35N 90.73W) | 28/2136 | 980.6 | 28/2146 | 55 (1 min, 10 m) | 68 | | | | |
| Mandeville (XMVL) (30.36N 90.09W) | 29/0012 | 980.1 | 29/0035 | 42 (30 min, 10 m) | 51 | | | | |
| Midlake (XPTN) (30.20N 90.12W) | 28/2335 | 976.8 | 28/2351 | 56 (1 min, 10 m) | 64 | | | | |
| New Orleans Lakefront (XLKF) (30.04N 90.02W) | 28/2334 | 972.6 | 28/2358 | 58 (1 min, 10 m) | 67 | | | | |
| Waggaman (XJEF) (29.94N 90.23W) | 28/2234 | 973.6 | 28/2235 | 48 (1 min, 10 m) | 65 | | | | |
| **Offshore Oil Platforms** | | | | | | | | | |
| Louisiana Offshore Oil Port (LOPL1) (28.89N 90.02W) | 28/2133 | 993.1[i] | 28/1958 | 35[j] (2 min, 58 m) | 60[i] | | | | |
| South Marsh Island 268A (KSCF) (29.12N 91.87W) | | | 28/1910 | 46 (55 m) | 52 | | | | |

Hurricane Zeta    22

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)c | Storm tide (ft)d | Estimated Inundation (ft)e | Total rain (in) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)a | Sustained (kt)b | Gust (kt) | | | | |
| West Delta 27A (KDLP) (29.12N 89.95W) | | | 28/2135 | 51 (2 min, 35 m) | 73 | | | | |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Big Branch NWR (BBNL1) (30.32N 89.86W) | | | 29/0047 | | 43 | | | | 4.74 |
| Sela Portable (TS947) (30.11N 89.88W) | | | 28/2134 | 23 (2 m) | 57 | | | | |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Belle Chasse (CW3916) (29.84N 90.00W) | 28/2217 | 987.1ᶠ | 28/2215 | 32ᶠ | 54ᶠ | | | | |
| Belle Chasse (EW3364) (29.86N 89.99W) | 28/2218 | 986.5ᶠ | 28/2218 | 31ᶠ | 52ᶠ | | | | |
| Bourg (FW6044) (29.56N 90.60W) | 28/2150 | 978.3 | 28/2210 | 30ᶠ | 50ᶠ | | | | |
| Gretna (EW8473) (29.91N 90.05W) | 28/2330 | 976.6 | 28/2231 | 23ᶠ | 44ᶠ | | | | |
| Houma (EW3858) (29.58N 90.64W) | 28/2128 | 987.1 | | | | | | | 4.84 |
| Kenner (FW1110) (30.03N 90.22W) | 28/2315 | 979.3 | 28/2301 | 27 | 50 | | | | 3.39 |
| Lacombe (FW1251) (30.32N 89.97W) | 29/0030 | 981.0 | | | | | | | 4.17 |
| Laplace (AU112) (30.08N 90.45W) | 28/2335 | 985.8 | | | | | | | 2.48 |
| Mandeville (FW1704) (30.42N 90.07W) | 29/0016 | 985.4 | | | | | | | 4.01 |
| New Orleans (CW4185) (29.95N 90.20W) | 28/2246 | 978.0ᶠ | 28/2246 | 25ᶠ | 54ᶠ | | | | 2.83 |
| New Orleans (EW6382) (29.97N 90.09W) | 28/2325 | 975.3 | 28/2250 | 30 | 58 | | | | |
| New Orleans (FW1622) (29.94N 90.07W) | 28/2308 | 977.0 | 28/2238 | 24 | 43 | | | | 3.85 |
| Raceland (D1103) (29.70N 90.57W) | 28/2202 | 982.7 | 28/2202 | 29 | 47 | | | | 2.91 |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Lacombe 1.4N (LA-ST-8) (30.32N 89.93W) | | | | | | | | | 4.95 |
| **Public/Other** | | | | | | | | | |
| Barataria (29.73N 90.12W) | 28/2159 | 977.0ᶠ | 28/2159 | 49ᶠ | | | | | |
| Bourg (29.54N 90.59W) | 28/2154 | 995.6 | 28/2144 | 33 (17 m) | 55 | | | | |
| Braithwaite (29.87N 89.95W) | 28/2304 | 976.3 | 28/2304 | 47 (11 m) | 59 | | | | |
| Estelle (29.84N 90.12W) | 28/2215 | 981.7ᶠ | 28/2354 | 32ᶠ (6 m) | 48ᶠ | | | | |
| Golden Meadow (29.16N 90.18W) | 28/2134 | 983.1 | 28/2139 | 82 (6 m) | 96 | | | | |
| Golden Meadow (29.39N 90.27W) | | | 28/2129 | 72 | 91 | | | | |
| Grand Isle (29.23N 90.00W) | | | 28/2033 | 47 | 76 | | | | |
| Gretna (29.93N 90.06W) | 28/2300 | 974.3ᶠ | 28/2230 | 36ᶠ (2 m) | 55ᶠ | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 161

Hurricane Zeta    23

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)ᶜ | Storm tide (ft)ᵈ | Estimated Inundation (ft)ᵉ | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)ᵃ | Sustained (kt)ᵇ | Gust (kt) | | | | |
| Jefferson (29.95N 90.14W) | 28/2314 | 974.3 | 28/2349 | 47ⁱ (5 m) | 55 | | | | |
| New Orleans 1 WSW (29.96N 90.10W) | | | 28/2259 | | 82 | | | | |
| Slidell (30.22N 89.82W) | 28/2330 | 980.4ⁱ | 28/2330 | 49ʲ (7 m) | 70ⁱ | | | | |
| St. Rose (29.96N 90.32W) | 28/2244 | 979.7 | 28/2319 | 44 (9 m) | 54 | | | | |
| Westwego (29.91N 90.14W) | 28/2300 | 975.6 | 28/2230 | 35 (5 m) | 56 | | | | |
| **MISSISSIPPI** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Biloxi (KBIX) (30.43N 88.92W) | 29/0100 | 989.5 | 29/0126 | 56 (2 min, 10 m) | 78 | | | | 2.67 |
| Gulfport (KGPT) (30.40N 89.07W) | 29/0055 | 985.8 | 29/0049 | 55 (2 min, 10 m) | 83 | | | | 1.97 |
| Hattiesburg (KHBG) (31.27N 89.26W) | 29/0227 | 984.8 | 29/0227 | 28 (2 min, 10 m) | 50 | | | | 3.67 |
| Hattiesburg (KPIB) (31.47N 89.33W) | 29/0225 | 988.8 | 29/0225 | 31 (2 min, 10 m) | 40 | | | | 2.26 |
| Meridian (KMEI) (32.34N 88.75W) | 29/0358 | 992.1 | 29/0417 | 28 (2 min, 10 m) | 39 | | | | 3.51 |
| Meridian (KNMM) (32.55N 88.56W) | 29/0422 | 993.9 | 29/0512 | 23 (2 min, 10 m) | 34 | | | | 4.15 |
| Pascagoula (KPQL) (30.46N 88.53W) | 29/0135 | 996.3 | 29/0040 | 39 (2 min, 10 m) | 53 | | | | 2.03 |
| **National Ocean Service (NOS) Sites** | | | | | | | | | |
| Petit Bois Island, Port of Pascagoula (PTBM6) (30.21N 88.50W) | 29/0048 | 997.9 | 29/0048 | 49 (10 min, 5 m) | 68 | | | | |
| Bay Waveland Yacht Club (WYCM6) (30.33N 89.33W) | 29/0036 | 980.7 | 29/0018 | 70 (2 min, 10 m) | 90 | 8.74 | 9.23 | 8.2 | |
| Pascagoula NOAA Lab (PNLM6) (30.37N 88.56W) | | | | | | 7.41 | 7.95 | 7.1 | |
| **USGS Stream Gauges** | | | | | | | | | |
| Old Fort Bayou at Ocean Springs (OPFM6) (30.42N 88.82W) | | | | | | | 10.88 | 9.5 | |
| Back Bay of Biloxi (BBBM6) (30.42N 88.98W) | | | | | | | 8.57 | 7.2 | |
| East Pearl River near Claiborne (EPCM6) (30.19N 89.53W) | | | | | | | 8.57 | 7.2 | |
| Pascagoula River at Pascagoula (PRPM6) (30.37N 88.56W) | | | | | | | 7.97 | 6.7 | |
| West Pascagoula River at Gautier (WPGM6) (30.38N 88.61W) | | | | | | | 7.97 | 6.6 | |
| **Hydrometeorological Automated Data System (HADS) Sites (NWS)** | | | | | | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 162

Hurricane Zeta    24

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)c | Storm tide (ft)d | Estimated Inundation (ft)e | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)a | Sustained (kt)b | Gust (kt) | | | | |
| Chickasawhay River at Leaksville (LEKM6) (31.15N 88.56W) | | | | | | | | | 6.87 |
| Chickasawhay River at Enterprise (ENSM6) (32.18N 88.82W) | | | | | | | | | 4.61 |
| Weatherflow | | | | | | | | | |
| Biloxi (XBIL) (30.44N 88.98W) | 29/0156 | 985.0 | 29/0101 | 52 (1 min, 15 m) | 73 | | | | |
| Gulfport (XGPT) (30.36N 89.11W) | 29/0042 | 985.9 | 29/0057 | 74 (1 min, 10 m) | 88 | | | | |
| Ship Island (XSHI) (30.23N 88.98W) | 29/0044 | 990.3 | 29/0052 | 67 (1 min, 12 m) | 75 | | | | |
| Remote Automated Weather Stations (RAWS) | | | | | | | | | |
| Black Creek (BLCM6) (30.85N 89.03W) | | | | | | | | | 4.23 |
| Camp Keller (CKWM6) (30.52N 88.98W) | | | 29/0050 | 29 (6 m) | 65 | | | | 2.31 |
| Grand Bay (GRBM6) (30.44N 88.43W) | | | 29/0125 | 28 (8 m) | 45 | | | | 2.66 |
| Hancock (NNHM6) (30.45N 89.45W) | | | 29/0109 | | 39 (6 m) | | | | 3.57 |
| Lauderdale (RLDM6) (32.37N 88.46W) | | | | | | | | | 4.74 |
| Leakesville (LKKM6) (31.14N 88.60W) | | | 29/0314 | | 58 (6 m) | | | | |
| MS Sandhill (SHCM6) (30.45N 88.66W) | | | 29/0151 | 22 (6 m) | 56 | | | | 1.88 |
| Ragland Hills (FRGM6) (31.20N 89.18W) | | | 29/0227 | 21 (6 m) | 35 | | | | 4.11 |
| Wausau (LAUM6) (31.53N 88.69W) | | | 29/0409 | | 40 (6 m) | | | | 4.01 |
| Citizen Weather Observer Program (CWOP) | | | | | | | | | |
| Carriere (AU216) (30.64N 89.70W) | 29/0040 | 980.4 | | | | | | | 4.70 |
| Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites | | | | | | | | | |
| Carriere 5.4 E (MS-PR-13) (30.62N 89.56W) | | | | | | | | | 4.59 |
| Picayune 5.6 ENE (MS-PR-4) (30.55N 89.59W) | | | | | | | | | 4.85 |
| Public/Other | | | | | | | | | |
| Bay St. Louis (iCyclone) (30.32N 89.34W) | 29/0034 | 979.6 | | | | | | | |
| Hattiesburg Forrest County EMA (31.25N 89.34W) | | | 29/0225 | | 49 | | | | |
| Lake Bogue Homa (KMSLAURE22) (31.70N 89.02W) | | | 29/0352 | 30 | 44 | | | | |
| Macedonia 3 SSW (KMSPETAL10) (31.34N 89.20W) | | | 29/0234 | 38 | 52 | | | | |

All Coast LLC v Shore Offshore LLC,
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 163



Hurricane Zeta    25

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)ᶜ | Storm tide (ft)ᵈ | Estimated Inundation (ft)ᵉ | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)ᵃ | Sustained (kt)ᵇ | Gust (kt) | | | | |
| Moss Point (30.49N 88.47W) | 28/2315 | 997.6ᶦ | 29/0159 | 38ʲ (12 m) | 50ʲ | | | | |
| Ocean Springs (30.36N 88.73W) | 29/0104 | 991.5 | 29/0104 | 29 (F m) | 44 | | | | |
| Saucier (30.63N 88.97W) | | | 29/0134 | 31 (35 m) | 52 | | | | |
| Three Rivers (30.60N 88.47W) | | | 29/0134 | 31ᶦ (26 m) | 50ᶦ | | | | |
| Wool Market (30.50N 88.96W) | 29/0059 | 988.1ᶦ | 29/0106 | 36ᶦ (27 m) | 52ᶦ | | | | |
| **ALABAMA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Alabaster (KEET) (33.18N 86.78W) | 29/0640 | 990.9 | | | | | | | |
| Alexander City (KALX) (32.91N 85.96W) | 29/0655 | 997.3 | 29/0755 | 30 (2 min, 10 m) | 54 | | | | 1.24 |
| Anniston (KANB) (33.60N 85.85W) | 29/0745 | 991.9 | 29/0841 | 34 (2 min, 10 m) | 47 | | | | 1.31 |
| Auburn Univ Airport (KAUO) (32.62N 85.44W) | 29/0635 | 1002.4 | 29/0740 | 30 (2 min, 10 m) | 55 | | | | |
| Evergreen (KGZH) (31.42N 87.04W) | 29/0400 | 999.0 | 29/0349 | 37 (2 min, 15 m) | 61 | | | | 1.14 |
| Fairhope (KCQF) (30.46N 87.88W) | 29/0135 | 1001.7 | 29/0255 | 37 (2 min, 10 m) | 50 | | | | |
| Florala Municipal (K0J4) (31.04N 86.31W) | 29/0402 | 1005.8 | 29/0658 | 29 (2 min, 10 m) | 47 | | | | |
| Greenville (KPRN) (31.85N 86.61W) | 29/0452 | 994.2 | 29/0658 | 29 (2 min, 10 m) | 56 | | | | |
| Maxwell AFB (KMXF) (32.38N 86.37W) | 29/0556 | 996.6 | 29/0553 | 35 (2 min, 10 m) | 51 | | | | 1.06 |
| Mobile (KBFM) (30.64N 88.07W) | 29/0130 | 999.0 | 29/0105 | 43ᶦ (2 min, 10 m) | 64ᶦ | | | | 1.12 |
| Mobile (KMOB) (30.68N 88.25W) | 29/0205 | 997.3 | 29/0210 | 48 (2 min, 10 m) | 79 | | | | 1.71 |
| Montgomery (KMGM) (32.30N 86.40W) | 29/0553 | 996.5 | 29/0645 | 36ᶦ (2 min, 10 m) | 53ᶦ | | | | |
| Pell City (KPLR) (33.56N 86.25W) | 29/0715 | 991.1 | 29/0815 | 27 (2 min, 10 m) | 44 | | | | |
| Selma (KSEM) (32.34N 86.99W) | | | 29/0511 | 34 (2 min, 10 m) | 53 | | | | |
| Sylacauga (KSCD) (33.17N 86.30W) | 29/0655 | 992.3 | 29/0735 | 36ᶦ (2 min, 10 m) | 54ᶦ | | | | |
| Talladega (KASN) (33.57N 86.05W) | 29/0755 | 993.2 | 29/0835 | 33 (2 min, 10 m) | 36ᶦ | | | | 1.45 |
| Troy (KTOI) (31.86N 86.01W) | 29/0616 | 1002.7 | 29/0621 | 27 (2 min, 10 m) | 45 | | | | |
| **Coastal-Marine Automated Network (C-MAN) Sites** | | | | | | | | | |
| Dauphin Island (DPIA1) (30.25N 88.07W) | 29/0100 | 1000.8 | 29/0100 | 49 (14 m) | 62 | | | | |
| Middle Bay Light, AL (MBLA1) (30.44N 88.01W) | 29/0039 | 998.6 | 29/0230 | 53 (14 m) | 58 | | | | |
| **National Ocean Service (NOS) Sites** | | | | | | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 164



Hurricane Zeta    26

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Fort Morgan (FMOA1) (30.23N 88.02W) | 29/0136 | 1000.9 | 29/0054 | 58 (38 m) | 68 | | | | |
| Coast Guard Sector Mobile (MCGA1) (30.65N 88.06W) | 29/0130 | 999.4 | 29/0148 | 39 (7 m) | 55 | 6.16 | 6.49 | 5.3 | |
| Bayou La Batre Bridge (BLBA1) (30.41N 88.28W) | | | | | | 7.21 | 7.82 | 6.9 | |
| West Fowl River Bridge (WFRA1) (30.36N 88.16W) | | | | | | 6.45 | 6.82 | 5.9 | |
| Mobile State Docks (OBLA1) (30.71N 88.04W) | 29/0242 | 1000.2 | | | | 5.64 | 6.32 | 5.2 | |
| Chickasaw Creek (CIKA1) (30.78N 88.07W) | | | | | | 5.20 | 5.79 | 4.5 | |
| Dog River Bridge (BYSA1) (30.57N 88.09W) | | | | | | 5.05 | | 4.4 | |
| Weeks Bay, Mobile Bay (WBYA1) (30.42N 87.83W) | | | | | | 4.53 | | 4.2 | |
| East Fowl River Bridge (EFRA1) (30.44N 88.11W) | | | | | | 4.16 | 4.50 | 3.7 | |
| Dauphin Island (DILA1) (30.25N 88.08W) | | | | | | 2.76 | 3.11 | 2.4 | |
| **National Weather Service High Water Marks** | | | | | | | | | |
| Coden | | | | | | | | 4 - 8 (waves) | |
| Daphne | | | | | | | | 5 - 7 (waves) | |
| Spanish Fort | | | | | | | | 2 - 7 (waves) | |
| Bayou La Batre | | | | | | | | 3 - 4 (waves) | |
| Dauphin Island | | | | | | | | 1 - 3 (waves) | |
| **Hydrometeorological Automated Data System (HADS) Sites (NWS)** | | | | | | | | | |
| Clanton (CLXA1) (32.85N 86.81W) | | | 29/0650 | 33 (3 m) | 49 | | | | 1.69 |
| Russellville 4 SSE (RUXA1) (34.45N 87.71W) | | | | | | | | | 3.78 |
| Woodville 2 W (WDVA1) (34.62N 86.30W) | | | | | | | | | 4.26 |
| Selma (SLXA1) (32.34N 86.98W) | | | 29/0540 | 37 (3 m) | 54 | | | | 2.10 |
| Talladega (TLXA1) (33.57N 86.06W) | | | 29/0855 | 34 | 49 | | | | 2.31 |
| Thomasville 2S (TOXA1) (31.93N 87.74W) | | | 29/0445 | 38 (0 m) | 52 | | | | 3.75 |
| **Weatherflow** | | | | | | | | | |
| Buccaneer Yacht Club (XBUC) (30.58N 88.07W) | 29/0123 | 998.5 | 29/0147 | 53 (1 min, 10 m) | 62 | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 165



Hurricane Zeta    27

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Gulf Shores (XGLF) (30.36N 87.65W) | | | 29/0210 | 39 (1 min. 10 m) | 50 | | | | |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Grove Hill (TT309) (31.69N 87.76W) | | | 29/0426 | 36 | 70 | | | | 2.73 |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Calvert (EW0390) (31.15N 88.00W) | 29/0259 | 993.2 | 29/0314 | 31 | 59 | | | | 1.82 |
| Childersburg (EW5369) (33.27N 86.39W) | 29/0652 | 991.5 | 29/0722 | | 47 | | | | |
| Gulf Shores (DW2229) (30.25N 87.72W) | 29/0153 | 1002.7 | 29/0353 | 28 | 50 | | | | |
| Madison (EW2748) (34.70N 86.78W) | 29/0830 | 995.3 | | | | | | | 3.97 |
| Madison (FW2925) (34.72N 86.78W) | | | | | | | | | 3.99 |
| Margaret (DW5411) (33.47N 86.34W) | 29/0728 | 991.2 | 29/0738 | 30 | 44 | | | | 1.03 |
| Mobile (FW6880) (30.66N 88.14W) | 29/0230 | 1000.3 | 29/0200 | 22 | 50 | | | | 1.91 |
| Ohatchee (FW1272) (33.81N 85.98W) | 29/0656 | 994.9 | 29/0815 | 25 | 46 | | | | |
| Orange Beach (FW3872) (30.28N 87.58W) | 29/0146 | 1003.0 | 29/0216 | 33 | 54 | | | | |
| **University of South Alabama Chili Mesonet** | | | | | | | | | |
| Loxley (30.64N 87.70W) | | | | 37[f] | 50[f] | | | | |
| **Dauphin Island Sea Lab Mesonet** | | | | | | | | | |
| Meaher Park (MHPA1) (30.67N 87.94W) | 29/0230 | 998.3[i] | 29/0300 | 42[i] (9 m) | | | | | |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Thomasville 5.2 SSW (AL-CK-10) (31.84N 87.77W) | | | | | | | | | 3.35 |
| **Public/Other** | | | | | | | | | |
| Downtown Mobile 1W (MBCFS) (30.69N 88.05W) | | | 29/0125 | | 53 | | | | |
| Pinto Island 1 NE (30.68N 88.02W) | | | 29/0144 | | 61 | | | | |
| Robertsdale 3 ENE (30.57N 87.67W) | | | 29/0143 | | 59 | | | | |
| **FLORIDA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Crestview (KCEW) (30.79N 86.52W) | 29/0353 | 1006.4 | 29/0410 | 26 (2 min. 10 m) | 46 | | | | |
| Duke Field (KEGI) (30.65N 86.52W) | 29/0417 | 1006.1 | 29/0417 | 32 (2 min. 10 m) | 42 | | | | |
| Hurlburt Field (KHRT) (30.42N 86.68W) | 29/0356 | 1006.4 | 29/0331 | 31 (2 min. 10 m) | 46 | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 166

Hurricane Zeta    28

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Milton (KNDZ) (30.70N 87.02W) | 29/0356 | 1002.0 | 29/0156 | 33 (2 min, 10 m) | 50 | | | | |
| Milton (KNSE) (30.72N 87.02W) | 29/0404 | 1003.0 | 29/0256 | 34 (2 min, 10 m) | 49 | | | | |
| Pensacola (KPNS) (30.47N 87.20W) | 29/0325 | 1004.9 | 29/0250 | 39 (2 min, 10 m) | 49 | | | | |
| Pensacola NAS (KNPA) (30.35N 87.32W) | 29/0256 | 1004.7 | 29/0156 | 37 (2 min, 10 m) | 51 | | | | |
| **National Ocean Service (NOS) Sites** | | | | | | | | | |
| Panama City Beach (PCBF1) (30.21N 85.88W) | 29/0800 | 1008.5 | 29/0436 | 32 (17 m) | 38 | 2.63 | 2.85 | 2.0 | |
| Pensacola (PCLF1) (30.40N 87.21W) | 29/0224 | 1004.6 | 29/0430 | 34 (10 m) | 44 | 2.49 | 3.04 | 2.1 | |
| Apalachicola (APCF1) (29.73N 84.98W) | 29/1930 | 1009.3 | 29/0436 | 22 (9 m) | 26 | 2.12 | 2.63 | 1.8 | |
| Panama City (PACF1) (30.15N 85.67W) | | | 29/0912 | 28 (10 m) | 34 | 2.29 | 2.41 | 1.6 | |
| Cedar Key (CKYF1) (29.13N 83.03W) | 29/2054 | 1009.1 | 29/2230 | 26 (12 m) | 30 | 2.10 | 3.03 | 1.5 | |
| **USGS Stream Gauges** | | | | | | | | | |
| Spring Creek (SBIF1) (30.07N 84.33W) | | | | | | | 3.35 | 1.7 | |
| Suwannee River (SUWF1) (29.34N 83.09W) | | | | | | | 3.00 | 1.5 | |
| Aucilla River at Nutall Rise (NUTF1) (30.11N 83.98W) | | | | | | | 3.29 | 1.4 | |
| Spring Creek (SBIF1) (30.07N 84.33W) | | | | | | | 3.35 | 1.7 | |
| **Northwest Florida Water Management District Gauges** | | | | | | | | | |
| White City (SEWF1) (29.58N 85.22W) | | | | | | | | 1.7 | |
| **Suwannee River Water Management District Gauges** | | | | | | | | | |
| Steinhatchee (STIF1) (29.67N 83.36W) | | | | | | | | 1.9 | |
| **Weatherflow** | | | | | | | | | |
| Ft. Walton Beach (XFWB) (30.40N 86.56W) | 29/0338 | 1005.7 | 29/0358 | 38 (1 min, 7 m) | 47 | | | | |
| Gulf Breeze (XGBZ) (30.36N 87.16W) | 29/0226 | 1003.3 | 29/0434 | 33 (1 min, 15 m) | 42 | | | | |
| Okaloosa Island Fishing Pier (XOFP) (30.36N 86.59W) | | | 29/0335 | 37 (5 min, 14 m) | 47 | | | | |
| Santa Rosa Sound (DB127) (30.38N 87.01W) | 29/0225 | 1002.8 | 29/0157 | 41 (1 min, 7 m) | 51 | | | | |
| **WeatherSTEM** | | | | | | | | | |
| Berrydale (1088W) (30.91N 87.03W) | 29/0350 | 1003.4 | 29/0210 | 28 | 50 | | | | 1.40 |
| Century (1208W) (30.97N 87.41W) | 29/0340 | 999.0 | 29/0240 | 42 | 53 | | | | 1.33 |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 167



Hurricane Zeta    29

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Ft. Walton Beach (0241W) (30.45N 86.62W) | 29/0620 | 1006.8 | 29/0350 | 32 | 36 | | | | |
| Gonzalez 2 SSW (1206W) (30.58N 87.30W) | 29/0200 | 1001.7 | 29/0150 | 29 | 45 | | | | |
| Gulf Breeze (0327W) (30.36N 87.17W) | 29/0230 | 1006.1 | 29/0000 | 35 | 44 | | | | |
| Navarre Beach (0401W) (30.39N 86.86W) | 29/0310 | 1006.1 | 29/0350 | 39 | 47 | | | | |
| Pace (0904W) (30.61N 87.15W) | 29/0240 | 1004.4 | 29/0430 | 36 | 53 | | | | 0.94 |
| Pace (1213W) (30.70N 87.18W) | 29/0420 | 1004.4 | 29/0420 | 38 | 46 | | | | |
| Pensacola (0402W) (30.50N 87.29W) | 29/0310 | 1001.7 | 29/0330 | 34 | 52 | | | | |
| Pensacola (1199W) (30.43N 87.22W) | 29/0250 | 1005.1 | 29/0540 | 31 | 43 | | | | |
| Pensacola (1201W) (30.48N 87.21W) | 29/0300 | 1004.1 | 29/0120 | 30 | 43 | | | | |
| Pensacola (1203W) (30.49N 87.30W) | 29/0300 | 1003.7 | 29/0210 | 41 | 46 | | | | |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Niceville (CW7473) (30.49N 86.46W) | 29/0645 | 1007.5 | 29/0401 | 31 | 45 | | | | |
| Perdido Key (FW7996) (30.33N 87.37W) | 29/0126 | 1005.8 | 29/0126 | 33 | | | | | |
| Valparaiso (DW6507) (30.50N 86.49W) | 29/0416 | 1007.1 | 29/0301 | 29 | 49 | | | | |
| **University of South Alabama Chili Mesonet** | | | | | | | | | |
| Jay (30.99N 87.17W) | | | | 41[i] | 50[i] | | | | |
| **Public/Other** | | | | | | | | | |
| Ed Walline Beach (EDWA) (30.35N 86.23W) | 29/0730 | | | 39 | 43 | | | | |
| **GEORGIA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Atlanta (KATL) (33.66N 84.42W) | 29/0918 | 999.3 | 29/0918 | 28 (2 min, 10 m) | 45 | | | | 0.89 |
| Atlanta (KPDK) (33.88N 84.30W) | 29/0902 | 997.6 | 29/0953 | 27 (2 min, 10 m) | 41 | | | | 0.98 |
| Blairsville (KDZJ) (34.85N 84.00W) | 29/1015 | 997.3 | 29/1135 | 28 (2 min, 10 m) | 42 | | | | 3.26 |
| Canton (KCNI) (34.31N 84.42W) | 29/0915 | 996.3 | 29/1055 | 27 (2 min, 10 m) | 46 | | | | |
| Carrollton (KCTJ) (33.63N 85.15W) | 29/0755 | 998.3 | 29/0735 | 28 (2 min, 10 m) | 43 | | | | |
| Cartersville (KVPC) (34.14N 84.85W) | 29/0853 | 994.8 | 29/0853 | 24 (2 min, 10 m) | 42 | | | | 1.07 |
| Columbus (KCSG) (32.53N 84.93W) | 29/0745 | 1003.0 | 30/0710 | 26 (2 min, 10 m) | 49 | | | | |
| Fulton County Brown Field (KFTY) (33.78N 84.52W) | 29/0853 | 997.7 | 29/0842 | 25 (2 min, 10 m) | 44 | | | | 0.82 |

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 168



Hurricane Zeta    30

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)^c | Storm tide (ft)^d | Estimated Inundation (ft)^e | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)^a | Sustained (kt)^b | Gust (kt) | | | | |
| Gainesville (KGVL) (34.27N 83.83W) | 29/0953 | 998.0^f | 29/0953 | | 40 | | | | 1.36 |
| Jasper (KJZP) (34.45N 84.46W) | 29/0915 | 996.3 | 29/0915 | 35 (2 min, 10 m) | 45 | | | | |
| Jefferson (KJCA) (34.18N 83.56W) | 29/0955 | 1000.0 | 29/0955 | 29 (2 min, 10 m) | 42 | | | | 1.10 |
| Kennesaw (KRYY) (34.01N 84.60W) | 29/0850 | 996.6 | 29/0850 | | 39 | | | | |
| Marietta (KMGE) (33.78N 84.52W) | 29/0856 | 996.3 | 29/0856 | 28 (2 min, 10 m) | 42 | | | | 0.83 |
| Monroe (KD73) (33.78N 83.69W) | 29/0930 | 1001.7 | 29/1010 | 28 (2 min, 10 m) | 41 | | | | |
| Pine Mountain (KPIM) (32.84N 84.88W) | 29/0735 | 1002.7 | 29/0855 | 26 (2 min, 10 m) | 39 | | | | |
| Rome (KRMG) (34.35N 85.16W) | 29/0911 | 991.9 | 29/0911 | 23^f (2 min, 10 m) | 44 | | | | 1.92 |
| **Hydrometeorological Automated Data System (HADS) Sites (NWS)** | | | | | | | | | |
| Epworth 5SW (EPWG1) (34.90N 84.44W) | | | | | | | | | 3.34 |
| Owltown / Choestoe (CHOG1) (34.80N 83.90W) | | | | | | | | | 6.31 |
| Pine Mountain 4 NE (BURG1) (34.97N 83.12W) | | | | | | | | | 3.81 |
| Suches 4 NW (SCHG1) (34.72N 84.07W) | | | | | | | | | 6.43 |
| Sugar Hill (CMMG1) (34.18N 84.08W) | 29/0915 | | 29/0915 | 32 | | | | | 0.93 |
| Tate City (TUSG1) (34.95N 83.82W) | | | | | | | | | 3.79 |
| **WeatherSTEM** | | | | | | | | | |
| Athens (0756W) (33.94N 83.38W) | 29/1000 | 999.7 | 29/1030 | 21 | 46 | | | | |
| Cumming (0637W) (34.22N 84.11W) | 29/0910 | 996.3 | 29/1020 | 31 | 39 | | | | 1.56 |
| Cumming (1076W) (34.22N 84.12W) | 29/0930 | 993.2 | 29/0930 | 30 | 43 | | | | 1.77 |
| Druid Hills (0536W) (33.60N 84.32W) | | | 29/0900 | 36 | 47 | | | | 0.92 |
| 1.0 E Oakwood (34.23N 83.87W) | | | 29/0910 | | 42 | | | | |
| 0.9 W Rest Haven (34.13N 83.99W) | | | 29/0930 | | 42 | | | | |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Brasstown (BRSG1) (34.81N 83.71W) | | | 29/1206 | | 36 | | | | 4.38 |
| Chattooga (CHGG1) (34.64N 83.82W) | | | 29/1106 | | 49 | | | | 2.24 |
| Nimblewill (CPMG1) (34.61N 84.13W) | | | | | | | | | 3.88 |
| Suches (TCCG1) (34.77N 84.07W) | | | 29/1205 | | 36 | | | | 3.98 |



Hurricane Zeta    31

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Tallulah (TULG1) (34.91N 83.33W) | | | | | | | | | 3.74 |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Ellijay (EW5151) (34.55N 84.27W) | | | | | | | | | 3.27 |
| **Georgia Automated Environmental Monitoring Network (AEMN)** | | | | | | | | | |
| Floyd-NW GA Research & Ed Center (34.34N 85.12W) | 29/0800 | 991.6 | 29/0900 | 22 | 42 | | | | |
| Gaines-Lake Lanier (34.35N 83.79W) | 29/0900 | 998.6 | 29/0945 | 20 | 46 | | | | |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Blairsville 5.3 ESE (GA-UN-9) (34.84N 83.87W) | | | | | | | | | 5.14 |
| Dillard 4 NE (GA-RB-1) (34.99N 83.30W) | | | | | | | | | 6.42 |
| Hiawassee 5 SSE (GA-TW-1) (34.89N 83.71W) | | | | | | | | | 5.30 |
| Rabun Gap 2 SW (GA-RB-4) (34.94N 83.42W) | | | | | | | | | 5.61 |
| Tiger 2 NW (GA-RB-13) (34.87N 83.46W) | | | | | | | | | 5.19 |
| **Public/Other** | | | | | | | | | |
| Rome (34.35N 85.17W) | | | 29/1000 | | 48 | | | | 1.92 |
| Canton Cherokee (34.32N 84.42W) | | | 29/0915 | | 46 | | | | |
| Dallas (33.83N 84.74W) | | | 29/1002 | | 39 | | | | |
| Lawrenceville (33.98N 83.97W) | | | 29/1006 | | 39 | | | | |
| Smyrna (33.87N 84.50W) | | | 29/0933 | | 39 | | | | |
| Peachtree City (33.35N 84.57W) | | | 29/0741 | | 38 | | | | |
| <span style="color:red">**TENNESSEE**</span> | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Cleveland (KRZR) (35.21N 84.79W) | 29/1015 | 993.9 | | | | | | | 1.84 |
| Knoxville (KTYS) (35.81N 83.99W) | 29/1103 | 995.6 | 29/1640 | 24 (2 min, 10 m) | 30 | | | | 1.49 |
| Madisonville (KMNV) (35.55N 84.38W) | 29/1035 | 995.3 | | | | | | | |
| Sevierville (KGKT) (35.86N 83.53W) | 29/1135 | 994.9 | 29/1635 | 19 (2 min, 10 m) | 25 | | | | 1.25 |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Ocoee (BOCT1) (35.16N 84.56W) | | | 29/1105 | | 39 | | | | 1.90 |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 170



Hurricane Zeta    32

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Chattanooga (CW5013) (35.00N 85.13W) | 29/0930 | 994.9 | | | | | | | |
| **Public/Other** | | | | | | | | | |
| Wears Valley 3 ESE (35.70N 83.61W) | | | 29/1000 | | 48 | | | | |
| **SOUTH CAROLINA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Anderson (KAND) (34.50N 82.71W) | 29/1056 | 999.2 | 29/1056 | 30 (2 min, 10 m) | 51 | | | | |
| Clemson (KCEU) (34.67N 82.86W) | 29/1054 | 997.9 | | | | | | | |
| Fairfield County / Winnsboro (KFDW) | | | 29/1355 | | 34 | | | | |
| Greenville (KGMU) (34.85N 82.35W) | 29/1105 | 999.7[i] | 29/1105 | 24[j] (2 min, 10 m) | 37[i] | | | | |
| Greenville /Spartanburg (KGSP) (34.89N 82.22W) | 29/1153 | 998.6 | 29/1237 | 34 (2 min, 10 m) | 47 | | | | |
| Lancaster (KLKR) (34.73N 80.85W) | | | 29/1355 | | 38 | | | | |
| Liberty / Pickens (KLQK) (34.81N 82.70W) | 29/1115 | 998.7 | 29/1135 | 27[i] (2 min, 10 m) | 45[j] | | | | |
| McEntire JNBG (KMMT) | | | 29/1433 | | 35 | | | | |
| Seneca (KCEU) (34.67N 82.88W) | 29/1054 | 998.0[i] | 29/1054 | 17[i] (2 min, 10 m) | 38[i] | | | | |
| Shaw AFB (KSSC) | | | 29/1442 | | 35 | | | | |
| **WeatherSTEM** | | | | | | | | | |
| Clemson University (0477W) (34.68N 82.84W) | 29/1100 | | 29/1140 | 29 | 39 | | | | |
| Greenville (1184W) (34.94N 82.41W) | 29/1210 | | 29/1110 | 37 | 72 | | | | |
| Newberry | | | 29/1210 | | 37 | | | | |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Carolina Sandhills | | | 29/1414 | | 35 | | | | |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Chestnut Springs (D1971) (35.16N 82.46W) | 29/1130 | | 29/1115 | 31 | 62 | | | | |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Salem 2 NE (SC-OC-92) (34.91N 82.93W) | | | | | | | | | 5.64 |
| Salem 1 SW (SC-OC-78) (34.88N 82.99W) | | | | | | | | | 5.62 |
| **NORTH CAROLINA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 171



Hurricane Zeta    33

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)c | Storm tide (ft)d | Estimated Inundation (ft)e | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/time (UTC) | Press. (mb) | Date/time (UTC)a | Sustained (kt)b | Gust (kt) | | | | |
| Alamance (KBUY) (36.05N 79.48W) | 29/1454 | 998.0 | 29/1705 | 24 (2 min, 10 m) | 44 | | | | |
| Albemarle (KVUJ) (35.42N 80.15W) | 30/0435 | 1001.4 | 29/1415 | 31 | 45 | | | | |
| Asheville (KAVL) (35.43N 82.54W) | 20/1202 | 995.9 | 29/1254 | 20 (2 min, 10 m) | 34 | | | | 2.76 |
| Charlotte (KCLT) (35.22N 80.95W) | 30/0152 | 999.4 | 29/1325 | 31 (2 min, 10 m) | 50 | | | | |
| Concord Regional (KJQF) (35.39N 80.70W) | | | 29/1450 | | 40 | | | | |
| Franklin (K1A5) (35.22N 83.41W) | 29/1115 | 999.0 | | | | | | | |
| Greensboro (KGSO) (36.10N 79.95W) | 29/1427 | 996.9 | 29/1411 | 33 (2 min, 10 m) | 44 | | | | 0.71 |
| Hickory (KHKY) (35.74N 81.38W) | 29/1240 | 993.6 | 29/1342 | 24 | 48 | | | | |
| Mt Airy (KMWK) (36.46N 80.55W) | 29/1435 | 997.6 | 29/1555 | 14f (2 min, 10 m) | 23f | | | | 4.08f |
| Pope AFB (KPOB) (35.17N 79.02W) | | | 29/1553 | | 45 | | | | |
| Raleigh-Durham (KRDU) (35.90N 78.78W) | | | 29/1607 | | 45 | | | | |
| Reidsville (KSIF) (36.44N 79.84W) | 29/1455 | 995.6 | 29/1455 | 23 (2 min, 10 m) | 40 | | | | |
| Rocky Mount-Wilson (KRWI) (35.85N 77.90W) | | | 29/1649 | | 45 | | | | |
| **WeatherSTEM** | | | | | | | | | |
| Greensboro (0783W) (36.06N 79.89W) | 29/1430 | 998.0 | 29/1640 | 25 | 47 | | | | |
| NC State Stadium (0789W) (35.80N 78.72W) | 29/2250 | 996.6 | 29/1710 | 26 | 49 | | | | |
| Winston-Salem State Univ (0585W) (36.06N 80.22W) | 29/1400 | 992.9 | 29/1550 | 42 | 54 | | | | |
| **Remote Automated Weather Stations (RAWS)** | | | | | | | | | |
| Blantyre (BLAN7) (35.30N 82.82W) | | | | | | | | | 8.41 |
| Hendersonville - Guion Farm (GUIN7) (35.21N 82.58W) | | | 29/1210 | | 56 | | | | 4.79 |
| Mt. Island Lake (MTIN7) (35.38N 80.99W) | | | 29/1410 | 18 (8 m) | 49 | | | | |
| **Citizen Weather Observer Program (CWOP)** | | | | | | | | | |
| Advance (EW7058) (35.99N 80.44W) | 29/1353 | 996.6 | 29/1423 | 31 | 44 | | | | |
| Banner Elk (EW9464) (36.20N 81.85W) | 29/1301 | 995.3 | 29/1131 | 28 | 47 | | | | |
| Banner Elk (FW8439) (36.20N 81.83W) | 29/1250 | 999.7 | 29/1456 | 24 | 50 | | | | 1.92 |
| Belmont (DW5686) (35.25N 81.03W) | 29/1306 | 1000.3 | 29/1256 | 25 | 51 | | | | |
| Blowing Rock (EW3885) (36.17N 81.63W) | 29/1345 | 995.3 | 29/1545 | 25 | 47 | | | | 2.48 |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 172



Hurricane Zeta    34

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Cashiers (EW5101) (35.08N 83.15W) | 29/1045 | | 29/0931 | 54 | 89 | | | | |
| Connelly Springs (FW7455) (35.65N 81.50W) | 29/1231 | 996.6 | 29/1231 | 25 | 46 | | | | |
| Connelly Springs (FW7456) (35.58N 81.66W) | 29/1231 | 998.0 | 29/1231 | 22 | 49 | | | | |
| Conway (KK4ARX) (E0790) (38.43N 77.23W) | 29/1930 | 997.0 | 29/1730 | 44 | 63 | | | | |
| Morganton (FW7442) (35.66N 81.65W) | 29/1231 | 996.3 | 29/1231 | 23 | 45 | | | | 1.41 |
| Morganton (FW7457) (35.64N 81.78W) | 29/1216 | 997.0 | 29/1401 | 21 | 45 | | | | |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Black Mountain (NC-BC-76) (35.59N 82.31W) | | | | | | | | | 6.84 |
| Brevard 6 S (NC-TR-24) (35.14N 82.73W) | | | | | | | | | 5.06 |
| Brevard 10 S (NC-TR-32) (35.09N 82.77W) | | | | | | | | | 5.58 |
| Cedar Mountain 2 E (NC-TR-27) (35.15N 82.61W) | | | | | | | | | 8.80 |
| East Flat Rock (NC-HN-12) (35.29N 82.41W) | | | | | | | | | 5.17 |
| Hendersonville 6 SW (NC-HN-25) (35.24N 82.50W) | | | | | | | | | 6.86 |
| Hendersonville 2.4 SSE (NC-HN-32) (35.29N 82.44W) | | | | | | | | | 5.04 |
| Lenoir 5 WNW (NC-CD-28) (35.94N 81.61W) | | | | | | | | | 5.02 |
| **Public/Other** | | | | | | | | | |
| Brooks Crossroads 2 NNE (36.15N 80.77W) | | | 29/1330 | | 54 | | | | |
| Clingmans Dome (35.56N 83.5W) | | | 29/1200 | | 50 | | | | |
| Fairview 1 S (35.51N 82.4W) | | | 29/1202 | 50 | 68 | | | | |
| Linville 3 NE | | | 29/1400 | | 58 | | | | |
| Beech Mountain | | | 29/1210 | | 43 | | | | |
| **VIRGINIA** | | | | | | | | | |
| **International Civil Aviation Organization (ICAO) Sites** | | | | | | | | | |
| Blackstone (KBKT) (37.08N 77.95W) | 29/1755 | 994.9 | 29/1715 | 25 | 38 | | | | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 173



Hurricane Zeta    35

| Location | Minimum Sea Level Pressure | | Maximum Surface Wind Speed | | | Storm surge (ft)[c] | Storm tide (ft)[d] | Estimated Inundation (ft)[e] | Total rain (in) |
|---|---|---|---|---|---|---|---|---|---|
| | Date/ time (UTC) | Press. (mb) | Date/ time (UTC)[a] | Sustained (kt)[b] | Gust (kt) | | | | |
| Danville (KDAN) (36.57N 79.33W) | 29/1453 | 995.3 | 29/1650 | 21 (2 min, 10 m) | 40 | | | | |
| Fredericksburg (KRMN) (38.40N 77.46W) | | | | | | | | | 3.82 |
| Norfolk (KORF) (36.90N 76.19W) | 29/2010 | 995.9 | 29/1835 | 32 (2 min, 10 m) | 41 | | | | |
| Rustburg (K0V4) (37.14N 79.02W) | 29/1715 | 994.6 | 29/1755 | 25 (2 min, 10 m) | 35 | | | | |
| **Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) Sites** | | | | | | | | | |
| Altavista 6 NNE (VA-CM-14) (37.19N 79.24W) | | | | | | | | | 4.28 |

[a] Date/time is for sustained wind when both sustained and gust are listed.
[b] Except as noted, sustained wind averaging periods for C-MAN and land-based reports are 2 min; buoy averaging periods are 8 min.
[c] Storm surge is water height above normal astronomical tide level.
[d] Storm tide is water height above the North American Vertical Datum of 1988 (NAVD88).
[e] Estimated inundation is the maximum height of water above ground. For NOS tide gauges and USGS water level sensors, the height of the water above Mean Higher High Water (MHHW) is used as a proxy for inundation
[E] Estimated
[I] Incomplete data



Hurricane Zeta    36

Table 4.    Number of hours in advance of formation associated with the first NHC Tropical Weather Outlook forecast in the indicated likelihood category. Note that the timings for the "Low" category do not include forecasts of a 0% chance of genesis.

|  | Hours Before Genesis | |
|---|---|---|
|  | 48-Hour Outlook | 120-Hour Outlook |
| Low (<40%) | 114 / 48 (2nd entry) | 228 / 66 (2nd entry) |
| Medium (40%-60%) | 24 | 30 |
| High (>60%) | 18 | 18 |

Table 5a.    NHC official (OFCL) and climatology-persistence skill baseline (OCD5) track forecast errors (n mi) for Hurricane Zeta, 24–29 October 2020. Mean errors for the previous 5-yr period are shown for comparison. Official errors that are smaller than the 5-yr means are shown in boldface type.

|  | Forecast Period (h) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 12 | 24 | 36 | 48 | 60 | 72 | 96 | 120 |
| OFCL | **19.5** | **25.0** | **39.8** | **63.1** | 85.8 | 101.8 | **75.1** |  |
| OCD5 | 70.1 | 171.5 | 280.2 | 368.4 | 452.0 | 527.6 | 610.5 |  |
| Forecasts | 18 | 16 | 14 | 12 | 10 | 8 | 4 |  |
| OFCL (2015-19) | 24.1 | 36.9 | 49.6 | 65.1 | 80.7 | 96.3 | 133.2 |  |
| OCD5 (2015-19) | 44.7 | 96.1 | 156.3 | 217.4 | 273.9 | 330.3 | 431.5 |  |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 175



Table 5b.    Homogeneous comparison of selected track forecast guidance models (in n mi) for Hurricane Zeta, 24–29 October 2020.  Errors smaller than the NHC official forecast are shown in boldface type. The number of official forecasts shown here is smaller than that shown in Table 5a due to the homogeneity requirement.

| Model ID | Forecast Period (h) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12 | 24 | 36 | 48 | 60 | 72 | 96 | 120 |
| OFCL | 20.5 | 25.4 | 40.0 | 64.0 | 87.2 | 108.3 | 75.1 | |
| OCD5 | 61.0 | 173.1 | 280.3 | 366.2 | 447.1 | 518.6 | 610.5 | |
| GFSI | 23.3 | 37.2 | 48.2 | **62.9** | 98.7 | 143.5 | 229.1 | |
| EMXI | 21.7 | 35.4 | 64.1 | 92.5 | 115.9 | 133.8 | 112.0 | |
| EGRI | 25.3 | 37.8 | 70.8 | 105.7 | 134.1 | 120.8 | 392.6 | |
| CMCI | 29.8 | 50.8 | 79.7 | 100.1 | 88.7 | **101.4** | 98.3 | |
| NVGI | 37.4 | 73.9 | 109.5 | 148.3 | 211.4 | 219.3 | 246.0 | |
| HWFI | 24.7 | 34.7 | 41.3 | 66.5 | 103.8 | 140.9 | 115.4 | |
| HMNI | 23.9 | 37.7 | 55.4 | 86.2 | 146.3 | 256.8 | 338.6 | |
| CTCI | 23.2 | 38.6 | 60.8 | 93.2 | 128.3 | 195.7 | 158.1 | |
| HCCA | **20.1** | 26.4 | 40.1 | 65.4 | 95.1 | 113.1 | **57.7** | |
| AEMI | 26.1 | 35.8 | 40.9 | **53.7** | **83.9** | 116.7 | 82.0 | |
| GFEX | 20.5 | 28.9 | 43.4 | 66.1 | 92.5 | 116.6 | 83.2 | |
| TVCA | 20.9 | 27.2 | 42.0 | 69.1 | 101.4 | 120.0 | **58.0** | |
| TVCX | 21.0 | 27.1 | 43.0 | 68.4 | 98.7 | 113.1 | **47.3** | |
| TVDG | 21.0 | 27.2 | 42.7 | 68.9 | 98.6 | 108.5 | **57.8** | |
| TABD | 30.8 | 44.3 | 66.6 | 89.7 | 120.9 | 184.6 | 255.8 | |
| TABM | 30.4 | 39.1 | 40.9 | **56.6** | 90.5 | 134.0 | 203.3 | |
| TABS | 37.8 | 70.7 | 92.5 | 127.7 | 170.8 | 210.1 | 227.1 | |
| Forecasts | 15 | 15 | 13 | 11 | 9 | 7 | 4 | |



Table 6a.    NHC official (OFCL) and climatology-persistence skill baseline (OCD5) intensity forecast errors (kt) for Hurricane Zeta, 24–29 October 2020.  Mean errors for the previous 5-yr period are shown for comparison.  Official errors that are smaller than the 5-yr means are shown in boldface type.

|  | Forecast Period (h) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 12 | 24 | 36 | 48 | 60 | 72 | 96 | 120 |
| OFCL | 7.5 | 11.6 | 12.1 | 12.1 | **11.5** | 16.2 | 32.5 | |
| OCD5 | 8.7 | 14.2 | 16.4 | 19.2 | 12.3 | 14.1 | 29.5 | |
| Forecasts | 18 | 16 | 14 | 12 | 10 | 8 | 4 | |
| OFCL (2015-19) | 5.2 | 7.7 | 9.4 | 10.7 | 11.9 | 13.0 | 14.4 | |
| OCD5 (2015-19) | 6.8 | 10.8 | 14.1 | 17.0 | 18.8 | 20.6 | 22.5 | |

Table 6b.    Homogeneous comparison of selected intensity forecast guidance models (in kt) for Hurricane Zeta, 24–29 October 2020.  Errors smaller than the NHC official forecast are shown in boldface type.  The number of official forecasts shown here is smaller than that shown in Table 6a due to the homogeneity requirement.

| Model ID | Forecast Period (h) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 12 | 24 | 36 | 48 | 60 | 72 | 96 | 120 |
| OFCL | 8.1 | 12.0 | 12.7 | 12.3 | 11.1 | 13.6 | 36.7 | |
| OCD5 | 9.4 | 14.9 | 16.8 | 19.4 | 12.4 | 13.6 | 38.7 | |
| HWFI | 9.1 | **10.7** | **8.0** | **11.6** | 12.1 | 18.3 | **29.7** | |
| HMNI | **7.6** | **11.7** | 13.9 | 16.7 | 14.7 | 19.7 | 38.0 | |
| CTCI | **7.3** | 13.2 | 17.8 | 19.3 | 15.2 | 20.4 | 46.7 | |
| DSHP | 8.6 | **10.0** | **11.8** | 14.5 | 12.6 | **13.4** | **35.3** | |
| LGEM | 9.7 | 12.1 | 14.7 | 15.3 | 12.4 | 15.4 | 40.3 | |
| IVCN | **7.9** | **9.9** | **11.3** | 14.5 | 11.4 | 14.3 | 37.7 | |
| IVDR | **7.9** | **10.0** | **11.5** | 14.6 | 11.3 | 14.4 | 39.3 | |
| HCCA | **7.4** | **9.9** | **9.9** | **11.4** | 11.4 | 14.9 | **34.7** | |
| GFSI | 9.9 | 13.5 | 18.2 | 19.1 | 15.4 | 22.6 | 54.3 | |
| EMXI | 13.0 | 18.1 | 17.6 | 17.9 | 22.0 | 26.1 | 42.3 | |
| Forecasts | 16 | 15 | 13 | 11 | 9 | 7 | 3 | |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 177



Table 7.    Tropical cyclone wind watch and warning summary for Hurricane Zeta, 24–29 October 2020.

| Date/Time (UTC) | Action | Location |
|---|---|---|
| 24 / 2100 | Tropical Storm Watch issued | Pinar del Rio, Cuba |
| 25 / 0300 | Tropical Storm Watch changed to Tropical Storm Warning | Pinar del Rio |
| 25 / 0300 | Tropical Storm Watch issued | Tulum to Rio Lagartos, Mexico |
| 25 / 1200 | Tropical Storm Watch changed to Hurricane Watch | Tulum to Rio Lagartos |
| 25 / 1500 | Tropical Storm Warning issued | Tulum to Rio Lagartos |
| 25 / 2100 | Tropical Storm Warning changed to Hurricane Warning | Tulum to Rio Lagartos |
| 25 / 2100 | Hurricane Watch discontinued | All |
| 26 / 0900 | Tropical Storm Warning issued | Dzilam to Progreso |
| 26 / 0900 | Tropical Storm Warning issued | Punta Allen to Tulum |
| 26 / 0900 | Hurricane Warning modified to | Tulum to Dzilam |
| 26 / 2100 | Tropical Storm Watch issued | AL/MS Border to Okaloosa/Walton CL |
| 26 / 2100 | Tropical Storm Watch issued | Intracoastal City to Morgan City |
| 26 / 2100 | Tropical Storm Warning discontinued | Pinar del Rio |
| 26 / 2100 | Hurricane Watch issued | Morgan City to AL/MS Border |
| 26 / 2100 | Hurricane Watch issued | Lake Pontchartrain |
| 26 / 2100 | Hurricane Watch issued | Lake Maurepas |
| 27 / 0000 | Tropical Storm Warning discontinued | All |
| 27 / 0000 | Hurricane Warning discontinued | Tulum to Dzilam |
| 27 / 0000 | Hurricane Warning issued | Progreso to Punta Allen |
| 27 / 0900 | Tropical Storm Watch changed to Tropical Storm Warning | AL/MS Border to Okaloosa/Walton CL |

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 178



| Date/Time (UTC) | Action | Location |
|---|---|---|
| 27 / 0900 | Hurricane Watch changed to Hurricane Warning | Morgan City to AL/MS Border |
| 27 / 0900 | Hurricane Watch changed to Hurricane Warning | Lake Pontchartrain |
| 27 / 0900 | Hurricane Watch changed to Hurricane Warning | Lake Maurepas |
| 27 / 0900 | Hurricane Warning changed to Tropical Storm Warning | Progreso to Punta Allen |
| 27 / 1800 | Tropical Storm Warning discontinued | Progreso to Punta Allen |
| 28 / 0900 | Tropical Storm Warning modified to | AL/MS Border to Walton/Bay CL |
| 28 / 1500 | Tropical Storm Watch discontinued | All |
| 29 / 0300 | Hurricane Warning modified to | Pearl River to AL/MS Border |
| 29 / 0300 | Hurricane Warning discontinued | Lake Pontchartrain |
| 29 / 0300 | Hurricane Warning discontinued | Lake Maurepas |
| 29 / 0600 | Hurricane Warning discontinued | All |
| 29 / 0900 | Tropical Storm Warning modified to | Navarre to Walton/Bay CL |
| 29 / 1200 | Tropical Storm Warning discontinued | All |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 179



Table 8.    Storm surge watch and warning summary for Hurricane Zeta, 24–29 October 2020.

| Date/Time (UTC) | Action | Location |
|---|---|---|
| 26 / 2100 | Storm Surge Watch issued | Intracoastal City LA to Navarre FL |
| 26 / 2100 | Storm Surge Watch issued | Lake Pontchartrain, Lake Borgne, Vermilion Bay, Mobile Bay, and Pensacola Bay |
| 27 / 0900 | Storm Surge Warning issued | Intracoastal City LA to Navarre FL |
| 27 / 0900 | Storm Surge Warning issued | Lake Pontchartrain, Lake Borgne, Vermilion Bay, Mobile Bay, and Pensacola Bay |
| 27 / 2100 | Storm Surge Warning discontinued | Intracoastal City to the Mouth of the Atchafalaya River LA |
| 27 / 2100 | Storm Surge Warning discontinued | Vermilion Bay |
| 29 / 0300 | Storm Surge Warning discontinued | Mouth of the Atchafalaya River LA to the Mouth of the Pearl River |
| 29 / 0300 | Storm Surge Warning discontinued | Lake Pontchartrain and Lake Borgne |
| 29 / 0600 | Storm Surge Warning discontinued | Mouth of the Pearl River to the Mississippi/Alabama border |
| 29 / 0600 | Storm Surge Warning discontinued | Alabama/Florida border to Navarre FL |
| 29 / 0600 | Storm Surge Warning discontinued | Pensacola Bay |
| 29 / 0900 | Storm Surge Warning discontinued | All |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 180



Figure 1.    Velocity potential anomalies at 200 mb (VP200) from 5°N-5°S. The shading shows unfiltered VP200 anomalies (negative values [in blue] represent mass divergence). Black contours show MJO-filtered VP200 anomalies; dashed lines represent the upper-level divergent (convectively active) phase of the MJO. The contour interval begins at 1 standard deviation and is in 0.5 standard deviation increments thereafter. The red dot is the genesis location of Zeta. Figure courtesy of Michael Ventrice (DRW Trading).

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 181



Figure 2.    Best track positions for Hurricane Zeta, 24–29 October 2020.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 182



Figure 3.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Zeta, 24-29 October 2020.    Aircraft observations have been adjusted for elevation using 90%, 80%, 75% and 80% adjustment factors for observations from 700 mb, 850 mb, 925 mb, and 1500 ft, respectively.    Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time.    SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies.    Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.



Figure 4.    Selected pressure observations and best track minimum central pressure curve for Hurricane Zeta, 24–29 October 2020. Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. KZC P-W refers to pressure estimates derived using the Knaff-Zehr-Courtney pressure-wind relationship. Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 184



Figure 5.    Snapshots of Slidell, Louisiana WSR-88D (KLIX) radial velocity data at (a) 2030 UTC (b) 2047 UTC, and (c) 2058 UTC on 28 October 2020 as Zeta made landfall. Annotated in each panel is the flight path of the hurricane hunter aircraft (white arrows and text), peak 700 mb and SFMR winds on flight legs in (a) and (c) in yellow and purple text, respectively, eye dropsonde pressure and wind in (b) in yellow text, and the northeast eyewall 4-bin sample average from the radial velocity data (white box with denoted text). Note that the hurricane hunter flight path did not cross the region of peak winds observed in the radar velocity data.



Figure 6.    Maximum water levels measured from tide and stream gauges from Hurricane Zeta. Water levels are referenced as feet above Mean Higher High Water (MHHW), which is used as a proxy for inundation (above ground level) on normally dry ground along the immediate coastline.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 186



Figure 7.    Rainfall accumulation (mm) over Mexico generally in association with Zeta from 24–28 October 2020.    Figure courtesy CONAGUA.



Figure 8.    Rainfall accumulations (inches) from Hurricane Zeta. Image courtesy of David Roth at the NOAA Weather Prediction Center.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 188



Figure 9.     A tree downed by Zeta on a home in Metairie, Louisiana (Twitter via Scott Walker, Jefferson Parish Councilman)



Figure 10.    Homogeneous track forecast error comparison of NHC official forecasts (black) with selected guidance models (in n mi) for Hurricane Zeta, 24–29 October 2020.



Figure 11.    NHC official forecast and track guidance through 96 h for 1800 UTC 24 October (a) and 1200 UTC 25 October (b).  The white line with the hurricane symbols is the best track of Zeta.  The red dots indicate the verifying positions at the end of the forecasts.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 191



Figure 12.    (a) All NHC official track forecasts made for Zeta through Louisiana landfall, (b) as in (a) but for HCCA model track forecasts, (c) as in (a) but for GFS model track forecasts, (d) as in (a) but for UKMET model track forecasts.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 192



Figure 13.    Homogeneous intensity forecast error comparison of NHC official forecasts (black) with selected guidance models (in kt) for Hurricane Zeta, 24–29 October 2020.



Figure 14.    (a) NHC official forecast and intensity model solutions (colored lines, kt) from 0000 UTC 25 October, about 48 h before landfall in Yucatan. (b) NHC official forecast and intensity model solutions (kt) from 0000 UTC 28 October, 21 h before landfall in Louisiana.  The best track intensity (kt) is indicated by the white line and symbols.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 194



Figure 15.   Maximum water levels measured during Hurricane Zeta from tide and stream gauges (circles), as well as areas covered by storm surge watches (lavender) and warnings (magenta).  Water levels are referenced as feet above Mean Higher High Water (MHHW), which is used as a proxy for inundation (above ground level) on normally dry ground along the immediate coastline. Black markers denote water levels less than 3 ft above ground level, and white markers denote water levels 3 ft or higher above ground level.

## Appendix 2 – Saffir-Simpson Hurricane Wind Scale



.

**Appendix 3 – GA of the D/B THOR**



*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*      31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 197



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 198

**Appendix 4 – Specifications of the D/B THOR**



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 199



20333 State Hwy 249, Ste. 200

Houston, TX 77070

## Heavy Lift Construction Support Vessel

### Particulars

| | |
|---|---|
| Length (Overall) | 370.70 ft (113 m) |
| Breadth Molded | 137.80 ft (42 m) |
| Depth Main Deck | 26.25 ft (8.00 m) |
| Operating Draft | 12.14 ft (3.70 m) |
| Min Operating Draft | 11 ft (3.35 m) |
| Gross Tonnage | 12,667 |
| Net Tonnage | 3,770 |
| Registry (Flag) | Panama |
| Year Built | 1997 |
| Accommodations | 114 POB |

**Derrick Crane**

| | |
|---|---|
| - Make | AmClyde M-66-DE |
| - Main Hook Height | 252.50 ft (77 m) |
| - Auxiliary Hook Height | 278.80 ft (85 m) |
| - Full Revolving Lift Capacity | 1,760 ST @ 98.30 ft (1,600 mt @ 30 m) |
| - Auxiliary Lift Capacity | 20 ST @ 272 ft (18 mt @ 83 m) |

**Deck Crane**

| | |
|---|---|
| - Type | Crawler |
| - Capacity | 88 ST (80 mt) |
| - Radius | 65.60 ft (20 m) |

**Utility Crane**

| | |
|---|---|
| - Make | Manitowoc |
| - Model | 4000 |
| - Type | Crawler |
| - Capacity | 100 ST (91 mt) |
| - Boom Length | 130 ft (39.63 m) |

**Machinery**

| | |
|---|---|
| - Main Generators | (2) Daihatsu 6DL, 24,800 KW, 450V, 60HZ |
| - Emergency Generators | (1) Daihatsu 45sg, 200KW, 450V, 60 Hz |
| - Water Makers | 11,000 gallons (41.64 m3)/day |

**Mooring Equipment**

| | |
|---|---|
| - Winches | (8) Uchida Marine Hydraulics, Single Drum; 80 Ton brake holding |
| - Wire Size | 2 in. Diameter |
| - Wire Length | 5,000 ft |
| - Anchors | 8 Delta Flipper, 16,000 lbs ea |

**Capacities**

Page 2 of 4

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 200



SHORE OFFSHORE SERVICES, LLC.

20333 State Hwy 249, Ste. 200

Houston, TX 77070

- Fuel
- Potable Water
- Ballast Water

MGO: 105,670 gal (400.00 m³)
MDO: 145,295 gal (500.00 m³)
158,500 gal (600.00 m³)
603,880 gal (2,285.93 m³)

**Communication Systems**
- Phones / Internet
- Radios

Rignet
VHF

www.shoreoffshore.com

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 201



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 202

## Appendix 5 – GA of the M/V Crosby Endeavor



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 203

**Appendix 6 – Specifications of the M/V Crosby Endeavor**

From the Cros[172]by website:



**M/V Crosby Endeavor**

Horsepower: 15000

**Details**

| | |
|---|---|
| Horsepower | 15000 |
| Length | 136 ft. |
| Beam | 40 ft. |
| Depth | 16 ft. |
| Home Port | New Orleans, LA |
| Call Sign | WDD4445 |
| Hull Number | 538 |
| Builder | Halter Marine |
| Type | A1, Towing Service AMS |
| Year Built | 1976 |
| Engines | 2) EMD, 20-645E7 |
| Fuel Capacity | 210,000 gal. |

---

[172] https://www.crosbytugs.com/fleet/m%2Fv-crosby-endeavor

| | |
|---|---|
| Performance Maximum | 14 knots / 334 gph |
| Light Draft | 13.8 ft. |
| Displacement at loadline | 1,850 lt. |
| Deadweight | 977 lt. |
| Minimum Height | 55.9 ft. |
| Walk - In Freezer | 300 cubic ft. |
| Walk - In Cooler | 300 cubic ft. |
| Winch | Intercon |
| Model | DD-250 |
| Line Pull | 280,000 lbs. |
| Capacity | 3,000 ft. of 2.5 in |
| Stern Roller | 2.5 ft. x 8 ft. |
| Gears | (2) Reintjes WAV,4800 reduction 5:1 |
| BHP | 7200 |
| Generators | (2) 150kw 440v 60hz |
| Bow Thruster | (1) Bird Johnson |
| Thrust(Max) | 6 st. |
| Windlass | Smatco, 125 EHAD-40 |
| Anchor | (2) 1,000 lb. Stockless |
| Chain (Per Side) | 990 ft. of 1.25 in. |
| Staterooms | (1) 1 Man & (7) 2 Man |
| Galley Seating | 12 |
| A / C & Heating | Barmar |
| Radios 1,2 | SSB(1), VHF(2) |
| Radar | 2 |
| Gyro Compass | 1 |
| Driven by | GM 8V-71, GM 1271TA |
| Welding Machine | 250 Amp |
| Fathometer | 1 |
| Auto Pilot | 1 |
| Loran | 1 |
| Wind Speed Indicator | 1 |
| Flag | United States |
| Net Tonnage | 191 GRT / 132 NRT |

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 205

| | |
|---|---|
| Potable Water | 16,000 gal. |
| Official Number | 571494 |
| Stand By Generator | 0 knots / 4 ghp |
| Cruising Speed | 12 knots / 234 gph |
| Bollard Pull | 102 st. |
| Satellite Tracking System | 1 |
| Tow Pins | Retractable |
| Range @ 12 knots | 11,720 nm. |
| Crane Rating | 1,200 lbs. at 50 ft. |



## Contact Us

985-632-7575

tugs@crosbytugs.com

Facebook

© 2024 by Crosby Enterprises. Created by Gravois Graphics

**Galliano**

17751 Hwy 3235

Galliano, LA 70354

P.O. Box 279

Golden Meadow, LA 70357

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 206

**Appendix 7 – CWFLIX Forecasts**

### CWFLIX ISSUED SATURDAY, 10/24 AT 0358

```
Coastal Waters Forecast
National Weather Service New Orleans LA
358 AM CDT Sat Oct 24 2020

SYNOPSIS...A cold front will move through the waters this morning.
High pressure will briefly build into the northern gulf today and
tonight before quickly moving eastward by Sunday.

GMZ550-552-242145-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
358 AM CDT Sat Oct 24 2020

WEDNESDAY...East winds 10 to 15 knots. Seas 3 to 5 feet.
Dominant period 7 seconds. Chance of showers and slight chance of
thunderstorms.
```

### CWFLIX ISSUED SATURDAY, 10/24 AT 0947

```
Coastal Waters Forecast
National Weather Service New Orleans LA
947 AM CDT Sat Oct 24 2020

SYNOPSIS...A cold front will move through the waters this
morning. High pressure will briefly build into the northern gulf
today and tonight before quickly moving eastward by Sunday.

GMZ550-552-250315-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
947 AM CDT Sat Oct 24 2020

WEDNESDAY...East winds 10 to 15 knots. Seas 3 to 5 feet.
Dominant period 7 seconds. Chance of showers and slight chance of
thunderstorms.
```

### CWFLIX ISSUED SATURDAY, 10/24 AT 1613

```
Coastal Waters Forecast
```

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 207

National Weather Service New Orleans LA
413 PM CDT Sat Oct 24 2020

SYNOPSIS...A cold front will move through the waters this morning. High
pressure will briefly build into the northern gulf today and tonight
before quickly moving eastward by Sunday. ==Tropical Depression 28==
is forecast to move through the waters as a tropical storm
Wednesday into Wednesday night.

GMZ550-552-251015-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
413 PM CDT Sat Oct 24 2020

WEDNESDAY... ==Tropical storm conditions possible. Chance of
showers and slight chance of thunderstorms==.

## CWFLIX ISSUED SATURDAY, 10/24 AT 2248

Coastal Waters Forecast
National Weather Service New Orleans LA
1048 PM CDT Sat Oct 24 2020

SYNOPSIS...High pressure will briefly build into the northern
gulf tonight before quickly moving eastward by Sunday. Tropical
Depression 28 is forecast to move from the western Caribbean Sea
into the southern Gulf of Mexico, ==strengthening into a minimal
hurricane, likely named Zeta==. The system is expected to move
northward towards the north-central Gulf coast while interacting
with a cold front, weakening to a tropical storm prior to landfall
middle of next week. Refer to the latest advisories issued by the
National Hurricane Center regarding Tropical Depression 28.

GMZ550-552-251630-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
==1048 PM CDT Sat Oct 24 2020==

WEDNESDAY... ==Tropical storm conditions possible. Chance of
showers and slight chance of thunderstorms==.

## CWFLIX ISSUED SUNDAY, 10/25 AT 0417

Coastal Waters Forecast
National Weather Service New Orleans LA
417 AM CDT Sun Oct 25 2020

SYNOPSIS...Tropical Storm Zeta is expected to move northward
towards the north-central Gulf coast while interacting with a
cold front before making landfall midweek. Refer to the latest
advisories issued by the National Hurricane Center regarding
Tropical Storm Zeta.

```
GMZ550-552-252145-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
```
417 AM CDT Sun Oct 25 2020

WEDNESDAY... Tropical storm conditions possible. Showers.


## CWFLIX ISSUED SUNDAY, 10/25 AT 1022

```
Coastal Waters Forecast
National Weather Service New Orleans LA
1022 AM CDT Sun Oct 25 2020
```

```
SYNOPSIS...Tropical Storm Zeta is expected to move northward
towards the north-central Gulf coast while interacting with a cold
front before making landfall midweek. Refer to the latest
advisories issued by the National Hurricane Center regarding
Tropical Storm Zeta.
```

```
GMZ550-552-260415-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
```
1022 AM CDT Sun Oct 25 2020

.WEDNESDAY... Tropical storm conditions possible. Showers.


## CWFLIX ISSUED SUNDAY, 10/25 AT 1635

```
Coastal Waters Forecast
National Weather Service New Orleans LA
435 PM CDT Sun Oct 25 2020
```

```
SYNOPSIS...Tropical Storm Zeta is expected to move northward
towards the north-central Gulf coast while interacting with a cold
front before making landfall Wednesday. Refer to the latest
advisories issued by the National Hurricane Center regarding
Tropical Storm Zeta.
```

```
GMZ550-552-261030-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
```
435 PM CDT Sun Oct 25 2020

WEDNESDAY... Hurricane conditions possible. Showers likely
through the day. Slight chance of thunderstorms in the afternoon.

### CWFLIX ISSUED SUNDAY, 10/25 AT 2213

```
Coastal Waters Forecast
National Weather Service New Orleans LA
1013 PM CDT Sun Oct 25 2020
```

SYNOPSIS...Tropical Storm Zeta is expected to move northward
towards the north-central Gulf coast while interacting with a cold
front before making landfall Wednesday. Refer to the latest
advisories issued by the National Hurricane Center regarding
Tropical Storm Zeta.

```
GMZ550-552-261615-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
1013 PM CDT Sun Oct 25 2020
```

.WEDNESDAY... Tropical storm conditions possible. Showers likely
through the day. Slight chance of thunderstorms in the afternoon.

### CWFLIX ISSUED MONDAY, 10/26 AT 0344

```
Coastal Waters Forecast
National Weather Service New Orleans LA
344 AM CDT Mon Oct 26 2020
```

SYNOPSIS...Tropical Storm Zeta is expected to move northward  towards the
north-central Gulf coast while interacting with a cold front before
making landfall Wednesday. Refer to the latest  advisories issued by
the National Hurricane Center regarding  Tropical Storm Zeta.

```
GMZ550-552-262115-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
344 AM CDT Mon Oct 26 2020
```

.WEDNESDAY... Tropical storm conditions possible. East winds
25 to 30 knots with gusts to near 40 knots rising to 50 to
60 knots with gusts to near 75 knots in the afternoon. Seas 14 to
18 feet with occasional seas to 23 feet. Dominant period
14 seconds. Showers until late afternoon. Slight chance of
thunderstorms through the day. Showers likely late in the
afternoon.

### CWFLIX ISSUED MONDAY, 10/26 AT 1034

```
Coastal Waters Forecast
National Weather Service New Orleans LA
```

1034 AM CDT Mon Oct 26 2020

SYNOPSIS...Tropical Storm Zeta is expected to move northward towards
the north-central Gulf coast while interacting with a cold front
before making landfall Wednesday. Refer to the latest advisories
issued by the National Hurricane Center regarding Tropical Storm
Zeta.

GMZ550-552-270430-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
1034 AM CDT Mon Oct 26 2020

WEDNESDAY... Hurricane conditions possible. East winds 25 to
30 knots with gusts to near 40 knots rising to 55 to 65 knots
with gusts to near 80 knots in the afternoon. **Seas 14 to 18 feet
with occasional seas to 22 feet**. Dominant period 14 seconds.
Waves or Seas building to over 20 feet with occasional seas to
29 feet. Dominant period 14 seconds in the afternoon. Showers
until late afternoon. Slight chance of thunderstorms through the
day. Showers likely late in the afternoon.

### CWFLIX ISSUED MONDAY, 10/26 AT 161635

Coastal Waters Forecast
National Weather Service New Orleans LA
435 PM CDT Mon Oct 26 2020

SYNOPSIS...Tropical Storm Zeta is expected to move northward towards
the north-central Gulf coast while interacting with a cold front
before making landfall Wednesday. Refer to the latest advisories
issued by the National Hurricane Center regarding Tropical Storm
Zeta.

GMZ550-552-271030-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
435 PM CDT Mon Oct 26 2020

WEDNESDAY... Hurricane conditions possible. Southeast winds
25 to 30 knots becoming east 55 to 65 knots with gusts to near
80 knots in the afternoon. **Seas 10 to 14 feet with occasional
seas to 14 feet building to 14 to 18 feet with occasional seas to
22 feet**. Dominant period 14 seconds. Showers likely in the
morning. Slight chance of thunderstorms through the day. Showers
in the afternoon.

## CWFLIX ISSUED MONDAY, 10/26 AT 2234

```
Coastal Waters Forecast
National Weather Service New Orleans LA
1034 PM CDT Mon Oct 26 2020


SYNOPSIS...Hurricane Zeta, located near the Yucatan Peninsula,
will emerge in the lower Gulf of Mexico Tuesday morning. Zeta
will then move northward towards the north-central Gulf coast
while interacting with a cold front before making landfall
Wednesday. Refer to the latest advisories issued by the National
Hurricane Center regarding Hurricane Zeta.


GMZ550-552-271630-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
1034 PM CDT Mon Oct 26 2020


WEDNESDAY... Hurricane conditions possible. Southeast winds
25 to 30 knots becoming east 60 to 70 knots with gusts to near
85 knots in the afternoon. Seas 10 to 14 feet building to 14 to
18 feet with occasional seas to 22 feet. Dominant period 14
seconds. Showers likely in the morning. Slight chance of
thunderstorms through the day. Showers in the afternoon.
```

## CWFLIX ISSUED TUESDAY, 10/27 AT 0435

```
Coastal Waters Forecast
National Weather Service New Orleans LA
435 AM CDT Tue Oct 27 2020


.SYNOPSIS...Hurricane Zeta, located over the Yucatan Peninsula,
will emerge in the southern Gulf of Mexico shortly. Zeta will
then move northward towards the north-central Gulf coast while
interacting with a cold front before making landfall Wednesday
evening. Refer to the latest advisories issued by the National
Hurricane Center regarding Hurricane Zeta.


GMZ550-552-272230-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
435 AM CDT Tue Oct 27 2020


WEDNESDAY... Hurricane conditions expected. Southeast winds
30 to 35 knots with gusts to near 45 knots becoming east 60 to
70 knots with gusts to near 85 knots in the afternoon. Seas 8 to
12 feet with occasional seas to 13 feet. Dominant period
14 seconds. Waves or Seas building to 15 to 20 feet with
```

**occasional seas to 24 feet**. Dominant period 14 seconds in the afternoon. Showers likely in the morning. Slight chance of thunderstorms through the day. Showers in the afternoon.

### CWFLIX ISSUED TUESDAY, 10/27 AT 1059

Coastal Waters Forecast
National Weather Service New Orleans LA
1059 AM CDT Tue Oct 27 2020

SYNOPSIS...Tropical Storm Zeta, located just offshore of the
Yucatan Peninsula, will move through the southern Gulf of Mexico
today. Zeta will then move northward towards the north-central
Gulf coast while interacting with a cold front before making
landfall Wednesday evening. Refer to the latest advisories issued
by the National Hurricane Center regarding Tropical Storm Zeta.

GMZ550-552-280430-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
1059 AM CDT Tue Oct 27 2020

WEDNESDAY... Hurricane conditions expected. Southeast winds
30 to 35 knots becoming east 60 to 70 knots with gusts to near
85 knots in the afternoon. **Seas 8 to 12 feet with occasional seas
to 13 feet**. Dominant period 14 seconds. Seas building to 15 to 20
feet with occasional seas to 24 feet in the afternoon. Showers
likely in the morning. Slight chance of thunderstorms through the
day. Showers in the afternoon.

### CWFLIX ISSUED TUESDAY, 10/27 AT 1650

Coastal Waters Forecast
National Weather Service New Orleans LA
450 PM CDT Tue Oct 27 2020

.SYNOPSIS...Tropical Storm Zeta, located in the southern Gulf of
Mexico today will move northward towards the north-central Gulf
coast while interacting with a cold front before making landfall
Wednesday evening. Refer to the latest advisories issued by the
National Hurricane Center regarding Tropical Storm Zeta.

GMZ550-552-281030-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
450 PM CDT Tue Oct 27 2020

...HURRICANE WARNING IN EFFECT...

.TONIGHT...Southeast winds 15 to 20 knots. Seas 4 to 7 feet with occasional seas to 9 feet. Dominant period 14 seconds. Showers likely and chance of thunderstorms.
.WEDNESDAY... Hurricane conditions expected. Southeast winds 35 to 40 knots with gusts to near 50 knots becoming east 55 to 65 knots with gusts to near 80 knots in the afternoon. **Seas 8 to 12 feet with occasional seas to 13 feet.** Dominant period 14 seconds. Seas building to 15 to 20 feet with occasional seas to 24 feet in the afternoon. Showers likely in the morning. Slight chance of thunderstorms through the day. Showers in the afternoon.


## CWFLIX ISSUED TUESDAY, 10/27 AT 2202

Coastal Waters Forecast
National Weather Service New Orleans LA
1002 PM CDT Tue Oct 27 2020

GMZ550-552-281530-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River to Port Fourchon Louisiana out 20 mile-
1002 PM CDT Tue Oct 27 2020

...HURRICANE WARNING IN EFFECT...

.WEDNESDAY... Hurricane conditions expected. Southeast winds 35 to 40 knots with gusts to near 50 knots becoming east 55 to 65 knots with gusts to near 80 knots in the afternoon. **Seas 8 to 12 feet with occasional seas to 13 feet.** Dominant period 14 seconds. Waves or Seas building to 15 to 20 feet with occasional seas to 24 feet. Dominant period 14 seconds in the afternoon. Showers likely in the morning. Slight chance of thunderstorms through the day. Showers in the afternoon.


## CWFLIX ISSUED WEDNESDAY, 10/28 AT 0424

Coastal Waters Forecast
National Weather Service New Orleans LA
424 AM CDT Wed Oct 28 2020

GMZ550-552-282230-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River to Port Fourchon Louisiana out 20 mile-
424 AM CDT Wed Oct 28 2020

.TODAY... Hurricane conditions. Southeast winds 35 to 40 knots with gusts to near 50 knots rising to 65 to 75 knots with gusts to near 95 knots in the afternoon. **Seas 10 to 14 feet with occasional seas to 14 feet.** Dominant period 14 seconds. Waves or Seas building to over 20 feet with occasional seas to 31 feet. Dominant period 14 seconds in the afternoon. Showers and slight chance of thunderstorms.

## CWFLIX ISSUED WEDNESDAY, 10/28 AT 1056

```
Coastal Waters Forecast
National Weather Service New Orleans LA
1056 AM CDT Wed Oct 28 2020

GMZ550-552-290430-
Coastal Waters from Port Fourchon LA to Lower Atchafalaya River
LA out 20 nm-
Coastal waters from the Southwest Pass of the Mississippi River
to Port Fourchon Louisiana out 20 mile-
1056 AM CDT Wed Oct 28 2020
```

.REST OF TODAY... Hurricane conditions expected. <mark>Southeast winds 35 to 40 knots with gusts to near 50 knots rising to 65 to 75 knots with gusts to near 90 knots in the afternoon</mark>. **Seas 10 to 14 feet building to over 20 feet with occasional seas to 31 feet this afternoon.** Dominant period 14 seconds. Showers and slight chance of thunderstorms.

## Appendix 8 – Weather Forecast History From 10/24 to 10/28/20

| Date & Time Issued | | Winds in Knots | | | | Winds in Knots | | |
|---|---|---|---|---|---|---|---|---|
| Sat, 10/24 | 0358 | East | 10 to 15 | no gusts | | Seas 3 to 5 feet | | |
| Sat, 10/24 | 0947 | East | 10 to 15 | no gusts | | Seas 3 to 5 feet | | |
| Sat, 10/24 | 1613 | Tropical Depression 28<br>Tropical storm conditions possible. Chance of showers and slight chance of thunderstorms | | | | | | |
| Sat, 10/24 | 2248 | "Strengthening into a minimal hurricane, likely named Zeta"<br>Tropical storm conditions possible. Chance of showers and slight chance of thunderstorms | | | | | | |
| Sun, 10/25 | 0435 | Tropical storm conditions possible. Showers. | | | | | | |
| Sun, 10/25 | 1022 | Tropical storm conditions possible. Showers. | | | | | | |
| Sun, 10/25 | 1635 | Tropical storm conditions possible. Showers likely through the day. Slight chance of thunderstorms in the afternoon | | | | | | |
| Sun, 10/25 | 2213 | Tropical storm conditions possible. Showers likely through the day. Slight chance of thunderstorms in the afternoon | | | | | | |
| Mon, 10/26 | 0344 | East | 25-30 | G 40 | becoming | East | 50-60 | G 75 |
| **"Thor towed"** | | | | | | | **+ 5** | **+ 5** |
| Mon, 10/26 | 1034 | East | 25-30 | G 30 | becoming | East | 55-65 | G 80 |
| | | **+ 45°** | | **+ 15** | | | | **+ 5** |
| Mon, 10/26 | 1635 | Southeast | 25-30 | G absent | becoming | East | 55-65 | G 85 |
| | | | | | | | **+ 5** | |
| Mon, 10/26 | 2234 | Southeast | 25-30 | G absent | becoming | East | 60-70 | G 85 |
| **"Thor arrived"** | | | **+ 5** | | | | | |
| Tue, 10/27 | 0435 | Southeast | 30-35 | G 45 | becoming | East | 60-70 | G 85 |
| Tue, 10/27 | 1059 | Southeast | 30-35 | G absent | becoming | East | 60-70 | G 85 |
| | | | | **+ 5** | | | **- 5** | **- 5** |
| Tue, 10/27 | 1650 | Southeast | 35-40 | G 50 | becoming | East | 55-65 | G 80 |
| **Thor secured"** | | | | | | | | |
| Tue, 10/27 | 2202 | Southeast | 35-40 | G 50 | becoming | East | 55-65 | G 80 |
| | | | | | | | **+ 10** | **+ 15** |
| Wed, 10/28 | 0424 | Southeast | 35-40 | G 50 | not specified | | 65-75 | G 95 |
| | | | | | | | **- 5** | |
| Wed, 10/28 | 1056 | Southeast | 35-40 | G 50 | becoming | none | 65-75 | G 90 |

.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 216

## Appendix 9 – Lease Plat of Martin's Dock 16



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 217

## Appendix 10 – The Concrete Dock

The southern part of Martin Dock 16 consisted of a concrete dock extending out into the bayou.  See the red oval in the figure below.  This dock was supported by an abundance of square concrete pilings adding some protection from the storm surge.  See the photos following.  The degree of protection is not known as the construction drawings of this structure was not produced in discovery.  See photos on following page.



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 218





*All Coast LLC v* Shore Offshore LLC,
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 219

**Appendix 11 – Mooring Line – Dock Bollard Configuration**

## Configuration of Mooring Lines and Bollard Numbers

The following list details which line was attached to which bollard prior to the storm.

**Dock Bollard #1:**

- 1 doubled 3-strand nylon rope basketed around dock bollard, shackled back to 2" starboard stern steel anchor cable

**Dock Bollard #2:**

- 1 8-strand nylon rope with an eye on dock bollard

**Dock Bollard #3:**

- [empty]

**Dock Bollard #4:**

- 2 8-strand nylon ropes with eyes on dock bollard

**Dock Bollard #5:**

- 1 8-strand nylon rope with an eye on dock bollard

- 1 3-strand nylon rope with an eye on dock bollard

**Dock Bollard #6:**

- 1 8-strand nylon rope basketed around dock bollard

**Dock Bollard #7:**

- 2 8-strand nylon ropes with eyes on dock bollards

**Dock Bollard #8:**

- 1 8-strand nylon rope basketed around dock bollard

- 1 8-strand polypropylene rope basketed around dock bollard

**Dock Bollard #9:**

- 1 doubled 8-strand nylon rope basketed around dock bollard, shackled back to 2" starboard bow breast steel anchor cable

**Dock Bollard #10**

- [empty]


Dock Bollards 4, 6, 8, and 9 were damaged. Dock Bollard #6 broke completely, and the others were pulled over.

The nylon rope marked 196023, which was attached to Dock Bollard #4 remained intact.


## Layout Measurements of Dock Bollards and Deck Cleats


The following dock measurements were produced by John Leary, an expert witness in this case:

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 221



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 222





*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 224

**Appendix 12 – M/V Crosby Endeavor Engine Room Logs**

The following five pages are copies of the M/V Crosby engine room logs from the period 25 October 2020 to 29 October 2020 (Bates numbers CROSBY 000467 through 000471).

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 225

M/V                    Crosby                    Deck                    Logs

**25 October**    DAY Sunday

| | #R | EoF | LoF | Loc | 24F | total |
|---|---|---|---|---|---|---|
| Pme | 1 | 31 | 1049 | 2327 | 714 | 31587 |
| Sme | 1 | 31 | 1049 | 2327 | 714 | 31587 |
| PGB | 1 | / | 1049 | 2327 | / | 31587 |
| SGB | 1 | / | 1049 | 2327 | / | 31587 |
| PGW | 18 | 134 | 134 | 134 | 134 | 18943 |
| SGW | 6 | 130 | 130 | 130 | 130 | 7896 |
| B+ | 0 | 10 | 177 | 177 | 177 | 3828 |
| B++ | 0 | — | 406 | 406 | — | 406 |
| WE | 0 | 10 | 382 | 382 | 382 | 2382 |
| Wet | 0 | / | 382 | 382 | — | 382 |

| | FO | Lo | HYD | D/o | H₂O |
|---|---|---|---|---|---|
| OB | 78.000 | 235 | 55 | 1517 | 14400 |
| Rec | | | | | |
| used | 200 | 0 | 0 | 0 | 200 |
| total | 77.800 | 235 | 55 | 1517 | 14200 |

CODI WORKING AS DIRECTED WITH DB4401
0600 P/GW ON LANE

<table>
<tr><td colspan="3"><b>Pre-Voyage Checklist</b></td></tr>
<tr><td>Steering Control</td><td></td><td></td></tr>
<tr><td>Rudder Indicator</td><td></td><td></td></tr>
<tr><td>Auxiliary Pump</td><td></td><td></td></tr>
<tr><td>Gear and Linkage</td><td></td><td></td></tr>
<tr><td>Radar</td><td></td><td></td></tr>
<tr><td>AIS Transponder</td><td></td><td></td></tr>
<tr><td>Swing Meter</td><td></td><td></td></tr>
<tr><td>Depth Sounder</td><td></td><td></td></tr>
<tr><td>Compass</td><td></td><td></td></tr>
<tr><td>Wheelhouse Windows</td><td></td><td></td></tr>
<tr><td>VHF Radios</td><td></td><td></td></tr>
<tr><td>Navigation Lights</td><td></td><td></td></tr>
<tr><td>Search Lights</td><td></td><td></td></tr>
<tr><td>Horn</td><td></td><td></td></tr>
<tr><td>Communications</td><td></td><td></td></tr>
<tr><td>Control Alarm</td><td></td><td></td></tr>
<tr><td>Engine Room</td><td></td><td></td></tr>
<tr><td>Machinery</td><td></td><td></td></tr>
<tr><td>Engine Monitors</td><td></td><td></td></tr>
<tr><td colspan="3"><b>Master's Initials</b></td></tr>
<tr><td colspan="3"><b>Pre-Critical Task Conference</b></td></tr>
<tr><td>Making Tow</td><td></td><td></td></tr>
<tr><td>Locking</td><td></td><td></td></tr>
<tr><td>Docking</td><td></td><td></td></tr>
<tr><td>Transfers</td><td></td><td></td></tr>
<tr><td>Boat Fueling</td><td></td><td></td></tr>
<tr><td>Down Stream Landing</td><td></td><td></td></tr>
<tr><td colspan="3"><b>Master's Initials</b></td></tr>
<tr><td colspan="3"><b>Safety Meeting or Drill</b></td></tr>
<tr><td>Topic:</td><td></td><td></td></tr>
<tr><td>Attendees:</td><td></td><td></td></tr>
<tr><td>1.</td><td></td><td></td></tr>
<tr><td>2.</td><td></td><td></td></tr>
<tr><td>3.</td><td></td><td></td></tr>
<tr><td>4.</td><td></td><td></td></tr>
<tr><td>5.</td><td></td><td></td></tr>
<tr><td>6.</td><td></td><td></td></tr>
<tr><td>7.</td><td></td><td></td></tr>
<tr><td>8.</td><td></td><td></td></tr>
<tr><td colspan="3"><b>Fuel / Lube</b></td></tr>
<tr><td>Fuel on Board</td><td></td><td></td></tr>
<tr><td>Fuel Used</td><td></td><td></td></tr>
<tr><td>Lube on Board</td><td></td><td></td></tr>
<tr><td>Lube Used</td><td></td><td></td></tr>
<tr><td>Engine Hours</td><td></td><td></td></tr>
</table>

CROSBY 000467

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 226

**26 October**   DAY _Monday_

| | HR | FoF | LoF | Loc | AvE | TOTAL | Pre-Voyage Checklist | |
|---|---|---|---|---|---|---|---|---|
| TME | 21 | 55 | 1,070 | 2345 | 235 | 31600 | Steering System | |
| SME | 21 | 55 | 1,070 | 2345 | 235 | 31600 | Rudder Indicator | |
| PCbo | 21 | | 1,070 | 2345 | | 31650 | Auxiliary Pump | |
| SGB | 21 | 1 | 1,070 | 2345 | | 31600 | Gear and Linkage | |
| PGen | 21 | 155 | 155 | 155 | 155 | 13,967 | Starter | |
| SGen | 0 | 130 | 130 | 130 | 130 | 7,896 | AIS Transponder | |
| BT | 5 | 18 | 185 | 185 | 185 | 3886 | Swing Meter | |
| BT+ | 5 | | 4/4 | 4/4 | | 4/4 | Depth Sounder | |
| WC | 5 | 18 | 390 | 390 | 390 | 2390 | Compass | |
| WCT | 5 | — | 390 | 390 | — | 390 | Wheelhouse Windows | |
| | | | | | | | VHF Radios | |
| | | FO | LC | IND | DLC | LOC | Navigation Lights | |
| OB | 77800 | 235 | 55 | 1517 | 14,200 | | Search Lights | |
| RoC | | | | | | | Horn | |
| USe | 3,500 | 0 | 0 | 0 | 200 | | Communications | |
| Total | 74,300 | 235 | 55 | 1517 | 14,000 | | Control Alarm | |

cool working with DB tHor
0200 Start botH M/E
        0cc in Route to FoutChon with DB tHor

_(lines)_

| Pre-Critical Task Conference | |
|---|---|
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

| Fuel / Lube | |
|---|---|
| Fuel on Board | |
| Fuel Used | |
| Lube on Board | |

CROSBY 000468

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions     31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 227

**27 October**    DAY _tuesday_

| | VR | FoF | LoF | Loc | AftF | total |
|---|---|---|---|---|---|---|
| PmE | 1 | 53 | 1071 | 2349 | 736 | 31609 |
| SmE | 1 | 53 | 1071 | 2349 | 736 | 31609 |
| PGB | 1 | / | 1071 | 2349 | / | 31609 |
| SGB | 1 | / | 1071 | 2349 | / | 31609 |
| PGw | 24 | 152 | 182 | 182 | 182 | 12,991 |
| SGw | 0 | 130 | 130 | 130 | 130 | 7891 |
| B+ | 0 | 18 | 185 | 185 | 185 | 3886 |
| B++ | 0 | / | 114 | 114 | — | 114 |
| WE | 2 | 20 | 392 | 392 | 392 | 2392 |
| WG+ | 2 | / | 392 | 392 | — | 392 |

| | Fo | Lo | HyD | D/o | H2° |
|---|---|---|---|---|---|
| QB | 74,300 | 235 | 55 | 1517 | 144,000 |
| Rel | | | | | |
| USed | 100 | 1 | 0 | 0 | 16000 |
| total | 74200 | 234 | 55 | 1517 | 160,000 |

0001 StBY with DB Ator in Fourchou
0700 move to CROSBY dock
Mechanine oN BoArd to work oN SmE
winch people workiN oN tow winch
RePack STUFING BOX

**Pre-Voyage Checklist**
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- **Master's Initials**

**Pre-Critical Task Conference**
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- **Master's Initials**

**Safety Meeting or Drill**
- Topic:
- Attendees:
- 1.
- 2.
- 3.
- 4.
- 5.
- 6.
- 7.
- 8.

**Fuel / Lube**
- Fuel on Board

CROSBY 000469

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 228

**28 October**    DAY _Wednesday_

| | HR | FoF | LCF | LoC | AirF | Total |
|---|---|---|---|---|---|---|
| PmE | 3 | 56 | 1074 | 2352 | 739 | 31612 |
| SmE | 3 | 56 | 1074 | 2352 | 739 | 31612 |
| PGB | 3 | — | 1074 | 2352 | — | 31612 |
| SGB | 3 | — | 1074 | 2352 | — | 31612 |
| PGN | 24 | 206 | 206 | 206 | 206 | 13,015 |
| SGN | 0 | 130 | 130 | 130 | 130 | 7846 |
| B+ | 2 | 187 | 187 | 187 | 187 | 3885 |
| B++ | 2 | — | 116 | 116 | 116 | — 116 |
| WE | 0 | 20 | 392 | 392 | 392 | 2392 |
| WE+ | 0 | — | 392 | 392 | — | 392 |

| | FO | LO | HYD | Do | H₂0 |
|---|---|---|---|---|---|
| OB | 74,200 | 234 | 55 | 1517 | 16000 |
| Rcc | | | | | |
| Used | 200 | 20 | 0 | 0 | 200 |
| Total | 74,000 | 214 | 55 | 1517 | 15800 |

0001 S-BY CRoSBY deck
.. Moved back to DB #401 to S+BY For Weather
S+BY with DB #401

### Pre-Voyage Checklist

| | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| **Master's Initials** | | |

### Pre-Critical Task Conference

| | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| **Master's Initials** | | |

### Safety Meeting or Drill

| | | |
|---|---|---|
| **Topic:** | | |
| **Attendees:** | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

### Fuel / Lube

Fuel on Board

CROSBY-000470

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 229

## 29 October    DAY _Thursday_

| | HR | FOF | LOF | LOC | AIR F | total | Pre-Voyage Checklist | | |
|---|---|---|---|---|---|---|---|---|---|
| PmE | 14 | .70 | 1.088 | 2366 | 7 | 31696 | Steering Control | | |
| SmE | 14 | .70 | 1088 | 2366 | 7 | 31626 | Rudder Indicator | | |
| PGB | 14 | / | 1088 | 2366 | / | 3626 | Auxiliary Pump | | |
| SGB | 14 | / | 1088 | 2366 | / | 3626 | Gear and Linkage | | |
| PGEW | 24 | 230 | 230 | 230 | 230 | 13,039 | Radar | | |
| SGEW | 0 | 130 | 130 | 130 | 130 | 7896 | AIS Transponder | | |
| Bt | 0 | 187 | 187 | 187 | 187 | 3888 | Swing Meter | | |
| Bt+ | 0 | — | 116 | 116 | — | 116 | Depth Sounder | | |
| WE | 0 | 392 | 392 | 392 | 392 | 2392 | Compass | | |
| WE+ | 0 | — | 392 | 392 | — | 392 | Wheelhouse Windows | | |
| | | | | | | | VHF Radios | | |
| | | | | | | | Navigation Lights | | |

| | FO | LIO | HYD | DIO | H2O | Search Lights | | |
|---|---|---|---|---|---|---|---|---|
| OB | 74,000 | 460 | 55 | 1517 | 15,600 | Horn | | |
| Rx | | | | | | Communications | | |
| USD | 800 | 21 | 0 | 0 | 200 | Control Alarm | | |
| total | 73,200 | 439 | 55 | 1517 | 15400 | Engine Room | | |

| | |
|---|---|
| Machinery | |
| Engine Monitors | |
| **Master's Initials** | |

STBY with DB Thor
1400 RELEASe from DB Thor
BACK At CROSBY dock.
1800 in Route to take the Courage PLACE
LUBe oil CORRect by Sounding

| Pre-Critical Task Conference | | |
|---|---|---|
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| **Master's Initials** | | |
| **Safety Meeting or Drill** | | |
| Topic: | | |
| Attendees: | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| **Fuel / Lube** | | |
| Fuel on Board | | |
| Fuel Used | | |
| Lube on Board | | |
| Lube Used | | |

CROSBY 000471

**Appendix 13 – M/V Crosby Endeavor Deck Logs**

The following five pages are copies of the M/V Crosby deck logs from the period 25 October 2020 to 29 October 2020 (Bates numbers CROSBY 000451 through 000455).

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions                31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 231

**25** October    DAY _Sunday_

0001- WAD w/OB Thor in Blk 259 (ship shoal)
0600- same ; winds: NW 10-15 ; seas: 2'-3' swell
1200- Same . Wind NW 15-20 seas 2-3'
1800- Some  Wind N@10-15  Seas 1-3'
2400- same; on SBB anchor s/by; winds: NW 15; seas: 2' swell

MARSEC Level I

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |
| Pre-Critical Task Conference | | |
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

| Crew | Rank | Hours | |
|---|---|---|---|
| Walter Everett Jr. | Capt. | 1200-2400 | (R) |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigas | Eng. | 6LE Floating | R.A. |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HOS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TC |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | Time | |
| | | | | E.P. | 0001-1200 | |
| | | | | WE | 1200-2400 | |

| Fuel / Lube | |
|---|---|
| Fuel on Board | 77 800 |
| Fuel Used | 200 |
| Lube on Board | 235 |
| Lube Used | 0 |
| Are there any accidents, injuries or pollution to report: YES / (NO) | Int. E.P. |

P.Water: 14200
used: 200
M/E Hrs: 2327

CROSBY 000451

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 232

VESSEL INCIDENT REPORT

**26** October          DAY _Monday_

| Pre-Voyage Checklist | |
|---|---|
| Steering Control | |
| Rudder Indicator | |
| Auxiliary Pump | |
| Gear and Linkage | |
| Radar | |
| AIS Transponder | |
| Swing Meter | |
| Depth Sounder | |
| Compass | |
| Wheelhouse Windows | |
| VHF Radios | |
| Navigation Lights | |
| Search Lights | |
| Horn | |
| Communications | |
| Control Alarm | |
| Engine Room | |
| Machinery | |
| Engine Monitors | |
| Propulsion Controls Forward / Stern | |
| Anchor Ready for Emer. | |
| Emergency Tow Avail. | |
| Load Line | |
| Conduct GMDSS Setup/ Verify DP Func. | |
| Verify Manning Req. are met | |
| Ensure Compliance W/Stability Req. | |
| Displaying Proper Lights & Day Shapes | |
| Master's Initials | |

Log entries:

- 0001- W.D. YDB Thor in Blk 259 ship shoal
- 0300- Started running anchors
- 0700- Stop running anchors s/b while Thor washing crewboat
- 0727- Thor Finished W/crewboat
- 0730- Started running anchors
- 0909- Finished running anchors
- 0925- Towline ___ @ on
- 0950- Last anchor up + underton for Fourchon
- 1200- Pos: Blk 169 S.Tim opd t.@ KM C.37° W.D. 94' Wind NE@ 15
         Seas 3-4' Alt 11 Mtg 43 ETA 2100 Belle Pass I&I
- 1800- Pos: Blk 4 S.Tim
- 2000- Shortened tow wire and La Modenus picking up tow bridle
- 2210- Mooted @ 2155- At belle pass I&I called HARBOR POLICE ESCORT
- 2155 (a) 2210- Entered Belle Pass JETTIES
- 2300- Towline off in channel
- 2338- Barge alongside dock Martin 16
- 2400- W.D. securing DB Thor.

| Pre-Critical Task Conference | |
|---|---|
| Making Tow | |
| Locking | |
| Docking | |
| Transfers | |
| Boat Fueling | |
| Down Stream Landing | |
| Master's Initials | |

TW Hrs: 1936   Miles: 5449   Shoreline Hrs: 813   Miles: 2665

| Name | Position | Time | | Safety Meeting or Drill |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (a) | Topic: |
| Ennest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Artigas | Eng. | Floating | R.O. | Attendees: |
| Harris Solomon | A/B | 0600-1200/1800-2400 | HDS | 1. |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TC | 2. |

**Waste Management**

| | Date | Location | Amount | Date | Location | Amount |
|---|---|---|---|---|---|---|
| | | | Galons Trash | | | Bags |
| Bilge | | | | | | |
| Lube Filters | | | Filters Spil Waste | | | Bags |

| Crew On/Off | | | Radio | | | Fire Watch | | |
|---|---|---|---|---|---|---|---|---|
| | | Int. | Time | Channel | Int. | | Time | |
| | | | | | E.P. | 0001-1200 | | |
| | | | | | W.E. | 1200-2400 | | |

| Fuel / Lube | | |
|---|---|---|
| Fuel on Board | 74 | 300 |
| Fuel Used | | 3500 |
| Lube on Board | | 235 |
| Lube Used | | 0 |

Pot Water: 14000
used  200
M/E Hrs 2348

Are there any accidents, injuries or pollution to report: YES NO

CROSBY 000452

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 233

27 October — DAY _Tuesday_

```
0001- W.A.D. w/DB Thor @ Martin 16
0040- Barge all secure
0600- s/by w/DB Thor @ Martin Energy 16 Bayou Lafourche
0745- Departed
0800- Arr. +s/by @ Crosby Dock
1200- Crosby Dock Fourchon
1800- s/by @ Crosby Dock
2400- Same.
```

| | | | |
|---|---|---|---|
| Wallace Everett Jr. | Capt. | 1200 - 2400 | (W) |
| Ernest Plaisance Jr. | R/Capt. | 0001 - 1200 | E.P. |
| Rene Artigas Jr. | Eng. | 0600 - 1800 | RA. |
| Harris Solomon | A/B | 0600 - 1800 | WDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC |

**Pre-Voyage Checklist**

- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/ Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance w/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

**Pre-Critical Task Conference**

- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

**Safety Meeting or Drill**

- Topic:
- Attendees:
  1.
  2.
  3.
  4.
  5.
  6.
  7.
  8.

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | 10-27-20 | Crosby Dock | 6 Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

**Radio** / **Fire Watch**

| Crew On/Off | | Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|---|---|
| | | | | | E.P. | 0001 - 1200 |
| | | | | | (W) | 1200 - 2400 |

**Fuel / Lube**

| | |
|---|---|
| Fuel on Board | 74,200 |
| Fuel Used | 100 |
| Lube on Board | 231 |
| Lube Used | 1 |

Are there any accidents, injuries or pollution to report: YES /NO (W)
Int.

Pot water 15,000
N/E HRS: 2349

CROSBY 000453

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 234



## VESSEL INCIDENT REPORT

**28 October**    DAY _Wednesday_

```
0001- U/84 @ Crosby Dock FOURCHON
0600- Same
0745- Departed
0800- Arr. t/shp W/OB Thor @ Matin 16 Bayou Lafouche
1200- Same
1600- DB Thor lines parted IN 120+ MPH WIND, Unable
      to stop Barge, our line, parted. Barge hit several
      vessels.
1730- Crosby Integrity assisted us off. BOTTOM 2 MILES
      NORTH OF FLOTATION canal
1800- Enroute to Crosby Dock
1830- Secure @ Crosby Dock
2400- Same
```

| | | | |
|---|---|---|---|
| Pre-Voyage Checklist | | | |
| Steering Control | | | |
| Rudder Indicator | | | |
| Auxiliary Pump | | | |
| Gear and Linkage | | | |
| Radar | | | |
| AIS Transponder | | | |
| Swing Meter | | | |
| Depth Sounder | | | |
| Compass | | | |
| Wheelhouse Windows | | | |
| VHF Radios | | | |
| Navigation Lights | | | |
| Search Lights | | | |
| Horn | | | |
| Communications | | | |
| Control Alarm | | | |
| Engine Room | | | |
| Machinery | | | |
| Engine Monitors | | | |
| Propulsion Controls Forward / Stern | | | |
| Anchor Ready for Emer. | | | |
| Emergency Tow Avail. | | | |
| Load Line | | | |
| Conduct GMDSS Setup/ Verify DP Func. | | | |
| Verify Manning Req. are met | | | |
| Ensure Compliance W/Stability Req. | | | |
| Displaying Proper Lights & Day Shapes | | | |
| Master's Initials | | | |
| Pre-Critical Task Conference | | | |
| Making Tow | | | |
| Locking | | | |
| Docking | | | |
| Transfers | | | |
| Boat Fueling | | | |
| Down Stream Landing | | | |
| Master's Initials | | | |

**Crew**

| Name | | Position | Initials |
|---|---|---|---|
| W. Everet Jr | | CapT | |
| E. Plaisance Jr. | R/CapT | EP. | |
| R. Artigan | Eng | RA. | |
| H. Solomon | A/B | HS9 | |
| T. Collins | A/B | TJC | |

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.

**Waste Management**

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Galons | Trash | 10-28-20 | Crosby Dock | 2 Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

| Crew On/Off | | Radio | | | | Fire Watch | |
|---|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | | Time | |
| | | | | WS | 1200-2400 | | |

**Fuel / Lube**

| | |
|---|---|
| Fuel on Board | 74,000 |
| Fuel Used | 200 |
| Lube on Board | 214 |
| Lube Used | 20 |

Pd Water: 14,800
used 200
M/E RPG 2352

Are there any accidents, injuries or pollution to report? YES / NO
Init:

CROSBY 000454

*All Coast LLC v Shore Offshore, LLC,*
et al and all coupled Civil actions    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 235

**29 October**          DAY Thursday

0001- S/by @ Crosby Dock Fourchon, La.
0945- Departed
0500- Arr. + S/by w/DB Thor @ Martin'l6 Bayou Lafourche
0600- Same
1100- Survey Equipment off
1200- Same
1745- Departed Crosby Dock Enroute to Sabine
1800- Outbound Belle Pass Jetties.
2400- Blk 131 ship shoal; spd: 9 kts; winds: N&0 30-35, seas: 3-5, ETA 1600/30

MARSEC Level I

| Pre-Voyage Checklist | | |
|---|---|---|
| Steering Control | | |
| Rudder Indicator | | |
| Auxiliary Pump | | |
| Gear and Linkage | | |
| Radar | | |
| AIS Transponder | | |
| Swing Meter | | |
| Depth Sounder | | |
| Compass | | |
| Wheelhouse Windows | | |
| VHF Radios | | |
| Navigation Lights | | |
| Search Lights | | |
| Horn | | |
| Communications | | |
| Control Alarm | | |
| Engine Room | | |
| Machinery | | |
| Engine Monitors | | |
| Propulsion Controls Forward / Stern | | |
| Anchor Ready for Emer. | | |
| Emergency Tow Avail. | | |
| Load Line | | |
| Conduct GMDSS Setup/ Verify DP Func. | | |
| Verify Manning Req. are met | | |
| Ensure Compliance W/Stability Req. | | |
| Displaying Proper Lights & Day Shapes | | |
| Master's Initials | | |
| Pre-Critical Task Conference | | |
| Making Tow | | |
| Locking | | |
| Docking | | |
| Transfers | | |
| Boat Fueling | | |
| Down Stream Landing | | |
| Master's Initials | | |

| | | | | |
|---|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | Q.E. | |
| Ernest Plaisance Jr. | R/Capt. | 0001-1200 | E.P. | |
| Rene Artigas | Eng. | Floating | R.A. | |
| Harris Soloman | A/B | 0600-1200/1800-2400 | HOS | |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC | |

| Safety Meeting or Drill | |
|---|---|
| Topic: | |
| Attendees: | |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

| Waste Management | | | | | | |
|---|---|---|---|---|---|---|
| | Date | Location | Amount | Date | Location | Amount |
| Bilge | | | Gallons Trash | | | Bags |
| Lube Filters | | | Filters Spill Waste | | | Bags |

| Crew On/Off | Radio | | | Fire Watch | | |
|---|---|---|---|---|---|---|
| | Int. | Time | Channel | Int. | | Time |
| | | | | E.P. | 0001-1200 | |
| | | | | W.E. | 1200-2400 | |

| Fuel / Lube | | |
|---|---|---|
| Fuel on Board | 73 | 200 |
| Fuel Used | | 800 |
| Lube on Board | | 990 |
| Lube Used | | 20 |

Rob rdder 14600
used 200
M/E Hrs. 2366

Are there any accidents, injuries or pollution to report: YES / NO    Int. E.P.

CROSBY 000455

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 236

**Appendix 14 – Deck Logs of the D/B THOR, Douglas Depo Exhibit 17**

Cont. Oct 25 2020    Job # DS133    SS 209 JA

1600 opening valves and removing needle valves
1628 Checking JA10 and JA2 for gas
1636 Welders cutting slot plate holes into second inner stringer
1825 putting up lights on p/f
1830 LA Madonna departed headed to the dock
1900 Packing trash bag Card board
1930 removing T.W. P Board
1935 Chipping grout from #10, #7 and #3 Conductor
1945 Welders cutting slot plate windows
2130 stop cutting on slotplate
2132 picking torches and materials from p/f
2215 removing Twp from Well bay Area off p/f
2330 Shift Change Safety meeting

DB Thor

F/u - 579    FoB - 21882
W/u - 6,582    WOB - 87,760

Crosby Endeavor

F/u 200    FoB 77,800
W/u 200    WOB 14,200
L/u 0    LoB 245
La Madonna
F/u -    FoB-
W/u -    WOB-
        < 10/26/2020 >
1100 Crosby Endeavor Tow Report
28° N 27' N , 90° 47' W
SS 235, Speed 5.1 Knts  Force .7°
WD 123ft  Winds WNE 15 to 20
miles to go 49 2100 to Sea Bouy

THOR 0001208

EXHIBIT
17

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 237

10/26/2020    JOB# DS133    SS259 JA

0001 Continue pulling TWP's off p/f
0107 Finish taking off TWP off p/f
0108 Turning horn on p/f
0125 hooking up to walkway from p/f
0230 moving barge away from
0247 All stop on moving barge out
0310 Sbb off bottom
0332 String broken on Sbb bouy
0350 Have a string on bouy getting Anchor
0415 Sbb in fairlead on dog
0416 Tug boat having winch problem
0450 Sb off bottom
0510 Sb in fairlead on dog
0540 P.b.b off bottom
0603 P.b'b in fairlead on dog
0654 PSb off bottom
0657 PSb in fairlead on dog
0700 Jessica Elizabeth in the field
0710 Crew Jessica on Stbd side to back load explosives
0712 Putting Personel on crewboat to back load exp.
0725 Finish backloading crew boat Jessica putting
       personel back on board
0727 Jessica departed barge
0739 SSb off bottom
0758 SSb in fairlead on dog two more to go
       P.b and P.s
0816 Pb off bottom
0902 P.b in fairlead on dog
0920 backing up to put Tow line on
0927 Tow line on
0931 Backing up on P.s. Anchor
0945 P.s. off bottom on tow
2030 Start Putting Bouy on deck
2015 Bouy on deck Shorten line

THOR 0001209

Cont. 10/26/2020    Job# D5133

2115  Buoy on Board
2200  At SeaBouy
2300  Arrived At Martin dock #16
2315  took off tow lines tugs moving barge into dock
2359  Continue moving in Barge

10/27/2020
0100  Secured at Martin Dock #16
0115  Start offloading 3rd Party Personel
0300  Bus arrived to pick Up 3rd Party Personel
0730  Prepare Stbd Stern Anchor Cable to moor dock
0945  Stbd Stern Anchor Cable to moor dock
1240  Preparing Stbd bow breast anchor Cable
      to be moored to dock
1400  Start taking on Water
1410  Stbd Bow Breast Anchor Cable moored to brt
1435  Start pumping fuel
1500  Adjust and add more mooring lines to dock
1605  Complete taking on fuel  fuel Received: 30,000
1620  Finish Securing barge to dock
1700  Securing loose items and Continue standing
      by on weather
1705  Stop taking on Water Due to weather Dock
      Shutdown will Continue when dock operations
      Continue  W/R 26,333

      Wensday 10/28/2020      Loc: martin #16
0001-1600 Secured At martin #16 for Weather
1604  BArge Broke loose from dock at martin #16
      Sanding Alarm
1620  BArge Still loose

THOR 0001210

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 239

**Appendix 15 – Configuration of the Two Wire Anchor Lines**



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 240

# Appendix 16 – Ordinance 71 and Port Conditions

## Greater Lafourche Port Commission Ordinance No. 17 Issued 09 September 2009

The following Ordinance No. 71 was presented by Chuckie Cheramie, who moved for its adoption, and was seconded by Perry Gisclair:

ORDINANCE NO. 71

AN ORDINANCE PROHIBITING UNATTENDED VESSELS MOORED IN THE PORT AREA WHEN HURRICANE FORCE WINDS ARE EXPECTED IN THE PORT AREA WITHIN TWENTY-FOUR (24) HOURS.

BE IT ORDAINED, by the Board of Commissioners of the Greater Lafourche Port Commission that:

SECTION 1.  The terms below shall be defined as follows:

a.  Unattended – not occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling the Vessel in seas subject to Hurricane Force Winds

b.  Hurricane Force Winds -- sustained winds or frequent gusts equal to or greater than 74 miles per hour

c.  Port Fourchon - that area commonly referenced as Port Fourchon inclusive of and bounded by Flotation Canal to the North, Port Fourchon Marina to the Northeast, by Louisiana Highway 3090 to the East, by the Gulf of Mexico to the South and Bayou Lafourche to the West

d.  Port Pilings – those mooring pilings owned by the Greater Lafourche Port Commission and situated to the East of the Bayou Lafourche channel in the North and South vicinity of the Leon Theriot South Floodgates.

e.  Vessel – any steamship, steamboat, tug, towboat, water craft, ship, boat or barge of any kind or description, whether foreign or domestic, regardless of whether same is self- propelled by a motor or engine

SECTION 2.  When Hurricane Force Winds are expected to occur at Port Fourchon within twenty-four (24) hours, no person shall

a.  allow a Vessel, which is self-propelled by a motor or engine and of which s/he is either an owner or captain, to remain Unattended in Port Fourchon or moored to Port Pilings.

b.  allow a Vessel which is not self-propelled by a motor or engine and of which s/he is an owner, to remain in Port Fourchon or moored to Port Pilings without being under the control of a Vessel(s), which is self-propelled by a motor or engine and which is occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling all such Vessel(s) in seas subject to Hurricane Force Winds.

SECTION 3.  The Director of Security, upon coordination with the Executive Director, of the Greater Lafourche Port Commission is authorized to designate the time at which Hurricane Force Winds are expected to occur at Port Fourchon based on prevailing weather conditions and tropical forecasts.

SECTION 4.  Any person violating any provision of this ordinance shall, upon conviction, be fined not more than Five Hundred Dollars ($500.00) or imprisoned for not more than six (6) months in jail, or both, in the discretion of the court having jurisdiction.



EXHIBIT
71

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 241

This Ordinance No. 71, having been submitted in writing, having been adopted at a public meeting of said Commission, was then submitted to an official vote as a whole; the vote thereon being as follows:

YEAS:      7
NAYS:      0
ABSENT:    2

And the ordinance was declared adopted on this 9th day of September, 2009.


_____               _____
Larry Griffin, President                       Wilbert Collins, Secretary

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 242

## List of Port Conditions and Explanations

The following explanations of the U.S. Coast Guard port conditions are taken from the U.S. Coast Guard Publication "Maritime Contingency Post Plan – Annex (A) to Sector New Orleans Hurricane Plan" issued 6 Aug 2015'

**Port Conditions**

The four port conditions are:

- **WHISKEY:** Gale force winds are predicted at Southwest Pass in 72 hours.
- **X-RAY:** Gale force winds are predicted at Southwest Pass in 48 hours.
- **YANKEE:** Gale force winds are predicted at Southwest Pass in 24 hours. This condition is also used after the storm passes, because vessel traffic control measures may still be in effect.
- **ZULU:** Gale force winds are predicted at Southwest Pass in 12 hours.

US Coast Guard Marine Safety Unit Houma Marine Safety Information Bulletin Issued 20 June 2017

---

### UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA

## MARINE SAFETY INFORMATION BULLETIN

MSIB 002-17                           Date: June 20, 2017

### 2017 HURRICANE SEASONAL ALERT

**Please note: The Captain of the Port (COTP) Morgan City zone was renamed COTP Houma on June 15, 2017. All guidance and contact information contained within this bulletin remains valid. Any significant changes will be announced in a follow-up bulletin and reflected on Homeport.**

#### Hurricane Port Condition Requirements

This Marine Safety Information Bulletin (MSIB) clarifies USCG mandated hurricane procedures and defines Hurricane Port Conditions for Port Fourchon, Louisiana Offshore Oil Port, Houma Navigation Canal, Port of Morgan City, Port of Iberia, Port of West St. Mary, Intracoastal City, the Gulf Intracoastal Waterway, and all terminals, facilities, and waterways in the COTP Houma area of responsibility.

**General Vessel and Barge Mooring Requirements for Heavy Weather**
To promote safe navigation and protect vital infrastructure the Coast Guard will enforce the following regulations found in 33 CFR 803:

No person may secure a vessel or barge to trees or to other vegetation.

No person may allow a vessel or barge to be moored with unraveled or frayed lines or other defective or worn mooring.

No person may moor barges side to side unless they are secured to each other from fittings as close to each corner of abutting sides as practicable.

No person may moor barges end to end unless they are secured to each other from fittings as close to each corner of abutting ends as practicable.

**Barge Moorings**: Barge-to-barge; barge-to-vessel; barge-to-wharf or pier. The person in charge shall ensure that a barge moored to another barge, a mooring or spar barge, a vessel, a wharf, or a pier, is secured as near as practicable to each abutting corner of the barge being moored by:

(1) Three parts of wire rope of at least 7/8 inch diameter with an eye at each end of the rope passed around the timberhead, caval, or button;

(2) A mooring of natural or synthetic fiber rope that has at least 75 percent of the breaking strength of three parts of 7/8 inch diameter wire rope; or

(3) Fixed rigging that is at least equivalent to three parts of 7/8 inch diameter wire rope.

For further information regarding the severe weather and high water moorings, the U.S. Committee on the Marine Transportation System's recommends the Best Practices for Preventing and Managing Breakaway Vessels found at:
http://www.cmts.gov/downloads/Best_Practices_for_Preventing_and_Managing_Breakaway_Vessels.pdf.

---

MSIB 002-17                                                         Date: June 20, 2017

In addition to setting port conditions, the COTP will take the following actions commensurate with each Port Condition:

**Port Condition Whiskey** (gale force winds (34kts/39mph) within 72 hours):

Port Status: Open to all commercial traffic.

- Contact port authorities, other government agencies, and industry stakeholders to identify and address concerns over port status, activities, and emergency preparations.

- The COTP will issue a MSIB requiring the following information to be submitted to Vessel Traffic Service, Berwick Bay:

  (a) All self-propelled oceangoing vessels over 500 GT and all oceangoing barges and their supporting tugs remaining in port will complete and submit to the COTP within 24 hours for approval, a REMAINING IN PORT CHECKLIST FOR 500 GT (GRT) VESSELS (Annex A). Each vessel intending to remain in port must request permission from the waterfront facility where mooring and forward that information to the COTP at COTPHoumaSevereWeather@uscg.mil.

- The Coast Guard will have increased harbor patrols and will advise vessel and facility operators of any conditions that require immediate action or correction.

- The Coast Guard will advise vessel operators of anticipated times of floodgate and bridge closures affecting their ability to seek safe refuge and will provide best points of contact information to obtain accurate updates.

- Advise port stakeholders of intentions for setting next condition.

**Port Condition X-Ray** (gale force winds (34kts/39mph) within 48 hours):

Port Status: Open to all commercial traffic.

- The Coast Guard will continue to contact waterfront facilities to determine their intentions and any vessels moored thereto. Individually assess vessels desiring to remain in port, and issue COTP Orders as appropriate.

- Contact deep draft vessels at anchor and determine their intentions.

- Inspect wharf and pier areas with waterfront facility representatives during harbor patrols.

- Spot check mariners and waterways to determine the status of hurricane preparations.

- Advise port stakeholders of intentions for setting next Port Condition.

**Port Condition YANKEE** (Gale force winds (34kts/39mph) expected within 24 hours):

Port Status: Vessel traffic control measures in effect.

- The COTP may close portions of the port in response to forecasted weather and actual damage, impact, or threat in different geographic areas within the port.

- Establish a Safety Zone controlling vessel movements and activities as appropriate, including:

  (a) Close ports, where necessary, to all commercial vessel traffic except as specifically allowed by COTP. Port closure will not apply to vessels that are capable of completing the cargo

2

load/discharge cycle in less than 12 hours.   The area affected by this order includes all Navigable Waters of the United States within 12 nautical miles of shoreline.

- Issue COTP Order as appropriate for any vessels or facilities not complying with Port Condition requirements:

   (a)  Each self-propelled vessel over 500 GT without COTP approval to stay in port will be directed out of port.

   (b)  The COTP will approve or direct, as necessary, final mooring arrangements for vessels remaining in port.

- Advise port stakeholders of intentions for setting next Port Condition.

- Establish safety zone preventing red flagged barges from mooring along shore in Houma central business district and other population centers as identified by the COTP.

**Port Condition Zulu** (gale force winds (34kts/39mph) expected within 12 hours):

Port Status: Vessel traffic control measures in effect.  The default for ZULU is closure of the port and facility operations.

- The COTP may deviate from this default and keep ports open with restrictions and close only portions of the port in response to forecasted weather, actual damage, impact, or threat in different geographic ports within the COTP Zone.

- Establish a Safety Zone controlling vessel movements and activities as appropriate, including:

   (a)  Close ports, where necessary, to all commercial vessel traffic (including vessel transits within the port).  This prohibition will not apply to vessels that have requested and received approval from the COTP to transit the port.  The approval of the COTP will only be granted if the transit can be made safely and mooring or anchorage space has been identified; or if the vessel is departing to sea, only if the vessel can reach safe water prior to encountering hurricane conditions.

- Suspend cargo operations involving bulk liquid dangerous cargoes (including bunkering and lightering operations), unless permission is requested to continue operations and approval is granted.  Approval will be given on a case-by-case basis.  This approval provision does not apply to operations involving Cargoes of Particular Hazard or Certain Dangerous Cargoes, which in every case must be suspended.

**Post-Hurricane Conditions**

As soon as practicable following the passage of the storm, the COTP will:

- Assess whether to close ports and waterways, maintain closure, or open with or without restrictions.

- Assess whether to maintain a Safety Zone restricting vessel movements until the navigation channels can be surveyed and declared safe for passage.

- Coordinate completion of channel surveys as needed.

- Conduct maritime damage and risk assessments emphasizing channels, bridges, anchorages, piers, and wharves.

3

MSIB 002-17                                                                    Date: June 20, 2017

- Organize a post-hurricane Port Coordination Team conference call with senior representatives from other federal, state, and local government agencies and industry stakeholders to assess, outline, and prioritize the recovery effort for the COTP Zone:

All hurricane informational documents will be posted to Homeport under the "Safety and Security" section for Morgan City, and may be accessed via the following link:
http://homeport.uscg.mil/morgancity

If you have any questions, please contact Marine Safety Unit Houma/Morgan City's Planning staff at (985) 380-5318 or at COTPHoumaSevereWeather@uscg.mil.

**B. Welborn**
**Captain, U.S. Coast Guard**
**Captain of the Port**
**Houma, Louisiana**

4

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 247

US Coast Guard Sector New Orleans – Port Condition Yankee – Issued 27 October 2020

## UNITED STATES COAST GUARD SECTOR NEW ORLEANS

# MARINE SAFETY INFORMATION BULLETIN

| Volume XX  Issue: 122 | Time:  1330 | Date: October 27, 2020 |
|---|---|---|

### Setting of Port Condition YANKEE

At 1400 local time on October 27, 2020, in preparation for the approaching Tropical Storm ZETA, the Captain of the Port (COTP) New Orleans will set Port Condition YANKEE in accordance with the Maritime Hurricane Contingency Port Plan (MHCPP) found at https://homeport.uscg.mil/port-directory/new-orleans.

**Port Status:** Vessel traffic control measures in effect.

**RNA Status:** The COTP has ordered the enforcement of Hurricane Regulated Navigation Area (RNA) – East, described in Title 33 Code of Federal Regulations (CFR) 165.838. Refer to MSIB Volume XX Issue 121 for details.

All vessels entering and departing the COTP Zone New Orleans are reminded to update their Notice of Arrival with any changes to their arrival or departure information (33 CFR 160.208 and 33 CFR 160.212). The COTP has also outlined specific port preparation requirements and recommendations in the MHCPP.

Mariners are advised that drawbridges will close when wind speeds exceed 35 mph or once evacuation begins. As a result, mariners are urged to seek passage through drawbridges well in advance of the arrival of gale force winds. For most up to date bridge information please contact Coast Guard District Eight Bridges at D8DPBALL@uscg.mil.

Vessel owners and operators are reminded of the "Mile Marker (MM) 73 Memorandum of Agreement (MOA)" providing barge fleet owners and operators with policy and guidance for the fleeting of barges in this area during hurricane season. At this time, the Coast Guard does not intend to implement the safety zone for river evacuation below MM 73. However, these requirements will be discussed on the Port Coordination Team conference calls and reassessed as needed and barges should be moored in accordance with the standards set forth in the MOA (found at https://homeport.uscg.mil/port-directory/new-orleans).

Port partners and mariners are cautioned that the COTP New Orleans may quickly set Port Condition ZULU as the situation develops. You are strongly encouraged to review your existing hurricane plan, take actions to minimize risk, and be prepared to evacuate, if necessary. For recommended precautionary measures and storm preparation checklists refer to MHCPP found at https://homeport.uscg.mil/port-directory/new-orleans. Vessels intending to remain in the port must submit a Remaining-in-Port Checklist to the Vessel Traffic Service Lower Mississippi River (VTS) as listed below.

**Attachments:**
(1) Waterfront **FACILITIES Storm Preparation Checklist (Port Condition YANKEE)** – submit via email to FacilitiesNOLA@uscg.mil or D08-DG-MSUBatonRouge-Bullpen@uscg.mil.
(2) **VESSEL Remaining In Port Checklist Reporting Tool** – submit within 24 hours to Vessel Traffic Service via email D08-PF-VTSNewOrleans-LMR@uscg.mil or fax at (504) 365-2519
(3) **RNA FACILITIES with AHOP** - 72 Hour Storm Specific Verification Report – submit via email to SecNOLA-WPM@uscg.mil

Page 1 of 2

**EXHIBIT**

70

CROSBY 001419

## UNITED STATES COAST GUARD SECTOR NEW ORLEANS

# MARINE SAFETY INFORMATION BULLETIN

Volume XX  Issue: 122               Time: 1330                Date: October 27, 2020

### Setting of Port Condition YANKEE

For additional information, contact the following:

**Waterways Management:** SecNOLA-WPM@uscg.mil
**Sector New Orleans Command Center (24 hour):** (504) 365-2200
**Vessel Traffic Center (24 Hour):** (504) 365-2514 or VHF-FM channels 5A, 12, or 67
**Coast Guard District Eight Bridges:** (504) 671-2128 or D8DPBALL@uscg.mil
**National Response Center (24 Hour):** 1-800-424-8802

*W. E. Watson*

## CAPTAIN W. E. WATSON

### Captain of the Port New Orleans

For a current list of MSIBs in the COTP New Orleans Zone visit: https://homeport.uscg.mil/port-directory/new-orleans under "Safety notifications"

Page 2 of 2

CROSBY 001420

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 249

---

## UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA/MORGAN CITY

# MARINE SAFETY INFORMATION BULLETIN

MSIB 074-20                                                                     Date: October 27th, 2020

## SET MODIFIED PORT CONDITION ZULU

**Port Condition:** At 0200 local time, October 28, 2020, the Captain of the Port (COTP) Houma will set a modified Port Condition ZULU for the COTP Zone in preparation for Tropical Storm ZETA. In accordance with the MSU Houma Severe Weather Plan, Port Condition ZULU is set when gale force winds are predicted to arrive within 12 hours.

**Key Weather Message:** Hurricane conditions, life-threatening storm surge, and heavy rainfall are expected from Tropical Storm ZETA along portions of the Gulf Coast through Thursday. Hurricane and Storm Surge Warnings have been issued. Interests in these areas should follow any advice given by local government officials.

**Port Waterway Status:**

The COTP has closed the Louisiana Offshore Oil Port (LOOP), Port Fourchon, and Port of Terrebonne. The Gulf Intracoastal Waterway (GIWW) is closed between Mile Marker 20 – Mile Marker 80. The Houma Navigation Canal is closed to all traffic. All other areas within the COTP Houma zone remain in Port Condition YANKEE with the possibility of going to Port Condition ZULU if there are changes in the gale force wind forecast.

Vessels outside of these areas may transit as needed. This includes GIWW Mile Marker 80 – 191, the Eugene Island Sea Buoy through Atchafalaya River Mile Marker 45, the Port Allen Alternate Route from Mile Marker 00 – 30, the Ports of Morgan City and Amelia, Bayou Chene, and further areas westward. Vessels are not authorized to travel eastbound of Mile Marker 80 of the GIWW.

The Berwick/Morgan City Railroad Bridge located in Morgan City, LA will close to all traffic should winds reach 30mph sustained.

The Bayou Beouf and Berwick Locks located in Morgan City, LA do not currently plan to close, but will secure all vessel traffic if conditions change and the COTP Zone goes to Port Condition Zulu for their respective waterways.

The COTP has ordered the enforcement of the Vessel Traffic Service Berwick Bay under 33CFR161.40. All vessels in the vicinity of Morgan City and VTS Berwick Bay should expect closure of the area once winds reach 35kts sustained. Under no circumstances may vessels transit the Berwick Bay Vessel Traffic Zone. Vessels failing to comply with this order may be subject to a civil penalty in the amount of up to $90,063.

This information, as well as other important hurricane-related information, will be relayed to the maritime community through Marine Safety Information Bulletins and Safety Broadcast Notice to Mariners.

**Vessels and Facilities:**

The following precautionary measures are provided for your consideration. All vessels are strongly urged to implement these measures:



EXHIBIT

69

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 250

MSIB 074-20                                                    Date: October 27th, 2020

- Secure missile hazards and clear nonessential equipment and loose gear.
- Secure/remove hazardous materials or cargoes to a safe location, especially drums.
- Oil transfer terminals not engaged in transfer operations should drain all loading arms and hoses of product, blank off hoses, and empty/clean small discharge containment.
- Mooring lines doubled up with due consideration given to the effects of predicted storm surge.
- If moored, outboard anchor rigged at a short stay.
- Ensure sufficient number of officers and crew onboard to tend mooring lines, and/or get underway.
- Vessel ballasted to ensure maximum safety.
- All side ports, hatches, portholes, and other openings are closed and secured.
- All firefighting equipment is ready for immediate use.
- A continuous radio watch maintained on Channel 16 and 67 VHF-FM.
- If at anchorage, at least two anchors set.
- If at anchorage, vessels should remain ready to get underway within 15 minutes.
- Spare mooring lines and/or wires should be readily available.

Cargo and fueling operations are suspended, including bunkering and lightering.  Waivers may be granted unless Cargo of Particular Hazard of Certain Dangerous Cargo is involved.

You are strongly encouraged to review your existing hurricane plan or develop a plan if you do not have one. It is extremely important to decide in advance how to minimize your risk and be prepared to evacuate, if necessary.

<u>Post Storm Considerations:</u> Once the storm passes, the U. S. Coast Guard will be focused on search and rescue, port security, pollution response and the restoration of commercial operations. Should the port be closed, before reopening the port, COTP Houma must consider the possibility of shoaling and other navigational hazards, the status of aids to navigation, the status of port security and the readiness of port infrastructure to receive vessels. Based on these factors, COTP Houma will work closely with entities to determine the ability to resume operations and the priority for reopening waterways.

For a current list of MSIBs in the COTP Houma Zone visit: https://homeport.uscg.mil/port-directory/Houma under "Safety notifications."

Marine Safety Unit Houma Officer of the Day: (985) 665-2437
Marine Safety Unit Morgan City Officer of the Day: (985) 397-3300
Vessel Traffic Center Berwick Bay: (985) 380-5374 / (985) 380-5320
Coast Guard District Eight Bridges: (504) 671-2128
National Response Center (24 Hour): 1-800-424-8802

J. W. Russell
Captain, U.S. Coast Guard
Captain of the Port
Houma, Louisiana

2

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 251

**US Coast Guard Marine Safety Unit Houma – Port Condition Normal – Issued 28 October 2020**

---

## UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA/MORGAN CITY

# MARINE SAFETY INFORMATION BULLETIN

MSIB 075-20                                                            Date: October 29, 2020

### SET PORT CONDITION NORMAL:
### PORT OPEN WITH RESTRICTIONS

**Port Condition:** As of 1500 local time, October 29, 2020, the Captain of the Port (COTP) Houma has updated Port Condition NORMAL for the entire COTP Zone with the following restrictions:

1. The Houma Navigational Canal is open for daylight traffic only from the Houma Navigational Bridge to Buoy 26.
2. Port Fourchon is open for daylight OUTBOUND traffic only. Vessels are restricted to a 20' draft due to shoaling.
3. The Louisiana Offshore Oil Port (LOOP) is closed.

**Critical Advisories:**
Known Hazards to Navigation:
1. Sunken F/V LADY D in Bayou Lafourche near Galliano N29.414 W090.28°
2. Shed in Bayou Lafourche N29.408° W090.507°
3. 40' capsized fishing vessel in Bayou Petit Caillou N29.483° W 90.579°
4. Power lines across the channel in Bayou Petit Caillou N29.484° W 90.578°

Mariners are advised that post-storm debris has been reported throughout all parts of the COTP Zone, such as trees and other vegetation. This debris is expected to remain present while the storm surge from Hurricane Zeta finishes flushing back into the Gulf of Mexico. Mariners should remain particularly vigilant and exercise caution while transiting, as aids to navigation may be missing or not watching in their correct positions. The COTP requests mariners report hazards to navigation to VTS Berwick Bay or the MSU Houma Officer of the Day.

Mariners are reminded of the ongoing construction work taking place in the Bayou Chene, in vicinity of mile marker 94.5. All mariners shall exercise extreme caution when transiting this area and make minimum safe speed. Any concerns regarding this construction should be directed to the St. Mary's Levee District.

For a current list of MSIBs in the COTP Houma Zone visit: https://homeport.uscg.mil/port-directory/Houma under "Safety notifications."

Marine Safety Unit Houma Officer of the Day: (985) 665-2437
Marine Safety Unit Morgan City Officer of the Day: (985) 397-3300
Vessel Traffic Center Berwick Bay: (985) 380-5374 / (985) 380-5320
Coast Guard District Eight Bridges: (504) 671-2128
National Response Center (24 Hour): 1-800-424-8802

J. W. Russell
Captain, U.S. Coast Guard
Captain of the Port
Houma, Louisiana

CROSBY 001421

---

**Appendix 17 – Photos of the D/B THOR Mooring Lines**



*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 253



*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 254



*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 255



*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 256

## Appendix 18 – Hurricane Barry, 13 July 2019

### Dock Activity



11 July 2019, 07:31 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 257



14 July 2019, 18:04 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 258

## Martin Invoices for DOCKSIDE SPACE RENTAL



# INVOICE

**MARTIN**
ENERGY SERVICES
MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 22556 | 7/16/2019 | 583861 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 8/15/2019 | 373291 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To:  BOLLINGER FOURCHON LLC
236 ADAM TED GISCLAIR RD
GOLDEN MEADOW, LA 70357

ATTN: ACCOUNTS PAYABLE

Ship To:  MARTIN ENERGY SERVICES, LLC
118 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 695004 | | BRODY TERREBONNE | 985-396-2366 | | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | | | | | DP - Direct Pay Permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL ♦ Lot/Serial: 108'X3.50X9DAYS ♦ Yard: 367566 ♦ Vessel: L/B GREAT WHITE ♦ Area-Block: FOURCHON | 07/15/19 | 372557 | 378.000000 | 3,402.00 |
| 9.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE ♦ Lot/Serial: 9 DAYS ♦ Yard: 367566 ♦ Vessel: L/B GREAT WHITE ♦ Area-Block: FOURCHON | 07/15/19 | 372557 | 100.000000 | 900.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   **$4,302.00**

**MESSAGES**

**PAYMENT REMITTANCE**

C
H  MARTIN ENERGY SERVICES LLC
E  Martin Energy Services LLC
C  PO Box 95363
K  Grapevine, TX 76099-9733

W  Regions Bank
I   Account # 0114820625
R  ABA # 062005890
E  ACH # 111900785
   Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL #    0716201929214B

## MARTIN [02963]

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 259

NO. **367566**

**MARTIN**
ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

**YARD TICKET**

373291

JDE # _____
Branch Plant 12016090

☐ TRANSFER   ☐ REPACK   ☐ SALE   ☐ CO-USE

| BILL TO: Bollinger | CUSTOMER NO. 22556 | DATE: 7-15-19 |

ORDERED BY Brady Terrebone    P.O. NO./AEE: 695004

PHONE NO. 985-396-2366 Ext 4507    LEASE NO.

AREA/BLOCK    OCSG#    WELL NO.

RIG/VESSEL L/B Great White    TIME STARTED 7-7-19 AM/PM    TIME FINISHED 7-15-19 AM/PM    HOURS RT/OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT/OT |
|---|---|---|---|
| | ROUSTABOUTS | | |
| | CRANE | | |
| | FORKLIFT | | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 496274 | | Dock Space (@ 108' X 9days) 108'X 3.50 = 378.°° x 9 = $3,402.°° | | | |
| 496263 | | Security Fee (9days) $900.°° $ 100 x9 = 900.°° | | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | G A U G I N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|
| WATER | METER READINGS: START, | STOP | GALS. | | | |
| TERMINAL | SUPPLIER | BOX. # | METER TKT. # | TRUCK# | TRAILER # | |

CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5

1 CARGO TANK

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ___ INITIALS ___ TOTAL REC'D. $ ___

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tcmes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.    EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____
Customer Signature

X _____
Martin Driver Signature

_____
Martin Energy Services Representative

Truck and Trailer No. _____

REV. 10/16
FORM NO. 107

**MARTIN [02964]**

All Coast LLC v Shore Offshore LLC,
et al and all coupled Civil actions    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 260



## PROFORMA
### INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 22558 | 07/15/19 | P373291 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 8/13/2019 | 373291 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To:  BOLLINGER FOURCHON LLC
236 ADAM TED GISCLAIR RD
GOLDEN MEADOW, LA 70357

ATTN: ACCOUNTS PAYABLE

Ship To:   MARTIN ENERGY SERVICES, LLC
118 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 695004 | | BRODY TERREBONNE | 985-396-2366 | L/B GREAT WHITE | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | | | YT#367566 07/07/19-07/15/19 | | DP - Direct Pay Permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL<br>• Lot/Serial: 108'X3.50X9DAYS | 378.000000 | 3,402.00 |
| 9.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE<br>• Lot/Serial: 9 DAYS | 100.000000 | 900.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   **$4,302.00**

**MESSAGES**

**PAYMENT REMITTANCE**

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services Llc
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

• • • THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/msv1/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. • • •

DOC. CONTROL #   0115291012744

## MARTIN [02967]

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 261



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 2695 | 7/16/2019 | 583916 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 8/15/2019 | 373422 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

**Sold To:**   CENTRAL DISPATCH INC
PO BOX 2070
GRETNA, LA 70054

**Ship To:**   MARTIN ENERGY SERVICES, LLC
118 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

**Deliver To:**

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 97243 | | PETER STEN | 504-362-3282 | | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | | | | | MAR - Marine |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8.000000 | HR | 496260 | ROUSTABOUT LABOR (OVERTIME) ♦ Lot/Serial: 07.10 & 07.14 ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 49.000000 | 392.00 |
| 2.000000 | HR | 496238 | FORKLIFT RENT W/OPERATOR ♦ Lot/Serial: 07.10 & 07.14 ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 107.000000 | 214.00 |
| 5.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL ♦ Lot/Serial: 365X3.50X5 DAYS ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 1,277.500000 | 6,387.50 |
| 5.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE ♦ Lot/Serial: YT#367564 07.15.19 ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 100.000000 | 500.00 |
| 15.000000 | EA | 502798 | DISPOSAL, YARD TRASH ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 25.000000 | 375.00 |
| 1.000000 | EA | 496313 | DRUMS, OPEN TOP DOT METAL FOR ♦ Yard: 367564 ♦ Vessel: REM SALTIRE | 07/15/19 | 372731 | 45.000000 | 45.00 |

A FINANCE CHARGE OF I 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    $7,913.50

**MESSAGES**

**PAYMENT REMITTANCE**

| C H E C K | MARTIN ENERGY SERVICES LLC Martin Energy Services LLC PO Box 95363 Grapevine, TX 76099-9733 | W I R E | Regions Bank Account # 0114820625 ABA # 062005690 ACH # 111900785 Swift Code: UPNBUS44 |
|---|---|---|---|

♦ ♦ ♦  THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tutnes/vil/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING.  ♦ ♦ ♦

DOC. CONTROL #    07162019202149

**MARTIN [02968]**

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 262

**MARTIN** ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

**YARD TICKET**

NO. 367564

373422

JDE # _____
Branch Plant 12016090

☐ TRANSFER  ☐ REPACK  ☐ SALE  ☐ CO-USE

BILL TO: Central Dispatch Inc    CUSTOMER NO. 2695    DATE: 7-15-19
ORDERED BY Peter Sten    P.O. NO./AFE: 97243
PHONE NO. 504 362 3282    LEASE NO.
AREA/BLOCK    OCSG#
RIG/VESSEL REM Saltire    TIME STARTED 7-10-19 AM/PM    TIME FINISHED 7-14-19 AM/PM

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | HOURS RT/OT |
|---|---|---|---|---|
| 496260 | ROUSTABOUTS | 7/10/19 Donnie/Wilton    7/14/19 Donnie/Jar | | 8 |
| | CRANE | | | |
| 496238 | FORKLIFT | 7/10/19    Martin    7/15/19    Donnie | | 2 |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 496274 | | Dock Space    (5 days) | | | |
| | | 365 ft @ $3.50 per foot = 12750 X5= 6387.50 | | | |
| 496263 | | Security Fee    (5 days) 100 X 5= 500 | | | |
| 502798 | | Trash    15 yards | | | |
| 496313 | | Open Top Metal Dot Drum    $45.00 | | | 1 |

| DRUMS DELIVERED | | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | | STOP | GALS. | GAUGINGS | | |
| TERMINAL | SUPPLIER | BOL # | | METER TKT. # | TRUCK# | TRAILER # | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | | |
| 1 CARGO TANK | | | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ _____    INITIALS _____    TOTAL REC'D. $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT
http://martinlegaldocs.com/sales/to/mea/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY
BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and    EPA Registered Entity #4954: Martin Energy Services LLC
are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4736

APPROVED BY: X _____    Donnie Turnage
Customer Signature    Martin Energy Services Representative

X _____
Martin Driver Signature    Truck and Trailer No.

REV. 10/15
FORM NO. 107

MAR

**MARTIN [02969]**

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 263

## Storm Information





Figure 3.     Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Barry, 11–15 July 2019. Aircraft observations have been adjusted for elevation using 90%, 80%, and 80% adjustment factors for observations from 700 mb, 850 mb, and 1500 ft., respectively. Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC, and the solid vertical line corresponds to landfall.



Figure 8:     Selected official track forecasts (blue lines, with 0, 12, 24, 36, 48, 72, 96, and 120 h positions indicated) for Hurricane Barry from 1200 UTC 10 July to 1800 UTC 14 July.  The best track is given by the white line with positions shown at 6 h intervals.

Hurricane Barry    23



Figure 2.    Best track positions for Hurricane Barry, 11–15 July 2019. The track over the United States is partially based on analyses from the NOAA Weather Prediction Center.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 266

## Appendix 19 – Tropical Storm Cristobal, 08 June 2020

### Dock Activity



06 June 2020, 00:10 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions         31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 267



06 June 2020, 17:27 UTC



06 June 2020, 21:02 UTC



08 June 2020, 18:03 UTC



09 June 2020, 12:04 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 271

## Martin Invoices for DOCKSIDE SPACE RENTAL



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3127 | 6/11/2020 | 750458 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 7/11/2020 | 447665 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Ship To:   MARTIN ENERGY SERVICES, LLC
118 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

Sold To:   WEEKS MARINE INC
304 GAILLE DR
COVINGTON, LA 70433

ATTN:  ACCOUNTS PAYABLE

Deliver To:

| CUSTOMER PO # | | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|---|
| 464855 | | | ADAM BROUSSARD | 985-875-2500 | | | |
| STATE LEASE / OCSG | | AFE # | WELL | ROUTE ID | | | END USE |
| | | | | | | | IC - Interstate Commerce |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE ♦ Lot/Serial: MV LIZ ALMA/BRG 111 ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 100.000000 | 700.00 |
| 7.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, MV LIZ ALMA ♦ Lot/Serial: 99'X3.50X 7 DAYS ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 346.500000 | 2,425.50 |
| 7.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, BARGE WEEKS 111 ♦ Lot/Serial: 300'/3.50X 7 DAYS ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 1,050.000000 | 7,350.00 |
| 5000.000000 | GA | 496528 | WATER, YT#375205 06.10.20 ♦ Lot/Serial: MV LIZ ALMA/BRG 111 ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | .016000 | 80.00 |
| 6.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE ♦ Lot/Serial: MV CALLIE CATE/BRG 113 ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 100.000000 | 600.00 |
| 6.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, MV CALLIE CATE ♦ Lot/Serial: 85'X3.50X 6 DAYS ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 297.500000 | 1,785.00 |
| 6.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, BARGE WEEKS 113 ♦ Lot/Serial: 300'/3.50X 6 DAYS ♦ Yard: 375205 ♦ Vessel: LIZ ALMA/MISS CALLIE | 06/10/20 | 445265 | 1,050.000000 | 6,300.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

| MESSAGES |
|---|
| MV LIZ ALMA/BRG 111   MV MISS CALLIE CATE/BRG 113 |

| PAYMENT REMITTANCE |
|---|

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

**MARTIN [02975]**

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 272



## PROFORMA
### INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3127 | 08/10/20 | P447665 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 7/7/2020 | 447665 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To:    MARTIN ENERGY SERVICES, LLC
116 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

Sold To:    WEEKS MARINE INC
304 GAILLE DR
COVINGTON, LA 70433

ATTN: ACCOUNTS PAYABLE

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 464855 | | ADAM BROUSSARD | 985-875-2500 | | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | | | | | IC - Interstate Commerce |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE<br>+ Lot/Serial: MV LIZ ALMA/BRG 111 | 100.000000 | 700.00 |
| 7.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, MV LIZ ALMA<br>+ Lot/Serial: 99'X3.50X 7 DAYS | 346.500000 | 2,425.50 |
| 7.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, BARGE WEEKS 111<br>+ Lot/Serial: 300'X3.50X 7 DAYS | 1,050.000000 | 7,350.00 |
| 5000.000000 | GA | 496528 | WATER, YT#375205 08.10.20<br>+ Lot/Serial: MV LIZ ALMA/BRG 111 | .016000 | 80.00 |
| 6.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE<br>+ Lot/Serial: MV CALLIE CATE/BRG 113 | 100.000000 | 600.00 |
| 6.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, MV CALLIE CATE<br>+ Lot/Serial: 65'X3.50X 6 DAYS | 297.500000 | 1,785.00 |
| 6.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL, BARGE WEEKS 113<br>+ Lot/Serial: 300'X3.50X 6 DAYS | 1,050.000000 | 6,300.00 |
| 1000.000000 | GA | 496528 | WATER, YT#375205 06.10.20<br>+ Lot/Serial: MV CALLIE CATE/BRG 113 | .016000 | 16.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    **$19,256.50**

**MESSAGES**
MV LIZ ALMA/BRG 111  MV MISS CALLIE CATE/BRG 113

**PAYMENT REMITTANCE**

| C H E C K | MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733 | W I R E | Regions Bank<br>Account # 0114820625<br>ABA # 062005690<br>ACH # 111900785<br>Swift Code: UPNBUS44 |
|---|---|---|---|

+ + + THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinsystdocs.com/sales/tulrms/rvldoc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH
HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. + + +

DOC. CONTROL #   0611202010434B

**MARTIN [02979]**

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions      31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 273

## Storm Information



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Tropical Storm Cristobal, 1–9 June 2020.  Aircraft observations have been adjusted for elevation using 80% and 75% adjustment factors for observations from 850 mb and 1500 ft, respectively.  Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.

Tropical Storm Cristobal    44



Figure 1.    Best track positions for Tropical Storm Cristobal, 1–9 June 2020. The track over the United States and Canada is partially based on analyses from the NOAA Weather Prediction Center.

**Appendix 20 – Hurricane Marco, 25 August 2020**

## Dock Activity



25 August 2020, 15:01 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 276



26 August 2020, 21:01 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 277



28 August 2020, 00:00 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 278



27 August 2020, 06:06 UTC



27 August 2020, 22:48 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions            31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 280

## Storm Information



Hurricane Marco    27



Figure 4.    Selected official track forecasts (blue lines, with 0, 12, 24, 36, 48, 72, 96, and 120 h positions indicated) for Hurricane Marco, 21–25 August 2020.  The best track is given by the white solid line with positions given at 6 h intervals.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 281



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Marco, 21–25 August 2020.  Aircraft observations have been adjusted for elevation using 90%, 80%, 75%, and 80% adjustment factors for observations from 700 mb, 850 mb, 925 mb, and 1500 ft, respectively. Dropwindsonde observations include actual 10 m winds (sfc), as well as surface estimates derived from the mean wind over the lowest 150 m of the wind sounding (LLM). Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC.

Hurricane Marco    24



Figure 1.     Best track positions for Hurricane Marco, 21–25 August 2020.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 283

## Appendix 21 – Hurricane Laura, 26 August 2020

### Dock Activity



25 August 2020, 15:01 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 284



26 August 2020, 21:01 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 285



28 August 2020, 00:00 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 286



27 August 2020, 06:06 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 287



27 August 2020, 22:48 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 288

## Storm Information





Hurricane Laura     69

Figure 17.     Official track forecasts (blue lines) for Hurricane Laura, 24 August 0600 UTC to 27 August 0000 UTC 2020.  The best track is shown by the white curve with the tropical cyclone symbols.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 289



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Laura, 20–29 August 2020.  Aircraft observations have been adjusted for elevation using 90%, 80%, and 80% adjustment factors for observations from 700 mb, 850 mb, and 1500 ft, respectively.  Dropwindsonde observations include actual 10 m winds (sfc), as well as surface estimates derived from the mean wind over the lowest 150 m of the wind sounding (LLM).  Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time.   SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies.  Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.



Figure 1.     Best track positions for Hurricane Laura, 20–29 August 2020.  Track over the United States is partially based on analyses from the NOAA Weather Prediction Center.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 291

**Appendix 22 – Hurricane Sally, 16 September 2020**

## Dock Activity



14 September 2020, 03:00 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 292



14 September 2020, 11:16 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 293



15 September 2020, 20:15 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 294



16 September 2020, 19:46 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 295



16 September 2020, 20:38 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 296

## Martin Invoices for DOCKSIDE SPACE RENTAL



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3032 | 9/18/2020 | 792513 | Page 1 of 1 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 12016090 | 10/18/2020 | 468302 | 12016090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN**
ENERGY SERVICES
MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Sold To: SMITH MARINE TOWING CORP
PO BOX 2120
MORGAN CITY, LA 70381

Ship To: MARTIN ENERGY SERVICES, LLC
118 DOUCET DRIVE
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| SMITH HUNTER | | DOUG PLAISANCE | 985-772-0075 | | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| | | NA | | | | IC - Interstate Commerce |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5.000000 | DY | 496274 | DOCKSIDE SPACE RENTAL ♦ Lot/Serial: 270' X 3.50 X 5 DAYS ♦ Yard: 375288 ♦ Rig: NA ♦ Vessel: SMITH HUNTER/BRG ♦ Area-Block: NA | 09/16/20 | 468271 | 945.000000 | 4,725.00 |
| 5.000000 | DY | 496263 | SECURITY FEE, MARSEC COMPLIANCE ♦ Lot/Serial: YT#375286 ♦ Yard: 375288 ♦ Rig: NA ♦ Vessel: SMITH HUNTER/BRG ♦ Area-Block: NA | 09/16/20 | 468271 | 100.000000 | 500.00 |
| 3000.000000 | GA | 496528 | WATER ♦ Yard: 375288 ♦ Rig: NA ♦ Vessel: SMITH HUNTER/BRG ♦ Area-Block: NA | 09/16/20 | 468271 | .016000 | 48.00 |
| 6.000000 | EA | 502798 | DISPOSAL, YARD TRASH ♦ Yard: 375288 ♦ Rig: NA ♦ Vessel: SMITH HUNTER/BRG ♦ Area-Block: NA | 09/16/20 | 468271 | 25.000000 | 150.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$5,423.00**

MESSAGES

PAYMENT REMITTANCE

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING.

DOC. CONTROL #    09182020204411

## MARTIN [02992]

NO. 375288

## YARD TICKET

**MARTIN** ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

468302

JDE # _____
Branch Plant 12016 690

☐ TRANSFER ☐ REPACK ☐ SALE ☐ CO-USE

| | | | |
|---|---|---|---|
| BILL TO: Smith Marine Towing | CUSTOMER NO. 3032 | DATE: 9-16-20 | |
| ORDERED BY Doug Plaisance | | P.O. NO./AFE: SMITH Hunter | |
| PHONE NO. 985-772-0075 | | LEASE NO. | |
| AREA/BLOCK | OCSG# | WELL NO. | |
| RIG/VESSEL Smith hunter with Barge Search | TIME STARTED 9-12-20 AM/PM | TIME FINISHED 9-16-20 AM/PM | |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | | HOURS RT - OT |
|---|---|---|---|---|---|
| | ROUSTABOUTS | | | | |
| | CRANE | | | | |
| | FORKLIFT | | | | |
| | EQUIPMENT OPERATOR | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| | | 270' x 3.50 x 5 days $945X5 = $4,725.00 | | | |
| 496274 | | Dockspace          5 days | Days | 5 | |
| 496263 | | Security Fee    5 days | Days | 5 | |
| 496528 | | Water | Bulk | 3 | 000 |
| 502798 | | Trash Removal    (6 yards) | | | |

| | DRUMS DELIVERED | | DRUMS RETURNED | | BEFORE | AFTER |
|---|---|---|---|---|---|---|
| WATER # 1 | METER READINGS: START 339 | STOP 342 | GALS. 3000 | | | |

QUANTITY GAS

TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT. # _____ TRUCK# _____ TRAILER # _____

CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5
1 CARGO TANK

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ _____ INITIALS _____ TOTAL REC'D. $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/to/mesavd/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY X Rassul Ternebon          Donnie Turnage
          Customer Signature          Martin Energy Services Representative

X _____
Martin Driver Signature

Truck and Trailer No.

REV. 10/16
FORM NO. 107

**MARTIN [02993]**

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 298

## Storm Information



Figure 13.    NHC official 5-day track forecasts issued every 6 h for Hurricane Sally, 11–17 September 2020.  The black dot indicates Sally's landfall at Gulf Shores, Alabama, on 16 September.

Hurricane Sally    54



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Sally, 11–17 September 2020.  Aircraft observations have been adjusted for elevation using 90%, 80%, and 75% adjustment factors for observations from 700 mb, 850 mb, and 925 mb, respectively.  Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.

Hurricane Sally    53



Figure 1.    Best track positions for Hurricane Sally, 11–17 September 2020.  The extratropical track over the United States is partially based on analyses from the NOAA Weather Prediction Center.

## Appendix 23 – Hurricane Delta, 09 October 2020

### Dock Activity



08 October 2020, 00:01 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*    31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 302



09 October 2020, 02:43 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 303



09 October 2020, 21:04 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 304



11 October 2020, 00:00 UTC

## Storm Information





Figure 9.    Official track forecasts (blue lines, with 0, 12, 24, 36, 48, 60, 72, 96, and 120 h positions indicated) for Hurricane Delta from 1800 UTC 4 October to 1800 UTC 9 October. The best track is given by the white line with positions shown at 6 h intervals.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 306



Hurricane Delta   43



Figure 10.   Selected track model guidance at 1800 UTC 4 October (colored lines, with 0, 12, 24, 36, 48, 60, 72, 96, and 120 h positions indicated) for Hurricane Delta from 1800 UTC 4 October to 1800 UTC 9 October. The best track is given by the white line with positions shown at 6 h intervals.

From the NHC Report on Delta:

A verification of NHC official track forecasts for Delta is given in Table 5a. Official forecast track errors were a little lower than the mean official errors for the previous 5-yr period from 12–36 h and at 120 h, but above the mean at the other forecast times. The official track forecasts during the early portions of Delta's lifecycle had a significant right or northward bias (Fig. 9). The right bias during the early forecasts were likely the result of the convective asymmetry in Delta's cloud pattern, which caused the center to unexpectedly reform to the south on 5 October.   A homogeneous comparison of the official track errors with selected guidance models is given in Table 5b. GFSI and its ensemble mean AEMI were the best-performing models, and they largely beat the official forecasts. The track consensus models HCCA, TVCA, TVCX, TVDG, and GFEX were also strong performers. It should be noted, however, that nearly all of the models had a significant right bias around the time of Delta's genesis due to the poorly forecast center reformation (Fig. 10), which illustrates the challenges in predicting these internal storm changes.

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 307



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Delta, 4–10 October 2020. Aircraft observations have been adjusted for elevation using 90%, 80%, and 80% adjustment factors for observations from 700 mb, 850 mb, and 1500 ft, respectively. Dropwindsonde observations include actual 10 m winds (sfc), as well as surface estimates derived from the mean wind over the lowest 150 m of the wind sounding (LLM). Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC and solid vertical lines correspond to landfalls.

**Appendix 24 – Tropical Storm Claudette, 19 June 2021**

## Dock Activity



18 June 2021, 02:20 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 309



18 June 2021, 15:57 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions        31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 310



18 June 2021, 22:23 UTC



19 June 2021, 11:14 UTC



20 June 2021, 00:00 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 313

## Storm Information





Figure 1.    Best track positions for Tropical Storm Claudette, 19–22 June 2021. Tracks during the extratropical stage are partially based on analyses from the NOAA Weather Prediction Center and the NOAA Ocean Prediction Center.

Tropical Storm Claudette　35



Figure 2.　　Selected wind observations and best track maximum sustained surface wind speed curve for Tropical Storm Claudette, 19–22 June 2021. Aircraft observations have been adjusted for elevation using 80% adjustment factor for observations from 850 mb. Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC, and the solid vertical line correspond to landfall.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*　　　31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 315

**Appendix 25 – Hurricane Ida, 29 August 2021**

## Dock Activity



28 August 2021, 01:40 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 316



28 August 2021, 16:57 UTC

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 317



30 August 2021, 07:13 UTC

*All Coast LLC v Shore Offshore LLC,*
et al and all coupled Civil actions          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 318



31 August 2021, 20:26 UTC



Hurricane Ida    159

Figure 15.    Selected official track forecasts (dashed lines, with 0, 12, 24, 36, 48, 60, 72, 96, and 120 h positions indicated) for Hurricane Ida, 26 August–1 September 2021.  The best track is given by the white line with positions given at 6 h intervals.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 320



Figure 2.    Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Ida, 26 August–1 September 2021.  Aircraft observations have been adjusted for elevation using 90%, 80%, and 80% adjustment factors for observations from 700 mb, 850 mb, and 1500 ft, respectively. Dropwindsonde observations include actual 10 m winds (sfc), as well as surface estimates derived from the mean wind over the lowest 150 m of the wind sounding (LLM). Advanced Dvorak Technique estimates represent the Current Intensity at the nominal observation time. SATCON intensity estimates are from the Cooperative Institute for Meteorological Satellite Studies. Dashed vertical lines correspond to 0000 UTC, and solid vertical lines correspond to landfalls.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 321

Hurricane Ida    144

## FIGURES



Figure 1.     Best track positions for Hurricane Ida, 26 August–1 September 2021. Tracks over the United States and during the extratropical stage are partially based on analyses from the NOAA Weather Prediction Center and the NOAA Ocean Prediction Center.

*All Coast LLC v Shore Offshore LLC,*
*et al and all coupled Civil actions*          31 July 2024

Expert Report of Capt. Gregory C. Daley
Page 322

# CURRICULUM VITA

## CAPT. GREGORY C. DALEY

2701 Johnston St., Suite 306
Lafayette, LA 70503
Cell Phone: 337-280-0100
imc@captaingreg.net

## EDUCATION

B.S          (Mechanical Engineering), Massachusetts Institute of Technology (MIT), 1974
- Pi Tau Sigma, Honorary Mechanical Engineering Society
- Tau Beta Pi, Honorary Engineering Society
- Scott Paper Company Award for Leadership (one awarded per year at MIT)

M.S.         (Mechanical Engineering), Massachusetts Institute of Technology (MIT), 1974
M.S.         (Nuclear Engineering), Massachusetts Institute of Technology (MIT), 1974
M.B.A.       (Finance), Oklahoma State University, 1982

## LICENSES & CERTIFICATES

U. S. and Vanuatu Deck Officer Licenses and STCW Certificates (in continuity)
- Master, Unlimited Tonnage, Oceans, Self-Propelled Vessels (not sail)
- Master, Oceans, Auxiliary Sail, 100 U. S. Gross Domestic Tonnage
- GMDSS FCC License (Global Maritime Distress & Safety Systems)
- ARPA (Automatic Radar Plotting Aid) and Radar Observer, Unlimited
- VSO – Vessel Security Officer
- Falck Alford- HUET certificate (Helicopter Underwater Egress Training)
- Safe Gulf Certificate
- British Petroleum – License to Go Offshore
- Falck Alford– Crane operator, API RP 2D Certificate (expired 11/23/14)
- Falck Alford– Rigger, API RP 2D Certificate (expired 11/23/14)
- Marine Professional Training, Ft. Lauderdale, FL
  - ECDIS Certificate (Electronic Chart Display & Information System)
  - Advanced Shiphandling Simulator Training
- MSC Certificate - Electric & Diesel Forklifts

DP – Dynamic Positioning - Nautical Institute
- DPO (Dynamic Position Operator), Unlimited Certificate, Nautical Institute, London
  - DP2 – 416 days, DP1 – 1,107 days, Total DP – 1,523 days
  - Z-Drive – 1,303 days
  - Expired 3/12/2020

STCW qualified in accordance with the following provisions of the regulations
         Standards of Training, Certification and Watchkeeping for Seafarers,
         International Maritime Organization, London (IMO))
- STCW Deck Endorsements:
  - Regulation II/1 – Officer in Charge of a Navigational Watch (OICNW)
  - Regulation II/2 – Master, Chief Mate 3000GT or More
  - Regulation II/2 – Master, Chief Mate Between 500GT and 3,000GT
  - Regulation II/3 – Master and OICNW < 500GT

- - Regulation II/4 – Rating Forming Part of a Navigational Watch (RFPNW)
    - Regulation II/5 – Able Seafarer-Deck
  - STCW Radio Communication Endorsements:
    - Regulation IV/2 GMDSS Operator
    - Regulation IV/2 GMDSS At-sea Maintainer
  - STCW Endorsements and Special Training:
    - Regulation VI/1 – Basic Safety Training and Familiarization
    - Regulation VI/2 – Proficient in the Use of Survival Craft, Rescue Boats, and Fast Rescue Boats
    - Regulation VI/3 – Advanced Fire Fighting
    - Regulation VI/4 – Proficient in Providing Medical First Aid
    - Regulation VI/4 – Proficient in Taking Charge of Medical Care
    - Regulation VI/5 – Vessel Security Officer
    - Regulation VI/6 – Vessel Personnel Designated with Security Duties/Security Awareness

Certified Safety Professional – BCSP (Board of Certified Safety Professional) in association with ASSP (American Society of Safety Professionals)
Safety Leader Award, Tidewater West Africa, April 2012
Registered Professional Engineer
  - Registered Professional Engineer – Texas – Inactive
  - Registered Professional Engineer – Oklahoma – Lapsed
Federal Aviation Administration (FAA) - Pilot License
  - Commercial Drone Licensed Pilot (UAS license, Part 107 Commercial Ops)
  - ATP, Single & Multi-Engine (Learjet & B-737 captain ratings)
  - Commercial License, Gliders
Professional Photographer and Drone Videographer
  - Certified Professional Photographer – Professional Photographers of America (PPA)
  - Certified Drone Photographer - Professional Photographers of America (PPA) and Federal Aviation Administration (FAA)


## PROFESSIONAL ORGANIZATONS

Associate Fellow, The Nautical Institute, London, United Kingdom
Certified Safety Professional (CSP) by BCSP ; American Society of Safety Professionals (ASSP);
Past Member, Gulf Coast Safety and Training Group
Past Member, SNAME, Society of Naval Architects and Marine Engineers
Past Member, Association of Crane and Rigging Professionals

## EMPLOYMENT

2016-Present, Principal Consultant, International Maritime Consultancy, LLC, Lafayette, LA
(Maritime, Safety & Engineering Experience)
  - Provide maritime consulting services regarding operations, safety, navigation, regulatory compliance and accident investigation.  (sole proprietor)
2006-2016, Captain, Tidewater Marine LLC, New Orleans, LA
(Maritime, Safety & Engineering Experience)
  - PSV Support of Drillship Noble Tom Madden (Freeport McMoran), Rowan Relentless (Freeport McMoran) and Horn Mountain Production Facilities (BP)
    Gulf of Mexico, MC 127 (2015, 2016):

- Captain, *PSV Miss Marilene Tide*
  - DP2, Z-Drive; 4,156 ITC Tons, 6,100 Tons Displacement
- Offloaded and backloaded cargo, dry bulk & liquid bulk to & from a Drillship & a semi-submersible in the Gulf of Mexico, Mississippi Canyon 127, 80 miles offshore Louisiana.
- PSV Support of Drillship West Auriga (BP) and Development Driller III (BP), Gulf of Mexico, GC 743 (2015):
  - Captain, *PSV PAT TILLMAN*
    - DP2, Z-Drive; 2,183 ITC Tons, 4,880 Tons Displacement
  - Offloaded and backloaded cargo, dry bulk & liquid bulk to & from a Drillship & a semi-submersible in the Gulf of Mexico, 90 miles offshore Louisiana, Green Canyon 743.
- PSV Support of Drillship Stena Forth (Hess), Gulf of Mexico, MC 726 (2014):
  - Captain, *PSV KEN C TAMBLYN*
    - DP2, Z-Drive; 3,183 ITC Tons, 6,563 Tons Displacement
  - Offloaded and backloaded cargo, dry bulk & liquid bulk to & from a Drillship in the Gulf of Mexico, Mississippi Canyon 726, 45 miles offshore Louisiana.
- PSV Support of Baker Hughes International Frac Operations (Hess), Offshore Equatorial Guinea, Africa (2012, 2013, 2014):
  - Master, *PSV ART CARLSON* & *PSV WILLIAM C HIGHTOWER*
    - DP2, Z-Drive; 3,183 ITC Tons, 6,563 Tons Displacement
  - Acidize, gravel pack, frac and treat wells 20 miles offshore Bata, Equatorial Guinea alongside semi-submersible drill rig *MV OCEAN VALIANT* (Hess Oil Co.). Based in Luba, island of Bioko. 12 Baker workers aboard in addition to 17 boat crew members. Requires long DP holding while pumping 10,000 psi fluids into well.
- PSV Support of drillship *MV DEEPWATER MILLENNIUM* (Tullow Oil), Offshore Ghana, Africa (2011):
  - Master, *PSV ART CARLSON*
    - DP2, Z-Drive; 3,183 ITC Tons, 6,563 Tons Displacement
  - Offloaded and backloaded cargo, dry bulk & liquid bulk to & from a Drillship in Tullow Oil's Tano field in far southeastern waters of Ghana.
- PSV Support of Pride Cabinda (Perenco), Offshore Kribi, Cameroon, Africa (2011):
  - Master, *PSV DALFREY TIDE*
    - DP1, Z-Drive; 1313 ITC Tons
  - Offloaded and backloaded cargo, dry bulk & liquid bulk to & from a jackup rig in Perenco's Moudi field in the southern waters of Cameroon.
- PSV Dry-dock Supervision, Walvis Bay, Namibia, Africa (2011):
  - Master, *PSV DALFREY TIDE*
    - DP1, Z-Drive; 1313 ITC Tons
  - Complete dry-dock cleaning and hull painting and various repairs and improvements in preparation for US Coast Guard annual inspection.
- PSV Support of Perenco Moudi Field, Cameroon, Africa (2011):
  - Master, *PSV BOURGEOIS TIDE* based in Douala, Cameroon
    - DP1, Z-Drive; 1624 ITC Tons, 3,592 Tons Displacement
  - Offloaded and backloaded cargo from a supertanker FPSO and fixed platform in Perenco's Moudi field in the northwestern waters of Cameroon on the Nigerian border.

- o Utilized an extensive, successful anti-piracy program for operations in high piracy risk waters.
- PSV Support of Shell-Pecten Mokoko-Abana Field, Cameroon, Africa (2011):
  - o Master, *PSV BOURGEOIS TIDE* based in Douala, Cameroon
    - ▪ DP1, Z-Drive;  1624 ITC Tons, 3,592 Tons Displacement
  - o Offloaded and backloaded cargo for 12 different installations in Shell-Pecten's Mokoko-Aban field in the far northwestern waters of Cameroon on the Nigerian border.
  - o Developed and utilized an extensive, successful anti-piracy program for operations in high piracy risk waters.
- PSV Support of Frac Operations, Ghana Africa (2010):
  - o Second Captain (training for 6,000 OSV Master), *PSV KEN C TAMBLYN*, based in Takoradi-Sekondi, Ghana
    - ▪ DP2, Z-Drive; 3,180 ITC Tons, 6,563 Tons Displacement
  - o Provided platform for Baker Hughes equipment to high pressure frac offshore wells.
  - o Frac operations in Ghana for Tullow Oil in the Jubilee field near Côte d'Ivoire border 20 miles offshore, while based out of Takoradi-Sekondi Naval Base.
- PSV Support of Frac Operations, Equatorial Guinea, Africa (2010):
  - o Second Captain (training for 6,000 OSV Master), *PSV KEN C TAMBLYN*, based in Luba, Equatorial Guinea
    - ▪ DP2, Z-Drive; 3,180 ITC Tons, 6,563 Tons Displacement
  - o Provided platform for Baker Hughes equipment to high pressure frac offshore wells.
  - o Frac operations offshore Equatorial Guinea for Exxon- based in Luba.
- PSV Support of Semi-submersible drilling rigs, Equatorial Guinea, Africa (2010):
  - o Master, *PSV BOURGEOIS TIDE* based in Malabo, Equatorial Guinea
    - ▪ DP1, Z-Drive; 1624 ITC Tons, 3,592 Tons Displacement
  - o Delivered cargo, liquid bulk & dry bulk to Noble Energy's semi submersibles *MV ATWOOD HUNTER* and *MV PRIDE SOUTH PACIFIC* located between Bioko and Cameroon.
  - o Master in charge of annual USCG inspection in Cameroon – CG-835 issues resolved without vessel downtime.
- PSV Support of Jackup Rig, Gabon, Africa (2010):
  - o Master, *PSV DALFREY TIDE*, based in Port Gentil, Gabon
    - ▪ DP1, Z-Drive; 1313 ITC Tons
  - o Delivered cargo, liquid bulk & dry bulk to CNR (Canadian Natural Resources) jackup rig located 150 miles south of Port Gentil, Gabon.
  - o Master in charge of annual USCG inspection in Cameroon – CG-835 issues resolved without vessel downtime.

- PSV Support of Drillship, Moçambique, Africa (2009):
    - Master, *PSV GUBERT TIDE*, based in Pemba, Moçambique
        - DP2, Z-Drive, 2,308 ITC Tons, 5,007 Tons Displacement
    - Delivered cargo, liquid bulk & dry bulk to Anadarko's drillship *MV BELFORD DOLPHIN* 20 miles offshore the border of Tanzania and Mozambique.
    - In command of six Mozambique Marines armed with AK-47's and 3 South African Security Consultants on board to guard against Somali pirates in the area.
    - Master in charge of ABS annual inspection – no issues.
- PSV Support of drillship *MV BELFORD DOLPHIN*, Sierra Leone, Africa (2009):
    - Master, *PSV GUBERT TIDE*, based in Abidjan, Côte d'Ivoire, 580 miles away
        - DP2, Z-Drive; 1,308 ITC Tons, 5,007 Tons Displacement
    - Delivered cargo, liquid bulk & dry bulk to Anadarko's drillship *MV BELFORD DOLPHIN* at Venus B-1 location offshore Sierra Leone.
- FSV Support of Devon's drillship *MV BLUEWATER DISCOVERY*, São Luís, Maranhão, Brazil (2008, 2009):
    - Master, *FSV FARIDAH TIDE*, based in São Luís, Maranhão, Brazil
        - DP1, Azimuth Bow Thruster; 494 ITC Tons, 1300 Tons Displacement
    - Delivered cargo & liquid bulk to Devon's drillship *MV BLUEWATER DISCOVERY* 90 miles north of São Luís, Maranhão, Brazil.
    - 2 to 3 knot currents at location.
    - 20 foot tides and 6 knot currents at shore base.
- FSV Support of Esso's drillship *MV WEST POLARIS*, Rio de Janeiro, Brazil (2008):
    - Master, *FSV JO LYNNE TIDE*, based in Niteroi, Brazil
        - DP1, Azimuth Bow Thruster; 494 ITC Tons, 1300 Tons Displacement
    - Delivered cargo & liquid bulk to Esso's drillship *MV WEST POLARIS* 200 miles south of Rio de Janeiro, Brazil.
    - Shore base located in Niteroi, Brazil
- FSV Support of Exxon's drillship *MV ERIK RAUDE*, Port Fourchon, LA, Gulf of Mexico (2008):
    - Second Captain, *FSV JO LYNN TIDE*, based in Port Fourchon, LA
        - 494 ITC Tons, 1300 Tons Displacement ; DP1, Azimuth Bow Thruster
    - Delivered cargo & liquid bulk to Exxon's Semi-submersible *MV ERIK RAUDE* 200 miles south of Port Fourchon, LA.
    - Second Captain, *PSV DELATTE TIDE*, 1103 ITC Tons
- OSV Support of PEMEX Platforms & Derrick Barges, Bay of Campeche, Mexico (2007 – 2008):
    - Master, *OSV MAN O'WAR*, 1,124 ITC Tons
    - Master, *OSV GULF MOON*, 674 ITC Tons
    - Master, *OSV LOUIS TIDE*, 672 ITC Tons
- CB Support of PEMEX Platforms & Derrick Barges, Bay of Campeche, Mexico (2006 – 2007):
    - Master, Crew Boat - *MV MINERAL TIDE*, 318 ITC Tons
    - Master, Crew Boat - *MV MICHELE TIDE*, 309 ITC Tons
    - Master, Crew Boat - *MV JENNIE TIDE*, 309 ITC Tons
    - Master, Crew Boat - *MV MAGIC TIDE II*, 309 ITC Tons

2006-2006, AB Seaman, *USNA JOHN LENTHALL*, Military Sealift Command, Norfolk, VA (Maritime & Safety Experience)

**Military Sealift Command Training (MSFSC):**
- Damage Control
- Helicopter Fire Fighting
- Ship Security Training
- Anti-Terrorism Training
- Material Handling Equipment
- Trafficking in Persons Course
- Chemical, Biological & Radiation Defense
- Marine Environmental Protection

**MSNAP, Naval Weapons Station Earl:**
- Underway Replenishment Training
- Explosive Cargo Handling and Stowage
- Ordnance Handling Equipment & Awareness

2005-2006, Dept. Homeland Security, Federal Emergency Management Administration, Disaster Assistance Employ in South Carolina providing aid for Katrina victims (Safety Experience)

**FEMA Training**
- ICS-100 Intro to Incident Command Systems for Federal Disaster Workers
- ICS-200 ICS for Single Resources and Initial Action Incidents
- ICS-700 National Incident Management System
- ICS-800 National Response Plan (NRP)
- IS-001 Emergency Manager Orientation
- IS-003 Radiological Emergency
- IS-010 Animals in Disasters: Awareness and Preparation
- IS-011 Animals in Disasters: Community Preparation
- IS-055 Household Hazardous Materials
- IS-120 An Orientation to Community Disaster Exercises
- IS-271 Anticipating Hazardous Weather & Community Risk
- IS-275 The EOC's Role in Community Preparedness
- IS-317 Community Emergency Response Team (CERT)
- IS-324 Community Hurricane Preparedness
- IS-331 Radiological Emergency Preparedness
- IS-546 Continuity of Operations (COOP) Awareness
- IS-630 Introduction to the Public Assistance Process
- IS-631 Public Assistance Operations I
- JA-001 Outlook 2003 Overview
- Computer Security Training

2001-2006, Contract Captain
(Maritime, Engineering & Safety Experience),
- Delivered at least 10 large power yachts up to 64 feet in length in the waters of the U. S. West Coast, Western Canada and Western Mexico.
- Managed and Captained 4 large power yachts up to 64 feet in length in the waters of the U. S. West Coast, Western Canada and Western Mexico. (Chaos, Entheos, Motu Te Miti & Vita Contenta)

- Delivered at least 20 large sailing yachts on the waters of the U.S. West Coast and Mexico

1997-2001, Project Director, Sapient Corporation, Cambridge, MA
- IT Project Development Director, Data Warehousing specialization.

1996-1997, Planning Manager, Internet America, Dallas, TX
- Internet Provider in Dallas

1994-1996, Business Manager, Holy Trinity Catholic Church, Dallas, TX
(Engineering & Safety Experience)
- Provided financial oversite of parish operations
- Supervised the maintenance of the church and facilities

1990-1994, Vice President, VanAir, Inc., Dallas, TX
(Safety and Engineering Experience)
- Started up and ran a Part 135 air charter company as director of operations and chief pilot.
- Flew at least 2,000 hours as a charter pilot in N3858C, a C-421 Riley Conversion Turboprop and in N347AC, a Learjet.

1985-1990, Evaluation Manager, Atlantic Richfield (ARCO), Dallas, TX.
(Maritime, Engineering & Safety Experience)
- Performed engineering and financial analyses of projects over $1 million onshore and offshore  U. S., Indonesia and Algeria.

1985-1985, Vice President, Union Bank, Dallas, TX
(Engineering Experience)
- Evaluated and recommended loans to oilfield projects

1983-1985, President, Richardson Energy Corporation, Dallas, TX
(Maritime, Engineering & Safety Experience)
- Performed engineering and financial analyses of projects over $1 million onshore and offshore Louisiana, Oklahoma and Texas.
- Overall responsibility for acquisition and operation of oil and gas leases.

1981-1983, Vice President Oil & Gas, Republic National Bank, Dallas, TX
(Engineering Experience)
- Performed engineering and financial analyses of projects over $1 million onshore and offshore Louisiana, Oklahoma, Texas and Argentina.

1974-1981, Engineer, Phillips Petroleum Co., Houston, Texas, Bartlesville, Oklahoma, London and Stavanger, Norway.
(Maritime, Engineering & Safety Experience)
- Construction Engineer in Houston overseeing the fabrication of production packages for Ekofisk (North Sea)
- Project Engineer in Bartlesville and London overseeing the installation of jackets, deck sections and packages for Ekofisk and associated fields (North Sea)
- Construction Engineer in Stavanger Norway overseeing the installation of the Eldfisk 2/7A drilling, production and flare platforms working 7 days offshore a7 days onshore.  Offshore duty was on a self-propelled derrick barge with a 500-ton lift crane interfacing with the maritime crew to decide when weather conditions were safe enough for operations.

1973, Training Engineer, Amoco United Kingdom, London & Great Yarmouth, England
(Maritime, Engineering & Safety Experience)
- Participated in the Amoco engineer training program in the Leman and Indefatigable Fields of the North Sea.  Duties included overseeing the design and installation of davit operated lifeboats for existing platforms.

1971, 1972, Training Engineer, Del Breit Naval Architects and Marine Engineers, New Orleans, LA
(Maritime, Engineering & Safety Experience)
- Naval Architect & Marine Engineer trainee performing numerous maritime design projects.  Solely responsible for the design and construction of the refurbishing of the anchor system of a Lockheed Petroleum Services OSV.  Converted vessel from a one-point mooring to a four point mooring system vessel.

1970, Training Engineer, Shell Offshore, Metairie, LA
(Maritime, Engineering & Safety Experience)
- Designed a computer program to design offshore jackets and load with various wave conditions to study the cost effectiveness of a design for a given weather condition.  Observed underwater inspection of offshore platform jacket.

1969, Training Engineer, Ingram Contractors, Pipeline Lay Barge, Bass Straits, Australia
(Maritime, Engineering & Safety Experience)
- Laid 26-inch cement coated pipeline in the Bass Strait for Exxon.  Worked with the barge superintendent to learn how to interpret weather forecast and give weather reports.  Learned the engineering requirements of supporting pipeline off the stern of the lay barge using a stinger and relieving stress in the sag bend of the pipeline by applying tension.
- This experience and training led to the development of my MIT Bachelors thesis "Optimization of Stinger Length and Tension level in Offshore Pipeline Installations."

1960's, Circle, Inc, J. Ray McDermott, and Ingram Contractors.
(Maritime, Engineering & Safety Experience)
- Accompanied my father by float plane on at least ten weekend inspections of dredges he was responsible for in the marshlands of Louisiana.  Learned the basics of using a crane mounted spud barge to dredge canals for marine access to remote drill sites in the Louisiana marshlands.

## U.S. COAST GUARD

**US Coast Guard Auxiliary – Member # 1205754:**
- 2015 – Transferred to Lafayette, LA Flotilla 4, Division 4, District 8
- 2005 – Captain – 11SR – Division 12 (Five Flotillas)
- 2004 – Vice-Captain – 11SR – Division 12 (Five Flotillas)
- 2003 – Flotilla Commander – 11SR-12-07
- 2003 – Coxswain Qualified
- 2002-2003 – Division Staff Officer – Public Education
- 2002 – Vessel Examiner, Instructor, Marine Dealer Visitor, &ATON Verifier
- 2002 – Completed AUXOP certification, which includes specialty courses in Navigation, Patrols, Weather, Administration, Communications, Seamanship and Search & Rescue.

**US Coast Guard Auxiliary Operations**
- 2015 – Various safety patrols in South Louisiana
- 2004 - 2007 – Various On Water Safety & ATON Patrols, On Water Coxswain Instructor
- 2003 - 2004 – Night Search & Rescue
- 2003 - 2007 – ATON verification Patrols (buoy status & location verification)
- 2002 - 2003 – LA/Long Beach Harbor Patrols
- 2002 - 2007 – Santa Monica Bay Safety Patrols
- 2002 - 2006 – Marina del Rey, CA Safety Patrols
- 2002 - 2004 – Holiday Lights on the Water – Parade Patrol
- 2002 - 2004 –Fourth of July Patrol

**US Coast Guard Operations**
- 2002, 2003 – Volunteer as In Port Officer of the Deck and Underway Quartermaster of the Watch on the US Coast Guard Cutter *HALIBUT*, a CPB 87, in Marina del Rey, CA.
- 2002 – Volunteer on 3-day patrol of USCGC Halibut of the Post of Los Angeles during the lockout of the port.

## PHOTOGRAPHY & VIDEOGRAPHY
- Expert remote aerial photographs and videos (Licensed Drone Pilot)
- Certified Professional Photographer, Professional Photographers of America
- Certified Drone Photographer, Professional Photographers of America
- Director, Professional Photographers of Louisiana
- Photographic Society of America – Master (MPSA, 85 International Awards)

## RECORDS
- U.S. National Record, Class D-2, Open Class, Multi Place Glider - Speed Over an Out and Return Course of 300 Kilometers, Burkhart Grob 103-B, N5364G, Taos, New Mexico to Salida, Colorado and Return, June 21, 1985, National Aeronautic Association (NAA)

## Meteorology Training and Experience

### Meteorology Classroom Courses Taken as Student
- Massachusetts Institute of Technology graduate course 19.43, Synoptic Meteorology.
- U.S. Coast Guard, Auxiliary Specialty Course, Weather, one of seven for special designation as AUXOP (Auxiliary Operations)
- U.S. Coast Guard, Auxiliary Specialty Course, Seamanship, one of seven for special designation as AUXOP (Auxiliary Operations)
- U.S. Coast Guard, Auxiliary, Certified Coxswain Courses, Weather chapters from the Boat Crew Seamanship Manual COMDTINST M16798.27) 
- Federal Aviation Administration - Aviation Weather Course for Pilots and Flight Operations Personnel, 1979
- Federal Aviation Administration – Meteorology for Pilots, Advisory Circular No. 00-6B, U. S. Government Printing Office.
- National Weather Service, Basic SKYWARN Spotter Training Course, 12/17/2021, Certificate of Completion,
- National Weather Service, Advanced SKYWARN Spotter Training Course, 1/27/2022, Certificate of Completion,

### Meteorology Courses Taught as Instructor
- U.S. Coast Guard, Auxiliary Public Education Program – Safe Boating – Understanding the weather.
- U.S. Coast Guard, Auxiliary Specialty Course, Weather, one of seven for special designation as AUXOP (Auxiliary Operations)
- Licensed FAA Ground Instructor - taught several classes including weather concepts - Meteorology for Pilots, Advisory Circular No. 00-6B, U. S. Government Printing Office.

### Meteorology Self Taught Courses
- Hydrographic Office (HO) No. 603, Practical Methods for Observing and Forecasting Ocean Waves by means of Wave Spectra and Statistics, by Willard J. Pierson, Jr., Gerhard Neumann and Richard W. James, under the authority of the Secretary of the Navy, 1955, 2012, ISBN-13: 978-1258366995. Self-study for understanding of Significant Wave height and wave variations.
- Hydrographic Office Publication #9, The American Practical Navigator, Bowditch, Self-Study for US Coast Guard License exams, Chapters 31 through 37, the chapters on weather

### Meteorology Observation and Empirical Observation
- Ten years of interpreting weather forecasts for oilfield marine operations and ocean crossings as Captain of the vessel, fully responsible for the safety of the ship, crew, and vessels and structures in close proximity during offloading and backloading operations. Compared on site experience of actual weather conditions for a comprehensive understanding regarding the accuracy and variance in marine weather forecasts.
- Phillips Petroleum, North Sea, Micoperi 26 Derrick Barge – Company Representative on board construction vessel responsible for authorizing complex

heavy lift operations in current and forecasted North Sea weather conditions. 1976-1978
- Onboard Ingram Derrick Lay Barge 5, Bass Straits, Australia, trained by barge superintendent to make observations of wind, gusts, sea, swell, current and weather conditions for entry in the official master log, June thru August 1969.


## BOAT DELIVERIES
- 2015 – Chaguaramas, Trinidad to Galveston, TX to Amelia, LA – 2,500 nm – OSV Jonathan Rozier, Captain, 1,624 ITC tons, 3,800 tons Displacement
- 2015 – Port Hueneme, CA to Amelia, LA via the Panama Canal – 4,500 nm – OSV War Admiral, Captain, 1,105 ITC tons, 2,300 tons Displacement
- 2013 - Luba, Equatorial Guinea to Luanda, Angola – 834 nm – *PSV WILLIAM C HIGHTOWER*, Master
  - DP2, Z Drive, 3,183 ITC Tons, 7,007 Tons Displacement
- 2013 - Luanda, Angola to Luba, Equatorial Guinea – 834 nm – *PSV WILLIAM C HIGHTOWER*, Master
  - DP2, Z Drive, 3,183 ITC Tons, 7,007 Tons Displacement
- 2010 – Luba, Equatorial Guinea to Takoradi, Ghana – 630 nm – *PSV KEN C TAMBLYN*, Second Captain.
  - DP2, Z Drive, 3,183 ITC Tons, 7,007 Tons Displacement
- 2010 – Port Gentil, Gabon to Douala, Cameroon – 300 nm – *PSV BOURGEOIS TIDE*, Master
  - DP1, Z Drive, 1624 ITC Tons, 3536 Tons Displacement
- 2010 – Douala, Cameroon to Port Gentil, Gabon – 300 nm – *PSV DALFREY TIDE*, Master
  - DP1, Z Drive, 1313 ITC Tons, 3000 Tons Displacement
- 2010 – Port Gentil, Gabon to Douala, Cameroon – 300 nm – *PSV DALFREY TIDE*, Master
  - DP1, Z Drive, 1313 ITC Tons, 3000 Tons Displacement
- 2010 – Douala, Cameroon to Port Gentil, Gabon – 300 nm – *PSV BOURGEOIS TIDE*, Master
  - DP1, Z Drive, 1624 ITC Tons, 3536 Tons Displacement
- 2010 – Pemba, Moçambique to Durban, South Africa – 1,395 nm – *PSV GUBERT TIDE*, Master
  - DP2, Z Drive, 2308 ITC Tons, 5,007 Tons Displacement
- 2009 – Singapore to Abidjan, Côte d'Ivoire – 8,800 nm – *PSV GUBERT TIDE*, Master
  - DP2, Z Drive, 2308 ITC Tons, 5,007 Tons Displacement
- 2009 – Natal, Brazil to Ciudad del Carmen, México – 4,000 nm – *C/B 162 SUSAN TIDE*, Master
  - DP1, Z Drive Bow Thruster, 494 ITC Tons, 1300 Tons Displacement
- 2009 – Rio de Janeiro, Brazil to São Luís, Maranhão, Brazil – 2,000 nm – *FSV 175 FARIDAH TIDE* - Master
  - DP1, Z Drive Bow Thruster, 494 ITC Tons, 1300 Tons Displacement
- 2008 – Amelia, LA to Rio de Janeiro, Brazil – 5,500 nm – *FSV 175 JO LYNN TIDE* – Captain
  - DP1, Z Drive Bow Thruster, 494 ITC Tons, 1300 Tons Displacement
- 2005 – Marina del Rey, CA to Seattle, WA – Ocean Alexander 66 - Master
- 2005 – Lewisville WA to Vancouver, Canada,  - Fairline 66 *MV CHAOS*- Master

- 2005 - Vancouver, Canada to Marina del Rey, CA,  - Fairline 66 *MV CHAOS*-Master
- 2005 - Marina del Rey, CA to Puerto Vallarta, México,  - Fairline 66 *MV CHAOS*-Master
- 2005 – Puerto Vallarta, Mexico to Santa Barbara, CA - Fairline 66 *MV CHAOS*-Master
- 2001-2005 – Over 40 deliveries on the west coast of the USA in yachts, powered and/or sail, up to 66 feet in length.

### LARGE SHIP EXPERIENCE (OVER 10,000 TONS)

- 2013 – Advanced Shiphandling Course, Marine Professional Training, Fort Lauderdale, FL
- 2004 - 2010 – *SS LANE VICTORY* – AB Seaman (Watch) – Volunteer - 3 to 12 days a year
- 2006 – *USNS JOHN LENTHALL* – AB Seaman (Watch) – UNREP Helmsman
- 1976-1978 – *DB MICOPERI 26* – OS - Self-contained Derrick Ship
- 1969 – *INGRAM DERRICK BARGE - DB5* – Pipeline Installation – Bass Straits, Australia

### NAVAL ARCHITECT / MARINE ENGINEERING

- Summers of 1972 & 1973 – Del Breit Naval Architects and Marine Engineering, New Orleans, LA.  Designed four-point anchor system for OSV and inspected its installation.  Performed economic studies of requiring double hull barges.
- Summer of 1971 – Shell Oil Co. – Offshore Division, Metairie, LA – Developed computer model to design multiple jacket types from basic parameters.  Interfaced system with wave analysis program.  Allowed for studies of different wave forces over a variety of different types of platform jackets.

### LANGUAGES

- Native Language - English
- Fluent in verbal & written Spanish (Can command a boat in Spanish)
- Some Facility in verbal & written French
- Some Portuguese and Greek

### PUBLICATIONS

G.C. Daley, Optimization of Tension Level and Stinger Length in Offshore Pipeline Installations, Journal of Engineering for Industry, Petroleum Division of the American society of Mechanical engineers, Paper No. 74-Pet-A, January 2, 1974

G. C. Daley, Physical Interpretations of the Instabilities Encountered In The Deflection equations of the Unconstrained Pipeline, Thirteenth Annual Petroleum Mechanical Engineering Conference, Tulsa, OK, September 21-25, 1975, Paper No. 75-Pet-1

# List of Testimony Cases
## Capt. Gregory C. Daley

*Summary of all engagement Types: 67 Consulting Engagements by Plaintiff (73%)*
*25 Consulting Engagements by Defendant (27%)*

In the past four years I have given testimony by deposition or in court for the following cases (listed from newest engagements to oldest engagements):

Patrick M. Kelly and Christopher M. Hatcher / Timothy Carver / In the Matter of the Complaint for Exoneration from or Limitation of Liability of Standard Boat Services vs. Captain Morgan Charters, LLC, et al / Captain Morgan Charters, LLC, et al in the U. S. District Court, Middle District of Louisiana, [3:21-cv-383 / 3:21-cv-00397 / 3:21-cv-00505], Judge John W. Degravelles. Consulting services engaged by the plaintiff, expert report completed, deposition completed, and case settled.  14 March 2023

Keith Mitchell v B & J Martin, Inc. et al. in the United States District Court, Eastern District of Louisiana Civil Action Number 2:21-cv-00027-B~la-MBN, Judge Barry Ashe. Consulting services engaged by one defendant, expert report submitted, and trial testimony given in jury trial. 6 February 2023

John Wayne Harris v Eddie Van Gordon et al in the U. S. District Court, Eastern District of Louisiana, Case No. 18-10956-CBJ, Judge Carl J. Barbier. Consulting services engaged by the plaintiff, inspection of site using drone, expert report completed, trial testimony given in the bench trial. 3 May 2021

Thomas Singerman vs. Florida Marine et al in the U. S. District Court, Western District of Louisiana, Lafayette, LA, Case No. 6:19-CV-00952, Judge Summerhays.   Consulting services engaged by the plaintiff, expert report completed, deposition completed, and case settled.  10 February 2021

**International Maritime Consultancy, LLC**

**Capt. Gregory C. Daley**
**Principal Consultant**
**2701 Johnston Street, Suite 306**
**Lafayette, LA 70503**

Phone:  (337) 280-0100
Email:  imc@captaingreg.net
URL:  www.captaingreg.net

### FEE SCHEDULE

| | |
|---|---|
| Document review, research, consulting services, preparation of reports, site inspections, and travel time. Charged to the nearest one-tenth (0.1) hour | $550.00 USD per hour |
| Deposition and Trial Testimony- Charged to the nearest one-tenth (0.1) hour 5 Hour Minimum Testimony time is scheduled only after account is paid to date. | $650.00 USD per hour |
| Car Mileage | $1.00 USD per statute mile |
| Meals and Incidentals | At cost |
| Air Transportation, Lodging, Supplies, And other out of pocket expenses | At cost |

- A retainer of $7,500 is required prior to commencement of work
- Invoices are billed from time to time and are due immediately.
- Amounts due over 30 days are subject to an interest charge.
- All invoices must be paid in full before my appearance at deposition and/or trial.

Effective 01 February 2024