UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC;<br>MODERN AMERICAN RAILROAD<br>SERVICES, L.L.C.; AND MARTIN<br>ENERGY SERVICES, LLC | CIVIL ACTION NO. 21-258 LEAD CASE,<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1981, 21-1982, 21-2075, 21-2227, and 23-3220<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE EVA J. DOSSIER<br><br>Applies to: All Cases |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Dawn Services, L.L.C. has set the attached Motion for Partial Summary Judgment on Tort Liability for submission before the Honorable Jay C. Zainey at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, November 12, 2025 at 10:30 a.m.

                Respectfully submitted,

                */s/   David L. Reisman*
                David L. Reisman, T.A. (Bar #21833)
                Raymond T. Waid (Bar #31351)
                Lance Bullock (Bar #38519)
                LISKOW & LEWIS
                701 Poydras Street, Suite 5000
                New Orleans, Louisiana 70139-5099
                Telephone: (504) 581-7979
                dreisman@liskow.com
                rwaid@liskow.com
                lbullock@liskow.com

                *Attorneys for Dawn Services, L.L.C.*