UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220 |
| VERSUS | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | MAGISTRATE JUDGE EVA J. DOSSIER  Applies to: All Cases |

## DAWN SERVICES, L.L.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT AND CONTRACTUAL INDEMNITY

Defendant, Dawn Services, L.L.C. ("Dawn"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves the Court for summary judgment dismissal of claims asserted against it by Modern American Railroad Services, L.L.C. ("MARS") and Shore Offshore Services, LLC ("Shore") based on breach of contract and contractual indemnity.  On June 9, 2017, Dawn and Shore entered into that a Master Vessel Time Charter (hereafter the "Charter") to govern Dawn's provision of its operated vessels to Shore.  In October 2020, Shore contacted Dawn to assist in locating a replacement offshore tug to work with a derrick barge Shore was operating in the Gulf of Mexico.  Dawn did not have available in its fleet a suitable tug that it could charter to Shore to work with the THOR.  Dawn arranged for a tug owned and operated by Crosby Tugs, LLC to work with the THOR.  As the discussion in the attached supporting memorandum makes clear, the plain language of Charter reveals that it did not and could not apply to a situation where the vessel at issue was owned, operated, and crewed by third party; and summary judgment dismissal of Shore's breach of contract and contractual indemnity claims is proper as a matter of law.

1

Respectfully submitted,

*/s/   David L. Reisman*
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**

2