Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ALL COAST, LLC         *    CIVIL ACTION
                       *    NO. 21-258, C/W 21-337,
                       *    21-464, 21-822, 21-1968,
                       *    21-1969, 21-1982,
VERSUS                 *    21-1981, 21-2075,
                       *    21-2227, 23-3220
                       *
                       *    SECTION "A"
SHORE OFFSHORE         *    HON. JAY C. ZAINEY
SERVICES, LLC,         *    MAGISTRATE JUDGE:
ET AL.                 *    HON. EVA J. DOSSIER
                       *
                       *    APPLIES TO ALL CASES


        Videotaped Deposition of IVY DANOS,
123 Chi D Lane, Cut Off, Louisiana 70345,
taken in person and via ZOOM Videoconference,
in the offices of JONES WALKER, LLP, 201
St. Charles Avenue, Suite 5100, New Orleans,
Louisiana 70170, on Thursday, the 11th day of
July, 2024.


APPEARANCES: (IN PERSON)

     JONES WALKER, LLP
     (By:  Alfred J. Rufty, III, Esquire)
     201 St. Charles Avenue, Suite 5100
     New Orleans, Louisiana 70170

          (Attorneys for Crosby Tugs, LLC)

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 60

1          good time to take a short break.

2               THE WITNESS:

3                   Okay.

4               THE VIDEOGRAPHER:

5                   We're off the record.

6                   (Off the record at 11:00 a.m.)

7               THE VIDEOGRAPHER:

8                   We're back on the record.

9                   (On the record at 11:18 a.m.)

10   EXAMINATION BY MR. GUILLOT:

11        Q     All right, Mr. Danos, we took a

12   little bit of a break.  I want to talk to you

13   about, in October 2020, what your

14   understanding is of how the ENDEAVOR was

15   called out to the field to work with the THOR

16   offshore.  What is your understanding of how

17   that came about?

18        A     Mr. Mike Grace called looking for a

19   tug to go work with the THOR.

20        Q     Who is Mike Grace?

21        A     He's with Dawn Services.

22        Q     And what did Mike Grace tell you

23   about needing a tug to work for the THOR?

24        A     He asked for a tug to work with the

25   THOR.

Page 61

1    Q    Did he ask for the ENDEAVOR

2    specifically, by name, or just for a tug?

3    A    For a tug.

4    Q    How did it come that the ENDEAVOR

5    was chosen for the job?

6    A    Mr. Kurt.

7    Q    Kurt Crosby, the CEO?

8    A    Yes, sir.

9    Q    He picked the ENDEAVOR for the job?

10   A    Yes.

11   Q    What had the ENDEAVOR been doing

12   before it was chosen for this job?

13   A    It was at the Crosby dock, I

14   believe.  Not sure.  Not sure.

15   Q    Do you know when the last job it

16   had before this job was?

17   A    No.

18   Q    Do you know if it had been

19   cold-stacked for some period of time?

20   A    Not sure.

21   Q    Do you know if it had been actively

22   used in the year before the incident?

23   A    I don't.  I'm not sure.

24   Q    So take me through, you personally,

25   in your involvement in Mike Grace calling you

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 62

1  to say a tug is needed to work with the THOR

2  offshore.  Then what?  You speak to Kurt?

3      A     Yeah.  I talk to Kurt.

4      Q     You talked to Kurt and said, "What

5  tug do we use"?

6      A     I told him that Mike Grace called

7  for a tug, and then he decided on which tug we

8  would send out to work with the THOR.

9      Q     What information, if any, did you

10  give to Mr. Crosby, to Kurt Crosby, about the

11  work that the tug was going to be doing

12  offshore?

13      A     I just -- Mike had said that they

14  needed a tug to work with the THOR, to run

15  anchors and tow it.

16      Q     To run anchors and to tow it is

17  what you knew?

18      A     Yeah.

19      Q     Did you know what kind of vessel

20  the THOR was at the time?

21      A     Well, I knew the THOR, you know.

22      Q     You knew of the THOR?

23      A     Yes.

24      Q     Did you know what kind of vessel it

25  was?

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 63

1      A      It was a derrick barge.

2      Q      Did you know the size of it, its

3  displacement, its tonnage?  Did you know any

4  of that when the ENDEAVOR was selected to be

5  the tug to go offshore to work with the THOR?

6      A      When I talked to Mr. Crosby, he --

7  we looked at it.

8      Q      You went online and looked at it?

9      A      Yeah.

10     Q      Okay.  You and Mr. Crosby sat

11  down --

12     A      Well -- yeah.  He asked what was

13  the size of the THOR, so we looked at it and

14  gave him the size of it.

15     Q      Okay.  So you and Kurt Crosby went

16  online and looked at --

17     A      No, I went online and looked at it,

18  got the dimensions.

19     Q      That's what I'm asking.

20     A      Yeah.

21     Q      You went online and researched the

22  THOR to verify that the ENDEAVOR was a

23  suitable tug for it?

24          MR. RUFTY:

25             Object to form.

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 64

1          THE WITNESS:

2               Mr. Crosby.

3    EXAMINATION BY MR. GUILLOT:

4        Q     Mr. Crosby did that?

5        A     (Nods head affirmatively).

6        Q     Is that "yes"?

7        A     Yes.

8        Q     Okay.  Someone at Crosby -- you're

9    saying, the CEO went and verified that that

10   was a suitable tug for the THOR?

11          MR. RUFTY:

12               Object to form.

13          THE WITNESS:

14               Yes.

15   EXAMINATION BY MR. GUILLOT:

16       Q     In October 2020, did you know of

17   the company called Shore Offshore Services?

18       A     Well, we was working through Mike

19   Grace, for Shore Offshore.

20       Q     What's your understanding of the

21   relationship between Crosby Tugs, Dawn

22   Services and Shore Offshore?

23       A     I don't know.

24       Q     Well, you just said you were

25   working through Mike Grace for Shore Offshore?

Videotaped Deposition of Ivy Danos
All Coast, LLC v. Shore Offshore Services, LLC, et al

Page 260

1                REPORTER'S CERTIFICATE

2

3        This certification is valid only for a
    transcript accompanied by my original
4    signature and original required seal on this
    page.

5

6            I, Linda G. Griffin, Certified
    Court Reporter in and for the State of
7    Louisiana, as the officer before whom this
    testimony was taken, do hereby certify that
8    IVY DANOS, after having been duly sworn by
    me upon authority of R.S. 37:2554, did
9    testify as hereinbefore set forth in the
    foregoing 259 pages; that this testimony was
10    reported by me in the stenotype reporting
    method, was prepared and transcribed by me
11    or under my personal direction and
    supervision, and is a true and correct
12    transcript to the best of my ability and
    understanding; that the transcript has been
13    prepared in compliance with transcript
    format guidelines required by statute or by
14    rules of the board, that I have acted in
    compliance with the prohibition on
15    contractual relationships, as defined by
    Louisiana Code of Civil Procedure Article
16    1434 and in rules and advisory opinions of
    the board; that I am not related to counsel
17    or the parties herein, nor am I otherwise
    interested in the outcome of this matter.

18

19

20

21    _____

    LINDA G. GRIFFIN, RPR
22    CERTIFIED COURT REPORTER

23

24

25