UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220 |
| VERSUS | |
| | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | MAGISTRATE JUDGE EVA J. DOSSIER |
| | Applies to: All Cases |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Dawn Services, L.L.C. has set the attached Motion for Partial Summary Judgment on Breach of Contract and Contractual Indemnity for submission before the Honorable Jay C. Zainey at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, November 12, 2025 at 10:30 a.m.

Respectfully submitted,

/s/   David L. Reisman
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

*Attorneys for Dawn Services, L.L.C.*

1