# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL ACTION NO. 21-258 LEAD CASE,** c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220 |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC** | **MAGISTRATE JUDGE EVA J. DOSSIER**  Applies to: All Cases |

### DAWN SERVICES, L.L.C.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PERSONAL INJURY CLAIMANTS' CLAIMS FOR NON-PECUNIARY AND PUNITIVE DAMAGES

Defendant, Dawn Services, L.L.C. ("Dawn"), pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Honorable Court for partial summary judgment dismissing certain claims for non-pecuniary damages and punitive, or exemplary, damages asserted by Claimants, Lewis Andres, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams and Terryn Lyons ("Personal Injury Claimants"), because such damages are not available as a matter of law to Jones Act seamen under the Jones Act and general maritime law.

**WHEREFORE** for the reasons set forth in the accompanying memorandum in support, Dawn respectfully moves this Honorable Court to dismiss Personal Injury Claimants' claim against Dawn for certain non-pecuniary damages and punitive damages with prejudice, on partial summary judgment.

Respectfully submitted,

*/s/   David L. Reisman*
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**