UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE EVA J. DOSSIER<br><br>Applies to: All Cases |

### DAWN SERVICES, L.L.C.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PERSONAL INJURY CLAIMANTS' CLAIMS FOR NON-PECUNIARY AND PUNITIVE DAMAGES

Third-party Defendant, Dawn Services, LLC ("Dawn"), moves this Honorable Court for partial summary judgment dismissing certain claims for non-pecuniary damages asserted by Personal Injury Claimants, because such damages are not available as a matter of law to Jones Act seamen.

On October 28, 2020, Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams and Terryn Lyons (collectively "Personal Injury Claimants") were aboard the D/B THOR in Port Fourchon, Louisiana when it broke away during Hurricane Zeta. As a result of the incident, Claimants filed their claims against Modern American Railroad Services, LLC ("MARS") and Shore Offshore Services, LLC ("Shore") (collectively "Third-Party Plaintiffs") for their alleged sustained injuries. MARS and Shore then tendered the Personal Injury Claimants' claims to Dawn through Federal Rule of Civil Procedure 14(c). None of the Personal Injury Claimants filed direct claims against Dawn.

The claims asserted by Claimants for non-pecuniary damages and punitive, or exemplary damages against Dawn are not available under the Jones Act and general maritime law. *See*

*Scarborough v. Clemco Industries, Inc.,* 391 F.3d 660, 668 (5th Cir. 2004). Dawn hereby adopts and incorporates by reference as if set forth and copied herein in extenso, the arguments and law asserted by Crosby Tugs, LLC ("Crosby") in their Memorandum in Support of Motion for Partial Summary Judgment on Certain Non-Pecuniary Damages and Punitive Damages (Rec. Doc. 774-1).

## CONCLUSION

For these reasons, Dawn Services, L.L.C. respectfully requests that the Court grant its motion for partial summary judgment and that all Claims by Claimants asserted against Dawn for certain non-pecuniary damages and/or punitive damages be dismissed with prejudice.

Respectfully submitted,

*/s/   David L. Reisman*
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**