UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220 |
| VERSUS | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC | MAGISTRATE JUDGE EVA J. DOSSIER  Applies to: All Cases |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1, Defendant, Dawn Services, L.L.C. ("Dawn"), submits the following uncontested material facts in support of its Motion for Partial Summary Judgment on Personal Injury Claimants' Claims for Non-Pecuniary and Punitive Damages:

1. Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams, and Terryn Lyons allege they were seaman working on the D/B THOR.

2. Claimants, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, Lessle Williams, and Terryn Lyons allege they sustained injuries as a result of an incident occurring on October 28, 2020 while working on the D/B THOR.

3. Dawn is a third-party non-employer alleged tortfeasor.

Respectfully submitted,

*/s/   David L. Reisman*
David L. Reisman, T.A. (Bar #21833)
Raymond T. Waid (Bar #31351)
Lance Bullock (Bar #38519)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
dreisman@liskow.com
rwaid@liskow.com
lbullock@liskow.com

**Attorneys for Dawn Services, L.L.C.**

2