UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## MOTION FOR SUMMARY JUDGMENT REGARDING CROSBY'S ENTITLEMENT TO EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC (collectively "Movants"), and upon suggesting that the uncontested material facts of this case establish as a matter of law that Limitation Petitioner, Crosby Tugs, LLC (hereinafter "Crosby"), as alleged owner and operator of the tugboat, M/V CROSBY ENDEAVOR (hereinafter the "ENDEAVOR"), is not entitled to exoneration from or limitation of liability under Limitation of Liability Act, 46 U.S.C. §30505, *et seq*. (hereinafter "the Limitation Act").

WHEREFORE, Movants pray that this Motion be granted and that Crosby's claims for exoneration from and limitation of liability should be dismissed with prejudice.

[SIGNATURE BLOCKS ON FOLLOWING PAGES]

Respectfully Submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

**AND**

*/s/ Edwin Lazier*
Edwin Christian Laizer
Johnny L. Domiano, Jr.
Matthew C. Guy
Charles A. Cerise, Jr.
Catherine Neal Creed
ADAMS & REESE, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
504-581-3234
edwin.laizer@arlaw.com
johnny.domiano@arlaw.com
matthew.guy@arlaw.com
ceriseca@arlaw.com
cate.creed@arlaw.com
**ATTORNEYS FOR HARVEY GULF INTERNATIONAL MARINE, LLC AND HARVEY SEAS, LLC**

2

        AND

        **STAINES, EPPLING & KENNEY, LLP**
        */s/Jason R. Kenney*
        **JASON R. KENNEY (#29933)**
        **COREY P. PARENTON (#32918)**
        3500 North Causeway Boulevard, Suite 820
        Metairie, Louisiana 70002
        Telephone: (504) 838-0019
        Facsimile: (504) 838-0043
        Email: corey@seklaw.com
        jason@seklaw.com
        *Counsel for Intervenor, Certain Underwriters subscribing to Hull & Machinery Policy # GCP 19537*

        AND

        */s/ Laurent J. Demosthenidy*
        Harold J. Flanagan (#24091)
        Laurent J. Demosthenidy (#30473)
        Anders F. Holmgren (#34597)
        Dennis O. Durocher, Jr. (#36441)
        FLANAGAN PARTNERS LLP
        201 St. Charles Ave., Suite 3300
        New Orleans, LA 70170
        Telephone: (504) 569-0235
        Facsimile: (504) 592-0251
        hflanagan@flanaganpartners.com
        ljd@flanaganpartners.com
        aholmgren@flanaganpartners.com
        ddurocher@flanaganpartners.com
        **Attorneys for Weeks Marine, Inc.**