**EXHIBIT**

**F**

```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

ALL COAST LLC                    CIVIL ACTION NO.
                                 21-258 Lead Case, c/w
                                 21-337, 21-464,
                                 21-822, 21-1968,
VERSUS                           21-1969, 21-1981,
                                 21-1982 and 21-2075
SHORE OFFSHORE
                                 JUDGE JAY C. ZAINEY
SERVICES, LLC; MODERN
AMERICAN RAILROAD
                                 MAGISTRATE JUDGE
SERVICES, LLC; AND               KAREN WELLS ROBY
MARTIN ENERGY SERVICE
                                 APPLIES TO ALL CASES
LLC

     VIDEOTAPED AND VIDEOCONFERENCE DEPOSITION
OF CODY D. SIMS, 32503 Tamina Road, Building B-1,
Magnolia, Texas 77354, taken at PUSATERI,
JOHNSON, GUILLOT & GREENBAUM, 1100 POYDRAS
STREET, SUITE 2250, NEW ORLEANS, LOUISIANA 70163,
in the above-entitled cause on the 8th of
November, 2023, commencing at 9:35 a.m.

REPORTED BY:CHÉRIE E. WHITE
            CCR (LA), CSR (TX), CSR (MS), RPR
            CERTIFIED COURT REPORTER



1          A.    Yes.  Mike Grace nominated the tug
2    that would assist the THOR.
3          Q.    All right.  And which tug did he
4    nominate?
5          A.    The ENDEAVOR I think the name was.
6          Q.    Did you see any of the
7    specifications for the ENDEAVOR?
8          A.    I did not.
9          Q.    Did you ever go on the Crosby
10   website and look for the specifications for the
11   ENDEAVOR?
12         A.    Not at that time, no.
13         Q.    Did you at any time?
14         A.    I've seen that tug before in the
15   past, but we relied on Dawn Services to provide
16   tugs sufficient enough to operate with the THOR.
17         Q.    Where had you seen that tug in the
18   past?
19         A.    On a Crosby website.
20         Q.    All right.  So when you had seen it
21   on a Crosby website, you were able to see all the
22   vessel characteristics of the tug, right?
23         A.    Today, yes.
24         Q.    Okay.  So when you say you had seen
25   that tug in the past, you are talking about after

```
 1   BY MR. CERISE:
 2        Q.    All right.  And you didn't know his
 3   experience mooring barges the size of the THOR at
 4   a dock, did you?
 5        A.    I did not know.
 6        Q.    Were you aware that the Crosby
 7   ENDEAVOR left the barge at around 8:00 o'clock in
 8   the morning on the 27th and returned around
 9   8:00 o'clock in the morning on October 28th?
10        A.    8:00 o'clock, you say, a.m.?  I'm
11   sorry.
12        Q.    Yes.
13        A.    Say that again.  I'm sorry.
14        Q.    Okay.  Were you aware that the
15   Crosby ENDEAVOR left the THOR at around
16   8:00 o'clock a.m. on the 27th and came back at
17   around 8:00 o'clock a.m. on the 28th?
18        A.    JD informed me that they had left
19   and asked if I knew when they were coming back.
20   I told him I could call Mike Grace and he can get
21   that information.
22        Q.    So when did JD tell you the tug had
23   left?
24        A.    It would have been sometime that
25   day.
```

```
 1            Q.   Do you know if it was before or
 2   after noon?
 3            A.   I do not know.
 4            Q.   As best as you can recall, what did
 5   JD tell you about the tug leaving?
 6            A.   He just asked if I knew where the
 7   tug was and when it was coming back.  I told
 8   him --
 9            Q.   What did you tell him?
10            A.   I told him I would make a phone
11   call.
12            Q.   Did you make the phone call?
13            A.   Yes, sir.
14            Q.   Who did you talk to?
15            A.   Mike Grace.
16            Q.   And what did you ask Mr. Grace?
17            A.   Asked Mike where the tug was and
18   when it was coming back to support the THOR.
19            Q.   And what response did you get?
20            A.   He said he would have to make a
21   phone call and call me back.
22            Q.   Did he do that?
23            A.   Yes, sir.  He said they are doing
24   something at their dock and then they will be
25   back.  I don't remember how long he said, but
```

1   they would be back before the storm.
2           Q.   Did he tell you what they were doing
3   at the dock?
4           A.   Shoot.  I really don't remember what
5   he said they were doing.
6           Q.   And do you know where their dock
7   was?
8           A.   Just a couple minutes, 15 minutes
9   down the channel.
10          Q.   All right.  And is that the extent
11  of your conversations with Mr. Grace about where
12  the tug went?
13          A.   Yes, sir.
14          Q.   Were you advised when the tug
15  returned to the barge?
16          A.   Mike called me and said, hey, the
17  tug's headed back.
18          Q.   Did he tell you anything else about
19  the tug?
20          A.   No, sir.
21          Q.   Did you ask him any questions about
22  where the tug had been?
23          A.   No.  He had said they were at
24  Crosby's dock, but --
25          Q.   Did you ask him any questions about

1             REPORTER'S CERTIFICATE
2
3        This certification is valid only for a
4   transcript accompanied by my original signature
5   and original seal on this page.
6        I, CHÉRIE E. WHITE, Certified Court
7   Reporter, in and for the State of Louisiana, do
8   hereby certify that Cody D. Sims, to whom the
9   oath was administered, after having been duly
10  sworn by me upon authority of R.S. 37:2554, did
11  testify as hereinbefore set forth in the
12  foregoing 556 pages; that this testimony was
13  reported by me in the stenotype reporting method,
14  was prepared and transcribed by me or under my
15  personal direction and supervision, and is a true
16  and correct transcript to the best of my ability
17  and understanding; that I am not related to
18  counsel or the parties herein, nor am I otherwise
19  interested in the outcome of this matter.
20
21
22        CHÉRIE E. WHITE, CCR (LA NO. 96002)
23        CSR (TX NO. 10720)
24        CSR (MS NO. 1514)
25        RPR (NATIONAL NO. 839452)

