**25 October**  DAY Sunday

0001 - WAD w/ OB Thor in Blk 259 Ship Shoal
0600 - Same; winds: N@10-15; seas: 2-3' swell
1200 - Same. Wind N@15-20 seas 2-3'
1800 - Same. Wind N@10-15 Seas 1-3'
2400 - same; on SBB anchor s/by; winds: NE@15; seas: 2' swell

MARSEC Level I

**EXHIBIT G**

### Pre-Voyage Checklist

- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/ Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

### Pre-Critical Task Conference

- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

### Crew

| Name | Position | Hours | Init |
|---|---|---|---|
| Walter Everett, Jr | Capt. | 1200-2400 | W |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Antigos | Eng. | off Floating | R.A. |
| Harris Solomon | A/B | 0600-1200 / 1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TC |

### Waste Management

| | Date | Location | Amount | Date | Location | Amount |
|---|---|---|---|---|---|---|
| Bilge | | | Gallons | | | Bags |
| Trash | | | | | | |
| Lube Filters | | | Filters | | | Bags |
| Spill Waste | | | | | | |

### Fire Watch

| Int. | Time |
|---|---|
| E.P. | 0001-1200 |
| WE | 1200-2400 |

### Fuel / Lube

| | |
|---|---|
| Fuel on Board | 77 800 |
| Fuel Used | 200 |
| Lube on Board | 235 |
| Lube Used | 0 |

Pot Water: 14200
Used: 2000
M/E Hrs: 2327

Are there any accidents, injuries or pollution to report: YES / **NO**   Int. E.P.

Safety Meeting or Drill — Topic: Attendees: 1. 2. 3. 4. 5. 6. 7. 8.

# VESSEL INCIDENT REPORT

**26 October**  DAY **Monday**

0001 - WAD w/DB Thor in Blk 259 Ship Shoal
0300 - Started running anchors
0700 - Stop running anchors S/by while Thor working crewboat
0727 - Thor finished w/crewboat
0730 - Started running anchors
0904 - Finished running anchors
0925 - Towline off EP on
0950 - Last anchor up t/undeptow For Fourchon
1200 - Pos: BLK 169 S.Tim Spd 4.0 KH C-37° W.D. 94' Wind NE @ 15 Seas 3-4' MT 11 MTG 43 ETA 2100 Belle Pass 1&2
1800 - Pos: BLK 49 S.Tim

2020 - Shortened Tow wire and La Madonna picking up Pstrn BUOY
2155 - At Belle Pass 1&2 called HARBOR POLICE ESCORT
2210 - Entered Belle Pass Jetties
2308 - Towline off in channel
2338 - Barge alongside Dock Martin 16
2400 - W.A.D. securing DB Thor.

TW Hrs: 1936   Miles: 5449   Shorkline Hrs: 813   Miles: 2665

| Name | Role | Hours | Initials |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | (W) |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigos | Eng. | Floating | R.A. |
| Harris Solomon | A/B | 0600-1200 / 1800-2400 | HDS |
| Teddy Collins | A/B | 0001-0600 / 1200-1800 | TJC |

## Pre-Voyage Checklist
Steering Control; Rudder Indicator; Auxiliary Pump; Gear and Linkage; Radar; AIS Transponder; Swing Meter; Depth Sounder; Compass; Wheelhouse Windows; VHF Radios; Navigation Lights; Search Lights; Horn; Communications; Control Alarm; Engine Room; Machinery; Engine Monitors; Propulsion Controls Forward / Stern; Anchor Ready for Emer.; Emergency Tow Avail.; Load Line; Conduct GMDSS Setup/ Verify DP Func.; Verify Manning Req. are met; Ensure Compliance W/Stability Req.; Displaying Proper Lights & Day Shapes; Master's Initials

## Pre-Critical Task Conference
Making Tow; Locking; Docking; Transfers; Boat Fueling; Down Stream Landing; Master's Initials

## Safety Meeting or Drill
Topic:
Attendees:

### Waste Management

| | Date | Location | Amount | | Date | Location | Amount |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash | | | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

### Crew On/Off — Radio / Fire Watch

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | WE | 1200-2400 |

### Fuel / Lube
Fuel on Board  74,300
Fuel Used  .3500
Lube on Board  235
Lube Used  0
Pot. Water: 14,000  Used 200
M/E Hrs 2348

Are there any accidents, injuries or pollution to report: YES **NO**
Int. ____

CROSBY 000452

**27 October**  DAY **Tuesday**

0001 - U.A.D. w/DB Thor @ Martin 16
0040 - Barge all secure
0600 - S/by w/DB Thor @ Martin Energy 16 Bayou Lafourche
0745 - Departed
0800 - Arr. +S/by @ Crosby Dock
1200 - Crosby Dock Fourchon
1800 - S/By @ Crosby Dock
2400 - Same
  - Monroe herel !

### Pre-Voyage Checklist
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/ Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

### Pre-Critical Task Conference
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

### Crew

| Name | Position | Hours | Init |
|---|---|---|---|
| Walter Everett, Jr. | Capt. | 1200-2400 | W |
| Ernest Plaisance, Jr. | R/Capt. | 0001-1200 | E.P. |
| Rene Artigos | Eng. | 0600-1800 | R.A. |
| Harris Solomon | A/B | 0600-1800 | HDS |
| Teddy Collins | A/B | 0001-0600/1200-1800 | TJC |

### Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Waste Management

| Date | Location | Amount | | Date | Location | Amount | |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | | | | |
| | | | Trash | 10-27-20 | Crosby Dock | 6 | Bags |
| Lube Filters | | | Filters | | | | Bags |
| | | | Spill Waste | | | | |

### Crew On/Off / Radio / Fire Watch

| Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|
| | | | E.P. | 0001-1200 |
| | | | W | 1200-2400 |

### Fuel / Lube
- Fuel on Board: 74,200
- Fuel Used: 100
- Lube on Board: 231
- Lube Used: 1

Pot water 15,000
M/E hrs: 2349

Are there any accidents, injuries or pollution to report: YES / **NO**   Int. W

## VESSEL INCIDENT REPORT

**28 October**   DAY _Wednesday_

| Time | Entry |
|---|---|
| 0001 | S/BY @ Crosby Dock Fourchon |
| 0600 | Same |
| 0745 | Departed |
| 0800 | Arr. +s/by w/ DB Thor @ Matin 16 Bayou Lafourche |
| 1200 | Same |
| 1600 | DB Thor lines parted in 120+ MPH wind. Unable to stop barge, our line parted. Barge hit several vessels. |
| 1730 | Crosby Integrity assisted us off bottom 2 miles North of Flotation Canal |
| 1800 | Enroute to Crosby Dock |
| 1830 | Secure @ Crosby Dock |
| 2400 | Same |

**Pre-Voyage Checklist**
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Propulsion Controls Forward / Stern
- Anchor Ready for Emer.
- Emergency Tow Avail.
- Load Line
- Conduct GMDSS Setup/ Verify DP Func.
- Verify Manning Req. are met
- Ensure Compliance W/Stability Req.
- Displaying Proper Lights & Day Shapes
- Master's Initials

**Pre-Critical Task Conference**
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

**Crew:**
| Name | Position | Initials |
|---|---|---|
| W. Everett Jr. | Capt | |
| E. Plaisance Jr. | R/Capt | EP |
| R. Artigas | Eng | RA |
| H. Solomon | A/B | HS |
| T. Collins | A/B | TJC |

**Safety Meeting or Drill**
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

**Waste Management**

| Date | Location | Amount | | Date | Location | Amount | |
|---|---|---|---|---|---|---|---|
| Bilge | | | Gallons | Trash 10-28-20 | Crosby Dock | 2 | Bags |
| Lube Filters | | | Filters | Spill Waste | | | Bags |

**Crew On/Off** | **Radio** | **Fire Watch**

| | Int. | Time | Channel | Int. | Time |
|---|---|---|---|---|---|
| | | | | WC | 1200-2400 |

**Fuel / Lube**
- Fuel on Board: 74,000
- Fuel Used: 200
- Lube on Board: 214
- Lube Used: 20

Pot Water: 14,800
Used 200
M/E Hrs 2352

Are there any accidents, injuries or pollution to report? YES / **NO**   Int. WC

CROSBY 000454