**EXHIBIT H**

### Fourchon16 Dispatcher

| | |
|---|---|
| From | Bruce Stogner |
| Sent | Sunday October 25 2020 2 09 PM |
| To | Fourchon16 Dispatcher |
| Cc | fourchonops  Fourchon15 dispatcher |
| Subject | SHORE OFFSHORE / DOCKSPACE / DB THOR/ CBR 793 |

CUSTOMER# 85237
SOLD TO/CUSTOMER NAME   SHORE OFFSHORE
VESSEL NAME   DERRICK BARGE THOR / MATERIAL BARGE CBR 793
VESSEL FUEL AMOUNT   N/A
RIG FUEL AMOUNT   N/A

LUBE OIL
WATER   N/A
RIG NAME   N/A
LOCATION   N/A         **DOCKSPACE AND SECURITY FEE**
AFE   N/A
PO#   PENDING
ROUTING#   N/A
OCSG#   N/A
WELL#   N/A
PROJECT TYPE   N/A
ORDERED BY   CODY SIMS
PHONE NUMBER   832 797 7776

ECA FUEL   N/A
IS BUNKER CERT NEEDED   N/A
IS EXTRA SAMPLE NEEDED   N/A
ADDITIONAL INFO   DB THOR-- 380' / MATERIAL BARGE CBR  793—260

Bruce Stogner
Martin Energy Services
Fourchon 15
Phone# 985 396 4196
Email  fourchonops@martinmlp.com
Or direct email  bruce stogner@martinmlp.com

CONFIDENTIALITY NOTICE  The information contained in this electronic mail transmission (and/or the accompanying documents) is confidential and may be subject to the attorney-client privilege  may be privileged work product or may otherwise be proprietary information. This information is intended solely for the exclusive use of the addressee(s)  If you are not the intended recipient  you are hereby notified that possession  disclosure  copying  distribution or the taking of any action in reliance on the contents of this transmission is unauthorized and strictly prohibited  If you have received this transmission in error  please immediately notify me by telephone (at the number above) to arrange for the return or destruction of this transmission

MARTIN [00803]