**To:** Ivy Danos[idanos@crosbytugs.com]; Ops[operations@crosbytugs.com]
**From:** StormGeo[tropicswatch@stormgeo.com]
**Sent:** Mon 10/26/2020 8:36:51 PM Central Daylight Time
**Subject:** Hurricane Zeta Advisory 11
**Attachment:** sc_c.pdf



EXHIBIT
__J__

CROSBY 000152



## Hurricane Zeta Advisory 11
*Valid: 09:00 PM CDT Monday October 26, 2020*



**Current Location:** 20.1N, 86.9W
**Geographic Reference:** 25 miles south of Cozumel, Mexico
**Movement:** Northwest at 13 mph
**Max Winds:** 80 mph gusting to 100 mph
**Current Hurricane Severity Index:** 8 out of a possible 50 points (3 size, 5 intensity)
**Max Predicted Hurricane Severity Index:** 8 out of a possible 50 points (3 size, 5 intensity)
**Current Radius of Tropical Storm-Force Winds:** 105 miles
**Max Predicted Radius of Tropical Storm-Force Winds:** 125 miles
**Organizational Trend:** Steady
**Forecast Confidence:** Average
**Estimated Central Pressure:** 983 mb

### Key Points
1. Zeta will move into the Yucatan Peninsula over the next few hours and produce significant impacts.
2. There are no significant changes to the track forecast in this advisory.
3. Zeta is predicted to make a final landfall as a Category 1 hurricane in southeast Louisiana on Wednesday evening.

### Our Forecast
A reconnaissance plane is currently investigating Zeta. Data from the plane indicate that the central pressure has remained about the same and maximum winds remain near 75 mph to 80 mph in the northeast quadrant. Time is running out for Zeta to

CROSBY 000153

strengthen any further as it will move into the Yucatan Peninsula within the next couple of hours. Some weakening, possibly to a tropical storm, is expected as Zeta crosses the Yucatan tonight, but we expect Zeta to regain hurricane intensity in the southern Gulf of Mexico tomorrow.

There have been no significant changes to the track forecast in this update. Model guidance is in very good agreement that the center will move inland between eastern Vermilion Bay and the Mouth of the Mississippi River. A strong cold front will be moving out into the northwest Gulf during the day on Wednesday, which will prevent any movement toward either the Texas coast or southwest Louisiana.

Intensity at landfall remains uncertain. Dry air and wind shear will be impacting Zeta in the 6-12 hours prior to landfall. Sustained winds at landfall could be anywhere from 65 mph to 85 mph. Our forecast is in the middle of that range, taking Zeta into the coast as a 75 mph hurricane Wednesday evening around 8 PM.

Zeta will be accelerating northeastward at 24 mph or more when it reaches southeast Louisiana on Wednesday. This will significantly limit the amount of rainfall across southeast Louisiana, southern Mississippi, and Alabama. General rainfall amounts may only reach 3 to 5 inches in some areas, mostly east of the track across southern Mississippi.

**Expected Impacts Offshore**
**Northern Gulf of Mexico:** Squalls may reach the deepwater areas off the southeast Louisiana coast by early afternoon on Tuesday, and near-shore waters overnight Tuesday night into Wednesday morning. Hurricane conditions are possible within 25 miles of the center as it crosses the Gulf.

**Expected Impacts Inland**
**Northeast Yucatan:** Widespread wind damage and power outages are expected. Flooding is also likely.
**Northern Gulf Coast:** Squalls may reach the southeast Louisiana coast by early Wednesday. Tropical storm-force winds will likely result in power outages within 115 miles of the track Wednesday. Coastal flooding is also likely.

Our next advisory will be issued by 3 AM CDT.

Meteorologist: Claude Aultman

CROSBY 000154

| Forecast Confidence: Average | | | | | | | Hurricane Severity Index | | |
|---|---|---|---|---|---|---|---|---|---|
| Fcst Hour | Valid | Lat. | Lon. | Max Sustained Winds | Max Gusts | Category | Size | Intensity | Total |
| 0 | 9PM CDT Mon Oct 26 | 20.10N | 86.90W | 80 mph | 100 mph | Category 1 | 3 | 5 | 8 |
| 6 | 3AM CDT Tue Oct 27 | 20.70N | 88.10W | 75 mph | 90 mph | Category 1 | 3 | 5 | 8 |
| 12 | 9AM CDT Tue Oct 27 | 21.40N | 89.20W | 70 mph | 85 mph | Tropical Storm | 2 | 4 | 6 |
| 18 | 3PM CDT Tue Oct 27 | 22.30N | 90.30W | 75 mph | 90 mph | Category 1 | 3 | 5 | 8 |
| 24 | 9PM CDT Tue Oct 27 | 23.20N | 91.00W | 80 mph | 100 mph | Category 1 | 3 | 5 | 8 |
| 30 | 3AM CDT Wed Oct 28 | 24.50N | 91.60W | 80 mph | 100 mph | Category 1 | 3 | 5 | 8 |
| 36 | 9AM CDT Wed Oct 28 | 25.80N | 91.70W | 80 mph | 100 mph | Category 1 | 3 | 5 | 8 |
| 42 | 3PM CDT Wed Oct 28 | 27.70N | 91.20W | 75 mph | 90 mph | Category 1 | 3 | 5 | 8 |
| 47 | 8PM CDT Wed Oct 28 | 29.10N | 90.20W | 75 mph | 90 mph | Category 1 | 3 | 5 | 8 |
| 48 | 9PM CDT Wed Oct 28 | 29.40N | 90.00W | 70 mph | 85 mph | Tropical Storm | 2 | 4 | 6 |
| 54 | 3AM CDT Thu Oct 29 | 31.30N | 88.50W | 60 mph | 75 mph | Tropical Storm | 2 | 3 | 5 |
| 57 | 6AM CDT Thu Oct 29 | 32.40N | 87.20W | 40 mph | 50 mph | Tropical Storm | 1 | 1 | 2 |
| 60 | 9AM CDT Thu Oct 29 | 33.50N | 85.80W | 35 mph | 45 mph | Extratropical Low | 0 | 1 | 1 |
| 66 | 3PM CDT Thu Oct 29 | 35.60N | 82.50W | 35 mph | 45 mph | Extratropical Low | 0 | 1 | 1 |
| 72 | 9PM CDT Thu Oct 29 | 37.20N | 78.40W | 35 mph | 45 mph | Extratropical Low | 0 | 1 | 1 |

*The yellow cone represents track error from the previous five years. Over the past five tropical cyclone seasons, the center of the storm tracked within the yellow cone 75% of the time. The cone does not represent the forecast uncertainty in the current advisory for this storm. In addition, strong winds, very high tides, large waves, and heavy rainfall can often extend well outside the yellow cone.*

© 2020 StormGeo, Inc. All rights reserved.
tropicswatch@stormgeo.com

CROSBY 000155