

MARITIME FOREST RIDGE

DOLPHINS
FC#01 - #24 HOS PORT
FC#25 - #27 LLOG EXPLORATION
FC#28 - #30 M-I
FC#31 - #33 LLOG EXPLORATION
FC#34 - #36 AVAILABLE
FC#37 - #39 AVAILABLE
FC#40 - #42 AVAILABLE
FC#43 - #45 AVAILABLE
FC#46 - #48 ODYSSEA MARINE

MITIGATION AREA

FLOTATION CANAL

BAYOU LAFOURCHE

SLIP A
SLIP B
SLIP C
SLIP D

BAYOU LAFOURCHE

E-SLIP

N. J. THERIOT ROAD

A. J. ESTAY ROAD

PASS FOURCHON

BELLE PASS

Proposed Slip

Fourchon Island
Development

| | Port Leased Property |
| | Port Property |
| | Future Port Expansion |
| | Right of First Refusal |
| | Available Leases |
| | Non Port Property |

FLOTATION CANAL ROAD
LA HWY 3090 - A.O. RAPPELET ROAD
LA HWY 3090 (A.O. RAPPELET ROAD)

EXHIBIT

K

Updated     1/30/2025

GIS ENGINEERING, LLC
COASTAL DESIGN & INFRASTRUCTURE
16878 West Main Street
CUT OFF, LA  70345
(985)632-5596

FOURCHON
Greater Lafourche Port Commission
16829 East Main Street, Cut Off, LA 70345
www.portfourchon.com     (985) 632-6701

### EXISTING LEASE HOLDERS AT PORT FOURCHON, LA
### (Numerical Order)

1/30/2025

| Site ID | Company | Site ID | Company | Site ID | Company |
|---|---|---|---|---|---|
| 100 | GLPC- Operations Center & Warehouse | 307-MAIN | Gulf Coast Chemical | 440 | GLPC Property |
| 100 | GLPC- Fourchon EOC Building | 307-MAIN | Midstream Fuel Service | 500 | Halliburton Energy Services (Baroid) |
| 100 | Lafourche Ambulance District | 307-MAIN | Sea Fluid | 501 | Martin Energy Services - Terminal #16 |
| 100 | Lady of the Gulf Seaman's Memorial | 307-MAIN | Univar | 502 | Bollinger Fourchon South Quick Repair |
| 101 | Moran's Marina, Motel, Deli, Store, & Fin's Bar | 307-3 | Martin Holdings, LLC (South Terminal tanks) | 503 | Lafourche Telephone Company, Inc. / SJI |
| 102 | Pointe Fourchon, Inc. | 307-13 | Martin Holdings, LLC | 503-GTP | GTP Towers I, LLC / American Tower Corp. |
| 103 | Fourchon Marina, LLC | 307-13 | Baker Hughes Drilling Fluids & Pressure Pumping | 506 | C-Port 1 |
| 104 | Port Fourchon Marina, LLC | 308 | John W. Stone Oil Distributor, LLC Dock #1 | 506 | Baker Hughes Completion Fluids (C-Port 1) |
| 105 | C&C Offshore, Inc. | 308 | W&T Offshore | 506 | Cantium, LLC (C-Port 1) |
| 106 | H&A Seafood, LLC | 309 | Sea Support Dockside & Logistics | 506 | Champion X (C-Port 1) |
| 108 | GLPC- Fourchon Pavilion | 309 | Fourchon Launch Services | 506 | Halliburton Energy Services (C-Port 1) |
| 110 | Terrebonne Concrete, LLC | 310 | M-I SWACO (living quarters) | 506 | M-I SWACO (C-Port 1) |
| 110-I | Terrebonne Concrete, LLC | 311 | LOOP, LLC (small boat harbor) | 506 | Occidental |
| 111 | Galliano Marine Service, LLC (Tranquility) | 313 | Halliburton Energy Services | 506-DEF | R&D Enterprises of Gulf Region, Inc. |
| 112 | GLPC Property | 315 | M-I SWACO | 507 | Halliburton Energy Services (NE) |
| 113 | GLPC- Coastal Wetlands Park Kayak Launch | 317 | Tetra Technologies, Inc. | 510 | AVAILABLE |
| 114 | Moran's Apartments | 317 | John W. Stone Oil Distributor, LLC (Tetra) | 601 | HOS Port North |
| 115 | GWT Fourchon, LLC | 318 | Lafourche Fire District No. 3 | 601 | M-I SWACO (HOS Port North) |
| 116 | Geaux Paddle, LLC | 319 | Elite Auditing Consultants, LLC | 602 | HOS Port South |
| 120 | LOOP / N. Melancon | 320 | RFR - Sea Support Dockside & Logistics | 603 | C-Terminal, LLC (shipyard) |
| 170 | AVAILABLE | 321 | RFR - Sea Support Dockside & Logistics | 603-A | C-Terminal, LLC (shipyard) |
| 189 | AVAILABLE | 337 | Trinity Rental Services | 604 | RCS, LLC / PSH Holdings, LLC |
| 190 | AVAILABLE | 338 | AVAILABLE | 605 | RCS, LLC / PSH Holdings, LLC |
| 191 | Swire Oilfield Services, LLC | 339 | Martin Holdings, LLC (North Yard parking) | 606 | Delmar Systems, Inc. |
| 192 | Swire Oilfield Services, LLC | 340 | Boucvalt Services, LLC | 607 | Chouest Dry Dock / C-Port, LLC |
| 193 | Dynamic Environmental Services, LLC | 340 | ES&H Environmental | 608 | Chouest Dry Dock / C-Port, LLC |
| 194 | Pacific Gulf Wire Rope | 341 | AVAILABLE | 609 | Grand Isle Shipyard, Inc. (GIS) |
| 195 | OEG Offshore | 342 | Martin Holdings, LLC - North Yard | 610 | Grand Isle Shipyard, Inc. (GIS) |
| 197 | Baker Marine Solutions | 342 | Equinor | 610 | LLOG Production |
| 198 | Waste Auditors, Inc. | 342 | Kosmos | 611 | In Hot Water, LLC |
| 199 | Baker Marine Solutions | 342 | Renaissance | 611 | Clean Tank, LLC |
| 199-A | Taqueria D.F., LLC (food truck) | 342 | Talos Energy | 611A | Clean Waste, LLC |
| 200 | AVAILABLE | 343 | Ecoserv Environmental Services | 612 | Express Weld, LLC |
| 200-A | Little Sombrero (food truck) | 344 | GDE Tiger Drilling, LLC | 613 | Express Weld, LLC |
| 200-B | The Reel Outfitters (food truck) | 345 | Martin Holdings, LLC - West Yard | 613 | Enbridge Offshore Gas Trans |
| 200-D | T&M Food Catering Services (food truck) | 345 | R360 Fourchon | 613 | Genesis Energy |
| 201 | K-Mar Supply / KCG Supply, LLC | 346 | Sabine Environmental Services | 613 | HydroChemPSC |
| 202 | Piranha Properties | 346 | HydroChemPSC | 613 | LLOG Drilling |
| 202-1 | Piranha Properties | 347 | Crosby Tugs, LLC | 614 | InterMoor, Inc. |
| 203 | AVAILABLE | 350-H | Offshore Support Services, LLC | 614 | DOF Subsea |
| 203-1 | Mac-Nett Environmental Services, LLC | 350-H | Total Waste Solutions | 615 | John W. Stone Oil Distributor, LLC Dock #2 |
| 204 | AVAILABLE | 350-I | Galliano Marine Service, LLC | 616 | Allport Services, LLC |
| 204-1 | AVAILABLE | 351 | C-Port 2, LLC | 616 | Couvillion |
| 205 | Express Supply & Steel, LLC | 352 | Martin Holdings, LLC | 616 | PetroFac |
| 206 | Express Supply & Steel, LLC | 353 | Offshore Support Services, LLC | 616 | Tri-State Environmental |
| 207 | Louisiana CAT / LA Machinery Company | 353 | Schlumberger Technology Corporation | 617 | BOSS - Bobcat Oilfield Solutions & Services |
| 208 | Offshore Support Services (living quarters) | 354 | PMI Energy Services #2 | 618 | C-Terminal |
| 209 | Redfish Rentals / RTR Leasing, LLC | 355 | AVAILABLE | 618 | Cal Chlor |
| 210 | AVAILABLE | 356 | AVAILABLE | 618 | ENI US Operating Company |
| 211 | Magnum Mud Equipment Company, Inc. | 357 | AVAILABLE | 618 | Hess |
| 212 | Shell Pipeline Company | 400 | C-Port 2 | 618 | M-I SWACO (C-Terminal) |
| 213 | Magnum Mud Equipment Company, Inc. | 400 | M-I SWACO (4th Street) | 619 | Fourchon Base, LLC |
| 214 | Irvin P Melancon Public Recreational Boat Launch | 400 | Murphy Oil | 620 | Harvey Gulf Int'l Marine / Guidry Brothers, Inc. |
| 215 | NSU Department of Biology | 400 | Shell Exploration & Production Company | 621 | C-Port 3 |
| 216 | Tier 4 Rentals Motel & RV Park | 400 | Woodside Energy | 621 | BP (C-Port 3) |
| 218 | Beach Access Road | 401 | Fourchon Heavy Lift, LLC | 621 | C-Logistics |
| 219 | Beach Stabilization Project | 401 | Schlumberger Technology Corporation | 621 | Chevron Marine Logistics (C-Port 3) |
| 220 | Breakwaters | 402 | Fourchon Heavy Lift, LLC | 621-1 | Chouest Shorebase Services, LLC |
| 221 | Chevron Road | 402 | Heerema Marine Contractors | 621-2 | Chouest Shorebase Services, LLC |
| 222 | Chevron Pipeline Company | 402 | Industrial Scrap Metals | 622 | Harvey Gulf Int'l Marine / Guidry Brothers, Inc. |
| 222 | Cantium, LLC | 403 | Baker Hughes Cementing | 623 | AVAILABLE |
| 230 | NSSI (Nuclear Sources and Services, Inc.) | 404 | PMI Energy Services | 624 | Express Weld, LLC |
| 231 | Belle Pass Marina, LLC | 405 | PMI Energy Services #1 | 625 | EPS Logistics |
| 240 | AVAILABLE | 406 | Doerle Fourchon Property, LLC | 625 | Arena |
| 280 | AVAILABLE | 406 | Provisions Energy & Marine Support | 625 | Beacon Offshore Energy Production |
| 290 | Triton Diving Services, LLC | 407 | AVAILABLE | 625 | Heritage Environmental Services, LLC |
| 300 | Belle Pass Marina, LLC | 408 | Chad Boudreaux Enterprises / Joe's Septic | 625 | Shell Pipeline Company |
| 301 | Martin Energy Services - Terminal #15 | 409 | Tiger Offshore Rentals, LLC | 625 | Walter Oil & Gas |
| 301 | Tetra Technologies, Inc. | 410 | ExPert Riser Solutions, LLC | 626 | Schlumberger Technology Corporation |
| 302 | PMI Energy Services | 411 | Tiger Offshore Rentals, LLC | 627 | Bollinger Fourchon North |
| 303 | AVAILABLE | 412 | Tiger Offshore Rentals, LLC | 627 | Hugg & Hall Equipment Company |
| 304-2 | Martin Holdings, LLC | 413 | Clean Tank LLC (living quarters) | 628 | Ecoserv Environmental Services - Superdock |
| 305 | Nerby Collins Commercial Fisherman's Marina | 414 | ExPert Riser Solutions, LLC (parking) | 629 | Oceaneering International |
| 306 | AVAILABLE | 417 | GLPC Property | 630 | Dawn Offshore, LLC/Offshore Towing, Inc. |
| 307-MAIN | Martin Holdings, LLC - South Terminal | 420 | Tanks-A-Lot | 630-A | Adriatic Marine, LLC |
| 307-MAIN | C-Innovation | 430 | AVAILABLE | WBL-1 | Argent LNG, LLC |

*EXISTING LEASE HOLDERS AT PORT FOURCHON, LA*
*(Alphabetical Order)*

1/30/2025

| Site ID | Company | Site ID | Company | Site ID | Company |
|---|---|---|---|---|---|
| 630A | Adriatic Marine, LLC | 613 | Enbridge Offshore Gas Trans | 211 | Magnum Mud Equipment Company, Inc. |
| 616 | Allport Services, LLC | 618 | ENI US Operating Company | 213 | Magnum Mud Equipment Company, Inc. |
| 503-GTP | American Tower Corp. / GTP Towers I, LLC | 625 | EPS Logistics | 301 | Martin Energy Services - Terminal #15 |
| 625 | Arena | 342 | Equinor | 501 | Martin Energy Services - Terminal #16 |
| WBL-1 | Argent LNG, LLC | 340 | ES&H Environmental | 342 | Martin Holdings, LLC - North Yard |
| *170* | *AVAILABLE* | 410 | ExPert Riser Solutions, LLC | 307-MAIN | Martin Holdings, LLC - South Terminal |
| *189* | *AVAILABLE* | 414 | ExPert Riser Solutions, LLC (parking) | 345 | Martin Holdings, LLC - West Yard |
| *190* | *AVAILABLE* | 205 | Express Supply & Steel, LLC | 304-2 | Martin Holdings, LLC |
| *200* | *AVAILABLE* | 206 | Express Supply & Steel, LLC | 352 | Martin Holdings, LLC |
| *203* | *AVAILABLE* | 612 | Express Weld, LLC | 339 | Martin Holdings, LLC (North Yard parking) |
| *204* | *AVAILABLE* | 613 | Express Weld, LLC | 307-3 | Martin Holdings, LLC (South Terminal tanks) |
| *204-1* | *AVAILABLE* | 624 | Express Weld, LLC | 307-MAIN | Midstream Fuel Service |
| *210* | *AVAILABLE* | 619 | Fourchon Base, LLC | 114 | Moran's Apartments |
| *240* | *AVAILABLE* | 401 | Fourchon Heavy Lift, LLC | 101 | Moran's Marina, Motel, Deli, Store, & Fin's Bar |
| *280* | *AVAILABLE* | 402 | Fourchon Heavy Lift, LLC | 400 | Murphy Oil |
| *303* | *AVAILABLE* | 309 | Fourchon Launch Services | 305 | Nerby Collins Commercial Fisherman's Marina |
| *306* | *AVAILABLE* | 103 | Fourchon Marina, LLC | 230 | NSSI (Nuclear Sources and Services, Inc.) |
| *338* | *AVAILABLE* | 111 | Galliano Marine Service, LLC (Tranquility) | 215 | NSU Department of Biology |
| *341* | *AVAILABLE* | 350-I | Galliano Marine Service, LLC | 506 | Occidental |
| *355* | *AVAILABLE* | 344 | GDE Tiger Drilling, LLC | 629 | Oceaneering International |
| *356* | *AVAILABLE* | 116 | Geaux Paddle, LLC | 195 | OEG Offshore |
| *357* | *AVAILABLE* | 613 | Genesis Energy | 208 | Offshore Support Services (living quarters) |
| *407* | *AVAILABLE* | 113 | GLPC Coastal Wetlands Park Kayak Launch | 350-H | Offshore Support Services, LLC |
| *430* | *AVAILABLE* | 100 | GLPC Fourchon EOC Building | 353 | Offshore Support Services, LLC |
| *510* | *AVAILABLE* | 108 | GLPC Fourchon Pavilion | 194 | Pacific Gulf Wire Rope |
| *623* | *AVAILABLE* | 100 | GLPC Operations Center & Warehouse | 616 | PetroFac |
| 403 | Baker Hughes Cementing | 112 | GLPC Property | 202 | Piranha Properties |
| 506 | Baker Hughes Completion Fluids (C-Port 1) | 417 | GLPC Property | 202-1 | Piranha Properties |
| 307-13 | Baker Hughes Drilling Fluids & Pressure Pumping | 440 | GLPC Property | 405 | PMI Energy Services #1 |
| 197 | Baker Marine Solutions | 609 | Grand Isle Shipyard, Inc. (GIS) | 354 | PMI Energy Services #2 |
| 199 | Baker Marine Solutions | 610 | Grand Isle Shipyard, Inc. (GIS) | 302 | PMI Energy Services |
| 218 | Beach Access Road | 503-GTP | GTP Towers I, LLC / American Tower Corp. | 404 | PMI Energy Services |
| 219 | Beach Stabilization Project | 307-MAIN | Gulf Coast Chemical | 102 | Pointe Fourchon, Inc. |
| 625 | Beacon Offshore Energy Production | 620 | Guidry Brothers, Inc. / Harvey Gulf Int'l Marine | 104 | Port Fourchon Marina, LLC |
| 231 | Belle Pass Marina, LLC | 622 | Guidry Brothers, Inc. / Harvey Gulf Int'l Marine | 406 | Provisions Energy & Marine Support |
| 300 | Belle Pass Marina, LLC | 115 | GWT Fourchon, LLC | 506-DEF | R&D Enterprises of Gulf Region, Inc. |
| 627 | Bollinger Fourchon North | 106 | H&A Seafood, LLC | 345 | R360 Fourchon |
| 502 | Bollinger Fourchon South Quick Repair | 313 | Halliburton Energy Services | 604 | RCS, LLC / PSH Holdings, LLC |
| 617 | BOSS - Bobcat Oilfield Solutions & Services | 500 | Halliburton Energy Services (Baroid) | 605 | RCS, LLC / PSH Holdings, LLC |
| 340 | Boucvalt Services, LLC | 506 | Halliburton Energy Services (C-Port 1) | 209 | Redfish Rentals / RTR Leasing, LLC |
| 621 | BP (C-Port 3) | 507 | Halliburton Energy Services (NE) | 200-B | The Reel Outfitters (food truck) |
| 220 | Breakwaters | 620 | Harvey Gulf Int'l Marine / Guidry Brothers, Inc. | 342 | Renaissance Offshore |
| 105 | C & C Offshore, Inc. | 622 | Harvey Gulf Int'l Marine / Guidry Brothers, Inc. | 209 | RTR Leasing, LLC / Redfish Rentals |
| 307-MAIN | C-Innovation | 402 | Heerema Marine Contractors | 346 | Sabine Environmental Services |
| 621 | C-Logistics | 625 | Heritage Environmental Services, LLC | 353 | Schlumberger Technology Corporation |
| 506 | C-Port 1 | 618 | Hess | 401 | Schlumberger Technology Corporation |
| 400 | C-Port 2 | 601 | HOS Port North | 626 | Schlumberger Technology Corporation |
| 208 | C-Port 2 Living Quarters / Offshore Support Svcs | 602 | HOS Port South | 307-MAIN | Sea Fluid |
| 351 | C-Port 2, LLC | 627 | Hugg & Hall Equipment Company | 309 | Sea Support Dockside & Logistics |
| 621 | C-Port 3 | 346 | HydroChemPSC | *320* | *RFR - Sea Support Dockside & Logistics* |
| 618 | C-Terminal | 613 | HydroChemPSC | *321* | *RFR - Sea Support Dockside & Logistics* |
| 603 | C-Terminal, LLC (shipyard) | 611 | In Hot Water, LLC | 400 | Shell Exploration & Production Company |
| 603-A | C-Terminal, LLC (shipyard) | 402 | Industrial Scrap Metals | 625 | Shell Pipeline Company |
| 618 | Cal Chlor | 614 | InterMoor, Inc. | 212 | Shell Pipeline Company |
| 222 | Cantium, LLC | 214 | Irvin P Melancon Public Recreational Boat Launch | 191 | Swire Oilfield Services, LLC |
| 506 | Cantium, LLC (C-Port 1) | 408 | Joe's Septic Contractors / Chad Boudreaux | 192 | Swire Oilfield Services, LLC |
| 408 | Chad Boudreaux Enterprises / Joe's Septic | 308 | John W. Stone Oil Distributor, LLC Dock #1 | 200-D | T&M Food Catering Services (food truck) |
| 506 | Champion X (C-Port 1) | 615 | John W. Stone Oil Distributor, LLC Dock #2 | 342 | Talos Energy |
| 621 | Chevron Marine Logistics (C-Port 3) | 317 | John W. Stone Oil Distributor, LLC (Tetra) | 420 | Tanks-A-Lot |
| 222 | Chevron Pipeline Company | 201 | K-Mar Supply / KCG Supply, LLC | 199-A | Taqueria D.F., LLC (food truck) |
| 221 | Chevron Road | 342 | Kosmos | 110 | Terrebonne Concrete, LLC |
| 607 | Chouest Dry Dock / C-Port, LLC | 100 | Lady of the Gulf Seaman's Memorial | 110-1 | Terrebonne Concrete, LLC |
| 608 | Chouest Dry Dock / C-Port, LLC | 100 | Lafourche Ambulance District | 301 | Tetra Technologies, Inc. |
| 621-1 | Chouest Shorebase Services, LLC | 318 | Lafourche Fire District No. 3 | 317 | Tetra Technologies, Inc. |
| 621-2 | Chouest Shorebase Services, LLC | 503 | Lafourche Telephone Company, Inc. / SJI | 216 | Tier 4 Rentals Motel & RV Park |
| 413 | Clean Tank, LLC (living quarters) | 200-A | Little Sombrero (food truck) | 409 | Tiger Offshore Rentals, LLC |
| 611 | Clean Tank, LLC | 613 | LLOG Drilling | 411 | Tiger Offshore Rentals, LLC |
| 611A | Clean Waste, LLC | 610 | LLOG Production | 412 | Tiger Offshore Rentals, LLC |
| 616 | Couvillion | 120 | LOOP / N. Melancon | 350-H | Total Waste Solutions, LLC |
| 347 | Crosby Tugs, LLC | 311 | LOOP, LLC (small boat harbor) | 111 | Tranquility / Galliano Marine Service, LLC |
| 630 | Dawn Offshore, LLC/Offshore Towing, Inc. | 207 | Louisiana CAT / LA Machinery Company | 616 | Tri-State Environmental |
| 606 | Delmar Systems, Inc. | 315 | M-I SWACO | 337 | Trinity Rental Services |
| 406 | Doerle Fourchon Property, LLC | 310 | M-I SWACO (living quarters) | 290 | Triton Diving Services, LLC |
| 614 | DOF Subsea | 400 | M-I SWACO (4th Street) | 307-MAIN | Univar |
| 193 | Dynamic Environmental Services, LLC | 506 | M-I SWACO (C-Port 1) | 308 | W&T Offshore |
| 343 | Ecoserv Environmental Services | 618 | M-I SWACO (C-Terminal) | 625 | Walter Oil & Gas |
| 628 | Ecoserv Environmental Services - Superdock | 601 | M-I SWACO (HOS Port North) | 198 | Waste Auditors, Inc. |
| 319 | Elite Auditing Consultants, LLC | 203-1 | Mac-Nett Environmental Services, LLC | 400 | Woodside Energy |