

# CROSBY TUGS, LLC
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

## DAILY WORK TICKET

**EXHIBIT M**

SERVICEMAN: Cyrus Theriot
JOB ADDRESS: Fourchon
DATE: 10-27-20

VESSEL NAME: Crosby Endeavor
CAPTAIN NAME:
MILEAGE:

| TIME OF DAY | HOURS |
|---|---|
| ON 6:30 | |
| OFF 11:30 | 5 |
| ON 12:00 | |
| OFF 5:00 | 5 |
| TOTAL HOURS | 10 |

DESCRIPTION OF WORK ORDER REQUESTED:

PARTS / VENDOR:

DESCRIPTION OF WORK / MATERIALS USED:

Traveled to vessel Inspected everything Checked after cooler Pressures then started checking injectors found 4 Bad injectors changed and test Ran

EMPLOYEE'S SIGNATURE    CAPTAIN'S SIGNATURE

CROSBY 002607



# CROSBY TUGS, LLC
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

## DAILY WORK TICKET

**SERVICEMAN:** Louie Luster
**JOB ADDRESS:** T.S.
**DATE:** 10-26-20

**VESSEL NAME:** Crosby Endeavor
**CAPTAIN NAME:**
**MILEAGE:**

| TIME OF DAY | HOURS | DESCRIPTION OF WORK ORDER REQUESTED: |
|---|---|---|
| ON 4:30 | 2 | |
| OFF 6:30 | | |
| ON | | PARTS / VENDOR: |
| OFF | | |
| TOTAL HOURS | | |

**DESCRIPTION OF WORK / MATERIALS USED:**

I came call the boat on the sat phone the anchor brake is getting stuck they bypassed it, they will be in Tom. morning.

**EMPLOYEE'S SIGNATURE:** [signed]
**CAPTAIN'S SIGNATURE:**

CROSBY 002608



# CROSBY TUGS, LLC
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

## DAILY WORK TICKET

SERVICEMAN: Jacob Billiot
VESSEL NAME: Crosby Endeavor
JOB ADDRESS: Fourchon
CAPTAIN NAME:
DATE: Oct 27-20
MILEAGE:

| TIME OF DAY | | HOURS |
|---|---|---|
| ON | 630 | |
| OFF | 1130 | 5 |
| ON | 1200 | |
| OFF | 500 | 5 |
| TOTAL HOURS | | 10 |

DESCRIPTION OF WORK ORDER REQUESTED:

PARTS / VENDOR:

DESCRIPTION OF WORK / MATERIALS USED:
Add Morman pin holders to Stern
holder on Stbd & Port side of vessel

EMPLOYEE'S SIGNATURE                    CAPTAIN'S SIGNATURE

CROSBY 002609



**CROSBY TUGS, LLC**
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

**DAILY WORK TICKET**

**SERVICEMAN:** Murry Gisclair
**JOB ADDRESS:** Fourchon
**DATE:** 10-27-20

**VESSEL NAME:** Crosby Endeavor
**CAPTAIN NAME:**
**MILEAGE:** 138557

| | TIME OF DAY | HOURS |
|---|---|---|
| ON | 6:30 | 5 |
| OFF | 11:30 | |
| ON | 12:00 | 5 |
| OFF | 5:00 | |
| TOTAL HOURS | | 10 |

**DESCRIPTION OF WORK ORDER REQUESTED:**

**PARTS / VENDOR:**

**DESCRIPTION OF WORK / MATERIALS USED:**
Installed norman pin holders, & welded. Cable hangers welded on back deck. Assisting diver at dock.

**EMPLOYEE'S SIGNATURE:** Murry Gisclair
**CAPTAIN'S SIGNATURE:**

CROSBY 002610



**CROSBY TUGS, LLC**
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

**DAILY WORK TICKET**

SERVICEMAN: Dean Lilette
JOB ADDRESS: Founchon
DATE: 10-27-20

VESSEL NAME: Crosby Endeavor
CAPTAIN NAME:
MILEAGE:

| TIME OF DAY | HOURS |
|---|---|
| ON 6:30 | |
| OFF 11:30 | |
| ON 12:00 | |
| OFF 5:00 | |
| TOTAL HOURS | 10 |

DESCRIPTION OF WORK ORDER REQUESTED:
Fill up - 271380

PARTS / VENDOR:
6x8 ram (shop)
HD Bottom (shop)

DESCRIPTION OF WORK / MATERIALS USED:
Went to vessel change brake ram on anchor drum, HD Bottom for winch controll, and ajusted air on winch engine tested made sure work, work good

EMPLOYEE'S SIGNATURE: Dean Litte
CAPTAIN'S SIGNATURE:

CROSBY 002611



# CROSBY TUGS, LLC
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

## DAILY WORK TICKET

**SERVICEMAN:** Jerad Champagne
**JOB ADDRESS:** Fourchon
**DATE:** E 10-27-20

**VESSEL NAME:** Crosby Endeavor
**CAPTAIN NAME:**
**MILEAGE:**

| TIME OF DAY | HOURS |
|---|---|
| ON 6:30 | |
| OFF 11:30 | 5 |
| ON 12:00 | |
| OFF 5:00 | 5 |
| **TOTAL HOURS** | 10 |

**DESCRIPTION OF WORK ORDER REQUESTED:**

**PARTS / VENDOR:**

**DESCRIPTION OF WORK / MATERIALS USED:**
Fixed anchor drum brake, found bad air cylinder and 3 type relay.

**EMPLOYEE'S SIGNATURE** _(signed)_   **CAPTAIN'S SIGNATURE**

CROSBY 002612



# CROSBY TUGS, LLC
P.O. Box 279
Golden Meadow, Louisiana
Phone: (985) 632-7575 • Fax: (985) 632-7572

## DAILY WORK TICKET

**SERVICEMAN:** Jason Pitre

**JOB ADDRESS:** Fourchon

**DATE:** 10-27-15

**VESSEL NAME:** Crosby Endeavor

**CAPTAIN NAME:**

**MILEAGE:**

| TIME OF DAY | | HOURS |
|---|---|---|
| ON | 630 Am | 5 |
| OFF | 1130 Am | |
| ON | 12:00 Pm | 5 |
| OFF | 5:00 Pm | |
| TOTAL HOURS | | 10 |

**DESCRIPTION OF WORK ORDER REQUESTED:**

**PARTS / VENDOR:**

**DESCRIPTION OF WORK / MATERIALS USED:**

Gathered parts from Houma NRE traveled to vessel check out aftercooler on stbd main Eng and they read 10 psi on In and out on both banks and found 4 Injectors that was bad so I changed them out test Ran Eng Good.

**EMPLOYEE'S SIGNATURE**  **CAPTAIN'S SIGNATURE**

CROSBY 002613