The following Ordinance No. 71 was presented by Chuckie Cheramie, who moved for its adoption, and was seconded by Perry Gisclair:

ORDINANCE NO. 71

AN ORDINANCE PROHIBITING UNATTENDED VESSELS MOORED IN THE PORT AREA WHEN HURRICANE FORCE WINDS ARE EXPECTED IN THE PORT AREA WITHIN TWENTY-FOUR (24) HOURS.



BE IT ORDAINED, by the Board of Commissioners of the Greater Lafourche Port Commission that:

SECTION 1. The terms below shall be defined as follows:

a. Unattended – not occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling the Vessel in seas subject to Hurricane Force Winds

b. Hurricane Force Winds – sustained winds or frequent gusts equal to or greater than 74 miles per hour

c. Port Fourchon - that area commonly referenced as Port Fourchon inclusive of and bounded by Flotation Canal to the North, Port Fourchon Marina to the Northeast, by Louisiana Highway 3090 to the East, by the Gulf of Mexico to the South and Bayou Lafourche to the West

d. Port Pilings – those mooring pilings owned by the Greater Lafourche Port Commission and situated to the East of the Bayou Lafourche channel in the North and South vicinity of the Leon Theriot South Floodgates.

e. Vessel – any steamship, steamboat, tug, towboat, water craft, ship, boat or barge of any kind or description, whether foreign or domestic, regardless of whether same is self- propelled by a motor or engine

SECTION 2. When Hurricane Force Winds are expected to occur at Port Fourchon within twenty-four (24) hours, no person shall

a. allow a Vessel, which is self-propelled by a motor or engine and of which s/he is either an owner or captain, to remain Unattended in Port Fourchon or moored to Port Pilings.

b. allow a Vessel which is not self-propelled by a motor or engine and of which s/he is an owner, to remain in Port Fourchon or moored to Port Pilings without being under the control of a Vessel(s), which is self-propelled by a motor or engine and which is occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling all such Vessel(s) in seas subject to Hurricane Force Winds.

SECTION 3. The Director of Security, upon coordination with the Executive Director, of the Greater Lafourche Port Commission is authorized to designate the time at which Hurricane Force Winds are expected to occur at Port Fourchon based on prevailing weather conditions and tropical forecasts.

SECTION 4. Any person violating any provision of this ordinance shall, upon conviction, be fined not more than Five Hundred Dollars ($500.00) or imprisoned for not more than six (6) months in jail, or both, in the discretion of the court having jurisdiction.

This Ordinance No. 71, having been submitted in writing, having been adopted at a public meeting of said Commission, was then submitted to an official vote as a whole; the vote thereon being as follows:

YEAS: 7
NAYS: 0
ABSENT: 2

And the ordinance was declared adopted on this 9th day of September, 2009.

_____     _____
Larry Griffin, President                         Wilbert Collins, Secretary

CPORT 000161