**To:** Ivy Danos[idanos@crosbytugs.com]; Ops[operations@crosbytugs.com]
**From:** StormGeo[tropicswatch@stormgeo.com]
**Sent:** Wed 10/28/2020 5:09:17 AM Central Daylight Time
**Subject:** Hurricane Zeta Intermediate Advisory 16a
**Attachment:** sc_c.pdf

**EXHIBIT**

**R**

CROSBY 000118



# Hurricane Zeta Intermediate Advisory 16a
*Issued: 06:00 AM CDT Wednesday October 28, 2020*



**Current Location:** 25.5N, 91.8W
**Geographic Reference:** 325 miles SSW of New Orleans, Louisiana
**Movement:** North at 20 mph
**Max Winds:** 85 mph gusting to 105 mph
**Organizational Trend:** Increasing
**Forecast Confidence:** Average
**Estimated Central Pressure:** 979 mb

## Our Forecast
Zeta continues to strengthen this morning. Reconnaissance aircraft data indicates that the pressure is falling more quickly and the winds have increased significantly over the past few hours. Maximum winds are estimated to have increased to 85 mph. Zeta will likely strengthen to a category 2 hurricane later today before making landfall on the southeast Louisiana coast by this afternoon. Maximum winds at landfall will likely be near 100 mph. It is possible that Zeta may strengthen slightly more than indicated in our forecast earlier this morning, especially if Zeta undergoes a short period of rapid intensification.

Zeta is beginning to move more to the north and is beginning to accelerate. The hurricane will likely be moving at more than 24 mph when it makes landfall this afternoon over southeast Louisiana. Some of the outer rain bands from Zeta are beginning to approach the coastal areas of southeast Louisiana this morning. Conditions will begin to deteriorate quickly later this morning into early this afternoon across the Louisiana, Mississippi, and Alabama coasts as Zeta quickly approaches. Surge impacts will begin along the northern Gulf coast by early this afternoon as any tidal surge will move into the coastal areas more quickly, which may result in some damage to coastal structures near the immediate coast. There is also a chance of severe thunderstorms, including tornadoes, as the heavy rain bands move into the coastal areas later this morning into this afternoon. The greatest threat of tornadoes will occur east of the center.

Our next full advisory will be issued by 9 AM CDT.

Meteorologist: Claude Aultman

| Lat. | Lon. | Max Sustained Winds | Category |
|---|---|---|---|
| 25.50N | 91.80W | 85 mph | Category 1 |

© 2020 StormGeo, Inc. All rights reserved.
tropicswatch@stormgeo.com

CROSBY 000120