**25 October**   DAY ~~Sunday~~

|      | HR | EoF | LoF  | LoC  | AiF | total |
|------|----|-----|------|------|-----|-------|
| PmE  | 1  | 31  | 1049 | 2327 | 714 | 31587 |
| SmE  | 1  | 31  | 1049 | 2327 | 714 | 31587 |
| PGR  | 1  | /   | 1049 | 2327 | /   | 31587 |
| SGB  | 1  | /   | 1049 | 2327 | /   | 31587 |
| PEW  | 18 | 134 | 134  | 134  | 134 | 12943 |
| SEW  | 6  | 130 | 130  | 130  | 130 | 7896  |
| B+   | 0  | 10  | 177  | 177  | 177 | 3878  |
| B++  | 0  | —   | 406  | 406  | —   | 406   |
| WE   | 0  | 10  | 382  | 382  | 382 | 2382  |
| WE+  | 0  | —   | 382  | 382  | /   | 382   |

|       | FO     | LC  | HYD | D/C  | H₂O   |
|-------|--------|-----|-----|------|-------|
| OB    | 78.000 | 235 | 55  | 1517 | 14400 |
| R&C used | 200 | 0   | 0   | 0    | 200   |
| total | 77.800 | 235 | 55  | 1517 | 14200 |

COO1 Working as directed with DB 4401
0600 B/EW on lane

Pre-Voyage Checklist
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors

Master's Initials

Pre-Critical Task Conference
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing

Master's Initials

Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

Fuel / Lube
- Fuel on Board
- Fuel Used
- Lube on Board
- Lube Used
- Engine Hours

EXHIBIT S

CROSBY 000467

# 26 October　　DAY _Monday_

Case 2:21-cv-00258-JCZ-EJD   Document 789-20   Filed 10/29/25   Page 2 of 4

|     | HR | FoF | LoF   | Loc  | AvF | Total |
|-----|----|-----|-------|------|-----|-------|
| TmE | 21 | 53  | 1,070 | 2348 | 735 | 31608 |
| SmE | 21 | 53  | 1,070 | 2348 | 735 | 31608 |
| PGbo| 21 | /   | 1,070 | 2348 | /   | 31605 |
| SGb | 21 | /   | 1,070 | 2348 | /   | 31605 |
| PGw | 24 | 158 | 158   | 158  | 158 | 19967 |
| SGw | 0  | 130 | 130   | 130  | 130 | 7896  |
| B+  | 5  | 18  | 185   | 185  | 185 | 3886  |
| BL+ | 5  | —   | 414   | 414  | —   | 414   |
| WE  | 8  | 18  | 390   | 390  | 390 | 2390  |
| WE+ | 8  | —   | 390   | 390  | —   | 390   |

|      | Fo     | Lc  | AND | D/c  | A2C    |
|------|--------|-----|-----|------|--------|
| OB   | 77,800 | 235 | 55  | 1517 | 14,200 |
| Rec  |        |     |     |      |        |
| USC  | 3,500  | 0   | 0   | 0    | 200    |
| total| 74,300 | 235 | 55  | 1517 | 14,000 |

cool working with DB Thor
0200 Start both M/E
0400 in Route to FourChan - with DB Thor

### Pre-Voyage Checklist
Steering System
Rudder Indicator
Auxiliary Pump
Gear and Linkage
Radar
AIS Transponder
Swing Meter
Depth Sounder
Compass
Wheelhouse Windows
VHF Radios
Navigation Lights
Search Lights
Horn
Communications
Control Alarm
Engine Room
Machinery
Engine Monitors

**Master's Initials**

### Pre-Critical Task Conference
Making Tow
Locking
Docking
Transfers
Boat Fueling
Down Stream Landing

**Master's Initials**

### Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

### Fuel / Lube
Fuel on Board
Fuel Used
Lube on Board

CROSBY_000468

# 27 October        DAY tuesday

|     | VR | FoF | LoF | LoC | AirF | total |
|-----|----|-----|-----|-----|------|-------|
| PME | 1  | 53  | 1071 | 2349 | 736 | 31609 |
| SME | 1  | 53  | 1071 | 2349 | 736 | 31609 |
| PGB | 1  | /   | 1071 | 2349 | /   | 31609 |
| SGB | 1  | /   | 1071 | 2349 | /   | 31609 |
| PGW | 24 | 182 | 182  | 182  | 182 | 12,991 |
| SGW | 0  | 130 | 130  | 130  | 130 | 7896 |
| B+  | 0  | 18  | 185  | 185  | 185 | 3886 |
| B++ | 0  | /   | 114  | 114  | —   | 114 |
| WE  | 2  | 20  | 392  | 392  | 392 | 2392 |
| WE+ | 2  | —   | 392  | 392  | —   | 392 |

|       | Fo    | Lo  | Hyd | D/O | H₂O    |
|-------|-------|-----|-----|-----|--------|
| QB    | 74,300 | 235 | 55 | 1517 | 14,000 |
| Rac   |       |     |     |     |        |
| USW   | 100   | 1   | 0   | 0   | 16000  |
| total | 74200 | 234 | 55  | 1517 | 160,000 |

0001 STBY with DB Htor in Fourchon
0700 move to Crosby dock
Mechanine on Board to work on SME
winch people working on tow winch
Repack stuffing box

## Pre-Voyage Checklist
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors

**Master's Initials**

## Pre-Critical Task Conference
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing

**Master's Initials**

## Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

## Fuel / Lube
Fuel on Board

# 28 October    DAY Wednesday

| | HR | FoF | LCF | LOC | Air F | Total |
|---|---|---|---|---|---|---|
| PME | 3 | 56 | 1074 | 2352 | 739 | 31612 |
| SME | 3 | 56 | 1074 | 2352 | 739 | 31612 |
| PGB | 3 | — | 1074 | 2352 | — | 31612 |
| SGB | 3 | — | 1074 | 2352 | — | 31612 |
| PGen | 24 | 206 | 206 | 206 | 206 | 13,015 |
| SGen | 0 | 130 | 130 | 130 | 130 | 7896 |
| B+ | 2 | 187 | 187 | 187 | 187 | 3885 |
| B++ | 2 | — | 116 | 116 | 116 | —116 |
| WE | 0 | 20 | 392 | 392 | 392 | 2392 |
| WEt | 0 | — | 392 | 392 | — | 392 |

| | FO | LO | HYD | DO | H2O |
|---|---|---|---|---|---|
| OB | 74,200 | 234 | 55 | 1517 | 16000 |
| RCC | | | | | |
| Used | 200 | 20 | 0 | 0 | 200 |
| Total | 74,000 | 214 | 55 | 1517 | 15800 |

0001 S+BY CROSBY dock
.. Moved back to DB #01 to S+BY for weather
S+BY with DB #01

## Pre-Voyage Checklist
- Steering Control
- Rudder Indicator
- Auxiliary Pump
- Gear and Linkage
- Radar
- AIS Transponder
- Swing Meter
- Depth Sounder
- Compass
- Wheelhouse Windows
- VHF Radios
- Navigation Lights
- Search Lights
- Horn
- Communications
- Control Alarm
- Engine Room
- Machinery
- Engine Monitors
- Master's Initials

## Pre-Critical Task Conference
- Making Tow
- Locking
- Docking
- Transfers
- Boat Fueling
- Down Stream Landing
- Master's Initials

## Safety Meeting or Drill
Topic:
Attendees:
1.
2.
3.
4.
5.
6.
7.
8.

## Fuel / Lube
Fuel on Board

CROSBY 000470