

EXHIBIT
T

# Transcript of the Testimony of
# Videotaped Deposition of Rene Artigos

## Date: September 7, 2023

### All Coast, LLC v. Shore Offshore Services, LLC

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 32

```
 1   ENDEAVOR.
 2        Q    So it's your recollection that at
 3   all times or some of the times, you worked
 4   with a chief engineer?
 5        A    Some of the time.
 6        Q    Do you remember the last time you
 7   worked with a chief engineer on the ENDEAVOR?
 8        A    No, sir.
 9        Q    Do you remember whether there were
10   any other engineers aboard the ENDEAVOR back
11   in October 2020, at the time of this incident?
12        A    No.  I was the only one.
13        Q    Pardon me?
14        A    No, there was no other one.
15        Q    Do you remember the last time that
16   you worked with a chief engineer on the
17   ENDEAVOR?
18        A    No, I don't remember.
19        Q    Now, if you were the only -- if I
20   call you a QMED or an engineer, are you going
21   to take issue with those terms?
22        A    No.
23        Q    All right.  So as the engineer,
24   effectively, on the ENDEAVOR, in October 2020,
25   it was your responsibility to complete the
```

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 33

```
 1   engine room logs, correct?
 2        A     Yeah, to keep up with the engine
 3   room logs, yeah.
 4        Q     Not just keep up with them, it was
 5   your responsibility to complete them, right?
 6        A     Right.
 7        Q     Because you were the only engineer
 8   on the boat, right?
 9        A     Uh-huh (affirmative response).
10        Q     Right?
11        A     Uh-huh (affirmative response).
12        Q     There's an "uh-huh."
13        A     Yeah.
14        Q     We're going to do that sometimes?
15        A     Yeah.
16        Q     And so, you know, it's not -- I'm
17   not trying to be rude when I ask you, is that
18   a "yes," it's just so the record is clear.
19        A     Uh-huh (affirmative response).
20        Q     See?
21        A     Yeah.
22        Q     Okay.  Now, there are logs that are
23   kept in the engine room, correct?  These are
24   logs that are kept in the engine room?
25        A     No.  On the CROSBY ENDEAVOR, the
```

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 95

1  button to start the engine, on this particular
2  engines, was the same button for the prelube
3  pump.  Once you push the button, the prelube
4  pump come on.
5      Q    Okay.  So the same button that
6  starts the engine is the button that turns on
7  the prelube pumps?
8      A    Correct.
9      Q    And you can bypass the prelube
10 pumps if you wanted to start the engine in a
11 hurry?
12     A    Yeah, you could start the engine
13 without using the prelube pumps, in an
14 emergency.  You could start the engine without
15 blowing the engines down, in an emergency.
16 It's just recommended, you know, by the
17 manufacturers, that, you know, that it should
18 be after so many hours being shut down, it
19 should be prelubed and blow down.
20     Q    So you press the start button for
21 each engine, which starts the prelube pumps?
22     A    The prelube pumps.
23     Q    How long does that process take?
24     A    That take about ten minutes.
25     Q    What are you doing during those ten

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 96

1  minutes?
2      A    Opening the blowdown wells.
3      Q    How do you open the blowdown wells?
4      A    They have a -- they have a tool
5  that we use to open them.  So once they are
6  open -- they're all around the engine, these
7  wells, and you press the button again so the
8  engine could turn, so that whatever moisture
9  or whatever, on the cylinders, will blow off.
10 That's the process of blowing.
11     Q    All right.  So the blowdown wells,
12 these are vents around the engines?
13     A    Yeah.  These are the vents around
14 the engine.
15     Q    And you use a tool to manually open
16 them?
17     A    Open them.
18     Q    What is this tool?
19     A    It's -- it's a -- it's a well
20 wrench.  It's a little -- it's nothing -- it's
21 just a -- it's just a little piece of metal
22 with two little hooks on it, because on the
23 well house, there's two little holes that that
24 sits in and you just crank them open.  They
25 don't got -- it's -- the blowdown wells, you

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 97

1   just crack them open.  If they're not open,
2   you can take them -- you don't remove them,
3   just crack them open just enough for the air
4   to pass.
5        Q    How long does it take you to use
6   this wrench to crank open the blowdown wells?
7        A    Like for each engine?  For one
8   engine, probably like two minutes, two and a
9   half minutes, you know.
10       Q    So each engine, two to two and a
11  half minutes?
12       A    Yeah.  It's a process, about doing
13  just like -- of course, you've got to open
14  them.  Then you've got to blow it, blow the
15  engine out.  Then you're going to close them
16  again, so --
17       Q    Okay.  So tell me if I've got it
18  correct.  While the prelube pumps are running,
19  which is about ten minutes --
20       A    Uh-huh (affirmative response).
21       Q    -- you go to each engine to wrench
22  open the blowdown wells?  It takes about two
23  to two and a half minutes, each engine, to do
24  this?
25       A    Yeah.

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 98

1   Q   And you're doing it while the
2   prelube pumps are running?
3   A   While the prelube pumps are
4   running.
5   Q   All right.  And then you said you
6   do something to get the condensation and water
7   out?
8   A   Yeah.  Once the blowdown wells is
9   open, press the start button so the engine
10  could roll over, to blow down the -- to get
11  the condensation, whatever.  That's the
12  purpose of blowing down the engine.
13  Q   So you press the start button now
14  for the second time?
15  A   (Nods head affirmatively).
16  Q   And it rolls the engines to get the
17  condensation out.  How long are the engines
18  rolling before you go close the blowdown wells
19  again?
20  A   You just roll it, the engines, like
21  for a few seconds, like two seconds probably,
22  three seconds.  You just want the engine to
23  roll to the --
24  Q   Do you hold the button down?
25  A   You hit the button for a couple of

1   seconds and let it go.
2       Q    So you press it down for two or
3   three seconds?
4       A    Yeah.
5       Q    And that causes --
6       A    The engine to --
7       Q    -- the pistons --
8       A    The pistons to --
9       Q    The pistons to fire?
10      A    Fire.
11      Q    And the crankshaft to turn?
12      A    No, the crankshaft -- you've got
13  the pistons --
14      Q    Because it's in neutral, right?
15      A    Yeah.
16      Q    Okay.
17      A    And that just blows -- if you've
18  got any water or any condensation on the
19  piston, that just blow it out, or any, you
20  know, --
21      Q    So you let go of that button after
22  three seconds and then you've got to go back
23  and close?
24      A    Close.
25      Q    Does that take the same amount of

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 100

1  time, two to two and a half minutes?
2     A    Yeah, to close it.
3     Q    Now, when the engines --
4        MR. RUFTY:
5             I'm sorry, Gavin.  I'm not sure
6     if it's clear whether he held the button
7     in or not.  You asked a question, but it
8     sounded more like he said -- he didn't
9     say that --
10       MR. GUILLOT:
11            Well, I'll ask him again.
12       MR. RUFTY:
13            Yeah.
14       MR. GUILLOT:
15            I thought he said that --
16 EXAMINATION BY MR. GUILLOT:
17    Q    For that two to three seconds, you
18 do hold the start button in?
19    A    Yeah, I press it.  Yeah, probably
20 two seconds.  It's just -- just enough to get
21 the engine, you know, the pistons and that
22 moving, and release it.
23    Q    But you're holding it down?
24    A    Yeah, holding it down.
25    Q    And you let go and it stops?

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 101

1    A    Yeah, it stops.
2    Q    Okay.  And then you go around to
3  each engine and you close the blowdown wells?
4    A    I close the blowdown wells.
5    Q    Okay.  And then about this time, is
6  the prelube pump process complete?
7    A    The prelube pump is automatic
8  shutoff once -- once the engines start,
9  after -- I think it's like five minutes after
10 the engine is cranked up, they will shut off
11 automatically.
12   Q    What is five minutes after?
13   A    The prelube pump.  Once they -- I
14 put them on, but I don't have to -- they
15 shut off automatically.
16   Q    The prelube pumps are automatic?
17   A    Automatic.
18   Q    And earlier, you said that you
19 start the prelube pump process?
20   A    Yeah.
21   Q    You press the start button for
22 each, and it's about a ten-minute process?
23   A    It's about a ten-minute because,
24 you know, you want to see if pressure come up
25 to like 10 psi, and then -- the whole start,

Page 102

1   from the start, that the engines is running,
2   it's about a ten-minute, ten minutes.
3       Q    Okay.  So to fire up both engines
4   to now both engines are running and you can
5   tell the wheelhouse that you've got power in
6   the engines is about ten minutes?
7       A    It's about ten minutes.
8       Q    All right.  And the last step for
9   you is closing the blowdown wells?
10      A    Yeah, before the cranking of the
11  engine, you've got to close the blowdown
12  wells.
13      Q    Do you have to press the start
14  button again?
15      A    To crank the engines, yeah.
16      Q    So you said the prelube process is
17  automatic?
18      A    Yeah.  On that boat, it's
19  automatic.
20      Q    And when that process completes,
21  the engines don't turn on, you just receive a
22  notification of the pressure?
23      A    You've got a gauge showing you the
24  pressure, you know, once the prelube, once
25  the -- you've got a gauge showing you the

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 140

1  weekly or monthly, do those speak to this?  Do
2  those record the hours?
3       A    No.
4       Q    So the only document that
5  references the hours that the port main engine
6  and the starboard main engine were running,
7  were on, is what's in front of us here?
8       A    (Nods head affirmatively).
9       Q    That's correct?
10      A    Correct.
11      Q    And that's Exhibit 196.  All right.
12 On this day, October 20th, you can tell in the
13 handwritten notations below the two tables,
14 that at 1700 hours, you arrived on location.
15 And you see, it's 0001, you were en route to
16 the barge.  And that's the THOR?
17      A    Right.
18      Q    So this is the day, October 20th,
19 that the ENDEAVOR went out in the field to
20 meet up with the THOR, right?
21      A    Right.
22      Q    It says down here, in the
23 notations, "Added 20 gallons lube oil to PME;
24 added 20 gallons lube oil to SME."
25      A    Right.

Page 150

1  only thing you did was leave the THOR that
2  morning to return to the Crosby dock, right?
3       A    Right.
4       Q    And the minimum recorded increment
5  of time for this log is one hour, right?
6            MR. RUFTY:
7                 Object to form.
8            THE WITNESS:
9                 Right.
10 EXAMINATION BY MR. GUILLOT:
11      Q    Now, the next day, October 28th,
12 which is the date of the hurricane, three
13 hours of time is recorded for the port main
14 engine and the starboard main engine being on,
15 correct?
16      A    Correct.
17      Q    And the total for each of those
18 engines increased by only three hours,
19 correct?
20      A    Correct.
21      Q    And you used only 200 gallons of
22 fuel, right?
23      A    Right.
24      Q    And so this document, dated
25 October 28th, 2020, Crosby 470, establishes

Page 151

1  that the port main engine and the starboard
2  main engine were only on for three hours each,
3  correct?
4       A    Correct.
5       Q    And they wouldn't be on at separate
6  times; they would have been on at the same
7  time when the vessel was under way, correct?
8       A    Correct.
9            MR. RUFTY:
10                Object to form.
11  EXAMINATION BY MR. GUILLOT:
12      Q    If we go to the next page, Crosby
13  471, it shows 14 hours, each, for the port
14  main engine and the starboard main engine.  Do
15  you see that?
16      A    Yeah.
17      Q    And the total time increased by 14
18  hours?
19      A    Yes.
20      Q    And then coming up to the second to
21  the last page, October 30th, 24 hours, each,
22  with the total time increasing by 24 hours,
23  right?
24      A    Right.
25      Q    Do you remember, a couple days

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 155

1              Object to form.  Lack of
2        foundation.
3           THE WITNESS:
4              I don't -- I don't recall
5        what -- I know the engines was running.
6        They was running, you know, during --
7        they was cranked up, ready to go.  I
8        don't recall what before or, you know,
9        how long they was running before or not.
10  EXAMINATION BY MR. GUILLOT:
11     Q    Well, the log here that we just
12  went over, that you testified, shows the
13  amount of time that the engines were running
14  that day.  It's three hours, right?
15     A    Right.
16     Q    Okay.  And the ENDEAVOR was tied to
17  the THOR from 0800 to 1600 hours, which is
18  eight hours, right?
19     A    Right.
20     Q    So it's impossible for the engines
21  to have been on that whole time, correct?
22     A    Right.  Correct.
23     Q    Correct?  Right.  And we also went
24  over how the log from October 28th shows that
25  the ENDEAVOR was actively engaged in movement

Videotaped Deposition of Rene Artigos
All Coast, LLC v. Shore Offshore Services, LLC

Page 326

1  REPORTER'S CERTIFICATE
2
3      This certification is valid only for a transcript accompanied by my original
4  signature and original required seal on this page.
5
6          I, Linda G. Griffin, Certified Court Reporter in and for the State of
7  Louisiana, as the officer before whom this testimony was taken, do hereby certify that
8  RENE ARTIGOS, after having been duly sworn by me upon authority of R.S. 37:2554, did
9  testify as hereinbefore set forth in the foregoing 325 pages; that this testimony was
10 reported by me in the stenotype reporting method, was prepared and transcribed by me
11 or under my personal direction and supervision, and is a true and correct
12 transcript to the best of my ability and understanding; that the transcript has been
13 prepared in compliance with transcript format guidelines required by statute or by
14 rules of the board, that I have acted in compliance with the prohibition on
15 contractual relationships, as defined by Louisiana Code of Civil Procedure Article
16 1434 and in rules and advisory opinions of the board; that I am not related to counsel
17 or the parties herein, nor am I otherwise interested in the outcome of this matter.
18
19
20
21          _____
             LINDA G. GRIFFIN, RPR
22           CERTIFIED COURT REPORTER
23
24
25