

**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: Engine Shut Down Procedures | Revision Number: 5 | Date Effective: 4/2013 | Section: 7.6 |
|---|---|---|---|
| | Prepared By: Safety | Approved By: KC | Page: Page 1 of 1 |

A. **GENERAL GUIDANCE/OVERVIEW**

The purpose of this procedure is to provide guidance for shutting down the main engine on Crosby Tugs vessels during routine vessel delays.

B. **PROCEDURES**

1. First, make sure conditions are safe. While awaiting locks, during fog delays, or when loading or discharging barges, shut down at least one engine (two, if safety conditions allow), in an effort to conserve fuel and reduce cost.

2. Engine shutdown periods are a prime time for the engineer to make engine inspections to discover and correct potential problems and to perform routine maintenance.

3. During extended delays, engines should be restarted every 12 hours and brought to operating temperature to check equipment, with particular attention to the main engine lube oil levels and air starters. Report any discrepancies immediately to the Operations Department.

**EXHIBIT**

**U**