**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: Voyage Planning | Revision Number: 7 | Date Effective: 11/2018 | Section: 7.1 |
|---|---|---|---|
| | Prepared By: Safety | Approved By: KC | Page: Page 1 of 4 |

A. **GENERAL GUIDANCE/OVERVIEW**

The purpose of this procedure is to establish a standard for operating and to improve planning for vessel movement safely. This procedure outlines suggestions to assist the crew in organizing and planning a shift, trip and watch to ensure a safe and efficient voyage that safeguards crewmembers, equipment and the environment. The Voyage Assessment form (CT-214) of the form manual should be utilized.

Definitions:

1. Trip – The period of time from when the crewmember joins the vessel until they depart.

2. Voyage – The planned transit of the vessel from a specific starting point to a planned ending point or the duration of the trip.

3. Watch – The daily time period that a crewmember is responsible for the safe navigation of the vessel.

B. **RESPONSIBILITY**

1. The Operations Department is responsible for implementing this procedure and ensuring that vessel personnel are aware of the requirement outlined.

2. The vessel Captain is responsible for ensuring compliance with this procedure.

3. The vessel operator is responsible for complying with the applicable elements of this procedure during the watch.

4. The Master must take into consideration crewmember knowledge, qualifications, limitations and experience on vessels and the specific tow configuration when completing the Voyage Assessment.

5. Voyage Assessment must be review before each watch and logged accordingly.

**EXHIBIT**

___V___

CROSBY 000639



**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title:<br>**Voyage Planning** | Revision Number:<br>**7** | Date Effective:<br>**11/2018** | Section:<br>**7.1** |
|---|---|---|---|
| | Prepared By:<br>**Safety** | Approved By:<br>**KC** | Page:<br>**Page 2 of 4** |

### C. PROCEDURES

Planning will be performed on a trip, voyage and watch basis as appropriate to the vessel's operational assignment, crewing level and area of operations.

### D. GUIDELINES

1. Trip – Upon joining the vessel at the beginning of a watch, the Captain should:

    a. Be familiar with and comply with all the Company operating policies and procedures.

    b. Ensure that the vessel is properly equipped and ready to perform its assigned tasks.

    c. Ensure sufficient crew is available to operate the vessel per the job being performed.

    d. Review the status of any ongoing vessel repairs and scheduled maintenance.

2. Voyage – Upon receiving orders to commence a voyage, and/or when
    Joining the vessel underway, the vessel Captain should:

    a. Make an Official Log entry stating date and time Voyage Assessment was created. Log entry should also state persons creating the Voyage Plan and state and end points of the intended voyage.

    b. Determine the vessel's position, destination, tow
        Configuration and draft, vertical clearance, cargo, river
        stages along the route, and handling characteristics of the
        vessel and tow.

    c. Be familiar with the charts, maps and light list for the planned
        route and operating area, and ensure they are up to date.

    d. Frequently review weather forecasts, current and river
        and planned voyage route and operating area.



**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: Voyage Planning | Revision Number: 7 | Date Effective: 11/2018 | Section: 7.1 |
|---|---|---|---|
| | Prepared By: Safety | Approved By: KC | Page: Page 3 of 4 |

 e. Identify any known operating hazards along the planned route including any hazardous bridges, waterways or locks. Ensure that offshore installations are not used as waypoints in the voyage.

 f. Ensure that bridge transits will be in accordance with the Crosby Tugs Bridge Transit Procedure.

 g. Identify and comply with any Vessel Traffic Service (VTS) along the planned route.

 h. Review the current Notice to Mariners for the planned voyage.

 i. Comply with all MARSEC levels in effect along the planned route.

 j. Ensure that sufficient crew is available to operate the vessel as per its tasks.

 k. A new Voyage Assessment must be made prior to substantially deviating or abandoning the planned route.

3. Watch  - Follow the change of watch policy that includes at a minimum exchanging the following information:

 a. VHF working channels in use.

 b. Performance of the vessel, its engines, steering system, pumps, generators, and other critical machinery.

 c. Location and direction of the vessel, including traffic in the area and whether the tow is overtaking, or being taken.

 d. Evaluate the danger of each closing visual or radar contact to ensure all vessels maintain an acceptable CPA (Closed Point of Approach).



**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title:<br>**Voyage Planning** | Revision Number:<br>**7** | Date Effective:<br>**11/2018** | Section:<br>**7.1** |
|---|---|---|---|
| | Prepared By:<br>**Safety** | Approved By:<br>**KC** | Page:<br>**Page 4 of 4** |

  e. Current, Sea, and expected River and weather conditions.

  f. Work assignments of the deck crew and/or vessel engineer.

  g. Orders of information received from the dispatcher.

  h. Determine and schedule any necessary safety drills and/or meetings.

  i. The off going Captain should communicate to the oncoming Captain, all pertinent safety and navigational information necessary to the safe operation of the vessel.

# VOYAGE ASSESSMENT
**Crosby Tugs, LLC**
17771 Hwy 3235 Galliano, LA 70354
PO BOX 279 Golden Meadow, LA 70357
Main: (985) 632-7575   Fax: (985) 632-7572



| VESSEL: | MASTER'S NAME: | DATE OF DEPARTURE: |
|---|---|---|
| VESSEL ORDERS: | DATE RCVD: | RCVD FROM: | NOTICE OF ARRIVAL REQUIRED: ☐ YES ☐ NO |

### DEPARTURE

| ETD: | CURRENT INFO: | DEP: | ARR: | TIDE INFO: | DEP: | ARR: |
|---|---|---|---|---|---|---|

**VESSEL DRAFTS:**   FORE:   AFT:    **MINIMUM UNDER KEEL CLEARANCE:**   LOCATION:

**LOADLINE:** ☐ MANNED  ☐ UNMANNED  ☐ N/A    **AIR DRAFT RESTRICTIONS (INCLUDING TIDE & RIVER STAGES):**   CLEARANCE:    **PILOT REQUIRED:** ☐ YES  ☐ NO

### EQUIPMENT CHECK:
*(ALL UNDERLINED ITEMS SHALL BE ENTERED IN THE VESSEL'S LOG PRIOR TO DEPARTURE OR AS REQUIRED BY REGULATION)*

☐ STEERING GEAR  ☐ WHISTLE  ☐ COMMS-VHF / PHONE  ☐ NAV LIGHTS  ☐ SEARCH LIGHTS  ☐ PROPULSION CONTROLS / THRUSTERS
☐ RADARS OPERATIONAL & SCALE APPROPRIATE  ☐ ANCHOR READY FOR EMER.  ☐ EMERGENCY TOW AVAIL.  ☐ LOADLINE  ☐ AIS
☐ DEPTH SOUNDER FUNCTIONING / APPROPRIATE SCALE  ☐ CONDUCT GMDSS SETUP / VERIFY DP FUNC.  ☐ VERIFY MANNING REQ ARE MET (Provide Crew List)
☐ ENSURE COMPLIANCE W/APP. STABILITY REQUIREMENTS  ☐ ENSURE APPROPRIATE FLAGS, LIGHTS, & DAYSHAPES ARE SHOWN
☐ CHECK OPERATION OF GYRO / MAGNETIC COMPASS (Note Errors & Deviation)  ☐ PILOT HOUSE INSTRUMENTATION CONTROLS
☐ SAFETY ORIENTATION FOR PACs, NEW HIRES, & OFFSHORE WORKERS (Held as Required)  ☐ ABANDON SHIP, FIREFIGHTING (Training & Drills as Held)
☐ TEST OF EMERGENCY LIGHT / POWER (Weekly, Monthly, Semi-Annually, as held)  ☐ DEADLIGHT COVERS SEC.  ☐ MAIN PROPULSION FORWARD & ASTERN TEST

### WEATHER CONSIDERATIONS: (CURRENT & FORECASTED FOR ROUTE)

| | AT ETD | 6 HRS | 12 HRS | 24 HRS | | | | |
|---|---|---|---|---|---|---|---|---|
| **VISIBILITY** | | | | | SCUPPERS CLEAR ☐ YES ☐ NO | | DECK SECURE ☐ YES ☐ NO | |
| **WINDS** | | | | | LINES AWAY ☐ YES ☐ NO | | EQUIPMENT SECURE ☐ YES ☐ NO | |
| **SEA STATE** | | | | | W/T DOORS SECURE ☐ YES ☐ NO | | HATCHES SECURE ☐ YES ☐ NO | |

**REQUIRED CHARTS / PUBS FOR ROUTE:**    ROUTE PLOTTED ON PAPER CHART ☐ YES ☐ NO    ROUTE PLOTTED ON ELEC. CHART ☐ YES ☐ NO

### TUG & BARGE

**LEAVING DOCK MAKEUP:** ☐ PUSHING  ☐ ALONGSIDE  ☐ ALONGSIDE STERN FIRST  ☐ TOWING

| TOW & TERMINAL GEAR TO BE USED EXAMINED & FOUND SATISFACTORY ☐ YES ☐ NO ☐ N/A | ASSIST REQUIRED ☐ YES ☐ NO | ASSIST ORDERED ☐ YES ☐ NO | WHERE ASSIST TO BE USED: |
|---|---|---|---|

**DEPARTURE PLAN COMMUNICATED TO:** ☐ DECKHAND  ☐ BARGEMEN  ☐ ASSIST BOAT  ☐ WATCH TEAM
**NOTIFICATIONS:** ☐ CUSTOMER SERVICE  ☐ LINE HANDLERS  ☐ VTS/TR  ☐ BRIDGES

**TRANSITING MAKEUP:** ☐ PUSHING  ☐ ALONGSIDE  ☐ ALONGSIDE STERN FIRST  ☐ TOWING

**LIST OF LOCKS THAT WILL BE TRANSITED:**

**IF OUT OF RADIO RANGE, CALL IN EVERY (6) HOURS (INIT.)**    CAPTAIN: _____   MATE: _____

***IF ANTICIPATING WINDS OVER 30 KNOTS OR SEAS ABOVE 6' AT ANY TIME DURING THE VOYAGE, YOU MUST REVIEW YOUR VOYAGE PLAN WITH OFFICE PERSONNEL PRIOR TO DEPARTURE.***

### CAPTAIN'S ADVISORIES & TRIP NOTIFICATIONS:

| CALCULATED SPEED: | ETA: | SECURITY CALLS/ ZONES OR SPECIAL NAVIGATION AREAS: |
|---|---|---|
| PROPOSED WAYPOINTS: | | DANGER AREAS: |
| | | MARINE TRAFFIC DENSITY: |

**COMPLETED BY:**

| NAME: | SIGNATURE: | POSITION: | DATE: |
|---|---|---|---|

**REVIEWED AT WATCH CHANGE BY:**

# VOYAGE ASSESSMENT
**Crosby Tugs, LLC**
17771 Hwy 3235 Galliano, LA 70354
PO BOX 279 Golden Meadow, LA 70357
Main: (985) 632-7575   Fax: (985) 632-7572



| NAME: | SIGNATURE: | POSITION: | DATE: |
|---|---|---|---|
|  |  |  |  |

### ARRIVAL

| DESTINATION: | BERTH: |
|---|---|
| ETA: | CURRENT AT ARRIVAL: | TIME OF NEXT SLACK WATER: |

**WEATHER CONDITIONS AT SEA:**

VISIBILITY: _____

WINDS: _____

SEA CONDITIONS: _____

### EQUIPMENT CHECKS:

☐ CHECK STEERING SELECTOR SWITCHES FORE / AFT STEERING STATIONS FOR PROPER SELECTION PRIOR TO ENTERING CHANNEL OR BEFORE SWITCHING CONTROL STATIONS

#### TUG & BARGE

| ASSIST REQUIRED ☐ YES ☐ NO | ASSIST ORDERED ☐ YES ☐ NO | WHERE ASSIST TO BE USED: | |
|---|---|---|---|
| PILOT REQUIRED ☐ YES ☐ NO | PILOT ORDERED ☐ YES ☐ NO | CAPTAIN RECENCY ☐ YES ☐ NO | MATE RECENCY ☐ YES ☐ NO |
| ARRIVAL PLAN COMMUNICATED TO: ☐ DECKHAND ☐ BARGEMEN ☐ ASSIST BOAT ☐ WATCH TEAM | | NOTIFICATIONS: ☐ CUSTOMER SERVICE ☐ LINE HANDLERS ☐ VTS/TR ☐ BRIDGES | |

**MINIMUM UNDER KEEL CLEARANCE AT DOCK:**

| HANDLING CHARACTERISTICS: ☐ GOOD ☐ FAIR ☐ POOR | FIELD OF VISION FROM PILOT HOUSE: ☐ GOOD ☐ FAIR ☐ POOR |
|---|---|

**CAPTAIN'S ADVISORIES/ TRIP NOTATIONS/ KNOWN HAZARDS TO NAVIGATION:**




**REMARKS: (Delays, Service Issues, Charterer Comments, Observations, known Non-Conformities or Deficiencies etc.)**




### VOYAGE ASSESSMENT MUST BE REVIEWD BEFORE EACH WATCH

**COMPLETED BY:**

| NAME: | SIGNATURE: | POSITION: | DATE: |
|---|---|---|---|

**REVIEWED AT WATCH CHANGE BY:**

| NAME: | SIGNATURE: | POSITION: | DATE: |
|---|---|---|---|