**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: | Revision Number: | Date Effective: | Section: |
|---|---|---|---|
| **Scheduling Horsepower Procedure** | **6** | **6/2017** | **7.19** |
| | Prepared By: **Safety** | Approved By: **KC** | Page: **Page 1 of 4** |

### A. GENERAL GUIDANCE/OVERVIEW

The purpose of this procedure is to establish a uniform system for the scheduling of horsepower (i.e., assigning a vessel to a vessel or group of barges to form a tow). Following this procedure will enable the Crosby Tugs Operations to maximize horsepower efficiency.

When assigning vessels to trips, every effort will be made to maximize the horsepower to tow ratio in order to utilize the horsepower most efficiently.

### B. RESPONSIBILITY

1. The Operations Department is responsible for all aspects of scheduling horsepower to tow ratio. The Operations Department carry out the following duties:

    a. Assign horsepower to voyages during business hours based on towing requirements.

    b. Coordinate with the night dispatchers the horsepower schedule for after business hour moves.

    c. Provide to the sales department information on available horsepower.

    d. Coordinate with the Maintenance Department on scheduled or unscheduled maintenance.

    e. Discuss with the Personnel Department the capabilities of the current crewmembers.

    f. Confirm with the Vessel Captain the routes to be taken by tow and navigation capabilities.

**EXHIBIT**
___W___



| Crosby Tugs, LLC | | | |
|---|---|---|---|
| Towing Safety & Environmental Management System Manual | | | |
| Title:<br>**Scheduling Horsepower Procedure** | Revision Number:<br>**6** | Date Effective:<br>**6/2017** | Section:<br>**7.19** |
| | Prepared By:<br>**Safety** | Approved By:<br>**KC** | Page:<br>**Page 2 of 4** |

2. The Operations department is responsible for communicating trip orders to vessel personnel and for transferring the pertinent information on a trip to hard copy order log sheet. They carry out the following duties:

   a. Assign horsepower to trips.

   b. Call duty Operations Managers on scheduling questions and when problems occur.

   c. Coordinate vessel maintenance issues with Port Maintenance Department.

3. The following minimum guidelines shall be incorporated into deciding the horsepower/tow ratio (During high river stages, if the master deems appropriate an assist tug should used):

   a. River Tow

      i. **Liquid Cargo** - (1) 25 BHP per 1,000 bbls in tow; Minimum BHP = 750

      ii. **Dry Cargo-** (1) 250 HP per 1,500 tons of cargo (one loaded barge) (max 6 barges)

   b. ICWW Tows

      i. **Liquid Cargo:**

         1. (1) Tow size 60,000 bbls or less: 20 BHP per 1,000 bbls in tow; Minimum BHP = 600

         2. Tow size 60,000 to 80,000 bbls: 22.5 BHP per 1,000 bbls in tow

         3. Tow size greater than 80,000 bbls: 24 BHP per 1,000 bbls in tow

      ii. **Dry Cargo:**



**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: Scheduling Horsepower Procedure | Revision Number: 6 | Date Effective: 6/2017 | Section: 7.19 |
|---|---|---|---|
| | Prepared By: Safety | Approved By: KC | Page: Page 3 of 4 |

    1. 200 HP Per 1,500 tons of cargo (one loaded barge) (max 6 barges)

4. Towing equipment and procedures- tugs

    a. Regardless of their normal towing configuration, tugs in ocean-going and/or coastal service should also be capable of towing barges astern.

        i. **Tow wire- required specification**- The size, length and breaking strength of tow wires should correspond to the guidance shown in the following table:

| Guideline for Tow Wire Size | | | |
|---|---|---|---|
| **Horsepower** | **Wire Diameter** <br> **(6/19 construction)** | **Breaking Strength (Tons)** | **Minimum Tow Wire Length** |
| <1,000 hp | 1 inch (2.5 mm) | 51.7 | 1,800 ft (548 m) |
| 1,000-1,500 | 1-1.25 inch (26-29 mm) | 79.9 | 1,800 ft (548 m) |
| 1,500-2,000 | 1-1.25 inch (26-29 mm) | 79.9 | 1,800 ft (548 m) |
| 2,000-2,500 | 1.25-1.50 inch (32-38 mm) | 114 | 1,800 ft (548 m) |
| 2,500-3,000 | 1.50-2.0 inch (38-52 mm) | 198 | 2,000 ft (609 m) |
| 3,000-4,000 | 2.0 inch (52 mm) | 198 | 2,200 ft (670 m) |
| 4,000-5,000 | 2.25 inch (57 mm) | 247 | 2,400 ft (731 m) |
| 5,000-7,000 | 2.25-2.50 inch (57-64 mm) | 302 | 2,400 ft (731 m) |
| 7,000-10,000 | Breaking strength should be 2.5 times the bollard pull. | | 2,400 ft (731 m) |
| Note: Tow wires should meet either the wire diameter or breaking strength requirement. | | | |



**Crosby Tugs, LLC**

**Towing Safety & Environmental Management System Manual**

| Title: | Revision Number: | Date Effective: | Section: |
|---|---|---|---|
| **Scheduling Horsepower Procedure** | **6** | **6/2017** | **7.19** |
| | Prepared By: **Safety** | Approved By: **KC** | Page: **Page 4 of 4** |

    ii. As a minimum, tug horsepower should meet the guidelines in the table below.

| Guidelines for Tug Minimum Horsepower (hp) | | | |
|---|---|---|---|
| Tow Size | Inland | Coastal | Ocean |
| 0-22,500 bbls (0-3,000 m3) | 800 hp | 1,000 hp | 1,200 hp |
| 60,000 bbls (8,000 m3) | 1,800 hp | 2,000 hp | 2,500 hp |
| 80,000 bbls (10,700 m3) | 2,400 hp | 2,800 hp | 3,000 hp |
| 150,000 bbls (20,000 m3) | 4,200 hp | 4,500 hp | 5,000 hp |
| 300,000 bbls (40,000 m$^3$) | 8,000 hp | 8,000 hp | 9,000 hp |
| > 300,000 bbls (>40,000 m$^3$) | 26.5 hp per 1,000 bbls or 133 m$^3$ | | |

Notes:

- Dual- propulsion power is required for all coastal and ocean units and all inland tows greater than 30,000 bbls (4,000 m$^3$).
- Interpolating between tow sizes will be necessary for sizes not shown.
- This table does not supersede any local established safe practice that already exists.