UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, come Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC (collectively, "Movants"), and submit the following Statement of Uncontested Material Facts in accordance with Rule 56 of the Federal Rules of Civil Procedure and in support of their Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability.

1. On 28 October 2020, the derrick barge THOR broke free from her moorings at Martin Energy Dock No. 16 in Port Fourchon during Hurricane Zeta and, with her assist tug, the ENDEAVOR coupled to her, came into contact with certain vessels and other property in and along the Bayou Lafourche channel (the "Breakaway Incident").[1]

---

[1] Civil Action No. 21-464, Rec. Doc. 1, ¶8.

1

2. The THOR is a non-self-propelled derrick barge[2] owned by Modern American Railroad Services, LLC ("MARS") and was at the time bareboat chartered by Shore Offshore Services, LLC ("Shore").[3]

3. In late October 2020, the THOR was working for Fieldwood Energy LLC ("Fieldwood") south of Port Fourchon with the support of the ENDEAVOR.[4]

4. The ENDEAVOR is a vessel owned by Crosby Marine Transportation, LLC[5] and operated by Crosby Tugs, LLC.[6]

5. Shore procured the ENDEAVOR through Dawn Services LLC ("Dawn").[7]

6. In advance of Hurricane Zeta, the ENDEAVOR towed the THOR to Port Fourchon[8] so the derrick barge could seek safe harbor from the developing weather event.[9]

7. The THOR arrived at Martin Energy Dock No. 16 on the night of 26 October 2020.[10]

8. On the night of 26 October 2020, Hurricane Zeta was classified as a Category 1 Hurricane with maximum winds "near 75 mph to 80 mph".[11]

9. The ENDEAVOR remained alongside the THOR as she was made up to the dock overnight on 26 October 2020.[12]

---

[2] Exhibit "B", THOR Spec Sheet and Vessel Particulars, THOR 000002 – THOR 000005; Exhibit "C", Douglas Deposition Transcript, 198:11-18.
[3] Civil Action No. 21-464, Rec. Doc. 1.
[4] Exhibit "D", THOR Daily Progress Report, 25 Oct. 2020, THOR 001234 – THOR 001239.
[5] Crosby Marine Transportation, LLC is not a party to this litigation.
[6] Exhibit "A", ENDEAVOR Certificate of Inspection, CROSBY 002490 – CROSBY 002491.
[7] Exhibit "E", ENDEAVOR On-Hire Letter, DAWN 000379.
[8] Exhibit "G", ENDEAVOR Deck Logs, 26 Oct. 2020, CROSBY 000452.
[9] Civil Action No. 21-464, Rec. Doc. 1, ¶7; see also Exhibit "H", Martin Energy Dock No. 16 Space Dispatch, MARTIN 00803.
[10] Exhibit "I", THOR Daily Progress Report, 26 Oct. 2020, THOR 001036 – THOR 001041; see also Exhibit "G", ENDEAVOR Deck Logs, 26 Oct. 2020, CROSBY 000452.
[11] Exhibit "J", TropicsWatch Hurricane Zeta Advisory 11, CROSBY 000153.
[12] Exhibit "G", ENDEAVOR Deck Logs, 27 Oct. 2020, CROSBY 000453.

10. At approximately 0745 hours on 27 October 2020, the ENDEAVOR requested[13] to leave the THOR before the arrival of the storm to resupply and take on groceries at Crosby's dock.[14]

11. For the ENDEAVOR, Crosby's dock is less than a 15-minute run from the Martin dock.[15]

12. The ENDEAVOR conducted engine repairs, including replacement of "bad" fuel injectors, while at Crosby's dock on 27 October 2020.[16]

13. Shore and the THOR crew were told only that "they are doing something at their dock and then they will be back…before the storm."[17]

14. The ENDEAVOR returned to the Martin dock to stand by alongside the THOR and assist the THOR through the forecasted storm on the morning of 28 October 2020.[18]

15. The ENDEAVOR was alongside the THOR on 28 October 2020 to minimize the chance of a breakaway of the non-self-propelled vessel.[19]

16. The ENDEAVOR was alongside the THOR on 28 October 2020 to provide dock holding assistance.[20]

---

[13] Exhibit "C", Douglas Deposition Transcript, 328:15-329:2.
[14] Exhibit "G", ENDEAVOR Deck Logs, 27 Oct. 2020, CROSBY 000453.
[15] Exhibit "K", Port Fourchon Map, available at https://www.portfourchon.com/about-glpc/port-facts#map; Exhibit "G", ENDEAVOR Deck Logs, 27 Oct. 2020, CROSBY 000453; Exhibit "L", Everett Deposition Transcript, 212:16-213:1.
[16] Exhibit "M", Crosby Daily Work Tickets, 27 Oct. 2020, CROSBY 002607 – CROSBY 002613. The only time the newly installed fuel injectors were "tested" were in transit from the Crosby dock to the THOR on the morning of 28 October 2020. *See* Exhibit "N", Plaisance Deposition Transcript, 232:1-233:12.
[17] Exhibit "F", Sims Deposition Transcript, 96:18-98:1.
[18] Exhibit "N", Plaisance Deposition Transcript, 273:6-274:14; Exhibit "O", Danos Deposition Transcript, 147:23-148:22, 150:4-9; Exhibit "L", Everett Deposition Transcript, 444:19-22.
[19] Exhibit "L", Everett Deposition Transcript, 259:3-9. Captain Walter Everett, Jr., testified further, "I'm there to – as the propelled vessel, because they are non-propelled, to attempt to render aid in case they break away." Exhibit "L", Everett Deposition Transcript, 277:19-278:2.
[20] Exhibit "P", Crosby Corporate Deposition Transcript, 490:1-491:10.

17. The ENDEAVOR was alongside the THOR on 28 October 2020 to push the THOR back into the dock in the event of a breakaway.[21]

18. ENDEAVOR was alongside to attempt to maneuver and render aid to the derrick barge in the event of a breakaway.[22]

19. Greater Lafourche Port Commission (the "GLPC") Ordinance No. 71 provides in pertinent part as follows:

> SECTION 2. When Hurricane Force Winds are expected to occur at Port Fourchon within twenty-four (24) hours, no person shall…allow a Vessel which is not self-propelled by a motor or engine and of which s/he is an owner, to remain in Port Fourchon or moored to Port Pilings without being under the control of a Vessel(s), which is self-propelled by a motor or engine and which is occupied by sufficiently skilled, experienced marine personnel capable of stabilizing and controlling all such Vessel(s) in seas subject to Hurricane Force Winds.[23]

20. The THOR has no independent means of propulsion.[24]

21. Crosby was aware of the requirements of Local Ordinance No. 71 in advance of the Breakaway Incident.[25]

22. The THOR's superintendent knew he was required to have an assist tug alongside while the THOR was docked in Port Fourchon.[26]

23. The ENDEAVOR's captain testified that because his tug was the only self-propelled vessel with the non-self-propelled THOR[27] he knew that the ENDEAVOR had to be moored alongside the THOR in advance of and during the forecasted storm.[28]

---

[21] Exhibit "P", Crosby Corporate Deposition Transcript, 158:24-160:20; Exhibit "N", Plaisance Deposition Transcript, 73:23-74:7, 77:5-15.
[22] Exhibit "N", Plaisance Deposition Transcript, 74:17-75:1, 76:6-14.
[23] Exhibit "Q", Greater Lafourche Port Commission Ordinance No. 71, § 2.b., CPORT 000160-000161.
[24] Exhibit "C", Douglas Deposition Transcript, 469:4-19, 480:17-23.
[25] Exhibit "P", Crosby Corporate Deposition Transcript, 277:15-18; Exhibit "N", Plaisance Deposition Transcript, 78:2-10.
[26] Exhibit "C", Douglas Deposition Transcript, 480:17-23.
[27] Exhibit "L", Everett Deposition Transcript, 273:17-275:15.
[28] Exhibit "L", Everett Deposition Transcript, 279:3-17.

24. Crosby shoreside management was aware that the ENDEAVOR was not fit to serve as a qualified, capable vessel for the non-self-propelled derrick barge under Local Ordinance No. 71.[29]

25. By 0509 hours on 28 October 2020, Crosby shoreside management was aware that the weather system was expected to continue strengthening and that Hurricane Zeta would likely make "landfall on the southeast Louisiana coast" later that afternoon as a Category 2 Hurricane, with predicted winds of "85 mph gusting to 105 mph" and "[m]aximum winds at landfall [ ] likely [to] be near 100 mph," with the possibility that Hurricane Zeta would "strengthen slightly more than indicated."[30]

26. Crosby shoreside management was aware that the ENDEAVOR was not designed to hold the THOR in place at Martin Energy Dock No. 16 or to push the THOR back into the dock in the event of a breakaway.[31]

27. Crosby shoreside management was aware that the ENDEAVOR did not have the thrust capacity to hold or push the THOR back into the Martin dock under the conditions being forecasted.[32]

28. Crosby had no standard practice of telling the vessel crews what the weather conditions were like at the destinations they were being ordered for work.[33]

---

[29] Exhibit "P", Crosby Corporate Deposition Transcript, 315:23-316:6.
[30] Exhibit "R", TropicsWatch Hurricane Zeta Intermediate Advisory 16a, CROSBY 000119. While the ENDEAVOR remained at Crosby's dock on the morning of 28 October 2020, TropicsWatch forecasted: "Conditions will begin to deteriorate quickly later this morning into early this afternoon across the Louisiana, Mississippi, and Alabama coasts as Zeta quickly approaches. Surge impacts will begin along the northern Gulf coast by early this afternoon as any tidal surge will move into the coastal areas more quickly, which may result in some damage to coastal structures near the immediate coast. There is also a chance of severe thunderstorms, including tornadoes, as the heavy rain bands move into the coastal areas later this morning and into this afternoon. The greatest threat of tornadoes will occur east of the center."
[31] Exhibit "P", Crosby Corporate Deposition Transcript, 285:2-6; 384:5-9.
[32] Exhibit "P", Crosby Corporate Deposition Transcript, 294:8-17; Exhibit "L", Everett Deposition Transcript, 286:9-15.
[33] Exhibit "O", Danos Deposition Transcript, 78:3-79:2.

29. Crosby's Corporate Representative and Corporate Director of Quality, Health, Safety (Wade Savoy) testified that "at 75 miles an hour, from this wind direction" any assistance the ENDEAVOR would have been able to provide the THOR "would be marginal."[34]

30. The ENDEAVOR's relief captain confirmed it would be "iffy" whether the ENDEAVOR could keep the THOR against the dock in 75mph winds and that winds in excess of 100mph would prohibit the tug from pushing the derrick barge back into the dock.[35]

31. No one from Crosby ever relayed to any THOR representative or crewmember aboard the THOR that the ENDEAVOR was not designed to hold vessels in place.[36]

32. No one from Crosby ever relayed to any THOR representative or crewmember aboard the THOR that there were any limitations to the assistance the ENDEAVOR would be able to provide during the forecasted conditions.[37]

33. No one from Crosby ever relayed to any THOR representative or crewmember aboard the THOR that the ENDEAVOR would not be able to push the THOR back into the dock in the event of a breakaway.[38]

34. No one from Crosby dispatched additional or alternative tugs to the THOR.[39]

35. The Crosby Operations Department was responsible for implementing Voyage Planning under the Crosby Towing Safety & Environmental Management System Manual.[40]

---

[34] Exhibit "P", Crosby Corporate Deposition Transcript, 249:13-16.
[35] Exhibit "N", Plaisance Deposition Transcript, 89:25-90:25.
[36] Exhibit "P", Crosby Corporate Deposition Transcript, 285:7-13; Exhibit "N", Plaisance Deposition Transcript, 100:12-20, 193:7-23.
[37] Exhibit "P", Crosby Corporate Deposition Transcript, 260:6-13; Exhibit "N", Plaisance Deposition Transcript, 94:23-95:4 ; 98:17-99:2.
[38] Exhibit "P", Crosby Corporate Deposition Transcript, 256:4-10.
[39] Exhibit "P", Crosby Corporate Deposition Transcript, 287:20-23, 192:2-7; Exhibit "N", Plaisance Deposition Transcript, 451:19-453:9.
[40] Exhibit "V", Crosby Towing Safety & Environmental Management System Manual, Voyage Planning, CROSBY 000639.

36. The Crosby Operations Department is not involved in or responsible for implementing voyage assessment procedures.[41]

37. "The Operations Department is responsible for all aspects of scheduling horsepower to tow ratio."[42]

38. The Crosby Operations Department is not involved in assigning vessels to jobs that maximize the horsepower to tow ratio.[43]

39. The ENDEAVOR arrived back at the Martin dock and secured herself to the THOR at approximately 0800 hours on 28 October 2020.[44]

40. Port Fourchon began experiencing significant tropical storm force effects associated with Hurricane Zeta by around 1200 hours on 28 October 2020.[45]

41. The Breakaway Incident occurred at approximately 1600 hours on 28 October 2020.[46]

42. Crosby does not provide its tug crews with any training on how to deal with potential breakaway situations.[47]

43. Starting the ENDEAVOR's engines takes approximately 10 minutes.[48]

44. The ENDEAVOR engineer "log[s] down how many hours the engines ran that day" of the Breakaway Incident.[49]

---

[41] Exhibit "O", Danos Deposition Transcript, 82:6-21.
[42] Exhibit "W", Crosby Towing Safety & Environmental Management System Manual, Scheduling Horsepower Procedure, CROSBY 000685.
[43] Exhibit "O", Danos Deposition Transcript, 94:9-95:7. In fact, Danos conceded that he does not know what horsepower-to-tow ratio is know of anybody in the operations department who understands what horsepower-to-tow ratio is. *See* Exhibit "O", Danos Deposition Transcript, 96:17-23
[44] Exhibit "G", ENDEAVOR Deck Log, 28 October 2020, CROSBY 454.
[45] Exhibit "G", ENDEAVOR Deck Log, 28 October 2020, CROSBY 454.
[46] Exhibit "G", ENDEAVOR Deck Log, 28 October 2020, CROSBY 454.
[47] Exhibit "N", Plaisance Deposition Transcript, 27:9-15.
[48] Exhibit "T", Artigos Deposition Transcript, 95:12-102:7.
[49] Exhibit "N", Plaisance Deposition Transcript, 442:7-12, 464:24-465:7.

45. ENDEAVOR's engine logs show the tug's engines were operational for three hours on 28 October 2020.[50]

46. The Operations Manager and Head of the Operations Department had no experience reading vessel logs at the time of the Breakaway Incident.[51]

47. The Operations Manager and Head of the Operations Department had never reviewed logs from any of Crosby's vessels prior to the Breakaway Incident.[52]

48. The Operations Manager and Head of the Operations Department does not know whether anyone from Crosby shoreside management reviews vessel logs or is in a position to do so.[53]

49. The ENDEAVOR engines were running on the morning of 28 October 2020 when the ENDEAVOR made the approximately 15-minute run from Crosby's dock to Martin Energy Dock No. 16.[54]

50. The ENDEAVOR engines were running during the approximately two and half hours that passed after the breakaway when the ENDEAVOR was operating until she returned to Crosby's dock.[55]

51. It would have been "impossible" for the ENDEAVOR's engines to have been running for the entire eight intervening hours the ENDEAVOR was standing by and coupled to the THOR before the Breakaway Incident.[56]

---

[50] Exhibit "S", ENDEAVOR Engine Log, 28 October 2020, CROSBY 000470; *see also* Exhibit "T", Artigos Deposition Transcript, 150:24-151:4; Exhibit "N", Plaisance Deposition Transcript, 464:24-465:7.
[51] Exhibit "O", Danos Deposition Transcript, 71:18-20.
[52] Exhibit "O", Danos Deposition Transcript, 70:20-22, 71:10-13.
[53] Exhibit "O", Danos Deposition Transcript, 70:23-71:9.
[54] Exhibit "G", ENDEAVOR Deck Log, 28 October 2020, CROSBY 000454.
[55] Exhibit "G", ENDEAVOR Deck Log, 28 October 2020, CROSBY 000454.
[56] Exhibit "T", Artigos Deposition Transcript, 155:11-22.

52. The superintendent of the THOR radioed the ENDEAVOR's captain upon learning that the THOR has begun to break away from the dock.[57]

53. The superintendent of the THOR instructed the ENDEAVOR's captain to push the THOR back into the dock.[58]

54. At the time the superintendent of the THOR instructed the ENDEAVOR's captain to push the THOR back into the dock, the ENDEAVOR's engines were off.[59]

55. Crosby has no written policy requiring crews to keep engines on during hurricane conditions.[60]

56. Crosby has "Engine Shut Down Procedures" in its Towing Safety & Environmental Management System Manual.[61]

57. Crosby "Engine Shut Down Procedures" guides:

    While awaiting locks, during fog delays, or when loading or discharging barges, shut down at least one engine (two, if safety conditions allow), in an effort to conserve fuel and reduce cost.[62]

58. After the THOR was already broken free from the Martin dock, the tug was attempting to direct and maneuver the derrick barge.[63]

59. The THOR with the ENDEAVOR tied to her made contact with other vessels who are claimants here, first the HARVEY SEAS and then the MR. COLBY, where both vessels were moored to dolphins owned by C-Port, LLC across the bayou from the Martin dock.[64]

---

[57] Exhibit "L", Everett Deposition Transcript, 294:20-295:13.
[58] Exhibit "L", Everett Deposition Transcript, 294:20-295:13.
[59] Exhibit "T", Artigos Deposition Transcript, 155:11-22.
[60] Exhibit "P", Crosby Corporate Deposition Transcript, 201:6-202:10; Exhibit "O", Danos Deposition Transcript, 257:18-258:2.
[61] Exhibit "U", Crosby Towing Safety & Environmental Management System Manual, Engine Shut Down Procedures, CROSBY 000656.
[62] Exhibit "U", Crosby Towing Safety & Environmental Management System Manual, Engine Shut Down Procedures, CROSBY 000656.
[63] Exhibit "L", Everett Deposition Transcript, 294:20-295:13.
[64] Captains Everett and Plaisance confirmed seeing ENDEAVOR make contact with certain mooring dolphins after ENDEAVOR uncoupled from THOR. *See* Exhibit "L", Everett Deposition Transcript, 43:16-25; Exhibit "N",

60. The ENDEAVOR was not fast enough to catch up with the THOR in the hurricane surge conditions.[65]

61. The ENDEAVOR ultimately grounded about three and half miles north of the Martin dock.[66]

62. Crosby filed a Complaint for Exoneration from or Limitation of Liability seeking to preclude or limit recovery to $3.75 million—the declared value of the ENDEAVOR immediately following the Breakaway Incident.[67]

Respectfully Submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

---

Plaisance Deposition Transcript, 132:10-24, 334:23-337:2. In addition, video evidence shows the ENDEAVOR coupled to THOR at the point of contact with the HARVEY SEAS and shows direct contact by the ENDEAVOR with the MR. COLBY.
[65] Exhibit "N", Plaisance Deposition Transcript, 202:10-203:9.
[66] Exhibit "P", Crosby Corporate Deposition Transcript, 34:3-6; Exhibit "N", Plaisance Deposition Transcript, 182:16-19; *see also* Exhibit "K", Port Fourchon Map, available at https://www.portfourchon.com/about-glpc/port-facts#map.
[67] E.D. La. Civil Action No. 21-822, Rec. Doc. 1. Crosby Marine Transportation did not join in this filing, has not appeared in this case, or asserted limitation defenses as owner of the ENDEAVOR.

        **AND**

*/s/ Edwin Lazier*
Edwin Christian Laizer
Johnny L. Domiano, Jr.
Matthew C. Guy
Charles A. Cerise, Jr.
Catherine Neal Creed
ADAMS & REESE, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
504-581-3234
edwin.laizer@arlaw.com
johnny.domiano@arlaw.com
matthew.guy@arlaw.com
ceriseca@arlaw.com
cate.creed@arlaw.com
**ATTORNEYS FOR HARVEY GULF INTERNATIONAL MARINE, LLC AND HARVEY SEAS, LLC**

        **AND**

**STAINES, EPPLING & KENNEY, LLP**
*/s/Jason R. Kenney*
**JASON R. KENNEY (#29933)**
**COREY P. PARENTON (#32918)**
3500 North Causeway Boulevard, Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email: corey@seklaw.com
jason@seklaw.com
*Counsel for Intervenor, Certain Underwriters subscribing to Hull & Machinery Policy # GCP 19537*

        **AND**

*/s/ Laurent J. Demosthenidy*
Harold J. Flanagan (#24091)
Laurent J. Demosthenidy (#30473)
Anders F. Holmgren (#34597)
Dennis O. Durocher, Jr. (#36441)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
hflanagan@flanaganpartners.com
ljd@flanaganpartners.com
aholmgren@flanaganpartners.com
ddurocher@flanaganpartners.com
**Attorneys for Weeks Marine, Inc.**
