UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (4)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability, filed on behalf of Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC, in the above-numbered and captioned matter will come for submission on the 12th day of November, 2025, at 10:30 a.m. before the Honorable Jay C. Zainey, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C455, New Orleans, Louisiana 70130.

                                            Respectfully Submitted:

                                            ***/s/ Gavin H. Guillot***
                                            Gavin H. Guillot, T.A. (#31760)
                                            Salvador J. Pusateri (#21036)
                                            Aaron B. Greenbaum (#31752)
                                            Meredith W. Blanque (#32346)
                                            Jacob A. Altmyer (#36352)
                                            Jonathan D. Parker (#35275)
                                            **PUSATERI, JOHNSTON, GUILLOT &**
                                            **GREENBAUM, LLC**
                                            1100 Poydras Street, Suite 2250
                                            New Orleans, LA 70163
                                            Telephone: 504-620-2500
                                            Facsimile: 504-620-2510

Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

**AND**


*/s/ Edwin Lazier*
Edwin Christian Laizer
Johnny L. Domiano, Jr.
Matthew C. Guy
Charles A. Cerise, Jr.
Catherine Neal Creed
ADAMS & REESE, LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
504-581-3234
edwin.laizer@arlaw.com
johnny.domiano@arlaw.com
matthew.guy@arlaw.com
ceriseca@arlaw.com
cate.creed@arlaw.com
**ATTORNEYS FOR HARVEY GULF INTERNATIONAL MARINE, LLC AND HARVEY SEAS, LLC**

**AND**


**STAINES, EPPLING & KENNEY, LLP**
*/s/Jason R. Kenney*
**JASON R. KENNEY (#29933)**
**COREY P. PARENTON (#32918)**
3500 North Causeway Boulevard, Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email: corey@seklaw.com
jason@seklaw.com

2

*Counsel for Intervenor, Certain Underwriters subscribing to Hull & Machinery Policy # GCP 19537*

**AND**

*/s/ Laurent J. Demosthenidy*
Harold J. Flanagan (#24091)
Laurent J. Demosthenidy (#30473)
Anders F. Holmgren (#34597)
Dennis O. Durocher, Jr. (#36441)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
hflanagan@flanaganpartners.com
ljd@flanaganpartners.com
aholmgren@flanaganpartners.com
ddurocher@flanaganpartners.com
**Attorneys for Weeks Marine, Inc.**