## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF MODERN** | * | **CIVIL ACTION NO. 2:21-CV-00258-** |
| **AMERICAN RAILROAD** | * | **JCZ-KWR (lead case) c/w 21-337, 21-464,** |
| **SERVICES, LLC, as Owner, and** | * | **21-822, 21-1968, 21-1969, 21-1981, 21-** |
| **SHORE OFFSHORE SERVICES,** | * | **1982, 21-2075** |
| **LLC, as Bareboat Charterer and** | * | **Pleading applies to all cases.** |
| **Owner** *Pro Hac Vice* **of D/B THOR** | * | |
| **PETITIONING FOR** | * | **JUDGE JAY C. ZAINEY** |
| **EXONERATION FROM AND/OR** | * | |
| **LIMITATION OF LIABILITY** | * | **MAGISTRATE EVA J. DOSSIER** |
| | * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that claimants Lewis Andrews, Patrick Burnett, Brian Cloyd, and Wallace McCray will submit for consideration their renewed motion to bifurcate limitation proceedings before the Honorable Jay C. Zainey on November 26, 2025 at 10:30 am.

Respectfully submitted,

**ARNOLD & ITKIN, LLP**

/s/      J. Kyle Findley
J. Kyle Findley (#34922)
kfindley@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

**ATTORNEYS FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, on October 31, 2025.

                                             /s/    J. Kyle Findley (#34922)