**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC**<br><br>**VERSUS**<br><br>**SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; AND MARTIN ENERGY SERVICES, LLC** | **CIVIL ACTION NO. 21-258 LEAD CASE, c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, and 23-3220**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE EVA J. DOSSIER**<br><br>**Applies to: All Cases** |

**ORDER**

Considering the foregoing Motion to Continue the Submission Date of all motions filed in these consolidated cases and which are presently set for submission on November 12, 2025,

**IT IS ORDERED** that the motion is **GRANTED** and the submission date on all motions in these consolidated cases which are presently set for submission on November 12, 2025 is **CONTINUED** to November 26, 2025.

New Orleans, Louisiana, this 3rd day of November, 2025.

Jay C. Zainey

**UNITED STATES DISTRICT JUDGE**