**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC**<br><br>**VERSUS**<br><br>**SHORE OFFSHORE SERVICES, LLC** | **CIVIL ACTION NO: 21-258**<br>**c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE EVA J. DOSSIER**<br><br>**APPLIES TO ALL CASES** |

**U.S. SPECIALTY INSURANCE COMPANY'S MOTION TO ADOPT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING CROSBY'S ENTITLEMENT TO EXONERATION FROM OR LIMITATION OF LIABILITY**

**NOW INTO COURT**, through undersigned counsel, comes Claimant, U.S. Specialty Insurance Company ("USSIC"), who respectfully files this Motion to Adopt Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (R. Doc. 789) (hereinafter, "Motion"), filed by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, Inc. For the reasons set forth in the accompanying memorandum of law, USSIC adopts and incorporates by reference, as if copied herein, the arguments, facts, and legal authorities set forth in their Motion, regarding Crosby Tugs LLC's lack of exoneration from or limitation of liability in this matter.

**WHEREFORE, PREMISES CONSIDERED,** Claimant, U.S. Specialty Insurance Company, respectfully prays that its Motion to Adopt Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (R. Doc. 789) be granted as if filed independently and separately by U.S. Specialty Insurance Company for its own benefit, and for any further relief to which it is entitled.

Respectfully Submitted:

**DEGAN, BLANCHARD & NASH**

*/s/ Philip C. Brickman*

Sidney W. Degan, III (#4804)
Philip C. Brickman (#25586)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
Email: sdegan@degan.com
pbrickman@degan.com
***Counsel for U.S. Specialty Insurance Company***