**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **LEAD CASE: 2:21-cv-258-JCZ-EJD c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, LLC; and MARTIN ENERGY SERVICES, LLC** | **MAGISTRATE EVA J. DOSSIER**<br><br>**Applies to All Cases** |

**GARBER BROS., LLC'S MOTION TO JOIN IN AND ADOPT RECORD DOCUMENTS 806, 810, 789**

Defendant, Garber Bros., L.L.C. ("Garber"), pursuant to Federal Rule of Civil Procedure 10(c), hereby joins and adopts by reference the following Motions filed by other parties, including any and all arguments, memoranda, and exhibits, to the extent the arguments contained therein also apply to Garber and are not inconsistent with Garber's position and defenses in this lawsuit:

1. Opposition to Crosby's Motion for Summary Judgment on Liability and Act of God Defense, November 18, 2025, R. 806.

2. Opposition to Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. Motion for Summary Judgment, November 18, 2025, R. 810.

3. Opposition to Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC's Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (R. 789)

**WHEREFORE**, Garber Bros., L.L.C. prays that this Honorable Court grant its Motion to Join in and Adopt the foregoing motions, and after due proceedings, grant the foregoing motions, and, further, Garber Bros., L.L.C. prays for all other relief to which it may be entitled.

Respectfully submitted,
ALLEN & GOOCH, A Professional Corporation

*/s/ John H. Hughes*

JOHN H. HUGHES (#14519)
JohnHughes@AllenGooch.com
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70598-1129
Direct Dial 337-291-1290
Direct Fax 337-291-1295
*Attorney for Garber Bros., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record this 18th day of November, 2025, by e-filing it into the CM/ECF system, which will automatically deliver a copy to all counsel.

*/s/ John H. Hughes*
JOHN H. HUGHES