UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | : | CIVIL ACTION NO: 21-258 |
| | : | c/w 21-337, 24-464, 21-822, 21-1968, |
| VERSUS | : | 21-1969, 21-1982, 21-1981, 21-2227, |
| | | 23-3220 |
| | : | |
| SHORE OFFSHORE SERVICES, | : | SECTION "A" JUDGE ZANEY |
| LLC | : | MAGISTRATE (3) |
| | : | |

**MOTION TO JOIN AND ADOPT CERTAIN PLEADINGS**

MAY IT PLEASE THE COURT:

Claimants RAF, Inc., Global Towing Services, LLC, and Offshore Towing, Inc. (collectively, "Global") respectfully move to join and adopt by reference the following pleadings, including any memoranda, arguments, and exhibits, all as allowed for by Rule 10 (c) of the Federal Rules of Civil Procedure:

1. Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC's Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (*Rec. Doc. 789*);

2. Memorandum in Opposition to Crosby's Motion for Summary Judgment on Liability and Act of God Defense (*Rec. Doc. 806*); and

3. Memorandum in Opposition to Martin Operating Partnership, L.P. and Martin Energy Services, LLC's Motion for Summary Judgment (*Rec. Doc. 810*).

These pleadings are consistent with the positions, claims, and defenses asserted by Global in this litigation.

WHEREFORE, RAF, Inc., Global Towing Services, LLC, and Offshore Towing, Inc. pray that this Honorable Court grant their Motion to Join in and Adopt the foregoing motions, and award the relief requested herein, as well as that which may be appropriate under the circumstances.

Respectfully submitted,

**STAINES, EPPLING & KENNEY, LLP**

*/s/ Corey P. Parenton*
**RUFUS C. HARRIS, III** (#6638)
**COREY P. PARENTON** (#32918)
**JAMES A. CROUCH, JR.** (#35729)
3500 North Causeway Boulevard, Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email: rufus@seklaw.com
corey@seklaw.com
james@seklaw.com
*Claimants, RAF, Inc., Global Towing Services, LLC, and Offshore Towing, Inc.*