# HURRICANE PREPAREDNESS PLAN 2020

# HURRICANE PREPAREDNESS PLAN 2020

# HURRICANE PREPAREDNESS PLAN 2020

MARTIN [00644]




# Hurricane Preparedness Plan



May 2020

MARTIN [00645]




# Hurricane Preparedness Plan



May 2020

MARTIN [00646]

# Table of Contents

MARTIN [00647]

# Table of Contents

*Section 1*

Introduction

- Purpose
- Plan Maintenance
- Definitions
- Saffir – Simpson Scale
- Flag Conditions
- 2020 Storm Names

*Section 2*

- Hurricane Planning Procedures (Phase I – V)

*Section 3*

Contact Information
- Corporate Contacts
- Hurricane Preparation Team Contacts
- Incident Notification Flow Chart
- U.S. Government Contact List
- OSRO Contacts
- Emergency Weather Information Sheets (EWIS)
  - Texas
  - Louisiana
  - Mississippi
  - Alabama
  - Florida

*Section 4*

- United States Coast Guard  - Port Conditions

*Section 5*

- Hazard Assessment

MARTIN [00648]

# Table of Contents (cont.)

*Section 6*

- Emergency Generator Location Log

*Section 7*

- Hurricane Tracking Map

*Section 8*

- Hurricane Safety Topics

  ➢ Generators
  ➢ Chainsaws
  ➢ Snake bite
  ➢ Survival Kit Checklist

*Section 9*

- Facility Pre-Storm and Post Incident Checklist

*Section 10*

- Additional Information/Forms

  ➢ Internal Log
  ➢ Media Log
  ➢ Community Log
  ➢ Employee Emergency Information Form

MARTIN [00649]

# Section 1

MARTIN [00650]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
|---|---|---|
| Introduction | Author: Martin Safety Group | Revision: 4 |

## Purpose

The purpose of this Hurricane Preparedness Plan (HPP) is to provide information necessary for an effective and safe response to hurricanes that could potentially affect Martin operated facilities.  The occurrence of a hurricane could result in damage to facilities from water, wind, utility failures, personal injury, and other incidents that vary in severity from minimal to catastrophic depending on the intensity of the hurricane. Emergency actions will be appropriately escalated, as conditions warrant. The purpose of this plan is to give Martin personnel and its Customers and Clients advance warning and, to allow its staff adequate time to prepare to evacuate in the event of a hurricane.

The concepts and procedures specified by this Hurricane Preparedness Plan are directed at obtaining the following goals:

1. Reducing the vulnerability of all Martin facilities from the loss of life, injury, or damage and loss of property resulting from a tropical storm or hurricane while maintaining the highest level of employee awareness.

2. Preparing for prompt and efficient response and recovery activities to preserve lives and protect the health, safety, and well-being of all Martin employees affected by the event.

## Plan Maintenance

The Hurricane Preparedness Plan (HPP) will be reviewed and updated annually by Martin EH&S Manager(s).

## Plan Training

Annual training of updated HPP shall be performed with all facility personnel and tenants working on the facility before June 1st of every year. Training session shall be documented with attendee signatures and date of training.

MARTIN [00651]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
| Introduction | Author: Martin Safety Group | Revision: 4 |

# Definitions

***Hurricane Season*** - The time of the year when most tropical storms and hurricanes occur. In the Atlantic, Caribbean, and Gulf of Mexico, and Central Pacific, the season is from June through November. The season begins two weeks earlier in the Eastern Pacific.

***Tropical Disturbance*** - A discrete system of apparently organized convection originating in the tropics or subtropics, having a non-frontal migratory character and maintaining its identity for 24 hours or more.

***Tropical Depression*** - A tropical cyclone in which the maximum 1-minute sustained surface wind is 38 mph or less. They form from a tropical wave or tropical disturbance.

***Tropical Storm*** - A tropical cyclone in which the 1-minute sustained surface wind ranges 39-73 mph. Tropical storms pose a threat to life and/or property in coastal areas.

***Hurricane*** - A severe tropical cyclone having winds in excess of 64 knots (74 mph).

***Tropical Storm Watch*** - Tropical storm force winds between 37-73 mph are possible in the next 36 hours.

***Tropical Storm Warning*** - Tropical storm force winds are occurring or are expected within 24 hours.

***Hurricane Watch*** - Hurricane conditions (heavy rain, tidal flooding, and winds above 73 mph) are possible within 36 hours. Prepare to take immediate action in case a warning is issued.

***Hurricane Warning*** - Hurricane conditions are expected within 24 hours. Complete all storm preparations and evacuate if directed by local officials.

***Eye*** - A region in the center of a hurricane (tropical storm) where the winds are light and skies are clear to partly cloudy.

MARTIN [00652]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
| Introduction | Author: Martin Safety Group | Revision: 4 |

***Eye Wall*** - A wall of dense thunderstorms that surrounds the eye of a hurricane.

***Flash Flood*** - A flood that is caused by heavy or excessive rainfall in a short period of time, generally less than 6 hours.

***Flood Watch*** - Flooding is possible within the watch area. Sometimes this is called a Flash Flood Watch or an Urban and Small Stream Advisory to indicate the possibility of rapidly rising water and flooding or high water on streets, underpasses and around storm drains.

***Flood Warning*** - Flooding has been reported or is imminent. Take the necessary precaution if you are in a flood prone area.

***Storm Surge*** - A rise above the normal water level along a shore caused by strong onshore winds and/or reduced atmospheric pressure. The surge height is the difference of the observed water level minus the predicted tide. Hurricanes often produce a high storm surge.

MARTIN [00653]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
|---|---|---|
| Introduction | Author: Martin Safety Group | Revision: 4 |

| Saffir-Simpson Scale for Hurricane Classification | | | | |
|---|---|---|---|---|
| Strength | Wind Speed (Kts) | Wind Speed (MPH) | Pressure (Millibars) | Pressure |
| Category 1 | 64- 82 kts | 74- 95 mph | >980 mb | 28.94 "Hg |
| Category 2 | 83- 95 kts | 96-110 mph | 965-979 mb | 28.50-28.91 "Hg |
| Category 3 | 96-113 kts | 111-130 mph | 945-964 mb | 27.91-28.47 "Hg |
| Category 4 | 114-135 kts | 131-155 mph | 920-944 mb | 27.17-27.88 "Hg |
| Category 5 | >135 kts | >155 mph | 919 mb | 27.16 "Hg |
| Tropical Cyclone Classification | | | | |
| Tropical Depression | 20-34kts | | | |
| Tropical Storm | 35-63kts | | | |
| Hurricane | 64+kts or 74+mph | | | |

MARTIN [00654]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
| Introduction | Author: Martin Safety Group | Revision: 4 |

## STORM WARNINGS

| SMALL CRAFT ADVISORY: | GALE WARNING: | STORM WARNING: | HURRICANE WARNING: |
|---|---|---|---|
| To alert mariners to sustained (more than two hours) weather or sea conditions, either present or forecast, that might be hazardous to small boats. The threshold conditions for the Small Craft Advisory are usually 18 knots of wind (less than 18 knots in some dangerous waters) or hazardous wave conditions. | A warning of winds within the range of 39 – 54 mph (34 – 47 knots). Gale warnings may precede or accompany a hurricane watch. | A warning of winds within the range of 55 – 73 mph (48 – 63 knots). | A warning that indicates that hurricane winds of 74 mph (64 knots) and higher, or a combination of dangerously high water and rough seas, are expected to impact a specified coastal area. When a hurricane warning is announced, hurricane conditions are considered imminent and may begin immediately or at least within the next 12 to 24 hours. When a warning is announced, it is of utmost importance that precautionary measures are taken for protection of life and property. |

MARTIN [00655]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 1 |
|---|---|---|
| Introduction | Author: Martin Safety Group | Revision: 4 |

# 2020 Storm Names

Arthur; Bertha; Cristobal; Dolly; Edouard; Fay; Gonzalo; Hanna; Isaias; Josephine; Kyle; Laura; Marco; Nana; Omar; Paulette; Rene; Sally; Teddy; Vicky & Wilfred

MARTIN [00656]

# Section 2

MARTIN [00657]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 2 |
|---|---|---|
| Hurricane Planning Procedure | Author: Martin Safety Group | Revision: 2 |

# Hurricane Planning Procedures

## Phase I (June 1st – November 30th)

- **Plan and Prepare! (At Work and at Home)**
- Get familiar with local disaster preparedness plan and develop a family disaster response plan. **(At Work and at Home)**
- Formulate/Arrange an offsite staging area for response trailer and movable equipment.
- Determine a location where MTI Equipment (if applicable) and Facility Response Boat are to be moved to.
- Devise a Pre-Hurricane / pre-determined assembly point (inland) or communication system for personnel in advance and discuss assembly point/system in all safety meetings. Stress importance of ensuring that all personnel are safe and accounted for.
- Monitor weather forecasts regularly. (Smartphone, TV, Radio, Internet, Newspaper, etc.)
- Maintain general housekeeping and yard maintenance daily.
- Maintain an extremely low empty used and new drum inventory.
- **Alert Customers and Clients to Hurricane Preparedness Expectations. (June)**
- What is Customer/Client expectation? Meet with each and devise solutions to concerns/problems.
- Identify oilfield related items Customers and Clients store on your facility that could cause problems during Hurricane season and alert them of your concerns and expectations.
- Purchase additional bottles of water for coolers (5 gal.)
- Prepare evacuation essential supplies and materials. **(Both at Work and at Home)**
- Contact your local Office of Emergency Preparedness (OEP) for any changes in evacuation procedures or routes.
- Keep several flashlights and extra batteries easily accessible.
- Prepare CONEX BOX (if applicable)
- Have non-essential pallets located at the facility removed.
- Assure that emergency lighting is in proper working order.
- Keep portable and weather battery-operated radios with extra batteries readily available.
- Test all electrical generators monthly. Keep generators topped off with fuel.
- Purchase blue tarps and store in Response trailer. Potential roof repair.
- Keep facility equipment / rolling stock topped off with fuel.
- Devise/formulate a re-fueling system using tote tanks. (Gasoline/LS Diesel/HS Diesel) Ensure that all needs are met. (Pump, nozzle, hoses, etc…)
- Include Facility Hurricane Prep. Topics into every safety meeting. Document any and all suggestions/conversations on meeting safety paperwork.
- Include Customers or Clients that are on your facility in hurricane safety meetings.
- Attend local / regional Hurricane Awareness Meetings/Seminars. Share acquired data via company share drive. (Houston Share – "Hurricane Awareness" folder)

Revision Date: 5/10/16

MARTIN [00658]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 2 |
|---|---|---|
| Hurricane Planning Procedure | Author: Martin Safety Group | Revision: 2 |

- Arrange re-entry of effected area with a response/inspection team with local law enforcement. Devise a roster of team members with identification numbers. Ensure proper law enforcement has roster. Fax roster to Houston Dispatch. (713.350.2807)
- Amend Facility Checklist and Inventory Logs as needed. Alert Houston Dispatch to any changes/additions.
- Update and resupply response trailer inventory as necessary.

## Phase II (96-72 hours to landfall)

- Monitor weather reports closely
- Conduct Facility Wide Stand-Down Safety Meeting. (Sign in sheet required) Alert all personnel, Customers and Clients to status of storm.
- Pick up all items that can be blown away (signs, garbage cans, empty drums, etc…)
- Reserve additional U-Haul trailer (If necessary)
- Pick up additional U-Haul trailer (If storm track is impending)
- Gather all water cooler bottles. Empty and full. Fill the empty bottles with water. Load in response trailer.
- Load two tote tanks with off-road diesel.  Label Properly. Add - "Response Use Only" Ensure that totes are moved to a pre-determined location with other facility equipment.
- Contact MTI/Contractor to move Connex Box to pre-determined location. (if applicable)
- Board up/Tape off office windows and glass doors.
- Update Houston Dispatch on progress. (800.962.8307)
- Arrange for equipment vendors to pick up rented yard equipment. If not, ensure that rented equipment is moved to higher ground before evacuating facility.
- Arrange for lube inventory (Totes, drums & pails) to be moved off facility. Send all mobile spill kits with inventory. (if applicable)
- Ensure that all lube / fuel related transfers off facility are documented and faxed to Houston Dispatch. (713.350.2807) Write "Hurricane Evac" on faxed paperwork.
- Take photos of facility and equipment and email to Houston Dispatch.
- Clients and Customers need to be reminded of facility timelines and expectations. (Give 48 hr. notice of gate closure and expectation that no one will be left behind)
- Release non-essential personnel. (Reminder: PPE and personal belongings are taken with each person)

## Phase III (72-48 hours to landfall)

- Monitor weather reports hourly.
- Collect contact numbers from all employees (Use employee contact form located on the last page of **Section 10**). Fax list to dispatch in Houston (713.350.2807) and distribute a copy to each employee. Call Houston Dispatch and alert them to fax. (800.962.8307)
- Incident Command System will be established in an unaffected area to monitor impeding storm.
- Incident Command System will establish conference call between MES, MTI and Martin Marine to address pre and post hurricane logistics.

Page **2** of **5**

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 2 |
|---|---|---|
| Hurricane Planning Procedure | Author: Martin Safety Group | Revision: 2 |

- Arrange to have trash dumpster(s) picked up. Additionally, arrange to have dumpster(s) returned after storm.
- Periodically update Houston Dispatch on progress.
- MTI Equipment to be moved to pre-designated location. (If applicable)
- Place any remaining empty drums in warehouse(s)
- Secure/lock response equipment containers, storage containers, etc… and truck out to alternative location.
- Fill all yard tanks.
- Move all remaining empty and full tote tanks into warehouse(s).
- Monitor weather reports every hour.
- Load copier, fax, computer(s), first aid kits, water bottles, all regulatory/company manuals, hand tools and necessary files to 7' X 14' Response trailer/U-Haul Trailer.
- Move facility response boat to pre-determined locations (If applicable).
- Empty and distribute food items in freezer and refrigerator to personnel. Clean out both appliances. Un-plug and leave doors open.
- Establish contact with USCG, local OEP and local authorities.
- Gauge all storage tanks and record – fax data (713.350.2807) to Houston Dispatch.
- Lube storage tanks – Close all valves (receiving, discharge, sight glass, etc…) locking where possible, remove hoses – capping and plugging fittings on hoses and tanks. (Utilize LO/TO process)
- Fuel storage tanks – Close, chain and lock all valves. (Utilize LO/TO process).
- Close, chain and lock all valves on diesel pipeline and fuel stations (receiving and discharge lines) (Utilize LO/TO process).
- Close and lock all drains to tank farm and fuel station containments.
- Remove and store nozzles and fittings from fuel hoses – capping, plugging and securing fittings.
- Drain hoses, cap/plug fittings, roll up and store at pre-determined location.
- Close, chain and lock all water valves (at tanks, in line and at fuel stations)
- Move all rolling stock (Cranes, forklifts, etc…) to pre-determined location and/or higher ground. Cranes are to be boomed down to a 25 degree angle.
- Move and secure all heavy and rolling stock equipment to highest ground possible.
- Notify USCG, State Police (LA / TX / MS / AL depending on location), and local law enforcement of proposed date and time that facility will be evacuated. Give them contact numbers to Facility Management / Key personnel and Houston Dispatch.
- Turn off all breakers to offices and warehouses (Utilize LO/TO process).
- Turn off main power supply breaker(s) to facility (Utilize LO/TO process).
- Close and lock all warehouse doors. (if applicable)
- Ensure that gas appliances are shut down properly (hot water heaters, pilot lights, etc… are extinguished and valves secured) (if applicable)
- Close main gas valve to facility (if applicable)
- Use a digital camera to document protective actions before leaving.
- Ensure that all employees notify Houston Dispatch when they arrive at their evacuation destination.
- Forward phones to Houston Dispatch before leaving facility. (800.962.8307)

Page **3** of **5**

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 2 |
|---|---|---|
| Hurricane Planning Procedure | Author: Martin Safety Group | Revision: 2 |

- Close, lock and board up all non-essential office doors.
- Close and lock all non-essential gates.
- Take 7' X 14' Response trailer to its destination.
- Release remaining non-essential personnel (Reminder: PPE and personal belongings are taken with each person)
- Double check all tank valve status. Ensure that valves are closed and secured. Take photos with digital camera.

## Phase IV (48-24 hours to landfall)

- All Personnel/Customers/Clients are to be evacuated. No exceptions.
- Secure Facility.
- Lock remaining office doors.
- No Vessels moored at facility.
- Main power to offices shut down. (Utilize LO/TO process).
- Perform one last observation of facility from outside fence. Take photos with digital camera of area.
- All gates are chained and locked.
- Notify USCG, State Police (LA / TX / MS / AL depending on location), and local law enforcement that facility is evacuated. (Via cell phone while evacuating the area.)
- Notify Houston Dispatch that facility has been evacuated. (800.962.8307) (Via cell phone while evacuating the area.)

## Phase V ("All Clear"/Recovery)

- No one is to return to facility without contacting/alerting Houston Management first.
- All Employees are to contact Houston Dispatch for instructions on returning to any facility – Give name, current status and distance from facility. (800.962.8307)
- Find out if the authorities have declared the area safe.
- Conduct a re-entry Safety Meeting with all initial responders. Document.
- Wear proper PPE at all times. (Protect yourself)
- Never go into an area alone! Use buddy system and carry communication devices. (Radios, Cell Phones, Satellite phones, etc…)
- Watch for debris on the road while driving.
- Watch for downed power lines. DO NOT CROSS!
- Avoid moving water, regardless of depth or speed. Do not drive through flooded roads. Cars can be swept away or flood out leaving you stranded.
- Return to your pre-determined assembly point and/or contact your pre-established out-of-area contact person. Make sure all personnel have been accounted for and let Houston Dispatch know of your current status. (800.962.8307)
- Be careful when entering a structure that has been damaged.
- If you suspect a gas leak, leave immediately and notify the gas company.

Revision Date: 5/10/16

MARTIN [00661]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 2 |
|---|---|---|
| Hurricane Planning Procedure | Author: Martin Safety Group | Revision: 2 |

- If possible, listen to the radio or contact local authorities to find out if sewage lines are intact before turning on the water or using the toilet.
- Report utility damage to the proper authorities.
- Continue to monitor your radio or television for up-to-date emergency information.
- Do not take unnecessary risks.
- Facility manager shall notify local USCG of facility condition prior to start up.

NOTE: In the event facilities would need to employ contract labor, Area Managers will verify that Contract firms are on Martin's approved access list and an ISNetWorld Contractor prior to hire.

*Recommendation: A regional list of authorized Contractors (plumbers / electricians / labor Contractor / etc…) should be maintained within the Hurricane Preparedness Plan (HPP) at each facility, each hurricane season.

Revision Date: 5/10/16

MARTIN [00662]

# Section 3

MARTIN [00663]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

# Contact Information

| HURRICANE PREPAREDNESS TEAM LISTING | | | |
|---|---|---|---|
| **2020** | | | |
| **MEMBERS, CONTACT #s & LOCATIONS** | | | |
| **MARTIN ENERGY SERVICES LLC / MEGA LUBRICANTS** | | | |
| **TEAM MEMBERS** | **MOBILE** | **HOME** | **LOCATION** |
| Damon King | (713) 825-0960 | (281) 533-0025 | Houston, TX |
| Brad Justice | (713) 859-1557 | (713) 975-0406 | Houston, TX |
| George Dodgen | (713) 842-0472 | (281) 535-9386 | Houston, TX |
| John Coutrada | (504) 858-6670 | N/A | Houston, TX |
| Nathan Kaufhold | (713) 502-1686 | (830) 333-6469 | Houston, TX |
| Jerry Smith | (713) 898-2733 | N/A | Houston, TX |
| John Bemowski | (713) 338-1116 | N/A | Houston, TX |
| Carl DiMario | (251) 375-4624 | N/A | Mobile, AL |
| Robert (Joe) McCarty | (251) 586-4894 | N/A | Mobile, AL |
| Dennis Citty | (713) 294-9472 | N/A | Channelview, TX |
| Liz Thompson | (713) 870-3627 | N/A | Channelview, TX |
| Tommy Godwin | (251) 379-8070 | N/A | Mobile, AL |
| Mark Oliver | (251) 379-0638 | N/A | Theodore, AL |
| Zach Maddox | (228) 591-0031 | N/A | Pascagoula, MS |
| Robbie Plaisance | (985) 696-1511 | (985) 693-3607 | Fourchon, LA |
| Joe Williams | (985) 720-7450 | N/A | Fourchon, LA |
| Glenn Adams | (985) 870-0899 | (985) 384-8985 | Amelia, LA |
| Jared Manuel | (337) 329-2746 | N/A | Jennings, LA |
| Robbie Klein | (337) 329-3924 | N/A | Jennings, LA |
| Grover Crosby | (337) 652-5935 | N/A | Jennings, LA |
| Robert Cast | (409) 460-9306 | (409) 982-0950 | Port Arthur, TX |
| Bernard Duhon | (337) 329-3582 | N/A | 193/Klondike, LA |
| Bob Winget | (409) 770-3430 | (409) 737-2736 | Galveston, TX |
| Dudley Abshire | (409) 332-9314 | (409) 296-3234 | Galveston, TX |
| Jed Weeks | (409) 795-0087 | (409) 927-4315 | Galveston, TX |
| Brian Cain | (361) 484-7802 | N/A | Harbor Island, TX |
| **MARTIN MARINE** | | | |
| **MANAGERS / SUPERVISORS** | **MOBILE** | **HOME** | **LOCATION** |
| Rick Freed | (251) 776-2042 | N/A | La Porte, TX |
| Greg Peabody | (281) 299-9121 | N/A | La Porte, TX |
| Frank Miller | (281) 831-0140 | N/A | Galveston, TX |
| Shawn Roberts | (832) 256-5296 | N/A | Galveston, TX |
| Al Cantu | (281) 881-0236 | N/A | La Porte, TX |
| Managers / Supervisors from unaffected locations will be assigned to affected areas as necessary. | | | |
| Resources from Corporate or other subsidiaries will be requested, as necessary. | | | |
| | | | **Rev. 17    04/2020** |

MARTIN [00664]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

**MARTIN ENERGY SERVICES LLC**
**INCIDENT NOTIFICATION FLOW CHART**
**APRIL 2020**

SPILL

PIC / SPILL OBSERVER

AREA MANAGER (QI) / TERMINAL MANAGER

NOTIFY THE FOLLOWING: OPERATIONS

NATHAN KAUFHOLD – QI
(713) 502-1686 (CELL)
(281) 860-4353 (FAX)
(830) 333-6469 (HOME)

OR

DAMON KING - AQI
(713) 350-6831 (O)
(713) 350-2831 (F)
(713) 825-0960 (CELL)
(281) 533-0025 (HOME)

NOTIFY THE FOLLOWING: MARTIN ENVIRONMENTAL

CARL DIMARIO
(251) 439-7239 (O)
(251) 375-4264 (C)

NOTIFY THE FOLLOWING: RISK MANAGEMENT / CLAIMS

RICK TRYON
(903) 988-6464 (O)
(903) 983-6223 (F)
(903) 237-9837 (C)

NOTIFY THE FOLLOWING; IF NECESSARY:
FOR DRUG AND ALCOHOL SCREENING
(DURING NORMAL BUSINESS HOURS)
GAIL EDMONDSON
(800) 256-6644 OR (903) 988-4203
OR AFTER HOURS
JERRY SMITH
(SEE NUMBERS ABOVE TO RIGHT)
OR CONTACT
SAFETY NOTIFICATION
1-800-577-6570

INJURY

PROPERTY DAMAGE

VEHICLE ACCIDENT

THIRD PARTY

AREA MANAGER / TERMINAL MANAGER

NOTIFY ONE OF THE FOLLOWING: SAFETY
JERRY SMITH
(713) 898-2733 (CELL)
(713) 350-2856 (FAX)
SECONDARY – 1-800-577-6570 (Kilgore Safety)

NOTIFY THE FOLLOWING: OPERATIONS
NATHAN KAUFHOLD
(713) 502-1686 (CELL)
(281) 860-4353 (FAX)
(830) 333-6469 (HOME)

OR

DAMON KING
(713) 350-6831 (O)
(713) 350-2831 (F)
(713) 825-0960 (CELL)
(281) 533-0025 (HOME)

NOTIFY THE FOLLOWING: RISK MANAGEMENT / CLAIMS
RICK TRYON
(903) 988-6464 (O)
(903) 983-6223 (F)
(903) 237-9837 (C)

NOTIFY THE FOLLOWING; IF NECESSARY:
FOR DRUG AND ALCOHOL SCREENING
(DURING NORMAL BUSINESS HOURS)
GAIL EDMONDSON
(800) 256-6644 OR (903) 988-4203
OR AFTER HOURS
JERRY SMITH
(SEE NUMBERS ABOVE) OR
CONTACT
SAFETY NOTIFICATION
1-800-577-6570

All Incident, Accident, and Spill reports shall be completed using the
Martin Connection – "Safety Incident Reports" Portal

Rev. 28  04/20/20
(Yellow)

MARTIN [00665]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |



3 Riverway Suite 400
Houston, Texas 77056
(713) 350-6800 Main
(800) 962-8307 24 Hr

## Emergency Contacts
## 2020 Hurricane Season



2904 N. 23rd St.
La Porte, Texas 77571
(281) 471-2211 Main
(800) 256-6606 24 Hr

### Martin Energy Services LLC

**Damon King / Senior VP MES**

(713) 350-6831 office
(713) 825-0960 cell
(281) 533-0025 home
Email: Damon.King@martinmlp.com

**Brad Justice / VP Strategic Business Management**

(713) 350-6838 office
(713) 859-1557 cell
Email: Brad.Justice@martinmlp.com

**Nathan Kaufhold / VP Terminal Operations**

(713) 350-6833 office
(713) 502-1686 cell
(830) 333-6469 home
Email: Nathan.Kaufhold@martinmlp.com

**Carl DiMario / Manager Waste Program**
(251) 439 7239 office
(251) 375 4264 cell
Email: Carl.Dimario@martinmlp.com

**Jerry Smith / Safety/Special Projects Manager**
(713) 350-6856 office
(713) 898-2733 cell
Email: Jerry.Smith@martinmlp.com

### Martin Marine

**Rick Freed / VP Martin Marine**
(281) 471-2211 office
(281) 842-3906 direct
(251) 776-2042 cell
Email: Richard.Freed@martinmlp.com

**Greg Peabody / Mgr. – Vessel Operations**
(281) 471-2211 office
(281) 842-3915 direct
(281) 299-9121 cell
Email: Greg.Peabody@martinmlp.com

**Shawn Roberts / Mgr. HSSEQT/Vetting**
(281) 471-2211 office
(281) 842-3914 direct
(832) 256-5296 cell
Email: Shawn.Roberts@martinmlp.com

**Frank Miller / Process Assurance Manager**
(281) 471-2211 office
(281) 842-3905 direct
(281) 831-0140 cell
Email: Frank.Miller@martinmlp.com

**Al Cantu / Purchasing**
(281) 471-2211 office
(281) 842-3901 direct
(281) 881-0236 cell
Email: Al.Cantu@martinmlp.com

### Corporate

**Anthony Blake / Director Corporate Safety**
Director Corporate Safety
(903) 522-0128 cell
(903) 988-4201 office
Email: Anthony.Blake@martinmlp.com

**Pete Howard / Director Corporate EH&S**
Director Corporate EH&S
(870) 864-7808 office
(870) 725-6137 cell
Email: Pete.Howard@martinmlp.com

Rev. 12    04/2020

Revision Date: 05/2020

MARTIN [00666]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

# U.S. GOVERNMENT CONTACT LIST

| | |
|---|---|
| **NATIONAL RESPONSE CENTER** | **800/424-8802** |
| USCG Sector Mobile, AL | 251/441-5720 |
| USCG Sector New Orleans, LA | 504/365-2544 |
| USCG Marine Safety Unit, Lake Charles, LA | 337/491-7800 |
| USCG Marine Safety Unit, Morgan City, LA | 985/380-5320 |
| USCG Marine Safety Unit, Port Arthur, TX | 409/723-6500 |
| USCG Sector Houston/Galveston, TX | 281/464-4855 |
| USCG Marine Safety Unit, Texas City, TX | 409/682-1269 |
| USCG Sector Corpus Christi, TX | 361/939-6393 |
| USCG Marine Safety Detachment, Victoria, TX | 361/533-0087 |
| USCG Marine Safety Unit, Brownsville, TX | 956/546-2786 |
| USCG Sector Miami, FL | 305/535-8701 |
| USCG Sector St. Petersburg, FL. (Tampa) | 727/824-7524 |
| USCG Sector Jacksonville, FL | 904/714-7557 |
| USCG Marine Safety Unit, Savannah, GA | 912/652-4353 |
| USCG Sector Charleston, SC | 843/740-7050 |
| USCG Sector Lower Mississippi River (Memphis, TN) | 901/521-4822 |
| USCG Marine Safety Unit, Huntington, WV | 304/733-0198 |
| USCG Marine Safety Unit, Paducah, KY | 270/442-1621 |
| USCG Sector Ohio Valley (Louisville, KY) | 502/779-5400 |
| USCG Sector Upper Mississippi River (St. Louis, MO) | 314/269-2463 |
| USCG Marine Safety Unit, Chicago, IL | 630/986-2155 |
| U.S. Environmental Protection Agency – Atlanta (Region 4) | 404/562-8700 |
| U.S. Environmental Protection Agency – Chicago (Region 5) | 312/353-2000 |
| U.S. Environmental Protection Agency – Dallas (Region 6 | 866/372-7745 |
| U.S. Environmental Protection Agency – Kansas City (Region 7) | 913/281-0991 |

Rev. 8   04/20

Revision Date: 05/2020

MARTIN [00667]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
| Contact Information | Author: Martin Safety Group | Revision: 5 |

# OSRO Contacts

| Company | Contact Number |
| --- | --- |
| OMIES (OMI) | 800-645-6671 |
| Garner Environmental Services | 800-424-1716 |
| ES&H Environmental Services | 877-437-2634 |
| United States Environmental Services | 888-279-9930 |
| Miller Environmental Services | 800-394-8606 |
| Oil Spill Control Assoc. Response Team | 361-882-2656 |
| Oil Recovery Company, Inc. | 800-350-0443 |

Revision Date: 05/2020

MARTIN [00668]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

# External Emergency Contacts by State (Texas)



**NOAA Extreme Weather INFORMATION SHEET**

Weather-Ready Nation: Saving Lives and Livelihoods

## STATE INFORMATION

To download the latest updated version of this sheet: www.ngdc.noaa.gov/newis/

| | |
|---|---|
| Emergency Portal | https://emergency.portal.texas.gov/ |
| Texas Department of Public Safety (www.dps.texas.gov/) | 512-424-2000 |
| Texas Division of Emergency Management (TDEM) (https://tdem.texas.gov/) | 512-424-2208 |
| Texas Department of Transportation - DriveTexas™ Highway Conditions (https://drivetexas.org/) | 1-800-452-9292 |
| Texas Tourism | www.traveltexas.com |
| Texas Highway Patrol (www.dps.texas.gov/tle/) | 512-424-2000 |
| Texas Highway Patrol Motorist Helpline (Texas only) | 1-800-525-5555 |
| Texas Rangers (www.dps.texas.gov/TexasRangers/) | 512-424-2160 |
| Governor's Office (https://gov.texas.gov/) | 1-800-843-5789 |
| Texas Animal Health Commission (www.tahc.texas.gov/index.html) | 1-800-550-8242 |
| Texas Attorney General (www.texasattorneygeneral.gov/) | 1-800-252-8011 or 512-463-2100 |
| Texas Department of Insurance (www.tdi.texas.gov/) | 1-800-578-4677 or 512-676-6000 |
| Texas Commission on Environmental Quality (www.tceq.texas.gov/) | 512-239-1000 |
| Texas Parks & Wildlife Department (https://tpwd.texas.gov/) | 1-800-792-1112 |
| Texas Department of Health & Human Services (www.dshs.texas.gov) | 1-888-963-7111 or 512-776-7111 |
| Texas Department of Agriculture (www.texasagriculture.gov/) | 1-800-TELL-TDA (835-5832) |
| Texas General Land Office (www.glo.texas.gov) | 1-800-998-4456 |
| National Weather Service Forecast Office (Houston/Galveston) (www.weather.gov/hgx/) | 281-337-5074 |
| National Weather Service Forecast Office (Brownsville) (www.weather.gov/bro/) | 956-504-1432 |
| National Weather Service Forecast Office (Corpus Christi) (www.weather.gov/crp) | 361-289-0959 |
| National Weather Service Forecast Office (Lake Charles) (www.weather.gov/lch) | 337-477-5285 |
| National Weather Service Southern Region | www.weather.gov/srh/ |
| US Coast Guard, 8th District | www.atlanticarea.uscg.mil/Our-Organization/District-8/ |
| StormSmart Coasts | http://gom.stormsmart.org/ |
| Brownsville Public Utilities Board (www.brownsville-pub.com) | Power Outage 956-983-6300 |
| CenterPoint Energy (www.centerpointenergy.com/en-us/) | Power Outage 1-800-332-7143 |
| Entergy (www.entergy-texas.com) | Power Outage 1-800-9OUTAGE (968-8243) |
| Nueces Electric Cooperative (www.nueceselectric.org) | 1-800-NEC-WATT (632-9288) |
| San Patricio Electric Cooperative (www.sanpatricioelectric.org) | 1-888-740-2220 or 361-364-2220 |
| American Electric Power (www.aep.com) | 1-800-277-2177 |

**FOR EMERGENCIES CALL 911    ●    FOR NON-EMERGENCIES CALL 211**

## COUNTY INFORMATION

**ARANSAS**
Emergency Management ........................361-790-0100
........www.aransascounty.org/emergencymgmt
Sheriff ..............................................361-729-2222
**BRAZORIA**
Emergency Management ........................979-864-1201
....www.brazoriacountytx.gov/departments/emergency-management
Sheriff ..............................................979-849-2441
**CALHOUN**
Emergency Management ........................361-553-4400
........................www.calhouncotx.org/emgmt.html
Sheriff ..............................................361-553-4646
**CAMERON**
Emergency Management ........................956-547-7000
www.co.cameron.tx.us/administration/emergency_management/index.php
Sheriff ..............................................956-554-6700
**CHAMBERS**
Emergency Management ........................409-267-2445
........www.co.chambers.tx.us/page/emergency_mgt
Sheriff ..............................................409-267-2500
**GALVESTON**
Emergency Management ..................1-888-384-2000
..............................................https://gcoem.org/
Sheriff ..................409-766-2322 or 281-534-3515
**HARRIS**
Emergency Management ........................713-881-3100
......................................www.readyharris.org
Sheriff ..............................................713-221-6000

**JACKSON**
Emergency Management ........................361-782-3398
........www.co.jackson.tx.us/page/jackson.Emergency
Sheriff ..............................................361-782-3541
**JEFFERSON**
Emergency Management ........................409-835-8757
........www.co.jefferson.tx.us/em.htm
Sheriff ..............................................409-835-8411
**KENEDY**
Emergency Management ........................361-595-8527
..............................................www.co.kenedy.tx.us/
Sheriff ..............................................361-294-5205
**KLEBERG**
Emergency Management ........................361-595-8527
........www.co.kleberg.tx.us/page/kleberg.Emergency
Sheriff ..............................................361-595-8500
**MATAGORDA**
Emergency Management ........................979-323-0707
........www.co.matagorda.tx.us/page/matagorda.Emergency
Sheriff ..............................................979-245-5526
**NUECES**
Emergency Management ........................361-533-2355
........www.nuecesco.com/county-services/emergency-management
MetroCom ........................................361-887-2222
**ORANGE**
Emergency Management ........................409-882-7895
........www.co.orange.tx.us/Emergency_Management.html
Sheriff ..............................................409-883-2612
**Continued**

MARTIN [00669]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

**REFUGIO**
Emergency Management.................................361-526-2820
.....................www.co.refugio.tx.us/page/refugio.Emergency
Sheriff....................................................361-526-2351

**SAN PATRICIO**
Emergency Management.................................361-587-3560
.................www.co.san-patricio.tx.us/page/sanpatricio.Emergency
Sheriff....................................................361-364-9600

**VICTORIA**
Emergency Management.................................361-580-5770
.....................http://vctx.org/index.php/emergency-management
Sheriff....................................................361-575-0651

**WILLACY**
Emergency Management.................................956-689-5456
.....................www.co.willacy.tx.us/page/willacy.Emergency
Sheriff....................................................956-689-5576

## NATIONAL INFORMATION

American Red Cross.....................1-800-RED-CROSS (1-800-733-2767)
.....................................................................www.redcross.org
Centers for Disease Control............................................www.cdc.gov
Environmental Protection Agency...................................www.epa.gov
Federal Emergency Management Agency (FEMA).......1-800-621-FEMA (3362)
.....................................................................www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA).........www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA).......www.noaa.gov
   National Weather Service.....................................www.weather.gov
   Gulf of Mexico Disaster Response Center.......oceanservice.noaa.gov/hazards/drc
   National Data Buoy Center...................................www.ndbc.noaa.gov
   National Hurricane Center....................................www.nhc.noaa.gov
   National Centers for Environmental Information (NCEI)...www.ncei.noaa.gov
   National Environmental Satellite, Data, and Information Service (NESDIS)
.....................................................................www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security....................................www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP
Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
.....................................................................www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones....................www.nhc.noaa.gov/mobile

### RADIO STATIONS

| | |
|---|---|
| KLVI 560 AM (Beaumont) | KZFM 95.5 FM (Corpus Christi) |
| KQXY 94.1 FM (Beaumont) | KLAT 1010 AM (Español-Houston) |
| KFRQ 94.5 FM (Brownsville) | KTRH 740 AM (Houston) |
| KURV 710 AM (Brownsville) | KUHF 88.7 FM (Houston) |
| KNCN 101.3 FM (Corpus Christi) | KIXS 107.9 FM (Victoria) |
| KLUX 89.5 FM (Corpus Christi) | KVNN 1340 AM (Victoria) |

### NOAA WEATHER RADIO
*Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |
|---|---|---|---|---|---|---|

### State of Texas Emergency Assistance Registry (STEAR)

Do you or anyone you know need some assistance during times of an emergency event? The state of Texas presents the STEAR program. The STEAR program is a free registry that provides local emergency planners and emergency responders with additional information on the needs in their community. Texas communities use the registry information in different ways. Registering yourself in the STEAR registry DOES NOT guarantee that you will receive a specific service during an emergency. Available services will vary by community. For more information on how your community will use information in the STEAR registry, contact your local emergency management office.

**Registration is VOLUNTARY. All of the information you provide will be kept COMPLETELY CONFIDENTIAL**

**Who Should Register?**
- People with Disabilities
- People with access and functional needs such as:
  - People who have limited mobility
  - People who have communication barriers
  - People who require additional medical assistance during an emergency event
  - People who require transportation assistance
  - People who require personal care assistance

**How to Register**

Register Online at https://tdem.texas.gov/stear/.
Dial 2-1-1 or use your video telephone relay option of choice to contact 211 or call 1-877-541-7905 (Texas Information Referral Network)

**Texas Division of Emergency Management**
https://tdem.texas.gov/

### PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email: NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis/

Published January 2020                    Version 1.4

Revision Date: 05/2020

MARTIN [00670]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

# External Emergency Contact by State (SW Louisiana & SE Louisiana)



NOAA **Extreme Weather** INFORMATION SHEET — WRN Weather-Ready Nation: Saving Lives and Livelihoods

### STATE INFORMATION

To download the latest updated version of this sheet: www.ngdc.noaa.gov/newis

| | |
|---|---|
| Louisiana Office of Homeland Security and Emergency Preparedness | 225-925-7500 |
| Get a Game Plan | www.getagameplan.org |
| Official State Website | www.louisiana.gov |
| Louisiana Department of Transportation (wwwsp.dotd.la.gov) | 1-877-4LA-DOTD (452-3683) |
| Louisiana Office of Tourism (www.louisianatravel.com) | 1-800-677-4082 |
| Louisiana State Police (www.lsp.org) | 225-925-6006 (*LSP from cell phone) |
| Louisiana Governor's Office (https://gov.louisiana.gov) | 225-342-0991 or 1-844-860-1413 |
| Louisiana Attorney General (www.ag.state.la.us) | 225-326-6079 |
| Louisiana Department of Agriculture & Forestry (www.ldaf.state.la.us) | 1+866-927-2476 |
| Louisiana Department of Environmental Quality (https://deq.louisiana.gov) | 1-866-896-LDEQ (5337) |
| Louisiana Department Department of Insurance (www.ldi.la.gov) | 1-800-259-5300 |
| Louisiana Department of Wildlife & Fisheries (www.wlf.louisiana.gov) | 225-765-2800 |
| Louisiana Department of Natural Resources (www.dnr.louisiana.gov) | 225-342-8955 |
| Louisiana Department of Health (http://ldh.la.gov) | 225-342-9500 |
| Louisiana Department of Children and Family Services (www.dss.state.la.us) | 1-888-LAHELP-U (524-3578) |
| Louisiana Workforce Commission (www.laworks.net) | 225-342-3111 |
| National Weather Service Forecast Office (New Orleans/Baton Rouge) (www.weather.gov/lix) | 504-522-7330 |
| National Weather Service Forecast Office (Lake Charles) (www.weather.gov/lch) | 337-477-5285 |
| National Weather Service Southern Region | www.weather.gov/srh/ |
| StormSmart Coasts | http://jom.stormsmart.org/ |
| US Coast Guard, 8th District | www.atlanticarea.uscg.mil/Our-Organization/District-8/ |
| Cleco Corporation (www.cleco.com) | 1-800-622-6537 |
| Entergy (www.entergy-louisiana.com) | 1-800-ENTERGY (368-3749) |
| | Power outages: 1-800-9OUTAGE (968-8243) |
| Jeff Davis Electric Co-op (www.jdec.org) | Outage 1-800-256-5332 |

**FOR EMERGENCIES CALL 911  •  FOR NON-EMERGENCIES CALL 211**

### COUNTY INFORMATION

**ACADIA**
Emergency Management............337-783-4357
www.appj.org/emergency-preparedness-homeland-security/
Sheriff............337-788-8700
www.apso.org

**BEAUREGARD**
Emergency Management............337-460-5442
http://beauregardparishsheriff.org/emergency_preparedness
Sheriff............337-463-3281
www.beauregardsheriff.org

**CALCASIEU**
Emergency Management............337-721-3800
.... www.calcasieuparish.gov/services/emergency-preparedness
Sheriff............337-491-3600
www.cpso.com

**CAMERON**
Emergency Management............337-775-7048
https://cameronp.org/departments-and-services/office-of-emergency-preparedness/
Sheriff............337-775-5111
www.cameronso.org

**EVANGELINE**
Emergency Management............337-363-3345
www.evangelineparishpolicejury.com/emergency-services.aspx
Sheriff............337-363-2161
.. http://communitynotification.com/cap_main.php?office=54401

**IBERIA**
Emergency Management............337-369-4427
.. www.iberiaparishgovernment.com/2018-admin-e911.asp
Sheriff............337-369-3711
www.iberiaso.org

**JEFFERSON DAVIS**
Emergency Management............337-821-2100
Sheriff............337-824-3850
www.jdpso.org

**LAFAYETTE**
Emergency Management............337-291-5075
www.lafayetteohsep.org/Pages/default.aspx
Sheriff............337-232-9211
www.lafayettesheriff.com

**ST. LANDRY**
Emergency Management............337-948-7177
.. www.stlandryparish.org/living/emergency-preparedness
Sheriff............337-948-6516
www.slpsheriff.com

**ST. MARTIN**
Emergency Management............337-394-2800
www.stmartinohsep.org
Sheriff............337-394-3071
www.stmartinsheriff.org

**ST. MARY**
Emergency Management............985-385-2600
www.stmaryohsep.org
Sheriff............337-828-1960
www.stmaryso.com

**VERMILION**
Emergency Management............337-898-4308
www.vermilionparishpolicejury.com/2012DEPTsecurity.html
Sheriff............337-893-0871
https://vpso.net/

**Southwest LOUISIANA**

Revision Date: 05/2020

MARTIN [00671]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NATIONAL INFORMATION

American Red Cross........................ 1-800-RED-CROSS (1-800-733-2767)
..................................................................................... www.redcross.org
Centers for Disease Control.................................................... www.cdc.gov
Environmental Protection Agency............................................ www.epa.gov
Federal Emergency Management Agency (FEMA)........ 1-800-621-FEMA (3362)
..................................................................................... www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA) ........ www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA)...... www.noaa.gov
    National Weather Service.................................................. www.weather.gov
    Gulf of Mexico Disaster Response Center  oceanservice.noaa.gov/hazards/drc
    National Data Buoy Center................................................ www.ndbc.noaa.gov
    National Hurricane Center................................................. www.nhc.noaa.gov
    National Centers for Environmental Information (NCEI).. www.ncei.noaa.gov
    National Environmental Satellite, Data, and Information Service (NESDIS)
    ......................................................... www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security ...................................... www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
..................................................................................... www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones.......................... www.nhc.noaa.gov/mobile

### RADIO STATIONS

WFMF 102.5 FM (Baton Rouge)          KTDY 99.9 (Lafayette)
KAJN 102.9 FM (Crowley)               WLMG 101.9 FM (New Orleans)
KVDU 104.1 FM (Houma)                 WWL 870 AM (New Orleans)
KNGT 99.5 FM (Lake Charles)

### NOAA WEATHER RADIO

*Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |



## Louisiana 511 Traveler Information

Louisiana 511 Traveler Information is a free service of the Louisiana Department of Transportation and Development. Travelers can dial 511 or visit www.511la.org for around-the-clock, real-time traffic updates as well as information about construction activities and weather-related road conditions simply by saying the route or region about which they are seeking information. In case of evacuation, information will be available through 511 on such important topics as contraflow status.

Residents without access to 511, or anyone calling from outside of the state of Louisiana, can access the 511 Traveler Information Service by calling 888-ROAD-511 (888-762-3511).

For more information, visit the Louisiana 511 Traveler Information website at www.511la.org.

Louisiana Department of Transportation and Development
wwwsp.dotd.la.gov

 

### PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email:
NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis

Published February 2020                Version 1.3

MARTIN [00672]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |



MARTIN [00673]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

**TERREBONNE**

Emergency Management .................................985-873-6357
....................................................................http://tohsep.com/
Sheriff .........................................................985-876-2500

**WASHINGTON**

Emergency Management .................................985-839-0434
www.washingtonparishalerts.org/homeland-security---emergency-preparedness.html
Sheriff .........................................................985-839-3434

## NATIONAL INFORMATION

American Red Cross.................... 1-800-RED-CROSS (1-800-733-2767)
....................................................................www.redcross.org
Centers for Disease Control...................................www.cdc.gov
Environmental Protection Agency..........................www.epa.gov
Federal Emergency Management Agency (FEMA)........ 1-800-621-FEMA (3362)
....................................................................www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA) ........ www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA).....www.noaa.gov
   National Weather Service ...............................www.weather.gov
   Gulf of Mexico Disaster Response Center ... oceanservice.noaa.gov/hazards/drc
   National Data Buoy Center ..........................www.ndbc.noaa.gov
   National Hurricane Center ...........................www.nhc.noaa.gov
   National Centers for Environmental (NCEI) ..www.ncei.noaa.gov
   National Environmental Satellite, Data, and Information Service (NESDIS)
....................................................................www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security .......................www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
....................................................................www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones...........................www.nhc.noaa.gov/mobile

### RADIO STATIONS

| | |
|---|---|
| WFMF 102.5 FM (Baton Rouge) | KTDY 99.9 (Lafayette) |
| KAJN 102.9 FM (Crowley) | WLMG 101.9 FM (New Orleans) |
| KVDU 104.1 FM (Houma) KNGT | WWL 870 AM (New Orleans) |
| 99.5 FM (Lake Charles) | |

### NOAA WEATHER RADIO

*Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |
|---|---|---|---|---|---|---|



## Louisiana 511 Traveler Information

Louisiana 511 Traveler Information is a free service of the Louisiana Department of Transportation and Development. Travelers can dial 511 or visit www.511la.org for around-the-clock, real-time traffic updates as well as information about construction activities and weather-related road conditions simply by saying the route or region about which they are seeking information. In case of evacuation, information will be available through 511 on such important topics as contraflow status.

Residents without access to 511, or anyone calling from outside of the state of Louisiana, can access the 511 Traveler Information Service by calling 888-ROAD-511 (888-762-3511).

For more information, visit the Louisiana 511 Traveler Information website at www.511la.org.

Louisiana Department of Transportation and Development wwwsp.dotd.la.gov



### PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email:
NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis/

Published February 2020          Version 1.4

MARTIN [00674]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## External Emergency Contact by State (Mississippi)



Revision Date: 05/2020

MARTIN [00675]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NATIONAL INFORMATION

American Red Cross................ 1-800-RED-CROSS (1-800-733-2767)

........................................................................... www.redcross.org

Centers for Disease Control..............................................www.cdc.gov

Environmental Protection Agency.....................................www.epa.gov

Federal Emergency Management Agency (FEMA)........ 1-800-621-FEMA (3362)

........................................................................... www.fema.gov

Agencia Federal para el Manejo de Emergencias (FEMA) ........ www.fema.gov/es

National Oceanic and Atmospheric Administration (NOAA)....... www.noaa.gov

    National Weather Service.........................................www.weather.gov

Gulf of Mexico Disaster Response Center   https://ccanservice.noaa.gov/hazards/drc

National Data Buoy Center...............................www.ndbc.noaa.gov

National Hurricane Center...................................www.nhc.noaa.gov

National Centers for Environmental Information (NCEI)...www.ncei.noaa.gov

National Environmental Satellite, Data, and Information Service (NESDIS)

........................................................... www.nhc.noaa.gov/satellite.shtml

US Department of Homeland Security ...............................www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed

...................................................................www.nhc.noaa.gov/gtwo.xml

Website for Tablets and Smartphones....................www.nhc.noaa.gov/mobile

## RADIO STATIONS

| | |
|---|---|
| MS PUBLIC BROADCASTING 88.1- 91.3 FM | WJZD 94.5 FM (GULFPORT) |
| WQRZ 103.5 FM (BAY ST. LOUIS) | WXYK 107.1FM (GULFPORT) |
| WBUV 104.9 FM (BILOXI) | WXRR 104.5 (HATTIESBURG) |
| WGCM 102.3 (BILOXI) | WKNN 99.1 FM (PASCAGOULA) |
| WCPR 97.9FM (GULFPORT/WIGGINS) | WQBB 105.9FM (PASCAGOULA) |
| WZKX 107.9 FM (GULFPORT) | WRJW 1320 AM (PICAYUNE) |

## NOAA WEATHER RADIO    Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |
|---|---|---|---|---|---|---|



## Mississippi 511 Traveler Information

Mississippi 511 is a free, statewide service that's available 24 hours a day, seven days a week. It uses an interactive voice response system with speech recognition as the primary interface with callers, allowing for hands free operation. Travelers can dial 511 or visit www.mdottraffic.com for around-the-clock, real-time traffic updates as well as information about construction activities and weather-related road conditions simply by saying the route or region about which they are seeking information.

Traveler information is available in the Mississippi 511 system for all Interstates, and select US highways and State Routes, including US Highways 49, 49W, 49E, 61, 45, 45 ALT, 90, 98, 84, 82, 78 and State Routes 25, 6 and 302.

In utilizing 511, www.mdottraffic.com or MDOT's mobile smartphone application, travelers can obtain route-specific information including:

- Incident/accident information,
- Road construction and maintenance projects,
- Road closures, road diversions and major delays,
- Weather warnings and alerts,
- Emergency alerts including evacuations and amber alerts,
- Tourism information,
- Public transportation,
- Welcome centers and rest areas, and
- Travel times.

The goal of MDOT is to provide reliable, route-specific information to motorists through as many avenues as possible. Traffic resource options include text or email alerts; online, social media and smartphone applications; radio and television broadcasts and now 511. MDOT encourages motorists using 511 or any of its travel information tools to put safety first.

## PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email: NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis/

Published February 2020                    Version 1.3

MARTIN [00676]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## External Emergency Contacts by State (Alabama)

### NOAA Extreme Weather INFORMATION SHEET

**Weather-Ready Nation:** Saving Lives and Livelihoods

**STATE INFORMATION**

To download the latest updated version of this sheet: www.ngdc.noaa.gov/newis/

Alabama Emergency Management Agency (https://ema.alabama.gov)........................................205-280-2312
Ready Alabama...................................................................................................www.readyalabama.gov
Alabama Department of Transportation (www.dot.state.al.us)........................................334-353-6554
ALDOT Emergency Call Center (Info on Alabama travel conditions during an emergency event) ........1-888-588-2848
.........................................................................................................https://miscwapps.dot.state.al.us/ECC/
Official State Website............................................................................................www.alabama.gov/
Alabama Highway Patrol (www.alea.gov/dps/highway-patrol) ............334-242-4393  (*HP from any cell phone)
Alabama Official Travel Site (https://alabama.travel/).......................................................1-800-252-2262
Alabama Law Enforcement Agency (https://www.alea.gov/)..................................................334-517-2800
Governor's Office (https://governor.alabama.gov)...............................................................334-242-7100
Alabama Attorney General (https://ago.alabama.gov/)........................................................334-242-7300
Alabama Department of Insurance (www.aldoi.gov).............................................................334-269-3550
Alabama Department of Conservation and Natural Resources (www.outdooralabama.com)...........334-242-3486
Alabama Department of Environmental Management (www.adem.state.al.us)..........................334-271-7700
National Weather Service Forecast Office (Mobile/Pensacola) (www.weather.gov/mob)...............251-633-6443
National Weather Service Forecast Office (Tallahassee, FL) (www.weather.gov/tae).................850-942-8851
National Weather Service Southern Region ..........................................................www.weather.gov/srh
StormSmart Coasts.......................................................................................http://gom..stormsmart.org
US Coast Guard, 8th District.............................www.atlanticarea.uscg.mil/Our-Organization/District-8/
Alabama Power (www.alabamapower.com)...................................................Outage: 1-800-888-2726
Dothan Utilities (www.dothan.org/index.aspx?nid=153)......................................................334-615-3302
Baldwin EMC (www.baldwinemc.com)..............................................................................251-989-6247
Covington Electric Cooperative (https://covington.coop/)..............................Outage: 1-800-239-1193
Southern Pine Electric (www.southernpine.coop).............................................................1-800-231-5240
Wiregrass Electric (www.wiregrass.coop)....................................................Outage: 1-888-469-6882

**FOR EMERGENCIES CALL 911  •  FOR NON-EMERGENCIES CALL 211**

**COUNTY INFORMATION**

**BALDWIN**
Emergency Management
...........................................South Baldwin 251-972-6807
...........................................North Baldwin 251-937-0317
...........................................Eastern Shore 251-990-4605
...........................http://baldwincountyal.gov/departments/EMA
Sheriff ...................................................251-937-0202
......................................http://sheriff.baldwincountyal.gov

**COVINGTON**
Emergency Management ........................334-428-2670
.................www.covcounty.com/emergency-management-agency
Sheriff ...................................................334-428-2640
..............................................www.covingtonso.com

**ESCAMBIA**
Emergency Management .........................251-867-0232
......................www.co.escambia.al.us/emergency.html
Sheriff ...................................................251-809-0741
.................................www.escambiacountysheriffal.org

**GENEVA**
Emergency Management .........................334-684-5677
.....................................www.genevacounty.us/ema.html
Sheriff ...................................................334-684-6947
..................................www.genevacountyalsheriff.org

**HOUSTON**
Emergency Management .........................334-794-9720
..............................www.dothanhoustoncountyema.org
Sheriff ...................................................334-677-4882
..................................www.houstoncountysheriff.org

**MOBILE**
Emergency Management .........................251-460-8000
..........................................................www.mcema.net
Sheriff ...................................................251-574-2423
..............................................www.mobileso.com

Page **14** of 21

MARTIN [00677]

## NATIONAL INFORMATION

American Red Cross.................... 1-800-RED-CROSS (1-800-733-2767)
.................................................................................... www.redcross.org
Centers for Disease Control............................................... www.cdc.gov
Environmental Protection Agency........................................ www.epa.gov
Federal Emergency Management Agency (FEMA)........ 1-800-621-FEMA (3362)
.................................................................................... www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA).... www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA)........ www.noaa.gov
National Weather Service................................................. www.weather.gov
Gulf of Mexico Disaster Response Center  https://coastservice.noaa.gov/hazards/drc
National Data Buoy Center............................................... www.ndbc.noaa.gov
National Hurricane Center................................................ www.nhc.noaa.gov
National Centers for Environmental Information (NCEI).. www.ncei.noaa.gov
National Environmental Satellite, Data, and Information Service (NESDIS)
.................................................................. www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security...................................... www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
.................................................................... www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones........................... www.nhc.noaa.gov/mobile

## RADIO STATIONS

WLVM 98.3 FM (CHICKASAW)          WABD 97.5 FM (MOBILE)
WOOF 99.7 FM (DOTHAN)              WHIL 91.3 FM (MOBILE)
WRWA 88.7 FM (DOTHAN)              WMFC 99.3 FM (MONROEVILLE)
WKMX 106.7 FM (ENTERPRISE)        WDLT 104.1 FM (SARALAND)
WZEW 92.1 FM (FAIRHOPE)

## NOAA WEATHER RADIO  *Not manufactured by NOAA. NWR receivers can be purchased at many retail outlets and on the Internet.*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |

## ALABAMA CONTRAFLOW FOR HURRICANE EVACUATION

To provide additional roadway capacity during hurricane evacuations from the Gulf Coast, a portion of I-65 may operate entirely in the northbound direction, meaning both southbound lanes of I-65 would be converted into northbound lanes. These lanes are called contraflow lanes.

I-65 NORTHBOUND – Contraflow begins in Baldwin County just south of Exit 31 (State Road 225). A paved crossover at that location allows motorists traveling in the normal Northbound lanes to transition (crossover) to the contraflow lanes.

Contraflow ends in Montgomery just north of Exit 167 (U.S. 80). Motorists in the contraflow lanes will crossover into the two left lanes of the normal northbound lanes. Motorists travelling in the normal northbound lanes will merge into the two right lanes and continue north and onward to their destinations.

I-65 SOUTHBOUND – During contraflow, southbound traffic travelling on I-65 through Montgomery will be directed to exit the interstate at Exit 167 at U.S. 80 and then onto U.S. 31 South. From Montgomery southward, all southbound I-65 traffic is detoured to U.S. 31. Eastbound traffic on U.S. 80 cannot enter  I-65 at Exit 167 and will be directed to U.S. 31.

**Southbound traffic cannot use I-65 between Montgomery and Mobile during contraflow.**

Tune into the Highway Advisory Radio System (HARS) for updated information. Look for advisory signs in these areas. Mobile area – 1630 AM  •  Montgomery area – 1690 AM

*For additional information go to:*

### www.dot.state.al.us

## PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email: NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis/

Published December 2019          Version 1.5

MARTIN [00678]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## External Emergency Contacts by State (Florida)

### NOAA Extreme Weather INFORMATION SHEET

Weather-Ready Nation: Saving Lives and Livelihoods

#### STATE INFORMATION

To download the latest updated version of this sheet: www.ngdc.noaa.gov/newis/

| | |
|---|---|
| State Assistance Information Line (Only activated during emergencies) | 1-800-342-3557 |
| Florida Division of Emergency Management (www.FloridaDisaster.org) | 850-815-4000 |
| Ready.Gov | www.ready.gov/florida |
| Official State Website | www.myflorida.com |
| Florida Department of Transportation (www.fdot.gov/) | 1-866-374-FDOT (3368) |
| Florida Highway Patrol (www.flhsmv.gov/florida-highway-patrol) | (*FHP from any cell phone) |
| Florida Department of Health (www.floridahealth.gov) | 850-245-4444 |
| Florida Office of Insurance Regulation (www.floir.com) | 850-413-3140 |
| Florida Office of Tourism (www.visitflorida.com/en-us.html) | 1-888-735-2872 |
| Florida Department of Law Enforcement (www.fdle.state.fl.us) | 850-410-7000 |
| Governor's Office (www.flgov.com) | 850-717-9337 |
| Florida Attorney General (www.myfloridalegal.com/) | 850-414-3300 |
| Florida Department of Financial Services, Division of Consumer Services (www.myfloridacfo.com/Division/Consumers/Storm/default.htm) | 1-877-693-5236 |
| Florida Department of Environmental Protection (https://floridadep.gov/) | 850-245-2118 |
| Florida Fish and Wildlife Conservation Commission (www.myfwc.com) | 850-488-4676 |
| Florida Department of Veterans Affairs (http://floridavets.org/) | 1-844-693-5838 |
| Florida Department of Elder Affairs (http://elderaffairs.state.fl.us/index.php) | 1-800-96ELDER (963-5337) |
| Florida Department of Agriculture and Consumer Services (www.fdacs.gov) | 1-800-435-7352 |
| National Weather Service Forecast Office (Mobile, AL Office) (www.weather.gov/mob) | 251-633-6443 |
| National Weather Service Forecast Office (Tallahassee, FL Office) (www.weather.gov/tae) | 850-942-8851 |
| National Weather Service Southern Region | www.weather.gov/srh |
| StormSmart Coasts | http://gom.stormsmart.org/ |
| US Coast Guard, 7th District | www.atlanticarea.uscg.mil/Our-Organization/District-7/ |
| US Coast Guard, 8th District | www.atlanticarea.uscg.mil/Our-Organization/District-8/ |
| Gulf Power Company (www.gulfpower.com) | 1-800-487-6937 |
| West Florida Electric Cooperative (www.westflorida.coop) | 1-800-342-7400 |
| Duke Energy (www.progress-energy.com) | Outage 1-800-228-8485 |
| Escambia River Electric Cooperative (www.erec.com) | 1-800-235-3848 |
| Choctawhatchee Electric Cooperative Inc. (CHELCO) (www.chelco.com) | Outage 850-307-1211 |
| Gulf Coast Electric Cooperative (www.gcec.com) | Outage 1-800-568-3667 or 1-800-333-9392 |
| Florida Public Utilities (https://fpuc.com) | 1-800-427-7712 |

**FOR EMERGENCIES CALL 911    •    FOR NON-EMERGENCIES CALL 211**

#### COUNTY INFORMATION

**BAY**
Emergency Management .......... 850-784-4000
.......... http://baycountyfl.gov/166/Emergency-Management-Division
Sheriff (www.bayso.org) .......... 850-747-4700

**CALHOUN**
Emergency Management .......... 850-674-8075
.......... http://calhounflorida.org
Sheriff (www.calhounsheriff.com) .......... 850-674-5049

**ESCAMBIA**
Emergency Management .......... 850-471-6400
www.myescambia.com/our-services/public-safety/beready
Sheriff (www.escambiaso.com) .......... 850-436-9620

**GULF**
Emergency Management .......... 850-229-9110
... www.gulfcounty-fl.gov/county_government/emergency_management
Sheriff (www.gulfsheriff.com) .......... 850-227-1115

**HOLMES**
Emergency Management .......... 850-547-1112
.......... https://holmescountyem.org
Sheriff (http://holmescosheriff.org/index.html) .......... 850-547-3681

**JACKSON**
Emergency Management .......... 850-482-9678
.......... www.jacksoncountyfl.net/emergency-management
Sheriff .......... 850-482-9624

**OKALOOSA**
Emergency Management .......... 850-651-7150
.......... www.co.okaloosa.fl.us/ps/emergency-management
Sheriff (www.sheriff-okaloosa.org) 850-689-5705 or 850-651-7400

**SANTA ROSA**
Emergency Management .......... 850-983-5360
.......... www.santarosa.fl.gov/666/Emergency-Management
Sheriff (http://santarosasheriff.org) .......... 850-983-1100

**WALTON**
Emergency Management .......... 850-892-8065
.......... www.co.walton.fl.us/1063/Emergency-Management
Sheriff (http://waltonso.org) .......... 850-892-8111

**WASHINGTON**
Emergency Management .......... 850-638-6203
www.washingtonfl.com/?DivisionID=21213&DepartmentID=25361
Sheriff (www.wcso.us) .......... 850-638-6111

**Northwest FLORIDA**

Revision Date: 05/2020

MARTIN [00679]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NATIONAL INFORMATION

American Red Cross.................... 1-800-RED-CROSS (1-800-733-2767)
.......................................................................... www.redcross.org
Centers for Disease Control..................................................www.cdc.gov
Environmental Protection Agency..........................................www.epa.gov
Federal Emergency Management Agency (FEMA)........ 1-800-621-FEMA (3362)
.......................................................................... www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA) ....... www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA)....... www.noaa.gov
National Weather Service........................................ www.weather.gov
Gulf of Mexico Disaster Response Center .... oceanservice.noaa.gov/hazards/drc/
National Data Buoy Center .......................................... www.ndbc.noaa.gov
National Hurricane Center .......................................... www.nhc.noaa.gov
National Centers for Environmental Information (NCEI)...... www.ncei.noaa.gov
National Environmental Satellite, Data, and Information Service (NESDIS)
.......................................................... www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security ................................ www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at 4:00 AM CDT, 10:00 AM CDT, 4:00 PM CDT, and 10:00 PM CDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
.......................................................... www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones........................... www.nhc.noaa.gov/mobile

### RADIO STATIONS

| | |
|---|---|
| WCOA 1370 AM (Pensacola) | WKSM 99.5 FM (Ft. Walton Beach) |
| WJLQ 100.7 FM (Pensacola) | WFSY 98.5 FM (Panama City) |
| WUWF 88.1 FM (Pensacola) | WFLF 94.5 FM (Panama City) |
| WRGV 107.3 FM (Pensacola) | WPAP 92.5 FM (Panama City) |

### NOAA WEATHER RADIO
*Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |
|---|---|---|---|---|---|---|



**Florida 511** is a toll-free service provided by the Florida Department of Transportation. 511 provides real-time updates on traffic conditions, including road and bridge closures, evacuation information, congestion, crashes and more. The 511 system provides information on all of Florida's interstates, toll roads and other major metropolitan roadways.

There are five convenient ways for all motorists to receive traffic updates:

- Call 511 toll free for updates in English and Spanish from any landline or mobile phone.
- Visit FL511.com for interactive roadway maps showing traffic congestion and crashes, travel times and traffic camera views.
- Create a "My Florida 511" account on FL511.com to create custom routes and register for email, text or phone alerts.
- Download the free Florida 511 mobile app available on Google Play or Apple App Store.
- Follow statewide, regional or roadway-specific Twitter feeds.

For more information, visit
**https://FL511.com**

**Florida Department of Transportation**
**www.dot.state.fl.us**

### PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email:**
**NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.nqdc.noaa.gov/newis/

Published October 2019                                    Version 1.3

Revision Date: 05/2020

MARTIN [00680]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |



MARTIN [00681]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NATIONAL INFORMATION

American Red Cross ......................... 1-800-RED-CROSS (1-800-733-2767)
.................................................................................... www.redcross.org
Centers for Disease Control ....................................................... www.cdc.gov
Environmental Protection Agency .............................................. www.epa.gov
Federal Emergency Management Agency (FEMA) .......... 1-800-621-FEMA (3362)
.................................................................................... www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA) .......... www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA) .......... www.noaa.gov
  National Weather Service ................................................ www.weather.gov
  Gulf of Mexico Disaster Response Center ...... oceanservice.noaa.gov/hazards/drc
  National Data Buoy Center ........................................... www.ndbc.noaa.gov
  National Hurricane Center ............................................ www.nhc.noaa.gov
  National Centers for Environmental Information (NCEI) www.ncei.noaa.gov
  National Environmental Satellite, Data, and Information Service (NESDIS)
.................................................................... www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security ........................................... www.dhs.gov



## DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at at 5:00 AM EDT, 11:00 AM EDT, 5:00 PM EDT, and 11:00 PM EDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
.................................................................... www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones ........................ www.nhc.noaa.gov/mobile

## RADIO STATIONS

| | |
|---|---|
| WRUF 103.7 FM/850 AM (Gainesville) | WWKA 92.3 FM (Orlando) |
| WFLF 540 AM (Maitland) | WMFE 90.7 FM (Orlando) |
| WMGF 107.7 FM (Maitland) | WMTX 100.7 FM (Tampa) |
| WOGK 93.7 FM (Ocala) | WWRM 94.9 FM (Tampa) |
| WMKO 91.7 FM (Ft Meyers) | WHPT 102.5 FM (Tampa) |

## NOAA WEATHER RADIO — Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |
|---|---|---|---|---|---|---|



Florida *511* is a toll-free service provided by the Florida Department of Transportation. 511 provides real-time updates on traffic conditions, including road and bridge closures, evacuation information, congestion, crashes and more. The 511 system provides information on all of Florida's interstates, toll roads and other major metropolitan roadways.

There are five convenient ways for all motorists to receive traffic updates:

- Call 511 toll free for updates in English and Spanish from any landline or mobile phone.
- Visit FL511.com for interactive roadway maps showing traffic congestion and crashes, travel times and traffic camera views.
- Create a "My Florida 511" account on FL511.com to create custom routes and register for email, text or phone alerts.
- Download the free Florida 511 mobile app available on Google Play or Apple App Store.
- Follow statewide, regional or roadway-specific Twitter feeds.

For more information, visit
https://fl511.com

**Florida Department of Transportation**
www.dot.state.fl.us

## PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email:**
**NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/NEWIS

Published November 2019      Version 1.5

MARTIN [00682]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
|---|---|---|
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NOAA Extreme Weather INFORMATION SHEET

**Weather-Ready Nation: Saving Lives and Livelihoods**

*To download the latest updated version of this sheet: www.ngdc.noaa.gov/news/*

### STATE INFORMATION

State Assistance Information Line (Only activated during emergencies) ................................ 1-800-342-3557
Florida Division of Emergency Management (www.FloridaDisaster.org) ................................ 850-815-4000
Ready.Gov ............................................................................................................ www.ready.gov/florida
Official State Website .................................................................................................... www.myflorida.com
Florida Department of Transportation (http://www.fdot.gov/) ........................................ 1-866-374-FDOT (3368)
Florida Highway Patrol (www.flhsmv.gov/florida-highway-patrol) ........................... (*FHP from any cell phone)
Florida Department of Health (www.floridahealth.gov) ................................................ 850-245-4444
Florida Office of Insurance Regulation (www.floir.com) .............................................. 850-413-3140
Florida Office of Tourism (www.visitflorida.com/en-us.html) ...................................... 1-888-735-2872
Florida Department of Law Enforcement (www.fdle.state.fl.us) .................................... 850-410-7000
Governor's Office (www.flgov.com) .......................................................................... 850-717-9337
Florida Attorney General (http://myfloridalegal.com) ................................................ 850-414-3300
Florida Department of Financial Services, Division of Consumer Services
(www.myfloridacfo.com/Division/Consumers/Storm/default.htm) .............................. 1-877-693-5236
Florida Department of Environmental Protection (https://floridadep.gov/) ..................... 850-245-2118
Florida Fish and Wildlife Conservation Commission (www.myfwc.com) ......................... 850-488-4676
Florida Department of Veterans Affairs (http://floridavets.org/) ................................. 1-844-693-5838
Florida Department of Agriculture and Consumer Services (www.fdacs.gov) ................. 1-800-435-7352
Florida Department of Elder Affairs (http://elderaffairs.state.fl.us/index.php) .......... 1-800-96ELDER (963-5337)
National Weather Service Forecast Office (Key West, FL Office) (www.weather.gov/keywest) ..... 305-295-1316
National Weather Service Forecast Office (Miami, FL Office) (www.weather.gov/miami) ........ 305-229-4522
National Weather Service Forecast Office (Melbourne, FL Office) (www.weather.gov/melbourne) ... 321-255-0212
National Weather Service Southern Region ................................................................. www.weather.gov/srh
StormSmart Coasts ..................................................................................... http://gom.stormsmart.org/
US Coast Guard, 7th District .................................. http://atlanticarea.uscg.mil/Our-Organization/District-7/
Seminole Tribe Emergency Management Hotline (https://em.semtribe.com) .................... 954-967-3650
Florida Power & Light Company (www.fpl.com) ........................... Outage 1-800-4-OUTAGE (468-8243)
Lee County Electric Cooperative (LCEC) (www.lcec.net) ........................................... 1-800-599-2356
Peace River Electric Cooperative (www.preco.coop) ............................................... 1-800-282-3824
Duke Energy (www.progress-energy.com) ............................................. Outage 1-800-228-8485
Glades County Electric Cooperative (www.gladeselectric.com) ................................. 863-946-6200
Florida Public Utilities (https://fpuc.com) ......................................................... 1-800-427-7712

**FOR EMERGENCIES CALL 911  •  FOR NON-EMERGENCIES CALL 211**

### COUNTY INFORMATION

**CHARLOTTE**
Emergency Management .......................................... 941-833-4000
www.charlottecountyfl.gov/services/emergencymgmt/Pages/default.aspx
Sheriff ........................... 941-639-2101 or 941-474-3233
........................................................................ www.ccso.org

**COLLIER**
Emergency Management .......................................... 239-252-3600
www.colliercountyfl.gov/your-government/divisions-a-e/emergency-management
Sheriff ............................................................... 239-252-9300
........................................... www.colliersheriff.org/sheriff-s-office

**DESOTO**
Emergency Management .......................................... 863-993-4831
http://desotobocc.com/departments/emergency_management/
Sheriff ............................................................... 863-993-4700
.................................................................... www.desotosheriff.com

**GLADES**
Emergency Management .......................................... 863-946-6020
www.myglades.com/departments/public_safety/emergency_management/
Sheriff ............................................................... 863-946-1600
................................................................ www.gladessheriff.org

**HENDRY**
Emergency Management .......................................... 863-674-5400
.......................... www.hendryfla.net/emergency_management.php
Sheriff ............................................................... 863-674-5600
............................................................. www.hendrysheriff.org

**HIGHLANDS**
Emergency Management .......................................... 863-385-1112
.............. www.hcbcc.net/departments/emergency_management/
Sheriff ............................................................... 863-402-7200
............................................................. www.highlandssheriff.org

**LEE**
Emergency Management .......................................... 239-533-0622
.................. www.leegov.com/publicsafety/emergencymanagement
Sheriff ............................................................... 239-477-1234
.................................................................. www.sheriffleefl.org

**MANATEE**
Emergency Management .......................................... 941-749-3500
.......... www.mymanatee.org/departments/public_safety/emergency_management
Sheriff ............................................................... 941-747-3011
.............................................................. www.manateesheriff.com/

**OKEECHOBEE**
Emergency Management .......................................... 863-763-3212
.......... www.co.okeechobee.fl.us/departments/emergency-management
Sheriff ............................................................... 863-763-3117
.................................................................. www.okeesheriff.org/

**SARASOTA**
Emergency Management .......................................... 941-861-5000
www.scgov.net/government/emergency-services/emergency-management-4420
County Call Center ............................................... 941-861-5000
Sheriff ............................................................... 941-861-5800
............................................................ https://santarosasheriff.org/

**Southwest FLORIDA**

MARTIN [00683]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 3 |
| Contact Information | Author: Martin Safety Group | Revision: 5 |

## NATIONAL INFORMATION

American Red Cross .......................... 1-800-RED-CROSS (1-800-733-2767)
.......................................................................... www.redcross.org
Centers for Disease Control................................................ www.cdc.gov
Environmental Protection Agency ...................................... www.epa.gov
Federal Emergency Management Agency (FEMA).... 1-800-621-FEMA (3362)
.......................................................................... www.fema.gov
Agencia Federal para el Manejo de Emergencias (FEMA) .............. www.fema.gov/es
National Oceanic and Atmospheric Administration (NOAA)............. www.noaa.gov
    National Weather Service ........................................ www.weather.gov
    Gulf of Mexico Disaster Response Center...... oceanservice.noaa.gov/hazards/drc
    National Data Buoy Center ...................................... www.ndbc.noaa.gov
    National Hurricane Center ...................................... www.nhc.noaa.gov
    National Centers for Environmental Information (NCEI) www.ncei.noaa.gov
    National Environmental Satellite, Data, and Information Service (NESDIS)
    ................................................ www.nhc.noaa.gov/satellite.shtml
US Department of Homeland Security ................................. www.dhs.gov



### DOWNLOAD THE FREE NEWIS APP

Compatible with iPhone, iPod Touch, and iPad! Search 'NEWIS' in the App Store to download on your Apple device.

The National Hurricane Center normally issues public advisories on their website and to the media for Atlantic tropical cyclones every six hours at at 5:00 AM EDT, 11:00 AM EDT, 5:00 PM EDT, and 11:00 PM EDT. Intermediate public advisories are issued every 3 hours when coastal watches or warnings are in effect. Additionally, special public advisories may be issued at any time due to significant changes in warnings or in the cyclone.

## NATIONAL HURRICANE CENTER MOBILE DATA

Graphical Tropical Weather Outlook RSS/XML feed
.......................................................... www.nhc.noaa.gov/gtwo.xml
Website for Tablets and Smartphones........................... www.nhc.noaa.gov/mobile

## RADIO STATIONS

WMTX 100.7 FM (Tampa)   WIKX 92.9 FM (Port Charlotte)   WQCS 88.9 FM (Ft. Pierce)
WWRM 94.9 FM (Tampa)    WGCU 90.1 FM (Fort Myers)       WCNO 89.9 FM (Palm City)
WHPT 102.5 FM (Tampa)   WAVV 101.1 FM (Naples)

## NOAA WEATHER RADIO    *Not manufactured by NOAA, NWR receivers can be purchased at many retail outlets and on the Internet*

NOAA Weather Radio (NWR) All Hazards is a nationwide network of radio stations broadcasting continuous weather information directly from a nearby National Weather Service office. NWR broadcasts National Weather Service warnings, watches, forecasts, and other hazard information 24 hours a day.

| 162.400 MHz | 162.425 MHz | 162.450 MHz | 162.475 MHz | 162.500 MHz | 162.525 MHz | 162.550 MHz |



Florida *511* is a toll-free service provided by the Florida Department of Transportation. 511 provides real-time updates on traffic conditions, including road and bridge closures, evacuation information, congestion, crashes and more. The 511 system provides information on all of Florida's interstates, toll roads and other major metropolitan roadways.

There are five convenient ways for all motorists to receive traffic updates:

- Call 511 toll free for updates in English and Spanish from any landline or mobile phone.
- Visit Fl511.com for interactive roadway maps showing traffic congestion and crashes, travel times and traffic camera views.
- Create a "My Florida 511" account on Fl511.com to create custom routes and register for email, text or phone alerts.
- Download the free Florida 511 mobile app available on Google Play or Apple App Store.
- Follow statewide, regional or roadway-specific Twitter feeds.

For more information, visit
**https://fl511.com**

**Florida Department of Transportation**
**www.dot.state.fl.us**

### PREPARED BY

The Center for Coasts, Oceans & Geophysics of NOAA's National Centers for Environmental Information under NESDIS

**1-866-732-2382 or email:**
**NCEI.Info@noaa.gov**

To download the latest pdf version of this sheet go to: www.ngdc.noaa.gov/newis/

Published December 2019                     Version 1.4

MARTIN [00684]

# Section 4

MARTIN [00685]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 4 |
|---|---|---|
| USCG Port Conditions | Author: Martin Safety Group | Revision: 1 |

## Hurricane Port Conditions

When conditions exist that require special measures to be enacted by the Captain of the Port the follow steps will be taken as each Port Condition is established. Marine Safety Information Broadcasts (MSIB's) will be issued to set deadlines for completing and submitting of "Remaining in Port Checklist's" as well as any additional information as necessary.

**Whiskey** - Initial notice that hurricane threat exists, 72 hours prior
**X-Ray** - 48 hours prior
**Yankee** - 24 hours prior
**Zulu** - 12 hours prior, **Port Closed**

### All Port Conditions

**Safety zones will be established.**

### Whiskey
To enter transit or remain within this safety zone, vessels must comply with the following requirements:

Report Intentions to Marine Safety Office

Closure of Departure/Arrival Windows: Ocean-going ships and barges over 500 gross tons departing the port must depart no later than 12 hours prior to the arrival of gale force winds (Port Condition Zulu). Vessels bound for ports, which are unable to arrive 12 hours prior to the arrival of gale force winds are advised to seek an alternate destination.

Cargo Operations/Bunkering: All transfer operations shall cease upon arrival of sustained 40 mph winds. All vessels intending to leave port and requiring bunkers shall plan accordingly to ensure preparations for departure are complete by 12 hours prior to the arrival of gale force winds from the storm.

Smaller Commercial Vessels Not Restricted by Draft: Smaller commercial vessels not restricted by draft, including fishing vessels, are asked to seek shelter outside the deep draft shipping channels and turning areas.

**Within 48 hours of expected gale force winds, the COTP will set Port Condition X-Ray. Future Port Conditions are set contingent upon the storm's course and speed. Should the hurricane increase in speed, conditions may be set sooner.**

### X-Ray
To enter transit or remain within this safety zone, vessels must comply with the following requirements:

Report Intentions to Marine Safety Office:

Closure of Departure/Arrival Windows: Ocean-going ships and barges over 500 gross tons departing the port must depart no later than 12 hours prior to the arrival of gale force winds (Port Condition Zulu). Vessels bound for ports, which are unable to arrive 12 hours prior to the arrival of gale force winds are advised to seek an alternate destination.

Revision Date: 05/10/16

MARTIN [00686]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 4 |
|---|---|---|
| USCG Port Conditions | Author: Martin Safety Group | Revision: 1 |

<u>Cargo Operations/Bunkering</u>: All transfer operations shall cease upon arrival of sustained 40 mph winds. All vessels intending to leave port and requiring bunkers shall plan accordingly to ensure preparations for departure are complete by 12 hours prior to the arrival of gale force winds.

<u>Smaller Commercial Vessels Not Restricted by Draft</u>: Smaller commercial vessels not restricted by draft, including fishing vessels, are asked to seek shelter outside the deep draft shipping channels and turning areas.

**Within 24 hours of expected gale force winds, the COTP will set Port Condition Yankee. Future Port Conditions are set contingent upon the storm's course and speed. Should the hurricane increase in speed, conditions may be set sooner.**

## Yankee

No vessels may enter, transit or remain within this safety zone without the permission of the Captain of the Port. The following additional requirements are in effect:

<u>Cease Cargo Operations</u>: All transfer of cargo operations shall cease when wind speeds reach 40 mph.

<u>Disconnect Transfer Hoses</u>: Disconnect all transfer hoses and loading arms when wind speeds exceed 50 mph.

<u>Vessels Desiring to Depart Port Must Arrange Immediate Departure</u>: Movement of all vessels and barges over 500 gross tons desiring to depart the port must contact the Captain of the Port to arrange immediate departure.

<u>All Vessels Must be at Mooring Site and Follow Approved Remaining in Port Checklist</u>: All commercial vessels and barges greater than 500 GT remaining in port must be at their mooring site in accordance with their "**Remaining in Port Checklist**" as approved by the Captain of the Port.

<u>Smaller Commercial Vessels Not Restricted by Draft</u>: Smaller vessels not restricted by draft, including fishing vessels, are asked to seek shelter outside the deep draft shipping channels and turning areas.

<u>Vessels Bound for This Port</u>: Vessels bound for this port are advised to seek an alternate destination.

**Within 12 hours of expected gale force winds from, the COTP will set Port Condition Zulu. Future Port Conditions are set contingent upon the storm's course and speed. Should the hurricane increase in speed, Condition Zulu may be set sooner.**

## Zulu

**<u>Port Status</u>: Closed**

**<u>All movements require COTP approval</u>**

**<u>Hurricane landfall predicted in 12Hrs</u>**

Revision Date: 05/10/16

MARTIN [00687]

# Section 5

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 5 |
|---|---|---|
| Hazard Assessment | Author: Martin Safety Group | Revision: 1 |

## Identifying hazards associated with preparing for a Hurricane

**Scope**

The scope of this section is to identify hazards that we as a company will face before and after a hurricane. Hurricanes and tropical activity could affect anyone at Martin Company facilities across the Gulf Coast. As demonstrated in past events heavy rains, high winds and storm surge are the major threats to our company's infrastructure.

Identifying and mitigating as many hazards as possible will help Management to better protect its employees, facilities and equipment so that operations will be able to get back up and running safer and faster to service our customers.

Revision Date: 5/10/16

MARTIN [00689]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 5 |
|---|---|---|
| Hazard Assessment | Author: Martin Safety Group | Revision: 1 |

## Hazard Assessment

| Before Storm | |
|---|---|
| **Hazard** | **Control** |
| Yard congestion and increased work load due to evacuation could lead to possible incident/injury. | Have Stand Down meeting with crew and utilize JSA's to discuss each phase and task associated with it. |
| Road Congestion due to massive evacuations | Plan your route before you leave and make sure you know alternate routes to your destination. |
| Potential missile hazards due to high winds | Remove or tie down all items that could become projectiles during high winds. |
| Removing electrical equipment | Only certified and authorized individuals should remove electrical equipment. LO/TO procedures shall be followed. |
| Rising water | Always be aware of your surroundings and monitor weather conditions. |
| **After Storm** | |
| Down power lines | Do Not Touch or Drive Over!!! Treat line as though they are charged. Call local utility company to report line conditions. |
| Flooded roadways | Do not attempt to cross, turn around and find alternate route. |
| Displaced wildlife | Never go up to any animal, be aware of your surroundings. Be vigilant for snakes and other venomous creatures. |
| Hooking up generators | Only certified and authorized individuals wire up electrical equipment. |
| Fueling generators | Follow all shut down procedures prior to fueling equipment. Follow user manual recommendations. |
| Re-entry to facility | Get permission prior to arriving, use buddy system and be vigilant of your surroundings. |
| Re- entering office/buildings | Asses building condition prior to entering, use buddy system, flashlights and |

Revision Date: 5/10/16

MARTIN [00690]

# Section 6

MARTIN [00691]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 6 |
|---|---|---|
| Emergency Generator Log | Author: Martin Safety Group | Revision: 11 |

## Emergency Generators 15000KW

| Serial Number | Current Location | Verified on / by | Condition |
|---|---|---|---|
| 4253117 | Response Trailer 21YYKX | 4/15/2020 JM | USED |
| 4255664 | Response Trailer 20YYKX | 4/15/2020 jls | USED |
| 4255916 | Response Trailer 20YYKX | 4/15/2020 jls | USED |
| 4253068 | LNG Trailer - Fourchon 15 | 4/22/2020 RP | USED |
| 4253088 | Response Trailer 59399N | 4/14/2020 GA | USED |
| 4255897 | Lake Charles Dock | 4/14/2020 TL | USED |
| 4255928 | Galveston | 4/23/2020 BW | USED |
| 4255466 | Galveston | 4/23/2020 BW | USED |
| 4255925 | MTI - Beaumont TX | 4/23/2020 TW | USED |
| 4255918 | MTI - Beaumont TX | 4/23/2020 TW | USED |
| 4255787 | Martin Asphalt | 04/16/2020  jls | USED |
| 4255473 | Brownsville Texas (Signet Maritime) | 04/16/2020 jls | USED |

Updated 04/23/2020  jls

MARTIN [00692]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 6 |
| Emergency Generator Log | Author: Martin Safety Group | Revision: 11 |

## Emergency Generators 5000KW

| Serial Number | Current Location | Verified on / by | Condition |
|---|---|---|---|
| 5104436 | Response Trailer 21YYKX | 4/15/2020JM | USED |
| 5104353 | Response Trailer 21YYKX | 4/15/2020JM | USED |
| 88940482 | Response Trailer 21YYKX | 4/15/2020JM | USED |
| 5104434 | Response Trailer 20YYKX | 4/15/2020 jls | USED |
| 5107049 | Response Trailer 20YYKX | 4/15/2020 jls | USED |
| 5104431 | Response Trailer 20YYKX | 4/15/2020 jls | USED |
| 5104432 | Response Trailer 59399N | 4/14/2020 GA | NEW |
| 5104310 | Response Trailer 59399N | 4/14/2020 GA | NEW |

Updated 04/23/2020  jls

Revision Date:  05/2020

MARTIN [00693]

# Section 7

MARTIN [00694]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 7 |
|---|---|---|
| Hurricane Tracking Map | Author: Martin Safety Group | Revision: 3 |



Revision Date: 5/10/16

MARTIN [00695]

# Section 8

MARTIN [00696]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |



### Protect Yourself
# Portable Generator Safety

Portable generators are internal combustion engines used to generate electricity and are commonly used during disaster response. Portable generators can be dangerous if used incorrectly.

#### Major Causes of Injuries and Fatalities
- Shocks and electrocution from improper use of power or accidentally energizing other electrical systems.
- Carbon monoxide from a generator's exhaust.
- Fires from improperly refueling the generator or inappropriately storing fuel.

#### Safe Work Practices
- Inspect portable generators for damage or loose fuel lines that may have occurred during transportation and/or handling.
- Keep the generator dry.
- Maintain and operate portable generators in accordance with the manufacturer's use and safety instructions.
- **Never attach a generator directly to the electrical system of a structure** (home, office or trailer) unless the generator has a properly installed transfer switch because this creates a risk of electrocution for utility workers.
- Always plug electrical appliances directly into the generator using the manufacturer's supplied cords. Use undamaged heavy-duty extension cords that are grounded (3-pronged).
- Use ground-fault circuit interrupters (GFCIs) as per the manufacturer's instructions.
- Before refueling, shut down the generator. Never store fuel indoors.

#### Carbon Monoxide Poisoning
Carbon monoxide (CO) is a colorless, odorless, toxic gas. Many people have died from CO poisoning because their generator was not adequately ventilated.
- **Never use a generator indoors.**
- **Never place a generator outdoors near doors, windows, or vents.**
- **If you or others show symptoms of CO poisoning—dizziness, headaches, nausea, tiredness—get to fresh air immediately and seek medical attention.**

For more complete information:



Occupational Safety and Health Administration
U.S. Department of Labor
www.osha.gov    (800) 321-OSHA

OSHA 3277-10N-05

Page **1** of 8

Revision Date: 5/10/16

MARTIN [00697]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |

# Chainsaw Safety

## Avoid injury by using chainsaws safely



- ☑ Plan the cut before you start
- ☑ Start the chainsaw at least 10 feet from the fuel can
- ☑ Keep both feet on the ground when cutting
- ☑ Hold the chainsaw with two hands
- ☑ Follow the owners manual
- ☑ Use a sharp chain
- ☑ Keep others far away
- ☑ Wear safety gear (hard hat, cut-proof pants, safety glasses, hearing protection, gloves and boots)

- ☒ Do not cut with the tip of the chainsaw
- ☒ Do not cut with the chainsaw above your waist
- ☒ Do not work alone
- ☒ Do not climb with a chainsaw
- ☒ Do not cut near a powerline
- ☒ Do not use a chainsaw when you're tired
- ☒ Do not use a chainsaw when drinking alcohol



 **SAFER · HEALTHIER · PEOPLE**™ 

Revision Date: 5/10/16

MARTIN [00698]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |



# Working Safely Around Downed Electrical Wires

Electrical hazards exist in some form in nearly all occupations. However, those hazards multiply for workers involved in cleanup and recovery efforts following major disasters and weather emergencies. One particular life-threatening danger exists around downed and low-hanging electrical wires.

## Safety First

Above all else, always consider all equipment, lines and conductors to be energized. Be cautious and if you notice downed wires or damaged electrical equipment, contact appropriate utility personnel. Remember that circuits do not always turn off when a power line falls into a tree or onto the ground. Even if they are not sparking or humming, fallen power lines can kill you if you touch them or even the ground nearby.

## Energy

Downed wires can energize other objects, including fences, water pipes, bushes and trees, buildings, telephone/CATV/fiber optic cables and other electric utilities. Even manhole castings and reinforcement bars (re/bar) in pavement can become energized by downed wires. During storms, wind-blown objects such as canopies, aluminum roofs, siding, sheds, etc., can also be energized by downed wires.

## Backfeed

When electrical conductors are inadvertently energized by other energy sources, backfeed occurs. Some of those sources include:

- Circuit ties/switch points
- Lightning
- Generators
- Downstream events

Simply testing for energy sources is not sufficient since hazardous electrical events can happen without warning. Ensure that proper lockout/tagout procedures are always followed.

## Rules to live by

- Do NOT assume that a downed conductor is safe simply because it is on the ground or it is not sparking.
- Do NOT assume that all coated, weatherproof or insulated wire is just telephone, television or fiber-optic cable.
- Low-hanging wires still have voltage potential even if they are not touching the ground. So, "don't touch them." Everything is energized until tested to be de-energized.
- Never go near a downed or fallen electric power line. Always assume that it is energized. Touching it could be fatal.
- Electricity can spread outward through the ground in a circular shape from the point of contact. As you move away from the center, large differences in voltages can be created.
- Never drive over downed power lines. Assume that they are energized. And, even if they are not, downed lines can become entangled in your equipment or vehicle.
- If contact is made with an energized power line while you are in a vehicle, remain calm and do not get out unless the vehicle is on fire. If possible, call for help.
- If you must exit any equipment because of fire or other safety reasons, try to jump completely clear, making sure that you do not touch the equipment and the ground at the same time. Land with both feet together and shuffle away in small steps to minimize the path of electric current and avoid electrical shock. Be careful to maintain your balance.

Page **3** of **8**

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |



**FACT SHEET**

## Snake Bites: Emergency Response, First Aid and Prevention

Whether you admire, mildly dislike or are afflicted by an abnormal fear of snakes (opidiophobia), it's important to take precautions when working in their habitat.

To protect yourself and others, you should know how to:

- describe snakes that live in your region
- avoid encounters with snakes
- recognize snake bite signs and symptoms
- respond if you or a companion are bitten

### Exposure Risk



Anyone whose occupation requires time outdoors has a chance of encountering a snake, particularly in warmer states in the South, Southwest and West. Venomous snakes found in the continental United States include rattlesnakes, copperheads, cottonmouths/water moccasins and coral snakes.

An estimated 7,000 to 8,000 venomous snake bites occur annually in the U.S. Thanks to prompt medical attention, only about five per year are fatal.

Globally, the World Health Organization reports snake bites are a serious public health threat, particularly among rural farmers in tropical and subtropical countries. A recent study estimates at least 421,000 venomous bites and 20,000 deaths occur worldwide each year.

**Did you know?**



A snake can still bite for several hours after dying.



Many snake species help maintain ecological balance by preying on insects and rodents.

 

Hemotoxins from snake venom are used in drugs to treat some types of cancer and cardiovascular conditions.

Fatalities and severe injuries such as amputations are largely attributed to poor access to appropriate care.

A snake may strike defensively when startled or provoked. However, unlike a predatory strike when hunting, the snake may not release as much or any venom when startled, decreasing risk of serious injury. A bite without any venom is called a dry strike.

### Signs and Symptoms

Depending on the type of snake, signs and symptoms of a bite may include:

- Puncture marks at the wound (single or double)
- Redness and swelling
- Severe pain at the bite site
- Nausea and vomiting
- Labored breathing
- Disturbed vision

Revision Date: 5/10/16

MARTIN [00700]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |



**FACT SHEET**
Snake Bites: Emergency Response, First Aid and Prevention



- Increased salivation and sweating
- Numbness or tingling of face and/or limbs
- Paleness and feeling cold (shock)

 Symptom recognition is essential when you have not seen a snake but suspect you may have been bitten, such as when walking in a swamp, murky water or dark area with poor visibility.

## Snake Bite: What to Do



Reassurance, immobilization of the affected area and prompt transfer to a medical facility are the cornerstones of rapid response. The following steps are recommended:

1. Move out of striking distance.
2. Stay calm.
3. Call 911 or other local emergency medical services; do not wait for symptoms to occur.
4. Be prepared to describe the snake's color and shape (especially the head) to medical personnel.
5. The victim should assume a resting position, optimally with the affected area below heart level.
6. The wound may be cleaned with soap and water using a damp cloth.
7. The wound may be covered with a clean, dry bandage or dressing.

8. A non-constricting splint may be used to help immobilize an affected limb.
9. Items such as tight clothing or jewelry should be loosened or removed in case of severe swelling.
10. The victim may drink water to stay hydrated but should not consume caffeinated drinks or alcohol.
11. Use caution if the snake is dead; it is still dangerous.
12. Inform your supervisor or other employer representative.

**Do not:**
- Attempt to catch the snake
- Cut open a bite wound
- Try to suck out venom
- Apply a tourniquet or ice
- Immerse the wound in water

If you are in a remote area without phone service or an easy way to reach transportation, the victim should remain as still as possible and wait for the venom to subside. Fear and anxiety increase heart rate and blood pressure. In most cases the amount of venom injected is not enough to be fatal. Symptoms may be treated as they occur.

## Treatment

An accurate description of the snake helps medical personnel identify the appropriate treatment.

If the snake is known to be venomous and/or there are symptoms of poisoning, antivenom (also referred to an antivenin) is usually administered intravenously. Antivenom is a biological product derived from animals that produces antibodies to neutralize venom.

The victim may also be treated for symptoms such as nausea, dizziness, numbness and difficulty breathing or swallowing. He or she will also be closely monitored for allergic

MARTIN [00701]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |



**FACT SHEET**
Snake Bites: Emergency Response, First Aid and Prevention



reactions, swelling, and signs of damage to circulatory and nervous systems.

Other possible treatments include an antibiotic medication to reduce infection risk and a tetanus shot. (A tetanus booster is recommended every 10 years.)

If the snake was not venomous, the bite location may be treated as a puncture wound. This may include washing it with soap and water, applying a topical antibiotic and covering it with a sterile bandage. Over-the-counter medications may be recommended for pain relief.

If no symptoms develop, the bite victim may be kept under observation for 24 hours as a precaution.

**Prevention**

Be aware of your surroundings. If you encounter a snake, back away slowly, let it slip away or walk carefully around it. No matter what type of snake it is, do not provoke it or attempt to handle, trap or kill it.

Other snake-bite preventive measures:

- Avoid tall grass and fallen leaves.
- Avoid climbing on rocks or piles of wood.
- Be aware that snakes tend to be active at night and in warm weather.
- Wear boots and long pants when working outdoors; snakes can bite through some types of clothing and footwear.
- Wear leather gloves when handling brush and debris.
- Make noise; snakes will avoid people if given enough warning.

Take added precautions in the event of drought conditions or a natural disaster such as a

hurricane, fire or flood. Snakes may be forced from their natural habitats and into areas where they would not normally be seen or expected, including houses.

Finally, learn how to recognize snakes. Among venomous snakes found in North America, all but the coral snake have slit-like eyes and are known as pit vipers because their heads are triangular, with a depression (pit) midway between the eye and nostril on either side of the head. Coral snakes have red, yellow and black rings along the length of their bodies, not to be confused with non-venomous king snakes.

**Resources**

1. Emergency Preparedness and Response: How to Prevent or Respond to a Snake Bite (available in Spanish and Vietnamese): www.bt.cdc.gov/disasters/snakebite.asp
2. National Poison Control Center national hotline: 1-800-222-1222
3. Neglected tropical diseases: Snakebite: World Health Organization: www.who.int/neglected_diseases/diseases/snakebites/en/
4. Snakes: Pictorial Key to Venomous Species in the United States www.cdc.gov/nceh/ehs/Docs/Pictorial_Keys/Snakes.pdf
5. Venomous Snakes: National Institute for Occupational Safety and Health Workplace Health and Safety Topics www.cdc.gov/niosh/topics/snakes/
6. WHO Guidelines for the Production, Control and Regulation of Snake Antivenom Immunoglobulins www.who.int/bloodproducts/snake_antivenoms/SnakeAntivenomGuideline.pdf

MARTIN [00702]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |

# Hurricane Survival Kit

One of the most important tools for emergency preparedness is your Disaster Supplies Kit. You'll need provisions to carry you through a week or more after the storm.   Remember, there may be no electricity or clean water for days. Downed trees and other hurricane related debris blocking the roads will keep you from traveling far. Below are the most important items for your Disaster Supply Kit. Stock up today; store them in a water-resistant container; and replenish as necessary, especially at the beginning of the hurricane season – June 1st.

- Two weeks supply of prescription medicines
- Two weeks supply of non-perishable/special dietary foods. Buy plenty of nonperishable foods, because there won't be any refrigeration.
- Drinking water/containers: 1 gallon per person per day for two weeks. It's a good idea to sterilize the bathtub and fill it with water just before the storm.
- Flashlights and batteries for each member of the family
- Portable radio and (7 sets) batteries
- First aid book and kit including bandages, antiseptic, tape, compress, non-aspirin pain reliever, anti-diarrhea medication
- Mosquito repellent and citronella candles
- Two coolers (one to keep food; the other to go get the ice)
- Plastic tarp for roof / window repair, screening, tools, nails, etc.
- Water purification kits (tablets, chlorine (plain) and iodine)
- Infant necessities (medication, sterile water, diapers, ready formula, bottles)
- Clean up supplies (mop, buckets, towels, disinfectant)
- Camera and film
- Non-electric can opener
- Extra batteries for camera, portable TV & lamps, etc.
- Plastic trash bags
- Toilet paper, paper towels and pre-moistened towelets, eating utensils, masking tape and zip-lock bags to keep valuables safe from water.
- Don't forget your pets and their needs. (Food, water, etc…)

**If you evacuate you also should take:**
- Pillows, blankets, sleeping bags or air mattresses
- Extra clothing, shoes, eyeglasses, raingear, etc.
- Folding chairs, lawn chairs or cots
- Personal hygiene items (toothbrush, toothpaste, deodorant, etc.)
- Quiet games, books, playing cards and favorite toys for children
- Important papers (driver's license, special medical information, insurance policies and property inventories)
- Prescription medicines

Revision Date: 5/10/16

MARTIN [00703]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 8 |
|---|---|---|
| Hurricane Safety Topics | Author: Martin Safety Group | Revision: 1 |

**Precious commodities before and after a storm:**

- Gasoline / Diesel Fuel
- Cash (With no power, banks may be closed; checks and credit cards unaccepted, and ATMs may not be operational).
- Charcoal, wooden matches and grilling supplies
- Ice
- Air mattresses / bedding / pillows

Revision Date: 5/10/16

MARTIN [00704]

# Section 9

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 9 |
|---|---|---|
| Facility Pre-Storm and Post Incident Checklist | Author: Martin Safety Group | Revision: 2 |

## Facility Pre-Storm Checklist

**Date Completed:**

**Facility Name:**

**Address (Street, City, Zip):**

**Point of Contact:**

**Contact number(s):**

**E-mail Address(es):**

*An asterisk ("*") is listed by each item that represents a potential issue.  If your answer coincides with the asterisk, please provide additional details in the comments section to describe the current situation and your plans to manage the situation created by the issue.*

| | | | | |
|---|---|---|---|---|
| **1.   General Pre-assessment** | | | | |
| a.   Has your facility conducted a pre-storm assessment survey? | Yes | No* | N/A* | |
| b.   Will you have facility crews on site during/after the storm? | Yes | No* | | |
| c.   Does the facility have vessel mooring plans in place? | Yes | No* | N/A* | |
| Comments: | | | | |
| **2.   Hurricane Port Condition Whiskey (72 hours prior to gale force winds)** | | | | |
| a.   Is your facility in compliance with the applicable requirements of the Port Condition Whiskey MSIB issued by the COTP? | Yes | No* | N/A* | |
| b.   Are your storage tanks empty or pressed up? (it is preferred to have empty and/or pressed up tanks vice multiple tanks partially full) | Yes | No* | N/A* | |
| c.   Have you secured or removed facility equipment/missile hazards? | Yes | No* | N/A* | |
| d.   Has the facility ensured that hazardous materials/pollution hazards are secured and away from waterfront areas? | Yes | No* | N/A* | |
| e.   For Container Facilities/Container Yards: have you appropriately secured all containers and facility equipment? | Yes | No* | N/A* | |
| Comments: | | | | |

Revision Date: 03/2017

MARTIN [00706]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 9 |
|---|---|---|
| Facility Pre-Storm and Post Incident Checklist | Author: Martin Safety Group | Revision: 2 |

**3.  _Hurricane Condition X-Ray (48 hours prior to gale force winds)_**

| | | | | |
|---|---|---|---|---|
| a. | Is your facility in compliance with the applicable requirements of the Port Condition X-Ray MSIB issued by the COTP? | _Yes_ | _No*_ | _N/A*_ |
| b. | Is the facility making preparations to terminate all cargo  operations? Explain when? | _Yes*_ | _No*_ | _N/A*_ |
| c. | Has the facility moved all containers stored near flood prone areas? | _Yes_ | _No*_ | _N/A*_ |

_Comments:_

**4.  _Hurricane Port Condition Yankee (24 hours prior to gale force winds)_**

| | | | | |
|---|---|---|---|---|
| a. | Is your facility in compliance with the applicable requirements of the Port Condition Yankee MSIB issued by the COTP? | _Yes_ | _No*_ | _N/A*_ |
| b. | Is the facility ensuring that all cargo operations not related to  storm preparations have been terminated?  If not, explain  why and when below. | _Yes*_ | _No*_ | _N/A*_ |

_Comments:_

**5.  _Hurricane Port Condition Zulu (12 hours prior to gale force winds)_**

| | | | | |
|---|---|---|---|---|
| a. | Is your facility in compliance with the applicable requirements of the Port Condition Zulu MSIB issued by the COTP? | _Yes_ | _No*_ | _N/A*_ |
| b. | Has the facility suspended all waterfront operations? | _Yes_ | _No*_ | _N/A*_ |

_Comments:_

Revision Date: 03/2017

MARTIN [00707]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 9 |
|---|---|---|
| Facility Pre-Storm and Post Incident Checklist | Author: Martin Safety Group | Revision: 2 |

# Facility Post Incident Assessment Checklist

| Date Completed: | |
|---|---|
| Facility Name: | |
| Address (Street, City, Zip): | |
| Point of Contact: | |
| Contact Number(s): | |
| E-mail Address(es): | |

*An asterisk ("\*") is listed by each item that represents a potential issue. If your answer coincides with the asterisk, please provide additional details in the comments section to describe the current situation and your plans to manage the situation created by the issue.*

| **1. Firefighting** | | | |
|---|---|---|---|
| a. Dock/Facility firefighting systems are fully operational | Yes | No* | N/A* |
| b. Mutual aid/municipal firefighting support is fully available | Yes | No* | N/A* |
| Comments: | | | |

| **2. Medical Services** | | | |
|---|---|---|---|
| a. On-site or community emergency medical services are available (if applicable including E/R services) | Yes | No* | N/A* |
| Comments: | | | |

| **3. Security** | | | |
|---|---|---|---|
| a. Perimeter fencing is intact and entryways/gates secured or manned | Yes | No* | N/A* |
| b. Available means for 24-hour monitoring of security | Yes | No* | N/A* |
| c. Available for 24-hour access control | Yes | No* | N/A* |
| Comments: | | | |

| **4. Soundings** | | | |
|---|---|---|---|
| a. Soundings at berth and entrance channel to your facility taken to identify submerged objects and/or shoaling | Yes | No* | N/A* |
| b. Controlling depth for each facility based on soundings taken | Enter depth in feet: | | |

Revision Date: 03/2017

MARTIN [00708]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 9 |
|---|---|---|
| Facility Pre-Storm and Post Incident Checklist | Author: Martin Safety Group | Revision: 2 |

Comments:

### 5. *Facility Services*

| | | | | |
|---|---|---|---|---|
| a. | Key facility utilities are operational, including power, nitrogen,  air and water, etc.  (as appropriate). | Yes | No* | N/A* |
| b. | Oil/HAZMAT response services (on-site and/or through an OSRO if required) confirmed available. | Yes | No* | N/A* |

Comments:

### 6. *Facility Integrity*

| | | | | |
|---|---|---|---|---|
| a. | Confirm the integrity of all MTR transfer systems is intact. | Yes | No* | N/A* |
| b. | The integrity of all other storage tanks, piping, etc. is intact. | Yes | No* | N/A* |
| c. | Report and respond to any spills/releases. Explain below and/or provide NRC number. | Yes | No* | N/A* |
| d. | All alert/warning systems are tested and operational. | Yes | No* | N/A* |
| e. | Integrity/operation of all mooring systems and dock structure  confirmed. | Yes | No* | N/A* |
| f. | Facility is in compliance with all other aspects of their Facility Operations Manual. | Yes | No* | N/A* |

Comments:

Revision Date: 03/2017

MARTIN [00709]

# Section 10

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 10 |
| Additional Information/Forms | Author: Martin Safety Group | Revision: 3 |

# Phone Logs

## Documentation

The following logs are used to record the calls received or made during an emergency as a way to document the sequence of events. It also serves as a written record of what has been communicated to date and items that need a follow-up response. The three different phone logs are divided into stakeholder groups.

## Internal Calls

This log lists the date and time of the initial notification from a functional leader and subsequent updates, as necessary, during the emergency. It also provides a record of calls made by the communications team to other hurricane preparedness team members.

## Media Calls

This log lists media calls received or made during the incident, pertinent information disclosed to the media, important points to share with other hurricane preparedness team members or items for follow-up.

## Community Calls

This records the concerns and issues generated from the community as a result of an incident. It also provides documentation on how issues were resolved or concerns that need to be addressed.

Revision Date: 4/24/2019

MARTIN [00711]



# Internal Notifications

Incident: _____    Facility: _____

| Date | Time | Internal Contact | Comments/Actions |
|------|------|------------------|------------------|
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |

Revision Date: 4/24/2019

MARTIN [00712]



# Media Log

**Incident:** _____  **Facility:** _____

| Date | Time | Internal Contact | Comments/Actions |
|------|------|------------------|------------------|
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |

Revision Date: 4/24/2019

MARTIN [00713]



# Community Log

Incident: _____    Facility: _____

| Date | Time | Internal Contact | Comments/Actions |
|------|------|------------------|------------------|
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |
|      |      |                  |                  |

Revision Date: 4/24/2019

MARTIN [00714]

| Martin Energy Services LLC | Hurricane Preparedness Plan | Section: 10 |
| Additional Information/Forms | Author: Martin Safety Group | Revision: 3 |

## EMPLOYEE EMERGENCY INFORMATION

| | |
|---|---|
| Employee's Name: | |
| Hometown: | State: |
| Martin Location: | State: |
| Today's Date: _____/_____/_____ | |
| Home Phone: | ( )        – |
| Cell Phone: | ( )        – |
| Personal Email: | |
| Can you be reached by a text? | Yes  /  No |
| Primary Evacuation location - Pre-Hurricane | |
| Secondary Evacuation location - Pre-Hurricane | |
| If unaffected by storm, are you willing to be a part of response efforts; post hurricane. | Yes  /  No |
| | |
| Emergency Contact Name #1: | |
| Relationship: | |
| Telephone #: | ( )        – |
| Emergency Contact Name #2: | |
| Relationship: | |
| Telephone #: | ( )        – |
| | |
| | |
| | |
| | |

Rev. 3   04/2019

Revision Date: 4/24/2019

MARTIN [00715]