# Transcript of the Testimony of
# Videotaped Deposition of Bruce Stogner

## Date: May 9, 2024

**All Coast, LLC v. Shore Offshore Services, LLC, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 109

1  A  Cody Sims would probably call.  I'm
2  not sure.
3  Q  Okay.  So you don't have any memory
4  as to when you thought the THOR was going to
5  be arriving at the dock?
6  A  No, sir.
7  Q  Okay.  And do you know when the
8  THOR arrived at the dock?
9  A  No, sir.
10 Q  So the THOR arrived at the dock on
11 the night of October 26, just before midnight?
12 A  Okay.
13 Q  All right.  So that's less than 72
14 hours before Zeta made landfall, correct?
15 A  Yes.
16 Q  And it's less than 48 hours before
17 Zeta made landfall, correct?
18 A  Say that again.
19 Q  October 26, just before midnight --
20 A  Okay.
21 Q  -- would be less than 48 hours
22 before Zeta made landfall, correct?
23 A  And when did Zeta make landfall?
24 Q  October 28th at about 4:00 o'clock.
25 A  So, yes, it would be less than 48.

Page 110

1  Q  So at that point, Martin would have
2  been in Phase III of its hurricane planning
3  procedure, or the hurricane preparedness
4  plan -- I'm sorry, it would have been in
5  Phase IV, correct?  Going to Martin 661.
6  A  Yes.
7  Q  All right.  Now, going to the prior
8  page, which is within Phase III of the Martin
9  hurricane plan procedure, correct?
10 A  Say that again.
11 Q  Phase III -- or Martin 660, the
12 prior page, that is within Phase III of
13 Martin's hurricane planning procedure,
14 correct?
15 A  Yes.
16 Q  Okay.  Now, about halfway down,
17 there's a bullet point that starts with "Fuel
18 Storage Tanks."  Do you see that?
19 A  Yes.
20 Q  And it says, "Fuel Storage Tanks.
21 Close, chain and lock all valves.  Utilize
22 LO/TO process."  Correct?
23 A  Correct.
24 Q  All right.  What is the LO process?
25 A  Lock-out.

Page 111

1  Q  And what is the TO process?
2  A  Tag-out.
3  Q  And the next bullet point says,
4  "Close, chain and lock all valves on diesel
5  pipeline and fuel stations, receiving and
6  discharge lines.  Utilize LO/TO process."  Did
7  I read that correctly?
8  A  Yes.
9  Q  All right.  So if the THOR did not
10 arrive until Martin was in Phase III of its
11 hurricane planning procedure, the valves on
12 all the diesel pipeline and fuel stations
13 should have been closed, chained and locked
14 when it arrived, correct?
15     MR. McMAHON:
16        Objection.
17     THE WITNESS:
18        No.
19 EXAMINATION BY MR. PARKER:
20 Q  Why not?
21 A  We would leave one tank and one
22 station open, or either a couple of stations,
23 in case, last-minute vessels, for fuel.
24 Q  Is that allowed anywhere in the
25 hurricane planning procedure?

Page 112

1  A  I do not know.
2  Q  Well, I'll give you a chance to
3  look at it.
4  A  (Reviewing document).  I don't see
5  it.
6  Q  So you'd agree then that, by
7  leaving these lines or stations open, the
8  personnel at the dock would be acting in
9  violation of the Martin Hurricane Preparedness
10 Plan, correct?
11 A  No.
12 Q  Why not?
13 A  It's at the manager's discretion.
14 Q  You'd agree then that the manager
15 would be allowing these pipelines and stations
16 to remain open, in violation of the hurricane
17 preparedness plan, correct?
18     MR. McMAHON:
19        Objection.
20     THE WITNESS:
21        No.
22 EXAMINATION BY MR. PARKER:
23 Q  Why not?
24 A  It would be his supervisors.
25 Q  So it would be someone above Robbie