# Transcript of the Testimony of
# Videotaped Deposition of Martin Cummins

### Date: May 16, 2024

**All Coast, LLC v. Shore Offshore Services, LLC, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 121

1  vessel and Shore Services as one.  I
2  communicated with the vessel.  I was not
3  communicating with Shore Services.
4  EXAMINATION BY MR. GUILLOT:
5      Q    Okay.  I'll break it down then.
6  Whose responsibility was it at Martin, if you
7  know, to communicate with Shore Offshore
8  Services about the no-docking-during-hurricane
9  policy?
10     A    Bruce or possibly Robbie.
11     Q    Why do you say possibly Robbie and
12 not definitely Bruce?
13     A    Because it's a -- it's a -- it's
14 not an everyday occurrence.  It's a -- it's an
15 extreme situation -- or it's not a normal
16 occurrence, so sometimes management would step
17 in and communicate, if -- if there was an
18 issue or if that person happened to be busy.
19 Bruce had the same task I did.  He had to
20 prepare Dock 15.  So he was trying to
21 communicate and also had other tasks, so we
22 covered each other.  We communicate via
23 telephone and verbally to try to cover all our
24 bases.  It's an extreme effort to try to make
25 things run smooth.

Page 122

1      Q    Going back to where you told me my
2  question combined Shore Offshore Services and
3  the THOR, I'm going to ask you now about the
4  THOR crew and the people on the boat.  Was it
5  your responsibility or someone else's
6  responsibility to advise the THOR crew, once
7  they arrived, of the hurricane preparedness
8  plan, specifically, that no vessels are
9  allowed to dock during hurricane conditions?
10     A    It was my responsibility.
11     Q    And the barge had been there almost
12 24 hours before you first communicated that to
13 anyone on the THOR crew, correct?
14     A    No.  If they arrived near midnight
15 and the fueling started at 2:00 p.m., that's
16 14 hours.
17     Q    I thought you said you told them,
18 after the fueling had been completed, and the
19 fueling took several hours?
20     A    It was after, that's right.
21     Q    Right.  So it's closer to 20 hours
22 later, right?
23     A    Right.
24     Q    And you had spoken with a number of
25 individuals aboard the THOR crew, in that

Page 123

1  interim period, correct?
2      A    Yes.
3      Q    And in all of those opportunities
4  of speaking with the THOR crew, people signing
5  in and signing out, parking cars, you never
6  told any one of them about that section of the
7  hurricane preparedness plan, correct?
8           MR. McMAHON:
9               Objection.  Assumes facts not
10 in evidence.
11          THE WITNESS:
12              I did.  I did verbalize that.
13 It's not a safe place to park vehicles,
14 and I was inquiring on what were their
15 intentions after fueling, so -- I was --
16 I was as forthright and honest and
17 concerned as I could be.  And, again,
18 it's not just me sitting around, you
19 know, shooting the breeze with the guys
20 on the barge.  They're signing in,
21 they're signing out.  Vehicles are
22 coming in, vehicles are leaving.  I'm in
23 the process of fueling, generating
24 tickets.  There's a lot, but we're --
25 we're all -- we're all communicating,

Page 124

1  and I didn't ask for any credentials
2  from anybody I talked to, as far as I
3  verbally believed them to be who they
4  said they were.
5           MR. McMAHON:
6               Answer the question, please.
7           THE WITNESS:
8               Okay.
9           MR. GUILLOT:
10              Okay.  I'm going to move to
11 strike that as nonresponsive.
12 EXAMINATION BY MR. GUILLOT:
13     Q    My question to you, sir, is simply,
14 in the hours between when the THOR arrived and
15 when the fueling completed, you had a number
16 of conversations with different members of the
17 THOR crew, and not once did you tell anybody
18 of the section of the hurricane preparedness
19 plan that would prohibit the THOR from staying
20 at the dock through Hurricane Zeta, correct?
21          MR. McMAHON:
22              Objection.
23          THE WITNESS:
24              Correct.
25          MR. McMAHON: