### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 **Pleading applies to all cases.** **JUDGE JAY C. ZAINEY** **MAGISTRATE JUDGE KAREN WELLS ROBY** |

---

### DECLARATION OF CAPTAIN JAY RIVERA

---

1. My name is Jay Rivera. I have been retained as an expert in this case on behalf of certain claimants.

2. Attached to this declaration is my curriculum vitae, report, and case listing.

3. My attached report contains my opinions in this case, and if called to testify, I will testify in accordance with the opinions expressed in my report.

4. I testify under the penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025.

_____
Captain Jay Rivera



## CAPTAIN JAY RIVERA

EDUCATION

Texas A&M University at Galveston

**Bachelor of Science Marine Transportation,**

**USCG Third Mate Unlimited License Any Gross Tons, Ensign US Navy**          **1998**

LICENSE UPGRADES

**USCG Second Mate Unlimited License Any Gross Tons / Master 1600 Gross Tons**          **1999**

**USCG Chief Mate Unlimited License Any Gross Tons / Master 1600 Gross Tons**          **2001**

**USCG Master Unlimited License Any Gross Tons**          **2003**

EXPERIENCE

**Third Mate**          **1998-2000**

Chemical Tanker HMI Astrachem and HMI Brenton Reef

    In charge navigation watch, cargo watch, and safety officer

**Second Mate**          **2000-2002**

Chemical Tanker HMI Brenton Reef and SMT Chemical Explorer

    In charge navigation watch, cargo watch, and navigation officer

**Chief Mate**          **2002-2004**

Chemical Tanker SMT Chemical Explorer and Charleston

    In charge of deck personnel, cargo operations, deck maintenance and repair, ISO/ISM safety management compliance, and security officer

**Master**          **2004-2005**

Chemical Tanker Charleston

    In command of all vessel operations. In charge of Federal and International regulatory compliance of 48,000 ton US flagged chemical tanker. Overall charge of all personnel, fiscal, cargo, ISO/ISM safety management compliance, and safety issues aboard the vessel.

**Military**          **1998-2010**

    Served as U.S. Navy Harbor Pilot in Kuwait for military and civilian vessels. Honorable discharge as Lieutenant Commander

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
+1.361.815.7388
info@RibenMarine.com



**Harbor Pilot**                                                                                  **2005-2018**

Aransas-Corpus Christi Pilots, Corpus Christi, Texas

> State Commissioned and Federally Endorsed Harbor Pilot for
> Corpus Christi Bay and its tributaries including Port Aransas,
> Aransas Pass, and the La Quinta waterway. Retired July 2018.

**Maritime Consultant / Expert Witness**                                                          **2013-Present**

Riben Marine, Inc., Corpus Christi, Texas

> Marine Consultancy services as a maritime expert witness,
> developing ship/barge docks, LNG/Petroleum terminals, tugboat
> design/terminal requirements, and ship channel design.
> Terminal Design experience/history available upon request
> Expert Witness testimony available upon request

ENDORSEMENTS TO LICENSE AND CONTINUING EDUCATION

> 9 First Class Pilot endorsements to Master's license
> Radar Observer Unlimited (various)
> ARPA (STAR Center)
> ECDIS (STAR Center)
> GMDSS (STAR Center)
> STCW
> Tankerman PIC Dangerous Liquids (Texas A&M)
> ISO/ISM training (ABS)
> Bridge Resource Management (MITAGS, MSI, STAR Center)
> Bridge Resource Management for Pilots (MITAGS)
> Advanced Shiphandling (MITAGS, STAR Center)
> Emergency Shiphandling (MITAGS, MSI)
> Shiphandling with Tractor Tugs (MITAGS, MSI, Port Revel)
> Manned Model Shiphandling (Port Revel, Massachusetts Maritime)
> Error Detection and Use of Advanced Radar Techniques in Restricted Waters (MSRC)
> Restricted Visibility Navigation for Pilots (RAVEN, MSRC)

LANGUAGES

> Fully bilingual in English and Spanish

AWARDS

> Who's Who Among American Universities and Colleges (1998)
> United States Coast Guard Meritorious Public Service Award (2018)



**FEES FOR SERVICES**
**CAPTAIN JAY RIVERA**
**EFFECTIVE SEPTEMBER 2023**

SURVEY, TRAVEL, INTERVIEWS, REVIEWING DATA, REPORT WRITING……………$800 / hour

DEPOSITION/COURT APPEARANCE AND PREPARATION………………………………$1,200 / hour

DEPOSITION/COURT APPEARANCE AND PREPARATION………………………………$12,000 / day
(Minimum charge is for 10 hours. $1,200 for each additional hour or part thereof)

VESSEL/SITE INSPECTIONS………………………………………………………………$6,000 / day
(Minimum charge is for 5 hours. $1,200 for each additional hour or part thereof)

RETAINER FOR ALL CASES…………………………………………………………………$10,000
(Non-refundable. Will be applied towards data review time)

**EXPENSES**

PERSONAL AUTO TRAVEL……………………………………………………………………$1.50 / mile

PHOTOGRAPHS…………………………………………………………………………………$2.50 /photo

COPIES (b&w)………………………………………………………………………………......$0.50 / page

COPIES (color)…………………………………………………………………………………..$1.50 / page

VIDEO......……………………………………………………………………………………….$500 / video

AIRFARE, HOTELS, CAR RENTAL, SUBSISTENCE………………………………………COST+10%

ASSISTANT…………………………………………………………….....................................$200 / hour

*BILLING WILL BE MADE ON A MONTHLY BASIS AND PAYABLE TO THE ORDER OF RIBEN MARINE, INC. ALL PAYMENTS MUST BE MADE WITHIN 30 DAYS AFTER RECEIVING INVOICE. INTEREST AT WILL BE BILLED AT 18% PER ANNUM ON ALL FEES PAST DUE. ANY COSTS INCURRED IN COLLECTION OF FEES WILL BE BILLED TO THE CLIENT.*

🗺 14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
✉ info@RibenMarine.com



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023**

Firm: HOLMAN FENWICK WILLAN USA, LLP
Client: Houston Pilots / Capt. Jason Charpentier
Subject: Investigation in Collision of M/V Genesis River and Tug Voyager
Court: Pilot Board Review Committee, Board of Pilot
Commissioners for the Port of Houston
Court Appearance Date: August 22nd, 2019
Type of Appearance: Expert

Firm: HOLMAN FENWICK WILLAN USA, LLP
Client: Seabulk Tankers
Subject: Collision between M/V Independence and Tug Stardust
Case Name: Seabulk Tankers vs. Harley Marine Gulf, LLC
Case #: 4:19-cv-01487
Court: District Court for the Southern District of Texas Houston Division
Deposition Appearance Date: N/A
Court Appearance Date: July 12th, 2021
Type of Appearance: Expert

Firm: THE CREW LAW FIRM, P.C.
Client: BSN Industrial Holdings, LLC
Subject: Cargo Quantity and Contamination Claim
Case Name: BSN Industrial Holdings, LLC v. Ingleside Crude, LLC Case #: S185229CVA
Court: District Court of San Patricio County, Texas
Deposition Appearance Date: January 26th, 2022
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: THE CREW LAW FIRM, P.C. / STEVENSON & MURRAY, LLP
Client: Jana Reed
Subject: Wake Collision / Death
Case Name: JANA REED, et al. vs. MAERSK LINE-LTD, USA and M/V MAERSK IDAHO
Case #: 3:19-CV-00238
Court: USDC SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION
Deposition Appearance Date: August 31st, 2020
Court Appearance Date: May 17th, 2021
Type of Appearance: Expert

Firm: BRUNKENHOEFER LAW FIRM, P.C.
Client: Ralph Wayne White
Subject: Personal Injury of Seaman
Case Name: Ralph Wayne White v. NGL Marine, LLC
Case #: 2020CCV-60674-3 District Court of Nueces County, Texas
Deposition Appearance Date: March 9th, 2021
Court Appearance Date: TBD
Type of Appearance: Expert



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023 CONTINUED**

Firm: ARNOLD & ITKIN, LLC.
Client: Clement Bell
Subject: Ship Allision and Personal Injury
Case Name: ADM, et al. vs. M/T American Liberty
Case #: 19-cv-10525
Court: US DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
Deposition Appearance Date: March 2nd, 2021
Court Appearance Date: May 20th, 2021
Type of Appearance: Expert

Firm: THE YOUNG FIRM
Client: James Christopher Williams
Subject: Personal Injury of a seaman
Case Name: James Christopher Williams vs. Parker Towing
Case #: 65-cv-2017-900062.00
Court: CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA
Deposition Appearance Date: October 26th, 2021
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: SPAGNOLETTI LAW FIRM
Client: Aida Limones
Subject: Small boat allision and death of passengers
Case Name: Limones, et al. vs. Kirby Inland Marine Case #: 2019-DCL-01670
Court: 197th JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS
Deposition Appearance Date: October 13th, 2021
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ARNOLD & ITKIN, LLC.
Client: Cory Callihan
Subject: Tug collision and Personal Injury
Case Name: Cory Callihan vs. Inland Construction and Engineering
Case #: 2019 CA 003845
Court: 14TH JUDICIAL CIRCUIT IN AND FOR BAY COUNTY, FLORIDA
Deposition Appearance Date: February 7th, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ROYSTON RAYZOR
Client: MODA Midstream
Subject: Ship allision with berth
Case Name: Moda Ingleside Oil Terminal, LLC v. RIVERSIDE, its engines, tackles, etc., in rem, et al.
Case #: 2:21-cv-00039
Court: USDC FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION
Deposition Appearance Date: July 28th, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023 CONTINUED**

Firm: ARNOLD & ITKIN, LLC.
Client: Eric Hendley
Subject: Personal Injury of a Seaman
Case Name: Eric Hendley vs. The United States of America, et al.
Case #: 3:20-CV-00652-BJD-JBT
Court: USDC MIDDLE DISTRIC OF FLORIDA, JACKSONVILLE DIVISION
Deposition Appearance Date: February 1st, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ARNOLD & ITKIN, LLC.
Client: Lloyd Standridge
Subject: Death of a Seaman
Case Name: In the Matter of Chester J. Marine, LLC.
Court: US DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
Deposition Appearance Date: June 7th, 2022
Court Appearance Date: January 9th, 2023
Type of Appearance: Expert

Firm: STEVENSON & MURRAY, LLP
Client: Joey Alfred
Subject: Personal Injury of a Seaman
Case Name: Joey Alfred v. Genesis Energy, LLC Case #2020-15379
Court: 215th DISTRICT OF HARRIS COUNTY, TEXAS
Deposition Appearance Date: January 30th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: CUNNINGHAM BOUNDS, LLC.
Client: Floyd Oswalt
Subject: Small boat accident
Case Name: Floyd Oswalt vs. Alex Salfity
Court: STATE COURT OF GWINNETT COUNTY, GEORGIA
Deposition Appearance Date: July 14th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: VB ATTORNEYS, LLC.
Client: Houston Money
Subject: Personal Injury of a Seaman
Case Name: Houston Money vs. Kirby Offshore Marine
Court: 151st DISTRICT COURT OF HARRIS COUNTY, TEXAS
Deposition Appearance Date: July 10th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023 CONTINUED**

Firm: ARNOLD & ITKIN, LLC.
Client: John Buford
Subject: Personal Injury of a Seaman
Case Name: In the Matter of Arbitration John Buford vs. Alpha Vessel Co.
Court: Perry Dampf Solutions Lafayette, LA
Deposition Appearance Date: N/A
Court Appearance Date: November 13th, 2023
Type of Appearance: Expert

Firm: ARNOLD & ITKIN, LLC.
Client: Christopher Pleasant
Subject: Personal Injury of a Seaman
Case Name: In the Matter of Hurricane Zeta Litigation.
Court: 113th DISTRICT COURT HARRIS COUNTY, TEXAS
Deposition Appearance Date: November 29th, 2023
Court Appearance Date: N/A
Type of Appearance: Expert



Expert's Written Report
By Captain Jay Rivera
In the matter of:

**ALL COAST, LLC**
**vs.**
**SHORE OFFSHORE SERVICES, et al.**

**CIVIL ACTION NO. 21-258**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**



14493 South Padre Island Drive
Suite A, PMB 490
Corpus Christi, TX 78418
Jay.Rivera@RibenMarine.com
www.ribenmarine.com
+1 361.815.7388
December 16th, 2023

# **Contents**

Introduction and Summary of Events ……..……..……..……..……..……..……..……..2

Professional Background……..……..……..……..……..……..……..……..……..3-4

Factual Overview……..……..……..……..……..……..……..……..……..……..5-8

Opinions……..……..……..……..……..……..……..……..……..……..……..9-12

Conclusions……..……..……..……..……..……..……..……..……..……..13-14

Appendix……..……..……..……..……..……..……..……..……..……..15-37

Methodology……..……..……..……..……..……..……..……..……..38-39

Professional Experience……..……..……..……..……..……..……..……..40-41

Record of Cases and Testimony……..……..……..……..……..……..……..42-44

Fee Schedule……..……..……..……..……..……..……..……..……..45

## Introduction:

The undersigned, Captain Jay Rivera, has been retained by the firm of Arnold & Itkin, LLP to review and consider the information available concerning the breakaway incident on the Derrick Barge (D/B) THOR during the landfall of Hurricane Zeta over Port Fourchon, Louisiana on October 28th, 2020. The objective of my evaluation was to consider the information provided by the parties, review the discovery responses, and the initial documents produced by the parties in suit. Based on my training, education, and experience, I was asked to render an opinion as to the events that led to the incident that forms the basis of this suit and any deviations from the proper industry standards, practices, and standards of care.

## Summary of Events:

The D/B THOR and Shore Offshore Services were contracted by Fieldwood Energy to work in the Gulf of Mexico, offshore of Louisiana in 2020. In response to Hurricane Zeta's trajectory, the D/B THOR demobilized form its location and proceeded toward Port Fourchon.

The THOR arrived in Port Fourchon, LA late in the evening hours of October 26th where most of the crew disembarked the next day. 20 crew members were left onboard to prepare for and ride out the storm. The tug CROSBY ENDEAVOR had been hired to standby with the THOR during the passing of the hurricane. Zeta made landfall on October 28th as a powerful category 3 hurricane with sustained winds of 115 miles per hour (MPH). During the direct hit of Zeta over Port Fourchon, the THOR broke loose from its moorings and drifted inbound through the Bayou Lafourche, until the crew were able to deploy an anchor. The crew rode out the remainder of the duration of the intense storm until response vessels were able to tow the THOR back to its berth.

## Professional Background:

Captain Rivera is a graduate of Texas A&M University at Galveston, Texas Maritime Academy in 1998 with a Bachelor of Science Degree in Marine Transportation. Captain Rivera's "curriculum vitae" is included in this report. In addition to his degree, he also qualified and completed testing for his U.S. Coast Guard Third Mate Unlimited Any Gross Tons License in the same year. For the next 7 years Captain Rivera sailed on several types and sizes of US Jones Act and internationally trading tank vessels in all the officer ranks. In 2003, Captain Rivera was eligible for and obtained his United States Coast Guard issued Master Unlimited Any Gross Tons License and began sailing under authority of that license in 2004 when he was assigned command of the M/T Charleston, a 48,000-ton US flagged chemical tanker. In 2005, Captain Rivera was selected to the Aransas-Corpus Christi Pilots, where he served as a State Commissioned and Federally Licensed Harbor Pilot in the State of Texas for thirteen years. The last 2 years of his tenure, he served as Presiding Officer of the Pilot group. The Port of Corpus Christi is the fourth largest port in the nation which handles the largest and deepest vessels calling upon the US Gulf Coast and is at the epicenter of the nation's crude oil and gas trade.

In 2011, Captain Rivera received an Honorable Discharge from the US Navy as a Lieutenant Commander, after serving in the armed forces for thirteen years, while working concurrently in the maritime industry. During his time in the Navy, he performed numerous active-duty trainings and served overseas piloting vessels in and out of Kuwait to support ongoing military operations in the region. Captain Rivera drafted the first Navigation Safety Guidelines for the Port of Corpus Christi in 2012. He later played a significant role in the acceptance, implementation, and ratification of these Guidelines by the Board of Commissioners for the Port of Corpus Christi Authority.

In 2017, Captain Rivera planned for and successfully piloted the first Very Large Crude Carrier (VLCC) ever to enter an inland US Gulf port. Since then, Captain Rivera has been involved in the design of all proposed VLCC terminals in the Port

of Corpus Christi and other locations in the Gulf of Mexico. Captain Rivera was awarded in 2018 the US Coast Guard's Meritorious Public Service Award. This award is the second highest honor awarded by the US Coast Guard. He was commended for his efforts in two separate events; coordinating the recovery of maritime commerce in the Port of Corpus Christi and its waterway after one of the most destructive storms ever to hit the Texas Gulf Coast, Hurricane Harvey. The second event in this award was his efforts in fighting a crude oil fire caused by a deadly explosion on a vessel offshore of Port Aransas, TX. After the fire was extinguished, he assisted and coordinated search and rescue efforts, as well as the response to the ensuing oil spill.

Captain Rivera provides marine consultancy services as a maritime expert witness, developing ship/barge docks, liquified natural gas (LNG) terminals, cargo claims, tug design, and ship channel design/modifications.

## Factual Overview:

**I.** The D/B THOR is a non-self-propelled derrick barge that is 370.7 feet in length overall (LOA) and 137.8 feet in width (beam). She is of foreign registry, is flagged in Panama and was built in 1997. She has a lifting capacity of 1,600 metric tons with its large crane and can accommodate 114 people. (Appendix 1 USCG PSIX, Appendix 2 THOR Specs)



**Figure 1**
**Photo of D/B THOR.**

**II.** The THOR was working offshore Louisiana on October 26th at location SS259JA. On that day, at 0945, the D/B THOR got underway from the platform and proceeded towards Port Fourchon towed by the CROSBY ENDEAVOR. The barge was all fast at Martin Energy Dock #16 in Port Fourchon at 0100 on the 27th, approximately 39 hours prior to Zeta's landfall.

**III.** Crosby Tugs was hired to provide offshore tug support and "work as directed" by the designated personnel aboard the D/B THOR. On the day of the breakaway incident, Crosby was alongside the THOR for one purpose; to hold the DB THOR to the dock during Zeta's passage. (Cody Sims deposition pg. 498, ln. 19 to pg. 499 ln. 1)

**IV.** Martin Energy had a "Hurricane Planning Procedure" in effect prior to the arrival of the THOR and subsequent breakaway incident. Phase IV of this plan is triggered when the Hurricane is 48-24 hours from making landfall and specifically outlines "No Vessels moored at facility". (Martin Bates 000661)

**V.** After arriving at the berth, the majority of personnel onboard the barge disembarked, while 20 remaining crew were left to continue preparing the barge for the eventual hurricane strike and ride out the storm. Martin allowed the THOR and its crew to stay alongside during the hurricane in direct violation of Martin's policies and procedures. Keeping the 20 crew aboard the THOR was also in direct violation of Martin policy.

**VI.** Prior to THOR getting underway and directing the tug CROSBY ENDEAVOR to tow them from SS 259 to Port Fourchon, Zeta was already forecast to make landfall near Port Fourchon as a hurricane.



Figure 2
Advisory #8 for Hurricane Zeta from NOAA National Weather Service

**VII.** On October 27th, 2020, Tropical Storm Zeta strengthened to a category 1 Hurricane and entered the Gulf of Mexico with Port Fourchon in the middle of its projected path. Its forecast trajectory from the National Weather Service varied little until landfall. The Storm Advisory received from THOR's third-party weather forecast service also had Zeta on a steady trajectory

towards Southeast Louisiana and was forecast to make landfall as a powerful hurricane. (Thor 000030-238 Weather Ops Zeta Active Storm Advisories)

**VIII.** As forecast by multiple weather services, Zeta made landfall over Port Fourchon the afternoon of October 28th as a major Category 3 hurricane with devastating sustained winds of 115 MPH with gusts up to 150 MPH reported in some areas. (Appendix 3 USCG DB THOR Incident Report)



Figure 3
Weather Ops Active Storm Advisory #20 for Hurricane Zeta



**Figure 4**
**Saffir-Simpson Hurricane Wind Scale**

**IX.** As Zeta made landfall, the THOR was moored at the Martin Energy facility Dock #16 in Port Fourchon. Pre-Storm photos show that the D/B THOR's mooring lines were not doubled up and secured for Hurricane force winds as required by Coast Guard MSIB 074-20 Set Modified Port Condition Zulu. (Appendix 4 USCG DB THOR Incident Report)

**X.** At approximately 1600, the force of Hurricane Zeta broke the D/B THOR loose from its moorings and she began to drift inland up Bayou Lafourche colliding with several other vessels and mooring piles. Multiple attempts to drop her anchors and arrest her movement failed, but the barge eventually came to a stop when its anchor fetched up and the THOR ran aground. (Crosby Endeavor Logs Bates Dawn 0304)

**XI.** The barge was eventually towed back to the Martin Energy berth once it was safe for the tugs to tow. The THOR was resecured at the Martin Energy Dock and assist tugs released at 0430 on October 29th. (Crosby Reliant Logs Bates Dawn 0307)

## Opinions:

1.  **Crosby, Martin, and THOR interests had adequate notice of the hurricane trajectory and landfall:**
    a.  Both National Weather Service (NWS) and THOR's third-party weather service, Weather Ops gave ample notice of the impending storm.
    b.  All the models agreed on a major storm making landfall on the coast of Southeastern Louisiana at least 3 days in advance.
    c.  Pursuant to Martin's Hurricane Plan, the THOR should have never been allowed to moor at its facility during Hurricane Zeta.



**Figure 5**
**Forecast tracks of Hurricane Zeta from October 24th to October 29th**

2.  **The D/B THOR should not have been towed back to Port Fourchon where a catastrophic storm was forecast to make landfall:**
    a.  Crosby and THOR interests had sufficient time to choose an alternate location for the THOR to relocate for the storm.
    b.  The THOR could have simply been towed towards the western Gulf of

Mexico, away from the effects of the storm.

3. **Martin violated its own hurricane preparedness plan by allowing the THOR to moor at their facility prior to the storm passing. Martin did not provide THOR or Crosby with any necessary documentation to perform a proper mooring and tug assist analysis. The operators of the THOR did not adequately moor the barge to sustain the severe effects of a major hurricane:**

   a. Martin's policies required all personnel to be evacuated from their facility.

   b. A proper mooring plan is necessary to ensure the vessel will survive the effects of a passing storm. Vessels staying in port during hurricanes are required to fill out a plan and submit to the USCG for approval.

   c. There is no evidence in the documents reviewed that show that a proper mooring analysis was performed, a proper mooring plan created, or a proper "Remaining in Port Checklist" was submitted to the USCG.

   d. Martin did not provide to THOR interests or Crosby any dock details to perform a proper mooring analysis.

   e. The mix, quantity, type, condition, lead, or pre-tensioning of the mooring lines on the THOR and how said lines were led to bollards on the dock is also unknown.

4. **Crosby should have sent an adequate tug to assist the THOR during hurricane Zeta's passing.**

   a. The tug CROSBY ENDEAVOR, while very powerful, could not properly assist the THOR.

   b. Due to the height of its bow fender and inability to push against the hull of the THOR perpendicularly, the ENDEAVOR was not fit for the intended purpose of maintaining the THOR safely alongside during the hurricane's passing.

   c. A proper analysis of the assigned task should have been performed prior to the job where the ENDEAVOR's limitations would have been identified.

   d. A tug operator cannot "work as directed" if the tug is unable to perform the job requested of it. Therefore, clear instructions must be relayed to the tug as to the job requirements and the tug's capabilities relayed to

the customer, to ensure the correct assets are deployed.

**e.** Crosby had other tugs available in the area that could better assist the THOR during the storm's passing and could better aid in preventing the breakaway that occurred on October 28th.



**Figure 6**
Screenshot (video time 2:56) taken by B. Cloyd showing the differences in height between the bottom of the bow fender and the deck of the barge. Had the tug pushed on the barge, it would have been metal on metal, causing damage to both vessels.

**5. Both deck and engine logs of the Crosby indicate Main Engine Hour usage of 3 hours. The engine logs also show corroborative data for the gear boxes, lube oil, and filters indicating 3 hours of usage on the propelling machinery. The bow thruster has zero hours used on the logs.**

**a.** Logbooks are legally binding documents required by the USCG that indicate and memorialize all critical operations of the vessel and consumption of fuel and oil, among others.

**b.** The CROSBY ENDEAVOR's main engines were only running on the day of the breakaway for a total of 2 hours and 45 minutes as shown in the logs.

**c.** It is highly unlikely the CROSBY ENDEAVOR had the main engines running prior to the breakaway incident.

6. **Proper Job Safety Analyses (JSA) were not conducted prior to the storm to discuss procedures, plans, and expectations for the tasks that could need to be undertaken during the storm.**

   a. There is no evidence that personnel aboard CROSBY ENDEAVOR held proper JSA's or meetings to discuss preparations for, contingencies, or operations during the storm.

   b. There is no evidence that Martin personnel held proper JSA's or meetings to discuss preparations for, contingencies, or operations during the storm.

7. **There was no assessment done of the suitability of the Martin Energy Dock #16 to accommodate and hold the THOR during the passage of a hurricane.**

   a. A vessel with the dimensions and wind profile of the D/B THOR cannot just be haphazardly assigned a berth without a suitability assessment. This assessment is even more critical if there is intent to moor the vessel during the passage of a hurricane.

   b. There is no evidence that an assessment of the mooring bollards condition, safe working load, or suitability to hold the D/B THOR was done or provided by Martin Energy to the THOR interests.

## Conclusions:

The investigation into this incident is ongoing. As added information becomes available, I may supplement my report as needed. Based on my review of the current documents in the record, I have reached the following conclusions:

1) Crosby Tugs should have provided adequate tugs to support the THOR in maintaining its position at the berth during the hurricane passage.
2) The CROSBY ENDEAVOR did not perform proper standby duties or assist in holding the D/B THOR alongside the dock prior to the breakaway.
3) Crosby's operators should have been prudent, exercised good seamanship, and proper judgement by communicating to their client the dangers of towing the THOR into a Port that was forecast to sustain a direct hit from a hurricane.
4) A pre-task meeting should have been held prior to the tow-in with representatives from THOR, Martin, and Crosby.
5) Martin should have followed their hurricane procedures and not allowed the THOR to berth at their facility nor the crew to stay aboard.
6) Even if Martin's policies would have allowed THOR to moor at dock 16, Martin should have provided at a minimum, details of bollard condition, strength, size, height, and location to THOR and Crosby so a proper mooring and tug requirement analysis a could have been made.
7) The D/B THOR should have never been towed to Port Fourchon, where a catastrophic hurricane was forecast to make landfall. Had a proper mooring analysis been conducted with participation from Martin and Crosby, this incident would have likely been avoided. A determination of the barge and berth compatibility would have been concluded and an educated decision could have been made. Alternatively, by simply directing the tow in a Westerly direction, towards Texas and away from the hurricane, this incident would have likely been avoided altogether.

The opinions expressed in this report are my own, are given without prejudice, and only relate to this incident. In addition to the documentation provided to Captain Rivera by firm of Arnold & Itkin, LLP; nationally recognized maritime reference and safety manuals and actual experience as Master on a US flagged vessel were used to arrive at the opinions and conclusions in this report. My education, training, and background were also used to arrive at the opinions and

conclusions in this report. I reserve the right to alter my opinions should any additional information become available to me.

Captain Jay Rivera
Riben Marine, Inc.

## Appendix 1:

USCG PSIX Search Page                                        https://cgmix.uscg.mil/psix/psixsearch.aspx



**Results for Vessel:** *DB THOR*

| Vessel Information: | Vessel Particulars: |
|---|---|
| **Vessel Name:** DB THOR | **Service:** Industrial Vessel |
| **Primary Vessel Number:** 8639455 *(IMO Number)* | **Length:** 355.90 ft |
| **Hull Identification Number:** N/A | **Breadth:** 137.80 ft |
| **Manufacturer Hull Number:** N/A | **Depth:** 26.20 ft |
| **IMO Number:** 8639455 | **Build Year:** 1997 |
| **Vessel Flag:** PANAMA | **Alternate VINs:** N/A |
| **Vessel Call Sign:** HO9316 | |

| Service Information: | Tonnage Information: |
|---|---|
| **Service Status:** Active | **Cargo Authority:** N/A |
| **Out Of Service Date:** N/A | **Tonnage:** |
| **Last Removed From Service By:** N/A | • 13260 - Convention (Subpart B), Gross Ton |
| | • 3978 - Convention (Subpart B), Net Ton |

### Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date | Status |
|---|---|---|---|---|
| Classification Document | IBS | June 5,2019 | May 9,2024 | DEACTIVATED |
| International Load Line Certificate | IBS | June 5,2019 | May 9,2024 | VALID |
| International Oil Pollution Prevention Certificate | IBS | June 5,2019 | May 9,2024 | VALID |
| Tonnage Certificate, International | PA | May 27,2019 | | DEACTIVATED |
| Classification Document | IBS | November 28,2013 | May 19,2018 | DEACTIVATED |
| International Load Line Certificate | IBS | November 28,2013 | May 19,2018 | DEACTIVATED |
| International Oil Pollution Prevention Certificate | IBS | November 28,2013 | July 16,2018 | DEACTIVATED |
| International Oil Pollution Prevention Certificate | IBS | July 17,2013 | December 16,2013 | DEACTIVATED |
| Classification Document | IBS | July 11,2013 | December 10,2013 | DEACTIVATED |
| International Load Line Certificate | IBS | July 11,2013 | December 10,2013 | DEACTIVATED |
| Tonnage Certificate, International | IBS | June 23,2010 | | VALID |

**Summary of Coast Guard Contacts**

[Click Here] To View Contact Data From: 11/26/2018 [📅] To: 11/26/2023 [📅] *(MM/DD/YYYY)*

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7337143 | Not Associated with a Case | Savannah, Georgia | Thursday, October 21, 2021 | Vessel Inspection |

| Deficiency Information | | |
|---|---|---|
| **System** | **SubSystem** | **Cause** |
| 07 - Fire Safety | N/A - No Subsystem | Improper/Lack of Maintenance |
| **Description of Deficiency** | | |
| A fixed fire detection and fire alarm system shall be provided in accordance with the provisions ofhte this regulation. PSCO observed 02 removed smoke detectors in machinery space. SOLAS 74 (2014 Cons) II-2/7.2 -17AC | | |
| **Due Date** | **Resolved** | **Resolved Date** |
| Not Available | False | Not Available |
| **Resolution Description** | | |
| Not Available | | |

Riben Marine Expert Report D/B THOR pg. 15

| | Deficiency Information | | |
|---|---|---|---|
| | **System** | **SubSystem** | **Cause** |
| | 07 - Fire Safety | N/A - No Subsystem | Improper/Lack of Maintenance |
| | **Description of Deficiency** | | |
| | Maintenance, testing and inspections shall be carried out based on the guidelines developed by the organization and in a manner to ensure reliability of fire fighting systems and appliances. PSCO observed that crew did not have any approved method of testing smoke detector for fire detection system and no records of required testing. SOLAS 74 (2014 Cons) II-2/14.2.2 -17AC | | |
| | **Due Date** | **Resolved** | **Resolved Date** |
| | Not Available | False | Not Available |
| | **Resolution Description** | | |
| | Not Available | | |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7148716 | Not Associated with a Case | ST PETERSBURG, Florida | Tuesday, March 2, 2021 | Vessel Inspection |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7148716 | Not Associated with a Case | Tampa, Florida | Tuesday, March 2, 2021 | Vessel Inspection |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7087199 | Not Associated with a Case | Houma, Louisiana | Wednesday, October 28, 2020 | Vessel Inspection |

| | Deficiency Information | | |
|---|---|---|---|
| | **System** | **SubSystem** | **Cause** |
| | 02 - Structural Conditions | N/A - No Subsystem | Damaged By Earlier Event |
| | **Description of Deficiency** | | |
| | ILLC 1966 Annex I CH. I Reg. I. On 28OCT2020 the M/V DB THOR allided with a dock piling in Port Fourchon. The vessel sustained damage to the hull to include but not limited to a 10 foot by 4 foot hole on the starboard stern, a 4 foot diameter inset on the starboard side amidships, and a 40 foot section of the starboard stern with multiple insets. The Administration shall satisfy itself that the general structural strength of the hull is sufficient for the draught corresponding to the free board assigned. | | |
| | **Due Date** | **Resolved** | **Resolved Date** |
| | Wednesday, December 30, 2020 | True | Tuesday, March 2, 2021 |
| | **Resolution Description** | | |
| | Received class report attesting to repairs made. Flag approves class report. | | |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7086719 | 1241025 | WASHINGTON, District of Columbia | Wednesday, October 28, 2020 | Incident Investigation |

| View Investigation Details | Incident Information | | |
|---|---|---|---|
| | Role | | |
| | Involved in a Marine Casualty | | |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 7025956 | Not Associated with a Case | Mobile, Alabama | Friday, August 21, 2020 | Vessel Inspection |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 6784587 | 1187312 | WASHINGTON, District of Columbia | Wednesday, August 14, 2019 | Incident Investigation |

| View Investigation Details | Incident Information | | |
|---|---|---|---|
| | Role | | |
| | Involved in a Marine Casualty | | |

| Activity Number | Case Number | Responsible Unit's USCG Zone/Port | Incident Date | Activity Type |
|---|---|---|---|---|
| 6606447 | Not Associated with a Case | Morgan City, Louisiana | Wednesday, January 2, 2019 | Vessel Inspection |

| | Deficiency Information | | |
|---|---|---|---|
| | **System** | **SubSystem** | **Cause** |
| | 09 - Working and Living Conditions | 091 - Living Conditions | Invalid |
| | **Description of Deficiency** | | |

Riben Marine Expert Report D/B THOR pg. 16

USCG PSIX Search Page                                                    https://cgmix.uscg.mil/psix/psixsearch.aspx



Every ship not carrying a doctor shall be provided with an approved medical chest. Vessel does not contain an approved medical chest.

| Due Date | Resolved | Resolved Date |
|---|---|---|
| Friday, May 10, 2019 | True | Friday, May 10, 2019 |

**Resolution Description**

Medical profesional with a certified medical chest has been put onboard DB THOR

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| 09 - Working and Living Conditions | 092 - Working Conditions | Design Flaw |

**Description of Deficiency**

The ship shall have adequate ventilation in all locations on board where people are required to work or to pass. the vessel's rigging gear hold, work out room, and machine shop have no ventilation.

| Due Date | Resolved | Resolved Date |
|---|---|---|
| Friday, May 10, 2019 | True | Friday, May 10, 2019 |

**Resolution Description**

IBS on behalf of Panama exempted DB THOR from ILO requirements

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| 09 - Working and Living Conditions | 092 - Working Conditions | Design Flaw |

**Description of Deficiency**

The ship shall provide safe means of access to and throughout the ship. the vessel's rigging gear hold, work out room and machine shop have only one means of entry and exit.

| Due Date | Resolved | Resolved Date |
|---|---|---|
| Friday, May 10, 2019 | True | Friday, May 10, 2019 |

**Resolution Description**

IBS on behalf of Panama exempted DB THOR from ILO requirements

**Deficiency Information**

| System | SubSystem | Cause |
|---|---|---|
| 09 - Working and Living Conditions | 091 - Living Conditions | Design Flaw |

**Description of Deficiency**

Water Closet accomodations shall be provided for the exclusive use of the occupancy of the hospital accomodation either as part of or in close proximity to. The vessel has no designated water closet for the hospital space.

| Due Date | Resolved | Resolved Date |
|---|---|---|
| Friday, May 10, 2019 | True | Friday, May 10, 2019 |

**Resolution Description**

IBS on behalf of Panama exempted DB THOR from ILO requirements

Back to Top



**Last Update:**
Monday, November 20, 2023

Riben Marine Expert Report D/B THOR pg. 17

**Appendix 2:**





32503 Tamina Rd., Bldg. B-1, Magnolia, Texas 77354

## D/B THOR Spec Sheet



Riben Marine Expert Report D/B THOR pg. 18





32503 Tamina Rd., Bldg. B-1, Magnolia, Texas 77354

## Heavy Lift Construction Support Vessel

### Particulars

| | |
|---|---|
| Length (Overall) | 370.70 ft (113 m) |
| Breadth Molded | 137.80 ft (42 m) |
| Depth Main Deck | 26.25 ft (8.00 m) |
| Operating Draft | 12.14 ft (3.70 m) |
| Min Operating Draft | 11 ft (3.35 m) |
| Gross Tonnage | 12,667 |
| Net Tonnage | 3,770 |
| Registry (Flag) | Panama |
| Year Built | 1997 |
| Accommodations | 114 POB |

**Derrick Crane**
- Make — AmClyde M-66-DE
- Main Hook Height — 252.50 ft (77 m)
- Auxiliary Hook Height — 278.80 ft (85 m)
- Full Revolving Lift Capacity — 1,760 ST @ 98.30 ft (1,600 mt @ 30 m)
- Auxiliary Lift Capacity — 20 ST @ 272 ft (18 mt @ 83 m)

**Deck Crane**
- Type — Crawler
- Capacity — 88 ST (80 mt)
- Radius — 65.60 ft (20 m)

**Utility Crane**
- Make — Manitowoc
- Model — 4000
- Type — Crawler
- Capacity — 100 ST (91 mt)
- Boom Length — 130 ft (39.63 m)

**Machinery**
- Main Generators — (2) Daihatsu 6DL, 24,800 KW, 450V, 60HZ
- Emergency Generators — (1) Daihatsu 45sg, 200KW, 450V, 60 Hz
- Water Makers — 11,000 gallons (41.64 m3)/day

**Mooring Equipment**

www.shoreoffshore.com

Riben Marine Expert Report D/B THOR pg. 19




32503 Tamina Rd., Bldg. B-1, Magnolia, Texas 77354

- Winches      (8) Uchida Marine Hydraulics, Single Drum; 80 Ton brake holding
- Wire Size      2 in. Diameter
- Wire Length      5,000 ft
- Anchors      8 Delta Flipper, 16,000 lbs ea

**Capacities**
- Fuel      MGO: 105,670 gal (400.00 m³)
     MDO: 145,295 gal (500.00 m³)
- Potable Water      158,500 gal (600.00 m³)
- Ballast Water      603,880 gal (2,285.93 m³)

**Communication Systems**
- Phones / Internet      Rignet
- Radios      VHF

Riben Marine Expert Report D/B THOR pg. 20





32503 Tamina Rd., Bldg. B-1, Magnolia, Texas 77354

**D/B Thor Crane Capacity Diagram**

www.shoreoffshore.com





32503 Tamina Rd., Bldg. B-1, Magnolia, Texas 77354



Riben Marine Expert Report D/B THOR pg. 22

## Appendix 3:

CGMIX IIR Search Page                                 https://cgmix.uscg.mil/IIR/IIRSearchResults.aspx?ActID=HoYDHZt7oCk=



### USCG Maritime Information Exchange
### Incident Investigation Reports

SEARCH IIR      FEATURED LINKS      WEB ACCESSIBILITY POLICY      FOIA REQUESTS      CONTACT US

Skip Navigation

## Investigation Activity Report
DB THOR Allision

Activity Start Date: Wednesday, October 28, 2020
MISLE Activity Number: 7086719
MISLE Originating Unit: Marine Safety Unit Houma
MISLE Activity Owner: Commandant (CG-INV-3)
MISLE Activity Controller:
MISLE Case Number: Not Associated with a Case

### I. INCIDENT BRIEF

On October 28, 2020 at about 16:15 CST, the eye of a Category 2 Hurricane Zeta directly hit the Lafourche Parish area of Louisiana. The Barge DB THOR (Official Number 8639455), a Panamanian flagged, 370 foot Derrick Barge of 12,677 gross tons was moored at the Martin Energy Dock at slip 16 in Port Fourchon, LA, on the Bayou Lafourche Waterway when Hurricane Zeta made landfall. The assist tug, CROSBY ENDEAVOR (Official Number 571494) was moored on the outboard side of the DB THOR. As the hurricane transited through the area, and prior to the eye making landfall, the DB THOR parted mooring lines and broke bits at the dock due to high wind speeds recorded at 150 MPH in some areas. The DB THOR then drifted in a northerly direcion on the Bayou Lafourche Waterway with the CROSBY ENDEAVOR still moored alongside. The CROSBY ENDEAVOR attempted to stop the barge from drifting but was overcome by the size of the barge and current conditions of the hurricane which caused the lines holding the CROSBY ENDEAVOR to the DB THOR to part. As the DB THOR continued to drift in a northerly direction along the Bayou Lafourche Waterway, it allided with several other vessels, many of which parted mooring lines as a result of the allision's impact, which subsequenlty caused those vessels to allide with other moored vessels. At approximately 1530, the Offshore Supply Vessel (OSV) HARVEY SEAS was struck by the DB THOR when it was moored in Bayou Lafourche across from C Port 1 in Port Fourchon. Impact was sustained forward of the starboard midship. The starboard fuel day tank onboard the HARVEY SEAS sustained damage. The allision caused 08 mooring lines on the HARVEY SEAS to part. Once the HARVEY SEAS broke free, the vessel traveled northbound and grounded in Bayou Couchon. The repairs for the HARVEY SEAS is estimated at $500,000+ on 17FEB2021. At approximately 1605, the DB THOR drifted in a northerly direcion along the bayou and struck the MR. COLBY on the starboard side while moored to pilings across from C-Port 1 in Fourchon. The impact caused all the mooring lines onboard the MR. COLBY to part and the vessel to drift past Flotation Canal until they grounded in the mud. At the time of collision, the MR. COLBY did have both main engines and bow thruster engaged, however due to wind speeds of 150 mph, they were unable to maintain station once their mooring lines parted. As the DB THOR continued to drift, a northerly wind caused the vessel to allide into the starboard quarter of the OSV DOMINIC S. The DOMINIC S sustained a small dent and crack above the waterline. Damages onboard the DOMINIC S did not exceed $75,000. At approximately 1615, the Dredge EW ELLEFSEN was moored onto pilings at the corner of Flotation Canal in Bayou Lafourche. During this time, the tow vessel, TRENT JOSEPH was engaged in operations with the EW ELLEFSEN to ensure that the vessel remained moored to the pilings. While the DB THOR was adrift, it allided into the pilings that the EW ELLEFSEN were moored to and caused the EW ELLEFSEN to break free from the pilings with the TRENT JOSEPH still attached. Both vessels processed to drift in a northerly direction along Bayou Lafourche until the TRENT JOSEPH drifted underneath the Lift Boat STINGRAY's port quarter. The TRENT JOSEPH sustained damages to the stern, cabin, dog house, and handrails. The damage cost was estimated at $50,000 for the TRENT JOSEPH. The impact on the TRENT JOSEPH caused the lift boat STINGRAY to shift forward and strike the stem leg of the Lift Boat GROUPER. Estimated repairs for the STING RAY were $350k. Estimated repairs for the Grouper were $250k. At approximately 1616, the Tow ROLAND A FALGOUT was moored in Bayou Lafourche in Port Fourchon when the DB THOR struck the stern of the vessel while adrift. Estimated damages for the ROLAND A FALGOUT were $1.5 million. - <mark>Pre-Storm photos show that the DB THOR's mooring lines were not doubled up and secured for Hurricane force winds as required by Coast Guard MSIB 074-20 Set Modified Port Condition Zulu.</mark> - The timeline and interaction of events is estimated based available evidence. Any other incidents related to this case were not verifiable. On 17 February 2021, the vessel POC for the DB THOR was contacted via phone requesting additional information regarding the two personnel injuries that were noted on the CG-2692 submission for vessel. Vessel POC stated that no medical assistance was required beyond first aid. Therefore, no injuries were indicated as a result of this investigation. Additionally, because the DB THOR is a non self-propelled vessel, the speed over ground and course of vessel during the collisions could not be identified. The current at the time of the incident was estimated to be 5 knots and the course was northerly. <mark>As a result of this investigation, the Coast Guard has determined that the initiating event for this casualty was Hurricane ZETA striking the coast with 120+ mph winds. This was followed by DB THOR's mooring lines parting, setting it adrift on the Bayou Lafourche Waterway. The causal factors that contributed to this casualty include: (1) Mooring lines on the DB THOR were not doubled up and reinforced, (2) DB THOR crew did not drop anchor to stop the vessel until after they drifted for a distance and allided with multiple vessels, and (3) Hurricane force winds of 120+ mph.</mark> This incident has been downgraded to a data collection activity in accordance with CG-INV Note 001-2017.

### II. INCIDENT SUMMARY

Riben Marine Expert Report D/B THOR pg. 23

Incident Involved: Marine Casualty, Reportable
Level of Investigation: Data Collection
IMO Classification: Routine
USCG Classification: Routine
Was This a Serious Marine Incident? Yes
Was a Marine Board Convened by Commandant? No

| Personal Casualty Summary | Vessel(s) Status Summary | Property Damage Summary |
|---|---|---|
| Total Missing: 0<br>Total Dead: 0<br>Total Injured: 0<br>At Risk, Not Injured: 0<br>Total Not at Risk: 5<br>Total at Risk: 0 | Actual Total Loss(es): 0<br>Total Constructive Loss, Salvaged: 0<br>Total Constructive Loss, Unsalvaged: 0<br>Damaged: 6<br>Undamaged: 4 | Total Damage:<br>Vessel(s): $2900000<br>Cargo: $0<br>Facility: $0<br>Other: $0<br><br>*May Include Estimates* |

## III. ACTIONS IN REPONSE TO THIS REPORT

### Actions on Recommendations:

NO RECORDED DATA

### Safety Alerts:

NO RECORDED DATA

## IV. FINDINGS OF FACT

### Subjects of the Investigation

| Involved Vessel(s) | Involved Facilities |
|---|---|
| **Vessel Name:** E.W. ELLEFSEN<br>**VIN:** 654551<br>**Role:** Involved in a Marine Casualty | NO RECORDED DATA |
| **Vessel Name:** CROSBY ENDEAVOR<br>**VIN:** 571494<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** M/V ROLAND A FALGOUT<br>**VIN:** 581858<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** DOMINIC S<br>**VIN:** 597678<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** STINGRAY<br>**VIN:** 603825<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** GROUPER<br>**VIN:** 609642<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** TRENT JOSEPH<br>**VIN:** 1055480<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** MR COLBY<br>**VIN:** 1074541<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** DB THOR<br>**VIN:** 8639455<br>**Role:** Involved in a Marine Casualty | |
| **Vessel Name:** HARVEY SEAS<br>**VIN:** 1217695<br>**Role:** Involved in a Marine Casualty | |

For additional vessel details, please click here.    For additional facility details, please click here.

**Involved Parties**    **Involved Organizations**

Riben Marine Expert Report D/B THOR pg. 24

**Appendix 4:**



# NATIONAL HURRICANE CENTER
# TROPICAL CYCLONE REPORT

## HURRICANE ZETA
### (AL282020)
### 24–29 October 2020

Eric Blake, Robbie Berg and Andrew Hagen
National Hurricane Center
10 May 2021



GOES-EAST VISIBLE/INFRARED "SANDWICH" IMAGE OF ZETA NEAR LANDFALL AT 2109 UTC 28 OCTOBER 2020

Zeta was a late-season hurricane that made landfall on the Yucatan Peninsula as a category 1 (on the Saffir-Simpson Hurricane Wind Scale) hurricane. After weakening to a tropical storm, Zeta rapidly intensified into a category 3 hurricane just before landfall in southeastern Louisiana. Zeta's fast forward motion brought strong winds well inland into areas of the southeastern United States. The hurricane caused 5 direct fatalities and about $4.4 billion in damage in the United States.

## Appendix 5:

---

### UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA/MORGAN CITY

## MARINE SAFETY INFORMATION BULLETIN

MSIB 074-20                                                    Date: October 27th, 2020

### SET MODIFIED PORT CONDITION ZULU

**Port Condition:** At 0200 local time, October 28, 2020, the Captain of the Port (COTP) Houma will set a modified Port Condition ZULU for the COTP Zone in preparation for Tropical Storm ZETA. In accordance with the MSU Houma Severe Weather Plan, Port Condition ZULU is set when gale force winds are predicted to arrive within 12 hours.

**Key Weather Message:** Hurricane conditions, life-threatening storm surge, and heavy rainfall are expected from Tropical Storm ZETA along portions of the Gulf Coast through Thursday. Hurricane and Storm Surge Warnings have been issued. Interests in these areas should follow any advice given by local government officials.

**Port Waterway Status:**

The COTP has closed the Louisiana Offshore Oil Port (LOOP), Port Fourchon, and Port of Terrebonne. The Gulf Intracoastal Waterway (GIWW) is closed between Mile Marker 20 – Mile Marker 80. The Houma Navigation Canal is closed to all traffic. All other areas within the COTP Houma zone remain in Port Condition YANKEE with the possibility of going to Port Condition ZULU if there are changes in the gale force wind forecast.

Vessels outside of these areas may transit as needed. This includes GIWW Mile Marker 80 – 191, the Eugene Island Sea Buoy through Atchafalaya River Mile Marker 45, the Port Allen Alternate Route from Mile Marker 00 – 30, the Ports of Morgan City and Amelia, Bayou Chene, and further areas westward. Vessels are not authorized to travel eastbound of Mile Marker 80 of the GIWW.

The Berwick/Morgan City Railroad Bridge located in Morgan City, LA will close to all traffic should winds reach 30mph sustained.

The Bayou Beouf and Berwick Locks located in Morgan City, LA do not currently plan to close, but will secure all vessel traffic if conditions change and the COTP Zone goes to Port Condition Zulu for their respective waterways.

The COTP has ordered the enforcement of the Vessel Traffic Service Berwick Bay under 33CFR161.40. All vessels in the vicinity of Morgan City and VTS Berwick Bay should expect closure of the area once winds reach 35kts sustained. Under no circumstances may vessels transit the Berwick Bay Vessel Traffic Zone. Vessels failing to comply with this order may be subject to a civil penalty in the amount of up to $90,063.

This information, as well as other important hurricane-related information, will be relayed to the maritime community through Marine Safety Information Bulletins and Safety Broadcast Notice to Mariners.

**Vessels and Facilities:**

The following precautionary measures are provided for your consideration. All v strongly urged to implement these measures:



EXHIBIT

155

MSIB 074-20                                                          Date: October 27th, 2020

- Secure missile hazards and clear nonessential equipment and loose gear.
- Secure/remove hazardous materials or cargoes to a safe location, especially drums.
- Oil transfer terminals not engaged in transfer operations should drain all loading arms and hoses of product, blank off hoses, and empty/clean small discharge containment.
- Mooring lines doubled up with due consideration given to the effects of predicted storm surge.
- If moored, outboard anchor rigged at a short stay.
- Ensure sufficient number of officers and crew onboard to tend mooring lines, and/or get underway.
- Vessel ballasted to ensure maximum safety.
- All side ports, hatches, portholes, and other openings are closed and secured.
- All firefighting equipment is ready for immediate use.
- A continuous radio watch maintained on Channel 16 and 67 VHF-FM.
- If at anchorage, at least two anchors set.
- If at anchorage, vessels should remain ready to get underway within 15 minutes.
- Spare mooring lines and/or wires should be readily available.

Cargo and fueling operations are suspended, including bunkering and lightering. Waivers may be granted unless Cargo of Particular Hazard of Certain Dangerous Cargo is involved.

You are strongly encouraged to review your existing hurricane plan or develop a plan if you do not have one. It is extremely important to decide in advance how to minimize your risk and be prepared to evacuate, if necessary.

**Post Storm Considerations:** Once the storm passes, the U. S. Coast Guard will be focused on search and rescue, port security, pollution response and the restoration of commercial operations. Should the port be closed, before reopening the port, COTP Houma must consider the possibility of shoaling and other navigational hazards, the status of aids to navigation, the status of port security and the readiness of port infrastructure to receive vessels. Based on these factors, COTP Houma will work closely with entities to determine the ability to resume operations and the priority for reopening waterways.

For a current list of MSIBs in the COTP Houma Zone visit: https://homeport.uscg.mil/port-directory/Houma under "Safety notifications."

Marine Safety Unit Houma Officer of the Day: (985) 665-2437
Marine Safety Unit Morgan City Officer of the Day: (985) 397-3300
Vessel Traffic Center Berwick Bay: (985) 380-5374 / (985) 380-5320
Coast Guard District Eight Bridges: (504) 671-2128
National Response Center (24 Hour): 1-800-424-8802

J. W. Russell
**Captain, U.S. Coast Guard**
**Captain of the Port**
**Houma, Louisiana**

2

## UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA

# MARINE SAFETY INFORMATION BULLETIN

MSIB 012-21                                                                    Date: June 1st, 2021

## 2021 HURRICANE SEASONAL ALERT

### Hurricane Port Condition Requirements

The official Atlantic Hurricane season is from 01 June to 30 November. This MSIB clarifies USCG mandated hurricane procedures and defines Hurricane Port Conditions for Port Fourchon, Louisiana Offshore Oil Port, Houma Navigation Canal, Port of Morgan City, Port of Iberia, Intracoastal City, the Gulf Intracoastal Waterway, and all terminals, facilities, and waterways in the Captain of the Port (COTP) Houma Area of Responsibility as defined by 33CFR§3.40-15(b).

**General Vessel and Barge Mooring Requirements for Heavy Weather**
To promote safe navigation and protect vital infrastructure the Coast Guard will enforce the following regulations found in 33 CFR 162:

- No person may secure a vessel or barge to trees or to other vegetation.
- No person may allow a vessel or barge to be moored with unraveled or frayed lines or other defective or worn mooring.
- No person may moor barges side to side unless they are secured to each other from fittings as close to each corner of abutting sides as practicable.
- No person may moor barges end to end unless they are secured to each other from fittings as close to each corner of abutting ends as practicable.

Additionally, no person may moor barges to the levees or other objects within one hundred eighty feet from the crown of any levees in accordance with La. R.S. 38:225(2)(a)(i).

**Barge Moorings:** Barge-to-barge; barge-to-vessel; barge-to-wharf or pier. The person in charge shall ensure that a barge moored to another barge, a mooring or spar barge, a vessel, a wharf, or a pier, is secured as near as practicable to each abutting corner of the barge being moored by:

(1) Three parts of wire rope of at least 7/8 inch diameter with an eye at each end of the rope passed around the timberhead, caval, or button;

(2) A mooring of natural or synthetic fiber rope that has at least 75 percent of the breaking strength of three parts of 7/8 inch diameter wire rope; or

(3) Fixed rigging that is at least equivalent to three parts of 7/8 inch diameter wire rope.

In addition to setting port conditions, the COTP will take the following actions commensurate with each Port Condition:

**Port Condition WHISKEY** (Anticipated gale force winds (34kts/39mph) within 72 hours):

Port Status: Open to all commercial traffic.

- Contact port authorities, other government agencies, and industry stakeholders to identify and address concerns over port status, activities, and emergency preparations.

- The COTP will issue a MSIB requiring the following information to be submitted to Vessel Traffic Service, Berwick Bay:

  (a) All self-propelled oceangoing vessels over 500 GT and all oceangoing barges and their supporting tugs remaining in port will complete and submit to the COTP within 24 hours for approval, a REMAINING IN PORT CHECKLIST FOR 500 GT (GRT) VESSELS (Annex A of the Maritime Hurricane Contingency Plan). Each vessel intending to remain in port must request permission from the waterfront facility where mooring and pass that information to the Marine Safety Unit Houma Officer of the Day at (985) 665-2437 or the Marine Safety Unit Morgan City Officer of the Day at (985) 397-3300.

- The Coast Guard will have increased harbor patrols and will advise vessel and facility operators of any conditions that require immediate action or correction.

- The Coast Guard will advise vessel operators of anticipated times of floodgate and bridge closures affecting their ability to seek safe refuge and will provide best points of contact information to obtain accurate updates.

- Advise port stakeholders of intentions for setting next condition.

**Port Condition X-RAY** (Anticipated gale force winds (34kts/39mph) within 48 hours):

Port Status: Open to all commercial traffic.

- The Coast Guard will continue to contact waterfront facilities to determine their intentions and any vessels moored thereto. Individually assess vessels desiring to remain in port, and issue COTP Orders as appropriate.

- Contact deep draft vessels at anchor and determine their intentions.

- Inspect wharf and pier areas with waterfront facility representatives during harbor patrols.

- Spot check mariners and waterways to determine the status of hurricane preparations.

- Advise port stakeholders of intentions for setting next Port Condition.

**Port Condition YANKEE** (Anticipated gale force winds (34kts/39mph) expected within 24 hours):

Port Status: Vessel traffic control measures in effect.

- The COTP may close portions of the port in response to forecasted weather and actual damage, impact, or threat in different geographic areas within the port.

- Establish a Safety Zone controlling vessel movements and activities as appropriate, including:

2

Riben Marine Expert Report D/B THOR pg. 29

- Coordinate completion of channel surveys as needed.
- Conduct maritime damage and risk assessments emphasizing channels, bridges, anchorages, piers, and wharves.
- Organize a post-hurricane Port Coordination Team conference call with senior representatives from other federal, state, and local government agencies and industry stakeholders to assess, outline, and prioritize the recovery effort for the COTP Zone.

All hurricane informational documents will be posted to Homeport at the following link: https://homeport.uscg.mil/port-directory/houma. MSIBs and related updates can be found in the "Safety Notifications" section. The Maritime Hurricane Contingency Plan can be found in the "Contingency Plans" section.

If you have any questions, please contact Marine Safety Unit Houma Officer of the Day at (985) 665-2437 or the Marine Safety Unit Morgan City Officer of the Day at (985) 397-3300.

**J.W. Russell**
**Captain, U.S. Coast Guard**
**Captain of the Port**
**Houma, Louisiana**

4

UNITED STATES COAST GUARD MARINE SAFETY UNIT HOUMA

# MARINE SAFETY INFORMATION BULLETIN

MSIB 012-22                                                    Date: May 18th, 2022

## 2022 HURRICANE SEASONAL ALERT

### Hurricane Port Condition Requirements

The 2022 Atlantic Hurricane season officially begins on June 1, 2022 and continues through November 30, 2022. This MSIB clarifies USCG mandated hurricane procedures and defines Hurricane Port Conditions for Port Fourchon, Louisiana Offshore Oil Port, Port of Terrebonne, Port of Morgan City, Port of Iberia, Intracoastal City, the Gulf Intracoastal Waterway, and all terminals, facilities, and waterways in the Captain of the Port (COTP) Houma Area of Responsibility as defined by 33CFR§3.40-15(b).

**General Vessel and Barge Mooring Requirements for Heavy Weather**
To promote safe navigation and protect vital infrastructure the Coast Guard will enforce the following regulations:

- No person may secure a vessel or barge to trees or to other vegetation.

- No person may allow a vessel or barge to be moored with unraveled or frayed lines or other defective or worn mooring.

- No person may moor barges side-to-side unless they are secured to each other from fittings as close to each corner of abutting sides as practicable.

- No person may moor barges end to end unless they are secured to each other from fittings as close to each corner of abutting ends as practicable.

- Mooring devices, wires, chains, lines and connecting gear must be of sufficient strength and in sufficient number to withstand forces that may be exerted on them during a heavy weather event.

Additionally, no person may moor barges or vessels of any kind to the levees, or, when the water is against the levees, tie or moor any floating objects within one hundred eighty feet from the crown of any levees in accordance with LA R.S. 38:225(2)(a)(i).

**Barge Moorings**: Barge-to-barge; barge-to-vessel; barge-to-wharf or pier. The person in charge shall ensure that a barge moored to another barge, a mooring or spar barge, a vessel, a wharf, or a pier, is secured as near as practicable to each abutting corner of the barge being moored by:

(1) Three parts of wire rope of at least 7/8 inch diameter with an eye at each end of the rope passed around the timberhead, caval, or button; or

(2) A mooring of natural or synthetic fiber rope that has at least 75 percent of the breaking strength of three parts of 7/8 inch diameter wire rope; or

(3) Fixed rigging that is at least equivalent to three parts of 7/8 inch diameter wire rope.

In addition to setting port conditions, the COTP will take the following actions commensurate with each Port Condition:

**Port Condition WHISKEY** (Anticipated gale force winds (34kts/39mph) within 72 hours):

Port Status: Open to all commercial traffic.

- Contact port authorities, government agencies, and industry stakeholders to identify and address concerns over port status, activities, and emergency preparations.
- Issue a MSIB requiring the following information to be submitted to the COTP:

  (a) All self-propelled oceangoing vessels over 500 GT and all oceangoing barges and their supporting tugs remaining in port will complete and submit to the COTP within 24 hours for approval, a REMAINING IN PORT CHECKLIST FOR 500 GT (GRT) VESSELS (checklists can be found on Homeport under Coast Guard Prevention, Domestic Vessel Inspection). Each vessel intending to remain in port must request permission from the waterfront facility where mooring and pass that information to the Marine Safety Unit Houma Officer of the Day at (985) 665-2437 or the Marine Safety Unit Morgan City Officer of the Day at (985) 397-3300.

- Advise vessel operators of anticipated times of floodgate and bridge closures affecting their ability to seek safe refuge and provide best points of contact information to obtain accurate updates.
- Advise port stakeholders of intentions for setting the next Port Condition.

**Port Condition X-RAY** (Anticipated gale force winds (34kts/39mph) within 48 hours):

Port Status: Open to all commercial traffic.

- Contact waterfront facilities to determine their intentions and any vessels moored thereto. Individually assess vessels desiring to remain in port and issue COTP Orders as appropriate.
- Increase harbor patrols to inspect facility wharf and pier areas, vessels, and waterways to determine hurricane preparedness status. Advise vessel and facility operators of any conditions that require immediate action or correction.
- Contact deep draft vessels at anchor and determine their intentions.
- Advise port stakeholders of intentions for setting the next Port Condition.

**Port Condition YANKEE** (Anticipated gale force winds (34kts/39mph) expected within 24 hours):

Port Status: Vessel traffic control measures in effect. The COTP may close portions of the port in response to forecasted weather, actual damage, impact, or threat in different geographic ports within the COTP Zone.

- Establish a Safety Zone controlling vessel movements and activities as appropriate, including:

  (a) Closing ports, where necessary, to all commercial vessel traffic except as specifically allowed by the COTP. (Port closure will not apply to vessels that are capable of completing the cargo load/discharge cycle in less than 12 hours. The area affected by this order includes all Navigable Waters of the United States within 12 nautical miles of shoreline and within the Houma COTP Zone as specified in 33CFR§3.40-15(b)).

2

    (b)  Prohibiting the mooring of red-flagged barges from MM63 WHL to MM47 WHL on the Gulf Intracoastal Waterway and other population centers as identified by the COTP.

- Approve or direct, as necessary, final mooring arrangements for vessels remaining in port.

- Issue COTP Orders, as appropriate, for any vessels or facilities not complying with Port Condition requirements, including but not limited to:

    (a)  Directing self-propelled vessels over 500 GT, without COTP approval to stay in port, to leave port.

- Advise port stakeholders of intentions for setting the next Port Condition.

**Port Condition ZULU** (Anticipated gale force winds (34kts/39mph) expected within 12 hours):

Port Status: Vessel traffic control measures in effect. The default for ZULU is closure of the port and facility operations. The COTP may deviate from this default and keep ports open with restrictions or close only portions of the port in response to forecasted weather, actual damage, impact, or threat in different geographic ports within the COTP Zone.

- Establish a Safety Zone controlling vessel movements and activities as appropriate, including:

    (a)  Closing ports, where necessary, to all commercial vessel traffic (including vessel transits within the port).  This prohibition will not apply to vessels that have requested and received approval from the COTP to transit the port.  The approval of the COTP will only be granted if the transit can be made safely and mooring space has been identified; or if the vessel is departing to sea, only if the vessel can reach safe water prior to encountering hurricane conditions.

- Suspend cargo operations involving bulk liquid dangerous cargoes (including bunkering and lightering operations), unless permission is requested to continue operations and approval is granted.  Approval will be given on a case-by-case basis.  This approval provision does not apply to operations involving Cargoes of Particular Hazard or Certain Dangerous Cargoes, which in every case must be suspended.

**Post-Hurricane Conditions**

As soon as practicable following the passage of the storm, the COTP will:

- Coordinate the Maritime Transportation System Recovery for the Captain of the Port Houma Area of Responsibility.

- Assess whether to close ports and waterways, maintain closure, or open with or without restrictions.

- Assess whether to maintain a Safety Zone restricting vessel movements until the navigation channels can be surveyed and declared safe for passage.

- Coordinate completion of channel surveys as needed.

- Conduct maritime damage and risk assessments emphasizing channels, bridges, locks, piers, and wharves.

- Organize a post-hurricane Port Coordination Team conference call with senior representatives from federal, state, and local government agencies and industry stakeholders to assess, outline, and prioritize the recovery effort for the COTP Zone.

3

## Appendix 6:



**Active Storm Advisory**

| Tropical Storm Zeta Advisory #8 | Effective: October 25, 2020 0500 EDT |

| Storm Center | 17.7N 83.5W (255nm southeast of Cozumel, Mexico) | | | |
|---|---|---|---|---|
| Current Movement | North at 1 knots | | | |
| Sustained Winds/Gusts | 35 knots / 45 knots | | | |
| 34kt Wind Radii | 0 NE | 70 SE | 0 SW | 0 NW |
| 50kt Wind Radii | 0 NE | 0 SE | 0 SW | 0 NW |
| 64kt Wind Radii | 0 NE | 0 SE | 0 SW | 0 NW |
| Forecast Trend | Tropical Storm Zeta is forecast to become a hurricane into the southern Gulf of Mexico on Tuesday and into Wednesday morning; accelerating to the north with landfall expected late evening Wednesday. | | | |



**FORECAST TRACK**

**Forecast Positions and Max Winds**

| Track Forecast Confidence: Below Average | | | | | Intensity Forecast Confidence: Average | | | |
|---|---|---|---|---|---|---|---|---|
| Storm Center Time/Date (EDT) | | UTC Time | Position | | Sustained Winds | | Motion | Category* |
| +0 hr | Sun, Oct 25 0500 | 0900 | 17.7N | 83.5W | 35 KT | 40 MPH | N 1 KT | TS |
| +12 hr | Sun, Oct 25 1400 | 1800 | 18.2N | 83.8W | 40 KT | 45 MPH | NW 5 KT | TS |
| +24 hr | Mon, Oct 26 0200 | 0600 | 18.9N | 84.4W | 45 KT | 50 MPH | NW 8 KT | TS |
| +36 hr | Mon, Oct 26 1400 | 1800 | 19.8N | 85.7W | 55 KT | 65 MPH | NW 10 KT | TS |
| +48 hr | Tue, Oct 27 0200 | 0600 | 21.1N | 87.4W | 65 KT | 75 MPH | NW 13 KT | CAT 1 |
| +60 hr | Tue, Oct 27 1400 | 1800 | 22.9N | 89.5W | 70 KT | 80 MPH | NNW 14 KT | CAT 1 |
| +72 hr | Wed, Oct 28 0200 | 0600 | 25.4N | 90.7W | 65 KT | 75 MPH | NNE 17 KT | CAT 1 |
| +96 hr | Thu, Oct 29 0200 | 0600 | 32.0N | 89.1W | 35 KT | 40 MPH | NNE 20 KT | TS |

**WeatherOps**
powered by DTN

**Active Storm Advisory**

| Tropical Storm Zeta Advisory #12 | | | Effective: October 26, 2020 0500 EDT |
|---|---|---|---|
| **Storm Center** | 18.4N 83.9W (183nm southeast of Cozumel, Mexico) | | |
| **Current Movement** | Northwest at 8 knots | | |
| **Sustained Winds/Gusts** | 60 knots / 75 knots | | |
| **34kt Wind Radii** | 90 NE | 100 SE | 0 SW | 0 NW |
| **50kt Wind Radii** | 40 NE | 50 SE | 0 SW | 0 NW |
| **64kt Wind Radii** | 0 NE | 0 SE | 0 SW | 0 NW |
| **Forecast Trend** | Tropical Storm Zeta has begun its northwestward acceleration; likely to become a hurricane prior to the Yucatan and throughout the Gulf of Mexico. Landfall Wednesday afternoon and evening remains likely. | | |

### FORECAST TRACK



### Forecast Positions and Max Winds

| Track Forecast Confidence: Below Average | | | | Intensity Forecast Confidence: Average | | | |
|---|---|---|---|---|---|---|---|
| Storm Center Time/Date (EDT) | UTC Time | Position | | Sustained Winds | | Motion | Category* |
| +0 hr | Mon, Oct 26 0500 | 0900 | 18.4N | 83.9W | 60 KT | 70 MPH | NW 8 KT | TS |
| +12 hr | Mon, Oct 26 1400 | 1800 | 19.5N | 85.5W | 75 KT | 85 MPH | NW 11 KT | CAT 1 |
| +24 hr | Tue, Oct 27 0200 | 0600 | 20.8N | 87.5W | 75 KT | 85 MPH | NW 13 KT | CAT 1 |
| +36 hr | Tue, Oct 27 1400 | 1800 | 22.5N | 89.6W | 65 KT | 75 MPH | NNW 13 KT | CAT 1 |
| +48 hr | Wed, Oct 28 0200 | 0600 | 24.7N | 91.1W | 70 KT | 80 MPH | N 15 KT | CAT 1 |
| +60 hr | Wed, Oct 28 1400 | 1800 | 27.7N | 90.8W | 65 KT | 75 MPH | NNE 23 KT | CAT 1 |
| +72 hr | Thu, Oct 29 0200 | 0600 | 31.8N | 88.2W | 45 KT | 50 MPH | NE 31 KT | TS |



**Active Storm Advisory**

| Tropical Storm Zeta Advisory #16 | | | Effective: October 27, 2020 0500 EDT | |
|---|---|---|---|---|
| Storm Center | 21.0N 88.4W | | | |
| Current Movement | Northwest at 12 knots | | | |
| Sustained Winds/Gusts | 60 knots / 70 knots | | | |
| 34kt Wind Radii | 120 NE | 120 SE | 60 SW | 70 NW |
| 50kt Wind Radii | 70 NE | 70 SE | 20 SW | 40 NW |
| 64kt Wind Radii | 0 NE | 0 SE | 0 SW | 0 NW |
| Forecast Trend | Zeta has weakened into a tropical storm during the past few hours as it tracks over the Yucatan peninsula but is expected to re-intensify into a category 1 hurricane over the southern Gulf later today. | | | |

### FORECAST TRACK



### Forecast Positions and Max Winds

| Track Forecast Confidence: Average | | | | | Intensity Forecast Confidence: Average | | | |
|---|---|---|---|---|---|---|---|---|
| Storm Center Time/Date (EDT) | | UTC Time | Position | | Sustained Winds | | Motion | Category* |
| +0 hr | Tue, Oct 27 0500 | 0900 | 21.0N | 88.4W | 60 KT | 70 MPH | NW 12 KT | TS |
| +12 hr | Tue, Oct 27 1400 | 1800 | 22.3N | 90.1W | 65 KT | 75 MPH | NW 14 KT | CAT 1 |
| +24 hr | Wed, Oct 28 0200 | 0600 | 24.4N | 91.5W | 75 KT | 85 MPH | NNW 12 KT | CAT 1 |
| +36 hr | Wed, Oct 28 1400 | 1800 | 27.5N | 91.2W | 75 KT | 85 MPH | NE 16 KT | CAT 1 |
| +48 hr | Thu, Oct 29 0200 | 0600 | 31.7N | 88.0W | 55 KT | 65 MPH | N 25 KT | TS |
| +60 hr | Thu, Oct 29 1400 | 1800 | 36.5N | 81.0W | 30 KT | 35 MPH | NE 38 KT | TD |
| +72 hr | Fri, Oct 30 0200 | 0600 | 40.3N | 70.0W | 45 KT | 50 MPH | NE 47 KT | POST-TROP |



## Active Storm Advisory

| Hurricane Zeta Advisory #20 | Effective: October 28, 2020 0400 CDT |
|---|---|
| Storm Center | 25.1N 91.8W |
| Current Movement | North-northwest at 15 knots |
| Sustained Winds/Gusts | 75 knots / 90 knots |

| 34kt Wind Radii | 120 NE | 130 SE | 40 SW | 60 NW |
|---|---|---|---|---|
| 50kt Wind Radii | 60 NE | 60 SE | 20 SW | 20 NW |
| 64kt Wind Radii | 30 NE | 30 SE | 0 SW | 0 NW |
| Forecast Trend | Zeta will continue to strengthen over the central Gulf today before curving to the north-northeast and making landfall over the southeastern Louisiana region early this evening. | | | |

### FORECAST TRACK



### Forecast Positions and Max Winds

| Track Forecast Confidence: Above Average | | | | Intensity Forecast Confidence: Average | | | |
|---|---|---|---|---|---|---|---|
| Storm Center Time/Date (CDT) | UTC Time | Position | | Sustained Winds | | Motion | Category* |
| +0 hr | Wed, Oct 28 0400 | 0900 | 25.1N | 91.8W | 75 KT | 85 MPH | NNW 15 KT | CAT 1 |
| +12 hr | Wed, Oct 28 1300 | 1800 | 27.9N | 91.1W | 85 KT | 100 MPH | NNE 19 KT | CAT 2 |
| +24 hr | Thu, Oct 29 0100 | 0600 | 32.8N | 87.5W | 50 KT | 60 MPH | NE 29 KT | TS |
| +36 hr | Thu, Oct 29 1300 | 1800 | 37.5N | 79.0W | 30 KT | 35 MPH | NE 42 KT | POST-TROP |
| +48 hr | Fri, Oct 30 0100 | 0600 | 40.5N | 67.5W | 40 KT | 45 MPH | ENE 47 KT | POST-TROP |
| +60 hr | -- | -- | -- | -- | -- | -- | -- | -- |
| +72 hr | -- | -- | -- | -- | -- | -- | -- | -- |

## Methodology:

In reaching my conclusions and opinions, the following documents and reference materials were reviewed:

- Crosby Initial Disclosures
- Crosby Responses to RFAs
- Crosby Responses to RFPs
- Dawn Services Initial Disclosures
- Dawn Services Responses to RFAs
- Dawn Services Responses to RFPs
- Thor Interests Initial Disclosures
- Thor Interests Responses to RFAs
- Thor Interests Responses to RFPs
- Pictures Dawn 000085-000089
- Videos Dawn 000090-000091
- Vessel logs Crosby Endeavor
- Vessel logs Crosby Trinity
- Vessel logs Crosby Integrity
- Vessel logs Crosby Guardian
- Vessel logs Crosby Reliant
- Deposition and exhibits A. Lewis
- Deposition and exhibits B. Andrews
- Deposition and exhibits D. Blinn
- Deposition and exhibits B. Cloyd
- Deposition and exhibits M. Grace
- Deposition and exhibits W. McCray
- Deposition and exhibits J. Perryman
- Deposition and exhibits B. Aro
- Deposition and exhibits P. Burnett
- Deposition and exhibits L. Williams
- Deposition and exhibits H. Solomon
- Deposition and exhibits M. Smith
- Deposition and exhibits E. Plaisance
- Deposition and exhibits R. Rials
- Deposition and exhibits R. Artigos
- Deposition and exhibits J. Douglas
- Deposition and exhibits W. Everett
- Deposition and exhibits T. Gibilterra
- Deposition and exhibits M. Melancon
- Deposition and exhibits W. Savoy
- Deposition and exhibits C. Sims
- Deposition and exhibits D. Lowe
- Mike Grace text message thread with I. Danos, T. Gibilterra, T. Roberts, M. Arana, C. Sims

- Crosby Production (02.19.23-Present)
- Dawn Production (02.19.23-Present)
- MARS and Shore Offshore (THOR Interests) Production (02.19.23-Present)
- Martin Production Bates 000001-000937
- CCTV recording of Martin Dock #16
- USCG Homeport Website: www.homeport.uscg.mil
- USCG Port State Information Exchange website: www.cgmix.uscg.mil
- National Hurricane Center website: https://www.nhc.noaa.gov/archive/2020/ZETA_graphics.php
- OSHA Website: www.OSHA.gov
- Shore Offshore Services website: www.shoreoffshore.com
- Crosby Tugs website: www.crosbytugs.com
- Dawn Services website: www.dawnoffshore.com
- 29 CFR Part 1919
- Google Maps

## Professional Experience:



### CAPTAIN JAY RIVERA

EDUCATION

Texas A&M University at Galveston

**Bachelor of Science Marine Transportation,**

**USCG Third Mate Unlimited License Any Gross Tons, Ensign US Navy**          **1998**

LICENSE UPGRADES

**USCG Second Mate Unlimited License Any Gross Tons / Master 1600 Gross Tons**     **1999**

**USCG Chief Mate Unlimited License Any Gross Tons / Master 1600 Gross Tons**      **2001**

**USCG Master Unlimited License Any Gross Tons**          **2003**

EXPERIENCE

**Third Mate**          **1998-2000**

Chemical Tanker HMI Astrachem and HMI Brenton Reef

> In charge navigation watch, cargo watch, and safety officer

**Second Mate**          **2000-2002**

Chemical Tanker HMI Brenton Reef and SMT Chemical Explorer

> In charge navigation watch, cargo watch, and navigation officer

**Chief Mate**          **2002-2004**

Chemical Tanker SMT Chemical Explorer and Charleston

> In charge of deck personnel, cargo operations, deck maintenance
> and repair, ISO/ISM safety management compliance, and security
> officer

**Master**          **2004-2005**

Chemical Tanker Charleston

> In command of all vessel operations. In charge of Federal and
> International regulatory compliance of 48,000 ton US flagged chemical
> tanker. Overall charge of all personnel, fiscal, cargo, ISO/ISM safety
> management compliance, and safety issues aboard the vessel.

**Military**          **1998-2010**

> Served as U.S. Navy Harbor Pilot in Kuwait for military and civilian vessels.
> Honorable discharge as Lieutenant Commander

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
info@RibenMarine.com



**Harbor Pilot**                                                                    2005-2018

Aransas-Corpus Christi Pilots, Corpus Christi, Texas

>   State Commissioned and Federally Endorsed Harbor Pilot for
>   Corpus Christi Bay and its tributaries including Port Aransas,
>   Aransas Pass, and the La Quinta waterway. Retired July 2018.

**Maritime Consultant / Expert Witness**                                          2013-Present

Riben Marine, Inc., Corpus Christi, Texas

>   Marine Consultancy services as a maritime expert witness,
>   developing ship/barge docks, LNG/Petroleum terminals, tugboat
>   design/terminal requirements, and ship channel design.
>   Terminal Design experience/history available upon request
>   Expert Witness testimony available upon request

ENDORSEMENTS TO LICENSE AND CONTINUING EDUCATION

>   9 First Class Pilot endorsements to Master's license
>   Radar Observer Unlimited (various)
>   ARPA (STAR Center)
>   ECDIS (STAR Center)
>   GMDSS (STAR Center)
>   STCW
>   Tankerman PIC Dangerous Liquids (Texas A&M)
>   ISO/ISM training (ABS)
>   Bridge Resource Management (MITAGS, MSI, STAR Center)
>   Bridge Resource Management for Pilots (MITAGS)
>   Advanced Shiphandling (MITAGS, STAR Center)
>   Emergency Shiphandling (MITAGS, MSI)
>   Shiphandling with Tractor Tugs (MITAGS, MSI, Port Revel)
>   Manned Model Shiphandling (Port Revel, Massachusetts Maritime)
>   Error Detection and Use of Advanced Radar Techniques in Restricted Waters (MSRC)
>   Restricted Visibility Navigation for Pilots (RAVEN, MSRC)

LANGUAGES

>   Fully bilingual in English and Spanish

AWARDS

>   Who's Who Among American Universities and Colleges (1998)
>   United States Coast Guard Meritorious Public Service Award (2018)

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
info@RibenMarine.com

## Record of Prior Cases and Testimony:



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023**

Firm: HOLMAN FENWICK WILLAN USA, LLP
Client: Houston Pilots / Capt. Jason Charpentier
Subject: Investigation in Collision of M/V Genesis River and Tug Voyager
Court: Pilot Board Review Committee, Board of Pilot
Commissioners for the Port of Houston
Court Appearance Date: August 22nd, 2019
Type of Appearance: Expert

Firm: HOLMAN FENWICK WILLAN USA, LLP
Client: Seabulk Tankers
Subject: Collision between M/V Independence and Tug Stardust
Case Name: Seabulk Tankers vs. Harley Marine Gulf, LLC
Case #: 4:19-cv-01487
Court: District Court for the Southern District of Texas Houston Division
Deposition Appearance Date: N/A
Court Appearance Date: July 12th, 2021
Type of Appearance: Expert

Firm: THE CREW LAW FIRM, P.C.
Client: BSN Industrial Holdings, LLC
Subject: Cargo Quantity and Contamination Claim
Case Name: BSN Industrial Holdings, LLC v. Ingleside Crude, LLC Case #: S185229CVA
Court: District Court of San Patricio County, Texas
Deposition Appearance Date: January 26th, 2022
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: THE CREW LAW FIRM, P.C. / STEVENSON & MURRAY, LLP
Client: Jana Reed
Subject: Wake Collision / Death
Case Name: JANA REED, et al. vs. MAERSK LINE-LTD, USA and M/V MAERSK IDAHO
Case #: 3:19-CV-00238
Court: USDC SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION
Deposition Appearance Date: August 31st, 2020
Court Appearance Date: May 17th, 2021
Type of Appearance: Expert

Firm: BRUNKENHOEFER LAW FIRM, P.C.
Client: Ralph Wayne White
Subject: Personal Injury of Seaman
Case Name: Ralph Wayne White v. NGL Marine, LLC
Case #: 2020CCV-60674-3 District Court of Nueces County, Texas
Deposition Appearance Date: March 9th, 2021
Court Appearance Date: TBD
Type of Appearance: Expert

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
+1.361.815.7388
info@RibenMarine.com



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023 CONTINUED**

Firm: ARNOLD & ITKIN, LLC.
Client: Clement Bell
Subject: Ship Allision and Personal Injury
Case Name: ADM, et al. vs. M/T American Liberty
Case #: 19-cv-10525
Court: US DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
Deposition Appearance Date: March 2nd, 2021
Court Appearance Date: May 20th, 2021
Type of Appearance: Expert

Firm: THE YOUNG FIRM
Client: James Christopher Williams
Subject: Personal Injury of a seaman
Case Name: James Christopher Williams vs. Parker Towing
Case #: 65-cv-2017-900062.00
Court: CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA
Deposition Appearance Date: October 26th, 2021
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: SPAGNOLETTI LAW FIRM
Client: Aida Limones
Subject: Small boat allision and death of passengers
Case Name: Limones, et al. vs. Kirby Inland Marine Case #: 2019-DCL-01670
Court: 197th JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS
Deposition Appearance Date: October 13th, 2021
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ARNOLD & ITKIN, LLC.
Client: Cory Callihan
Subject: Tug collision and Personal Injury
Case Name: Cory Callihan vs. Inland Construction and Engineering
Case #: 2019 CA 003845
Court: 14TH JUDICIAL CIRCUIT IN AND FOR BAY COUNTY, FLORIDA
Deposition Appearance Date: February 7th, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ROYSTON RAYZOR
Client: MODA Midstream
Subject: Ship allision with berth
Case Name: Moda Ingleside Oil Terminal, LLC v. RIVERSIDE, its engines, tackles, etc., in rem, et al.
Case #: 2:21-cv-00039
Court: USDC FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION
Deposition Appearance Date: July 28th, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
info@RibenMarine.com



**TESTIMONY BY CAPTAIN JAY RIVERA, 2019-2023 CONTINUED**

Firm: ARNOLD & ITKIN, LLC.
Client: Eric Hendley
Subject: Personal Injury of a Seaman
Case Name: Eric Hendley vs. The United States of America, et al.
Case #: 3:20-CV-00652-BJD-JBT
Court: USDC MIDDLE DISTRIC OF FLORIDA, JACKSONVILLE DIVISION
Deposition Appearance Date: February 1st, 2022
Court Appearance Date: N/A case settled
Type of Appearance: Expert

Firm: ARNOLD & ITKIN, LLC.
Client: Lloyd Standridge
Subject: Death of a Seaman
Case Name: In the Matter of Chester J. Marine, LLC.
Court: US DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
Deposition Appearance Date: June 7th, 2022
Court Appearance Date: January 9th, 2023
Type of Appearance: Expert

Firm: STEVENSON & MURRAY, LLP
Client: Joey Alfred
Subject: Personal Injury of a Seaman
Case Name: Joey Alfred v. Genesis Energy, LLC Case #2020-15379
Court: 215th DISTRICT OF HARRIS COUNTY, TEXAS
Deposition Appearance Date: January 30th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: CUNNINGHAM BOUNDS, LLC.
Client: Floyd Oswalt
Subject: Small boat accident
Case Name: Floyd Oswalt vs. Alex Salfity
Court: STATE COURT OF GWINNETT COUNTY, GEORGIA
Deposition Appearance Date: July 14th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert

Firm: VB ATTORNEYS, LLC.
Client: Houston Money
Subject: Personal Injury of a Seaman
Case Name: Houston Money vs. Kirby Offshore Marine
Court: 151st DISTRICT COURT OF HARRIS COUNTY, TEXAS
Deposition Appearance Date: July 10th, 2023
Court Appearance Date: TBD
Type of Appearance: Expert

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
info@RibenMarine.com

**Fee Schedule:**



**FEES FOR SERVICES**
**CAPTAIN JAY RIVERA**
**EFFECTIVE JUNE 2022**

SURVEY, TRAVEL, INTERVIEWS, REVIEWING DATA, REPORT WRITING..............$750 / hour

DEPOSITION/COURT APPEARANCE AND PREPARATION....................................$1,000 / hour

DEPOSITION/COURT APPEARANCE AND PREPARATION....................................$8,000 / day
(Minimum charge is for 8 hours. $1,000 for each additional hour or part thereof)

RETAINER FOR ALL CASES.................................................................................$10,000
(Will be applied towards data review time)

**EXPENSES**

PERSONAL AUTO TRAVEL..................................................................................$1.50 / mile

PHOTOGRAPHS................................................................................................$2.50 /photo

COPIES (b&w)...................................................................................................$0.50 / page

COPIES (color)..................................................................................................$1.50 / page

VIDEO...............................................................................................................$500 / video

AIRFARE, HOTELS, CAR RENTAL, SUBSISTENCE................................................COST+10%

ASSISTANT.......................................................................................................$150 / hour

*BILLING WILL BE MADE ON A MONTHLY BASIS AND PAYABLE TO THE ORDER OF RIBEN MARINE, INC. ALL PAYMENTS MUST BE MADE WITHIN 30 DAYS AFTER RECEIVING INVOICE. INTEREST AT WILL BE BILLED AT 18% PER ANNUM ON ALL FEES PAST DUE. ANY COSTS INCURRED IN COLLECTION OF FEES WILL BE BILLED TO THE CLIENT.*

14493 SPID, STE A, PMB 490
Corpus Christi, TX 78418
☎ +1.361.815.7388
info@RibenMarine.com