**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 Pleading applies to all cases. JUDGE JAY C. ZAINEY MAGISTRATE JUDGE KAREN WELLS ROBY |

---

### DECLARATION OF WILLIAM D. CARDEN, M.S., P.E.

---

1. My name is William D. Carden. I have been retained as an expert in this case on behalf of certain claimants.

2. Attached to this declaration is my curriculum vitae, report issued by myself and Mr. Van Iderstine, and my case listing.

3. My attached report contains my opinions in this case, and if called to testify, I will testify in accordance with the opinions expressed in our report.

4. I testify under the penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025.

_William Carden_
William D. Carden, M.S., P.E.



5568 Woodbine Road, PMB 850
Pace, Florida 32571

## ERIC L. VAN IDERSTINE, P.E.

Curriculum Vitae

### GENERAL:

Mr. Eric Van Iderstine is a founder and Principal Mechanical Engineer at CVI Engineering, Inc.  Mr. Van Iderstine has used his engineering and design background to provide insight and analysis to clients on numerous complex investigations.  Mr. Van Iderstine has experience in industries including transportation (aviation, maritime, automotive, rail, pipeline), manufacturing, oil and gas, construction, and power generation.  Additionally, Mr. Van Iderstine has investigated incidents involving consumer products, truck and off-highway vehicles, cranes, mobile equipment, heavy equipment, automation systems and machinery, and fall protection systems.

### EDUCATION:

Mississippi State University – Bachelor of Science Engineering (Mechanical) with honors

### ENGINEERING REGISTRATION:

State of Florida: License# PE64063
State of Alabama: License# PE32867
Registered Engineer Intern - 1996

### EXPERIENCE:

2024 to Present  Principal Mechanical Engineer

CVI Engineering, Inc. | Pace, Florida

2005 to 2024    Consulting Mechanical Engineer and Director of Mechanical Engineering

McSwain Engineering, Inc. | Pensacola, Florida

Failure Analysis and Engineering Investigations, testing and analysis of components and mechanical systems, 3D Scanning, modeling in CAD, finite element analysis, instrumentation and data acquisition, and CT scanning.

1998 to 2005    Mechanical Engineering Manager

HMC Technologies | New Albany, Mississippi

Head of Mechanical Engineering group consisting of Machine Design Engineers, Machine Development Engineers and Draftsmen. Responsible for design of mechanical systems and interface between the Mechanical Engineering and Controls Engineering group.  Led design efforts for metal cutting, metal forming, component assembly and product testing equipment for automotive, medical, and defense industries.  Served as project manager, coordinating and conducting machine design reviews and acceptance testing with customers.  Led change from 2D CAD to 3D solid modeling for use in complex tooling and die design.

1997 to 1998    Machine Design Engineer

HMC Technologies | New Albany, Mississippi

Design of custom automated equipment for in-plant use. Performed conceptual and detail design of fixtures and work-holding tooling.  Performed mechanical systems design including selection of hydraulic and pneumatic actuators, motion control devices, sensors and transducers for process automation of automotive and various industrial components and systems. Automated processes including machining, die casting, component assembly and product testing.

1996 to 1997    Machine Development Engineer

HMC Technologies | New Albany, Mississippi

Responsible for mechanical debug and development of automated equipment.  Perform statistical process control studies during machine development.  Automated processes including machining, component assembly and product testing.

1992 to 1994    Co-op Engineer (Four Semesters)

South Mississippi Electric Power Association

R.D. Morrow Generating Plant | Purvis, Mississippi

Tasks included performance and efficiency studies on turbine and other plant equipment, steam trap testing, design of conveying and pumping systems, vibration testing and balancing, borescope inspection of equipment, and supervision of contract labor.

## MEMBERSHIPS IN TECHNICAL SOCIETIES:

SAE International

American Society of Mechanical Engineers

The Society of Manufacturing Engineers

## PRESENTATIONS AND CONFERENCE PARTICIPATION:

"Causation and Consequences of Spring Failure in RCF 67 Buckles," American Academy of Forensic Sciences, Annual Meeting, San Antonio, TX, February 2007

"Application of Reverse Engineering Created Models to Failure Analysis Investigations (Invited)," R.H. McSwain, M.B. Hood, E.L. Van Iderstine, W.D. Carden, C.C. Coburn, McSwain Engineering, Inc., Materials Science & Technology 2007 Conference and Exhibition, Detroit, MI, September 2007

"Contact and Non-Contact Dimensional Analysis in Forensic Investigations (Invited)," E.L. Van Iderstine, R.H. McSwain, W.D. Carden, C.C. Coburn, McSwain Engineering, Inc., Materials Science & Technology 2007 Conference and Exhibition, Detroit, MI, September 2007

"Causation and Consequences of Spring Failure in RCF 67 Buckles," R.H. McSwain. M.B. Hood, W.D. Carden, E.L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology 2007 Conference and Exhibition, Detroit, MI, September 2007

"Reverse Engineering as Part of Failure Analysis," Eric L. Van Iderstine and Bart J. Clark, Rapidform Success, 2010

"Engineering Investigation of Failed Propeller Blade (Invited)," Eric L. Van Iderstine, Rapidform Success, 2011

"Ford Probe Seat Collapse," R.H. McSwain, M.B. Hood, W.D. Carden, E.L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Columbus, OH, October 2011

"Trailer Hitch Receiver Failure on a Class A Motorhome," W.D. Carden, E.L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Columbus, OH, October 2011

"Data Acquisition in Failure Analysis," Dewesoft North American Users', Eric Van Iderstine and Michael Miller, McSwain Engineering, Inc., Conference, June 2014

"Knife Blade Delamination Failure," William Carden, Eric Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2014

"Failure of a Motorhome and Trailer Mounted Awning," E. L. Van Iderstine and M. B. Hood, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2014

"Failure Analysis Case Study AS350-B2 Flight Control Disconnect," Eric Van Iderstine and Michael Miller, McSwain Engineering, Inc., Dewesoft User Groups Conference, Toledo, OH, August 2015

"Computerized Metrology, Small and Large Scale Laser Scanning, Real Time Radiography, Computed Tomography Radiography, and 3D Printing and Rapid Prototyping in Engineering Investigation and Materials Failure Analysis," Eric Van Iderstine, Richard McSwain and William Carden, McSwain Engineering, Inc., Materials Science & Technology Conference, Columbus OH, October 2015

"History of Aircraft Carburetors and Carburetor Failures," Richard McSwain, William Carden, and Eric Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference, Columbus, OH, October 2015

"Failure Analysis Case Study – Trunk Pneumatic Spring (Strut) Failure", Eric Van Iderstine, 2016 DEWESoft User's Meeting, August 2016

"Failure Analysis and Engineering Investigation of a Failed Tower Crane Turntable Weld That Led to a Crane Collapse," Richard McSwain, William Carden, Eric Van Iderstine, L. Scott Marshall, and Leah Godwin, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016

"Investigation and Analysis of a High Performance Wake Boarding Boat Accident Using Instrumentation and Data Acquisition," Richard McSwain, William Carden and Eric Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016

"Failure Analysis Case Study - Robinson R22 Carburetor Heat Control System," Eric Van Iderstine and Michael Miller, McSwain Engineering, Inc., Dewesoft User Groups Conference, Toledo, OH, July 2017

"Commercial Truck Cab Retention Failure and Crashworthiness in a Jack-knifing Event," William Carden and Eric Van Iderstine, Materials Science & Technology Conference, Columbus, OH, October 2018

"CT and Volume Graphics in the Failure Analysis Process," Volume Graphics UGM North America 2019, April 2019

Failure Analysis Case Studies Presentation involving Aircraft Accidents, Tower Crane Accident, and Bicycle Accident, as Guest Lecturer of Mechanical Engineering Undergraduate Seminar Series, Mississippi State University, November 2019

"Dimensional Analysis Techniques in Forensic Investigations," William Carden, MS, PE and Eric Van Iderstine, International Materials, Applications & Technologies, St. Louis, MO, September 2021

"Dual Pipeline Explosions: Two Pipelines Meet in the Desert with Explosive Results," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022

"How to Conduct a Laboratory Inspection in a Multiparty Failure Investigation," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022

"Chain of Custody Procedures and Practices for Failure Investigations," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022

## HONOR SOCIETIES AND AWARDS:

Tau Beta Pi, National Engineering Honor Society

Pi Tau Sigma, Honorary Mechanical Engineering Society

The Coleman Design Award for Demonstrated Excellence in Undergraduate Engineering Design, Mississippi State University Department of Engineering

**CONTINUING ENGINEERING EDUCATION:**

| Course Title | Source | Date |
|---|---|---|
| SolidWorks Essentials | Concepts In Production | June 2002 |
| SolidWorks Advanced | Concepts In Production | October 2002 |
| EDAQ Setup and Operation | SoMat Corporation | June 2005 |
| InField Basic Training | SoMat Corporation | June 2005 |
| Introduction to ANSYS | ANSYS, Inc. | July 2005 |
| EDC Simulations | Engineering Dynamics Corporation | November 2005 |
| Strain Measuring Systems | Vishay Mirco-Measurements | December 2005 |
| Fracture Mechanics Approach to Life Prediction | ASME | March 2006 |
| Advanced Materials and Fracture | ANSYS, Inc. | April 2006 |
| Composite Structural Analysis with ANSYS | ANSYS, Inc. | April 2006 |
| ANSYS Structural Dynamics | ANSYS, Inc. | May 2006 |
| Porsche Driving Experience | Porsche | July 2006 |
| The Role of the Seat in Rear Crash Safety | SAE International | October 2006 |
| Practical Fracture Analysis | ASM International | February 2007 |
| PC-DMIS Training for ROMER CimCore Portable CMM | ROMER CimCore | August 2007 |
| CAMIO Basic | Metris | March 2008 |
| Successful Measurements of Dynamic Force, Pressure & Acceleration | PCB Piezotronics | May 2008 |

| | | |
|---|---|---|
| The Basics of Internal Combustion Engines | SAE International | December 2008 |
| Impulse Operators Course | Instron | January 2009 |
| Threaded Fasteners and the Bolted Joint | SAE International | March 2009 |
| Rapidform XO Training Course | INUS Technology, Inc. | April 2009 |
| Max Design | Autodesk, IMAGINiT Technologies, Inc | May 2009 |
| Advanced Factory Training Course | Teledyne Continental Motors | July 2009 |
| Dewetron Training Levels I & II | Dewetron, Inc. | August 2009 |
| Rapidform XOR Training Course | INUS Technology, Inc. | April 2010 |
| Structures Under Thermal Stress-Linear and Non-Linear FEA Applications | ASME, Santa Clara Valley Section | November 2010 |
| Wind Load Calculations: Structural Applications | University of Florida | February 2011 |
| Wind Load Calculations and Other Wind Issues | University of Florida | February 2011 |
| Introduction to Welded Joints | Dr. Jess Comer | February 2011 |
| 511-Occupational Safety & Health Standards for the General Industry | University of Alabama OSHA Training Institute Education Center | July 2011 |
| Rapidform XOR Training Course | INUS Technology, Inc. | April 2012 |
| Nikon Focus Inspection Training Course | Nikon Metrology, Inc. | May 2012 |
| Nikon Focus Scan Training Course | Nikon Metrology, Inc. | May 2012 |
| Nikon Focus Handheld Training Course | Nikon Metrology, Inc. | May 2012 |

| | | |
|---|---|---|
| Introduction to ANSYS Mechanical | ANSYS, Inc. | November 2012 |
| Acquiring and Analyzing Data from Sensors and In-Vehicle Networks | SAE International | May 2013 |
| NTSB Helicopter Accident Investigation | National Transportation Safety Board | August 2014 |
| Introduction to VGSTUDIO MAX: Analysis and Visualization of Industrial Computer Tomography Data | Volume Graphics | September 2015 |
| X-ray/CT Training using Inspect-X, CTPro3D, and VGStudio Max | Nikon Metrology, Inc. | June 2016 |
| Understanding the FAA Aircraft Certification Process | SAE International | September 2016 |
| Aircraft Cabin Safety and Interior Crashworthiness | SAE International | September 2016 |
| Torsional Vibration of Rotary and Reciprocating Machines | No Bull Engineering | December 2017 |
| Shoring and Reshoring Fundamentals | SunCam, Inc. | December 2017 |
| Into to Handheld XRF – Theory and Safety | Olympus | February 2018 |
| Structural Dynamic Measurements Seminar | PCB Piezotronics Inc. MTS Systems Corporation | April 2018 |
| Railway Electrification-An Introduction and Overview Webinar | ConferTel (AREMA Webinar) | May 2018 |
| Competent Person Training | Guardian Fall Protection | August 2018 |
| Design of Commercial – Industrial Guardrail Systems for | Decatur Professional Development, LLC | September 2018 |

Fall Protection

| | | |
|---|---|---|
| Pipe Support Failures | SunCam, Inc. | October 2018 |
| Valve Fundamentals | Decatur Professional Development, LLC | December 2019 |
| Crosby User Guides for Lifting Online Course | Crosby Communication System | May 2020 |
| Pressure Vessels Thin and Thick-Walled Stress Analysis | SunCam, Inc. | January 2021 |
| FARO Focus 3D Scanner Certification Program | FARO Technologies | June 2021 |
| Fall Protection Wind Turbine Climber & Rescue Authorized Person | Gravitec Systems Inc. | September 2021 |
| Centrifugal Pump Selection | SunCam, Inc. | December 2021 |
| National Electric Code | SunCam, Inc. | December 2021 |
| Welding Technology | SunCam, Inc. | January 2023 |
| ASME Welding Qualifications Part 1 Welding Procedures | SunCam, Inc. | February 2023 |
| Orifice and Venturi Pipe Flow Meters For Liquid and Gas Flow | SunCam, Inc. | February 2023 |
| Forensic and Analysis Involving Fugitive Natural Gas and Propane | SunCam, Inc. | December 2023 |

**CVI**
ENGINEERING

**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| ESTATE OF OSVALDO GAYTAN GARIBAY, Plaintiffs, vs. AMERICAN HONDA MOTOR CO., INC., et al. IN THE DISTRICT COURT HIDALGO COUNTY, TEXAS 430TH JUDICIAL DISTRICT CAUSE NO. C-0017-20-J | D | 2024 |
| JIMMY RAY WILLIAMS, JR.; and CYNTHIA ELAINE COLEMAN WILLIAMS, Plaintiffs, v. OX BODIES, INC., et al., Defendants. | D | 2024 |
| MICHAEL JOHNSON, ET AL v. PACKAGING CORP. OF AMERICA INC., ET AL UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA CIVIL ACTION NO. 3:18-CV-00613-SDD-EWD | T | 2024 |
| IN RE: ASTROWORLD LITIGATION MDL NO. 21-1033 IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 11TH JUDICIAL DISTRICT MASTER CAUSE NO. 2021-79885 | D | 2024 |
| JAMES GEORGE V. SI GROUP, INC. d/b/a SCHENECTADY INTERNATIONAL, IC.; EVERGREEN TANK SOLUTIONS, INC.; BULK TANK INTERNATIONAL; BRENNER TANK SERVICES, LLC; and WALKER GROUP HOLDINDGS LLC UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION NO. 3:16-CV-0360 | D | 2024 |
| ANUM SADRUDDIN ALI, INDIVIDUALLLY, AND AS REPRESENTATIVE OF THE ESTATE OF SARAFAZ KAROWADIA, AND AS NEXT FRIEND OF A.K., A MINOR SIMI ALTAF KASOWADIA, INDIVIDUALLY AND AS NEXT FRIEND OF Z.K., A MINOR, KURBANALI KAROWADIA, INDIVIDUALLY, AND KULSUMBEN KAROWADIA, INDIVIDUALLY VS. JOHNSON BROS. CORPORATION, et al. IN THE DISTRICT COURT OF JEFFERSON COUNTY, TEXAS 136TH JUDICIAL DISTRICT CAUSE NO. D-207572 | D | 2024 |
| ESTATE OF ILIANA A. VELEZ v. AMAZON.COM, INC., et al. IN THE DISTRICT COURT 345TH JUDICIAL DISTRICT TRAVIS COUNTY, TEXAS CAUSE NO. D-1-GN-22-000664 | D | 2024 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D)<br>Trial (T)<br>Hearing (H) | Year |
|---|---|---|
| CHRIS DELLINGES, et al., Plaintiffs, vs. SUSAN KAY CASSADY, et al., Defendants.<br>CAUSE NO. DC-20-00555<br>COURTNEY PALMER, et al., Plaintiffs, vs. EE OPERATIONS, LLC, et al., Defendants.<br>CAUSE NO. DC-20-02024<br>KEITH THELEN, et al., Plaintiffs, vs. EE OPERATIONS, LLC, et al., Defendants.<br>CAUSE NO. DC-20-09269<br>IN THE DISTRICT COURT OF DALLAS, TEXAS 116TH JUDICIAL DISTRICT COURT | D | 2024 |
| CHRIS DELLINGES, et al., Plaintiffs, vs. SUSAN KAY CASSADY, et al., Defendants.<br>CAUSE NO. DC-20-00555<br>COURTNEY PALMER, et al., Plaintiffs, vs. EE OPERATIONS, LLC, et al., Defendants.<br>CAUSE NO. DC-20-02024<br>KEITH THELEN, et al., Plaintiffs, vs. EE OPERATIONS, LLC, et al., Defendants.<br>CAUSE NO. DC-20-09269<br>IN THE DISTRICT COURT OF DALLAS, TEXAS 116TH JUDICIAL DISTRICT COURT | D | 2024 |
| ROBERT T. CUSHMAN v. AXXIOM MANUFACTURING, INC. and ALLREDI, LLC,<br>IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA<br>Civil Action File No.: 22-C-4328-S1 | D | 2024 |
| MICHAEL JOHNSON, ET AL v. PACKAGING CORP. OF AMERICA INC., ET AL<br>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA CIVIL ACTION NO. 3:18-CV-00613-SDD-EWD | D | 2023 |
| ESTATE OF CHARLEIGH NICOLE NELSON Plaintiffs vs. J&S PARADISE LAGOONS, LLC, TUF-TITE, et al. Defendants<br>IN THE DISTRICT COURT OF HIDALGO COUNTY, TEXAS 332ND JUDICIAL DISTRICT<br>Case No. C-0798-20-F | D | 2023 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| JOHN HARTWELL COCKE, as Executor of the Estate of WILLIAM BYRON COCKE, Deceased, et al., v. UNITED STATES OF AMERICA; AVIATION DEVELOPMENT GROUP, LLC, ET AL. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION Civil Action File No. 4:19-cv-00169-WTM-CLR And KRISTEN GARDNER HUNTER, as Executrix of the Estate of RANDALL DON HUNTER, Decease v. CONTINENTAL MOTORS, INC., now d/b/a CONTINENTAL AEROSPACE TECHNOLOGIES; and THE UNITED STATES OF AMERICA IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION Civil Action File No. 4:19-cv-00174-WTM-CLR | D | 2023 |
| THARUN MITTAPALLI VERSUS U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF FLORIDA, INC., U-HAUL CO. OF LOUISIANA, INC., PROGRESSIVE GULF INSURANCE COMPANY, LAUREL HILL TRUCKING, LLC, OSCAR L. FLOYD, BARNES LUMBER COMPANY, INC., THE HERTZ CORPORATION, HERTZ EQUIPMENT RENTAL CORP., HERTZ VEHICLES, LLC, PERMANENT GENERAL ASSURANCE CORPORATION, TANIKA T. ADAMS, STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF TRANS PORTATION AND DEVELOPMENT, GEICO CASUALTY COMPANY AND GEICO CHOICE INSURANCE COMPANY DOCKET NO. 085699-H Consolidated With TANIKA T. ADAMS, ET AL VERSUS U-HAUL INTERNATIONAL, INC., ET AL DOCKET NO. 85825-E Consolidated With OSCAR FLOYD VERSUS U-HAUL INTERNATIONAL, INC., ET AL DOCKET NO. 86078-A Consolidated With VIJAYPAL REDDY KEESARA, ET AL VERSUS U-HAUL INTERNATIONAL, INC., ET AL DOCKET NO. 86090-E 16TH JUDICIAL DISTRICT COURT PARISH OF ST. MARTIN STATE OF LOUISIANA | D | 2023 |
| RAMON E. IRAGORRY vs. BREFARO'S NOBLE FOOD, LLC, d/b/a FIORI BRUNA PASTA PRODUCTS, Defendants. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA GENERAL JURISDICTION DIVISION CASE NUMBER: 2022-004997-CA-24 | D | 2023 |
| IN RE: WESTLAKE CHEMICAL LITIGATION IN THE DISTRICT COURT HARRIS COUNTY, TEXAS, 234TH JUDICIAL DISTRICT MASTER DOCKET NO. 2021-63749 | D | 2023 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| TONYA POWELL Plaintiff vs ROBERT KILCREASE, JR.; LEIGH KILCREASE; BUD & LEIGH HEN FARM, LLC; FARM SYSTEMS, INC.; J & R LUMBER & SUPPLY CO., INC., et al. IN THE CIRCUIT COURT OF CRENSHAW COUNTY, ALABAMA CASE No.: CV-2020-900040 | D | 2023 |
| IN RE: APACHE INDUSTRIAL SERVICES INC. LITIGATION IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 157TH JUDICIAL DISTRICT MASTER DOCKET NO. 2022-44844 | D | 2023 |
| ESTATE OF J.G., A Minor Plaintiffs, vs. COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT, et al. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION SA-22-CV-00080-DAE | D | 2023 |
| JOSE ROBLEDO, Plaintiff, v. SIMENS ENERGY, INC., SIEMENS GAMESA RENEWABLE ENERGY INC. D/B/A SIEMENS SANTA ISABEL, PATTERN SANTA ISABEL LLC, and HONEYWELL INTERNATIONAL, INC. Defendants IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO CIVIL NO. 3:20-CV-1161 | D | 2023 |
| IN THE MATTER OF THE COMPLAINT OF DIAMOND B. INDUSTRIES, LLC, AS OWNER AND OPERATOR OF THE M/V RIVER DIAMOND FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA CIVIL ACTION NO. 22-cv-127 c/w 22-574 SECTION "R" (4) Applies to: All Cases | D | 2023 |
| ARETINA ROBINSON-MCCLEAN, Plaintiff, v. LUTHI MACHINERY CO., INC., et al. IN THE STATE COURT OF CHATHAM COUNTY STATE OF GEORGIA CIVIL ACTION FILE NO.: STCV1801743 | D | 2023 |
| IRMA PHILLIPS v. JRN, INC.; BUNN-O-MATIC CORPORATION; RSI-RESTAURANT SERVICES, INC., et al., IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIVIL ACTION NO.: CV-2021-900665-BBH | D | 2023 |
| Miquel Saucedo Plaintiff, NATIONAL OILWELL VARCO, L.P. and CIMAREX ENERGY CO. Defendants. IN THE DISTRICT COURT HARRIS COUNTY, TEXAS 189TH JUDICIAL DISTRICT CAUSE NO. 2109-58958 | T | 2023 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| GASPAR GOMEZ, Plaintiffs, v. ROSARIO CHRISTOFFER JOEL AKA CHRISTOFFER RODRIQUEZ, A SOLUTION FOR THE TUFF STUFF, INC. ALATRADE FOODS LLC, ENVIROCARE SERVICES INC., D&F EQUIPMENT, INC., Defendants. IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA Civil Action No. CV 2016-900259 | D | 2023 |
| PRAJEEV NANU AND DHANASEKAR PERIYASAMY, Plaintiffs, v. PHILLIPS 66 COMPANY, ET AL., Defendants. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 234TH JUDICIAL DISTRICT CONSOLIDATED CAUSE NO. 2021-21480 | D | 2023 |
| OTIS MITCHELL, Sr. Individually and As Administrator of the Estate of DAVID LEE KING, Deceased, Plaintiff, v. KOMATSU AMERICA CORP., and KOMATSU UTILITY EUROPE S.p.A. n/k/a KOMATSU ITALIA MANUFACTURNG S.p.A. Defendants. IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA CIVIL ACTION FILE NO. 19-C-04585-S3 | D | 2023 |
| Miquel Saucedo Plaintiff, NATIONAL OILWELL VARCO, L.P. and CIMAREX ENERGY CO. Defendants. IN THE DISTRICT COURT HARRIS COUNTY, TEXAS 189TH JUDICIAL DISTRICT CAUSE NO. 2109-58958 | D | 2023 |
| Joshua Delco, Plaintiff, v. Wood Group USA, Inc., et al. Defendants. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 157TH JUDICIAL DISTRICT CAUSE NO. 2021-74568 | D | 2023 |
| CAMILO SALCEDO v. HAWG SWD, LLC, HALCON RESOURCES OEPRATING, INC., et al, b IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 151ST JUDICIAL DISTRICT CAUSE NO. 2020-20371 | D | 2023 |
| IN RE KMCO LITIGATION, Applies to all cases IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 11th JUDICIAL DISTRICT MASTER DOCKET NO. 2019-77820 | D | 2022 |
| JEFFERY HELSER, Plaintiff v. J.F. BRENNAN COMPANY, INC., et al. STATE OF WISCONSIN CIRCUIT COUNTY Case No.: 2021CV000206 | D | 2022 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| JACQUE LUCAS, SHIRLEY AND LUCAS AND DANIEL SIMERLY, Plaintiffs, v. KAPSTONE PAPER AND PACKAGING CORPORATION, KAPSTONE CONTAINER CORPORATION, SAFWAY GROUP HOLDINGS, LLC, EASY WAY INSULATION CO., INC., SYPRIS TECHNOLGIES, et al<br>IN THE COURT OF COMMON PLEAS THE NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2017-CP-10-00838 | D | 2022 |
| ARTHUR L. BUSTOS in his capacity as Wrongful Death Personal Representative of THE ESTATE OF JACOB J. SALAZAR, and DOLORES SALAZAR and JACOB G. SALAZAR, individually, Plaintiffs, vs. ROBERT JESUS LUCERO, FORD MOTOR COMPANY, DON CHALMERS FORD, INC., and DON CHALMERS FORD CAR CARE CENTER, LLC, Defendants.<br>STATE OF NEW MEXICO COUNTY OF SAN MIGUEL FOURTH JUDICIAL DISTRICT COURT<br>No. D-412-CV-2016-00072 | D | 2023 |
| CARLOS SEGOVIA, Plaintiff, v. GENERAL MOTORS, LLC, GENERAL MOTORS CORPORATION, and DAWSON MONTFORT, Defendants.<br>IN THE DISTRICT COURT OF TARRANT COUNTY, TEXAS 6TH JUDICIAL DISTRICT<br>CAUSE NO.: 067-310114-19 | D | 2022 |
| JACQUE LUCAS, SHIRLEY AND LUCAS AND DANIEL SIMERLY, Plaintiffs, v. KAPSTONE PAPER AND PACKAGING CORPORATION, KAPSTONE CONTAINER CORPORATION, SAFWAY GROUP HOLDINGS, LLC, EASY WAY INSULATION CO., INC., SYPRIS TECHNOLGIES, et al<br>IN THE COURT OF COMMON PLEAS THE NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2017-CP-10-00838 | D | 2022 |
| KATRINA FALCONER, Spouse and Dependant of Hilus Eugene Falconer, deceased, Plaintiff, v. WASTEQUIP MANUFACTURING CO., LLC, et al.02, Defendants.<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION<br>CASE NO.: 1:21-CV-00915-CLM | D | 2022 |
| JACQUE LUCAS, SHIRLEY AND LUCAS AND DANIEL SIMERLY, Plaintiffs, v. KAPSTONE PAPER AND PACKAGING CORPORATION, KAPSTONE CONTAINER CORPORATION, SAFWAY GROUP HOLDINGS, LLC, EASY WAY INSULATION CO., INC., SYPRIS TECHNOLGIES, et al<br>IN THE COURT OF COMMON PLEAS THE NINTH JUDICIAL CIRCUIT<br>CASE NO.: 2017-CP-10-00838 | D | 2022 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| ARTURO CORDOVA, Plaintiff, v. KODIAK COMPRESSION, INC. AND KODIAK GAS SERVICES, Defendants. IN THE DISTRICT COURT HARRIS COUNTY, TEXAS 113TH JUDICIAL DISTRICT CAUSE NO. 2020-34130 | D | 2022 |
| IN RE: JANUARY 24TH EXPLOSION LITIGATION IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 11TH JUDICIAL DISTRICT MASTER FILE No. 2021-15294 | D | 2022 |
| MASON FLORES, et al. v. BIGGE CRANE AND RIGGING, et al. IN THE COUNTY COURT AT LAW NO. 2 DALLAS COUNTY, TEXAS CAUSE NO. CC-19-04006-B | D | 2022 |
| MELANIE GREEN GOSHA, as mother and next of friend of M.L., minor dependant of CARLOS LYNN, deceased; LASANDRA MONIQUE JACKSON, as mother and next of friend of T.U.J., minor dependant of CARLOS LYNN, deceased; BEONCA REEVES, as mother and next friend of C.L., minor dependant of CARLOS LYNN, deceased; APRIL S. FORTE, as mother and next of friend of next of friend of A.L.L. and A.J.L., minor dependants of CARLOS LYNN, deceased; CARNESHA LYNN; D'ANDREA RUMPH, as mother and next friend of T.R., a minor dependant of CARLOS LYNN, deceased, Plaintiffs, v. PACKERS SANITATION SERVICES, INC., LTD., a company, et al., Defendants. IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA EUFAULA DIVISION CASE NO: CV-2020-900014 | D | 2022 |
| KYLE KIMBALL and his wife SANTANA KIMBALL, Plaintiffs, vs. SUMMIT TREESTANDS, LLC, Defendant. UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA ALEXANDRIA DIVISION CIVIL ACTION NO: 1:20-cv-001166 | T | 2022 |
| KATRINA FALCONER, Spouse and Dependant of Hilus Eugene Falconer, deceased, Plaintiff, v. WASTEQUIP MANUFACTURING CO., LLC, et al.02, Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION CASE NO.: 1:21-CV-00915-CLM | D | 2022 |
| RONALD KIMBROUGH, Plaintiff, v. RIEDL LEUENSTERN GMBH MASCHINENBAU UND STEUERUNGSTECHNIK; MULHEIN PIPECOATINGS, GMBH, Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION CASE NO.: 1:19-CV-00059-KD-C | D | 2022 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| DEBRA ROUNTREE AND RICHARD ROUNTREE, Plaintiffs, v. GEORGIA DEPARTMENT OF TRANSPORTATION AND DIAMOND SURFACE, INC. Defendants. STATE COURT OF CHATHAM COUNTY STATE OF GEORGIA Civil Action No: STCV20-00775 | D | 2022 |
| GABRIELLE SMITH, Individually and as Administraix of the ESTATE OF ORLANDO C. HALL, deceased. Plaintiff, v. TRACTOR & EQUIPMENT COMPANY and SCHWARZE INDUSTRIES, INC., Defendants. IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGA Civil Action File No. 18-C-05219-S3 | T | 2022 |
| BRIANNA PARKER, Plaintiff, v. KEYSTONE-EQUITY GROUP EUFAULA DIVISION, LLC; D.C. EQUIPMENT, INC., Defendants IN THE CURCUIT COURT OF BARBOUR COUNTY, ALABAMA EUFAULA DIVISION Case No.: 69-CV-2020-000008 | D | 2022 |
| JONI HARPER EUBANKS, as Personal Representative of the Estate of John Dwayne Harper, Deceased, Plaintiff, v. DEERE & COMPANY, INC., Defendants IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION NO.: 1:20-CV-1077-ECM | D | 2022 |
| KYLE KIMBALL and his wife SANTANA KIMBALL, Plaintiffs, vs. SUMMIT TREESTANDS, LLC, Defendant UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA ALEXANDRIA DIVISION CIVIL ACTION NO: 1:20-cv-001166 | D | 2022 |
| JEAN MOIR, Individually and as Personal Representative of the Estate of Michael Moir, deceased, Plaintiff, vs. LAPEER AVIATION, INC.; et al., Defendants STATE OF MICHIGAN IN THE CIRCUIT COURT FOR THE COUNTY OF LAPEER Case No. 18-052195(H) | D | 2021 |
| ERIC FARMER PLAINTIFF AND XL INSURANCE AMERICAN, INC. INTERVENING PLAINTIFF VS. BAY DESIGN, INC., ROY BLACKWELL ENTERPRISES, INC., ROY BLACKWELL ENTERPRISES, II, LLC., ET AL. IN THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF MISSISSIPPI OXFORD DIVISION CASE NO. 3:19-CV-00283-NBB-RP | D | 2021 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| GABRIELLE SMITH, Individually and as Administraix of the ESTATE OF ORLANDO C. HALL, deceased. Plaintiff, v. TRACTOR & EQUIPMENT COMPANY and SCHWARZE INDUSTRIES, INC., Defendants.<br>IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGA<br>Civil Action File No. 18-C-05219-S3 | D | 2021 |
| LAQUETTA NOBLE AND MARKEE LANE, Plaintiffs, v. A&E CONVEYOR SYSTEMS, INC. Defendant.<br>IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA MONTGOMERY DIVISION<br>Civil Action No.: 2:19-cv-00448-MHT | D | 2021 |
| KELLI MOST, Individually and as Personal Representative of the Estate of JESSE HENSON, Plaintiff, TRACY DUNNAWAY, BAILEY BURCHETT, Individually and as Administrator of the Estate of DAMIEN "CRAIG" BURCHETT AND DALTON BURCHETT Intervenor-Plaintiffs, v. TEAM INDUSTRIAL SERVICES, INC., Defendant.<br>IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS 268TH JUDICIAL DISTRICT<br>CAUSE NO. 18-DCV-2569883 | T | 2021 |
| Lindsey Simon, et al Plaintiff, v. Lyondell Chemical Company, Lyondell Refining Company LLC, Houston Refining LP, Team Industrial Services, Inc., Hydrochem LLC, Texas Stress, Inc., and TMR Company Defendants.<br>IN THE DISTRICT COURT HARRIS COUNTY, TEXAS 295th JUDICIAL DISTRICT<br>CAUSE NO.: 2019-12351 | D | 2021 |
| SANDRA LONG, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ROBERT LONG, AND RICKEY FISHER v. QUALITY WELL SERVICES, INC. AND COOPER OIL & GAS, LLC<br>IN THE DISTRICT COURT TARRANT COUNTY, TEXAS 17TH JUDICIAL DISTRICT<br>CAUSE NO. 017-311960-19 | D | 2021 |
| DALLAS THERIOT, PLAINTIFF, V. ENTERPRISE PRODUCTS COMPANY; ENTERPRISE MARINES SERVICES LLC; AND H.O. BOSTROM COMPANY, INC., DEFENDANTS.<br>IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 190TH JUDICIAL DISTRICT<br>CAUSE NO. 2019-39423 | D | 2021 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| JENNIFER HALL, Personal Representative of the Estate of Joseph R. Kalister, M.D., Betty J. Kalister and Nicole M. Kalister and JACQUELYN R. KALISTER, individually  and on behalf of her deceased parents, Joseph R. Kalister and Betty R. Kalister and on behalf of and as next-of-kin of her deceased sister, Nicole M. Kalister, Plaintiffs, V. HARTZELL ENGINE TECHNOLOGIES, LLC, Defendant. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION CASE NO: CIVIL NO: 3:17-CV-01340 | D | 2021 |
| THOMAS and JUANITA WEBSTER v. HARBOR FREIGHT TOOLS USA, INC. d/b/a HAUL MASTERS, INC., et al. IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA CASE NO.: CV-2018-900016 | D | 2020 |
| SALEH HALUM and KHULOUD HALUM, his Wife, Plaintiffs, vs. FORD MOTOR COMPANY, a Michigan Corporation; TRW VEHICLE SAFETY SYSTEMS INC., a Delware Corporation, and AL PACKER INC., a Delaware Corporation with Principal Place of Buisness in Florida, Defendants. IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND PALM BEACH COUNTY, FLORIDA CASE NO: 2016-CA-010271-AO | D | 2020 |
| GABRIELLE SMITH, Individually and as Administraix of the ESTATE OF ORLANDO C. HALL, deceased. Plaintiff, v. TRACTOR & EQUIPMENT COMPANY and SCHWARZE INDUSTRIES, INC., Defendants. IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGA Civil Action File No. 18-C-05219-S3 | D | 2020 |
| TIMOTHY CHAPPLE, Plaintiff, v. NACHI AMERICA, INC., NACHI ROBOTIC SYSTEMS, INC., G-TEKT AMERICA CORPORATION, G-TEKT NORTH AMERICA CORPORATION, NACHI-FUJIKOSHI CORPORATION, Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION CASE NO.: 1:17-cv-04945-AT | D | 2020 |
| JERRY W. EASTERLING, Plaintiff, v. FORD MOTOR COMPANY, Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION CASE NO.: 2:14-cv-02353-JEO | T | 2020 |
| SHANE SMITH, Plaintiff, v. SWISSLOG LOGISTICS, INC, and WAL-MART STORES, INC., Defendants. IN THE CIRCUIT COURT PIKE COUNTY, ALABAMA CASE NO: 55-CV-2017-9000043.00 | T | 2020 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| KELLI MOST, Individually and as Personal Representative of the Estate of JESSE HENSON, Plaintiff, TRACY DUNNAWAY, BAILEY BURCHETT, Individually and as Administrator of the Estate of DAMIEN "CRAIG" BURCHETT AND DALTON BURCHETT Intervenor-Plaintiffs, v. TEAM INDUSTRIAL SERVICES, INC., Defendant. IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS 268TH JUDICIAL DISTRICT CAUSE NO. 18-DCV-256883 | D | 2020 |
| ARBITRATION IN THE MATTER OF: RILEY TREHERN, by and through his next friend, MELISSA TREHERN, wife and holder of Power of Attorney, Claimant, vs. THE GARDENS OF WATERFORD d/b/a RHCSC Montgomery I Health Holdings, LLC, a corporation; AFFINITY LIVING GROUP, LLC, a corporation; CORETHA SLAYTON; TISHA NICKERSON J. BROWN; MARY GILMORE-TAITE, Respondents. ARBITRATOR: Michael S. Jackson, Esq. MANOR HOUSE AT WATERFORD PLACE MONTGOMERY, ALABAMA | D | 2019 |
| STEVEN AMMERMAN, Plaintiff, vs. SAFWAY GROUP HOLDING LLC, et al., Defendants. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 127TH JUDICIAL DISTRICT CAUSE NO. 2017-36529 | D | 2019 |
| JAMES AINSWORTH v. NOBLE ENERGY, INC., et al. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 334TH JUDICIAL DISTRICT CAUSE NO. 2017-82924 | D | 2019 |
| RAYMOND LEDBETTER and AMANDA LEDBETTER, Plaintiffs, vs. JV MANUFACTURING, INC., NORTH AMERICAN PROPERTIES LTD, KETER ENVIRONMENTAL SERVICES, INC., and BETTER WELDING & MECHANICAL SERVICES, INC., Defendants. IN THE STATE COURT OF FULTON COUNTY STATE OF GEORGIA CIVIL ACTION FILE NO.: 16EV000709 | D | 2019 |
| MICHELLE PORTAS and ELIAS PORTAS, Plaintiffs, vs. EMERSON TOOL COMPANY, Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION CIVIL ACTION NO. 6:18-CV-881-ORL-18-DCI | D | 2019 |
| SADIE GRACE ANDREWS, deceased v. TUF-TITE, INC., et al., IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA CIVIL ACTION NO.: 43-CV-2018-900267.00 | D | 2019 |
| KATHERINE THOMAS, as Administrator of the Estate of WILLIAM DESHANNON THOMAS, deceased Plaintiff, vs. DEERE & COMPANY, INC., a Corporation; and EUGENE C. MCCORMICK; et al. Defendants. IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA Case No.: 2016-900141 | D | 2019 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| THOMAS FISCHER and LAURIE FISCHER, his wife, Plaintiffs, vs. OSHKOSH CORPORATION; JLG INDUSTRIES, INC., an Oshkosh Corporation Company; UNITED RENTALS, INC.; UNITED RENTALS (NORTH AMERICA), INC.; and L&L WORLDWIDE, LLC, Defendants. JANE KRASON, Personal Representative of the Estate of KENNETH KRASON, deceased, Plaintiff, vs. OSHKOSH CORPORATION; JLG INDUSTRIES, INC., an Oshkosh Corporation Company; UNITED RENTALS, INC.; UNITED RENTALS (NORTH AMERICA), INC.; and L&L WORLDWIDE, LLC, Defendants. Case No.: CACE-13-019247 (14) CONSOLIDATED    IRENE FREEMAN, Personal Representative of the Estate of MARK SCOTT FREEMAN, Deceased, Plaintiff vs. OSHKOSH CORPORATION; JLG INDUSTRIES, INC., an Oshkosh Corporation Company; UNITED RENTALS, INC.; UNITED RENTALS (NORTH AMERICA), INC.; and L&L WORLDWIDE, LLC, Defendants. Case No.: CACE-13-019542 (04) CONSOLIDATED IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA Case No.: CACE-13-019236 (13) | D | 2019 |
| CHRISTOPHER LARS LOFGREN, Plaintiff, v. POLARIS INDUSTRIES, INC., Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION Civil Action No. 3:16-cv-02811 | D | 2019 |
| SHANE SMITH, Plaintiff, v. SWISSLOG LOGISTICS, INC, and WAL-MART STORES, INC., Defendants. IN THE CIRCUIT COURT PIKE COUNTY, ALABAMA CASE NO: 55-CV-2017-9000043.00 | D | 2019 |
| KENYA HARVEY, Plaintiff, v. FLORIDA POWER and LIGHT COMPANY, a Florida Profit Corporation and ZACHRY INDUSTRIAL, INC., a Foreign Corporation, Defendants. IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA CASE NO: 50-2017-CA-005568 (AA) | T | 2019 |
| RUBYCELA LOPEZ, individually, as representative of and on behalf of the ESTATE OF PEDRO SAMUEL SALAZAR, deceased v. 3M COMPANY, CAPITAL SAFETY, INC., et al. IN THE DISTRICT COURT OF CAMERON COUNTY, TEXAS, 357TH JUDICIAL DISTRICT CAUSE NO. 2017-DCL-05805 | D | 2019 |
| REBECCA JEANETTE EDWARDS, as Personal Representative of the ESTATE OF WILLIAM DAVID BLACKMON, DECEASED, Plaintiff, v. DEERE & COMPANY, INC., et al., Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISON CAUSE NO.: 1:17-CV-587-WKW-DAB | D | 2019 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| IVAN RODRIGUEZ AND SELINA RODRIGUEZ v. UNITED RENTALS (NORTH AMERICA), INC., et al. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION CAUSE NO.: 1:16-CV-391-LG-RHW | H | 2019 |
| DWIGHT JAMES BOATNER v. MAHLE INDUSTRIAL FILTRATION USA, INC. F/K/A AMAFILTER GROUP HOLDING BV F/K/A NMW, INC., et al. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 61st JUDICIAL DISTRICT CAUSE NO. 2016-73914 | D | 2019 |
| JOHN DEES, Plaintiff, v. TENAX CORPORATION, et al., Defendants. IN THE CIRCUIT COURT OF CONECUH COUNTY, ALABAMA CIVIL ACTION NO. 2015-9000036 | T | 2018 |
| DANA FORD, as dependant wide and Administrator of the Estate of Barry Ford, deceased, Plaintiff, v. MCABEE CONSTRUCTION, INC.; ROBERT SHELBY; RICK ESTIS; MEGTEC SYSTEMS, INC.; AGRA INDUSTRIES, INC.; and CHILWORTH TECHNOLOGY, INC., Defendants. IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA CIVIL ACTION NO: 2017-9000034 | D | 2018 |
| KENYA HARVEY, Plaintiff, v. FLORIDA POWER and LIGHT COMPANY, a Florida Profit Corporation and ZACHRY INDUSTRIAL, INC., a Foreign Corporation, Defendants. IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA CASE NO: 50-2017-CA-005568 (AA) | D | 2018 |
| MICHAEL MEYER, an Individual, and MARCIE MEYER, an Individual, Plaintiffs, vs. CURRIE TECH CORP., a Delaware Corporation, and ACCELL NORTH AMERICA, INC., a Delaware Corporation, Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF NEBRASKA CASE NO: 8:16-CV-542 | D | 2018 |
| IVAN RODRIGUEZ AND SELINA RODRIGUEZ v. UNITED RENTALS (NORTH AMERICA), INC., et al. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION CAUSE NO.: 1:16-CV-391-LG-RHW | D | 2018 |
| WESLEY SCOTT v. CAPITAL SAFETY, INC., 3M COMPANY, et al. IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS, 434TH JUDICIAL DISTRICT CAUSE NO.: 18-DCV-248954 | D | 2018 |

**CVI**
ENGINEERING

**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|:---:|:---:|
| LISA SPEARMAN, Plaintiff, vs. ROYAL CARIBBEAN CRUISES, LTD., Defendant. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA CIRCUIT CIVIL DIVISION CASE NO.: 11-23730 CA 30 | T | 2018 |
| LEKEIYA KIMBER, as dependant of Eric Dwayne Kimber, deceased, and as the Personal Representative of the Estate of Eric Dwayne Kimber, deceased, Plaintiff, vs. IVAN CALDWELL LOGGING COMPANY, INC., DEERE & COMPANY, Inc., JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC.; ET AL., Defendants. IN THE CIRCUIT COURT FOR BULLOCK COUNTY, ALABAMA CIVIL ACTION NO. CV-17-900007 | D | 2018 |
| JERRY W. EASTERLING, Plaintiff, v. FORD MOTOR COMPANY, Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION CASE NO.: 2:14-cv-02353-JEO | H | 2018 |
| YANZHUO ZHANG and GUOQIANG WU Individually and as Natural Parents and Next Friends of Their Minor Child, Plaintiffs, v. FIELDALE FARMS CORPORATION and CLIFFORD JAY TRUCK, Defendants. IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION CIVIL ACTION FILE NO. 3:16-cv-00055-CDL | D | 2018 |
| SANDRA ROGERS, Individually and as Personal Representative of the Estate of Dustin Rogers and as Next Friend of Dallas Rogers and London Rogers v. BBC CHARTERING USA, LLC; et al., IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIVIL ACTION NO.: CV-16-901012 | D | 2017 |
| DENANIA GALLOWAY, as Personal Representative of the Estate of BEATHA GALLOWAY, Deceased, Plaintiff, vs. PACCAR, INC. (d/b/a KENWORTH TRUCKING COMPANY), CONSOLIDATED METCO, INC., LINK MANUFACTURING, LTD., AND MAGNI-POWER COMPANY (MAGNI-FAB DIVISION), Defendants. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI SOUTHEASTERN DIVISION CASE NO. 1:16-cv-00104-JAR | D | 2017 |
| DOMINIC WALTON Plaintiff v. SONNY'S ENTERPRISES, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE , Defendants. IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS FIRST DIVISION No. 23CV-2014-891 | D | 2017 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| CARLY JOHNSON, Individually and as Personal Representative of the Estate of TIMOTHY E. JOHNSON, JR., Deceased, Plaintiff, vs. CESSNA AIRCRAFT COMPANY, a Kansas Corporation; TELEDYNE CONTINENTAL MOTORS, INC., and Alabama Corporation; CONTINENTAL MOTORS INC., a Delaware Corporation; RAM AIRCRAFT, Limited Partnership, a Texas Limited Partnership; LO-REZ VIBRATION CONTROL, LTD., a foreign corporation; and, PALM BEACH AIRCRAFT PROPELLAR, INC., a Florida Corporation, Defendants. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FIR MIAMI-DADE COUNTY, FLORIDA CASE NO. 13-2014 CA-010782-0000-01 | D | 2017 |
| SHARON GILES, as the Personal Representatives of the Estate of RALPH LLOYED GILES, Plaintiff, v. UNITED RENTALS (NORTH AMERICA), INC., a foreign corporation; CHARLES WARNER, an Individual; Ficticious Defendant DW being that person, whose identity is presently unknown but who will be added by amendment when same is ascertained, who on or prior to December 18, 2015 negligently and/or wantonly inspected, failed to inspect or failed to maintain the JLG boom lift, which is the basis of this action, in proper operating condition; Et al. Defendants. IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA Case No. 02-cv-2016-9000635 | D | 2017 |
| ROGER ALLEN SIROKY AND MELANIE SIROKY, INDIVIDUALLY AND ROGER ALLEN SIROKY AND MELANIE SIROKY, AS ADMINISTRATORS OF THE ESTATE OF JOHNATHAN PHILLIP SIROKY, Plaintiffs, vs. GRAPHIC PACKAGING INTERNATIONAL INC,; MIC STEEL, INC., PHOENIX CRANE SERVICES, INC., ASHLEY SLING, INC.; CHARLES THOMAS YOUMANS A/K/A TOMMY YOUMANS, ROBERT JEFFREY YOUMANS A/K/A JEFF YOUMANS, WAYNE LEE ABERCROMBIE; THOMAS EDWIN WHITE A/K/A TOM WHITE; MICHAEL ANTHONY HAMPTON; ANDREW KENT LAYTON; CURTIS STEVEN KING A/K/A STEVE KING; RICHARD A BAKER A/K/A RICK BAKER; AND SOUTHERN WEAVING COMPANY, Defendants. IN THE STATE COURT OF BIBB COUNTY STATE OF GEORGIA Civil Action No. 81883 | D | 2017 |
| LISA SPEARMAN, Plaintiff, vs. ROYAL CARIBBEAN CRUISES, LTD., Defendant. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA CIRCUIT CIVIL DIVISION CASE NO.: 11-23730 CA 30 | D | 2017 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| SHARON GILES, as the Personal Representatives of the Estate of RALPH LLOYED GILES, Plaintiff, v. UNITED RENTALS (NORTH AMERICA), INC., a foreign corporation; CHARLES WARNER, an Individual; Ficticious Defendant DW being that person, whose identity is presently unknown but who will be added by amendment when same is ascertained, who on or prior to December 18, 2015 negligently and/or wantonly inspected, failed to inspect or failed to maintain the JLG boom lift, which is the basis of this action, in proper operating condition; Et al. Defendants. IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA Case No. 02-cv-2016-9000635 | D | 2017 |
| PASQUALE MASTRIANI, and LINDA MASTRIANI, Plaintiffs, vs. FCA US LLC f/k/a CHRYSL GROUP LLC, on its own and as successor in interest to OLD CARCO, LLC, JOHNSON CONTROLS, INC. ABC CORPS. 1-10, AND DEF CORPS. 1-10, Defendants. UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY Civil Action No.: 2:15-cv-00629-SDW-SCM | D | 2017 |
| ROBERT A BRAMBLETT, Individually and as ADMINISTRATOR of the ESTATE OF CASEY BRAMBLETT, deceased, et al. PLAINTIFFS v. PENSKE TRUCK LEASING CORPORATION, et al. DEFENDANTS COMMONWEALTH OF KENTUCKY JESSAMINE CIRCUIT COURT CIVIL ACTION NO. 10-CI-00276 | T | 2016 |
| JERRY W. EASTERLING, Plaintiff, v. FORD MOTOR COMPANY, Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION CASE NO.: 2:14-cv-02353-JEO | D | 2016 |
| DONNA DEASON, individually and a/n/f of GUS DEASON v. BUSH HOG, LLC, et al. IN THE DISTRICT COURT OF WHARTON COUNTY, TEXAS, 23RD JUDICIAL DISTRICT CAUSE NO. 48502 | D | 2016 |
| JOHN DEES, Plaintiff, v. TENAX CORPORATION, et al., Defendants. IN THE CIRCUIT COURT OF CONECUH COUNTY, ALABAMA CIVIL ACTION NO. 2015-9000036 | D | 2016 |
| SHIRLEY JERNIGAN, Plaintiff, v. THE CITY OF EUFAULA, ALABAMA, et al., Defendant IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA CIVIL ACTION NO. 69-CV-2015-900009 | D | 2016 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|:---:|:---:|
| ROBERT A BRAMBLETT, Individually and as ADMINISTRATOR of the ESTATE OF CASEY BRAMBLETT, deceased, et al. PLAINTIFFS v. PENSKE TRUCK LEASING CORPORATION, et al. DEFENDANTS COMMONWEALTH OF KENTUCKY JESSAMINE CIRCUIT COURT CIVIL ACTION NO. 10-CI-00276 | D | 2016 |
| Jamie Lee Andrews, et al Plaintiff v. Mazda Motor Corporation, et al Defendant UNITED STATES DISTRICT COURT for the Northern District of Georgia Civil Action No. 1:14-CV-03432-WSD | D | 2016 |
| ALICE G. BALLEW as Administrator of the Estate of ANTHONY J. BALLEW, Plaintiff, v. GLOUCESTER ENGINEERING VO., INC., Defendant. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION CASE NO.: 5:14-CV-40 | D | 2015 |
| CARNEY DANIEL NEBLETT, et al. v. HONEYWELL INTERNATIONAL, INC. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE Docket No. 3:13-0801 | D | 2015 |
| COLLIS WHITE, Plaintiff, v. ENGINEERED CONTROLS INTERNATIONAL, LLC, Defendant IN THE STATE COURT OF CHEROKEE COUNTY STATE OF GEORGIA CASE NO.: 12 SC 1305 AJ | D | 2015 |
| TYLER LEE AND LEIGH ANN LEE, individually and as next friend of SYDNEY ROSE LEE, Minor, Plaintiffs, v. BERKEL & COMPANY, CONTRACTORS, INC., MAXIM CRANE WORKS, L.P., DIXON EQUIPMENT SERVICES, INC., FLOYD DIXON, ISAAC DOLAN, JAMES DAVIDSON, ANDREW BENNETT AND LINK-BELT CONSTRUCTION EQUIPMENT CO., Defendants. IN THE DISTRICT COURT OF BRAZORIA COUNTY, TEXAS, 149TH JUDICIAL DISTRICT CAUSE NO 75576-CV | T | 2015 |
| MARK ALEXANDER AND KAREN ALEXANDER, his wife, Plaintiffs, vs. MERCEDES-BENZ USA, LLC, and AN LUXURY IMPORTS OF SARASOTA, INC. Defendants. IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, IN AND FOR SARASOTA COUNTY, FLORIDA CASE NO.: 2012CA6207NC | D | 2015 |
| TYLER LEE AND LEIGH ANN LEE, individually and as next friend of SYDNEY ROSE LEE, Minor, Plaintiffs, v. BERKEL & COMPANY, CONTRACTORS, INC., MAXIM CRANE WORKS, L.P., DIXON EQUIPMENT SERVICES, INC., FLOYD DIXON, ISAAC DOLAN, JAMES DAVIDSON, ANDREW BENNETT AND LINK-BELT CONSTRUCTION EQUIPMENT CO., Defendants. IN THE DISTRICT COURT OF BRAZORIA COUNTY, TEXAS, 149TH JUDICIAL DISTRICT CAUSE NO 75576-CV | D | 2015 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|:---:|:---:|
| PHUONG FOX, Plaintiff vs. DE LA RUE CASH SYSTEMS, INC., n/k/a TALARIS, INC., Defendant IN THE CIRCUIT COURT OF THE 1ST JUDICIAL CIRCUIT IN AND FOR ESCAMBIA COUNTY, FLORIDA Case No.: 2001 CA 000168 | D | 2015 |
| BIANCA MILOV, Plaintiff vs. FLORIDA POWER & LIGHT COMPANY, a Florida corporation, ALLIANZ SWEEPER COMPANY a/k/a JOHNSTON SWEEPER COMPANY, a foreign corporation, and WILCO ELECTRICAL, LLC Defendants IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA Case No.: 10-28988 CA 09 | D | 2014 |
| MOORER GEORGE W., MOORER MARY N., Plaintiffs, vs. ROCKY CREEK LUMBER COMPANY, LLC, DIVERSIFIED ENGINEERING & MACHINERY CO., INC., Defendants. IN THE CIRCUIT COURT OF MONROE COUNTY, ALABAMA CASE NO.: CV-2010-900095.00 | D | 2014 |
| JEFF LYON and LISA LYON, Plaintiffs, vs. HONEYWELL INTERNATIONAL, INC., GENIE INDUSTRIES, INC., METROLIFT, INC., and METROLIFT SALES AND SERVICE, LLC, Defendants. IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION No. 09 L10983 | D | 2014 |
| RAY B. BOUTWELL Plaintiff, vs. MACK TRUCKS, INC., GULF COAST TURCK & EQUIPMENT COMPANY, INC., OX BODIES, INC., and TRUCK BODIES & EQUIPMENT INTERNATIONAL, INC., Defendant. IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT IN AND FOR ESCAMBIA COUNTY, FLORIDA CASE NO.: 2010 CA 001781 DIVISION NO.: D | D | 2014 |
| KENNETH HUFFSTUTLER, Plaintiff, v. MARTIN SPROCKET & GEAR, INC.; FABCO EQUIPMENT COMPANY, INC.; FABCO, INC.; MOTION INDUSTRIES, INC., ROBERT SHELTON, et al., Defendants. IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA CASE NO. CV-2012-900349 | D | 2013 |
| JAMES G. FRENCH, Plaintiff, v. ROCK-TENN COMPANY, a corporation; INTERNATIONAL GRAPHIC TECHNOLOGIES, INC., a corporation; SAM FLEMING, Individually; and WILLIAM CONWAY, Individually, Defendants. IN THE CIRCUIT COURT OF SUMTER COUNTY, ALABAMA Civil Action No. 60-cv-10-900033 | D | 2013 |
| SUSAN DURKIN LAUGLLE, Individually and As Personal Representative of the Estate of Joseph Laugelle, Jr. Deceased, and SUSAN DURKIN LAUGELLE, as Next Friend of Anna Grace Laugelle, and Margaret Grace Laugelle, Plaintiffs, v. BELL HELICOPTERS TEXTRON, INC., et al. Defendants IN THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY C.A. No: N10C-12-054 JRJ | D | 2013 |

**CVI**
ENGINEERING

**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| ELMER DOMINGO, Plaintiff, v. KILN DRYING SYSTEMS AND COMPONENTS, INC. Defendant IN THE CIRCUIT COURT OF THE 14TH JUDICAL CIRCUIT IN AND FOR JACKSON COUNTY, FLORIDA CASE NO. 11-932-CA | D | 2013 |
| SUSAN DURKIN LAUGLLE, Individually and As Personal Representative of the Estate of Joseph Laugelle, Jr. Deceased, and SUSAN DURKIN LAUGELLE, as Next Friend of Anna Grace Laugelle, and Margaret Grace Laugelle, Plaintiffs, v. BELL HELICOPTERS TEXTRON, INC., et al. Defendants IN THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY C.A. No: N1OC-12-054 JRJ | D | 2013 |
| EDDIE FLOYES Plaintiff, v. MCDONALD'S REAL ESTATE CO., INC.; HAFEZ CORPORATION, d/b/a MCDONALD'S STORE NO. 4575; EBRAHIM MAGHSOUD; THEON HOWARD; et al., Defendants. IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIVIL ACTION NO.: CV-2011-9000338 | D | 2013 |
| THOMAS WINTERS AND REBECCA MOROOSE, as parents and natural guardians of NATHANIEL WINTERS, a minor, THOMAS WINTERS, individually, REBECCA MOROOSE, individually, and ZACHARY WINTERS, individually, Plaintiffs, v. SOUTHEAST MARINE SALES AND SERVICES, INC. f/k/a  SOUTHEAST CORRECT CRAFT INCORPORATED, a Florida corporation, and CORRECT CRAFT, INC., a Florida corporation, Defendants IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA CASE NO: 2010-C-018297-O | D | 2012 |
| JEREMY RAY, et al, Plaintiffs, v. MID-SOUTH MECHANICAL SEALING, INC., Defendant IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION CASE NO.: 2:11-cv-168-WKW | D | 2012 |
| JULIUS RAY VAUGHN; and LINDA VAUGHN, Plaintiffs, vs. CARL WHITNEY LOTT; and ALFA MUTUAL INSURANCE COMPANY, Defendants. IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA ELBA DIVISION CASE NO; CV2009-900028 | T | 2012 |
| SEAN DAVI, an individual; SHAWNA DAVL, an individual; JAMES SANTOS, an individual; SHANNON SANTOS, an individual, Plaintiffs, v. H&E EQUIPMENT SERVICES, INC., a corporation; BEE WELDING, INC. d.b.a. BEE ACCESS PRODUCTS, and DOES 1 through 100, Inclusive, Defendants, SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT CASE NO.: BC425711 | D | 2012 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| RUSSELL H. DAWSON, as Persoanal Representative of the Estate of SI YOUNG LEE; HYUN MIN LEE, a minor; SUNG HO LEE, a minor; decedent's wife and minors' guardian BOO SOOL PARK; HYUK-JO LEE, decedent's father and SOON-RAN KIM, decedent's mother, Plaintiffs, vs. ROBINSON HELICOPTER COMPANY, a California corporation; CLASSIC HELICOPTER CORP., a Washington corporation; COMPRADOR HELICOPTER, LLC, a Washington corporation, and DOES 1 to 60, Defendants SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING Case No. 09-2-35591-6 SEA | D | 2012 |
| GINGER MCSWEEN AND LARRY MCSWEEN Plaintiffs, v. NEWMAR CORPORATION, et al., Defendants IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT ALABAMA CIVIL ACTION NO. 1:10-CV-00603 | D | 2012 |
| GINGER MCSWEEN AND LARRY MCSWEEN Plaintiffs, v. NEWMAR CORPORATION, et al., Defendants IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT ALABAMA CIVIL ACTION NO. 1:10-CV-00603 | D | 2012 |
| JULIUS RAY VAUGHN; and LINDA VAUGHN, Plaintiffs, vs. CARL WHITNEY LOTT; and ALFA MUTUAL INSURANCE COMPANY, Defendants. IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA ELBA DIVISION CASE NO; CV2009-900028 | D | 2011 |
| JEREMY MANNING, Plaintiff, v. CONSOLIDATED PIPE & SUPPLY CO., INC., EBSCO GULF COAST DEVELOPMENT, INC. Defendants, EBSCO GULF COAST DEVELOPMENT, INC. Third-Party Plaintiff, v. TINDLE ENTERPRISES, INC., a Florida corporation, Third-Party Defendant. IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT, IN AND FOR WALTON COUNTY, FLORIDA CASE NO.: 2008-CA-001476 | D | 2011 |
| KATHLEEN McCARTY, individually and as Personal Representative of the Estate of Ricky Unger, Deceased, Plaintiff, vs. PRECISION AIRMOTIVE CORPORATION; PRECISION AIRMOTIVE, LLC; PRECISION PRODUCTS, LCC, PRECISION AVIATION PRODUCTS CORPORATION; PRECISION AEROSPACE PRODUCTS, LLC; PRECISION AEROSPACE SERVICES, LCC f/k/a PRECISION AEROSPACE GROUP, LLC; PRECISION AEROSPACE CORPORATION; ZENITH FUEL SYSTEMS, INC.; TEXTRON LYCOMING RECIPROCATING ENGINE DIVISION, a Division of AVCO CORPORATION; TEXTRON, INC.; ACO CORPORATION; and VENICE AVIATION SERVICES, INC., Defendants IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA CASE NO.: 2006 CA 4596 NC | D | 2009 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|:---:|:---:|
| PATRICIA MAXINE JACKSON and STEPHANIE TYRE, as Co-Personal Representative of the Estate of JIMMY L. JACKSON, JR., deceased, Plaintiffs, v. OVERHEAD DOOR CORPORATION d/b/a TODCO, a foreign corporation, and UTILITY TRAILER MANUFACTURING COMPANY, a foreign corporation, Defendants IN THE UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION | T | 2009 |
| PATRICIA MAXINE JACKSON and STEPHANIE TYRE, as Co-Personal Representative of the Estate of JIMMY L. JACKSON, JR., deceased, Plaintiffs, v. OVERHEAD DOOR CORPORATION d/b/a TODCO, a foreign corporation, and UTILITY TRAILER MANUFACTURING COMPANY, a foreign corporation, Defendants IN THE UNITED STATES DISTRICT COURT NOTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION | D | 2009 |
| JOEY MALLARD, Plaintiff, v. SAFARI MOTOR HOMES, INC., et al., Defendants. IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA CASE NO: CV-08-181 | D | 2009 |
| MARIE ANN MONCRIEFF, Plaintiff, v. SONIC AUTOMOTIVE-CLEARWATER, INC. d/b/a CLEARWATER TOYOTA, a Florida corporation; SOUTHEAST TOYOTA DISTRIBUTORS, LL, a Foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a foreign corporation, Defendants. IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA CASE NO. 04-24110-CI-8 | T | 2008 |
| MARIE ANN MONCRIEFF, Plaintiff, v. SONIC AUTOMOTIVE-CLEARWATER, INC. d/b/a CLEARWATER TOYOTA, a Florida corporation; SOUTHEAST TOYOTA DISTRIBUTORS, LL, a Foreign corporation; TOYOTA MOTOR SALES, U.S.A., INC., a foreign corporation, Defendants. IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA CASE NO. 04-24110-CI-8 | D | 2008 |
| BARBARA MEZAKI, individually and as Guardian ad litem of AMANDA M. MEZAKI, NATALIE A. MEZAKI and MILES J. MEZAKI, Minors, Plaintiffs, v. EUROCOPTER, et al., Defendants. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA PRESCOTT DIVISION CASE NO.: CIV 06-1218 PCT-DGC | D | 2007 |



**Testimony Chronology of Eric L. Van Iderstine, P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| DAVID WEBSTER, Plaintiff, v. MATTHEWS INTERNATIONAL CORPORATION and MATTHEWS CREMATION DIVISION, Defendants. UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION CASE NO. 6:06-CV-1688-Orl-31KRS | D | 2007 |
| MICHAEL W. RAMSEY AND ANN R. RAMSEY, as Personal Representatives of the Estate of CARRIE GRACE RAMSEY, deceased v. CLARENCE N. BEHN AND DUDE BEHN TRUCKING IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR PUTNAM COUNTY, FLORIDA CASE NO. 05-28640-CA | T | 2007 |
| MICHAEL W. RAMSEY AND ANN R. RAMSEY, as Personal Representatives of the Estate of CARRIE GRACE RAMSEY, deceased v. CLARENCE N. BEHN AND DUDE BEHN TRUCKING IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR PUTNAM COUNTY, FLORIDA CASE NO. 05-28640-CA | D | 2007 |
| CHONG OO KNOESTER, etc., et al., Plaintiffs, v. MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., et al., Defendants. UNITED STATES DISRICT COURT STATE OF SOUTH CAROLINA CASE NO.: 3-04-CV-23356-MBS | D | 2006 |



5568 Woodbine Road, PMB 850
Pace, Florida 32571

## WILLIAM D. CARDEN, M.S., P.E.

Curriculum Vitae

**GENERAL:**

Mr. William Carden is a founder and Principal Materials Engineer at CVI Engineering, Inc.  Mr. Carden has more than 30 years of experience analyzing, characterizing, and testing materials, including metals, polymers, and composites.  Mr. Carden has experience in industries that include transportation (aviation, maritime, automotive, rail, pipeline), manufacturing, oil and gas, construction, and power generation. Additionally, Mr. Carden has investigated incidents involving aircraft crashes, automotive accidents, industrial failures, construction materials, and other consumer product failures.

**EDUCATION:**

University of Alabama-Birmingham – Bachelor of Science in Materials Engineering

The Ohio State University – Master of Science in Materials Engineering

**ENGINEERING REGISTRATION:**

State of Alabama: License #26030
State of Georgia: License #30778
State of Florida: License #65271

**EXPERIENCE:**

2024 to Present          Principal Materials Engineer
                         CVI Engineering, Inc. | Pace, Florida

2006 to 2024          Consulting Materials Engineer/Director of Materials
                      Engineering
                      McSwain Engineering, Inc. | Pensacola, Florida

                      Failure analysis and engineering investigation.  Evaluation of
                      properties, processing and manufacturing of aerospace,
                      automotive and consumer products and materials.  Oversight
                      of laboratory operations, metallurgical and materials testing,
                      and technical staff.

2001 to 2006          Senior Engineer
                      Vista Engineering | Birmingham, Alabama

                      Failure analysis, including metallurgical evaluations,
                      numerical/engineering analysis, fractography.  Analysis of
                      materials and manufacturing processes. Microstructural
                      modeling of grain refinement in the processing of super
                      alloys.  Software code development, validation and numerical
                      analysis.  Deformation modeling using finite element analysis
                      (DEFORM).

1997 to 2001          Materials Engineer
                      Private Contractor/Self-Employed

                      Microstructure modeling using Monte Carlo Simulation
                      Techniques to simulate solidification in nickel alloy systems.
                      Development of solidification modeling computer code and
                      comparison to actual microstructures.  FORTRAN coding and
                      software development.

1995 to 1997          Graduate Research Assistant
                      The Ohio State University | Columbus, Ohio

                      Research and testing related to the processing and utilization
                      of new weight saving materials in the automotive industry.
                      Specializing in sheet metal forming and mechanical
                      metallurgy.

1993 to 1995          Research Assistant/Laboratory Technician
                      University of Alabama-Birmingham | Birmingham, Alabama

                      Conducted research on various projects.  Taught
                      undergraduate labs.  Performed testing related to various
                      engineering consulting and failure analysis projects.
                      Performed metallography and other testing related to crystal
                      growth and semiconductor compatibility research.

**MEMBERSHIPS IN TECHNICAL SOCIETIES:**

American Society of Mechanical Engineering (ASME)

American Society for Materials (ASM International)

Society of Manufacturing Engineers (SME)

Association for Forming & Fabricating Technologies of SME (AFFT/SME)

Society of Automotive Engineers (SAE)

Alabama Society of Professional Engineers (ASPE)

National Society of Professional Engineers (NSPE)

Failure Analysis Society ASM International (FAS)

ASTM International (formerly American Society for Testing and Materials)

**FUNDED RESEARCH:**

DoD-AF, SBIR Phase I, Efficient Superalloy Ingot Breakdown

CTeC, Microstructure Modeling of Ingot Grain Refinement for Turbine Disks

**PRESENTATIONS AND CONFERENCE PARTICIPATION:**

"Microstructure Simulation and Verification of Alloy 718 Hot Compression Tests," G. Janowski, R. Thompson, M. Papo, W. Carden:  Presentation at ASM 13th Advanced Aerospace Materials & Processes Conference & Exposition (AeroMat), Presented by David Lambert, Scientific Forming Technologies Corporation, Orlando, Florida, June 2002.

"Microstructure Analysis and Modeling of Ingot to Billet Conversion in Alloy 718," R. Thompson, G. Janowski, W. Carden, J. Papo, H. Ning:  THERMEC 2003, Madrid, Spain, 2003.

"Spot Weld Failure in Galvanized Steel Sheets:  A Case Study," R. Thompson, W. Carden, Failure Analysis and Prevention, ASM Materials Solutions Conference, Pittsburgh, 2003.

"Fatigue Failure in a Threaded Eyebolt: A Case Study," W. Carden and R. Thompson, Failure Analysis and Prevention, ASM Materials Solutions Conference, Pittsburgh, 2003.

"Modeling Microstructure Evolution in 718 Ingot to Billet Conversion," W. Carden, R. Thompson, G. Janowski, J. Papo, H. Ning, The New Face of Forging II, ASM Materials Solutions Conference, Pittsburgh, 2003.

"Modeling Microstructure Evolution in 718 Ingot to Billet Conversion," W. Carden, R. Thompson, D. Barker, R. Goetz, F. Meisenkothen, F. Scheltens, G. Janowski, 6th International Symposium on Superalloys 718, 625, 706 and Derivatives, TMS Conference, Pittsburgh, 2005.

"Causation and Consequences of Spring Failure in RCF 67 Buckles," American Academy of Forensic Sciences, Annual Meeting, San Antonio, Texas, February 2007.

"Preparation of Three-Dimensional Exhibits and Replicas for Courtroom Presentation," E. Van Iderstine, W. Carden, 41st Annual Air Law Symposium, Dallas, Texas, February 2007.

"Application of Reverse Engineering Created Models to Failure Analysis Investigations (Invited)," R. H. McSwain, M. B. Hood, E. L. Van Iderstine, W. D. Carden, C. C. Coburn, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Detroit, MI, September 2007.

"Contact and Non-Contact Dimensional Analysis in Forensic Investigations (Invited)," E. L. Van Iderstine, R. H. McSwain, W. D. Carden, C. C. Coburn, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Detroit, MI, September 2007.

"Causation and Consequences of Spring Failure in RCF 67 Buckles," R. H. McSwain, M. B. Hood, W. D. Carden, E. L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Detroit, MI, September 2007.

"Ford Probe Seat Collapse," R. H. McSwain, M. B. Hood, W. D. Carden, E. L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Columbus, OH, October 2011.

"Trailer Hitch Receiver Failure on a Class A Motorhome," W. D. Carden, E. L. Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Columbus, OH, October 2011.

Session Chair: Failure Analysis and Prevention: Environmentally Assisted Failures, Materials Science & Technology Conference and Exhibition, Montreal, Quebec, Canada, October 2013.

Session Chair: Failure Analysis and Prevention: Consumer Products, Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2014.

"Failure of a Pickup Truck Track Bar," William Carden, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2014.

"Knife Blade Delamination Failure," William Carden, Eric Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2014.

"Computerized Metrology, Small and Large Scale Laser Scanning, Real Time Radiography, Computed Tomography Radiography, and 3D Printing and Rapid Prototyping in Engineering Investigation and Materials Failure Analysis," Eric Van Iderstine, Richard McSwain and William Carden, McSwain Engineering, Inc., Materials Science & Technology Conference, Columbus OH, October 2015.

"History of Aircraft Carburetors and Carburetor Failures," Richard McSwain, William Carden, and Eric Van Iderstine, McSwain Engineering, Inc., Materials Science & Technology Conference, Columbus, OH, October 2015.

"Contamination Identification of CPVC Pipes using DART Open-Beam Mass Spectrometry and Subsequent Fracture Analysis," William Carden, Amy Meyers, McSwain Engineering, Inc., Materials Science & Technology Conference, Columbus, OH, October 2015.

Session Chair: High Performance Vehicles/Corrosion, Materials Science & Technology Conference and Exhibition, Salt Lake City, UT, October 2016.

"Failure Analysis and Engineering Investigation of a Failed Tower Crane Turntable Weld That Led to a Crane Collapse," Richard McSwain, William Carden, Eric Van Iderstine, L. Scott Marshall, and Leah Godwin, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016.

"DSC and TGA: Tools for Analyzing the Thermal Characteristics of Polymers," Amy Wells, William Carden, and Richard McSwain, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016.

"Failure Analysis of a Main-mast Hydraulic Backstay Adjuster Piston Rod from a High Performance, Long Range Sailing Yacht," William Carden, L. Scott Marshall, and Richard McSwain, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016.

"Investigation and Analysis of a High Performance Wake Boarding Boat Accident Using Instrumentation and Data Acquisition," William Carden, Eric Van Iderstine, and

Richard McSwain, McSwain Engineering, Inc., Materials Science & Technology Conference, Salt Lake City, UT, October 2016.

Session Chair: Unusual and Complex Cases, Materials Science & Technology Conference and Exhibition, Pittsburgh, PA, October 2017.

"Tire Analysis Tools and Techniques," William Carden and Amy Meyers-Wells, McSwain Engineering, Inc., Materials Science & Technology Conference, Pittsburgh, PA, October 2017.

"Complex Failure of a Residential Heating and Air Conditioning System," William Carden, McSwain Engineering, Inc., Materials Science & Technology Conference, Pittsburgh, PA, October 2017.

"Commercial Truck Cab Retention Failure and Crashworthiness in a Jack-knifing Event," William Carden and Eric Van Iderstine, Materials Science & Technology Conference, Columbus, OH, October 2018.

"CT and Volume Graphics in the Failure Analysis Process," Volume Graphics UGM North America 2019, April 2019.

"Failure of Polycrystalline CT Blade Fir Trees and the Role of Carbide Morphology: Unusual Failures of FAA PMA Compressor Turbine Blades in PT6 Aircraft Engines," William Carden, McSwain Engineering, Inc., Materials Science & Technology Conference, Portland, OR, September 2019.

Session Chair: Failure Analysis: Industry Specific Failures: Aerospace, Materials Science & Technology Conference, Portland, OR, September 2019.

"Helicopter Main Rotor Servo Disconnect Failure Due to Self-locking Nut Reuse," Richard McSwain, William Carden and Leah Godwin, McSwain Engineering, Inc., Materials Science & Technology Conference, Portland, OR, September 2019.

"The Identification of Plastic Additives in a Failure Analysis Investigation," Dr. Amy M. Wells, Dr. Richard McSwain, PE, FASM, and Mr. William Carden, MS, PE, McSwain Engineering, Inc.  Materials Science & Technology Conference, Portland, OR, September 2019.

Panel Session: Physical Defect or Flaw, That is the Question, Moderator: Mr. William Carden, MS, PE, ASM International Materials, Applications & Technologies Conference, St. Louis, MO, September 2021.

"Dimensional Analysis Techniques in Forensic Investigations," Mr. William Carden, MS, PE and Mr. Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, St. Louis, MO, September 2021.

"Getting Answers from Off-Gassing – How TGA-IR is Utilized in the Failure Analysis of Polymers," Dr. Amy M. Wells, Dr. Richard McSwain, PE, FASM, and Mr. William Carden, MS, PE, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, St. Louis, MO, September 2021.

"Dual Pipeline Explosions: Two Pipelines Meet in the Desert with Explosive Results," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022.

"How to Conduct a Laboratory Inspection in a Multiparty Failure Investigation," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022.

"Chain of Custody Procedures and Practices for Failure Investigations," William Carden, Amy M. Wells, and Eric Van Iderstine, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022.

"Failure Analysis of a Reworked Aircraft Engine Cylinder," William Carden, MS, PE and Richard McSwain, PE, FASM, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022.

"The Burning Question – Identifying Flame Retardants in a Failure Analysis Investigation," Dr. Amy M. Wells, Dr. Richard McSwain, PE, FASM, and Mr. William Carden, MS, PE, McSwain Engineering, Inc., ASM International Materials, Applications & Technologies Conference, New Orleans, LA, September 2022.

"Characterization of Casting Defects Using Computed Tomography," William Carden, MS, PE and Leah Godwin, Ph.D., McSwain Engineering, LLC., ASM International Materials, Applications & Technologies Conference, Detroit, MI, October 2023.

"When Rubbers Fail – Why Reading the Fine Print is Necessary," Amy M. Wells, Ph.D. and William Carden, MS, PE, McSwain Engineering, LLC., ASM International Materials, Applications & Technologies Conference, Detroit, MI, October 2023.

## PUBLICATIONS:

Wang, J.F., Wagoner, R.H., Carden, W.D., Matlock, D.K., Barlat, F., "Creep and Anelasticity in the Springback of Aluminum," International Journal of Plasticity, V20, N12, December 2004, p 2209-2232.

R. Thompson, G. Janowski, W. Carden, J. Papo, H. Ning, "Microstructure Analysis and Modeling of Ingot to Billet Conversion in Alloy 718," Materials Science Forum, V426-432, N1, 2003, p 809-814.

Carden, W.D., Geng, L.M., Matlock, D.K., Wagoner, R.H., "Measurement of Springback," International Journal of Mechanical Sciences, V44, N1, January 2002, p 79-101.

R. H. Wagoner, W. D. Carden, W. P. Carden, D. K. Matlock, "Springback after Drawing and Bending of Metal Sheets," Proc. IPMM '97 - Intelligent Processing and Manufacturing of Materials, eds. T. Chandra, S.R. Leclair, J.A. Meech, B. Verma, M. Smith and B. Balachandran, University of Wollongong, 1997, V1 (Intelligent Systems Applications), p 1-10 [KEYNOTE].

## SERVICE, AWARDS, AND HONORS:

ASTM International Membership and Committee Service:
- Committee F08 – Sports Equipment, Playing Surfaces, and Facilities
  - Subcommittee F08.18 – Treestands
- Committee E58 – Forensic Engineering
  - Subcommittee E58.01 – General Practice
  - Subcommittee E58.02 – Product Defect Incidents
  - Subcommittee E58.03 – Vehicular Incidents
  - Subcommittee E58.05 – Industrial Processes
  - Subcommittee E58.06 – Incidents Involving Structures
- Committee F18 – Electrical Protective Equipment for Workers
  - Subcommittee F18.15 – Worker Personal Equipment

FAS Failure Analysis Society – Founding Member (ASM International), 2016

FAS Failure Analysis Society – Awards Committee (ASM International)

FAS Failure Analysis Society – MS&T Conference Programming Committee (ASM International)

ASM Failure Analysis Committee – Voting Member – American Society for Materials (ASM International)

ASME Birmingham, Chairman 2005-2006, Chapter Treasurer 2003-05

Society of Manufacturing Engineers Birmingham, Chairman 2005-06, Chapter Treasurer 2003-05

Birmingham Business Journal's Top 40 Under 40, 2004

Engineering Council of Birmingham's Young Engineer of the Year, 2003

The Ohio State University Alumni Association, 2002

University of Alabama - Birmingham Alumni Association, 2001

ASM/TMS Joint Student Chapter President-UAB, 1994

AFS Student Chapter Vice-President-UAB, 1994

Alpha Sigma Mu, Materials Engineering Honor Society, 1994

Tau Beta Pi, Engineering Honor Society, 1994

**CONTINUING ENGINEERING EDUCATION:**

| Course Title | Source | Date |
| --- | --- | --- |
| Motor Vehicle Accident Reconstruction | SAE International | 2004 |
| Air Brake Systems Training | Bendix | 2004 |
| Practical Fracture Analysis | ASM International | 2007 |
| The Tire as a Vehicle Component | SAE International | 2007 |
| Tire and Wheel Safety Issues | SAE International | 2007 |
| PC-DMIS Training for ROMER CimCore Portable CMM | ROMER CimCore | 2007 |
| CAMIO Basic | Metris | 2008 |
| The Basics of Internal Combustion Engines | SAE International, Course I.D.# PD130404 | 2008 |
| Impulse Operators Course | Instron | 2009 |
| Advanced Factory Training Course | Teledyne Continental Motors | 2009 |
| Introduction to Welded Joints | ICE Technology, Dr. Jess Comer | 2010 |
| Threaded Fasteners and the Bolted Joint | ICE Technology, Dr. Jess Comer | 2010 |
| Medical Device Design Validation and Failure Analysis | ASM International | 2012 |

| Course Title | Source | Date |
|---|---|---|
| Radiation Safety and Operation of Portable XRF Analyzers | Thermo Scientific Portable Analytical Instruments Inc. | 2013 |
| NTSB Helicopter Accident Investigation | National Transportation Safety Board | 2014 |
| Tire Forensic Analysis | Society of Automotive Engineers | 2016 |
| Basic Tire Mechanics and Inspection | Society of Automotive Engineers | 2016 |
| Understanding the FAA Aircraft Certification Process | SAE International | 2016 |
| Aircraft Cabin Safety and Interior Crashworthiness | SAE International | 2016 |
| Torsional Vibration of Rotary and Reciprocating Machines | No Bull Engineering | 2017 |
| Intro to Handheld XRF – Theory and Safety | Olympus | 2018 |
| Superalloys for Heavy-Duty and Aircraft-Type Gas Turbines | University of Florida | 2018 |
| Hydrogen Sulfide Training | Helmerich & Payne IDC | 2018 |
| Fall Protection Awareness Training | Guardian Fall Protection | 2018 |
| Competent Person Training | Guardian Fall Protection | 2018 |
| Fundamentals of Power Transmission and Distribution | McKissock | 2018 |
| Forensic Engineering:<br>• Conducting Failure Analyses of Metallic Materials<br>• Classes of Metallurgical and Mechanical Failures<br>• Case Histories: Metallurgical/Mechanical Failure Analyses | SunCam | 2020 |
| Nondestructive Examination | SunCam | 2022 |

| Course Title | Source | Date |
|---|---|---|
| Welding Technology | SunCam | 2022 |
| Corrosion Control and Tactics | SunCam | 2023 |
| Mechanical Fatigue of Metals | SunCam | 2023 |

**CVI**
ENGINEERING

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| ESTATE OF SARAFAZ KAROWADIA v. JOHNSON BROS. CORPORATION, A SOUTHLAND COMPANY, et al. IN THE DISTRICT COURT OF JEFFERSON COUNTY, TEXAS 136TH JUDICIAL DISTRICT CAUSE NO. D-207572 | D | 2024 |
| ESTATE OF ILIANA A. VELEZ v. AMAZON.COM, INC., et al. IN THE DISTRICT COURT 345TH JUDICIAL DISTRICT TRAVIS COUNTY, TEXAS CAUSE NO. D-1-GN-22-000664 | D | 2024 |
| ROBERT T. CUSHMAN v. AXXIOM MANUFACTURING, INC. and ALLREDI, LLC, IN THE STATE COURT OF GWINNETT COUNTY STATE OF GEORGIA Civil Action File No.: 22-C-4328-S1 | D | 2024 |
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, et al. v. LYCOMING ENGINES, A DIVISION OF AVCO CORPORATION, AVCO CORPORATION, TEXTRON AVIATION, INC. AND CESSNA AIRCRAFT COMPANY IN THE DISTRICT COURT OF HIDALGO COUNTY, TEXAS, 93rd JUDICIAL DISTRICT CAUSE NO. C-2917-16-B | T | 2023 |
| SOELECT, INC. v. HYUNDAI AMERICA TECHNICAL CENTER, INC. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS Civil Action No. 22-cv-01342 | D | 2023 |
| JOHN HARTWELL COCKE, as Executor of the Estate of WILLIAM BYRON COCKE, Deceased, et al., v. UNITED STATES OF AMERICA; AVIATION DEVELOPMENT GROUP, LLC, ET AL. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION Civil Action File No. 4:19-cv-00169-WTM-CLR And KRISTEN GARDNER HUNTER, as Executrix of the Estate of RANDALL DON HUNTER, Decease v. CONTINENTAL MOTORS, INC., now d/b/a CONTINENTAL AEROSPACE TECHNOLOGIES; and THE UNITED STATES OF AMERICA IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION Civil Action File No. 4:19-cv-00174-WTM-CLR | D | 2023 |
| IN RE: WESTLAKE CHEMICAL LITIGATION IN THE DISTRICT COURT HARRIS COUNTY, TEXAS, 234TH JUDICIAL DISTRICT MASTER DOCKET NO. 2021-63749 | D | 2023 |
| SOELECT, INC. v. HYUNDAI AMERICA TECHNICAL CENTER, INC. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS Civil Action No. 22-cv-01342 | D | 2023 |
| IN THE MATTER OF THE COMPLAINT OF DIAMOND B. INDUSTRIES, LLC, AS OWNER AND OPERATOR OF THE M/V RIVER DIAMOND FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA CIVIL ACTION NO. 22-cv-127 c/w 22-574 SECTION "R" (4) Applies to: All Cases | D | 2023 |
| DALTON CHRISTEN v. RED STAR VAPOR, L.L.C., et al. SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA Case No. CV2017-016180 | D | 2023 |
| IRMA PHILLIPS v. JRN, INC.; BUNN-O-MATIC CORPORATION; RSI-RESTAURANT SERVICES, INC., et al., IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIVIL ACTION NO.: CV-2021-900665-BBH | D | 2023 |
| CHASE OLSEN AND SHERREE OLSEN v. J.W. DIDADO ELECTRIC, LLC, IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA ERIE DIVISION CAUSE NO. 1:18-cv-00292-SPB | D | 2023 |
| JORGE GARCIA, Individually and on behalf of the Estate of ABRAHAM GARCIA, et al. v. LYCOMING ENGINES, A DIVISION OF AVCO CORPORATION, AVCO CORPORATION, TEXTRON AVIATION, INC. AND CESSNA AIRCRAFT COMPANY IN THE DISTRICT COURT OF HIDALGO COUNTY, TEXAS, 93rd JUDICIAL DISTRICT CAUSE NO. C-2917-16-B | D | 2022 |
| IN RE KMCO LITIGATION, Applies to all cases IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 11th JUDICIAL DISTRICT MASTER DOCKET NO. 2019-77820 | D | 2022 |
| IN RE: JANUARY 24TH EXPLOSION LITIGATION IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 11TH JUDICIAL DISTRICT MASTER FILE NO. 2021-15294 | D | 2022 |

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| MASON FLORES, et al. v. BIGGE CRANE AND RIGGING, et al.<br>IN THE COUNTY COURT AT LAW NO. 2 DALLAS COUNTY, TEXAS<br>CAUSE NO. CC-19-04006-B | D | 2022 |
| GLENDA DELOSANGELES QUIÑONES RODRIGUEZ, individually and as PERSONAL REPRESENTATIVE FOR THE ESTATE OF ODANIZ JAVIER ORTIZ QUIÑONES v. LEPRINO FOODS COMPANY, a Colorado Corporation, et al. v. Cross-Claim Defendant: REFRIGERATION CONCEPTS INC., a Michigan Corporation.<br>DISTRICT COURT, CITY AND COUNTY OF DENVER STATE OF COLORADO<br>Case No. 2021CV30077 | Div. 414 | D | 2022 |
| BEN SCOFIELD v. WSTR HOLDINGS, INC. d/b/a BIG DOG TREESTANDS, INC.<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION<br>CIVIL ACTION NO. 4:20-CV-01599-NAB | D | 2021 |
| KENNETH GLAZER, Individually and as Administrator of the Estates of LAURENCE GLAZER and JANE GLAZER, deceased, et al. v. SOCATA, S.A.S., et al.<br>SUPREME COURT OF THE STATE OF NEW YORK, MONROE COUNTY<br>Index No.: 2016-9655 | D | 2021 |
| GALE SCHALL, INDIVIDUALLY and as the ADMINISTRATRIX OF THE ESTATE OF BRIAN JAMES SCHALL v. API OUTDOORS and GLOBAL MANUFACTURING, LLC<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION<br>CIVIL ACTION NO. 1:19-cv-1347-SGC | D | 2021 |
| NORMA E. ALVAREZ v. ALLERGAN USA, INC., et al.<br>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION<br>Case No. 8:20-cv-667-T-35TGW | D | 2021 |
| Lindsey Simon, et al v. Lyondell Chemical Company, et al.<br>IN THE DISTRICT COURT HARRIS COUNTY, TEXAS, 295th JUDICIAL DISTRICT<br>CAUSE NO.: 2019-12351 | D | 2021 |
| BRET JACKSON v. NAVITAS MIDSTREAM PARTNERS, LLC, et al.<br>IN THE DISTRICT COURT HARRIS COUNTY, TEXAS, 129th JUDICIAL DISTRICT<br>CAUSE NO.: 2018-81164 | D | 2021 |
| MATTHEW MADDUX v. GENERAL DYNAMICS LAND SYSTEMS, INC., et al.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION<br>CASE NO. 02:19-cv-05815-SVW-JPRx | D | 2020 |
| DANIEL SERRANO, ET AL. v. EXXON MOBIL CORPORATION<br>IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 333RD JUDICIAL DISTRICT<br>CAUSE NO.: 2019-52989 | D | 2020 |
| THOMAS and JUANITA WEBSTER v. HARBOR FREIGHT TOOLS USA, INC. d/b/a HAUL MASTERS, INC., et al.<br>IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA<br>CASE NO.: CV-2018-900016 | D | 2020 |
| ARDEN RUTTA, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JAMES RUTTA, DECEASED, AND CHRISTI YOUNG, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARY OF JAMES RUTTA, DECEASED v. J-W POWER COMPANY, et al.<br>IN THE DISTRICT COURT OF DALLAS COUNTY, TEXAS, 192ND JUDICIAL DISTRICT<br>CAUSE NO. DC-18-00205 | D | 2020 |
| Estate of JESSE HENSON and Estate of DAMIEN "CRAIG" BURCHETT v. TEAM INDUSTRIAL SERVICES, INC.,<br>IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS, 268TH JUDICIAL DISTRICT<br>CAUSE NO. 18-DCV-256883 | D | 2020 |
| AMIR SULTAN v. ERICA FALCOMATA AND BRIAN REINA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUSSELL REINA, Plaintiffs and Counter-Defendant v. AMJAD SULTAN, AIR AKHTARHEATING & AIR CONDITIONING, LLC., CIRRUS AIRCRAFT CORPORATION, et al.<br>IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 127TH JUDICIAL DISTRICT<br>CAUSE NO. 2016-41450 | D | 2019 |
| JAMES AINSWORTH v. NOBLE ENERGY, INC., et al.<br>IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 334TH JUDICIAL DISTRICT<br>CAUSE NO. 2017-82924 | D | 2019 |
| VANDAVEN JOHNSON v. WERNER CO., et al.<br>IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 295TH JUDICIAL DISTRICT<br>CAUSE NO. 2017-41522 | D | 2019 |
| SADIE GRACE ANDREWS, deceased v. TUF-TITE, INC., et al.,<br>IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA<br>CIVIL ACTION NO.: 43-CV-2018-900267.00 | D | 2019 |

**CVI**
ENGINEERING

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| SALVATORE BATTISTA v. OAK LEAF OUTDOORS, INC. d/b/a LONE WOLF HUNTS And LONE WOLF STANDS d/b/a LONE WOLF PORTABLE TREESTANDS UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK Case No: 1:18-cv-01459 | D | 2019 |
| STEPHANIE HILZINGER v. RITE TIRE OF OKEECHOBEE, LLC., A Florida Limited Liability Company, et al. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA CASE NO.: 2016-021057-CA-01 | D | 2019 |
| SALVATORE BATTISTA v. OAK LEAF OUTDOORS, INC. d/b/a LONE WOLF HUNTS And LONE WOLF STANDS d/b/a LONE WOLF PORTABLE TREESTANDS UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK Case No: 1:18-cv-01459 | D | 2019 |
| DOROTHY HEBERT v. WING SALE, INC. UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA CIVIL ACTION NO.: 2:17-cv-03529 | D | 2019 |
| CLARENCE EDWARD WHITAKER, etc. v. HYUNDAI MOTOR COMPANY, et al. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION Civil Action No.: 7:17-CV-55-GEC | T | 2019 |
| RUBYCELA LOPEZ, individually, as representative of and on behalf of the ESTATE OF PEDRO SAMUEL SALAZAR, deceased v. 3M COMPANY, CAPITAL SAFETY, INC., et al. IN THE DISTRICT COURT OF CAMERON COUNTY, TEXAS, 357TH JUDICIAL DISTRICT CAUSE NO. 2017-DCL-05805 | D | 2019 |
| DWIGHT JAMES BOATNER v. MAHLE INDUSTRIAL FILTRATION USA, INC. F/K/A AMAFILTER GROUP HOLDING BV F/K/A NMW, INC., et al. IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS, 61st JUDICIAL DISTRICT CAUSE NO. 2016-73914 | D | 2019 |
| JEAN RAASCH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ZACHARY RAASCH, DECEASED, et al., v. CENTERPOINT ENERGY, INC., et al. IN THE DISTRICT COURT OF BRAZORIA COUNTY, TEXAS, 412TH JUDICIAL DISTRICT CAUSE NO. 94011-CV | D | 2018 |
| IVAN RODRIGUEZ AND SELINA RODRIGUEZ v. UNITED RENTALS (NORTH AMERICA), INC., et al. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION CAUSE NO.: 1:16-CV-391-LG-RHW | D | 2018 |
| WESLEY SCOTT v. CAPITAL SAFETY, INC., 3M COMPANY, et al. IN THE DISTRICT COURT OF FORT BEND COUNTY, TEXAS, 434TH JUDICIAL DISTRICT CAUSE NO.: 18-DCV-248954 | D | 2018 |
| CLARENCE EDWARD WHITAKER, etc. v. HYUNDAI MOTOR COMPANY, et al. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION Civil Action No.: 7:17-CV-55-GEC | H | 2018 |
| CLARENCE EDWARD WHITAKER, etc. v. HYUNDAI MOTOR COMPANY, et al. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION Civil Action No.: 7:17-CV-55-GEC | D | 2018 |
| SUSAN LETTERMAN, a Florida citizen and resident, as Personal Representative of the Estate of WERNER K. LETTERMAN, deceased, a Florida citizen and resident v. NATIONAL TRUCK CENTER, INC., et al. IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA CASE NO: 2015 CA 001204 Div. AF | D | 2018 |
| YANZHUO ZHANG and GUOQIANG WU v. FIELDALE FARMS CORPORATION, et al. IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA, ATHENS DIVISION CIVIL ACTION FILE NO. 3:16-cv-00055-CDL | D | 2018 |
| SANDRA ROGERS, Individually and as Personal Representative of the Estate of Dustin Rogers and as Next Friend of Dallas Rogers and London Rogers v. BBC CHARTERING USA, LLC; et al., IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIVIL ACTION NO.: CV-16-901012 | D | 2017 |

**CVI**
ENGINEERING

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| DENANIA GALLOWAY, as Personal Representative of the Estate of BEATHA GALLOWAY, Deceased v. PACCAR, INC. (d/b/a KENWORTH TRUCKING COMPANY), et al. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, SOUTHEASTERN DIVISION CASE NO. 1:16-cv-00104-JAR | D | 2017 |
| CLYDE BRYANT AND TANYA BRYANT v. HERITAGE HOMES CONSTRUCTION, LLC, et al., Third Party Plaintiff, v. WATTS REGULATOR CO., Third Party Defendant. IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI CIVIL ACTION NO.: 37:16CV034 | D | 2017 |
| NATHAN S. ATES, Individually and as Personal Representative of the Estate of Joyce A. Ates, Deceased v. ROBINSON HELICOPTER COMPANY, INC.; et al. IN THE DISTRICT COURT, 11TH JUDICIAL DISTRICT, HARRIS COUNTY, TEXAS CAUSE NO. 2014-34635 | T | 2017 |
| PAUL CALLAHAN and ALISA CALLAHAN v. PERMOBIL, INC., et al. IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA CASE NO.: 2016-002879 CA 01 | D | 2017 |
| ROGER ALLEN SIROKY AND MELANIE SIROKY, INDIVIDUALLY AND ROGER ALLEN SIROKY AND MELANIE SIROKY, AS ADMINISTRATORS OF THE ESTATE OF JOHNATHAN PHILLIP SIROKY v. GRAPHIC PACKAGING INTERNATIONAL, INC.; et al. IN THE STATE COURT OF BIBB COUNTY, STATE OF GEORGIA Civil Action No. 81883 | D | 2017 |
| NATHAN S. ATES, Individually and as Personal Representative of the Estate of Joyce A. Ates, Deceased v. ROBINSON HELICOPTER COMPANY, INC.; et al. IN THE DISTRICT COURT, 11TH JUDICIAL DISTRICT, HARRIS COUNTY, TEXAS CAUSE NO. 2014-34635 | D | 2017 |
| MEGAN LEWIS-WHITEMAN, Individually and in her own right as Executrix of the Estate of RODNEY L. WHITEMAN, DECEASED, Plaintiff v. CONTINENTAL MOTORS, INC., et al., Defendants v. THE UNITED STATES OF AMERICA, Third-Party Defendants IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL ACTION No. 2:13-cv-02950-JCJ -and- ELIZABETH C. SNIDER, Individually and as Executrix of the Estate of DANIEL A. SNIDER, and LEE W. SNIDER, a minor, by his mother, ELIZABETH C. SNIDER, Plaintiffs v. STERLING AIRWAYS, INC., et al., Defendants v. THE UNITED STATES OF AMERICA, Third-Party Defendants IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL ACTION No. 2:13-cv-02949-JCJ | T | 2017 |
| STEPHANIE L. POHRTE, as Executrix of the Estate of JOSEPH POHRTE, Deceased v. FORD MOTOR COMPANY, ET AL. -and- JIM DOYLE FORD, INC., Third-Party Plaintiff v. STEPHANIE TOMASELLO and FRANCIS TOMASELLO, Third-Party Defendants. STATE OF NEW YORK, COUNTY OF ERIE, SUPREME COURT, CIVIL TERM, PART 32 Index #I2009/12400 Jury Trial | T | 2016 |
| DONNA DEASON, individually and a/n/f of GUS DEASON v. BUSH HOG, LLC, et al. IN THE DISTRICT COURT OF WHARTON COUNTY, TEXAS, 23RD JUDICIAL DISTRICT CAUSE NO. 48502 | D | 2016 |
| LINDA P. SEVERINO and FRANK SEVERINO v. LAZY DAYS' R.V. CENTER LLC f/k/a LAZY DAYS' R.V. CENTER, INC., a Florida corporation, and citizen; DOMINIC A. CALABRO, a Florida resident and citizen; GOODYEAR DUNLOP TIRES GERMANY GMBH, a foreign corporation; et al. IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CASE NO.: 12 017948, DIVISION F | D | 2016 |
| RUTLAND CONEY TOLBERT, as Executor of the Estates of Freeman L. Tolbert, deceased, and Jettie R. Tolbert, deceased v. DAIKIN INDUSTRIES, LTD.; DAIKIN HOLDINGS (USA), INC.; GOODMAN GLOBAL, INC.; GOODMAN MANUFACTURING COMPANY, L.P.; et al. v. GOODMAN MANUFACTURING COMPANY, L.P., Third Party Plaintiff v. TYCO ELECTRONICS CORPORATION, et al. Third Party Defendants. IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA CIVIL ACTION NO.: CV-2014-900003 | D | 2016 |



**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| MEGAN LEWIS-WHITEMAN, Individually and in her own right as Executrix of the Estate of RODNEY L. WHITEMAN, DECEASED, Plaintiff v. CONTINENTAL MOTORS, INC., et al., Defendants v. THE UNITED STATES OF AMERICA, Third-Party Defendants IN THE UNITED STATE OF DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL ACTION No. 2:13-cv-02950-JCJ -and- ELIZABETH C. SNIDER, Individually and as Executrix of the Estate of DANIEL A. SNIDER, and LEE W. SNIDER, a minor, by his mother, ELIZABETH C. SNIDER, Plaintiffs v. STERLING AIRWAYS, INC., et al., Defendants v. THE UNITED STATES OF AMERICA, Third-Party Defendants IN THE UNITED STATE OF DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL ACTION No. 2:13-cv-02949-JCJ | D | 2016 |
| GAY ANN QUINN, on behalf of herself and as Administrator/Special Administrator of the Estate of Brian Quinn, deceased v. FEDERAL EXPRESS CORPORATION, et al., IN THE DISTRICT COURT OF DALLAS COUNTY, TEXAS, G-134TH JUDICIAL DISTRICT COURT CAUSE NO. DC-13-13215 | D | 2016 |
| CARNEY DANIEL NEBLETT, et al. v. HONEYWELL INTERNATIONAL, INC. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE Docket No. 3:13-0801 | D | 2015 |
| LINDA P. SEVERINO and FRANK SEVERINO v. LAZY DAYS' R.V. CENTER LLC f/k/a LAZY DAYS' R.V. CENTER, INC., a Florida corporation,  and citizen; DOMINIC A. CALABRO, a Florida resident and citizen; GOODYEAR DUNLOP TIRES GERMANY GMBH, a foreign corporation; et al. IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CASE NO.: 12 017948, DIVISION F | D | 2015 |
| PAMELA MARGARET LEWIS, et al. v. LYCOMING, et al. IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA Civil Action No. 11-6475-HB | D | 2014 |
| JEFF LYON and LISA LYON v. HONEYWELL INTERNATIONAL, INC., et al. IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION No. 09 L10983 | D | 2014 |
| LARRY DALE CROUCH, et al. v. TELEDYNE CONTINENTAL MOTORS, INC. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION NO. 1:10-cv-00072-KD-N | D | 2013 |
| PARIS PICKETT v. MCDONALD'S RESTAURANTS OF NEVADA, INC.; LOWE'S HOME IMPROVEMENT WAREHOUSE, INC.; et al. DISTRICT COURT CLARK COUNTY, NEVADA No. A-11-653208-C, Dept.XIII | D | 2013 |
| BLANCA M. GONZALEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTO GONZALEZ, DECEASED, ET AL. v. LONE STAR TEMP SERVICES, INC., ET AL. IN THE UNITED STATES DISTRICT COURT OF HARRIS COUNTY, TEXAS, 164TH JUDICIAL DISTRICT CASE NO: 2010-62821 | D | 2013 |
| KRISTI MITTS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE DESEASED AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES v. SIKORSKY AIRCRAFT CORPORATION, ET AL. IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION CIVIL ACTION NO: 4:10-cv-05164 CONSOLIDATED WITH CIVIL ACTION NO: 4:11-cv-00551 | D | 2013 |
| CHAD EVERETT, et al. v. CHRYSLER GROUP LLC COMMONWEALTH OF KENTUCKY 1ST JUDICIAL CIRCUIT FULTON CIRCUIT COURT CASE No.: 10-CI 00151 | T | 2012 |
| CHAD EVERETT, et al. v. CHRYSLER GROUP LLC COMMONWEALTH OF KENTUCKY 1ST JUDICIAL CIRCUIT FULTON CIRCUIT COURT CASE No.: 10-CI 00151 | D | 2012 |
| LURA HESS BECHTEL, et al. v. SANDEL AVIONICS, INC., et al. SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO CASE NO. 37-2010-00104069-CU-PO-CTL | T | 2012 |
| LURA HESS BECHTEL, et al. v. SANDEL AVIONICS, INC., et al. SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO CASE NO. 37-2010-00104069-CU-PO-CTL | D | 2012 |

**CVI**
ENGINEERING

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|:---:|:---:|
| SEAN DAVI, et al. v. H&E EQUIPMENT SERVICES, INC., et al.<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT<br>CASE NO. BC425711 | D | 2012 |
| LARRY DALE CROUCH, et al. v. TELEDYNE CONTINENTAL MOTORS, INC.<br>IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION<br>NO. 1:10-cv-00072-KD-N | T | 2011 |
| IDANIS MAZZANET-FIGUEROA, et al. v. SCORPION SPORTS, INC., a/k/a SCORPION SPORTS USA, a California corporation; et al.<br>IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA<br>CASE NO: 2008-ca-20186, DIVISION: 33 | T | 2011 |
| LARRY DALE CROUCH, et al. v. TELEDYNE CONTINENTAL MOTORS, INC.<br>IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION<br>NO. 1:10-cv-00072-KD-N | D | 2011 |
| IDANIS MAZZANET-FIGUEROA, et al. v. SCORPION SPORTS, INC., a/k/a SCORPION SPORTS USA, a California corporation; et al.<br>IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA<br>CASE NO: 2008-ca-20186, DIVISION: 33 | D | 2010 |
| IDANIS MAZZANET-FIGUEROA, et al. v. SCORPION SPORTS, INC., a/k/a SCORPION SPORTS USA, a California corporation; et al.<br>IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA<br>CASE NO: 2008-ca-20186, DIVISION: 33 | D | 2009 |
| DALIA AMAYA, AS PARENT AND NATURAL GUARDIAN OF NATALIA AMAYA, A MINOR v. BUDGET RENT A CAR SYSTEM, INC., ET AL.<br>IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA<br>CASE NO.: 50 2008CA009513XXXXMBAI | D | 2009 |
| JOEY MALLARD v. SAFARI MOTOR HOMES, INC., et al.<br>IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA<br>CASE NO: CV-08-181 | D | 2009 |
| KRISTINE FERNANDEZ, et al. v. FORD MOTOR COMPANY, a foreign corporation<br>THE STATE OF FLORIDA IN THE CIRCUIT COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, GENERAL CIVIL DIVISION<br>CASE NO.: 02-22006 CA 09 | T | 2008 |
| The ESTATE OF POLLY ANN GONZALEZ, et al. v. FORD MOTOR COMPANY, et al.<br>DISTRICT COURT CLARK COUNTY, NEVADA<br>CASE NO. A538297, DEPT. NO. XI | D | 2008 |
| CYNDI H. BLANCHARD, ET AL. v. ROBERT J. LANDRY, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT JOSEPH LANDRY, SR. AND THERESA BOYD AS PERSONAL REPRESENTATIVE OF THE ESTATE OF COY MAC BOYD, SR.<br>IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS, WESTERN DIVISION – CIVIL DIVISION – AT JONESBORO<br>CASE NO. CV2007-0607 (JF) | D | 2008 |
| DAVID WEBSTER v. MATTHEWS INTERNATIONAL CORPORATION, et al.<br>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION<br>CASE NO. 6:06-cv-1688-Orl-31KRS | D | 2007 |
| MICHAEL W. RAMSEY AND ANN R. RAMSEY, as Personal Representatives of the Estate of CARRIE GRACE RAMSEY, deceased v. CLARENCE N. BEHN AND DUDE BEHN TRUCKING<br>IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR PUTNAM COUNTY, FLORIDA<br>CASE NO. 05-28640-CA | T | 2007 |
| MICHAEL W. RAMSEY AND ANN R. RAMSEY, as Personal Representatives of the Estate of CARRIE GRACE RAMSEY, deceased v. CLARENCE N. BEHN AND DUDE BEHN TRUCKING<br>IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR PUTNAM COUNTY, FLORIDA<br>CASE NO. 05-28640-CA | D | 2007 |
| WILLIAM B. NICKELL, M.D. v. MIDMARK CORPORATION, ET AL.<br>CIRCUIT COURT OF JEFFERSON COUNTY, AL<br>CASE NO.: CV-05-1823 | D | 2007 |

**CVI**
ENGINEERING

**Testimony Chronology of William D. Carden, M.S., P.E.**

| Case Style | Deposition (D) Trial (T) Hearing (H) | Year |
|---|---|---|
| KRISTINE FERNANDEZ, et al. v. LUAR ENTERPRISES, INC., a Florida corporation, DAMARIS RIOS, FLORIDA DEPARTMENT OF TRANSPORTATION, FORD MOTOR COMPANY, a foreign corporation, CIRCUIT COURT OF FLORIDA, COUNTY OF MIAMI-DADE CASE NO.: 02-22006 CA 09 | D | 2006 |



# MCSWAIN ENGINEERING

*An ㅌㅌㅌ Company*

3320 McLemore Drive
P.O. Box 10888
Pensacola, Florida  32524-0888

_____

(850) 484-0506
FAX (850) 484-0508

## Engineering Investigation Report

## December 18, 2023

| | |
|---|---|
| Reference: | All Coast, LLC v. Shore Offshore Services, et al. |
| | Lewis Andrews and Patrick Burnett v. Fieldwood Energy Offshore, Inc. d/b/a Fieldwood Energy (Texas) Inc., et al. |
| | Lessle Williams v. Fieldwood Energy Offshore, Inc. d/b/a Fieldwood Energy (Texas) Inc., et al. |
| | Brian Cloyd v. Fieldwood Energy Offshore, Inc. d/b/a Fieldwood Energy (Texas) Inc., et al. |
| Incident Date: | October 28, 2020 |
| Incident Location: | Martin Energy Dock #16
Gulf of Mexico
Port Fourchon, Louisiana |

## 1.0  Requested Analysis

McSwain Engineering, LLC. was requested to perform a failure analysis/ engineering investigation of an incident that resulted in serious injuries to Mr. Lewis Andrews, Mr. Patrick Burnett, Mr. Lessle Williams, Wallace McCray, and Mr. Brian Cloyd that occurred while they were performing their job responsibilities for their respective employers onboard the D/B THOR, a derrick barge/vessel, while moored to the Martin Energy Dock #16.

McSwain Engineering is a consulting engineering firm with capabilities in materials engineering, mechanical engineering, and forensic chemistry, and has state-of-the-art equipment particularly suited to the science of failure analysis and engineering investigation. These capabilities specifically include optical and scanning electron microscopy; physical, dimensional, chemical and mechanical property evaluation; digital and computed tomography radiography; and comprehensive photographic documentation capability. MEI utilizes standard methodology and generally-accepted techniques in performing a failure analysis and incorporates internal peer review throughout the failure analysis process.

This is a report of findings and opinions to date in this investigation. We reserve the right to amend, revise or supplement this report as new information becomes available.

## 2.0   Background/Subject Incident

Fieldwood Energy LLC "is an owner and the operator of Platform JA, a fixed oil and gas development, production and transportation platform, permanently affixed to Block 259, Ship Shoal Area, on the Outer Continental Shelf, off the Coast of Louisiana (hereafter "SS 259-JA"). In accordance with Fieldwood's mineral lease with the U.S. Government, Department of the Interior covering SS 259-JA…Fieldwood is obligated to plug and abandon all wells and to decommission all structures that were erected at SS 259-JA."[1]

On February 21, 2020, Fieldwood Energy LLC (Fieldwood Energy) entered into a Platform Removal Contract with Shore Offshore Services, LLC (Shore Offshore). [2] According to Invoice #681, Shore Offshore provided services for the removal of SS 259-JA in the Gulf of Mexico between October 21, 2020 and October 28, 2020."[3]

Shore Offshore's fleet consists of derrick barges D/B THOR, D/B Pacific and D/B Performance and vessels MARS Freedom, MARS Titan and MARS Warmachine.[4] The D/B THOR was one of the derrick barges used for the removal of SS 259-JA in the Gulf of Mexico.

The D/B THOR is a heavy lift construction support vessel built by Hitachi in 1997 with the following specifications:[5]

|                     |                       |
|---------------------|-----------------------|
| Length (Overall):   | 370.70 ft (113 m)     |
| Breadth Molded:     | 137.80 ft (42 m)      |
| Depth Main Deck:    | 26.25 ft (8.00 m)     |
| Operating Draft:    | 12.14 ft (3.70 m)     |
| Min Operating Draft:| 11 ft (3.35 m)        |
| Gross Tonnage:      | 12,667                |

---

[1] Defendants Fieldwood Energy LLC and Fieldwood Energy Offshore LLC's Notice of Removal, 11/24/20
[2] THOR 0001553-0001616, Platform Contract by and between Fieldwood Energy LLC and Shore Offshore Services, LLC dated February 21, 2020
[3] THOR 0004945-0004954, Shore Offshore Services, LLC Invoice #681 dated 11/3/2020
[4] http://shoreoffshore.com/fleet/
[5] D/B THOR Spec Sheet (www.shoreoffshore.com)

|  | Net Tonnage: | 3,770 |

The D/B THOR is non-self propelled and requires an adequate tug for propulsion, navigation, positioning, and safety. The D/B THOR is outfitted with a derrick crane, deck crane, and a utility crane.  It is also equipped with the following:[6]

Machinery
|  | Main Generators: | (2) Daihatsu 6DL, 24,800 KW, 450V, 60HZ Emergency Generators (1) Daihatsu 45sg, 200KW, 450V, 60 Hz |

Mooring Equipment
|  | Winches: | (8) Uchida Marine Hydraulics, Single Drum; 80 Ton brake holding |
|  | Wire Size: | 2 in. Diameter |
|  | Wire Length: | 5,000 ft |
|  | Anchors: | 8 Delta Flipper, 16,000 lbs ea |

Mr. Lewis Andrews, Mr. Patrick Burnett, Mr. Lessle Williams, Mr. Wallace McCray, and Mr. Brian Cloyd were part of the crew onboard the D/B THOR.

Prior to October 28, 2020, the D/B THOR was deployed in navigable waters working in the Gulf of Mexico.  According to Oceaneering's Daily Progress Report (Survey), on October 26, 2020, at 0245, the D/B THOR began "anchor operations in preparation *[sic]* for tow to Martin Energy Dock Port Fourchon, La for WOW [Waiting On Weather] (ZETA)" and at 0950 began "tow to Martin Energy Dock Port Fourchon, La for WOW (ZETA)."  At 2359, the log entry stated "Continue towing to the dock.  Current location is Port Fourchon Ship Channel.  ETA for Martin Energy Dock Port Fourchon, La is 0100hrs."  The D/B THOR was being towed by the tugboat, M/V Crosby ENDEAVOR.[7] The Crosby ENDEAVOR tug was hired to provide tug assistance to the D/B THOR during Hurricane Zeta.  The D/B THOR moored dockside at Martin Energy Dock Port Fourchon, Louisiana, at 0100 on October 27, 2020[8], and remained there until approximately 1605 on October 28, 2020, when the following Significant Events were recorded by Brian Cloyd on the Oceaneering Daily Progress Report:[9]

| 1605 | Mooring lines parted. Winds 100+mph. Barge in a free drift up the channel 8-10kts. Conditions not safe to get to the navigation work station for data logging |
| 1715 | Barge all stop. Ran aground along side the ship channel. PS anchor was |

[6] *Ibid.*

[7] OII 000086-000088, Oceaneering Daily Progress Report (Survey), Project Title:  SS259JA-DB THOR, Remote Vessel: Crosby Endeavor, 10/26/2020

[8] OII 000089-000091, Oceaneering Daily Progress Report (Survey), Project Title:  SS259JA-DB THOR, Remote Vessel: Crosby Endeavor, 10/27/2020

[9] OII 000092-000094, Oceaneering Daily Progress Report (Survey), Project Title:  SS259JA-DB THOR, Remote Vessel: Crosby Endeavor, 10/28/2020

|      | depoloyed[*sic*] when barge ran aground. Was not in the towrer[*sic*] at the navigation station when the anchor was deployed. Was on deck for damage control. Emergency drop was necessary. No coordinates were taken for the drop. Barge postion[*sic*] CS Offset; E2350318.95 N194821.02 359.2° |
|------|---------|
| 1900 | Crew standing by |
| 2115 | Tugs arrive to recover the barge |
| 2200 | TB Crosby Endeavor off line.  Telemetry is out |
| **2300** | **Fix taken on cut pendant wire E2350211.79 N195056.95** |
| **2345** | **PS anchor recovered E2350367.78 N193844.22** |
| 2350 | On tow line.  Towing back to Martin Energy Dock |
| 2359 | Continue tow |

According to Crosby Tugs' Vessel Incident Report, it stated the following description in regards to the interaction between the D/B THOR and the Crosby ENDEAVOR during the subject incident:[10]

> ALONGSIDE BARGE BOW FACING SOUTH USING ENGINES TO TRY AND HOLD THE THOR. WHEN THEIR LINES PARTED US AND THE BARGE WAS BLOWN NORTH UP THE BAYOU. ONCE MY LINES PARTED WAS UNABLE TO CATCH UP TO THE BARGE AGAIN.

The M/V Crosby ENDEAVOR has the following specifications:[11]

|                |          |
|----------------|----------|
| Horsepower:    | 15000    |
| Length:        | 136 ft.  |
| Beam:          | 40 ft.   |
| Depth:         | 16 ft.   |
| Gross Tonnage: | 191 GRT  |
| Net Tonnage:   | 132 NRT  |
| Bollard Pull:  | 102 st.  |

Prior to the October 28, 2020 incident, the starboard side of the D/B THOR was moored to Martin Energy Dock #16 bollards/bitts 1 through 9 with approximately ten synthetic polymer ropes and two steel wire ropes.  The dock contained 10 mooring bollards/bitts lined along the dock.  Photographs from the day of the subject incident showed that mooring bollard/bitt 1 had the starboard stern wire rope around the bollard/bitt, and mooring bollard/bitt 9 had the starboard bow breast wire rope around the bollard/bitt. Mooring bollards/bitts 4, 5, 7, and 8 each had two synthetic polymer ropes around the bollard/bitt, and mooring bollards/bitts 2 and 6 each had one synthetic polymer rope around the bollard/bitt.  Mooring bollard/bitt 3 was not photographed the day of the incident.  An aerial photograph of the Martin Energy Dock #16 (prior to the incident) with mooring bollards/bitts annotated 1 through 10 is shown in Enclosure 1.  Photographs from October 28, 2020, day of the incident, of the D/B THOR moored to the Martin Energy Dock #16 are shown in Enclosures 2 through 5.

Hurricane Zeta made landfall on October 28, 2020, at 2100 UTC as a category 3 hurricane near Cocodrie, Louisiana, with sustained winds of approximately 100 kts (115 mph).  A

---

[10] Crosby Tugs, LLC Vessel Incident Report, CROSBY 000003 – 000008
[11] M/V Crosby Endeavor Specifications, https://www.crosbytugs.com/fleet/m%2Fv-crosby-endeavor

hurricane watch was issued for Lake Pontchartrain and from Morgan City, LA to the Alabama, Mississippi Border on October 26, 2020, at 2100 UTC. The hurricane watch was upgraded to a hurricane warning for Lake Pontchartrain and from Morgan City, LA to the Alabama, Mississippi Border on October 27, 2020, at 0900 UTC.[12]

When Hurricane Zeta made landfall in Southeastern Louisiana, the D/B THOR was tied off at Martin Energy Dock #16 in Port Fourchon (physical address is 118 Doucet Drive, Golden Meadow, Louisiana).[13] The U.S Coast Guard Report gave the following description of the incident:[14]

> On Oct. 28, 2020, as the eye of Hurricane Zeta approached the DB THOR, her mooring lines parted and bits on the Martin Energy dock failed. The DB THOR along with her assist tug coupled to her port side broke away from the dock and were pushed upstream in the Bayou Lafourche channel by the fast moving storm surge. Contact was made with a number of vessels in the channel. The CROSBY ENDEAVOR decoupled, and the DB THOR came to rest at 29° 11.86 N, 90° 14. 12" W on the east side of channel. The DB THOR was towed back to the Martin Energy dock on Oct. 29, 2020.

After Hurricane Zeta passed, the D/B THOR was "Moored Dockside Martin Energy Dock Port Fourchon La" at 0430 on October 29, 2020.[15] Post-incident photographs of the D/B THOR and mooring bollards/bitts taken on October 29, 2020 (day after the incident) and subsequent inspection dates are shown in Enclosures 6 through 11.

---

[12] NOAA National Hurricane Tropical Cyclone Report Hurricane Zeta
[13] THOR 0001092-THOR 0001094, U.S. Coast Guard Report of Marine Casualty, Commercial Diving Casualty, or OCS-Related Casualty
[14] *Ibid.*
[15] OII 000095-000097, Oceaneering Daily Progress Report (Survey), Project Title:  SS259JA-DB THOR, Remote Vessel: Crosby Endeavor, 10/29/2020

Below is a timeline of significant dates and events surrounding the subject incident:

Table 1. Timeline of Events

| Date | Event |
|---|---|
| 1997 | Year D/B THOR manufactured[16] |
| October 2, 2015 | Installed new starboard stern anchor cable[17] |
| October 27, 2016 | Installed new starboard bow breast cable[18] |
| July 1, 2020 | Installed old boom cable removed from big rig on starboard bow breast[19] |
| October 22, 2020 | Dawn Services, L.L.C., on hire letter to dispatch the M/V Crosby ENDEAVOR to the D/B Thor[20] |
| October 26, 2020 | Tropical storm Zeta became a hurricane[21] D/B THOR arrived at Martin Energy Dock #16[22] |
| October 27, 2020 | Despite the approaching hurricane, Martin allowed the D/B THOR to moor at Martin Energy Dock #16; the starboard stern and starboard bow breast lines were moored to bitts.[23] |
| October 28, 2020 2100 UTC 1600 CST | Tropical storm Zeta strengthened and became a hurricane.  Hurricane Zeta made landfall near Cocodrie, Louisiana.[24] |
| October 28, 2020 1604 CST | During Hurricane Zeta, the D/B THOR mooring lines broke loose from Martin Energy Dock #16.[25] |
| October 28, 2020 2130-2359 CST | After Hurricane Zeta passed, the D/B THOR was tugged back to Martin Energy Dock #16.[26] |
| October 29, 2020 | The D/B THOR was moored dockside Martin Energy Dock #16 Port Fourchon, LA[27] |
| October 30, 2020 | Port State Control inspected the D/B THOR noting hull damage.[28] |

## 3.0    **Deposition Testimony**

Cody Sims, Director of Projects (Logistics) for Shore Offshore Services at the time of the incident and currently VP of Operations, stated:

---

[16] D/B THOR Spec Sheet (www.shoreoffshore.com)
[17] THOR 0001432, Starboard Stern Line Logbook
[18] THOR 0001427, Starboard Bow Breast Logbook
[19] THOR 0001428, Starboard Bow Breast Logbook
[20] DAWN 000379, On/Off Hire Letter
[21] NOAA National Hurricane Center Tropical Cyclone Report Hurricane Zeta 24-29 October 2020, Pg. 3
[22] THOR 0001210, D/B THOR Deck Log
[23] THOR 0001210, D/B THOR Deck Log
[24] NOAA National Hurricane Center Tropical Cyclone Report Hurricane Zeta 24-29 October 2020, Pg. 4
[25] THOR 0001240-0001245, Shore Offshore Services, LLC Daily Progress Report, October 28, 2020
[26] *Ibid.*
[27] OII 000095-000097 Oceaneering Daily Progress Report (Survey), Project Title:  SS259JA-DB THOR, Remote Vessel: Crosby Endeavor, 10/29/2020
[28] THOR 0005011-0005012, Port State Control Report of Inspection – Form B, 10/30/2020

Q. [ ] We know that the mooring lines for the THOR failed in this case as a direct result of the Crosby ENDEAVOR failing to provide adequate dock holding assistance to keep tension and stress off those lines, fair?

. . .

**THE WITNESS: Yeah.  I think that's, yeah, one of the** -- one of the factors.[29]


Q.   Okay.  Well, we know that one way this incident definitely could have been prevented is if the ENDEAVOR had actually done its job to keep stress and tension off the mooring lines because they never would have parted, right?

. . .

THE WITNESS: Yeah.  I think that would have helped prevent the situation.[30]

## Cody Sims further stated:

Q.        Yeah. Meaning the failure of Martin's to provide you with the warnings in Martin's hurricane preparedness manual was a direct cause of this incident, true?

. . .

A.        Yeah. I think it was a major factor. [31]


## Terry Joe Douglas, Superintendent of D/B Thor, stated:

Q.   At any point in time, in your opinion, as the superintendent and someone who was personally there and experienced this incident, do you feel that the Crosby Endeavor ex- -- ever held up to your expectations in helping the D/B Thor remain in place at the dock?

. . .

A.   No.

Q.   Do you believe, as the superintendent of the D/B Thor, highest-ranking official on there, that their failure to help keep the D/B Thor in place against the dock was a contributing factor to the D/B Thor ultimately breaking free and getting out of control?

. . .

A.   Yes, I do.  Along with faulty bits on the dock.[32]


Q.   Either from what Shore, the company, has told you or your own mind, what agent, equipment, persons, or acts have most likely caused this incident to occur?

. . .

A.   Lack of help from the tugboat and faulty bitts.

**Q.   Okay.  So we know that Crosby, you're saying** -- Crosby, **you're saying, was a** contributing factor, right?

. . .

A.   Correct.[33]

---

[29] Deposition of Cody Sims, Page 517, Line 18 – Page 518, Line 4.
[30] Deposition of Cody Sims, Page 523, Lines 11-23.
[31] Deposition of Cody Sims, Page 534, Lines 11-20.
[32] Deposition of Joe Douglas, Page 178, Lines 3-18.
[33] Deposition of Joe Douglas, Page 272, Line 22 – Page 273, Line 8.

Mr. Brian Patrick Cloyd, Crew Member on the D/B THOR, agreed that the job of the M/V Crosby ENDEAVOR was to "protect the THOR and keep it up against the dock if something were to happen."[34]

## 4.0    Field Inspections

McSwain Engineering participated in joint field inspections of the subject D/B THOR hull and deck, wire rope(s), barge stern winch drum and starboard bow winch drum and the subject incident site, Martin Energy Dock #16, including mooring bollards/bitts 4, 6 (separated into two sections), 8 and 9 (removed and replaced with new bollards/bitts at a previous inspection) on December 14, 2020; December 16, 2020; March 30, 2021; and July 8, 2021.

### 4.1    December 14, 2020 Field Inspection

A field inspection was held in Tampa, Florida while the D/B THOR was in dry dock.  The subject hull and deck as well as deck components of the D/B THOR were examined and photo documented, and dimensional analyses were performed. Overall photographs of the subject D/B THOR are shown in Enclosures 12 and 13.

During the inspection, external damage to the hull of the D/B THOR was documented and measured, as shown in Enclosure 14.  Several synthetic ropes were present on the vessel.  Measurements of the circumferences were consistent with 3-inch diameter or larger mooring lines.

Records from the D/B THOR indicate typical wire ropes used as bow and stern lines were 2-inch galvanized 6x26 IWRC grade EIPS wire rope.  This type of wire rope has a nominal breaking strength of 356,000 lbs (178 tons).[35]  The starboard stern line remained attached to the drum, and the fractured end was covered and not opened during the inspection, Enclosure 15.  The visible exposed area near the fracture was "horse-tailed" consistent with an overload fracture. Diameter measurements of the starboard stern wire rope provided for inspection was consistent with a 2-inch diameter steel wire rope, Enclosure 15.

### 4.2    December 16, 2020 Field Inspection

A field inspection was held in Baton Rouge, Louisiana.  Approximately 200-ft of the starboard bow breast wire rope from the subject D/B THOR was laid out, examined and photo and video documented, and dimensional analyses were performed, as shown in Enclosure 16.

---

[34] Deposition of Brian Cloyd, Pg. 496, Lines 1-10
[35] Wire Rope Product Data Sheet

During the inspection, the wire rope was found to be magnetic, and the outer diameter was measured to be 1.9890 in. and 1.9760 in.; wire strands measured 0.7920 in. and 0.6585 in. in diameter, as shown in Enclosure 17. Individual wire diameters measured 0.0810 in., 0.1120 in., 0.0710 in., and 0.1105 in., as shown in Enclosures 18 and 19. Many of the observed wires of the wire rope exhibited cup and cone fractures and shear fractures indicative of a tensile break, as shown in Enclosure 20. These observations are consistent with a 2-inch steel mooring line that had failed in overload.

### 4.3    March 30, 2021 Field Inspection

A field inspection was held in Mobile, Alabama. The subject D/B THOR starboard stern winch drum and starboard bow breast winch drum were examined, and photo and video documented [DP-1236 – 1341; DV-02], as shown in Enclosures 21 and 22. A section of the starboard stern line was cut from the drum.

### 4.4    July 8, 2021 Field Inspection

A joint field inspection was held at the subject incident site, Martin Energy Dock 16, at Doucet Road, Cut Off, Louisiana. The incident site, including mooring bollards/bitts 4 and 6 (separated into two sections) and 8 and 9 (removed and replaced with new bollards/bitts at a previous inspection) were examined and photo and video documented, as shown in Enclosure 23. Dimensional analyses were performed on the subject mooring bollards/bitts and new bollards/bitts. There were several areas of localized corrosion observed and documented. The most severe corrosion was observed on the top of the structures just above ground level and on the underside of the crossarms adjacent to the main column. Some areas on the columns had through wall corrosion damage. The pit depths of some of the localized corrosion and other areas were measured on the exterior of the mooring bollards/bitts, as shown in Enclosure 24.

The mooring bollards/bitts consist of structural steel piping/columns driven into the ground and filled with concrete. Smaller steel crossarms were welded approximately 11 inches from the exposed top of the main column. The exposed areas of the bollards/bitts were painted yellow.

All the extracted mooring bollards/bitts inspected from the subject incident site exhibited coating (paint) loss, corrosion, and wear damage to the mooring bollard/bitt arms. Corrosion damage and paint loss were documented under the arms of mooring bollard/bitt 4, as shown in Enclosures 25 and 26. Mooring bollard/bitt 6 was fractured/separated into two sections, the smaller section measured approximately 4 feet, as shown in Enclosures 27 through 29. Mooring bollard/bitt 8 was missing both crossarms, as shown in Enclosures 30 through 32, and mooring bollard/bitt 9 was missing one crossarm, as shown in Enclosures 33 and 34. Mooring bollards/bitts 8 and 9 had been repaired as evidenced by the addition of reinforcing collars at the heavy corrosion locations at ground level. All

4 of the removed mooring bollards/bitts were mechanically damaged by bending deformation.

The general dimensions of the mooring bollards/bitts were 18 inches in diameter with an estimated original wall thickness of 0.5 inch. Approximately 48 inches of the bollards/bitts stood above ground level, with the full length of the extracted bollards/bitts being approximately 50 ft. The crossarms of the old mooring bollards/bitts were approximately 14 inches in length and 3.5 inches in diameter, with an estimated original thickness of 0.325 inch. Wall thickness measurements were taken on various locations of the mooring bollards/bitts. The wall thickness measured 0.0810 in., 0.1055 in., and 0.0650 in., around the missing arms on mooring bollard/bitt 8. Wall thicknesses measured 0.2230 in., 0.1305 in., and 0.1975 in. around the missing crossarm on mooring bollard/bitt 9. Wall thicknesses on the mooring bollards/bitts measured 0.4315 in. on mooring bollard/bitt 4, 0.2455 in. on mooring bollard/bitt 6, and 0.4240 in. on mooring bollard/bitt 8. Estimation of remaining wall thickness at measured pit locations was generally less than 50% of the original.

Subject mooring bollards/bitts that remained in place and replacement mooring bitts for 4, 6, 8, and 9 were also documented at the incident site, as shown in Enclosures 35 through 42. The crossarms of the replacement mooring bollards/bitts measured approximately 9 inches, and the subject mooring bollard/bitt crossarms measured approximately 14 inches, as shown in Enclosure 43.

### 4.5    Mooring Calculations

Mooring calculations were calculated based on Mooring Force Calculation Sheet Drawing No. G01321[36] and Technical Memorandum DRDC Atlantic TM 2002-192[37]. The wind forces were calculated for a range of conditions that existed prior to and during Hurricane Zeta. Reported weather data indicated that the maximum sustained winds during the event were approximately 100 mph, with gusts of ~150

---

[36] THOR 0001392-1409
[37] Wind and Current Forces on Canadian Forces Ships During Tug Operations, Technical Memorandum DRDC Atlantic TM 2002-192, November 2002

mph[38].  The wind force generated on mooring lines for different conditions are shown in Table 2.

Table 2. Wind Loading on the D/B Thor in Worst-Case Direction

| Wind Speed (mph) | Wind Force (metric tonnes) Drawing No. G01321 | Wind Force (metric tonnes) TM 2002-192 | Number of connected tugs required |
|---|---|---|---|
| 100 | 210 | 211 | 3 |
| 110 | 254 | 256 | 3 |
| 115 | 277 | 280 | 3 |
| 130 | 354 | 357 | 4 |
| 150 | 472 | 476 | 6 |

For a wind speed of 150 mph the wind load on the mooring lines of the D/B Thor Vessel are ~476 metric tonnes.  This would require the total of the mooring lines and connected tug(s) to counteract wind loading with equal or greater force to keep the D/B Thor vessel stationary at the dock.  The rated bollard pull capability of the M/V Crosby Endeavor is 102 short tons (92.5 metric tonnes).  It would require six equivalent tugs to counteract the peak, 150 mph, wind force (with no dockside mooring lines).

## 5.0    Discussion

As stated in the above sections, the subject D/B THOR was inspected and documented as part of the investigations.  The equipment and mooring lines observed were consistent with the documents provided.  The fractures observed on the starboard stern and starboard bow breast steel mooring lines were consistent with overload fractures, which may have been prevented but for Crosby's failure to provide adequate tug assistance.

The damaged and fractured mooring bollards/bitts removed and replaced after the hurricane were also consistent with overloading this dock hardware (Enclosure 23 Bollard/Bitts #4, 6, 8, and 9). Assuming typical structural steel construction and the approximate original dimensions of the mooring bollards/bitts, the load to fail the column cross-section would be 480,000 lbs (240 tons) in shear.  The calculated side loading to bend the columns as observed is approximately 114,000 lbs (57 tons).  These calculations do not include the reinforcing effects of the concrete fill inside the main column.  The calculated shear load to fail the crossarms is approximately 52,000 lbs (26 tons).  The loss in strength due to corrosion and wear observed on the structures would be proportionate to the loss of wall thickness/cross-sectional of the steel structure.

---

[38] THOR 000290, Grouper Liftboat Log 10/28/2020, Wind: 150 mph & NOAA Hurricane Zeta Report (AL282020) & COASTAL000420 – Vessel Incident Report

The Martin Energy Services LLC, Hurricane Preparedness Plan[39] was reviewed. The purpose of this Hurricane Preparedness Plan (HPP) is to provide information necessary for an effective and safe response to hurricanes that could potentially affect Martin operated facilities.

*Section 2, Hurricane Planning Procedures, Phase IV (48-24 hours to landfall) includes the following relevant requirements:*
- *All Personnel/Customers/Clients are to be evacuated. No exceptions.*
- *No Vessels moored at facility.*

*Section 4, Hurricane Port Conditions, includes the following relevant requirements:*

**Whiskey** - *Initial notice that hurricane threat exists, 72 hours prior*
*To enter transit or remain within this safety zone, vessels must comply with the following requirements:*
*Closure of Departure/Arrival Windows: Ocean-going ships and barges over 500 gross tons departing the port must depart no later than 12 hours prior to the arrival of gale force winds (Port Condition Zulu). Vessels bound for ports which are unable to arrive 12 hours prior to the arrival of gale force winds are advised to seek an alternate destination.*

**X-Ray** - *48 hours prior*
*To enter transit or remain within this safety zone, vessels must comply with the following requirements:*

*Closure of Departure/Arrival Windows: Ocean-going ships and barges over 500 gross tons departing the port must depart no later than 12 hours prior to the arrival of gale force winds (Port Condition Zulu). Vessels bound for ports which are unable to arrive 12 hours prior to the arrival of gale force winds are advised to seek an alternate destination.*

**Yankee** - *24 hours prior*
*No vessels may enter, transit, or remain within this safety zone without the permission of the Captain of the Port. The following additional requirements are in effect:*

*Vessels Desiring to Depart Port Must Arrange Immediate Departure:*
*Movement of all vessels and barges over 500 gross tons desiring to depart the port must contact the Captain of the Port to arrange immediate departure.*
*All Vessels Must be at Mooring Site and Follow Approved Remaining in Port Checklist: All commercial vessels and barges greater than 500 GT remaining in port must be at their mooring site in accordance with their* **"Remaining in Port Checklist"** *as approved by the Captain of the Port.*

---

[39] MARTIN [00646]-[00716], Hurricane Preparedness Plan, Martin Energy Services LLC

*Zulu - 12 hours prior*, **Port Closed**
> **Port Status*: Closed**
> **All movements require COTP approval**

In Section 5 titled "Identifying hazards associated with preparing for a Hurricane," it states the following in regard to Martin Energy Services LLC scope:

> **Scope**
> *The scope of this section is to identify hazards that we as a company will face before and after a hurricane. Hurricanes and tropical activity could affect anyone at Martin Company facilities across the Gulf Coast. As demonstrated in past events heavy rains, high winds and storm surge are the major threats to our company's infrastructure.*
>
> *Identifying and mitigating as many hazards as possible will help Management to better protect its employees, facilities and equipment so that operations will be able to get back up and running safer and faster to service our customers.*

Failure to follow and ensure the above quoted procedures and preparations prior to the approaching hurricane led to the infrastructure damage and release of the D/B Thor from the dock.

## 6.0   Conclusions

The conclusions in the text, as well as the following conclusions, have been reached to a reasonable degree of engineering certainty and probability based on consideration of accident information, case documents, post-accident photo documentation, technical data, examination, and field inspections:

1. Prior to October 28, 2020, the D/B THOR was deployed in navigable waters working in the Gulf of Mexico.  Prior to Hurricane Zeta making landfall on the Louisiana coast, the D/B THOR was tied off at Martin Energy Dock #16 in Port Fourchon and the M/V Crosby ENDEAVOR tugboat was moored on the port side of the D/B THOR.  The one and only purpose of Martin Energy Dock # 16 infrastructure and M/V Crosby ENDEAVOR was to keep the D/B THOR moored to the dock during Hurricane Zeta.  During the hurricane, the mooring lines and Martin Energy dock mooring bitts failed, and the D/B THOR broke away from the dock. The M/V Crosby ENDEAVOR tugboat failed to provide adequate tug assistance and dock holding assistance to prevent overloading the mooring configuration.

   Basis: Review of Case Literature
   > Incident reports
   > Marine surveys
   > Photos and videos from the day of the incident

2.  After the D/B THOR mooring lines and bollards/bitts failed, the M/V Crosby ENDEAVOR parted from the D/B THOR, which resulted in the D/B THOR floating uncontrollably up the Bayou Lafourche channel by the fast moving storm surge. The M/V Crosby ENDEAVOR tugboat failed to provide adequate tug assistance after the breakaway.

    Basis:
    a.  Crosby Tugs' Vessel Incident Report, CROSBY 000005 – 000008
    b.  Deposition testimony
    c.  Inspections, calculations, observations
    d.  Crosby Endeavor - Bollard Pull Rating: 102 st (92.5 metric tonnes)
    e.  Hurricane Zeta wind loading estimated to have been experienced by the D/B THOR likely exceeded 350 metric tonnes in the worst-case orientation.

3.  Mooring lines used to secure the D/B THOR to the Martin Energy Dock #16 facility's mooring bollards/bitts failed during the loading events associated with severe weather during Hurricane Zeta.

    Basis:
    a.  Photos of the mooring lines on October 28, 2020.
    b.  Bending deformation to the main columns of the bollards/bitts
    c.  Fracture of main column on Bollard/Bitt 6
    d.  Fracture of crossarms on Bollards/Bitts 8, 9, and 10 [note: 10 was not involved in the subject incident]
    e.  Fractured synthetic polymer mooring lines
    f.  Fractured wire ropes associated with the vessel

4.  The mooring bollards/bitts 4, 6, 8, and 9 in place at the Martin Energy Dock #16 facilities were damaged by severe loading from the mooring of the D/B THOR during the severe weather event (Hurricane Zeta), which was the direct result of the Crosby's failure to provide adequate tug assistance for dock holding to prevent overloading the mooring.

    Basis:
    a.  Photos of the mooring lines on October 28, 2020 and October 29, 2020
    b.  Bending deformation to the main columns of the bollards/bitts
    c.  Fracture of main column on Bollard/Bitt 6
    d.  Fracture of crossarms on Bollard/Bitt 8, 9, and 10

5.  The mooring bollards/bitts in place at the Martin Dock #16 facilities were partially compromised by wear and corrosion prior to Hurricane Zeta.

    Basis:

    a. There were several areas of localized corrosion observed and documented on the top of the structures just above ground level and on the underside of the crossarms adjacent to the main column.

    b. Some areas on the columns had through wall corrosion damage.

    c. The original main column wall thickness was approximately 0.5 inches (Maximum measurements in areas of general surface corrosion 0.432 and 0.420 inches (DP-1426 and DP-1486))

    d. Main Column pit depths were measured and ranged from 0.165 to 0.363 inch.

    e. The original crossarm wall thickness was approximately 0.325 inches (Maximum measurement 0.322 inches (DP-1637 Bitt 9)

    f. Crossarm material wall loss was approximately 80 percent in the thinnest measured location.

    g. Mooring Bollards/Bitts 8, 9, and 10 had been repaired with reinforcing collars.

6. The wind and tidal loading on mooring D/B THOR lines during Hurricane Zeta were sufficient to sequentially break the steel and polymer lines mooring the vessel to the docks, which necessitated adequate tug assistance from Crosby.

    Basis:

    a. Photos and videos of the D/B Thor during the hurricane

    b. Hurricane Zeta wind loading estimated to have been experienced by the D/B THOR likely exceeded 350 metric tonnes in the worst-case orientation.

    c. 2-inch galvanized 6x26 IWRC grade EIPS wire rope has nominal breaking strength of 356,000 lbs (178 metric tonnes)

    d. 3-inch synthetic nylon lines typically fail at approximately 180,000 lbf (82 metric tonnes) depending on material and weave/construction

    e. 4-inch synthetic nylon lines typically fail at approximately 324,000 lbf (147 metric tonnes) depending on material and weave/construction

    f. Deposition of Lewis Andrews, Pg. 243, Lines 2-13 - heard a "pop, pop, pop"

7. The number of tugs, of equivalent capacity of the Crosby Endeavor, required to secure the D/B Thor with the wind loading from Hurricane Zeta without the assistance of mooring lines was 3 to 6 tugs.

    Basis:

    a. Crosby Endeavor - Bollard Pull Rating: 102 st (92.5 metric tonnes)

    b. D/B Thor - Potential Wind Loading from Hurricane Zeta

        a. 357 metric tonnes at 130 mph

        b. 476 metric tonnes at 150 mph

    c. Number of equivalent tugs required to counter 357 metric tonnes is 4

    d. Number of equivalent tugs required to counter 476 metric tonnes is 6

8. According to Martin Energy Services LLC, Hurricane Preparedness Plan, Greater Lafourche Port Commission Lease Inspection, and the Marine Safety Information

Bulletin, the D/B Thor should not have been docked at the facility during hurricane conditions. Following these instructions and procedures would have prevented the failure of the mooring lines, the uncontrolled release of the vessel, damage to the dock infrastructure, and injuries to the crew onboard the D/B THOR.

Basis:

    a.  Hurricane Zeta was a Category 3 hurricane

        i.  Sustained winds 110-130 mph and gusts to 140+ mph

    b.  Martin Energy Services LLC, Hurricane Preparedness Plan – Section 2, Hurricane Planning Procedures, Phase IV (48-24 hours to landfall) includes the following relevant requirements:

        - All Personnel/Customers/Clients are to be evacuated. No exceptions.

        - No Vessels moored at facility

    c.  Greater Lafourche Port Commission, GLF501 Lease Inspection on 4/25/2019, Martin Operating Partnership, LP, Bulkhead Condition includes the following relevant note:

        - placing excessive weight along the bulkhead can cause damage to tie backs and bulkhead

    d.  Martin Energy Services LLC, Hurricane Preparedness Plan states – Section 5, Hazard Assessment includes the following relevant information:

        - As demonstrated in past events heavy rains, high winds and storm surge are the major threats to our company's infrastructure

    e.  Marine Safety Information Bulletin, MSIB 57-20, PORT STATUS X-RAY FOR CAPTAIN OF THE PORT MOBILE AREA OF OPERATIONS

        - All Personnel/Customers/Clients are to be evacuated. No exceptions.

9.  The incident, breakaway, and injuries to crewmembers onboard the D/B THOR was directly caused by failures on the part of Crosby and Martin. The failure of the dock infrastructure (mooring bitts), and failure to follow Martin's policies and procedures directly caused the incident. The failure of Crosby to provide adequate tug assistance before and after the breakaway also directly caused the incident. Neither Martin Energy Dock #16 or the M/V Crosby ENDEAVOR were suitable for mooring the D/B THOR during Hurricane Zeta.

Basis:

    (see prior conclusions and bases)

## 7.0   Education, Training, Experience and Signatures

### 7.1   William D. Carden, M.S., P.E.

Mr. Carden is a Consulting Materials Engineer and the Director of Materials Engineering at McSwain Engineering, Inc. in Pensacola, Florida.

He earned a Bachelor of Science in Materials Engineering from The University of Alabama at Birmingham and a Master of Science in Materials Engineering from The Ohio State University. His graduate research concentrated on mechanical metallurgy of metal forming and stamping. His research and testing investigated the processing and utilization of new weight saving materials in the automotive industry including aluminum sheet and high strength steel for body panels and other stamped components.

While pursuing his undergraduate and graduate research, he performed failure analysis, metallurgical analysis, and testing for litigation and industrial clients.

Beyond his Bachelor of Science in Materials Engineering and Master of Science in Materials Engineering, he has additional education, experience, and training in accident investigation/reconstruction, forensic analysis, and multiple analysis/investigation topics. Mr. Carden has more than 20 years of experience analyzing, characterizing, and testing materials, including metals, polymers, and composites.

Mr. Carden is currently a registered Professional Engineer in the states of Florida, Alabama, and Georgia by experience, education, and examination in metallurgical engineering.

Mr. Carden has been a degreed Materials Engineer since 1994, and a registered Professional Engineer since 2003 by meeting the education, experience, examination, and continuing education requirements necessary for retaining this registration.

Mr. Carden joined McSwain Engineering in 2006, where he has continued to perform failure analysis and materials engineering investigation of aircraft crashes, automotive accidents, industrial failures, construction materials, and other consumer product failures.

## 7.2    Eric L. Van Iderstine, P.E.

Eric L. Van Iderstine is a Consulting Mechanical Engineer and Director of Mechanical Engineering at McSwain Engineering, Inc. located in Pensacola, Florida. He earned a Bachelor of Science in Mechanical Engineering from Mississippi State University, where he graduated with honors and was awarded The Coleman Design Award for Demonstrated Excellence in Undergraduate Engineering Design by the Department of Mechanical Engineering. Mr. Van Iderstine is currently a registered Professional Engineer in the state of Florida by experience and examination in mechanical engineering. Mr. Van Iderstine is also a registered Professional Engineer in the state of Alabama.

Mr. Van Iderstine has testified in state and federal courts. He has been qualified by the courts as a Mechanical Engineer in the areas of failure analysis and mechanical engineering design.

Prior to Mr. Van Iderstine's employment with McSwain Engineering, Inc., he was employed from 1997 to 2005 as a Machine Design Engineer and Mechanical Engineering Manager in industry with responsibilities for design and manufacture of mechanical components and automated testing systems. While working in the position of Machine Design Engineer and Mechanical Engineering Manager at HMC Technologies, his job involved conceptual engineering design as well as detailed engineering design on numerous mechanical systems. Mr. Van Iderstine has designed, developed, installed, and performed troubleshooting on in-plant industrial equipment including manufacturing and testing systems for automotive, medical, aerospace, and industrial applications.

Mr. Van Iderstine has been a degreed Mechanical Engineer since 1996, and a registered Professional Engineer since 2006 by meeting the education, experience examination, and continuing education requirements necessary for retaining this registration.

Mr. Carden's and Mr. Van Iderstine's curricula vitae and testimony chronologies are enclosed as attachments. A curriculum vitae includes qualifications and all publications authored and/or co-authored. McSwain Engineering, Inc. charges $400.00 per hour for Mr. Carden's and Mr. Van Iderstine's failure analyses and testimonies in this case.

_____          _____
William D. Carden, M.S., P.E.                Eric L. Van Iderstine, P.E.