1021-20689                                                                                                                #2154373

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

### *EX PARTE* MOTION TO WITHDRAW DOC. 781

**NOW INTO COURT**, through undersigned counsel, comes Shore Offshore Services, LLC ("Shore"), who moves the Court to withdraw its Motion for Summary Judgment Regarding Enforcement of the Dawn Master Vessel Time Chater (Rec. Doc. 781). Per the Notice of Settlement filed today between Shore, Modern American Railroad Services, L.L.C., and Dawn Services, LLC ("Dawn") (Rec. Doc. 834), the claims filed by Shore against Dawn based upon the relief sought in Rec. Doc. 781 have settled. Consequently, Shore no longer seeks the relief sought in that Motion.

**WHEREFORE**, Shore respectfully requests that this Motion be granted, and Shore's Motion for Summary Judgment Regarding Enforcement of the Dawn Master Vessel Time Chater (Rec. Doc. 781) be deemed withdrawn from the Court's docket.

Respectfully Submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)

1

**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**