**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC**<br><br>**VERSUS**<br><br>**SHORE OFFSHORE SERVICES, LLC** | **CIVIL ACTION NO: 21-258**<br>**c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE EVA J. DOSSIER**<br><br>**APPLIES TO ALL CASES** |

# ORDER

Considering the foregoing *Motion to Adopt Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability* filed by U.S. Specialty Insurance Company ("Motion"):

**IT IS ORDERED** that the Motion is GRANTED and that U.S. Specialty Insurance Company adopts and incorporates Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, Inc.'s Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (R. Doc. 789) as if independently filed.

**THUS DONE AND SIGNED** this 19th day of November, 2025, in New Orleans, Louisiana.

JUDGE JAY C. ZAINEY