UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | § | Civil Action No. 2:21-258 |
| | § | c/w 21-337, 21-464, 21-822, 21-1968, 21- |
| VERSUS | § | 1969, 21-1981, 21-1982, 21-2075 |
| | § | |
| SHORE OFFSHORE SERVICES, LLC | § | SECTION: "A" |
| | § | |
| | § | HON. JAY C. ZAINEY |
| | § | |
| | § | MAGISTRATE: HON. EVA J. DOSSIER |

## ORDER

Considering the foregoing Motion to Join in and Adopt the Motion and Opposition filed by Other Parties [Rec. Doc. 806 and 789], by Chubb Underwriting Agencies Limited, for and on behalf of Syndicate No. 2488 ("Chubb"),

**IT IS HEREBY ORDERED** that Chubb will be allowed to join in the following pleadings as if they were filed by Chubb:

1. Record Document 806 – Memorandum in Opposition to Crosby's Motion for Summary Judgment on Liability and Act of God Defense (Rec. Doc. 780) filed by Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Certain Underwriters subscribing to Hull & Machinery Policy # GCP 19537, Weeks Marine, Inc., and Terrynn Tyrell Lyons; and

2. Record Document 789 – Motion for Summary Judgment regarding Crosby's Entitlement to Exoneration from or Limitation of Liability filed by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC.

New Orleans, Louisiana, this   19th   day of    November   , 2025.

_____
UNITED STATES DISTRICT JUDGE