**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **LEAD CASE: 2:21-cv-00258-JCZ-EJD c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, LLC; and MARTIN ENERGY SERVICES, LLC** | **MAGISTRATE EVA J. DOSSIER** |

**ORDER**

Considering the foregoing Motion to Join in and Adopt Pleadings filed by Other Parties by C&G Boats, Inc. and Gulf Logistics, L.L.C. as noted below;

1. The Damaged Parties Opposition to Crosby's Motion for Summary Judgment on Liability and Act of God Defense filed November 18, 2025 (R. Doc. 806);

2. Memorandum in Opposition to Martin's Motion for Summary Judgment (R. Doc 779) filed by Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Certain Underwriters subscribing to Hull & Machinery Policy# GCP 19537, and Weeks Marine, Inc. (R. Doc 810 *et seq*).

3. Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC's Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration From or Limitation of Liability (R. Doc. 789).

**IT IS HEREBY ORDERED** that C&G Boats, Inc. and Gulf Logistics, L.L.C. will be allowed to join in the following pleadings as if the motions were filed by C&G Boats, Inc. and Gulf Logistics, L.L.C.:

**New Orleans, Louisiana, this** 19th **day of** November**, 2025.**

**UNITED STATES DISTRICT JUDGE**