**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC** | **CIVIL CASE: 21-258 LEAD CASE c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, LLC; and MARTIN ENERGY SERVICES, LLC** | **MAGISTRATE EVA J. DOSSIER**<br>**Applies to: All Cases** |

**ORDER**

Considering the foregoing Motion to Join in and Adopt Motions filed by Other Parties by Garber Bros., L.L.C.,

**IT IS HEREBY ORDERED** that Garber Bros., L.L.C. will be allowed to join in the following motions as if the motions were filed by Garber Bros., L.L.C.:

1. Opposition to Crosby's Motion for Summary Judgment on Liability and Act of God Defense, November 18, 2025, R. 806.

2. Opposition to Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. Motion for Summary Judgment, November 18, 2025, R. 810.

3. Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, and Weeks Marine, LLC's Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (R. 789).

**New Orleans, Louisiana, this** 19th **day of** November**, 2025.**

Jay C. Zainey

**UNITED STATES DISTRICT JUDGE**