# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALL COAST, LLC** <br><br> **VERSUS** <br><br> **SHORE OFFSHORE SERVICES, LLC,** *et al.* | **CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227** <br><br> **Pleading applies to ALL CASES** <br><br> **JUDGE: JAY C. ZAINEY** <br><br> **MAGISTRATE: EVA J. DOSSIER** <br><br> **SECTION: A(3)** |

## C-PORT LLC'S MOTION TO JOIN AND ADOPT RECORD DOCUMENTS 806, 808, 810, AND 816.

Claimant/Defendant C-Port, LLC ("C-Port"), pursuant to Federal Rule of Civil Procedure 10(c), hereby joins and adopts by reference the following pleadings filed by other parties, including any and all arguments, memoranda, and exhibits cited or incorporated therein, to the extent they apply to C-Port and are not inconsistent with C-Port's position, claims, and defenses in this lawsuit:

1. The Damaged Parties' Memorandum in Opposition to the Motion for Summary Judgment on Liability and Act of God Defense (R. Doc. 780) filed by Crosby Tugs, LLC, **R. Doc. 806**;

2. Lessle Williams' Opposition to the Motion for Summary Judgment on Liability and Act of God Defense (R. Doc. 780) filed by Crosby Tugs, LLC, **R. Doc. 808**;

3. Memorandum in Opposition to Martin's Motion for Summary Judgment (R. Doc. 779) filed by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf Int'l Marine, LLC, Harvey Seas, LLC, Certain Underwriters subscribing to Hull & Machinery Policy #GCP 19537, and Weeks Marine, Inc., **R. Doc. 810**; and

4. Lessle Williams' Opposition to the Motion for Summary Judgment (R. Doc. 779) filed by Martin, **R. Doc. 816**.

**WHEREFORE,** C-Port, LLC prays that this Honorable Court grant its Motion to Join in and Adopt the foregoing pleadings, and after due proceedings, as well as all other damages and relief to which C-Port may be entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Katharine R. Colletta*
Thomas Kent Morrison (Bar #25802)
Colin B. Cambre (Bar #31083)
Katharine R. Colletta (Bar #27552)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
E-mail:  kent.morrison@phelps.com
colin.cambre@phelps.com
katharine.colletta@phelps.com

**ATTORNEYS FOR C-PORT, LLC**