**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC**<br><br>**VERSUS**<br><br>**SHORE OFFSHORE SERVICES, LLC** | **CIVIL ACTION NO: 21-258**<br>**c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227, 23-3220**<br><br>**SECTION "A"**<br>**HON. JAY C. ZAINEY**<br><br>**MAGISTRATE: (3)**<br>**HON. EVA J. DOSSIER**<br><br>**APPLIES TO ALL CASES** |

**ORDER**

Considering the foregoing *Ex Parte* Motion to Join and Adopt Rec. Doc. 832 ("Motion") filed by Limitation Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC (collectively the "THOR Interests");

**IT IS HEREBY ORDERED**, that the THOR Interests be allowed to join in Dawn Services, LLC's Memorandum in Opposition to U.S. Specialty Insurance Company's Motion for Summary Judgment, including any and all arguments, memoranda, and exhibits (Rec. Doc. 832), as if filed by the THOR Interests.

New Orleans, Louisiana, this 19th day of November, 2025.

Jay C. Zainey

**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**