**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALL COAST, LLC**<br><br>**VERSUS**<br><br>**SHORE OFFSHORE SERVICES, LLC, *et al.*** | **CIVIL ACTION No. 21-0258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227**<br><br>**Pleading applies to ALL CASES**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE: EVA J. DOSSIER**<br><br>**SECTION: A(3)** |

**ORDER**

Considering the foregoing Motion to Join and Adopt Record Documents 806, 808, 810, and 816 filed by C-Port, LLC ("C-Port"),

**IT IS HEREBY ORDERED** that C-Port's Motion to Join and Adopt Record Documents 806, 808, 810, and 816 is GRANTED.

**IT IS FURTHER ORDERED** that C-Port is hereby allowed to join and adopt the following pleadings, including any arguments, memoranda, and exhibits, as if they were filed by C-Port:

1. **R. Doc. 806** - The Damaged Parties' Memorandum in Opposition to the Motion for Summary Judgment on Liability and Act of God Defense (R. Doc. 780) filed by Crosby Tugs, LLC.

2. **R. Doc. 808** - Lessle Williams' Opposition to the Motion for Summary Judgment on Liability and Act of God Defense (R. Doc. 780) filed by Crosby Tugs, LLC.

3. **R. Doc. 810** - Memorandum in Opposition to Martin's Motion for Summary Judgment (R. Doc. 779) filed by Modern American Railroad Services, LLC, Shore Offshore Services, LLC, Harvey Gulf Int'l Marine, LLC, Harvey Seas, LLC, Certain Underwriters subscribing to Hull & Machinery Policy #GCP 19537, and Weeks Marine, Inc.; and

4. **R. Doc. 816** - Lessle Williams' Opposition to the Motion for Summary Judgment (R. Doc. 779) filed by Martin.

New Orleans, Louisiana, this 20th day of November, 2025.

**UNITED STATES DISTRICT JUDGE**