**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALL COAST, LLC** | § | **Civil Action No. 2:21-258** |
| | § | **c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075** |
| **VERSUS** | § | |
| | § | |
| **SHORE OFFSHORE SERVICES, LLC** | § | **SECTION: "A"** |
| | § | |
| | § | **HON. JAY C. ZAINEY** |
| | § | |
| | § | **MAGISTRATE: HON. EVA J. DOSSIER** |

**ORDER**

Considering the foregoing Motion to Join in and Adopt the Reply Memorandum in Support of Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration from or Limitation of Liability, filed by Other Parties [Rec. Doc. 859], by Chubb Underwriting Agencies Limited, for and on behalf of Syndicate No. 2488 ("Chubb"),

**IT IS HEREBY ORDERED** that Chubb will be allowed to join in the following pleadings as if they were filed by Chubb:

1. Record Document 859 – Reply Memorandum in Support of Motion for Summary Judgment Regarding Crosby's Entitlement to Exoneration from or Limitation of Liability (Rec. Doc. 789) filed by Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Certain Underwriters subscribing to Hull & Machinery Policy # GCP 19537, and Weeks Marine, Inc.

New Orleans, Louisiana, this 25th day of November, 2025.

Jay C. Zainey

**UNITED STATES DISTRICT JUDGE**