UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A (3) |

**ORDER**
**[Ref: All cases]**

The Court having noted that the following motions filed by Dawn Services, LLC have been submitted without opposition:

1. Motion in Limine - Rec. Doc. 782

2. Motion for Summary Judgment on Tort Claims - Rec. Doc. 784

3. Motion for Summary Judgment on Contract - Rec. Doc. 785

Accordingly;

**IT IS ORDERED** that the **Motion in Limine (Rec. Doc. 782), Motion for Summary Judgment on Tort Claims (Rec. Doc. 784), and Motion for Summary Judgment on Contract (Rec. Doc. 785)** filed by Dawn Services, LLC are **GRANTED** as prayed for.

December 3, 2025

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE