UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION NO. 21-258 Lead Case, |
| | * | c/w 21-337, 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1981, 21-1982, 21-2075 and |
| | * | 21-2227 |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE JUDGE EVA J. |
| MODERN AMERICAN RAILROAD | * | DOSSIER |
| SERVICES, L.L.C.; and MARTIN | * | |
| ENERGY SERVICES, LLC | * | Applies to: All Cases |
| | * | |
| ************************************ | | |

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come All Coast, LLC and Gulf Coast Marine, LLC (collectively the "All Coast Claimants") and Limitation Petitioners, Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC, and on suggesting to the Court that all of the All Coast Claimants' claims and causes of action which were or could have been asserted by them in the above-captioned consolidated matters have been compromised and globally settled by Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC, the All Coast Claimants, Modern American Railroad Services, L.L.C., and Shore Offshore Services, LLC move that the All Coast Claimants' claims against Limitation Petitioners, Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, and Crosby Tugs, LLC, and Tendered Defendants, Martin Operating Partnership L.P., Martin Energy Services LLC, Dawn Services, L.L.C., Coastal Towing, LLC, and Weeks Marine, LLC asserted in the above captioned matters should be dismissed with prejudice, each party to bear their own costs.

Excluding the foregoing, and in accordance with the guidance espoused by the United States Supreme Court in *McDermott, Inc. v. AmClyde*, 511 U.S. 202 (1994), and the United States

Fifth Circuit Court of Appeals in *Combo Maritime, Inc. v. U.S. United Bulk Terminals, LLC*, 615 F.3d 599 (5th Cir. 2010), specifically reserved to Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC are their claims against any parties in the above-captioned consolidated matters, including but not limited to all rights, claims, actions, suits, demands, and particular all claims and rights of contribution, defense, indemnity and/or offset against Crosby Tugs, LLC, Crosby Marine Transportation, LLC, Martin Operating Partnership L.P., Martin Energy Services LLC, Coastal Towing, LLC, each of their insurers, and the M/V CROSBY ENDEAVOR *in rem*, for having discharged and obtained a release of the entire claim of the All Coast Claimants.

                **THE MOELLER FIRM, LLC**

                */s/ Matthew A. Moeller*
                Matthew A. Moeller (#29991 T.A.)
                David Smith (#35325)
                650 Poydras Street, Suite 1207
                New Orleans, LA 70130
                Telephone: (504) 702-6794
                Facsimile: (504) 702-6783
                **ATTORNEYS FOR ALL COAST, LLC AND GULF COAST MARINE, LLC**

                -and-

                **PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**

                */s/ Meredith W. Blanque*
                Gavin H. Guillot, T.A. (#31760)
                Salvador J. Pusateri (#21036)
                Aaron B. Greenbaum (#31752)
                Meredith W. Blanque (#32346)
                Jacob A. Altmyer (#36352)
                Jonathan D. Parker (#35275)
                1100 Poydras Street, Suite 2250
                New Orleans, LA 70163
                Telephone: 504-620-2500

>Facsimile: 504-620-2510
>Gavin.Guillot@pjgglaw.com
>Salvador.Pusateri@pjgglaw.com
>Aaron.Greenbaum@pjgglaw.com
>Meredith.Blanque@pjgglaw.com
>Jacob.Altmyer@pjgglaw.com
>Jonathan.Parker@pjgglaw.com
>**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**