UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A (3) |

## ORDER
**[Ref: All cases]**

The Court having noted that the following motion filed by Weeks Marine, Inc. has been submitted without opposition:

Motion for Partial Summary Judgment - Rec. Doc. 775

Accordingly;

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 775)** filed by Weeks Marine, Inc. is **GRANTED** as prayed for.

December 4, 2025

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE