UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the claims of All Coast, LLC and Gulf Coast Marine, LLC (collectively the "All Coast Claimants"), filed in the above-captioned consolidated matters are and shall be dismissed, with prejudice, with each party to bear their own costs.

Excluding the foregoing, specifically reserved to Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC are their claims against any parties in the above-captioned consolidated matters, including but not limited to all rights, claims, actions, suits, demands, and particular all claims and rights of contribution, defense, indemnity and/or offset against Crosby Tugs, LLC, Crosby Marine Transportation, LLC, Martin Operating Partnership L.P., Martin Energy Services LLC, Coastal Towing, LLC, each of their insurers, and the M/V CROSBY ENDEAVOR *in rem*, for having discharged and obtained a release of the entire claim of the All Coast Claimants.

New Orleans, Louisiana, this 5th day of December, 2025.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE