UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner *Pro Hac Vice* of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * * | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227, 23-3220<br><br>**Pleading applies to all cases.**<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE EVA J. DOSSIER |

<u>**CLAIMANTS' MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE**</u>

Claimants Lewis Andrews, Patrick Burnett, Brian Clod, and Wallace McCray ("Claimants") file this omnibus motion in limine to preclude the introduction of certain evidence, statements, and arguments at trial. Plaintiffs specifically seek to exclude the following categories of evidence and exhibits containing this evidence:

1. Motion in Limine #1: This Court should exclude any and all reference to prior criminal convictions and/or arrests.

2. Motion in Limine #2: This Court should exclude any evidence of previous claims or acts intended to imply bad character. This includes but is not limited to:

    - Alleged substance use or abuse, including alcohol, tobacco, or drugs, or efforts to seek treatment for same.

    - Any and all reference to Claimants' alleged failure to make timely child support payments.

    - Any evidence of Claimants' alleged failure to file tax returns.

    - Any and all reference to alleged misconduct in the scope of Claimants' employment or disciplinary action taken by Claimants' employer(s).

    - Any and all reference to Claimant Cloyd's alleged misrepresentations on a medical questionnaire in 2019.

    - Evidence of Claimants' prior claims or lawsuits.

    - Any and all reference to Claimants' irrelevant family history.

    - Any and all reference to Claimants' prior unrelated motor vehicle accidents or traffic violations/citations.

- Any and all reference to Claimants' prior bankruptcy filings.

3. Motion in Limine #3: This Court should exclude any negative remarks about claimants, plaintiffs, or lawsuits in general.

4. Motion in Limine #4: This Court should exclude remarks about Claimant's counsel, their business, reputation, location and/or region.

5. Motion in Limine #5: In the event this Court grants Claimants' pending Renewed Motion to Bifurcate, any damages evidence which is irrelevant to liability, limitation, or apportionment of fault.

Such evidence is irrelevant, unfairly prejudicial evidence, and inadmissible. For these reasons, and the reasons more fully set forth in Claimants' attached memorandum, Claimants respectfully request that the Court grant their motions in limine and exclude this evidence from trial.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

/s/ *J. Kyle Findley*
J. Kyle Findley (#34922)
kfindley@arnolditkin.com
John G. Grinnan (*pro hac vice*)
Tex. Bar. No. 24087633
jgrinnan@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

ATTORNEYS FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, this 4th day of December, 2025.

>  /s/ *J. Kyle Findley*
>  J. Kyle Findley