UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br>SECTION: A (4)<br>JUDGE JAY C. ZAINEY<br>MAG. JUDGE EVA J. DOSSIER<br>ADMIRALTY - Rule 9(h)<br><br>Applies to: All Cases |

## JOINT MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come claimant, Terryn Lyons and defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (hereinafter "Martin"), who jointly move to dismiss all claims of Terryn Lyons, with prejudice, reserving all rights reserving all rights to proceed against any party, person or entity, named or unnamed, known or unknown, but not limited to, Crosby Tugs, LLC or the M/V CROSBY ENDEAVOR, *in rem*, each party to bear its own respective costs, in the captioned litigation.

Respectfully submitted:

**PALMINTIER LAW GROUP**

/s/Michael C. Palmintier
MICHAEL C. PALMINTIER
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 344-0522
Email: mcp@plgroupla.com
***Attorneys for claimant, Terrynn Lyons***

        **DAIGLE FISSE & KESSENICH, PLC**
        */s/ Michael W. McMahon*
        MICHAEL W. MCMAHON (#23987)
        KIRK N. AURANDT (#25336)
        P. O. Box 5350
        Covington, Louisiana 70434-5350
        Telephone: (985) 871-0800
        Facsimile:   (985) 871-0899
        Email: mmcmahon@daiglefisse.com
              kaurandt@daiglefisse.com
        ***Attorneys for Martin Energy Services, L.L.C. and***
        ***Martin Operating Partnership, L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all parties and counsel of record via electronic filing, U.S. Mail, email and/or facsimile on this _____ day of December, 2025.

        */s/ Michael W. McMahon*
        MICHAEL W. MCMAHON