UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075<br><br>SECTION: A (4)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE EVA J. DOSSIER<br><br>ADMIRALTY - Rule 9(h)<br><br>Applies to: All Cases |

## ORDER

The Joint Motion of Dismissal of claimant, Terryn Lyons and defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C., having been considered;

**IT IS HEREBY ORDERED** that all claims of Terrynn Lyons, in the captioned litigation against defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C., be and the same hereby are dismissed, with prejudice, reserving all rights to proceed against any party, person or entity, named or unnamed, known or unknown, including but not limited to, Crosby Tugs, LLC or the M/V CROSBY ENDEAVOR, *in rem*, each party to bear its own respective costs.

New Orleans, Louisiana, this __9th__ day of December, 2025.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE