UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A (3) |

## ORDER
**[Ref: All cases]**

In light of the number of motions currently pending in this case,

Accordingly;

**IT IS ORDERED** that the pretrial conference set for **Thursday, December 18, 2025, at 10:30 a.m.** shall proceed as a status conference with the Court in chambers (to be held in the courtroom due to space limitations). A pretrial order will not be required at this time.

December 10, 2025

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE