1021-20689                                                                                                          #2165299

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO: 21-258<br>c/w 21-337, 21-464, 21-822, 21-1968, 21-1969,<br>21-1982, 21-1981, 21-2075, 21-2227, 23-3220<br><br>SECTION "A"<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE: (3)<br>HON. EVA J. DOSSIER<br><br>APPLIES TO ALL CASES |

## NOTICE OF SETTLEMENT BETWEEN
## GARBER BROS., LLC AND THE THOR INTERESTS

**NOW INTO COURT**, through undersigned counsel, come Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC (collectively the "THOR Interests"), and Garber Bros., L.L.C. ("Garber"), who hereby provide notice that they have entered into a settlement for the claims asserted against each other in the above-captioned and consolidated matters and will be dismissing their claims against each other per the terms of that settlement in due course.

Respectfully Submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Jonathan D. Parker (#35275)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510

Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob.Altmyer@pjgglaw.com
Jonathan.Parker@pjgglaw.com
**ATTORNEYS FOR MODERN AMERICAN RAILROAD SERVICES, L.L.C., AND SHORE OFFSHORE SERVICES, LLC**

**AND**

ALLEN & GOOCH, A Professional Corporation
***/s/ John H. Hughes***
JOHN H. HUGHES (#14519)
JohnHughes@AllenGooch.com
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
P.O. Box 81129
Lafayette, LA 70598-1129
Direct Dial 337-291-1290
Direct Fax 337-291-1295
*Attorney for Garber Bros., LLC*