# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION NO. 21-258 Lead Case, |
| | * | c/w 21-337, 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1981, 21-1982, 21-2075 and |
| | * | 21-2227 |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE JUDGE EVA J. |
| MODERN AMERICAN RAILROAD | * | DOSSIER |
| SERVICES, L.L.C.; and MARTIN | * | |
| ENERGY SERVICES, LLC | * | Applies to: All Cases |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SETTLEMENT BETWEEN
## TRENT JOSEPH INTERESTS AND MARTIN ENERGY SERVICES, LLC

**NOW INTO COURT**, through undersigned counsel, come Martin Energy Services, LLC ("Martin"), and Coastal Towing, LLC and Talisman Casualty Insurance Company, LLC ("TRENT JOSEPH Interests"), who hereby provide notice that they have entered into a settlement for the claims asserted against each other in the above-captioned and consolidated matters and will be dismissing their claims against each other per the terms of that settlement in due course.

Respectfully submitted,

/s/ Michael W. McMahon
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
DAIGLE FISSE & KESSENICH, PLC
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
Email: mmcmahon@daiglefisse.com
kaurandt@daiglefisse.com

*Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.*

/s/Kelsey L. Bonnaffons
TIMOTHY W. HASSINGER (#25085)
KELSEY L. BONNAFFONS (35666)
GALLOWAY, JOHNSON, TOMPINS, BURR & SMITH
#3 Sanctuary Blvd., 3rd Floor
Mandeville, LA 70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for Coastal Towing, LLC and Talisman Casualty Insurance Company, LLC*