UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION NO. 21-258 Lead Case, |
| | * | c/w 21-337, 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1982, 21-2075 and 21-2227 |
| | * | |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE JUDGE EVA J. |
| MODERN AMERICAN RAILROAD | * | DOSSIER |
| SERVICES, L.L.C.; and MARTIN | * | |
| ENERGY SERVICES, LLC | * | Applies to: ALL CASES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes Intervenor, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537, who desires to withdraw Corey P. Parenton of Staines, Eppling & Kenney, LLC as of counsel of record and substitute Michael W. Maldonado of Staines, Eppling & Kenney, LLC as its counsel of record herein.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |

I hereby certify that a copy of the above foregoing has been served upon all counsel of record by the service method indicated below:

       [   ] U.S. Mail
       [   ] Hand Delivery
       [   ] Facsimile
       [ X ] Electronic Delivery

This 22nd day of December, 2025.

_____

**STAINES, EPPLING & KENNEY, LLC**

_____
**JASON R. KENNEY** (#29933)
**COREY P. PARENTON** (#32918)
3500 N. Causeway Blvd., Suite 820
Metairie, LA  70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email:  Jason@seklaw.com
         Corey@seklaw.com
**Counsel for Intervenor, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy # GCP 19537**