UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A(3) |

## MINUTE ENTRY
### [Ref: ALL CASES]
### JS-10: 25

On December 18, 2025, the Court held a status conference in these consolidated cases. Counsel in attendance are listed on the attached Conference Attendance Record.

The Court proposed bifurcating the trial such that the issues of liability, allocation of fault, and limitation of liability will be tried to the bench starting on Tuesday, January 20, 2026, at 10:00 a.m. All parties agreed that these issues are ready to be tried on that date and that the issues of liability, allocation of fault, and limitation of liability will be tried without a jury. The parties estimate that this phase of the trial will last two (2) weeks.

The Court set a new date for the pretrial conference. The Court instructed counsel to confer and agree as to which party will take the lead on preparing the pretrial order.

Will call witness lists shall be filed by **December 31, 2025**, and shall indicate whether the witness is going to appear live, by Zoom or by deposition.

The final pretrial conference is set for **Thursday, January 8, 2026, at 11:15 a.m.** in chambers (courtroom). Trial counsel must attend. The joint pretrial order shall be submitted by **Tuesday, January 6, 2026**.

\* \* \* \* \* \* \*

# CONFERENCE ATTENDANCE RECORD

DATE: 12-18-25          TIME: _____

CASE NAME: All Coast

CASE NUMBER: 21-258     CIVIL / CRIMINAL

TYPE OF CONFERENCE: PRE-TRIAL SETTLEMENT STATUS

ATTORNEYS PRESENT (Please PRINT your name, ~~telephone~~ number and the party you represent):

| Name | Phone | Party |
|---|---|---|
| Gavin Guillot | 504-615-9366 | THOR Interests |
| MEREDITH BLANQUE | 504-460-8890 | THOR INTERESTS |
| Edwin C. Laizer | 504-427-1717 | HARVEY SEAS INTERESTS |
| Charlie Cerise | 504-581-3234 | " |
| Edwin Grant Laizer | " | " |
| Johnny Domiano | " | " |
| Alan Meche | 337-257-2590 | MR Colby Interests |
| Corey Parenton | 504-275-5052 | Gulf Logistics, C&G Boat, Roland Folgout |
| Rufus Harris | | Loss of use Harvey Seas Hull UW |
| Kent Morrison | 504 952-0169 | C-Port |
| Phil Brickman | 504-813-4194 | USSIC |
| Kevin Anezguita | 985-674-6680 | Coastal Towing, Talisman |
| BRIAN KING | 504.909.5464 | CESSLO WILLIAMS |
| Michael Simonson | 504.909.5464 | Cessle Williams |

-1-

# CONFERENCE ATTENDANCE RECORD

DATE: _____        TIME: _____

CASE NAME: All Coast - ont.

CASE NUMBER: _____   CIVIL / CRIMINAL

TYPE OF CONFERENCE: PRE-TRIAL SETTLEMENT STATUS

ATTORNEYS PRESENT (Please PRINT your name, telephone number and the party you represent):

| Name | Telephone | Party |
|---|---|---|
| Laurent Demosthenidy | 504-400-4011 | Weeks Marine |
| Anders Holmgren | 504 981 5411 | Weeks Marine |
| Alex DeGruis | 504-585-7056 | Chubb Underwriting |
| David Jones | 713-951-3700 | Martin |
| Lance Bullock | 504-556-4012 | Dawn Services |
| Sara Webel | 504-582-8483 | Crosby |
| Jeff Tillery | 504-582-8616 | Crosby |
| Al Rufty | 504-582-8000 | Crosby |
| Michael Palmintier | (225) 408-5228 | Lyons |
| Mike McMahon | 504 658 1780 | Martin |
| John Grinnan | (214) 673-0339 | Arnold Itkin Claimants |

-2-