UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A (3) |

## ORDER
**[Ref: All cases]**

As explained at the status conference held on December 18, 2025, the bench trial scheduled for January 20, 2026, will be limited to the issues of liability, allocation of fault, and limitation of liability.

Accordingly;

**IT IS ORDERED** that the **Motion to Bifurcate (Rec. Doc. 793)** filed by claimants Lewis Andrews, Patrick Burnett, Brian Cloyd, and Wallace McCray is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 779)** filed by Martin Energy Services, LLC and Martin Operating Partnership, L.P. is **DENIED**.

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 780)** filed by Crosby Tugs, LLC is **DENIED**.

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 789)** filed by Harvey Gulf International Marine, LLC, Harvey Seas, LLC, Modern American Railroad Services, LLC, Shore Offshore Services, LLC, and Weeks Marine, LLC is **DENIED**.

**IT IS FURTHER ORDERED** that the **Motions for Partial Summary Judgment (Rec. Docs. 774, 783, 787)** pertaining to the elements of damages recoverable by a Jones Act seaman are **DENIED** without prejudice as premature.

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 773)** pertaining to C-Port, LLC's recoverable damages is **DENIED** without prejudice as premature.

**IT IS FURTHER ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 776)** filed by USSIC is **DENIED** without prejudice as premature.

**IT IS FURTHER ORDERED** that the **Motions in Limine (Rec. Docs. 772, 778)** pertaining to damages-related expert testimony are **DENIED** without prejudice as premature.

**IT IS FURTHER ORDERED** that the **Motion in Limine (Rec. Doc. 880)** filed by claimants Lewis Andrews, Patrick Burnett, Brian Cloyd, and Wallace McCray is **GRANTED** insofar as any evidence that does not pertain to the issues of liability, allocation of fault, and limitation of liability is excluded as irrelevant to this phase of the trial.

December 23, 2025

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE