## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC | * | CIVIL ACTION NO. 21-258 Lead Case, |
| | * | c/w 21-337, 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1982, 21-2075 and 21-2227 |
| | * | |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| | * | |
| SHORE OFFSHORE SERVICES, LLC; | * | MAGISTRATE JUDGE EVA J. |
| MODERN AMERICAN RAILROAD | * | DOSSIER |
| SERVICES, L.L.C.; and MARTIN | * | |
| ENERGY SERVICES, LLC | * | Applies to: ALL CASES |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing *Motion to Withdraw and Substitute Counsel of Record*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** and that Corey P. Parenton of Staines, Eppling & Kenney, LLC be and is hereby withdrawn as counsel of record for Intervenor, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Michael W. Maldonado of Staines, Eppling & Kenney, LLC, be formally substituted as counsel of record herein for Intervenor, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537.

12/23/25

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE