UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALL COAST, LLC, | § § | C.A. NO. 21-258 Lead Case, c/w/21-337, 21-464, 21-822, |
| Plaintiff, | § § | 21-1968, 21-1969, 21-1981, 21-1982, 21-2075 and 21-2227 |
| v. | § § | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC, MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC, | § § § § § | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | § | Applies to: All Cases |

**JOINT MOTION TO SEVER MARTIN'S CONTRACT CLAIM
AGAINST CROSBY FOR DEFENSE AND INDEMNITY**

Defendants and Counter-Claimants Martin Operating Partnership, L.P. and Martin Energy Services, LLC (collectively, "Martin") and Limitation Petitioner Crosby Tugs, LLC ("Crosby") file this joint motion to sever Martin's contract claim against Crosby.

As the Court knows, Martin has asserted a contract claim against Crosby requesting that "Martin be fully protected, defended, indemnified, held harmless and provided insurance coverage in this matter by [Crosby], in accordance with the terms and conditions of the [Facility Access and Indemnity Agreement], from the suits filed by All Coast, Harvey Gulf, Weeks, Garber Bros., and other entities, persons or vessels against Martin."[1] Crosby denies any liability to Martin.

As discussed at the status conference on December 18, 2025, Martin and Crosby agree that Martin's contract claim should be severed and stayed pending the outcome of the limitation trial.

Crosby and Martin reserve all arguments and rights as to their claims and defenses.

---

[1] *See* Rec. Doc. No. 59 at 9–22 (Martin's Answer and Claim).

WHEREFORE, Martin and Crosby respectfully request that the Court sever and stay Martin's contract claim against Crosby pending the outcome of the limitation trial.

                              Respectfully submitted,

                              BECK REDDEN LLP

                              */s/ David W. Jones*
                              David W. Jones (admitted pro hac vice)
                              Texas State Bar No. 00790980
                              M. Jake McClellan (admitted pro hac vice)
                              Texas State Bar No. 24109525
                              1221 McKinney, Suite 4500
                              Houston, Texas 77010
                              Telephone: (713) 951-3700
                              Facsimile: (713) 951-3720
                              E-Mail: djones@beckredden.com
                              jmcclellan@beckredden.com
                              *Attorneys for Martin Energy Services, LLC and Martin Operating Partnership, L.P.*

                              JONES WALKER, LLP

                              */s/ Alfred J. Rufty, III (with permission)*
                              Jefferson R. Tillery (La. Bar No. 17831)
                              Alfred J. Rufty, III (La. Bar No. 19990)
                              Valerie E. Fontenot (La. Bar. No. 35129)
                              Sara B. Kuebel (La. Bar No. 38305)
                              201 St. Charles Avenue - 48th Floor
                              New Orleans, Louisiana 70170-5100
                              Telephone: (504) 582-8616
                              Facsimile: (504) 589-8616
                              E-Mail: jtillery@joneswalker.com
                              arufty@joneswalker.com
                              vfontenot@joneswalker.com
                              skuebel@joneswalker.com
                              *Attorneys for Limitation Petitioner Crosby Tugs, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of December, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.

                                                   */s/ David W. Jones*
                                                   David W. Jones