# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALL COAST, LLC** | * | **CIVIL ACTION NO.: 21-0258 c/w 21-337** |
| | * | **21-464, 21-822, 21-1968, 21-1969, 21-1981,** |
| **VERSUS** | * | **21-1982, 21-2075** |
| | * | *Applies to all Cases* |
| | * | |
| **SHORE OFFSHORE SERVICES, LLC** | * | **SECTION "A"** |
| | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| | * | **MAGISTRATE (3)** |
| | * | **MAG. JUDGE EVA J. DOSSIER** |

## JOINT MOTION TO DISMISS WITH PREJUDICE CLAIMS BY AND BETWEEN C-PORT AND MR. COLBY INTERESTS

COME NOW, C-Port, LLC, ("C-Port") and C&G Boats, Inc., Gulf Logistics, LLC, as owner and charterer of the M/V MR. COLBY (together "MR. COLBY Interests"), appearing through undersigned counsel, who respectfully submit that the claims and demands that were asserted or could have been asserted by and between these parties have been amicably resolved and settled. Accordingly, C-Port and MR. COLBY Interests move this Honorable Court to enter an order dismissing, with prejudice, all claims that C-Port and MR. COLBY Interests asserted or could have asserted against one another in these consolidated actions. C-PORT and MR. COLBY Interests specifically reserve their claims against all other parties, including the limitation petitioners and other defendants or parties in these consolidated actions, including each of their insurers.

Respectfully submitted:

**PHELPS DUNBAR LLP**

BY:  /s/*Katharine R. Colletta*
      Thomas Kent Morrison (Bar #25802)
      Colin B. Cambre (Bar #31083)

Katharine R. Colletta (Bar #27552)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 586-9130
Email: kent.morrison@phelps.com
colin.cambre@phelps.com
katharine.colletta@phelps.com

**ATTORNEYS FOR C-PORT, LLC**


**ALLEN & GOOCH**

BY:  /s/ Alan J. Meche *(\*with permission*)
Alan J. Meche (Bar #30631)
2000 Kaliste Saloom Road, Suite 400
Lafayette, Louisiana 70508
Post Office Box 81129
Lafayette, Louisiana 70598-1129
Telephone: (337) 291-1480
Facsimile: (337) 291-1200
Email: AlanMeche@AllenGooch.com

**ATTORNEYS FOR GULF LOGISTICS,
LLC and C&G BOATS, INC.**