UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227<br><br>SECTION "A"<br><br>HON. JAY C. ZAINEY<br><br>MAGISTRATE EVA J. DOSSIER<br><br>**ALL CASES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAIMANTS' AMENDED WILL CALL WITNESS LIST

Claimants submit the following list of witnesses who currently are planned to be will-call witnesses to provide testimony at trial, subject to change as trial progresses and the Court admits or excludes evidence:[1]

1. **Bruce Stogner**
   *Former Employee of Martin Energy Services*

2. **Ernest Plaisance**
   *Employee of Crosby Tugs, LLC*

3. **Harris Solomon**
   *Employee of Crosby Tugs, LLC*

4. **Ivy Danos**
   *Offshore Operations, Crosby Tugs, LLC*

5. **Martin Cummins**
   *Employee of Martin Energy Services LLC*

6. **Rene Artigos**
   *Employee that worked on tugboat CROSBY ENDEAVOR*

---

[1] Claimants reserve the right to amend or supplement this list as evidence is admitted and while trial progresses. Claimants also reserve the right to call any witness on any other party's will-call witness list.

7.  **Robbie Plaisance**
    *Employee of Martin Energy Services LLC*

8.  **Teddy Collins**
    *Former employee of Crosby Tugs, LLC*

9.  **Wade Savoy**
    *Corporate Director, OHSE, Crosby Tugs, LLC*

10. Representatives of **Crosby Tugs, L.L.C.**

11. Representatives of **Martin Energy Services LLC and / or Martin Operating Partnership L.P.**

## Claimants' Retained Experts

1.  **Captain Jay Rivera**
    Riben Marine
    *Expert in the fields of maritime navigation, bridge safety, deck safety, and vessel compliance, auditing and inspections, amongst other areas.*

2.  **Eric Van Iderstine, P.E.**
    **William D. Carden, M.S., P.E.**
    CVI Engineering, Inc.
    *Expert in the field of Principal Mechanical Engineering.*

ARNOLD & ITKIN

By: __/s/ Kyle Findley_____
J. Kyle Findley
Bar Roll No. 34922
kfindley@arnolditkin.com
John Gregory Grinnan, Jr.-*Pro Hac Vice*
Texas SBN: 24087633
jgrinnan@arnolditkin.com
Kala Sellers, Of Counsel
LA Bar No. 36182
ksellers@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 3850

Andy Dupre (#32437)
adupre@duprelawfirm.com
Ilijana Todorovic (#39052)
itodorovic@duprelawfirm.com
The Dupre Law Firm, LLC
New Orleans, LA 70115
Telephone: 985-855-2553
Facsimile: 504-814-8156

**ATTORNEYS FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a copy of the above has been forwarded to all known counsel by email.

___/s/ Kyle Findley_____
J. Kyle Findley