UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| All Coast, LLC | * | No. 2:21-CV-00258 (lead case) c/w |
| | * | 21-337, 21-464, 21-822, 21-1968, |
| | * | 21-1969, 21-1981, 21-1982, |
| v. | * | 21-2075, 21-2227 |
| | * | (Applies to all cases) |
| | * | |
| | * | Judge Jay C. Zainey |
| | * | |
| Shore Offshore Services, LLC | * | Magistrate Judge Dossier |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>CLAIMANT, MR. LESSLE WILLIAMS' *AMENDED* WILL CALL WITNESS LIST</u>**

Claimant, Mr. Lessle Williams, hereby submits the following *Amended Will Call Witness List* for the scheduled bench trial, which addresses issues of liability, allocation of fault, and limitation of liability, set for January 20, 2026, at 10 : 00 A.M[1]:

1. Claimant, Lessle Williams - *Live*[2]

All other witnesses previously identified in Mr. Williams' submission are hereby withdrawn.

---

[1] This *Amended Will Call Witness List* is filed solely in deference to this Honorable Court's commitment to avoiding the duplication or cumulation of witnesses, a mandate fully articulated during the pre-trial conference held on January 8, 2026, at 11 : 15 A.M.

[2] Undersigned Counsel hereby acknowledges to the Court of a stipulation to the production of the Claimant, Mr. Lessle Williams, a resident and domiciliary of the State of Texas, to appear at this trial on **January 27, 2026**, for the purpose of providing testimony strictly limited to the facts and circumstances within the scope of the instant trial. Mr. Williams expressly reserves his rights to be called as a witness at any future trial in this matter, particularly any trial encompassing damages resulting from the injuries he sustained due to the negligence of the identified parties in this action.

Respectfully submitted:
*/s/John Love Norris, IV*
Brian King, La. Bar No. 24817
John Love Norris, IV, La. Bar No. 35269
Michael J. Simonson, La. Bar No. 34091
King ◆ Norris
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: jnorris@kinginjuryfirm.com