UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC;<br>MODERN AMERICAN RAILROAD<br>SERVICES, L.L.C.; and MARTIN ENERGY<br>SERVICES, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075 and 21-2227<br><br>SECTION: A (3)<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE EVA J. DOSSIER<br><br>ADMIRALTY - Rule 9(h)<br><br>Applies to: All Cases |

### WILL CALL WITNESS LIST ON BEHALF OF MARTIN OPERATING PARTNERSHIP, L.P. AND MARTIN ENERGY SERVICES, L.L.C.

**NOW INTO COURT**, through undersigned counsel, come defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (hereinafter "Martin"), who respectfully submit the following list of witnesses who will be called at the trial of this matter:

**Martin will call the following witnesses at trial:**

1. Terry Joe Douglas (THOR-SUP) – Live

2. Lessle Williams (CLS) – Live

3. Brian Cloyd (Oceaneering) – Live

4. Charles Grantham (THOR-Crane Operator) – Live

5. Cody Sims (Shore Offshore) – Live

6. Thomas Gibilterra, PE (COO of Shore Offshore Services, LLC) – Live

7. Robbie Plaisance (Martin- Area Manager) – Live

8. Martin Cummins (Martin-Utility 4) – Live

9. Damon King or other Corporate Representative of Martin Operating Partnership, L.P./Martin Energy Services, L.L.C. – Live

10. Robert D. Bartlett, PE (Bartlett Engineering, LLC) – Live

11. Kyle Smith (KJS Marine) – Live

12. John Johnson, Jr. (THOR-Barge Foreman) – By Deposition

13. Montrell Smith (THOR-C&G) – By Deposition

Martin reserves the right to supplement or amend this list as permitted.

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**
/s/ Michael W. McMahon
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
Email: mmcmahon@daiglefisse.com
kaurandt@daiglefisse.com
egarner@daiglefisse.com
*Attorneys for Martin Energy Services, L.L.C. and Martin Operating Partnership, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all parties and counsel of record via electronic filing, U.S. Mail, email and/or facsimile on this 15th day of January, 2026.

/s/Michael W. McMahon
MICHAEL W. MCMAHON

2