UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| All COAST, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-258 and consolidated cases |
| SHORE OFFSHORE SERVICES, LLC, ET AL. | SECTION A(4) |

## ORDER
### [Ref: ALL CASES]

The Court has reviewed the **Motion in Limine to Exclude Testimony of Bojan Ristic (Rec. Doc. 912)** filed by the THOR Interests. The Court **DENIES** the motion so long as the Court does not find the testimony (which must be live) to be cumulative. Any fees/expenses incurred by having Ristic participate in the trial shall be paid by the party calling him.

January 16, 2026

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE