UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC<br><br>VERSUS<br><br>SHORE OFFSHORE SERVICES, LLC | **CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227**<br><br>SECTION "A"<br><br>HON. JAY C. ZAINEY<br><br>MAGISTRATE EVA J. DOSSIER<br><br>**ALL CASES** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Claimants hereby file this notice to withdraw their Motion to Enroll Andrew Bowman as Additional Counsel. [Doc. 920].

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Kyle Findley*
J. Kyle Findley
LA Bar No. 34922
kfindley@arnolditkin.com
John Gregory Grinnan, Jr.-*Pro Hac Vice*
Texas SBN: 24087633
jgrinnan@arnolditkin.com
Kala Sellers, Of Counsel
LA Bar No. 36182
ksellers@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 3850

**and**

Andy Dupre (#32437)
adupre@duprelawfirm.com

                                    Ilijana Todorovic (#39052)
                                    itodorovic@duprelawfirm.com
                                    THE DUPRE LAW FIRM, LLC
                                    New Orleans, LA 70115
                                    Telephone: 985-855-2553
                                    Facsimile: 504-814-8156

                                    **ATTORNEYS FOR CLAIMANTS**

## CERTIFICATE OF SERVICE

      The undersigned certifies that he has served all counsel of record with this Notice of Withdrawal by uploading this motion through the Court's CM/ECF system on January 22, 2026.

                                    */s/Kyle Findley*
                                    Kyle Findley