MINUTE ENTRY
ZAINEY, J.
JANUARY 30, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION |
| VERSUS | NO: 21-258 (and consolidated cases) |
| SHORE OFFSHORE SERVICES, LLC et al | SECTION: A(3) |
| | RE: ALL CASES |

**BENCH TRIAL - Day 7**
**(On the issues of liability, limitation, and apportionment of fault)**

Court Reporter: Sammantha Morgan
Case Manager: Jennifer Limjuco
Law Clerk: Pam Starns

APPEARANCES:
Gavin Guillot, Aaron Greenbaum and Meredith Blanque for Shore Offshore Services, LLC and Modern American Railroad Services, LLC.
Jefferson Tillery, Alfred Rufty, III, and Sara Kuebel for Crosby Tuggs, LLC.
Jason Kenney and Michael Maldonado for Certain Underwriters subscribing to the Hull & Machinery Policy # GCP 19537.
Charles Cerise, Jr. and Edwin Laizer for Harvey Seas, LLC and Harvey Gulf International Marine, LLC.
Anders Holmgren for Weeks Marine, Inc., GOL, LLC, REC Boats, LLC, and REC Marine Logistics, LLC.
Michael Palmintier for Terrynn Tyrell Lyons.
Kala Sellers and John Grinnan, (Pro Hac Vice counsel) for Arnold & Itkin Claimants Brian Cloyd, Wallace McCray, Lewis Andrews, Patrick Burnett.
Brian King and Michael Simonson for Claimant Lessle Williams.
Michael McMahon, Ethan Garner, and Kirk Aurandt for Martin Energy Services, LLC.

All present and ready. Case called at 9:10 a.m.
Witness sworn and testified: **Joe Douglas.**
Trial recessed 12:15 p.m. to 1:38 p.m. for lunch and other court business.
Witness testimony continues.
Exhibits 627 and 628 offered and admitted
Court stands in recess at 4:10 pm.
Trial to resume on February 2, 2026, at 9:00 am.

JS-10:  5:04