UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | CIVIL ACTION NO.: 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075 and 21-2227 |
| VERSUS | SECTION: A (3) |
| | JUDGE JAY C. ZAINEY |
| SHORE OFFSHORE SERVICES, LLC; MODERN AMERICAN RAILROAD SERVICES, L.L.C.; and MARTIN ENERGY SERVICES, LLC | MAG. JUDGE EVA J. DOSSIER |
| | ADMIRALTY - Rule 9(h) |
| | Applies to: All Cases |

**AMENDED WILL CALL WITNESS LIST ON BEHALF OF MARTIN OPERATING PARTNERSHIP, L.P. AND MARTIN ENERGY SERVICES, L.L.C.**

**NOW INTO COURT**, through undersigned counsel, come defendants, Martin Operating Partnership, L.P. and Martin Energy Services, L.L.C. (hereinafter "Martin"), who respectfully submit the following list of witnesses who will be called at the trial of this matter:

**Martin will call the following witnesses at trial:**

1. Brian Cloyd (Oceaneering) – Live

Martin reserves the right to supplement or amend this list as permitted.

Respectfully submitted:

**DAIGLE FISSE & KESSENICH, PLC**
*/s/ Michael W. McMahon*
MICHAEL W. MCMAHON (#23987)
KIRK N. AURANDT (#25336)
ETHAN M. GARNER (#40368)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
Email: mmcmahon@daiglefisse.com

kaurandt@daiglefisse.com
egarner@daiglefisse.com
***Attorneys for Martin Energy Services, L.L.C. and
Martin Operating Partnership, L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all parties and counsel of record via electronic filing, U.S. Mail, email and/or facsimile on this 2nd day of February, 2026.

*/s/Michael W. McMahon*
MICHAEL W. MCMAHON