## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALL COAST, LLC | **CIVIL ACTION NO. 2:21-CV-00258-JCZ-KWR (lead case) c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, 21-2227** |
| VERSUS | |
| SHORE OFFSHORE SERVICES, LLC | SECTION "A" |
| | HON. JAY C. ZAINEY |
| | MAGISTRATE KAREN WELLS ROBY |
| | **ALL CASES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>CLAIMANTS' SECOND AMENDED WILL CALL WITNESS LIST</u>

Claimants currently do not plan to call any other witnesses to provide testimony at trial; however, Claimants reserve the right to identify and call rebuttal witnesses, and call and question any witness on any other party's will-call witness list.

ARNOLD & ITKIN

By: ___/s/ Kyle Findley_____
J. Kyle Findley
Bar Roll No. 34922
kfindley@arnolditkin.com
John Gregory Grinnan, Jr.-*Pro Hac Vice*
Texas SBN: 24087633
jgrinnan@arnolditkin.com
Kala Sellers, Of Counsel
LA Bar No. 36182
ksellers@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Telephone: (713) 222-3800
Facsimile: (713) 3850

Andy Dupre (#32437)
adupre@duprelawfirm.com
Ilijana Todorovic (#39052)
itodorovic@duprelawfirm.com
The Dupre Law Firm, LLC
New Orleans, LA 70115
Telephone: 985-855-2553
Facsimile: 504-814-8156

**ATTORNEYS FOR CLAIMANTS**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2026, a copy of the above has been forwarded to all known counsel by email.

_____/s/ Kyle Findley_____
J. Kyle Findley